**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of North Carolina _____
                                    (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Big Rock Sports, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Big Rock Sports Marketing, Inc., Henry's, Henry's Tackle and Sporting Goods, Henry's Tackle Company, Inc., Henry's Tackle Company, Henry's Tackle, AWR Distributing, Inc., AWR Sports, Inc., All-Sports Supply, MT Sports, AWR, All Sports, All-Sports Supply, Inc., Big Rock Sports, Big Rock, Big Rock Sports Group, CSI, Calcutta Fishing, Sea Striker, and Star Rods. |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 5 8 _ 2 5 7 9 3 6 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 158 Little Nine Road<br>Number        Street | c/o Smith Anderson, Attn: Brett Neve<br>Number        Street |
| | 150 Fayetteville Street, Suite 2800<br>P.O. Box |
| Morehead City        NC      28557<br>City                    State    ZIP Code | Raleigh        NC      27601<br>City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Carteret<br>County | _____<br>Number        Street |
| | _____ |
| | _____<br>City                State    ZIP Code |

5. **Debtor's website** (URL) | www.bigrocksports.com

Debtor    Big Rock Sports, LLC _____    Case number (*if known*)_____
_____Name_____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4   5   9   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor  Big Rock Sports, LLC _____  Case number (*if known*)_____
       Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  See Exhibit 1 _____  Relationship _____

District _____  When _____
                                                                   MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                Number        Street

_____

_____
City                               State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☒ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

| Debtor | Big Rock Sports, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/16/2026
MM / DD / YYYY

✗ /s/ Howard P. Meitiner
Signature of authorized representative of debtor

Howard P. Meitiner
Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✗ /s/ Brett M. Neve
Signature of attorney for debtor

Date  01/16/2026
MM / DD / YYYY

Brett M. Neve
Printed name

Smith Anderson
Firm name

150 Fayetteville Street, Suite 2800
Number        Street

Raleigh                                    NC          27601
City                                       State       ZIP Code

919.821.6608                               bneve@smithlaw.com
Contact phone                              Email address

47977                                      NC
Bar number                                 State

**Exhibit 1**

Supplement to Question 10

| Debtor | Relationship | District | Petition Date | Case Number |
|---|---|---|---|---|
| Big Rock Holding LLC | Parent | E.D.N.C. | 1/16/26 | N/A |
| Peak Global Holdings, LLC | Parent | E.D.N.C. | 1/16/26 | N/A |
| Calcutta Outdoors, LLC | Affiliate | E.D.N.C. | 1/16/26 | N/A |
| BRS HQ, LLC | Affiliate | E.D.N.C. | 1/16/26 | N/A |
| BRS Canada Acquisition, Inc. | Subsidiary | Canada | 12/5/25 | 31-3307597 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

--------------------------------------------------------

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Big Rock Sports, LLC, *et al.*[1] | § | Case No. |
| | § | |
| | § | |
| Debtors. | § | |

--------------------------------------------------------

**GLOBAL NOTES AND STATEMENTS OF LIMITATION,
METHODOLOGY, AND DISCLAIMERS REGARDING SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors (collectively, "**BRS**" or the "**Debtors**" and each a "**Debtor**") have each filed *Schedules of Assets and Liabilities* (collectively, the "**Schedules**") and *Statements of Financial Affairs* (collectively, the "**SOFAs**" and, together with the Schedules, the "**Schedules and SOFAs**") in the United States Bankruptcy Court for the Eastern District of North Carolina (the "**Bankruptcy Court**") in the above-captioned bankruptcy cases (the "**Bankruptcy Cases**"). The Debtors, with the assistance of its legal advisors, financial advisors, and accountants prepared the Schedules and SOFAs, pursuant to section 521 of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

The Schedules and SOFAs are principally based on the books and records of the Debtors. In preparing the Schedules and SOFAs, the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are as accurate and complete as possible. However, various discrepancies in the Debtors' books and records and uncertainties created by the prior practices of the Debtors may affect the accuracy of the Debtors' books and records and, by extension, the Schedules and SOFAs. The Schedules and SOFAs further contain unaudited information, which is subject to further review, verification, and potential adjustment. Any reliance on the Schedules and SOFAs should take into account these factors.

These ***Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Schedules and Statements of Financial Affairs*** (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFAs, and should be referred to and considered in connection with any review of the Schedules and SOFAs. In the event that the Schedules and SOFAs differ from the Global Notes, the Global Notes shall control.

The Schedules and SOFAs are signed by Howard Meitiner, the Chief Restructuring Officer

---

[1] Five affiliated debtors each filed a voluntary petition under chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"). The debtors' bankruptcy cases are not being jointly administered at this time. Each debtor and the last four digits of each debtor's tax identification number are as follows: Big Rock Holding, LLC (4252); Peak Global Holdings, LLC (8297); Big Rock Sports, LLC (9365); Calcutta Outdoors, LLC (3065); and BRS HQ, LLC (1260).

1

of the Debtors (in such capacity, the Debtors' "**CRO**") solely in his capacity as representative of the Debtors' bankruptcy estate. In reviewing and signing the Schedules and SOFAs, the CRO relied upon his knowledge of the business, accounting and financial data provided by the Debtors' employees as well as the Debtors' legal and financial advisors and the efforts, statements, and representations of individuals previously employed by or providing services to the Debtors. The CRO has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and SOFAs including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses, as well as the assets and contracts held by the Debtors, some of which are only available in hard copy. Although every reasonable attempt has been made to accurately describe transactions of the Debtors utilizing the available accounting and finance management systems and data, certain assets, liabilities, equitable contributions, or cash payments may have been reported in these Schedules and SOFAs, for which the beneficiary of the transaction may reflect a different value.

In preparing the Schedules and SOFAs, the CRO, and the Debtors' advisors, relied on financial data derived from the Debtors' books and records that was available at the time of such preparation. The CRO and his legal advisors, financial advisors, and accountants do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the CRO and his legal advisors, financial advisors, and accountants expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the CRO or his legal advisors, financial advisors, and accountants be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the CRO or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the CRO or his legal advisors, financial advisors, and accountants are advised of the possibility of such damages.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.  **Description of Bankruptcy Case.**

2.  **"As Of" Information Date.** To the best of the Debtors' knowledge and ability, unless indicated otherwise herein, the information provided herein represents the asset and liability data as of September 30, 2025 (the "**Reporting Date**"), reflecting the last month during which the Debtors' books and records were closed and reported under the supervision of a chief financial officer. Since the Reporting Date, the Debtors have maintained minimal operations with no chief financial officer, and minimal corporate personnel. Since the Reporting Date, the Debtors have continued to wind down operations, including liquidating certain assets and working to resolve outstanding liabilities, and as such certain information provided in Schedule A/B may overstate current asset values as

2

of January 16, 2026 (the "**Petition Date**"). Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and SOFAs.

3.      **Reservations and Limitations.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and complete and accurate SOFAs; however, as noted above, inadvertent errors or omissions may exist. Nothing contained in the Schedules and SOFAs constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to the Bankruptcy Case, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving equitable subordination, or defenses or causes of action arising under the provisions of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)      **No Admission.** Nothing contained in the Schedules and SOFAs is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

(b)      **Recharacterization.** Notwithstanding that the Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and SOFAs at a later time as is necessary and appropriate.

(c)      **Categories or Labels for Purpose of Presentation in Schedules and SOFAs.** Information requested by the Schedules and SOFAs requires the Debtors to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims, or other data should be labeled. The Debtors' decisions regarding the category or label to use is based on the best information available as of the filing of these Schedules and SOFAs and within the time constraints imposed. The Debtors reserve the right to modify, change, or delete any information in the Schedules and SOFAs by amendment, including to the extent some information currently presented should be moved to a different category or labeled in a different way.

(d)      **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the right to

#110611373v3

recharacterize or reclassify such claim or contract.

(e) **Claims Description.** Any failure to designate a claim on the Schedules and SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on the Schedules and SOFAs on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed. The Debtors reserve all rights to amend the Schedules and SOFAs as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(f) **Estimates and Assumptions.** The preparation of the Schedules and SOFAs required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and SOFAs, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(g) **Causes of Action.** Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors' estate may have against third parties in the Schedules and SOFAs, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors continue to investigate potential causes of action. The Debtors, on behalf of the estates, reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and SOFAs should be construed as a waiver of any such causes of action.

(h) **Litigation.** Certain litigation actions (collectively, the "**Litigation Actions**") reflected as claims against the Debtors may relate to other related non-debtor entities. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and SOFAs. The inclusion of any Litigation Action in the Schedules and SOFAs does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

(i) **Intellectual Property Rights.** Exclusion of certain intellectual property from the Schedules and SOFAs should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred

4

pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and SOFAs should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(j)      **Insiders.** In the circumstance where the Schedules and SOFAs require information regarding "insiders," the Debtors have included information ascertained through commercially reasonable methods pertaining to the principals and owners of the Debtors, their family members, and various subsidiaries and affiliates owned by the principal owners and/or their family members.

The listing or omission of a party as an insider for purposes of the Schedules and SOFAs is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and SOFAs has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (ii) any other purpose.

**4.      Methodology.**

(a)      **Basis of Presentation.** These Schedules and SOFAs do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared by the Debtors. These Schedules and SOFAs reflect the best available estimate of assets and liabilities of the Debtors, except where otherwise indicated. Information contained in the Schedules and SOFAs has been derived from the data extracted from the available Debtors' books and records and historical financial statements. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

Given, among other things, the uncertainty surrounding the condition, collection, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not an admission that the Debtors were solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent the Debtors show more liabilities than assets, this is not an admission that the Debtors were insolvent as of the Petition Date or any time prior to the Petition Date.

(b)      **Confidential Information.** Customer details were collected by the Debtors.

5

However, the confidential information that may not have been fully detailed relates to the Debtors' company trade secrets and intellectual property owned by the Debtors, and the Debtors have taken all necessary steps to maintain the confidential information from the public record.

(c)   **Master Agreements.** Contracts and leases listed in the Schedules and SOFAs may be master agreements that cover relationships with the Debtors. The Debtors reserve all rights to amend the Schedules and SOFAs to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)   **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Schedules and SOFAs. To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments where appropriate.

(e)   **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors or the CRO. Accordingly, unless otherwise indicated, the Schedules and SOFAs reflect net book values where possible. In certain instances, the CRO may not have been provided with sufficient underlying details and schedules to properly assess book value. Given (i) the limited resources of the Debtors, (ii) that certain information pertaining to the value of certain assets may not be available; and (ii) the inefficiencies associated with valuing certain assets on an ad hoc basis while the Debtors are in the Bankruptcy Case, the CRO has indicated in the Schedules and SOFAs that the market values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and SOFAs, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and SOFAs does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(f)   **Undetermined Amounts.** The description of an amount as "unknown," is not intended to reflect upon the materiality of such amount.

(g)   **Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and SOFAs as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and SOFAs on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

#110611373v3

(h)     **Totals.** All totals that are included in the Schedules and SOFAs represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(i)     **Allocation of Liabilities.** As appropriate, the Debtors may have allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change.

(j)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors, or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims, objections, and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

(k)     **Guarantees and Indemnification Claims.** The Debtors have exercised commercially reasonable efforts to locate and identify guarantees of executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G, and H. The Debtors may have inadvertently omitted guarantees or indemnifications embedded in the Debtors' contractual agreements and may identify additional guarantees or indemnifications upon the continued review of the books and records and contractual agreements. The Debtors reserve all rights, but is not required, to amend the Schedules and SOFAs if additional guarantees are identified.

(l)     **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**5.     <u>Specific Schedules Disclosures</u>.**

(a)     **Schedule A/B, Parts 1 & 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' bank accounts are provided in the Schedules and are as of January 13, 2026. The bank accounts are listed as of the Debtor on record with the bank, and not for any other purpose nor for doing business as another entity.

(b)     **Schedule A/B, Part 3, Question 11** – Details with respect to the accounts receivable for debtor Big Rock Sports, LLC are as of January 7, 2026; a full accounting of accounts receivable for debtor Big Rock Sports, LLC is affixed as an

#110611373v3

exhibit to Schedule A/B.

(c)     **Schedule A/B, Part 4, Question 15** – Concerning Debtor Big Rock Sports, LLC's ownership of BRS Canada Acquisition, Inc., on December 5, 2025, BRS Canada Acquisition, Inc. filed an assignment in bankruptcy (the "**Assignment**") under the title of proceeding: In the Matter of the Bankruptcy of BRS Canada Acquisition Inc., which such proceeding remains ongoing. KSV Restructuring Inc. was appointed as Licensed Insolvency Trustee of BRS Canada Acquisition Inc.[2]

(d)     **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Debtors did not maintain an asset depreciation schedule. Debtors' accountants maintained a depreciated asset schedule based on Debtors' disclosures, which did not always include full details of the assets.

(e)     **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles.** Debtors did not maintain an asset depreciation schedule. Debtors' accountants maintained a depreciated asset schedule based on Debtors' disclosures, which did not always include full details of the assets, equipment, and vehicles purchased.

(f)     **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** Debtor Calcutta Outdoors, LLC own certain intellectual property and/or mark, which are disclosed in Schedule A/B, Part 10, Question 60, but are listed without value, as the Debtors' books and records as of the Record Date reflect any such value on a consolidated basis attributable to Debtor Big Rock Sports, LLC.  A full list of trademarks debtors Big Rock Sports, LLC and Calcutta Outdoors, LLC is affixed as an exhibit to Schedule A/B.

(g)     **Schedule A/B, Part 11 – Interests in Insurance Policies or Annuities.**  For Schedule A/B, Part 11, Question 73 related to interests in insurance policies or annuities, other than the policies disclosed, the Debtors have ceased operations and canceled all other prepetition insurance policies.

(h)     **Schedule A/B, Part 11 – Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.** The Debtors, on behalf of the estates, reserve all rights to prosecute all chapter 5 causes of action, and to investigate as to any subsequently determined potential cause of action. The Debtors may be party to pending litigation in which the Debtors' estates may assert claims as a counterclaim and/or crossclaim on behalf of the Debtor.

(i)     **Schedule D – Creditors Who Have Claims Secured by Property.** Details with respect to the Debtors' secured debt, reflected in item 2.1 of Part 1 of Schedule D, are as of the day/week ending November 23, 2026. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve all rights, on behalf of the estates, to dispute or challenge the validity,

---

[2] The Court File No. and Estate No. for the Assignment is 31-3307597

perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D and reserve all rights, on behalf of the estates, to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related, relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

(j)     **Schedule E/F, Part 1 – Priority Unsecured Claims.** The Debtors do not believe that any priority unsecured claims exist with respect to the Debtors. This notwithstanding, the listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507of the Bankruptcy Code. The Debtors, on behalf of the estates, reserve all rights to dispute the amount and the priority status of any claim on any basis at any time. The Debtors have not included contingent employee related claims that, upon certain conditions, may be priority unsecured claims. Certain claims may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F. Accordingly, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues. To the extent that the Debtors believe a party's prepetition claim has been satisfied, such claims have not been included on Schedule E/F.

(k)     **Schedule E/F, Part 2 – Nonpriority Unsecured Claims.** Details with respect to the sellers note claims and the subordinated debt claims against Debtor Big Rock Sports, LLC are as of October 31, 2025. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a commercially reasonable attempt to set forth the Debtors' unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Debtor Big Rock Sports, LLC's open accounts payable, affixed to the Schedules as an exhibit thereto in support of Schedule E/F Part 2, reflects certain payment terms, discounts, and status comments, and the Debtors have reserved all rights to amend the characterization or status of any discount, status, or comment, or any other characterization set forth therein with respect to a creditor's claim.

As of the time of filing of the Schedules and SOFAs, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. The Debtors reserve the right, but undertakes no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

#110611373v3

Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights.

(l)    **Schedule G – Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, relationships between the Debtors and its vendors were sometimes governed by a master services agreement, under which the Debtors also placed work and purchase orders, which may be considered executory contracts. Disclosure of all of these purchase and work orders, however, is impracticable and unduly burdensome.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors, on behalf of the estates, hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors, on behalf of the estates, reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors, on behalf of the estates, have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The estates rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.

The Debtors have used commercially reasonable efforts to provide a comprehensive list of executory contracts and unexpired leases. The Debtors' review, therefore, included the parties to the original contracts and agreements that, in many instances, are outdated or have been subject to subsequent division of order change requests, making the original parties no longer relevant. Moreover, some of

10

the joint operating agreements have been replaced by subsequent joint operating agreements that are also included on Schedule G. The Debtors have provided as much information as available on Schedule G with regards to the original parties to these contracts and agreements. However, because of the age of the agreements and contracts, some of the information is incomplete or outdated with no mechanism to verify or supplement the information.

(m)     **Schedule H – Co-Debtors.** The Debtors have made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "**Guaranties**") in each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any of the Debtor is a party. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.

**6.     Specific SOFAs Disclosures.**

(a)     **Statements, Part 1, Question 1 – Gross Revenue From Business.** The Debtors' books and records do not indicate gross revenue and accordingly the Debtors have provided the net sales amount for fiscal year 2025 through and including the Record Date.  Gross revenue is not available for prior fiscal years.

(b)     **Statements, Part 2, Question 3 – Payments or Transfers to Creditors within 90 Days.** The dates set forth in the "Payment Date" column of the SOFA 3 exhibit relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check issuance date. Debtor Big Rock Sports, LLC's check register reflecting prepetition payments of transfers is available as of October 1, 2025 through and including January 7, 2026, and is affixed to the Statements as an exhibit.

Payments to the Debtors' bankruptcy professionals, insiders, wage garnishments, and donations are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Part 6, Question 11), and insiders (Part 2, Question 4; Part 6, Question 13; and Part 13, Question 30).

(c)     **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.** To the extent: (i) a person qualified as an "insider" in the one (1) year prior to the Petition Date, but later resigned their insider status, or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in the Statements.  The Debtors made no payments or transfers directly to the CRO within one (1) year prior to the Petition Date, as the CRO's compensation is covered by the Debtors' engagement of Carl Marks Advisory Group LLC ("**CMA**"), and payments to CMA are disclosed in Part 6, Question 11 of the Statements.

(d)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The payments provided in Part 6, Question 11 are the already earned portions of the professional fees paid to the Debtors' professionals for the representation of the Debtors. As a general matter, such funds were remitted to the Debtors' professionals in the form of retainers for which the Debtors' professionals drew against as services were rendered.

(e)     **Statements, Part 6, Question 13 – Transfers Not Already Listed on this Statement.** The Debtors reserve the right to supplement or amend should any non-ordinary course transfers be identified.

(f)     **Statements, Part 12, Question 22**. – **Judicial or Administrative Proceeding Under Any Environmental Law.** The Debtors have listed all known environmental events for which a regulatory agency provided the Debtors a formal notice of violation, notice of enforcement, warning, compliance order, notice of potential penalty, etc.

The Debtors have listed all known agency reportable releases from the Debtors' facilities and operations and/or other environmental events self-reported by the Debtors and for which the regulatory agency provided notice that the Debtors were the responsible party. Each of these releases and/or events is considered closed and no further action has been taken by the regulatory agency.

(g)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Distributions by the Debtors to their respective directors and officers are listed on the attachment to Part 2, Question 4.

**These Global Notes are in addition to the specific notes set forth in the Schedules and SOFAs. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or SOFA and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or SOFAs, as appropriate. Disclosure of information in one Schedule, one SOFA, or an exhibit or attachment to a Schedule or SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, or attachment.**

**The Debtors reserve all rights to amend or supplement the Schedules or SOFAs, in part or in whole, as new information is discovered.**

12

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNDETERMINED |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $7,032,112.78 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $7,032,112.78 |
   |---|

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $17,666,135.82 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNKNOWN |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

   | + $83,235,444.20 |
   |---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $100,901,580.02 |
   |---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  CASH AND CASH EQUIVALENTS

**1.  DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.  CASH ON HAND** | | | |
| 2.1.  CASH | | | $3,986.00 |

**3.  CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS (IDENTIFY ALL)**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | REGIONS BANK | BRS HQ CONTROLLED DISBURSEMENT OPERATING | 8437 | $118,797.18 |
| 3.2. | US BANK | BIG ROCK SPORTS LLC COLLECTIONS | 8542 | $0.00 |

**4.  OTHER CASH EQUIVALENTS**

NONE

| 5 | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $122,783.18 |
|---|---|---|

## Part 2:  DEPOSITS AND PREPAYMENTS

**6.  DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor  BigHook Sports, LLC
        (Name)

Case number *(if known)*

| | Current value of debtor's interest |
|---|---|
| **7.** **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **NONE** | |

| | Current value of debtor's interest |
|---|---|
| **8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.   PREPAID - EST TAX | $148,627.00 |
| 8.2.   PREPAID - OTHER | $60,327.23 |
| 8.3.   PREPAID - SHOW | $197,292.00 |
| 8.4.   PREPAID - SOFTWARE EXP | $102,951.00 |

| | |
|---|---|
| **9** **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $509,197.23 |

**Part 3:   ACCOUNTS RECEIVABLE**

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11.** **ACCOUNTS RECEIVABLE** | | | |
| FACE AMOUNT - 90 DAYS OR LESS | $1,856,285.48 *face amount* − ____ *doubtful or uncollectable accounts* | = → | $1,856,285.48 |
| FACE AMOUNT - OVER 90 DAYS | $4,543,846.89 *face amount* − ____ *doubtful or uncollectable accounts* | = → | $4,543,846.89 |

| | |
|---|---|
| **12** **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $6,400,132.37 |

**Part 4:   INVESTMENTS**

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |

| **15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
|---|---|---|
| Name of entity | % of ownership | |
| 15.1.   BRS CANADA ACQUISITION, INC. | 100% | |

| **16.** **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
|---|---|---|
| DESCRIBE: | | |

Debtor  Bigfront Sports, LLC
        (Name)                                                    Case number (if known)

| 17 | Total of Part 4.<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | | | UNDETERMINED |

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** | | | | |
| **20.  WORK IN PROGRESS** | | | | |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.  INVENTORY | | $5,730,060.00 | | UNDETERMINED |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |

| 23 | Total of Part 5.<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | UNDETERMINED |

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | Total of Part 6.<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |

**34.    Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.    DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    OFFICE FURNITURE** | | | |
| **40.    OFFICE FIXTURES** | | | |
| **41.    OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    SOFTWARE | $6,453,212.53 | | UNDETERMINED |
| **42.    COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| 43 | Total of Part 7.<br>ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | UNDETERMINED |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.    DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48.    WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**48.** **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**49.** **AIRCRAFT AND ACCESSORIES**

**50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | 50.1. WAREHOUSE MACHINERY & EQUIPMENT | | $2,637,561.00 | | UNDETERMINED |
|---|---|---|---|---|---|

| **51** | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | UNDETERMINED |
|---|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 9: | **REAL PROPERTY** |
|---|---|

**54.** **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. REAL ESTATE LEASES | | $8,770,541.00 | | UNDETERMINED |

| **56** | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 10: | **INTANGIBLES AND INTELLECTUAL PROPERTY** |
|---|---|

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| | 60.1. PATENTS, COPYRIGHTS, TRADEMARKS, TRADE SECRETS | | $6,000,000.00 | | UNDETERMINED |
|---|---|---|---|---|---|

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.    BIGROCKSPORTS.COM | | | |
| 61.2.    OTHER INTERNET DOMAINS & WEBSITES | UNDETERMINED | | UNDETERMINED |
| **62.** **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** **GOODWILL** | | | |

| | | | |
|---|---|---|---|
| **66** **Total of Part 10.**<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1.    OLD REPUBLIC PROFESSIONAL LIABILITY, INC., EXCESS LIABILITY INSURANEC POLICY NO. ORPRO 23 10000095 | UNDETERMINED |
| 73.2.    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. POLICY NO. 01-642-24-12 | UNDETERMINED |
| **74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |

| Debtor | Bighook Sports, LLC | Case number (if known) |
|---|---|---|
| | (Name) | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | | |
| | 77.1.     VENDOR REBATES, DEALER CO-OP | | UNDETERMINED |
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | | UNDETERMINED |
| **79.** | Has any of the property listed in Part 11 been appraised by a professional within the last year? ☐  No ☒  Yes | | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $122,783.18 | |
| **81.** | Deposits and prepayments. *Copy line 9, Part 2.* | $509,197.23 | |
| **82.** | Accounts receivable. *Copy line 12, Part 3.* | $6,400,132.37 | |
| **83.** | Investments. *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** | Inventory. *Copy line 23, Part 5.* | UNDETERMINED | |
| **85.** | Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| **86.** | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | UNDETERMINED | |
| **87.** | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | UNDETERMINED | |
| **88.** | Real property. *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNDETERMINED |
| **89.** | Intangibles and intellectual property. *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** | All other assets. *Copy line 78, Part 11.* | ＋  UNDETERMINED | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $7,032,112.78  ＋ 91b. | UNDETERMINED |
| **92.** | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $7,032,112.78 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.    1.    **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.1 | **Creditor's name** | | $17,666,135.82 | UNDETERMINED |
|---|---|---|---|---|
| | REGIONS BANK, ADMINISTRATIVE AGENT | **Describe debtor's property that is subject to a lien** | | |
| | | ACCOUNTS RECEIVABLE | | |
| | **Creditor's mailing address** | | | |
| | LC ISSUER, US LENDER, & CANADIAN LENDER | **Describe the lien** | | |
| | ATTN TERRI COOPER | SECURED DEBT | | |
| | 1180 W PEACHTREE ST NW, STE 1000 | | | |
| | ATLANTA, GA  30309 | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | **Creditor's email address** | ☐ Yes | | |
| | **Date or dates debt was incurred** | **Is anyone else liable on this claim?** | | |
| | 2021-09-24 | ☒ No | | |
| | | ☐ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | *Check all that apply.* | | |
| | ☒ No | ☐ Contingent | | |
| | ☐ Yes | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $17,666,135.82 |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>***SEE SCH F EXHIBIT<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | XXX | XXX |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>302 SAUNDERS, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $66,373.45 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.2** | **Nonpriority creditor's name and mailing address**
ADRIAN DAF

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SELLERS NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes | $248,842.17

**3.3** | **Nonpriority creditor's name and mailing address**
AUGUST 31 HOLDINGS LLC

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes | $157,166.32

**3.4** | **Nonpriority creditor's name and mailing address**
BLHIT CAPITAL
1793 HWY 201 NORTH
MOUNTAIN HOME, AR  72653

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBORDINATED DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes | $32,547,848.44

**3.5** | **Nonpriority creditor's name and mailing address**
G5 PRODUCTS, LLC
D/B/A ANCHOR SHOCK
1024 AMY AVE
CARROLL, IA  51401

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes | $32,280.00

**3.6** | **Nonpriority creditor's name and mailing address**
GINGER HAKALA
C/O AQUA DREAM, INC.
PO BOX 1474
NEW SMYRANA BCH, FL  32170

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes | $8,677.44

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>GLEN BROADSTREET<br>6203 CALENDULA CT<br>SUMMERFIELD, NC  27358<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SELLERS NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $219,913.24 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>HIGH DESERT HOLDINGS, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,454.48 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>JACK BARON<br>612 HARBOR ROAD<br>BRICK, NJ  8724<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SELLERS NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $332,239.49 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>JAY SAMUELS<br>106 EGRET CT<br>NEWPORT, NC  28570<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SELLERS NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $254,673.22 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>MAINE POINTE, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,820,367.97 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $438,486.09 |
| | OKUMA FISHING AND TACKLE CORPORATION 2310 E LOCUST COURT ONTARIO, CA 91761 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,549.99 |
| | PA PROSPECT CORPORATION | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $181,271.02 |
| | PAT HARVEY | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** SELLERS NOTE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,850,925.06 |
| | PURE FISHING, INC. 7 SCIENCE COURT COLUMBIA, SC 29203 | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,003,444.68 |
| | R. ADRIAN HOLLER FAMILY DYNASTY TRUST | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** SELLERS NOTE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    BigRock Sports, LLC
          (Name)                                                    Case number (if known)

| Part 2: | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

RATHER OUTDOORS CORPORATION
6101 E APACHE
TULSA, OK  74115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,796,316.85

---

**3.18** **Nonpriority creditor's name and mailing address**

REECE SUPPLY LLC
D/B/A REECE PLUMBING

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,000.00

---

**3.19** **Nonpriority creditor's name and mailing address**

STEPHENS CAPITAL
ATTN: CORP ACCTG
PO BOX 3507
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBORDINATED DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,223,910.08

---

**3.20** **Nonpriority creditor's name and mailing address**

STEVEN EDWARDS
464 FREEDOM AVENUE
BILLINGS, MT  59105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SELLERS NOTE

**Is the claim subject to offset?**
☑ No
☐ Yes

$599,114.76

---

**3.21** **Nonpriority creditor's name and mailing address**

WAYNE DECKER

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SELLERS NOTE

**Is the claim subject to offset?**
☑ No
☐ Yes

$348,923.81

| Debtor | BigHook Sports, LLC | Case number (if known) |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,665.64 |
|---|---|---|---|

**3.22**

**Nonpriority creditor's name and mailing address**

WICKED LURES LLC
160 HARRISON ROAD UNIT 4
SEQUIM, WA  98382

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim  $6,665.64

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | **UNDETERMINED** |
| **5b.** | Total claims from Part 2 | **5b.** + | **$83,235,444.20** |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | **$83,235,444.20** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | SHORT TERM LANDLORD ACCOMMODATIONS DTD 11/3/2023 | 1141 JAY LANE LLC<br>3041 S. CURCH STREET<br>BURLINGTON, NC  27215 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DTD 5/28/2020 | 302 SAUNDERS LLC<br>ATTN JACK GOLDBERG<br>806 PORT CLINTON CT E<br>BUFFALO GROVE, IL  60089 |
| | State the term remaining | 10/31/2026 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DTD 5/28/2020 | 302 SAUNDERS LLC<br>ATTN JACK GOLDBERG<br>806 PORT CLINTON CT E<br>BUFFALO GROVE, IL  60089 |
| | State the term remaining | 10/31/2026 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE DTD 5/28/2020 | 302 SAUNDERS LLC<br>C/O TIMM & GARFINKEL LLC<br>ATTN GLENN GARFINKEL<br>770 LAKE COOK RD, STE 150<br>DEERFIELD, IL  60015 |
| | State the term remaining | 10/31/2026 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LEASE DTD 5/28/2020 | 302 SAUNDERS LLC<br>C/O TIMM & GARFINKEL LLC<br>ATTN GLENN GARFINKEL<br>770 LAKE COOK RD, STE 150<br>DEERFIELD, IL  60015 |
| | **State the term remaining** | 10/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO INDUSTRIAL/WAREHOUSE LEASE AGREEMENT DTD 4/1/2024 | ALEXANDER FAMILT TRUST<br>6333 S. ALAMEDA STREET<br>LOS ANGELES, CA  90001 |
| | **State the term remaining** | 10/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | ALL STATES CONTAINERS LLC<br>10114 ROYSHALL LN<br>PINEVILLE, NC  28134 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENSION OF LEASE TERM BY SUPPLEMENTAL AGREEMENT | AUGUST 31 HOLDINGS LLC<br>ATTN PROPERTY MGR<br>PO BOX 3045<br>BENTONVILLE, AR  72712 |
| | **State the term remaining** | 5/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE ASSIGNMENT & ASSUMPTION AGREEMENT | AUGUST 31 HOLDINGS LLC<br>ATTN PROPERTY MGR<br>PO BOX 3045<br>BENTONVILLE, AR  72712 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT BY LANDLORD TO SUBLEASE DTD 9/28/2017 | CAPITAL RECOVERY SERVICES LTD<br>ATTN CHAD FAOURI, PRES<br>4111-E ROSE LAKE DR, #4756<br>CHARLOTTE, NC  28217 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO SUBLEASE | CAPITAL RECOVERY SERVICES LTD<br>ATTN CHAD FAOURI, PRES<br>4111-E ROSE LAKE DR, #4756<br>CHARLOTTE, NC  28217 |
| | **State the term remaining** | 11/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT DTD 11/1/2023 | CAPITAL RECOVERY SERVICES LTD<br>ATTN CHAD FAOURI, PRES<br>4111-E ROSE LAKE DR, #4756<br>CHARLOTTE, NC  28217 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE #MHE-BRS072522-CLT-SC DTD 7/25/2022 | CAROLINA HANDLING<br>4835 SIRONA DR, STE 100<br>CHARLOTTE, NC  28273 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE #MHE-BRS072522-CLT-SC DTD 7/25/2022 | CAROLINA HANDLING<br>4835 SIRONA DR, STE 100<br>CHARLOTTE, NC  28273 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT SCHEDULE NO. 01 DTD 3/8/2024 | FIRST AMERICAN COMMERCIAL BANCORP INC<br>211 HIGH POINT DRIVE<br>VICTOR, NY  14564 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT | FULERUM ACQUISITIONS INC<br>ATTN PRESIDENT<br>1966 A BROADHOLLOW RD, STE A<br>FARMINGDALE, NY  11735 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD LIEN WAIVER AGREEMENT DTD 7/17/2024 | FULERUM ACQUISITIONS INC ATTN PRESIDENT 1966 A BROADHOLLOW RD, STE A FARMINGDALE, NY 11735 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD LIEN WAIVER AGREEMENT DTD 7/17/2024 | FULERUM ACQUISITIONS INC ATTN PRESIDENT 1966 A BROADHOLLOW RD, STE A FARMINGDALE, NY 11735 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO LEASE AMENDMENT | ICON RENO PROPERTY OWNER POOL 6 W/SW LLC C/O LINK INDUSTRIAL MANAGEMENT LLC ATTN GEN COUNSEL 90 PARK AVE, 32ND FL NEW YORK, NY 10016 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO LEASE AGREEMENT DTD 9/10/2020 | ICON RENO PROPERTY OWNER POOL 6 W/SW LLC C/O LINK INDUSTRIAL MANAGEMENT LLC ATTN GEN COUNSEL 90 PARK AVE, 32ND FL NEW YORK, NY 10016 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO LEASE AGREEMENT DTD 9/10/2020 | ICON RENO PROPERTY OWNER POOL 6 W/SW LLC C/O LINK INDUSTRIAL MANAGEMENT LLC ATTN LEASE ADMIN 220 COMMERCE DR, 4TH FL FORT WASHINGTON, PA 19034 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO LEASE AMENDMENT | ICON RENO PROPERTY OWNER POOL 6 W/SW LLC C/O LINK INDUSTRIAL MANAGEMENT LLC ATTN LEASE ADMIN 602 W OFFICE CENTER DR, STE 200 FORT WASHINGTON, PA 19034 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT AND WAIVER AGREEMENT DTD 9/28/2017 | KTR STEAD LLC 5190 NEIL RD, STE 210 RENO, NV 89502 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT AND WAIVER AGREEMENT DTD 9/28/2017 | KTR STEAD LLC 5190 NEIL RD, STE 210 RENO, NV 89502 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 9/28/2017 | KTR STEAD LLC 5190 NEIL RD, STE 210 RENO, NV 89502 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | TENANT ESTOPPEL CERTIFICATE | LINK LOGISTICS REAL ESTATE ATTN LEASE ADMIN TRANSACTIONS 602 W OFFICE CENTR DR, STE 200 FORT WASHINGTON, PA 19034 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | TENANT ESTOPPEL CERTIFICATE | LINK LOGISTICS REAL ESTATE ATTN LEASE ADMIN TRANSACTIONS 602 W OFFICE CENTR DR, STE 200 FORT WASHINGTON, PA 19034 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASES DTD 1/15/2020 | MAURICE SPORTING GOODS INC |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM EXHIBIT B - RELOCATOIN PREMISES COMMENCEMENT DATE AGREEMENT | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA 30305 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM EXHIBIT B - RELOCATOIN PREMISES COMMENCEMENT DATE AGREEMENT | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA 30305 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM EXHIBIT B - RELOCATOIN PREMISES COMMENCEMENT DATE AGREEMENT DTD 5/5/2023 | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA 30305 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT TO ASSIGNMENT OF LEASE | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA 30305 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA 30305 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA 30305 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

Debtor    BigRock Sports, LLC
          (Name)
                                                Case number (if known)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD FORM LEASE DTD 5/29/2020 | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA  30305 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | THRID AMENDMENT TO LEASE | MCPF-LRC LOGISTICS LLC C/O NEW YORK LIFE INVESTMENTS ATTN THOMAS DELANEY 3475 PIEDMONT RD NE, STE 575 ATLANTA, GA  30305 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM EXHIBIT B - RELOCATOIN PREMISES COMMENCEMENT DATE AGREEMENT | MCPF-LRC LOGISTICS LLC C/O NYL INVESTORS LLC ATTN ASSET MANAGER 1 FRONT ST, STE 550 SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM EXHIBIT B - RELOCATOIN PREMISES COMMENCEMENT DATE AGREEMENT | MCPF-LRC LOGISTICS LLC C/O NYL INVESTORS LLC ATTN ASSET MANAGER 1 FRONT ST, STE 550 SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM EXHIBIT B - RELOCATOIN PREMISES COMMENCEMENT DATE AGREEMENT DTD 5/5/2023 | MCPF-LRC LOGISTICS LLC C/O NYL INVESTORS LLC ATTN ASSET MANAGER 1 FRONT ST, STE 550 SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT TO ASSIGNMENT OF LEASE | MCPF-LRC LOGISTICS LLC C/O NYL INVESTORS LLC ATTN ASSET MANAGER 1 FRONT ST, STE 550 SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIRST AMENDMENT TO LEASE <br><br><br> UNKNOWN | MCPF-LRC LOGISTICS LLC <br> C/O NYL INVESTORS LLC <br> ATTN ASSET MANAGER <br> 1 FRONT ST, STE 550 <br> SAN FRANCISCO, CA 94111 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECOND AMENDMENT TO LEASE <br><br><br> UNKNOWN | MCPF-LRC LOGISTICS LLC <br> C/O NYL INVESTORS LLC <br> ATTN ASSET MANAGER <br> 1 FRONT ST, STE 550 <br> SAN FRANCISCO, CA 94111 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD FORM LEASE DTD 5/29/2020 <br><br><br> UNKNOWN | MCPF-LRC LOGISTICS LLC <br> C/O NYL INVESTORS LLC <br> ATTN ASSET MANAGER <br> 1 FRONT ST, STE 550 <br> SAN FRANCISCO, CA 94111 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THRID AMENDMENT TO LEASE <br><br><br> UNKNOWN | MCPF-LRC LOGISTICS LLC <br> C/O NYL INVESTORS LLC <br> ATTN ASSET MANAGER <br> 1 FRONT ST, STE 550 <br> SAN FRANCISCO, CA 94111 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VEHICLE LEASE SERVICE AGREEMENT - SCHEDULE A DTD 12/14/2018 <br><br> UNKNOWN | PENSKE TRUCK LEASING CO LP <br> P.O. BOX 532658 <br> ATLANTA, GA 30353-2658 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VEHICLE LEASE SERVICE AGREEMENT - SCHEDULE S & A <br><br> UNKNOWN | PENSKE TRUCK LEASING CO LP <br> P.O. BOX 532658 <br> ATLANTA, GA 30353-2658 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LEASE SERVICE AGREEMENT - SCHEDULE S & A | PENSKE TRUCK LEASING CO LP<br>P.O. BOX 532658<br>ATLANTA, GA 30353-2658 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LEASE SERVICE AGREEMENT DTD 10/17/2022 | PENSKE TRUCK LEASING CO LP<br>P.O. BOX 532658<br>ATLANTA, GA 30353-2658 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LEASE SERVICE AGREEMENT DTD 8/14/2020 | PENSKE TRUCK LEASING CO LP<br>P.O. BOX 532658<br>ATLANTA, GA 30353-2658 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | 2025 RENTAL PAYMENT SCHEDULE RE: LEASE ID #0351864 DTD 12/3/2024 | PROLOGIS MANAGEMENT LLC<br>ATTN MANAGER<br>5520 KIETZKE LN, STE 230<br>RENO, NV 89511 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT BY LANDLORD TO ASSIGNMENT DTD 1/17/2020 | PROLOGIS NA3 NV IV LLC<br>ATTN GEN COUNSEL<br>1800 WAZEE ST, STE 500<br>DENVER, CO 80202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT BY LANDLORD TO ASSIGNMENT DTD 1/17/2020 | PROLOGIS NA3 NV IV LLC<br>ATTN MARKET OFFICER<br>5520 KIETZKE LN, STE 230<br>RENO, NV 89511 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT BY LANDLORD TO SUBLEASE DTD 9/28/2017 | PROLOGIS USLV SUBREIT 4 LLC ATTN GEN COUNSEL 1800 WAZEE ST, STE 500 DENVER, CO 80202 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE AGREEMENT DTD 8/15/2022 | PROLOGIS USLV SUBREIT 4 LLC ATTN GEN COUNSEL 1800 WAZEE ST, STE 500 DENVER, CO 80202 |
| | State the term remaining | 2/29/2028 | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT BY LANDLORD TO SUBLEASE DTD 9/28/2017 | PROLOGIS USLV SUBREIT 4 LLC ATTN MARKET OFFICER 5520 KIETZKE LN, STE 230 RENO, NV 89511 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE AGREEMENT DTD 8/15/2022 | PROLOGIS USLV SUBREIT 4 LLC ATTN MARKET OFFICER 5520 KIETZKE LN, STE 230 RENO, NV 89511 |
| | State the term remaining | 2/29/2028 | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE #6445 DTD 3/21/2025 | PROLOGIS ATTN GEN COUNSEL 1800 WAZEE ST, STE 500 DENVER, CO 80202 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE #6445 DTD 3/21/2025 | PROLOGIS ATTN MARKET OFFICER 5520 KIETZKE LN, STE 230 RENO, NV 89511 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT AND WAIVER AGREEMENT DTD 9/28/2017 | REGIONS BANK<br>ATTN BECKY DEMPSEY<br>1900 5TH AVE NORTH, 23RD FL<br>BIRMINGHAM, AL 35203 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD LIEN WAIVER AGREEMENT DTD 7/17/2024 | REGIONS BANK<br>ATTN LOAN ADMINISTRATION<br>1180 W PEACHTREE ST, STE 1000<br>ATLANTA, GA 30309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD LIEN WAIVER AGREEMENT DTD 7/17/2024 | REGIONS BANK<br>ATTN LOAN ADMINISTRATION<br>1180 W PEACHTREE ST, STE 1000<br>ATLANTA, GA 30309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 2/1/2015 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC<br>ATTN MANAGER, EQUIPMENT FINANCE OPS<br>PO BOX 2545<br>BIRMINGHAM, AL 35202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | TRUE LEASE SCHEDULE # TL-5 TO MASTER AGREEMENT DTD 12/15/2022 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC<br>ATTN MANAGER, EQUIPMENT FINANCE OPS<br>PO BOX 2545<br>BIRMINGHAM, AL 35202 |
| | **State the term remaining** | 12/15/2027 | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | TRUE LEASE SCHEDULE # TL-6 TO MASTER AGREEMENT DTD 3/03/2023 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC<br>ATTN MANAGER, EQUIPMENT FINANCE OPS<br>PO BOX 2545<br>BIRMINGHAM, AL 35202 |
| | **State the term remaining** | 3/3/2027 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | TRUE LEASE SCHEDULE # TL-7 TO MASTER AGREEMENT DTD 4/28/2023 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC ATTN MANAGER, EQUIPMENT FINANCE OPS PO BOX 2545 BIRMINGHAM, AL  35202 |
| | **State the term remaining** | 4/28/2027 | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 2/1/2015 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC ATTN PARALENDER 1900 FIFTH AVE N, STE 2400 BIRMINGHAM, AL  35203 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | TRUE LEASE SCHEDULE # TL-5 TO MASTER AGREEMENT DTD 12/15/2022 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC ATTN PARALENDER 1900 FIFTH AVE N, STE 2400 BIRMINGHAM, AL  35203 |
| | **State the term remaining** | 12/15/2027 | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | TRUE LEASE SCHEDULE # TL-6 TO MASTER AGREEMENT DTD 3/03/2023 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC ATTN PARALENDER 1900 FIFTH AVE N, STE 2400 BIRMINGHAM, AL  35203 |
| | **State the term remaining** | 3/3/2027 | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | TRUE LEASE SCHEDULE # TL-7 TO MASTER AGREEMENT DTD 4/28/2023 | REGIONS COMMERCIAL EQUIPMENT FINANCE LLC ATTN PARALENDER 1900 FIFTH AVE N, STE 2400 BIRMINGHAM, AL  35203 |
| | **State the term remaining** | 4/28/2027 | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE ADDENDUM SCHEDULE A #5 | SALEM LEASING CORPORATION 175 CHARLOIS BLVD WINSTON SALEM, NC  27103 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

Debtor    BigRock Sports, LLC
(Name)                                                    Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.71** **State what the contract or lease is for and the nature of the debtor's interest**  LEASE AGREEMENT DTD 9/4/2008 | SST PROPERTIES LLC C/O SAMET PROPERTIES PO BOX 8050 GREENSBORO, NC  27419 |
| **State the term remaining**  UNKNOWN | |
| **List the contract number of any government contract** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G**. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply* |
| 2.1 | BRS HQ, LLC | 158 LITTLE NINE ROAD MOREHEAD CITY, NC  28557 | REGIONS BANK, ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | CALCUTTA OUTDOORS, LLC | 158 LITTLE NINE ROAD MOREHEAD CITY, NC  28557 | REGIONS BANK, ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | PEAK GLOBAL HOLDINGS, LLC | 158 LITTLE NINE ROAD MOREHEAD CITY, NC  28557 | OKUMA FISHING AND TACKLE CORPORATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | PEAK GLOBAL HOLDINGS, LLC | 158 LITTLE NINE ROAD MOREHEAD CITY, NC  28557 | REGIONS BANK, ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known) | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/16/2026
           MM / DD / YYYY

✖ /s/ Howard P. Meitiner
Signature of individual signing on behalf of debtor

Howard P. Meitiner
Printed name

Chief Restructuring Officer
Position or relationship to debtor

SCH A/B 11 Exhibit
Accounts Receivable Aging Report as of 1/7/2026
Big Rock Sports, LLC

| CUSTOMER | CUSTOMER # | INVOICE # | INVOICE DATE | DUE DATE | ORIGINAL AMOUNT | ACCOUNTS RECEIVABLE AGING Current | 30-Jan | 31-60 | 61-90 | 90+ |
|---|---|---|---|---|---|---|---|---|---|---|
| C.S.A.R Limited | A10428 | C2195967 | 3/1/2024 | 3/31/2024 | 1037.4 | 0 | 0 | 0 | 0 | -407.7 |
| C.S.A.R Limited | A10428 | C2266984 | 9/17/2024 | 10/17/2024 | 1374.4 | 0 | 0 | 0 | 0 | -1358.82 |
| C.S.A.R Limited | A10428 | G0447980 | 9/17/2024 | 10/17/2024 | 292.06 | 0 | 0 | 0 | 0 | -292.06 |
| Roxanne Ventures Inc | A10495 | RTRN799223 | 6/3/2025 | 6/3/2025 | 0 | 0 | 0 | 0 | 0 | 374.41 |
| All Seasons Sports & Hardware | A11726 | N0322885 | 4/18/2023 | 5/18/2023 | 3857.52 | 0 | 0 | 0 | 0 | -2576.46 |
| All Seasons Sports & Hardware | A11726 | N0335389 | 6/29/2023 | 7/29/2023 | 1219.81 | 0 | 0 | 0 | 0 | -1065.87 |
| Cliff's Guns Safes & Reloading | A12534 | N0318571 | 3/24/2023 | 4/10/2023 | 654.68 | 0 | 0 | 0 | 0 | -81.88 |
| Cliff's Guns Safes & Reloading | A12534 | G0393927 | 3/29/2024 | 5/28/2024 | 2971.12 | 0 | 0 | 0 | 0 | -188.99 |
| CulMar Outdoors | A20367 | C2329498 | 6/12/2025 | 7/12/2025 | 48.09 | 0 | 0 | 0 | 0 | 48.09 |
| CulMar Outdoors | A20367 | V0967051 | 6/13/2025 | 7/13/2025 | 128.33 | 0 | 0 | 0 | 0 | 128.33 |
| CulMar Outdoors | A20367 | G0527485 | 7/8/2025 | 8/7/2025 | 1451.57 | 0 | 0 | 0 | 0 | 1451.57 |
| Bob's Merchandise Inc | A20446 | G0530013 | 7/21/2025 | 9/19/2025 | 339.31 | 0 | 0 | 0 | 0 | 339.31 |
| Central Basin Hardware | A24182 | | 27653 | 12/30/2024 | 12/30/2024 | 0 | 0 | 0 | 0 | -80 |
| Kel-Cee Hardware | A26740 | UNSP10450323 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | 0 | -95.71 |
| Kel-Cee Hardware | A26740 | UNSP995719 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | 0 | -79.73 |
| Community True Value | A28209 | C2317007 | 4/16/2025 | 9/10/2025 | 572.03 | 0 | 0 | 0 | 0 | 572.03 |
| Community True Value | A28209 | G0507693 | 4/16/2025 | 9/10/2025 | 1167.87 | 0 | 0 | 0 | 0 | 1167.87 |
| Community True Value | A28209 | G0524613 | 6/27/2025 | 8/26/2025 | 399.23 | 0 | 0 | 0 | 0 | 399.23 |
| Full Limits LLC | A30261 | G0392339 | 3/25/2024 | 4/9/2024 | 738.6 | 0 | 0 | 0 | 0 | -738.6 |
| Fish-Field Inc | A30557 | G0544356 | 10/22/2025 | 10/22/2025 | -19.8 | 0 | 0 | 0 | -19.8 | 0 |
| Fish-Field Inc | A30557 | G0544357 | 10/22/2025 | 10/22/2025 | -72.6 | 0 | 0 | 0 | -72.6 | 0 |
| Lewellen Enterprises LLC | A30629 | N0332875 | 6/13/2023 | 6/13/2023 | -52.32 | 0 | 0 | 0 | 0 | -52.32 |
| Englund Marine-Main Office | A35204 | UNSP832595 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | -73.28 | 0 |
| Fall City Firearms & Ammo Inc | A36053 | G0480775-3 | 1/9/2025 | 7/10/2025 | 2403.99 | 0 | 0 | 0 | 0 | 2403.99 |
| Fall City Firearms & Ammo Inc | A36053 | G0496284-3 | 2/28/2025 | 7/10/2025 | 850.6 | 0 | 0 | 0 | 0 | 850.6 |
| Fall City Firearms & Ammo Inc | A36053 | C2307784 | 3/6/2025 | 9/10/2025 | 2844.25 | 0 | 0 | 0 | 0 | 2844.25 |
| Fall City Firearms & Ammo Inc | A36053 | G0498051 | 3/6/2025 | 9/10/2025 | 2913.76 | 0 | 0 | 0 | 0 | 2913.76 |
| Fall City Firearms & Ammo Inc | A36053 | C2312348-3 | 3/26/2025 | 7/10/2025 | 2208.88 | 0 | 0 | 0 | 0 | 174.7 |
| Fall City Firearms & Ammo Inc | A36053 | C2312412-3 | 3/26/2025 | 7/10/2025 | 401.84 | 0 | 0 | 0 | 0 | 401.84 |
| Fall City Firearms & Ammo Inc | A36053 | G0503078 | 3/31/2025 | 9/10/2025 | 2354.93 | 0 | 0 | 0 | 0 | 2354.93 |
| Fall City Firearms & Ammo Inc | A36053 | V0914715-3 | 4/3/2025 | 7/10/2025 | 826.07 | 0 | 0 | 0 | 0 | 826.07 |
| Fall City Firearms & Ammo Inc | A36053 | G0507405-3 | 4/15/2025 | 7/10/2025 | 346.82 | 0 | 0 | 0 | 0 | 346.82 |
| Fall City Firearms & Ammo Inc | A36053 | C2317598 | 4/18/2025 | 9/10/2025 | 1100.89 | 0 | 0 | 0 | 0 | 1100.89 |
| Fall City Firearms & Ammo Inc | A36053 | G0507992 | 4/18/2025 | 9/10/2025 | 2935.13 | 0 | 0 | 0 | 0 | 2935.13 |
| Fall City Firearms & Ammo Inc | A36053 | G0508236-3 | 4/21/2025 | 7/10/2025 | 1593.2 | 0 | 0 | 0 | 0 | 1593.2 |
| Fall City Firearms & Ammo Inc | A36053 | C2318929 | 4/24/2025 | 7/23/2025 | 1353.6 | 0 | 0 | 0 | 0 | 1353.6 |
| Fall City Firearms & Ammo Inc | A36053 | C2322380-3 | 5/9/2025 | 7/10/2025 | 327.82 | 0 | 0 | 0 | 0 | 327.82 |
| Fisherman's Marine Supply Inc | A36962 | G0454650-1 | 10/10/2024 | 5/10/2025 | 4632.48 | 0 | 0 | 0 | 0 | 4632.48 |
| Fisherman's Marine Supply Inc | A36962 | G0454650-2 | 10/10/2024 | 6/10/2025 | 4632.48 | 0 | 0 | 0 | 0 | 4632.48 |
| Fisherman's Marine Supply Inc | A36962 | G0454650-3 | 10/10/2024 | 7/10/2025 | 4632.48 | 0 | 0 | 0 | 0 | 4632.48 |
| Fisherman's Marine Supply Inc | A36962 | G0455043-1 | 10/11/2024 | 5/10/2025 | 107.52 | 0 | 0 | 0 | 0 | 107.52 |
| Fisherman's Marine Supply Inc | A36962 | G0455043-2 | 10/11/2024 | 6/10/2025 | 107.52 | 0 | 0 | 0 | 0 | 107.52 |
| Fisherman's Marine Supply Inc | A36962 | G0455043-3 | 10/11/2024 | 7/10/2025 | 107.52 | 0 | 0 | 0 | 0 | 107.52 |
| Fisherman's Marine Supply Inc | A36962 | G0472688-1 | 12/5/2024 | 5/10/2025 | 3325 | 0 | 0 | 0 | 0 | 3325 |
| Fisherman's Marine Supply Inc | A36962 | G0472688-2 | 12/5/2024 | 6/10/2025 | 3325 | 0 | 0 | 0 | 0 | 3325 |
| Fisherman's Marine Supply Inc | A36962 | G0472688-3 | 12/5/2024 | 7/10/2025 | 3325 | 0 | 0 | 0 | 0 | 3325 |
| Fisherman's Marine Supply Inc | A36962 | G0473929 | 12/10/2024 | 3/10/2025 | 5871.39 | 0 | 0 | 0 | 0 | 5871.39 |
| Fisherman's Marine Supply Inc | A36962 | G0473928 | 12/11/2024 | 3/11/2025 | 5631.65 | 0 | 0 | 0 | 0 | 5631.65 |
| Fisherman's Marine Supply Inc | A36962 | V0848940 | 12/13/2024 | 3/13/2025 | 680.64 | 0 | 0 | 0 | 0 | 680.64 |
| Fisherman's Marine Supply Inc | A36962 | V0848691 | 12/16/2024 | 3/16/2025 | 595.08 | 0 | 0 | 0 | 0 | 595.08 |
| Fisherman's Marine Supply Inc | A36962 | V0848692 | 12/16/2024 | 3/16/2025 | 1247.66 | 0 | 0 | 0 | 0 | 1247.66 |
| Fisherman's Marine Supply Inc | A36962 | C2290727 | 12/17/2024 | 3/17/2025 | 640.77 | 0 | 0 | 0 | 0 | 640.77 |
| Fisherman's Marine Supply Inc | A36962 | C2290729 | 12/17/2024 | 3/17/2025 | 167.86 | 0 | 0 | 0 | 0 | 167.86 |
| Fisherman's Marine Supply Inc | A36962 | C2290735 | 12/17/2024 | 3/17/2025 | 1002.29 | 0 | 0 | 0 | 0 | 1002.29 |
| Fisherman's Marine Supply Inc | A36962 | G0475632 | 12/17/2024 | 3/17/2025 | 4127.45 | 0 | 0 | 0 | 0 | 4127.45 |
| Fisherman's Marine Supply Inc | A36962 | G0475633 | 12/17/2024 | 3/17/2025 | 3821.17 | 0 | 0 | 0 | 0 | 3821.17 |
| Fisherman's Marine Supply Inc | A36962 | G0475634 | 12/17/2024 | 3/17/2025 | 5781.23 | 0 | 0 | 0 | 0 | 5781.23 |
| Fisherman's Marine Supply Inc | A36962 | V0852827 | 12/19/2024 | 3/19/2025 | 1418.64 | 0 | 0 | 0 | 0 | 1418.64 |
| Fisherman's Marine Supply Inc | A36962 | V0852828 | 12/19/2024 | 3/19/2025 | 1667.75 | 0 | 0 | 0 | 0 | 1667.75 |
| Fisherman's Marine Supply Inc | A36962 | V0852829 | 12/19/2024 | 3/19/2025 | 2290.77 | 0 | 0 | 0 | 0 | 2290.77 |
| Fisherman's Marine Supply Inc | A36962 | C2291467 | 12/20/2024 | 3/20/2025 | 680 | 0 | 0 | 0 | 0 | 680 |
| Fisherman's Marine Supply Inc | A36962 | C2291472 | 12/20/2024 | 3/20/2025 | 680 | 0 | 0 | 0 | 0 | 680 |
| Fisherman's Marine Supply Inc | A36962 | G0476994-1 | 12/23/2024 | 5/10/2025 | 14095.04 | 0 | 0 | 0 | 0 | 14095.04 |
| Fisherman's Marine Supply Inc | A36962 | G0476994-2 | 12/23/2024 | 6/10/2025 | 14095.04 | 0 | 0 | 0 | 0 | 14095.04 |
| Fisherman's Marine Supply Inc | A36962 | G0476994-3 | 12/23/2024 | 7/10/2025 | 14095.04 | 0 | 0 | 0 | 0 | 14095.04 |
| Fisherman's Marine Supply Inc | A36962 | C2292022-1 | 12/26/2024 | 5/10/2025 | 5299.03 | 0 | 0 | 0 | 0 | 5299.03 |
| Fisherman's Marine Supply Inc | A36962 | C2292022-2 | 12/26/2024 | 6/10/2025 | 5299.03 | 0 | 0 | 0 | 0 | 5299.03 |
| Fisherman's Marine Supply Inc | A36962 | C2292022-3 | 12/26/2024 | 7/10/2025 | 5299.02 | 0 | 0 | 0 | 0 | 5299.02 |
| Fisherman's Marine Supply Inc | A36962 | C2292214 | 12/26/2024 | 3/26/2025 | 154.9 | 0 | 0 | 0 | 0 | 154.9 |
| Fisherman's Marine Supply Inc | A36962 | C2292253 | 12/26/2024 | 3/26/2025 | 177.69 | 0 | 0 | 0 | 0 | 177.69 |
| Fisherman's Marine Supply Inc | A36962 | G0477715-1 | 12/26/2024 | 5/10/2025 | 195.48 | 0 | 0 | 0 | 0 | 195.48 |
| Fisherman's Marine Supply Inc | A36962 | G0477715-2 | 12/26/2024 | 6/10/2025 | 195.48 | 0 | 0 | 0 | 0 | 195.48 |
| Fisherman's Marine Supply Inc | A36962 | G0477715-3 | 12/26/2024 | 7/10/2025 | 195.47 | 0 | 0 | 0 | 0 | 195.47 |
| Fisherman's Marine Supply Inc | A36962 | G0477729 | 12/26/2024 | 3/26/2025 | 3692.56 | 0 | 0 | 0 | 0 | 3692.56 |
| Fisherman's Marine Supply Inc | A36962 | G0477731 | 12/26/2024 | 3/26/2025 | 5209.28 | 0 | 0 | 0 | 0 | 5209.28 |
| Fisherman's Marine Supply Inc | A36962 | V0854086-1 | 12/26/2024 | 5/10/2025 | 14854.39 | 0 | 0 | 0 | 0 | 14854.39 |
| Fisherman's Marine Supply Inc | A36962 | V0854086-2 | 12/26/2024 | 6/10/2025 | 14854.39 | 0 | 0 | 0 | 0 | 14854.39 |
| Fisherman's Marine Supply Inc | A36962 | V0854086-3 | 12/26/2024 | 7/10/2025 | 14854.4 | 0 | 0 | 0 | 0 | 14854.4 |
| Fisherman's Marine Supply Inc | A36962 | V0854577 | 12/26/2024 | 3/26/2025 | 255.43 | 0 | 0 | 0 | 0 | 255.43 |
| Fisherman's Marine Supply Inc | A36962 | G0477810 | 12/27/2024 | 3/27/2025 | 6308.73 | 0 | 0 | 0 | 0 | 6308.73 |
| Fisherman's Marine Supply Inc | A36962 | G0478395-1 | 12/30/2024 | 5/10/2025 | 400.29 | 0 | 0 | 0 | 0 | 400.29 |
| Fisherman's Marine Supply Inc | A36962 | G0478395-2 | 12/30/2024 | 6/10/2025 | 400.29 | 0 | 0 | 0 | 0 | 400.29 |
| Fisherman's Marine Supply Inc | A36962 | G0478395-3 | 12/30/2024 | 7/10/2025 | 400.3 | 0 | 0 | 0 | 0 | 400.3 |
| Fisherman's Marine Supply Inc | A36962 | C2293287 | 12/31/2024 | 3/31/2025 | 199.59 | 0 | 0 | 0 | 0 | 199.59 |
| Fisherman's Marine Supply Inc | A36962 | C2293302 | 12/31/2024 | 3/31/2025 | 305.67 | 0 | 0 | 0 | 0 | 305.67 |
| Fisherman's Marine Supply Inc | A36962 | C2293314 | 12/31/2024 | 3/31/2025 | 263.41 | 0 | 0 | 0 | 0 | 263.41 |
| Fisherman's Marine Supply Inc | A36962 | G0478964 | 12/31/2024 | 3/31/2025 | 6623.87 | 0 | 0 | 0 | 0 | 6623.87 |
| Fisherman's Marine Supply Inc | A36962 | G0478965 | 12/31/2024 | 3/31/2025 | 7169.66 | 0 | 0 | 0 | 0 | 7169.66 |

| Name | Account | Doc | Date1 | Date2 | Amount | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Fisherman's Marine Supply Inc | A36962 | G0478966 | 12/31/2024 | 3/31/2025 | 7282.73 | 0 | 0 | 0 | 0 | 7282.73 |
| Fisherman's Marine Supply Inc | A36962 | V0858203 | 1/2/2025 | 4/2/2025 | 698.17 | 0 | 0 | 0 | 0 | 698.17 |
| Fisherman's Marine Supply Inc | A36962 | V0858204 | 1/2/2025 | 4/2/2025 | 139.41 | 0 | 0 | 0 | 0 | 139.41 |
| Fisherman's Marine Supply Inc | A36962 | V0858205 | 1/2/2025 | 4/2/2025 | 351.17 | 0 | 0 | 0 | 0 | 351.17 |
| Fisherman's Marine Supply Inc | A36962 | G0480384-1 | 1/7/2025 | 5/10/2025 | 2925.49 | 0 | 0 | 0 | 0 | 2925.49 |
| Fisherman's Marine Supply Inc | A36962 | G0480384-2 | 1/7/2025 | 6/10/2025 | 2925.49 | 0 | 0 | 0 | 0 | 2925.49 |
| Fisherman's Marine Supply Inc | A36962 | G0480384-3 | 1/7/2025 | 7/10/2025 | 2925.5 | 0 | 0 | 0 | 0 | 2925.5 |
| Fisherman's Marine Supply Inc | A36962 | V0860456-1 | 1/7/2025 | 5/10/2025 | 431.2 | 0 | 0 | 0 | 0 | 431.2 |
| Fisherman's Marine Supply Inc | A36962 | V0860456-2 | 1/7/2025 | 6/10/2025 | 431.2 | 0 | 0 | 0 | 0 | 431.2 |
| Fisherman's Marine Supply Inc | A36962 | V0860456-3 | 1/7/2025 | 7/10/2025 | 431.2 | 0 | 0 | 0 | 0 | 431.2 |
| Fisherman's Marine Supply Inc | A36962 | G0480787-1 | 1/10/2025 | 5/10/2025 | 13365.37 | 0 | 0 | 0 | 0 | 13365.37 |
| Fisherman's Marine Supply Inc | A36962 | G0480787-2 | 1/10/2025 | 6/10/2025 | 13365.37 | 0 | 0 | 0 | 0 | 13365.37 |
| Fisherman's Marine Supply Inc | A36962 | G0480787-3 | 1/10/2025 | 7/10/2025 | 13365.37 | 0 | 0 | 0 | 0 | 13365.37 |
| Fisherman's Marine Supply Inc | A36962 | G0480850-1 | 1/10/2025 | 4/10/2025 | 2925 | 0 | 0 | 0 | 0 | 2925 |
| Fisherman's Marine Supply Inc | A36962 | G0480850-2 | 1/10/2025 | 5/10/2025 | 2925 | 0 | 0 | 0 | 0 | 2925 |
| Fisherman's Marine Supply Inc | A36962 | G0481245-1 | 1/13/2025 | 5/10/2025 | 17709.94 | 0 | 0 | 0 | 0 | 17709.94 |
| Fisherman's Marine Supply Inc | A36962 | G0481245-2 | 1/13/2025 | 6/10/2025 | 17709.94 | 0 | 0 | 0 | 0 | 17709.94 |
| Fisherman's Marine Supply Inc | A36962 | G0481245-3 | 1/13/2025 | 7/10/2025 | 17709.94 | 0 | 0 | 0 | 0 | 17709.94 |
| Fisherman's Marine Supply Inc | A36962 | V0861803-1 | 1/13/2025 | 5/10/2025 | 535.79 | 0 | 0 | 0 | 0 | 535.79 |
| Fisherman's Marine Supply Inc | A36962 | V0861803-2 | 1/13/2025 | 6/10/2025 | 535.79 | 0 | 0 | 0 | 0 | 535.79 |
| Fisherman's Marine Supply Inc | A36962 | V0861803-3 | 1/13/2025 | 7/10/2025 | 535.78 | 0 | 0 | 0 | 0 | 535.78 |
| Fisherman's Marine Supply Inc | A36962 | V0861804-1 | 1/13/2025 | 5/10/2025 | 736.43 | 0 | 0 | 0 | 0 | 736.43 |
| Fisherman's Marine Supply Inc | A36962 | V0861804-2 | 1/13/2025 | 6/10/2025 | 736.43 | 0 | 0 | 0 | 0 | 736.43 |
| Fisherman's Marine Supply Inc | A36962 | V0861804-3 | 1/13/2025 | 7/10/2025 | 736.43 | 0 | 0 | 0 | 0 | 736.43 |
| Fisherman's Marine Supply Inc | A36962 | V0861805-1 | 1/13/2025 | 5/10/2025 | 775.83 | 0 | 0 | 0 | 0 | 775.83 |
| Fisherman's Marine Supply Inc | A36962 | V0861805-2 | 1/13/2025 | 6/10/2025 | 775.83 | 0 | 0 | 0 | 0 | 775.83 |
| Fisherman's Marine Supply Inc | A36962 | V0861805-3 | 1/13/2025 | 7/10/2025 | 775.84 | 0 | 0 | 0 | 0 | 775.84 |
| Fisherman's Marine Supply Inc | A36962 | C2295897-1 | 1/14/2025 | 5/10/2025 | 601.29 | 0 | 0 | 0 | 0 | 601.29 |
| Fisherman's Marine Supply Inc | A36962 | C2295897-2 | 1/14/2025 | 6/10/2025 | 601.29 | 0 | 0 | 0 | 0 | 601.29 |
| Fisherman's Marine Supply Inc | A36962 | C2295897-3 | 1/14/2025 | 7/10/2025 | 601.29 | 0 | 0 | 0 | 0 | 601.29 |
| Fisherman's Marine Supply Inc | A36962 | C2295910 | 1/14/2025 | 4/14/2025 | 12701.45 | 0 | 0 | 0 | 0 | 12701.45 |
| Fisherman's Marine Supply Inc | A36962 | G0481815 | 1/14/2025 | 4/14/2025 | 3068.37 | 0 | 0 | 0 | 0 | 3068.37 |
| Fisherman's Marine Supply Inc | A36962 | G0481817 | 1/14/2025 | 4/14/2025 | 2091.11 | 0 | 0 | 0 | 0 | 2091.11 |
| Fisherman's Marine Supply Inc | A36962 | G0481818 | 1/14/2025 | 4/14/2025 | 5806.4 | 0 | 0 | 0 | 0 | 5806.4 |
| Fisherman's Marine Supply Inc | A36962 | C2296311 | 1/15/2025 | 4/15/2025 | 8092 | 0 | 0 | 0 | 0 | 8092 |
| Fisherman's Marine Supply Inc | A36962 | C2296349-1 | 1/15/2025 | 5/10/2025 | 610.36 | 0 | 0 | 0 | 0 | 610.36 |
| Fisherman's Marine Supply Inc | A36962 | C2296349-2 | 1/15/2025 | 6/10/2025 | 610.36 | 0 | 0 | 0 | 0 | 610.36 |
| Fisherman's Marine Supply Inc | A36962 | C2296349-3 | 1/15/2025 | 7/10/2025 | 610.37 | 0 | 0 | 0 | 0 | 610.37 |
| Fisherman's Marine Supply Inc | A36962 | V0862969 | 1/15/2025 | 4/15/2025 | 144.73 | 0 | 0 | 0 | 0 | 144.73 |
| Fisherman's Marine Supply Inc | A36962 | V0862971 | 1/15/2025 | 4/15/2025 | 198.36 | 0 | 0 | 0 | 0 | 198.36 |
| Fisherman's Marine Supply Inc | A36962 | C2296697 | 1/16/2025 | 4/16/2025 | 2806 | 0 | 0 | 0 | 0 | 2806 |
| Fisherman's Marine Supply Inc | A36962 | G0481241 | 1/16/2025 | 4/16/2025 | 28783.83 | 0 | 0 | 0 | 0 | 28783.83 |
| Fisherman's Marine Supply Inc | A36962 | G0481242-1 | 1/16/2025 | 5/10/2025 | 22550.74 | 0 | 0 | 0 | 0 | 22550.74 |
| Fisherman's Marine Supply Inc | A36962 | G0481242-2 | 1/16/2025 | 6/10/2025 | 22550.74 | 0 | 0 | 0 | 0 | 22550.74 |
| Fisherman's Marine Supply Inc | A36962 | G0481242-3 | 1/16/2025 | 7/10/2025 | 22550.74 | 0 | 0 | 0 | 0 | 22550.74 |
| Fisherman's Marine Supply Inc | A36962 | G0481243-1 | 1/16/2025 | 5/10/2025 | 3089.71 | 0 | 0 | 0 | 0 | 3089.71 |
| Fisherman's Marine Supply Inc | A36962 | G0481243-2 | 1/16/2025 | 6/10/2025 | 3089.71 | 0 | 0 | 0 | 0 | 3089.71 |
| Fisherman's Marine Supply Inc | A36962 | G0481243-3 | 1/16/2025 | 7/10/2025 | 3089.72 | 0 | 0 | 0 | 0 | 3089.72 |
| Fisherman's Marine Supply Inc | A36962 | G0481244-1 | 1/16/2025 | 5/10/2025 | 8531.55 | 0 | 0 | 0 | 0 | 8531.55 |
| Fisherman's Marine Supply Inc | A36962 | G0481244-2 | 1/16/2025 | 6/10/2025 | 8531.55 | 0 | 0 | 0 | 0 | 8531.55 |
| Fisherman's Marine Supply Inc | A36962 | G0481244-3 | 1/16/2025 | 7/10/2025 | 8531.56 | 0 | 0 | 0 | 0 | 8531.56 |
| Fisherman's Marine Supply Inc | A36962 | V0862970 | 1/16/2025 | 4/16/2025 | 347.74 | 0 | 0 | 0 | 0 | 347.74 |
| Fisherman's Marine Supply Inc | A36962 | C2296723-1 | 1/17/2025 | 5/10/2025 | 342.03 | 0 | 0 | 0 | 0 | 342.03 |
| Fisherman's Marine Supply Inc | A36962 | C2296723-2 | 1/17/2025 | 6/10/2025 | 342.03 | 0 | 0 | 0 | 0 | 342.03 |
| Fisherman's Marine Supply Inc | A36962 | C2296723-3 | 1/17/2025 | 7/10/2025 | 342.04 | 0 | 0 | 0 | 0 | 342.04 |
| Fisherman's Marine Supply Inc | A36962 | G0483141 | 1/17/2025 | 4/17/2025 | 324.58 | 0 | 0 | 0 | 0 | 324.58 |
| Fisherman's Marine Supply Inc | A36962 | G0483142-1 | 1/17/2025 | 5/10/2025 | 524.27 | 0 | 0 | 0 | 0 | 524.27 |
| Fisherman's Marine Supply Inc | A36962 | G0483142-2 | 1/17/2025 | 6/10/2025 | 524.27 | 0 | 0 | 0 | 0 | 524.27 |
| Fisherman's Marine Supply Inc | A36962 | G0483142-3 | 1/17/2025 | 7/10/2025 | 524.28 | 0 | 0 | 0 | 0 | 524.28 |
| Fisherman's Marine Supply Inc | A36962 | G0483313-1 | 1/20/2025 | 5/10/2025 | 47.04 | 0 | 0 | 0 | 0 | 47.04 |
| Fisherman's Marine Supply Inc | A36962 | G0483313-2 | 1/20/2025 | 6/10/2025 | 47.04 | 0 | 0 | 0 | 0 | 47.04 |
| Fisherman's Marine Supply Inc | A36962 | G0483313-3 | 1/20/2025 | 7/10/2025 | 47.04 | 0 | 0 | 0 | 0 | 47.04 |
| Fisherman's Marine Supply Inc | A36962 | G0483314-1 | 1/20/2025 | 5/10/2025 | 165.81 | 0 | 0 | 0 | 0 | 165.81 |
| Fisherman's Marine Supply Inc | A36962 | G0483314-2 | 1/20/2025 | 6/10/2025 | 165.81 | 0 | 0 | 0 | 0 | 165.81 |
| Fisherman's Marine Supply Inc | A36962 | G0483314-3 | 1/20/2025 | 7/10/2025 | 165.8 | 0 | 0 | 0 | 0 | 165.8 |
| Fisherman's Marine Supply Inc | A36962 | G0483596 | 1/21/2025 | 4/21/2025 | 32.5 | 0 | 0 | 0 | 0 | 32.5 |
| Fisherman's Marine Supply Inc | A36962 | G0484239-1 | 1/23/2025 | 5/10/2025 | 225.47 | 0 | 0 | 0 | 0 | 225.47 |
| Fisherman's Marine Supply Inc | A36962 | G0484239-2 | 1/23/2025 | 6/10/2025 | 225.47 | 0 | 0 | 0 | 0 | 225.47 |
| Fisherman's Marine Supply Inc | A36962 | G0484239-3 | 1/23/2025 | 7/10/2025 | 225.46 | 0 | 0 | 0 | 0 | 225.46 |
| Fisherman's Marine Supply Inc | A36962 | G0484211 | 1/24/2025 | 4/24/2025 | 1998 | 0 | 0 | 0 | 0 | 1998 |
| Fisherman's Marine Supply Inc | A36962 | C2299613 | 1/30/2025 | 4/30/2025 | 419.36 | 0 | 0 | 0 | 0 | 419.36 |
| Fisherman's Marine Supply Inc | A36962 | G0488661 | 2/11/2025 | 5/12/2025 | 10315.6 | 0 | 0 | 0 | 0 | 10315.6 |
| Fisherman's Marine Supply Inc | A36962 | G0518870 | 6/20/2025 | 6/20/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fisherman's Marine Supply Inc | A36962 | G0528664 | 7/14/2025 | 10/12/2025 | 1729.84 | 0 | 0 | 0 | 1729.84 | 0 |
| Huntington's Sportsman's Store | A40119 | V0403721 | 4/16/2024 | 4/16/2024 | -27.71 | 0 | 0 | 0 | 0 | -27.71 |
| The Gun Room Inc | A42804 | C2038007 | 1/26/2023 | 2/25/2023 | 2592 | 0 | 0 | 0 | 0 | -738.87 |
| The Gun Room Inc | A42804 | N0315122 | 3/7/2023 | 3/7/2023 | -53.9 | 0 | 0 | 0 | 0 | -53.9 |
| The Gun Room Inc | A42804 | N0315755 | 3/10/2023 | 3/10/2023 | -159.32 | 0 | 0 | 0 | 0 | -159.32 |
| The Gun Room Inc | A42804 | C2070275 | 4/5/2023 | 5/5/2023 | 132.81 | 0 | 0 | 0 | 0 | -117.24 |
| The Gun Room Inc | A42804 | N0329269 | 5/22/2023 | 6/21/2023 | 323.85 | 0 | 0 | 0 | 0 | -314.84 |
| The Gun Room Inc | A42804 | N0334196 | 6/22/2023 | 7/22/2023 | 3064 | 0 | 0 | 0 | 0 | -3064 |
| The Gun Room Inc | A42804 | C2109932 | 7/12/2023 | 8/11/2023 | 313.78 | 0 | 0 | 0 | 0 | -304.78 |
| The Gun Room Inc | A42804 | C2115330 | 7/31/2023 | 8/30/2023 | 182.77 | 0 | 0 | 0 | 0 | -170.7 |
| The Gun Room Inc | A42804 | G0308177 | 7/31/2023 | 8/30/2023 | 95.37 | 0 | 0 | 0 | 0 | -47.76 |
| The Gun Room Inc | A42804 | G0332383 | 10/3/2023 | 11/2/2023 | 1608.45 | 0 | 0 | 0 | 0 | -1563.44 |
| The Gun Room Inc | A42804 | C2155907 | 11/10/2023 | 11/10/2023 | -89.99 | 0 | 0 | 0 | 0 | -89.99 |
| The Gun Room Inc | A42804 | C2165949 | 12/7/2023 | 1/6/2024 | 474.27 | 0 | 0 | 0 | 0 | -314.45 |
| The Gun Room Inc | A42804 | G0358953 | 12/7/2023 | 1/6/2024 | 74.23 | 0 | 0 | 0 | 0 | -65.16 |
| The Gun Room Inc | A42804 | G0362494 | 12/19/2023 | 1/18/2024 | 39.3 | 0 | 0 | 0 | 0 | -39.3 |
| The Gun Room Inc | A42804 | C2171569 | 12/21/2023 | 1/20/2024 | 312.71 | 0 | 0 | 0 | 0 | -234.9 |
| The Gun Room Inc | A42804 | C2216015 | 4/22/2024 | 5/22/2024 | 42.59 | 0 | 0 | 0 | 0 | -33.12 |
| J T Brown's Store | A48116 | N0178978 | 12/7/2020 | 12/7/2020 | -49.5 | 0 | 0 | 0 | 0 | -49.5 |
| J T Brown's Store | A48116 | N0306788 | 1/17/2023 | 1/17/2023 | -164.94 | 0 | 0 | 0 | 0 | -164.94 |
| Kent's Market | A50137 | V0792905 | 9/4/2024 | 9/4/2024 | -80.6 | 0 | 0 | 0 | 0 | -161.2 |

| Name | Acct | Invoice | Date1 | Date2 | Amount | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kent's Market | A50137 | G0448169 | 9/18/2024 | 10/18/2024 | 1251.81 | 0 | 0 | 0 | 0 | 0 | -307.92 |
| Kent's Market | A50137 | G0466391 | 11/8/2024 | 12/8/2024 | 703.26 | 0 | 0 | 0 | 0 | 0 | -77.01 |
| Kent's Market | A50137 | G0472378 | 12/3/2024 | 1/2/2025 | 850.25 | 0 | 0 | 0 | 0 | 0 | -1050.58 |
| Kittitas County Trading Co | A50158 | G0506421 | 4/14/2025 | 9/10/2025 | 2538.36 | 0 | 0 | 0 | 0 | 0 | 2538.36 |
| Kittitas County Trading Co | A50158 | F2508A50158C | 8/20/2025 | 9/19/2025 | 6.93 | 0 | 0 | 0 | 0 | 0 | 6.93 |
| Kittitas County Trading Co | A50158 | F2508A50158G | 8/30/2025 | 9/29/2025 | 54.59 | 0 | 0 | 0 | 0 | 0 | 54.59 |
| Kittitas County Trading Co | A50158 | F2508A50158V | 8/30/2025 | 9/29/2025 | 4.03 | 0 | 0 | 0 | 0 | 0 | 4.03 |
| Kittitas County Trading Co | A50158 | F2509A50158V | 9/16/2025 | 10/16/2025 | 2.21 | 0 | 0 | 0 | 0 | 2.21 | 0 |
| Kittitas County Trading Co | A50158 | F2509A50158G | 9/29/2025 | 10/29/2025 | 66.11 | 0 | 0 | 0 | 0 | 66.11 | 0 |
| Kittitas County Trading Co | A50158 | F2510A50158G | 10/30/2025 | 11/29/2025 | 39.37 | 0 | 0 | 39.37 | 0 | 0 | 0 |
| Kittitas County Trading Co | A50158 | F2511A50158G | 11/29/2025 | 12/29/2025 | 38.1 | 38.1 | 0 | 0 | 0 | 0 | 0 |
| Kittitas County Trading Co | A50158 | F2512A50158G | 12/1/2025 | 12/31/2025 | 2.54 | 2.54 | 0 | 0 | 0 | 0 | 0 |
| Kent's Market | A50199 | G0536857 | 8/25/2025 | 8/25/2025 | -5.94 | 0 | 0 | 0 | 0 | 0 | -5.94 |
| Little Rays Tackle Box | A50369 | G0534003 | 8/11/2025 | 9/10/2025 | 587.69 | 0 | 0 | 0 | 0 | 0 | 587.69 |
| Wild West International, LLC | A50383 | C2303276 | 2/14/2025 | 5/15/2025 | 12928.03 | 0 | 0 | 0 | 0 | 0 | 12928.03 |
| Wild West International, LLC | A50383 | C2303279 | 2/14/2025 | 5/15/2025 | 10669.69 | 0 | 0 | 0 | 0 | 0 | 10669.69 |
| Wild West International, LLC | A50383 | C2306327 | 2/28/2025 | 5/29/2025 | 12349.07 | 0 | 0 | 0 | 0 | 0 | 12349.07 |
| Wild West International, LLC | A50383 | G0496240 | 3/3/2025 | 9/10/2025 | 22980 | 0 | 0 | 0 | 0 | 0 | 22980 |
| Wild West International, LLC | A50383 | G0496253 | 3/4/2025 | 6/2/2025 | 1717.8 | 0 | 0 | 0 | 0 | 0 | 1717.8 |
| Wild West International, LLC | A50383 | C2310035 | 3/17/2025 | 6/15/2025 | 7145.42 | 0 | 0 | 0 | 0 | 0 | 7145.42 |
| Wild West International, LLC | A50383 | C2316070 | 4/11/2025 | 7/10/2025 | 14258.76 | 0 | 0 | 0 | 0 | 0 | 14258.76 |
| Wild West International, LLC | A50383 | G0506306 | 4/11/2025 | 7/10/2025 | 1388.15 | 0 | 0 | 0 | 0 | 0 | 1388.15 |
| Wild West International, LLC | A50383 | G0506382 | 4/14/2025 | 9/10/2025 | 21980 | 0 | 0 | 0 | 0 | 0 | 21980 |
| Wild West International, LLC | A50383 | C2321431 | 5/6/2025 | 8/4/2025 | 11197.25 | 0 | 0 | 0 | 0 | 0 | 11197.25 |
| Wild West International, LLC | A50383 | G0512173 | 5/6/2025 | 8/4/2025 | 1324.62 | 0 | 0 | 0 | 0 | 0 | 1324.62 |
| Wild West International, LLC | A50383 | F2505A50383G | 5/21/2025 | 6/20/2025 | 1.33 | 0 | 0 | 0 | 0 | 0 | 1.33 |
| Wild West International, LLC | A50383 | F2505A50383C | 5/30/2025 | 6/29/2025 | 715.18 | 0 | 0 | 0 | 0 | 0 | 715.18 |
| Wild West International, LLC | A50383 | F2506A50383C | 6/29/2025 | 7/29/2025 | 1167.27 | 0 | 0 | 0 | 0 | 0 | 1167.27 |
| Wild West International, LLC | A50383 | F2506A50383G | 6/29/2025 | 7/29/2025 | 32.74 | 0 | 0 | 0 | 0 | 0 | 32.74 |
| Wild West International, LLC | A50383 | F2507A50383C | 7/29/2025 | 8/28/2025 | 1235.48 | 0 | 0 | 0 | 0 | 0 | 1235.48 |
| Wild West International, LLC | A50383 | F2507A50383G | 7/29/2025 | 8/28/2025 | 48.7 | 0 | 0 | 0 | 0 | 0 | 48.7 |
| McKenzie Feed And Tackle | A50453 | G0422602 | 6/19/2024 | 6/19/2024 | -93.72 | 0 | 0 | 0 | 0 | 0 | -22.92 |
| New RHLLC | A60017 | N0318684 | 3/27/2023 | 4/26/2023 | 959.46 | 0 | 0 | 0 | 0 | 0 | -526.19 |
| New RHLLC | A60017 | R2554714-3 | 4/4/2023 | 7/10/2023 | 1372.76 | 0 | 0 | 0 | 0 | 0 | -147.88 |
| New RHLLC | A60017 | N0320647 | 4/5/2023 | 4/5/2023 | -20 | 0 | 0 | 0 | 0 | 0 | -20 |
| New RHLLC | A60017 | N0332327 | 6/8/2023 | 6/8/2023 | -21.07 | 0 | 0 | 0 | 0 | 0 | -21.07 |
| New RHLLC | A60017 | R2739255 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -322.71 |
| New RHLLC | A60017 | V0869479-3 | 1/30/2025 | 7/10/2025 | 161.97 | 0 | 0 | 0 | 0 | 0 | -275.28 |
| New RHLLC | A60017 | V0904684-3 | 3/24/2025 | 7/10/2025 | 400.91 | 0 | 0 | 0 | 0 | 0 | -250 |
| New RHLLC | A60017 | V0961443 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Nilsen Feed & Grain Company | A60180 | V0997338 | 8/5/2025 | 9/10/2025 | 774.53 | 0 | 0 | 0 | 0 | 0 | 774.53 |
| Lone Eagle Resorts | A60266 | V0961444 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Pardners Mini Market | A60379 | O0276337 | 4/19/2023 | 5/10/2023 | 959.46 | 0 | 0 | 0 | 0 | 0 | -84.66 |
| Pardners Mini Market | A60379 | N0323125 | 4/20/2023 | 5/10/2023 | 1429.6 | 0 | 0 | 0 | 0 | 0 | -1356.08 |
| JY Holdings, LLC | A60393 | G0515962 | 5/27/2025 | 5/27/2025 | -82.8 | 0 | 0 | 0 | 0 | 0 | -82.8 |
| Metacommerce Inc | A60410 | G0507938 | 11/20/2025 | 2/18/2026 | 3055.45 | 3055.45 | 0 | 0 | 0 | 0 | 0 |
| Olde West Gun & Loan Inc II | A67009 | G0535835 | 8/28/2025 | 9/27/2025 | 411.19 | 0 | 0 | 0 | 0 | 0 | 411.19 |
| Olde West Gun & Loan Inc II | A67009 | C2342272 | 9/4/2025 | 10/3/2025 | 152.37 | 0 | 0 | 0 | 0 | 0 | 25 |
| Olde West Gun & Loan Inc II | A67009 | G0536741 | 9/4/2025 | 10/4/2025 | 87.17 | 0 | 0 | 0 | 0 | 0 | 25 |
| Olde West Gun & Loan Inc II | A67009 | G0540694 | 9/19/2025 | 10/19/2025 | 76.22 | 0 | 0 | 0 | 0 | 25 | 0 |
| Olde West Gun & Loan Inc II | A67009 | F2510A67009G | 10/30/2025 | 11/29/2025 | 7.17 | 0 | 0 | 7.17 | 0 | 0 | 0 |
| Olde West Gun & Loan Inc II | A67009 | F2511A67009G | 11/29/2025 | 12/29/2025 | 7.05 | 7.05 | 0 | 0 | 0 | 0 | 0 |
| Olde West Gun & Loan Inc II | A67009 | F2512A67009G | 11/30/2025 | 12/30/2025 | 0.23 | 0.23 | 0 | 0 | 0 | 0 | 0 |
| The Range LLC | A70210 | C2310176 | 3/18/2025 | 9/10/2025 | 12090.87 | 0 | 0 | 0 | 0 | 0 | 12090.87 |
| Beaver Valley Property Mgmt Inc | A74120 | G0416023 | 6/4/2024 | 7/4/2024 | 290.52 | 0 | 0 | 0 | 0 | 0 | -214.77 |
| Purdy Cost Less Pharmacy | A75127 | G0447527 | 9/13/2024 | 10/13/2024 | 428.39 | 0 | 0 | 0 | 0 | 0 | -418.9 |
| Rogue Outdoor Store | A78725 | V1030041 | 11/11/2025 | 11/11/2025 | -76.56 | 0 | 0 | -76.56 | 0 | 0 | 0 |
| Sportsman's Bait & Tackle | A80011 | G0486606-1 | 2/4/2025 | 5/10/2025 | 1694.58 | 0 | 0 | 0 | 0 | 0 | 1694.58 |
| Sportsman's Bait & Tackle | A80011 | G0486606-2 | 2/4/2025 | 6/10/2025 | 1694.58 | 0 | 0 | 0 | 0 | 0 | 1694.58 |
| Sportsman's Bait & Tackle | A80011 | G0486606-3 | 2/4/2025 | 7/10/2025 | 1694.58 | 0 | 0 | 0 | 0 | 0 | 1694.58 |
| Sportsman's Bait & Tackle | A80011 | G0502850-1 | 3/27/2025 | 5/10/2025 | 188.02 | 0 | 0 | 0 | 0 | 0 | 188.02 |
| Sportsman's Bait & Tackle | A80011 | G0502850-2 | 3/27/2025 | 6/10/2025 | 188.02 | 0 | 0 | 0 | 0 | 0 | 188.02 |
| Sportsman's Bait & Tackle | A80011 | G0502850-3 | 3/27/2025 | 7/10/2025 | 188.01 | 0 | 0 | 0 | 0 | 0 | 188.01 |
| Sportsman's Bait & Tackle | A80011 | G0530023 | 7/21/2025 | 9/19/2025 | 334.32 | 0 | 0 | 0 | 0 | 0 | 334.32 |
| Thinker Toys | A80050 | G0499177 | 3/11/2025 | 4/10/2025 | 684.1 | 0 | 0 | 0 | 0 | 0 | -639.11 |
| Silver Creek Convenience Store | A80139 | N0202706 | 4/13/2021 | 4/13/2021 | -90 | 0 | 0 | 0 | 0 | 0 | -90 |
| Silver Creek Convenience Store | A80139 | N0234307 | 10/13/2021 | 11/12/2021 | 253.67 | 0 | 0 | 0 | 0 | 0 | -42.03 |
| Silver Creek Convenience Store | A80139 | N0249834 | 1/18/2022 | 1/18/2022 | -38.76 | 0 | 0 | 0 | 0 | 0 | -38.76 |
| Silver Creek Convenience Store | A80139 | N0251513 | 1/28/2022 | 1/28/2022 | -115.07 | 0 | 0 | 0 | 0 | 0 | -115.07 |
| R & B Outdoors Inc | A80213 | G0539879 | 9/17/2025 | 10/10/2025 | 696.18 | 0 | 0 | 0 | 0 | 696.18 | 0 |
| R & B Outdoors Inc | A80213 | V1027352 | 10/14/2025 | 11/10/2025 | 408.73 | 0 | 0 | 408.73 | 0 | 0 | 0 |
| R & B Outdoors Inc | A80213 | G0543659 | 10/16/2025 | 11/10/2025 | 2136.29 | 0 | 0 | 2136.29 | 0 | 0 | 0 |
| Seattle Marine & Fishing Supply Co | A80242 | G0424128 | 6/24/2024 | 6/24/2024 | -66.69 | 0 | 0 | 0 | 0 | 0 | -42.71 |
| Sharp Shooting Indoor Range/Gun Shop | A80334 | C2256889 | 8/15/2024 | 8/15/2024 | -205 | 0 | 0 | 0 | 0 | 0 | -205 |
| Sportsworld LLC | A80367 | G0462269 | 10/24/2024 | 11/10/2024 | 284.74 | 0 | 0 | 0 | 0 | 0 | -275.26 |
| Emerald International Trade LTD | A80406 | C2273671 | 10/10/2024 | 2/7/2025 | 3126.91 | 0 | 0 | 0 | 0 | 0 | 101.69 |
| Emerald International Trade LTD | A80406 | G0454744 | 10/10/2024 | 2/7/2025 | 7589.23 | 0 | 0 | 0 | 0 | 0 | 431.37 |
| Emerald International Trade LTD | A80406 | C2281959 | 11/11/2024 | 3/11/2025 | 1960.51 | 0 | 0 | 0 | 0 | 0 | 236.91 |
| Emerald International Trade LTD | A80406 | G0466838 | 11/12/2024 | 3/12/2025 | 6332.41 | 0 | 0 | 0 | 0 | 0 | 452.81 |
| Emerald International Trade LTD | A80406 | C2285755 | 11/26/2024 | 3/26/2025 | 3912.72 | 0 | 0 | 0 | 0 | 0 | 494.75 |
| Emerald International Trade LTD | A80406 | C2286333 | 12/2/2024 | 4/1/2025 | 6452.07 | 0 | 0 | 0 | 0 | 0 | 562.61 |
| Emerald International Trade LTD | A80406 | G0471067 | 12/2/2024 | 4/1/2025 | 276.88 | 0 | 0 | 0 | 0 | 0 | 30.92 |
| Emerald International Trade LTD | A80406 | C2288248 | 12/6/2024 | 1/10/2025 | 2660.9 | 0 | 0 | 0 | 0 | 0 | 95.25 |
| Emerald International Trade LTD | A80406 | G0473183 | 12/6/2024 | 1/10/2025 | 1089.56 | 0 | 0 | 0 | 0 | 0 | 51.53 |
| Emerald International Trade LTD | A80406 | G0477224 | 12/26/2024 | 2/10/2025 | 1811 | 0 | 0 | 0 | 0 | 0 | 69.65 |
| Emerald International Trade LTD | A80406 | G0480855-1 | 1/10/2025 | 5/10/2025 | 583.77 | 0 | 0 | 0 | 0 | 0 | 77.39 |
| Emerald International Trade LTD | A80406 | G0481320 | 1/13/2025 | 2/12/2025 | 2938.78 | 0 | 0 | 0 | 0 | 0 | 339.17 |
| Emerald International Trade LTD | A80406 | G0486135-3 | 3/7/2025 | 7/10/2025 | 6670.23 | 0 | 0 | 0 | 0 | 0 | 6670.23 |
| Talos Tactical, LLC | A80550 | C2277435 | 10/24/2024 | 2/21/2025 | 5680.96 | 0 | 0 | 0 | 0 | 0 | 5680.96 |
| Talos Tactical, LLC | A80550 | G0462241 | 10/24/2024 | 2/21/2025 | 12496.16 | 0 | 0 | 0 | 0 | 0 | 12496.16 |
| Talos Tactical, LLC | A80550 | C2279398 | 10/31/2024 | 2/28/2025 | 3253.95 | 0 | 0 | 0 | 0 | 0 | 3253.95 |
| Talos Tactical, LLC | A80550 | G0464169 | 11/1/2024 | 3/1/2025 | 7335.54 | 0 | 0 | 0 | 0 | 0 | 7335.54 |
| Talos Tactical, LLC | A80550 | C2282406 | 11/12/2024 | 2/10/2025 | 7415.12 | 0 | 0 | 0 | 0 | 0 | 4306.71 |
| Talos Tactical, LLC | A80550 | G0484176 | 1/22/2025 | 2/10/2025 | 4804.9 | 0 | 0 | 0 | 0 | 0 | 4804.9 |

| Name | Acct | Doc | Date1 | Date2 | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Talos Tactical, LLC | A80550 | G0485335 | 1/27/2025 | 3/28/2025 | 1323.53 | 0 | 0 | 0 | 0 | 1323.53 |
| Talos Tactical, LLC | A80550 | C2304675 | 2/21/2025 | 4/22/2025 | 1007 | 0 | 0 | 0 | 0 | 1007 |
| Sentry Hardware | A81919 | V0961566 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| The Sports Corral Inc | A85407 | G0542509 | 10/6/2025 | 1/4/2026 | 396.48 | 396.48 | 0 | 0 | 0 | 0 |
| The Sports Corral Inc | A85407 | G0542992 | 10/9/2025 | 1/7/2026 | 1247.83 | 1247.83 | 0 | 0 | 0 | 0 |
| The Sports Corral Inc | A85407 | V1026379 | 10/9/2025 | 1/7/2026 | 900.74 | 900.74 | 0 | 0 | 0 | 0 |
| The Sports Corral Inc | A85407 | V1028794 | 10/21/2025 | 1/19/2026 | 948.18 | 948.18 | 0 | 0 | 0 | 0 |
| The Sportsman | A85522 | C2342877 | 9/9/2025 | 10/10/2025 | 203.47 | 0 | 0 | 0 | 203.47 | 0 |
| The Sportsman | A85522 | C2343257 | 9/10/2025 | 10/10/2025 | 21.41 | 0 | 0 | 0 | 21.41 | 0 |
| The Sportsman | A85522 | V1018365 | 9/12/2025 | 10/10/2025 | 192.86 | 0 | 0 | 0 | 192.86 | 0 |
| The Sportsman | A85522 | V1018366 | 9/12/2025 | 10/10/2025 | 515.69 | 0 | 0 | 0 | 515.69 | 0 |
| The Sportsman | A85522 | G0539659 | 9/15/2025 | 10/10/2025 | 723.82 | 0 | 0 | 0 | 723.82 | 0 |
| The Sportsman | A85522 | V1018068 | 9/16/2025 | 10/10/2025 | 183.4 | 0 | 0 | 0 | 183.4 | 0 |
| The Sportsman | A85522 | G0539881 | 9/17/2025 | 10/10/2025 | 1340.3 | 0 | 0 | 0 | 1340.3 | 0 |
| The Sportsman | A85522 | G0539882 | 9/17/2025 | 10/10/2025 | 503.95 | 0 | 0 | 0 | 503.95 | 0 |
| The Sportsman | A85522 | G0540886 | 9/22/2025 | 10/10/2025 | 253.64 | 0 | 0 | 0 | 253.64 | 0 |
| The Sportsman | A85522 | G0542017 | 9/30/2025 | 11/10/2025 | 1671.85 | 0 | 0 | 1671.85 | 0 | 0 |
| The Sportsman | A85522 | C2344580 | 10/1/2025 | 11/10/2025 | 44.48 | 0 | 0 | 44.48 | 0 | 0 |
| The Sportsman | A85522 | V1024899 | 10/1/2025 | 11/10/2025 | 1249.75 | 0 | 0 | 1249.75 | 0 | 0 |
| The Sportsman | A85522 | G0544797 | 11/5/2025 | 12/10/2025 | 1355.44 | 0 | 1355.44 | 0 | 0 | 0 |
| The Sportsman | A85522 | V1029779 | 11/5/2025 | 12/10/2025 | 18.95 | 0 | 18.95 | 0 | 0 | 0 |
| Saint Joe Sport Stop Inc | A85969 | R2739267 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | -1.97 |
| Saint Joe Sport Stop Inc | A85969 | V0961568 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -76.07 |
| Wildwood Saw Inc | A90158 | G0482852 | 1/16/2025 | 1/16/2025 | -16.48 | 0 | 0 | 0 | 0 | -16.48 |
| Wildwood Saw Inc | A90158 | G0482853 | 1/16/2025 | 1/16/2025 | -16.58 | 0 | 0 | 0 | 0 | -16.58 |
| Collective Thinking Inc | A92924 | C2315410 | 4/9/2025 | 9/10/2025 | 55.34 | 0 | 0 | 0 | 0 | 55.34 |
| Collective Thinking Inc | A92924 | G0505729 | 4/9/2025 | 9/10/2025 | 1724.58 | 0 | 0 | 0 | 0 | 1724.58 |
| Collective Thinking Inc | A92924 | C2338360 | 7/29/2025 | 8/28/2025 | 147.42 | 0 | 0 | 0 | 0 | 147.42 |
| Collective Thinking Inc | A92924 | G0531631 | 7/29/2025 | 8/28/2025 | 1920.16 | 0 | 0 | 0 | 0 | 1920.16 |
| Collective Thinking Inc | A92924 | V0993583 | 7/29/2025 | 8/28/2025 | 289.71 | 0 | 0 | 0 | 0 | 289.71 |
| Wheeler Marina | A95000 | G0483517-3 | 1/21/2025 | 7/10/2025 | 2082.79 | 0 | 0 | 0 | 0 | 2082.79 |
| Wheeler Marina | A95000 | G0493223-3 | 2/14/2025 | 7/10/2025 | 338.95 | 0 | 0 | 0 | 0 | 338.95 |
| Wheeler Marina | A95000 | G0512352-3 | 5/7/2025 | 7/10/2025 | 289 | 0 | 0 | 0 | 0 | 289 |
| Wheeler Marina | A95000 | G0518762 | 6/6/2025 | 7/6/2025 | 2033.35 | 0 | 0 | 0 | 0 | 2033.35 |
| Wheeler Marina | A95000 | F2507A95000G | 7/30/2025 | 8/29/2025 | 51.51 | 0 | 0 | 0 | 0 | 51.51 |
| Wheeler Marina | A95000 | F2508A95000G | 8/30/2025 | 9/29/2025 | 73.47 | 0 | 0 | 0 | 0 | 73.47 |
| Wheeler Marina | A95000 | F2509A95000G | 9/29/2025 | 10/29/2025 | 71.1 | 0 | 0 | 0 | 71.1 | 0 |
| Wheeler Marina | A95000 | F2510A95000G | 10/30/2025 | 11/29/2025 | 73.47 | 0 | 0 | 73.47 | 0 | 0 |
| Wheeler Marina | A95000 | F2511A95000G | 11/23/2025 | 12/23/2025 | 56.88 | 56.88 | 0 | 0 | 0 | 0 |
| Willows Hardware Inc | A95687 | G0499942 | 3/17/2025 | 4/16/2025 | 666.33 | 0 | 0 | 0 | 0 | -616.4 |
| Yakutat Hardware | A96388 | G0536860 | 8/25/2025 | 8/25/2025 | -999.63 | 0 | 0 | 0 | 0 | -999.63 |
| Yakutat Hardware | A96388 | G0536861 | 8/25/2025 | 8/25/2025 | -1879.29 | 0 | 0 | 0 | 0 | -1879.29 |
| Academy Sports And Outdoors | ACADEMY | V1029689 | 11/7/2025 | 1/6/2026 | 119.82 | 119.82 | 0 | 0 | 0 | 0 |
| Academy Sports And Outdoors | ACADEMY | V1029945 | 11/11/2025 | 1/10/2026 | 32.88 | 32.88 | 0 | 0 | 0 | 0 |
| Academy Sports And Outdoors | ACADEMY | V1030016 | 11/12/2025 | 1/11/2026 | 172.2 | 172.2 | 0 | 0 | 0 | 0 |
| Academy Sports And Outdoors | ACADEMY | V1030137 | 11/13/2025 | 1/12/2026 | 176.22 | 176.22 | 0 | 0 | 0 | 0 |
| Academy Sports And Outdoors | ACADEMY | V1030150 | 11/14/2025 | 1/13/2026 | 53.4 | 53.4 | 0 | 0 | 0 | 0 |
| Academy Credit Account | ACADEMY/CT | DMQV0123440 | 5/19/2022 | 5/19/2022 | 0 | 0 | 0 | 0 | 0 | -158.09 |
| Academy Credit Account | ACADEMY/CT | C1841496 | 11/14/2022 | 11/14/2022 | 0 | 0 | 0 | 0 | 0 | -28.44 |
| Academy Credit Account | ACADEMY/CT | DMQV0354131 | 6/27/2023 | 6/27/2023 | 0 | 0 | 0 | 0 | 0 | -113.28 |
| Academy Credit Account | ACADEMY/CT | DMQV0672098 | 12/19/2024 | 12/19/2024 | 0 | 0 | 0 | 0 | 0 | -1350.48 |
| Academy Credit Account | ACADEMY/CT | DMQV0764416 | 12/19/2024 | 12/19/2024 | 0 | 0 | 0 | 0 | 0 | -109.89 |
| Academy Credit Account | ACADEMY/CT | DMQV0774921 | 12/19/2024 | 12/19/2024 | 0 | 0 | 0 | 0 | 0 | -240.72 |
| Academy Credit Account | ACADEMY/CT | C1944513 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -99.95 |
| Academy Credit Account | ACADEMY/CT | C1984529 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -243.9 |
| Academy Credit Account | ACADEMY/CT | C2070191 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -246.9 |
| Academy Credit Account | ACADEMY/CT | C2079466 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -1846.09 |
| Academy Credit Account | ACADEMY/CT | C2112315 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -454.87 |
| Academy Credit Account | ACADEMY/CT | C2173863 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -1888.05 |
| Academy Credit Account | ACADEMY/CT | R2417908 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -47.11 |
| Academy Credit Account | ACADEMY/CT | R2431538 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -1346.88 |
| Academy Credit Account | ACADEMY/CT | R2519172 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -96.63 |
| Academy Credit Account | ACADEMY/CT | R2545650 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -967.07 |
| Academy Credit Account | ACADEMY/CT | R2566977 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -846.19 |
| Academy Credit Account | ACADEMY/CT | R2608341 | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -122.16 |
| Academy Credit Account | ACADEMY/CT | V0974642 | 9/11/2025 | 9/11/2025 | 0 | 0 | 0 | 0 | 0 | -131.04 |
| Academy Credit Account | ACADEMY/CT | C2201589 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | -974.56 | 0 |
| Academy Credit Account | ACADEMY/CT | C2217567 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | -22.9 | 0 |
| Academy Credit Account | ACADEMY/CT | C2270483 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | -370.28 | 0 |
| Academy Credit Account | ACADEMY/CT | R2737008 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | -265.2 | 0 |
| Ace Hardware Corporation | ACE | G0485870 | 1/28/2025 | 1/28/2025 | -13.33 | 0 | 0 | 0 | 0 | -13.33 |
| Ace Hardware Corporation | ACE | V0876106 | 2/7/2025 | 2/7/2025 | -15.6 | 0 | 0 | 0 | 0 | -15.6 |
| Ace Hardware Corporation | ACE | C2321949 | 5/8/2025 | 11/10/2025 | 5569.64 | 0 | 0 | 5569.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2322072 | 5/8/2025 | 11/10/2025 | 5174.87 | 0 | 0 | 5174.87 | 0 | 0 |
| Ace Hardware Corporation | ACE | V0961418 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961420 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961440 | 6/5/2025 | 6/5/2025 | -500 | 0 | 0 | 0 | 0 | -500 |
| Ace Hardware Corporation | ACE | V0961463 | 6/5/2025 | 6/5/2025 | -325 | 0 | 0 | 0 | 0 | -325 |
| Ace Hardware Corporation | ACE | V0961464 | 6/5/2025 | 6/5/2025 | -75 | 0 | 0 | 0 | 0 | -75 |
| Ace Hardware Corporation | ACE | V0961499 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961508 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961524 | 6/5/2025 | 6/5/2025 | -450 | 0 | 0 | 0 | 0 | -450 |
| Ace Hardware Corporation | ACE | V0961558 | 6/5/2025 | 6/5/2025 | -75 | 0 | 0 | 0 | 0 | -75 |
| Ace Hardware Corporation | ACE | V0961561 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961569 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961579 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961585 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Ace Hardware Corporation | ACE | V0961586 | 6/5/2025 | 6/5/2025 | -750 | 0 | 0 | 0 | 0 | -750 |
| Ace Hardware Corporation | ACE | V0961611 | 6/5/2025 | 6/5/2025 | -500 | 0 | 0 | 0 | 0 | -500 |
| Ace Hardware Corporation | ACE | C2329336 | 6/12/2025 | 11/10/2025 | 1484.77 | 0 | 0 | 1484.77 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2330853 | 6/18/2025 | 11/10/2025 | 250.64 | 0 | 0 | 250.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | V0968281 | 6/18/2025 | 11/10/2025 | 6631.34 | 0 | 0 | 6631.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | V0969940 | 6/18/2025 | 11/10/2025 | 1262.68 | 0 | 0 | 1262.68 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2331451 | 6/20/2025 | 11/10/2025 | 7161.47 | 0 | 0 | 7161.47 | 0 | 0 |

| Customer | Code | Invoice | Date 1 | Date 2 | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | C2331576 | 6/20/2025 | 11/10/2025 | 1252.19 | 0 | 0 | 1252.19 | 0 | 0 |
| Ace Hardware Corporation | ACE | V0971841 | 6/20/2025 | 11/10/2025 | 215.16 | 0 | 0 | 215.16 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2331738 | 6/23/2025 | 11/10/2025 | 656.78 | 0 | 0 | 656.78 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2332416 | 6/25/2025 | 11/10/2025 | 1168.95 | 0 | 0 | 1168.95 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2333081 | 6/26/2025 | 11/10/2025 | 298.5 | 0 | 0 | 298.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0524724 | 6/27/2025 | 11/10/2025 | 484.96 | 0 | 0 | 484.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2335698 | 7/9/2025 | 11/10/2025 | 1524.84 | 0 | 0 | 1524.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2336046 | 7/11/2025 | 11/10/2025 | 868.62 | 0 | 0 | 868.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2338435 | 7/29/2025 | 11/10/2025 | 370.98 | 0 | 0 | 370.98 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2338470 | 7/29/2025 | 11/10/2025 | 498 | 0 | 0 | 498 | 0 | 0 |
| Ace Hardware Corporation | ACE | V0995575 | 7/31/2025 | 11/10/2025 | 60.38 | 0 | 0 | 60.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V0996537 | 8/1/2025 | 11/10/2025 | 218.22 | 0 | 0 | 218.22 | 0 | 0 |
| Ace Hardware Corporation | ACE | V0996751 | 8/4/2025 | 11/10/2025 | 142.8 | 0 | 0 | 142.8 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2340126 | 8/12/2025 | 11/10/2025 | 38.75 | 0 | 0 | 38.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1003673 | 8/12/2025 | 11/10/2025 | 121.8 | 0 | 0 | 121.8 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2342609 | 9/8/2025 | 11/7/2025 | 206.82 | 0 | 0 | 0 | 206.82 | 0 |
| Ace Hardware Corporation | ACE | C2342624 | 9/8/2025 | 11/7/2025 | 61.24 | 0 | 0 | 0 | 61.24 | 0 |
| Ace Hardware Corporation | ACE | C2342636 | 9/8/2025 | 11/7/2025 | 65.62 | 0 | 0 | 0 | 65.62 | 0 |
| Ace Hardware Corporation | ACE | C2342637 | 9/8/2025 | 11/7/2025 | 168.61 | 0 | 0 | 0 | 168.61 | 0 |
| Ace Hardware Corporation | ACE | C2342656 | 9/8/2025 | 11/7/2025 | 60.57 | 0 | 0 | 0 | 60.57 | 0 |
| Ace Hardware Corporation | ACE | C2342670 | 9/8/2025 | 11/7/2025 | 298.38 | 0 | 0 | 0 | 298.38 | 0 |
| Ace Hardware Corporation | ACE | C2342671 | 9/8/2025 | 11/7/2025 | 83.67 | 0 | 0 | 0 | 83.67 | 0 |
| Ace Hardware Corporation | ACE | C2342679 | 9/8/2025 | 11/7/2025 | 46.45 | 0 | 0 | 0 | 46.45 | 0 |
| Ace Hardware Corporation | ACE | C2342693 | 9/8/2025 | 11/7/2025 | 150.06 | 0 | 0 | 0 | 150.06 | 0 |
| Ace Hardware Corporation | ACE | C2342695 | 9/8/2025 | 11/7/2025 | 73.08 | 0 | 0 | 0 | 73.08 | 0 |
| Ace Hardware Corporation | ACE | C2342709 | 9/8/2025 | 11/7/2025 | 210.9 | 0 | 0 | 0 | 210.9 | 0 |
| Ace Hardware Corporation | ACE | G0537602 | 9/8/2025 | 11/7/2025 | 142.87 | 0 | 0 | 0 | 142.87 | 0 |
| Ace Hardware Corporation | ACE | G0537656 | 9/8/2025 | 11/7/2025 | 2559.29 | 0 | 0 | 0 | 2559.29 | 0 |
| Ace Hardware Corporation | ACE | V1011827 | 9/8/2025 | 11/7/2025 | 924.97 | 0 | 0 | 0 | 924.97 | 0 |
| Ace Hardware Corporation | ACE | V1011833 | 9/8/2025 | 11/7/2025 | 675.5 | 0 | 0 | 0 | 675.5 | 0 |
| Ace Hardware Corporation | ACE | V1011885 | 9/8/2025 | 11/7/2025 | 345.95 | 0 | 0 | 0 | 345.95 | 0 |
| Ace Hardware Corporation | ACE | V1011886 | 9/8/2025 | 11/7/2025 | 153.51 | 0 | 0 | 0 | 153.51 | 0 |
| Ace Hardware Corporation | ACE | V1011907 | 9/8/2025 | 11/7/2025 | 425.62 | 0 | 0 | 0 | 425.62 | 0 |
| Ace Hardware Corporation | ACE | V1011908 | 9/8/2025 | 11/7/2025 | 96.6 | 0 | 0 | 0 | 96.6 | 0 |
| Ace Hardware Corporation | ACE | V1011945 | 9/8/2025 | 11/7/2025 | 419.44 | 0 | 0 | 0 | 419.44 | 0 |
| Ace Hardware Corporation | ACE | V1013378 | 9/8/2025 | 11/7/2025 | 757.9 | 0 | 0 | 0 | 757.9 | 0 |
| Ace Hardware Corporation | ACE | V1013379 | 9/8/2025 | 11/7/2025 | 738.67 | 0 | 0 | 0 | 738.67 | 0 |
| Ace Hardware Corporation | ACE | V1013395 | 9/8/2025 | 11/7/2025 | 110.42 | 0 | 0 | 0 | 110.42 | 0 |
| Ace Hardware Corporation | ACE | V1013427 | 9/8/2025 | 11/7/2025 | 456.04 | 0 | 0 | 0 | 456.04 | 0 |
| Ace Hardware Corporation | ACE | V1013428 | 9/8/2025 | 11/7/2025 | 188.24 | 0 | 0 | 0 | 188.24 | 0 |
| Ace Hardware Corporation | ACE | V1013432 | 9/8/2025 | 11/7/2025 | 436.24 | 0 | 0 | 0 | 436.24 | 0 |
| Ace Hardware Corporation | ACE | V1013455 | 9/8/2025 | 11/7/2025 | 882.48 | 0 | 0 | 0 | 882.48 | 0 |
| Ace Hardware Corporation | ACE | V1013492 | 9/8/2025 | 11/7/2025 | 88.1 | 0 | 0 | 0 | 88.1 | 0 |
| Ace Hardware Corporation | ACE | V1013493 | 9/8/2025 | 11/7/2025 | 191.27 | 0 | 0 | 0 | 191.27 | 0 |
| Ace Hardware Corporation | ACE | V1013494 | 9/8/2025 | 11/7/2025 | 321.01 | 0 | 0 | 0 | 321.01 | 0 |
| Ace Hardware Corporation | ACE | V1013495 | 9/8/2025 | 11/7/2025 | 607.36 | 0 | 0 | 0 | 607.36 | 0 |
| Ace Hardware Corporation | ACE | V1016824 | 9/8/2025 | 11/7/2025 | 3.18 | 0 | 0 | 0 | 3.18 | 0 |
| Ace Hardware Corporation | ACE | C2342881 | 9/9/2025 | 11/8/2025 | 287.39 | 0 | 0 | 287.39 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2342898 | 9/9/2025 | 11/8/2025 | 126.9 | 0 | 0 | 0 | 126.9 | 0 |
| Ace Hardware Corporation | ACE | C2342916 | 9/9/2025 | 11/8/2025 | 203.62 | 0 | 0 | 0 | 203.62 | 0 |
| Ace Hardware Corporation | ACE | C2342925 | 9/9/2025 | 11/8/2025 | 86.2 | 0 | 0 | 0 | 86.2 | 0 |
| Ace Hardware Corporation | ACE | C2342937 | 9/9/2025 | 11/8/2025 | 1426.24 | 0 | 0 | 1426.24 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2342946 | 9/9/2025 | 11/8/2025 | 83.72 | 0 | 0 | 83.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2342948 | 9/9/2025 | 11/8/2025 | 482.87 | 0 | 0 | 482.87 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2342962 | 9/9/2025 | 11/8/2025 | 3021.76 | 0 | 0 | 3021.76 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2342965 | 9/9/2025 | 11/8/2025 | 245.52 | 0 | 0 | 245.52 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343006 | 9/9/2025 | 11/8/2025 | 147.24 | 0 | 0 | 147.24 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343012 | 9/9/2025 | 11/8/2025 | 213.04 | 0 | 0 | 213.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343028 | 9/9/2025 | 11/8/2025 | 155.24 | 0 | 0 | 155.24 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343043 | 9/9/2025 | 11/8/2025 | 431.2 | 0 | 0 | 431.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537569 | 9/9/2025 | 11/8/2025 | 263.48 | 0 | 0 | 263.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537571 | 9/9/2025 | 11/8/2025 | 3923.84 | 0 | 0 | 3923.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537601 | 9/9/2025 | 11/8/2025 | 64.82 | 0 | 0 | 64.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537603 | 9/9/2025 | 11/8/2025 | 984.33 | 0 | 0 | 984.33 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537632 | 9/9/2025 | 11/8/2025 | 229.7 | 0 | 0 | 229.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537649 | 9/9/2025 | 11/8/2025 | 1206.43 | 0 | 0 | 1206.43 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537650 | 9/9/2025 | 11/8/2025 | 346.16 | 0 | 0 | 346.16 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537655 | 9/9/2025 | 11/8/2025 | 259.72 | 0 | 0 | 259.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0537695 | 9/9/2025 | 11/8/2025 | 1516.32 | 0 | 0 | 1516.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538672 | 9/9/2025 | 11/8/2025 | 668.6 | 0 | 0 | 668.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538694 | 9/9/2025 | 11/8/2025 | 769.82 | 0 | 0 | 769.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538729 | 9/9/2025 | 11/8/2025 | 129.44 | 0 | 0 | 129.44 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538735 | 9/9/2025 | 11/8/2025 | 50.83 | 0 | 0 | 50.83 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538756 | 9/9/2025 | 11/8/2025 | 655.86 | 0 | 0 | 655.86 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538761 | 9/9/2025 | 11/8/2025 | 503.99 | 0 | 0 | 503.99 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538880 | 9/9/2025 | 11/8/2025 | 572.9 | 0 | 0 | 572.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1013366 | 9/9/2025 | 11/8/2025 | 4315.79 | 0 | 0 | 4315.79 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1013383 | 9/9/2025 | 11/8/2025 | 154.57 | 0 | 0 | 154.57 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1013400 | 9/9/2025 | 11/8/2025 | 400.77 | 0 | 0 | 400.77 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1013409 | 9/9/2025 | 11/8/2025 | 338.04 | 0 | 0 | 338.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1013472 | 9/9/2025 | 11/8/2025 | 2007.79 | 0 | 0 | 2007.79 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016249 | 9/9/2025 | 11/8/2025 | 477.36 | 0 | 0 | 477.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016437 | 9/9/2025 | 11/8/2025 | 548.49 | 0 | 0 | 548.49 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016448 | 9/9/2025 | 11/8/2025 | 423.52 | 0 | 0 | 423.52 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016456 | 9/9/2025 | 11/8/2025 | 1167.29 | 0 | 0 | 1167.29 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016486 | 9/9/2025 | 11/8/2025 | 71.93 | 0 | 0 | 71.93 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016524 | 9/9/2025 | 11/8/2025 | 214 | 0 | 0 | 214 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016535 | 9/9/2025 | 11/8/2025 | 225.32 | 0 | 0 | 225.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016549 | 9/9/2025 | 11/8/2025 | 40.04 | 0 | 0 | 40.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017095 | 9/9/2025 | 11/8/2025 | 399.25 | 0 | 0 | 399.25 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017096 | 9/9/2025 | 11/8/2025 | 390.75 | 0 | 0 | 390.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017097 | 9/9/2025 | 11/8/2025 | 390.75 | 0 | 0 | 390.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343035 | 9/10/2025 | 11/9/2025 | 765.14 | 0 | 0 | 765.14 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343037 | 9/10/2025 | 11/9/2025 | 223.92 | 0 | 0 | 223.92 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | C2343051 | 9/10/2025 | 11/9/2025 | 113.23 | 0 | 0 | 113.23 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343073 | 9/10/2025 | 11/9/2025 | 1153.93 | 0 | 0 | 1153.93 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343088 | 9/10/2025 | 11/9/2025 | 152.98 | 0 | 0 | 152.98 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343094 | 9/10/2025 | 11/9/2025 | 93.23 | 0 | 0 | 93.23 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343113 | 9/10/2025 | 11/9/2025 | 49.78 | 0 | 0 | 49.78 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343129 | 9/10/2025 | 11/9/2025 | 53.1 | 0 | 0 | 53.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343144 | 9/10/2025 | 11/9/2025 | 362.65 | 0 | 0 | 362.65 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343152 | 9/10/2025 | 11/9/2025 | 260.66 | 0 | 0 | 260.66 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343168 | 9/10/2025 | 11/9/2025 | 442.5 | 0 | 0 | 442.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343178 | 9/10/2025 | 11/9/2025 | 147.93 | 0 | 0 | 147.93 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343179 | 9/10/2025 | 11/9/2025 | 56.34 | 0 | 0 | 56.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343222 | 9/10/2025 | 11/9/2025 | 250.24 | 0 | 0 | 250.24 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343243 | 9/10/2025 | 11/9/2025 | 2176.55 | 0 | 0 | 2176.55 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343250 | 9/10/2025 | 11/9/2025 | 174.74 | 0 | 0 | 174.74 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343260 | 9/10/2025 | 11/9/2025 | 182.22 | 0 | 0 | 182.22 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538640 | 9/10/2025 | 11/9/2025 | 127.7 | 0 | 0 | 127.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538656 | 9/10/2025 | 11/9/2025 | 151.3 | 0 | 0 | 151.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538664 | 9/10/2025 | 11/9/2025 | 1131.38 | 0 | 0 | 1131.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538789 | 9/10/2025 | 11/9/2025 | 59.34 | 0 | 0 | 59.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538790 | 9/10/2025 | 11/9/2025 | 185.17 | 0 | 0 | 185.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538810 | 9/10/2025 | 11/9/2025 | 564.92 | 0 | 0 | 564.92 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538894 | 9/10/2025 | 11/9/2025 | 28.82 | 0 | 0 | 28.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538907 | 9/10/2025 | 11/9/2025 | 290.65 | 0 | 0 | 290.65 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016436 | 9/10/2025 | 11/9/2025 | 150.55 | 0 | 0 | 150.55 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016451 | 9/10/2025 | 11/9/2025 | 631.4 | 0 | 0 | 631.4 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016495 | 9/10/2025 | 11/9/2025 | 325.96 | 0 | 0 | 325.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016496 | 9/10/2025 | 11/9/2025 | 389.07 | 0 | 0 | 389.07 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016511 | 9/10/2025 | 11/9/2025 | 2272.08 | 0 | 0 | 2272.08 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016550 | 9/10/2025 | 11/9/2025 | 750.22 | 0 | 0 | 750.22 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016576 | 9/10/2025 | 11/9/2025 | 474.54 | 0 | 0 | 474.54 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016579 | 9/10/2025 | 11/9/2025 | 338.03 | 0 | 0 | 338.03 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016586 | 9/10/2025 | 11/9/2025 | 884.64 | 0 | 0 | 884.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016612 | 9/10/2025 | 11/9/2025 | 193.77 | 0 | 0 | 193.77 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016619 | 9/10/2025 | 11/9/2025 | 625.35 | 0 | 0 | 625.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016650 | 9/10/2025 | 11/9/2025 | 144.15 | 0 | 0 | 144.15 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016652 | 9/10/2025 | 11/9/2025 | 345.93 | 0 | 0 | 345.93 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016654 | 9/10/2025 | 11/9/2025 | 212.67 | 0 | 0 | 212.67 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016662 | 9/10/2025 | 11/9/2025 | 292.91 | 0 | 0 | 292.91 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016663 | 9/10/2025 | 11/9/2025 | 87.36 | 0 | 0 | 87.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016702 | 9/10/2025 | 11/9/2025 | 200.2 | 0 | 0 | 200.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343273 | 9/11/2025 | 11/10/2025 | 177.57 | 0 | 0 | 177.57 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538906 | 9/11/2025 | 11/10/2025 | 430.59 | 0 | 0 | 430.59 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538908 | 9/11/2025 | 11/10/2025 | 99.84 | 0 | 0 | 99.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538913 | 9/11/2025 | 11/10/2025 | 75.06 | 0 | 0 | 75.06 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538937 | 9/11/2025 | 11/10/2025 | 244.95 | 0 | 0 | 244.95 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538969 | 9/11/2025 | 11/10/2025 | 74.04 | 0 | 0 | 74.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538971 | 9/11/2025 | 11/10/2025 | 168.72 | 0 | 0 | 168.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538982 | 9/11/2025 | 11/10/2025 | 887.13 | 0 | 0 | 887.13 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0538983 | 9/11/2025 | 11/10/2025 | 1553.4 | 0 | 0 | 1553.4 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016295 | 9/11/2025 | 11/10/2025 | 223.35 | 0 | 0 | 223.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016296 | 9/11/2025 | 11/10/2025 | 883.54 | 0 | 0 | 883.54 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016337 | 9/11/2025 | 11/10/2025 | 578.3 | 0 | 0 | 578.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016583 | 9/11/2025 | 11/10/2025 | 324.4 | 0 | 0 | 324.4 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016632 | 9/11/2025 | 11/10/2025 | 82.45 | 0 | 0 | 82.45 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016651 | 9/11/2025 | 11/10/2025 | 273.83 | 0 | 0 | 273.83 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016653 | 9/11/2025 | 11/10/2025 | 577.83 | 0 | 0 | 577.83 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016655 | 9/11/2025 | 11/10/2025 | 360.05 | 0 | 0 | 360.05 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016657 | 9/11/2025 | 11/10/2025 | 94.08 | 0 | 0 | 94.08 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016658 | 9/11/2025 | 11/10/2025 | 226.62 | 0 | 0 | 226.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016668 | 9/11/2025 | 11/10/2025 | 481.78 | 0 | 0 | 481.78 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016669 | 9/11/2025 | 11/10/2025 | 488.02 | 0 | 0 | 488.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016678 | 9/11/2025 | 11/10/2025 | 517.49 | 0 | 0 | 517.49 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016701 | 9/11/2025 | 11/10/2025 | 154.3 | 0 | 0 | 154.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016704 | 9/11/2025 | 11/10/2025 | 640.27 | 0 | 0 | 640.27 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016730 | 9/11/2025 | 11/10/2025 | 1305.58 | 0 | 0 | 1305.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016747 | 9/11/2025 | 11/10/2025 | 114.52 | 0 | 0 | 114.52 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016748 | 9/11/2025 | 11/10/2025 | 172.48 | 0 | 0 | 172.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016760 | 9/11/2025 | 11/10/2025 | 276.96 | 0 | 0 | 276.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016761 | 9/11/2025 | 11/10/2025 | 300.51 | 0 | 0 | 300.51 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016762 | 9/11/2025 | 11/10/2025 | 463.88 | 0 | 0 | 463.88 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016764 | 9/11/2025 | 11/10/2025 | 79.45 | 0 | 0 | 79.45 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016768 | 9/11/2025 | 11/10/2025 | 116.32 | 0 | 0 | 116.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016771 | 9/11/2025 | 11/10/2025 | 1016.79 | 0 | 0 | 1016.79 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016779 | 9/11/2025 | 11/10/2025 | 260.39 | 0 | 0 | 260.39 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343450 | 9/12/2025 | 11/11/2025 | 140.68 | 0 | 0 | 140.68 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343458 | 9/12/2025 | 11/11/2025 | 375.65 | 0 | 0 | 375.65 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343484 | 9/12/2025 | 11/11/2025 | 70.84 | 0 | 0 | 70.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343496 | 9/12/2025 | 11/11/2025 | 262.21 | 0 | 0 | 262.21 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343502 | 9/12/2025 | 11/11/2025 | 124 | 0 | 0 | 124 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343512 | 9/12/2025 | 11/11/2025 | 613.53 | 0 | 0 | 613.53 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343554 | 9/12/2025 | 11/11/2025 | 55.62 | 0 | 0 | 55.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539065 | 9/12/2025 | 11/11/2025 | 67.6 | 0 | 0 | 67.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539073 | 9/12/2025 | 11/11/2025 | 136.62 | 0 | 0 | 136.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539098 | 9/12/2025 | 11/11/2025 | 696.29 | 0 | 0 | 696.29 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539790 | 9/12/2025 | 11/11/2025 | 1263.6 | 0 | 0 | 1263.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540071 | 9/12/2025 | 11/11/2025 | 4.32 | 0 | 0 | 4.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016852 | 9/12/2025 | 11/11/2025 | 68.75 | 0 | 0 | 68.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016865 | 9/12/2025 | 11/11/2025 | 215.35 | 0 | 0 | 215.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016887 | 9/12/2025 | 11/11/2025 | 509.12 | 0 | 0 | 509.12 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016891 | 9/12/2025 | 11/11/2025 | 422.84 | 0 | 0 | 422.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016897 | 9/12/2025 | 11/11/2025 | 2143.28 | 0 | 0 | 2143.28 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016917 | 9/12/2025 | 11/11/2025 | 893.36 | 0 | 0 | 893.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016920 | 9/12/2025 | 11/11/2025 | 203.08 | 0 | 0 | 203.08 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016946 | 9/12/2025 | 11/11/2025 | 418.99 | 0 | 0 | 418.99 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | V1016949 | 9/12/2025 | 11/11/2025 | 464.13 | 0 | 0 | 464.13 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019423 | 9/12/2025 | 11/11/2025 | 25.32 | 0 | 0 | 25.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019425 | 9/12/2025 | 11/11/2025 | 73.7 | 0 | 0 | 73.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019547 | 9/12/2025 | 9/12/2025 | -25.5 | 0 | 0 | 0 | 0 | -25.5 |
| Ace Hardware Corporation | ACE | C2343555 | 9/15/2025 | 11/14/2025 | 985.38 | 0 | 0 | 985.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343556 | 9/15/2025 | 11/14/2025 | 86.2 | 0 | 0 | 86.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343591 | 9/15/2025 | 11/14/2025 | 455.35 | 0 | 0 | 455.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343595 | 9/15/2025 | 11/14/2025 | 128.35 | 0 | 0 | 128.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343603 | 9/15/2025 | 11/14/2025 | 182.73 | 0 | 0 | 182.73 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343615 | 9/15/2025 | 11/14/2025 | 187.04 | 0 | 0 | 187.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343617 | 9/15/2025 | 11/14/2025 | 1542.27 | 0 | 0 | 1542.27 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343625 | 9/15/2025 | 11/14/2025 | 401.23 | 0 | 0 | 401.23 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343644 | 9/15/2025 | 11/14/2025 | 759.47 | 0 | 0 | 759.47 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343664 | 9/15/2025 | 11/14/2025 | 81.9 | 0 | 0 | 81.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539075 | 9/15/2025 | 11/14/2025 | 150.96 | 0 | 0 | 150.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539548 | 9/15/2025 | 11/14/2025 | 329.94 | 0 | 0 | 329.94 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539550 | 9/15/2025 | 11/14/2025 | 1952.94 | 0 | 0 | 1952.94 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539553 | 9/15/2025 | 11/14/2025 | 909.76 | 0 | 0 | 909.76 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539554 | 9/15/2025 | 11/14/2025 | 1687.2 | 0 | 0 | 1687.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539559 | 9/15/2025 | 11/14/2025 | 200.98 | 0 | 0 | 200.98 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539647 | 9/15/2025 | 11/14/2025 | 387.85 | 0 | 0 | 387.85 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539658 | 9/15/2025 | 11/14/2025 | 501.64 | 0 | 0 | 501.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539670 | 9/15/2025 | 11/14/2025 | 134.98 | 0 | 0 | 134.98 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539671 | 9/15/2025 | 11/14/2025 | 342.62 | 0 | 0 | 342.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016950 | 9/15/2025 | 11/14/2025 | 633.7 | 0 | 0 | 633.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017019 | 9/15/2025 | 11/14/2025 | 122.22 | 0 | 0 | 122.22 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017020 | 9/15/2025 | 11/14/2025 | 561.3 | 0 | 0 | 561.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017021 | 9/15/2025 | 11/14/2025 | 322.65 | 0 | 0 | 322.65 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017031 | 9/15/2025 | 11/14/2025 | 156.16 | 0 | 0 | 156.16 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343748 | 9/16/2025 | 11/15/2025 | 673.92 | 0 | 0 | 673.92 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343761 | 9/16/2025 | 11/15/2025 | 154.04 | 0 | 0 | 154.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343823 | 9/16/2025 | 11/15/2025 | 100.51 | 0 | 0 | 100.51 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343836 | 9/16/2025 | 11/15/2025 | 112.85 | 0 | 0 | 112.85 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343837 | 9/16/2025 | 11/15/2025 | 82.48 | 0 | 0 | 82.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343864 | 9/16/2025 | 11/15/2025 | 173.11 | 0 | 0 | 173.11 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539690 | 9/16/2025 | 11/15/2025 | 236.26 | 0 | 0 | 236.26 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539691 | 9/16/2025 | 11/15/2025 | 2495.62 | 0 | 0 | 2495.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539695 | 9/16/2025 | 11/15/2025 | 725.1 | 0 | 0 | 725.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539696 | 9/16/2025 | 11/15/2025 | 78.3 | 0 | 0 | 78.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539717 | 9/16/2025 | 11/15/2025 | 539.13 | 0 | 0 | 539.13 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0539789 | 9/16/2025 | 11/15/2025 | 1246.82 | 0 | 0 | 1246.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1016921 | 9/16/2025 | 11/15/2025 | 177.67 | 0 | 0 | 177.67 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1017029 | 9/16/2025 | 11/15/2025 | 350.17 | 0 | 0 | 350.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018000 | 9/16/2025 | 11/15/2025 | 78.75 | 0 | 0 | 78.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018001 | 9/16/2025 | 11/15/2025 | 585.02 | 0 | 0 | 585.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018014 | 9/16/2025 | 11/15/2025 | 162.16 | 0 | 0 | 162.16 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018070 | 9/16/2025 | 11/15/2025 | 215.35 | 0 | 0 | 215.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018098 | 9/16/2025 | 11/15/2025 | 506.68 | 0 | 0 | 506.68 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018100 | 9/16/2025 | 11/15/2025 | 176.38 | 0 | 0 | 176.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018106 | 9/16/2025 | 11/15/2025 | 695.17 | 0 | 0 | 695.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018143 | 9/16/2025 | 11/15/2025 | 868.04 | 0 | 0 | 868.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018156 | 9/16/2025 | 11/15/2025 | 613.71 | 0 | 0 | 613.71 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018171 | 9/16/2025 | 11/15/2025 | 230.4 | 0 | 0 | 230.4 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018172 | 9/16/2025 | 11/15/2025 | 93.08 | 0 | 0 | 93.08 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018179 | 9/16/2025 | 11/15/2025 | 70.38 | 0 | 0 | 70.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018206 | 9/16/2025 | 11/15/2025 | 249.38 | 0 | 0 | 249.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018214 | 9/16/2025 | 11/15/2025 | 123.9 | 0 | 0 | 123.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1018215 | 9/16/2025 | 11/15/2025 | 1612.67 | 0 | 0 | 1612.67 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019927 | 9/16/2025 | 11/15/2025 | 117.6 | 0 | 0 | 117.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020123 | 9/16/2025 | 9/16/2025 | -21.68 | 0 | 0 | 0 | 0 | -21.68 |
| Ace Hardware Corporation | ACE | V1020124 | 9/16/2025 | 9/16/2025 | -27.41 | 0 | 0 | 0 | 0 | -27.41 |
| Ace Hardware Corporation | ACE | V1020125 | 9/16/2025 | 9/16/2025 | -33.07 | 0 | 0 | 0 | 0 | -33.07 |
| Ace Hardware Corporation | ACE | V1019447 | 9/17/2025 | 11/16/2025 | 271.71 | 0 | 0 | 271.71 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019449 | 9/17/2025 | 11/16/2025 | 221.6 | 0 | 0 | 221.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019460 | 9/17/2025 | 11/16/2025 | 1276.21 | 0 | 0 | 1276.21 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019480 | 9/17/2025 | 11/16/2025 | 167.19 | 0 | 0 | 167.19 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019482 | 9/17/2025 | 11/16/2025 | 200.57 | 0 | 0 | 200.57 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019483 | 9/17/2025 | 11/16/2025 | 375.72 | 0 | 0 | 375.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019484 | 9/17/2025 | 11/16/2025 | 642.1 | 0 | 0 | 642.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019525 | 9/17/2025 | 11/16/2025 | 218.26 | 0 | 0 | 218.26 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019729 | 9/17/2025 | 11/16/2025 | 105.1 | 0 | 0 | 105.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343984 | 9/18/2025 | 11/17/2025 | 196.48 | 0 | 0 | 196.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343988 | 9/18/2025 | 11/17/2025 | 88.6 | 0 | 0 | 88.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343992 | 9/18/2025 | 11/17/2025 | 321.5 | 0 | 0 | 321.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343994 | 9/18/2025 | 11/17/2025 | 132.04 | 0 | 0 | 132.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343995 | 9/18/2025 | 11/17/2025 | 80.94 | 0 | 0 | 80.94 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2343998 | 9/18/2025 | 11/17/2025 | 263.34 | 0 | 0 | 263.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344005 | 9/18/2025 | 11/17/2025 | 1837.2 | 0 | 0 | 1837.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540077 | 9/18/2025 | 11/17/2025 | 467.39 | 0 | 0 | 467.39 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540078 | 9/18/2025 | 11/17/2025 | 347.67 | 0 | 0 | 347.67 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540079 | 9/18/2025 | 11/17/2025 | 32.82 | 0 | 0 | 32.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540080 | 9/18/2025 | 11/17/2025 | 227.73 | 0 | 0 | 227.73 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540083 | 9/18/2025 | 11/17/2025 | 699.35 | 0 | 0 | 699.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540084 | 9/18/2025 | 11/17/2025 | 742.92 | 0 | 0 | 742.92 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540085 | 9/18/2025 | 11/17/2025 | 201.52 | 0 | 0 | 201.52 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540089 | 9/18/2025 | 11/17/2025 | 211.98 | 0 | 0 | 211.98 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540090 | 9/18/2025 | 11/17/2025 | 590.58 | 0 | 0 | 590.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540097 | 9/18/2025 | 11/17/2025 | 1076.13 | 0 | 0 | 1076.13 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540109 | 9/18/2025 | 11/17/2025 | 75.31 | 0 | 0 | 75.31 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540110 | 9/18/2025 | 11/17/2025 | 115.1 | 0 | 0 | 115.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540111 | 9/18/2025 | 11/17/2025 | 178.97 | 0 | 0 | 178.97 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540113 | 9/18/2025 | 11/17/2025 | 91.45 | 0 | 0 | 91.45 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540116 | 9/18/2025 | 11/17/2025 | 485.45 | 0 | 0 | 485.45 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540122 | 9/18/2025 | 11/17/2025 | 1201.1 | 0 | 0 | 1201.1 | 0 | 0 |

| Ace Hardware Corporation | ACE | G0540125 | 9/18/2025 | 11/17/2025 | 623.32 | 0 | 0 | 623.32 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | G0540129 | 9/18/2025 | 11/17/2025 | 2527.56 | 0 | 0 | 2527.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540130 | 9/18/2025 | 11/17/2025 | 445.49 | 0 | 0 | 445.49 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540131 | 9/18/2025 | 11/17/2025 | 189.51 | 0 | 0 | 189.51 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540768 | 9/18/2025 | 11/17/2025 | 29.88 | 0 | 0 | 29.88 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540799 | 9/18/2025 | 11/17/2025 | 513.82 | 0 | 0 | 513.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019481 | 9/18/2025 | 11/17/2025 | 41.44 | 0 | 0 | 41.44 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019721 | 9/18/2025 | 11/17/2025 | 1790.95 | 0 | 0 | 1790.95 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019725 | 9/18/2025 | 11/17/2025 | 92.73 | 0 | 0 | 92.73 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020064 | 9/18/2025 | 11/17/2025 | 344.36 | 0 | 0 | 344.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022227 | 9/18/2025 | 11/17/2025 | 549.12 | 0 | 0 | 549.12 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540723 | 9/19/2025 | 11/18/2025 | 185.7 | 0 | 0 | 185.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540743 | 9/19/2025 | 11/18/2025 | 402.44 | 0 | 0 | 402.44 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540762 | 9/19/2025 | 11/18/2025 | 500.12 | 0 | 0 | 500.12 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540774 | 9/19/2025 | 11/18/2025 | 91.72 | 0 | 0 | 91.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540872 | 9/19/2025 | 11/18/2025 | 483.78 | 0 | 0 | 483.78 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019798 | 9/19/2025 | 11/18/2025 | 569.54 | 0 | 0 | 569.54 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019818 | 9/19/2025 | 11/18/2025 | 81.02 | 0 | 0 | 81.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019838 | 9/19/2025 | 11/18/2025 | 318.97 | 0 | 0 | 318.97 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019863 | 9/19/2025 | 11/18/2025 | 2792.92 | 0 | 0 | 2792.92 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019887 | 9/19/2025 | 11/18/2025 | 761.6 | 0 | 0 | 761.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019888 | 9/19/2025 | 11/18/2025 | 259.78 | 0 | 0 | 259.78 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020055 | 9/19/2025 | 11/18/2025 | 818.6 | 0 | 0 | 818.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020063 | 9/19/2025 | 11/18/2025 | 455.07 | 0 | 0 | 455.07 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022233 | 9/19/2025 | 11/18/2025 | 342.9 | 0 | 0 | 342.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022417 | 9/19/2025 | 11/18/2025 | 153.76 | 0 | 0 | 153.76 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540173 | 9/22/2025 | 11/21/2025 | 1830.28 | 0 | 0 | 1830.28 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540820 | 9/22/2025 | 11/21/2025 | 930.36 | 0 | 0 | 930.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540821 | 9/22/2025 | 11/21/2025 | 99.48 | 0 | 0 | 99.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540838 | 9/22/2025 | 11/21/2025 | 67.85 | 0 | 0 | 67.85 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540884 | 9/22/2025 | 11/21/2025 | 335.7 | 0 | 0 | 335.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540898 | 9/22/2025 | 11/21/2025 | 391.44 | 0 | 0 | 391.44 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540914 | 9/22/2025 | 11/21/2025 | 58.94 | 0 | 0 | 58.94 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540937 | 9/22/2025 | 11/21/2025 | 441.06 | 0 | 0 | 441.06 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540944 | 9/22/2025 | 11/21/2025 | 65.38 | 0 | 0 | 65.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540957 | 9/22/2025 | 11/21/2025 | 38 | 0 | 0 | 38 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541038 | 9/22/2025 | 11/21/2025 | 1635.66 | 0 | 0 | 1635.66 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019749 | 9/22/2025 | 11/21/2025 | 1210 | 0 | 0 | 1210 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019771 | 9/22/2025 | 11/21/2025 | 331.11 | 0 | 0 | 331.11 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019799 | 9/22/2025 | 11/21/2025 | 767.23 | 0 | 0 | 767.23 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019803 | 9/22/2025 | 11/21/2025 | 1568.24 | 0 | 0 | 1568.24 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019817 | 9/22/2025 | 11/21/2025 | 503.9 | 0 | 0 | 503.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019868 | 9/22/2025 | 11/21/2025 | 625.1 | 0 | 0 | 625.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1019904 | 9/22/2025 | 11/21/2025 | 1153.25 | 0 | 0 | 1153.25 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020054 | 9/22/2025 | 11/21/2025 | 858.02 | 0 | 0 | 858.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022303 | 9/22/2025 | 11/21/2025 | 282.01 | 0 | 0 | 282.01 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022514 | 9/22/2025 | 11/21/2025 | 12.58 | 0 | 0 | 12.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022515 | 9/22/2025 | 11/21/2025 | 238 | 0 | 0 | 238 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022521 | 9/22/2025 | 11/21/2025 | 218.16 | 0 | 0 | 218.16 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540881 | 9/23/2025 | 11/22/2025 | 369.24 | 0 | 0 | 369.24 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540996 | 9/23/2025 | 11/22/2025 | 69.41 | 0 | 0 | 69.41 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0540999 | 9/23/2025 | 11/22/2025 | 110.52 | 0 | 0 | 110.52 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541001 | 9/23/2025 | 11/22/2025 | 427.78 | 0 | 0 | 427.78 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541026 | 9/23/2025 | 11/22/2025 | 142.2 | 0 | 0 | 142.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541047 | 9/23/2025 | 11/22/2025 | 303.83 | 0 | 0 | 303.83 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541064 | 9/23/2025 | 11/22/2025 | 1015 | 0 | 0 | 1015 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541067 | 9/23/2025 | 11/22/2025 | 219.17 | 0 | 0 | 219.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541567 | 9/23/2025 | 11/22/2025 | 437.92 | 0 | 0 | 437.92 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541568 | 9/23/2025 | 11/22/2025 | 90.9 | 0 | 0 | 90.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020097 | 9/23/2025 | 11/22/2025 | 414.84 | 0 | 0 | 414.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020106 | 9/23/2025 | 11/22/2025 | 47.1 | 0 | 0 | 47.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022063 | 9/23/2025 | 11/22/2025 | 47.38 | 0 | 0 | 47.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022069 | 9/23/2025 | 11/22/2025 | 846.55 | 0 | 0 | 846.55 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022072 | 9/23/2025 | 11/22/2025 | 263.72 | 0 | 0 | 263.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022301 | 9/23/2025 | 11/22/2025 | 369.64 | 0 | 0 | 369.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022341 | 9/23/2025 | 11/22/2025 | 303.6 | 0 | 0 | 303.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344220 | 9/24/2025 | 11/23/2025 | 971.35 | 0 | 0 | 971.35 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541048 | 9/24/2025 | 11/23/2025 | 171.41 | 0 | 0 | 171.41 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541614 | 9/24/2025 | 11/23/2025 | 582.5 | 0 | 0 | 582.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541615 | 9/24/2025 | 11/23/2025 | 1061.92 | 0 | 0 | 1061.92 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541616 | 9/24/2025 | 11/23/2025 | 643.69 | 0 | 0 | 643.69 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541656 | 9/24/2025 | 11/23/2025 | 63.56 | 0 | 0 | 63.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541673 | 9/24/2025 | 11/23/2025 | 64.58 | 0 | 0 | 64.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020096 | 9/24/2025 | 11/23/2025 | 695.47 | 0 | 0 | 695.47 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1020100 | 9/24/2025 | 11/23/2025 | 737.59 | 0 | 0 | 737.59 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022025 | 9/24/2025 | 11/23/2025 | 357.11 | 0 | 0 | 357.11 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022070 | 9/24/2025 | 11/23/2025 | 317.48 | 0 | 0 | 317.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022071 | 9/24/2025 | 11/23/2025 | 652.92 | 0 | 0 | 652.92 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022079 | 9/24/2025 | 11/23/2025 | 365.56 | 0 | 0 | 365.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022115 | 9/24/2025 | 11/23/2025 | 848.31 | 0 | 0 | 848.31 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022121 | 9/24/2025 | 11/23/2025 | 189.96 | 0 | 0 | 189.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022122 | 9/24/2025 | 11/23/2025 | 1095.12 | 0 | 0 | 1095.12 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022186 | 9/24/2025 | 11/23/2025 | 385.63 | 0 | 0 | 385.63 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022253 | 9/24/2025 | 11/23/2025 | 324.01 | 0 | 0 | 324.01 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022582 | 9/24/2025 | 11/23/2025 | 56.82 | 0 | 0 | 56.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344267 | 9/25/2025 | 11/24/2025 | 525.02 | 0 | 0 | 525.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344300 | 9/25/2025 | 11/24/2025 | 74.06 | 0 | 0 | 74.06 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541695 | 9/25/2025 | 11/24/2025 | 184.47 | 0 | 0 | 184.47 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541714 | 9/25/2025 | 11/24/2025 | 1037.13 | 0 | 0 | 1037.13 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022078 | 9/25/2025 | 11/24/2025 | 478.97 | 0 | 0 | 478.97 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022151 | 9/25/2025 | 11/24/2025 | 208.32 | 0 | 0 | 208.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022530 | 9/25/2025 | 11/24/2025 | 228.99 | 0 | 0 | 228.99 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022546 | 9/25/2025 | 11/24/2025 | 418.68 | 0 | 0 | 418.68 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022557 | 9/25/2025 | 11/24/2025 | 395.92 | 0 | 0 | 395.92 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | V1022604 | 9/25/2025 | 11/24/2025 | 438.59 | 0 | 0 | 438.59 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022634 | 9/25/2025 | 11/24/2025 | 199.56 | 0 | 0 | 199.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1022641 | 9/25/2025 | 11/24/2025 | 87.22 | 0 | 0 | 87.22 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023373 | 9/25/2025 | 11/24/2025 | 8096.34 | 0 | 0 | 8096.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023378 | 9/25/2025 | 11/24/2025 | 452.67 | 0 | 0 | 452.67 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023407 | 9/25/2025 | 11/24/2025 | 766.08 | 0 | 0 | 766.08 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023409 | 9/25/2025 | 11/24/2025 | 71.71 | 0 | 0 | 71.71 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023410 | 9/25/2025 | 11/24/2025 | 132.2 | 0 | 0 | 132.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023422 | 9/25/2025 | 11/24/2025 | 543.89 | 0 | 0 | 543.89 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023436 | 9/25/2025 | 11/24/2025 | 124.32 | 0 | 0 | 124.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023446 | 9/25/2025 | 11/24/2025 | 74.19 | 0 | 0 | 74.19 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023447 | 9/25/2025 | 11/24/2025 | 23.91 | 0 | 0 | 23.91 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023449 | 9/25/2025 | 11/24/2025 | 335.04 | 0 | 0 | 335.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023450 | 9/25/2025 | 11/24/2025 | 145.5 | 0 | 0 | 145.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023732 | 9/25/2025 | 11/24/2025 | 1186.38 | 0 | 0 | 1186.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024057 | 9/25/2025 | 11/24/2025 | 215.28 | 0 | 0 | 215.28 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344351 | 9/26/2025 | 11/25/2025 | 118.68 | 0 | 0 | 118.68 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344353 | 9/26/2025 | 11/25/2025 | 110.96 | 0 | 0 | 110.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344362 | 9/26/2025 | 11/25/2025 | 768.48 | 0 | 0 | 768.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541658 | 9/26/2025 | 11/25/2025 | 182.12 | 0 | 0 | 182.12 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541709 | 9/26/2025 | 11/25/2025 | 419.23 | 0 | 0 | 419.23 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541732 | 9/26/2025 | 11/25/2025 | 52.1 | 0 | 0 | 52.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541744 | 9/26/2025 | 11/25/2025 | 74.58 | 0 | 0 | 74.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541836 | 9/26/2025 | 11/25/2025 | 592.08 | 0 | 0 | 592.08 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023574 | 9/26/2025 | 11/25/2025 | 2187.17 | 0 | 0 | 2187.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023576 | 9/26/2025 | 11/25/2025 | 155.62 | 0 | 0 | 155.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023580 | 9/26/2025 | 11/25/2025 | 264.58 | 0 | 0 | 264.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023581 | 9/26/2025 | 11/25/2025 | 205.75 | 0 | 0 | 205.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023609 | 9/26/2025 | 11/25/2025 | 115.04 | 0 | 0 | 115.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023638 | 9/26/2025 | 11/25/2025 | 174.54 | 0 | 0 | 174.54 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023667 | 9/26/2025 | 11/25/2025 | 80.33 | 0 | 0 | 80.33 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023668 | 9/26/2025 | 11/25/2025 | 98.07 | 0 | 0 | 98.07 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023669 | 9/26/2025 | 11/25/2025 | 983.5 | 0 | 0 | 983.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023705 | 9/26/2025 | 11/25/2025 | 167.7 | 0 | 0 | 167.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023707 | 9/26/2025 | 11/25/2025 | 185.86 | 0 | 0 | 185.86 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023709 | 9/26/2025 | 11/25/2025 | 249.71 | 0 | 0 | 249.71 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1023711 | 9/26/2025 | 11/25/2025 | 129.54 | 0 | 0 | 129.54 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344380 | 9/29/2025 | 11/28/2025 | 400.65 | 0 | 0 | 400.65 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541785 | 9/29/2025 | 11/28/2025 | 20.06 | 0 | 0 | 20.06 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541814 | 9/29/2025 | 11/28/2025 | 239.36 | 0 | 0 | 239.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541835 | 9/29/2025 | 11/28/2025 | 387.36 | 0 | 0 | 387.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541837 | 9/29/2025 | 11/28/2025 | 211.58 | 0 | 0 | 211.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541838 | 9/29/2025 | 11/28/2025 | 127.53 | 0 | 0 | 127.53 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541869 | 9/29/2025 | 11/28/2025 | 114.68 | 0 | 0 | 114.68 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541903 | 9/29/2025 | 11/28/2025 | 139.84 | 0 | 0 | 139.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541923 | 9/29/2025 | 11/28/2025 | 638.69 | 0 | 0 | 638.69 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541924 | 9/29/2025 | 11/28/2025 | 176.88 | 0 | 0 | 176.88 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541926 | 9/29/2025 | 11/28/2025 | 435.85 | 0 | 0 | 435.85 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541946 | 9/29/2025 | 9/29/2025 | -48.68 | 0 | 0 | 0 | 0 | -48.68 |
| Ace Hardware Corporation | ACE | G0541949 | 9/29/2025 | 9/29/2025 | -52.62 | 0 | 0 | 0 | 0 | -52.62 |
| Ace Hardware Corporation | ACE | G0541952 | 9/29/2025 | 11/28/2025 | 68.58 | 0 | 0 | 68.58 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541959 | 9/29/2025 | 11/28/2025 | 163.22 | 0 | 0 | 163.22 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541971 | 9/29/2025 | 11/28/2025 | 211.85 | 0 | 0 | 211.85 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024076 | 9/29/2025 | 11/28/2025 | 56.1 | 0 | 0 | 56.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024095 | 9/29/2025 | 11/28/2025 | 489.62 | 0 | 0 | 489.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024101 | 9/29/2025 | 11/28/2025 | 26.98 | 0 | 0 | 26.98 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024135 | 9/29/2025 | 11/28/2025 | 188.06 | 0 | 0 | 188.06 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024239 | 9/29/2025 | 11/28/2025 | 203.33 | 0 | 0 | 203.33 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024282 | 9/29/2025 | 11/28/2025 | 82.33 | 0 | 0 | 82.33 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024334 | 9/29/2025 | 11/28/2025 | 229.94 | 0 | 0 | 229.94 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024350 | 9/29/2025 | 11/28/2025 | 49.32 | 0 | 0 | 49.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024449 | 9/29/2025 | 11/28/2025 | 10.66 | 0 | 0 | 10.66 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024498 | 9/29/2025 | 11/28/2025 | 54.7 | 0 | 0 | 54.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541875 | 9/30/2025 | 11/29/2025 | 618.57 | 0 | 0 | 618.57 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541888 | 9/30/2025 | 11/29/2025 | 448.61 | 0 | 0 | 448.61 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541895 | 9/30/2025 | 11/29/2025 | 177.37 | 0 | 0 | 177.37 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0541920 | 9/30/2025 | 11/29/2025 | 1247.96 | 0 | 0 | 1247.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542000 | 9/30/2025 | 11/29/2025 | 114.42 | 0 | 0 | 114.42 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542001 | 9/30/2025 | 11/29/2025 | 120.57 | 0 | 0 | 120.57 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542024 | 9/30/2025 | 11/29/2025 | 114.75 | 0 | 0 | 114.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024089 | 9/30/2025 | 11/29/2025 | 997.82 | 0 | 0 | 997.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024123 | 9/30/2025 | 11/29/2025 | 223.15 | 0 | 0 | 223.15 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024348 | 9/30/2025 | 11/29/2025 | 383.7 | 0 | 0 | 383.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024349 | 9/30/2025 | 11/29/2025 | 1438.31 | 0 | 0 | 1438.31 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024372 | 9/30/2025 | 11/29/2025 | 1485.03 | 0 | 0 | 1485.03 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024456 | 9/30/2025 | 11/29/2025 | 1170.17 | 0 | 0 | 1170.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024466 | 9/30/2025 | 11/29/2025 | 735.71 | 0 | 0 | 735.71 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024491 | 9/30/2025 | 11/29/2025 | 943.02 | 0 | 0 | 943.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024495 | 9/30/2025 | 11/29/2025 | 119.52 | 0 | 0 | 119.52 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024496 | 9/30/2025 | 11/29/2025 | 59.98 | 0 | 0 | 59.98 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024507 | 9/30/2025 | 11/29/2025 | 883.53 | 0 | 0 | 883.53 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024537 | 9/30/2025 | 11/29/2025 | 281.71 | 0 | 0 | 281.71 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024538 | 9/30/2025 | 11/29/2025 | 310.12 | 0 | 0 | 310.12 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024542 | 9/30/2025 | 11/29/2025 | 265.48 | 0 | 0 | 265.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024543 | 9/30/2025 | 11/29/2025 | 73.04 | 0 | 0 | 73.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024545 | 9/30/2025 | 11/29/2025 | 158.09 | 0 | 0 | 158.09 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024546 | 9/30/2025 | 11/29/2025 | 111.04 | 0 | 0 | 111.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024547 | 9/30/2025 | 11/29/2025 | 1007.38 | 0 | 0 | 1007.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024554 | 9/30/2025 | 11/29/2025 | 102.56 | 0 | 0 | 102.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024557 | 9/30/2025 | 11/29/2025 | 926.64 | 0 | 0 | 926.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024604 | 9/30/2025 | 11/29/2025 | 46.43 | 0 | 0 | 46.43 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024605 | 9/30/2025 | 11/29/2025 | 214.28 | 0 | 0 | 214.28 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024609 | 9/30/2025 | 11/29/2025 | 39.2 | 0 | 0 | 39.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024610 | 9/30/2025 | 11/29/2025 | 220.09 | 0 | 0 | 220.09 | 0 | 0 |

| Ace Hardware Corporation | ACE | V1024629 | 9/30/2025 | 11/29/2025 | 90.69 | 0 | 0 | 90.69 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | V1024638 | 9/30/2025 | 11/29/2025 | 821.1 | 0 | 0 | 821.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024615 | 10/1/2025 | 11/30/2025 | 1953.36 | 0 | 0 | 1953.36 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542349 | 10/2/2025 | 12/1/2025 | 126.06 | 0 | 0 | 126.06 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542372 | 10/2/2025 | 12/1/2025 | 458.17 | 0 | 0 | 458.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542382 | 10/2/2025 | 12/1/2025 | 418.62 | 0 | 0 | 418.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542391 | 10/2/2025 | 12/1/2025 | 499.41 | 0 | 0 | 499.41 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542402 | 10/2/2025 | 12/1/2025 | 95.34 | 0 | 0 | 95.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542427 | 10/2/2025 | 12/1/2025 | 47.67 | 0 | 0 | 47.67 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542439 | 10/2/2025 | 12/1/2025 | 649.64 | 0 | 0 | 649.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024968 | 10/2/2025 | 12/1/2025 | 131.61 | 0 | 0 | 131.61 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024978 | 10/2/2025 | 12/1/2025 | 782.23 | 0 | 0 | 782.23 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024979 | 10/2/2025 | 12/1/2025 | 373.96 | 0 | 0 | 373.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1024995 | 10/2/2025 | 12/1/2025 | 1207.44 | 0 | 0 | 1207.44 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025004 | 10/2/2025 | 12/1/2025 | 62.49 | 0 | 0 | 62.49 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025009 | 10/2/2025 | 12/1/2025 | 263.22 | 0 | 0 | 263.22 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025014 | 10/2/2025 | 12/1/2025 | 1326.84 | 0 | 0 | 1326.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025018 | 10/2/2025 | 12/1/2025 | 399.38 | 0 | 0 | 399.38 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025478 | 10/2/2025 | 12/1/2025 | 282.82 | 0 | 0 | 282.82 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025506 | 10/2/2025 | 12/1/2025 | 72.86 | 0 | 0 | 72.86 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025546 | 10/2/2025 | 12/1/2025 | 62.17 | 0 | 0 | 62.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344749 | 10/3/2025 | 12/2/2025 | 148.56 | 0 | 0 | 148.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344750 | 10/3/2025 | 12/2/2025 | 82.15 | 0 | 0 | 82.15 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344751 | 10/3/2025 | 12/2/2025 | 314.53 | 0 | 0 | 314.53 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344752 | 10/3/2025 | 12/2/2025 | 53.43 | 0 | 0 | 53.43 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344755 | 10/3/2025 | 12/2/2025 | 1189.87 | 0 | 0 | 1189.87 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344756 | 10/3/2025 | 12/2/2025 | 101.76 | 0 | 0 | 101.76 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344768 | 10/3/2025 | 12/2/2025 | 238.3 | 0 | 0 | 238.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344769 | 10/3/2025 | 12/2/2025 | 471.93 | 0 | 0 | 471.93 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344770 | 10/3/2025 | 12/2/2025 | 23640 | 0 | 0 | 23640 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344771 | 10/3/2025 | 12/2/2025 | 79.68 | 0 | 0 | 79.68 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344772 | 10/3/2025 | 12/2/2025 | 308.5 | 0 | 0 | 308.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344773 | 10/3/2025 | 12/2/2025 | 314.55 | 0 | 0 | 314.55 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344775 | 10/3/2025 | 12/2/2025 | 256.62 | 0 | 0 | 256.62 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344776 | 10/3/2025 | 12/2/2025 | 52.34 | 0 | 0 | 52.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344778 | 10/3/2025 | 12/2/2025 | 81.3 | 0 | 0 | 81.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344780 | 10/3/2025 | 12/2/2025 | 130.02 | 0 | 0 | 130.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344782 | 10/3/2025 | 12/2/2025 | 72.01 | 0 | 0 | 72.01 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344783 | 10/3/2025 | 12/2/2025 | 650 | 0 | 0 | 650 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344784 | 10/3/2025 | 12/2/2025 | 50.31 | 0 | 0 | 50.31 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344785 | 10/3/2025 | 12/2/2025 | 488.5 | 0 | 0 | 488.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344787 | 10/3/2025 | 12/2/2025 | 390 | 0 | 0 | 390 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344788 | 10/3/2025 | 12/2/2025 | 47.9 | 0 | 0 | 47.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344790 | 10/3/2025 | 12/2/2025 | 2295 | 0 | 0 | 2295 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344796 | 10/3/2025 | 12/2/2025 | 624.8 | 0 | 0 | 624.8 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542366 | 10/3/2025 | 12/2/2025 | 59.94 | 0 | 0 | 59.94 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542381 | 10/3/2025 | 12/2/2025 | 1638.57 | 0 | 0 | 1638.57 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542449 | 10/3/2025 | 12/2/2025 | 191.04 | 0 | 0 | 191.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542451 | 10/3/2025 | 12/2/2025 | 13.7 | 0 | 0 | 13.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542456 | 10/3/2025 | 12/2/2025 | 200.1 | 0 | 0 | 200.1 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542485 | 10/3/2025 | 12/2/2025 | 345.99 | 0 | 0 | 345.99 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542491 | 10/3/2025 | 12/2/2025 | 57.3 | 0 | 0 | 57.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542492 | 10/3/2025 | 12/2/2025 | 134.19 | 0 | 0 | 134.19 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542493 | 10/3/2025 | 12/2/2025 | 292.21 | 0 | 0 | 292.21 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542502 | 10/3/2025 | 12/2/2025 | 245.72 | 0 | 0 | 245.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025519 | 10/3/2025 | 12/2/2025 | 745.88 | 0 | 0 | 745.88 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025554 | 10/3/2025 | 12/2/2025 | 131.4 | 0 | 0 | 131.4 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025576 | 10/3/2025 | 12/2/2025 | 234.9 | 0 | 0 | 234.9 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025613 | 10/3/2025 | 12/2/2025 | 96.31 | 0 | 0 | 96.31 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025625 | 10/3/2025 | 12/2/2025 | 140.7 | 0 | 0 | 140.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025641 | 10/3/2025 | 12/2/2025 | 540.08 | 0 | 0 | 540.08 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025642 | 10/3/2025 | 12/2/2025 | 187.83 | 0 | 0 | 187.83 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025646 | 10/3/2025 | 12/2/2025 | 267.49 | 0 | 0 | 267.49 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025652 | 10/3/2025 | 12/2/2025 | 758.16 | 0 | 0 | 758.16 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025658 | 10/3/2025 | 12/2/2025 | 810.45 | 0 | 0 | 810.45 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025703 | 10/3/2025 | 12/2/2025 | 119.6 | 0 | 0 | 119.6 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542514 | 10/6/2025 | 12/5/2025 | 106.34 | 0 | 0 | 106.34 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542551 | 10/6/2025 | 12/5/2025 | 59.79 | 0 | 0 | 59.79 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542552 | 10/6/2025 | 12/5/2025 | 106.88 | 0 | 0 | 106.88 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542555 | 10/6/2025 | 12/5/2025 | 41.64 | 0 | 0 | 41.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542557 | 10/6/2025 | 12/5/2025 | 17.56 | 0 | 0 | 17.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542585 | 10/6/2025 | 12/5/2025 | 739.25 | 0 | 0 | 739.25 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542590 | 10/6/2025 | 12/5/2025 | 141.99 | 0 | 0 | 141.99 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025742 | 10/6/2025 | 12/5/2025 | 171.31 | 0 | 0 | 171.31 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025745 | 10/6/2025 | 12/5/2025 | 933.75 | 0 | 0 | 933.75 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025821 | 10/6/2025 | 12/5/2025 | 241.96 | 0 | 0 | 241.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025828 | 10/6/2025 | 12/5/2025 | 302.2 | 0 | 0 | 302.2 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025829 | 10/6/2025 | 12/5/2025 | 264.24 | 0 | 0 | 264.24 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025836 | 10/6/2025 | 12/5/2025 | 141.04 | 0 | 0 | 141.04 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025837 | 10/6/2025 | 12/5/2025 | 69.5 | 0 | 0 | 69.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025856 | 10/6/2025 | 12/5/2025 | 116.72 | 0 | 0 | 116.72 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344860 | 10/7/2025 | 12/6/2025 | 1600.56 | 0 | 0 | 1600.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344867 | 10/7/2025 | 12/6/2025 | 94.66 | 0 | 0 | 94.66 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344868 | 10/7/2025 | 12/6/2025 | 78.09 | 0 | 0 | 78.09 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344873 | 10/7/2025 | 12/6/2025 | 117.48 | 0 | 0 | 117.48 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542584 | 10/7/2025 | 12/6/2025 | 198.96 | 0 | 0 | 198.96 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542586 | 10/7/2025 | 12/6/2025 | 63.51 | 0 | 0 | 63.51 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542647 | 10/7/2025 | 12/6/2025 | 613.17 | 0 | 0 | 613.17 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542648 | 10/7/2025 | 12/6/2025 | 1192.7 | 0 | 0 | 1192.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542699 | 10/7/2025 | 12/6/2025 | 1836.32 | 0 | 0 | 1836.32 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542711 | 10/7/2025 | 12/6/2025 | 1345.56 | 0 | 0 | 1345.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542882 | 10/7/2025 | 12/6/2025 | 90.16 | 0 | 0 | 90.16 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025830 | 10/7/2025 | 12/6/2025 | 29.7 | 0 | 0 | 29.7 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1025926 | 10/7/2025 | 12/6/2025 | 1837.53 | 0 | 0 | 1837.53 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | V1025937 | 10/7/2025 | 12/6/2025 | 192.93 | 0 | 0 | 192.93 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026044 | 10/7/2025 | 12/6/2025 | 77.76 | 0 | 0 | 77.76 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344978 | 10/8/2025 | 12/7/2025 | 76.02 | 0 | 0 | 76.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2344989 | 10/8/2025 | 12/7/2025 | 83.64 | 0 | 0 | 83.64 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542902 | 10/8/2025 | 12/7/2025 | 590.79 | 0 | 0 | 590.79 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542938 | 10/8/2025 | 12/7/2025 | 256.02 | 0 | 0 | 256.02 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542972 | 10/8/2025 | 12/7/2025 | 179.79 | 0 | 0 | 179.79 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026034 | 10/8/2025 | 12/7/2025 | 175.29 | 0 | 0 | 175.29 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026481 | 10/8/2025 | 12/7/2025 | 158.63 | 0 | 0 | 158.63 | 0 | 0 |
| Ace Hardware Corporation | ACE | C2345022 | 10/9/2025 | 12/8/2025 | 57.96 | 0 | 57.96 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542993 | 10/9/2025 | 12/8/2025 | 337.97 | 0 | 337.97 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543032 | 10/9/2025 | 12/8/2025 | 49.83 | 0 | 49.83 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543042 | 10/9/2025 | 12/8/2025 | 161.64 | 0 | 161.64 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543062 | 10/9/2025 | 12/8/2025 | 507.82 | 0 | 507.82 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543069 | 10/9/2025 | 12/8/2025 | 55.28 | 0 | 55.28 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543072 | 10/9/2025 | 12/8/2025 | 531.33 | 0 | 531.33 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543108 | 10/9/2025 | 12/8/2025 | 208.55 | 0 | 208.55 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543119 | 10/9/2025 | 12/8/2025 | 182.1 | 0 | 182.1 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026310 | 10/9/2025 | 12/8/2025 | 264.96 | 0 | 264.96 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026336 | 10/9/2025 | 12/8/2025 | 254.03 | 0 | 254.03 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026362 | 10/9/2025 | 12/8/2025 | 179.66 | 0 | 179.66 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026380 | 10/9/2025 | 12/8/2025 | 228.72 | 0 | 228.72 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026381 | 10/9/2025 | 12/8/2025 | 555.91 | 0 | 555.91 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026492 | 10/9/2025 | 12/8/2025 | 339.46 | 0 | 339.46 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026494 | 10/9/2025 | 12/8/2025 | 162.61 | 0 | 162.61 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026500 | 10/9/2025 | 12/8/2025 | 228.17 | 0 | 228.17 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026514 | 10/9/2025 | 12/8/2025 | 132.54 | 0 | 132.54 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026518 | 10/9/2025 | 12/8/2025 | 108.66 | 0 | 108.66 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026519 | 10/9/2025 | 12/8/2025 | 798.66 | 0 | 798.66 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026527 | 10/9/2025 | 12/8/2025 | 630.66 | 0 | 630.66 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026539 | 10/9/2025 | 12/8/2025 | 623.44 | 0 | 623.44 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026542 | 10/9/2025 | 12/8/2025 | 62.84 | 0 | 62.84 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0542994 | 10/10/2025 | 12/9/2025 | 420.61 | 0 | 420.61 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543079 | 10/10/2025 | 12/9/2025 | 227.8 | 0 | 227.8 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543092 | 10/10/2025 | 12/9/2025 | 2167.94 | 0 | 2167.94 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543114 | 10/10/2025 | 12/9/2025 | 46.83 | 0 | 46.83 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543121 | 10/10/2025 | 12/9/2025 | 432.72 | 0 | 432.72 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543146 | 10/10/2025 | 12/9/2025 | 15.31 | 0 | 15.31 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543150 | 10/10/2025 | 12/9/2025 | 110.71 | 0 | 110.71 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543248 | 10/10/2025 | 12/9/2025 | 505.44 | 0 | 505.44 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026531 | 10/10/2025 | 12/9/2025 | 375.88 | 0 | 375.88 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1026536 | 10/10/2025 | 12/9/2025 | 315.73 | 0 | 315.73 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1027005 | 10/10/2025 | 12/9/2025 | 101.68 | 0 | 101.68 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543182 | 10/13/2025 | 12/12/2025 | 207.39 | 0 | 207.39 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543361 | 10/13/2025 | 12/12/2025 | 1010.88 | 0 | 1010.88 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1027144 | 10/13/2025 | 12/12/2025 | 297.34 | 0 | 297.34 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1027249 | 10/13/2025 | 12/12/2025 | 212.98 | 0 | 212.98 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543282 | 10/14/2025 | 12/13/2025 | 217.14 | 0 | 217.14 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543685 | 10/14/2025 | 12/13/2025 | 926.64 | 0 | 926.64 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543313 | 10/15/2025 | 12/14/2025 | 57.6 | 0 | 57.6 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543376 | 10/15/2025 | 12/14/2025 | 41.85 | 0 | 41.85 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543676 | 10/15/2025 | 12/14/2025 | 332.74 | 0 | 332.74 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1027641 | 10/15/2025 | 12/14/2025 | 544.13 | 0 | 544.13 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1027651 | 10/15/2025 | 12/14/2025 | 808.39 | 0 | 808.39 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543383 | 10/16/2025 | 12/15/2025 | 96.92 | 0 | 96.92 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543386 | 10/16/2025 | 12/15/2025 | 79.43 | 0 | 79.43 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543732 | 10/16/2025 | 12/15/2025 | 1626.91 | 0 | 1626.91 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543739 | 10/16/2025 | 12/15/2025 | 1177.6 | 0 | 1177.6 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543758 | 10/16/2025 | 12/15/2025 | 57.16 | 0 | 57.16 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543787 | 10/16/2025 | 12/15/2025 | 279.06 | 0 | 279.06 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543794 | 10/16/2025 | 12/15/2025 | 250.22 | 0 | 250.22 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543795 | 10/16/2025 | 12/15/2025 | 248.42 | 0 | 248.42 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543806 | 10/16/2025 | 12/15/2025 | 472.02 | 0 | 472.02 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543808 | 10/16/2025 | 12/15/2025 | 51.2 | 0 | 51.2 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1027746 | 10/16/2025 | 12/15/2025 | 119.15 | 0 | 119.15 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028363 | 10/16/2025 | 12/15/2025 | 278.66 | 0 | 278.66 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028378 | 10/16/2025 | 12/15/2025 | 153.3 | 0 | 153.3 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028379 | 10/16/2025 | 12/15/2025 | 104.34 | 0 | 104.34 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028380 | 10/16/2025 | 12/15/2025 | 97.6 | 0 | 97.6 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543831 | 10/17/2025 | 12/16/2025 | 139.72 | 0 | 139.72 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028437 | 10/17/2025 | 12/16/2025 | 174.66 | 0 | 174.66 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028438 | 10/17/2025 | 12/16/2025 | 249.61 | 0 | 249.61 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028496 | 10/17/2025 | 12/16/2025 | 4686.32 | 0 | 4686.32 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543853 | 10/20/2025 | 12/19/2025 | 488.8 | 0 | 488.8 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543870 | 10/20/2025 | 12/19/2025 | 107.25 | 0 | 107.25 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543875 | 10/20/2025 | 12/19/2025 | 4726.91 | 0 | 4726.91 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543894 | 10/20/2025 | 12/19/2025 | 671.52 | 0 | 671.52 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028529 | 10/20/2025 | 12/19/2025 | 384.56 | 0 | 384.56 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028553 | 10/20/2025 | 12/19/2025 | 1204.02 | 0 | 1204.02 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028581 | 10/20/2025 | 12/19/2025 | 213.12 | 0 | 213.12 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028603 | 10/20/2025 | 12/19/2025 | 1046.35 | 0 | 1046.35 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543887 | 10/21/2025 | 12/20/2025 | 51.84 | 0 | 51.84 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543904 | 10/21/2025 | 12/20/2025 | 271.78 | 0 | 271.78 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543935 | 10/21/2025 | 12/20/2025 | 508.07 | 0 | 508.07 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543937 | 10/21/2025 | 12/20/2025 | 143.98 | 0 | 143.98 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543957 | 10/21/2025 | 12/20/2025 | 330.24 | 0 | 330.24 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543971 | 10/21/2025 | 12/20/2025 | 427.05 | 0 | 427.05 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028620 | 10/21/2025 | 12/20/2025 | 468.63 | 0 | 468.63 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028662 | 10/21/2025 | 12/20/2025 | 427.2 | 0 | 427.2 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028670 | 10/21/2025 | 12/20/2025 | 400.49 | 0 | 400.49 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028672 | 10/21/2025 | 12/20/2025 | 405.99 | 0 | 405.99 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028685 | 10/21/2025 | 12/20/2025 | 977.39 | 0 | 977.39 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543905 | 10/22/2025 | 12/21/2025 | 345.73 | 0 | 345.73 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0543992 | 10/22/2025 | 12/21/2025 | 471.53 | 0 | 471.53 | 0 | 0 | 0 |

| Name | Code | Invoice | Ref | Date1 | Date2 | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ace Hardware Corporation | ACE | G0544009 | | 10/22/2025 | 12/21/2025 | 571.92 | 0 | 571.92 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544069 | | 10/22/2025 | 12/21/2025 | 883.69 | 0 | 883.69 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544200 | | 10/22/2025 | 12/21/2025 | 20.88 | 0 | 20.88 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544267 | | 10/22/2025 | 12/21/2025 | 5 | 0 | 5 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028718 | | 10/22/2025 | 12/21/2025 | 309.28 | 0 | 309.28 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028727 | | 10/22/2025 | 12/21/2025 | 971.31 | 0 | 971.31 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028785 | | 10/22/2025 | 12/21/2025 | 1060.85 | 0 | 1060.85 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1028807 | | 10/22/2025 | 12/21/2025 | 324.44 | 0 | 324.44 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029069 | | 10/22/2025 | 12/21/2025 | 178.56 | 0 | 178.56 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029202 | | 10/22/2025 | 12/21/2025 | 71.2 | 0 | 71.2 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544343 | | 10/23/2025 | 12/22/2025 | 11.5 | 0 | 11.5 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544347 | | 10/23/2025 | 12/22/2025 | 353.06 | 0 | 353.06 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029096 | | 10/23/2025 | 12/22/2025 | 762.47 | 0 | 762.47 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029216 | | 10/23/2025 | 12/22/2025 | 193.21 | 0 | 193.21 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544393 | | 10/24/2025 | 12/23/2025 | 20.07 | 20.07 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544443 | | 10/24/2025 | 12/23/2025 | 16.37 | 16.37 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544460 | | 10/24/2025 | 12/23/2025 | 6.72 | 6.72 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544464 | | 10/24/2025 | 12/23/2025 | 432.06 | 432.06 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544467 | | 10/27/2025 | 12/26/2025 | 5.14 | 5.14 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544472 | | 10/27/2025 | 12/26/2025 | 527.56 | 527.56 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029340 | | 10/27/2025 | 12/26/2025 | 211.34 | 211.34 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029346 | | 10/27/2025 | 12/26/2025 | 117.88 | 117.88 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029363 | | 10/27/2025 | 12/26/2025 | 131.4 | 131.4 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029369 | | 10/27/2025 | 12/26/2025 | 186.44 | 186.44 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029370 | | 10/27/2025 | 12/26/2025 | 156.06 | 156.06 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029372 | | 10/27/2025 | 12/26/2025 | 592.93 | 592.93 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1029357 | | 10/28/2025 | 12/27/2025 | 458.8 | 458.8 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030040 | | 11/11/2025 | 11/11/2025 | -5.74 | 0 | 0 | -5.74 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030044 | | 11/11/2025 | 11/11/2025 | -134.3 | 0 | 0 | -134.3 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030045 | | 11/11/2025 | 11/11/2025 | -172.5 | 0 | 0 | -172.5 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0544955 | | 11/12/2025 | 1/11/2026 | 70.36 | 70.36 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0545020 | | 11/13/2025 | 1/12/2026 | 264.03 | 264.03 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0545022 | | 11/13/2025 | 1/12/2026 | 419.36 | 419.36 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030086 | | 11/13/2025 | 1/12/2026 | 68.7 | 68.7 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030118 | | 11/13/2025 | 1/12/2026 | 147.27 | 147.27 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030123 | | 11/14/2025 | 1/13/2026 | 211.1 | 211.1 | 0 | 0 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030161 | | 11/14/2025 | 11/14/2025 | -44.4 | 0 | 0 | -44.4 | 0 | 0 |
| Ace Hardware Corporation | ACE | V1030189 | | 11/20/2025 | 11/20/2025 | -10.56 | 0 | 0 | -10.56 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0545061 | | 11/24/2025 | 11/24/2025 | -535.59 | 0 | 0 | -535.59 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0545062 | | 11/24/2025 | 11/24/2025 | -3.31 | 0 | 0 | -3.31 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0545063 | | 11/24/2025 | 11/24/2025 | -19.84 | 0 | 0 | -19.84 | 0 | 0 |
| Ace Hardware Corporation | ACE | G0545064 | | 11/24/2025 | 11/24/2025 | -17.88 | 0 | 0 | -17.88 | 0 | 0 |
| Ace Credit Account | ACE/CDT | N0232084OVRPMT | | 5/19/2022 | 5/19/2022 | 0 | 0 | 0 | 0 | 0 | -24651.51 |
| Ace Credit Account | ACE/CDT | | 9615793450 | 12/13/2022 | 12/13/2022 | 0 | 0 | 0 | 0 | 0 | -66.27 |
| Ace Credit Account | ACE/CDT | C1827935 | | 7/7/2023 | 7/7/2023 | 0 | 0 | 0 | 0 | 0 | -119.36 |
| Ace Credit Account | ACE/CDT | C2097266OVPMT | | 8/3/2023 | 8/3/2023 | 0 | 0 | 0 | 0 | 0 | -422.99 |
| Ace Credit Account | ACE/CDT | C2063360DUP | | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | -949 |
| Ace Credit Account | ACE/CDT | C2097266DUP | | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | -1392.38 |
| Ace Credit Account | ACE/CDT | C2105985DUP | | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | -769 |
| Ace Credit Account | ACE/CDT | N0313345DUP | | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | -2958.79 |
| Ace Credit Account | ACE/CDT | N0334594OVPMT | | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | -2328.72 |
| Ace Credit Account | ACE/CDT | N0344594DUP | | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | -4532.17 |
| Ace Credit Account | ACE/CDT | M10636 | | 1/22/2024 | 1/22/2024 | 0 | 0 | 0 | 0 | 0 | -1864.28 |
| Ace Credit Account | ACE/CDT | CK001029 | | 2/27/2024 | 2/27/2024 | 0 | 0 | 0 | 0 | 0 | -299 |
| Ace Credit Account | ACE/CDT | CK001030 | | 2/27/2024 | 2/27/2024 | 0 | 0 | 0 | 0 | 0 | -149 |
| Ace Credit Account | ACE/CDT | CK24012 | | 2/27/2024 | 2/27/2024 | 0 | 0 | 0 | 0 | 0 | -4224.95 |
| Ace Credit Account | ACE/CDT | CK6190500 | | 2/27/2024 | 2/27/2024 | 0 | 0 | 0 | 0 | 0 | -109.43 |
| Ace Credit Account | ACE/CDT | CK6190727 | | 2/27/2024 | 2/27/2024 | 0 | 0 | 0 | 0 | 0 | -363.32 |
| Ace Credit Account | ACE/CDT | CK6190814 | | 2/27/2024 | 2/27/2024 | 0 | 0 | 0 | 0 | 0 | -999.99 |
| Ace Credit Account | ACE/CDT | G0380279 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -302.94 |
| Ace Credit Account | ACE/CDT | V0736591 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -358.6 |
| Ace Credit Account | ACE/CDT | V0736600 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -31.82 |
| Ace Credit Account | ACE/CDT | V0736727 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -41.76 |
| Ace Credit Account | ACE/CDT | C0469238 | | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | -1017.14 |
| Ace Credit Account | ACE/CDT | C2282944DUP | | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -170.92 |
| Ace Credit Account | ACE/CDT | G03487740VRPMT | | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -856.66 |
| Ace Credit Account | ACE/CDT | G04389740VRPMT | | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -113.69 |
| Ace Credit Account | ACE/CDT | G04692380VRPMT | | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -566.65 |
| Ace Credit Account | ACE/CDT | V0746911OVR | | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -4254.66 |
| Ace Credit Account | ACE/CDT | V07532100VR | | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -389.46 |
| Ace Credit Account | ACE/CDT | V07632240VRPMT | | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -47.52 |
| Ace Credit Account | ACE/CDT | C.2307370 | | 7/10/2025 | 7/10/2025 | 0 | 0 | 0 | 0 | 0 | -408.65 |
| Ace Credit Account | ACE/CDT | V.0894884 | | 7/10/2025 | 7/10/2025 | 0 | 0 | 0 | 0 | 0 | -1336.49 |
| Ace Credit Account | ACE/CDT | V0779460 | | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | -38.73 | 0 |
| Ace Credit Account | ACE/CDT | V0853429 | | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | -60.74 | 0 |
| Amazon Claim Account | AMAZONCL | V0734327SC | | 8/2/2024 | 8/2/2024 | 0 | 0 | 0 | 0 | 0 | 112.31 |
| Amazon Claim Account | AMAZONCL | V0734328SC | | 8/6/2024 | 8/6/2024 | 0 | 0 | 0 | 0 | 0 | 946.2 |
| Amazon Claim Account | AMAZONCL | V0736860SC | | 8/7/2024 | 8/7/2024 | 0 | 0 | 0 | 0 | 0 | 289.06 |
| Amazon Claim Account | AMAZONCL | V0741860SC | | 8/12/2024 | 8/12/2024 | 0 | 0 | 0 | 0 | 0 | 27.78 |
| Amazon Claim Account | AMAZONCL | G0432936SC | | 8/23/2024 | 8/23/2024 | 0 | 0 | 0 | 0 | 0 | 59.09 |
| Amazon Claim Account | AMAZONCL | V0750021SC | | 8/26/2024 | 8/26/2024 | 0 | 0 | 0 | 0 | 0 | 269 |
| Amazon Claim Account | AMAZONCL | G0437279SC | | 9/3/2024 | 9/3/2024 | 0 | 0 | 0 | 0 | 0 | 338.25 |
| Amazon Claim Account | AMAZONCL | V0763327SC | | 9/3/2024 | 9/3/2024 | 0 | 0 | 0 | 0 | 0 | 322.03 |
| Amazon Claim Account | AMAZONCL | V0763827SC | | 9/3/2024 | 9/3/2024 | 0 | 0 | 0 | 0 | 0 | 94.84 |
| Amazon Claim Account | AMAZONCL | V0763831SC | | 9/3/2024 | 9/3/2024 | 0 | 0 | 0 | 0 | 0 | 43.92 |
| Amazon Claim Account | AMAZONCL | V0769219SC | | 9/9/2024 | 9/9/2024 | 0 | 0 | 0 | 0 | 0 | 253.37 |
| Amazon Claim Account | AMAZONCL | V0769233SC | | 9/10/2024 | 9/10/2024 | 0 | 0 | 0 | 0 | 0 | 301.94 |
| Amazon Claim Account | AMAZONCL | V0774561SC | | 9/12/2024 | 9/12/2024 | 0 | 0 | 0 | 0 | 0 | 547.66 |
| Amazon Claim Account | AMAZONCL | V0774514SC | | 9/16/2024 | 9/16/2024 | 0 | 0 | 0 | 0 | 0 | 148.29 |
| Amazon Claim Account | AMAZONCL | V0774852SC | | 9/16/2024 | 9/16/2024 | 0 | 0 | 0 | 0 | 0 | 140.24 |
| Amazon Claim Account | AMAZONCL | V0780109SC | | 9/24/2024 | 9/24/2024 | 0 | 0 | 0 | 0 | 0 | 30.09 |
| Amazon Claim Account | AMAZONCL | G0443183SC | | 9/26/2024 | 9/26/2024 | 0 | 0 | 0 | 0 | 0 | 64.68 |
| Amazon Claim Account | AMAZONCL | V0783101SC | | 9/26/2024 | 9/26/2024 | 0 | 0 | 0 | 0 | 0 | 78.62 |
| Amazon Claim Account | AMAZONCL | V0785173SC | | 9/27/2024 | 9/27/2024 | 0 | 0 | 0 | 0 | 0 | 74.15 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Claim Account | AMAZONCL | V0785180SC | 10/1/2024 | 10/1/2024 | 0 | | 0 | 0 | 0 | 0 | 36.28 |
| Amazon Claim Account | AMAZONCL | V0786052SC | 10/2/2024 | 10/2/2024 | 0 | | 0 | 0 | 0 | 0 | 1793.97 |
| Amazon Claim Account | AMAZONCL | G0424331SC | 10/7/2024 | 10/7/2024 | 0 | | 0 | 0 | 0 | 0 | 143.96 |
| Amazon Claim Account | AMAZONCL | G0444833SC | 10/7/2024 | 10/7/2024 | 0 | | 0 | 0 | 0 | 0 | 157.05 |
| Amazon Claim Account | AMAZONCL | G0444839SC | 10/7/2024 | 10/7/2024 | 0 | | 0 | 0 | 0 | 0 | 143.19 |
| Amazon Claim Account | AMAZONCL | G0444841SC | 10/7/2024 | 10/7/2024 | 0 | | 0 | 0 | 0 | 0 | 157.05 |
| Amazon Claim Account | AMAZONCL | C2263097SC | 10/8/2024 | 10/8/2024 | 0 | | 0 | 0 | 0 | 0 | 92.9 |
| Amazon Claim Account | AMAZONCL | V0790991SC | 10/8/2024 | 10/8/2024 | 0 | | 0 | 0 | 0 | 0 | 330.44 |
| Amazon Claim Account | AMAZONCL | V0790993SC | 10/8/2024 | 10/8/2024 | 0 | | 0 | 0 | 0 | 0 | 231.4 |
| Amazon Claim Account | AMAZONCL | V0790994SC | 10/8/2024 | 10/8/2024 | 0 | | 0 | 0 | 0 | 0 | 456.65 |
| Amazon Claim Account | AMAZONCL | V0791010SC | 10/8/2024 | 10/8/2024 | 0 | | 0 | 0 | 0 | 0 | 286.45 |
| Amazon Claim Account | AMAZONCL | V0792555SC | 10/8/2024 | 10/8/2024 | 0 | | 0 | 0 | 0 | 0 | 507.64 |
| Amazon Claim Account | AMAZONCL | V0792561SC | 10/8/2024 | 10/8/2024 | 0 | | 0 | 0 | 0 | 0 | 733.97 |
| Amazon Claim Account | AMAZONCL | V0794760SC | 10/10/2024 | 10/10/2024 | 0 | | 0 | 0 | 0 | 0 | 260.04 |
| Amazon Claim Account | AMAZONCL | V0795056SC | 10/10/2024 | 10/10/2024 | 0 | | 0 | 0 | 0 | 0 | 210.69 |
| Amazon Claim Account | AMAZONCL | V0795058SC | 10/10/2024 | 10/10/2024 | 0 | | 0 | 0 | 0 | 0 | 465.81 |
| Amazon Claim Account | AMAZONCL | V0795059SC | 10/10/2024 | 10/10/2024 | 0 | | 0 | 0 | 0 | 0 | 1019.2 |
| Amazon Claim Account | AMAZONCL | G0430625SC | 10/11/2024 | 10/11/2024 | 0 | | 0 | 0 | 0 | 0 | 118.42 |
| Amazon Claim Account | AMAZONCL | G0447670SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 292.13 |
| Amazon Claim Account | AMAZONCL | G0447676SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 466.13 |
| Amazon Claim Account | AMAZONCL | V0790999SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 424.25 |
| Amazon Claim Account | AMAZONCL | V0794833SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 506.5 |
| Amazon Claim Account | AMAZONCL | V0794838SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 133.13 |
| Amazon Claim Account | AMAZONCL | V0797345SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 278.11 |
| Amazon Claim Account | AMAZONCL | V0799417SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 135.06 |
| Amazon Claim Account | AMAZONCL | V0799570SC | 10/15/2024 | 10/15/2024 | 0 | | 0 | 0 | 0 | 0 | 127.77 |
| Amazon Claim Account | AMAZONCL | V0795046SC | 10/16/2024 | 10/16/2024 | 0 | | 0 | 0 | 0 | 0 | 519.39 |
| Amazon Claim Account | AMAZONCL | V0799374SC | 10/18/2024 | 10/18/2024 | 0 | | 0 | 0 | 0 | 0 | 102.3 |
| Amazon Claim Account | AMAZONCL | V0799381SC | 10/18/2024 | 10/18/2024 | 0 | | 0 | 0 | 0 | 0 | 120.64 |
| Amazon Claim Account | AMAZONCL | V0799393SC | 10/18/2024 | 10/18/2024 | 0 | | 0 | 0 | 0 | 0 | 142.46 |
| Amazon Claim Account | AMAZONCL | V0799397SC | 10/18/2024 | 10/18/2024 | 0 | | 0 | 0 | 0 | 0 | 102.3 |
| Amazon Claim Account | AMAZONCL | V0794812SC | 10/21/2024 | 10/21/2024 | 0 | | 0 | 0 | 0 | 0 | 916.13 |
| Amazon Claim Account | AMAZONCL | C2267536SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 104.29 |
| Amazon Claim Account | AMAZONCL | C2267543SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 161.04 |
| Amazon Claim Account | AMAZONCL | C2267585SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 538.64 |
| Amazon Claim Account | AMAZONCL | V0794850SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 126.68 |
| Amazon Claim Account | AMAZONCL | V0799402SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 1196.88 |
| Amazon Claim Account | AMAZONCL | V0799404SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 669.57 |
| Amazon Claim Account | AMAZONCL | V0799412SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 115.7 |
| Amazon Claim Account | AMAZONCL | V0799435SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 108.57 |
| Amazon Claim Account | AMAZONCL | V0799556SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 3981.67 |
| Amazon Claim Account | AMAZONCL | V0799563SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 801.33 |
| Amazon Claim Account | AMAZONCL | V0803588SC | 10/22/2024 | 10/22/2024 | 0 | | 0 | 0 | 0 | 0 | 127.77 |
| Amazon Claim Account | AMAZONCL | G0449399SC | 10/25/2024 | 10/25/2024 | 0 | | 0 | 0 | 0 | 0 | 176.58 |
| Amazon Claim Account | AMAZONCL | V0803810SC | 10/25/2024 | 10/25/2024 | 0 | | 0 | 0 | 0 | 0 | 335.08 |
| Amazon Claim Account | AMAZONCL | V0803811SC | 10/25/2024 | 10/25/2024 | 0 | | 0 | 0 | 0 | 0 | 1613.54 |
| Amazon Claim Account | AMAZONCL | V0803812SC | 10/25/2024 | 10/25/2024 | 0 | | 0 | 0 | 0 | 0 | 2139.29 |
| Amazon Claim Account | AMAZONCL | C2269497SC | 10/28/2024 | 10/28/2024 | 0 | | 0 | 0 | 0 | 0 | 111.79 |
| Amazon Claim Account | AMAZONCL | C2269501SC | 10/28/2024 | 10/28/2024 | 0 | | 0 | 0 | 0 | 0 | 179.73 |
| Amazon Claim Account | AMAZONCL | C2269617SC | 10/28/2024 | 10/28/2024 | 0 | | 0 | 0 | 0 | 0 | 196.22 |
| Amazon Claim Account | AMAZONCL | V0799401SC | 10/28/2024 | 10/28/2024 | 0 | | 0 | 0 | 0 | 0 | 105.95 |
| Amazon Claim Account | AMAZONCL | V0799414SC | 10/28/2024 | 10/28/2024 | 0 | | 0 | 0 | 0 | 0 | 668.65 |
| Amazon Claim Account | AMAZONCL | V0799420SC | 10/28/2024 | 10/28/2024 | 0 | | 0 | 0 | 0 | 0 | 246.15 |
| Amazon Claim Account | AMAZONCL | V0803565SC | 10/28/2024 | 10/28/2024 | 0 | | 0 | 0 | 0 | 0 | 258.97 |
| Amazon Claim Account | AMAZONCL | V0807741SC | 11/1/2024 | 11/1/2024 | 0 | | 0 | 0 | 0 | 0 | 115.7 |
| Amazon Claim Account | AMAZONCL | V0807745SC | 11/1/2024 | 11/1/2024 | 0 | | 0 | 0 | 0 | 0 | 115.7 |
| Amazon Claim Account | AMAZONCL | V0807865SC | 11/1/2024 | 11/1/2024 | 0 | | 0 | 0 | 0 | 0 | 1322.68 |
| Amazon Claim Account | AMAZONCL | V0807751SC | 11/4/2024 | 11/4/2024 | 0 | | 0 | 0 | 0 | 0 | 109.37 |
| Amazon Claim Account | AMAZONCL | V0807774SC | 11/4/2024 | 11/4/2024 | 0 | | 0 | 0 | 0 | 0 | 111.25 |
| Amazon Claim Account | AMAZONCL | V0807781SC | 11/4/2024 | 11/4/2024 | 0 | | 0 | 0 | 0 | 0 | 148.72 |
| Amazon Claim Account | AMAZONCL | C2271620SC | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | 523.33 |
| Amazon Claim Account | AMAZONCL | V0814346SC | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | 290.59 |
| Amazon Claim Account | AMAZONCL | C2261241SC | 11/8/2024 | 11/8/2024 | 0 | | 0 | 0 | 0 | 0 | 910.82 |
| Amazon Claim Account | AMAZONCL | G0453649SC | 11/8/2024 | 11/8/2024 | 0 | | 0 | 0 | 0 | 0 | 666.48 |
| Amazon Claim Account | AMAZONCL | V0799389SC | 11/8/2024 | 11/8/2024 | 0 | | 0 | 0 | 0 | 0 | 189.77 |
| Amazon Claim Account | AMAZONCL | V0799559SC | 11/8/2024 | 11/8/2024 | 0 | | 0 | 0 | 0 | 0 | 345.07 |
| Amazon Claim Account | AMAZONCL | V0814533SC | 11/8/2024 | 11/8/2024 | 0 | | 0 | 0 | 0 | 0 | 155.81 |
| Amazon Claim Account | AMAZONCL | V0814536SC | 11/8/2024 | 11/8/2024 | 0 | | 0 | 0 | 0 | 0 | 833.68 |
| Amazon Claim Account | AMAZONCL | G0455171SC | 11/19/2024 | 11/19/2024 | 0 | | 0 | 0 | 0 | 0 | 693.2 |
| Amazon Claim Account | AMAZONCL | V0814314SC | 11/19/2024 | 11/19/2024 | 0 | | 0 | 0 | 0 | 0 | 250.27 |
| Amazon Claim Account | AMAZONCL | V0818871SC | 11/19/2024 | 11/19/2024 | 0 | | 0 | 0 | 0 | 0 | 896.61 |
| Amazon Claim Account | AMAZONCL | V0824043SC | 11/21/2024 | 11/21/2024 | 0 | | 0 | 0 | 0 | 0 | 114.15 |
| Amazon Claim Account | AMAZONCL | V0824049SC | 11/21/2024 | 11/21/2024 | 0 | | 0 | 0 | 0 | 0 | 157.7 |
| Amazon Claim Account | AMAZONCL | V0824085SC | 11/22/2024 | 11/22/2024 | 0 | | 0 | 0 | 0 | 0 | 34.69 |
| Amazon Claim Account | AMAZONCL | V0818679SC | 11/26/2024 | 11/26/2024 | 0 | | 0 | 0 | 0 | 0 | 131.71 |
| Amazon Claim Account | AMAZONCL | V0824100SC | 11/26/2024 | 11/26/2024 | 0 | | 0 | 0 | 0 | 0 | 194.03 |
| Amazon Claim Account | AMAZONCL | V0827675SC | 11/27/2024 | 11/27/2024 | 0 | | 0 | 0 | 0 | 0 | 263.42 |
| Amazon Claim Account | AMAZONCL | V0827772SC | 11/27/2024 | 11/27/2024 | 0 | | 0 | 0 | 0 | 0 | 175.62 |
| Amazon Claim Account | AMAZONCL | V0827824SC | 12/2/2024 | 12/2/2024 | 0 | | 0 | 0 | 0 | 0 | 615.94 |
| Amazon Claim Account | AMAZONCL | V0828010SC | 12/2/2024 | 12/2/2024 | 0 | | 0 | 0 | 0 | 0 | 230.33 |
| Amazon Claim Account | AMAZONCL | V0828018SC | 12/2/2024 | 12/2/2024 | 0 | | 0 | 0 | 0 | 0 | 284.05 |
| Amazon Claim Account | AMAZONCL | V0828021SC | 12/2/2024 | 12/2/2024 | 0 | | 0 | 0 | 0 | 0 | 517.06 |
| Amazon Claim Account | AMAZONCL | V0828028SC | 12/2/2024 | 12/2/2024 | 0 | | 0 | 0 | 0 | 0 | 580.02 |
| Amazon Claim Account | AMAZONCL | V0826031SC | 12/2/2024 | 12/2/2024 | 0 | | 0 | 0 | 0 | 0 | 601.28 |
| Amazon Claim Account | AMAZONCL | G0449408SC | 12/3/2024 | 12/3/2024 | 0 | | 0 | 0 | 0 | 0 | 264.72 |
| Amazon Claim Account | AMAZONCL | G0461217SC | 12/3/2024 | 12/3/2024 | 0 | | 0 | 0 | 0 | 0 | 118.78 |
| Amazon Claim Account | AMAZONCL | V0805931SC | 12/3/2024 | 12/3/2024 | 0 | | 0 | 0 | 0 | 0 | 286.16 |
| Amazon Claim Account | AMAZONCL | V0825444SC | 12/3/2024 | 12/3/2024 | 0 | | 0 | 0 | 0 | 0 | 102.93 |
| Amazon Claim Account | AMAZONCL | V0828015SC | 12/3/2024 | 12/3/2024 | 0 | | 0 | 0 | 0 | 0 | 287.06 |
| Amazon Claim Account | AMAZONCL | V0829519SC | 12/3/2024 | 12/3/2024 | 0 | | 0 | 0 | 0 | 0 | 106.02 |
| Amazon Claim Account | AMAZONCL | V0829523SC | 12/3/2024 | 12/3/2024 | 0 | | 0 | 0 | 0 | 0 | 562.72 |
| Amazon Claim Account | AMAZONCL | V0831764SC | 12/5/2024 | 12/5/2024 | 0 | | 0 | 0 | 0 | 0 | 296.54 |
| Amazon Claim Account | AMAZONCL | V0831763SC | 12/16/2024 | 12/16/2024 | 0 | | 0 | 0 | 0 | 0 | 114.15 |
| Amazon Claim Account | AMAZONCL | V0835473SC | 12/17/2024 | 12/17/2024 | 0 | | 0 | 0 | 0 | 0 | 151.92 |

| Account | Code | Reference | Date 1 | Date 2 | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Claim Account | AMAZONCL | V0835478SC | 12/17/2024 | 12/17/2024 | 0 | 0 | 0 | 0 | 0 | 122.27 |
| Amazon Claim Account | AMAZONCL | V0838206SC | 12/19/2024 | 12/19/2024 | 0 | 0 | 0 | 0 | 0 | 210.08 |
| Amazon Claim Account | AMAZONCL | V0838428SC | 12/20/2024 | 12/20/2024 | 0 | 0 | 0 | 0 | 0 | 116.38 |
| Amazon Claim Account | AMAZONCL | V0838435SC | 12/20/2024 | 12/20/2024 | 0 | 0 | 0 | 0 | 0 | 187.08 |
| Amazon Claim Account | AMAZONCL | C2271597SC | 12/23/2024 | 12/23/2024 | 0 | 0 | 0 | 0 | 0 | 146.37 |
| Amazon Claim Account | AMAZONCL | V0803813SC | 12/23/2024 | 12/23/2024 | 0 | 0 | 0 | 0 | 0 | 111.07 |
| Amazon Claim Account | AMAZONCL | V0818714SC | 12/23/2024 | 12/23/2024 | 0 | 0 | 0 | 0 | 0 | 255.43 |
| Amazon Claim Account | AMAZONCL | V0818720SC | 12/23/2024 | 12/23/2024 | 0 | 0 | 0 | 0 | 0 | 145.77 |
| Amazon Claim Account | AMAZONCL | V0838183SC | 12/23/2024 | 12/23/2024 | 0 | 0 | 0 | 0 | 0 | 211.15 |
| Amazon Claim Account | AMAZONCL | V0838207SC | 12/23/2024 | 12/23/2024 | 0 | 0 | 0 | 0 | 0 | 176.28 |
| Amazon Claim Account | AMAZONCL | V0842067SC | 12/27/2024 | 12/27/2024 | 0 | 0 | 0 | 0 | 0 | 205.48 |
| Amazon Claim Account | AMAZONCL | V0843446SC | 12/27/2024 | 12/27/2024 | 0 | 0 | 0 | 0 | 0 | 296.92 |
| Amazon Claim Account | AMAZONCL | C2275186SC | 12/31/2024 | 12/31/2024 | 0 | 0 | 0 | 0 | 0 | 345.54 |
| Amazon Claim Account | AMAZONCL | V0814351SC | 12/31/2024 | 12/31/2024 | 0 | 0 | 0 | 0 | 0 | 117.34 |
| Amazon Claim Account | AMAZONCL | V0835470SC | 1/2/2025 | 1/2/2025 | 0 | 0 | 0 | 0 | 0 | 83.01 |
| Amazon Claim Account | AMAZONCL | V0837117SC | 1/2/2025 | 1/2/2025 | 0 | 0 | 0 | 0 | 0 | 55.76 |
| Amazon Claim Account | AMAZONCL | G0461204SC | 1/3/2025 | 1/3/2025 | 0 | 0 | 0 | 0 | 0 | 26.26 |
| Amazon Claim Account | AMAZONCL | C2284291SC | 1/6/2025 | 1/6/2025 | 0 | 0 | 0 | 0 | 0 | 55.73 |
| Amazon Claim Account | AMAZONCL | V0846179SC | 1/6/2025 | 1/6/2025 | 0 | 0 | 0 | 0 | 0 | 317.58 |
| Amazon Claim Account | AMAZONCL | V0846180SC | 1/6/2025 | 1/6/2025 | 0 | 0 | 0 | 0 | 0 | 38.49 |
| Amazon Claim Account | AMAZONCL | V0846207SC | 1/6/2025 | 1/6/2025 | 0 | 0 | 0 | 0 | 0 | 58 |
| Amazon Claim Account | AMAZONCL | G0473220SC | 1/9/2025 | 1/9/2025 | 0 | 0 | 0 | 0 | 0 | 238.77 |
| Amazon Claim Account | AMAZONCL | V0842180SC | 1/9/2025 | 1/9/2025 | 0 | 0 | 0 | 0 | 0 | 106.02 |
| Amazon Claim Account | AMAZONCL | C2289297SC | 1/14/2025 | 1/14/2025 | 0 | 0 | 0 | 0 | 0 | 401.77 |
| Amazon Claim Account | AMAZONCL | V0843443SC | 1/14/2025 | 1/14/2025 | 0 | 0 | 0 | 0 | 0 | 83.98 |
| Amazon Claim Account | AMAZONCL | V0848007SC | 1/14/2025 | 1/14/2025 | 0 | 0 | 0 | 0 | 0 | 219.52 |
| Amazon Claim Account | AMAZONCL | V0848021SC | 1/14/2025 | 1/14/2025 | 0 | 0 | 0 | 0 | 0 | 209.65 |
| Amazon Claim Account | AMAZONCL | V0847980SC | 1/16/2025 | 1/16/2025 | 0 | 0 | 0 | 0 | 0 | 28.58 |
| Amazon Claim Account | AMAZONCL | V0847986SC | 1/16/2025 | 1/16/2025 | 0 | 0 | 0 | 0 | 0 | 83.44 |
| Amazon Claim Account | AMAZONCL | V0848014SC | 1/16/2025 | 1/16/2025 | 0 | 0 | 0 | 0 | 0 | 271.89 |
| Amazon Claim Account | AMAZONCL | V0848009SC | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | 100.47 |
| Amazon Claim Account | AMAZONCL | C2291027SC | 1/22/2025 | 1/22/2025 | 0 | 0 | 0 | 0 | 0 | 100.9 |
| Amazon Claim Account | AMAZONCL | C2291054SC | 1/22/2025 | 1/22/2025 | 0 | 0 | 0 | 0 | 0 | 100.9 |
| Amazon Claim Account | AMAZONCL | V0850824SC | 1/22/2025 | 1/22/2025 | 0 | 0 | 0 | 0 | 0 | 428.08 |
| Amazon Claim Account | AMAZONCL | V0853705SC | 1/24/2025 | 1/24/2025 | 0 | 0 | 0 | 0 | 0 | 86.53 |
| Amazon Claim Account | AMAZONCL | C2292173SC | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 129.28 |
| Amazon Claim Account | AMAZONCL | V0853810SC | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 58.64 |
| Amazon Claim Account | AMAZONCL | V0853814SC | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 184.11 |
| Amazon Claim Account | AMAZONCL | C2292154SC | 1/30/2025 | 1/30/2025 | 0 | 0 | 0 | 0 | 0 | 55.9 |
| Amazon Claim Account | AMAZONCL | JAN25RTRNS | 1/30/2025 | 1/30/2025 | 0 | 0 | 0 | 0 | 0 | 279.98 |
| Amazon Claim Account | AMAZONCL | V0856631SC | 1/30/2025 | 1/30/2025 | 0 | 0 | 0 | 0 | 0 | 52.32 |
| Amazon Claim Account | AMAZONCL | V0856635SC | 1/30/2025 | 1/30/2025 | 0 | 0 | 0 | 0 | 0 | 48.12 |
| Amazon Claim Account | AMAZONCL | V0856648SC | 1/30/2025 | 1/30/2025 | 0 | 0 | 0 | 0 | 0 | 318.94 |
| Amazon Claim Account | AMAZONCL | V0856714SC | 1/30/2025 | 1/30/2025 | 0 | 0 | 0 | 0 | 0 | 30.65 |
| Amazon Claim Account | AMAZONCL | V0856811SC | 1/31/2025 | 1/31/2025 | 0 | 0 | 0 | 0 | 0 | 153.56 |
| Amazon Claim Account | AMAZONCL | C2292167SC | 2/4/2025 | 2/4/2025 | 0 | 0 | 0 | 0 | 0 | 55.9 |
| Amazon Claim Account | AMAZONCL | V0856641SC | 2/4/2025 | 2/4/2025 | 0 | 0 | 0 | 0 | 0 | 90.82 |
| Amazon Claim Account | AMAZONCL | V0856660SC | 2/4/2025 | 2/4/2025 | 0 | 0 | 0 | 0 | 0 | 89.22 |
| Amazon Claim Account | AMAZONCL | V0856721SC | 2/4/2025 | 2/4/2025 | 0 | 0 | 0 | 0 | 0 | 123.49 |
| Amazon Claim Account | AMAZONCL | FEB25RTRNS | 2/10/2025 | 2/10/2025 | 0 | 0 | 0 | 0 | 0 | 559.96 |
| Amazon Claim Account | AMAZONCL | V0853809SC | 2/18/2025 | 2/18/2025 | 0 | 0 | 0 | 0 | 0 | 110.84 |
| Amazon Claim Account | AMAZONCL | C2292147SC | 2/21/2025 | 2/21/2025 | 0 | 0 | 0 | 0 | 0 | 55.9 |
| Amazon Claim Account | AMAZONCL | V0853812SC | 2/24/2025 | 2/24/2025 | 0 | 0 | 0 | 0 | 0 | 355.29 |
| Amazon Claim Account | AMAZONCL | V0792563SC | 2/26/2025 | 2/26/2025 | 0 | 0 | 0 | 0 | 0 | 41.89 |
| Amazon Claim Account | AMAZONCL | V0879167SC | 3/20/2025 | 3/20/2025 | 0 | 0 | 0 | 0 | 0 | 59.58 |
| Amazon Claim Account | AMAZONCL | V0887070SC | 3/28/2025 | 3/28/2025 | 0 | 0 | 0 | 0 | 0 | 27.32 |
| Amazon Claim Account | AMAZONCL | V0887098PC | 4/1/2025 | 4/1/2025 | 0 | 0 | 0 | 0 | 0 | 181.05 |
| Amazon Claim Account | AMAZONCL | V0892899SC | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | 129.52 |
| Amazon Claim Account | AMAZONCL | V0892910SC | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | 151.26 |
| Amazon Claim Account | AMAZONCL | V0896743SC | 4/14/2025 | 4/14/2025 | 0 | 0 | 0 | 0 | 0 | 151.26 |
| Amazon Claim Account | AMAZONCL | V0901587SC | 4/18/2025 | 4/18/2025 | 0 | 0 | 0 | 0 | 0 | 127.83 |
| Amazon Claim Account | AMAZONCL | V0901588SC | 4/22/2025 | 4/22/2025 | 0 | 0 | 0 | 0 | 0 | 191.6 |
| Amazon Claim Account | AMAZONCL | G0439251DSC | 4/25/2025 | 4/25/2025 | 0 | 0 | 0 | 0 | 0 | 605.37 |
| Amazon Claim Account | AMAZONCL | G0469951DSC | 4/25/2025 | 4/25/2025 | 0 | 0 | 0 | 0 | 0 | 191.97 |
| Amazon Claim Account | AMAZONCL | V0853066DSC | 4/25/2025 | 4/25/2025 | 0 | 0 | 0 | 0 | 0 | 80.09 |
| Amazon Claim Account | AMAZONCL | V0901590SC | 5/19/2025 | 5/19/2025 | 0 | 0 | 0 | 0 | 0 | 31.93 |
| Amazon Claim Account | AMAZONCL | V0906733SC | 5/19/2025 | 5/19/2025 | 0 | 0 | 0 | 0 | 0 | 53.21 |
| Amazon Claim Account | AMAZONCL | V0906734SC | 5/19/2025 | 5/19/2025 | 0 | 0 | 0 | 0 | 0 | 737.95 |
| Amazon Claim Account | AMAZONCL | V0912096SC | 5/19/2025 | 5/19/2025 | 0 | 0 | 0 | 0 | 0 | 35.77 |
| Amazon Claim Account | AMAZONCL | V0912105SC | 5/19/2025 | 5/19/2025 | 0 | 0 | 0 | 0 | 0 | 209.8 |
| Amazon Claim Account | AMAZONCL | V0912172SC | 5/19/2025 | 5/19/2025 | 0 | 0 | 0 | 0 | 0 | 28.52 |
| Amazon Claim Account | AMAZONCL | V0916524SC | 5/19/2025 | 5/19/2025 | 0 | 0 | 0 | 0 | 0 | 68.18 |
| Amazon Claim Account | AMAZONCL | V0921419SC | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 73.21 |
| Amazon Claim Account | AMAZONCL | V0921422SC | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 80.55 |
| Amazon Claim Account | AMAZONCL | V0921428SC | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 36.93 |
| Amazon Claim Account | AMAZONCL | V0926457SC | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 136.38 |
| Amazon Claim Account | AMAZONCL | V0912175SC | 6/3/2025 | 6/3/2025 | 0 | 0 | 0 | 0 | 0 | 161.7 |
| Amazon Claim Account | AMAZONCL | V0941208SC | 6/10/2025 | 6/10/2025 | 0 | 0 | 0 | 0 | 0 | 74.15 |
| Amazon Claim Account | AMAZONCL | V0831546SC | 6/17/2025 | 6/17/2025 | 0 | 0 | 0 | 0 | 0 | 49.3 |
| Amazon Claim Account | AMAZONCL | V0946140SC | 6/17/2025 | 6/17/2025 | 0 | 0 | 0 | 0 | 0 | 208.92 |
| Amazon Claim Account | AMAZONCL | V0946200SC | 7/7/2025 | 7/7/2025 | 0 | 0 | 0 | 0 | 0 | 73.82 |
| Amazon Claim Account | AMAZONCL | V0952300SC | 7/7/2025 | 7/7/2025 | 0 | 0 | 0 | 0 | 0 | 178.75 |
| Amazon Claim Account | AMAZONCL | V0967311SC | 7/22/2025 | 7/22/2025 | 0 | 0 | 0 | 0 | 0 | 166.26 |
| Amazon Claim Account | AMAZONCL | V0967433SC | 7/22/2025 | 7/22/2025 | 0 | 0 | 0 | 0 | 0 | 107.45 |
| Amazon Claim Account | AMAZONCL | V0972254SC | 8/7/2025 | 8/7/2025 | 0 | 0 | 0 | 0 | 0 | 57.37 |
| Amazon Claim Account | AMAZONCL | V0972223SC | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 40.13 |
| Amazon Claim Account | AMAZONCL | V0972262SC | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 31.26 |
| Amazon Claim Account | AMAZONCL | V0981024SC | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 140.01 |
| Amazon Claim Account | AMAZONCL | V0981044SC | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 139.04 |
| Amazon Claim Account | AMAZONCL | V0984978SC | 8/14/2025 | 8/14/2025 | 0 | 0 | 0 | 0 | 0 | 49.43 |
| Amazon Claim Account | AMAZONCL | AUD23012571 | 9/29/2025 | 9/29/2025 | 0 | 0 | 0 | 0 | 0 | 15680.77 |
| Amazon Claim Account | AMAZONCL | 6267-1231552265 | 10/10/2025 | 10/10/2025 | 0 | 0 | 0 | 0 | -2077.52 | 0 |
| Amazon Claim Account | AMAZONCL | 6267-1239512135 | 10/10/2025 | 10/10/2025 | 0 | 0 | 0 | 0 | -5388.8 | 0 |
| Amazon Claim Account | AMAZONCL | AUD22020780 | 10/10/2025 | 10/10/2025 | 0 | 0 | 0 | 0 | 15198.66 | 0 |

| Name | Code | Invoice | Date | Due Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Claim Account | AMAZONCL | V1013609SC | 10/20/2025 | 10/20/2025 | 0 | 0 | 0 | 0 | -34.67 | |
| Amazon Claim Account | AMAZONCL | V0736859SC | 11/6/2025 | 11/6/2025 | 0 | 0 | 0 | 0 | | 206.61 |
| Amazon Claim Account | AMAZONCL | 6267-1254585280 | 11/10/2025 | 11/10/2025 | 0 | 0 | 0 | -381.36 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1254586205 | 11/10/2025 | 11/10/2025 | 0 | 0 | 0 | -343.21 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1256040370 | 11/10/2025 | 11/10/2025 | 0 | 0 | 0 | -1146.53 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1263470245 | 11/10/2025 | 11/10/2025 | 0 | 0 | 0 | -1.29 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1263488850 | 11/10/2025 | 11/10/2025 | 0 | 0 | 0 | -1.17 | 0 | |
| Amazon Claim Account | AMAZONCL | V0750021TSC | 11/10/2025 | 11/10/2025 | 0 | 0 | 0 | 79.3 | 0 | |
| Amazon Claim Account | AMAZONCL | V0191682SC | 11/10/2025 | 11/10/2025 | 0 | 0 | 0 | -825.41 | 0 | |
| Amazon Claim Account | AMAZONCL | V1022393SC | 11/11/2025 | 11/11/2025 | 0 | 0 | 0 | -38.55 | 0 | |
| Amazon Claim Account | AMAZONCL | V0785170SC | 11/13/2025 | 11/13/2025 | 0 | 0 | 0 | 35.4 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1262915065 | 11/17/2025 | 11/17/2025 | 0 | 0 | 0 | -6.46 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1262915120 | 11/17/2025 | 11/17/2025 | 0 | 0 | 0 | -7.19 | 0 | |
| Amazon Claim Account | AMAZONCL | V0792940SC | 11/17/2025 | 11/17/2025 | 0 | 0 | 0 | 115.37 | 0 | |
| Amazon Claim Account | AMAZONCL | G0450519SC | 11/19/2025 | 11/19/2025 | 0 | 0 | 0 | 28.16 | 0 | |
| Amazon Claim Account | AMAZONCL | V1003175SC | 11/19/2025 | 11/19/2025 | 0 | 0 | 0 | -208.73 | 0 | |
| Amazon Claim Account | AMAZONCL | V0827990SC | 11/20/2025 | 11/20/2025 | 0 | 0 | 0 | 215.44 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1241754320 | 11/24/2025 | 11/24/2025 | 0 | 0 | 0 | -144 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1260885800 | 11/24/2025 | 11/24/2025 | 0 | 0 | 0 | -22.4 | 0 | |
| Amazon Claim Account | AMAZONCL | V0835245SC | 11/24/2025 | 11/24/2025 | 0 | 0 | 0 | 59.4 | 0 | |
| Amazon Claim Account | AMAZONCL | V0846186SC | 11/24/2025 | 11/24/2025 | 0 | 0 | 0 | 25.77 | 0 | |
| Amazon Claim Account | AMAZONCL | V0850824TSC | 12/2/2025 | 12/2/2025 | 0 | 0 | 0 | 35.64 | 0 | |
| Amazon Claim Account | AMAZONCL | V0853813TSC | 12/2/2025 | 12/2/2025 | 0 | 0 | 0 | 13.9 | 0 | |
| Amazon Claim Account | AMAZONCL | V0901392TSC | 12/2/2025 | 12/2/2025 | 0 | 0 | 0 | 272.09 | 0 | |
| Amazon Claim Account | AMAZONCL | V1028516SC | 12/4/2025 | 12/4/2025 | 0 | 0 | 0 | -338.53 | 0 | |
| Amazon Claim Account | AMAZONCL | 6267-1278608045 | 12/9/2025 | 12/9/2025 | 0 | -35.43 | 0 | 0 | | |
| Amazon Claim Account | AMAZONCL | 6267-1278608080 | 12/9/2025 | 12/9/2025 | 0 | -39.34 | 0 | 0 | | |
| Amazon Claim Account | AMAZONCL | 6267-1280169715 | 12/9/2025 | 12/9/2025 | 0 | -118.03 | 0 | 0 | | |
| Amazon Claim Account | AMAZONCL | 6267-1285971430 | 12/9/2025 | 12/9/2025 | 0 | -1.9 | 0 | 0 | | |
| Amazon Claim Account | AMAZONCL | 6267-1285984195 | 12/9/2025 | 12/9/2025 | -1.71 | 0 | 0 | 0 | | |
| Atwoods Dist, Inc | ATWOODS | G0413107 | 5/22/2024 | 5/22/2024 | -132.4 | 0 | 0 | 0 | 0 | -132.4 |
| Atwoods Dist, Inc | ATWOODS | C2231144 | 5/30/2024 | 5/30/2024 | -809.4 | 0 | 0 | 0 | 0 | -809.4 |
| Atwoods Dist, Inc | ATWOODS | C2237263 | 6/14/2024 | 6/14/2024 | -1267.2 | 0 | 0 | 0 | 0 | -1267.2 |
| Atwoods Dist, Inc | ATWOODS | G0774265 | 8/8/2024 | 8/8/2024 | -82.47 | 0 | 0 | 0 | 0 | -82.47 |
| Atwoods Dist, Inc | ATWOODS | G0451065 | 9/27/2024 | 9/27/2024 | -113.12 | 0 | 0 | 0 | 0 | -113.12 |
| Atwoods Claims Account | ATWOODSCL | V0682840CM | 6/19/2024 | 6/19/2024 | 0 | 0 | 0 | 0 | 0 | -163.17 |
| Atwoods Claims Account | ATWOODSCL | V0699559DM | 8/5/2024 | 8/5/2024 | 0 | 0 | 0 | 0 | 0 | -26.51 |
| Atwoods Claims Account | ATWOODSCL | C1782546 | 9/24/2025 | 9/24/2025 | 0 | 0 | 0 | 0 | 0 | -47.55 |
| Atwoods Claims Account | ATWOODSCL | C2240706 | 9/24/2025 | 9/24/2025 | 0 | 0 | 0 | 0 | 0 | -163.29 |
| Aubuchon Hardware | AUBUCHON | CK19902 | 10/24/2025 | 10/24/2025 | 0 | 0 | 0 | 0 | -274.8 | 0 |
| Aubuchon Claims Account | AUBUCHONCL | CK11489 | 10/30/2024 | 10/30/2024 | 0 | 0 | 0 | 0 | 0 | -975.16 |
| Bass Pro Shops | BASSPRO | V1015036 | 9/8/2025 | 11/8/2025 | 23050.01 | 0 | 0 | 23050.01 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1016188 | 9/8/2025 | 11/8/2025 | 8198.32 | 0 | 0 | 8198.32 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1019424 | 9/12/2025 | 11/12/2025 | 219.88 | 0 | 0 | 219.88 | 0 | 0 |
| Bass Pro Shops | BASSPRO | G0540765 | 9/18/2025 | 11/18/2025 | 307.44 | 0 | 0 | 307.44 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1025980 | 10/7/2025 | 12/7/2025 | 205.19 | 0 | 0 | 205.19 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1025994 | 10/7/2025 | 12/7/2025 | 69.36 | 0 | 0 | 69.36 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1025962 | 10/8/2025 | 12/8/2025 | 6252.44 | 0 | 0 | 6252.44 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1026580 | 10/13/2025 | 12/13/2025 | 51.48 | 0 | 0 | 51.48 | 0 | 0 |
| Bass Pro Shops | BASSPRO | G0543727 | 10/16/2025 | 12/16/2025 | 94.6 | 0 | 0 | 94.6 | 0 | 0 |
| Bass Pro Shops | BASSPRO | G0543733 | 10/16/2025 | 12/16/2025 | 784.44 | 0 | 0 | 784.44 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028389 | 10/16/2025 | 12/16/2025 | 2528.62 | 0 | 0 | 2528.62 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028390 | 10/16/2025 | 12/16/2025 | 2848.45 | 0 | 0 | 2848.45 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028391 | 10/16/2025 | 12/16/2025 | 3346.38 | 0 | 0 | 3346.38 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028392 | 10/16/2025 | 12/16/2025 | 608.76 | 0 | 0 | 608.76 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028393 | 10/16/2025 | 12/16/2025 | 58.44 | 0 | 0 | 58.44 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028394 | 10/16/2025 | 12/16/2025 | 391.98 | 0 | 0 | 391.98 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028395 | 10/16/2025 | 12/16/2025 | 131.04 | 0 | 0 | 131.04 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028396 | 10/16/2025 | 12/16/2025 | 71.64 | 0 | 0 | 71.64 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028398 | 10/16/2025 | 12/16/2025 | 65.64 | 0 | 0 | 65.64 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028399 | 10/16/2025 | 12/16/2025 | 462.42 | 0 | 0 | 462.42 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028400 | 10/16/2025 | 12/16/2025 | 75.84 | 0 | 0 | 75.84 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028401 | 10/16/2025 | 12/16/2025 | 392.58 | 0 | 0 | 392.58 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028402 | 10/16/2025 | 12/16/2025 | 51.36 | 0 | 0 | 51.36 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028403 | 10/16/2025 | 12/16/2025 | 63.48 | 0 | 0 | 63.48 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028404 | 10/16/2025 | 12/16/2025 | 75.3 | 0 | 0 | 75.3 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028405 | 10/16/2025 | 12/16/2025 | 60.24 | 0 | 0 | 60.24 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028406 | 10/16/2025 | 12/16/2025 | 51.96 | 0 | 0 | 51.96 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028407 | 10/16/2025 | 12/16/2025 | 440.94 | 0 | 0 | 440.94 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028408 | 10/16/2025 | 12/16/2025 | 430.2 | 0 | 0 | 430.2 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028409 | 10/16/2025 | 12/16/2025 | 424.62 | 0 | 0 | 424.62 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028410 | 10/16/2025 | 12/16/2025 | 452.22 | 0 | 0 | 452.22 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028413 | 10/16/2025 | 12/16/2025 | 164.77 | 0 | 0 | 164.77 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028414 | 10/16/2025 | 12/16/2025 | 468.3 | 0 | 0 | 468.3 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028415 | 10/16/2025 | 12/16/2025 | 52.32 | 0 | 0 | 52.32 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028416 | 10/16/2025 | 12/16/2025 | 77.52 | 0 | 0 | 77.52 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1028416 | 10/16/2025 | 12/16/2025 | 493.02 | 0 | 0 | 493.02 | 0 | 0 |
| Bass Pro Shops | BASSPRO | G0544316 | 10/23/2025 | 12/23/2025 | 86.4 | 86.4 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029208 | 10/23/2025 | 12/23/2025 | 269.29 | 269.29 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029211 | 10/23/2025 | 12/23/2025 | 54.48 | 54.48 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029212 | 10/23/2025 | 12/23/2025 | 61.08 | 61.08 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | G0544570 | 10/29/2025 | 12/29/2025 | 179.04 | 179.04 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029533 | 10/30/2025 | 12/30/2025 | 6838.34 | 6838.34 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029534 | 10/30/2025 | 12/30/2025 | 1908.24 | 1908.24 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029535 | 10/30/2025 | 12/30/2025 | 458.06 | 458.06 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029536 | 10/30/2025 | 12/30/2025 | 2246.61 | 2246.61 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029537 | 10/30/2025 | 12/30/2025 | 229.68 | 229.68 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029538 | 10/30/2025 | 12/30/2025 | 58.1 | 58.1 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029539 | 10/30/2025 | 12/30/2025 | 106.22 | 106.22 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029545 | 10/31/2025 | 12/31/2025 | 13114.79 | 13114.79 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | G0544727 | 11/4/2025 | 1/4/2026 | 94.6 | 94.6 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | G0544840 | 11/6/2025 | 1/6/2026 | 47.3 | 47.3 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029845 | 11/6/2025 | 1/6/2026 | 82.8 | 82.8 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029850 | 11/6/2025 | 1/6/2026 | 102.46 | 102.46 | 0 | 0 | 0 | 0 |

| Name | Vendor | Doc | Ref | Date1 | Date2 | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bass Pro Shops | BASSPRO | V1029858 | | 11/6/2025 | 1/6/2026 | 37.44 | 37.44 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029859 | | 11/6/2025 | 1/6/2026 | 33 | 33 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029860 | | 11/6/2025 | 1/6/2026 | 30.72 | 30.72 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029861 | | 11/6/2025 | 1/6/2026 | 39.12 | 39.12 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029862 | | 11/6/2025 | 1/6/2026 | 41.76 | 41.76 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029863 | | 11/6/2025 | 1/6/2026 | 37.57 | 37.57 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1029864 | | 11/6/2025 | 1/6/2026 | 45.36 | 45.36 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030125 | | 11/13/2025 | 1/13/2026 | 102.48 | 102.48 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030126 | | 11/13/2025 | 1/13/2026 | 33 | 33 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030127 | | 11/13/2025 | 1/13/2026 | 16.5 | 16.5 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030133 | | 11/13/2025 | 1/13/2026 | 765.12 | 765.12 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030134 | | 11/13/2025 | 1/13/2026 | 696.98 | 696.98 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030135 | | 11/13/2025 | 1/13/2026 | 51.42 | 51.42 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030136 | | 11/13/2025 | 1/13/2026 | 49.8 | 49.8 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030129 | | 11/14/2025 | 1/14/2026 | 1663.68 | 1663.68 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030130 | | 11/14/2025 | 1/14/2026 | 13891.15 | 13891.15 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030131 | | 11/14/2025 | 1/14/2026 | 1568.21 | 1568.21 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030132 | | 11/14/2025 | 1/14/2026 | 325.53 | 325.53 | 0 | 0 | 0 | 0 |
| Bass Pro Shops | BASSPRO | V1030214 | | 11/24/2025 | 11/24/2025 | -11.41 | | 0 | -11.41 | 0 | 0 |
| Bass Pro Shops Claims Account | BASSPROCL | G0507953DQ | | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 728.7 |
| Bass Pro Shops Claims Account | BASSPROCL | G0532381DQ | | 10/24/2025 | 10/24/2025 | 0 | 0 | 0 | 0 | 99.62 | 0 |
| Bass Pro Shops Claims Account | BASSPROCL | V0984607DQ | | 10/24/2025 | 10/24/2025 | 0 | 0 | 0 | 0 | 342 | 0 |
| Bass Pro Shops Claims Account | BASSPROCL | DQV015043 | | 12/22/2025 | 12/22/2025 | 0 | 175.14 | 0 | 0 | 0 | 0 |
| Invins Tackle | BF0007 | V1008814 | | 8/21/2025 | 8/21/2025 | -35.25 | | 0 | 0 | 0 | -35.25 |
| Alma Cecilia Hernandez SAnchez | BF0030 | R2480710 | | 10/19/2022 | 10/19/2022 | -930.58 | | 0 | 0 | 0 | -920.58 |
| Farm King Supply LLC | BF0032 | C2318111 | | 4/21/2025 | 4/21/2025 | -20.55 | | 0 | 0 | 0 | -20.55 |
| Farm King Supply LLC | BF0032 | UNSP5/16EFT | | 10/14/2025 | 10/14/2025 | 0 | | 0 | 0 | -4478.31 | 0 |
| JSL Companies LLC | BF0043 | V0917729 | | 4/9/2025 | 5/9/2025 | 1792.59 | | 0 | 0 | 0 | 1792.59 |
| JSL Companies LLC | BF0043 | G0512321 | | 5/7/2025 | 6/6/2025 | 387.62 | | 0 | 0 | 0 | 387.62 |
| JSL Companies LLC | BF0043 | V0938964 | | 5/7/2025 | 6/6/2025 | 1080.25 | | 0 | 0 | 0 | 1080.25 |
| JSL Companies LLC | BF0043 | G0515170 | | 5/21/2025 | 6/20/2025 | 164.98 | | 0 | 0 | 0 | 164.98 |
| JSL Companies LLC | BF0043 | V0949376 | | 5/22/2025 | 6/21/2025 | 566.72 | | 0 | 0 | 0 | 566.72 |
| JSL Companies LLC | BF0043 | V0983539 | | 7/9/2025 | 8/8/2025 | 895.75 | | 0 | 0 | 0 | 895.75 |
| Jolly Tackle Wholesale Supply LLC | BF0044 | V0961941 | | 6/6/2025 | 6/6/2025 | -54.42 | | 0 | 0 | 0 | -54.42 |
| Fishvault LLC | BF0050 | V0453112 | | 4/5/2023 | 4/20/2023 | 1085.99 | | 0 | 0 | 0 | -888.41 |
| Fishvault LLC | BF0050 | R2557458 | | 4/11/2023 | 4/26/2023 | 2724.33 | | 0 | 0 | 0 | -2691 |
| Farris Wholesale Outlet Inc | BF0056 | V1030159 | | 11/19/2025 | 11/29/2025 | 122.15 | | 0 | 122.15 | 0 | 0 |
| Mother Ocean Outfitters Corp | BF0061 | G0536991 | | 9/3/2025 | 10/10/2025 | 13890 | | 0 | 0 | -2195.57 | 0 |
| Bluewater Tackle | BF0417000 | V1011889 | | 9/8/2025 | 10/5/2025 | 450.07 | | 0 | 0 | 0 | 450.07 |
| Bluewater Tackle | BF0417000 | V1016227 | | 9/8/2025 | 10/8/2025 | 1570.68 | | 0 | 0 | 0 | 1570.68 |
| Royal Bait Farm | BF4011000 | G0251207 | | 1/31/2023 | 5/2/2023 | 254.38 | | 0 | 0 | 0 | -361.98 |
| Royal Bait Farm | BF4011000 | R2523781 | | 2/2/2023 | 5/4/2023 | 3744.45 | | 0 | 0 | 0 | -1805.28 |
| Royal Bait Farm | BF4011000 | C2062561 | | 3/21/2023 | 4/20/2023 | -280.47 | | 0 | 0 | 0 | -280.47 |
| Royal Bait Farm | BF4011000 | V0268047 | | 3/21/2023 | 4/20/2023 | 75.66 | | 0 | 0 | 0 | -75.66 |
| Royal Bait Farm | BF4011000 | R2549393 | | 3/22/2023 | 4/21/2023 | 912.64 | | 0 | 0 | 0 | -912.64 |
| Royal Bait Farm | BF4011000 | C2066964 | | 3/29/2023 | 3/29/2023 | -99.68 | | 0 | 0 | 0 | -99.68 |
| Royal Bait Farm | BF4011000 | G0271400 | | 3/29/2023 | 3/29/2023 | -46.85 | | 0 | 0 | 0 | -46.85 |
| Royal Bait Farm | BF4011000 | C2179403 | | 1/17/2024 | 1/17/2024 | -5.26 | | 0 | 0 | 0 | -5.26 |
| Liberty Mountain | BF4721000 | G0421477 | | 6/21/2024 | 7/21/2024 | 2136.06 | | 0 | 0 | 0 | -2136.06 |
| Liberty Mountain | BF4721000 | G0439065 | | 8/8/2024 | 8/8/2024 | -352.51 | | 0 | 0 | 0 | -214.76 |
| Liberty Mountain | BF4721000 | V0774589 | | 8/14/2024 | 9/13/2024 | 446.25 | | 0 | 0 | 0 | -147.02 |
| Liberty Mountain | BF4721000 | V0792983 | | 9/5/2024 | 9/5/2024 | -97.14 | | 0 | 0 | 0 | -97.14 |
| Liberty Mountain | BF4721000 | V0951087 | | 5/22/2025 | 5/22/2025 | -577.63 | | 0 | 0 | 0 | -351.16 |
| National Sports Supply | BF5551000 | G0298570 | | 6/26/2023 | 6/26/2023 | -25 | | 0 | 0 | 0 | -25 |
| Robinson Wholesale Inc | BF6704000 | V0468308 | | 5/3/2023 | 8/1/2023 | 383.21 | | 0 | 0 | 0 | 353.75 |
| Robinson Wholesale Inc | BF6704000 | C2137096 | | 9/25/2023 | 11/24/2023 | 4397.39 | | 0 | 0 | 0 | 427.33 |
| Robinson Wholesale Inc | BF6704000 | C2180535 | | 1/22/2024 | 3/22/2024 | 4221.86 | | 0 | 0 | 0 | 210.45 |
| Robinson Wholesale Inc | BF6704000 | C2246173 | | 7/12/2024 | 8/10/2024 | 1632.98 | | 0 | 0 | 0 | 648.04 |
| Robinson Wholesale Inc | BF6704000 | G0430508 | | 7/15/2024 | 8/10/2024 | 438.59 | | 0 | 0 | 0 | 235.22 |
| Robinson Wholesale Inc | BF6704000 | V0749427 | | 7/17/2024 | 8/10/2024 | 962.42 | | 0 | 0 | 0 | 656.21 |
| Robinson Wholesale Inc | BF6704000 | V0826591 | | 10/23/2024 | 10/23/2024 | -8000 | | 0 | 0 | 0 | 8000 |
| Robinson Wholesale Inc | BF6704000 | G0462893 | | 10/25/2024 | 10/25/2024 | -450 | | 0 | 0 | 0 | 450 |
| Robinson Wholesale Inc | BF6704000 | C2295528 | | 1/13/2025 | 1/13/2025 | -3.6 | | 0 | 0 | 0 | -3.6 |
| Robinson Wholesale Inc | BF6704000 | V0869598 | | 1/27/2025 | 1/27/2025 | -53.28 | | 0 | 0 | 0 | -16.08 |
| Robinson Wholesale Inc | BF6704000 | C2315270 | | 4/8/2025 | 4/8/2025 | -466.56 | | 0 | 0 | 0 | -466.56 |
| Robinson Wholesale Inc | BF6704000 | 2025-CGA | | 5/6/2025 | 5/6/2025 | 0 | | 0 | 0 | 0 | 1250 |
| Robinson Wholesale Inc | BF6704000 | 2025041DUPCS | | 5/6/2025 | 5/6/2025 | 0 | | 0 | 0 | 0 | 123.5 |
| Robinson Wholesale Inc | BF6704000 | 2025SUMCAT | | 5/6/2025 | 5/6/2025 | 0 | | 0 | 0 | 0 | 650 |
| Robinson Wholesale Inc | BF6704000 | C2280958DM | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 320.16 |
| Robinson Wholesale Inc | BF6704000 | C2285153TD | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 1014.24 |
| Robinson Wholesale Inc | BF6704000 | C2312785DM | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 199.91 |
| Robinson Wholesale Inc | BF6704000 | C2312785TD | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 363.15 |
| Robinson Wholesale Inc | BF6704000 | G0470139DM | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 1128.96 |
| Robinson Wholesale Inc | BF6704000 | G0470139TD | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 76.09 |
| Robinson Wholesale Inc | BF6704000 | V0833832DM | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 96.78 |
| Robinson Wholesale Inc | BF6704000 | V0842651DM | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 673.72 |
| Robinson Wholesale Inc | BF6704000 | V0842651TD | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 550.95 |
| Robinson Wholesale Inc | BF6704000 | V0911618DM | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 81.93 |
| Robinson Wholesale Inc | BF6704000 | V0911618TD | | 6/19/2025 | 6/19/2025 | 0 | | 0 | 0 | 0 | 76.4 |
| Mike's Wholesale Bait Inc | BF7541000 | V0919896 | | 4/10/2025 | 6/9/2025 | 392.78 | | 0 | 0 | 0 | -392.78 |
| Mike's Wholesale Bait Inc | BF7541000 | UNSP2080 | | 10/14/2025 | 10/14/2025 | 0 | | 0 | 0 | -449.46 | 0 |
| Hendrix Outdoors | BF7554000 | G0473156 | | 12/6/2024 | 12/6/2024 | -28.49 | | 0 | 0 | 0 | -28.49 |
| Thomas Distributing Co | BF7589000 | V0818985 | | 10/11/2024 | 10/11/2024 | -28.29 | | 0 | 0 | 0 | -28.29 |
| Cannon Tackle Supply | BF76250000 | C2321434 | | 5/6/2025 | 6/5/2025 | 1905.73 | | 0 | 0 | 0 | 90.76 |
| Cannon Tackle Supply | BF76250000 | G0512178 | | 5/6/2025 | 6/5/2025 | 267.58 | | 0 | 0 | 0 | 8.04 |
| Cannon Tackle Supply | BF76250000 | C2334583 | | 7/3/2025 | 8/2/2025 | 2516.09 | | 0 | 0 | 0 | 76.59 |
| Cannon Tackle Supply | BF76250000 | G0526419 | | 7/3/2025 | 8/2/2025 | 1006.35 | | 0 | 0 | 0 | 3.72 |
| Cannon Tackle Supply | BF76250000 | V0990736 | | 7/23/2025 | 8/22/2025 | 726.65 | | 0 | 0 | 0 | 237.88 |
| CSI Sporting Goods Canada | BF7674000 | G0099440 | | 5/4/2021 | 5/4/2021 | -109.73 | | 0 | 0 | 0 | -109.73 |
| Marine Wholesale | BF7694000 | G0501635 | | 3/24/2025 | 5/24/2025 | 23.2 | | 0 | 0 | 0 | 23.2 |
| U.S. DISTRIBUTING | BF7748000 | | 413493 | 4/22/2025 | 4/22/2025 | 0 | | 0 | 0 | 0 | -23.2 |
| U.S. DISTRIBUTING | BF7748000 | G0513793 | | 5/14/2025 | 5/14/2025 | -27.28 | | 0 | 0 | 0 | -27.28 |
| Quincy Farm & Home Dist. | BF7840000 | V0944239 | | 5/14/2025 | 5/14/2025 | -201.3 | | 0 | 0 | 0 | -201.3 |
| Cala Marine | BF8998000 | G0268130 | | 3/22/2023 | 4/21/2023 | 2060.35 | | 0 | 0 | 0 | -2060.35 |

| Name | Account | Reference | No. | Date 1 | Date 2 | Amount | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cala Marine | BF8998000 | R2549635 | | 3/24/2023 | 5/23/2023 | 618 | 0 | 0 | 0 | 0 | -1418.23 |
| Cala Marine | BF8998000 | G0268192 | | 3/28/2023 | 6/26/2023 | 1008.1 | 0 | 0 | 0 | 0 | -26.85 |
| Great Lakes MP Corp | BF9149000 | R2632368 | | 8/16/2023 | 8/16/2023 | -4.62 | 0 | 0 | 0 | 0 | -1.92 |
| Great Lakes MP Corp | BF9149000 | G2297284 | | 1/20/2025 | 5/20/2025 | -10.98 | 0 | 0 | 0 | 0 | -10.98 |
| Big 5 Corporation | BIG5 | G0417151 | | 6/4/2024 | 6/4/2024 | -762 | 0 | 0 | 0 | 0 | -762 |
| Bi-Mart Claims Account | BIMARTCL | | 172952 | 3/31/2025 | 3/31/2025 | 0 | 0 | 0 | 0 | 0 | 974.14 |
| Bi-Mart Claims Account | BIMARTCL | | 172956 | 3/31/2025 | 3/31/2025 | 0 | 0 | 0 | 0 | 0 | 4688.81 |
| Bi-Mart Claims Account | BIMARTCL | | 172957 | 3/31/2025 | 3/31/2025 | 0 | 0 | 0 | 0 | 0 | 4688.8 |
| Bi-Mart Claims Account | BIMARTCL | | 173977 | 5/27/2025 | 5/27/2025 | 0 | 0 | 0 | 0 | 0 | 5000 |
| Bomgaar Credit Account | BOMGAARCDT | G0168497DUP | | 12/13/2022 | 12/13/2022 | 0 | 0 | 0 | 0 | 0 | -108.49 |
| Bomgaar Credit Account | BOMGAARCDT | C1940394 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -16.4 |
| Bomgaar Credit Account | BOMGAARCDT | C1940395 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -20.58 |
| Bomgaar Credit Account | BOMGAARCDT | C1949099 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -16.4 |
| Bomgaar Credit Account | BOMGAARCDT | C1995030 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -82.51 |
| Bomgaar Credit Account | BOMGAARCDT | G0163049 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -2497.5 |
| Bomgaar Credit Account | BOMGAARCDT | G0191103 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -6.89 |
| Bomgaar Credit Account | BOMGAARCDT | G0191254 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -7 |
| Bomgaar Credit Account | BOMGAARCDT | G0197485 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -62.17 |
| Bomgaar Credit Account | BOMGAARCDT | G0197487 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -58.83 |
| Bomgaar Credit Account | BOMGAARCDT | G0197488 | | 1/30/2023 | 1/30/2023 | 0 | 0 | 0 | 0 | 0 | -7.67 |
| Bomgaar Credit Account | BOMGAARCDT | C2230645OVPMT | | 8/29/2025 | 8/29/2025 | 0 | 0 | 0 | 0 | 0 | -30.53 |
| Bomgaar Credit Account | BOMGAARCDT | C2230758OVPMT | | 8/29/2025 | 8/29/2025 | 0 | 0 | 0 | 0 | 0 | -98.43 |
| Bomgaar Credit Account | BOMGAARCDT | G0418411OVRPMT | | 8/29/2025 | 8/29/2025 | 0 | 0 | 0 | 0 | 0 | -43.62 |
| Granite Canyon Inc | C00013 | G0509065 | | 4/22/2025 | 4/22/2025 | -48.52 | 0 | 0 | 0 | 0 | -48.52 |
| Granite Canyon Inc | C00013 | G0509070 | | 4/22/2025 | 4/22/2025 | -207.88 | 0 | 0 | 0 | 0 | -207.88 |
| Granite Canyon Inc | C00013 | G0509071 | | 4/22/2025 | 4/22/2025 | -49.68 | 0 | 0 | 0 | 0 | -49.68 |
| Granite Canyon Inc | C00013 | G0509193 | | 4/23/2025 | 4/23/2025 | -760.16 | 0 | 0 | 0 | 0 | -283.12 |
| Gibb Enterprises LLC | C00050 | N0267857 | | 4/29/2022 | 4/29/2022 | -37.01 | 0 | 0 | 0 | 0 | -37.01 |
| Gibb Enterprises LLC | C00050 | C1933585 | | 5/4/2022 | 5/4/2022 | -35.88 | 0 | 0 | 0 | 0 | -35.88 |
| Gibb Enterprises LLC | C00050 | C1938039 | | 5/16/2022 | 5/16/2022 | -72.72 | 0 | 0 | 0 | 0 | -72.72 |
| Gibb Enterprises LLC | C00050 | G0318074 | | 8/21/2023 | 8/21/2023 | -21.67 | 0 | 0 | 0 | 0 | -21.67 |
| Gibb Enterprises LLC | C00050 | R2634416 | | 8/21/2023 | 8/21/2023 | -23.64 | 0 | 0 | 0 | 0 | -23.64 |
| Empty Inc | C00082 | C2344208 | | 9/23/2025 | 9/23/2025 | -66.89 | 0 | 0 | 0 | 0 | -66.89 |
| AK Outdoor Sports Inc | C00336 | G0544416 | | 10/23/2025 | 10/23/2025 | -98.5 | 0 | 0 | -98.5 | 0 | 0 |
| AK Outdoor Sports Inc | C00336 | V1029282 | | 10/23/2025 | 10/23/2025 | -8.05 | 0 | 0 | 0 | -8.05 | 0 |
| The Bait Shop LLC | C00350 | V1016215 | | 9/8/2025 | 10/8/2025 | 4647.8 | 0 | 0 | 0 | 0 | 521.51 |
| The Bait Shop LLC | C00350 | G0537581 | | 9/9/2025 | 10/9/2025 | 397.97 | 0 | 0 | 0 | 397.97 | 0 |
| The Bait Shop LLC | C00350 | C2343149 | | 9/10/2025 | 10/10/2025 | 421.97 | 0 | 0 | 0 | 421.97 | 0 |
| The Bait Shop LLC | C00350 | G0539014 | | 9/12/2025 | 10/12/2025 | 258.71 | 0 | 0 | 0 | 258.71 | 0 |
| The Bait Shop LLC | C00350 | G0539665 | | 9/15/2025 | 10/15/2025 | 32.68 | 0 | 0 | 0 | 32.68 | 0 |
| The Bait Shop LLC | C00350 | V1016958 | | 9/15/2025 | 10/15/2025 | 19.25 | 0 | 0 | 0 | 19.25 | 0 |
| The Bait Shop LLC | C00350 | C2344075 | | 9/22/2025 | 10/22/2025 | 770.02 | 0 | 0 | 0 | 770.02 | 0 |
| The Bait Shop LLC | C00350 | C2344089 | | 9/22/2025 | 10/22/2025 | 1852.12 | 0 | 0 | 0 | 1852.12 | 0 |
| The Bait Shop LLC | C00350 | C2344293 | | 9/26/2025 | 10/26/2025 | 893.54 | 0 | 0 | 0 | 893.54 | 0 |
| The Bait Shop LLC | C00350 | G0542386 | | 10/2/2025 | 11/1/2025 | 1751.58 | 0 | 0 | 0 | 1751.58 | 0 |
| The Bait Shop LLC | C00350 | V1024953 | | 10/2/2025 | 11/1/2025 | 214.61 | 0 | 0 | 0 | 214.61 | 0 |
| The Bait Shop LLC | C00350 | G0542587 | | 10/6/2025 | 11/5/2025 | 357.39 | 0 | 0 | 0 | 357.39 | 0 |
| The Bait Shop LLC | C00350 | V1025831 | | 10/6/2025 | 11/5/2025 | 1283.33 | 0 | 0 | 0 | 1283.33 | 0 |
| The Bait Shop LLC | C00350 | C2345078 | | 10/10/2025 | 11/9/2025 | 65.23 | 0 | 0 | 65.23 | 0 | 0 |
| The Bait Shop LLC | C00350 | G0543362 | | 10/13/2025 | 11/12/2025 | 504.92 | 0 | 0 | 504.92 | 0 | 0 |
| The Bait Shop LLC | C00350 | V1027092 | | 10/13/2025 | 11/12/2025 | 732.23 | 0 | 0 | 732.23 | 0 | 0 |
| The Bait Shop LLC | C00350 | V1027158 | | 10/13/2025 | 11/12/2025 | 119.23 | 0 | 0 | 119.23 | 0 | 0 |
| The Bait Shop LLC | C00350 | V1027159 | | 10/13/2025 | 11/12/2025 | 278.07 | 0 | 0 | 278.07 | 0 | 0 |
| The Bait Shop LLC | C00350 | C2345224 | | 10/14/2025 | 11/13/2025 | 506.99 | 0 | 0 | 506.99 | 0 | 0 |
| The Bait Shop LLC | C00350 | G0543266 | | 10/14/2025 | 11/13/2025 | 761.03 | 0 | 0 | 761.03 | 0 | 0 |
| The Bait Shop LLC | C00350 | V1027242 | | 10/14/2025 | 11/13/2025 | 811.14 | 0 | 0 | 811.14 | 0 | 0 |
| The Bait Shop LLC | C00350 | G0543302 | | 10/15/2025 | 11/14/2025 | 481.89 | 0 | 0 | 481.89 | 0 | 0 |
| The Bait Shop LLC | C00350 | V1028582 | | 10/20/2025 | 11/19/2025 | 76.71 | 0 | 0 | 76.71 | 0 | 0 |
| The Bait Shop LLC | C00350 | G0543854 | | 10/21/2025 | 11/20/2025 | 938.8 | 0 | 0 | 938.8 | 0 | 0 |
| Knutson Outdoors Inc | C00550 | C2319869 | | 4/29/2025 | 6/10/2025 | 541.26 | 0 | 0 | 0 | 0 | -520.06 |
| Cast Away! Bait Shop LLC | C00692 | C2340121 | | 8/12/2025 | 8/12/2025 | -13.2 | 0 | 0 | 0 | 0 | -13.2 |
| Cast Away! Bait Shop LLC | C00692 | C2341151 | | 8/21/2025 | 8/21/2025 | -29.76 | 0 | 0 | 0 | 0 | -29.76 |
| Skylars Ag Parts LLC | C00698 | V1004377 | | 8/12/2025 | 9/11/2025 | 1352.41 | 0 | 0 | 0 | 0 | 1352.41 |
| Skylars Ag Parts LLC | C00698 | V1024278 | | 9/26/2025 | 10/26/2025 | 1181.73 | 0 | 0 | 0 | 1181.73 | 0 |
| Skylars Ag Parts LLC | C00698 | F2510C00698C | | 10/30/2025 | 11/29/2025 | 22.63 | 0 | 0 | 22.63 | 0 | 0 |
| Skylars Ag Parts LLC | C00698 | F2510C00698V | | 10/30/2025 | 11/29/2025 | 21.08 | 0 | 0 | 21.08 | 0 | 0 |
| Skylars Ag Parts LLC | C00698 | F2511C00698V | | 11/12/2025 | 12/12/2025 | 18.88 | 0 | 18.88 | 0 | 0 | 0 |
| The Lucky Lure | C00805 | C2309769 | | 3/17/2025 | 9/10/2025 | 2129.72 | 0 | 0 | 0 | 0 | 2129.72 |
| The Lucky Lure | C00805 | C2342470 | | 9/4/2025 | 10/10/2025 | 304.73 | 0 | 0 | 0 | 304.73 | 0 |
| The Lucky Lure | C00805 | V1018371 | | 9/12/2025 | 10/10/2025 | 230.44 | 0 | 0 | 0 | 230.44 | 0 |
| The Lucky Lure | C00805 | F2509C00805C | | 9/29/2025 | 10/1/2025 | 20.43 | 0 | 0 | 0 | 0 | 20.21 |
| The Lucky Lure | C00805 | F2510C00805C | | 10/30/2025 | 11/29/2025 | 35.95 | 0 | 0 | 35.95 | 0 | 0 |
| The Lucky Lure | C00805 | F2510C00805V | | 10/30/2025 | 11/29/2025 | 2.33 | 0 | 0 | 2.33 | 0 | 0 |
| The Lucky Lure | C00805 | F2511C00805C | | 11/12/2025 | 12/12/2025 | 15.86 | 0 | 15.86 | 0 | 0 | 0 |
| The Lucky Lure | C00805 | F2511C00805V | | 11/12/2025 | 12/12/2025 | 1.56 | 0 | 1.56 | 0 | 0 | 0 |
| Alpha Armament Company LLC | C00818 | C2264309 | | 9/6/2024 | 9/6/2024 | -39.86 | 0 | 0 | 0 | 0 | -39.86 |
| Luckys Outdoors LLC | C00847 | C2157287 | | 11/14/2023 | 2/12/2024 | 1097.69 | 0 | 0 | 0 | 0 | 1097.69 |
| Luckys Outdoors LLC | C00847 | C2159179-2 | | 11/20/2023 | 2/10/2024 | 4630.87 | 0 | 0 | 0 | 0 | 1290.22 |
| Luckys Outdoors LLC | C00847 | F2401C00847C | | 1/30/2024 | 2/29/2024 | 11.34 | 0 | 0 | 0 | 0 | 11.34 |
| Luckys Outdoors LLC | C00847 | F2402C00847C | | 2/28/2024 | 3/29/2024 | 210.72 | 0 | 0 | 0 | 0 | 210.72 |
| Luckys Outdoors LLC | C00847 | F2403C00847C | | 3/3/2024 | 4/2/2024 | 32.96 | 0 | 0 | 0 | 0 | 32.96 |
| Even Stephens Enterprises | C00857 | C2221640 | | 5/6/2024 | 5/6/2024 | -11.2 | 0 | 0 | 0 | 0 | -11.2 |
| Beachside Resort LLC | C00897 | C2252128 | | 8/1/2024 | 8/1/2024 | -35 | 0 | 0 | 0 | 0 | -35 |
| Truman Lake Resort | C00904 | C2103190 | | 6/22/2023 | 7/7/2023 | 476.23 | 0 | 0 | 0 | 0 | -476.23 |
| Hawkphin Sales LLC | C00905 | C0535660 | | 8/20/2025 | 9/19/2025 | 15123.45 | 0 | 0 | 0 | 0 | 15123.45 |
| Hawkphin Sales LLC | C00905 | C0535803 | | 8/20/2025 | 9/19/2025 | 97.06 | 0 | 0 | 0 | 0 | 97.06 |
| Hawkphin Sales LLC | C00905 | C2341106 | | 8/21/2025 | 9/20/2025 | 13248.84 | 0 | 0 | 0 | 0 | 13248.84 |
| Hawkphin Sales LLC | C00905 | C2341456 | | 8/26/2025 | 9/25/2025 | 1310.32 | 0 | 0 | 0 | 0 | 1310.32 |
| Hawkphin Sales LLC | C00905 | V1006698 | | 8/27/2025 | 9/26/2025 | 21300.64 | 0 | 0 | 0 | 0 | 21300.64 |
| Hawkphin Sales LLC | C00905 | V1008237 | | 8/29/2025 | 9/28/2025 | 2506.4 | 0 | 0 | 0 | 0 | 2506.4 |
| Geneo's Hunting And Fishing | C00920 | V0451913 | | 4/16/2024 | 4/16/2024 | -17.27 | 0 | 0 | 0 | 0 | -17.27 |
| Blackout Bait And Tackle | C00938 | C2296596-2 | | 1/17/2025 | 6/10/2025 | 3706.66 | 0 | 0 | 0 | 0 | 3706.66 |
| Blackout Bait And Tackle | C00938 | C2296596-3 | | 1/17/2025 | 7/10/2025 | 3706.66 | 0 | 0 | 0 | 0 | 3706.66 |
| Blackout Bait And Tackle | C00938 | C2298330-3 | | 1/23/2025 | 7/10/2025 | 141.66 | 0 | 0 | 0 | 0 | 141.66 |

| Customer | Acct | Document | Date | Due Date | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Blackout Bait And Tackle | C00938 | V0865985-2 | 1/23/2025 | 6/10/2025 | 2119.78 | 0 | 0 | 0 | 0 | 0 | 2119.78 |
| Blackout Bait And Tackle | C00938 | V0865985-3 | 1/23/2025 | 7/10/2025 | 2119.77 | 0 | 0 | 0 | 0 | 0 | 2119.77 |
| Blackout Bait And Tackle | C00938 | C2299714-2 | 1/31/2025 | 6/10/2025 | 348.12 | 0 | 0 | 0 | 0 | 0 | 348.12 |
| Blackout Bait And Tackle | C00938 | C2299714-3 | 1/31/2025 | 7/10/2025 | 348.11 | 0 | 0 | 0 | 0 | 0 | 348.11 |
| Blackout Bait And Tackle | C00938 | C2301078-2 | 2/5/2025 | 6/10/2025 | 157.2 | 0 | 0 | 0 | 0 | 0 | 157.2 |
| Blackout Bait And Tackle | C00938 | C2301078-3 | 2/5/2025 | 7/10/2025 | 157.21 | 0 | 0 | 0 | 0 | 0 | 157.21 |
| Blackout Bait And Tackle | C00938 | V0875842-2 | 2/11/2025 | 6/10/2025 | 332.92 | 0 | 0 | 0 | 0 | 0 | 332.92 |
| Blackout Bait And Tackle | C00938 | V0875842-3 | 2/11/2025 | 7/10/2025 | 332.92 | 0 | 0 | 0 | 0 | 0 | 332.92 |
| Blackout Bait And Tackle | C00938 | C2303878-2 | 2/18/2025 | 6/10/2025 | 473.74 | 0 | 0 | 0 | 0 | 0 | 473.74 |
| Blackout Bait And Tackle | C00938 | C2303878-3 | 2/18/2025 | 7/10/2025 | 473.74 | 0 | 0 | 0 | 0 | 0 | 473.74 |
| Blackout Bait And Tackle | C00938 | C2304106-2 | 2/19/2025 | 6/10/2025 | 156.58 | 0 | 0 | 0 | 0 | 0 | 156.58 |
| Blackout Bait And Tackle | C00938 | C2304106-3 | 2/19/2025 | 7/10/2025 | 156.57 | 0 | 0 | 0 | 0 | 0 | 156.57 |
| Blackout Bait And Tackle | C00938 | C2304392-2 | 2/20/2025 | 6/10/2025 | 137.29 | 0 | 0 | 0 | 0 | 0 | 137.29 |
| Blackout Bait And Tackle | C00938 | C2304392-3 | 2/20/2025 | 7/10/2025 | 137.28 | 0 | 0 | 0 | 0 | 0 | 137.28 |
| Blackout Bait And Tackle | C00938 | C2306016-2 | 2/27/2025 | 6/10/2025 | 601.66 | 0 | 0 | 0 | 0 | 0 | 601.66 |
| Blackout Bait And Tackle | C00938 | C2306016-3 | 2/27/2025 | 7/10/2025 | 601.66 | 0 | 0 | 0 | 0 | 0 | 601.66 |
| Blackout Bait And Tackle | C00938 | C2307721-2 | 3/6/2025 | 6/10/2025 | 405.73 | 0 | 0 | 0 | 0 | 0 | 405.73 |
| Blackout Bait And Tackle | C00938 | C2307721-3 | 3/6/2025 | 7/10/2025 | 405.74 | 0 | 0 | 0 | 0 | 0 | 405.74 |
| Blackout Bait And Tackle | C00938 | V0903819-2 | 3/21/2025 | 6/10/2025 | 681.45 | 0 | 0 | 0 | 0 | 0 | 681.45 |
| Blackout Bait And Tackle | C00938 | V0903819-3 | 3/21/2025 | 7/10/2025 | 681.45 | 0 | 0 | 0 | 0 | 0 | 681.45 |
| Blackout Bait And Tackle | C00938 | V0914630-2 | 4/3/2025 | 6/10/2025 | 965.19 | 0 | 0 | 0 | 0 | 0 | 965.19 |
| Blackout Bait And Tackle | C00938 | V0914630-3 | 4/3/2025 | 7/10/2025 | 965.18 | 0 | 0 | 0 | 0 | 0 | 965.18 |
| Blackout Bait And Tackle | C00938 | C2319137-1 | 4/25/2025 | 6/10/2025 | 167.03 | 0 | 0 | 0 | 0 | 0 | 167.03 |
| Blackout Bait And Tackle | C00938 | C2319137-2 | 4/25/2025 | 6/10/2025 | 167.03 | 0 | 0 | 0 | 0 | 0 | 167.03 |
| Blackout Bait And Tackle | C00938 | C2319137-3 | 4/25/2025 | 7/10/2025 | 167.02 | 0 | 0 | 0 | 0 | 0 | 167.02 |
| Blackout Bait And Tackle | C00938 | C2320837-1 | 5/2/2025 | 6/10/2025 | 130.01 | 0 | 0 | 0 | 0 | 0 | 130.01 |
| Blackout Bait And Tackle | C00938 | C2320837-2 | 5/2/2025 | 6/10/2025 | 130.01 | 0 | 0 | 0 | 0 | 0 | 130.01 |
| Blackout Bait And Tackle | C00938 | C2320837-3 | 5/2/2025 | 7/10/2025 | 130.01 | 0 | 0 | 0 | 0 | 0 | 130.01 |
| Blackout Bait And Tackle | C00938 | V0956182 | 5/29/2025 | 7/28/2025 | 318.78 | 0 | 0 | 0 | 0 | 0 | 318.78 |
| Blackout Bait And Tackle | C00938 | C2327439 | 6/4/2025 | 8/3/2025 | 162.41 | 0 | 0 | 0 | 0 | 0 | 162.41 |
| Blackout Bait And Tackle | C00938 | C2327638 | 6/5/2025 | 8/4/2025 | 465.3 | 0 | 0 | 0 | 0 | 0 | 465.3 |
| Blackout Bait And Tackle | C00938 | G0524624 | 6/27/2025 | 8/26/2025 | 637.95 | 0 | 0 | 0 | 0 | 0 | 637.95 |
| Apex Shooters Supply LLC | C00968 | C2344590 | 10/1/2025 | 11/10/2025 | 212.86 | 0 | 212.86 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | C0542350 | 10/2/2025 | 11/10/2025 | 127.04 | 0 | 127.04 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | V1024954 | 10/2/2025 | 11/10/2025 | 60.91 | 0 | 60.91 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | C2344829 | 10/6/2025 | 11/10/2025 | 84.18 | 0 | 84.18 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | G0542574 | 10/6/2025 | 11/10/2025 | 84.04 | 0 | 84.04 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | V1025834 | 10/6/2025 | 11/10/2025 | 61.44 | 0 | 61.44 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | F2511C00968C | 11/29/2025 | 12/29/2025 | 2.83 | 2.83 | 0 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | F2511C00968V | 11/29/2025 | 12/29/2025 | 2.03 | 2.03 | 0 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | F2511C00968V | 11/29/2025 | 12/29/2025 | 1.16 | 1.16 | 0 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | F2512C00968C | 12/1/2025 | 12/31/2025 | 0.3 | 0.3 | 0 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | F2512C00968V | 12/1/2025 | 12/31/2025 | 0.22 | 0.22 | 0 | 0 | 0 | 0 | 0 |
| Apex Shooters Supply LLC | C00968 | F2512C00968V | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 | 0 |
| Gilbert Gun Exchange LLC | C00976 | C2314541 | 4/4/2025 | 4/4/2025 | -595.06 | 0 | 0 | 0 | 0 | 0 | -595.06 |
| Westside Enterprise | C01188 | V1024606 | 9/30/2025 | 10/30/2025 | 1491.89 | 0 | 0 | 0 | 0 | 600 | 0 |
| Barrels And Arrows | C01375 | C2273989 | 10/11/2024 | 1/9/2025 | 8834.19 | 0 | 0 | 0 | 0 | 0 | 2800.08 |
| Barrels And Arrows | C01375 | V0818769 | 10/14/2024 | 1/12/2025 | 594.91 | 0 | 0 | 0 | 0 | 0 | 594.91 |
| Barrels And Arrows | C01375 | C2275541 | 10/17/2024 | 1/15/2025 | 20339.49 | 0 | 0 | 0 | 0 | 0 | 20339.49 |
| Barrels And Arrows | C01375 | C2276502 | 10/21/2024 | 1/19/2025 | 15688.57 | 0 | 0 | 0 | 0 | 0 | 15688.57 |
| Barrels And Arrows | C01375 | C2277017 | 10/22/2024 | 1/20/2025 | 19101.64 | 0 | 0 | 0 | 0 | 0 | 19101.64 |
| Barrels And Arrows | C01375 | V0825505 | 10/22/2024 | 1/20/2025 | 459.9 | 0 | 0 | 0 | 0 | 0 | 459.9 |
| Barrels And Arrows | C01375 | V0826237 | 10/24/2024 | 1/22/2025 | 536.16 | 0 | 0 | 0 | 0 | 0 | 536.16 |
| Barrels And Arrows | C01375 | C2278103 | 10/28/2024 | 1/26/2025 | 16584.73 | 0 | 0 | 0 | 0 | 0 | 16584.73 |
| Barrels And Arrows | C01375 | V0828239 | 10/28/2024 | 1/26/2025 | 70.4 | 0 | 0 | 0 | 0 | 0 | 70.4 |
| Barrels And Arrows | C01375 | V0828766 | 10/29/2024 | 1/27/2025 | 1122.54 | 0 | 0 | 0 | 0 | 0 | 1122.54 |
| Barrels And Arrows | C01375 | C2279153 | 10/31/2024 | 1/29/2025 | 19619.64 | 0 | 0 | 0 | 0 | 0 | 19619.64 |
| Barrels And Arrows | C01375 | C2279166 | 10/31/2024 | 1/29/2025 | 19789.75 | 0 | 0 | 0 | 0 | 0 | 19789.75 |
| Barrels And Arrows | C01375 | V0829976 | 10/31/2024 | 1/29/2025 | 392.02 | 0 | 0 | 0 | 0 | 0 | 392.02 |
| Barrels And Arrows | C01375 | C2280463 | 11/5/2024 | 2/3/2025 | 17975.22 | 0 | 0 | 0 | 0 | 0 | 17975.22 |
| Barrels And Arrows | C01375 | V0833370 | 11/7/2024 | 2/5/2025 | 1983.4 | 0 | 0 | 0 | 0 | 0 | 1983.4 |
| Barrels And Arrows | C01375 | C2282389 | 11/13/2024 | 2/11/2025 | 35851.44 | 0 | 0 | 0 | 0 | 0 | 35851.44 |
| Bilikent Corporation | C01710 | V0941361 | 5/9/2025 | 6/10/2025 | 39.69 | 0 | 0 | 0 | 0 | 0 | 39.69 |
| Winkelman-Renneberg, Inc | C01788 | V1018072 | 9/15/2025 | 10/10/2025 | 444.91 | 0 | 0 | 0 | 444.91 | 0 | 0 |
| Winkelman-Renneberg, Inc | C01788 | V1016962 | 9/16/2025 | 10/10/2025 | 462.68 | 0 | 0 | 0 | 462.68 | 0 | 0 |
| Winkelman-Renneberg, Inc | C01788 | V1020907 | 9/17/2025 | 10/10/2025 | 15.4 | 0 | 0 | 0 | 15.4 | 0 | 0 |
| Winkelman-Renneberg, Inc | C01788 | G0540703 | 9/19/2025 | 10/10/2025 | 335.98 | 0 | 0 | 0 | 335.98 | 0 | 0 |
| Winkelman-Renneberg, Inc | C01788 | G0541831 | 9/29/2025 | 11/10/2025 | 312.15 | 0 | 0 | 312.15 | 0 | 0 | 0 |
| Winkelman-Renneberg, Inc | C01788 | V1024346 | 9/29/2025 | 11/10/2025 | 293.7 | 0 | 0 | 293.7 | 0 | 0 | 0 |
| Winkelman-Renneberg, Inc | C01788 | G0542589 | 10/6/2025 | 11/10/2025 | 191.53 | 0 | 0 | 191.53 | 0 | 0 | 0 |
| Winkelman-Renneberg, Inc | C01788 | V1025835 | 10/6/2025 | 11/10/2025 | 391.03 | 0 | 0 | 391.03 | 0 | 0 | 0 |
| Barton City General Store, Inc | C01832 | C2178842 | 1/16/2024 | 1/16/2024 | -390.56 | 0 | 0 | 0 | 0 | 0 | -390.56 |
| Barton City General Store, Inc | C01832 | C2178862 | 1/16/2024 | 1/16/2024 | -327.3 | 0 | 0 | 0 | 0 | 0 | -327.3 |
| 4 Bears Casino & Lodge | C01854 | C2328355 | 6/10/2025 | 7/10/2025 | 3168.87 | 0 | 0 | 0 | 0 | 0 | 23.69 |
| 4 Bears Casino & Lodge | C01854 | V0964855 | 6/11/2025 | 7/11/2025 | 87.96 | 0 | 0 | 0 | 0 | 0 | 87.96 |
| Bois Forte Reservation Tribal | C02035 | C2300237 | 1/31/2025 | 1/31/2025 | -22.65 | 0 | 0 | 0 | 0 | 0 | -22.65 |
| Bois Forte Reservation Tribal | C02035 | C2300246 | 1/31/2025 | 1/31/2025 | -23.34 | 0 | 0 | 0 | 0 | 0 | -23.34 |
| Bois Forte Reservation Tribal | C02035 | C2324958 | 5/22/2025 | 5/22/2025 | -97.98 | 0 | 0 | 0 | 0 | 0 | -97.98 |
| Bois Forte Reservation Tribal | C02035 | C2336073 | 7/11/2025 | 7/11/2025 | -112.05 | 0 | 0 | 0 | 0 | 0 | -112.05 |
| Chowles Family LLC | C02236 | C2312548 | 3/27/2025 | 9/10/2025 | 478.66 | 0 | 0 | 0 | 0 | 0 | 478.66 |
| Chowles Family LLC | C02236 | V0909451 | 3/28/2025 | 9/10/2025 | 1245.4 | 0 | 0 | 0 | 0 | 0 | 1245.4 |
| Chowles Family LLC | C02236 | V0911399 | 3/31/2025 | 4/30/2025 | 2364.24 | 0 | 0 | 0 | 0 | 0 | 1970.5 |
| Chowles Family LLC | C02236 | F2505C02236C | 5/21/2025 | 6/20/2025 | 14.51 | 0 | 0 | 0 | 0 | 0 | 14.51 |
| Chowles Family LLC | C02236 | F2505C02236V | 5/21/2025 | 6/20/2025 | 24.81 | 0 | 0 | 0 | 0 | 0 | 24.81 |
| Ty's Fly N Tackle | C02262 | G0510711 | 4/29/2025 | 4/29/2025 | -32.98 | 0 | 0 | 0 | 0 | 0 | -32.98 |
| Buckstop Bowshop | C02264 | C2331385 | 6/20/2025 | 6/20/2025 | -54.9 | 0 | 0 | 0 | 0 | 0 | -54.9 |
| Parabellum Plus LLC | C02300 | C2322495 | 5/12/2025 | 6/11/2025 | 1426.43 | 0 | 0 | 0 | 0 | 0 | 1110.64 |
| Money Creek Outfitters LLC | C02312 | V0916123 | 6/19/2025 | 6/19/2025 | -8.04 | 0 | 0 | 0 | 0 | 0 | -8.04 |
| Cedar Grove Paint Lanterns And More | C03215 | C1978438 | 8/23/2022 | 9/22/2022 | 442.6 | 0 | 0 | 0 | 0 | 0 | -391.59 |
| Caseys Bait & Tackle | C03354 | V1013255 | 8/28/2025 | 10/10/2025 | 458.56 | 0 | 0 | 0 | 458.56 | 0 | 0 |
| Caseys Bait & Tackle | C03354 | F2510C03354V | 10/30/2025 | 11/26/2025 | 4.59 | 0 | 0 | 0.69 | 0 | 0 | 0 |
| Caseys Bait & Tackle | C03354 | F2511C03354V | 11/24/2025 | 12/24/2025 | 5.75 | 5.75 | 0 | 0 | 0 | 0 | 0 |
| Cedar Shore Resort Inc | C03372 | C1476117 | 5/9/2019 | 6/10/2019 | 273.06 | 0 | 0 | 0 | 0 | 0 | -67.79 |

| Name | Code | Invoice | Date 1 | Date 2 | Amount | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer Bait Shop | C03375 | C2323542 | 5/16/2025 | 6/10/2025 | 396.24 | 0 | 0 | 0 | 0 | 0 | 396.24 |
| Pioneer Bait Shop | C03375 | F2505C03375C | 5/30/2025 | 6/29/2025 | 6.53 | 0 | 0 | 0 | 0 | 0 | 6.53 |
| Pioneer Bait Shop | C03375 | C2328554 | 6/10/2025 | 7/10/2025 | 639.34 | 0 | 0 | 0 | 0 | 0 | 639.34 |
| Pioneer Bait Shop | C03375 | V0963114 | 6/11/2025 | 7/10/2025 | 563.37 | 0 | 0 | 0 | 0 | 0 | 563.37 |
| Pioneer Bait Shop | C03375 | F2506C03375C | 6/29/2025 | 7/29/2025 | 13.62 | 0 | 0 | 0 | 0 | 0 | 13.62 |
| Pioneer Bait Shop | C03375 | C2335366 | 7/8/2025 | 8/10/2025 | 381.84 | 0 | 0 | 0 | 0 | 0 | 381.84 |
| Pioneer Bait Shop | C03375 | V0983221 | 7/9/2025 | 8/10/2025 | 59.21 | 0 | 0 | 0 | 0 | 0 | 59.21 |
| Pioneer Bait Shop | C03375 | F2507C03375C | 7/18/2025 | 8/17/2025 | 7.32 | 0 | 0 | 0 | 0 | 0 | 7.32 |
| Chalstrom And Chalstrom | C03402 | C2305027 | 2/24/2025 | 5/25/2025 | 3121.05 | 0 | 0 | 0 | 0 | 0 | -1507.96 |
| Chalstrom And Chalstrom | C03402 | V0887676 | 2/27/2025 | 5/28/2025 | 574.33 | 0 | 0 | 0 | 0 | 0 | -530.28 |
| Frankie's Marine, LLC | C03450 | C2045429 | 2/13/2023 | 3/10/2023 | 947.87 | 0 | 0 | 0 | 0 | 0 | -669.54 |
| Chuck's Sport Shop | C03536 | V1030202 | 11/21/2025 | 11/21/2025 | -37.74 | 0 | 0 | -37.74 | 0 | 0 | 0 |
| Colony Plaza Inc | C04059 | V1025466 | 10/2/2025 | 11/10/2025 | 181.75 | 0 | 0 | 181.75 | 0 | 0 | 0 |
| J & J Convenience, LLC | C05187 | C2343310 | 9/11/2025 | 9/11/2025 | -76.56 | 0 | 0 | 0 | 0 | 0 | -76.56 |
| US Pawn & Surplus | C05975 | G0541691 | 9/25/2025 | 10/5/2025 | 135.07 | 0 | 0 | 0 | 0 | 0 | 94.48 |
| US Pawn & Surplus | C05975 | V1022587 | 9/26/2025 | 10/6/2025 | 428.16 | 0 | 0 | 0 | 0 | 0 | 428.16 |
| US Pawn & Surplus | C05975 | V1023569 | 9/26/2025 | 10/6/2025 | 1119.08 | 0 | 0 | 0 | 0 | 0 | 1119.08 |
| US Pawn & Surplus | C05975 | C2344404 | 9/29/2025 | 10/9/2025 | 13.27 | 0 | 0 | 0 | 0 | 13.27 | 0 |
| US Pawn & Surplus | C05975 | V1024125 | 9/30/2025 | 10/10/2025 | 538.6 | 0 | 0 | 0 | 0 | 538.6 | 0 |
| US Pawn & Surplus | C05975 | G0542996 | 10/8/2025 | 10/18/2025 | 174.24 | 0 | 0 | 0 | 0 | 174.24 | 0 |
| US Pawn & Surplus | C05975 | G0542997 | 10/9/2025 | 10/19/2025 | 290.46 | 0 | 0 | 0 | 0 | 290.46 | 0 |
| US Pawn & Surplus | C05975 | V1026383 | 10/9/2025 | 10/19/2025 | 941.28 | 0 | 0 | 0 | 0 | 941.28 | 0 |
| US Pawn & Surplus | C05975 | V1026443 | 10/9/2025 | 10/19/2025 | 560.82 | 0 | 0 | 0 | 0 | 560.82 | 0 |
| Fulton Goodwill Enterprises LLC | C06450 | G0529435 | 7/15/2025 | 10/13/2025 | 1968.06 | 0 | 0 | 0 | 0 | 1968.06 | 0 |
| Fulton Goodwill Enterprises LLC | C06450 | C2336764 | 7/16/2025 | 10/14/2025 | 9485.35 | 0 | 0 | 0 | 9485.35 | 0 | 0 |
| Fulton Goodwill Enterprises LLC | C06450 | V0986837 | 7/16/2025 | 10/14/2025 | 4062.43 | 0 | 0 | 0 | 4062.43 | 0 | 0 |
| Fulton Goodwill Enterprises LLC | C06450 | C2344664 | 10/2/2025 | 11/10/2025 | 1140 | 0 | 0 | 1140 | 0 | 0 | 0 |
| Fulton Goodwill Enterprises LLC | C06450 | G0542394 | 10/2/2025 | 11/10/2025 | 52.96 | 0 | 0 | 52.96 | 0 | 0 | 0 |
| G Evenson Inc | C08124 | G0543858 | 10/20/2025 | 11/10/2025 | 341.31 | 0 | 0 | 341.31 | 0 | 0 | 0 |
| G Evenson Inc | C08124 | V1028527 | 10/21/2025 | 11/10/2025 | 330.54 | 0 | 0 | 330.54 | 0 | 0 | 0 |
| G Evenson Inc | C08124 | F2511C08124G | 11/29/2025 | 12/29/2025 | 3.24 | 3.24 | 0 | 0 | 0 | 0 | 0 |
| G Evenson Inc | C08124 | F2511C08124V | 11/29/2025 | 12/29/2025 | 3.16 | 3.16 | 0 | 0 | 0 | 0 | 0 |
| G Evenson Inc | C08124 | F2512C08124G | 12/1/2025 | 12/31/2025 | 0.34 | 0.34 | 0 | 0 | 0 | 0 | 0 |
| G Evenson Inc | C08124 | F2512C08124V | 12/1/2025 | 12/31/2025 | 0.34 | 0.34 | 0 | 0 | 0 | 0 | 0 |
| Godfreys True Value | C08400 | C2331057 | 6/19/2025 | 11/10/2025 | 3467.24 | 0 | 0 | 216.27 | 0 | 0 | 0 |
| Godfreys True Value | C08400 | C2339165 | 8/4/2025 | 11/10/2025 | 226.05 | 0 | 0 | 7.96 | 0 | 0 | 0 |
| Godfreys True Value | C08400 | G0541833 | 9/29/2025 | 10/29/2025 | 226.27 | 0 | 0 | 0 | 0 | 31.81 | 0 |
| Godfreys True Value | C08400 | V1024332 | 9/29/2025 | 10/29/2025 | 306.15 | 0 | 0 | 0 | 0 | 31.49 | 0 |
| Godfreys True Value | C08400 | C2344473 | 9/30/2025 | 10/30/2025 | 119.34 | 0 | 0 | 0 | 0 | 13.26 | 0 |
| Godfreys True Value | C08400 | G0541994 | 9/30/2025 | 10/30/2025 | 196.07 | 0 | 0 | 0 | 0 | 33 | 0 |
| Godfreys True Value | C08400 | V1024637 | 9/30/2025 | 10/30/2025 | 1799.42 | 0 | 0 | 0 | 0 | 393.33 | 0 |
| Godfreys True Value | C08400 | C2344564 | 10/1/2025 | 10/31/2025 | 44.14 | 0 | 0 | 0 | 0 | 9.14 | 0 |
| Godfreys True Value | C08400 | G0542907 | 10/8/2025 | 11/7/2025 | 394.35 | 0 | 0 | 0 | 0 | 56.12 | 0 |
| Godfreys True Value | C08400 | V1025978 | 10/8/2025 | 11/7/2025 | 507.82 | 0 | 0 | 0 | 0 | 152.33 | 0 |
| Gudowicz Service & Store Inc | C08645 | C2323715 | 5/16/2025 | 6/10/2025 | 7177.28 | 0 | 0 | 0 | 0 | 0 | -179.44 |
| Gull Lake Marina | C08656 | C2144249 | 10/12/2023 | 1/10/2024 | 997.04 | 0 | 0 | 0 | 0 | 0 | -44.34 |
| Gull Lake Marina | C08656 | C2150738-1 | 10/30/2023 | 5/10/2024 | 6902.51 | 0 | 0 | 0 | 0 | 0 | -332.79 |
| Gull Lake Marina | C08656 | C2168982 | 12/14/2023 | 3/13/2024 | 237.17 | 0 | 0 | 0 | 0 | 0 | -113.76 |
| Make A Wake Bait & Tackle | C09527 | V0917664 | 4/8/2025 | 9/10/2025 | 2028.5 | 0 | 0 | 0 | 0 | 0 | -176.19 |
| Irlbeck Outdoors Inc | C09640 | C2296102-2 | 1/14/2025 | 5/14/2025 | 8502.59 | 0 | 0 | 0 | 0 | 0 | 8502.59 |
| Irlbeck Outdoors Inc | C09640 | C2296022-1 | 1/15/2025 | 5/10/2025 | 5659.19 | 0 | 0 | 0 | 0 | 0 | 5659.19 |
| Irlbeck Outdoors Inc | C09640 | C2296022-2 | 1/15/2025 | 6/10/2025 | 5659.19 | 0 | 0 | 0 | 0 | 0 | 5659.19 |
| Irlbeck Outdoors Inc | C09640 | C2296022-3 | 1/15/2025 | 7/10/2025 | 5659.2 | 0 | 0 | 0 | 0 | 0 | 5659.2 |
| Irlbeck Outdoors Inc | C09640 | V0862370-1 | 1/15/2025 | 5/10/2025 | 249.88 | 0 | 0 | 0 | 0 | 0 | 249.88 |
| Irlbeck Outdoors Inc | C09640 | V0862370-2 | 1/15/2025 | 6/10/2025 | 249.88 | 0 | 0 | 0 | 0 | 0 | 249.88 |
| Irlbeck Outdoors Inc | C09640 | V0862370-3 | 1/15/2025 | 7/10/2025 | 249.89 | 0 | 0 | 0 | 0 | 0 | 249.89 |
| Irlbeck Outdoors Inc | C09640 | C2296856-1 | 1/17/2025 | 5/10/2025 | 531.82 | 0 | 0 | 0 | 0 | 0 | 531.82 |
| Irlbeck Outdoors Inc | C09640 | C2296856-2 | 1/17/2025 | 6/10/2025 | 531.82 | 0 | 0 | 0 | 0 | 0 | 531.82 |
| Irlbeck Outdoors Inc | C09640 | C2296856-3 | 1/17/2025 | 7/10/2025 | 531.81 | 0 | 0 | 0 | 0 | 0 | 531.81 |
| Irlbeck Outdoors Inc | C09640 | C2298316-1 | 1/23/2025 | 5/10/2025 | 277.95 | 0 | 0 | 0 | 0 | 0 | 277.95 |
| Irlbeck Outdoors Inc | C09640 | C2298316-2 | 1/23/2025 | 6/10/2025 | 277.95 | 0 | 0 | 0 | 0 | 0 | 277.95 |
| Irlbeck Outdoors Inc | C09640 | C2298316-3 | 1/23/2025 | 7/10/2025 | 277.94 | 0 | 0 | 0 | 0 | 0 | 277.94 |
| Irlbeck Outdoors Inc | C09640 | C2299823 | 1/30/2025 | 4/30/2025 | 2874.18 | 0 | 0 | 0 | 0 | 0 | 2874.18 |
| Irlbeck Outdoors Inc | C09640 | C2299921-1 | 1/31/2025 | 5/1/2025 | 7053.17 | 0 | 0 | 0 | 0 | 0 | 7053.17 |
| Irlbeck Outdoors Inc | C09640 | C2299921-2 | 1/31/2025 | 5/31/2025 | 7053.17 | 0 | 0 | 0 | 0 | 0 | 7053.17 |
| Irlbeck Outdoors Inc | C09640 | C2300051 | 1/31/2025 | 5/1/2025 | 1214.34 | 0 | 0 | 0 | 0 | 0 | 1214.34 |
| Irlbeck Outdoors Inc | C09640 | C2300664-1 | 2/4/2025 | 5/10/2025 | 497.6 | 0 | 0 | 0 | 0 | 0 | 497.6 |
| Irlbeck Outdoors Inc | C09640 | C2300664-2 | 2/4/2025 | 6/10/2025 | 497.6 | 0 | 0 | 0 | 0 | 0 | 497.6 |
| Irlbeck Outdoors Inc | C09640 | C2300664-3 | 2/4/2025 | 7/10/2025 | 497.59 | 0 | 0 | 0 | 0 | 0 | 497.59 |
| Irlbeck Outdoors Inc | C09640 | C2300701 | 2/4/2025 | 5/5/2025 | 1321.36 | 0 | 0 | 0 | 0 | 0 | 1321.36 |
| Irlbeck Outdoors Inc | C09640 | C2301113 | 2/5/2025 | 5/6/2025 | 1392.06 | 0 | 0 | 0 | 0 | 0 | 1392.06 |
| Irlbeck Outdoors Inc | C09640 | C2301420-1 | 2/7/2025 | 5/10/2025 | 595.93 | 0 | 0 | 0 | 0 | 0 | 595.93 |
| Irlbeck Outdoors Inc | C09640 | C2301420-2 | 2/7/2025 | 6/10/2025 | 595.93 | 0 | 0 | 0 | 0 | 0 | 595.93 |
| Irlbeck Outdoors Inc | C09640 | C2301420-3 | 2/7/2025 | 7/10/2025 | 595.94 | 0 | 0 | 0 | 0 | 0 | 595.94 |
| Irlbeck Outdoors Inc | C09640 | C2301516 | 2/7/2025 | 5/8/2025 | 671.46 | 0 | 0 | 0 | 0 | 0 | 671.46 |
| Irlbeck Outdoors Inc | C09640 | C2302333 | 2/11/2025 | 5/12/2025 | 591.32 | 0 | 0 | 0 | 0 | 0 | 591.32 |
| Irlbeck Outdoors Inc | C09640 | C2303879 | 2/18/2025 | 5/19/2025 | 2244.59 | 0 | 0 | 0 | 0 | 0 | 2244.59 |
| Irlbeck Outdoors Inc | C09640 | C2304094-1 | 2/19/2025 | 5/10/2025 | 1082.47 | 0 | 0 | 0 | 0 | 0 | 1082.47 |
| Irlbeck Outdoors Inc | C09640 | C2304094-2 | 2/19/2025 | 6/10/2025 | 1082.47 | 0 | 0 | 0 | 0 | 0 | 1082.47 |
| Irlbeck Outdoors Inc | C09640 | C2304094-3 | 2/19/2025 | 7/10/2025 | 1082.48 | 0 | 0 | 0 | 0 | 0 | 1082.48 |
| Irlbeck Outdoors Inc | C09640 | C2304460 | 2/20/2025 | 5/21/2025 | 997.59 | 0 | 0 | 0 | 0 | 0 | 997.59 |
| Irlbeck Outdoors Inc | C09640 | C2304751-1 | 2/21/2025 | 5/10/2025 | 1688.31 | 0 | 0 | 0 | 0 | 0 | 1688.31 |
| Irlbeck Outdoors Inc | C09640 | C2304751-2 | 2/21/2025 | 6/10/2025 | 1688.31 | 0 | 0 | 0 | 0 | 0 | 1688.31 |
| Irlbeck Outdoors Inc | C09640 | C2304751-3 | 2/21/2025 | 7/10/2025 | 1688.3 | 0 | 0 | 0 | 0 | 0 | 1688.3 |
| Irlbeck Outdoors Inc | C09640 | C2305376-1 | 2/25/2025 | 5/10/2025 | 420 | 0 | 0 | 0 | 0 | 0 | 420 |
| Irlbeck Outdoors Inc | C09640 | C2305376-2 | 2/25/2025 | 6/10/2025 | 420 | 0 | 0 | 0 | 0 | 0 | 420 |
| Irlbeck Outdoors Inc | C09640 | C2305376-3 | 2/25/2025 | 7/10/2025 | 420 | 0 | 0 | 0 | 0 | 0 | 420 |
| Irlbeck Outdoors Inc | C09640 | C2305494 | 2/25/2025 | 5/26/2025 | 2658.94 | 0 | 0 | 0 | 0 | 0 | 2658.94 |
| Irlbeck Outdoors Inc | C09640 | V0887463-1 | 2/25/2025 | 5/10/2025 | 442.87 | 0 | 0 | 0 | 0 | 0 | 442.87 |
| Irlbeck Outdoors Inc | C09640 | V0887463-2 | 2/25/2025 | 6/10/2025 | 442.87 | 0 | 0 | 0 | 0 | 0 | 442.87 |
| Irlbeck Outdoors Inc | C09640 | V0887463-3 | 2/25/2025 | 7/10/2025 | 442.88 | 0 | 0 | 0 | 0 | 0 | 442.88 |
| Irlbeck Outdoors Inc | C09640 | C2305766 | 2/26/2025 | 5/27/2025 | 3460.91 | 0 | 0 | 0 | 0 | 0 | 3460.91 |
| Irlbeck Outdoors Inc | C09640 | C2306051 | 2/27/2025 | 5/28/2025 | 682.38 | 0 | 0 | 0 | 0 | 0 | 682.38 |
| Irlbeck Outdoors Inc | C09640 | C2306457 | 2/28/2025 | 5/29/2025 | 1242.46 | 0 | 0 | 0 | 0 | 0 | 1242.46 |

| Name | Account | Document | Date 1 | Date 2 | Amount | Current | 1-30 | 31-60 | 61-90 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Irlbeck Outdoors Inc | C09640 | C2306895 | 3/3/2025 | 5/2/2025 | 978 | 0 | 0 | 0 | 0 | 978 |
| Irlbeck Outdoors Inc | C09640 | C2307330 | 3/5/2025 | 6/3/2025 | 1569.05 | 0 | 0 | 0 | 0 | 1569.05 |
| Irlbeck Outdoors Inc | C09640 | C2308746 | 3/11/2025 | 6/9/2025 | 843.04 | 0 | 0 | 0 | 0 | 843.04 |
| Irlbeck Outdoors Inc | C09640 | C2309348-2 | 3/13/2025 | 6/10/2025 | 220.8 | 0 | 0 | 0 | 0 | 220.8 |
| Irlbeck Outdoors Inc | C09640 | C2309348-3 | 3/13/2025 | 7/10/2025 | 220.8 | 0 | 0 | 0 | 0 | 220.8 |
| Irlbeck Outdoors Inc | C09640 | C2309631 | 3/14/2025 | 6/12/2025 | 1020.42 | 0 | 0 | 0 | 0 | 1020.42 |
| Irlbeck Outdoors Inc | C09640 | C2310466 | 3/19/2025 | 6/17/2025 | 1917.04 | 0 | 0 | 0 | 0 | 1917.04 |
| Irlbeck Outdoors Inc | C09640 | C2310660-1 | 3/19/2025 | 5/10/2025 | 1033.87 | 0 | 0 | 0 | 0 | 1033.87 |
| Irlbeck Outdoors Inc | C09640 | C2310660-2 | 3/19/2025 | 6/10/2025 | 1033.87 | 0 | 0 | 0 | 0 | 1033.87 |
| Irlbeck Outdoors Inc | C09640 | C2310660-3 | 3/19/2025 | 7/10/2025 | 1033.88 | 0 | 0 | 0 | 0 | 1033.88 |
| Irlbeck Outdoors Inc | C09640 | V0906532 | 3/25/2025 | 5/10/2025 | 262.38 | 0 | 0 | 0 | 0 | 225.33 |
| Irlbeck Outdoors Inc | C09640 | C2312322 | 3/26/2025 | 6/24/2025 | 1198.46 | 0 | 0 | 0 | 0 | 1198.46 |
| Irlbeck Outdoors Inc | C09640 | C2312884 | 3/28/2025 | 6/26/2025 | 979.03 | 0 | 0 | 0 | 0 | 979.03 |
| Irlbeck Outdoors Inc | C09640 | C2313451 | 4/1/2025 | 5/10/2025 | 1703.6 | 0 | 0 | 0 | 0 | 1703.6 |
| Irlbeck Outdoors Inc | C09640 | V0913137 | 4/1/2025 | 5/10/2025 | 120.67 | 0 | 0 | 0 | 0 | 120.67 |
| Irlbeck Outdoors Inc | C09640 | V0914635-1 | 4/2/2025 | 5/10/2025 | 510.24 | 0 | 0 | 0 | 0 | 510.24 |
| Irlbeck Outdoors Inc | C09640 | V0914635-2 | 4/2/2025 | 6/10/2025 | 510.24 | 0 | 0 | 0 | 0 | 510.24 |
| Irlbeck Outdoors Inc | C09640 | V0914635-3 | 4/2/2025 | 7/10/2025 | 510.24 | 0 | 0 | 0 | 0 | 510.24 |
| Irlbeck Outdoors Inc | C09640 | C2314347 | 4/4/2025 | 5/10/2025 | 198.06 | 0 | 0 | 0 | 0 | 198.06 |
| Irlbeck Outdoors Inc | C09640 | C2314480 | 4/4/2025 | 7/3/2025 | 316.45 | 0 | 0 | 0 | 0 | 316.45 |
| Irlbeck Outdoors Inc | C09640 | V0916390 | 4/4/2025 | 5/10/2025 | 476.26 | 0 | 0 | 0 | 0 | 476.26 |
| Irlbeck Outdoors Inc | C09640 | V0916797 | 4/7/2025 | 5/7/2025 | 121.78 | 0 | 0 | 0 | 0 | 121.78 |
| Irlbeck Outdoors Inc | C09640 | C2315179 | 4/8/2025 | 7/7/2025 | 802.46 | 0 | 0 | 0 | 0 | 802.46 |
| Irlbeck Outdoors Inc | C09640 | C2315433-1 | 4/9/2025 | 7/8/2025 | 958.32 | 0 | 0 | 0 | 0 | 958.32 |
| Irlbeck Outdoors Inc | C09640 | C2315433-2 | 4/9/2025 | 8/7/2025 | 958.31 | 0 | 0 | 0 | 0 | 958.31 |
| Irlbeck Outdoors Inc | C09640 | C2315741 | 4/10/2025 | 5/10/2025 | 715.33 | 0 | 0 | 0 | 0 | 715.33 |
| Irlbeck Outdoors Inc | C09640 | C2315860 | 4/10/2025 | 5/10/2025 | 631.43 | 0 | 0 | 0 | 0 | 631.43 |
| Irlbeck Outdoors Inc | C09640 | V0921015 | 4/10/2025 | 5/10/2025 | 204.01 | 0 | 0 | 0 | 0 | 204.01 |
| Irlbeck Outdoors Inc | C09640 | V0921107 | 4/10/2025 | 5/10/2025 | 57.15 | 0 | 0 | 0 | 0 | 57.15 |
| Irlbeck Outdoors Inc | C09640 | C2316540 | 4/15/2025 | 5/10/2025 | 382.07 | 0 | 0 | 0 | 0 | 382.07 |
| Irlbeck Outdoors Inc | C09640 | C2316801-1 | 4/15/2025 | 5/10/2025 | 2398.97 | 0 | 0 | 0 | 0 | 2398.97 |
| Irlbeck Outdoors Inc | C09640 | C2316801-2 | 4/15/2025 | 6/10/2025 | 2398.97 | 0 | 0 | 0 | 0 | 2398.97 |
| Irlbeck Outdoors Inc | C09640 | C2316801-3 | 4/15/2025 | 7/10/2025 | 2398.96 | 0 | 0 | 0 | 0 | 2398.96 |
| Irlbeck Outdoors Inc | C09640 | V0922681 | 4/15/2025 | 5/10/2025 | 265.09 | 0 | 0 | 0 | 0 | 265.09 |
| Irlbeck Outdoors Inc | C09640 | C2317047 | 4/16/2025 | 5/10/2025 | 1045.82 | 0 | 0 | 0 | 0 | 1045.82 |
| Irlbeck Outdoors Inc | C09640 | C2317080 | 4/16/2025 | 7/15/2025 | 670.61 | 0 | 0 | 0 | 0 | 670.61 |
| Irlbeck Outdoors Inc | C09640 | V0924196 | 4/16/2025 | 5/10/2025 | 155.57 | 0 | 0 | 0 | 0 | 155.57 |
| Irlbeck Outdoors Inc | C09640 | C2318991-1 | 4/25/2025 | 6/10/2025 | 181.42 | 0 | 0 | 0 | 0 | 181.42 |
| Irlbeck Outdoors Inc | C09640 | C2318991-2 | 4/25/2025 | 6/10/2025 | 181.42 | 0 | 0 | 0 | 0 | 181.42 |
| Irlbeck Outdoors Inc | C09640 | C2318991-3 | 4/25/2025 | 7/10/2025 | 181.43 | 0 | 0 | 0 | 0 | 181.43 |
| Irlbeck Outdoors Inc | C09640 | C2319250 | 4/25/2025 | 7/24/2025 | 1736.3 | 0 | 0 | 0 | 0 | 1736.3 |
| Irlbeck Outdoors Inc | C09640 | C2319452 | 4/28/2025 | 6/10/2025 | 744.01 | 0 | 0 | 0 | 0 | 744.01 |
| Irlbeck Outdoors Inc | C09640 | V0932013 | 4/28/2025 | 6/10/2025 | 426.71 | 0 | 0 | 0 | 0 | 426.71 |
| Irlbeck Outdoors Inc | C09640 | C2320751 | 5/2/2025 | 6/10/2025 | 355.28 | 0 | 0 | 0 | 0 | 355.28 |
| Irlbeck Outdoors Inc | C09640 | C2320855-1 | 5/2/2025 | 6/10/2025 | 107.8 | 0 | 0 | 0 | 0 | 107.8 |
| Irlbeck Outdoors Inc | C09640 | C2320855-2 | 5/2/2025 | 6/10/2025 | 107.8 | 0 | 0 | 0 | 0 | 107.8 |
| Irlbeck Outdoors Inc | C09640 | C2320855-3 | 5/2/2025 | 7/10/2025 | 107.81 | 0 | 0 | 0 | 0 | 107.81 |
| Irlbeck Outdoors Inc | C09640 | V0936488 | 5/2/2025 | 6/10/2025 | 215.99 | 0 | 0 | 0 | 0 | 215.99 |
| Irlbeck Outdoors Inc | C09640 | C2321092-1 | 5/5/2025 | 6/10/2025 | 85.63 | 0 | 0 | 0 | 0 | 85.63 |
| Irlbeck Outdoors Inc | C09640 | C2321092-2 | 5/5/2025 | 6/10/2025 | 85.63 | 0 | 0 | 0 | 0 | 85.63 |
| Irlbeck Outdoors Inc | C09640 | C2321092-3 | 5/5/2025 | 7/10/2025 | 85.64 | 0 | 0 | 0 | 0 | 85.64 |
| Irlbeck Outdoors Inc | C09640 | C2321867 | 5/7/2025 | 6/6/2025 | 488.74 | 0 | 0 | 0 | 0 | 488.74 |
| Irlbeck Outdoors Inc | C09640 | C2322146 | 5/8/2025 | 6/10/2025 | 375.17 | 0 | 0 | 0 | 0 | 375.17 |
| Irlbeck Outdoors Inc | C09640 | V0941092 | 5/8/2025 | 6/10/2025 | 219.92 | 0 | 0 | 0 | 0 | 219.92 |
| Irlbeck Outdoors Inc | C09640 | C2322396 | 5/9/2025 | 6/10/2025 | 731.49 | 0 | 0 | 0 | 0 | 731.49 |
| Irlbeck Outdoors Inc | C09640 | V0941526 | 5/9/2025 | 6/10/2025 | 377.15 | 0 | 0 | 0 | 0 | 377.15 |
| Irlbeck Outdoors Inc | C09640 | C2323037 | 5/14/2025 | 6/10/2025 | 391.3 | 0 | 0 | 0 | 0 | 391.3 |
| Irlbeck Outdoors Inc | C09640 | V0943937 | 5/14/2025 | 6/10/2025 | 198.98 | 0 | 0 | 0 | 0 | 198.98 |
| Irlbeck Outdoors Inc | C09640 | C2323470-1 | 5/16/2025 | 6/10/2025 | 176.23 | 0 | 0 | 0 | 0 | 176.23 |
| Irlbeck Outdoors Inc | C09640 | C2323470-2 | 5/16/2025 | 6/10/2025 | 176.23 | 0 | 0 | 0 | 0 | 176.23 |
| Irlbeck Outdoors Inc | C09640 | C2323470-3 | 5/16/2025 | 7/10/2025 | 176.23 | 0 | 0 | 0 | 0 | 176.23 |
| Irlbeck Outdoors Inc | C09640 | V0961604 | 6/5/2025 | 6/5/2025 | -625 | 0 | 0 | 0 | 0 | -625 |
| Independent Oil Company | C10023 | C2034747 | 1/18/2023 | 2/10/2023 | 393.93 | 0 | 0 | 0 | 0 | -264.22 |
| Saint Germain Sport Marine Inc | C10170 | C2343585 | 9/15/2025 | 10/10/2025 | 1039.06 | 0 | 0 | 0 | 1039.06 | 0 |
| Saint Germain Sport Marine Inc | C10170 | V1019527 | 9/17/2025 | 10/10/2025 | 1605.04 | 0 | 0 | 0 | 1605.04 | 0 |
| Saint Germain Sport Marine Inc | C10170 | F2510C10170C | 10/30/2025 | 11/29/2025 | 10.39 | 0 | 10.39 | 0 | 0 | |
| Saint Germain Sport Marine Inc | C10170 | F2510C10170V | 10/30/2025 | 11/29/2025 | 16.04 | 0 | 16.04 | 0 | 0 | |
| Saint Germain Sport Marine Inc | C10170 | F2511C10170C | 11/19/2025 | 12/19/2025 | 10.4 | 10.4 | 0 | 0 | 0 | |
| Saint Germain Sport Marine Inc | C10170 | F2511C10170V | 11/19/2025 | 12/19/2025 | 16 | 16 | 0 | 0 | 0 | |
| JR's Inc. | C10528 | C2094886 | 5/31/2023 | 7/10/2023 | 681.62 | 0 | 0 | 0 | 0 | -438.67 |
| Ken's Supermarket Inc | C10855 | G0516628 | 5/28/2025 | 7/10/2025 | 176.17 | 0 | 0 | 0 | 0 | -116.35 |
| Ken's Supermarket Inc | C10855 | G0518067 | 6/4/2025 | 7/10/2025 | 668.29 | 0 | 0 | 0 | 0 | -498 |
| Ken's Supermarket Inc | C10855 | C2327888 | 6/6/2025 | 7/10/2025 | 356.24 | 0 | 0 | 0 | 0 | -356.24 |
| Ken's Supermarket Inc | C10855 | C2327926 | 6/6/2025 | 9/4/2025 | 9220.08 | 0 | 0 | 0 | 0 | -8928.48 |
| Ken's Supermarket Inc | C10855 | V0965009 | 6/13/2025 | 7/10/2025 | 724.32 | 0 | 0 | 0 | 0 | -724.32 |
| Ken's Supermarket Inc | C10855 | C2330571 | 6/17/2025 | 7/10/2025 | 435.69 | 0 | 0 | 0 | 0 | -435.69 |
| Ken's Supermarket Inc | C10855 | G0522103 | 6/17/2025 | 7/10/2025 | 485.91 | 0 | 0 | 0 | 0 | -485.91 |
| Ken's Supermarket Inc | C10855 | V0969815 | 6/18/2025 | 7/10/2025 | 292.69 | 0 | 0 | 0 | 0 | -292.69 |
| Ken's Supermarket Inc | C10855 | C2332396 | 6/24/2025 | 7/10/2025 | 403.62 | 0 | 0 | 0 | 0 | -403.62 |
| Ken's Supermarket Inc | C10855 | G0523874 | 6/24/2025 | 7/10/2025 | 98.35 | 0 | 0 | 0 | 0 | -98.35 |
| Ken's Supermarket Inc | C10855 | C2334001 | 7/1/2025 | 8/10/2025 | 424.31 | 0 | 0 | 0 | 0 | -416.37 |
| Bruce Kreofsky & Sons Inc | C10985 | V1011978 | 8/27/2025 | 8/27/2025 | -56.76 | 0 | 0 | 0 | 0 | -54.65 |
| Laibs Gunsmithing | C11446 | C2094350 | 5/30/2023 | 6/14/2023 | 260.88 | 0 | 0 | 0 | 0 | -28.27 |
| Laibs Gunsmithing | C11446 | C2131192 | 9/7/2023 | 9/17/2023 | 368.6 | 0 | 0 | 0 | 0 | -33.89 |
| Lakeside Supplies, LLC | C11539 | C2316944 | 4/17/2025 | 9/10/2025 | 10302.85 | 0 | 0 | 0 | 0 | 10302.85 |
| Lakeside Supplies, LLC | C11539 | C2332823 | 6/26/2025 | 10/10/2025 | 1949.2 | 0 | 0 | 0 | 1949.2 | 0 |
| Lakeside Supplies, LLC | C11539 | V0974792 | 6/26/2025 | 10/10/2025 | 3124.91 | 0 | 0 | 0 | 3124.91 | 0 |
| Lakeside Supplies, LLC | C11539 | C2342581 | 9/8/2025 | 10/10/2025 | 475.41 | 0 | 0 | 0 | 475.41 | 0 |
| Lakeside Supplies, LLC | C11539 | C2343723 | 9/16/2025 | 10/10/2025 | 311.36 | 0 | 0 | 0 | 311.36 | 0 |
| Lakeside Supplies, LLC | C11539 | V1019681 | 9/17/2025 | 10/10/2025 | 627.08 | 0 | 0 | 0 | 627.08 | 0 |
| Lakeside Supplies, LLC | C11539 | V1019847 | 9/19/2025 | 10/10/2025 | 943.5 | 0 | 0 | 0 | 943.5 | 0 |
| Lakeside Supplies, LLC | C11539 | F2509C11539C | 9/29/2025 | 10/29/2025 | 113.17 | 0 | 0 | 0 | 113.17 | 0 |
| Lakeside Supplies, LLC | C11539 | F2510C11539C | 10/30/2025 | 11/29/2025 | 202.83 | 0 | 202.83 | 0 | 0 | |
| Lakeside Supplies, LLC | C11539 | F2511C11539C | 11/29/2025 | 12/5/2025 | 198.66 | 0 | 177.57 | 0 | 0 | |

| Name | Code | Ref | Date 1 | Date 2 | Amount | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lakeside Supplies, LLC | C11539 | F2511C11539V | 11/29/2025 | 12/5/2025 | 70.5 | 0 | 0 | 63.45 | 0 | 0 |
| Lakeside Supplies, LLC | C11539 | F2512C11539C | 12/1/2025 | 12/31/2025 | 13.04 | 13.04 | 0 | 0 | 0 | 0 |
| Lakeside Supplies, LLC | C11539 | F2512C11539V | 12/1/2025 | 12/31/2025 | 4.7 | 4.7 | 0 | 0 | 0 | 0 |
| Little Jim's Sports | C12010 | C2298026-2 | 1/23/2025 | 6/10/2025 | 1571.08 | 0 | 0 | 0 | 0 | 1571.08 |
| Little Jim's Sports | C12010 | C2298026-3 | 1/23/2025 | 7/10/2025 | 1571.08 | 0 | 0 | 0 | 0 | 1571.08 |
| Little Jim's Sports | C12010 | V0867861-2 | 1/27/2025 | 6/10/2025 | 400.51 | 0 | 0 | 0 | 0 | 400.51 |
| Little Jim's Sports | C12010 | V0867861-3 | 1/27/2025 | 7/10/2025 | 400.51 | 0 | 0 | 0 | 0 | 400.51 |
| Little Jim's Sports | C12010 | G0485389-2 | 1/28/2025 | 6/10/2025 | 647.99 | 0 | 0 | 0 | 0 | 647.99 |
| Little Jim's Sports | C12010 | G0485389-3 | 1/28/2025 | 7/10/2025 | 648 | 0 | 0 | 0 | 0 | 648 |
| Little Jim's Sports | C12010 | C2299281-1 | 1/29/2025 | 5/10/2025 | 2935.26 | 0 | 0 | 0 | 0 | 2935.26 |
| Little Jim's Sports | C12010 | C2299281-2 | 1/29/2025 | 6/10/2025 | 2935.26 | 0 | 0 | 0 | 0 | 2935.26 |
| Little Jim's Sports | C12010 | C2299281-3 | 1/29/2025 | 7/10/2025 | 2935.25 | 0 | 0 | 0 | 0 | 2935.25 |
| Little Jim's Sports | C12010 | C2299907-3 | 1/31/2025 | 7/10/2025 | 101.19 | 0 | 0 | 0 | 0 | 101.19 |
| Little Jim's Sports | C12010 | V0871621-2 | 2/3/2025 | 6/10/2025 | 664.71 | 0 | 0 | 0 | 0 | 664.71 |
| Little Jim's Sports | C12010 | V0871621-3 | 2/3/2025 | 7/10/2025 | 664.7 | 0 | 0 | 0 | 0 | 664.7 |
| Little Jim's Sports | C12010 | C2301114-3 | 2/5/2025 | 7/10/2025 | 162.28 | 0 | 0 | 0 | 0 | 162.28 |
| Little Jim's Sports | C12010 | C2302631-2 | 2/12/2025 | 6/10/2025 | 1023.16 | 0 | 0 | 0 | 0 | 1023.16 |
| Little Jim's Sports | C12010 | C2302631-3 | 2/12/2025 | 7/10/2025 | 1023.15 | 0 | 0 | 0 | 0 | 1023.15 |
| Little Jim's Sports | C12010 | C2303965-3 | 2/18/2025 | 7/10/2025 | 283.74 | 0 | 0 | 0 | 0 | 283.74 |
| Little Jim's Sports | C12010 | C2304423-3 | 2/20/2025 | 7/10/2025 | 374.24 | 0 | 0 | 0 | 0 | 374.24 |
| Little Jim's Sports | C12010 | C2304768-2 | 2/21/2025 | 6/10/2025 | 511.83 | 0 | 0 | 0 | 0 | 511.83 |
| Little Jim's Sports | C12010 | C2304768-3 | 2/21/2025 | 7/10/2025 | 511.82 | 0 | 0 | 0 | 0 | 511.82 |
| Little Jim's Sports | C12010 | C2307773-2 | 3/6/2025 | 6/10/2025 | 391.79 | 0 | 0 | 0 | 0 | 391.79 |
| Little Jim's Sports | C12010 | C2307773-3 | 3/6/2025 | 7/10/2025 | 391.8 | 0 | 0 | 0 | 0 | 391.8 |
| Little Jim's Sports | C12010 | C2309254-3 | 3/13/2025 | 7/10/2025 | 319.63 | 0 | 0 | 0 | 0 | 319.63 |
| Little Jim's Sports | C12010 | C2310669-2 | 3/19/2025 | 6/10/2025 | 548.3 | 0 | 0 | 0 | 0 | 548.3 |
| Little Jim's Sports | C12010 | C2310669-3 | 3/19/2025 | 7/10/2025 | 548.29 | 0 | 0 | 0 | 0 | 548.29 |
| Little Jim's Sports | C12010 | C2311398-3 | 3/21/2025 | 7/10/2025 | 116.95 | 0 | 0 | 0 | 0 | 116.95 |
| Little Jim's Sports | C12010 | C2311576 | 3/24/2025 | 9/10/2025 | 709.8 | 0 | 0 | 0 | 0 | 709.8 |
| Little Jim's Sports | C12010 | V0907331 | 3/25/2025 | 9/10/2025 | 1485.58 | 0 | 0 | 0 | 0 | 1485.58 |
| Little Jim's Sports | C12010 | C2313181 | 3/31/2025 | 5/10/2025 | 4717.92 | 0 | 0 | 0 | 0 | 4717.92 |
| Little Jim's Sports | C12010 | V0909551-2 | 3/31/2025 | 6/10/2025 | 615.44 | 0 | 0 | 0 | 0 | 615.44 |
| Little Jim's Sports | C12010 | V0909551-3 | 3/31/2025 | 7/10/2025 | 615.44 | 0 | 0 | 0 | 0 | 615.44 |
| Little Jim's Sports | C12010 | C2313710 | 4/1/2025 | 6/30/2025 | 742.46 | 0 | 0 | 0 | 0 | 742.46 |
| Little Jim's Sports | C12010 | V0912977 | 4/1/2025 | 7/10/2025 | 993.14 | 0 | 0 | 0 | 0 | 993.14 |
| Little Jim's Sports | C12010 | V0914637-1 | 4/3/2025 | 5/10/2025 | 684.15 | 0 | 0 | 0 | 0 | 684.15 |
| Little Jim's Sports | C12010 | V0914637-2 | 4/3/2025 | 6/10/2025 | 684.15 | 0 | 0 | 0 | 0 | 684.15 |
| Little Jim's Sports | C12010 | V0914637-3 | 4/3/2025 | 7/10/2025 | 684.16 | 0 | 0 | 0 | 0 | 684.16 |
| Little Jim's Sports | C12010 | V0921194-3 | 4/11/2025 | 7/10/2025 | 144.59 | 0 | 0 | 0 | 0 | 144.59 |
| Little Jim's Sports | C12010 | C2316799-3 | 4/15/2025 | 7/10/2025 | 198.73 | 0 | 0 | 0 | 0 | 198.73 |
| Little Jim's Sports | C12010 | C2316856 | 4/16/2025 | 7/10/2025 | 1927.17 | 0 | 0 | 0 | 0 | 1927.17 |
| Little Jim's Sports | C12010 | C2318168 | 4/22/2025 | 5/10/2025 | 2344.05 | 0 | 0 | 0 | 0 | 2344.05 |
| Little Jim's Sports | C12010 | V0928697 | 4/22/2025 | 5/10/2025 | 681.04 | 0 | 0 | 0 | 0 | 681.04 |
| Little Jim's Sports | C12010 | V0928874-2 | 4/22/2025 | 6/10/2025 | 226.56 | 0 | 0 | 0 | 0 | 226.56 |
| Little Jim's Sports | C12010 | V0928874-3 | 4/22/2025 | 7/10/2025 | 226.55 | 0 | 0 | 0 | 0 | 226.55 |
| Little Jim's Sports | C12010 | C2318993-3 | 4/28/2025 | 7/10/2025 | 170.14 | 0 | 0 | 0 | 0 | 170.14 |
| Little Jim's Sports | C12010 | C2319641-1 | 4/29/2025 | 5/10/2025 | 628.01 | 0 | 0 | 0 | 0 | 628.01 |
| Little Jim's Sports | C12010 | C2319641-2 | 4/29/2025 | 6/10/2025 | 628.01 | 0 | 0 | 0 | 0 | 628.01 |
| Little Jim's Sports | C12010 | C2319641-3 | 4/29/2025 | 7/10/2025 | 628 | 0 | 0 | 0 | 0 | 628 |
| Little Jim's Sports | C12010 | V0934021-1 | 4/30/2025 | 5/10/2025 | 207.57 | 0 | 0 | 0 | 0 | 207.57 |
| Little Jim's Sports | C12010 | V0934021-2 | 4/30/2025 | 6/10/2025 | 207.57 | 0 | 0 | 0 | 0 | 207.57 |
| Little Jim's Sports | C12010 | V0934021-3 | 4/30/2025 | 7/10/2025 | 207.56 | 0 | 0 | 0 | 0 | 207.56 |
| Little Jim's Sports | C12010 | C2320600-3 | 5/2/2025 | 7/10/2025 | 215.34 | 0 | 0 | 0 | 0 | 215.34 |
| Little Jim's Sports | C12010 | C2321232 | 5/6/2025 | 6/10/2025 | 368.75 | 0 | 0 | 0 | 0 | 368.75 |
| Little Jim's Sports | C12010 | V0937116 | 5/6/2025 | 6/10/2025 | 264.96 | 0 | 0 | 0 | 0 | 264.96 |
| Little Jim's Sports | C12010 | C2321803-3 | 5/8/2025 | 7/10/2025 | 251.03 | 0 | 0 | 0 | 0 | 251.03 |
| Little Jim's Sports | C12010 | C2324114 | 5/20/2025 | 6/10/2025 | 591.44 | 0 | 0 | 0 | 0 | 591.44 |
| Little Jim's Sports | C12010 | V0947441 | 5/21/2025 | 6/10/2025 | 660.79 | 0 | 0 | 0 | 0 | 660.79 |
| Little Jim's Sports | C12010 | V0949119-1 | 5/22/2025 | 6/10/2025 | 135.48 | 0 | 0 | 0 | 0 | 135.48 |
| Little Jim's Sports | C12010 | V0949119-2 | 5/22/2025 | 6/10/2025 | 135.48 | 0 | 0 | 0 | 0 | 135.48 |
| Little Jim's Sports | C12010 | V0949119-3 | 5/22/2025 | 7/10/2025 | 135.48 | 0 | 0 | 0 | 0 | 135.48 |
| Little Jim's Sports | C12010 | C2327032 | 6/3/2025 | 8/2/2025 | 348.51 | 0 | 0 | 0 | 0 | 348.51 |
| Little Jim's Sports | C12010 | V0962246 | 6/9/2025 | 8/8/2025 | 571.61 | 0 | 0 | 0 | 0 | 571.61 |
| Little Jim's Sports | C12010 | C2328464 | 6/10/2025 | 7/10/2025 | 262.27 | 0 | 0 | 0 | 0 | 262.27 |
| Little Jim's Sports | C12010 | G0519393 | 6/10/2025 | 7/10/2025 | 111.4 | 0 | 0 | 0 | 0 | 111.4 |
| Little Jim's Sports | C12010 | V0962950 | 6/11/2025 | 7/10/2025 | 300.38 | 0 | 0 | 0 | 0 | 300.38 |
| Lynns Dakotamart | C12188 | C2335717 | 7/9/2025 | 8/10/2025 | 349.17 | 0 | 0 | 0 | 0 | 349.17 |
| Lynns Dakotamart | C12188 | F2508C12188C | 8/30/2025 | 9/29/2025 | 3.46 | 0 | 0 | 0 | 0 | 3.46 |
| Lynns Dakotamart | C12188 | F2509C12188C | 9/29/2025 | 10/29/2025 | 5.1 | 0 | 0 | 0 | 5.1 | 0 |
| Lynns Dakotamart | C12188 | F2510C12188C | 10/30/2025 | 11/29/2025 | 5.27 | 0 | 0 | 5.27 | 0 | 0 |
| Lynns Dakotamart | C12188 | F2511C12188C | 11/29/2025 | 12/29/2025 | 5.1 | 5.1 | 0 | 0 | 0 | 0 |
| Lynns Dakotamart | C12188 | F2512C12188C | 12/1/2025 | 12/31/2025 | 0.34 | 0.34 | 0 | 0 | 0 | 0 |
| Lynns Dakotamart | C12194 | C2337087 | 7/18/2025 | 7/18/2025 | -44.8 | 0 | 0 | 0 | 0 | -44.8 |
| M & N Supply Inc | C12340 | R2739280 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | -250 |
| Minnesota Marine Industries Inc. | C12485 | V1029248 | 10/23/2025 | 10/23/2025 | -198.63 | 0 | 0 | -198.63 | 0 | 0 |
| Waters Edge Recreation, LLC | C12730 | C2299129-3 | 1/28/2025 | 7/10/2025 | 2732.89 | 0 | 0 | 0 | 0 | 2732.89 |
| Waters Edge Recreation, LLC | C12730 | V0866464-3 | 1/28/2025 | 7/10/2025 | 426.6 | 0 | 0 | 0 | 0 | 426.6 |
| Waters Edge Recreation, LLC | C12730 | C2300148-3 | 2/3/2025 | 7/10/2025 | 235.83 | 0 | 0 | 0 | 0 | 235.83 |
| Waters Edge Recreation, LLC | C12730 | C0487187-3 | 2/5/2025 | 7/10/2025 | 424.09 | 0 | 0 | 0 | 0 | 424.09 |
| Waters Edge Recreation, LLC | C12730 | C2301395-3 | 2/7/2025 | 7/10/2025 | 454.63 | 0 | 0 | 0 | 0 | 454.63 |
| Waters Edge Recreation, LLC | C12730 | C2305239-3 | 2/24/2025 | 7/10/2025 | 379.96 | 0 | 0 | 0 | 0 | 379.96 |
| Waters Edge Recreation, LLC | C12730 | C2309434-3 | 3/13/2025 | 7/10/2025 | 203.63 | 0 | 0 | 0 | 0 | 203.63 |
| Waters Edge Recreation, LLC | C12730 | C2311054-3 | 3/21/2025 | 7/10/2025 | 115.96 | 0 | 0 | 0 | 0 | 115.96 |
| Waters Edge Recreation, LLC | C12730 | V0911850-3 | 3/31/2025 | 7/10/2025 | 191.73 | 0 | 0 | 0 | 0 | 191.73 |
| Waters Edge Recreation, LLC | C12730 | C2315440-3 | 4/9/2025 | 7/10/2025 | 105.07 | 0 | 0 | 0 | 0 | 105.07 |
| Waters Edge Recreation, LLC | C12730 | C2333109 | 6/26/2025 | 8/25/2025 | 1549.25 | 0 | 0 | 0 | 0 | 1549.25 |
| Waters Edge Recreation, LLC | C12730 | C2338789 | 7/31/2025 | 7/31/2025 | -181.8 | 0 | 0 | 0 | 0 | -181.8 |
| Midwest Supply | C12860 | C2022155 | 12/14/2022 | 1/10/2023 | 525.4 | 0 | 0 | 0 | 0 | -377.81 |
| Midwest Supply | C12860 | C2023766 | 12/19/2022 | 1/10/2023 | 619.2 | 0 | 0 | 0 | 0 | -583.37 |
| Mosiers Sporting Goods | C13032 | C2328803 | 6/10/2025 | 6/10/2025 | -9.54 | 0 | 0 | 0 | 0 | -9.54 |
| Morris Co-Op Association | C13059 | C2170669 | 12/19/2023 | 1/10/2024 | 599.39 | 0 | 0 | 0 | 0 | -168.1 |
| Northome Rental & Hardware, Inc. | C13670 | V0985621 | 7/14/2025 | 8/10/2025 | 87.57 | 0 | 0 | 0 | 0 | -20 |
| Oemigs Sport Shop, LLC | C13968 | C2315817 | 4/10/2025 | 4/10/2025 | -25 | 0 | 0 | 0 | 0 | -25 |
| Thorne Brothers LLC | C14170 | G0479649 | 1/3/2025 | 1/3/2025 | -241.72 | 0 | 0 | 0 | 0 | -220.92 |

| Name | Account | Invoice | Date 1 | Date 2 | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thorne Brothers LLC | C14170 | V0961609 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Prince Bait & Marine Inc | C14632 | G0535853 | 8/29/2025 | 10/10/2025 | 3320.77 | 0 | 0 | 0 | 0 | -156.49 | 0 |
| Prince Bait & Marine Inc | C14632 | G0537589 | 9/9/2025 | 10/10/2025 | 372.46 | 0 | 0 | 0 | 0 | -330.09 | 0 |
| Prince Bait & Marine Inc | C14632 | C2344012 | 9/18/2025 | 10/10/2025 | 94.32 | 0 | 0 | 0 | 0 | -87.69 | 0 |
| Prince Bait & Marine Inc | C14632 | G0540893 | 9/22/2025 | 10/10/2025 | 216.48 | 0 | 0 | 0 | 0 | -182.24 | 0 |
| Prince Bait & Marine Inc | C14632 | G0541569 | 9/23/2025 | 10/10/2025 | 1588.91 | 0 | 0 | 0 | 0 | -262.87 | 0 |
| Prince Bait & Marine Inc | C14632 | V1022200 | 9/23/2025 | 10/10/2025 | 497.6 | 0 | 0 | 0 | 0 | -413.79 | 0 |
| Prince Bait & Marine Inc | C14632 | C2344234 | 9/24/2025 | 10/10/2025 | 859.07 | 0 | 0 | 0 | 0 | -372.49 | 0 |
| Prince Bait & Marine Inc | C14632 | V1023329 | 9/24/2025 | 10/10/2025 | 400.12 | 0 | 0 | 0 | 0 | -292.43 | 0 |
| Products Unlimited | C14641 | C2297348 | 1/20/2025 | 2/4/2025 | 136.72 | 0 | 0 | 0 | 0 | 0 | -136.72 |
| Iceblock Investments Inc | C14643 | C2280362 | 11/5/2024 | 11/5/2024 | -265.46 | 0 | 0 | 0 | 0 | 0 | -265.46 |
| R & R Sports Inc | C14721 | G0539020 | 9/12/2025 | 10/10/2025 | 409.77 | 0 | 0 | 0 | 0 | 276.02 | 0 |
| R & R Sports Inc | C14721 | V1016860 | 9/16/2025 | 10/10/2025 | 516 | 0 | 0 | 0 | 0 | 516 | 0 |
| R & R Sports Inc | C14721 | V1019682 | 9/18/2025 | 10/10/2025 | 926.23 | 0 | 0 | 0 | 0 | 926.23 | 0 |
| R & R Sports Inc | C14721 | V1022248 | 9/23/2025 | 10/10/2025 | 437.39 | 0 | 0 | 0 | 0 | 437.39 | 0 |
| R & R Sports Inc | C14721 | V1022148 | 9/24/2025 | 10/10/2025 | 530.74 | 0 | 0 | 0 | 0 | 530.74 | 0 |
| R & R Sports Inc | C14721 | V1028558 | 10/20/2025 | 11/10/2025 | 330.71 | 0 | 0 | 0 | 330.71 | 0 | 0 |
| R & R Sports Inc | C14721 | G0543896 | 9/10/2025 | 9/10/2025 | 90.29 | 0 | 0 | 0 | 90.29 | 0 | 0 |
| Denison Enterprises, Inc | C14836 | C2305988 | 2/27/2025 | 9/10/2025 | 1649.07 | 0 | 0 | 0 | 0 | 0 | -1649.07 |
| Red Dot Arms Inc | C14935 | C2243287 | 7/3/2024 | 10/1/2024 | 7680.21 | 0 | 0 | 0 | 0 | 0 | 4180.21 |
| Red Dot Arms Inc | C14935 | C2246979 | 7/15/2024 | 10/13/2024 | 2842.32 | 0 | 0 | 0 | 0 | 0 | 2842.32 |
| Red Dot Arms Inc | C14935 | C2250183 | 7/26/2024 | 10/24/2024 | 4270.93 | 0 | 0 | 0 | 0 | 0 | 4270.93 |
| Red Dot Arms Inc | C14935 | C2253575 | 8/6/2024 | 11/4/2024 | 4221.54 | 0 | 0 | 0 | 0 | 0 | 3721.54 |
| Rorko Inc | C15281 | C2112298 | 7/19/2023 | 7/19/2023 | -52.5 | 0 | 0 | 0 | 0 | 0 | -52.5 |
| Sport N'Bike Inc | C15472 | V0952708 | 5/28/2025 | 7/10/2025 | 574 | 0 | 0 | 0 | 0 | 0 | 574 |
| Sport N'Bike Inc | C15472 | C2330124 | 6/16/2025 | 7/10/2025 | 2381.65 | 0 | 0 | 0 | 0 | 0 | 2381.65 |
| Sport N'Bike Inc | C15472 | V0968436 | 6/16/2025 | 7/10/2025 | 51.71 | 0 | 0 | 0 | 0 | 0 | 51.71 |
| Sport N'Bike Inc | C15472 | C2332164 | 6/24/2025 | 7/10/2025 | 443.25 | 0 | 0 | 0 | 0 | 0 | 443.25 |
| Sport N'Bike Inc | C15472 | G0523182 | 6/24/2025 | 7/10/2025 | 95.71 | 0 | 0 | 0 | 0 | 0 | 95.71 |
| Sport N'Bike Inc | C15472 | V1010443 | 8/25/2025 | 10/10/2025 | 259.17 | 0 | 0 | 0 | 0 | 259.17 | 0 |
| Sport N'Bike Inc | C15472 | C2342416 | 9/4/2025 | 10/10/2025 | 1034.5 | 0 | 0 | 0 | 0 | 1034.5 | 0 |
| Sport N'Bike Inc | C15472 | C2342472 | 9/4/2025 | 10/10/2025 | 668.04 | 0 | 0 | 0 | 0 | 668.04 | 0 |
| Sport N'Bike Inc | C15472 | V1010480 | 9/4/2025 | 10/10/2025 | 232.8 | 0 | 0 | 0 | 0 | 232.8 | 0 |
| Sport N'Bike Inc | C15472 | G0536890 | 9/5/2025 | 10/10/2025 | 546.63 | 0 | 0 | 0 | 0 | 546.63 | 0 |
| Sport N'Bike Inc | C15472 | G0541962 | 9/29/2025 | 11/10/2025 | 844.42 | 0 | 0 | 0 | 844.42 | 0 | 0 |
| Sport N'Bike Inc | C15472 | V1024526 | 9/29/2025 | 11/10/2025 | 16.19 | 0 | 0 | 0 | 16.19 | 0 | 0 |
| Sport N'Bike Inc | C15472 | C2344500 | 9/30/2025 | 11/10/2025 | 2038.63 | 0 | 0 | 0 | 2038.63 | 0 | 0 |
| Sport N'Bike Inc | C15472 | V1024531 | 9/30/2025 | 11/10/2025 | 337.77 | 0 | 0 | 0 | 337.77 | 0 | 0 |
| Sport N'Bike Inc | C15472 | V1024532 | 9/30/2025 | 11/10/2025 | 91.28 | 0 | 0 | 0 | 91.28 | 0 | 0 |
| Sport N'Bike Inc | C15472 | V1024533 | 9/30/2025 | 11/10/2025 | 36.7 | 0 | 0 | 0 | 36.7 | 0 | 0 |
| Sport N'Bike Inc | C15472 | V1024534 | 9/30/2025 | 11/10/2025 | 464.04 | 0 | 0 | 0 | 464.04 | 0 | 0 |
| Sport N'Bike Inc | C15472 | C2344908 | 10/8/2025 | 11/10/2025 | 264.55 | 0 | 0 | 0 | 264.55 | 0 | 0 |
| Sport N'Bike Inc | C15472 | G0542999 | 10/9/2025 | 11/10/2025 | 468.43 | 0 | 0 | 0 | 468.43 | 0 | 0 |
| Sport N'Bike Inc | C15472 | V1026384 | 10/9/2025 | 11/10/2025 | 4461.1 | 0 | 0 | 0 | 4461.1 | 0 | 0 |
| Sport N'Bike Inc | C15472 | UNSP5594 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | 0 | -151.2 | 0 |
| Sandhill Oil Co Inc | C15595 | C2318017 | 4/21/2025 | 5/10/2025 | 713.26 | 0 | 0 | 0 | 0 | 0 | 713.26 |
| Sandhill Oil Co Inc | C15595 | F2505C15595C | 5/30/2025 | 6/29/2025 | 7.15 | 0 | 0 | 0 | 0 | 0 | 7.15 |
| Sandhill Oil Co Inc | C15595 | F2506C15595C | 6/29/2025 | 7/29/2025 | 10.8 | 0 | 0 | 0 | 0 | 0 | 10.8 |
| Sandhill Oil Co Inc | C15595 | F2507C15595C | 7/30/2025 | 8/29/2025 | 11.16 | 0 | 0 | 0 | 0 | 0 | 11.16 |
| Sandhill Oil Co Inc | C15595 | F2508C15595C | 8/30/2025 | 9/29/2025 | 11.16 | 0 | 0 | 0 | 0 | 0 | 11.16 |
| Sandhill Oil Co Inc | C15595 | F2509C15595C | 9/29/2025 | 10/29/2025 | 10.8 | 0 | 0 | 0 | 0 | 10.8 | 0 |
| Sandhill Oil Co Inc | C15595 | F2510C15595C | 10/30/2025 | 11/29/2025 | 11.16 | 0 | 0 | 0 | 11.16 | 0 | 0 |
| Sandhill Oil Co Inc | C15595 | F2511C15595C | 11/29/2025 | 12/29/2025 | 10.8 | 10.8 | 0 | 0 | 0 | 0 | 0 |
| Sandhill Oil Co Inc | C15595 | F2512C15595C | 12/1/2025 | 12/31/2025 | 0.72 | 0.72 | 0 | 0 | 0 | 0 | 0 |
| HD Arms | C16483 | C1504202 | 8/24/2022 | 8/24/2022 | 0 | 0 | 0 | 0 | 0 | 0 | -1190.22 |
| A Sportsman's Attic | C16672 | C2330871 | 6/18/2025 | 11/10/2025 | 14457.25 | 0 | 0 | 14457.25 | 0 | 0 | 0 |
| A Sportsman's Attic | C16672 | C2335274 | 7/8/2025 | 10/10/2025 | 1891.17 | 0 | 0 | 0 | 0 | 1891.17 | 0 |
| A Sportsman's Attic | C16672 | V0983090 | 7/8/2025 | 10/10/2025 | 591.41 | 0 | 0 | 0 | 0 | 591.41 | 0 |
| A Sportsman's Attic | C16672 | V0990695 | 7/23/2025 | 11/10/2025 | 1892.66 | 0 | 0 | 0 | 1892.66 | 0 | 0 |
| Sportsmen Service | C16800 | C2344743 | 10/3/2025 | 10/3/2025 | -147.96 | 0 | 0 | 0 | 0 | 0 | -147.96 |
| Steinbaugh Boats & Motor | C16895 | C2153223-1 | 11/3/2023 | 5/10/2024 | 2189.42 | 0 | 0 | 0 | 0 | 0 | 2189.42 |
| Steinbaugh Boats & Motor | C16895 | C2153223-2 | 11/3/2023 | 6/10/2024 | 2189.42 | 0 | 0 | 0 | 0 | 0 | 2189.42 |
| Steinbaugh Boats & Motor | C16895 | C2153223-3 | 11/3/2023 | 7/10/2024 | 2189.42 | 0 | 0 | 0 | 0 | 0 | 2189.42 |
| Steinbaugh Boats & Motor | C16895 | C2159229-1 | 11/20/2023 | 5/10/2024 | 939.76 | 0 | 0 | 0 | 0 | 0 | 939.76 |
| Steinbaugh Boats & Motor | C16895 | C2159229-2 | 11/20/2023 | 6/10/2024 | 939.76 | 0 | 0 | 0 | 0 | 0 | 939.76 |
| Steinbaugh Boats & Motor | C16895 | C2159229-3 | 11/20/2023 | 7/10/2024 | 939.77 | 0 | 0 | 0 | 0 | 0 | 939.77 |
| Steinbaugh Boats & Motor | C16895 | C2162399-1 | 11/29/2023 | 5/10/2024 | 124.63 | 0 | 0 | 0 | 0 | 0 | 124.63 |
| Steinbaugh Boats & Motor | C16895 | C2162399-2 | 11/29/2023 | 6/10/2024 | 124.63 | 0 | 0 | 0 | 0 | 0 | 124.63 |
| Steinbaugh Boats & Motor | C16895 | C2162399-3 | 11/29/2023 | 7/10/2024 | 124.63 | 0 | 0 | 0 | 0 | 0 | 124.63 |
| Steinbaugh Boats & Motor | C16895 | C2168945-1 | 12/15/2023 | 5/10/2024 | 349.45 | 0 | 0 | 0 | 0 | 0 | 349.45 |
| Steinbaugh Boats & Motor | C16895 | C2168945-2 | 12/15/2023 | 6/10/2024 | 349.45 | 0 | 0 | 0 | 0 | 0 | 349.45 |
| Steinbaugh Boats & Motor | C16895 | C2168945-3 | 12/15/2023 | 7/10/2024 | 349.44 | 0 | 0 | 0 | 0 | 0 | 349.44 |
| Steinbaugh Boats & Motor | C16895 | C2183061-1 | 1/31/2024 | 5/10/2024 | 97.72 | 0 | 0 | 0 | 0 | 0 | 97.72 |
| Steinbaugh Boats & Motor | C16895 | C2183061-2 | 1/31/2024 | 6/10/2024 | 97.72 | 0 | 0 | 0 | 0 | 0 | 97.72 |
| Steinbaugh Boats & Motor | C16895 | C2183061-3 | 1/31/2024 | 7/10/2024 | 97.72 | 0 | 0 | 0 | 0 | 0 | 97.72 |
| Steinbaugh Boats & Motor | C16895 | V0646629 | 3/29/2024 | 5/10/2024 | 4336.26 | 0 | 0 | 0 | 0 | 0 | 4336.26 |
| Steinbaugh Boats & Motor | C16895 | C2213557 | 4/15/2024 | 6/14/2024 | 430.12 | 0 | 0 | 0 | 0 | 0 | 430.12 |
| Steinbaugh Boats & Motor | C16895 | F2404C16895C | 4/21/2024 | 5/21/2024 | 55.01 | 0 | 0 | 0 | 0 | 0 | 55.01 |
| Steinbaugh Boats & Motor | C16895 | F2404C16895R | 4/21/2024 | 5/21/2024 | 5.06 | 0 | 0 | 0 | 0 | 0 | 5.06 |
| Steinbaugh Boats & Motor | C16895 | F2404C16895V | 4/21/2024 | 5/21/2024 | 0.88 | 0 | 0 | 0 | 0 | 0 | 0.88 |
| Steinbaugh Boats & Motor | C16895 | C2215588 | 4/22/2024 | 6/21/2024 | 2387.67 | 0 | 0 | 0 | 0 | 0 | 2387.67 |
| Steinbaugh Boats & Motor | C16895 | C2215802 | 4/22/2024 | 6/21/2024 | 533.27 | 0 | 0 | 0 | 0 | 0 | 533.27 |
| Steinbaugh Boats & Motor | C16895 | R2730378 | 4/23/2024 | 5/10/2024 | 1221.34 | 0 | 0 | 0 | 0 | 0 | 1221.34 |
| Steinbaugh Boats & Motor | C16895 | R2730454 | 4/23/2024 | 6/22/2024 | 502.79 | 0 | 0 | 0 | 0 | 0 | 502.79 |
| Steinbaugh Boats & Motor | C16895 | G0401659 | 4/25/2024 | 6/10/2024 | 277.9 | 0 | 0 | 0 | 0 | 0 | 277.9 |
| Steinbaugh Boats & Motor | C16895 | C2218389 | 4/29/2024 | 6/10/2024 | 158.34 | 0 | 0 | 0 | 0 | 0 | 158.34 |
| Steinbaugh Boats & Motor | C16895 | R2732043 | 4/29/2024 | 6/10/2024 | 1676.45 | 0 | 0 | 0 | 0 | 0 | 1676.45 |
| Steinbaugh Boats & Motor | C16895 | G0403758 | 4/30/2024 | 6/10/2024 | 159.14 | 0 | 0 | 0 | 0 | 0 | 159.14 |
| Steinbaugh Boats & Motor | C16895 | C2221197 | 5/3/2024 | 6/10/2024 | 520.34 | 0 | 0 | 0 | 0 | 0 | 520.34 |
| Steinbaugh Boats & Motor | C16895 | R2734432 | 5/6/2024 | 6/10/2024 | 44.14 | 0 | 0 | 0 | 0 | 0 | 44.14 |
| Steinbaugh Boats & Motor | C16895 | V0692862 | 5/29/2024 | 7/10/2024 | 1460.84 | 0 | 0 | 0 | 0 | 0 | 1460.84 |
| Steinbaugh Boats & Motor | C16895 | F2405C16895C | 5/30/2024 | 6/29/2024 | 42.36 | 0 | 0 | 0 | 0 | 0 | 42.36 |
| Steinbaugh Boats & Motor | C16895 | F2405C16895R | 5/30/2024 | 6/29/2024 | 12.21 | 0 | 0 | 0 | 0 | 0 | 12.21 |
| Steinbaugh Boats & Motor | C16895 | F2405C16895V | 5/30/2024 | 6/29/2024 | 43.37 | 0 | 0 | 0 | 0 | 0 | 43.37 |

| Creditor | Acct | Reference | | Date 1 | Date 2 | Amount | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steinbaugh Boats & Motor | C16895 | C2234208 | | 6/6/2024 | 7/10/2024 | 2406.53 | 0 | 0 | 0 | 0 | 2406.53 |
| Steinbaugh Boats & Motor | C16895 | F2406C16895C | | 6/29/2024 | 7/29/2024 | 108.43 | 0 | 0 | 0 | 0 | 108.43 |
| Steinbaugh Boats & Motor | C16895 | F2406C16895G | | 6/29/2024 | 7/29/2024 | 4.16 | 0 | 0 | 0 | 0 | 4.16 |
| Steinbaugh Boats & Motor | C16895 | F2406C16895R | | 6/29/2024 | 7/29/2024 | 34.64 | 0 | 0 | 0 | 0 | 34.64 |
| Steinbaugh Boats & Motor | C16895 | F2406C16895V | | 6/29/2024 | 7/29/2024 | 65.1 | 0 | 0 | 0 | 0 | 65.1 |
| Steinbaugh Boats & Motor | C16895 | F2407C16895C | | 7/30/2024 | 8/29/2024 | 247.88 | 0 | 0 | 0 | 0 | 247.88 |
| Steinbaugh Boats & Motor | C16895 | F2407C16895G | | 7/30/2024 | 8/29/2024 | 6.82 | 0 | 0 | 0 | 0 | 6.82 |
| Steinbaugh Boats & Motor | C16895 | F2407C16895R | | 7/30/2024 | 8/29/2024 | 55.09 | 0 | 0 | 0 | 0 | 55.09 |
| Steinbaugh Boats & Motor | C16895 | F2407C16895V | | 7/30/2024 | 8/29/2024 | 81.88 | 0 | 0 | 0 | 0 | 81.88 |
| Steinbaugh Boats & Motor | C16895 | F2408C16895C | | 8/29/2024 | 9/28/2024 | 263.1 | 0 | 0 | 0 | 0 | 263.1 |
| Steinbaugh Boats & Motor | C16895 | F2408C16895G | | 8/29/2024 | 9/28/2024 | 6.6 | 0 | 0 | 0 | 0 | 6.6 |
| Steinbaugh Boats & Motor | C16895 | F2408C16895R | | 8/29/2024 | 9/28/2024 | 51.6 | 0 | 0 | 0 | 0 | 51.6 |
| Steinbaugh Boats & Motor | C16895 | F2408C16895V | | 8/29/2024 | 9/28/2024 | 87 | 0 | 0 | 0 | 0 | 87 |
| Steinbaugh Boats & Motor | C16895 | C2271651 | | 10/2/2024 | 11/10/2024 | 285.3 | 0 | 0 | 0 | 0 | 285.3 |
| Pierre Sports Center Inc | C17078 | C2256894 | | 8/15/2024 | 8/15/2024 | -2074.47 | 0 | 0 | 0 | 0 | -978.27 |
| Tomahawk Firearm Company LLC | C17732 | C2329007 | | 6/11/2025 | 7/10/2025 | 1110.71 | 0 | 0 | 0 | 0 | 1110.71 |
| Tomahawk Firearm Company LLC | C17732 | C2330689 | | 6/18/2025 | 7/10/2025 | 1756.7 | 0 | 0 | 0 | 0 | 1756.7 |
| Trade Winds Marine Inc | C17824 | | 7328 | 8/12/2022 | 8/12/2022 | 0 | 0 | 0 | 0 | 0 | -2435.01 |
| Ungs Shopping Center Inc | C17996 | C2134163 | | 9/14/2023 | 9/14/2023 | -6.5 | 0 | 0 | 0 | 0 | -6.5 |
| Ungs Shopping Center Inc | C17996 | C2141057 | | 10/3/2023 | 10/3/2023 | -25 | 0 | 0 | 0 | 0 | -25 |
| Witts Foods Inc | C19645 | V0961510 | | 6/5/2025 | 6/5/2025 | -575 | 0 | 0 | 0 | 0 | -575 |
| Angler's Bait & Tackle LLC | C19987 | V0984698 | | 7/10/2025 | 7/10/2025 | -69.83 | 0 | 0 | 0 | 0 | -69.83 |
| Fishing Tackle Grab Bag | C26004 | C2328501 | | 6/10/2025 | 10/10/2025 | 1419.51 | 0 | 0 | 0 | 1419.51 | 0 |
| Fishing Tackle Grab Bag | C26004 | G0519410 | | 6/11/2025 | 10/10/2025 | 603.42 | 0 | 0 | 0 | 603.42 | 0 |
| Fishing Tackle Grab Bag | C26004 | C0963116 | | 6/11/2025 | 10/10/2025 | 2122.2 | 0 | 0 | 0 | 2122.2 | 0 |
| Fishing Tackle Grab Bag | C26004 | C2336458 | | 7/15/2025 | 8/10/2025 | 703.06 | 0 | 0 | 0 | 0 | 703.06 |
| Fishing Tackle Grab Bag | C26004 | V0985850 | | 7/15/2025 | 8/10/2025 | 318.6 | 0 | 0 | 0 | 0 | 318.6 |
| Fishing Tackle Grab Bag | C26004 | C2338903 | | 8/4/2025 | 9/10/2025 | 32328.3 | 0 | 0 | 0 | 0 | 32328.3 |
| Fishing Tackle Grab Bag | C26004 | G0532720 | | 8/4/2025 | 9/10/2025 | 2056.11 | 0 | 0 | 0 | 0 | 2056.11 |
| Fishing Tackle Grab Bag | C26004 | C2339214 | | 8/5/2025 | 9/10/2025 | 9216.79 | 0 | 0 | 0 | 0 | 9216.79 |
| Fishing Tackle Grab Bag | C26004 | G0532778 | | 8/5/2025 | 9/10/2025 | 1306.02 | 0 | 0 | 0 | 0 | 1306.02 |
| Fishing Tackle Grab Bag | C26004 | V0996792 | | 8/5/2025 | 9/10/2025 | 7648.39 | 0 | 0 | 0 | 0 | 7648.39 |
| Fishing Tackle Grab Bag | C26004 | V0997225 | | 8/5/2025 | 9/10/2025 | 5638.92 | 0 | 0 | 0 | 0 | 5638.92 |
| Fishing Tackle Grab Bag | C26004 | C2340092 | | 8/12/2025 | 9/10/2025 | 1234.58 | 0 | 0 | 0 | 0 | 1234.58 |
| Fishing Tackle Grab Bag | C26004 | G0534600 | | 8/12/2025 | 9/10/2025 | 839.73 | 0 | 0 | 0 | 0 | 839.73 |
| Fishing Tackle Grab Bag | C26004 | V1003864 | | 8/12/2025 | 9/10/2025 | 1262.03 | 0 | 0 | 0 | 0 | 1262.03 |
| Fishing Tackle Grab Bag | C26004 | C2344154 | | 9/22/2025 | 10/10/2025 | 183.73 | 0 | 0 | 0 | 183.73 | 0 |
| Fishing Tackle Grab Bag | C26004 | G0541057 | | 9/23/2025 | 10/10/2025 | 2176.92 | 0 | 0 | 0 | 2176.92 | 0 |
| Fishing Tackle Grab Bag | C26004 | V1023570 | | 9/26/2025 | 11/10/2025 | 1331.34 | 0 | 0 | 1331.34 | 0 | 0 |
| Outdoorsmen Pro Shop | C26037 | NSF00003 | | 9/25/2025 | 9/25/2025 | 6705.77 | 0 | 0 | 0 | 0 | 6705.77 |
| Outdoorsmen Pro Shop | C26037 | NSF00007 | | 11/5/2025 | 11/5/2025 | 2779.51 | 0 | 0 | 0 | 2779.51 | 0 |
| Dean's Bait & Tackle Inc | C26075 | G0545059 | | 11/24/2025 | 11/24/2025 | -34.68 | 0 | -34.68 | 0 | | 0 |
| Pat & Gary's Party Str & Sptg Goods | C26094 | C2282327 | | 11/12/2014 | 11/12/2014 | -102.93 | 0 | 0 | 0 | 0 | -55.03 |
| Pat & Gary's Party Str & Sptg Goods | C26094 | C2317520 | | 4/17/2025 | 4/17/2025 | -100.22 | 0 | 0 | 0 | 0 | -100.22 |
| Pat & Gary's Party Str & Sptg Goods | C26094 | V0977285 | | 7/1/2025 | 8/10/2025 | 521.03 | 0 | 0 | 0 | 0 | -480.39 |
| Pat & Gary's Party Str & Sptg Goods | C26094 | C2337812 | | 7/23/2025 | 8/10/2025 | 364.45 | 0 | 0 | 0 | 0 | -334.8 |
| Pat & Gary's Party Str & Sptg Goods | C26094 | G0531490 | | 7/25/2025 | 9/10/2025 | 167.67 | 0 | 0 | 0 | 0 | -156.5 |
| Pat & Gary's Party Str & Sptg Goods | C26094 | C2342362 | | 9/4/2025 | 9/4/2025 | -33.26 | 0 | 0 | 0 | 0 | -33.26 |
| Total Firearms | C26203 | C2273973-3 | | 10/11/2024 | 7/10/2025 | 1559.5 | 0 | 0 | 0 | 0 | 1559.5 |
| Total Firearms | C26203 | C2302538-3 | | 2/11/2025 | 7/10/2025 | 996.58 | 0 | 0 | 0 | 0 | 996.58 |
| Total Firearms | C26203 | C2312656 | | 3/27/2025 | 9/10/2025 | 3027.03 | 0 | 0 | 0 | 0 | 3027.03 |
| Total Firearms | C26203 | G0502896 | | 3/27/2025 | 9/10/2025 | 622.96 | 0 | 0 | 0 | 0 | 622.96 |
| Total Firearms | C26203 | V0911346 | | 3/28/2025 | 9/10/2025 | 1028.24 | 0 | 0 | 0 | 0 | 1028.24 |
| Vacation Trailer Park | C26225 | C2067650 | | 3/30/2023 | 3/30/2023 | -115.49 | 0 | 0 | 0 | 0 | -115.49 |
| Kal's Motor Group | C26410 | V1028552 | | 10/17/2025 | 10/17/2025 | -126.72 | 0 | 0 | -126.72 | 0 | 0 |
| Wilkinson's Store | C26451 | C2344700 | | 10/2/2025 | 11/10/2025 | 46.46 | 0 | 0 | 46.46 | 0 | 0 |
| Wilkinson's Store | C26451 | G0542460 | | 10/3/2025 | 11/10/2025 | 266.38 | 0 | 0 | 266.38 | 0 | 0 |
| Wilkinson's Store | C26451 | V1025525 | | 10/3/2025 | 11/10/2025 | 63.88 | 0 | 0 | 63.88 | 0 | 0 |
| Wilkinson's Store | C26451 | G0543859 | | 10/20/2025 | 11/10/2025 | 234.61 | 0 | 0 | 234.61 | 0 | 0 |
| Wilkinson's Store | C26451 | V1028528 | | 10/21/2025 | 11/10/2025 | 53.12 | 0 | 0 | 53.12 | 0 | 0 |
| Wilkinson's Store | C26451 | F2511C26451G | | 11/29/2025 | 12/29/2025 | 4.76 | 4.76 | 0 | 0 | 0 | 0 |
| Wilkinson's Store | C26451 | F2511C26451V | | 11/29/2025 | 12/29/2025 | 1.12 | 1.12 | 0 | 0 | 0 | 0 |
| Wilkinson's Store | C26451 | F2512C26451G | | 12/1/2025 | 12/31/2025 | 0.5 | 0.5 | 0 | 0 | 0 | 0 |
| Wilkinson's Store | C26451 | F2512C26451V | | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 |
| Madigans True Value Hardware Inc | C26499 | G0541822 | | 9/26/2025 | 9/26/2025 | -23.82 | 0 | 0 | 0 | 0 | -23.82 |
| Crams General Store | C26525 | C2090671 | | 5/19/2023 | 6/10/2023 | 1589.01 | 0 | 0 | 0 | 0 | -574.04 |
| Rayjean Ventures, LLC | C39033 | C2018658 | | 12/6/2022 | 12/6/2022 | -12.08 | 0 | 0 | 0 | 0 | -12.08 |
| Rayjean Ventures, LLC | C39033 | C2025357 | | 12/21/2022 | 12/21/2022 | -32.98 | 0 | 0 | 0 | 0 | -32.98 |
| Patriots Ammo & Arms LLC | C50152 | C2216591 | | 4/23/2024 | 4/23/2024 | -50.64 | 0 | 0 | 0 | 0 | -42.77 |
| Patriots Ammo & Arms LLC | C50152 | C2261380 | | 8/28/2024 | 8/28/2024 | -126.36 | 0 | 0 | 0 | 0 | -126.36 |
| Johnson Hardware & Appliance | C50251 | C2072591 | | 4/11/2023 | 5/10/2023 | 1531.04 | 0 | 0 | 0 | 0 | -1467.38 |
| Botek Corporation | C50253 | C2183839 | | 2/1/2024 | 3/2/2024 | 1474.94 | 0 | 0 | 0 | 0 | -626.31 |
| Northwoods Bait & Tackle | C50296 | C2313492 | | 4/1/2025 | 4/1/2025 | -52.2 | 0 | 0 | 0 | 0 | -52.2 |
| The 906 Hunting Company LLC | C50321 | V1019420 | | 9/11/2025 | 9/11/2025 | -29.4 | 0 | 0 | 0 | 0 | -29.4 |
| Buck And Dumb Bass Outdoors | C50333 | C2310703 | | 3/19/2025 | 3/19/2025 | -15.34 | 0 | 0 | 0 | 0 | -15.34 |
| Xtreme Outdoors | C50428 | C2276421-3 | | 10/22/2024 | 7/10/2025 | 711.06 | 0 | 0 | 0 | 0 | 711.06 |
| Xtreme Outdoors | C50428 | G0461475-2 | | 10/22/2024 | 6/10/2025 | 770.54 | 0 | 0 | 0 | 0 | 770.54 |
| Xtreme Outdoors | C50428 | G0461475-3 | | 10/22/2024 | 7/10/2025 | 770.55 | 0 | 0 | 0 | 0 | 770.55 |
| Xtreme Outdoors | C50428 | C2296137-3 | | 1/14/2025 | 7/10/2025 | 2465.21 | 0 | 0 | 0 | 0 | 2465.21 |
| Xtreme Outdoors | C50428 | C2296404-2 | | 1/15/2025 | 6/10/2025 | 3722.17 | 0 | 0 | 0 | 0 | 3722.17 |
| Xtreme Outdoors | C50428 | C2296404-3 | | 1/15/2025 | 7/10/2025 | 3722.17 | 0 | 0 | 0 | 0 | 3722.17 |
| Xtreme Outdoors | C50428 | C2296827-3 | | 1/17/2025 | 7/10/2025 | 370.41 | 0 | 0 | 0 | 0 | 370.41 |
| Xtreme Outdoors | C50428 | C2298628-2 | | 1/24/2025 | 6/10/2025 | 1020.3 | 0 | 0 | 0 | 0 | 1020.3 |
| Xtreme Outdoors | C50428 | C2298628-3 | | 1/24/2025 | 7/10/2025 | 1020.3 | 0 | 0 | 0 | 0 | 1020.3 |
| Xtreme Outdoors | C50428 | V0869161-2 | | 1/27/2025 | 6/10/2025 | 288.8 | 0 | 0 | 0 | 0 | 288.8 |
| Xtreme Outdoors | C50428 | V0869161-3 | | 1/27/2025 | 7/10/2025 | 288.79 | 0 | 0 | 0 | 0 | 288.79 |
| Xtreme Outdoors | C50428 | C2299095-3 | | 1/28/2025 | 7/10/2025 | 565.09 | 0 | 0 | 0 | 0 | 565.09 |
| Xtreme Outdoors | C50428 | C2299369-3 | | 1/29/2025 | 7/10/2025 | 305.96 | 0 | 0 | 0 | 0 | 305.96 |
| Xtreme Outdoors | C50428 | C2299742-2 | | 1/30/2025 | 6/10/2025 | 571.55 | 0 | 0 | 0 | 0 | 571.55 |
| Xtreme Outdoors | C50428 | C2299742-3 | | 1/30/2025 | 7/10/2025 | 571.56 | 0 | 0 | 0 | 0 | 571.56 |
| Xtreme Outdoors | C50428 | C2300983-2 | | 2/5/2025 | 6/10/2025 | 628.59 | 0 | 0 | 0 | 0 | 628.59 |
| Xtreme Outdoors | C50428 | C2300983-3 | | 2/5/2025 | 7/10/2025 | 628.58 | 0 | 0 | 0 | 0 | 628.58 |
| Xtreme Outdoors | C50428 | C2301659-2 | | 2/7/2025 | 6/10/2025 | 789.26 | 0 | 0 | 0 | 0 | 789.26 |
| Xtreme Outdoors | C50428 | C2301659-3 | | 2/7/2025 | 7/10/2025 | 789.27 | 0 | 0 | 0 | 0 | 789.27 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xtreme Outdoors | C50428 | C2302590-3 | 2/11/2025 | 7/10/2025 | 396.01 | 0 | 0 | 0 | 0 | 0 | 396.01 |
| Xtreme Outdoors | C50428 | C2303804-2 | 2/18/2025 | 6/10/2025 | 216.4 | 0 | 0 | 0 | 0 | 0 | 216.4 |
| Xtreme Outdoors | C50428 | C2303804-3 | 2/18/2025 | 7/10/2025 | 216.41 | 0 | 0 | 0 | 0 | 0 | 216.41 |
| Xtreme Outdoors | C50428 | C2304062-2 | 2/19/2025 | 6/10/2025 | 357.71 | 0 | 0 | 0 | 0 | 0 | 357.71 |
| Xtreme Outdoors | C50428 | C2304062-3 | 2/19/2025 | 7/10/2025 | 357.72 | 0 | 0 | 0 | 0 | 0 | 357.72 |
| Xtreme Outdoors | C50428 | C2304475-2 | 2/20/2025 | 6/10/2025 | 121.12 | 0 | 0 | 0 | 0 | 0 | 121.12 |
| Xtreme Outdoors | C50428 | C2304475-3 | 2/20/2025 | 7/10/2025 | 121.12 | 0 | 0 | 0 | 0 | 0 | 121.12 |
| Xtreme Outdoors | C50428 | C2305782-2 | 2/26/2025 | 6/10/2025 | 119.65 | 0 | 0 | 0 | 0 | 0 | 119.65 |
| Xtreme Outdoors | C50428 | C2305782-3 | 2/26/2025 | 7/10/2025 | 119.65 | 0 | 0 | 0 | 0 | 0 | 119.65 |
| Xtreme Outdoors | C50428 | C2309361-2 | 3/14/2025 | 6/10/2025 | 289.93 | 0 | 0 | 0 | 0 | 0 | 289.93 |
| Xtreme Outdoors | C50428 | C2309361-3 | 3/14/2025 | 7/10/2025 | 289.92 | 0 | 0 | 0 | 0 | 0 | 289.92 |
| Xtreme Outdoors | C50428 | C2309672 | 3/14/2025 | 6/12/2025 | 2248.96 | 0 | 0 | 0 | 0 | 0 | 2248.96 |
| Xtreme Outdoors | C50428 | V0904694-2 | 3/24/2025 | 6/10/2025 | 340.32 | 0 | 0 | 0 | 0 | 0 | 340.32 |
| Xtreme Outdoors | C50428 | V0904694-3 | 3/24/2025 | 7/10/2025 | 340.31 | 0 | 0 | 0 | 0 | 0 | 340.31 |
| Xtreme Outdoors | C50428 | C2312593 | 3/27/2025 | 6/25/2025 | 413.43 | 0 | 0 | 0 | 0 | 0 | 413.43 |
| Xtreme Outdoors | C50428 | C2312965 | 3/31/2025 | 9/10/2025 | 3609.06 | 0 | 0 | 0 | 0 | 0 | 3609.06 |
| Xtreme Outdoors | C50428 | C2313204 | 3/31/2025 | 6/29/2025 | 569.61 | 0 | 0 | 0 | 0 | 0 | 569.61 |
| Xtreme Outdoors | C50428 | G0503029 | 3/31/2025 | 9/10/2025 | 2381.88 | 0 | 0 | 0 | 0 | 0 | 2381.88 |
| Xtreme Outdoors | C50428 | V0912403 | 3/31/2025 | 9/10/2025 | 1948.86 | 0 | 0 | 0 | 0 | 0 | 1948.86 |
| Xtreme Outdoors | C50428 | C2313664 | 4/1/2025 | 6/30/2025 | 513.73 | 0 | 0 | 0 | 0 | 0 | 513.73 |
| Xtreme Outdoors | C50428 | C2313963 | 4/2/2025 | 7/1/2025 | 551.51 | 0 | 0 | 0 | 0 | 0 | 551.51 |
| Xtreme Outdoors | C50428 | C2315478-2 | 4/9/2025 | 6/10/2025 | 196.87 | 0 | 0 | 0 | 0 | 0 | 196.87 |
| Xtreme Outdoors | C50428 | C2315478-3 | 4/9/2025 | 7/10/2025 | 196.86 | 0 | 0 | 0 | 0 | 0 | 196.86 |
| Xtreme Outdoors | C50428 | C2315679 | 4/10/2025 | 7/9/2025 | 374.85 | 0 | 0 | 0 | 0 | 0 | 374.85 |
| Xtreme Outdoors | C50428 | C2316727 | 4/15/2025 | 7/14/2025 | 1094.61 | 0 | 0 | 0 | 0 | 0 | 1094.61 |
| Xtreme Outdoors | C50428 | C2317345 | 4/17/2025 | 7/10/2025 | 691.75 | 0 | 0 | 0 | 0 | 0 | 691.75 |
| Xtreme Outdoors | C50428 | G0507826 | 4/17/2025 | 9/10/2025 | 200.31 | 0 | 0 | 0 | 0 | 0 | 200.31 |
| Xtreme Outdoors | C50428 | V0926039 | 4/17/2025 | 9/10/2025 | 814.45 | 0 | 0 | 0 | 0 | 0 | 814.45 |
| Xtreme Outdoors | C50428 | C2318862-1 | 4/25/2025 | 6/10/2025 | 369.69 | 0 | 0 | 0 | 0 | 0 | 369.69 |
| Xtreme Outdoors | C50428 | C2318862-2 | 4/25/2025 | 7/10/2025 | 369.69 | 0 | 0 | 0 | 0 | 0 | 369.69 |
| Xtreme Outdoors | C50428 | C2318862-3 | 4/25/2025 | 7/10/2025 | 369.69 | 0 | 0 | 0 | 0 | 0 | 369.69 |
| Xtreme Outdoors | C50428 | C2319706 | 4/29/2025 | 7/28/2025 | 497.52 | 0 | 0 | 0 | 0 | 0 | 497.52 |
| Xtreme Outdoors | C50428 | C2319794-1 | 4/29/2025 | 6/10/2025 | 495.68 | 0 | 0 | 0 | 0 | 0 | 495.68 |
| Xtreme Outdoors | C50428 | C2319794-2 | 4/29/2025 | 7/10/2025 | 495.68 | 0 | 0 | 0 | 0 | 0 | 495.68 |
| Xtreme Outdoors | C50428 | C2319794-3 | 4/29/2025 | 8/10/2025 | 495.68 | 0 | 0 | 0 | 0 | 0 | 495.68 |
| Xtreme Outdoors | C50428 | C2320087 | 4/30/2025 | 7/29/2025 | 719 | 0 | 0 | 0 | 0 | 0 | 719 |
| Xtreme Outdoors | C50428 | C2321734 | 5/7/2025 | 8/5/2025 | 1479.96 | 0 | 0 | 0 | 0 | 0 | 1479.96 |
| Xtreme Outdoors | C50428 | C2322147-1 | 5/8/2025 | 6/10/2025 | 159.67 | 0 | 0 | 0 | 0 | 0 | 159.67 |
| Xtreme Outdoors | C50428 | C2322147-2 | 5/8/2025 | 7/10/2025 | 159.67 | 0 | 0 | 0 | 0 | 0 | 159.67 |
| Xtreme Outdoors | C50428 | C2322147-3 | 5/8/2025 | 8/10/2025 | 159.68 | 0 | 0 | 0 | 0 | 0 | 159.68 |
| Xtreme Outdoors | C50428 | C2322708 | 5/12/2025 | 6/11/2025 | 489.41 | 0 | 0 | 0 | 0 | 0 | 489.41 |
| Xtreme Outdoors | C50428 | G0512814 | 5/13/2025 | 6/12/2025 | 794.27 | 0 | 0 | 0 | 0 | 0 | 794.27 |
| Xtreme Outdoors | C50428 | C2325641 | 5/28/2025 | 8/26/2025 | 758.57 | 0 | 0 | 0 | 0 | 0 | 758.57 |
| Xtreme Outdoors | C50428 | C2326489-1 | 5/30/2025 | 7/10/2025 | 82.05 | 0 | 0 | 0 | 0 | 0 | 82.05 |
| Xtreme Outdoors | C50428 | C2326489-2 | 5/30/2025 | 7/10/2025 | 82.05 | 0 | 0 | 0 | 0 | 0 | 82.05 |
| Xtreme Outdoors | C50428 | C2326489-3 | 5/30/2025 | 8/10/2025 | 82.04 | 0 | 0 | 0 | 0 | 0 | 82.04 |
| Xtreme Outdoors | C50428 | C2329045 | 6/11/2025 | 7/11/2025 | 2937.31 | 0 | 0 | 0 | 0 | 0 | 2937.31 |
| Schultz Shooting Supply | C50475 | C1960245 | 7/7/2022 | 7/7/2022 | -25 | 0 | 0 | 0 | 0 | 0 | -25 |
| Schultz Shooting Supply | C50475 | C2020756 | 12/9/2022 | 12/9/2022 | -13.4 | 0 | 0 | 0 | 0 | 0 | -13.4 |
| R & R Trapper Supply | C50492 | C2317066 | 4/16/2025 | 4/16/2025 | -17.76 | 0 | 0 | 0 | 0 | 0 | -17.76 |
| Carmack Investments LLC | C50526 | V1028803 | 10/22/2025 | 11/10/2025 | 1084.77 | 0 | 0 | 1084.77 | 0 | 0 | 0 |
| Carmack Investments LLC | C50526 | V1029399 | 10/28/2025 | 12/10/2025 | 816.23 | 0 | 816.23 | 0 | 0 | 0 | 0 |
| Carmack Investments LLC | C50526 | C1029867 | 11/6/2025 | 12/10/2025 | 134.07 | 0 | 134.07 | 0 | 0 | 0 | 0 |
| Letters Michigan I LLC | C50530 | C2336085 | 7/11/2025 | 7/11/2025 | -14.39 | 0 | 0 | 0 | 0 | 0 | -14.39 |
| Wildlife Management LLC | C50547 | V1022427 | 9/19/2025 | 10/19/2025 | 156.19 | 0 | 0 | 0 | 0 | 156.19 | 0 |
| Wildlife Management LLC | C50547 | V1022428 | 9/19/2025 | 10/19/2025 | 156.19 | 0 | 0 | 0 | 0 | 156.19 | 0 |
| Wildlife Management LLC | C50547 | C2344132 | 9/22/2025 | 10/22/2025 | 72 | 0 | 0 | 0 | 0 | 72 | 0 |
| Wildlife Management LLC | C50547 | C2344133 | 9/22/2025 | 10/22/2025 | 57.6 | 0 | 0 | 0 | 0 | 57.6 | 0 |
| Wildlife Management LLC | C50547 | C2344147 | 9/22/2025 | 10/22/2025 | 72 | 0 | 0 | 0 | 0 | 72 | 0 |
| Wildlife Management LLC | C50547 | C2342425 | 9/23/2025 | 10/23/2025 | 230.83 | 0 | 0 | 0 | 0 | 230.83 | 0 |
| Wildlife Management LLC | C50547 | C2344249 | 9/24/2025 | 10/24/2025 | 72 | 0 | 0 | 0 | 0 | 72 | 0 |
| Wildlife Management LLC | C50547 | C1024052 | 9/25/2025 | 10/25/2025 | 72.35 | 0 | 0 | 0 | 0 | 72.35 | 0 |
| Wildlife Management LLC | C50547 | C1024053 | 9/25/2025 | 10/25/2025 | 72.35 | 0 | 0 | 0 | 0 | 72.35 | 0 |
| Wildlife Management LLC | C50547 | C1024054 | 9/25/2025 | 10/25/2025 | 72.35 | 0 | 0 | 0 | 0 | 72.35 | 0 |
| Wildlife Management LLC | C50547 | C1024055 | 9/25/2025 | 10/25/2025 | 72.35 | 0 | 0 | 0 | 0 | 72.35 | 0 |
| Wildlife Management LLC | C50547 | C1024056 | 9/25/2025 | 10/25/2025 | 72.35 | 0 | 0 | 0 | 0 | 72.35 | 0 |
| Wildlife Management LLC | C50547 | C2344482 | 9/30/2025 | 10/30/2025 | 28.94 | 0 | 0 | 0 | 0 | 28.94 | 0 |
| Wildlife Management LLC | C50547 | C2344488 | 9/30/2025 | 10/30/2025 | 28.94 | 0 | 0 | 0 | 0 | 28.94 | 0 |
| Wildlife Management LLC | C50547 | C2344489 | 9/30/2025 | 10/30/2025 | 28.94 | 0 | 0 | 0 | 0 | 28.94 | 0 |
| Wildlife Management LLC | C50547 | C2344492 | 9/30/2025 | 10/30/2025 | 28.94 | 0 | 0 | 0 | 0 | 28.94 | 0 |
| Wildlife Management LLC | C50547 | C2344596 | 10/1/2025 | 10/31/2025 | 28.94 | 0 | 0 | 0 | 0 | 28.94 | 0 |
| Wildlife Management LLC | C50547 | F2511C50547C | 11/29/2025 | 12/29/2025 | 9.07 | 9.07 | 0 | 0 | 0 | 0 | 0 |
| Wildlife Management LLC | C50547 | F2511C50547C | 11/29/2025 | 12/29/2025 | 23.84 | 23.84 | 0 | 0 | 0 | 0 | 0 |
| Wildlife Management LLC | C50547 | F2512C50547C | 12/1/2025 | 12/31/2025 | 0.5 | 0.5 | 0 | 0 | 0 | 0 | 0 |
| Wildlife Management LLC | C50547 | F2512C50547V | 12/1/2025 | 12/31/2025 | 1.24 | 1.24 | 0 | 0 | 0 | 0 | 0 |
| Hagstrom LLC | C50600 | C2238571 | 6/21/2024 | 9/19/2024 | 558.95 | 0 | 0 | 0 | 0 | 0 | 147.66 |
| Hagstrom LLC | C50600 | V0760604 | 7/29/2024 | 9/10/2024 | 126.45 | 0 | 0 | 0 | 0 | 0 | 126.45 |
| Hagstrom LLC | C50600 | C2250848 | 7/30/2024 | 10/10/2024 | 292.25 | 0 | 0 | 0 | 0 | 0 | 239.2 |
| Hagstrom LLC | C50600 | C2262629 | 9/3/2024 | 10/10/2024 | 459 | 0 | 0 | 0 | 0 | 0 | 459 |
| Hagstrom LLC | C50600 | C2292096 | 12/26/2024 | 1/25/2025 | 1934.74 | 0 | 0 | 0 | 0 | 0 | 1934.74 |
| Hagstrom LLC | C50600 | C2292558 | 12/27/2024 | 2/10/2025 | 406.98 | 0 | 0 | 0 | 0 | 0 | 406.98 |
| Hagstrom LLC | C50600 | C2295221 | 1/10/2025 | 2/10/2025 | 916.59 | 0 | 0 | 0 | 0 | 0 | 916.59 |
| Hagstrom LLC | C50600 | C2295304 | 1/10/2025 | 2/10/2025 | 61.93 | 0 | 0 | 0 | 0 | 0 | 61.93 |
| Hagstrom LLC | C50600 | V0861665 | 1/13/2025 | 2/10/2025 | 199.83 | 0 | 0 | 0 | 0 | 0 | 199.83 |
| Hagstrom LLC | C50600 | C2318112 | 4/22/2025 | 9/10/2025 | 579.23 | 0 | 0 | 0 | 0 | 0 | 579.23 |
| Hagstrom LLC | C50600 | V0927393 | 4/22/2025 | 9/10/2025 | 1724.32 | 0 | 0 | 0 | 0 | 0 | 1724.32 |
| Hagstrom LLC | C50600 | C2332559 | 6/25/2025 | 8/10/2025 | 3160.73 | 0 | 0 | 0 | 0 | 0 | 3160.73 |
| Hagstrom LLC | C50600 | C2323993 | 6/25/2025 | 8/10/2025 | 308.44 | 0 | 0 | 0 | 0 | 0 | 308.44 |
| Hagstrom LLC | C50600 | V0974422 | 6/25/2025 | 8/10/2025 | 635.9 | 0 | 0 | 0 | 0 | 0 | 635.9 |
| Hagstrom LLC | C50600 | G0544259 | 10/21/2025 | 10/21/2025 | -3.59 | 0 | 0 | 0 | 0 | -3.59 | 0 |
| Hagstrom LLC | C50600 | V1029038 | 10/21/2025 | 10/21/2025 | -11.7 | 0 | 0 | 0 | 0 | -11.7 | 0 |
| The Hitching Post | C50603 | C2274218-3 | 10/14/2024 | 7/10/2025 | 365.86 | 0 | 0 | 0 | 0 | 0 | -360.37 |
| The Hitching Post | C50603 | C2280812-3 | 11/6/2024 | 7/10/2025 | 102.47 | 0 | 0 | 0 | 0 | 0 | -99.94 |
| The Hitching Post | C50603 | C2285047-3 | 11/22/2024 | 7/10/2025 | 320.13 | 0 | 0 | 0 | 0 | 0 | -317.32 |

| Customer | Account | Reference | Date | Due | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Hitching Post | C50603 | C2286219-3 | 11/27/2024 | 7/10/2025 | 134.53 | 0 | 0 | 0 | 0 | 0 | -132.13 |
| The Hitching Post | C50603 | C2330132 | 6/16/2025 | 7/10/2025 | 197.57 | 0 | 0 | 0 | 0 | 0 | -189.8 |
| The Hitching Post | C50603 | V0968004 | 6/16/2025 | 7/10/2025 | 79.74 | 0 | 0 | 0 | 0 | 0 | -69.63 |
| South Dakota Arms Company LLC | C50614 | C1841474 | 9/13/2021 | 9/13/2021 | -3689 | 0 | 0 | 0 | 0 | 0 | -1850.23 |
| South Dakota Arms Company LLC | C50614 | C1936609 | 5/11/2022 | 5/11/2022 | -75.89 | 0 | 0 | 0 | 0 | 0 | -75.89 |
| RMG | C50630 | C2344854 | 10/6/2025 | 11/10/2025 | 44.61 | 0 | 0 | 44.61 | 0 | 0 | 0 |
| RMG | C50630 | G0542655 | 10/7/2025 | 11/10/2025 | 280.23 | 0 | 0 | 280.23 | 0 | 0 | 0 |
| RMG | C50630 | V1027677 | 10/15/2025 | 11/10/2025 | 316.55 | 0 | 0 | 316.55 | 0 | 0 | 0 |
| RMG | C50630 | G0545030 | 11/14/2025 | 12/10/2025 | 195.77 | 0 | 195.77 | 0 | 0 | 0 | 0 |
| RMG | C50630 | F2511C50630G | 11/29/2025 | 12/29/2025 | 2.66 | 2.66 | 0 | 0 | 0 | 0 | 0 |
| RMG | C50630 | F2511C50630V | 11/29/2025 | 12/29/2025 | 3.02 | 3.02 | 0 | 0 | 0 | 0 | 0 |
| RMG | C50630 | F2512C50630G | 12/1/2025 | 12/31/2025 | 0.28 | 0.28 | 0 | 0 | 0 | 0 | 0 |
| RMG | C50630 | F2512C50630V | 12/1/2025 | 12/31/2025 | 0.32 | 0.32 | 0 | 0 | 0 | 0 | 0 |
| Bahr Baits | C50653 | C2327776 | 6/6/2025 | 10/10/2025 | 6696.49 | 0 | 0 | 0 | 0 | 6696.49 | 0 |
| Bahr Baits | C50653 | V0962064 | 6/10/2025 | 10/10/2025 | 3553.19 | 0 | 0 | 0 | 0 | 170.95 | 0 |
| Bahr Baits | C50653 | C2333690 | 6/30/2025 | 10/10/2025 | 195.35 | 0 | 0 | 0 | 0 | 195.35 | 0 |
| Bahr Baits | C50653 | G0524874 | 6/30/2025 | 10/10/2025 | 653.81 | 0 | 0 | 0 | 0 | 653.81 | 0 |
| Bahr Baits | C50653 | V0977122 | 6/30/2025 | 10/10/2025 | 822.97 | 0 | 0 | 0 | 0 | 38.31 | 0 |
| Bahr Baits | C50653 | G0536688 | 9/3/2025 | 10/10/2025 | 7151.45 | 0 | 0 | 0 | 0 | 7151.45 | 0 |
| Bahr Baits | C50653 | G0536999 | 9/4/2025 | 10/10/2025 | 4918.64 | 0 | 0 | 0 | 0 | 4918.64 | 0 |
| Bahr Baits | C50653 | C2342395 | 9/5/2025 | 10/10/2025 | 25851.25 | 0 | 0 | 0 | 0 | 25851.25 | 0 |
| Bahr Baits | C50653 | C2343529 | 9/12/2025 | 9/12/2025 | -122.85 | 0 | 0 | 0 | 0 | 0 | -122.85 |
| Bahr Baits | C50653 | C2343940 | 9/19/2025 | 10/10/2025 | 281.37 | 0 | 0 | 0 | 281.37 | 0 | 0 |
| Bahr Baits | C50653 | C2343951 | 9/19/2025 | 10/10/2025 | 258.95 | 0 | 0 | 0 | 258.95 | 0 | 0 |
| Bahr Baits | C50653 | C2343952 | 9/19/2025 | 10/10/2025 | 25574.96 | 0 | 0 | 0 | 1278.75 | 0 | 0 |
| Bahr Baits | C50653 | C2344021 | 9/19/2025 | 10/10/2025 | 1944.03 | 0 | 0 | 0 | 1944.03 | 0 | 0 |
| Bahr Baits | C50653 | C2344243 | 9/24/2025 | 10/10/2025 | 6741.92 | 0 | 0 | 0 | 6741.92 | 0 | 0 |
| Bahr Baits | C50653 | G0541718 | 9/25/2025 | 11/10/2025 | 2888.85 | 0 | 0 | 2888.85 | 0 | 0 | 0 |
| Bahr Baits | C50653 | C2344308 | 9/26/2025 | 11/10/2025 | 1237.91 | 0 | 0 | 1237.91 | 0 | 0 | 0 |
| Bahr Baits | C50653 | V1024032 | 9/26/2025 | 11/10/2025 | 1796.32 | 0 | 0 | 1796.32 | 0 | 0 | 0 |
| Bahr Baits | C50653 | V1024074 | 9/29/2025 | 11/10/2025 | 641.16 | 0 | 0 | 641.16 | 0 | 0 | 0 |
| Bahr Baits | C50653 | V1024154 | 9/29/2025 | 11/10/2025 | 2151.31 | 0 | 0 | 2151.31 | 0 | 0 | 0 |
| Bahr Baits | C50653 | C2344438 | 9/30/2025 | 11/10/2025 | 618.2 | 0 | 0 | 618.2 | 0 | 0 | 0 |
| Bahr Baits | C50653 | C2344448 | 9/30/2025 | 11/10/2025 | 246.79 | 0 | 0 | 246.79 | 0 | 0 | 0 |
| Bahr Baits | C50653 | G0542397 | 10/2/2025 | 11/10/2025 | 18.89 | 0 | 0 | 18.89 | 0 | 0 | 0 |
| Bahr Baits | C50653 | G0542441 | 10/2/2025 | 11/10/2025 | 1704.06 | 0 | 0 | 1704.06 | 0 | 0 | 0 |
| Bahr Baits | C50653 | V1025494 | 10/3/2025 | 11/10/2025 | 1268.12 | 0 | 0 | 1268.12 | 0 | 0 | 0 |
| Bahr Baits | C50653 | G0542915 | 10/8/2025 | 11/10/2025 | 1390 | 0 | 0 | 1390 | 0 | 0 | 0 |
| Bahr Baits | C50653 | V1026026 | 10/8/2025 | 11/10/2025 | 2670.92 | 0 | 0 | 2670.92 | 0 | 0 | 0 |
| Bahr Baits | C50653 | C2345095 | 10/13/2025 | 10/13/2025 | -1792.5 | 0 | 0 | 0 | -1792.5 | 0 | 0 |
| Bahr Baits | C50653 | V1027174 | 10/13/2025 | 11/10/2025 | 175.8 | 0 | 0 | 175.8 | 0 | 0 | 0 |
| Bahr Baits | C50653 | G0543902 | 10/21/2025 | 11/10/2025 | 592.3 | 0 | 0 | 592.3 | 0 | 0 | 0 |
| Bahr Baits | C50653 | V1028668 | 10/21/2025 | 11/10/2025 | 213.31 | 0 | 0 | 213.31 | 0 | 0 | 0 |
| Bahr Baits | C50653 | G0544578 | 10/29/2025 | 12/10/2025 | 870.44 | 0 | 870.44 | 0 | 0 | 0 | 0 |
| Bahr Baits | C50653 | F2510C50653C | 10/30/2025 | 11/29/2025 | 426.76 | 0 | 0 | 426.76 | 0 | 0 | 0 |
| Bahr Baits | C50653 | F2510C50653G | 10/30/2025 | 11/29/2025 | 127.23 | 0 | 0 | 127.23 | 0 | 0 | 0 |
| Bahr Baits | C50653 | F2510C50653V | 10/30/2025 | 11/29/2025 | 2.06 | 0 | 0 | 2.06 | 0 | 0 | 0 |
| Bahr Baits | C50653 | V1029510 | 10/30/2025 | 12/10/2025 | 452.64 | 0 | 452.64 | 0 | 0 | 0 | 0 |
| Bahr Baits | C50653 | F2511C50653C | 11/18/2025 | 12/18/2025 | 392.73 | 0 | 392.73 | 0 | 0 | 0 | 0 |
| Bahr Baits | C50653 | F2511C50653G | 11/18/2025 | 12/18/2025 | 120.84 | 0 | 120.84 | 0 | 0 | 0 | 0 |
| Bahr Baits | C50653 | F2511C50653V | 11/18/2025 | 12/18/2025 | 1.9 | 0 | 1.9 | 0 | 0 | 0 | 0 |
| Witt's Quality Bait & Tackle | C50668 | C2307348 | 3/6/2025 | 9/10/2025 | 2721.51 | 0 | 0 | 0 | 0 | 0 | 2721.51 |
| Witt's Quality Bait & Tackle | C50668 | C2312266 | 3/26/2025 | 6/24/2025 | 2382.85 | 0 | 0 | 0 | 0 | 0 | 1749.8 |
| Small Town Sports & Outdoors LLC | C50714 | C2310882-2 | 3/20/2025 | 6/10/2025 | 1838.03 | 0 | 0 | 0 | 0 | 0 | 1538.03 |
| Small Town Sports & Outdoors LLC | C50714 | C2310882-3 | 3/20/2025 | 7/10/2025 | 1838.04 | 0 | 0 | 0 | 0 | 0 | 1838.04 |
| Sportsman Outfitters, LLC | C50724 | G0544621 | 10/30/2025 | 10/30/2025 | -100.4 | 0 | 0 | 0 | 0 | -100.4 | 0 |
| Sportsman Outfitters, LLC | C50724 | ECKRTRN766695(STPMT) | 11/13/2025 | 11/13/2025 | 0 | 0 | 0 | 3169.51 | 0 | 0 | 0 |
| Syndicate Armory, LLC | C50752 | C2126042 | 8/24/2023 | 9/10/2023 | 2341.8 | 0 | 0 | 0 | 0 | 0 | 1437.25 |
| Walts Bait And Tackle | C50792 | C2134967 | 9/18/2023 | 10/10/2023 | 947.71 | 0 | 0 | 0 | 0 | 0 | 737.71 |
| Walts Bait And Tackle | C50792 | C2135331 | 9/19/2023 | 10/10/2023 | 492.33 | 0 | 0 | 0 | 0 | 0 | 492.33 |
| Walts Bait And Tackle | C50792 | C2136312 | 9/21/2023 | 10/21/2023 | 899.19 | 0 | 0 | 0 | 0 | 0 | 899.19 |
| Walts Bait And Tackle | C50792 | C2142582 | 10/9/2023 | 1/7/2024 | 978.75 | 0 | 0 | 0 | 0 | 0 | 978.75 |
| Walts Bait And Tackle | C50792 | C2147558-1 | 10/20/2023 | 1/10/2024 | 732.14 | 0 | 0 | 0 | 0 | 0 | 732.14 |
| Walts Bait And Tackle | C50792 | C2147558-2 | 10/20/2023 | 2/10/2024 | 732.14 | 0 | 0 | 0 | 0 | 0 | 732.14 |
| Walts Bait And Tackle | C50792 | F2312C50792C | 12/30/2023 | 1/29/2024 | 39.06 | 0 | 0 | 0 | 0 | 0 | 39.06 |
| Walts Bait And Tackle | C50792 | F2401C50792C | 1/18/2024 | 2/17/2024 | 23.94 | 0 | 0 | 0 | 0 | 0 | 23.94 |
| South Post LLC | C50798 | C2030550 | 1/6/2023 | 1/6/2023 | -624.87 | 0 | 0 | 0 | 0 | 0 | -624.87 |
| Solon Springs Mercantile, LLC | C50799 | C2324784 | 5/22/2025 | 7/21/2025 | 4259.94 | 0 | 0 | 0 | 0 | 0 | 4259.94 |
| Solon Springs Mercantile, LLC | C50799 | V0952653 | 5/28/2025 | 7/10/2025 | 566.79 | 0 | 0 | 0 | 0 | 0 | 566.79 |
| Solon Springs Mercantile, LLC | C50799 | C2326289 | 5/30/2025 | 7/29/2025 | 324.93 | 0 | 0 | 0 | 0 | 0 | 324.93 |
| Solon Springs Mercantile, LLC | C50799 | V0958981 | 6/4/2025 | 7/10/2025 | 419.99 | 0 | 0 | 0 | 0 | 0 | 419.99 |
| Solon Springs Mercantile, LLC | C50799 | G0521358 | 6/17/2025 | 7/10/2025 | 162.15 | 0 | 0 | 0 | 0 | 0 | 162.15 |
| Solon Springs Mercantile, LLC | C50799 | V0968586 | 6/18/2025 | 7/10/2025 | 525.95 | 0 | 0 | 0 | 0 | 0 | 525.95 |
| Solon Springs Mercantile, LLC | C50799 | C2332568 | 6/25/2025 | 8/10/2025 | 371.04 | 0 | 0 | 0 | 0 | 0 | 371.04 |
| Solon Springs Mercantile, LLC | C50799 | G0523994 | 6/25/2025 | 7/10/2025 | 60.57 | 0 | 0 | 0 | 0 | 0 | 60.57 |
| Solon Springs Mercantile, LLC | C50799 | V0974465 | 6/25/2025 | 8/10/2025 | 159.9 | 0 | 0 | 0 | 0 | 0 | 159.9 |
| Solon Springs Mercantile, LLC | C50799 | C2334064 | 7/1/2025 | 8/10/2025 | 516.04 | 0 | 0 | 0 | 0 | 0 | 516.04 |
| Solon Springs Mercantile, LLC | C50799 | C2025723 | 7/1/2025 | 8/10/2025 | 234.19 | 0 | 0 | 0 | 0 | 0 | 234.19 |
| Solon Springs Mercantile, LLC | C50799 | V0977735 | 7/1/2025 | 8/10/2025 | 350.87 | 0 | 0 | 0 | 0 | 0 | 350.87 |
| Solon Springs Mercantile, LLC | C50799 | C2335131 | 7/8/2025 | 8/10/2025 | 1122.74 | 0 | 0 | 0 | 0 | 0 | 1122.74 |
| Solon Springs Mercantile, LLC | C50799 | C2527505 | 7/8/2025 | 8/10/2025 | 228.34 | 0 | 0 | 0 | 0 | 0 | 228.34 |
| Solon Springs Mercantile, LLC | C50799 | V0981940 | 7/9/2025 | 8/10/2025 | 568.9 | 0 | 0 | 0 | 0 | 0 | 568.9 |
| 1000338228 Ontario, Inc | C50804 | C2190892 | 2/19/2024 | 2/19/2024 | -70.92 | 0 | 0 | 0 | 0 | 0 | -70.92 |
| 1000338228 Ontario, Inc | C50804 | C2190898 | 2/19/2024 | 2/19/2024 | -189.24 | 0 | 0 | 0 | 0 | 0 | -189.24 |
| 1000338228 Ontario, Inc | C50804 | C2201350 | 3/15/2024 | 3/15/2024 | -28.79 | 0 | 0 | 0 | 0 | 0 | -28.79 |
| 1000338228 Ontario, Inc | C50804 | C2208561 | 4/3/2024 | 4/3/2024 | -14 | 0 | 0 | 0 | 0 | 0 | -14 |
| 1000338228 Ontario, Inc | C50804 | C2211949 | 4/11/2024 | 4/11/2024 | -14 | 0 | 0 | 0 | 0 | 0 | -14 |
| 1000338228 Ontario, Inc | C50804 | C2217413 | 4/24/2024 | 4/24/2024 | -183.89 | 0 | 0 | 0 | 0 | 0 | -183.89 |
| Hackensack Bait, LLC | C50886 | V1029490 | 10/28/2025 | 10/28/2025 | -111.6 | 0 | 0 | 0 | 0 | -111.6 | 0 |
| Hentschel, Inc | C50904 | V1016444 | 9/9/2025 | 10/10/2025 | 119.15 | 0 | 0 | 0 | 0 | 119.15 | 0 |
| Hentschel, Inc | C50904 | F2510C50904V | 10/30/2025 | 11/29/2025 | 1.19 | 0 | 0 | 1.19 | 0 | 0 | 0 |
| Hentschel, Inc | C50904 | F2511C50904V | 11/11/2025 | 12/11/2025 | 0.72 | 0 | 0.72 | 0 | 0 | 0 | 0 |
| The Guns And Gear Store, LLC | C70123 | C2308985 | 3/12/2025 | 3/12/2025 | -147.3 | 0 | 0 | 0 | 0 | 0 | -147.3 |
| DAM Of Aitkin Lakes, Inc | C85074 | C2329051 | 6/11/2025 | 6/11/2025 | -16.47 | 0 | 0 | 0 | 0 | 0 | -16.47 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dicks Sporting Goods | DICKS | V1018256 | 9/11/2025 | 12/10/2025 | 221.68 | 0 | 221.68 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1018257 | 9/11/2025 | 12/10/2025 | 122.74 | 0 | 122.74 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1018258 | 9/11/2025 | 12/10/2025 | 111.74 | 0 | 111.74 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1018259 | 9/15/2025 | 12/14/2025 | 122.74 | 0 | 122.74 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1018260 | 9/15/2025 | 12/14/2025 | 122.74 | 0 | 122.74 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1018261 | 9/15/2025 | 12/14/2025 | 221.68 | 0 | 221.68 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023665 | 9/25/2025 | 12/24/2025 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023674 | 9/25/2025 | 12/24/2025 | 115.44 | 115.44 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023675 | 9/25/2025 | 12/24/2025 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023676 | 9/25/2025 | 12/24/2025 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023677 | 9/25/2025 | 12/24/2025 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023678 | 9/25/2025 | 12/24/2025 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023679 | 9/25/2025 | 12/24/2025 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023680 | 9/25/2025 | 12/24/2025 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023681 | 9/25/2025 | 12/24/2025 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023682 | 9/25/2025 | 12/24/2025 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023683 | 9/25/2025 | 12/24/2025 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023684 | 9/25/2025 | 12/24/2025 | 148.41 | 148.41 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023685 | 9/25/2025 | 12/24/2025 | 223.2 | 223.2 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023686 | 9/25/2025 | 12/24/2025 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023687 | 9/25/2025 | 12/24/2025 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1024111 | 9/25/2025 | 9/25/2025 | -16086.21 | 0 | 0 | 0 | 0 | -406.62 |
| Dicks Sporting Goods | DICKS | V1023737 | 9/26/2025 | 12/25/2025 | 42.06 | 42.06 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023738 | 9/26/2025 | 12/25/2025 | 51.24 | 51.24 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023739 | 9/26/2025 | 12/25/2025 | 42.87 | 42.87 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023743 | 9/26/2025 | 12/25/2025 | 208.91 | 208.91 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023744 | 9/26/2025 | 12/25/2025 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023745 | 9/26/2025 | 12/25/2025 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023746 | 9/26/2025 | 12/25/2025 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023747 | 9/26/2025 | 12/25/2025 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023748 | 9/26/2025 | 12/25/2025 | 59.38 | 59.38 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023749 | 9/26/2025 | 12/25/2025 | 104.44 | 104.44 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023750 | 9/26/2025 | 12/25/2025 | 159.41 | 159.41 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023751 | 9/26/2025 | 12/25/2025 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023752 | 9/26/2025 | 12/25/2025 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023753 | 9/26/2025 | 12/25/2025 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023754 | 9/26/2025 | 12/25/2025 | 60.47 | 60.47 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1023755 | 9/26/2025 | 12/25/2025 | 170.41 | 170.41 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1024365 | 9/29/2025 | 12/28/2025 | 40.56 | 40.56 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1024993 | 10/2/2025 | 12/31/2025 | 43.86 | 43.86 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1024994 | 10/2/2025 | 12/31/2025 | 45.06 | 45.06 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025674 | 10/3/2025 | 1/1/2026 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025712 | 10/3/2025 | 1/1/2026 | 543.67 | 543.67 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025714 | 10/3/2025 | 1/1/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025715 | 10/3/2025 | 1/1/2026 | 120.94 | 120.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025716 | 10/3/2025 | 1/1/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025717 | 10/3/2025 | 1/1/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025718 | 10/3/2025 | 1/1/2026 | 60.47 | 60.47 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025719 | 10/3/2025 | 1/1/2026 | 336.7 | 336.7 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025721 | 10/3/2025 | 1/1/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025722 | 10/3/2025 | 1/1/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025723 | 10/3/2025 | 1/1/2026 | 82.44 | 82.44 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025724 | 10/3/2025 | 1/1/2026 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025725 | 10/3/2025 | 1/1/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025757 | 10/6/2025 | 1/4/2026 | 41.4 | 41.4 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1026545 | 10/9/2025 | 1/7/2026 | 45.06 | 45.06 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1026546 | 10/9/2025 | 1/7/2026 | 65.19 | 65.19 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1026547 | 10/9/2025 | 1/7/2026 | 55.53 | 55.53 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1025675 | 10/10/2025 | 1/8/2026 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027590 | 10/17/2025 | 1/15/2026 | 718.93 | 718.93 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027591 | 10/17/2025 | 1/15/2026 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027592 | 10/17/2025 | 1/15/2026 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027593 | 10/17/2025 | 1/15/2026 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027594 | 10/17/2025 | 1/15/2026 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027598 | 10/17/2025 | 1/15/2026 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027599 | 10/17/2025 | 1/15/2026 | 473.67 | 473.67 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027600 | 10/17/2025 | 1/15/2026 | 461.76 | 461.76 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027601 | 10/17/2025 | 1/15/2026 | 384.79 | 384.79 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027602 | 10/17/2025 | 1/15/2026 | 240.76 | 240.76 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027605 | 10/17/2025 | 1/15/2026 | 329.82 | 329.82 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027607 | 10/17/2025 | 1/15/2026 | 153.91 | 153.91 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027608 | 10/17/2025 | 1/15/2026 | 170.41 | 170.41 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027609 | 10/17/2025 | 1/15/2026 | 82.44 | 82.44 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027610 | 10/17/2025 | 1/15/2026 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027611 | 10/17/2025 | 1/15/2026 | 126.44 | 126.44 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027612 | 10/17/2025 | 1/15/2026 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027613 | 10/17/2025 | 1/15/2026 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027614 | 10/17/2025 | 1/15/2026 | 104.44 | 104.44 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027615 | 10/17/2025 | 1/15/2026 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027616 | 10/17/2025 | 1/15/2026 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027617 | 10/17/2025 | 1/15/2026 | 60.47 | 60.47 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027660 | 10/17/2025 | 1/15/2026 | 93.44 | 93.44 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027703 | 10/17/2025 | 1/15/2026 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027708 | 10/17/2025 | 1/15/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027709 | 10/17/2025 | 1/15/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027710 | 10/17/2025 | 1/15/2026 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027711 | 10/17/2025 | 1/15/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027712 | 10/17/2025 | 1/15/2026 | 65.97 | 65.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027713 | 10/17/2025 | 1/15/2026 | 438.7 | 438.7 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027714 | 10/17/2025 | 1/15/2026 | 225.38 | 225.38 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027715 | 10/17/2025 | 1/15/2026 | 324.32 | 324.32 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027716 | 10/17/2025 | 1/15/2026 | 324.35 | 324.35 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027717 | 10/17/2025 | 1/15/2026 | 214.38 | 214.38 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027718 | 10/17/2025 | 1/15/2026 | 148.41 | 148.41 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dicks Sporting Goods | DICKS | V1027719 | 10/17/2025 | 1/15/2026 | 363.73 | 363.73 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027720 | 10/17/2025 | 1/15/2026 | 166.94 | 166.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027721 | 10/17/2025 | 1/15/2026 | 196.79 | 196.79 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027722 | 10/17/2025 | 1/15/2026 | 238.38 | 238.38 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027723 | 10/17/2025 | 1/15/2026 | 148.41 | 148.41 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027724 | 10/17/2025 | 1/15/2026 | 226.73 | 226.73 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027725 | 10/17/2025 | 1/15/2026 | 228.7 | 228.7 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027726 | 10/17/2025 | 1/15/2026 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027727 | 10/17/2025 | 1/15/2026 | 43.97 | 43.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027728 | 10/17/2025 | 1/15/2026 | 120.94 | 120.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027729 | 10/17/2025 | 1/15/2026 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027730 | 10/17/2025 | 1/15/2026 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027731 | 10/17/2025 | 1/15/2026 | 98.94 | 98.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027732 | 10/17/2025 | 1/15/2026 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027733 | 10/17/2025 | 1/15/2026 | 109.94 | 109.94 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1027734 | 10/17/2025 | 1/15/2026 | 54.97 | 54.97 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1028425 | 10/17/2025 | 1/15/2026 | 48.06 | 48.06 | 0 | 0 | 0 | 0 |
| Dicks Sporting Goods | DICKS | V1028424 | 10/20/2025 | 1/18/2026 | 57.12 | 57.12 | 0 | 0 | 0 | 0 |
| Dicks/Credit Account | DICKS/CDT | R2200846DM | 8/25/2022 | 8/25/2022 | 0 | 0 | 0 | 0 | 0 | -156.96 |
| Dicks/Credit Account | DICKS/CDT | R2249497DM | 8/25/2022 | 8/25/2022 | 0 | 0 | 0 | 0 | 0 | -109.94 |
| Dicks/Credit Account | DICKS/CDT | V0125398DM | 8/25/2022 | 8/25/2022 | 0 | 0 | 0 | 0 | 0 | -106.92 |
| Dicks/Credit Account | DICKS/CDT | V0234044DM | 8/25/2022 | 8/25/2022 | 0 | 0 | 0 | 0 | 0 | -45.6 |
| Dicks/Credit Account | DICKS/CDT | R2200620DM | 12/13/2022 | 12/13/2022 | 0 | 0 | 0 | 0 | 0 | -39.96 |
| Dicks/Credit Account | DICKS/CDT | R2361693DM | 12/13/2022 | 12/13/2022 | 0 | 0 | 0 | 0 | 0 | -63.57 |
| Dicks/Credit Account | DICKS/CDT | R2367006DM | 1/17/2023 | 1/17/2023 | 0 | 0 | 0 | 0 | 0 | -76.4 |
| Dicks/Credit Account | DICKS/CDT | R2332195 | 3/6/2025 | 3/6/2025 | 0 | 0 | 0 | 0 | 0 | -71.05 |
| Dicks/Credit Account | DICKS/CDT | R2470971 | 3/6/2025 | 3/6/2025 | 0 | 0 | 0 | 0 | 0 | -2486.75 |
| Dicks/Credit Account | DICKS/CDT | R2492490 | 3/6/2025 | 3/6/2025 | 0 | 0 | 0 | 0 | 0 | -81.63 |
| Dicks/Credit Account | DICKS/CDT | R2584378 | 3/6/2025 | 3/6/2025 | 0 | 0 | 0 | 0 | 0 | -25.2 |
| Dicks/Credit Account | DICKS/CDT | R2637048 | 3/6/2025 | 3/6/2025 | 0 | 0 | 0 | 0 | 0 | -140.18 |
| Dicks/Credit Account | DICKS/CDT | R2731014 | 9/17/2025 | 9/17/2025 | 0 | 0 | 0 | 0 | 0 | -39.6 |
| Do It Best CDT | DOITBESCDT | C2018368 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -135.73 |
| Do It Best CDT | DOITBESCDT | C2019369 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -187.45 |
| Do It Best CDT | DOITBESCDT | C2027234 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -122.1 |
| Do It Best CDT | DOITBESCDT | C2027360 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -80.75 |
| Do It Best CDT | DOITBESCDT | C2027368 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -56.64 |
| Do It Best CDT | DOITBESCDT | C2027390 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -39.16 |
| Do It Best CDT | DOITBESCDT | G0240405 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -35.62 |
| Do It Best CDT | DOITBESCDT | N0257088 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -83.2 |
| Do It Best CDT | DOITBESCDT | N0257295 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -198 |
| Do It Best CDT | DOITBESCDT | N0258797 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -31.91 |
| Do It Best CDT | DOITBESCDT | N0261261 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -51.12 |
| Do It Best CDT | DOITBESCDT | N0263127 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -42.48 |
| Do It Best CDT | DOITBESCDT | N0264810 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -26.43 |
| Do It Best CDT | DOITBESCDT | N0265221 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -74.86 |
| Do It Best CDT | DOITBESCDT | N0275091 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -63 |
| Do It Best CDT | DOITBESCDT | N0275320 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -32.43 |
| Do It Best CDT | DOITBESCDT | N0276703 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -78.49 |
| Do It Best CDT | DOITBESCDT | N0277555 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -78.29 |
| Do It Best CDT | DOITBESCDT | N0278788 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -32.59 |
| Do It Best CDT | DOITBESCDT | N0284395 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -37.93 |
| Do It Best CDT | DOITBESCDT | N0284399 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -197.67 |
| Do It Best CDT | DOITBESCDT | N0296443 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -60.83 |
| Do It Best CDT | DOITBESCDT | N0297346 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -36.3 |
| Do It Best CDT | DOITBESCDT | N0298168 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -58.62 |
| Do It Best CDT | DOITBESCDT | R2365391 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -78.49 |
| Do It Best CDT | DOITBESCDT | R2366128 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -303.04 |
| Do It Best CDT | DOITBESCDT | R2370438 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -229.94 |
| Do It Best CDT | DOITBESCDT | R2373851 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -138.09 |
| Do It Best CDT | DOITBESCDT | R2374450 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -79.7 |
| Do It Best CDT | DOITBESCDT | R2390260 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -28.26 |
| Do It Best CDT | DOITBESCDT | R2391494 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -88.56 |
| Do It Best CDT | DOITBESCDT | R2398177 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -54.64 |
| Do It Best CDT | DOITBESCDT | R2402293 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -0.39 |
| Do It Best CDT | DOITBESCDT | R2410589 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -202.9 |
| Do It Best CDT | DOITBESCDT | R2419468 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -55.1 |
| Do It Best CDT | DOITBESCDT | R2430134 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -64.14 |
| Do It Best CDT | DOITBESCDT | R2431540 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -85.56 |
| Do It Best CDT | DOITBESCDT | R2434860 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -45.87 |
| Do It Best CDT | DOITBESCDT | R2441587 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -113.83 |
| Do It Best CDT | DOITBESCDT | R2464450 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -58.04 |
| Do It Best CDT | DOITBESCDT | R2474676 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -31.62 |
| Do It Best CDT | DOITBESCDT | R2480863 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -63.73 |
| Do It Best CDT | DOITBESCDT | R2488848 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -170.93 |
| Do It Best CDT | DOITBESCDT | R2499026 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -66.96 |
| Do It Best CDT | DOITBESCDT | R2510924 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -36 |
| Do It Best CDT | DOITBESCDT | R2511841 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -34.77 |
| Do It Best CDT | DOITBESCDT | V0402868 | 3/10/2023 | 3/10/2023 | 0 | 0 | 0 | 0 | 0 | -28.52 |
| Do It Best CDT | DOITBESCDT | C2029705 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -55.42 |
| Do It Best CDT | DOITBESCDT | C2030546 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -204.64 |
| Do It Best CDT | DOITBESCDT | C2036800 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -184 |
| Do It Best CDT | DOITBESCDT | C2042810 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -90.72 |
| Do It Best CDT | DOITBESCDT | C2042811 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -79.26 |
| Do It Best CDT | DOITBESCDT | C2059253 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -52.84 |
| Do It Best CDT | DOITBESCDT | C2076855 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -183.91 |
| Do It Best CDT | DOITBESCDT | C2093878 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -34.07 |
| Do It Best CDT | DOITBESCDT | C2104856 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -1201.42 |
| Do It Best CDT | DOITBESCDT | C2105988 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -60.69 |
| Do It Best CDT | DOITBESCDT | C2112294 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -71.59 |
| Do It Best CDT | DOITBESCDT | C2112327 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -112.32 |
| Do It Best CDT | DOITBESCDT | C2124943 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -46.29 |
| Do It Best CDT | DOITBESCDT | C2129758 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -46.31 |
| Do It Best CDT | DOITBESCDT | C2144403 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -153.4 |
| Do It Best CDT | DOITBESCDT | | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -25.55 |

| Name | Code | Doc | Date | Date | Val | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Do It Best CDT | DOITBESCDT | C2145027 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -2734.41 |
| Do It Best CDT | DOITBESCDT | C2151389 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -39.28 |
| Do It Best CDT | DOITBESCDT | C2156574 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -40.56 |
| Do It Best CDT | DOITBESCDT | C2158784 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -467.3 |
| Do It Best CDT | DOITBESCDT | C2169398 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -403.01 |
| Do It Best CDT | DOITBESCDT | C2178844 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -157.22 |
| Do It Best CDT | DOITBESCDT | C2180935 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -45.9 |
| Do It Best CDT | DOITBESCDT | C2181777 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -947.12 |
| Do It Best CDT | DOITBESCDT | C2183413 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -231.27 |
| Do It Best CDT | DOITBESCDT | G0251016 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -29.14 |
| Do It Best CDT | DOITBESCDT | G0276375 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -290.07 |
| Do It Best CDT | DOITBESCDT | G0282325 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -110.52 |
| Do It Best CDT | DOITBESCDT | G0333682 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -64.68 |
| Do It Best CDT | DOITBESCDT | G0338859 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -35.08 |
| Do It Best CDT | DOITBESCDT | G0343843 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -36.08 |
| Do It Best CDT | DOITBESCDT | G0354140 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -596.4 |
| Do It Best CDT | DOITBESCDT | G0369049 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -69.51 |
| Do It Best CDT | DOITBESCDT | N0305176 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -29.79 |
| Do It Best CDT | DOITBESCDT | N0305190 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -80.32 |
| Do It Best CDT | DOITBESCDT | N0305911 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -304.74 |
| Do It Best CDT | DOITBESCDT | N0314651 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -49.82 |
| Do It Best CDT | DOITBESCDT | N0318675 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -105.99 |
| Do It Best CDT | DOITBESCDT | N0322748 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -159.96 |
| Do It Best CDT | DOITBESCDT | N0323994 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -164.61 |
| Do It Best CDT | DOITBESCDT | N0327117 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -102.84 |
| Do It Best CDT | DOITBESCDT | N0331973 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -73.16 |
| Do It Best CDT | DOITBESCDT | N0334685 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -29.1 |
| Do It Best CDT | DOITBESCDT | N0335640 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -27.32 |
| Do It Best CDT | DOITBESCDT | N0335945 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -125.94 |
| Do It Best CDT | DOITBESCDT | N0341841 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -25.92 |
| Do It Best CDT | DOITBESCDT | N0341882 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -100.59 |
| Do It Best CDT | DOITBESCDT | N0343106 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -29.06 |
| Do It Best CDT | DOITBESCDT | N0343148 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -29.06 |
| Do It Best CDT | DOITBESCDT | N0343188 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -71.81 |
| Do It Best CDT | DOITBESCDT | N0343206 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -70.95 |
| Do It Best CDT | DOITBESCDT | R2521376 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -56.59 |
| Do It Best CDT | DOITBESCDT | R2534988 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -40.52 |
| Do It Best CDT | DOITBESCDT | R2542279 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -36.94 |
| Do It Best CDT | DOITBESCDT | R2543486 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -49.6 |
| Do It Best CDT | DOITBESCDT | R2547330 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -179.67 |
| Do It Best CDT | DOITBESCDT | R2552444 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -69.33 |
| Do It Best CDT | DOITBESCDT | R2561260 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -316.15 |
| Do It Best CDT | DOITBESCDT | R2573726 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -66.59 |
| Do It Best CDT | DOITBESCDT | R2581166 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -80.48 |
| Do It Best CDT | DOITBESCDT | R2588470 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -204.31 |
| Do It Best CDT | DOITBESCDT | R2590413 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -250 |
| Do It Best CDT | DOITBESCDT | R2591822 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -250 |
| Do It Best CDT | DOITBESCDT | R2592040 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -42.52 |
| Do It Best CDT | DOITBESCDT | R2593209 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -38.3 |
| Do It Best CDT | DOITBESCDT | R2604275 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -726 |
| Do It Best CDT | DOITBESCDT | R2611368 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -119.9 |
| Do It Best CDT | DOITBESCDT | R2613367 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -62.43 |
| Do It Best CDT | DOITBESCDT | R2614074 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -32.6 |
| Do It Best CDT | DOITBESCDT | R2614533 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -127.26 |
| Do It Best CDT | DOITBESCDT | R2619513 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -46.43 |
| Do It Best CDT | DOITBESCDT | R2622126 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -56.59 |
| Do It Best CDT | DOITBESCDT | R2637569 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -204.71 |
| Do It Best CDT | DOITBESCDT | R2639998 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -44.72 |
| Do It Best CDT | DOITBESCDT | R2640003 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -32.22 |
| Do It Best CDT | DOITBESCDT | R2646688 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -64.22 |
| Do It Best CDT | DOITBESCDT | R2647390 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -219.4 |
| Do It Best CDT | DOITBESCDT | R2650088 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -26.3 |
| Do It Best CDT | DOITBESCDT | R2654980 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -56.8 |
| Do It Best CDT | DOITBESCDT | R2656680 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -44.32 |
| Do It Best CDT | DOITBESCDT | R2660344 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -55.25 |
| Do It Best CDT | DOITBESCDT | R2662211 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -39.28 |
| Do It Best CDT | DOITBESCDT | R2669682 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -33.8 |
| Do It Best CDT | DOITBESCDT | R2671472 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -26.8 |
| Do It Best CDT | DOITBESCDT | R2674431 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -64.7 |
| Do It Best CDT | DOITBESCDT | R2674433 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -85.96 |
| Do It Best CDT | DOITBESCDT | R2677440 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -38.61 |
| Do It Best CDT | DOITBESCDT | R2694013 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -299.08 |
| Do It Best CDT | DOITBESCDT | V0461660 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -45.74 |
| Do It Best CDT | DOITBESCDT | V0605638 | 4/4/2025 | 4/4/2025 | 0 | 0 | 0 | 0 | 0 | -458.6 |
| Do-It Best Corp. | DOITBEST | R2739347 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | -250 |
| Do-It Best Corp. | DOITBEST | R2739348 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | -250 |
| Do-It Best Corp. | DOITBEST | C2318946 | 4/24/2025 | 6/24/2025 | 118.6 | 0 | 0 | 0 | 0 | 118.6 |
| Do-It Best Corp. | DOITBEST | V0961525 | 6/5/2025 | 6/5/2025 | -200 | 0 | 0 | 0 | 0 | -200 |
| Do-It Best Corp. | DOITBEST | V0990859 | 7/22/2025 | 7/22/2025 | -87.58 | 0 | 0 | 0 | 0 | -87.58 |
| Do-It Best Corp. | DOITBEST | C2338974 | 8/1/2025 | 8/1/2025 | -107.38 | 0 | 0 | 0 | 0 | -107.38 |
| Do-It Best Corp. | DOITBEST | C2339789 | 8/8/2025 | 8/8/2025 | -92.21 | 0 | 0 | 0 | 0 | -92.21 |
| Do-It Best Corp. | DOITBEST | V1011696 | 8/26/2025 | 8/26/2025 | -109.27 | 0 | 0 | 0 | 0 | -109.27 |
| Do-It Best Corp. | DOITBEST | C2345076 | 10/10/2025 | 10/10/2025 | -33.92 | 0 | 0 | 0 | -33.92 | 0 |
| Do-It Best Corp. | DOITBEST | G0544927 | 11/11/2025 | 1/11/2026 | 717.58 | 717.58 | 0 | 0 | 0 | 0 |
| Do-It Best Corp. | DOITBEST | G0544929 | 11/11/2025 | 1/11/2026 | 30.38 | 30.38 | 0 | 0 | 0 | 0 |
| Do-It Best Corp. | DOITBEST | G0544930 | 11/11/2025 | 1/11/2026 | 33.6 | 33.6 | 0 | 0 | 0 | 0 |
| Do-It Best Corp. | DOITBEST | G0544935 | 11/11/2025 | 1/11/2026 | 113.54 | 113.54 | 0 | 0 | 0 | 0 |
| Do-It Best Corp. | DOITBEST | V1030001 | 11/11/2025 | 1/11/2026 | 33.1 | 33.1 | 0 | 0 | 0 | 0 |
| Do-It Best Corp. | DOITBEST | V1030002 | 11/11/2025 | 1/11/2026 | 66.01 | 66.01 | 0 | 0 | 0 | 0 |
| Do-It Best Corp. | DOITBEST | V1030007 | 11/11/2025 | 1/11/2026 | 524.56 | 524.56 | 0 | 0 | 0 | 0 |
| Do-It Best Corp. | DOITBEST | V1030006 | 11/12/2025 | 1/12/2026 | 190.51 | 190.51 | 0 | 0 | 0 | 0 |
| Jack Baron | E001 | V0831142 | 10/31/2024 | 10/31/2024 | -93.42 | 0 | 0 | 0 | 0 | -6.43 |
| Oscar Portillo Lizano | E110135 | R2573911 | 5/2/2023 | 5/2/2023 | -54.13 | 0 | 0 | 0 | 0 | -54.13 |
| Patty Williams | E110400 | V0989354 | 7/21/2025 | 7/21/2025 | -8.11 | 0 | 0 | 0 | 0 | -4.33 |

| Name | Acct | Reference | Date | Date | Amt1 | Amt2 | Amt3 | Amt4 | Amt5 | Amt6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Brenda Meinz | E110410 | C2341655 | 8/27/2025 | 8/27/2025 | -105.79 | 0 | 0 | 0 | 0 | -100.9 |
| Monica Reyes | E110505 | V0862741 | 1/13/2025 | 1/13/2025 | -54.13 | 0 | 0 | 0 | 0 | -54.13 |
| Nicholas Phillips | E110658 | V0936169 | 5/1/2025 | 5/1/2025 | -54.13 | 0 | 0 | 0 | 0 | -54.13 |
| Susan Fitzgerald | E1193 | V0777597 | 8/14/2024 | 8/14/2024 | -68.04 | 0 | 0 | 0 | 0 | -68.04 |
| Jarrod Arrington | E2769 | R2348505 | 3/3/2022 | 3/3/2022 | -53.63 | 0 | 0 | 0 | 0 | -53.63 |
| Anthony Jones | E3065 | R2711665 | 3/4/2024 | 3/4/2024 | -53.38 | 0 | 0 | 0 | 0 | -7.4 |
| Franklin C McCants | E3840 | V0959232 | 6/3/2025 | 6/3/2025 | -53.63 | 0 | 0 | 0 | 0 | -53.63 |
| Yameika Jackson | E3881 | V0996611 | 8/1/2025 | 8/1/2025 | -53.63 | 0 | 0 | 0 | 0 | -53.63 |
| Janice Heyland | E7428 | R2722698 | 4/1/2024 | 4/1/2024 | -160.13 | 0 | 0 | 0 | 0 | -25.46 |
| Brian Mangum | E7448 | V1014979 | 9/3/2025 | 9/3/2025 | -160.13 | 0 | 0 | 0 | 0 | -14.97 |
| Eric Whalen | E7526 | R2381965 | 5/3/2022 | 5/3/2022 | -106.75 | 0 | 0 | 0 | 0 | -106.75 |
| Dave Tackett | E7648 | V1029665 | 11/4/2025 | 2/2/2026 | 161.88 | 151.88 | 0 | 0 | 0 | 0 |
| Dave Tackett | E7648 | V1030199 | 11/21/2025 | 2/19/2026 | 169.06 | 169.06 | 0 | 0 | 0 | 0 |
| Dave Tackett | E7648 | G0545048 | 11/24/2025 | 2/22/2026 | 155.54 | 155.54 | 0 | 0 | 0 | 0 |
| Dave Tackett | E7648 | G0545069 | 11/25/2025 | 2/23/2026 | 32.95 | 32.95 | 0 | 0 | 0 | 0 |
| Dave Tackett | E7648 | V1030221 | 11/25/2025 | 2/23/2026 | 35.88 | 35.88 | 0 | 0 | 0 | 0 |
| Jamez Reynolds | E7653 | R1856631 | 8/9/2019 | 8/9/2019 | -53.63 | 0 | 0 | 0 | 0 | -53.63 |
| Jamez Reynolds | E7653 | V0770363 | 8/5/2024 | 8/5/2024 | -107.25 | 0 | 0 | 0 | 0 | -107.25 |
| David Custis | E7747 | R2646808 | 9/13/2023 | 9/13/2023 | -53.63 | 0 | 0 | 0 | 0 | -53.63 |
| Steve Fifer | E908 | R2603985 | 6/22/2023 | 6/22/2023 | -36.09 | 0 | 0 | 0 | 0 | -19.57 |
| Steve Fifer | E908 | V1022415 | 9/19/2025 | 10/4/2025 | 16.52 | 0 | 0 | 0 | 0 | -16.52 |
| GPM Investments LLC | FASMAR | R1988580 | 3/25/2020 | 3/25/2020 | -66.26 | 0 | 0 | 0 | 0 | -66.26 |
| GPM Investments LLC | FASMAR | V0807342 | 9/26/2024 | 9/26/2024 | -117.78 | 0 | 0 | 0 | 0 | -117.78 |
| Family Farm & Home Inc | FFAH | C2338073 | 7/25/2025 | 9/23/2025 | 166.97 | 0 | 0 | 0 | 0 | 166.97 |
| Family Farm & Home Inc | FFAH | C2338079 | 7/25/2025 | 9/23/2025 | 117.02 | 0 | 0 | 0 | 0 | 117.02 |
| Family Farm & Home Inc | FFAH | C2338094 | 7/25/2025 | 9/23/2025 | 44.38 | 0 | 0 | 0 | 0 | 44.38 |
| Family Farm & Home Inc | FFAH | C2338099 | 7/25/2025 | 9/23/2025 | 89.61 | 0 | 0 | 0 | 0 | 89.61 |
| Family Farm & Home Inc | FFAH | C2338104 | 7/25/2025 | 9/23/2025 | 90.24 | 0 | 0 | 0 | 0 | 90.24 |
| Family Farm & Home Inc | FFAH | C2338107 | 7/25/2025 | 9/23/2025 | 132.37 | 0 | 0 | 0 | 0 | 132.37 |
| Family Farm & Home Inc | FFAH | C2338109 | 7/25/2025 | 9/23/2025 | 182.31 | 0 | 0 | 0 | 0 | 182.31 |
| Family Farm & Home Inc | FFAH | C2338113 | 7/25/2025 | 9/23/2025 | 51.07 | 0 | 0 | 0 | 0 | 51.07 |
| Family Farm & Home Inc | FFAH | C2338114 | 7/25/2025 | 9/23/2025 | 72.72 | 0 | 0 | 0 | 0 | 72.72 |
| Family Farm & Home Inc | FFAH | V0992986 | 7/25/2025 | 9/23/2025 | 63.42 | 0 | 0 | 0 | 0 | 63.42 |
| Family Farm & Home Inc | FFAH | V0992989 | 7/25/2025 | 9/23/2025 | 51.18 | 0 | 0 | 0 | 0 | 51.18 |
| Family Farm & Home Inc | FFAH | C2338232 | 7/28/2025 | 9/26/2025 | 1546.51 | 0 | 0 | 0 | 0 | 1546.51 |
| Family Farm & Home Inc | FFAH | V0993565 | 7/30/2025 | 9/28/2025 | 550.38 | 0 | 0 | 0 | 0 | 550.38 |
| Family Farm & Home Inc | FFAH | V0995602 | 7/31/2025 | 9/29/2025 | 43.87 | 0 | 0 | 0 | 0 | 43.87 |
| Family Farm & Home Inc | FFAH | C2338905 | 8/1/2025 | 9/30/2025 | 69.84 | 0 | 0 | 0 | 0 | 69.84 |
| Family Farm & Home Inc | FFAH | V0995612 | 8/1/2025 | 9/30/2025 | 37.33 | 0 | 0 | 0 | 0 | 37.33 |
| Family Farm & Home Inc | FFAH | V0996644 | 8/1/2025 | 9/30/2025 | 42.29 | 0 | 0 | 0 | 0 | 42.29 |
| Family Farm & Home Inc | FFAH | V0996643 | 8/4/2025 | 10/3/2025 | 46.43 | 0 | 0 | 0 | 0 | 46.43 |
| Family Farm & Home Inc | FFAH | C2339882 | 8/11/2025 | 10/10/2025 | 66.29 | 0 | 0 | 0 | 66.29 | 0 |
| Family Farm & Home Inc | FFAH | C2339929 | 8/11/2025 | 10/10/2025 | 11.7 | 0 | 0 | 0 | 11.7 | 0 |
| Family Farm & Home Inc | FFAH | V1004500 | 8/13/2025 | 10/12/2025 | 50.7 | 0 | 0 | 0 | 50.7 | 0 |
| Fred Myer CDT | FRED CDT | N0047506 | 3/14/2023 | 3/14/2023 | 0 | 0 | 0 | 0 | 0 | -35.61 |
| Fred Myer CDT | FRED CDT | G0197349CM | 6/27/2023 | 6/27/2023 | 0 | 0 | 0 | 0 | 0 | -85.17 |
| Fred Myer CDT | FRED CDT | PO25600952 | 6/27/2023 | 6/27/2023 | 0 | 0 | 0 | 0 | 0 | -1044.92 |
| Fred Myer CDT | FRED CDT | G0235730-CM | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | -103.79 |
| Fred Myer CDT | FRED CDT | G0292883-CM | 2/19/2025 | 2/19/2025 | 0 | 0 | 0 | 0 | 0 | -85.14 |
| Fred Myer CDT | FRED CDT | G0344851R | 2/19/2025 | 2/19/2025 | 0 | 0 | 0 | 0 | 0 | -266.17 |
| Fred Myer CDT | FRED CDT | G0363975OVR | 2/19/2025 | 2/19/2025 | 0 | 0 | 0 | 0 | 0 | -38.54 |
| Fred Myer CDT | FRED CDT | G0363975R | 2/19/2025 | 2/19/2025 | 0 | 0 | 0 | 0 | 0 | -359.85 |
| Fred Myer CDT | FRED CDT | G0384935R | 2/19/2025 | 2/19/2025 | 0 | 0 | 0 | 0 | 0 | -67.49 |
| Fred Myer CDT | FRED CDT | G0430360DM | 2/19/2025 | 2/19/2025 | 0 | 0 | 0 | 0 | 0 | -27.82 |
| Fred Myer CDT | FRED CDT | G0384935 | 3/6/2025 | 3/6/2025 | 0 | 0 | 0 | 0 | 0 | -77.06 |
| Fred Myer CDT | FRED CDT | C2234633OVR | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | -536.58 |
| Fred Myer CDT | FRED CDT | G0475016 | 9/19/2025 | 9/19/2025 | 0 | 0 | 0 | 0 | 0 | -126.51 |
| AIR Equities Inc | G0182000 | V0911434 | 3/27/2025 | 3/27/2025 | -424.33 | 0 | 0 | 0 | 0 | -424.33 |
| Bassin Box | G0450000 | V0903851 | 3/18/2025 | 3/18/2025 | -19.6 | 0 | 0 | 0 | 0 | -19.6 |
| Eagle Nest Fly Shack & Lodge | G1978000 | C2342716 | 9/8/2025 | 9/8/2025 | -176.71 | 0 | 0 | 0 | 0 | -176.71 |
| Bikesomewhere LLC | G2519000 | R2193997 | 4/21/2021 | 5/10/2021 | 493.27 | 0 | 0 | 0 | 0 | -23.59 |
| Bikesomewhere LLC | G2519000 | R2204651 | 5/12/2021 | 6/10/2021 | 895.84 | 0 | 0 | 0 | 0 | -4.05 |
| Bikesomewhere LLC | G2519000 | R2204652 | 5/12/2021 | 6/10/2021 | 476.39 | 0 | 0 | 0 | 0 | -28.35 |
| Bikesomewhere LLC | G2519000 | R2205263 | 5/13/2021 | 6/10/2021 | 192.07 | 0 | 0 | 0 | 0 | -5.04 |
| Bikesomewhere LLC | G2519000 | R2209542 | 5/20/2021 | 5/20/2021 | -34.49 | 0 | 0 | 0 | 0 | -34.49 |
| Bikesomewhere LLC | G2519000 | R2213913 | 6/1/2021 | 7/10/2021 | 296.79 | 0 | 0 | 0 | 0 | -6.42 |
| Bikesomewhere LLC | G2519000 | R2214134 | 6/4/2021 | 7/10/2021 | 656.16 | 0 | 0 | 0 | 0 | -2.27 |
| Bikesomewhere LLC | G2519000 | R2217263 | 6/7/2021 | 7/10/2021 | 894.41 | 0 | 0 | 0 | 0 | -13.52 |
| Bikesomewhere LLC | G2519000 | R2217427 | 6/9/2021 | 7/10/2021 | 464.04 | 0 | 0 | 0 | 0 | -0.3 |
| Bikesomewhere LLC | G2519000 | R2219157 | 6/9/2021 | 7/10/2021 | 558.94 | 0 | 0 | 0 | 0 | -13.05 |
| Bikesomewhere LLC | G2519000 | R2219677 | 6/9/2021 | 6/9/2021 | -12.62 | 0 | 0 | 0 | 0 | -12.62 |
| Bikesomewhere LLC | G2519000 | R2213342 | 6/11/2021 | 7/10/2021 | 499.1 | 0 | 0 | 0 | 0 | -15.04 |
| Bikesomewhere LLC | G2519000 | R2219804 | 6/11/2021 | 7/10/2021 | 521.26 | 0 | 0 | 0 | 0 | -10.41 |
| Bikesomewhere LLC | G2519000 | R2219395 | 6/14/2021 | 7/10/2021 | 607.85 | 0 | 0 | 0 | 0 | -5.56 |
| Bikesomewhere LLC | G2519000 | R2220665 | 6/14/2021 | 7/10/2021 | 427.71 | 0 | 0 | 0 | 0 | -7.59 |
| Bikesomewhere LLC | G2519000 | R2220737 | 6/14/2021 | 7/10/2021 | 643.09 | 0 | 0 | 0 | 0 | -14.75 |
| Bikesomewhere LLC | G2519000 | R2224771 | 6/22/2021 | 7/10/2021 | 609.31 | 0 | 0 | 0 | 0 | -1.95 |
| Bikesomewhere LLC | G2519000 | R2226571 | 6/22/2021 | 7/10/2021 | 276.58 | 0 | 0 | 0 | 0 | -4.61 |
| Bikesomewhere LLC | G2519000 | R2227171 | 6/22/2021 | 7/10/2021 | 314.59 | 0 | 0 | 0 | 0 | -4.61 |
| Bikesomewhere LLC | G2519000 | R2227477 | 6/22/2021 | 7/10/2021 | 34.67 | 0 | 0 | 0 | 0 | -9.66 |
| Bikesomewhere LLC | G2519000 | R2224770 | 6/23/2021 | 7/10/2021 | 587.2 | 0 | 0 | 0 | 0 | -14.6 |
| Bikesomewhere LLC | G2519000 | R2225136 | 6/23/2021 | 7/10/2021 | 575.49 | 0 | 0 | 0 | 0 | -15.28 |
| Bikesomewhere LLC | G2519000 | R2228860 | 6/24/2021 | 6/24/2021 | -20.15 | 0 | 0 | 0 | 0 | -20.15 |
| Bikesomewhere LLC | G2519000 | R2229199 | 6/24/2021 | 6/24/2021 | -34.59 | 0 | 0 | 0 | 0 | -1.69 |
| Bikesomewhere LLC | G2519000 | R2229781 | 6/25/2021 | 6/25/2021 | -11.99 | 0 | 0 | 0 | 0 | -11.99 |
| Bikesomewhere LLC | G2519000 | R2230818 | 6/28/2021 | 8/10/2021 | 449.28 | 0 | 0 | 0 | 0 | -36.62 |
| Bikesomewhere LLC | G2519000 | R2232835 | 6/30/2021 | 8/10/2021 | 171.79 | 0 | 0 | 0 | 0 | -5.23 |
| Bikesomewhere LLC | G2519000 | R2233259 | 7/1/2021 | 8/10/2021 | 501.54 | 0 | 0 | 0 | 0 | -2 |
| Bikesomewhere LLC | G2519000 | R2233952 | 7/1/2021 | 7/1/2021 | -34.76 | 0 | 0 | 0 | 0 | -34.76 |
| Bikesomewhere LLC | G2519000 | R2233267 | 7/6/2021 | 8/10/2021 | 829.3 | 0 | 0 | 0 | 0 | -6.8 |
| Bikesomewhere LLC | G2519000 | R2236646 | 7/7/2021 | 7/7/2021 | -7.69 | 0 | 0 | 0 | 0 | -7.69 |
| Bikesomewhere LLC | G2519000 | R2239338 | 7/13/2021 | 8/10/2021 | 73.99 | 0 | 0 | 0 | 0 | -8.57 |
| Bikesomewhere LLC | G2519000 | R2238774 | 7/14/2021 | 8/10/2021 | 597.05 | 0 | 0 | 0 | 0 | -34.9 |
| Bikesomewhere LLC | G2519000 | R2253861 | 8/9/2021 | 9/10/2021 | 89.54 | 0 | 0 | 0 | 0 | -81.63 |

| Name | Account | Ref | Date 1 | Date 2 | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bikesomewhere LLC | G2519000 | 8.20E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -131.05 |
| Bikesomewhere LLC | G2519000 | 8.20E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -12.53 |
| Bikesomewhere LLC | G2519000 | 8.21E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -296.04 |
| Bikesomewhere LLC | G2519000 | 8.21E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -313.33 |
| Bikesomewhere LLC | G2519000 | 8.21E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -170.14 |
| Bikesomewhere LLC | G2519000 | 8.21E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -181.17 |
| Bikesomewhere LLC | G2519000 | 8.21E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -105.73 |
| Bikesomewhere LLC | G2519000 | 8.21E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -205.01 |
| Bikesomewhere LLC | G2519000 | 8.22E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -310.56 |
| Bikesomewhere LLC | G2519000 | 8.22E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -156.6 |
| Bikesomewhere LLC | G2519000 | 8.22E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -215.06 |
| Bikesomewhere LLC | G2519000 | 8.22E+13 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | 0 | -378.18 |
| Maplewood CO-OP Sales | G2668000 | V0986768 | 7/15/2025 | 7/15/2025 | -19.44 | | 0 | 0 | 0 | 0 | -19.44 |
| Maplewood CO-OP Sales | G2668000 | V1029691 | 11/3/2025 | 11/3/2025 | 0 | | 0 | 0 | -63.64 | 0 | -63.64 |
| LIL ABNER'S | G2978000 | R2584300 | 5/19/2023 | 5/19/2023 | -34.53 | | 0 | 0 | 0 | 0 | -34.53 |
| Materiales Del Norte | G3691000 | N0234311 | 10/13/2021 | 11/10/2021 | 135.41 | | 0 | 0 | 0 | 0 | -114.38 |
| Materiales Del Norte | G3691000 | N0234524 | 10/14/2021 | 11/10/2021 | 273.21 | | 0 | 0 | 0 | 0 | -280.7 |
| The Bullet Fishing Tackle | G4727000 | R2378925 | 4/27/2022 | 4/27/2022 | -165.75 | | 0 | 0 | 0 | 0 | -79.74 |
| BULLRED LEADERS | G5194000 | G0037497 | 8/5/2020 | 8/5/2020 | -25 | | 0 | 0 | 0 | 0 | -25 |
| Missouri Parks Inc | G5248000 | C2080315 | 4/26/2023 | 6/10/2023 | 752.58 | | 0 | 0 | 0 | 0 | -423.14 |
| Missouri Parks Inc | G5248000 | G0279682 | 4/28/2023 | 6/10/2023 | 430.06 | | 0 | 0 | 0 | 0 | -430.06 |
| Missouri Parks Inc | G5248000 | G0284596 | 5/16/2023 | 6/10/2023 | 32.14 | | 0 | 0 | 0 | 0 | -32.14 |
| Missouri Parks Inc | G5248000 | G0285801 | 5/17/2023 | 6/10/2023 | 87.3 | | 0 | 0 | 0 | 0 | -81.3 |
| Missouri Parks Inc | G5248000 | C2106283 | 6/30/2023 | 8/10/2023 | 1355.45 | | 0 | 0 | 0 | 0 | -229.4 |
| Missouri Parks Inc | G5248000 | G0300320 | 6/30/2023 | 8/10/2023 | 262.14 | | 0 | 0 | 0 | 0 | -251.5 |
| Missouri Parks Inc | G5248000 | G0300640 | 7/14/2023 | 8/10/2023 | 2312.28 | | 0 | 0 | 0 | 0 | -2107.55 |
| Missouri Parks Inc | G5248000 | C2309939 | 3/17/2025 | 4/10/2025 | 351.94 | | 0 | 0 | 0 | 0 | -302.01 |
| Missouri Parks Inc | G5248000 | CX31242-UNSP | 9/26/2025 | 9/26/2025 | 0 | | 0 | 0 | 0 | 0 | -279.13 |
| Lean Manufacturing Solutions | G5486000 | V0807182 | 9/26/2024 | 9/26/2024 | -57 | | 0 | 0 | 0 | 0 | -57 |
| NBS - Kenco Work & Play Outfitter | G5555032 | V0986777 | 7/15/2025 | 7/15/2025 | -66.48 | | 0 | 0 | 0 | 0 | -66.48 |
| Natick Outdoor Store | G5555038 | V0620487 | 2/20/2024 | 2/20/2024 | -59.28 | | 0 | 0 | 0 | 0 | -59.28 |
| RISD 3D | G6616000 | R2396040 | 5/26/2022 | 5/26/2022 | -6.5 | | 0 | 0 | 0 | 0 | -1.99 |
| RISD 3D | G6616000 | G0378513 | 2/9/2024 | 2/9/2024 | -35 | | 0 | 0 | 0 | 0 | -20.38 |
| Shawn's Shooting Supplies | G7044000 | V0901338 | 3/14/2025 | 3/14/2025 | -23.47 | | 0 | 0 | 0 | 0 | -23.82 |
| SID NESOM GUN & TACKLE D | G7240000 | V0814225 | 10/3/2024 | 10/3/2024 | -71 | | 0 | 0 | 0 | 0 | -23.82 |
| J & P Enterprises LLC | G7274000 | G0290661 | 6/1/2023 | 6/1/2023 | -34.08 | | 0 | 0 | 0 | 0 | -9.08 |
| J & P Enterprises LLC | G7274000 | G0416326 | 6/5/2024 | 7/5/2024 | 1545.67 | | 0 | 0 | 0 | 0 | -1485.48 |
| Evansville Worm Ranch | G7459000 | G0167282 | 3/8/2022 | 3/8/2022 | -908.64 | | 0 | 0 | 0 | 0 | -426.24 |
| Evansville Worm Ranch | G7459000 | G0167283 | 3/8/2022 | 3/8/2022 | -743.04 | | 0 | 0 | 0 | 0 | -743.04 |
| Evansville Worm Ranch | G7459000 | G0167284 | 3/8/2022 | 3/8/2022 | -2.58 | | 0 | 0 | 0 | 0 | -2.58 |
| Evansville Worm Ranch | G7459000 | G0167285 | 3/8/2022 | 3/8/2022 | -154.8 | | 0 | 0 | 0 | 0 | -154.8 |
| Evansville Worm Ranch | G7459000 | R2377005 | 4/25/2022 | 4/25/2022 | -33.12 | | 0 | 0 | 0 | 0 | -33.12 |
| Importaciones Directas Womeldorfs | G7473000 | R2690467 | 1/29/2024 | 1/29/2024 | -32.64 | | 0 | 0 | 0 | 0 | -32.64 |
| Meter Fishing Tackle | G7756000 | C2183361 | 1/31/2024 | 3/31/2024 | 1951.4 | | 0 | 0 | 0 | 0 | -473.57 |
| Meter Fishing Tackle | G7756000 | G0487661 | 2/7/2025 | 2/7/2025 | -35 | | 0 | 0 | 0 | 0 | -35 |
| Mesolini Glass Studio | G8493000 | G0226577 | 11/8/2022 | 12/8/2022 | 157.02 | | 0 | 0 | 0 | 0 | -96.07 |
| Mesolini Glass Studio | G8493000 | G0229034 | 11/14/2022 | 11/14/2022 | -25 | | 0 | 0 | 0 | 0 | -25 |
| Spoons Outdoor Supply | G8882000 | V0738104 | 7/3/2024 | 8/2/2024 | 5220.08 | | 0 | 0 | 0 | 0 | 5220.08 |
| Spoons Outdoor Supply | G8882000 | G0430167 | 7/11/2024 | 8/10/2024 | 1142.17 | | 0 | 0 | 0 | 0 | 1142.17 |
| Bailey's Bait & Tackle Shop | H00260 | G0543084 | 10/9/2025 | 11/10/2025 | 602.51 | | 0 | 0 | 602.51 | 0 | 0 |
| Bailey's Bait & Tackle Shop | H00260 | V1026450 | 10/9/2025 | 11/10/2025 | 731.22 | | 0 | 0 | 731.22 | 0 | 0 |
| Bailey's Bait & Tackle Shop | H00260 | F2510H00260C | 10/30/2025 | 11/29/2025 | 0.64 | | 0 | 0 | 0.64 | 0 | 0 |
| Bailey's Bait & Tackle Shop | H00260 | F2510H00260V | 10/30/2025 | 11/29/2025 | 27.99 | | 0 | 0 | 27.99 | 0 | 0 |
| Bailey's Bait & Tackle Shop | H00260 | F2511H00260G | 11/29/2025 | 12/29/2025 | 5.72 | 5.72 | 0 | 0 | 0 | 0 | 0 |
| Bailey's Bait & Tackle Shop | H00260 | F2511H00260V | 11/29/2025 | 12/29/2025 | 6.97 | 6.97 | 0 | 0 | 0 | 0 | 0 |
| Bailey's Bait & Tackle Shop | H00260 | F2512H00260G | 12/1/2025 | 12/31/2025 | 0.6 | 0.6 | 0 | 0 | 0 | 0 | 0 |
| Bailey's Bait & Tackle Shop | H00260 | F2512H00260V | 12/1/2025 | 12/31/2025 | 0.74 | 0.74 | 0 | 0 | 0 | 0 | 0 |
| Beach Mart | H00323 | C2302504-1 | 2/11/2025 | 5/10/2025 | 933.61 | | 0 | 0 | 0 | 0 | -933.61 |
| Beach Mart | H00323 | C2302504-2 | 2/11/2025 | 6/10/2025 | 933.61 | | 0 | 0 | 0 | 0 | -933.61 |
| Beach Mart | H00323 | C2302504-3 | 2/11/2025 | 7/10/2025 | 933.6 | | 0 | 0 | 0 | 0 | -933.6 |
| Beach Mart | H00323 | V0911710-1 | 3/28/2025 | 5/10/2025 | 96.22 | | 0 | 0 | 0 | 0 | -96.22 |
| Beach Mart | H00323 | V0911710-2 | 3/28/2025 | 6/10/2025 | 96.22 | | 0 | 0 | 0 | 0 | -96.22 |
| Beach Mart | H00323 | V0911710-3 | 3/28/2025 | 7/10/2025 | 96.21 | | 0 | 0 | 0 | 0 | -96.21 |
| Beach Mart | H00323 | V0911709-1 | 3/31/2025 | 5/10/2025 | 369.7 | | 0 | 0 | 0 | 0 | -389.7 |
| Beach Mart | H00323 | V0911709-2 | 3/31/2025 | 6/10/2025 | 369.7 | | 0 | 0 | 0 | 0 | -369.7 |
| Beach Mart | H00323 | V0911709-3 | 3/31/2025 | 7/10/2025 | 369.69 | | 0 | 0 | 0 | 0 | -369.69 |
| Western Auto Assoc. Store | H00416 | V1026571 | 10/9/2025 | 10/9/2025 | -35.33 | | 0 | 0 | -35.33 | 0 | 0 |
| Rod N Reel Dock, Inc. | H00565 | R2242410 | 7/20/2021 | 8/10/2021 | 489.02 | | 0 | 0 | 0 | 0 | -305.89 |
| Dusky Sport Center | H00931 | G0544329 | 10/23/2025 | 11/10/2025 | 27.8 | | 0 | -72.6 | 0 | 0 | 0 |
| Bob's Sporting Goods | H01126 | V0947350 | 5/20/2025 | 6/10/2025 | 612.42 | | 0 | 0 | 0 | 0 | -534.83 |
| Bob's Sporting Goods | H01126 | V0956186 | 5/30/2025 | 6/10/2025 | 384.18 | | 0 | 0 | 0 | 0 | -384.18 |
| Trout River Fish Company | H01182 | V0821591 | 10/18/2024 | 4/10/2025 | 4451.05 | | 0 | 0 | 0 | 0 | -811.19 |
| Trout River Fish Company | H01182 | V0823995 | 10/18/2024 | 10/18/2024 | 489.02 | | 0 | 0 | 0 | 0 | -393.69 |
| Trout River Fish Company | H01182 | V0823996 | 10/18/2024 | 10/18/2024 | -106.64 | | 0 | 0 | 0 | 0 | -106.64 |
| Trout River Fish Company | H01182 | V0867547 | 1/23/2025 | 1/23/2025 | -55.44 | | 0 | 0 | 0 | 0 | -55.44 |
| Trout River Fish Company | H01182 | V0867379 | 1/27/2025 | 3/10/2025 | 3506.56 | | 0 | 0 | 0 | 0 | -1.69 |
| Trout River Fish Company | H01182 | V0894788 | 3/7/2025 | 9/10/2025 | 2147.61 | | 0 | 0 | 0 | 0 | -2.39 |
| Trout River Fish Company | H01182 | V0894789 | 3/7/2025 | 4/10/2025 | 5800.05 | | 0 | 0 | 0 | 0 | -21.35 |
| Trout River Fish Company | H01182 | V0913116 | 4/1/2025 | 9/10/2025 | 1963.18 | | 0 | 0 | 0 | 0 | -0.46 |
| Trout River Fish Company | H01182 | V0921767 | 4/14/2025 | 7/13/2025 | 8145.37 | | 0 | 0 | 0 | 0 | -29.99 |
| Trout River Fish Company | H01182 | V0937168 | 5/6/2025 | 6/10/2025 | 7680.43 | | 0 | 0 | 0 | 0 | -62.37 |
| Trout River Fish Company | H01182 | V0944130 | 5/15/2025 | 6/10/2025 | 4327.22 | | 0 | 0 | 0 | 0 | -42.85 |
| Trout River Fish Company | H01182 | V0950069 | 6/3/2025 | 6/10/2025 | -192.93 | | 0 | 0 | 0 | 0 | -192.93 |
| Trout River Fish Company | H01182 | V0959075 | 6/4/2025 | 7/10/2025 | 2506.12 | | 0 | 0 | 0 | 0 | -5.81 |
| Trout River Fish Company | H01182 | V0976638 | 6/30/2025 | 8/10/2025 | 2728.37 | | 0 | 0 | 0 | 0 | -2.76 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2497427 | 11/28/2022 | 11/28/2022 | -70.56 | | 0 | 0 | 0 | 0 | -15.07 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2511475 | 12/28/2022 | 12/28/2022 | -26.7 | | 0 | 0 | 0 | 0 | -26.7 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2512305 | 12/29/2022 | 12/29/2022 | -186.94 | | 0 | 0 | 0 | 0 | -186.94 |
| Simon Peter Fishing Tackle & Sport | H01199 | C2051221 | 2/24/2023 | 2/24/2023 | -53.57 | | 0 | 0 | 0 | 0 | -53.57 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2545353 | 3/15/2023 | 3/15/2023 | -3.17 | | 0 | 0 | 0 | 0 | -3.17 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2564907 | 4/18/2023 | 4/18/2023 | -50.11 | | 0 | 0 | 0 | 0 | -50.11 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2569650 | 4/25/2023 | 4/25/2023 | -48.85 | | 0 | 0 | 0 | 0 | -48.85 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2573142 | 5/1/2023 | 5/1/2023 | -17.79 | | 0 | 0 | 0 | 0 | -17.79 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2603612 | 6/21/2023 | 6/21/2023 | -1.55 | | 0 | 0 | 0 | 0 | -1.55 |

| Name | Acct | Ref | Date 1 | Date 2 | Amount | C1 | C2 | C3 | C4 | C5 | Total |
|------|------|-----|--------|--------|--------|----|----|----|----|----|-------|
| Simon Peter Fishing Tackle & Sport | H01199 | R2618173 | 7/19/2023 | 7/19/2023 | -37.14 | 0 | 0 | 0 | 0 | 0 | -37.14 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2640922 | 8/31/2023 | 8/31/2023 | -24.54 | 0 | 0 | 0 | 0 | 0 | -24.54 |
| Simon Peter Fishing Tackle & Sport | H01199 | C2130598 | 9/6/2023 | 9/6/2023 | -2.12 | 0 | 0 | 0 | 0 | 0 | -2.12 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2656693 | 10/5/2023 | 10/5/2023 | -31.8 | 0 | 0 | 0 | 0 | 0 | -31.8 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2700750 | 1/31/2024 | 1/31/2024 | -51.28 | 0 | 0 | 0 | 0 | 0 | -51.28 |
| Simon Peter Fishing Tackle & Sport | H01199 | R2729603 | 4/19/2024 | 4/19/2024 | -14.03 | 0 | 0 | 0 | 0 | 0 | -14.03 |
| Simon Peter Fishing Tackle & Sport | H01199 | G0417267 | 6/4/2024 | 6/4/2024 | -18.72 | 0 | 0 | 0 | 0 | 0 | -18.72 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0713325 | 6/11/2024 | 6/11/2024 | -39.96 | 0 | 0 | 0 | 0 | 0 | -39.96 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0713330 | 6/11/2024 | 6/11/2024 | -103.43 | 0 | 0 | 0 | 0 | 0 | -103.43 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0725672 | 6/19/2024 | 6/19/2024 | -2.98 | 0 | 0 | 0 | 0 | 0 | -2.98 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0748189 | 7/10/2024 | 7/10/2024 | -16.23 | 0 | 0 | 0 | 0 | 0 | -16.23 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0757599 | 7/19/2024 | 7/19/2024 | -11.86 | 0 | 0 | 0 | 0 | 0 | -11.86 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0785046 | 8/22/2024 | 8/22/2024 | -170.87 | 0 | 0 | 0 | 0 | 0 | -170.87 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0786432 | 8/26/2024 | 8/26/2024 | -12.08 | 0 | 0 | 0 | 0 | 0 | -12.08 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0812750 | 10/9/2024 | 10/9/2024 | -61.38 | 0 | 0 | 0 | 0 | 0 | -61.38 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0827639 | 10/25/2024 | 10/25/2024 | -26.88 | 0 | 0 | 0 | 0 | 0 | -26.88 |
| Simon Peter Fishing Tackle & Sport | H01199 | V0867908 | 1/24/2025 | 1/24/2025 | -11.97 | 0 | 0 | 0 | 0 | 0 | -11.97 |
| Kendale Pawn Shop | H01329 | V1008539 | 8/21/2025 | 8/21/2025 | -376.04 | 0 | 0 | 0 | 0 | 0 | -131.59 |
| Atlantic Gun & Tackle Dist Co Inc | H01346 | G0545056 | 11/24/2025 | 11/24/2025 | -19.24 | 0 | 0 | -19.24 | 0 | 0 | 0 |
| Atlantic Gun & Tackle Dist Co Inc | H01346 | G0545057 | 11/24/2025 | 11/24/2025 | -20.16 | 0 | 0 | -20.16 | 0 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | V1008269 | 8/29/2025 | 10/10/2025 | 101.26 | 0 | 0 | 0 | 101.26 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | V1011912 | 9/8/2025 | 10/10/2025 | 92.29 | 0 | 0 | 0 | 92.29 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | V1013500 | 9/8/2025 | 10/10/2025 | 41.84 | 0 | 0 | 0 | 41.84 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | C2344608 | 10/1/2025 | 11/10/2025 | 9250 | 0 | 0 | 9250 | 0 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | F2510H01435V | 10/30/2025 | 11/29/2025 | 2.37 | 0 | 2.37 | 0 | 0 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | F2511H01435C | 11/29/2025 | 12/29/2025 | 87.9 | 87.9 | 0 | 0 | 0 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | F2511H01435V | 11/29/2025 | 12/29/2025 | 3.6 | 3.6 | 0 | 0 | 0 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | F2512H01435C | 12/1/2025 | 12/31/2025 | 9.26 | 9.26 | 0 | 0 | 0 | 0 | 0 |
| Perry's Gun Shop Inc | H01435 | F2512H01435V | 12/1/2025 | 12/31/2025 | 0.24 | 0.24 | 0 | 0 | 0 | 0 | 0 |
| Puglia's Sporting Goods | H01705 | R2558429 | 4/7/2023 | 6/6/2023 | 1342.14 | 0 | 0 | 0 | 0 | 0 | -1043.52 |
| Puglia's Sporting Goods | H01705 | R2569266 | 4/25/2023 | 6/24/2023 | 2139.73 | 0 | 0 | 0 | 0 | 0 | -1650.94 |
| Puglia's Sporting Goods | H01705 | R2585728 | 5/24/2023 | 8/22/2023 | 1800.94 | 0 | 0 | 0 | 0 | 0 | -46.44 |
| Sportsman's Supply Inc. | H01753 | C2065057 | 3/27/2023 | 6/25/2023 | 58143.98 | 0 | 0 | 0 | 0 | 0 | 2861.21 |
| Sportsman's Supply Inc. | H01753 | C2071298 | 4/6/2023 | 7/5/2023 | 67548.2 | 0 | 0 | 0 | 0 | 0 | 67548.2 |
| Sportsman's Supply Inc. | H01753 | R2558692 | 4/11/2023 | 7/10/2023 | 3745.56 | 0 | 0 | 0 | 0 | 0 | 3745.56 |
| Cross Creek Outdoor Supply LLC | H01757 | V0909193 | 3/26/2025 | 9/10/2025 | 1702.29 | 0 | 0 | 0 | 0 | 0 | 1702.29 |
| Cross Creek Outdoor Supply LLC | H01757 | V0921663 | 4/14/2025 | 9/10/2025 | 3644.78 | 0 | 0 | 0 | 0 | 0 | 3644.78 |
| Delta Outlaw, LLC | H01831 | C2161847 | 11/28/2023 | 1/10/2024 | 961.42 | 0 | 0 | 0 | 0 | 0 | -932.81 |
| Delta Outlaw, LLC | H01831 | R2679577 | 11/29/2023 | 1/10/2024 | 360.64 | 0 | 0 | 0 | 0 | 0 | -342.48 |
| Delta Outlaw, LLC | H01831 | C2164291 | 12/4/2023 | 1/10/2024 | 1056.15 | 0 | 0 | 0 | 0 | 0 | -678 |
| Delta Outlaw, LLC | H01831 | C2164475 | 12/4/2023 | 1/10/2024 | 1007.9 | 0 | 0 | 0 | 0 | 0 | -1007.9 |
| Delta Outlaw, LLC | H01831 | V0574954 | 12/5/2023 | 1/10/2024 | 767.33 | 0 | 0 | 0 | 0 | 0 | -749.2 |
| Delta Outlaw, LLC | H01831 | C2165624 | 12/6/2023 | 1/10/2024 | 1209.9 | 0 | 0 | 0 | 0 | 0 | -1199.34 |
| Delta Outlaw, LLC | H01831 | R2682369 | 12/7/2023 | 1/10/2024 | 19.39 | 0 | 0 | 0 | 0 | 0 | -10.32 |
| Delta Outlaw, LLC | H01831 | C2167045 | 12/11/2023 | 1/10/2024 | 748.24 | 0 | 0 | 0 | 0 | 0 | -731.2 |
| Delta Outlaw, LLC | H01831 | R2684555 | 12/11/2023 | 1/10/2024 | 896.81 | 0 | 0 | 0 | 0 | 0 | -784.25 |
| Delta Outlaw, LLC | H01831 | C2169432 | 12/15/2023 | 1/10/2024 | 1883.54 | 0 | 0 | 0 | 0 | 0 | -1883.54 |
| Delta Outlaw, LLC | H01831 | C2170598 | 12/19/2023 | 1/10/2024 | 2263.78 | 0 | 0 | 0 | 0 | 0 | -2239.47 |
| Trop Gun Shop Ltd | H01873 | R2628726 | 8/11/2023 | 9/10/2023 | 7366.51 | 0 | 0 | 0 | 0 | 0 | 866.51 |
| Trop Gun Shop Ltd | H01873 | R2628751 | 8/14/2023 | 9/13/2023 | 1429.47 | 0 | 0 | 0 | 0 | 0 | 1429.47 |
| Trop Gun Shop Ltd | H01873 | R2631850 | 8/16/2023 | 9/15/2023 | 10989.85 | 0 | 0 | 0 | 0 | 0 | 10989.85 |
| Trop Gun Shop Ltd | H01873 | R2632140 | 8/16/2023 | 9/15/2023 | 389.27 | 0 | 0 | 0 | 0 | 0 | 389.27 |
| Trop Gun Shop Ltd | H01873 | C2122754 | 8/17/2023 | 9/16/2023 | 1167 | 0 | 0 | 0 | 0 | 0 | 1167 |
| Trop Gun Shop Ltd | H01873 | R2631930 | 8/18/2023 | 9/17/2023 | 2559.56 | 0 | 0 | 0 | 0 | 0 | 2559.56 |
| Trop Gun Shop Ltd | H01873 | R2633869 | 8/19/2023 | 9/18/2023 | 74.86 | 0 | 0 | 0 | 0 | 0 | 74.86 |
| Okefenokee Sportsman Inc | H01878 | G0523765 | 6/24/2025 | 7/24/2025 | 178.01 | 0 | 0 | 0 | 0 | 0 | 98.01 |
| Okefenokee Sportsman Inc | H01878 | V0973295 | 6/24/2025 | 7/24/2025 | 390.6 | 0 | 0 | 0 | 0 | 0 | 93.6 |
| Okefenokee Sportsman Inc | H01878 | V0974264 | 6/24/2025 | 7/24/2025 | 86.41 | 0 | 0 | 0 | 0 | 0 | 86.41 |
| Okefenokee Sportsman Inc | H01878 | F2510H01878G | 10/30/2025 | 11/7/2025 | 2.49 | 0 | 0 | 0 | 2.22 | 0 | 0 |
| Okefenokee Sportsman Inc | H01878 | F2510H01878V | 10/30/2025 | 11/7/2025 | 3.59 | 0 | 0 | 0 | 3.2 | 0 | 0 |
| Okefenokee Sportsman Inc | H01878 | F2511H01878G | 11/29/2025 | 12/29/2025 | 2.02 | 2.02 | 0 | 0 | 0 | 0 | 0 |
| Okefenokee Sportsman Inc | H01878 | F2511H01878V | 11/29/2025 | 12/29/2025 | 2.78 | 2.78 | 0 | 0 | 0 | 0 | 0 |
| Okefenokee Sportsman Inc | H01878 | F2512H01878C | 12/1/2025 | 12/31/2025 | 0.1 | 0.1 | 0 | 0 | 0 | 0 | 0 |
| Okefenokee Sportsman Inc | H01878 | F2512H01878V | 12/1/2025 | 12/31/2025 | 0.18 | 0.18 | 0 | 0 | 0 | 0 | 0 |
| Pembroke Stop N Save | H01903 | G0544827 | 11/6/2025 | 12/10/2025 | 144.42 | 0 | 144.42 | 0 | 0 | 0 | 0 |
| Pembroke Stop N Save | H01903 | V1029834 | 11/6/2025 | 12/10/2025 | 440.35 | 0 | 440.35 | 0 | 0 | 0 | 0 |
| Ponce General Store, LLC | H01946 | V0796960 | 9/10/2024 | 9/10/2024 | -60.81 | 0 | 0 | 0 | 0 | 0 | -60.81 |
| Gardenscape Inc | H01958 | C2343297 | 9/11/2025 | 10/10/2025 | 40.99 | 0 | 0 | 0 | 40.99 | 0 | 0 |
| Gardenscape Inc | H01958 | V1016313 | 9/11/2025 | 10/10/2025 | 1905.09 | 0 | 0 | 0 | 1905.09 | 0 | 0 |
| Gardenscape Inc | H01958 | F2510H01958V | 10/30/2025 | 11/29/2025 | 19.04 | 0 | 19.04 | 0 | 0 | 0 | 0 |
| Gardenscape Inc | H01958 | F2511H01958V | 11/29/2025 | 12/29/2025 | 28.5 | 28.5 | 0 | 0 | 0 | 0 | 0 |
| Gardenscape Inc | H01958 | F2512H01958V | 12/1/2025 | 12/31/2025 | 1.9 | 1.9 | 0 | 0 | 0 | 0 | 0 |
| Sea Gate Assoc Inc | H01988 | V0734470 | 7/1/2024 | 8/10/2024 | 583.34 | 0 | 0 | 0 | 0 | 0 | -141.08 |
| Brian Sargent | H01989 | V0853172-3 | 12/27/2024 | 7/10/2025 | 4513.52 | 0 | 0 | 0 | 0 | 0 | 4513.52 |
| Now & Then Guns-N-Stuff | H02018 | C2256707 | 8/15/2024 | 12/10/2024 | 2235.75 | 0 | 0 | 0 | 0 | 0 | 2235.75 |
| Now & Then Guns-N-Stuff | H02018 | V0779517 | 8/19/2024 | 12/10/2024 | 434.41 | 0 | 0 | 0 | 0 | 0 | 81.55 |
| Now & Then Guns-N-Stuff | H02018 | V0779341 | 8/20/2024 | 12/10/2024 | 1382.7 | 0 | 0 | 0 | 0 | 0 | 1382.7 |
| JPC, INC | H02059 | V0863906-1 | 1/20/2025 | 5/10/2025 | 1755.53 | 0 | 0 | 0 | 0 | 0 | 1755.53 |
| JPC, INC | H02059 | V0863906-2 | 1/20/2025 | 6/10/2025 | 1755.53 | 0 | 0 | 0 | 0 | 0 | 1755.53 |
| JPC, INC | H02059 | V0863906-3 | 1/20/2025 | 7/10/2025 | 1755.53 | 0 | 0 | 0 | 0 | 0 | 1755.53 |
| Picnic Basket DBA: | H02080 | V1023688 | 9/24/2025 | 9/24/2025 | -29.59 | 0 | 0 | 0 | 0 | 0 | -29.59 |
| Sonny's Fishing Center & RV Supplies | H02115 | G0529890 | 7/17/2025 | 8/10/2025 | 4277.66 | 0 | 0 | 0 | 0 | 0 | -75.8 |
| Hornbeck's Bait & Tackle | H02140 | C2344307 | 9/26/2025 | 11/10/2025 | 964.85 | 0 | 0 | 964.85 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | C2344330 | 9/26/2025 | 11/10/2025 | 42.38 | 0 | 0 | 42.38 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | C2023600 | 9/26/2025 | 11/10/2025 | 904.09 | 0 | 0 | 904.09 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | C2344837 | 10/6/2025 | 11/10/2025 | 81.84 | 0 | 0 | 81.84 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | G0542594 | 10/7/2025 | 11/10/2025 | 198.21 | 0 | 0 | 198.21 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | V1025901 | 10/7/2025 | 11/10/2025 | 75.72 | 0 | 0 | 75.72 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | C2345075 | 10/10/2025 | 10/10/2025 | -95.57 | 0 | 0 | 0 | -95.57 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | C2028676 | 10/21/2025 | 11/10/2025 | 739.45 | 0 | 0 | 739.45 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | G0543911 | 10/22/2025 | 11/10/2025 | 1230.83 | 0 | 0 | 1230.83 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | G0544013 | 10/22/2025 | 11/10/2025 | 441.95 | 0 | 0 | 441.95 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | V1028771 | 10/22/2025 | 11/10/2025 | 447.65 | 0 | 0 | 447.65 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | F2511H02140C | 11/29/2025 | 12/29/2025 | 10.12 | 10.12 | 0 | 0 | 0 | 0 | 0 |

| Customer | Acct | Reference | Inv Date | Due Date | Amount |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Hornbeck's Bait & Tackle | H02140 | F2511H02140G | 11/29/2025 | 12/29/2025 | 17.8 | 17.8 | 0 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | F2511H02140V | 11/29/2025 | 12/29/2025 | 20.57 | 20.57 | 0 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | F2512H02140C | 12/1/2025 | 12/31/2025 | 1 | 1 | 0 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | F2512H02140G | 12/1/2025 | 12/31/2025 | 1.88 | 1.88 | 0 | 0 | 0 | 0 |
| Hornbeck's Bait & Tackle | H02140 | F2512H02140V | 12/1/2025 | 12/31/2025 | 2.16 | 2.16 | 0 | 0 | 0 | 0 |
| Angler's Arsenal | H02190 | V1022197 | 9/18/2025 | 9/18/2025 | -12.94 | 0 | 0 | 0 | 0 | -12.94 |
| Angler's Arsenal | H02190 | V1022380 | 9/19/2025 | 9/19/2025 | -12.28 | 0 | 0 | 0 | 0 | -12.28 |
| Angler's Arsenal | H02190 | G0543669 | 10/15/2025 | 11/14/2025 | 150.53 | 0 | 0 | 150.53 | 0 | 0 |
| Angler's Arsenal | H02190 | V1027637 | 10/15/2025 | 11/14/2025 | 144.57 | 0 | 0 | 144.57 | 0 | 0 |
| Angler's Arsenal | H02190 | V1029748 | 11/5/2025 | 12/5/2025 | 218.52 | 0 | 218.52 | 0 | 0 | 0 |
| Capitol Sporting Goods | H02442 | V0969988 | 6/18/2025 | 10/10/2025 | 2034.89 | 0 | 0 | 0 | 2034.89 | 0 |
| Capitol Sporting Goods | H02442 | V0981948 | 7/8/2025 | 10/10/2025 | 2457.7 | 0 | 0 | 0 | 2457.7 | 0 |
| Capitol Sporting Goods | H02442 | V0988549 | 7/17/2025 | 10/10/2025 | 1547.74 | 0 | 0 | 0 | 1547.74 | 0 |
| Capitol Sporting Goods | H02442 | V1003493 | 8/12/2025 | 10/10/2025 | 2071.94 | 0 | 0 | 0 | 2071.94 | 0 |
| Capitol Sporting Goods | H02442 | V1018112 | 9/16/2025 | 10/10/2025 | 2427.86 | 0 | 0 | 0 | 2427.86 | 0 |
| Capitol Sporting Goods | H02442 | V1019519 | 9/17/2025 | 10/10/2025 | 1636.9 | 0 | 0 | 0 | 1636.9 | 0 |
| Capitol Sporting Goods | H02442 | V1022333 | 9/24/2025 | 10/10/2025 | 387.28 | 0 | 0 | 0 | 387.28 | 0 |
| Capitol Sporting Goods | H02442 | V1029293 | 10/23/2025 | 10/23/2025 | -112.9 | 0 | 0 | -112.9 | 0 | 0 |
| Apache Pier, Inc. | H02478 | R2590812 | 6/1/2023 | 7/10/2023 | 892.7 | 0 | 0 | 0 | 0 | -921.24 |
| Apache Pier, Inc. | H02478 | R2604322 | 6/22/2023 | 7/10/2023 | 1035.51 | 0 | 0 | 0 | 0 | -921.24 |
| Apache Pier, Inc. | H02478 | R2604520 | 6/22/2023 | 7/10/2023 | 770.14 | 0 | 0 | 0 | 0 | -734.14 |
| Apache Pier, Inc. | H02478 | R2717701 | 3/19/2024 | 4/10/2024 | 52.08 | 0 | 0 | 0 | 0 | -42.6 |
| Apache Pier, Inc. | H02478 | V0885415-1 | 2/24/2025 | 5/10/2025 | 521.58 | 0 | 0 | 0 | 0 | -521.58 |
| Apache Pier, Inc. | H02478 | V0885415-2 | 2/24/2025 | 6/10/2025 | 521.58 | 0 | 0 | 0 | 0 | -521.58 |
| Apache Pier, Inc. | H02478 | V0885415-3 | 2/24/2025 | 7/10/2025 | 521.57 | 0 | 0 | 0 | 0 | -521.57 |
| Apache Pier, Inc. | H02478 | V0926618-3 | 4/18/2025 | 7/10/2025 | 178.21 | 0 | 0 | 0 | 0 | -1043.76 |
| Apache Pier, Inc. | H02478 | C2336168 | 7/14/2025 | 8/10/2025 | 158.82 | 0 | 0 | 0 | 0 | -148.5 |
| Apache Pier, Inc. | H02478 | V0997352 | 8/6/2025 | 9/10/2025 | 362.46 | 0 | 0 | 0 | 0 | -332.81 |
| Adel Pawn & Gift Inc | H02509 | V0892360 | 3/3/2025 | 9/10/2025 | 2165.22 | 0 | 0 | 0 | 0 | 1093.73 |
| Adel Pawn & Gift Inc | H02509 | V0896846 | 3/11/2025 | 9/10/2025 | 1526.42 | 0 | 0 | 0 | 0 | 1526.42 |
| Adel Pawn & Gift Inc | H02509 | F2508H02509C | 8/30/2025 | 9/29/2025 | 76.35 | 0 | 0 | 0 | 76.35 | 0 |
| Adel Pawn & Gift Inc | H02509 | F2508H02509V | 8/30/2025 | 9/29/2025 | 75.51 | 0 | 0 | 0 | 75.51 | 0 |
| Adel Pawn & Gift Inc | H02509 | V2509H02509C | 9/11/2025 | 10/11/2025 | 28.8 | 0 | 0 | 0 | 28.8 | 0 |
| Adel Pawn & Gift Inc | H02509 | V2509H02509V | 9/11/2025 | 10/11/2025 | 19.56 | 0 | 0 | 0 | 19.56 | 0 |
| Wright's Sport Shop, LLC | H02537 | V0901323 | 3/19/2025 | 9/10/2025 | 3878.77 | 0 | 0 | 0 | 0 | 3878.77 |
| Wright's Sport Shop, LLC | H02537 | V0968278 | 6/18/2025 | 11/10/2025 | 7405.99 | 0 | 0 | 7405.99 | 0 | 0 |
| Wright's Sport Shop, LLC | H02537 | V2331302 | 6/20/2025 | 11/10/2025 | 2602.55 | 0 | 0 | 2602.55 | 0 | 0 |
| Wright's Sport Shop, LLC | H02537 | V0986980 | 7/16/2025 | 11/10/2025 | 463.1 | 0 | 0 | 463.1 | 0 | 0 |
| Wright's Sport Shop, LLC | H02537 | V2509H02537V | 9/8/2025 | 10/8/2025 | 14.49 | 0 | 0 | 0 | 0 | 14.49 |
| Lomprez Outfitters, LLC | H02730 | V1018005 | 9/16/2025 | 10/16/2025 | 927.85 | 0 | 0 | 0 | 927.85 | 0 |
| TD Associates | H02742 | R2698181-1 | 1/25/2024 | 5/10/2024 | 741.1 | 0 | 0 | 0 | 0 | 741.1 |
| TD Associates | H02742 | R2698181-2 | 1/25/2024 | 6/10/2024 | 741.1 | 0 | 0 | 0 | 0 | 741.1 |
| TD Associates | H02742 | R2698181-3 | 1/25/2024 | 7/10/2024 | 741.09 | 0 | 0 | 0 | 0 | 741.09 |
| TD Associates | H02742 | G0381043 | 2/22/2024 | 4/22/2024 | 1430.8 | 0 | 0 | 0 | 0 | 1373.01 |
| TD Associates | H02742 | C2193090 | 2/23/2024 | 4/23/2024 | 160.62 | 0 | 0 | 0 | 0 | 160.62 |
| TD Associates | H02742 | G0381042 | 2/23/2024 | 4/23/2024 | 147.4 | 0 | 0 | 0 | 0 | 147.4 |
| TD Associates | H02742 | R2708474 | 2/23/2024 | 4/23/2024 | 2373.92 | 0 | 0 | 0 | 0 | 2373.92 |
| TD Associates | H02742 | R2708479 | 2/23/2024 | 4/23/2024 | 564.8 | 0 | 0 | 0 | 0 | 564.8 |
| TD Associates | H02742 | G0382230 | 2/26/2024 | 4/26/2024 | 321.81 | 0 | 0 | 0 | 0 | 321.81 |
| TD Associates | H02742 | R2708480 | 2/26/2024 | 4/26/2024 | 3147.52 | 0 | 0 | 0 | 0 | 3147.52 |
| TD Associates | H02742 | R2708848 | 2/26/2024 | 4/26/2024 | 1715.19 | 0 | 0 | 0 | 0 | 1715.19 |
| TD Associates | H02742 | R2709623 | 2/27/2024 | 4/27/2024 | 1203.45 | 0 | 0 | 0 | 0 | 1203.45 |
| TD Associates | H02742 | R2709627 | 2/27/2024 | 4/27/2024 | 434.04 | 0 | 0 | 0 | 0 | 434.04 |
| TD Associates | H02742 | V0622128 | 2/27/2024 | 4/27/2024 | 3599.86 | 0 | 0 | 0 | 0 | 3599.86 |
| TD Associates | H02742 | C2194404 | 2/28/2024 | 4/28/2024 | 367.62 | 0 | 0 | 0 | 0 | 367.62 |
| TD Associates | H02742 | G0382638 | 2/28/2024 | 4/28/2024 | 639.01 | 0 | 0 | 0 | 0 | 639.01 |
| TD Associates | H02742 | C2195470 | 2/29/2024 | 4/29/2024 | 106.26 | 0 | 0 | 0 | 0 | 106.26 |
| TD Associates | H02742 | R2710464 | 2/29/2024 | 4/29/2024 | 2048.49 | 0 | 0 | 0 | 0 | 2048.49 |
| TD Associates | H02742 | G0382971 | 3/1/2024 | 4/30/2024 | 550.89 | 0 | 0 | 0 | 0 | 550.89 |
| TD Associates | H02742 | G0383977 | 3/1/2024 | 4/30/2024 | 114.51 | 0 | 0 | 0 | 0 | 114.51 |
| TD Associates | H02742 | R2710936 | 3/1/2024 | 4/30/2024 | 1175.3 | 0 | 0 | 0 | 0 | 1175.3 |
| TD Associates | H02742 | G0384129 | 3/4/2024 | 5/3/2024 | 2574.35 | 0 | 0 | 0 | 0 | 2574.35 |
| TD Associates | H02742 | R2711501 | 3/4/2024 | 5/3/2024 | 112.9 | 0 | 0 | 0 | 0 | 112.9 |
| TD Associates | H02742 | V0625814 | 3/4/2024 | 5/3/2024 | 3226.85 | 0 | 0 | 0 | 0 | 3226.85 |
| TD Associates | H02742 | V0631978 | 3/4/2024 | 5/3/2024 | 138.4 | 0 | 0 | 0 | 0 | 138.4 |
| TD Associates | H02742 | V0626147 | 3/5/2024 | 5/4/2024 | 3786.28 | 0 | 0 | 0 | 0 | 3786.28 |
| TD Associates | H02742 | V0628217 | 3/6/2024 | 5/5/2024 | 2969.93 | 0 | 0 | 0 | 0 | 2969.93 |
| TD Associates | H02742 | V0625698 | 3/7/2024 | 5/6/2024 | 3561.22 | 0 | 0 | 0 | 0 | 3561.22 |
| TD Associates | H02742 | V0634502 | 3/7/2024 | 5/6/2024 | 11.4 | 0 | 0 | 0 | 0 | 11.4 |
| TD Associates | H02742 | V0625815 | 3/8/2024 | 5/7/2024 | 5090.5 | 0 | 0 | 0 | 0 | 5090.5 |
| TD Associates | H02742 | V0620642 | 3/11/2024 | 5/10/2024 | 6220.63 | 0 | 0 | 0 | 0 | 6220.63 |
| TD Associates | H02742 | V0628216 | 3/11/2024 | 5/10/2024 | 1062.51 | 0 | 0 | 0 | 0 | 1062.51 |
| TD Associates | H02742 | V0628798 | 3/11/2024 | 5/10/2024 | 3067.49 | 0 | 0 | 0 | 0 | 3067.49 |
| TD Associates | H02742 | V0629031 | 3/11/2024 | 5/10/2024 | 2080.9 | 0 | 0 | 0 | 0 | 2080.9 |
| TD Associates | H02742 | V0640564 | 3/13/2024 | 5/12/2024 | 3.76 | 0 | 0 | 0 | 0 | 3.76 |
| TD Associates | H02742 | V0642842 | 3/19/2024 | 5/18/2024 | 205.78 | 0 | 0 | 0 | 0 | 205.78 |
| TD Associates | H02742 | R2726190 | 4/10/2024 | 6/9/2024 | 810.01 | 0 | 0 | 0 | 0 | 810.01 |
| TD Associates | H02742 | R2726193 | 4/10/2024 | 6/9/2024 | 13914.71 | 0 | 0 | 0 | 0 | 13914.71 |
| TD Associates | H02742 | R2726923 | 4/12/2024 | 6/11/2024 | 1396.78 | 0 | 0 | 0 | 0 | 1396.78 |
| TD Associates | H02742 | C2212775 | 4/15/2024 | 6/14/2024 | 5445.51 | 0 | 0 | 0 | 0 | 5445.51 |
| TD Associates | H02742 | C2213156 | 4/15/2024 | 6/14/2024 | 903.98 | 0 | 0 | 0 | 0 | 903.98 |
| TD Associates | H02742 | G0398112 | 4/16/2024 | 6/15/2024 | 14824.46 | 0 | 0 | 0 | 0 | 14824.46 |
| TD Associates | H02742 | G0399246 | 4/16/2024 | 6/15/2024 | 291.66 | 0 | 0 | 0 | 0 | 291.66 |
| TD Associates | H02742 | G0399247 | 4/16/2024 | 6/15/2024 | 5502.77 | 0 | 0 | 0 | 0 | 5502.77 |
| TD Associates | H02742 | R2727711 | 4/17/2024 | 6/16/2024 | 461.53 | 0 | 0 | 0 | 0 | 461.53 |
| TD Associates | H02742 | R2727714 | 4/17/2024 | 6/16/2024 | 4841.4 | 0 | 0 | 0 | 0 | 4841.4 |
| TD Associates | H02742 | C2214562 | 4/18/2024 | 6/17/2024 | 1530.29 | 0 | 0 | 0 | 0 | 1530.29 |
| TD Associates | H02742 | R2728971 | 4/18/2024 | 6/17/2024 | 3898.98 | 0 | 0 | 0 | 0 | 3898.98 |
| TD Associates | H02742 | R2729058 | 4/18/2024 | 6/17/2024 | 156.89 | 0 | 0 | 0 | 0 | 156.89 |
| TD Associates | H02742 | R2729170 | 4/19/2024 | 6/18/2024 | 1965.18 | 0 | 0 | 0 | 0 | 1965.18 |
| TD Associates | H02742 | R2729178 | 4/19/2024 | 6/18/2024 | 76.81 | 0 | 0 | 0 | 0 | 76.81 |
| TD Associates | H02742 | C2215845 | 4/22/2024 | 6/21/2024 | 900.43 | 0 | 0 | 0 | 0 | 900.43 |
| TD Associates | H02742 | R2730135 | 4/22/2024 | 6/21/2024 | 2362.77 | 0 | 0 | 0 | 0 | 2362.77 |
| TD Associates | H02742 | R2730136 | 4/22/2024 | 6/21/2024 | 3396.29 | 0 | 0 | 0 | 0 | 3396.29 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TD Associates | H02742 | C2217090 | 4/24/2024 | 6/23/2024 | 211.69 | | 0 | 0 | 0 | 0 | 211.69 |
| TD Associates | H02742 | R2730870 | 4/24/2024 | 6/23/2024 | 3382.73 | | 0 | 0 | 0 | 0 | 3382.73 |
| TD Associates | H02742 | G0399991 | 4/25/2024 | 6/24/2024 | 4646.35 | | 0 | 0 | 0 | 0 | 4646.35 |
| TD Associates | H02742 | G0401661 | 4/26/2024 | 6/25/2024 | 3231.29 | | 0 | 0 | 0 | 0 | 3231.29 |
| TD Associates | H02742 | R2731944 | 4/26/2024 | 6/25/2024 | 2288.97 | | 0 | 0 | 0 | 0 | 2288.97 |
| TD Associates | H02742 | G0402488 | 4/30/2024 | 6/29/2024 | 1294.18 | | 0 | 0 | 0 | 0 | 1294.18 |
| TD Associates | H02742 | R2732821 | 4/30/2024 | 6/29/2024 | 116.95 | | 0 | 0 | 0 | 0 | 116.95 |
| TD Associates | H02742 | R2732823 | 4/30/2024 | 6/29/2024 | 8105.71 | | 0 | 0 | 0 | 0 | 8105.71 |
| TD Associates | H02742 | C2219876 | 5/1/2024 | 6/30/2024 | 886.65 | | 0 | 0 | 0 | 0 | 886.65 |
| TD Associates | H02742 | G0404523 | 5/1/2024 | 6/30/2024 | 2692.27 | | 0 | 0 | 0 | 0 | 2692.27 |
| TD Associates | H02742 | R2733978 | 5/2/2024 | 7/1/2024 | 4031.31 | | 0 | 0 | 0 | 0 | 4031.31 |
| TD Associates | H02742 | R2734050 | 5/2/2024 | 7/1/2024 | 179.64 | | 0 | 0 | 0 | 0 | 179.64 |
| TD Associates | H02742 | C2221119 | 5/3/2024 | 7/2/2024 | 576.96 | | 0 | 0 | 0 | 0 | 576.96 |
| TD Associates | H02742 | V0671848 | 5/3/2024 | 7/2/2024 | 14849.77 | | 0 | 0 | 0 | 0 | 14849.77 |
| TD Associates | H02742 | R2734747 | 5/6/2024 | 7/5/2024 | 1267.7 | | 0 | 0 | 0 | 0 | 1267.7 |
| TD Associates | H02742 | R2734749 | 5/6/2024 | 7/5/2024 | 2893.03 | | 0 | 0 | 0 | 0 | 2893.03 |
| TD Associates | H02742 | G0406156 | 5/7/2024 | 7/6/2024 | 949.48 | | 0 | 0 | 0 | 0 | 949.48 |
| TD Associates | H02742 | C2222831 | 5/8/2024 | 7/7/2024 | 240.9 | | 0 | 0 | 0 | 0 | 240.9 |
| TD Associates | H02742 | R2735369 | 5/8/2024 | 7/7/2024 | 90 | | 0 | 0 | 0 | 0 | 90 |
| TD Associates | H02742 | R2735474 | 5/8/2024 | 7/7/2024 | 1666.75 | | 0 | 0 | 0 | 0 | 1666.75 |
| TD Associates | H02742 | R2735834 | 5/9/2024 | 7/8/2024 | 2381.19 | | 0 | 0 | 0 | 0 | 2381.19 |
| TD Associates | H02742 | G0407119 | 5/10/2024 | 7/9/2024 | 1375.96 | | 0 | 0 | 0 | 0 | 1375.96 |
| TD Associates | H02742 | R2736104 | 5/10/2024 | 7/9/2024 | 439.91 | | 0 | 0 | 0 | 0 | 439.91 |
| TD Associates | H02742 | V0679834 | 5/10/2024 | 7/9/2024 | 1265.48 | | 0 | 0 | 0 | 0 | 1265.48 |
| TD Associates | H02742 | C2224233 | 5/13/2024 | 7/12/2024 | 186.58 | | 0 | 0 | 0 | 0 | 186.58 |
| TD Associates | H02742 | G0408746 | 5/14/2024 | 7/13/2024 | 1510.9 | | 0 | 0 | 0 | 0 | 1510.9 |
| TD Associates | H02742 | R2737223 | 5/15/2024 | 7/14/2024 | 2246.49 | | 0 | 0 | 0 | 0 | 2246.49 |
| TD Associates | H02742 | R2737225 | 5/15/2024 | 7/14/2024 | 84.74 | | 0 | 0 | 0 | 0 | 84.74 |
| TD Associates | H02742 | C2226190 | 5/16/2024 | 7/15/2024 | 760.63 | | 0 | 0 | 0 | 0 | 760.63 |
| TD Associates | H02742 | R2737981 | 5/17/2024 | 7/16/2024 | 1077.4 | | 0 | 0 | 0 | 0 | 1077.4 |
| TD Associates | H02742 | R2737989 | 5/17/2024 | 7/16/2024 | 2009.46 | | 0 | 0 | 0 | 0 | 2009.46 |
| TD Associates | H02742 | R2737991 | 5/17/2024 | 7/16/2024 | 1421.56 | | 0 | 0 | 0 | 0 | 1421.56 |
| TD Associates | H02742 | C2226805 | 5/20/2024 | 7/19/2024 | 247.02 | | 0 | 0 | 0 | 0 | 247.02 |
| TD Associates | H02742 | C2226854 | 5/20/2024 | 7/19/2024 | 268.77 | | 0 | 0 | 0 | 0 | 268.77 |
| TD Associates | H02742 | R2738123 | 5/20/2024 | 7/19/2024 | 4057.18 | | 0 | 0 | 0 | 0 | 4057.18 |
| TD Associates | H02742 | R2738195 | 5/20/2024 | 7/19/2024 | 1665.35 | | 0 | 0 | 0 | 0 | 1665.35 |
| TD Associates | H02742 | R2738361 | 5/20/2024 | 7/19/2024 | 9487.4 | | 0 | 0 | 0 | 0 | 9487.4 |
| TD Associates | H02742 | C2227871 | 5/21/2024 | 7/20/2024 | 389.98 | | 0 | 0 | 0 | 0 | 389.98 |
| TD Associates | H02742 | G0409844 | 5/21/2024 | 7/20/2024 | 1583.51 | | 0 | 0 | 0 | 0 | 1583.51 |
| TD Associates | H02742 | R2738573 | 5/21/2024 | 7/20/2024 | 1902.17 | | 0 | 0 | 0 | 0 | 1902.17 |
| TD Associates | H02742 | R2738935 | 5/21/2024 | 7/20/2024 | 4674.42 | | 0 | 0 | 0 | 0 | 4674.42 |
| TD Associates | H02742 | G0411315 | 5/22/2024 | 7/21/2024 | 573.35 | | 0 | 0 | 0 | 0 | 573.35 |
| TD Associates | H02742 | C2228986 | 5/23/2024 | 7/22/2024 | 103.72 | | 0 | 0 | 0 | 0 | 103.72 |
| TD Associates | H02742 | G0411314 | 5/23/2024 | 7/22/2024 | 1389.19 | | 0 | 0 | 0 | 0 | 1389.19 |
| TD Associates | H02742 | G0412577 | 5/23/2024 | 7/22/2024 | 791.53 | | 0 | 0 | 0 | 0 | 791.53 |
| TD Associates | H02742 | R2739620 | 5/23/2024 | 8/21/2024 | 24012.45 | | 0 | 0 | 0 | 0 | 24012.45 |
| TD Associates | H02742 | R2739641 | 5/23/2024 | 8/21/2024 | 1569.3 | | 0 | 0 | 0 | 0 | 1569.3 |
| TD Associates | H02742 | R2739733 | 5/23/2024 | 8/21/2024 | 196.16 | | 0 | 0 | 0 | 0 | 196.16 |
| TD Associates | H02742 | R2739734 | 5/23/2024 | 8/21/2024 | 173.12 | | 0 | 0 | 0 | 0 | 173.12 |
| TD Associates | H02742 | R2739788 | 5/23/2024 | 8/21/2024 | 126.05 | | 0 | 0 | 0 | 0 | 126.05 |
| TD Associates | H02742 | V0691509 | 5/23/2024 | 7/22/2024 | 7843.18 | | 0 | 0 | 0 | 0 | 7843.18 |
| TD Associates | H02742 | C2229451 | 5/24/2024 | 7/23/2024 | 1011.88 | | 0 | 0 | 0 | 0 | 1011.88 |
| TD Associates | H02742 | R2739697 | 5/24/2024 | 8/22/2024 | 41817.09 | | 0 | 0 | 0 | 0 | 41817.09 |
| TD Associates | H02742 | R2739851 | 5/24/2024 | 7/23/2024 | 3662.66 | | 0 | 0 | 0 | 0 | 3662.66 |
| TD Associates | H02742 | R2739855 | 5/24/2024 | 7/23/2024 | 365.39 | | 0 | 0 | 0 | 0 | 365.39 |
| TD Associates | H02742 | C2229812 | 5/28/2024 | 7/27/2024 | 128.87 | | 0 | 0 | 0 | 0 | 128.87 |
| TD Associates | H02742 | R2739621 | 5/28/2024 | 8/26/2024 | 109040.67 | | 0 | 0 | 0 | 0 | 109040.67 |
| TD Associates | H02742 | R2740241 | 5/29/2024 | 7/28/2024 | 1174.1 | | 0 | 0 | 0 | 0 | 1174.1 |
| TD Associates | H02742 | R2740344 | 5/29/2024 | 7/28/2024 | 2.92 | | 0 | 0 | 0 | 0 | 2.92 |
| TD Associates | H02742 | C2230876 | 5/30/2024 | 7/29/2024 | 462.77 | | 0 | 0 | 0 | 0 | 462.77 |
| TD Associates | H02742 | G0414240 | 5/31/2024 | 7/30/2024 | 1364.49 | | 0 | 0 | 0 | 0 | 1364.49 |
| TD Associates | H02742 | R2740759 | 6/3/2024 | 8/2/2024 | 48.36 | | 0 | 0 | 0 | 0 | 48.36 |
| TD Associates | H02742 | R2740760 | 6/3/2024 | 8/2/2024 | 35.13 | | 0 | 0 | 0 | 0 | 35.13 |
| TD Associates | H02742 | G0415032 | 6/4/2024 | 8/3/2024 | 2433.9 | | 0 | 0 | 0 | 0 | 2433.9 |
| TD Associates | H02742 | V0707467 | 6/5/2024 | 8/4/2024 | 121.71 | | 0 | 0 | 0 | 0 | 121.71 |
| TD Associates | H02742 | C2235416 | 6/11/2024 | 8/10/2024 | 152.93 | | 0 | 0 | 0 | 0 | 152.93 |
| TD Associates | H02742 | V0707438 | 6/11/2024 | 8/10/2024 | 18128.52 | | 0 | 0 | 0 | 0 | 18128.52 |
| TD Associates | H02742 | C2235976 | 6/12/2024 | 8/11/2024 | 633.67 | | 0 | 0 | 0 | 0 | 633.67 |
| TD Associates | H02742 | C2236012 | 6/12/2024 | 8/11/2024 | 1811.87 | | 0 | 0 | 0 | 0 | 1811.87 |
| TD Associates | H02742 | C2236181 | 6/12/2024 | 8/11/2024 | 679.76 | | 0 | 0 | 0 | 0 | 679.76 |
| TD Associates | H02742 | C2237399 | 6/17/2024 | 8/16/2024 | 134.36 | | 0 | 0 | 0 | 0 | 134.36 |
| TD Associates | H02742 | G0418952 | 6/17/2024 | 8/16/2024 | 2285.4 | | 0 | 0 | 0 | 0 | 2285.4 |
| TD Associates | H02742 | G0419068 | 6/17/2024 | 8/16/2024 | 101.5 | | 0 | 0 | 0 | 0 | 101.5 |
| TD Associates | H02742 | G0419069 | 6/17/2024 | 8/16/2024 | 1322.79 | | 0 | 0 | 0 | 0 | 1322.79 |
| TD Associates | H02742 | G0419070 | 6/17/2024 | 8/16/2024 | 1570.56 | | 0 | 0 | 0 | 0 | 1570.56 |
| TD Associates | H02742 | G0419071 | 6/17/2024 | 8/16/2024 | 1376.98 | | 0 | 0 | 0 | 0 | 1376.98 |
| TD Associates | H02742 | C2237989 | 6/18/2024 | 8/17/2024 | 200.17 | | 0 | 0 | 0 | 0 | 200.17 |
| TD Associates | H02742 | C2238179 | 6/18/2024 | 8/17/2024 | 1404.33 | | 0 | 0 | 0 | 0 | 1404.33 |
| TD Associates | H02742 | R2740938 | 6/19/2024 | 8/18/2024 | 409.03 | | 0 | 0 | 0 | 0 | 409.03 |
| TD Associates | H02742 | G0421489 | 6/20/2024 | 8/19/2024 | 617.65 | | 0 | 0 | 0 | 0 | 617.65 |
| TD Associates | H02742 | C2239692 | 6/21/2024 | 8/20/2024 | 180.54 | | 0 | 0 | 0 | 0 | 180.54 |
| TD Associates | H02742 | C2239697 | 6/21/2024 | 8/20/2024 | 136.04 | | 0 | 0 | 0 | 0 | 136.04 |
| TD Associates | H02742 | G0421488 | 6/21/2024 | 8/20/2024 | 234.8 | | 0 | 0 | 0 | 0 | 234.8 |
| TD Associates | H02742 | G0421868 | 6/21/2024 | 8/20/2024 | 214.27 | | 0 | 0 | 0 | 0 | 214.27 |
| TD Associates | H02742 | V0723770 | 6/21/2024 | 8/20/2024 | 8597.54 | | 0 | 0 | 0 | 0 | 8597.54 |
| TD Associates | H02742 | G0423404 | 6/24/2024 | 8/23/2024 | 245.55 | | 0 | 0 | 0 | 0 | 245.55 |
| TD Associates | H02742 | G0423405 | 6/24/2024 | 8/23/2024 | 209.59 | | 0 | 0 | 0 | 0 | 209.59 |
| TD Associates | H02742 | G0423406 | 6/24/2024 | 8/23/2024 | 449.79 | | 0 | 0 | 0 | 0 | 449.79 |
| TD Associates | H02742 | G0423581 | 6/24/2024 | 8/23/2024 | 312 | | 0 | 0 | 0 | 0 | 312 |
| TD Associates | H02742 | V0731109 | 6/24/2024 | 8/23/2024 | 226.69 | | 0 | 0 | 0 | 0 | 226.69 |
| TD Associates | H02742 | C2240483 | 6/26/2024 | 8/25/2024 | 320.71 | | 0 | 0 | 0 | 0 | 320.71 |
| TD Associates | H02742 | G0424498 | 6/27/2024 | 8/26/2024 | 982.56 | | 0 | 0 | 0 | 0 | 982.56 |
| TD Associates | H02742 | V0731364 | 6/28/2024 | 8/27/2024 | 48.25 | | 0 | 0 | 0 | 0 | 48.25 |
| TD Associates | H02742 | V0730609 | 6/29/2024 | 8/28/2024 | 20045.05 | | 0 | 0 | 0 | 0 | 20045.05 |

| TD Associates | H02742 | V0733142 | 7/1/2024 | 8/30/2024 | 18750.66 | 0 | 0 | 0 | 0 | 18750.66 |
|---|---|---|---|---|---|---|---|---|---|---|
| TD Associates | H02742 | V0733349 | 7/1/2024 | 8/30/2024 | 9484.2 | 0 | 0 | 0 | 0 | 9484.2 |
| TD Associates | H02742 | V0733910 | 7/2/2024 | 8/31/2024 | 6552.62 | 0 | 0 | 0 | 0 | 6552.62 |
| TD Associates | H02742 | V0734473 | 7/2/2024 | 8/31/2024 | 7466.24 | 0 | 0 | 0 | 0 | 7466.24 |
| TD Associates | H02742 | V0734620 | 7/2/2024 | 8/31/2024 | 3693.62 | 0 | 0 | 0 | 0 | 3693.62 |
| TD Associates | H02742 | C2243075 | 7/3/2024 | 9/1/2024 | 439.58 | 0 | 0 | 0 | 0 | 439.58 |
| TD Associates | H02742 | C2243206 | 7/3/2024 | 9/1/2024 | 111.02 | 0 | 0 | 0 | 0 | 111.02 |
| TD Associates | H02742 | G0426739 | 7/3/2024 | 9/1/2024 | 120.63 | 0 | 0 | 0 | 0 | 120.63 |
| TD Associates | H02742 | G0426737 | 7/5/2024 | 9/3/2024 | 462.01 | 0 | 0 | 0 | 0 | 462.01 |
| TD Associates | H02742 | G0426738 | 7/5/2024 | 9/3/2024 | 116.92 | 0 | 0 | 0 | 0 | 116.92 |
| TD Associates | H02742 | G0426740 | 7/5/2024 | 9/3/2024 | 800.87 | 0 | 0 | 0 | 0 | 800.87 |
| TD Associates | H02742 | C2244255 | 7/8/2024 | 9/6/2024 | 336.48 | 0 | 0 | 0 | 0 | 336.48 |
| TD Associates | H02742 | V0743499 | 7/8/2024 | 9/6/2024 | 22.84 | 0 | 0 | 0 | 0 | 22.84 |
| TD Associates | H02742 | V0743503 | 7/8/2024 | 9/6/2024 | 3.49 | 0 | 0 | 0 | 0 | 3.49 |
| TD Associates | H02742 | G0428670 | 7/9/2024 | 9/7/2024 | 529.54 | 0 | 0 | 0 | 0 | 529.54 |
| TD Associates | H02742 | V0737107 | 7/9/2024 | 9/7/2024 | 13189.64 | 0 | 0 | 0 | 0 | 13189.64 |
| TD Associates | H02742 | V0740366 | 7/9/2024 | 9/7/2024 | 11152.08 | 0 | 0 | 0 | 0 | 11152.08 |
| TD Associates | H02742 | V0740375 | 7/9/2024 | 9/7/2024 | 4778.35 | 0 | 0 | 0 | 0 | 4778.35 |
| TD Associates | H02742 | V0740376 | 7/9/2024 | 9/7/2024 | 4489.53 | 0 | 0 | 0 | 0 | 4489.53 |
| TD Associates | H02742 | V0740377 | 7/9/2024 | 9/7/2024 | 4539.88 | 0 | 0 | 0 | 0 | 4539.88 |
| TD Associates | H02742 | C2245239 | 7/10/2024 | 9/8/2024 | 401.2 | 0 | 0 | 0 | 0 | 401.2 |
| TD Associates | H02742 | G0428669 | 7/10/2024 | 9/8/2024 | 525.43 | 0 | 0 | 0 | 0 | 525.43 |
| TD Associates | H02742 | V0741234 | 7/10/2024 | 9/8/2024 | 19711.82 | 0 | 0 | 0 | 0 | 19711.82 |
| TD Associates | H02742 | V0747613 | 7/10/2024 | 9/8/2024 | 35.94 | 0 | 0 | 0 | 0 | 35.94 |
| TD Associates | H02742 | G0429093 | 7/11/2024 | 9/9/2024 | 1482.86 | 0 | 0 | 0 | 0 | 1482.86 |
| TD Associates | H02742 | G0430456 | 7/11/2024 | 9/9/2024 | 205.38 | 0 | 0 | 0 | 0 | 205.38 |
| TD Associates | H02742 | V0742694 | 7/11/2024 | 9/9/2024 | 8619.63 | 0 | 0 | 0 | 0 | 8619.63 |
| TD Associates | H02742 | V0749337 | 7/11/2024 | 9/9/2024 | 14.63 | 0 | 0 | 0 | 0 | 14.63 |
| TD Associates | H02742 | V0746901 | 7/12/2024 | 9/10/2024 | 7268.32 | 0 | 0 | 0 | 0 | 7268.32 |
| TD Associates | H02742 | V0751087 | 7/12/2024 | 9/10/2024 | 154.16 | 0 | 0 | 0 | 0 | 154.16 |
| TD Associates | H02742 | C2246936 | 7/15/2024 | 9/13/2024 | 207.2 | 0 | 0 | 0 | 0 | 207.2 |
| TD Associates | H02742 | V0746930 | 7/15/2024 | 9/13/2024 | 36184.15 | 0 | 0 | 0 | 0 | 36184.15 |
| TD Associates | H02742 | C2246884 | 7/16/2024 | 9/14/2024 | 185.15 | 0 | 0 | 0 | 0 | 185.15 |
| TD Associates | H02742 | G0431090 | 7/17/2024 | 9/15/2024 | 457.42 | 0 | 0 | 0 | 0 | 457.42 |
| TD Associates | H02742 | G0431091 | 7/17/2024 | 9/15/2024 | 484.58 | 0 | 0 | 0 | 0 | 484.58 |
| TD Associates | H02742 | V0753105 | 7/19/2024 | 9/17/2024 | 3211.22 | 0 | 0 | 0 | 0 | 3211.22 |
| TD Associates | H02742 | V0753106 | 7/19/2024 | 9/17/2024 | 5420.96 | 0 | 0 | 0 | 0 | 5420.96 |
| TD Associates | H02742 | V0752692 | 7/22/2024 | 9/20/2024 | 21249.17 | 0 | 0 | 0 | 0 | 21249.17 |
| TD Associates | H02742 | V0758647 | 7/22/2024 | 9/20/2024 | 6.06 | 0 | 0 | 0 | 0 | 6.06 |
| TD Associates | H02742 | C2249061 | 7/23/2024 | 9/21/2024 | 101.11 | 0 | 0 | 0 | 0 | 101.11 |
| TD Associates | H02742 | C2249075 | 7/23/2024 | 9/21/2024 | 104.17 | 0 | 0 | 0 | 0 | 104.17 |
| TD Associates | H02742 | V0759389 | 7/23/2024 | 9/21/2024 | 11.32 | 0 | 0 | 0 | 0 | 11.32 |
| TD Associates | H02742 | V0760452 | 7/23/2024 | 9/21/2024 | 84.26 | 0 | 0 | 0 | 0 | 84.26 |
| TD Associates | H02742 | V0760478 | 7/23/2024 | 9/21/2024 | 54.56 | 0 | 0 | 0 | 0 | 54.56 |
| TD Associates | H02742 | G0433343 | 7/24/2024 | 9/22/2024 | 199.92 | 0 | 0 | 0 | 0 | 199.92 |
| TD Associates | H02742 | G0433345 | 7/24/2024 | 9/22/2024 | 523.74 | 0 | 0 | 0 | 0 | 523.74 |
| TD Associates | H02742 | G0433346 | 7/24/2024 | 9/22/2024 | 162.36 | 0 | 0 | 0 | 0 | 162.36 |
| TD Associates | H02742 | V0760769 | 7/24/2024 | 9/22/2024 | 7.7 | 0 | 0 | 0 | 0 | 7.7 |
| TD Associates | H02742 | V0760770 | 7/24/2024 | 9/22/2024 | 2.32 | 0 | 0 | 0 | 0 | 2.32 |
| TD Associates | H02742 | G0433344 | 7/25/2024 | 9/23/2024 | 334.8 | 0 | 0 | 0 | 0 | 334.8 |
| TD Associates | H02742 | V0753107 | 7/25/2024 | 9/23/2024 | 6411.33 | 0 | 0 | 0 | 0 | 6411.33 |
| TD Associates | H02742 | V0758860 | 7/26/2024 | 9/24/2024 | 15630.01 | 0 | 0 | 0 | 0 | 15630.01 |
| TD Associates | H02742 | V0758861 | 7/26/2024 | 9/24/2024 | 12443.64 | 0 | 0 | 0 | 0 | 12443.64 |
| TD Associates | H02742 | V0759200 | 7/29/2024 | 9/27/2024 | 6557.65 | 0 | 0 | 0 | 0 | 6557.65 |
| TD Associates | H02742 | V0759201 | 7/29/2024 | 9/27/2024 | 8432.75 | 0 | 0 | 0 | 0 | 8432.75 |
| TD Associates | H02742 | V0759202 | 7/29/2024 | 9/27/2024 | 3707.27 | 0 | 0 | 0 | 0 | 3707.27 |
| TD Associates | H02742 | V0759203 | 7/29/2024 | 9/27/2024 | 2231.62 | 0 | 0 | 0 | 0 | 2231.62 |
| TD Associates | H02742 | C2251407 | 7/30/2024 | 9/28/2024 | 207.6 | 0 | 0 | 0 | 0 | 207.6 |
| TD Associates | H02742 | G0435615 | 7/30/2024 | 9/28/2024 | 960.16 | 0 | 0 | 0 | 0 | 960.16 |
| TD Associates | H02742 | G0435616 | 7/30/2024 | 9/28/2024 | 1077.66 | 0 | 0 | 0 | 0 | 1077.66 |
| TD Associates | H02742 | V0765203 | 8/2/2024 | 10/1/2024 | 6288.99 | 0 | 0 | 0 | 0 | 6288.99 |
| TD Associates | H02742 | V0765204 | 8/2/2024 | 10/1/2024 | 1639.84 | 0 | 0 | 0 | 0 | 1639.84 |
| TD Associates | H02742 | V0765205 | 8/2/2024 | 10/1/2024 | 6811.91 | 0 | 0 | 0 | 0 | 6811.91 |
| TD Associates | H02742 | V0770384 | 8/5/2024 | 10/4/2024 | 161.8 | 0 | 0 | 0 | 0 | 161.8 |
| TD Associates | H02742 | C2253312 | 8/6/2024 | 10/5/2024 | 131.44 | 0 | 0 | 0 | 0 | 131.44 |
| TD Associates | H02742 | V0765352 | 8/6/2024 | 10/5/2024 | 11165.51 | 0 | 0 | 0 | 0 | 11165.51 |
| TD Associates | H02742 | G0437641 | 8/7/2024 | 10/6/2024 | 152.08 | 0 | 0 | 0 | 0 | 152.08 |
| TD Associates | H02742 | C2254665 | 8/8/2024 | 10/7/2024 | 192.56 | 0 | 0 | 0 | 0 | 192.56 |
| TD Associates | H02742 | G0437642 | 8/8/2024 | 10/7/2024 | 106.13 | 0 | 0 | 0 | 0 | 106.13 |
| TD Associates | H02742 | G0438594 | 8/8/2024 | 10/7/2024 | 119.67 | 0 | 0 | 0 | 0 | 119.67 |
| TD Associates | H02742 | G0438595 | 8/8/2024 | 10/7/2024 | 128.23 | 0 | 0 | 0 | 0 | 128.23 |
| TD Associates | H02742 | G0438596 | 8/8/2024 | 10/7/2024 | 480.36 | 0 | 0 | 0 | 0 | 480.36 |
| TD Associates | H02742 | V0770114 | 8/8/2024 | 10/7/2024 | 1786.27 | 0 | 0 | 0 | 0 | 1786.27 |
| TD Associates | H02742 | V0770115 | 8/8/2024 | 10/7/2024 | 4735.79 | 0 | 0 | 0 | 0 | 4735.79 |
| TD Associates | H02742 | G0439526 | 8/12/2024 | 10/11/2024 | 870.96 | 0 | 0 | 0 | 0 | 870.96 |
| TD Associates | H02742 | V0770343 | 8/12/2024 | 10/11/2024 | 3959.65 | 0 | 0 | 0 | 0 | 3959.65 |
| TD Associates | H02742 | V0770344 | 8/12/2024 | 10/11/2024 | 4254.7 | 0 | 0 | 0 | 0 | 4254.7 |
| TD Associates | H02742 | V0775619 | 8/12/2024 | 10/11/2024 | 3.59 | 0 | 0 | 0 | 0 | 3.59 |
| TD Associates | H02742 | V0775745 | 8/12/2024 | 10/11/2024 | 57.2 | 0 | 0 | 0 | 0 | 57.2 |
| TD Associates | H02742 | V0775811 | 8/12/2024 | 10/11/2024 | 292.73 | 0 | 0 | 0 | 0 | 292.73 |
| TD Associates | H02742 | V0772613 | 8/13/2024 | 10/12/2024 | 4888.54 | 0 | 0 | 0 | 0 | 4888.54 |
| TD Associates | H02742 | C2256169 | 8/14/2024 | 10/13/2024 | 161.46 | 0 | 0 | 0 | 0 | 161.46 |
| TD Associates | H02742 | G0439813 | 8/14/2024 | 10/13/2024 | 601.29 | 0 | 0 | 0 | 0 | 601.29 |
| TD Associates | H02742 | V0772612 | 8/14/2024 | 10/13/2024 | 9474.68 | 0 | 0 | 0 | 0 | 9474.68 |
| TD Associates | H02742 | V0774875 | 8/14/2024 | 10/13/2024 | 5705.8 | 0 | 0 | 0 | 0 | 5705.8 |
| TD Associates | H02742 | V0779853 | 8/16/2024 | 10/15/2024 | 77.42 | 0 | 0 | 0 | 0 | 77.42 |
| TD Associates | H02742 | V0777477 | 8/19/2024 | 10/18/2024 | 2223.7 | 0 | 0 | 0 | 0 | 2223.7 |
| TD Associates | H02742 | V0777478 | 8/19/2024 | 10/18/2024 | 2617.48 | 0 | 0 | 0 | 0 | 2617.48 |
| TD Associates | H02742 | V0777479 | 8/19/2024 | 10/18/2024 | 9197.99 | 0 | 0 | 0 | 0 | 9197.99 |
| TD Associates | H02742 | C2258232 | 8/20/2024 | 10/19/2024 | 116.31 | 0 | 0 | 0 | 0 | 116.31 |
| TD Associates | H02742 | G0441568 | 8/20/2024 | 10/19/2024 | 262.97 | 0 | 0 | 0 | 0 | 262.97 |
| TD Associates | H02742 | G0441712 | 8/21/2024 | 10/20/2024 | 454.81 | 0 | 0 | 0 | 0 | 454.81 |
| TD Associates | H02742 | V0777550 | 8/21/2024 | 10/20/2024 | 6727.66 | 0 | 0 | 0 | 0 | 6727.66 |
| TD Associates | H02742 | V0782835 | 8/21/2024 | 10/20/2024 | 44.95 | 0 | 0 | 0 | 0 | 44.95 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TD Associates | H02742 | G0443157 | 8/26/2024 | 10/25/2024 | 391.61 | 0 | 0 | 0 | 0 | 391.61 |
| TD Associates | H02742 | G0443158 | 8/26/2024 | 10/25/2024 | 77.7 | 0 | 0 | 0 | 0 | 77.7 |
| TD Associates | H02742 | V0781446 | 8/26/2024 | 10/25/2024 | 2981.02 | 0 | 0 | 0 | 0 | 2981.02 |
| TD Associates | H02742 | V0781447 | 8/26/2024 | 10/25/2024 | 1531.88 | 0 | 0 | 0 | 0 | 1531.88 |
| TD Associates | H02742 | V0781448 | 8/26/2024 | 10/25/2024 | 3913.24 | 0 | 0 | 0 | 0 | 3913.24 |
| TD Associates | H02742 | V0782609 | 8/26/2024 | 10/25/2024 | 6433.13 | 0 | 0 | 0 | 0 | 6433.13 |
| TD Associates | H02742 | V0782610 | 8/26/2024 | 11/24/2024 | 15908.6 | 0 | 0 | 0 | 0 | 15908.6 |
| TD Associates | H02742 | G0444253 | 8/28/2024 | 10/27/2024 | 279.54 | 0 | 0 | 0 | 0 | 279.54 |
| TD Associates | H02742 | V0785307 | 8/28/2024 | 10/27/2024 | 4288.39 | 0 | 0 | 0 | 0 | 4288.39 |
| TD Associates | H02742 | V0785308 | 8/28/2024 | 10/27/2024 | 2182.23 | 0 | 0 | 0 | 0 | 2182.23 |
| TD Associates | H02742 | V0788101 | 8/28/2024 | 10/27/2024 | 16.5 | 0 | 0 | 0 | 0 | 16.5 |
| TD Associates | H02742 | V0788106 | 8/28/2024 | 10/27/2024 | 18.47 | 0 | 0 | 0 | 0 | 18.47 |
| TD Associates | H02742 | V0788108 | 8/28/2024 | 10/27/2024 | 29.3 | 0 | 0 | 0 | 0 | 29.3 |
| TD Associates | H02742 | G0444252 | 8/29/2024 | 10/28/2024 | 173.22 | 0 | 0 | 0 | 0 | 173.22 |
| TD Associates | H02742 | V0785306 | 8/29/2024 | 10/28/2024 | 5457.88 | 0 | 0 | 0 | 0 | 5457.88 |
| TD Associates | H02742 | V0790090 | 8/29/2024 | 10/28/2024 | 18.56 | 0 | 0 | 0 | 0 | 18.56 |
| TD Associates | H02742 | G0444468 | 8/30/2024 | 10/29/2024 | 393.87 | 0 | 0 | 0 | 0 | 393.87 |
| TD Associates | H02742 | V0788397 | 8/30/2024 | 10/29/2024 | 4471.64 | 0 | 0 | 0 | 0 | 4471.64 |
| TD Associates | H02742 | C2263267 | 9/4/2024 | 11/3/2024 | 108.5 | 0 | 0 | 0 | 0 | 108.5 |
| TD Associates | H02742 | G0444941 | 9/4/2024 | 11/3/2024 | 263.49 | 0 | 0 | 0 | 0 | 263.49 |
| TD Associates | H02742 | G0445077 | 9/4/2024 | 11/3/2024 | 917.62 | 0 | 0 | 0 | 0 | 917.62 |
| TD Associates | H02742 | V0788237 | 9/4/2024 | 11/3/2024 | 5983.74 | 0 | 0 | 0 | 0 | 5983.74 |
| TD Associates | H02742 | V0788364 | 9/4/2024 | 12/3/2024 | 100 | 0 | 0 | 0 | 0 | 100 |
| TD Associates | H02742 | V0790335 | 9/4/2024 | 11/3/2024 | 3037.02 | 0 | 0 | 0 | 0 | 3037.02 |
| TD Associates | H02742 | V0790336 | 9/4/2024 | 11/3/2024 | 16250 | 0 | 0 | 0 | 0 | 16250 |
| TD Associates | H02742 | V0790013 | 9/5/2024 | 11/4/2024 | 3654.68 | 0 | 0 | 0 | 0 | 3654.68 |
| TD Associates | H02742 | V0790777 | 9/5/2024 | 11/4/2024 | 6529 | 0 | 0 | 0 | 0 | 6529 |
| TD Associates | H02742 | V0792991 | 9/5/2024 | 11/4/2024 | 4.28 | 0 | 0 | 0 | 0 | 4.28 |
| TD Associates | H02742 | V0791258 | 9/9/2024 | 11/8/2024 | 15229.98 | 0 | 0 | 0 | 0 | 15229.98 |
| TD Associates | H02742 | C2264926 | 9/10/2024 | 11/9/2024 | 489.49 | 0 | 0 | 0 | 0 | 489.49 |
| TD Associates | H02742 | G0446159 | 9/10/2024 | 11/9/2024 | 485.12 | 0 | 0 | 0 | 0 | 485.12 |
| TD Associates | H02742 | G0446160 | 9/10/2024 | 11/9/2024 | 584.16 | 0 | 0 | 0 | 0 | 584.16 |
| TD Associates | H02742 | G0446161 | 9/10/2024 | 11/9/2024 | 375.52 | 0 | 0 | 0 | 0 | 375.52 |
| TD Associates | H02742 | V0797235 | 9/11/2024 | 11/10/2024 | 16.71 | 0 | 0 | 0 | 0 | 16.71 |
| TD Associates | H02742 | V0795726 | 9/12/2024 | 11/11/2024 | 6856.11 | 0 | 0 | 0 | 0 | 6856.11 |
| TD Associates | H02742 | V0795997 | 9/12/2024 | 11/11/2024 | 7075.12 | 0 | 0 | 0 | 0 | 7075.12 |
| TD Associates | H02742 | V0797854 | 9/12/2024 | 11/11/2024 | 195.36 | 0 | 0 | 0 | 0 | 195.36 |
| TD Associates | H02742 | V0795727 | 9/13/2024 | 11/12/2024 | 4594.21 | 0 | 0 | 0 | 0 | 4594.21 |
| TD Associates | H02742 | C2266839 | 9/16/2024 | 11/15/2024 | 102.4 | 0 | 0 | 0 | 0 | 102.4 |
| TD Associates | H02742 | V0799920 | 9/16/2024 | 12/15/2024 | 292.66 | 0 | 0 | 0 | 0 | 292.66 |
| TD Associates | H02742 | G0448004 | 9/17/2024 | 11/16/2024 | 644.01 | 0 | 0 | 0 | 0 | 644.01 |
| TD Associates | H02742 | G0448005 | 9/17/2024 | 11/16/2024 | 219.58 | 0 | 0 | 0 | 0 | 219.58 |
| TD Associates | H02742 | G0448006 | 9/17/2024 | 11/16/2024 | 199.08 | 0 | 0 | 0 | 0 | 199.08 |
| TD Associates | H02742 | G0448040 | 9/17/2024 | 11/16/2024 | 124.4 | 0 | 0 | 0 | 0 | 124.4 |
| TD Associates | H02742 | V0800057 | 9/18/2024 | 11/17/2024 | 4960.31 | 0 | 0 | 0 | 0 | 4960.31 |
| TD Associates | H02742 | V0800056 | 9/19/2024 | 11/18/2024 | 9701.83 | 0 | 0 | 0 | 0 | 9701.83 |
| TD Associates | H02742 | V0800058 | 9/19/2024 | 11/18/2024 | 4689.02 | 0 | 0 | 0 | 0 | 4689.02 |
| TD Associates | H02742 | V0800059 | 9/19/2024 | 11/18/2024 | 2570.34 | 0 | 0 | 0 | 0 | 2570.34 |
| TD Associates | H02742 | V0800155 | 9/19/2024 | 11/18/2024 | 5945.78 | 0 | 0 | 0 | 0 | 5945.78 |
| TD Associates | H02742 | C2268958 | 9/24/2024 | 11/23/2024 | 139.92 | 0 | 0 | 0 | 0 | 139.92 |
| TD Associates | H02742 | C2269037 | 9/24/2024 | 11/23/2024 | 203.94 | 0 | 0 | 0 | 0 | 203.94 |
| TD Associates | H02742 | G0449654 | 9/24/2024 | 11/23/2024 | 243.86 | 0 | 0 | 0 | 0 | 243.86 |
| TD Associates | H02742 | G0449655 | 9/24/2024 | 11/23/2024 | 151.24 | 0 | 0 | 0 | 0 | 151.24 |
| TD Associates | H02742 | G0449656 | 9/24/2024 | 11/23/2024 | 554.91 | 0 | 0 | 0 | 0 | 554.91 |
| TD Associates | H02742 | G0449657 | 9/24/2024 | 11/23/2024 | 326.64 | 0 | 0 | 0 | 0 | 326.64 |
| TD Associates | H02742 | G0449687 | 9/24/2024 | 11/23/2024 | 374.57 | 0 | 0 | 0 | 0 | 374.57 |
| TD Associates | H02742 | C2270110 | 9/26/2024 | 11/25/2024 | 231.26 | 0 | 0 | 0 | 0 | 231.26 |
| TD Associates | H02742 | V0805463 | 9/26/2024 | 11/25/2024 | 6345.02 | 0 | 0 | 0 | 0 | 6345.02 |
| TD Associates | H02742 | V0805464 | 9/26/2024 | 11/25/2024 | 3600.57 | 0 | 0 | 0 | 0 | 3600.57 |
| TD Associates | H02742 | V0805466 | 9/26/2024 | 11/25/2024 | 6665.19 | 0 | 0 | 0 | 0 | 6665.19 |
| TD Associates | H02742 | V0807139 | 9/26/2024 | 11/25/2024 | 57.03 | 0 | 0 | 0 | 0 | 57.03 |
| TD Associates | H02742 | G0450699 | 9/27/2024 | 11/26/2024 | 268.02 | 0 | 0 | 0 | 0 | 268.02 |
| TD Associates | H02742 | V0805465 | 9/27/2024 | 11/26/2024 | 2905.16 | 0 | 0 | 0 | 0 | 2905.16 |
| TD Associates | H02742 | V0805467 | 9/30/2024 | 11/29/2024 | 2024.02 | 0 | 0 | 0 | 0 | 2024.02 |
| TD Associates | H02742 | V0807254 | 9/30/2024 | 11/29/2024 | 1723.02 | 0 | 0 | 0 | 0 | 1723.02 |
| TD Associates | H02742 | V0807308 | 9/30/2024 | 11/29/2024 | 12706.52 | 0 | 0 | 0 | 0 | 12706.52 |
| TD Associates | H02742 | C2271354 | 10/1/2024 | 11/30/2024 | 102.31 | 0 | 0 | 0 | 0 | 102.31 |
| TD Associates | H02742 | G0453061 | 10/2/2024 | 12/1/2024 | 299.66 | 0 | 0 | 0 | 0 | 299.66 |
| TD Associates | H02742 | G0453062 | 10/2/2024 | 12/1/2024 | 213.63 | 0 | 0 | 0 | 0 | 213.63 |
| TD Associates | H02742 | V0812855 | 10/2/2024 | 12/1/2024 | 31.98 | 0 | 0 | 0 | 0 | 31.98 |
| TD Associates | H02742 | V0812856 | 10/2/2024 | 12/1/2024 | 748.8 | 0 | 0 | 0 | 0 | 748.8 |
| TD Associates | H02742 | V0812412 | 10/3/2024 | 12/2/2024 | 2071.25 | 0 | 0 | 0 | 0 | 2071.25 |
| TD Associates | H02742 | V0812459 | 10/3/2024 | 12/2/2024 | 3887.84 | 0 | 0 | 0 | 0 | 3887.84 |
| TD Associates | H02742 | V0812460 | 10/4/2024 | 12/3/2024 | 1715.36 | 0 | 0 | 0 | 0 | 1715.36 |
| TD Associates | H02742 | V0815369 | 10/7/2024 | 12/6/2024 | 965.96 | 0 | 0 | 0 | 0 | 965.96 |
| TD Associates | H02742 | V0816020 | 10/8/2024 | 12/7/2024 | 12.2 | 0 | 0 | 0 | 0 | 12.2 |
| TD Associates | H02742 | V0830144 | 10/31/2024 | 12/30/2024 | 1229.24 | 0 | 0 | 0 | 0 | 1229.24 |
| TD Associates | H02742 | C2281450 | 11/8/2024 | 1/7/2025 | 340.98 | 0 | 0 | 0 | 0 | 340.98 |
| TD Associates | H02742 | G0466553 | 11/8/2024 | 1/7/2025 | 454.81 | 0 | 0 | 0 | 0 | 454.81 |
| TD Associates | H02742 | V0835349 | 11/12/2024 | 1/11/2025 | 14248.44 | 0 | 0 | 0 | 0 | 14248.44 |
| TD Associates | H02742 | C2286213 | 11/27/2024 | 1/26/2025 | 174.82 | 0 | 0 | 0 | 0 | 174.82 |
| TD Associates | H02742 | G0470931 | 11/27/2024 | 1/26/2025 | 172.5 | 0 | 0 | 0 | 0 | 172.5 |
| TD Associates | H02742 | V0844190 | 12/3/2024 | 2/1/2025 | 2915.14 | 0 | 0 | 0 | 0 | 2915.14 |
| TD Associates | H02742 | V0844191 | 12/3/2024 | 2/1/2025 | 9079.66 | 0 | 0 | 0 | 0 | 9079.66 |
| TD Associates | H02742 | V0844402 | 12/3/2024 | 2/1/2025 | 12709.28 | 0 | 0 | 0 | 0 | 12709.28 |
| TD Associates | H02742 | V0844192 | 12/4/2024 | 2/2/2025 | 5861.06 | 0 | 0 | 0 | 0 | 5861.06 |
| TD Associates | H02742 | V0844193 | 12/4/2024 | 2/2/2025 | 4627.22 | 0 | 0 | 0 | 0 | 4627.22 |
| TD Associates | H02742 | C2287860 | 12/5/2024 | 2/3/2025 | 171.16 | 0 | 0 | 0 | 0 | 171.16 |
| TD Associates | H02742 | C2287865 | 12/5/2024 | 2/3/2025 | 310.75 | 0 | 0 | 0 | 0 | 310.75 |
| TD Associates | H02742 | C2287867 | 12/5/2024 | 2/3/2025 | 158.75 | 0 | 0 | 0 | 0 | 158.75 |
| TD Associates | H02742 | C2287870 | 12/5/2024 | 2/3/2025 | 447.79 | 0 | 0 | 0 | 0 | 447.79 |
| TD Associates | H02742 | G0472718 | 12/6/2024 | 2/4/2025 | 190.02 | 0 | 0 | 0 | 0 | 190.02 |
| TD Associates | H02742 | G0472719 | 12/6/2024 | 2/4/2025 | 379.53 | 0 | 0 | 0 | 0 | 379.53 |
| TD Associates | H02742 | G0472721 | 12/6/2024 | 2/4/2025 | 1103.3 | 0 | 0 | 0 | 0 | 1103.3 |

| Name | Account | Document | Date 1 | Date 2 | Amount | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TD Associates | H02742 | G0472722 | 12/6/2024 | 2/4/2025 | 716.65 | 0 | 0 | 0 | 0 | 0 | 716.65 |
| TD Associates | H02742 | V0846938 | 12/6/2024 | 2/4/2025 | 12241.79 | 0 | 0 | 0 | 0 | 0 | 12241.79 |
| TD Associates | H02742 | V0846939 | 12/6/2024 | 2/4/2025 | 7154.87 | 0 | 0 | 0 | 0 | 0 | 7154.87 |
| TD Associates | H02742 | V0846940 | 12/6/2024 | 2/4/2025 | 12750.11 | 0 | 0 | 0 | 0 | 0 | 12750.11 |
| TD Associates | H02742 | C2289040 | 12/10/2024 | 2/8/2025 | 548.94 | 0 | 0 | 0 | 0 | 0 | 548.94 |
| TD Associates | H02742 | G0473976 | 12/10/2024 | 2/8/2025 | 258.59 | 0 | 0 | 0 | 0 | 0 | 258.59 |
| TD Associates | H02742 | G0473975 | 12/11/2024 | 2/9/2025 | 464.36 | 0 | 0 | 0 | 0 | 0 | 464.36 |
| TD Associates | H02742 | V0848978 | 12/13/2024 | 2/11/2025 | 203.8 | 0 | 0 | 0 | 0 | 0 | 203.8 |
| TD Associates | H02742 | V0848982 | 12/13/2024 | 2/11/2025 | 279.26 | 0 | 0 | 0 | 0 | 0 | 279.26 |
| TD Associates | H02742 | V0848983 | 12/13/2024 | 2/11/2025 | 1.96 | 0 | 0 | 0 | 0 | 0 | 1.96 |
| TD Associates | H02742 | V0848558 | 12/16/2024 | 2/14/2025 | 5963.61 | 0 | 0 | 0 | 0 | 0 | 5963.61 |
| TD Associates | H02742 | V0851479 | 12/16/2024 | 2/14/2025 | 11.47 | 0 | 0 | 0 | 0 | 0 | 11.47 |
| TD Associates | H02742 | V0848557 | 12/17/2024 | 2/15/2025 | 5414.25 | 0 | 0 | 0 | 0 | 0 | 5414.25 |
| TD Associates | H02742 | V0853043 | 12/18/2024 | 2/16/2025 | 3.29 | 0 | 0 | 0 | 0 | 0 | 3.29 |
| TD Associates | H02742 | V0853053 | 12/18/2024 | 2/16/2025 | 35.57 | 0 | 0 | 0 | 0 | 0 | 35.57 |
| TD Associates | H02742 | G0476073 | 12/19/2024 | 2/17/2025 | 146.66 | 0 | 0 | 0 | 0 | 0 | 146.66 |
| TD Associates | H02742 | G0476074 | 12/19/2024 | 2/17/2025 | 136.81 | 0 | 0 | 0 | 0 | 0 | 136.81 |
| TD Associates | H02742 | G0476075 | 12/19/2024 | 2/17/2025 | 193.38 | 0 | 0 | 0 | 0 | 0 | 193.38 |
| TD Associates | H02742 | G0476076 | 12/19/2024 | 2/17/2025 | 264.82 | 0 | 0 | 0 | 0 | 0 | 264.82 |
| TD Associates | H02742 | G0476077 | 12/19/2024 | 2/17/2025 | 402.01 | 0 | 0 | 0 | 0 | 0 | 402.01 |
| TD Associates | H02742 | V0853560 | 12/19/2024 | 2/17/2025 | 16.91 | 0 | 0 | 0 | 0 | 0 | 16.91 |
| TD Associates | H02742 | C2291415 | 12/20/2024 | 2/18/2025 | 667.43 | 0 | 0 | 0 | 0 | 0 | 667.43 |
| TD Associates | H02742 | C2291420 | 12/20/2024 | 2/18/2025 | 1063.31 | 0 | 0 | 0 | 0 | 0 | 1063.31 |
| TD Associates | H02742 | C2291475 | 12/20/2024 | 2/18/2025 | 167.68 | 0 | 0 | 0 | 0 | 0 | 167.68 |
| TD Associates | H02742 | V0853499 | 12/20/2024 | 2/18/2025 | 3622.81 | 0 | 0 | 0 | 0 | 0 | 3622.81 |
| TD Associates | H02742 | V0853503 | 12/20/2024 | 2/18/2025 | 3870.78 | 0 | 0 | 0 | 0 | 0 | 3870.78 |
| TD Associates | H02742 | V0853504 | 12/20/2024 | 2/18/2025 | 3675.08 | 0 | 0 | 0 | 0 | 0 | 3675.08 |
| TD Associates | H02742 | V0853500 | 12/23/2024 | 2/21/2025 | 4343.02 | 0 | 0 | 0 | 0 | 0 | 4343.02 |
| TD Associates | H02742 | V0853501 | 12/23/2024 | 2/21/2025 | 2482.07 | 0 | 0 | 0 | 0 | 0 | 2482.07 |
| TD Associates | H02742 | V0853502 | 12/23/2024 | 2/21/2025 | 3490.95 | 0 | 0 | 0 | 0 | 0 | 3490.95 |
| TD Associates | H02742 | V0853545 | 12/23/2024 | 2/21/2025 | 9481.51 | 0 | 0 | 0 | 0 | 0 | 9481.51 |
| TD Associates | H02742 | V0858272 | 12/31/2024 | 3/1/2025 | 38.13 | 0 | 0 | 0 | 0 | 0 | 38.13 |
| TD Associates | H02742 | V0861563 | 1/9/2025 | 3/10/2025 | 71.55 | 0 | 0 | 0 | 0 | 0 | 71.55 |
| TD Associates | H02742 | V0861565 | 1/9/2025 | 3/10/2025 | 76.64 | 0 | 0 | 0 | 0 | 0 | 76.64 |
| Pete's Bait Shop | H02791 | C2226934 | 5/20/2024 | 8/18/2024 | 2976.96 | 0 | 0 | 0 | 0 | 0 | 489.01 |
| Pete's Bait Shop | H02791 | G0413298 | 5/28/2024 | 8/26/2024 | 1711.87 | 0 | 0 | 0 | 0 | 0 | 1711.87 |
| Pete's Bait Shop | H02791 | V0733769 | 7/1/2024 | 9/29/2024 | 2410.31 | 0 | 0 | 0 | 0 | 0 | 2410.31 |
| Ogeechee Steamers & Cookers | H02851 | V0093106 | 7/28/2025 | 9/10/2025 | 639.39 | 0 | 0 | 0 | 0 | 0 | 639.39 |
| Ogeechee Steamers & Cookers | H02851 | V0995441 | 7/31/2025 | 9/10/2025 | 280.12 | 0 | 0 | 0 | 0 | 0 | 280.12 |
| Ogeechee Steamers & Cookers | H02851 | F2509H02851V | 9/29/2025 | 10/29/2025 | 8.74 | 0 | 0 | 0 | 8.74 | 0 | 0 |
| Ogeechee Steamers & Cookers | H02851 | F2510H02851V | 10/30/2025 | 11/29/2025 | 14.26 | 0 | 0 | 14.26 | 0 | 0 | 0 |
| Ogeechee Steamers & Cookers | H02851 | F2511H02851V | 11/29/2025 | 12/29/2025 | 13.8 | 13.8 | 0 | 0 | 0 | 0 | 0 |
| Ogeechee Steamers & Cookers | H02851 | F2512H02851V | 11/30/2025 | 12/30/2025 | 0.46 | 0.46 | 0 | 0 | 0 | 0 | 0 |
| Coastal Hardware, LLC | H02885 | V1003220 | 8/8/2025 | 8/8/2025 | -269.68 | 0 | 0 | 0 | 0 | -269.68 | 0 |
| Dutchman Creek Bait & Tackle | H02931 | G0544914 | 11/10/2025 | 11/10/2025 | -198.75 | 0 | 0 | -198.75 | 0 | 0 | 0 |
| Jim's Tackle | H03021 | V0964432 | 6/11/2025 | 10/10/2025 | 1827.37 | 0 | 0 | 0 | 1827.37 | 0 | 0 |
| Jim's Tackle | H03021 | V1006095 | 8/22/2025 | 9/10/2025 | 7911.24 | 0 | 0 | 0 | 0 | 5632.82 | 0 |
| Jim's Tackle | H03021 | V1006578 | 8/27/2025 | 10/10/2025 | 1002.61 | 0 | 0 | 0 | 1002.61 | 0 | 0 |
| South Toe General Store, LLP | H03022 | V0914752 | 4/2/2025 | 4/2/2025 | -223.29 | 0 | 0 | 0 | 0 | -6.86 | 0 |
| True Grit Trading Company | H03032 | V0946518 | 5/19/2025 | 11/10/2025 | 3106.07 | 0 | 0 | 3106.07 | 0 | 0 | 0 |
| True Grit Trading Company | H03032 | V0949083 | 5/21/2025 | 11/10/2025 | 410.13 | 0 | 0 | 410.13 | 0 | 0 | 0 |
| True Grit Trading Company | H03032 | V1028812 | 10/21/2025 | 11/10/2025 | 860.13 | 0 | 0 | 860.13 | 0 | 0 | 0 |
| True Grit Trading Company | H03032 | F2511H03032V | 11/25/2025 | 12/29/2025 | 4.38 | 41.58 | 0 | 0 | 0 | 0 | 0 |
| True Grit Trading Company | H03032 | F2512H03032V | 12/1/2025 | 12/31/2025 | 4.38 | 4.38 | 0 | 0 | 0 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | V0894938 | 3/10/2025 | 9/10/2025 | 1700.53 | 0 | 0 | 0 | 0 | 1700.53 | 0 |
| Amanda CEA Charters, LLC | H03104 | V0897522 | 3/13/2025 | 9/10/2025 | 6604.81 | 0 | 0 | 0 | 0 | 6604.81 | 0 |
| Amanda CEA Charters, LLC | H03104 | V0913023 | 4/1/2025 | 9/10/2025 | 4077.94 | 0 | 0 | 0 | 0 | 4077.94 | 0 |
| Amanda CEA Charters, LLC | H03104 | G0522624 | 6/19/2025 | 10/10/2025 | 2784.31 | 0 | 0 | 0 | 2784.31 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | V0971926 | 6/20/2025 | 10/10/2025 | 3072.62 | 0 | 0 | 0 | 3072.62 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | V0997377 | 8/6/2025 | 9/10/2025 | 2254.26 | 0 | 0 | 0 | 0 | 2254.26 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2508H03104V | 8/27/2025 | 9/26/2025 | 17.01 | 0 | 0 | 0 | 0 | 17.01 | 0 |
| Amanda CEA Charters, LLC | H03104 | V1006629 | 8/27/2025 | 10/10/2025 | 4078.61 | 0 | 0 | 0 | 4078.61 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | V1019523 | 9/16/2025 | 10/10/2025 | 398.73 | 0 | 0 | 0 | 0 | 398.73 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2509H03104C | 9/29/2025 | 10/29/2025 | 4.5 | 0 | 0 | 0 | 4.5 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2509H03104G | 9/29/2025 | 10/29/2025 | 3.04 | 0 | 0 | 0 | 3.04 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2509H03104V | 9/29/2025 | 10/29/2025 | 139.06 | 0 | 0 | 0 | 139.06 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2510H03104C | 10/8/2025 | 11/7/2025 | 2.16 | 0 | 0 | 0 | 2.16 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2510H03104G | 10/30/2025 | 11/29/2025 | 29.27 | 0 | 0 | 29.27 | 0 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2510H03104V | 10/30/2025 | 11/29/2025 | 302.39 | 0 | 0 | 302.39 | 0 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2511H03104G | 11/29/2025 | 12/29/2025 | 41.7 | 41.7 | 0 | 0 | 0 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2511H03104V | 11/29/2025 | 12/29/2025 | 332.7 | 332.7 | 0 | 0 | 0 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2512H03104G | 11/30/2025 | 12/30/2025 | 1.39 | 1.39 | 0 | 0 | 0 | 0 | 0 |
| Amanda CEA Charters, LLC | H03104 | F2512H03104V | 11/30/2025 | 12/30/2025 | 11.09 | 11.09 | 0 | 0 | 0 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | C2340768 | 8/18/2025 | 9/10/2025 | 169.3 | 0 | 0 | 0 | 0 | 169.3 | 0 |
| Burch Fishing Tackle, Inc | H03187 | V1006259 | 8/21/2025 | 9/10/2025 | 1995.52 | 0 | 0 | 0 | 0 | 1995.52 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2509H03187C | 9/29/2025 | 10/29/2025 | 1.59 | 0 | 0 | 0 | 1.59 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2509H03187V | 9/29/2025 | 10/29/2025 | 18.97 | 0 | 0 | 0 | 18.97 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2510H03187C | 10/30/2025 | 11/29/2025 | 2.48 | 0 | 0 | 2.48 | 0 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2510H03187V | 10/30/2025 | 11/29/2025 | 31 | 0 | 0 | 31 | 0 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2511H03187C | 11/29/2025 | 12/29/2025 | 2.4 | 2.4 | 0 | 0 | 0 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2511H03187V | 11/29/2025 | 12/29/2025 | 30 | 30 | 0 | 0 | 0 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2512H03187C | 11/30/2025 | 12/30/2025 | 0.08 | 0.08 | 0 | 0 | 0 | 0 | 0 |
| Burch Fishing Tackle, Inc | H03187 | F2512H03187V | 11/30/2025 | 12/30/2025 | 2.4 | 2.4 | 0 | 0 | 0 | 0 | 0 |
| Winyah Angler, LLC | H03211 | V1022020 | 9/23/2025 | 10/10/2025 | 331.22 | 0 | 0 | 0 | 331.22 | 0 | 0 |
| Winyah Angler, LLC | H03211 | V1028530 | 10/20/2025 | 11/10/2025 | 1113.59 | 0 | 0 | 1113.59 | 0 | 0 | 0 |
| Winyah Angler, LLC | H03211 | F2510H03211V | 10/30/2025 | 11/29/2025 | 3.34 | 0 | 0 | 3.34 | 0 | 0 | 0 |
| Winyah Angler, LLC | H03211 | F2511H03211V | 11/29/2025 | 12/29/2025 | 15.65 | 15.65 | 0 | 0 | 0 | 0 | 0 |
| Winyah Angler, LLC | H03211 | F2512H03211V | 12/1/2025 | 12/31/2025 | 1.44 | 1.44 | 0 | 0 | 0 | 0 | 0 |
| Palmetto Angler Bait And Tackle LLC | H03251 | V0895059 | 3/10/2025 | 9/10/2025 | 1939.44 | 0 | 0 | 0 | 0 | 1939.44 | 0 |
| Palmetto Angler Bait And Tackle LLC | H03251 | V0902378 | 3/21/2025 | 9/10/2025 | 2886.6 | 0 | 0 | 0 | 0 | 2886.6 | 0 |
| Roy's Bait & Tackle | H03313 | V1011951 | 8/27/2025 | 8/27/2025 | -15.54 | 0 | 0 | 0 | 0 | -15.54 | 0 |
| Roy's Bait & Tackle | H03313 | V1030162 | 11/17/2025 | 11/17/2025 | -9.57 | 0 | 0 | -9.57 | 0 | 0 | 0 |
| New-Bos Inc | H03629 | C2050858 | 2/22/2023 | 2/22/2023 | -14.42 | 0 | 0 | 0 | 0 | -14.42 | 0 |
| New-Bos Inc | H03629 | N0313276 | 2/22/2023 | 2/22/2023 | -87.68 | 0 | 0 | 0 | 0 | -87.68 | 0 |

| Name | Code | Reference | Date1 | Date2 | Amt1 | Amt2 | Amt3 | Amt4 | Amt5 | Amt6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Miscellanous Sales | H04002 | WFMO# 0101 | 8/7/2023 | 8/7/2023 | 0 | 0 | 0 | 0 | 0 | -435 |
| Miscellanous Sales | H04002 | WFMO# 0200 | 8/7/2023 | 8/7/2023 | 0 | 0 | 0 | 0 | 0 | -435 |
| Miscellanous Sales | H04002 | 2.09E+11 | 7/29/2024 | 7/29/2024 | 0 | 0 | 0 | 0 | 0 | -881.04 |
| Miscellanous Sales | H04002 | INTUIT63047696 | 7/29/2024 | 7/29/2024 | 0 | 0 | 0 | 0 | 0 | -83.06 |
| Miscellanous Sales | H04002 | INTUIT64343573 | 7/29/2024 | 7/29/2024 | 0 | 0 | 0 | 0 | 0 | -592.71 |
| Miscellanous Sales | H04002 | BILL.COM2/21EFT | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | -3165.3 |
| Miscellanous Sales | H04002 | r3Vi (S8360) | 12/29/2025 | 12/29/2025 | 0 | 9046.74 | 0 | 0 | 0 | 0 |
| Wacky Worm Inc | H04019 | V0781618 | 8/20/2024 | 8/20/2024 | -594.42 | 0 | 0 | 0 | 0 | -594.42 |
| Wacky Worm Inc | H04019 | V0976489 | 6/27/2025 | 8/10/2025 | 1276.77 | 0 | 0 | 0 | 0 | -872.68 |
| Security Sporting Goods Inc | H04052 | V1004475 | 8/13/2025 | 9/12/2025 | 206.57 | 0 | 0 | 0 | 0 | 206.57 |
| Betty's Outdoors Inc | H04153 | V0993312 | 7/29/2025 | 8/28/2025 | 681.07 | 0 | 0 | 0 | 0 | 681.07 |
| Betty's Outdoors Inc | H04153 | C2339060 | 8/4/2025 | 9/3/2025 | 571.21 | 0 | 0 | 0 | 0 | 571.21 |
| Betty's Outdoors Inc | H04153 | G0534071 | 8/11/2025 | 9/10/2025 | 178.16 | 0 | 0 | 0 | 0 | 178.16 |
| Betty's Outdoors Inc | H04153 | V1003375 | 8/11/2025 | 9/10/2025 | 1602.75 | 0 | 0 | 0 | 0 | 1602.75 |
| Betty's Outdoors Inc | H04153 | C2341593 | 8/27/2025 | 9/26/2025 | 197.44 | 0 | 0 | 0 | 0 | 197.44 |
| Betty's Outdoors Inc | H04153 | G0535949 | 9/2/2025 | 10/2/2025 | 42.16 | 0 | 0 | 0 | 0 | 42.16 |
| Betty's Outdoors Inc | H04153 | V1010295 | 9/3/2025 | 10/3/2025 | 648.16 | 0 | 0 | 0 | 0 | 648.16 |
| Betty's Outdoors Inc | H04153 | N3F00001 | 10/15/2025 | 10/15/2025 | 1943.41 | 0 | 0 | 0 | 1943.41 | 0 |
| Toledo Town & Tackle | H04393 | R2697697-3 | 1/23/2024 | 9/10/2024 | 1485.71 | 0 | 0 | 0 | 0 | -54.5 |
| Toledo Town & Tackle | H04393 | R2734009 | 5/2/2024 | 5/2/2024 | -27.34 | 0 | 0 | 0 | 0 | -27.34 |
| Toledo Town & Tackle | H04393 | V0899476 | 3/12/2025 | 3/12/2025 | -11.18 | 0 | 0 | 0 | 0 | -11.18 |
| Outcast Bait & Tackle | H04406 | G0520213 | 6/11/2025 | 10/10/2025 | 24106.04 | 0 | 0 | 0 | 7314.1 | 0 |
| Outcast Bait & Tackle | H04406 | V0964479 | 6/12/2025 | 10/10/2025 | 53640.83 | 0 | 0 | 0 | 53640.83 | 0 |
| Outcast Bait & Tackle | H04406 | G0532477 | 7/31/2025 | 10/10/2025 | 7009.11 | 0 | 0 | 0 | 7009.11 | 0 |
| Outcast Bait & Tackle | H04406 | V0995576 | 8/1/2025 | 10/10/2025 | 6604.26 | 0 | 0 | 0 | 6604.26 | 0 |
| Reel Seat Inc | H04542 | V0899741-3 | 3/19/2025 | 7/10/2025 | 3889.69 | 0 | 0 | 0 | 0 | 3889.69 |
| Reel Seat Inc | H04542 | V0925925 | 4/16/2025 | 6/15/2025 | 2055.87 | 0 | 0 | 0 | 0 | 2055.87 |
| Reel Seat Inc | H04542 | V0931034-3 | 4/24/2025 | 7/10/2025 | 170.55 | 0 | 0 | 0 | 0 | 170.55 |
| Reel Seat Inc | H04542 | V0931490 | 4/25/2025 | 6/24/2025 | 3005.62 | 0 | 0 | 0 | 0 | 3005.62 |
| Reel Seat Inc | H04542 | V0933921 | 4/30/2025 | 6/29/2025 | 1113.99 | 0 | 0 | 0 | 0 | 1113.99 |
| Reel Seat Inc | H04542 | V0939172 | 5/7/2025 | 7/6/2025 | 1120.13 | 0 | 0 | 0 | 0 | 1120.13 |
| Reel Seat Inc | H04542 | V0939281 | 5/7/2025 | 7/6/2025 | 744.9 | 0 | 0 | 0 | 0 | 744.9 |
| Reel Seat Inc | H04542 | V0946011 | 5/15/2025 | 7/14/2025 | 856.67 | 0 | 0 | 0 | 0 | 856.67 |
| Reel Seat Inc | H04542 | V0992863 | 7/25/2025 | 9/23/2025 | 425.9 | 0 | 0 | 0 | 0 | 425.9 |
| American Pawnbrokers, Inc T/A | H04568 | V0845627 | 12/4/2024 | 1/10/2025 | 1032.31 | 0 | 0 | 0 | 0 | -519.14 |
| Siesta Mr CBS Rentals Inc | H04622 | R2696359 | 1/18/2024 | 1/18/2024 | -231 | 0 | 0 | 0 | 0 | -29.06 |
| Springmaid Pier | H04710 | V0956794 | 5/30/2025 | 7/10/2025 | 415.09 | 0 | 0 | 0 | 0 | 409.47 |
| Fish 307 | H04751 | C2309414 | 3/13/2025 | 4/10/2025 | 0 | 0 | 0 | 0 | 0 | -36.42 |
| Fish 307 | H04751 | C2333628 | 6/30/2025 | 8/10/2025 | 732.07 | 0 | 0 | 0 | 0 | 732.07 |
| Fish 307 | H04751 | V0977124 | 6/30/2025 | 8/10/2025 | 2226.54 | 0 | 0 | 0 | 0 | 2226.54 |
| Fish 307 | H04751 | V0977123 | 7/1/2025 | 10/10/2025 | 2662.56 | 0 | 0 | 0 | 2662.56 | 0 |
| Fish 307 | H04751 | V0977125 | 7/1/2025 | 8/10/2025 | 1083.54 | 0 | 0 | 0 | 0 | 1083.54 |
| Fish 307 | H04751 | C2336632 | 7/15/2025 | 8/10/2025 | 88.56 | 0 | 0 | 0 | 0 | 88.56 |
| Fish 307 | H04751 | G0529445 | 7/15/2025 | 8/10/2025 | 255.86 | 0 | 0 | 0 | 0 | 255.86 |
| Fish 307 | H04751 | V0986778 | 7/16/2025 | 8/10/2025 | 1521.54 | 0 | 0 | 0 | 0 | 1521.54 |
| Surf City Ocean Pier | H04780 | G0544740 | 11/4/2025 | 12/10/2025 | 31.05 | 31.05 | 0 | 0 | 0 | 0 |
| Surf City Ocean Pier | H04780 | V1029703 | 11/4/2025 | 12/10/2025 | 62.03 | 62.03 | 0 | 0 | 0 | 0 |
| Surf City Ocean Pier | H04780 | V1030143 | 11/13/2025 | 11/13/2025 | -53.77 | 0 | -53.77 | 0 | 0 | 0 |
| The Edistonian General Store | H04805 | V1019921 | 9/15/2025 | 9/15/2025 | -96.72 | 0 | 0 | 0 | 0 | -96.72 |
| J & W Seafood Of Virginia | H04808 | C2307479 | 3/6/2025 | 5/5/2025 | 396.78 | 0 | 0 | 0 | 0 | 27.99 |
| J & W Seafood Of Virginia | H04808 | F2505H04808C | 5/30/2025 | 6/29/2025 | 4.87 | 0 | 0 | 0 | 0 | 4.87 |
| J & W Seafood Of Virginia | H04808 | F2505H04808V | 5/30/2025 | 6/29/2025 | 14.65 | 0 | 0 | 0 | 0 | 14.65 |
| J & W Seafood Of Virginia | H04808 | F2506H04808C | 6/29/2025 | 7/29/2025 | 2.1 | 0 | 0 | 0 | 0 | 2.1 |
| J & W Seafood Of Virginia | H04808 | F2506H04808V | 6/29/2025 | 7/29/2025 | 139.91 | 0 | 0 | 0 | 0 | 139.91 |
| J & W Seafood Of Virginia | H04808 | F2507H04808V | 7/10/2025 | 8/9/2025 | 35.76 | 0 | 0 | 0 | 0 | 35.76 |
| J & W Seafood Of Virginia | H04808 | V0985073 | 7/14/2025 | 8/10/2025 | 1099.75 | 0 | 0 | 0 | 0 | 1099.75 |
| J & W Seafood Of Virginia | H04808 | F2507H04808C | 7/30/2025 | 8/29/2025 | 1.24 | 0 | 0 | 0 | 0 | 1.24 |
| J & W Seafood Of Virginia | H04808 | V1003203 | 8/8/2025 | 9/10/2025 | 1692.81 | 0 | 0 | 0 | 0 | 1692.81 |
| J & W Seafood Of Virginia | H04808 | C2341318 | 8/25/2025 | 10/10/2025 | 63.56 | 0 | 0 | 0 | 63.56 | 0 |
| J & W Seafood Of Virginia | H04808 | V1008273 | 8/29/2025 | 10/10/2025 | 2727.96 | 0 | 0 | 0 | 2727.96 | 0 |
| J & W Seafood Of Virginia | H04808 | F2508H04808C | 8/30/2025 | 9/29/2025 | 0.94 | 0 | 0 | 0 | 0 | 0.94 |
| J & W Seafood Of Virginia | H04808 | F2508H04808V | 8/30/2025 | 9/29/2025 | 24.77 | 0 | 0 | 0 | 0 | 24.77 |
| J & W Seafood Of Virginia | H04808 | F2509H04808C | 9/18/2025 | 10/18/2025 | 0.76 | 0 | 0 | 0 | 0 | 0.76 |
| J & W Seafood Of Virginia | H04808 | F2509H04808V | 9/18/2025 | 10/18/2025 | 22.48 | 0 | 0 | 0 | 22.48 | 0 |
| The Tackle Box | H04850 | V1024214 | 9/29/2025 | 11/10/2025 | 1690.98 | 0 | 0 | -1202.82 | 0 | 0 |
| The Tackle Box | H04850 | V1025664 | 10/3/2025 | 10/3/2025 | -86.02 | 0 | 0 | 0 | 0 | -86.02 |
| The Tackle Box | H04850 | V1025726 | 10/3/2025 | 10/3/2025 | -127.31 | 0 | 0 | 0 | 0 | -127.31 |
| Crook & Crook Inc | H04861 | V0907696 | 3/26/2025 | 6/24/2025 | 1572.43 | 0 | 0 | 0 | 0 | -53.93 |
| Crook & Crook Inc | H04861 | V0973001 | 6/24/2025 | 9/22/2025 | 3541.4 | 0 | 0 | 0 | 0 | 71.84 |
| Crook & Crook Inc | H04861 | V0980879 | 7/7/2025 | 10/5/2025 | 1707.09 | 0 | 0 | 0 | 0 | 54.67 |
| Crook & Crook Inc | H04861 | V0981635 | 7/8/2025 | 10/6/2025 | 2183.75 | 0 | 0 | 0 | 0 | 72.17 |
| Crook & Crook Inc | H04861 | C2336387 | 7/15/2025 | 10/13/2025 | 77.41 | 0 | 0 | 0 | 77.41 | 0 |
| Crook & Crook Inc | H04861 | V0985862 | 7/15/2025 | 10/13/2025 | 1479.43 | 0 | 0 | 0 | 207.23 | 0 |
| Crook & Crook Inc | H04861 | V0998945 | 8/8/2025 | 11/6/2025 | 4663.29 | 0 | 0 | 0 | 150.93 | 0 |
| Crook & Crook Inc | H04861 | V1019916 | 9/15/2025 | 9/15/2025 | -73 | 0 | 0 | 0 | 0 | -73 |
| Shelter Cove Marina | H04883 | V0906216 | 3/20/2025 | 3/20/2025 | -95.52 | 0 | 0 | 0 | 0 | -7.37 |
| Shelter Cove Marina | H04883 | C2345065 | 10/10/2025 | 10/10/2025 | -76.38 | 0 | 0 | 0 | -76.38 | 0 |
| Shelter Cove Marina | H04883 | G0543814 | 10/16/2025 | 11/10/2025 | 85.41 | 0 | 0 | -75.28 | 0 | 0 |
| Shelter Cove Marina | H04883 | V1028446 | 10/17/2025 | 11/10/2025 | 195.93 | 0 | 0 | -164.42 | 0 | 0 |
| EconoLoads LLC | H04942 | C2342370 | 9/4/2025 | 10/4/2025 | 495.58 | 0 | 0 | 0 | 0 | -392.25 |
| W & W Novelty Company | H05165 | V1030204 | 11/21/2025 | 11/21/2025 | -58.07 | 0 | -58.07 | 0 | 0 | 0 |
| Booty's Hardware And Marine | H05290 | R2227312 | 6/22/2021 | 8/21/2021 | 158.1 | 0 | 0 | 0 | 0 | -60 |
| Caloosa Wholesale | H05361 | R2723375 | 4/3/2024 | 5/10/2024 | 242.28 | 0 | 0 | 0 | 0 | 242.28 |
| Caloosa Wholesale | H05361 | C2209710 | 4/5/2024 | 5/10/2024 | 2001.31 | 0 | 0 | 0 | 0 | 2001.31 |
| Caloosa Wholesale | H05361 | R2725359 | 4/9/2024 | 5/10/2024 | 1919.91 | 0 | 0 | 0 | 0 | 1919.91 |
| Caloosa Wholesale | H05361 | R2726222 | 4/10/2024 | 5/10/2024 | 323.92 | 0 | 0 | 0 | 0 | 323.92 |
| Caloosa Wholesale | H05361 | V0676658 | 5/8/2024 | 6/10/2024 | 266.05 | 0 | 0 | 0 | 0 | 266.05 |
| Caloosa Wholesale | H05361 | V0677114 | 5/13/2024 | 6/10/2024 | 327.37 | 0 | 0 | 0 | 0 | 327.37 |
| Salty Bass | H05463 | R2611376 | 7/6/2023 | 7/6/2023 | -39.13 | 0 | 0 | 0 | 0 | -39.13 |
| Gordon's Sports Supply Inc | H05492 | C2344167 | 9/23/2025 | 10/10/2025 | 1321.53 | 0 | 0 | 0 | 921.53 | 0 |
| Gordon's Sports Supply Inc | H05492 | G0541663 | 9/24/2025 | 10/10/2025 | 817.95 | 0 | 0 | 0 | 817.95 | 0 |
| Gordon's Sports Supply Inc | H05492 | V1024079 | 9/30/2025 | 11/10/2025 | 1410.65 | 0 | 0 | 1410.65 | 0 | 0 |
| Gordon's Sports Supply Inc | H05492 | C2344643 | 10/2/2025 | 11/10/2025 | 2126.4 | 0 | 0 | 2126.4 | 0 | 0 |
| Gordon's Sports Supply Inc | H05492 | V1029239 | 10/23/2025 | 10/23/2025 | -185.4 | 0 | 0 | -185.4 | 0 | 0 |

| Name | ID | Voucher | Date | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Gordon's Sports Supply Inc | H05492 | V1029244 | 10/23/2025 | 10/23/2025 | -157.41 | 0 | 0 | 0 | -157.41 | 0 |
| RV Cahoon Inc | H05558 | V0962196 | 6/9/2025 | 9/7/2025 | 1001.53 | 0 | 0 | 0 | 0 | 1001.53 |
| RV Cahoon Inc | H05558 | F2509H05558V | 9/29/2025 | 10/29/2025 | 11.01 | 0 | 0 | 0 | 0 | 11.01 |
| RV Cahoon Inc | H05558 | F2510H05558V | 10/30/2025 | 11/29/2025 | 15.5 | 0 | 0 | 15.5 | 0 | 0 |
| RV Cahoon Inc | H05558 | F2511H05558V | 11/29/2025 | 12/29/2025 | 15 | 15 | 0 | 0 | 0 | 0 |
| RV Cahoon Inc | H05558 | F2512H05558V | 12/1/2025 | 12/31/2025 | 1 | 1 | 0 | 0 | 0 | 0 |
| Jupiter Bait & Tackle | H05597 | V1015048 | 9/4/2025 | 9/4/2025 | -40.62 | 0 | 0 | 0 | 0 | -40.62 |
| Jupiter Bait & Tackle | H05597 | C2343229 | 9/10/2025 | 9/10/2025 | -19.59 | 0 | 0 | 0 | 0 | -19.59 |
| Jupiter Bait & Tackle | H05597 | G0542446 | 10/2/2025 | 10/2/2025 | -11.43 | 0 | 0 | 0 | 0 | -11.43 |
| Jupiter Bait & Tackle | H05597 | V1029518 | 10/29/2025 | 10/29/2025 | -39.9 | 0 | 0 | 0 | -39.9 | 0 |
| Ed's Tackle Shop | H05915 | V1019697 | 9/18/2025 | 10/10/2025 | 344.95 | 0 | 0 | 0 | -261.89 | 0 |
| Ed's Tackle Shop | H05915 | L0005457 | 10/20/2025 | 11/10/2025 | 566.6 | 0 | 0 | 566.6 | 0 | 0 |
| Redding's Hardware | H05920 | G0539905 | 9/17/2025 | 10/10/2025 | 573.18 | 0 | 0 | 0 | 573.18 | 0 |
| Redding's Hardware | H05920 | G0540834 | 9/22/2025 | 10/10/2025 | 752.28 | 0 | 0 | 0 | 752.28 | 0 |
| Redding's Hardware | H05920 | V1021987 | 9/24/2025 | 10/10/2025 | 1064.64 | 0 | 0 | 0 | 1064.64 | 0 |
| Redding's Hardware | H05920 | G0541698 | 9/26/2025 | 11/10/2025 | 196.92 | 0 | 0 | 196.92 | 0 | 0 |
| Redding's Hardware | H05920 | F2509H05920V | 9/29/2025 | 10/29/2025 | 71.79 | 0 | 0 | 0 | 71.79 | 0 |
| Redding's Hardware | H05920 | V1024680 | 9/29/2025 | 11/10/2025 | 161.33 | 0 | 0 | 161.33 | 0 | 0 |
| Redding's Hardware | H05920 | C2344669 | 10/2/2025 | 11/10/2025 | 1520 | 0 | 0 | 1520 | 0 | 0 |
| Redding's Hardware | H05920 | F2510H05920C | 10/30/2025 | 11/29/2025 | 4.42 | 0 | 0 | 4.42 | 0 | 0 |
| Redding's Hardware | H05920 | F2510H05920G | 10/30/2025 | 11/29/2025 | 20.76 | 0 | 0 | 20.76 | 0 | 0 |
| Redding's Hardware | H05920 | F2510H05920V | 10/30/2025 | 11/29/2025 | 138.92 | 0 | 0 | 138.92 | 0 | 0 |
| Redding's Hardware | H05920 | F2511H05920C | 11/29/2025 | 12/29/2025 | 21.04 | 21.04 | 0 | 0 | 0 | 0 |
| Redding's Hardware | H05920 | F2511H05920G | 11/29/2025 | 12/29/2025 | 33.08 | 33.08 | 0 | 0 | 0 | 0 |
| Redding's Hardware | H05920 | F2511H05920V | 11/29/2025 | 12/29/2025 | 109.23 | 109.23 | 0 | 0 | 0 | 0 |
| Redding's Hardware | H05920 | F2512H05920C | 12/1/2025 | 12/31/2025 | 1.96 | 1.96 | 0 | 0 | 0 | 0 |
| Redding's Hardware | H05920 | F2512H05920G | 12/1/2025 | 12/31/2025 | 2.28 | 2.28 | 0 | 0 | 0 | 0 |
| Redding's Hardware | H05920 | F2512H05920V | 12/1/2025 | 12/31/2025 | 5.02 | 5.02 | 0 | 0 | 0 | 0 |
| Georgetown Ice Co | H05949 | G0544817 | 11/5/2025 | 11/5/2025 | -41.82 | 0 | 0 | 0 | -41.82 | 0 |
| Georgetown Ice Co | H05949 | V1029879 | 11/6/2025 | 11/6/2025 | -27.59 | 0 | 0 | 0 | -27.59 | 0 |
| Georgetown Ice Co | H05949 | V1030000 | 11/10/2025 | 11/10/2025 | -15.12 | 0 | 0 | -15.12 | 0 | 0 |
| Oconee Bait & Tackle, Inc. | H05985 | C2301164 | 2/6/2025 | 4/7/2025 | 23303.43 | 0 | 0 | 0 | 0 | 10357.08 |
| Oconee Bait & Tackle, Inc. | H05985 | V0876203 | 2/13/2025 | 4/14/2025 | 11189.94 | 0 | 0 | 0 | 0 | 11189.94 |
| Oconee Bait & Tackle, Inc. | H05985 | V0919268 | 4/9/2025 | 6/8/2025 | 10985.85 | 0 | 0 | 0 | 0 | 10985.85 |
| Oconee Bait & Tackle, Inc. | H05985 | V0922222 | 4/14/2025 | 6/13/2025 | 508.97 | 0 | 0 | 0 | 0 | 508.97 |
| Oconee Bait & Tackle, Inc. | H05985 | V0926064 | 4/17/2025 | 6/16/2025 | 945.69 | 0 | 0 | 0 | 0 | 945.69 |
| Oconee Bait & Tackle, Inc. | H05985 | C2318969 | 4/25/2025 | 6/24/2025 | 330.83 | 0 | 0 | 0 | 0 | 330.83 |
| Oconee Bait & Tackle, Inc. | H05985 | V0931597 | 4/25/2025 | 6/24/2025 | 1093.52 | 0 | 0 | 0 | 0 | 1093.52 |
| Oconee Bait & Tackle, Inc. | H05985 | F2504H05985C | 4/29/2025 | 5/29/2025 | 260.37 | 0 | 0 | 0 | 0 | 260.37 |
| Oconee Bait & Tackle, Inc. | H05985 | F2504H05985V | 4/29/2025 | 5/29/2025 | 208.33 | 0 | 0 | 0 | 0 | 208.33 |
| Oconee Bait & Tackle, Inc. | H05985 | V0933678 | 4/30/2025 | 6/29/2025 | 834.96 | 0 | 0 | 0 | 0 | 834.96 |
| Oconee Bait & Tackle, Inc. | H05985 | V0935941 | 5/1/2025 | 6/30/2025 | 1300.9 | 0 | 0 | 0 | 0 | 1300.9 |
| Oconee Bait & Tackle, Inc. | H05985 | V0938914 | 5/7/2025 | 7/6/2025 | 302.92 | 0 | 0 | 0 | 0 | 302.92 |
| Oconee Bait & Tackle, Inc. | H05985 | V0941976 | 5/12/2025 | 7/11/2025 | 569.92 | 0 | 0 | 0 | 0 | 569.92 |
| Oconee Bait & Tackle, Inc. | H05985 | V0944089 | 5/14/2025 | 7/13/2025 | 614.09 | 0 | 0 | 0 | 0 | 614.09 |
| Oconee Bait & Tackle, Inc. | H05985 | V0946042 | 5/16/2025 | 7/15/2025 | 522.68 | 0 | 0 | 0 | 0 | 522.68 |
| Oconee Bait & Tackle, Inc. | H05985 | V0947353 | 5/20/2025 | 7/19/2025 | 1158.6 | 0 | 0 | 0 | 0 | 1158.6 |
| Oconee Bait & Tackle, Inc. | H05985 | G0515127 | 5/21/2025 | 7/20/2025 | 830.21 | 0 | 0 | 0 | 0 | 830.21 |
| Oconee Bait & Tackle, Inc. | H05985 | V0949093 | 5/21/2025 | 7/20/2025 | 682.87 | 0 | 0 | 0 | 0 | 682.87 |
| Oconee Bait & Tackle, Inc. | H05985 | C2326462 | 5/30/2025 | 7/29/2025 | 262.38 | 0 | 0 | 0 | 0 | 262.38 |
| Oconee Bait & Tackle, Inc. | H05985 | F2505H05985C | 5/30/2025 | 6/29/2025 | 364.73 | 0 | 0 | 0 | 0 | 364.73 |
| Oconee Bait & Tackle, Inc. | H05985 | F2505H05985V | 5/30/2025 | 6/29/2025 | 453.7 | 0 | 0 | 0 | 0 | 453.7 |
| Oconee Bait & Tackle, Inc. | H05985 | F2506H05985C | 6/29/2025 | 7/29/2025 | 284.47 | 0 | 0 | 0 | 0 | 284.47 |
| Oconee Bait & Tackle, Inc. | H05985 | F2506H05985V | 6/29/2025 | 7/29/2025 | 552.77 | 0 | 0 | 0 | 0 | 552.77 |
| Oconee Bait & Tackle, Inc. | H05985 | F2507H05985C | 7/30/2025 | 8/29/2025 | 276.07 | 0 | 0 | 0 | 0 | 276.07 |
| Oconee Bait & Tackle, Inc. | H05985 | F2507H05985V | 7/30/2025 | 8/29/2025 | 689.42 | 0 | 0 | 0 | 0 | 689.42 |
| The Avid Angler Inc. | H06072 | V0997402 | 8/7/2025 | 10/10/2025 | 1638.46 | 0 | 0 | 0 | 1638.46 | 0 |
| The Avid Angler Inc. | H06072 | V1023606 | 9/26/2025 | 11/10/2025 | 546.46 | 0 | 0 | 546.46 | 0 | 0 |
| Merchants Grocery Company | H06446 | R2412372 | 6/17/2022 | 6/17/2022 | -37.17 | 0 | 0 | 0 | 0 | -37.17 |
| Fishin' Franks Inc | H06462 | V0912931 | 3/31/2025 | 3/31/2025 | -505.39 | 0 | 0 | 0 | 0 | -505.39 |
| Fishin' Franks Inc | H06462 | V0928761 | 4/22/2025 | 4/22/2025 | -112.98 | 0 | 0 | 0 | 0 | -112.98 |
| Fishin' Franks Inc | H06462 | V0979109 | 7/2/2025 | 7/2/2025 | -422.15 | 0 | 0 | 0 | 0 | -422.15 |
| Saint Augustine Marina | H06510 | V0979025 | 7/2/2025 | 8/10/2025 | 2787.49 | 0 | 0 | 0 | 0 | 2787.49 |
| Saint Augustine Marina | H06510 | G0530202 | 7/21/2025 | 8/10/2025 | 118.49 | 0 | 0 | 0 | 0 | 118.49 |
| Saint Augustine Marina | H06510 | V0989462 | 7/22/2025 | 8/10/2025 | 1364.36 | 0 | 0 | 0 | 0 | 1364.36 |
| Saint Augustine Marina | H06510 | F2508H06510G | 8/30/2025 | 9/29/2025 | 1.19 | 0 | 0 | 0 | 0 | 1.19 |
| Saint Augustine Marina | H06510 | F2508H06510V | 8/30/2025 | 9/29/2025 | 41.54 | 0 | 0 | 0 | 0 | 41.54 |
| Saint Augustine Marina | H06510 | F2509H06510G | 9/29/2025 | 10/29/2025 | 1.8 | 0 | 0 | 0 | 1.8 | 0 |
| Saint Augustine Marina | H06510 | F2509H06510V | 9/29/2025 | 10/29/2025 | 62.4 | 0 | 0 | 0 | 62.4 | 0 |
| Saint Augustine Marina | H06510 | F2510H06510G | 10/30/2025 | 11/29/2025 | 1.86 | 0 | 0 | 1.86 | 0 | 0 |
| Saint Augustine Marina | H06510 | F2510H06510V | 10/30/2025 | 11/29/2025 | 64.48 | 0 | 0 | 64.48 | 0 | 0 |
| Saint Augustine Marina | H06510 | F2511H06510G | 11/29/2025 | 12/29/2025 | 1.8 | 1.8 | 0 | 0 | 0 | 0 |
| Saint Augustine Marina | H06510 | F2511H06510V | 11/29/2025 | 12/29/2025 | 62.4 | 62.4 | 0 | 0 | 0 | 0 |
| Saint Augustine Marina | H06510 | F2512H06510G | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 |
| Saint Augustine Marina | H06510 | F2512H06510V | 12/1/2025 | 12/31/2025 | 4.16 | 4.16 | 0 | 0 | 0 | 0 |
| Gulf Breeze Bait & Tackle | H06767 | C2310434 | 3/18/2025 | 9/10/2025 | 26.31 | 0 | 0 | 0 | 0 | 26.31 |
| Gulf Breeze Bait & Tackle | H06767 | V0903940 | 3/21/2025 | 9/10/2025 | 3517.57 | 0 | 0 | 0 | 0 | 3517.57 |
| Gulf Breeze Bait & Tackle | H06767 | V0906745 | 3/25/2025 | 9/10/2025 | 5410.45 | 0 | 0 | 0 | 0 | 5410.45 |
| Gulf Breeze Bait & Tackle | H06767 | V0909200 | 3/27/2025 | 9/10/2025 | 4509.53 | 0 | 0 | 0 | 0 | 4509.53 |
| Gulf Breeze Bait & Tackle | H06767 | V0922472-3 | 4/15/2025 | 7/10/2025 | 9199.26 | 0 | 0 | 0 | 0 | 8387.45 |
| Gulf Breeze Bait & Tackle | H06767 | V0924239-3 | 4/16/2025 | 7/10/2025 | 422.48 | 0 | 0 | 0 | 0 | 422.48 |
| Gulf Breeze Bait & Tackle | H06767 | V0924240-3 | 4/16/2025 | 7/10/2025 | 108.01 | 0 | 0 | 0 | 0 | 108.01 |
| Gulf Breeze Bait & Tackle | H06767 | V0924241-3 | 4/16/2025 | 7/10/2025 | 120.75 | 0 | 0 | 0 | 0 | 120.75 |
| Gulf Breeze Bait & Tackle | H06767 | V0923991 | 4/18/2025 | 9/10/2025 | 5830.7 | 0 | 0 | 0 | 0 | 5830.7 |
| Gulf Breeze Bait & Tackle | H06767 | V0926065-3 | 4/18/2025 | 7/10/2025 | 234.34 | 0 | 0 | 0 | 0 | 234.34 |
| Gulf Breeze Bait & Tackle | H06767 | V0928722-3 | 4/22/2025 | 7/10/2025 | 205.17 | 0 | 0 | 0 | 0 | 205.17 |
| Gulf Breeze Bait & Tackle | H06767 | V0931035-3 | 4/24/2025 | 7/10/2025 | 192.75 | 0 | 0 | 0 | 0 | 192.75 |
| Gulf Breeze Bait & Tackle | H06767 | V0934035-3 | 5/1/2025 | 7/10/2025 | 175.46 | 0 | 0 | 0 | 0 | 175.46 |
| Gulf Breeze Bait & Tackle | H06767 | V0938915-3 | 5/7/2025 | 7/10/2025 | 135.04 | 0 | 0 | 0 | 0 | 135.04 |
| Gulf Breeze Bait & Tackle | H06767 | V0942121-3 | 5/13/2025 | 7/10/2025 | 157.31 | 0 | 0 | 0 | 0 | 157.31 |
| Gulf Breeze Bait & Tackle | H06767 | C2325202 | 5/27/2025 | 7/10/2025 | 154.93 | 0 | 0 | 0 | 0 | 154.93 |
| Gulf Breeze Bait & Tackle | H06767 | C2325495 | 5/27/2025 | 7/10/2025 | 209.74 | 0 | 0 | 0 | 0 | 209.74 |
| Gulf Breeze Bait & Tackle | H06767 | V0952250 | 5/28/2025 | 7/10/2025 | 5165.98 | 0 | 0 | 0 | 0 | 5165.98 |
| Gulf Breeze Bait & Tackle | H06767 | V0952420 | 5/28/2025 | 7/10/2025 | 1516.8 | 0 | 0 | 0 | 0 | 1516.8 |

| Name | Account | Invoice | Date 1 | Date 2 | Amount | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gulf Breeze Bait & Tackle | H06767 | C2326277 | 5/30/2025 | 7/10/2025 | 21.09 | 0 | 0 | 0 | 0 | 0 | 21.09 |
| Gulf Breeze Bait & Tackle | H06767 | V0956201 | 5/30/2025 | 7/29/2025 | 3613.28 | 0 | 0 | 0 | 0 | 0 | 3613.28 |
| Gulf Breeze Bait & Tackle | H06767 | V0956526 | 5/30/2025 | 7/10/2025 | 1764.29 | 0 | 0 | 0 | 0 | 0 | 1764.29 |
| Gulf Breeze Bait & Tackle | H06767 | V0959000 | 6/4/2025 | 8/3/2025 | 3426.81 | 0 | 0 | 0 | 0 | 0 | 3426.81 |
| Gulf Breeze Bait & Tackle | H06767 | C2328088 | 6/9/2025 | 7/10/2025 | 451.42 | 0 | 0 | 0 | 0 | 0 | 451.42 |
| Gulf Breeze Bait & Tackle | H06767 | G0518973 | 6/9/2025 | 7/10/2025 | 300.13 | 0 | 0 | 0 | 0 | 0 | 300.13 |
| Gulf Breeze Bait & Tackle | H06767 | V0962158 | 6/9/2025 | 7/10/2025 | 2424.8 | 0 | 0 | 0 | 0 | 0 | 2424.8 |
| Gulf Breeze Bait & Tackle | H06767 | V0962736 | 6/11/2025 | 7/10/2025 | 1416.71 | 0 | 0 | 0 | 0 | 0 | 1416.71 |
| Gulf Breeze Bait & Tackle | H06767 | C2330244 | 6/17/2025 | 10/10/2025 | 14.33 | 0 | 0 | 0 | 0 | 14.33 | 0 |
| Gulf Breeze Bait & Tackle | H06767 | G0521365 | 6/17/2025 | 10/10/2025 | 707.32 | 0 | 0 | 0 | 0 | 707.32 | 0 |
| Gulf Breeze Bait & Tackle | H06767 | V0968259 | 6/17/2025 | 7/10/2025 | 3127.96 | 0 | 0 | 0 | 0 | 0 | 3127.96 |
| Gulf Breeze Bait & Tackle | H06767 | V0968260 | 6/17/2025 | 10/10/2025 | 4830.27 | 0 | 0 | 0 | 0 | 4830.27 | 0 |
| Gulf Breeze Bait & Tackle | H06767 | V0968488 | 6/17/2025 | 7/10/2025 | 1473.12 | 0 | 0 | 0 | 0 | 0 | 1473.12 |
| Gulf Breeze Bait & Tackle | H06767 | V0969928 | 6/18/2025 | 8/17/2025 | 2373.41 | 0 | 0 | 0 | 0 | 0 | 2373.41 |
| Gulf Breeze Bait & Tackle | H06767 | V0972850 | 6/23/2025 | 8/22/2025 | 430.97 | 0 | 0 | 0 | 0 | 0 | 430.97 |
| Gulf Breeze Bait & Tackle | H06767 | G0523878 | 6/24/2025 | 7/10/2025 | 34.24 | 0 | 0 | 0 | 0 | 0 | 34.24 |
| Gulf Breeze Bait & Tackle | H06767 | V0972957 | 6/24/2025 | 7/10/2025 | 1532.24 | 0 | 0 | 0 | 0 | 0 | 1532.24 |
| Gulf Breeze Bait & Tackle | H06767 | C2332440 | 6/25/2025 | 8/10/2025 | 118.48 | 0 | 0 | 0 | 0 | 0 | 118.48 |
| Gulf Breeze Bait & Tackle | H06767 | V0974371 | 6/25/2025 | 8/10/2025 | 1250.28 | 0 | 0 | 0 | 0 | 0 | 1250.28 |
| Gulf Breeze Bait & Tackle | H06767 | G0526569 | 7/7/2025 | 8/10/2025 | 395.57 | 0 | 0 | 0 | 0 | 0 | 395.57 |
| Gulf Breeze Bait & Tackle | H06767 | V0980953 | 7/7/2025 | 8/10/2025 | 2292.34 | 0 | 0 | 0 | 0 | 0 | 2292.34 |
| Gulf Breeze Bait & Tackle | H06767 | V0988564 | 7/17/2025 | 9/15/2025 | 685.9 | 0 | 0 | 0 | 0 | 0 | 685.9 |
| Gulf Breeze Bait & Tackle | H06767 | G0532551 | 8/1/2025 | 10/10/2025 | 748.6 | 0 | 0 | 0 | 0 | 748.6 | 0 |
| Gulf Breeze Bait & Tackle | H06767 | V0996637 | 8/4/2025 | 10/10/2025 | 2980.73 | 0 | 0 | 0 | 0 | 2980.73 | 0 |
| Frame's Outdoor Sports | H06773 | C2333351 | 6/27/2025 | 8/10/2025 | 1830.33 | 0 | 0 | 0 | 0 | 0 | 22.33 |
| Frame's Outdoor Sports | H06773 | G0524740 | 6/27/2025 | 8/10/2025 | 67.28 | 0 | 0 | 0 | 0 | 0 | 14.73 |
| Frame's Outdoor Sports | H06773 | V0976734 | 6/27/2025 | 8/10/2025 | 380.79 | 0 | 0 | 0 | 0 | 0 | 59.93 |
| Frame's Outdoor Sports | H06773 | C2333537 | 6/30/2025 | 8/10/2025 | 195.79 | 0 | 0 | 0 | 0 | 0 | 10.16 |
| Frame's Outdoor Sports | H06773 | V0977145 | 6/30/2025 | 8/10/2025 | 451.16 | 0 | 0 | 0 | 0 | 0 | 10.16 |
| Frame's Outdoor Sports | H06773 | V0983383 | 7/9/2025 | 8/10/2025 | 309.12 | 0 | 0 | 0 | 0 | 0 | 10.13 |
| Frame's Outdoor Sports | H06773 | C2336653 | 7/15/2025 | 8/10/2025 | 2225.12 | 0 | 0 | 0 | 0 | 0 | 30.4 |
| Frame's Outdoor Sports | H06773 | C2337324 | 7/21/2025 | 8/10/2025 | 1772.9 | 0 | 0 | 0 | 0 | 0 | 11.79 |
| Frame's Outdoor Sports | H06773 | V0989303 | 7/21/2025 | 8/10/2025 | 48.09 | 0 | 0 | 0 | 0 | 0 | 10.16 |
| Frame's Outdoor Sports | H06773 | V0994858 | 7/30/2025 | 9/10/2025 | 1135 | 0 | 0 | 0 | 0 | 0 | 1135 |
| Frame's Outdoor Sports | H06773 | C2341830 | 8/28/2025 | 10/10/2025 | 137.95 | 0 | 0 | 0 | 0 | 137.95 | 0 |
| Frame's Outdoor Sports | H06773 | G0536636 | 9/3/2025 | 10/10/2025 | 153.22 | 0 | 0 | 0 | 0 | 153.22 | 0 |
| Frame's Outdoor Sports | H06773 | V1011763 | 9/5/2025 | 10/10/2025 | 162.02 | 0 | 0 | 0 | 0 | 162.02 | 0 |
| Frame's Outdoor Sports | H06773 | V1016871 | 9/16/2025 | 10/10/2025 | 373.14 | 0 | 0 | 0 | 0 | 373.14 | 0 |
| J & B Tackle Co Inc | H06923 | V0995182 | 7/30/2025 | 8/29/2025 | 305.76 | 0 | 0 | 0 | 0 | 0 | 305.76 |
| J & B Tackle Co Inc | H06923 | F2508H06923V | 8/3/2025 | 9/2/2025 | 16.76 | 0 | 0 | 0 | 0 | 0 | 16.76 |
| J & B Tackle Co Inc | H06923 | V1022156 | 9/24/2025 | 10/24/2025 | 145.06 | 0 | 0 | 0 | 0 | 145.06 | 0 |
| J & B Tackle Co Inc | H06923 | F2509H06923V | 9/29/2025 | 10/29/2025 | 4.69 | 0 | 0 | 0 | 0 | 4.69 | 0 |
| J & B Tackle Co Inc | H06923 | F2510H06923V | 10/30/2025 | 11/29/2025 | 4.65 | 0 | 0 | 4.65 | 0 | 0 | 0 |
| J & B Tackle Co Inc | H06923 | F2511H06923V | 11/11/2025 | 12/11/2025 | 3.14 | 0 | 3.14 | 0 | 0 | 0 | 0 |
| Dave's Sporting Goods Inc. | H06929 | V1030152 | 11/14/2025 | 11/14/2025 | -13.13 | 0 | 0 | -13.13 | 0 | 0 | 0 |
| Old Inlet Bait & Tackle | H07029 | V0746973 | 7/16/2024 | 9/14/2024 | 8056 | 0 | 0 | 0 | 0 | 0 | 3493.48 |
| Old Inlet Bait & Tackle | H07029 | V0747497 | 7/17/2024 | 9/15/2024 | 6321.12 | 0 | 0 | 0 | 0 | 0 | 6321.12 |
| Old Inlet Bait & Tackle | H07029 | V0749667 | 7/18/2024 | 9/16/2024 | 2365.01 | 0 | 0 | 0 | 0 | 0 | 2365.01 |
| Old Inlet Bait & Tackle | H07029 | V0792731 | 9/9/2024 | 9/19/2024 | 6926.84 | 0 | 0 | 0 | 0 | 0 | 6926.84 |
| Old Inlet Bait & Tackle | H07029 | V0814016 | 10/7/2024 | 10/17/2024 | 2403.82 | 0 | 0 | 0 | 0 | 0 | 2403.82 |
| Old Inlet Bait & Tackle | H07029 | V0826268 | 10/24/2024 | 11/23/2024 | 3259.92 | 0 | 0 | 0 | 0 | 0 | 3259.92 |
| El Capitan Sports Center | H07077 | C2339826 | 8/11/2025 | 10/10/2025 | 294.69 | 0 | 0 | 0 | 0 | 29.67 | 0 |
| El Capitan Sports Center | H07077 | V1003378 | 8/12/2025 | 10/10/2025 | 6543.05 | 0 | 0 | 0 | 0 | 162.93 | 0 |
| El Capitan Sports Center | H07077 | F2509H07077V | 9/29/2025 | 10/29/2025 | 341.66 | 0 | 0 | 0 | 0 | 341.66 | 0 |
| El Capitan Sports Center | H07077 | V1028732 | 10/22/2025 | 11/10/2025 | 1046.49 | 0 | 0 | 20 | 0 | 0 | 0 |
| El Capitan Sports Center | H07077 | F2510H07077C | 10/30/2025 | 11/29/2025 | 2.96 | 0 | 0 | 2.96 | 0 | 0 | 0 |
| El Capitan Sports Center | H07077 | F2510H07077V | 10/30/2025 | 11/29/2025 | 100.68 | 0 | 0 | 100.68 | 0 | 0 | 0 |
| El Capitan Sports Center | H07077 | F2511H07077C | 11/10/2025 | 12/10/2025 | 1.65 | 0 | 1.65 | 0 | 0 | 0 | 0 |
| El Capitan Sports Center | H07077 | F2511H07077V | 11/10/2025 | 12/10/2025 | 35.86 | 0 | 35.86 | 0 | 0 | 0 | 0 |
| TW's Bait & Tackle | H07196 | R2309180 | 11/30/2021 | 11/30/2021 | -44.11 | 0 | 0 | 0 | 0 | 0 | -20.52 |
| TW's Bait & Tackle | H07196 | R2349281-3 | 3/7/2022 | 7/10/2022 | 986.4 | 0 | 0 | 0 | 0 | 0 | -42.61 |
| TW's Bait & Tackle | H07196 | R2360317-3 | 3/25/2022 | 7/10/2022 | 263.02 | 0 | 0 | 0 | 0 | 0 | -110.09 |
| TW's Bait & Tackle | H07196 | R2369391-3 | 4/11/2022 | 7/10/2022 | 195.79 | 0 | 0 | 0 | 0 | 0 | -54.63 |
| TW's Bait & Tackle | H07196 | R2492393 | 11/16/2022 | 11/16/2022 | -10.16 | 0 | 0 | 0 | 0 | 0 | -10.16 |
| TW's Bait & Tackle | H07196 | R2496682 | 11/28/2022 | 11/28/2022 | -30.21 | 0 | 0 | 0 | 0 | 0 | -30.21 |
| TW's Bait & Tackle | H07196 | R2627019 | 8/7/2023 | 8/7/2023 | -10.27 | 0 | 0 | 0 | 0 | 0 | -10.27 |
| TW's Bait & Tackle | H07196 | R2739357 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Destin Marina | H07212 | V0974298 | 6/24/2025 | 7/10/2025 | 1063.32 | 0 | 0 | 0 | 0 | 0 | 1063.32 |
| Destin Marina | H07212 | F2507H07212V | 7/30/2025 | 8/29/2025 | 10.62 | 0 | 0 | 0 | 0 | 0 | 10.62 |
| Destin Marina | H07212 | F2508H07212V | 8/30/2025 | 9/29/2025 | 16.43 | 0 | 0 | 0 | 0 | 0 | 16.43 |
| Destin Marina | H07212 | F2509H07212V | 9/29/2025 | 10/29/2025 | 15.9 | 0 | 0 | 0 | 0 | 15.9 | 0 |
| Destin Marina | H07212 | F2510H07212V | 10/28/2025 | 11/27/2025 | 15.37 | 0 | 0 | 15.37 | 0 | 0 | 0 |
| Marrow-Pitt Hardware Co Inc | H07307 | V1016221 | 9/5/2025 | 10/10/2025 | 189.51 | 0 | 0 | 0 | 0 | 189.51 | 0 |
| Island Water World Offshore Inc N V | H07486 | V0934196 | 4/30/2025 | 4/30/2025 | -26.5 | 0 | 0 | 0 | 0 | 0 | -26.5 |
| RW's Sport Shop Inc | H07628 | V1030043 | 11/11/2025 | 11/11/2025 | -71.75 | 0 | 0 | -71.75 | 0 | 0 | 0 |
| Bass And Antler II | H07694 | G0543382 | 10/16/2025 | 11/10/2025 | 64.75 | 0 | 0 | 64.75 | 0 | 0 | 0 |
| Bass And Antler II | H07694 | F2511H07694G | 11/29/2025 | 12/29/2025 | 0.6 | 0.6 | 0 | 0 | 0 | 0 | 0 |
| Bass And Antler II | H07694 | F2512H07694G | 12/1/2025 | 12/31/2025 | 0.06 | 0.06 | 0 | 0 | 0 | 0 | 0 |
| Aquasports, Inc. | H07872 | R2068212 | 7/22/2020 | 10/20/2020 | 5634.5 | 0 | 0 | 0 | 0 | 0 | 78.34 |
| Aquasports, Inc. | H07872 | R2101515 | 8/31/2020 | 11/29/2020 | 430.97 | 0 | 0 | 0 | 0 | 0 | 430.97 |
| Aquasports, Inc. | H07872 | R2222608 | 6/18/2021 | 9/16/2021 | 1899.33 | 0 | 0 | 0 | 0 | 0 | 1899.33 |
| Aquasports, Inc. | H07872 | R2492966 | 11/17/2022 | 2/15/2023 | 4062.67 | 0 | 0 | 0 | 0 | 0 | 4062.67 |
| Duncan & Company | H07951 | V0862144-1 | 1/14/2025 | 5/10/2025 | 1381.83 | 0 | 0 | 0 | 0 | 0 | 1381.83 |
| Duncan & Company | H07951 | V0862144-2 | 1/14/2025 | 6/10/2025 | 1381.83 | 0 | 0 | 0 | 0 | 0 | 1381.83 |
| Duncan & Company | H07951 | V0862144-3 | 1/14/2025 | 7/10/2025 | 1381.83 | 0 | 0 | 0 | 0 | 0 | 1381.83 |
| Duncan & Company | H07951 | V0872486 | 1/31/2025 | 1/31/2025 | -40 | 0 | 0 | 0 | 0 | 0 | -40 |
| Duncan & Company | H07951 | C2302930-1 | 2/12/2025 | 5/10/2025 | 401.73 | 0 | 0 | 0 | 0 | 0 | 401.73 |
| Duncan & Company | H07951 | C2302930-2 | 2/12/2025 | 6/10/2025 | 401.73 | 0 | 0 | 0 | 0 | 0 | 401.73 |
| Duncan & Company | H07951 | C2302930-3 | 2/12/2025 | 7/10/2025 | 401.74 | 0 | 0 | 0 | 0 | 0 | 401.74 |
| Duncan & Company | H07951 | V0878447-1 | 2/17/2025 | 5/10/2025 | 237.85 | 0 | 0 | 0 | 0 | 0 | 237.85 |
| Duncan & Company | H07951 | V0878447-2 | 2/17/2025 | 6/10/2025 | 237.85 | 0 | 0 | 0 | 0 | 0 | 237.85 |
| Duncan & Company | H07951 | V0878447-3 | 2/17/2025 | 7/10/2025 | 237.85 | 0 | 0 | 0 | 0 | 0 | 237.85 |
| Duncan & Company | H07951 | V0887407-1 | 2/25/2025 | 5/10/2025 | 1376.79 | 0 | 0 | 0 | 0 | 0 | 1376.79 |
| Duncan & Company | H07951 | V0887407-2 | 2/25/2025 | 6/10/2025 | 1376.79 | 0 | 0 | 0 | 0 | 0 | 1376.79 |

| Customer | Acct | Invoice | Date | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Duncan & Company | H07951 | V0887407-3 | 2/25/2025 | 7/10/2025 | 1376.78 | 0 | 0 | 0 | 0 | 1376.78 |
| Duncan & Company | H07951 | V0896478 | 3/6/2025 | 3/6/2025 | -125.3 | 0 | 0 | 0 | 0 | -125.3 |
| Duncan & Company | H07951 | V0009584 | 3/28/2025 | 4/27/2025 | 1861.65 | 0 | 0 | 0 | 0 | 1861.65 |
| Duncan & Company | H07951 | F2503H07951C | 3/30/2025 | 4/29/2025 | 21.7 | 0 | 0 | 0 | 0 | 21.7 |
| Duncan & Company | H07951 | F2503H07951V | 3/30/2025 | 4/29/2025 | 112.49 | 0 | 0 | 0 | 0 | 112.49 |
| Duncan & Company | H07951 | V0922225-1 | 4/14/2025 | 5/10/2025 | 108.26 | 0 | 0 | 0 | 0 | 108.26 |
| Duncan & Company | H07951 | V0922225-2 | 4/14/2025 | 6/10/2025 | 108.26 | 0 | 0 | 0 | 0 | 108.26 |
| Duncan & Company | H07951 | V0922225-3 | 4/14/2025 | 7/10/2025 | 108.26 | 0 | 0 | 0 | 0 | 108.26 |
| Duncan & Company | H07951 | F2504H07951C | 4/29/2025 | 5/29/2025 | 38.4 | 0 | 0 | 0 | 0 | 38.4 |
| Duncan & Company | H07951 | F2504H07951C | 4/29/2025 | 5/29/2025 | 47.19 | 0 | 0 | 0 | 0 | 47.19 |
| Duncan & Company | H07951 | F2505H07951C | 5/30/2025 | 6/29/2025 | 43.69 | 0 | 0 | 0 | 0 | 43.69 |
| Duncan & Company | H07951 | F2505H07951V | 5/30/2025 | 6/29/2025 | 118.5 | 0 | 0 | 0 | 0 | 118.5 |
| Duncan & Company | H07951 | F2506H07951C | 6/29/2025 | 7/29/2025 | 48.21 | 0 | 0 | 0 | 0 | 48.21 |
| Duncan & Company | H07951 | F2506H07951V | 6/29/2025 | 7/29/2025 | 166.08 | 0 | 0 | 0 | 0 | 166.08 |
| Duncan & Company | H07951 | V0988958 | 7/18/2025 | 7/18/2025 | -31.86 | 0 | 0 | 0 | 0 | -31.86 |
| Duncan & Company | H07951 | F2507H07951C | 7/30/2025 | 8/29/2025 | 48.41 | 0 | 0 | 0 | 0 | 48.41 |
| Duncan & Company | H07951 | F2507H07951V | 7/30/2025 | 8/29/2025 | 226.29 | 0 | 0 | 0 | 0 | 226.29 |
| Duncan & Company | H07951 | F2508H07951C | 8/30/2025 | 9/29/2025 | 18.6 | 0 | 0 | 0 | 0 | 18.6 |
| Duncan & Company | H07951 | F2508H07951V | 8/30/2025 | 9/29/2025 | 239.44 | 0 | 0 | 0 | 0 | 239.44 |
| Duncan & Company | H07951 | F2509H07951C | 9/29/2025 | 10/29/2025 | 18 | 0 | 0 | 0 | 18 | 0 |
| Duncan & Company | H07951 | F2509H07951V | 9/29/2025 | 10/29/2025 | 198.4 | 0 | 0 | 0 | 198.4 | 0 |
| Duncan & Company | H07951 | F2510H07951C | 10/19/2025 | 11/18/2025 | 12 | 0 | 0 | 12 | 0 | 0 |
| Duncan & Company | H07951 | F2510H07951V | 10/19/2025 | 11/18/2025 | 110.43 | 0 | 0 | 110.43 | 0 | 0 |
| Winfree Firearms | H07970 | C2310104 | 3/17/2025 | 6/15/2025 | 2696.92 | 0 | 0 | 0 | 0 | 32.76 |
| Winfree Firearms | H07970 | C2319700 | 4/29/2025 | 7/28/2025 | 3979.5 | 0 | 0 | 0 | 0 | 3979.5 |
| Winfree Firearms | H07970 | V0933735 | 4/30/2025 | 7/29/2025 | 418.29 | 0 | 0 | 0 | 0 | 418.29 |
| Winfree Firearms | H07970 | F2505H07970C | 5/30/2025 | 6/29/2025 | 34.81 | 0 | 0 | 0 | 0 | 34.81 |
| Winfree Firearms | H07970 | F2505H07970V | 5/30/2025 | 6/29/2025 | 9.09 | 0 | 0 | 0 | 0 | 9.09 |
| Winfree Firearms | H07970 | F2506H07970C | 6/2/2025 | 7/2/2025 | 4.74 | 0 | 0 | 0 | 0 | 4.74 |
| Winfree Firearms | H07970 | F2506H07970V | 6/2/2025 | 7/2/2025 | 1.44 | 0 | 0 | 0 | 0 | 1.44 |
| Winfree Firearms | H07970 | C2330380 | 6/17/2025 | 9/15/2025 | 2759.61 | 0 | 0 | 0 | 0 | 2759.61 |
| Winfree Firearms | H07970 | G0522007 | 6/17/2025 | 9/15/2025 | 24.34 | 0 | 0 | 0 | 0 | 24.34 |
| Winfree Firearms | H07970 | V0969821 | 6/18/2025 | 9/16/2025 | 633.68 | 0 | 0 | 0 | 0 | 633.68 |
| Winfree Firearms | H07970 | F2507H07970C | 7/30/2025 | 8/29/2025 | 60.73 | 0 | 0 | 0 | 0 | 60.73 |
| Winfree Firearms | H07970 | F2507H07970V | 7/30/2025 | 8/29/2025 | 8.86 | 0 | 0 | 0 | 0 | 8.86 |
| Winfree Firearms | H07970 | F2508H07970C | 8/30/2025 | 9/29/2025 | 67.4 | 0 | 0 | 0 | 0 | 67.4 |
| Winfree Firearms | H07970 | F2508H07970V | 8/30/2025 | 9/29/2025 | 6.92 | 0 | 0 | 0 | 0 | 6.92 |
| Winfree Firearms | H07970 | F2509H07970C | 9/29/2025 | 10/29/2025 | 60.3 | 0 | 0 | 0 | 60.3 | 0 |
| Winfree Firearms | H07970 | F2509H07970V | 9/29/2025 | 10/29/2025 | 6.3 | 0 | 0 | 0 | 6.3 | 0 |
| Winfree Firearms | H07970 | F2510H07970C | 10/22/2025 | 11/21/2025 | 97.29 | 0 | 0 | 97.29 | 0 | 0 |
| Winfree Firearms | H07970 | F2510H07970V | 10/22/2025 | 11/21/2025 | 16.31 | 0 | 0 | 16.31 | 0 | 0 |
| Bett's Sporting Goods | H08558 | V0862296 | 1/14/2025 | 2/13/2025 | 312.31 | 0 | 0 | 0 | 0 | -281.4 |
| Bett's Sporting Goods | H08558 | V0865882 | 1/21/2025 | 2/20/2025 | 1717.71 | 0 | 0 | 0 | 0 | -1300.98 |
| Bett's Sporting Goods | H08558 | V1006704 | 8/27/2025 | 10/10/2025 | 2665.27 | 0 | 0 | 2665.27 | 0 | 0 |
| Bett's Sporting Goods | H08558 | V1010492 | 9/4/2025 | 10/10/2025 | 1538.81 | 0 | 0 | 1538.81 | 0 | 0 |
| Bett's Sporting Goods | H08558 | F2509H08558C | 9/29/2025 | 10/29/2025 | 1.19 | 0 | 0 | 0 | 1.19 | 0 |
| Bett's Sporting Goods | H08558 | F2509H08558V | 9/29/2025 | 10/29/2025 | 45.03 | 0 | 0 | 0 | 45.03 | 0 |
| Bett's Sporting Goods | H08558 | G0541954 | 9/29/2025 | 11/10/2025 | 400.57 | 0 | 0 | 400.57 | 0 | 0 |
| Bett's Sporting Goods | H08558 | V1024601 | 9/30/2025 | 11/10/2025 | 46.88 | 0 | 0 | 46.88 | 0 | 0 |
| Bett's Sporting Goods | H08558 | F2510H08558C | 10/7/2025 | 11/6/2025 | 0.48 | 0 | 0 | 0 | 0.48 | 0 |
| Bett's Sporting Goods | H08558 | G0542884 | 10/8/2025 | 11/10/2025 | 543.49 | 0 | 0 | 543.49 | 0 | 0 |
| Bett's Sporting Goods | H08558 | V1027369 | 10/14/2025 | 11/10/2025 | 169.9 | 0 | 0 | 169.9 | 0 | 0 |
| Bett's Sporting Goods | H08558 | G0543672 | 10/16/2025 | 11/10/2025 | 234.29 | 0 | 0 | 234.29 | 0 | 0 |
| Bett's Sporting Goods | H08558 | F2510H08558V | 10/30/2025 | 11/29/2025 | 69.24 | 0 | 0 | 69.24 | 0 | 0 |
| Bett's Sporting Goods | H08558 | F2511H08558V | 11/10/2025 | 12/10/2025 | 24.75 | 0 | 24.75 | 0 | 0 | 0 |
| Bett's Sporting Goods | H08558 | G0544938 | 11/11/2025 | 11/11/2025 | -11.5 | 0 | 0 | -11.5 | 0 | 0 |
| Bett's Sporting Goods | H08558 | V1030037 | 11/11/2025 | 11/11/2025 | -192.78 | 0 | 0 | -192.78 | 0 | 0 |
| Estero River Outfitters | H08613 | V0859505 | 1/3/2025 | 1/3/2025 | -1048.88 | 0 | 0 | 0 | 0 | -1048.88 |
| Surber & Son Inc. | H08779 | V0923862 | 4/15/2025 | 4/15/2025 | -504.56 | 0 | 0 | 0 | 0 | -251.98 |
| Bob Moates Sport Shop Inc | H08897 | UNSP31271 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | -4639.28 | 0 |
| Tony's Amoco | H08912 | V1027806 | 10/15/2025 | 10/15/2025 | -17.94 | 0 | 0 | 0 | 0 | -17.94 |
| Benson Sporting Goods | H09355 | C2330791 | 6/18/2025 | 11/10/2025 | 945.01 | 0 | 0 | 945.01 | 0 | 0 |
| Benson Sporting Goods | H09355 | V0995410 | 7/31/2025 | 9/29/2025 | 973 | 0 | 0 | 0 | 0 | 973 |
| Benson Sporting Goods | H09355 | V1008112 | 8/28/2025 | 10/10/2025 | 1239.39 | 0 | 0 | 1239.39 | 0 | 0 |
| Benson Sporting Goods | H09355 | F2509H09355V | 9/2/2025 | 10/2/2025 | 0.96 | 0 | 0 | 0 | 0 | 0.96 |
| Benson Sporting Goods | H09355 | F2510H09355V | 10/30/2025 | 11/29/2025 | 27.54 | 0 | 0 | 27.54 | 0 | 0 |
| Benson Sporting Goods | H09355 | F2511H09355C | 11/29/2025 | 12/29/2025 | 8.97 | 8.97 | 0 | 0 | 0 | 0 |
| Benson Sporting Goods | H09355 | F2511H09355V | 11/29/2025 | 12/29/2025 | 33.3 | 33.3 | 0 | 0 | 0 | 0 |
| Benson Sporting Goods | H09355 | F2512H09355C | 12/1/2025 | 12/31/2025 | 0.94 | 0.94 | 0 | 0 | 0 | 0 |
| Benson Sporting Goods | H09355 | F2512H09355V | 12/1/2025 | 12/31/2025 | 2.22 | 2.22 | 0 | 0 | 0 | 0 |
| Island Ace Hardware #05072 | H09530 | R2700721 | 1/31/2024 | 1/31/2024 | -68.12 | 0 | 0 | 0 | 0 | -29.93 |
| Island Ace Hardware #05072 | H09530 | V0794480 | 9/5/2024 | 9/5/2024 | -105.47 | 0 | 0 | 0 | 0 | -104.87 |
| Island Ace Hardware #05072 | H09530 | C2289637 | 12/12/2024 | 1/10/2025 | 1188.29 | 0 | 0 | 0 | 0 | -1062.6 |
| Island Ace Hardware #05072 | H09530 | V0849759 | 12/16/2024 | 1/10/2025 | 2403.86 | 0 | 0 | 0 | 0 | -2278.9 |
| Island Ace Hardware #05072 | H09530 | V0853773 | 12/23/2024 | 1/10/2025 | 987.72 | 0 | 0 | 0 | 0 | -905.27 |
| Orange Beach Marina, Inc. | H06611 | R2630164 | 8/11/2023 | 9/10/2023 | 118.47 | 0 | 0 | 0 | 0 | -88.26 |
| Orange Beach Marina, Inc. | H06611 | V0978986 | 7/2/2025 | 8/10/2025 | 165.73 | 0 | 0 | 0 | 0 | -64.42 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0901671-2 | 3/19/2025 | 6/10/2025 | 6885.41 | 0 | 0 | 0 | 0 | 136.31 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0901671-3 | 3/19/2025 | 7/10/2025 | 6885.42 | 0 | 0 | 0 | 0 | 6885.42 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0904722-2 | 3/24/2025 | 6/10/2025 | 162.34 | 0 | 0 | 0 | 0 | 162.34 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0904722-3 | 3/24/2025 | 7/10/2025 | 162.33 | 0 | 0 | 0 | 0 | 162.33 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0916727-2 | 4/7/2025 | 6/10/2025 | 109.67 | 0 | 0 | 0 | 0 | 109.67 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0916727-3 | 4/7/2025 | 7/10/2025 | 109.68 | 0 | 0 | 0 | 0 | 109.68 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0941528 | 5/9/2025 | 6/10/2025 | 1358.93 | 0 | 0 | 0 | 0 | 1358.93 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0944091-1 | 5/14/2025 | 6/10/2025 | 221.5 | 0 | 0 | 0 | 0 | 221.5 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0944091-2 | 5/14/2025 | 6/10/2025 | 221.5 | 0 | 0 | 0 | 0 | 221.5 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0944091-3 | 5/14/2025 | 7/10/2025 | 221.5 | 0 | 0 | 0 | 0 | 221.5 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0946043-1 | 5/15/2025 | 6/10/2025 | 162.95 | 0 | 0 | 0 | 0 | 162.95 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0946043-2 | 5/15/2025 | 6/10/2025 | 162.95 | 0 | 0 | 0 | 0 | 162.95 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0946043-3 | 5/15/2025 | 7/10/2025 | 162.95 | 0 | 0 | 0 | 0 | 162.95 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0946951 | 5/19/2025 | 6/10/2025 | 680.08 | 0 | 0 | 0 | 0 | 680.08 |
| Atlantic Highlands Bait & Tackle Inc | H09740 | V0961307 | 6/5/2025 | 8/4/2025 | 293.91 | 0 | 0 | 0 | 0 | 293.91 |
| R & D Boat Supply | H09755 | C2343048 | 9/10/2025 | 10/10/2025 | 189.67 | 0 | 0 | 0 | -135.18 | 0 |
| R & D Boat Supply | H09755 | V1016928 | 9/15/2025 | 10/10/2025 | 1468.36 | 0 | 0 | 0 | -1281.4 | 0 |

| Name | ID | Document | Date | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| R & D Boat Supply | H09755 | UNSP25072548788 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | -98.68 | 0 |
| R & D Boat Supply | H09755 | G0544606 | 10/30/2025 | 12/10/2025 | 80.13 | 0 | -57.2 | 0 | 0 | 221.71 |
| R & D Boat Supply | H09755 | V1029549 | 10/30/2025 | 12/10/2025 | 221.71 | 0 | -197.7 | 0 | 0 | 0 |
| Cobe Marine Inc | H09782 | C2344619 | 10/2/2025 | 11/10/2025 | 19.68 | 0 | 0 | 19.68 | 0 | 0 |
| Cobe Marine Inc | H09782 | G0542418 | 10/2/2025 | 11/10/2025 | 233.75 | 0 | 0 | 233.75 | 0 | 0 |
| Cobe Marine Inc | H09782 | V1025468 | 10/2/2025 | 11/10/2025 | 276.1 | 0 | 0 | 276.1 | 0 | 0 |
| Cobe Marine Inc | H09782 | V1026576 | 10/9/2025 | 10/9/2025 | -4.46 | 0 | 0 | 0 | -4.46 | 0 |
| Cobe Marine Inc | H09782 | F2511H09782G | 11/29/2025 | 12/29/2025 | 2.24 | 2.24 | 0 | 0 | 0 | 0 |
| Cobe Marine Inc | H09782 | F2511H09782V | 11/29/2025 | 12/29/2025 | 2.63 | 2.63 | 0 | 0 | 0 | 0 |
| Cobe Marine Inc | H09782 | F2512H09782G | 12/1/2025 | 12/31/2025 | 0.24 | 0.24 | 0 | 0 | 0 | 0 |
| Cobe Marine Inc | H09782 | F2512H09782V | 12/1/2025 | 12/31/2025 | 0.28 | 0.28 | 0 | 0 | 0 | 0 |
| Robertson Enterprises, Inc. | H09802 | G0544913 | 11/10/2025 | 11/10/2025 | -40 | 0 | 0 | -40 | 0 | 0 |
| Tex's Tackle & Bait | H09878 | V0966557 | 6/2/2025 | 8/1/2025 | 2436.68 | 0 | 0 | 0 | 0 | 2436.68 |
| Tex's Tackle & Bait | H09878 | V0964437 | 6/11/2025 | 8/10/2025 | 3920.8 | 0 | 0 | 0 | 0 | 3920.8 |
| Tex's Tackle & Bait | H09878 | V0976403 | 6/27/2025 | 8/26/2025 | 3476.21 | 0 | 0 | 0 | 0 | 3476.21 |
| Tex's Tackle & Bait | H09878 | C2333813 | 6/30/2025 | 8/29/2025 | 37.8 | 0 | 0 | 0 | 0 | 37.8 |
| Tex's Tackle & Bait | H09878 | V0977569 | 7/1/2025 | 8/30/2025 | 7052.06 | 0 | 0 | 0 | 0 | 7052.06 |
| Tex's Tackle & Bait | H09878 | V0986909 | 7/16/2025 | 9/14/2025 | 3261.05 | 0 | 0 | 0 | 0 | 3261.05 |
| Tex's Tackle & Bait | H09878 | V0993316 | 7/29/2025 | 9/27/2025 | 4497.6 | 0 | 0 | 0 | 0 | 4497.6 |
| Tex's Tackle & Bait | H09878 | C2340164 | 8/12/2025 | 10/11/2025 | 22.22 | 0 | 0 | 0 | 22.22 | 0 |
| Tex's Tackle & Bait | H09878 | V1004476 | 8/13/2025 | 10/12/2025 | 1630.29 | 0 | 0 | 0 | 1630.29 | 0 |
| Dare Resorts Inc | H09955 | C2344357 | 9/26/2025 | 11/10/2025 | 36.32 | 0 | 36.32 | 0 | 0 | 0 |
| Dare Resorts Inc | H09955 | V1023715 | 9/26/2025 | 11/10/2025 | 1391.7 | 0 | 1391.7 | 0 | 0 | 0 |
| Dare Resorts Inc | H09955 | F2511H09955V | 11/29/2025 | 12/29/2025 | 13.24 | 13.24 | 0 | 0 | 0 | 0 |
| Dare Resorts Inc | H09955 | F2512H09955V | 12/1/2025 | 12/31/2025 | 1.4 | 1.4 | 0 | 0 | 0 | 0 |
| Village Hardware | H10076 | C2339348 | 8/5/2025 | 9/10/2025 | 106.26 | 0 | 0 | 0 | 0 | 106.26 |
| Village Hardware | H10076 | V0997429 | 8/6/2025 | 9/10/2025 | 1026.89 | 0 | 0 | 0 | 0 | 1026.89 |
| Village Hardware | H10076 | V1003221 | 8/8/2025 | 8/8/2025 | -38.77 | 0 | 0 | 0 | 0 | -38.77 |
| Village Hardware | H10076 | V1003344 | 8/11/2025 | 9/10/2025 | 312.11 | 0 | 0 | 0 | 0 | 312.11 |
| Village Hardware | H10076 | F2509H10076C | 9/29/2025 | 10/29/2025 | 0.99 | 0 | 0 | 0 | 0.99 | 0 |
| Village Hardware | H10076 | F2509H10076V | 9/29/2025 | 10/29/2025 | 12.62 | 0 | 0 | 0 | 12.62 | 0 |
| Village Hardware | H10076 | F2510H10076C | 10/30/2025 | 11/29/2025 | 1.55 | 0 | 0 | 1.55 | 0 | 0 |
| Village Hardware | H10076 | F2510H10076V | 10/30/2025 | 11/29/2025 | 20.15 | 0 | 0 | 20.15 | 0 | 0 |
| Village Hardware | H10076 | F2511H10076C | 11/29/2025 | 12/29/2025 | 1.5 | 1.5 | 0 | 0 | 0 | 0 |
| Village Hardware | H10076 | F2511H10076V | 11/29/2025 | 12/29/2025 | 19.5 | 19.5 | 0 | 0 | 0 | 0 |
| Village Hardware | H10076 | F2512H10076C | 12/1/2025 | 12/31/2025 | 0.1 | 0.1 | 0 | 0 | 0 | 0 |
| Village Hardware | H10076 | F2512H10076V | 12/1/2025 | 12/31/2025 | 1.3 | 1.3 | 0 | 0 | 0 | 0 |
| Big Sky Chalmette | H10261 | C2246840 | 7/15/2024 | 10/13/2024 | 5777.81 | 0 | 0 | 0 | 0 | 5777.81 |
| Big Sky Chalmette | H10261 | C2246959 | 7/16/2024 | 12/10/2024 | 816.04 | 0 | 0 | 0 | 0 | 816.04 |
| Big Sky Chalmette | H10261 | V0755136 | 7/22/2024 | 12/10/2024 | 1662.43 | 0 | 0 | 0 | 0 | 1662.43 |
| Big Sky Chalmette | H10261 | C2257025 | 8/15/2024 | 9/10/2024 | 174.64 | 0 | 0 | 0 | 0 | 174.64 |
| Big Sky Chalmette | H10261 | V0779725 | 8/22/2024 | 9/10/2024 | 1137.61 | 0 | 0 | 0 | 0 | 1137.61 |
| Big Sky Chalmette | H10261 | F2409H10261C | 9/29/2024 | 10/29/2024 | 1.67 | 0 | 0 | 0 | 0 | 1.67 |
| Big Sky Chalmette | H10261 | F2409H10261V | 9/29/2024 | 10/29/2024 | 10.81 | 0 | 0 | 0 | 0 | 10.81 |
| Big Sky Chalmette | H10261 | F2410H10261C | 10/30/2024 | 11/29/2024 | 51.9 | 0 | 0 | 0 | 0 | 51.9 |
| Big Sky Chalmette | H10261 | F2410H10261V | 10/30/2024 | 11/29/2024 | 17.67 | 0 | 0 | 0 | 0 | 17.67 |
| Big Sky Chalmette | H10261 | F2411H10261C | 11/21/2024 | 12/21/2024 | 65.56 | 0 | 0 | 0 | 0 | 65.56 |
| Big Sky Chalmette | H10261 | F2411H10261V | 11/21/2024 | 12/21/2024 | 12.54 | 0 | 0 | 0 | 0 | 12.54 |
| Bullseye Shooting Supplies, Inc. | H10337 | C1904761 | 2/25/2022 | 4/10/2022 | 388.83 | 0 | 0 | 0 | 0 | -336.6 |
| Bullseye Shooting Supplies, Inc. | H10337 | C1911134 | 3/14/2022 | 4/10/2022 | 998.45 | 0 | 0 | 0 | 0 | -480.56 |
| Florida Purchasing & Confirming | H10354 | R2720957 | 3/27/2024 | 3/27/2024 | -179.76 | 0 | 0 | 0 | 0 | -179.76 |
| Florida Purchasing & Confirming | H10354 | CK13043-UNSP | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | -78.89 |
| Hunting & Fishing Unlimited | H10495 | V0896848 | 3/11/2025 | 9/10/2025 | 1184.62 | 0 | 0 | 0 | 0 | 1184.62 |
| Hunting & Fishing Unlimited | H10495 | V0897202 | 3/12/2025 | 9/10/2025 | 1596.91 | 0 | 0 | 0 | 0 | 1596.91 |
| Hunting & Fishing Unlimited | H10495 | G0524979 | 6/30/2025 | 10/10/2025 | 1098.99 | 0 | 0 | 0 | 1098.99 | 0 |
| Hunting & Fishing Unlimited | H10495 | V0976932 | 7/1/2025 | 10/10/2025 | 1133.8 | 0 | 0 | 0 | 1133.8 | 0 |
| Hunting & Fishing Unlimited | H10495 | V0977127 | 7/1/2025 | 10/10/2025 | 1608.52 | 0 | 0 | 0 | 1608.52 | 0 |
| Hunting & Fishing Unlimited | H10495 | V0983272 | 7/9/2025 | 10/10/2025 | 1012.05 | 0 | 0 | 0 | 1012.05 | 0 |
| Hunting & Fishing Unlimited | H10495 | V1016876 | 9/12/2025 | 10/12/2025 | 505.27 | 0 | 0 | 0 | 505.27 | 0 |
| George's Bait & Tackle | H10509 | R2719626 | 3/26/2024 | 5/10/2024 | 1169.6 | 0 | 0 | 0 | 0 | -451.6 |
| Pete's Gun & Tackle Shop | H11384 | G0487389-3 | 2/6/2025 | 7/10/2025 | 5783.08 | 0 | 0 | 0 | 0 | 5783.08 |
| The County Stores, Inc. | H11404 | V1024662 | 9/30/2025 | 9/30/2025 | -15.13 | 0 | 0 | 0 | 0 | -15.13 |
| Legendary Inc T/A Harborwalk Marina | H11461 | V0996507 | 8/1/2025 | 9/30/2025 | 235.43 | 0 | 0 | 0 | 0 | 235.43 |
| Legendary Inc T/A Harborwalk Marina | H11461 | V1008433 | 8/29/2025 | 10/10/2025 | 506.73 | 0 | 0 | 0 | 506.73 | 0 |
| Bay City Lodge, Inc. | H11565 | R2588886 | 5/30/2023 | 5/30/2023 | -243.75 | 0 | 0 | 0 | 0 | -243.75 |
| Four Seasons Trading Post, Inc. | H11572 | R2739373 | 5/22/2024 | 5/22/2024 | -500 | 0 | 0 | 0 | 0 | -11.33 |
| Four Seasons Trading Post, Inc. | H11572 | V0961458 | 6/5/2025 | 6/5/2025 | -500 | 0 | 0 | 0 | 0 | -500 |
| Rick's Bait, Tackle & Marine | H11647 | V0807596 | 9/27/2024 | 9/27/2024 | -41.73 | 0 | 0 | 0 | 0 | -41.73 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | W06888 | 1/15/2025 | 1/15/2025 | 0 | 0 | 0 | 0 | 0 | -53.98 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | H27614 | 1/16/2025 | 1/16/2025 | 0 | 0 | 0 | 0 | 0 | -25 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | M13286 | 1/16/2025 | 1/16/2025 | 0 | 0 | 0 | 0 | 0 | -127.58 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | W00227 | 1/16/2025 | 1/16/2025 | 0 | 0 | 0 | 0 | 0 | -333.14 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1705736 | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -232.8 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1805606 | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -199.52 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1807110 | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -251.12 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C2009035 | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -198.12 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2257868 | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -64.44 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2296756 | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -207.78 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1918278 | 1/20/2025 | 1/20/2025 | 0 | 0 | 0 | 0 | 0 | -37.77 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | V0836654 | 2/3/2025 | 2/3/2025 | 0 | 0 | 0 | 0 | 0 | -150 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | H40380-UNSP | 2/11/2025 | 2/11/2025 | 0 | 0 | 0 | 0 | 0 | -38.09 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | H24613 | 4/14/2025 | 4/14/2025 | 0 | 0 | 0 | 0 | 0 | -1645.41 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0019387 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | -268.4 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0023348 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | -699.28 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0023350 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | -317.52 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0026944 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | -129.6 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0031185 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | -90 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0048039 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | -132.86 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0033226 | 5/5/2025 | 5/5/2025 | 0 | 0 | 0 | 0 | 0 | -103.35 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0343499 | 5/5/2025 | 5/5/2025 | 0 | 0 | 0 | 0 | 0 | -132.34 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | N00599 | 5/5/2025 | 5/5/2025 | 0 | 0 | 0 | 0 | 0 | -128.56 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C2196650 | 5/15/2025 | 5/15/2025 | 0 | 0 | 0 | 0 | 0 | -207.8 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C2196954 | 5/15/2025 | 5/15/2025 | 0 | 0 | 0 | 0 | 0 | -139.08 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0103725 | 6/23/2025 | 6/23/2025 | 0 | 0 | 0 | 0 | 0 | -86.02 |

| Name | Acct | Ref | # | Date1 | Date2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0138505 | | 6/23/2025 | 6/23/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -75 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0185951 | | 6/23/2025 | 6/23/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -89.19 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | N00890EFT01/30 | 181 | 7/8/2025 | 7/8/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -125.91 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2295686 | | 7/8/2025 | 7/8/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -889.78 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2295686 | | 7/8/2025 | 7/8/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -156.9 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2338906 | | 7/8/2025 | 7/8/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -126.66 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | N.0169105 | | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -484.69 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | N.0251361 | | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -2131.27 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | N.0280513 | | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -63.47 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | N.0304756 | | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -192.57 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0421709 | | 7/10/2025 | 7/10/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -145.6 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | V0781615 | | 7/10/2025 | 7/10/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -268.72 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1699235 | | 8/11/2025 | 8/11/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -25 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1979534-2 | | 8/11/2025 | 8/11/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -572.19 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C2019992-2 | | 8/11/2025 | 8/11/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -315.59 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2277467 | | 8/11/2025 | 8/11/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -97.12 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2370258 | | 8/11/2025 | 8/11/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -50.73 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R1994073 | | 8/22/2025 | 8/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -69.02 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2382372 | | 8/22/2025 | 8/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -116.66 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2470409 | | 8/22/2025 | 8/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -25 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0427983 | | 8/25/2025 | 8/25/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -96.79 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0430348 | | 8/25/2025 | 8/25/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -162.33 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1887753 | | 9/10/2025 | 9/10/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -200 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1742587 | | 9/16/2025 | 9/16/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -198.38 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1870745 | | 9/16/2025 | 9/16/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -209.99 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2175347-3 | | 9/16/2025 | 9/16/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -196 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0520335 | | 9/17/2025 | 9/17/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -27 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | C1893937 | | 9/18/2025 | 9/18/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -224.82 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2566465 | | 9/18/2025 | 9/18/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -227.66 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0536026 | | 9/22/2025 | 9/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -27.39 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0536607 | | 9/22/2025 | 9/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -10.11 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | H3320134828 | | 9/22/2025 | 9/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -190.29 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | R2419611 | | 9/22/2025 | 9/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -108.13 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | U0016136 | | 9/22/2025 | 9/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -110.77 |
| MISCELLANEOUS CREDIT ACCOUNT | H11801 | G0437122 | | 10/16/2025 | 10/16/2025 | 0 | 0 | 0 | 0 | 0 | -105.31 | 0 |
| Fishin' World | H11884 | R2356345 | | 3/17/2022 | 3/17/2022 | -23.37 | 0 | 0 | 0 | 0 | 0 | -23.37 |
| Santee General Store Inc | H12135 | V0941985 | | 5/12/2025 | 7/11/2025 | 287.26 | 0 | 0 | 0 | 0 | 0 | -251.79 |
| Bobcat's Lake Country | H12138 | C2341252 | | 8/22/2025 | 9/10/2025 | 68.32 | 0 | 0 | 0 | 0 | 0 | -54.24 |
| Tyler's Tackle Shop, Inc. | H12260 | G0544591 | | 10/29/2025 | 12/10/2025 | 365.23 | 0 | 365.23 | 0 | 0 | 0 | 0 |
| Tyler's Tackle Shop, Inc. | H12260 | V1029527 | | 10/30/2025 | 12/10/2025 | 788.77 | 0 | 788.77 | 0 | 0 | 0 | 0 |
| Daughtry's Bait & Tackle | H12468 | G0545046 | | 11/20/2025 | 11/20/2025 | -59.9 | 0 | 0 | -59.9 | 0 | 0 | 0 |
| TW's Bait & Tackle | H12557 | G0544649 | | 10/31/2025 | 12/10/2025 | 57.48 | 0 | 57.48 | 0 | 0 | 0 | 0 |
| TW's Bait & Tackle | H12557 | V1029615 | | 11/4/2025 | 12/10/2025 | 790.36 | 0 | 790.36 | 0 | 0 | 0 | 0 |
| Bill's Hooks | H12593 | V1018085 | | 9/16/2025 | 10/10/2025 | 111.82 | 0 | 0 | 0 | -111.82 | 0 | 0 |
| Stonehouse Timber Lodge | H13142 | V0865932-1 | | 1/21/2025 | 5/10/2025 | 3332.69 | 0 | 0 | 0 | 0 | 0 | -1442.84 |
| Stonehouse Timber Lodge | H13142 | V0865932-2 | | 1/21/2025 | 6/10/2025 | 3332.69 | 0 | 0 | 0 | 0 | 0 | -130.35 |
| Stonehouse Timber Lodge | H13142 | V0865932-3 | | 1/21/2025 | 7/10/2025 | 3332.68 | 0 | 0 | 0 | 0 | 0 | 3332.68 |
| Stonehouse Timber Lodge | H13142 | V0879271-3 | | 2/17/2025 | 7/10/2025 | 214.41 | 0 | 0 | 0 | 0 | 0 | 214.41 |
| Stonehouse Timber Lodge | H13142 | V0902122-3 | | 3/20/2025 | 7/10/2025 | 416.87 | 0 | 0 | 0 | 0 | 0 | 416.87 |
| Stonehouse Timber Lodge | H13142 | V0912001-1 | | 3/31/2025 | 5/10/2025 | 172.11 | 0 | 0 | 0 | 0 | 0 | -172.11 |
| Stonehouse Timber Lodge | H13142 | V0912001-2 | | 3/31/2025 | 6/10/2025 | 172.11 | 0 | 0 | 0 | 0 | 0 | -172.11 |
| Stonehouse Timber Lodge | H13142 | V0912001-3 | | 3/31/2025 | 7/10/2025 | 172.11 | 0 | 0 | 0 | 0 | 0 | -255.78 |
| Stonehouse Timber Lodge | H13142 | V0941989-1 | | 5/12/2025 | 6/10/2025 | 184 | 0 | 0 | 0 | 0 | 0 | 184 |
| Stonehouse Timber Lodge | H13142 | V0941989-3 | | 5/12/2025 | 7/10/2025 | 184 | 0 | 0 | 0 | 0 | 0 | 184 |
| Stonehouse Timber Lodge | H13142 | V0944095-3 | | 5/14/2025 | 7/10/2025 | 136.85 | 0 | 0 | 0 | 0 | 0 | 136.85 |
| Stonehouse Timber Lodge | H13142 | V0949144-1 | | 5/21/2025 | 6/10/2025 | 119.36 | 0 | 0 | 0 | 0 | 0 | -119.36 |
| Stonehouse Timber Lodge | H13142 | V0949144-2 | | 5/21/2025 | 6/10/2025 | 119.36 | 0 | 0 | 0 | 0 | 0 | -119.36 |
| Stonehouse Timber Lodge | H13142 | V0949144-3 | | 5/21/2025 | 7/10/2025 | 119.36 | 0 | 0 | 0 | 0 | 0 | -119.35 |
| Stonehouse Timber Lodge | H13142 | F2505H13142V | | 5/30/2025 | 6/29/2025 | 67 | 0 | 0 | 0 | 0 | 0 | 67 |
| Stonehouse Timber Lodge | H13142 | F2506H13142V | | 6/29/2025 | 7/29/2025 | 121.25 | 0 | 0 | 0 | 0 | 0 | 121.25 |
| Stonehouse Timber Lodge | H13142 | F2507H13142V | | 7/30/2025 | 8/29/2025 | 191.42 | 0 | 0 | 0 | 0 | 0 | 191.42 |
| Stonehouse Timber Lodge | H13142 | F2508H13142V | | 8/30/2025 | 9/29/2025 | 195.23 | 0 | 0 | 0 | 0 | 0 | 195.23 |
| Stonehouse Timber Lodge | H13142 | F2509H13142V | | 9/29/2025 | 10/29/2025 | 107.58 | 0 | 0 | 0 | 0 | 107.58 | 0 |
| Stonehouse Timber Lodge | H13142 | F2510H13142V | | 10/7/2025 | 11/6/2025 | 21.12 | 0 | 0 | 0 | 0 | 21.12 | 0 |
| Ivey's Outdoor & Farm Supply | H13253 | V0957871 | | 6/3/2025 | 7/10/2025 | 1845.04 | 0 | 0 | 0 | 0 | 0 | 148.6 |
| Ivey's Outdoor & Farm Supply | H13253 | F2507H13253V | | 7/30/2025 | 8/29/2025 | 18.44 | 0 | 0 | 0 | 0 | 0 | 18.44 |
| Ivey's Outdoor & Farm Supply | H13253 | F2508H13253V | | 8/30/2025 | 9/29/2025 | 28.52 | 0 | 0 | 0 | 0 | 0 | 28.52 |
| Ivey's Outdoor & Farm Supply | H13253 | F2509H13253V | | 9/29/2025 | 10/29/2025 | 27.6 | 0 | 0 | 0 | 0 | 27.6 | 0 |
| Ivey's Outdoor & Farm Supply | H13253 | F2510H13253V | | 10/29/2025 | 11/28/2025 | 27.6 | 0 | 0 | 0 | 0 | 27.6 | 0 |
| Thomas Tackle | H13559 | V1004723 | | 8/18/2025 | 9/10/2025 | 1715.29 | 0 | 0 | 0 | 0 | 0 | 1422.98 |
| Jersey Bait & Tackle Inc | H13627 | R2399114 | | 6/1/2022 | 6/1/2022 | -63.63 | 0 | 0 | 0 | 0 | 0 | -3.7 |
| Jersey Bait & Tackle Inc | H13627 | R2442692 | | 8/2/2022 | 8/2/2022 | -53.04 | 0 | 0 | 0 | 0 | 0 | -53.04 |
| Jersey Bait & Tackle Inc | H13627 | R2605009 | | 6/23/2023 | 6/23/2023 | -42.5 | 0 | 0 | 0 | 0 | 0 | -42.5 |
| Jersey Bait & Tackle Inc | H13627 | V0760509 | | 7/24/2024 | 7/24/2024 | -149.86 | 0 | 0 | 0 | 0 | 0 | -149.86 |
| Jack's Boats & Trailers Inc | H13638 | C2168325 | | 12/13/2023 | 1/10/2024 | 404.36 | 0 | 0 | 0 | 0 | 0 | -366 |
| Jack's Boats & Trailers Inc | H13638 | R2687300 | | 12/19/2023 | 1/10/2024 | 423.12 | 0 | 0 | 0 | 0 | 0 | -423.12 |
| Jack's Boats & Trailers Inc | H13638 | V0819715 | | 10/16/2024 | 11/10/2024 | 1032.31 | 0 | 0 | 0 | 0 | 0 | -994.39 |
| Jack's Boats & Trailers Inc | H13638 | V0833970 | | 11/6/2024 | 11/6/2024 | -19.86 | 0 | 0 | 0 | 0 | 0 | -19.86 |
| Jack's Boats & Trailers Inc | H13638 | V0836859 | | 11/14/2024 | 12/10/2024 | 535.59 | 0 | 0 | 0 | 0 | 0 | -495.86 |
| Frank Miller & Son Sporting Goods | H14118 | V1010647 | | 8/25/2025 | 8/25/2025 | -65.04 | 0 | 0 | 0 | 0 | 0 | -48 |
| Accesorios Marinos De Guad Sa | H14579 | WIRE10/11/16 | | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | 0 | -3329.21 |
| Accesorios Marinos De Guad Sa | H14579 | WIRE7/11/16 | | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | 0 | -1321.56 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V0961696 | | 6/6/2025 | 10/10/2025 | 2113.8 | 0 | 0 | 0 | 0 | 2113.8 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V0977129 | | 7/1/2025 | 10/10/2025 | 1433.25 | 0 | 0 | 0 | 0 | 1433.25 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V0985590 | | 7/14/2025 | 10/10/2025 | 1707.11 | 0 | 0 | 0 | 0 | 1707.11 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V0996407 | | 8/1/2025 | 10/10/2025 | 1212.26 | 0 | 0 | 0 | 0 | 1212.26 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1003919 | | 8/12/2025 | 10/11/2025 | 865.16 | 0 | 0 | 0 | 0 | 865.16 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0535321 | | 8/21/2025 | 10/20/2025 | 476.92 | 0 | 0 | 0 | 0 | 476.92 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0535322 | | 8/21/2025 | 10/20/2025 | 475.53 | 0 | 0 | 0 | 0 | 475.53 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | C2341380 | | 8/25/2025 | 10/24/2025 | 19.45 | 0 | 0 | 0 | 0 | 19.45 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1006541 | | 8/25/2025 | 10/24/2025 | 704.17 | 0 | 0 | 0 | 0 | 704.17 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1006540 | | 8/27/2025 | 10/26/2025 | 588.09 | 0 | 0 | 0 | 0 | 588.09 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0535884 | | 8/28/2025 | 10/27/2025 | 87.58 | 0 | 0 | 0 | 0 | 87.58 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0535885 | | 8/28/2025 | 10/27/2025 | 164.07 | 0 | 0 | 0 | 0 | 164.07 | 0 |

| Customer | Acct | Invoice | Date | Due Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Eliason's Discount Tackle Outlet Inc | H14894 | V1008284 | 8/28/2025 | 10/27/2025 | 1345.73 | 0 | 0 | 0 | 1345.73 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1008437 | 9/2/2025 | 11/1/2025 | 570.04 | 0 | 0 | 0 | 570.04 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | L0005440 | 9/16/2025 | 11/15/2025 | 1566.55 | 0 | 0 | 1566.55 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0542602 | 10/6/2025 | 12/5/2025 | 274.24 | 0 | 0 | 274.24 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1025848 | 10/7/2025 | 12/6/2025 | 512.63 | 0 | 0 | 512.63 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0542886 | 10/8/2025 | 12/7/2025 | 551.99 | 0 | 0 | 551.99 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0543089 | 10/9/2025 | 12/8/2025 | 464.53 | 0 | 464.53 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1026456 | 10/9/2025 | 12/8/2025 | 232.61 | 0 | 232.61 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0543367 | 10/13/2025 | 10/13/2025 | -21.28 | 0 | 0 | 0 | -21.28 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | L0005454 | 10/14/2025 | 12/13/2025 | 543.76 | 0 | 543.76 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0543728 | 10/16/2025 | 12/15/2025 | 19 | 0 | 19 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1027752 | 10/16/2025 | 12/15/2025 | 1337.93 | 0 | 1337.93 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | L0005459 | 10/20/2025 | 12/19/2025 | 1552 | 0 | 1552 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | V1028734 | 10/21/2025 | 12/20/2025 | 168.4 | 0 | 168.4 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0544023 | 10/22/2025 | 12/21/2025 | 96.03 | 0 | 96.03 | 0 | 0 | 0 |
| Eliason's Discount Tackle Outlet Inc | H14894 | G0544614 | 10/30/2025 | 10/30/2025 | -102.3 | 0 | 0 | 0 | -102.3 | 0 |
| Garrard Tackle Shop | H15340 | V1008536 | 8/21/2025 | 8/21/2025 | -29.52 | 0 | 0 | 0 | 0 | -29.52 |
| Abernathy S A | H15364 | R2340539 | 2/16/2022 | 3/10/2022 | 14226.99 | 0 | 0 | 0 | 0 | -132.6 |
| Abernathy S A | H15364 | R2549338 | 3/24/2023 | 4/23/2023 | 7040.61 | 0 | 0 | 0 | 0 | -2230.12 |
| Klem Tractor Inc DBA | H15471 | V1026574 | 10/9/2025 | 10/9/2025 | -2.96 | 0 | 0 | 0 | -2.96 | 0 |
| Holly Grove Marina | H15779 | C2220911 | 5/3/2024 | 7/2/2024 | 3595.94 | 0 | 0 | 0 | 0 | -226.67 |
| RNR Marine LLC | H15801 | R2700966 | 2/1/2024 | 2/1/2024 | -84.38 | 0 | 0 | 0 | 0 | -52.11 |
| Old Dutchman Tackle | H15927 | V0949148 | 5/22/2025 | 7/21/2025 | 294.86 | 0 | 0 | 0 | 0 | -294.86 |
| Trader Bills Outdoor Sports Inc | H16033 | N0312376-3 | 2/16/2023 | 7/10/2023 | 6.3 | 0 | 0 | 0 | 0 | -2.94 |
| Mauer's Trading Post | H16079 | C2304684 | 2/21/2025 | 5/22/2025 | 1615 | 0 | 0 | 0 | 0 | 72 |
| Mauer's Trading Post | H16079 | C2306008 | 2/27/2025 | 5/28/2025 | 940.28 | 0 | 0 | 0 | 0 | 57.28 |
| Mauer's Trading Post | H16079 | C2306343 | 2/28/2025 | 5/29/2025 | 591.56 | 0 | 0 | 0 | 0 | 89.56 |
| Mauer's Trading Post | H16079 | C2309602 | 3/14/2025 | 6/12/2025 | 1083.48 | 0 | 0 | 0 | 0 | 1083.48 |
| Mauer's Trading Post | H16079 | C2310556 | 3/19/2025 | 6/17/2025 | 857 | 0 | 0 | 0 | 0 | 857 |
| Mauer's Trading Post | H16079 | V0911811 | 3/31/2025 | 4/30/2025 | 517.4 | 0 | 0 | 0 | 0 | 517.4 |
| Mauer's Trading Post | H16079 | C2314144 | 4/3/2025 | 7/2/2025 | 522 | 0 | 0 | 0 | 0 | 522 |
| Mauer's Trading Post | H16079 | V0919181 | 4/9/2025 | 5/9/2025 | 369.56 | 0 | 0 | 0 | 0 | 369.56 |
| Mauer's Trading Post | H16079 | V0922813-1 | 4/16/2025 | 5/10/2025 | 399.37 | 0 | 0 | 0 | 0 | 399.37 |
| Mauer's Trading Post | H16079 | V0922813-2 | 4/16/2025 | 6/10/2025 | 399.37 | 0 | 0 | 0 | 0 | 399.37 |
| Mauer's Trading Post | H16079 | V0922813-3 | 4/16/2025 | 7/10/2025 | 399.38 | 0 | 0 | 0 | 0 | 399.38 |
| Mauer's Trading Post | H16079 | C2324211 | 5/20/2025 | 8/18/2025 | 1178.33 | 0 | 0 | 0 | 0 | 1178.33 |
| Mauer's Trading Post | H16079 | C2325587 | 5/28/2025 | 8/26/2025 | 574.12 | 0 | 0 | 0 | 0 | 574.12 |
| Mauer's Trading Post | H16079 | V0961474 | 6/5/2025 | 6/5/2025 | -75 | 0 | 0 | 0 | 0 | -75 |
| The Great Outdoors Inc | H16197 | C2340059 | 8/12/2025 | 10/11/2025 | 7366.53 | 0 | 0 | 0 | 7366.53 | 0 |
| The Great Outdoors Inc | H16197 | C2342165 | 9/2/2025 | 11/1/2025 | 727.35 | 0 | 0 | 0 | 727.35 | 0 |
| The Great Outdoors Inc | H16197 | G0537626 | 9/9/2025 | 11/8/2025 | 613.5 | 0 | 0 | 613.5 | 0 | 0 |
| The Great Outdoors Inc | H16197 | V1019862 | 9/19/2025 | 11/18/2025 | 3359.84 | 0 | 3359.84 | 0 | 0 | 0 |
| Butler's Jewelry & Loan LLC | H16298 | G0542983 | 10/9/2025 | 11/10/2025 | 1452 | 0 | 1452 | 0 | 0 | 0 |
| Butler's Jewelry & Loan LLC | H16298 | V1026458 | 10/9/2025 | 11/10/2025 | 1898.07 | 0 | 1898.07 | 0 | 0 | 0 |
| Butler's Jewelry & Loan LLC | H16298 | F2511H16298G | 11/29/2025 | 12/29/2025 | 13.81 | 13.81 | 0 | 0 | 0 | 0 |
| Butler's Jewelry & Loan LLC | H16298 | F2511H16298V | 11/29/2025 | 12/29/2025 | 18.04 | 18.04 | 0 | 0 | 0 | 0 |
| Butler's Jewelry & Loan LLC | H16298 | F2512H16298G | 12/1/2025 | 12/31/2025 | 1.46 | 1.46 | 0 | 0 | 0 | 0 |
| Butler's Jewelry & Loan LLC | H16298 | F2512H16298V | 12/1/2025 | 12/31/2025 | 1.9 | 1.9 | 0 | 0 | 0 | 0 |
| Hook Line & Sinker Inc | H16306 | V0733167 | 7/1/2024 | 8/10/2024 | 579.81 | 0 | 0 | 0 | 0 | -579.81 |
| Tip's Sporting Center, LLC | H16310 | R2739091 | 5/22/2024 | 5/22/2024 | -125 | 0 | 0 | 0 | 0 | -125 |
| Chesapeake Outdoors Inc | H16469 | V0942203 | 5/12/2025 | 6/10/2025 | 601.28 | 0 | 0 | 0 | 0 | -483.9 |
| Chesapeake Outdoors Inc | H16469 | G0522088 | 6/17/2025 | 7/10/2025 | 36.51 | 0 | 0 | 0 | 0 | -26.4 |
| Chesapeake Outdoors Inc | H16469 | V0968088 | 6/17/2025 | 8/16/2025 | 2111.27 | 0 | 0 | 0 | 0 | -1776 |
| Superior Bait & Tackle LLC | H16471 | V0977591 | 7/1/2025 | 8/10/2025 | 2060.52 | 0 | 0 | 0 | 0 | -2012.72 |
| Augusta Cooperative Farm Bureau | H16743 | V1025744 | 10/3/2025 | 11/10/2025 | 117.08 | 0 | 0 | 117.08 | 0 | 0 |
| Augusta Cooperative Farm Bureau | H16743 | G0542554 | 10/6/2025 | 11/10/2025 | 125.1 | 0 | 0 | 125.1 | 0 | 0 |
| Augusta Cooperative Farm Bureau | H16743 | F2511H16743G | 11/29/2025 | 12/29/2025 | 1.18 | 1.18 | 0 | 0 | 0 | 0 |
| Augusta Cooperative Farm Bureau | H16743 | F2511H16743V | 11/29/2025 | 12/29/2025 | 1.12 | 1.12 | 0 | 0 | 0 | 0 |
| Augusta Cooperative Farm Bureau | H16743 | F2512H16743G | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 |
| Augusta Cooperative Farm Bureau | H16743 | F2512H16743V | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 |
| Serious Tackle Equities, LLC | H16851 | V0993411 | 7/30/2025 | 9/10/2025 | 17985.2 | 0 | 0 | 0 | 0 | 17985.2 |
| Serious Tackle Equities, LLC | H16851 | UNSP8566740312900301 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | -20.7 | 0 |
| Yopp Brothers Inc | H17259 | V1030203 | 11/21/2025 | 11/21/2025 | -357.87 | 0 | -357.87 | 0 | 0 | 0 |
| Sunset Provisions, LLC | H17718 | V0780175 | 8/16/2024 | 8/16/2024 | -269.04 | 0 | 0 | 0 | 0 | -269.04 |
| Sunset Provisions, LLC | H17718 | V0887761 | 2/24/2025 | 2/24/2025 | -12.23 | 0 | 0 | 0 | 0 | -12.23 |
| Bob's Bait, LLC | H17913 | C2124019 | 8/21/2023 | 9/20/2023 | 503.01 | 0 | 0 | 0 | 0 | -59.68 |
| Motts Channel Seafood Inc | H17960 | V0968569 | 6/17/2025 | 7/10/2025 | 898.03 | 0 | 0 | 0 | 0 | 898.03 |
| Convenience Stores, Inc. | H18077 | C2328809 | 6/10/2025 | 6/10/2025 | -22.45 | 0 | 0 | 0 | 0 | -22.45 |
| Thomas E. Marsh Jr. T/A | H18211 | V1030228 | 11/25/2025 | 11/25/2025 | -7.98 | 0 | 0 | -7.98 | 0 | 0 |
| No Bones Bait & Tackle | H18649 | V0740212 | 7/3/2024 | 7/3/2024 | -167.52 | 0 | 0 | 0 | 0 | -167.52 |
| Keith Cummings, Inc. DBA | H18651 | V0984962 | 7/14/2025 | 10/12/2025 | 1167.16 | 0 | 0 | 0 | 1167.16 | 0 |
| Keith Cummings, Inc. DBA | H18651 | V1010304 | 9/4/2025 | 10/12/2025 | 9558.72 | 0 | 0 | 0 | 6482.16 | 0 |
| Keith Cummings, Inc. DBA | H18651 | V1027662 | 10/14/2025 | 11/10/2025 | -440.67 | 0 | 0 | 440.67 | 0 | 0 |
| Keith Cummings, Inc. DBA | H18651 | G0543726 | 10/15/2025 | 11/10/2025 | 1039.95 | 0 | 0 | 1039.95 | 0 | 0 |
| Keith Cummings, Inc. DBA | H18651 | F2510H18651G | 10/26/2025 | 11/25/2025 | 3.64 | 0 | 0 | 3.64 | 0 | 0 |
| Keith Cummings, Inc. DBA | H18651 | F2510H18651V | 10/30/2025 | 11/29/2025 | 201.66 | 0 | 0 | 201.66 | 0 | 0 |
| Keith Cummings, Inc. DBA | H18651 | F2511H18651V | 11/16/2025 | 12/16/2025 | 107.44 | 0 | 107.44 | 0 | 0 | 0 |
| Lake Placid Marine Inc | H18714 | V1022232 | 9/18/2025 | 9/18/2025 | -5.16 | 0 | 0 | 0 | 0 | -5.16 |
| Capt Shark's Marine Center | H18875 | UNSPWIRE9/24 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | -786.44 | 0 |
| Oktibbeha County Cooperative | H19376 | V0963067 | 6/9/2025 | 6/9/2025 | -18.71 | 0 | 0 | 0 | 0 | -18.71 |
| Carthage Farm Supply | H19843 | V0853427 | 12/19/2024 | 12/19/2024 | -62.8 | 0 | 0 | 0 | 0 | -6.2 |
| WE Nixon Welding & Hardware Inc | H19905 | C2344744 | 10/3/2025 | 10/3/2025 | -16.53 | 0 | 0 | 0 | 0 | -16.53 |
| Great Parks Of Hamilton County | H20238 | 196633 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | -1245.62 |
| Ocean Crest Pier LLC | H20294 | V0758649 | 7/22/2024 | 7/22/2024 | -72.86 | 0 | 0 | 0 | 0 | -12.22 |
| Ocean Crest Pier LLC | H20294 | V1008288 | 8/27/2025 | 10/10/2025 | 1032.92 | 0 | 0 | 0 | 282.92 | 0 |
| Ocean Crest Pier LLC | H20294 | V1008289 | 8/28/2025 | 10/10/2025 | 1103.19 | 0 | 0 | 0 | 1103.19 | 0 |
| Ocean Crest Pier LLC | H20294 | V1017042 | 9/12/2025 | 10/10/2025 | 1414.28 | 0 | 0 | 0 | 1414.28 | 0 |
| Cudjoe Key Fishing Equipment Sales | H20597 | C2339404 | 8/6/2025 | 9/10/2025 | 24.92 | 0 | 0 | 0 | 0 | 10.16 |
| Cudjoe Key Fishing Equipment Sales | H20597 | C2339848 | 8/11/2025 | 9/10/2025 | 73.95 | 0 | 0 | 0 | 0 | 11.63 |
| Cudjoe Key Fishing Equipment Sales | H20597 | C2340763 | 8/18/2025 | 9/10/2025 | 64.63 | 0 | 0 | 0 | 0 | 23.71 |
| Cudjoe Key Fishing Equipment Sales | H20597 | V1013380 | 9/9/2025 | 10/10/2025 | 6080.13 | 0 | 0 | 0 | 304.01 | 0 |
| Rockport Tackle Town | H20915 | V1016325 | 9/11/2025 | 11/10/2025 | 1875.15 | 0 | 1875.15 | 0 | 0 | 0 |
| Rockport Tackle Town | H20915 | F2511H20915V | 11/29/2025 | 12/29/2025 | 17.83 | 17.83 | 0 | 0 | 0 | 0 |
| Rockport Tackle Town | H20915 | F2512H20915V | 12/1/2025 | 12/31/2025 | 1.88 | 1.88 | 0 | 0 | 0 | 0 |

| Name | Acct | Ref | Date | Date | Amount | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wayne Lee's Grocery & Market Inc | H21130 | R2682832 | 12/6/2023 | 12/6/2023 | -389.01 | 0 | 0 | 0 | 0 | 0 | -254.04 |
| Terry's Seaworthy Marine Supply LLC | H21576 | V0968017 | 6/16/2025 | 7/10/2025 | 2780.97 | 0 | 0 | 0 | 0 | 0 | 2780.97 |
| Terry's Seaworthy Marine Supply LLC | H21576 | F2508H21576V | 8/30/2025 | 9/11/2025 | 33.77 | 0 | 0 | 0 | 0 | 0 | 33.77 |
| Terry's Seaworthy Marine Supply LLC | H21576 | F2509H21576V | 9/29/2025 | 10/29/2025 | 41.7 | 0 | 0 | 0 | 0 | 41.7 | 0 |
| Terry's Seaworthy Marine Supply LLC | H21576 | F2510H21576V | 10/30/2025 | 11/29/2025 | 43.09 | 0 | 0 | 0 | 43.09 | 0 | 0 |
| Terry's Seaworthy Marine Supply LLC | H21576 | F2511H21576V | 11/6/2025 | 12/6/2025 | 9.73 | 0 | 0 | 9.73 | 0 | 0 | 0 |
| Jamie K Outdoors | H21767 | G0522860 | 6/20/2025 | 10/10/2025 | 46.99 | 0 | 0 | 0 | 46.99 | 0 | 0 |
| Jamie K Outdoors | H21767 | V0972387 | 6/20/2025 | 10/10/2025 | 3823.73 | 0 | 0 | 0 | 3823.73 | 0 | 0 |
| Jamie K Outdoors | H21767 | C2343936 | 9/17/2025 | 10/10/2025 | 12.82 | 0 | 0 | 0 | 12.82 | 0 | 0 |
| Jamie K Outdoors | H21767 | G0540725 | 9/19/2025 | 10/10/2025 | 189.38 | 0 | 0 | 0 | 189.38 | 0 | 0 |
| Jamie K Outdoors | H21767 | V1022551 | 9/25/2025 | 11/10/2025 | 1084.68 | 0 | 0 | 1084.68 | 0 | 0 | 0 |
| Erwin Oil Company Inc | H22013 | V1023393 | 9/25/2025 | 11/10/2025 | 1524.05 | 0 | 0 | -130.68 | 0 | 0 | 0 |
| Thayer's Marine, Inc. | H22215 | C2309261 | 3/13/2025 | 4/10/2025 | 112.07 | 0 | 0 | 0 | 0 | 0 | -112.07 |
| Thayer's Marine, Inc. | H22215 | V0899684 | 3/17/2025 | 4/10/2025 | 363.45 | 0 | 0 | 0 | 0 | 0 | -37.87 |
| Bulloch Fertilizer Co Inc | H22500 | V0733559 | 6/26/2024 | 6/26/2024 | -30.76 | 0 | 0 | 0 | 0 | 0 | -9.22 |
| Strike-Zone Fishing, LLC | H22627 | G0542390 | 10/2/2025 | 12/1/2025 | 444.19 | 0 | 0 | 444.19 | 0 | 0 | 0 |
| Blue Water Outriggers | H22661 | G0526726 | 7/7/2025 | 8/10/2025 | 101.45 | 0 | 0 | 0 | 0 | 0 | -89.04 |
| Blue Water Outriggers | H22661 | V0898148 | 8/6/2025 | 8/6/2025 | -328.05 | 0 | 0 | 0 | 0 | 0 | -129.86 |
| Waccamaw Outdoor Supply | H22907 | V0758028 | 7/22/2024 | 11/10/2024 | 36.37 | 0 | 0 | 0 | 0 | 0 | -9.49 |
| Waccamaw Outdoor Supply | H22907 | C2344636 | 10/2/2025 | 11/10/2025 | 6480 | 0 | 0 | 6480 | 0 | 0 | 0 |
| Waccamaw Outdoor Supply | H22907 | V1029570 | 10/31/2025 | 10/31/2025 | -437.68 | 0 | 0 | 0 | -437.68 | 0 | 0 |
| Waccamaw Outdoor Supply | H22907 | F2512H22907C | 12/1/2025 | 12/30/2025 | 6.48 | 3.24 | 0 | 0 | 0 | 0 | 0 |
| Center Shot Archery | H22950 | C2308800 | 3/12/2025 | 4/10/2025 | 741.65 | 0 | 0 | 0 | 0 | 0 | 741.65 |
| Hook Line & Sinker | H22995 | V0839690 | 11/20/2024 | 11/20/2024 | -230.85 | 0 | 0 | 0 | 0 | 0 | -216.76 |
| Salt Water Edge | H23005 | V0944220 | 5/14/2025 | 6/10/2025 | 878.62 | 0 | 0 | 0 | 0 | 0 | -521.6 |
| Salt Water Edge | H23005 | V0959130 | 6/4/2025 | 7/10/2025 | 443.86 | 0 | 0 | 0 | 0 | 0 | -413.94 |
| Salt Water Edge | H23005 | V0964414 | 6/10/2025 | 7/10/2025 | 127.3 | 0 | 0 | 0 | 0 | 0 | -127.3 |
| Salt Water Edge | H23005 | V0996515 | 8/1/2025 | 9/30/2025 | 347.05 | 0 | 0 | 0 | 0 | 0 | -210.48 |
| Salt Water Edge | H23005 | UNSPEFT3/3B | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | 0 | -74.2 | 0 |
| Perry's Country Store & Sport Shop | H23148 | V0959440 | 11/26/2025 | 1/10/2026 | 791.6 | 791.6 | 0 | 0 | 0 | 0 | 0 |
| Hawg Head Marine & Tackle | H23710 | V0894991 | 3/5/2025 | 5/4/2025 | 957.49 | 0 | 0 | 0 | 0 | 0 | -913.3 |
| Naples Marina & Excursions | H23786 | V0995157 | 7/30/2025 | 9/10/2025 | 754.16 | 0 | 0 | 0 | 0 | 0 | 240.83 |
| Naples Marina & Excursions | H23786 | F2509H23786C | 9/29/2025 | 10/29/2025 | 0.71 | 0 | 0 | 0 | 0 | 0.71 | 0 |
| Naples Marina & Excursions | H23786 | F2509H23786V | 9/29/2025 | 10/29/2025 | 5.68 | 0 | 0 | 0 | 0 | 5.68 | 0 |
| Naples Marina & Excursions | H23786 | F2510H23786C | 10/8/2025 | 11/7/2025 | 0.36 | 0 | 0 | 0 | 0.36 | 0 | 0 |
| Naples Marina & Excursions | H23786 | F2510H23786V | 10/8/2025 | 11/7/2025 | 0.72 | 0 | 0 | 0 | 0.72 | 0 | 0 |
| Weaver's Store, Inc. | H24039 | G0544701 | 11/3/2025 | 11/3/2025 | -75.18 | 0 | 0 | 0 | 0 | 0 | -75.18 |
| Kellam's Seafood | H24053 | G0544518 | 10/28/2025 | 12/10/2025 | 226.22 | 0 | 226.22 | 0 | 0 | 0 | 0 |
| Kellam's Seafood | H24053 | V1029423 | 10/28/2025 | 12/10/2025 | 214.74 | 0 | 214.74 | 0 | 0 | 0 | 0 |
| Mountain Harbor Resort | H24470 | V0981569 | 7/7/2025 | 8/10/2025 | 577.96 | 0 | 0 | 0 | 0 | 0 | -560.67 |
| Mountain Harbor Resort | H24470 | V1015047 | 9/4/2025 | 9/4/2025 | -48.07 | 0 | 0 | 0 | 0 | 0 | -48.07 |
| Wink's Sporting Goods | H24479 | C2326319 | 5/30/2025 | 8/28/2025 | 445.39 | 0 | 0 | 0 | 0 | 0 | 445.39 |
| Wink's Sporting Goods | H24479 | C2330042 | 6/16/2025 | 9/14/2025 | 1107.5 | 0 | 0 | 0 | 0 | 0 | 1107.5 |
| Wink's Sporting Goods | H24479 | V0969937 | 6/18/2025 | 11/10/2025 | 347.31 | 0 | 0 | 347.31 | 0 | 0 | 0 |
| Wink's Sporting Goods | H24479 | C2333155 | 6/26/2025 | 9/24/2025 | 543.08 | 0 | 0 | 0 | 0 | 0 | 543.08 |
| Wink's Sporting Goods | H24479 | V0974736 | 6/26/2025 | 8/25/2025 | 2958.93 | 0 | 0 | 0 | 0 | 0 | 2958.93 |
| Wink's Sporting Goods | H24479 | V0977466 | 7/1/2025 | 8/30/2025 | 810.53 | 0 | 0 | 0 | 0 | 0 | 810.53 |
| Wink's Sporting Goods | H24479 | G0534076 | 8/11/2025 | 9/10/2025 | 213.4 | 0 | 0 | 0 | 0 | 0 | 213.4 |
| Wink's Sporting Goods | H24479 | V1003349 | 8/11/2025 | 9/10/2025 | 408.27 | 0 | 0 | 0 | 0 | 0 | 408.27 |
| Tackle Service Center | H24523 | C2281482-3 | 11/8/2024 | 7/10/2025 | 90.47 | 0 | 0 | 0 | 0 | 0 | 90.47 |
| Tackle Service Center | H24523 | C2282124-3 | 11/12/2024 | 7/10/2025 | 117.57 | 0 | 0 | 0 | 0 | 0 | 117.57 |
| Tackle Service Center | H24523 | C2306756 | 3/4/2025 | 9/10/2025 | 1722.64 | 0 | 0 | 0 | 0 | 0 | 1722.64 |
| Tackle Service Center | H24523 | V0893498 | 3/6/2025 | 9/10/2025 | 1262.76 | 0 | 0 | 0 | 0 | 0 | 1262.76 |
| Tackle Service Center | H24523 | C2326116 | 5/29/2025 | 7/10/2025 | 656.63 | 0 | 0 | 0 | 0 | 0 | 656.63 |
| Tackle Service Center | H24523 | C2334182 | 7/1/2025 | 8/10/2025 | 624.79 | 0 | 0 | 0 | 0 | 0 | 624.79 |
| Tackle Service Center | H24523 | G0525814 | 7/1/2025 | 8/10/2025 | 24.93 | 0 | 0 | 0 | 0 | 0 | 24.93 |
| Tackle Service Center | H24523 | V0978928 | 7/2/2025 | 8/10/2025 | 276.4 | 0 | 0 | 0 | 0 | 0 | 276.4 |
| Tackle Service Center | H24523 | G0541745 | 9/26/2025 | 11/10/2025 | 178.22 | 0 | 0 | 178.22 | 0 | 0 | 0 |
| The Tackle Box | H24690 | V0893623 | 3/5/2025 | 9/10/2025 | 2223.52 | 0 | 0 | 0 | 0 | 0 | 2223.52 |
| The Tackle Box | H24690 | V0912028 | 3/31/2025 | 9/10/2025 | 5176.08 | 0 | 0 | 0 | 0 | 0 | 5176.08 |
| The Tackle Box | H24690 | V0922284 | 4/14/2025 | 9/10/2025 | 1657.12 | 0 | 0 | 0 | 0 | 0 | 1657.12 |
| The Tackle Box | H24690 | V0979177 | 7/2/2025 | 8/10/2025 | 584.02 | 0 | 0 | 0 | 0 | 0 | 584.02 |
| The Tackle Box | H24690 | K0008920 | 7/28/2025 | 9/10/2025 | 350.54 | 0 | 0 | 0 | 0 | 0 | 350.54 |
| The Tackle Box | H24690 | K0008922 | 8/4/2025 | 9/10/2025 | 1426.68 | 0 | 0 | 0 | 0 | 0 | 1426.68 |
| The Tackle Box | H24690 | V0997435 | 8/6/2025 | 9/10/2025 | 405.06 | 0 | 0 | 0 | 0 | 0 | 405.06 |
| Northwoods Outfitters | H24825 | V0887412-2 | 2/25/2025 | 6/10/2025 | 936.75 | 0 | 0 | 0 | 0 | 0 | -391.46 |
| B & B Lures Tackle Shop | H24942 | C2343726 | 9/16/2025 | 10/16/2025 | 360.67 | 0 | 0 | 0 | 360.67 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1018122 | 9/16/2025 | 10/16/2025 | 710.37 | 0 | 0 | 0 | 710.37 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540005 | 9/18/2025 | 10/18/2025 | 301.6 | 0 | 0 | 0 | 301.6 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540006 | 9/18/2025 | 10/18/2025 | 1035.47 | 0 | 0 | 0 | 1035.47 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1019759 | 9/18/2025 | 10/18/2025 | 845.44 | 0 | 0 | 0 | 845.44 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540731 | 9/19/2025 | 10/19/2025 | 661.85 | 0 | 0 | 0 | 661.85 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540730 | 9/19/2025 | 10/19/2025 | 951.34 | 0 | 0 | 0 | 951.34 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540731 | 9/19/2025 | 10/19/2025 | 218.05 | 0 | 0 | 0 | 218.05 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1019758 | 9/19/2025 | 10/19/2025 | 1171.46 | 0 | 0 | 0 | 1171.46 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1019763 | 9/19/2025 | 10/19/2025 | 437.68 | 0 | 0 | 0 | 437.68 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | C2344379 | 9/22/2025 | 10/22/2025 | 27.11 | 0 | 0 | 0 | 27.11 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540846 | 9/22/2025 | 10/22/2025 | 961.86 | 0 | 0 | 0 | 961.86 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540908 | 9/22/2025 | 10/22/2025 | 482.38 | 0 | 0 | 0 | 482.38 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | G0540972 | 9/22/2025 | 10/22/2025 | 633.72 | 0 | 0 | 0 | 633.72 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1019760 | 9/22/2025 | 10/22/2025 | 1039.8 | 0 | 0 | 0 | 1039.8 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1019761 | 9/22/2025 | 10/22/2025 | 922.34 | 0 | 0 | 0 | 922.34 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1019762 | 9/22/2025 | 10/22/2025 | 746.97 | 0 | 0 | 0 | 746.97 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | C2344169 | 9/23/2025 | 10/23/2025 | 2446.14 | 0 | 0 | 0 | 2446.14 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | C2344179 | 9/23/2025 | 10/23/2025 | 1262.25 | 0 | 0 | 0 | 1262.25 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022290 | 9/23/2025 | 10/23/2025 | 309.82 | 0 | 0 | 0 | 309.82 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022292 | 9/23/2025 | 10/23/2025 | 495.64 | 0 | 0 | 0 | 495.64 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022114 | 9/24/2025 | 10/24/2025 | 1455.58 | 0 | 0 | 0 | 1455.58 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022288 | 9/24/2025 | 10/24/2025 | 516.3 | 0 | 0 | 0 | 516.3 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022289 | 9/24/2025 | 10/24/2025 | 513.21 | 0 | 0 | 0 | 513.21 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022291 | 9/24/2025 | 10/24/2025 | 520.77 | 0 | 0 | 0 | 520.77 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022553 | 9/25/2025 | 10/25/2025 | 768.44 | 0 | 0 | 0 | 768.44 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022614 | 9/25/2025 | 10/25/2025 | 778.83 | 0 | 0 | 0 | 778.83 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | C2344314 | 9/26/2025 | 10/26/2025 | 1032.5 | 0 | 0 | 0 | 1032.5 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B & B Lures Tackle Shop | H24942 | G0541746 | 9/26/2025 | 10/26/2025 | 697.95 | 0 | 0 | 0 | 697.95 | 0 |
| B & B Lures Tackle Shop | H24942 | V1022554 | 9/26/2025 | 10/26/2025 | 501.07 | 0 | 0 | 0 | 501.07 | 0 |
| B & B Lures Tackle Shop | H24942 | C2344453 | 9/29/2025 | 10/29/2025 | 189.24 | 0 | 0 | 0 | 189.24 | 0 |
| B & B Lures Tackle Shop | H24942 | V1024220 | 9/30/2025 | 10/30/2025 | 1312.84 | 0 | 0 | 0 | 1312.84 | 0 |
| B & B Lures Tackle Shop | H24942 | C2344595 | 10/1/2025 | 10/31/2025 | 62.62 | 0 | 0 | 0 | 62.62 | 0 |
| B & B Lures Tackle Shop | H24942 | C2344685 | 10/2/2025 | 11/1/2025 | 21.02 | 0 | 0 | 0 | 21.02 | 0 |
| B & B Lures Tackle Shop | H24942 | G0542360 | 10/2/2025 | 11/1/2025 | 699.94 | 0 | 0 | 0 | 699.94 | 0 |
| B & B Lures Tackle Shop | H24942 | G0542424 | 10/2/2025 | 11/1/2025 | 1224.81 | 0 | 0 | 0 | 1224.81 | 0 |
| B & B Lures Tackle Shop | H24942 | V1024964 | 10/2/2025 | 11/1/2025 | 576.22 | 0 | 0 | 0 | 576.22 | 0 |
| B & B Lures Tackle Shop | H24942 | G0544030 | 10/22/2025 | 11/21/2025 | 572.31 | 0 | 0 | 572.31 | 0 | 0 |
| B & B Lures Tackle Shop | H24942 | C1028740 | 10/22/2025 | 11/21/2025 | 886.47 | 0 | 0 | 886.47 | 0 | 0 |
| Youngs Sporting Goods LLC | H25453 | C2345069 | 10/10/2025 | 10/10/2025 | -61.57 | 0 | 0 | 0 | -61.57 | 0 |
| Youngs Sporting Goods LLC | H25453 | C2345070 | 10/10/2025 | 10/10/2025 | -61.57 | 0 | 0 | 0 | -61.57 | 0 |
| Monroe Canal Marina | H25614 | G0543770 | 10/16/2025 | 11/10/2025 | 1081 | 0 | 0 | 1081 | 0 | 0 |
| Monroe Canal Marina | H25614 | V1027790 | 10/21/2025 | 11/10/2025 | 5037.11 | 0 | 0 | 5037.11 | 0 | 0 |
| Monroe Canal Marina | H25614 | F2511H25614G | 11/29/2025 | 12/29/2025 | 10.27 | 10.27 | 0 | 0 | 0 | 0 |
| Monroe Canal Marina | H25614 | F2511H25614V | 11/29/2025 | 12/29/2025 | 47.86 | 47.86 | 0 | 0 | 0 | 0 |
| Monroe Canal Marina | H25614 | F2512H25614G | 12/1/2025 | 12/31/2025 | 1.08 | 1.08 | 0 | 0 | 0 | 0 |
| Monroe Canal Marina | H25614 | F2512H25614V | 12/1/2025 | 12/31/2025 | 5.04 | 5.04 | 0 | 0 | 0 | 0 |
| Oak Island Sporting Goods, Inc. | H25639 | V1029982 | 11/10/2025 | 11/10/2025 | -312.94 | 0 | 0 | -312.94 | 0 | 0 |
| Friendly Bass And Buck Shop LLC | H25692 | V0801692 | 9/19/2024 | 10/10/2024 | 314.65 | 0 | 0 | 0 | 0 | -171.66 |
| Friendly Bass And Buck Shop LLC | H25692 | V0812711 | 10/4/2024 | 11/10/2024 | 447.21 | 0 | 0 | 0 | 0 | -313.37 |
| Friendly Bass And Buck Shop LLC | H25692 | V0874492 | 2/6/2025 | 3/10/2025 | 789.32 | 0 | 0 | 0 | 0 | -542.7 |
| Jewelry & Pawn Shop Of Greenwood | H25840 | 5438ADJ | 8/7/2024 | 8/7/2024 | | 0 | 0 | 0 | 0 | -1347.1 |
| Atlantic Bait & Tackle, Inc. | H25919 | V1008535 | 8/21/2025 | 8/21/2025 | -64.5 | 0 | 0 | 0 | 0 | -64.5 |
| Saco Bay Tackle | H26011 | V1019770 | 9/22/2025 | 10/22/2025 | 1604.37 | 0 | 0 | 0 | 1604.37 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V0904800 | 3/21/2025 | 9/10/2025 | 7107.89 | 0 | 0 | 0 | 0 | 7107.89 |
| Pawleys Island Outdoors Inc | H27075 | V0917484 | 4/8/2025 | 9/10/2025 | 4030.57 | 0 | 0 | 0 | 0 | 4030.57 |
| Pawleys Island Outdoors Inc | H27075 | C2330602 | 6/17/2025 | 10/10/2025 | 35.43 | 0 | 0 | 0 | 35.43 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0522128 | 6/18/2025 | 10/10/2025 | 64.34 | 0 | 0 | 0 | 64.34 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V0968285 | 6/18/2025 | 11/10/2025 | 9507.07 | 0 | 0 | 9507.07 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V0969851 | 6/19/2025 | 10/10/2025 | 2005.08 | 0 | 0 | 0 | 2005.08 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V0974219 | 6/24/2025 | 11/10/2025 | 209.39 | 0 | 0 | 209.39 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0524661 | 6/27/2025 | 11/10/2025 | 136.42 | 0 | 0 | 136.42 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0528471 | 7/14/2025 | 10/10/2025 | 137.12 | 0 | 0 | 0 | 137.12 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V0985295 | 7/14/2025 | 10/10/2025 | 2244.37 | 0 | 0 | 0 | 2244.37 | 0 |
| Pawleys Island Outdoors Inc | H27075 | C2339697 | 8/8/2025 | 10/10/2025 | 155.64 | 0 | 0 | 0 | 155.64 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0533977 | 8/8/2025 | 10/10/2025 | 201.15 | 0 | 0 | 0 | 201.15 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1003122 | 8/11/2025 | 10/10/2025 | 4120.96 | 0 | 0 | 4120.96 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1004351 | 8/13/2025 | 9/10/2025 | 2251.76 | 0 | 0 | 0 | 0 | 2251.76 |
| Pawleys Island Outdoors Inc | H27075 | C2341650 | 8/28/2025 | 10/10/2025 | 421.93 | 0 | 0 | 0 | 421.93 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0536764 | 9/4/2025 | 10/10/2025 | 480.79 | 0 | 0 | 0 | 480.79 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1011794 | 9/5/2025 | 10/10/2025 | 1721.63 | 0 | 0 | 0 | 1721.63 | 0 |
| Pawleys Island Outdoors Inc | H27075 | C2343055 | 9/10/2025 | 10/10/2025 | 88.05 | 0 | 0 | 0 | 88.05 | 0 |
| Pawleys Island Outdoors Inc | H27075 | C2343688 | 9/15/2025 | 10/10/2025 | 136.45 | 0 | 0 | 0 | 136.45 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0539818 | 9/16/2025 | 10/10/2025 | 1299.97 | 0 | 0 | 0 | 1299.97 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1017966 | 9/16/2025 | 10/10/2025 | 1331.05 | 0 | 0 | 0 | 1331.05 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0539930 | 9/17/2025 | 10/10/2025 | 250.99 | 0 | 0 | 0 | 250.99 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1019772 | 9/18/2025 | 10/10/2025 | 1112.5 | 0 | 0 | 0 | 1112.5 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0540732 | 9/19/2025 | 10/10/2025 | 1147.35 | 0 | 0 | 0 | 1147.35 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1022294 | 9/23/2025 | 10/10/2025 | 435.83 | 0 | 0 | 0 | 435.83 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0541631 | 9/24/2025 | 10/10/2025 | 547.93 | 0 | 0 | 0 | 547.93 | 0 |
| Pawleys Island Outdoors Inc | H27075 | C2344260 | 9/25/2025 | 11/10/2025 | 290.37 | 0 | 0 | 290.37 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1022555 | 9/25/2025 | 11/10/2025 | 1129.01 | 0 | 0 | 1129.01 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1023619 | 9/26/2025 | 11/10/2025 | 1240.51 | 0 | 0 | 1240.51 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0541794 | 9/29/2025 | 11/10/2025 | 425.98 | 0 | 0 | 425.98 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1024221 | 9/29/2025 | 11/10/2025 | 1185.12 | 0 | 0 | 1185.12 | 0 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1024706 | 9/30/2025 | 9/30/2025 | -126.74 | 0 | 0 | 0 | 0 | -126.74 |
| Pawleys Island Outdoors Inc | H27075 | G0542425 | 10/2/2025 | 11/10/2025 | 215.58 | 0 | 0 | 0 | 215.58 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1025472 | 10/2/2025 | 11/10/2025 | 830.92 | 0 | 0 | 0 | 830.92 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1025550 | 10/2/2025 | 11/10/2025 | 185.5 | 0 | 0 | 0 | 185.5 | 0 |
| Pawleys Island Outdoors Inc | H27075 | C2344877 | 10/7/2025 | 11/10/2025 | 33.68 | 0 | 0 | 0 | 33.68 | 0 |
| Pawleys Island Outdoors Inc | H27075 | G0542694 | 10/7/2025 | 11/10/2025 | 281.53 | 0 | 0 | 0 | 281.53 | 0 |
| Pawleys Island Outdoors Inc | H27075 | V1025969 | 10/7/2025 | 11/10/2025 | 807.78 | 0 | 0 | 0 | 807.78 | 0 |
| Mike's Marine Repair, Inc. | H27122 | V0111996 | 4/16/2024 | 4/16/2024 | -89.02 | 0 | 0 | 0 | 0 | -89.02 |
| Mike's Marine Repair, Inc. | H27122 | V0235306 | 4/16/2024 | 4/16/2024 | -89.02 | 0 | 0 | 0 | 0 | -89.02 |
| Haddrell's Point Tackle Ashley T/A | H27126 | V1018125 | 9/16/2025 | 12/15/2025 | 331.82 | 0 | 331.82 | 0 | 0 | 0 |
| Cherry Grove Resort Operations LLC | H27180 | C2338340 | 7/29/2025 | 9/10/2025 | 307.31 | 0 | 0 | 0 | 0 | 307.31 |
| Cherry Grove Resort Operations LLC | H27180 | V0995510 | 7/31/2025 | 9/29/2025 | 267.89 | 0 | 0 | 0 | 267.89 | 0 |
| Cherry Grove Resort Operations LLC | H27180 | C2340146 | 8/12/2025 | 9/10/2025 | 542.46 | 0 | 0 | 0 | 542.46 | 0 |
| Cherry Grove Resort Operations LLC | H27180 | V1004543 | 8/12/2025 | 8/12/2025 | -167.04 | 0 | 0 | 0 | 0 | -9.67 |
| Cherry Grove Resort Operations LLC | H27180 | V1004429 | 8/13/2025 | 9/10/2025 | 3458.62 | 0 | 0 | 0 | 0 | 3458.62 |
| Cherry Grove Resort Operations LLC | H27180 | F2509H27180C | 8/30/2025 | 9/29/2025 | 5.97 | 0 | 0 | 0 | 0 | 5.97 |
| Cherry Grove Resort Operations LLC | H27180 | F2509H27180C | 9/29/2025 | 10/29/2025 | 9.55 | 0 | 0 | 0 | 9.55 | 0 |
| Cherry Grove Resort Operations LLC | H27180 | F2509H27180V | 9/29/2025 | 10/29/2025 | 32.81 | 0 | 0 | 0 | 32.81 | 0 |
| Cherry Grove Resort Operations LLC | H27180 | F2510H27180C | 10/12/2025 | 11/11/2025 | 5.46 | 0 | 0 | 5.46 | 0 | 0 |
| Cherry Grove Resort Operations LLC | H27180 | F2510H27180V | 10/12/2025 | 11/11/2025 | 22.36 | 0 | 0 | 22.36 | 0 | 0 |
| Garden State Bow & Reel | H27557 | R2518287-1 | 1/20/2023 | 5/10/2023 | 6765.18 | 0 | 0 | 0 | 0 | 1470.85 |
| Garden State Bow & Reel | H27557 | R2715001-1 | 3/12/2024 | 5/10/2024 | 116.12 | 0 | 0 | 0 | 0 | 116.12 |
| Garden State Bow & Reel | H27557 | R2739156 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | -250 |
| Garden State Bow & Reel | H27557 | V0877375-1 | 2/28/2025 | 5/10/2025 | 353.79 | 0 | 0 | 0 | 0 | 353.79 |
| Garden State Bow & Reel | H27557 | V0877375-2 | 2/28/2025 | 6/10/2025 | 353.79 | 0 | 0 | 0 | 0 | 353.79 |
| Garden State Bow & Reel | H27557 | V0877375-3 | 2/28/2025 | 7/10/2025 | 353.78 | 0 | 0 | 0 | 0 | 353.78 |
| Garden State Bow & Reel | H27557 | V0893068-1 | 3/3/2025 | 5/10/2025 | 34.57 | 0 | 0 | 0 | 0 | 34.57 |
| Garden State Bow & Reel | H27557 | V0893068-2 | 3/3/2025 | 6/10/2025 | 34.57 | 0 | 0 | 0 | 0 | 34.57 |
| Garden State Bow & Reel | H27557 | V0893068-3 | 3/3/2025 | 7/10/2025 | 34.58 | 0 | 0 | 0 | 0 | 34.58 |
| Garden State Bow & Reel | H27557 | V0942002-1 | 5/12/2025 | 6/10/2025 | 142.07 | 0 | 0 | 0 | 0 | 22.5 |
| Garden State Bow & Reel | H27557 | V0942002-2 | 5/12/2025 | 6/10/2025 | 142.07 | 0 | 0 | 0 | 0 | 22.5 |
| Garden State Bow & Reel | H27557 | V0961648 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Kevin C Sawyer | H27669 | V0892434 | 2/28/2025 | 4/10/2025 | 2711.72 | 0 | 0 | 0 | 0 | 2711.72 |
| Kevin C Sawyer | H27669 | F2504H27669V | 4/29/2025 | 5/17/2025 | 26.86 | 0 | 0 | 0 | 0 | 25.78 |
| Kevin C Sawyer | H27669 | F2505H27669V | 5/30/2025 | 6/29/2025 | 42.16 | 0 | 0 | 0 | 0 | 42.16 |
| Kevin C Sawyer | H27669 | F2506H27669V | 6/29/2025 | 7/29/2025 | 40.8 | 0 | 0 | 0 | 0 | 40.8 |
| Kevin C Sawyer | H27669 | F2507H27669V | 7/28/2025 | 8/27/2025 | 39.44 | 0 | 0 | 0 | 0 | 39.44 |

| Customer | Acct | Reference | Date | Due | Amount | B1 | B2 | B3 | B4 | B5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Holly Springs Country Store Inc | H27879 | R2709829 | 2/28/2024 | 4/10/2024 | 1387.57 | 0 | 0 | 0 | 0 | -207.65 |
| Holly Springs Country Store Inc | H27879 | V0631901 | 3/13/2024 | 4/10/2024 | 881.7 | 0 | 0 | 0 | 0 | -723.82 |
| Rick's Sporting Goods | H27880 | V0948883 | 5/20/2025 | 5/20/2025 | -6 | 0 | 0 | 0 | 0 | -6 |
| JB & T LLC | H27928 | 00274984 | 4/11/2023 | 4/11/2023 | -36 | 0 | 0 | 0 | 0 | -36 |
| Pesqueros Sport | H28077 | G0520165 | 6/10/2025 | 7/10/2025 | 291.71 | 0 | 0 | 0 | 0 | 158.91 |
| The Lamb Outdoors Group, LLC T/A | H28086 | V1027789 | 10/15/2025 | 10/15/2025 | -717.9 | 0 | 0 | 0 | -717.9 | 0 |
| Corolla Bait & Tackle #2 | H28094 | V1010307 | 9/4/2025 | 10/10/2025 | 17446.85 | 0 | 0 | 0 | 9843.5 | 0 |
| Corolla Bait & Tackle #2 | H28094 | F2510H28094V | 10/30/2025 | 11/29/2025 | 228.42 | 0 | 228.42 | 0 | 0 | |
| Corolla Bait & Tackle #2 | H28094 | F2511H28094V | 11/16/2025 | 12/16/2025 | 126.14 | 126.14 | 0 | 0 | 0 | 0 |
| RJ Pope, Inc. | H28112 | V0954391 | 5/29/2025 | 7/10/2025 | 1112.21 | 0 | 0 | 0 | 0 | 1112.21 |
| RJ Pope, Inc. | H28112 | F2507H28112V | 7/30/2025 | 8/29/2025 | 11.15 | 0 | 0 | 0 | 0 | 11.15 |
| RJ Pope, Inc. | H28112 | F2508H28112V | 8/30/2025 | 9/29/2025 | 17.36 | 0 | 0 | 0 | 0 | 17.36 |
| RJ Pope, Inc. | H28112 | F2509H28112V | 9/29/2025 | 10/29/2025 | 16.8 | 0 | 0 | 0 | 16.8 | 0 |
| RJ Pope, Inc. | H28112 | F2510H28112V | 10/30/2025 | 11/29/2025 | 17.36 | 0 | 0 | 0 | 17.36 | 0 |
| RJ Pope, Inc. | H28112 | F2511H28112V | 11/29/2025 | 12/29/2025 | 16.8 | 16.8 | 0 | 0 | 0 | 0 |
| RJ Pope, Inc. | H28112 | F2512H28112V | 11/30/2025 | 12/30/2025 | 0.56 | 0.56 | 0 | 0 | 0 | 0 |
| J & B Venturers T/A | H28122 | C1948351 | 6/10/2022 | 7/10/2022 | 1429.19 | 0 | 0 | 0 | 0 | -1425.53 |
| J & B Venturers T/A | H28122 | C2033568 | 1/16/2023 | 1/16/2023 | -31.14 | 0 | 0 | 0 | 0 | -31.14 |
| J & B Venturers T/A | H28122 | V1006277 | 8/22/2025 | 9/10/2025 | 1225.57 | 0 | 0 | 0 | 0 | -56.94 |
| Gulf To Bay Bait & Tackle Shop LLC | H28128 | G0544866 | 11/7/2025 | 11/7/2025 | -102.71 | 0 | 0 | 0 | -102.71 | 0 |
| Percy Tackle Inc | H28144 | V0854083 | 12/26/2024 | 6/10/2025 | 348.23 | 0 | 0 | 0 | 0 | -164.65 |
| Mefcor Inc T/A | H28233 | R2722194 | 3/29/2024 | 3/29/2024 | -64.97 | 0 | 0 | 0 | 0 | -64.97 |
| K & V Grocery | H28262 | V0869416-3 | 1/31/2025 | 7/10/2025 | 1187.1 | 0 | 0 | 0 | 0 | 55.4 |
| K & V Grocery | H28262 | V0876802-3 | 2/12/2025 | 7/10/2025 | 264.7 | 0 | 0 | 0 | 0 | 264.7 |
| K & V Grocery | H28262 | V0911756-3 | 3/31/2025 | 7/10/2025 | 214.3 | 0 | 0 | 0 | 0 | 214.3 |
| K & V Grocery | H28262 | V0922784-3 | 4/16/2025 | 7/10/2025 | 318.28 | 0 | 0 | 0 | 0 | 318.28 |
| K & V Grocery | H28262 | V0931043-3 | 4/24/2025 | 7/10/2025 | 169.75 | 0 | 0 | 0 | 0 | 169.75 |
| K & V Grocery | H28262 | V0964446 | 6/12/2025 | 7/10/2025 | 621.79 | 0 | 0 | 0 | 0 | 621.79 |
| K & V Grocery | H28262 | V0973132 | 6/25/2025 | 8/10/2025 | 587.7 | 0 | 0 | 0 | 0 | 587.7 |
| K & V Grocery | H28262 | F2506H28262V | 6/29/2025 | 7/29/2025 | 48.5 | 0 | 0 | 0 | 0 | 48.5 |
| K & V Grocery | H28262 | F2507H28262V | 7/30/2025 | 8/29/2025 | 79.68 | 0 | 0 | 0 | 0 | 79.68 |
| K & V Grocery | H28262 | V0995501 | 7/31/2025 | 9/29/2025 | 277.41 | 0 | 0 | 0 | 0 | 277.41 |
| K & V Grocery | H28262 | F2508H28262V | 8/30/2025 | 9/29/2025 | 77.67 | 0 | 0 | 0 | 0 | 77.67 |
| K & V Grocery | H28262 | F2509H28262V | 9/29/2025 | 10/29/2025 | 58.72 | 0 | 0 | 0 | 58.72 | 0 |
| K & V Grocery | H28262 | F2510H28262V | 10/2/2025 | 11/1/2025 | 4.71 | 0 | 0 | 0 | 4.71 | 0 |
| Anna Point Marina LLC | H28356 | R2718899 | 3/22/2024 | 5/21/2024 | 4472.3 | 0 | 0 | 0 | 0 | -974.17 |
| Anna Point Marina LLC | H28356 | R2727141 | 4/15/2024 | 5/10/2024 | 197.11 | 0 | 0 | 0 | 0 | -222 |
| Anna Point Marina LLC | H28356 | V0661664 | 4/16/2024 | 4/16/2024 | 20.45 | 0 | 0 | 0 | 0 | -94.66 |
| Anna Point Marina LLC | H28356 | R2735252 | 5/8/2024 | 6/10/2024 | 20.45 | 0 | 0 | 0 | 0 | -11 |
| Anna Point Marina LLC | H28356 | R2735391 | 5/8/2024 | 5/8/2024 | -2.41 | 0 | 0 | 0 | 0 | -2.41 |
| Anna Point Marina LLC | H28356 | R2737060 | 5/14/2024 | 6/10/2024 | 145.6 | 0 | 0 | 0 | 0 | -107.79 |
| Anna Point Marina LLC | H28356 | R2738492 | 5/21/2024 | 6/10/2024 | 117.85 | 0 | 0 | 0 | 0 | -108.4 |
| Anna Point Marina LLC | H28356 | V0691811 | 5/21/2024 | 6/10/2024 | 36.72 | 0 | 0 | 0 | 0 | -7.59 |
| Anna Point Marina LLC | H28356 | V0701505 | 5/30/2024 | 5/30/2024 | -9.26 | 0 | 0 | 0 | 0 | -9.26 |
| Anna Point Marina LLC | H28356 | V0727539 | 6/20/2024 | 6/20/2024 | -30.97 | 0 | 0 | 0 | 0 | -10.37 |
| Anna Point Marina LLC | H28356 | V0740216 | 7/3/2024 | 7/3/2024 | -11.79 | 0 | 0 | 0 | 0 | -11.79 |
| Anna Point Marina LLC | H28356 | V0740218 | 7/3/2024 | 7/3/2024 | -12.14 | 0 | 0 | 0 | 0 | -12.14 |
| Anna Point Marina LLC | H28356 | V0749791 | 7/12/2024 | 7/12/2024 | -21.3 | 0 | 0 | 0 | 0 | -21.3 |
| Anna Point Marina LLC | H28356 | V0797780 | 9/12/2024 | 9/12/2024 | -49.08 | 0 | 0 | 0 | 0 | -49.08 |
| Anna Point Marina LLC | H28356 | V0810986 | 9/30/2024 | 9/30/2024 | -196.32 | 0 | 0 | 0 | 0 | -196.32 |
| Anna Point Marina LLC | H28356 | V0970251 | 6/18/2025 | 6/18/2025 | -101.4 | 0 | 0 | 0 | 0 | -101.4 |
| Anna Point Marina LLC | H28356 | V0997176 | 8/5/2025 | 9/10/2025 | 31.04 | 0 | 0 | 0 | 0 | -14.1 |
| Anna Point Marina LLC | H28356 | V1030067 | 11/12/2025 | 11/12/2025 | -53.89 | 0 | 0 | 0 | -53.89 | 0 |
| Fish Tales Bait N Tackle | H28464 | V0821819 | 10/21/2024 | 6/10/2025 | 3510.71 | 0 | 0 | 0 | 0 | 2350 |
| Fish Tales Bait N Tackle | H28464 | V0833775 | 11/11/2024 | 6/10/2025 | 404.17 | 0 | 0 | 0 | 0 | 404.17 |
| Fish Tales Bait N Tackle | H28464 | V0867529-2 | 1/28/2025 | 6/10/2025 | 2844.49 | 0 | 0 | 0 | 0 | 2844.49 |
| Fish Tales Bait N Tackle | H28464 | V0867529-3 | 1/28/2025 | 7/10/2025 | 2844.49 | 0 | 0 | 0 | 0 | 2844.49 |
| Fish Tales Bait N Tackle | H28464 | V0887595-2 | 2/27/2025 | 6/10/2025 | 589.37 | 0 | 0 | 0 | 0 | 589.37 |
| Fish Tales Bait N Tackle | H28464 | V0887595-3 | 2/27/2025 | 7/10/2025 | 589.36 | 0 | 0 | 0 | 0 | 589.36 |
| Fish Tales Bait N Tackle | H28464 | V0899992-2 | 3/17/2025 | 6/10/2025 | 515.57 | 0 | 0 | 0 | 0 | 515.57 |
| Fish Tales Bait N Tackle | H28464 | V0899992-3 | 3/17/2025 | 7/10/2025 | 515.56 | 0 | 0 | 0 | 0 | 515.56 |
| Fish Tales Bait N Tackle | H28464 | V0911757-3 | 3/31/2025 | 7/10/2025 | 197.83 | 0 | 0 | 0 | 0 | 197.83 |
| Fish Tales Bait N Tackle | H28464 | V0930061-3 | 4/24/2025 | 7/10/2025 | 139.15 | 0 | 0 | 0 | 0 | 139.15 |
| Fish Tales Bait N Tackle | H28464 | V0941519 | 5/9/2025 | 5/9/2025 | -44.37 | 0 | 0 | 0 | 0 | -44.37 |
| Fish Tales Bait N Tackle | H28464 | V0949160-3 | 5/21/2025 | 7/10/2025 | 123.83 | 0 | 0 | 0 | 0 | 123.83 |
| Fish Tales Bait N Tackle | H28464 | F2506H28464V | 6/29/2025 | 7/29/2025 | 106.82 | 0 | 0 | 0 | 0 | 106.82 |
| Fish Tales Bait N Tackle | H28464 | F2507H28464V | 7/30/2025 | 8/29/2025 | 177.41 | 0 | 0 | 0 | 0 | 177.41 |
| Fish Tales Bait N Tackle | H28464 | F2508H28464V | 8/30/2025 | 9/29/2025 | 188.16 | 0 | 0 | 0 | 0 | 188.16 |
| Fish Tales Bait N Tackle | H28464 | F2509H28464V | 9/29/2025 | 10/29/2025 | 173.9 | 0 | 0 | 0 | 173.9 | 0 |
| Fish Tales Bait N Tackle | H28464 | F2510H28464V | 10/5/2025 | 11/4/2025 | 34.56 | 0 | 0 | 0 | 34.56 | 0 |
| DDP, Inc. | H28538 | V1026294 | 10/7/2025 | 10/7/2025 | -148.68 | 0 | 0 | 0 | 0 | -148.68 |
| DDP, Inc. | H28538 | UNSP50668 | 10/23/2025 | 10/23/2025 | 0 | 0 | 0 | 0 | -1163.4 | 0 |
| Ed Allen's Boats & Bait, LLC | H28542 | F2507H28542V | 7/27/2025 | 8/26/2025 | 13.37 | 0 | 0 | 0 | 0 | 13.37 |
| Ed Allen's Boats & Bait, LLC | H28542 | V1015031 | 9/4/2025 | 10/10/2025 | 89.53 | 0 | 0 | 0 | 89.53 | 0 |
| Ed Allen's Boats & Bait, LLC | H28542 | V1022030 | 9/24/2025 | 10/10/2025 | 71.73 | 0 | 0 | 0 | 0 | 71.73 |
| Ed Allen's Boats & Bait, LLC | H28542 | F2510H28542V | 10/30/2025 | 11/29/2025 | 1.61 | 0 | 0 | 0 | 1.61 | 0 |
| Ed Allen's Boats & Bait, LLC | H28542 | F2511H28542V | 11/29/2025 | 12/29/2025 | 2.4 | 2.4 | 0 | 0 | 0 | 0 |
| Ed Allen's Boats & Bait, LLC | H28542 | F2512H28542V | 12/1/2025 | 12/31/2025 | 0.16 | 0.16 | 0 | 0 | 0 | 0 |
| Saint Joe Shrimp Co | H28608 | G0541747 | 9/26/2025 | 11/10/2025 | 37.56 | 0 | 0 | 0 | 37.56 | 0 |
| Saint Joe Shrimp Co | H28608 | V1024138 | 9/29/2025 | 11/10/2025 | 639.24 | 0 | 0 | 0 | 639.24 | 0 |
| Saint Joe Shrimp Co | H28608 | C2344856 | 10/6/2025 | 11/10/2025 | 56.03 | 0 | 0 | 0 | 56.03 | 0 |
| Saint Joe Shrimp Co | H28608 | G0542663 | 10/7/2025 | 11/10/2025 | 573.71 | 0 | 0 | 0 | 573.71 | 0 |
| Saint Joe Shrimp Co | H28608 | V1025947 | 10/7/2025 | 11/10/2025 | 793.55 | 0 | 0 | 0 | 793.55 | 0 |
| Saint Joe Shrimp Co | H28608 | F2511H28608C | 11/29/2025 | 12/29/2025 | 0.54 | 0.54 | 0 | 0 | 0 | 0 |
| Saint Joe Shrimp Co | H28608 | F2511H28608V | 11/29/2025 | 12/29/2025 | 5.83 | 5.83 | 0 | 0 | 0 | 0 |
| Saint Joe Shrimp Co | H28608 | F2511H28608V | 11/29/2025 | 12/29/2025 | 13.63 | 13.63 | 0 | 0 | 0 | 0 |
| Saint Joe Shrimp Co | H28608 | F2512H28608C | 12/1/2025 | 12/31/2025 | 0.06 | 0.06 | 0 | 0 | 0 | 0 |
| Saint Joe Shrimp Co | H28608 | F2512H28608G | 12/1/2025 | 12/31/2025 | 0.62 | 0.62 | 0 | 0 | 0 | 0 |
| Saint Joe Shrimp Co | H28608 | F2512H28608V | 12/1/2025 | 12/31/2025 | 1.44 | 1.44 | 0 | 0 | 0 | 0 |
| Fat Daddy's Bait & Tackle | H28649 | V0996657 | 8/1/2025 | 8/1/2025 | -154.08 | 0 | 0 | 0 | 0 | -154.08 |
| Old Florida Outfitters Inc | H28793 | V0956319 | 5/29/2025 | 5/29/2025 | -354.33 | 0 | 0 | 0 | 0 | -354.33 |
| Marine Max, LLC | H28817 | V1024582 | 9/29/2025 | 9/29/2025 | -225.96 | 0 | 0 | 0 | 0 | -225.96 |
| Marine Max, LLC | H28817 | V1030185 | 11/19/2025 | 11/19/2025 | -154.39 | 0 | 0 | -154.39 | 0 | 0 |
| Marine Max, LLC | H28817 | V1030186 | 11/19/2025 | 11/19/2025 | -56.49 | 0 | 0 | -56.49 | 0 | 0 |

| Name | Acct | Ref | Date1 | Date2 | Amount | | | | | | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Saddle Brook Outdoors, LLC | H28860 | R2694820-3 | 1/15/2024 | 7/10/2024 | 1531.21 | 0 | 0 | 0 | 0 | 0 | 731.21 |
| Saddle Brook Outdoors, LLC | H28860 | R2700939-3 | 2/1/2024 | 7/10/2024 | 615.29 | 0 | 0 | 0 | 0 | 0 | 615.29 |
| Saddle Brook Outdoors, LLC | H28860 | R2701493-3 | 2/5/2024 | 7/10/2024 | 597.4 | 0 | 0 | 0 | 0 | 0 | 597.4 |
| Saddle Brook Outdoors, LLC | H28860 | R2701941-3 | 2/5/2024 | 7/10/2024 | 329.78 | 0 | 0 | 0 | 0 | 0 | 329.78 |
| Saddle Brook Outdoors, LLC | H28860 | R2703541-3 | 2/9/2024 | 7/10/2024 | 392.7 | 0 | 0 | 0 | 0 | 0 | 392.7 |
| Saddle Brook Outdoors, LLC | H28860 | R2704544-3 | 2/13/2024 | 7/10/2024 | 153.92 | 0 | 0 | 0 | 0 | 0 | 153.92 |
| Saddle Brook Outdoors, LLC | H28860 | R2705249-3 | 2/14/2024 | 7/10/2024 | 169.6 | 0 | 0 | 0 | 0 | 0 | 169.6 |
| Saddle Brook Outdoors, LLC | H28860 | R2710520-3 | 2/29/2024 | 7/10/2024 | 226.62 | 0 | 0 | 0 | 0 | 0 | 226.62 |
| Saddle Brook Outdoors, LLC | H28860 | R2739161 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Saddle Brook Outdoors, LLC | H28860 | G0413382 | 5/28/2024 | 7/27/2024 | 972.38 | 0 | 0 | 0 | 0 | 0 | 972.38 |
| Saddle Brook Outdoors, LLC | H28860 | V0701216 | 6/3/2024 | 8/2/2024 | 201.45 | 0 | 0 | 0 | 0 | 0 | 201.45 |
| NC Aquarium Society | H28945 | | 52009 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | 0 | -150.55 |
| JR's Taxidermy & Sporting Goods | H29264 | V0866238-1 | 1/22/2025 | 5/10/2025 | 543.75 | 0 | 0 | 0 | 0 | 0 | 543.75 |
| JR's Taxidermy & Sporting Goods | H29264 | V0866238-2 | 1/22/2025 | 6/10/2025 | 543.75 | 0 | 0 | 0 | 0 | 0 | 543.75 |
| JR's Taxidermy & Sporting Goods | H29264 | V0866238-3 | 1/22/2025 | 7/10/2025 | 543.75 | 0 | 0 | 0 | 0 | 0 | 543.75 |
| JR's Taxidermy & Sporting Goods | H29264 | F2502H29264V | 2/27/2025 | 3/29/2025 | 16.41 | 0 | 0 | 0 | 0 | 0 | 0.43 |
| JR's Taxidermy & Sporting Goods | H29264 | F2503H29264C | 3/30/2025 | 4/29/2025 | 538.64 | 0 | 0 | 0 | 0 | 0 | 538.64 |
| JR's Taxidermy & Sporting Goods | H29264 | F2503H29264V | 3/30/2025 | 4/29/2025 | 41.11 | 0 | 0 | 0 | 0 | 0 | 41.11 |
| JR's Taxidermy & Sporting Goods | H29264 | F2504H29264C | 4/27/2025 | 5/27/2025 | 435.68 | 0 | 0 | 0 | 0 | 0 | 435.68 |
| JR's Taxidermy & Sporting Goods | H29264 | F2504H29264V | 4/27/2025 | 5/27/2025 | 39.2 | 0 | 0 | 0 | 0 | 0 | 39.2 |
| MFCBRI Merchants Ass Inc. T/A | H29328 | G0543065 | 10/8/2025 | 10/8/2025 | -54.19 | 0 | 0 | 0 | 0 | 0 | -54.19 |
| MFCBRI Merchants Ass Inc. T/A | H29328 | ECKRTRN698925 | 10/17/2025 | 10/17/2025 | 0 | 0 | 0 | 0 | 0 | 2152.44 | 0 |
| Hackettstown Firearms Storage | H29387 | C2236323 | 6/13/2024 | 7/10/2024 | 1758.2 | 0 | 0 | 0 | 0 | 0 | 358.2 |
| Hackettstown Firearms Storage | H29387 | F2407H29387C | 7/30/2024 | 8/29/2024 | 38.73 | 0 | 0 | 0 | 0 | 0 | 38.73 |
| Hackettstown Firearms Storage | H29387 | F2407H29387V | 7/30/2024 | 8/29/2024 | 6.03 | 0 | 0 | 0 | 0 | 0 | 6.03 |
| Hackettstown Firearms Storage | H29387 | F2408H29387C | 8/30/2024 | 9/29/2024 | 63.85 | 0 | 0 | 0 | 0 | 0 | 63.85 |
| Hackettstown Firearms Storage | H29387 | F2408H29387V | 8/30/2024 | 9/29/2024 | 9.3 | 0 | 0 | 0 | 0 | 0 | 9.3 |
| Hackettstown Firearms Storage | H29387 | F2409H29387C | 9/29/2024 | 10/29/2024 | 63.6 | 0 | 0 | 0 | 0 | 0 | 63.6 |
| Hackettstown Firearms Storage | H29387 | F2409H29387V | 9/29/2024 | 10/29/2024 | 9 | 0 | 0 | 0 | 0 | 0 | 9 |
| Hackettstown Firearms Storage | H29387 | F2410H29387V | 10/1/2024 | 10/31/2024 | 0.6 | 0 | 0 | 0 | 0 | 0 | 0.6 |
| Hackettstown Firearms Storage | H29387 | F2410H29387C | 10/22/2024 | 11/21/2024 | 44.98 | 0 | 0 | 0 | 0 | 0 | 44.98 |
| American Shooter Supply | H29537 | C2309816 | 3/17/2025 | 9/10/2025 | 11616.8 | 0 | 0 | 0 | 0 | 0 | 11129.37 |
| American Shooter Supply | H29537 | V0902060 | 3/17/2025 | 9/10/2025 | 2100.49 | 0 | 0 | 0 | 0 | 0 | 2100.49 |
| American Shooter Supply | H29537 | V0902059 | 3/19/2025 | 9/10/2025 | 22983.45 | 0 | 0 | 0 | 0 | 0 | 22983.45 |
| Jig's Reel & Gun Inc | H29554 | V0895269 | 3/10/2025 | 9/10/2025 | 7198.61 | 0 | 0 | 0 | 0 | 0 | 5980.9 |
| Jig's Reel & Gun Inc | H29554 | C2328337 | 6/9/2025 | 10/10/2025 | 60.36 | 0 | 0 | 0 | 60.36 | 0 | 0 |
| Jig's Reel & Gun Inc | H29554 | G0519257 | 6/10/2025 | 10/10/2025 | 787.71 | 0 | 0 | 0 | 787.71 | 0 | 0 |
| Jig's Reel & Gun Inc | H29554 | V0962872 | 6/11/2025 | 10/10/2025 | 1659.86 | 0 | 0 | 0 | 1659.86 | 0 | 0 |
| Miller Industrial Supply, Inc. | H29597 | V0884984 | 3/5/2025 | 3/5/2025 | -1332 | 0 | 0 | 0 | 0 | 0 | -780 |
| Smith & Shore Co T/A | H29599 | G0413223 | 5/29/2024 | 7/10/2024 | 651.29 | 0 | 0 | 0 | 0 | 0 | -92.91 |
| Smith & Shore Co T/A | H29599 | G0423491 | 6/21/2024 | 6/21/2024 | -13.06 | 0 | 0 | 0 | 0 | 0 | -13.06 |
| Smith & Shore Co T/A | H29599 | G0424206 | 6/24/2024 | 6/24/2024 | -65.3 | 0 | 0 | 0 | 0 | 0 | -65.3 |
| Smith & Shore Co T/A | H29599 | V0926566 | 4/18/2025 | 4/18/2025 | -162.22 | 0 | 0 | 0 | 0 | 0 | -162.22 |
| Smith & Shore Co T/A | H29599 | V0934137 | 4/30/2025 | 4/30/2025 | -202.12 | 0 | 0 | 0 | 0 | 0 | -202.12 |
| North Georgia Traders, Inc. T/A | H29651 | V1030187 | 11/25/2025 | 12/5/2025 | 8343.42 | 0 | 8343.42 | 0 | 0 | 0 | 0 |
| North Georgia Traders, Inc. T/A | H29651 | V1030219 | 11/25/2025 | 12/5/2025 | 2550.22 | 0 | 2550.22 | 0 | 0 | 0 | 0 |
| Sporting Goods Discounters | H29769 | C2285095 | 11/22/2024 | 12/10/2024 | 860.15 | 0 | 0 | 0 | 0 | 0 | -187 |
| City Of Panama City T/A | H29827 | V0786424 | 8/26/2024 | 8/26/2024 | -165.96 | 0 | 0 | 0 | 0 | 0 | -112.7 |
| City Of Panama City T/A | H29827 | V0803872 | 9/20/2024 | 9/20/2024 | -165.96 | 0 | 0 | 0 | 0 | 0 | -165.96 |
| Budsgunshop.com, LLC T/A | H29854 | V1030171 | 11/18/2024 | 11/18/2024 | -61.45 | 0 | 0 | -61.45 | 0 | 0 | 0 |
| Green Mountain Sporting Goods | H29902 | G0535393 | 8/20/2025 | 9/19/2025 | 2222.09 | 0 | 0 | 0 | 0 | 0 | 222.09 |
| Green Mountain Sporting Goods | H29902 | V1006336 | 8/22/2025 | 9/21/2025 | 2798.69 | 0 | 0 | 0 | 0 | 0 | 2798.69 |
| Green Mountain Sporting Goods | H29902 | V1010269 | 9/2/2025 | 10/2/2025 | 5853.31 | 0 | 0 | 0 | 0 | 0 | 5853.31 |
| Green Mountain Sporting Goods | H29902 | C2343248 | 9/11/2025 | 10/10/2025 | 3289 | 0 | 0 | 0 | 0 | 3289 | 0 |
| Green Mountain Sporting Goods | H29902 | V1017046 | 9/15/2025 | 10/10/2025 | 3511.35 | 0 | 0 | 0 | 0 | 3511.35 | 0 |
| Broadbill Enterprises, Inc. | H29943 | G0544599 | 10/30/2025 | 10/30/2025 | -17.72 | 0 | 0 | 0 | 0 | -17.72 | 0 |
| Charleston County Parks&Rec Comm T/A | H30025 | V0617040-1 | 2/19/2024 | 5/10/2024 | 692.69 | 0 | 0 | 0 | 0 | 0 | -651.26 |
| Charleston County Parks&Rec Comm T/A | H30025 | V0617040-2 | 2/19/2024 | 6/10/2024 | 692.69 | 0 | 0 | 0 | 0 | 0 | -651.26 |
| Charleston County Parks&Rec Comm T/A | H30025 | V0617040-3 | 2/19/2024 | 7/10/2024 | 692.7 | 0 | 0 | 0 | 0 | 0 | -651.28 |
| Charleston County Parks&Rec Comm T/A | H30025 | V0974221 | 6/24/2025 | 8/23/2025 | 399.74 | 0 | 0 | 0 | 0 | 0 | 22.93 |
| Charleston County Parks&Rec Comm T/A | H30025 | V0995511 | 7/31/2025 | 9/29/2025 | 228.97 | 0 | 0 | 0 | 0 | 0 | 228.97 |
| Charleston County Parks&Rec Comm T/A | H30025 | V0996801 | 8/4/2025 | 9/10/2025 | 4078.65 | 0 | 0 | 0 | 0 | 0 | 4078.65 |
| JMP Inc T/A | H30051 | C2322671 | 5/12/2025 | 6/10/2025 | 2155.12 | 0 | 0 | 0 | 0 | 0 | 1000 |
| JMP Inc T/A | H30051 | F2509H30051C | 9/29/2025 | 10/11/2025 | 25.1 | 0 | 0 | 0 | 0 | 9 | 0 |
| JMP Inc T/A | H30051 | F2510H30051C | 10/30/2025 | 11/29/2025 | 15.5 | 0 | 0 | 0 | 15.5 | 0 | 0 |
| JMP Inc T/A | H30051 | F2511H30051C | 11/29/2025 | 12/29/2025 | 15 | 15 | 0 | 0 | 0 | 0 | 0 |
| JMP Inc T/A | H30051 | F2512H30051C | 12/1/2025 | 12/31/2025 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Dan's Store Inc. | H30065 | V0831791 | 11/1/2024 | 11/1/2024 | -19.26 | 0 | 0 | 0 | 0 | 0 | -19.26 |
| Village Pawn & Gun Shop | H30093 | V0967597 | 6/16/2025 | 8/15/2025 | 31.03 | 0 | 0 | 0 | 0 | 0 | -10.11 |
| Jersey Hooker Outfitters, LLC | H30205 | V1029880 | 11/6/2025 | 11/6/2025 | -98.79 | 0 | 0 | 0 | -98.79 | 0 | 0 |
| Jersey Hooker Outfitters, LLC | H30205 | V1029881 | 11/6/2025 | 11/6/2025 | -615.03 | 0 | 0 | 0 | -615.03 | 0 | 0 |
| The Bait Box | H30423 | G0542003 | 9/30/2025 | 11/10/2025 | 206.72 | 0 | 0 | 206.72 | 0 | 0 | 0 |
| The Bait Box | H30423 | F2511H30423G | 11/29/2025 | 12/29/2025 | 1.95 | 1.95 | 0 | 0 | 0 | 0 | 0 |
| The Bait Box | H30423 | F2512H30423G | 12/1/2025 | 12/31/2025 | 0.2 | 0.2 | 0 | 0 | 0 | 0 | 0 |
| The Little Sportsman Shop | H30473 | V0892961 | 3/5/2025 | 9/10/2025 | 30357.17 | 0 | 0 | 0 | 0 | 0 | 30357.17 |
| The Little Sportsman Shop | H30473 | V0912572 | 3/31/2025 | 9/10/2025 | 7742.2 | 0 | 0 | 0 | 0 | 0 | 7742.2 |
| The Little Sportsman Shop | H30473 | C2327917-2 | 6/6/2025 | 10/4/2025 | 597.23 | 0 | 0 | 0 | 0 | 0 | 597.23 |
| The Little Sportsman Shop | H30473 | C2328539 | 6/10/2025 | 9/8/2025 | 3591.04 | 0 | 0 | 0 | 0 | 0 | 3591.04 |
| The Little Sportsman Shop | H30473 | C2329388 | 6/12/2025 | 9/10/2025 | 551.51 | 0 | 0 | 0 | 0 | 0 | 551.51 |
| The Little Sportsman Shop | H30473 | C2329394 | 6/12/2025 | 9/10/2025 | 3272.67 | 0 | 0 | 0 | 0 | 0 | 3272.67 |
| The Little Sportsman Shop | H30473 | C2330050 | 6/16/2025 | 9/14/2025 | 1559.4 | 0 | 0 | 0 | 0 | 0 | 1559.4 |
| The Little Sportsman Shop | H30473 | C2332939 | 6/26/2025 | 10/10/2025 | 132.41 | 0 | 0 | 0 | 132.41 | 0 | 0 |
| The Little Sportsman Shop | H30473 | G0524399 | 6/26/2025 | 10/10/2025 | 1668.92 | 0 | 0 | 0 | 1668.92 | 0 | 0 |
| The Little Sportsman Shop | H30473 | C2333296 | 6/27/2025 | 9/25/2025 | 2007.68 | 0 | 0 | 0 | 0 | 0 | 2007.68 |
| The Little Sportsman Shop | H30473 | V0974795 | 6/30/2025 | 10/10/2025 | 7310.03 | 0 | 0 | 0 | 7310.03 | 0 | 0 |
| The Little Sportsman Shop | H30473 | G0535659 | 8/20/2025 | 9/19/2025 | 96.75 | 0 | 0 | 0 | 0 | 0 | 96.75 |
| The Little Sportsman Shop | H30473 | C2341137 | 8/22/2025 | 9/21/2025 | 1384.78 | 0 | 0 | 0 | 0 | 0 | 1384.78 |
| The Little Sportsman Shop | H30473 | C2341161 | 8/22/2025 | 9/21/2025 | 3070.43 | 0 | 0 | 0 | 0 | 0 | 3070.43 |
| The Little Sportsman Shop | H30473 | C2341179 | 8/22/2025 | 9/21/2025 | 1295.61 | 0 | 0 | 0 | 0 | 0 | 1295.61 |
| The Little Sportsman Shop | H30473 | C2341221 | 8/25/2025 | 9/24/2025 | 15740.47 | 0 | 0 | 0 | 0 | 0 | 15740.47 |
| The Little Sportsman Shop | H30473 | C2341298 | 8/25/2025 | 9/24/2025 | 283.05 | 0 | 0 | 0 | 0 | 0 | 283.05 |
| The Little Sportsman Shop | H30473 | C2341299 | 8/25/2025 | 9/24/2025 | 3109.86 | 0 | 0 | 0 | 0 | 0 | 3109.86 |
| The Little Sportsman Shop | H30473 | G0535613 | 8/25/2025 | 9/24/2025 | 1885.67 | 0 | 0 | 0 | 0 | 0 | 1885.67 |
| The Little Sportsman Shop | H30473 | V1006762 | 8/25/2025 | 9/24/2025 | 231.27 | 0 | 0 | 0 | 0 | 0 | 231.27 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Little Sportsman Shop | H30473 | V1006763 | 8/25/2025 | 9/24/2025 | 7368.66 | | 0 | 0 | 0 | 0 | 7368.66 |
| The Little Sportsman Shop | H30473 | G0535614 | 8/26/2025 | 9/25/2025 | 5756.89 | | 0 | 0 | 0 | 0 | 5756.89 |
| The Little Sportsman Shop | H30473 | G0535615 | 8/26/2025 | 9/25/2025 | 5880.17 | | 0 | 0 | 0 | 0 | 5880.17 |
| The Little Sportsman Shop | H30473 | G0535616 | 8/26/2025 | 9/25/2025 | 4587.79 | | 0 | 0 | 0 | 0 | 4587.79 |
| The Little Sportsman Shop | H30473 | V1006764 | 8/27/2025 | 9/26/2025 | 18497.64 | | 0 | 0 | 0 | 0 | 18497.64 |
| The Little Sportsman Shop | H30473 | V1008124 | 8/28/2025 | 9/27/2025 | 12120.85 | | 0 | 0 | 0 | 0 | 12120.85 |
| The Little Sportsman Shop | H30473 | V1008302 | 8/28/2025 | 9/27/2025 | 3247.76 | | 0 | 0 | 0 | 0 | 3247.76 |
| The Little Sportsman Shop | H30473 | C2341991 | 8/29/2025 | 9/28/2025 | 27500 | | 0 | 0 | 0 | 0 | 27500 |
| The Little Sportsman Shop | H30473 | G0536565 | 9/3/2025 | 10/3/2025 | 191.69 | | 0 | 0 | 0 | 0 | 191.69 |
| The Little Sportsman Shop | H30473 | V1011805 | 9/5/2025 | 10/5/2025 | 3800.28 | | 0 | 0 | 0 | 0 | 3800.28 |
| Harris & Jennifer Brown | H30565 | C2324792 | 5/22/2025 | 8/20/2025 | 823.05 | | 0 | 0 | 0 | 0 | 823.05 |
| Harris & Jennifer Brown | H30565 | C2328611 | 6/10/2025 | 9/8/2025 | 659.67 | | 0 | 0 | 0 | 0 | 659.67 |
| Harris & Jennifer Brown | H30565 | V0972332 | 6/20/2025 | 11/10/2025 | 2803.46 | | 0 | 0 | 2803.46 | 0 | 0 |
| Harris & Jennifer Brown | H30565 | V0976457 | 6/26/2025 | 8/25/2025 | 315.75 | | 0 | 0 | 0 | 0 | 315.75 |
| Harris & Jennifer Brown | H30565 | V0988572 | 7/17/2025 | 9/15/2025 | 523.59 | | 0 | 0 | 0 | 0 | 523.59 |
| Bohannon's Builders Supply Inc | H30690 | V0795475 | 9/9/2024 | 9/9/2024 | -13.25 | | 0 | 0 | 0 | 0 | -13.25 |
| Adv Bait & Fuel LLC T/A | H31102 | V1030166 | 11/18/2015 | 11/18/2015 | -56.07 | | 0 | 0 | -56.07 | 0 | 0 |
| Consolidated Electric Supply T/A | H31242 | R2612113 | 7/7/2023 | 8/10/2023 | -10 | | 0 | 0 | 0 | 0 | -10 |
| Shut Up & Fish Inc | H31345 | V1026533 | 10/9/2025 | 11/8/2025 | 399.92 | | 0 | 0 | 399.92 | 0 | 0 |
| Shut Up & Fish Inc | H31345 | G0543104 | 10/10/2025 | 11/9/2025 | 293.22 | | 0 | 0 | 293.22 | 0 | 0 |
| Shut Up & Fish Inc | H31345 | V1028822 | 10/21/2025 | 11/20/2025 | 96.36 | | 0 | 0 | 96.36 | 0 | 0 |
| Shut Up & Fish Inc | H31345 | G0544214 | 10/22/2025 | 11/21/2025 | 293.03 | | 0 | 0 | 293.03 | 0 | 0 |
| Venture Out Community Store | H31353 | K0008792 | 4/23/2015 | 5/10/2025 | 1038.61 | | 0 | 0 | 0 | 0 | -676.78 |
| Mussers Outdoors | H31388 | V1029944 | 11/7/2025 | 11/7/2025 | -95.6 | | 0 | 0 | 0 | -95.6 | 0 |
| Funky Fish Inc. | H31480 | C2339308 | 8/5/2025 | 9/10/2025 | 109.34 | | 0 | 0 | 0 | 0 | -83.49 |
| Johnson's Sporting Goods | H31558 | C2344892 | 10/7/2025 | 11/10/2025 | 26.59 | | 0 | 0 | -26.59 | 0 | 0 |
| Johnson's Sporting Goods | H31558 | G0542937 | 10/8/2025 | 11/10/2025 | 499.66 | | 0 | 0 | -499.66 | 0 | 0 |
| Johnson's Sporting Goods | H31558 | V1026334 | 10/9/2025 | 11/10/2025 | 294.45 | | 0 | 0 | -294.45 | 0 | 0 |
| Johnson's Sporting Goods | H31558 | G0544036 | 10/22/2025 | 11/10/2025 | 30.86 | | 0 | 0 | -30.86 | 0 | 0 |
| Johnson's Sporting Goods | H31558 | V1028777 | 10/22/2025 | 11/10/2025 | 517.67 | | 0 | 0 | -517.67 | 0 | 0 |
| Perry Pawnbrokers Inc. | H31623 | C1991440 | 9/27/2022 | 9/27/2022 | -75.19 | | 0 | 0 | 0 | 0 | -75.19 |
| TC Outdoors LLC T/A | H31732 | R2261627 | 8/20/2011 | 11/10/2021 | 864.36 | | 0 | 0 | 0 | 0 | 864.36 |
| Pennybridge Marine, Inc | H31840 | R2717617 | 3/19/2024 | 4/10/2024 | 155.7 | | 0 | 0 | 0 | 0 | -155.7 |
| Pennybridge Marine, Inc | H31840 | V0644211 | 3/25/2024 | 5/10/2024 | 436.35 | | 0 | 0 | 0 | 0 | -398.98 |
| B & B Hardware & Rental, Inc. | H32043 | R2741202 | 7/15/2015 | 7/15/2015 | -60.1 | | 0 | 0 | 0 | 0 | -60.1 |
| B & B Hardware & Rental, Inc. | H32043 | V0987018 | 7/16/2025 | 7/16/2015 | -123.26 | | 0 | 0 | 0 | 0 | -123.26 |
| Vanco Equipment Services, LLC | H32068 | V0884909 | 2/20/2025 | 3/7/2025 | 344.31 | | 0 | 0 | 0 | 0 | -344.31 |
| Kountry Hardware & Sporting Goods | H32264 | C2289473 | 12/11/2024 | 2/9/2025 | 1843.61 | | 0 | 0 | 0 | 0 | 1843.61 |
| Kountry Hardware & Sporting Goods | H32264 | V0849885 | 12/16/2024 | 2/14/2025 | 223.47 | | 0 | 0 | 0 | 0 | 223.47 |
| Kountry Hardware & Sporting Goods | H32264 | C2292634 | 12/27/2024 | 2/10/2025 | 882.23 | | 0 | 0 | 0 | 0 | 882.23 |
| Kountry Hardware & Sporting Goods | H32264 | C2292636 | 12/27/2024 | 2/10/2025 | 754.26 | | 0 | 0 | 0 | 0 | 754.26 |
| Kountry Hardware & Sporting Goods | H32264 | C2292653 | 12/27/2024 | 2/10/2025 | 967.52 | | 0 | 0 | 0 | 0 | 967.52 |
| Kountry Hardware & Sporting Goods | H32264 | V0856754 | 12/27/2024 | 2/10/2025 | 411.92 | | 0 | 0 | 0 | 0 | 411.92 |
| Kountry Hardware & Sporting Goods | H32264 | C2294759 | 1/8/2025 | 2/10/2025 | 698.32 | | 0 | 0 | 0 | 0 | 698.32 |
| Kountry Hardware & Sporting Goods | H32264 | C2294764 | 1/8/2025 | 2/10/2025 | 298.08 | | 0 | 0 | 0 | 0 | 298.08 |
| Kountry Hardware & Sporting Goods | H32264 | C2294768 | 1/8/2025 | 2/10/2025 | 130.54 | | 0 | 0 | 0 | 0 | 130.54 |
| Kountry Hardware & Sporting Goods | H32264 | C2294783 | 1/8/2025 | 2/10/2025 | 538.86 | | 0 | 0 | 0 | 0 | 538.86 |
| Kountry Hardware & Sporting Goods | H32264 | V0860819 | 1/8/2025 | 2/10/2025 | 100.49 | | 0 | 0 | 0 | 0 | 100.49 |
| Kountry Hardware & Sporting Goods | H32264 | C2294909 | 1/9/2025 | 2/10/2025 | 605.69 | | 0 | 0 | 0 | 0 | 605.69 |
| Kountry Hardware & Sporting Goods | H32264 | V0860820 | 1/9/2025 | 2/10/2025 | 1293.63 | | 0 | 0 | 0 | 0 | 1293.63 |
| Kountry Hardware & Sporting Goods | H32264 | V0860821 | 1/9/2025 | 2/10/2025 | 1335.59 | | 0 | 0 | 0 | 0 | 1335.59 |
| Kountry Hardware & Sporting Goods | H32264 | V0860822 | 1/9/2025 | 2/10/2025 | 755.81 | | 0 | 0 | 0 | 0 | 755.81 |
| Kountry Hardware & Sporting Goods | H32264 | V0860818 | 1/10/2025 | 2/10/2025 | 296.58 | | 0 | 0 | 0 | 0 | 296.58 |
| Kountry Hardware & Sporting Goods | H32264 | C2298500 | 1/24/2025 | 3/25/2025 | 2206.64 | | 0 | 0 | 0 | 0 | 2206.64 |
| Coyote Creek Outfitters LLC | H32416 | C1514825 | 9/5/2019 | 9/5/2019 | -573.97 | | 0 | 0 | 0 | 0 | -43.22 |
| Coyote Creek Outfitters LLC | H32416 | C1557062 | 12/12/2019 | 12/12/2019 | -599 | | 0 | 0 | 0 | 0 | -499 |
| Coyote Creek Outfitters LLC | H32416 | R1957552 | 2/13/2020 | 2/13/2020 | -8.7 | | 0 | 0 | 0 | 0 | -8.7 |
| Coyote Creek Outfitters LLC | H32416 | C1593643 | 3/5/2020 | 3/5/2020 | -85 | | 0 | 0 | 0 | 0 | -85 |
| Coyote Creek Outfitters LLC | H32416 | R1977665 | 3/13/2020 | 3/13/2020 | -5.09 | | 0 | 0 | 0 | 0 | -5.09 |
| Coyote Creek Outfitters LLC | H32416 | R2035864 | 5/22/2020 | 5/22/2020 | -24.48 | | 0 | 0 | 0 | 0 | -24.48 |
| Coyote Creek Outfitters LLC | H32416 | R2087783 | 8/12/2020 | 8/12/2020 | -43.35 | | 0 | 0 | 0 | 0 | -43.35 |
| Coyote Creek Outfitters LLC | H32416 | C1695846 | 10/2/2020 | 10/2/2020 | -3.94 | | 0 | 0 | 0 | 0 | -3.94 |
| Coyote Creek Outfitters LLC | H32416 | R2194856 | 4/22/2021 | 4/22/2021 | -36.93 | | 0 | 0 | 0 | 0 | -36.93 |
| Coyote Creek Outfitters LLC | H32416 | R2233049 | 6/30/2021 | 6/30/2021 | -17.06 | | 0 | 0 | 0 | 0 | -17.06 |
| Coyote Creek Outfitters LLC | H32416 | R2256742 | 8/12/2021 | 8/12/2021 | -33 | | 0 | 0 | 0 | 0 | -33 |
| Coyote Creek Outfitters LLC | H32416 | R2257007 | 8/12/2021 | 8/12/2021 | -6.6 | | 0 | 0 | 0 | 0 | -6.6 |
| Coyote Creek Outfitters LLC | H32416 | R2382407 | 5/4/2022 | 5/4/2022 | -170.67 | | 0 | 0 | 0 | 0 | -170.67 |
| Coyote Creek Outfitters LLC | H32416 | R2454362 | 8/23/2022 | 8/23/2022 | -16.44 | | 0 | 0 | 0 | 0 | -16.44 |
| Coyote Creek Outfitters LLC | H32416 | R2544973 | 3/14/2023 | 3/14/2023 | -85.6 | | 0 | 0 | 0 | 0 | -85.6 |
| Coyote Creek Outfitters LLC | H32416 | R2571961 | 4/28/2023 | 4/28/2023 | -16.54 | | 0 | 0 | 0 | 0 | -16.54 |
| Coyote Creek Outfitters LLC | H32416 | R2606585 | 6/26/2023 | 6/26/2023 | -42.05 | | 0 | 0 | 0 | 0 | -42.05 |
| Coyote Creek Outfitters LLC | H32416 | C2208552 | 4/3/2024 | 4/3/2024 | -48.47 | | 0 | 0 | 0 | 0 | -48.47 |
| Coyote Creek Outfitters LLC | H32416 | V0734323 | 6/27/2024 | 6/27/2024 | -16.78 | | 0 | 0 | 0 | 0 | -16.78 |
| Coyote Creek Outfitters LLC | H32416 | V0799848 | 9/19/2024 | 10/10/2024 | 412.52 | | 0 | 0 | 0 | 0 | -393.53 |
| LS Hosein Co Ltd | H32483 | R2660936 | 10/24/2013 | 11/3/2025 | 983.05 | | 0 | 0 | 0 | 0 | -1049.9 |
| Offshore Tackle Repair | H32515 | V0998972 | 8/7/2025 | 8/7/2025 | -144.22 | | 0 | 0 | 0 | 0 | -144.22 |
| Offshore Tackle Repair | H32515 | V1026363 | 10/7/2025 | 10/7/2025 | -68.62 | | 0 | 0 | 0 | 0 | -68.62 |
| Importaciones El Norteno | H32536 | UNSP5/19WIRE | 10/14/2025 | 10/14/2025 | 0 | | 0 | 0 | 0 | -4704.79 | 0 |
| Long's Marine (Grand Bahama) Ltd. | H32708 | V0959071 | 6/3/2025 | 6/3/2025 | -114.33 | | 0 | 0 | 0 | 0 | -114.33 |
| Isaac Enterprises LLC | H32724 | | 1991 | 8/1/2022 | 8/1/2022 | 0 | | 0 | 0 | 0 | -152.34 |
| Finz Dive Center, Inc | H32727 | V0995568 | 7/31/2025 | 7/31/2025 | -271.8 | | 0 | 0 | 0 | 0 | -271.8 |
| Whittaker Guns | H32741 | C2047208 | 2/15/2023 | 3/10/2023 | 4907.08 | | 0 | 0 | 0 | 0 | 4907.08 |
| Whittaker Guns | H32741 | C2056516 | 3/8/2023 | 4/10/2023 | 1918 | | 0 | 0 | 0 | 0 | 1918 |
| Whittaker Guns | H32741 | F2304H32741C | 4/29/2023 | 5/29/2023 | 216.24 | | 0 | 0 | 0 | 0 | 216.24 |
| Whittaker Guns | H32741 | F2305H32741C | 5/30/2023 | 6/29/2023 | 243.66 | | 0 | 0 | 0 | 0 | 243.66 |
| Whittaker Guns | H32741 | F2305H32741R | 5/30/2023 | 6/29/2023 | 63.24 | | 0 | 0 | 0 | 0 | 63.24 |
| Whittaker Guns | H32741 | F2306H32741C | 6/29/2023 | 7/29/2023 | 235.8 | | 0 | 0 | 0 | 0 | 235.8 |
| Whittaker Guns | H32741 | F2307H32741C | 7/30/2023 | 8/29/2023 | 177.63 | | 0 | 0 | 0 | 0 | 177.63 |
| Whittaker Guns | H32741 | F2308H32741C | 8/30/2023 | 9/29/2023 | 177.63 | | 0 | 0 | 0 | 0 | 177.63 |
| Whittaker Guns | H32741 | F2309H32741C | 9/18/2023 | 10/18/2023 | 108.87 | | 0 | 0 | 0 | 0 | 108.87 |
| P And M Outdoors | H32844 | R2723597 | 4/3/2024 | 4/3/2024 | -137.45 | | 0 | 0 | 0 | 0 | -137.45 |
| Three Lantern Marine & Fishing Co. | H32846 | V0981858 | 7/9/2025 | 8/8/2025 | 4606.48 | | 0 | 0 | 0 | 0 | 2000 |
| Three Lantern Marine & Fishing Co. | H32846 | V0990824 | 7/23/2025 | 8/22/2025 | 3047.62 | | 0 | 0 | 0 | 0 | 3047.62 |
| Three Lantern Marine & Fishing Co. | H32846 | V1006106 | 8/21/2025 | 9/20/2025 | 3292.23 | | 0 | 0 | 0 | 0 | 3292.23 |

| Name | Acct | Invoice | Date 1 | Date 2 | Amount | C1 | C2 | C3 | C4 | C5 | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tackle And Bait US, Inc | H32968 | V0699012 | 5/31/2024 | 7/10/2024 | 2158.8 | 0 | 0 | 0 | 0 | 0 | 2158.8 |
| Buck Tails Outfitters | H32978 | C2313275 | 3/31/2025 | 9/10/2025 | 283.86 | 0 | 0 | 0 | 0 | 0 | 283.86 |
| Buck Tails Outfitters | H32978 | V0912960 | 4/1/2025 | 9/10/2025 | 3247.49 | 0 | 0 | 0 | 0 | 0 | 2865.75 |
| Buck Tails Outfitters | H32978 | V0983186 | 7/9/2025 | 8/10/2025 | 3000.93 | 0 | 0 | 0 | 0 | 0 | 1600 |
| Buck Tails Outfitters | H32978 | F2508H32978V | 8/30/2025 | 9/29/2025 | 30.01 | 0 | 0 | 0 | 0 | 0 | 30.01 |
| Buck Tails Outfitters | H32978 | F2509H32978C | 9/29/2025 | 10/29/2025 | 2.69 | 0 | 0 | 0 | 0 | 2.69 | 0 |
| Buck Tails Outfitters | H32978 | F2509H32978V | 9/29/2025 | 10/29/2025 | 72.21 | 0 | 0 | 0 | 0 | 72.21 | 0 |
| Buck Tails Outfitters | H32978 | F2510H32978C | 10/19/2025 | 11/18/2025 | 2.8 | 0 | 0 | 0 | 2.8 | 0 | 0 |
| Buck Tails Outfitters | H32978 | F2510H32978V | 10/19/2025 | 11/18/2025 | 53.1 | 0 | 0 | 0 | 53.1 | 0 | 0 |
| Oaks Outdoors, LLC | H32996 | R2705648 | 2/19/2024 | 7/19/2024 | 3162.99 | 0 | 0 | 0 | 0 | 0 | 3162.99 |
| Oaks Outdoors, LLC | H32996 | R2705685 | 2/19/2024 | 7/19/2024 | 4624.29 | 0 | 0 | 0 | 0 | 0 | 4624.29 |
| Oaks Outdoors, LLC | H32996 | R2707518 | 2/21/2024 | 7/21/2024 | 186.91 | 0 | 0 | 0 | 0 | 0 | 186.91 |
| Oaks Outdoors, LLC | H32996 | V0652596-2 | 4/9/2024 | 6/10/2024 | 3091.11 | 0 | 0 | 0 | 0 | 0 | 2065.44 |
| Oaks Outdoors, LLC | H32996 | V0652596-3 | 4/9/2024 | 7/10/2024 | 3091.1 | 0 | 0 | 0 | 0 | 0 | 3091.1 |
| Oaks Outdoors, LLC | H32996 | V0664066 | 4/26/2024 | 6/25/2024 | 1563.29 | 0 | 0 | 0 | 0 | 0 | 1563.29 |
| Oaks Outdoors, LLC | H32996 | V0666674-3 | 4/26/2024 | 7/10/2024 | 188.54 | 0 | 0 | 0 | 0 | 0 | 188.54 |
| Oaks Outdoors, LLC | H32996 | V0671977 | 5/6/2024 | 6/10/2024 | 1320.42 | 0 | 0 | 0 | 0 | 0 | 1320.42 |
| Oaks Outdoors, LLC | H32996 | V0695415 | 5/29/2024 | 7/10/2024 | 457.16 | 0 | 0 | 0 | 0 | 0 | 457.16 |
| Oaks Outdoors, LLC | H32996 | G0412984 | 5/30/2024 | 7/10/2024 | 907.31 | 0 | 0 | 0 | 0 | 0 | 907.31 |
| The McComb Tackle Box LLC | H33317 | V1029350 | 10/24/2025 | 10/24/2025 | -84.03 | 0 | 0 | 0 | 0 | -84.03 | 0 |
| The McComb Tackle Box LLC | H33317 | G0544503 | 10/27/2025 | 10/27/2025 | -25.52 | 0 | 0 | 0 | 0 | -25.52 | 0 |
| Pelagic Outfitters Inc | H33336 | NSF00001 | 10/9/2025 | 10/9/2025 | 520 | 0 | 0 | 0 | 0 | 520 | 0 |
| Pelagic Outfitters Inc | H33336 | NSF00003 | 10/20/2025 | 10/20/2025 | 214.32 | 0 | 0 | 0 | 0 | 214.32 | 0 |
| Harley's Guns & Ammo, Inc | H33352 | C2339192 | 8/4/2025 | 9/10/2025 | 1184.07 | 0 | 0 | 0 | 0 | 0 | 1184.07 |
| Jigging World Corporation | H33653 | V0917378 | 4/7/2025 | 4/7/2025 | -3353 | 0 | 0 | 0 | 0 | 0 | -3353 |
| Jigging World Corporation | H33653 | V0919751 | 4/9/2025 | 4/9/2025 | -3.29 | 0 | 0 | 0 | 0 | 0 | -3.29 |
| Jigging World Corporation | H33653 | V0933848 | 4/29/2025 | 4/29/2025 | -258.39 | 0 | 0 | 0 | 0 | 0 | -258.39 |
| Jigging World Corporation | H33653 | V0934213 | 4/30/2025 | 4/30/2025 | -129 | 0 | 0 | 0 | 0 | 0 | -129 |
| Jigging World Corporation | H33653 | V0961494 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Jigging World Corporation | H33653 | V0984870 | 7/14/2025 | 10/10/2025 | 34636.48 | 0 | 0 | 0 | 0 | 34636.48 | 0 |
| Jigging World Corporation | H33653 | V1004637 | 8/14/2025 | 9/10/2025 | 25900.23 | 0 | 0 | 0 | 0 | 0 | 25900.23 |
| Jigging World Corporation | H33653 | V1004846 | 8/19/2025 | 9/10/2025 | 16623.24 | 0 | 0 | 0 | 0 | 0 | 16623.24 |
| Jigging World Corporation | H33653 | V1010643 | 8/25/2025 | 8/25/2025 | -65.61 | 0 | 0 | 0 | 0 | 0 | -65.61 |
| Jigging World Corporation | H33653 | V1023624 | 9/26/2025 | 11/10/2025 | 1669.53 | 0 | 0 | 0 | 1669.53 | 0 | 0 |
| Jigging World Corporation | H33653 | F2509H33653G | 9/29/2025 | 10/29/2025 | 398.17 | 0 | 0 | 0 | 0 | 398.17 | 0 |
| Jigging World Corporation | H33653 | F2509H33653V | 9/29/2025 | 10/29/2025 | 624.06 | 0 | 0 | 0 | 0 | 624.06 | 0 |
| Jigging World Corporation | H33653 | G0542321 | 9/30/2025 | 9/30/2025 | -10.82 | 0 | 0 | 0 | 0 | 0 | -10.82 |
| Jigging World Corporation | H33653 | F2510H33653C | 10/26/2025 | 11/25/2025 | 573.55 | 0 | 0 | 0 | 573.55 | 0 | 0 |
| Jigging World Corporation | H33653 | F2510H33653V | 10/26/2025 | 11/25/2025 | 931.94 | 0 | 0 | 0 | 931.94 | 0 | 0 |
| Safeside Tactical, LLC | H33731 | V0937172 | 5/6/2025 | 8/4/2025 | 5838.37 | 0 | 0 | 0 | 0 | 0 | 2034.42 |
| Safeside Tactical, LLC | H33731 | C2329900 | 6/16/2025 | 10/10/2025 | 330.3 | 0 | 0 | 0 | 0 | 330.3 | 0 |
| Safeside Tactical, LLC | H33731 | G0521189 | 6/16/2025 | 10/10/2025 | 775.74 | 0 | 0 | 0 | 0 | 775.74 | 0 |
| Safeside Tactical, LLC | H33731 | V0967697 | 6/16/2025 | 10/10/2025 | 4652.76 | 0 | 0 | 0 | 0 | 4652.76 | 0 |
| Fathom Offshore | H33750 | C2331749 | 6/23/2025 | 7/10/2025 | 1345.79 | 0 | 0 | 0 | 0 | 0 | 1345.79 |
| Fathom Offshore | H33750 | G0522886 | 6/23/2025 | 7/10/2025 | 341.07 | 0 | 0 | 0 | 0 | 0 | 341.07 |
| Fathom Offshore | H33750 | V0972473 | 6/23/2025 | 7/10/2025 | 2865.36 | 0 | 0 | 0 | 0 | 0 | 2865.36 |
| Fathom Offshore | H33750 | G0541021 | 9/23/2025 | 10/10/2025 | 144.52 | 0 | 0 | 0 | 0 | 144.52 | 0 |
| Fathom Offshore | H33750 | V1023404 | 9/25/2025 | 11/10/2025 | 830.97 | 0 | 0 | 0 | 830.97 | 0 | 0 |
| Tiderunners Bait & Tackle | H33808 | V0993608 | 7/30/2025 | 9/10/2025 | 712.89 | 0 | 0 | 0 | 0 | 0 | 712.89 |
| Tiderunners Bait & Tackle | H33808 | F2509H33808V | 9/29/2025 | 10/29/2025 | 6.79 | 0 | 0 | 0 | 0 | 6.79 | 0 |
| Tiderunners Bait & Tackle | H33808 | F2510H33808V | 10/30/2025 | 11/29/2025 | 11.16 | 0 | 0 | 11.16 | 0 | 0 | 0 |
| Tiderunners Bait & Tackle | H33808 | F2511H33808V | 11/11/2025 | 12/11/2025 | 4.32 | 0 | 4.32 | 0 | 0 | 0 | 0 |
| Fish Heads Of Stuart LLC | H33830 | V0921713 | 4/11/2025 | 9/10/2025 | 1819.83 | 0 | 0 | 0 | 0 | 0 | 1819.83 |
| Fish Heads Of Stuart LLC | H33830 | C2335667 | 7/9/2025 | 8/10/2025 | 540.28 | 0 | 0 | 0 | 0 | 0 | 73.55 |
| Fish Heads Of Stuart LLC | H33830 | V0983560 | 7/10/2025 | 8/10/2025 | 802.7 | 0 | 0 | 0 | 0 | 0 | 68.15 |
| Fish Heads Of Stuart LLC | H33830 | V0993609 | 7/30/2025 | 9/10/2025 | 2859.06 | 0 | 0 | 0 | 0 | 0 | 2859.06 |
| Fish Heads Of Stuart LLC | H33830 | V0996934 | 8/4/2025 | 9/10/2025 | 685.36 | 0 | 0 | 0 | 0 | 0 | 33.28 |
| Xtreme Gun & Pawn LLC | H33869 | G0520887 | 6/13/2025 | 10/10/2025 | 1054.9 | 0 | 0 | 0 | 968.87 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | V0966924 | 6/13/2025 | 10/10/2025 | 942.16 | 0 | 0 | 0 | 942.16 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | V0998912 | 8/8/2025 | 10/7/2025 | 3825.3 | 0 | 0 | 0 | 0 | 0 | 824.79 |
| Xtreme Gun & Pawn LLC | H33869 | C2341434 | 8/26/2025 | 10/10/2025 | 1255.84 | 0 | 0 | 0 | 1255.84 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | C2341591 | 8/27/2025 | 10/10/2025 | 12.9 | 0 | 0 | 0 | 12.9 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | C2341737 | 8/28/2025 | 10/10/2025 | 392.41 | 0 | 0 | 0 | 392.41 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | G0536051 | 8/28/2025 | 10/10/2025 | 2056.18 | 0 | 0 | 0 | 2056.18 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | V1008125 | 8/28/2025 | 10/10/2025 | 5114.53 | 0 | 0 | 0 | 5114.53 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | G0535972 | 9/2/2025 | 10/10/2025 | 425.23 | 0 | 0 | 0 | 0 | 425.23 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | V1008452 | 9/2/2025 | 10/10/2025 | 2770.54 | 0 | 0 | 0 | 2770.54 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | G0536775 | 9/4/2025 | 10/10/2025 | 724.5 | 0 | 0 | 0 | 724.5 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | C2343009 | 9/9/2025 | 10/10/2025 | 2408.84 | 0 | 0 | 0 | 2408.84 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | V1013364 | 9/9/2025 | 10/10/2025 | 5491.75 | 0 | 0 | 0 | 5491.75 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | G0538964 | 9/11/2025 | 10/10/2025 | 1288.89 | 0 | 0 | 0 | 1288.89 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | C2344004 | 9/18/2025 | 10/10/2025 | 241.61 | 0 | 0 | 0 | 241.61 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | G0540850 | 9/22/2025 | 10/10/2025 | 876.26 | 0 | 0 | 0 | 876.26 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | C2344222 | 9/24/2025 | 10/10/2025 | 499.27 | 0 | 0 | 0 | 499.27 | 0 | 0 |
| Xtreme Gun & Pawn LLC | H33869 | V1023405 | 9/26/2025 | 11/10/2025 | 891.24 | 0 | 0 | 0 | 891.24 | 0 | 0 |
| Leinward's Inc | H33892 | R2638143 | 8/28/2023 | 11/26/2023 | 937.12 | 0 | 0 | 0 | 0 | 0 | -443.65 |
| Leinward's Inc | H33892 | V0628918 | 4/16/2024 | 4/16/2024 | -109.12 | 0 | 0 | 0 | 0 | 0 | -109.12 |
| Budget Marine St Thomas | H34010 | V0974608 | 6/25/2025 | 7/5/2025 | 3644.03 | 0 | 0 | 0 | 0 | 0 | -9.84 |
| CR Primo RT S.A. LTDAle | H34011 | V1024511 | 9/30/2025 | 12/29/2025 | 1892.41 | 1147.6 | 0 | 0 | 0 | 0 | 0 |
| CR Primo RT S.A. LTDAle | H34011 | V1028451 | 10/17/2025 | 1/15/2026 | 554.23 | 554.23 | 0 | 0 | 0 | 0 | 0 |
| CR Primo RT S.A. LTDAle | H34011 | V1029267 | 10/24/2025 | 1/22/2026 | 774.32 | 774.32 | 0 | 0 | 0 | 0 | 0 |
| Alta Pesca, S.A. | H34016 | V0980961 | 7/7/2025 | 9/5/2025 | 2722.93 | 0 | 0 | 0 | 0 | 0 | 1055.81 |
| Alta Pesca, S.A. | H34016 | V0986717 | 7/15/2025 | 9/13/2025 | 2894.05 | 0 | 0 | 0 | 0 | 0 | 2894.05 |
| Aruba Discount Marine NV | H34037 | V0871566 | 1/31/2025 | 3/10/2025 | 2261.72 | 0 | 0 | 0 | 0 | 0 | -13.18 |
| Shore Inc Of Myrtle Beach | H34241 | V0837233 | 11/14/2024 | 12/10/2024 | 209.87 | 0 | 0 | 0 | 0 | 0 | -19.87 |
| Shore Inc Of Myrtle Beach | H34241 | V0862930 | 1/14/2025 | 1/14/2025 | -35 | 0 | 0 | 0 | 0 | 0 | -35 |
| Rampway Marine Supply, Inc | H34355 | G0544491 | 10/27/2025 | 12/10/2025 | 110.03 | 0 | 110.03 | 0 | 0 | 0 | 0 |
| Rampway Marine Supply, Inc | H34355 | G0544501 | 10/27/2025 | 12/10/2025 | 3643.03 | 0 | 3643.03 | 0 | 0 | 0 | 0 |
| Rampway Marine Supply, Inc | H34355 | V1029390 | 10/27/2025 | 12/10/2025 | 157.42 | 0 | 157.42 | 0 | 0 | 0 | 0 |
| Rampway Marine Supply, Inc | H34355 | V1029364 | 10/28/2025 | 12/10/2025 | 6476.65 | 0 | 6476.65 | 0 | 0 | 0 | 0 |
| Long John's Bait Barn | H34361 | V0902061 | 3/19/2025 | 9/10/2025 | 1711.59 | 0 | 0 | 0 | 0 | 0 | 711.59 |
| B.E.T LLC | H34376 | V1029681 | 11/3/2025 | 11/3/2025 | -337.03 | 0 | 0 | 0 | 0 | -337.03 | 0 |
| B.E.T LLC | H34376 | V1029682 | 11/3/2025 | 11/3/2025 | -46 | 0 | 0 | 0 | 0 | -46 | 0 |
| BDC Sports | H34499 | C2271287 | 10/1/2024 | 10/1/2024 | -50.37 | 0 | 0 | 0 | 0 | 0 | -50.37 |

| Name | Account | Document | Date 1 | Date 2 | Amount | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Homestead Farm & Lawn LLC | H34691 | V1014962 | 9/3/2025 | 10/10/2025 | 129.03 | 0 | 0 | 0 | 129.03 | 0 |
| Homestead Farm & Lawn LLC | H34691 | F2510H34691V | 10/30/2025 | 11/29/2025 | 1.26 | 0 | 0 | 1.26 | 0 | 0 |
| Homestead Farm & Lawn LLC | H34691 | F2511H34691V | 11/29/2025 | 12/29/2025 | 1.8 | 1.8 | 0 | 0 | 0 | 0 |
| Homestead Farm & Lawn LLC | H34691 | F2512H34691V | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0862098-2 | 1/14/2025 | 6/10/2025 | 1791.03 | 0 | 0 | 0 | 0 | 1791.03 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0862098-3 | 1/14/2025 | 7/10/2025 | 1791.03 | 0 | 0 | 0 | 0 | 1791.03 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2296324-2 | 1/15/2025 | 6/10/2025 | 232.69 | 0 | 0 | 0 | 0 | 232.69 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2296324-3 | 1/15/2025 | 7/10/2025 | 232.68 | 0 | 0 | 0 | 0 | 232.68 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0874596-2 | 2/10/2025 | 6/10/2025 | 4387.72 | 0 | 0 | 0 | 0 | 4387.72 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2502H34879C | 2/27/2025 | 3/29/2025 | 130.29 | 0 | 0 | 0 | 0 | 130.29 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2308910 | 3/12/2025 | 6/10/2025 | 7225.63 | 0 | 0 | 0 | 0 | 7225.63 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0902150-2 | 3/18/2025 | 6/10/2025 | 389.3 | 0 | 0 | 0 | 0 | 389.3 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0902150-3 | 3/18/2025 | 7/10/2025 | 389.29 | 0 | 0 | 0 | 0 | 389.29 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2310752-2 | 3/19/2025 | 6/10/2025 | 621.83 | 0 | 0 | 0 | 0 | 621.83 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2310752-3 | 3/19/2025 | 7/10/2025 | 621.84 | 0 | 0 | 0 | 0 | 621.84 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2312874-2 | 3/28/2025 | 6/10/2025 | 1405.49 | 0 | 0 | 0 | 0 | 1405.49 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2312874-3 | 3/28/2025 | 7/10/2025 | 1405.5 | 0 | 0 | 0 | 0 | 1405.5 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2312914 | 3/28/2025 | 9/10/2025 | 751.26 | 0 | 0 | 0 | 0 | 751.26 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2312916 | 3/28/2025 | 6/26/2025 | 1076.44 | 0 | 0 | 0 | 0 | 1076.44 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2503H34879C | 3/30/2025 | 4/29/2025 | 438.27 | 0 | 0 | 0 | 0 | 438.27 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2503H34879V | 3/30/2025 | 4/29/2025 | 402.54 | 0 | 0 | 0 | 0 | 402.54 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0912399 | 3/31/2025 | 9/10/2025 | 21001.65 | 0 | 0 | 0 | 0 | 21001.65 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2313933 | 4/2/2025 | 7/1/2025 | 587.36 | 0 | 0 | 0 | 0 | 587.36 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2314438 | 4/4/2025 | 7/3/2025 | 293.68 | 0 | 0 | 0 | 0 | 293.68 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2314457 | 4/4/2025 | 7/3/2025 | 3737.32 | 0 | 0 | 0 | 0 | 3737.32 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0919892 | 4/10/2025 | 9/10/2025 | 6956.71 | 0 | 0 | 0 | 0 | 6956.71 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0921660 | 4/11/2025 | 9/10/2025 | 8792 | 0 | 0 | 0 | 0 | 8792 |
| Up In Arms Shooting Supplies Inc. | H34879 | C2319677 | 4/29/2025 | 7/28/2025 | 499.97 | 0 | 0 | 0 | 0 | 499.97 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2504H34879C | 4/29/2025 | 5/29/2025 | 65.67 | 0 | 0 | 0 | 0 | 65.67 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2504H34879V | 4/29/2025 | 5/29/2025 | 52.2 | 0 | 0 | 0 | 0 | 52.2 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0933839 | 4/30/2025 | 6/10/2025 | 3162.22 | 0 | 0 | 0 | 0 | 3162.22 |
| Up In Arms Shooting Supplies Inc. | H34879 | V0936644 | 5/2/2025 | 6/10/2025 | 816.22 | 0 | 0 | 0 | 0 | 816.22 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2505H34879C | 5/30/2025 | 6/29/2025 | 91.39 | 0 | 0 | 0 | 0 | 91.39 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2505H34879V | 5/30/2025 | 6/29/2025 | 96.74 | 0 | 0 | 0 | 0 | 96.74 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2506H34879C | 6/29/2025 | 7/29/2025 | 196.75 | 0 | 0 | 0 | 0 | 196.75 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2506H34879V | 6/29/2025 | 7/29/2025 | 323.57 | 0 | 0 | 0 | 0 | 323.57 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2507H34879C | 7/30/2025 | 8/29/2025 | 250.82 | 0 | 0 | 0 | 0 | 250.82 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2507H34879V | 7/30/2025 | 8/29/2025 | 243.47 | 0 | 0 | 0 | 0 | 243.47 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2508H34879C | 8/4/2025 | 9/3/2025 | 43.6 | 0 | 0 | 0 | 0 | 43.6 |
| Up In Arms Shooting Supplies Inc. | H34879 | F2508H34879V | 8/4/2025 | 9/3/2025 | 31.8 | 0 | 0 | 0 | 0 | 31.8 |
| The Outpost | H34898 | V0788463 | 8/28/2024 | 8/28/2024 | -50 | 0 | 0 | 0 | 0 | -50 |
| Fuquay Gun & Gold Inc | H34947 | UNSP15576 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | -10.41 | 0 |
| Murrells Inlet Outpost | H35666 | V0862877-3 | 1/16/2025 | 7/10/2025 | 11909.8 | 0 | 0 | 0 | 0 | 299.21 |
| Murrells Inlet Outpost | H35666 | V0865910-3 | 1/22/2025 | 7/10/2025 | 125.32 | 0 | 0 | 0 | 0 | 125.32 |
| Murrells Inlet Outpost | H35666 | G0487279-3 | 2/5/2025 | 7/10/2025 | 262.65 | 0 | 0 | 0 | 0 | 262.65 |
| Murrells Inlet Outpost | H35666 | C2302426-3 | 2/11/2025 | 7/10/2025 | 846.8 | 0 | 0 | 0 | 0 | 846.8 |
| Murrells Inlet Outpost | H35666 | V0878515-3 | 2/14/2025 | 7/10/2025 | 730.18 | 0 | 0 | 0 | 0 | 730.18 |
| Murrells Inlet Outpost | H35666 | V0887445-3 | 2/26/2025 | 7/10/2025 | 465.71 | 0 | 0 | 0 | 0 | 465.71 |
| Murrells Inlet Outpost | H35666 | V0902152-3 | 3/20/2025 | 7/10/2025 | 657.25 | 0 | 0 | 0 | 0 | 657.25 |
| Murrells Inlet Outpost | H35666 | V0912011-3 | 3/31/2025 | 7/10/2025 | 98.98 | 0 | 0 | 0 | 0 | 98.98 |
| Murrells Inlet Outpost | H35666 | V0916583-3 | 4/4/2025 | 7/10/2025 | 128.46 | 0 | 0 | 0 | 0 | 128.46 |
| Murrells Inlet Outpost | H35666 | C2318231-3 | 4/22/2025 | 7/10/2025 | 26.29 | 0 | 0 | 0 | 0 | 26.29 |
| Murrells Inlet Outpost | H35666 | V0931044-3 | 4/24/2025 | 7/10/2025 | 188.5 | 0 | 0 | 0 | 0 | 188.5 |
| Murrells Inlet Outpost | H35666 | V0949312-3 | 5/23/2025 | 7/10/2025 | 167.4 | 0 | 0 | 0 | 0 | 167.4 |
| Murrells Inlet Outpost | H35666 | V0959633 | 6/5/2025 | 7/10/2025 | 2790 | 0 | 0 | 0 | 0 | 2790 |
| Murrells Inlet Outpost | H35666 | V0968119 | 6/16/2025 | 8/15/2025 | 842.27 | 0 | 0 | 0 | 0 | 842.27 |
| Murrells Inlet Outpost | H35666 | F2506H35666C | 6/29/2025 | 7/29/2025 | 8.31 | 0 | 0 | 0 | 0 | 8.31 |
| Murrells Inlet Outpost | H35666 | F2506H35666G | 6/29/2025 | 7/29/2025 | 2.44 | 0 | 0 | 0 | 0 | 2.44 |
| Murrells Inlet Outpost | H35666 | F2506H35666V | 6/29/2025 | 7/29/2025 | 47.36 | 0 | 0 | 0 | 0 | 47.36 |
| Murrells Inlet Outpost | H35666 | V0986742 | 7/15/2025 | 8/10/2025 | 1093.68 | 0 | 0 | 0 | 0 | 1093.68 |
| Murrells Inlet Outpost | H35666 | F2507H35666C | 7/30/2025 | 8/29/2025 | 9.82 | 0 | 0 | 0 | 0 | 9.82 |
| Murrells Inlet Outpost | H35666 | F2507H35666G | 7/30/2025 | 8/29/2025 | 3.65 | 0 | 0 | 0 | 0 | 3.65 |
| Murrells Inlet Outpost | H35666 | F2507H35666V | 7/30/2025 | 8/29/2025 | 144.57 | 0 | 0 | 0 | 0 | 144.57 |
| Murrells Inlet Outpost | H35666 | F2508H35666C | 8/30/2025 | 9/29/2025 | 13.64 | 0 | 0 | 0 | 0 | 13.64 |
| Murrells Inlet Outpost | H35666 | F2508H35666G | 8/30/2025 | 9/29/2025 | 4.03 | 0 | 0 | 0 | 0 | 4.03 |
| Murrells Inlet Outpost | H35666 | F2508H35666V | 8/30/2025 | 9/29/2025 | 126.2 | 0 | 0 | 0 | 0 | 126.2 |
| Murrells Inlet Outpost | H35666 | F2509H35666C | 9/29/2025 | 10/29/2025 | 13.2 | 0 | 0 | 0 | 13.2 | 0 |
| Murrells Inlet Outpost | H35666 | F2509H35666G | 9/29/2025 | 10/29/2025 | 3.9 | 0 | 0 | 0 | 3.9 | 0 |
| Murrells Inlet Outpost | H35666 | F2509H35666V | 9/29/2025 | 10/29/2025 | 113.7 | 0 | 0 | 0 | 113.7 | 0 |
| Murrells Inlet Outpost | H35666 | F2510H35666C | 10/22/2025 | 11/21/2025 | 10.12 | 0 | 0 | 10.12 | 0 | 0 |
| Murrells Inlet Outpost | H35666 | F2510H35666G | 10/22/2025 | 11/21/2025 | 2.99 | 0 | 0 | 2.99 | 0 | 0 |
| Murrells Inlet Outpost | H35666 | F2510H35666V | 10/22/2025 | 11/21/2025 | 87.17 | 0 | 0 | 87.17 | 0 | 0 |
| DPC Pawn & Gun Shop | H35702 | V1019913 | 9/15/2025 | 9/15/2025 | -54.51 | 0 | 0 | 0 | 0 | -54.51 |
| The Outpost Of Union SC, LLC | H35913 | R1910957 | 11/12/2019 | 11/12/2019 | -35.6 | 0 | 0 | 0 | 0 | -35.6 |
| Ferreteria Zaragoza, SA DE CV | H35923 | R2737958 | 5/17/2024 | 6/10/2024 | 952 | 0 | 0 | 0 | 0 | -10 |
| Marathon Bait & Tackle | H35966 | V1027291 | 10/13/2025 | 10/13/2025 | -42.69 | 0 | 0 | 0 | -42.69 | 0 |
| Atlantis Fishing Supply | H36029 | C2329775 | 6/13/2025 | 10/10/2025 | 266.72 | 0 | 0 | 0 | 0 | 266.72 |
| Atlantis Fishing Supply | H36029 | C2336142 | 7/14/2025 | 10/10/2025 | 1417.53 | 0 | 0 | 0 | 0 | 1417.53 |
| Atlantis Fishing Supply | H36029 | V0985298 | 7/14/2025 | 10/10/2025 | 12740.37 | 0 | 0 | 0 | 0 | 12740.37 |
| Atlantis Fishing Supply | H36029 | V1003123 | 8/11/2025 | 10/10/2025 | 2173.77 | 0 | 0 | 0 | 0 | 2173.77 |
| Atlantis Fishing Supply | H36029 | C2342912 | 9/9/2025 | 10/9/2025 | 38.15 | 0 | 0 | 0 | 0 | 38.15 |
| Atlantis Fishing Supply | H36029 | C2342924 | 9/9/2025 | 10/9/2025 | 32.65 | 0 | 0 | 0 | 0 | 32.65 |
| Atlantis Fishing Supply | H36029 | V1018326 | 9/12/2025 | 10/12/2025 | 4053.1 | 0 | 0 | 0 | 0 | 4053.1 |
| Atlantis Fishing Supply | H36029 | V1018327 | 9/12/2025 | 10/12/2025 | 3999.57 | 0 | 0 | 0 | 0 | 3999.57 |
| Atlantis Fishing Supply | H36029 | V1022309 | 9/23/2025 | 10/23/2025 | 988.51 | 0 | 0 | 0 | 0 | 988.51 |
| Atlantis Fishing Supply | H36029 | G0543365 | 10/13/2025 | 11/12/2025 | 1903.16 | 0 | 0 | 1903.16 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | V1027298 | 10/14/2025 | 11/13/2025 | 2666.14 | 0 | 0 | 2666.14 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | F2510H36029C | 10/30/2025 | 11/29/2025 | 17.61 | 0 | 0 | 17.61 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | F2510H36029V | 10/30/2025 | 11/29/2025 | 221.61 | 0 | 0 | 221.61 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | F2511H36029C | 11/29/2025 | 12/29/2025 | 26.4 | 26.4 | 0 | 0 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | F2511H36029G | 11/29/2025 | 12/29/2025 | 16.17 | 16.17 | 0 | 0 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | F2511H36029V | 11/29/2025 | 12/29/2025 | 384.14 | 384.14 | 0 | 0 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | F2512H36029C | 12/1/2025 | 12/31/2025 | 1.76 | 1.76 | 0 | 0 | 0 | 0 |
| Atlantis Fishing Supply | H36029 | F2512H36029G | 12/1/2025 | 12/31/2025 | 1.9 | 1.9 | 0 | 0 | 0 | 0 |

| Name | ID | Reference | Date | Date | Amount | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Atlantis Fishing Supply | H36029 | F2512H36029V | 12/1/2025 | 12/31/2025 | 26.62 | 26.62 | 0 | 0 | 0 | 0 |
| Westport Bait & Tackle, Inc. | H36189 | V0937343 | 5/5/2025 | 6/10/2025 | 3050 | 0 | 0 | 0 | 0 | -3050 |
| Platinum Security, Inc | H36201 | V0839685 | 11/21/2024 | 4/10/2025 | 6405.03 | 0 | 0 | 0 | 0 | 3000 |
| Platinum Security, Inc | H36201 | V0885154-2 | 2/25/2025 | 6/10/2025 | 1114.75 | 0 | 0 | 0 | 0 | 1114.75 |
| Platinum Security, Inc | H36201 | V0885154-3 | 2/25/2025 | 7/10/2025 | 1114.75 | 0 | 0 | 0 | 0 | 1114.75 |
| Platinum Security, Inc | H36201 | V0885162-3 | 2/25/2025 | 7/10/2025 | 751.42 | 0 | 0 | 0 | 0 | 751.42 |
| Platinum Security, Inc | H36201 | V0907545-2 | 3/27/2025 | 6/10/2025 | 2416.49 | 0 | 0 | 0 | 0 | 2416.49 |
| Platinum Security, Inc | H36201 | V0907545-3 | 3/27/2025 | 7/10/2025 | 2416.5 | 0 | 0 | 0 | 0 | 2416.5 |
| Platinum Security, Inc | H36201 | V0907554-3 | 3/28/2025 | 7/10/2025 | 1489.89 | 0 | 0 | 0 | 0 | 1489.89 |
| Platinum Security, Inc | H36201 | V0931066-1 | 4/24/2025 | 6/10/2025 | 132.62 | 0 | 0 | 0 | 0 | 132.62 |
| Platinum Security, Inc | H36201 | V0931066-2 | 4/24/2025 | 6/10/2025 | 132.62 | 0 | 0 | 0 | 0 | 132.62 |
| Platinum Security, Inc | H36201 | V0931066-3 | 4/24/2025 | 7/10/2025 | 132.61 | 0 | 0 | 0 | 0 | 132.61 |
| Platinum Security, Inc | H36201 | V0956252 | 5/29/2025 | 6/28/2025 | 305.93 | 0 | 0 | 0 | 0 | 305.93 |
| Platinum Security, Inc | H36201 | C2327698 | 6/5/2025 | 8/4/2025 | 171.41 | 0 | 0 | 0 | 0 | 171.41 |
| Platinum Security, Inc | H36201 | V0962264 | 6/9/2025 | 8/8/2025 | 393.27 | 0 | 0 | 0 | 0 | 393.27 |
| Platinum Security, Inc | H36201 | V0971861 | 6/20/2025 | 8/19/2025 | 344.97 | 0 | 0 | 0 | 0 | 344.97 |
| Platinum Security, Inc | H36201 | G0524638 | 6/27/2025 | 8/26/2025 | 386.48 | 0 | 0 | 0 | 0 | 386.48 |
| Dream Weaver Custom Rods | H36207 | V0788608 | 8/30/2024 | 10/10/2024 | 408.55 | 0 | 0 | 0 | 0 | -389.59 |
| Harnish Outdoor Supply | H36220 | C1982803 | 9/1/2022 | 10/10/2022 | 1344.41 | 0 | 0 | 0 | 0 | -1221.5 |
| Harnish Outdoor Supply | H36220 | C1984973 | 9/8/2022 | 10/10/2022 | 894.61 | 0 | 0 | 0 | 0 | -865.56 |
| Downtown Bait & Tackle Shop LLC | H36490 | R2657054 | 10/7/2023 | 4/10/2024 | 6856.21 | 0 | 0 | 0 | 0 | 4418.72 |
| Downtown Bait & Tackle Shop LLC | H36490 | R2666646 | 10/30/2023 | 4/10/2024 | 973.24 | 0 | 0 | 0 | 0 | 973.24 |
| Downtown Bait & Tackle Shop LLC | H36490 | R2681966 | 12/6/2023 | 4/10/2024 | 586.04 | 0 | 0 | 0 | 0 | 586.04 |
| Downtown Bait & Tackle Shop LLC | H36490 | F2404H36490R | 4/29/2024 | 5/29/2024 | 116.28 | 0 | 0 | 0 | 0 | 22 |
| John B Fly Shop Inc | H36609 | V0878149 | 2/12/2025 | 2/12/2025 | -15.36 | 0 | 0 | 0 | 0 | -15.36 |
| Granville Gun Works Inc | H36651 | C2344683 | 10/2/2025 | 11/10/2025 | 650 | 0 | 0 | 650 | 0 | 0 |
| Granville Gun Works Inc | H36651 | C2344696 | 10/2/2025 | 11/10/2025 | 540 | 0 | 0 | 540 | 0 | 0 |
| Granville Gun Works Inc | H36651 | G0542668 | 10/7/2025 | 11/10/2025 | 433.37 | 0 | 0 | 433.37 | 0 | 0 |
| Granville Gun Works Inc | H36651 | V1025950 | 10/7/2025 | 11/10/2025 | 565.5 | 0 | 0 | 565.5 | 0 | 0 |
| West Coast Kayaks Inc | H36846 | R2674319 | 11/16/2023 | 12/16/2023 | 1721.7 | 0 | 0 | 0 | 0 | 1721.7 |
| West Coast Kayaks Inc | H36846 | F2401H36846R | 1/30/2024 | 2/29/2024 | 38.71 | 0 | 0 | 0 | 0 | 38.71 |
| West Coast Kayaks Inc | H36846 | F2402H36846R | 2/28/2024 | 3/29/2024 | 24.94 | 0 | 0 | 0 | 0 | 24.94 |
| West Coast Kayaks Inc | H36846 | F2403H36846R | 3/30/2024 | 4/29/2024 | 26.66 | 0 | 0 | 0 | 0 | 26.66 |
| West Coast Kayaks Inc | H36846 | F2404H36846R | 4/29/2024 | 5/29/2024 | 25.8 | 0 | 0 | 0 | 0 | 25.8 |
| West Coast Kayaks Inc | H36846 | F2405H36846R | 5/30/2024 | 6/29/2024 | 26.66 | 0 | 0 | 0 | 0 | 26.66 |
| West Coast Kayaks Inc | H36846 | F2406H36846R | 6/29/2024 | 7/29/2024 | 25.8 | 0 | 0 | 0 | 0 | 25.8 |
| West Coast Kayaks Inc | H36846 | F2407H36846R | 7/1/2024 | 7/31/2024 | 1.72 | 0 | 0 | 0 | 0 | 1.72 |
| Hook N Ammo, LLC | H36888 | V0699440 | 6/5/2024 | 8/4/2024 | 2284.66 | 0 | 0 | 0 | 0 | 2284.66 |
| Hook N Ammo, LLC | H36888 | V0699441 | 6/5/2024 | 8/4/2024 | 2258.78 | 0 | 0 | 0 | 0 | 2258.78 |
| De Pesca Monterrey SA DECV | H36944 | G0168556 | 3/14/2022 | 3/14/2022 | -53.67 | 0 | 0 | 0 | 0 | -53.67 |
| Lakeside Bait And Tackle | H36973 | V0680225 | 5/20/2024 | 6/10/2024 | 1182.61 | 0 | 0 | 0 | 0 | 882.61 |
| Lakeside Bait And Tackle | H36973 | F2506H36973V | 6/29/2025 | 7/10/2025 | 13.75 | 0 | 0 | 0 | 0 | 10.81 |
| Lakeside Bait And Tackle | H36973 | F2507H36973V | 7/30/2025 | 8/29/2025 | 13.64 | 0 | 0 | 0 | 0 | 13.64 |
| Lakeside Bait And Tackle | H36973 | F2508H36973V | 8/30/2025 | 9/29/2025 | 13.64 | 0 | 0 | 0 | 0 | 13.64 |
| Lakeside Bait And Tackle | H36973 | F2509H36973V | 9/29/2025 | 10/29/2025 | 13.2 | 0 | 0 | 0 | 13.2 | 0 |
| Lakeside Bait And Tackle | H36973 | F2510H36973V | 10/30/2025 | 11/29/2025 | 13.64 | 0 | 0 | 13.64 | 0 | 0 |
| Lakeside Bait And Tackle | H36973 | F2511H36973V | 11/29/2025 | 12/29/2025 | 13.2 | 13.2 | 0 | 0 | 0 | 0 |
| Lakeside Bait And Tackle | H36973 | F2512H36973V | 12/1/2025 | 12/31/2025 | 0.88 | 0.88 | 0 | 0 | 0 | 0 |
| The Sportsman's Den | H36981 | R2148948 | 12/31/2020 | 12/31/2020 | -33.18 | 0 | 0 | 0 | 0 | -0.14 |
| The Sportsman's Den | H36981 | R2156278 | 1/19/2021 | 1/19/2021 | -145.67 | 0 | 0 | 0 | 0 | -35.96 |
| The Sportsman's Den | H36981 | R2160010 | 1/27/2021 | 1/27/2021 | -41.71 | 0 | 0 | 0 | 0 | -41.71 |
| The Sportsman's Den | H36981 | R2173244 | 3/2/2021 | 3/2/2021 | -280.83 | 0 | 0 | 0 | 0 | -280.83 |
| The Sportsman's Den | H36981 | R2180899 | 3/24/2021 | 4/10/2021 | 952.92 | 0 | 0 | 0 | 0 | -811.47 |
| The Sportsman's Den | H36981 | R2439600 | 7/28/2022 | 7/28/2022 | -76.28 | 0 | 0 | 0 | 0 | -76.28 |
| Grafton Fishing Supply & Seafood | H36988 | V0717759 | 6/19/2024 | 7/10/2024 | 2093.27 | 0 | 0 | 0 | 0 | -43.2 |
| Grafton Fishing Supply & Seafood | H36988 | V0928763 | 4/22/2025 | 4/22/2025 | -3.72 | 0 | 0 | 0 | 0 | -3.72 |
| United Oilfield Supplies & Services | H37015 | V0897394 | 3/13/2025 | 9/10/2025 | 3385.71 | 0 | 0 | 0 | 0 | 3385.71 |
| United Oilfield Supplies & Services | H37015 | V0972477 | 6/23/2025 | 7/10/2025 | 2437.74 | 0 | 0 | 0 | 0 | 2437.74 |
| United Oilfield Supplies & Services | H37015 | V0977582 | 7/1/2025 | 8/10/2025 | 2666.39 | 0 | 0 | 0 | 0 | 2666.39 |
| United Oilfield Supplies & Services | H37015 | G0530924 | 7/23/2025 | 8/10/2025 | 330.19 | 0 | 0 | 0 | 0 | 330.19 |
| United Oilfield Supplies & Services | H37015 | V0990954 | 7/23/2025 | 8/10/2025 | 828.92 | 0 | 0 | 0 | 0 | 828.92 |
| United Oilfield Supplies & Services | H37015 | V0991078 | 7/23/2025 | 8/10/2025 | 3518.44 | 0 | 0 | 0 | 0 | 3518.44 |
| United Oilfield Supplies & Services | H37015 | F2507H37015G | 7/30/2025 | 8/29/2025 | 5.99 | 0 | 0 | 0 | 0 | 5.99 |
| United Oilfield Supplies & Services | H37015 | F2507H37015V | 7/30/2025 | 8/29/2025 | 145.05 | 0 | 0 | 0 | 0 | 145.05 |
| United Oilfield Supplies & Services | H37015 | V0995520 | 7/31/2025 | 9/29/2025 | 313.13 | 0 | 0 | 0 | 0 | 313.13 |
| United Oilfield Supplies & Services | H37015 | G0532795 | 8/5/2025 | 9/10/2025 | 410.96 | 0 | 0 | 0 | 0 | 410.96 |
| United Oilfield Supplies & Services | H37015 | V0997150 | 8/6/2025 | 9/10/2025 | 2507.89 | 0 | 0 | 0 | 0 | 2507.89 |
| United Oilfield Supplies & Services | H37015 | G0533481 | 8/7/2025 | 9/10/2025 | 317.92 | 0 | 0 | 0 | 0 | 317.92 |
| United Oilfield Supplies & Services | H37015 | V0998869 | 8/8/2025 | 9/10/2025 | 1310.9 | 0 | 0 | 0 | 0 | 1310.9 |
| American Petroleum Group | H37065 | V1003794 | 8/11/2025 | 8/11/2025 | -20.3 | 0 | 0 | 0 | 0 | -20.3 |
| Whitley Power Equipment Inc | H37088 | R2720900 | 3/27/2024 | 3/27/2024 | -3.72 | 0 | 0 | 0 | 0 | -3.72 |
| Premier Outdoors LLC | H37164 | V0869204-1 | 1/28/2025 | 5/10/2025 | 131.04 | 0 | 0 | 0 | 0 | -21.4 |
| Premier Outdoors LLC | H37164 | V0869204-2 | 1/28/2025 | 6/10/2025 | 131.04 | 0 | 0 | 0 | 0 | -21.4 |
| Premier Outdoors LLC | H37164 | V0869204-3 | 1/28/2025 | 7/10/2025 | 131.03 | 0 | 0 | 0 | 0 | -21.39 |
| Premier Outdoors LLC | H37164 | V0961551 | 6/5/2025 | 6/5/2025 | -75 | 0 | 0 | 0 | 0 | -75 |
| Rock N Rods Outdoors Inc | H37220 | C2343092 | 9/10/2025 | 10/10/2025 | 47.89 | 0 | 0 | 0 | 47.89 | 0 |
| Rock N Rods Outdoors Inc | H37220 | C2343582 | 9/15/2025 | 10/10/2025 | 205.89 | 0 | 0 | 0 | 205.89 | 0 |
| Rock N Rods Outdoors Inc | H37220 | V1016999 | 9/15/2025 | 10/10/2025 | 994.08 | 0 | 0 | 0 | 994.08 | 0 |
| Rock N Rods Outdoors Inc | H37220 | V1027687 | 10/15/2025 | 11/10/2025 | 813.05 | 0 | 0 | 813.05 | 0 | 0 |
| Rock N Rods Outdoors Inc | H37220 | V1027688 | 10/16/2025 | 11/10/2025 | 3264.1 | 0 | 0 | 3264.1 | 0 | 0 |
| Rock N Rods Outdoors Inc | H37220 | F2510H37220C | 10/30/2025 | 11/29/2025 | 2.56 | 0 | 0 | 2.56 | 0 | 0 |
| Rock N Rods Outdoors Inc | H37220 | F2510H37220V | 10/30/2025 | 11/29/2025 | 9.96 | 0 | 0 | 9.96 | 0 | 0 |
| Rock N Rods Outdoors Inc | H37220 | F2511H37220C | 11/29/2025 | 12/29/2025 | 3.9 | 3.9 | 0 | 0 | 0 | 0 |
| Rock N Rods Outdoors Inc | H37220 | F2511H37220V | 11/29/2025 | 12/29/2025 | 53.74 | 53.74 | 0 | 0 | 0 | 0 |
| Rock N Rods Outdoors Inc | H37220 | F2512H37220C | 12/1/2025 | 12/31/2025 | 0.26 | 0.26 | 0 | 0 | 0 | 0 |
| Rock N Rods Outdoors Inc | H37220 | F2512H37220V | 12/1/2025 | 12/31/2025 | 5.08 | 5.08 | 0 | 0 | 0 | 0 |
| Creekside | H37412 | F2509H37412V | 9/10/2025 | 10/10/2025 | 24.46 | 0 | 0 | 0 | 24.46 | 0 |
| Creekside | H37412 | F2509H37412C | 9/16/2025 | 10/16/2025 | 37.39 | 0 | 0 | 0 | 37.39 | 0 |
| Creekside | H37412 | F2510H37412C | 10/23/2025 | 11/22/2025 | 77.62 | 0 | 0 | 77.62 | 0 | 0 |
| Creekside | H37412 | NSF00001 | 10/29/2025 | 10/29/2025 | 2439.11 | 0 | 0 | 0 | 2439.11 | 0 |
| Mazehual Ltd. | H37415 | R2246292 | 7/29/2021 | 9/10/2021 | 244.44 | 0 | 0 | 0 | 0 | -27.51 |
| Buchanan's Store | H37422 | V0952431 | 5/27/2025 | 7/10/2025 | 562.57 | 0 | 0 | 0 | 0 | -552.6 |
| Local Store Inc | H37429 | V1018223 | 9/16/2025 | 10/10/2025 | 863.22 | 0 | 0 | -1000 | 0 | 0 |
| Mad Minute Enterprises LLC | H37523 | C2319971 | 4/30/2025 | 7/29/2025 | 4766.14 | 0 | 0 | 0 | 0 | 4766.14 |

| Name | ID | Reference | Num | Date 1 | Date 2 | Amount | B1 | B2 | B3 | B4 | B5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mad Minute Enterprises LLC | H37523 | V0933952 | | 4/30/2025 | 7/29/2025 | 193.62 | 0 | 0 | 0 | 0 | 193.62 |
| Indian Mound Fish Camp | H37581 | V1029488 | | 10/28/2025 | 10/28/2025 | -29.37 | 0 | 0 | 0 | -29.37 | 0 |
| Curricanes Outdoors, S.A.DE C.V. | H37586 | V0951293 | | 5/27/2025 | 7/10/2025 | 1674.1 | 0 | 0 | 0 | 0 | 1674.1 |
| WBS LLC | H37617 | R2488856 | | 11/8/2022 | 11/8/2022 | -33.65 | 0 | 0 | 0 | 0 | -33.65 |
| Sportsman's Bait & Marine Repair Ser | H37711 | V1017079 | | 9/9/2025 | 9/9/2025 | -34.7 | 0 | 0 | 0 | 0 | -34.7 |
| Wildlife Unlimited, LLC | H37726 | G0531046 | | 7/23/2025 | 10/21/2025 | 476.37 | 0 | 0 | 0 | 476.37 | 0 |
| Wildlife Unlimited, LLC | H37726 | C2337874 | | 7/24/2025 | 10/22/2025 | 2199.76 | 0 | 0 | 0 | 2199.76 | 0 |
| Wildlife Unlimited, LLC | H37726 | V0991117 | | 7/24/2025 | 10/22/2025 | 3303.41 | 0 | 0 | 0 | 3303.41 | 0 |
| Wildlife Unlimited, LLC | H37726 | C2342067 | | 9/2/2025 | 10/10/2025 | 758.26 | 0 | 0 | 0 | 758.26 | 0 |
| Wildlife Unlimited, LLC | H37726 | G0536935 | | 9/5/2025 | 10/10/2025 | 83.06 | 0 | 0 | 0 | 83.06 | 0 |
| Wildlife Unlimited, LLC | H37726 | V1016243 | | 9/9/2025 | 10/10/2025 | 963.75 | 0 | 0 | 0 | 963.75 | 0 |
| Wildlife Unlimited, LLC | H37726 | C2343235 | | 9/10/2025 | 10/10/2025 | 34.72 | 0 | 0 | 0 | 34.72 | 0 |
| Wildlife Unlimited, LLC | H37726 | G0539620 | | 9/15/2025 | 10/10/2025 | 178.56 | 0 | 0 | 0 | 178.56 | 0 |
| Wildlife Unlimited, LLC | H37726 | V1018038 | | 9/16/2025 | 10/10/2025 | 103.2 | 0 | 0 | 0 | 103.2 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2510H37726C | | 10/30/2025 | 11/29/2025 | 7.95 | 0 | 0 | 7.95 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2510H37726G | | 10/30/2025 | 11/29/2025 | 2.61 | 0 | 0 | 2.61 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2510H37726V | | 10/30/2025 | 11/29/2025 | 10.65 | 0 | 0 | 10.65 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2511H37726C | | 11/29/2025 | 12/29/2025 | 53.8 | 53.8 | 0 | 0 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2511H37726G | | 11/29/2025 | 12/29/2025 | 13.23 | 13.23 | 0 | 0 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2511H37726V | | 11/29/2025 | 12/29/2025 | 78.86 | 78.86 | 0 | 0 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2512H37726C | | 12/1/2025 | 12/31/2025 | 3 | 3 | 0 | 0 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2512H37726G | | 12/1/2025 | 12/31/2025 | 0.74 | 0.74 | 0 | 0 | 0 | 0 |
| Wildlife Unlimited, LLC | H37726 | F2512H37726V | | 12/1/2025 | 12/31/2025 | 4.38 | 4.38 | 0 | 0 | 0 | 0 |
| Royal Range USA, LLC | H37791 | V0781309 | | 8/19/2024 | 8/19/2024 | -233.6 | 0 | 0 | 0 | 0 | -233.6 |
| Presnell's Vacation Resort & RV Park | H37956 | R2416031 | | 6/24/2022 | 7/10/2022 | 863.51 | 0 | 0 | 0 | 0 | -827.18 |
| Presnell's Vacation Resort & RV Park | H37956 | R2624697 | | 8/5/2023 | 9/10/2023 | 2189.05 | 0 | 0 | 0 | 0 | -2108.49 |
| OK Neail Enterprises | H37970 | G0543109 | | 10/9/2025 | 11/10/2026 | 131.09 | 0 | 0 | 131.09 | 0 | 0 |
| OK Neail Enterprises | H37970 | V1026475 | | 10/9/2025 | 11/10/2025 | 468.5 | 0 | 0 | 468.5 | 0 | 0 |
| OK Neail Enterprises | H37970 | G0543819 | | 10/16/2025 | 11/10/2025 | 166.09 | 0 | 0 | 166.09 | 0 | 0 |
| OK Neail Enterprises | H37970 | V1028452 | | 10/17/2025 | 11/10/2025 | 1313.96 | 0 | 0 | 1313.96 | 0 | 0 |
| Green Valley Pay Lakes | H38048 | V0825878 | | 10/22/2024 | 10/22/2024 | -42.74 | 0 | 0 | 0 | 0 | -42.74 |
| Green Valley Pay Lakes | H38048 | V0827617 | | 10/25/2024 | 10/25/2024 | -206.09 | 0 | 0 | 0 | 0 | -206.09 |
| Green Valley Pay Lakes | H38048 | V0995080 | | 7/29/2025 | 7/29/2025 | -122.61 | 0 | 0 | 0 | 0 | -122.61 |
| OM Narayanal LLC | H38105 | F2212H38105R | | 12/30/2022 | 1/29/2023 | 30.17 | 0 | 0 | 0 | 0 | 30.17 |
| OM Narayanal LLC | H38105 | F2301H38105R | | 1/30/2023 | 3/1/2023 | 26.66 | 0 | 0 | 0 | 0 | 26.66 |
| OM Narayanal LLC | H38105 | F2302H38105R | | 2/23/2023 | 3/25/2023 | 20.64 | 0 | 0 | 0 | 0 | 20.64 |
| OM Narayanal LLC | H38105 | F2305H38105R | | 5/30/2023 | 6/29/2023 | 42.57 | 0 | 0 | 0 | 0 | 42.57 |
| OM Narayanal LLC | H38105 | F2306H38105R | | 6/29/2023 | 7/29/2023 | 38.7 | 0 | 0 | 0 | 0 | 38.7 |
| OM Narayanal LLC | H38105 | F2307H38105R | | 7/30/2023 | 8/29/2023 | 39.99 | 0 | 0 | 0 | 0 | 39.99 |
| OM Narayanal LLC | H38105 | F2308H38105R | | 8/30/2023 | 9/29/2023 | 39.99 | 0 | 0 | 0 | 0 | 39.99 |
| OM Narayanal LLC | H38105 | F2309H38105R | | 9/28/2023 | 10/28/2023 | 37.41 | 0 | 0 | 0 | 0 | 37.41 |
| OM Narayanal LLC | H38105 | R2653385 | | 9/28/2023 | 10/28/2023 | 2415.87 | 0 | 0 | 0 | 0 | 2415.87 |
| OM Narayanal LLC | H38105 | F2311H38105R | | 11/29/2023 | 12/29/2023 | 38.69 | 0 | 0 | 0 | 0 | 38.69 |
| OM Narayanal LLC | H38105 | F2312H38105R | | 12/30/2023 | 1/29/2024 | 37.51 | 0 | 0 | 0 | 0 | 37.51 |
| OM Narayanal LLC | H38105 | F2401H38105R | | 1/4/2024 | 2/3/2024 | 6.05 | 0 | 0 | 0 | 0 | 6.05 |
| Stone Hart's Gun Club & Indoor Range | H38340 | V0863046 | | 1/14/2025 | 1/14/2025 | -44.49 | 0 | 0 | 0 | 0 | -12.42 |
| EZ-Boatparts Inc | H38374 | C2338885 | | 8/1/2025 | 9/10/2025 | 225.93 | 0 | 0 | 0 | 225.93 | 0 |
| EZ-Boatparts Inc | H38374 | V0996438 | | 8/1/2025 | 9/10/2025 | 1020.41 | 0 | 0 | 0 | 1020.41 | 0 |
| EZ-Boatparts Inc | H38374 | V0998218 | | 8/7/2025 | 9/10/2025 | 838.72 | 0 | 0 | 0 | 838.72 | 0 |
| EZ-Boatparts Inc | H38374 | V1004436 | | 8/13/2025 | 9/10/2025 | 1376.16 | 0 | 0 | 0 | 1376.16 | 0 |
| EZ-Boatparts Inc | H38374 | C2342172 | | 9/2/2025 | 10/10/2025 | 342.06 | 0 | 0 | 342.06 | 0 | 0 |
| EZ-Boatparts Inc | H38374 | V1019822 | | 9/22/2025 | 10/10/2025 | 1059.84 | 0 | 0 | 0 | 1059.84 | 0 |
| Scott's Farm And Family | H38453 | R2505126 | | 12/13/2022 | 1/10/2023 | 1253.18 | 0 | 0 | 0 | 0 | -1179 |
| Soul Anchor, Inc. | H38456 | V1030194 | | 11/20/2025 | 11/20/2025 | -36.71 | 0 | -36.71 | 0 | 0 | 0 |
| Fortner Home Center | H38492 | F2507H38492V | | 7/30/2025 | 8/29/2025 | 124.59 | 0 | 0 | 0 | 124.59 | 0 |
| Fortner Home Center | H38492 | C2341647 | | 8/27/2025 | 8/27/2025 | -18.09 | 0 | 0 | 0 | -18.09 | 0 |
| Fortner Home Center | H38492 | F2508H38492V | | 8/30/2025 | 9/29/2025 | 105.86 | 0 | 0 | 0 | 105.86 | 0 |
| Fortner Home Center | H38492 | V1013401 | | 9/9/2025 | 10/2/2025 | 5.04 | 0 | 0 | 0 | 5.04 | 0 |
| Fortner Home Center | H38492 | C2344900 | | 10/7/2025 | 11/10/2025 | 242 | 0 | 0 | 242 | 0 | 0 |
| Bale-Out Inc | H38573 | C2322997 | | 5/13/2025 | 5/13/2025 | -224.88 | 0 | 0 | 0 | 0 | -224.88 |
| Caliber Sports LLC | H36641 | R1349986 | | 6/14/2017 | 6/14/2017 | -19.32 | 0 | 0 | 0 | 0 | -19.32 |
| Caliber Sports LLC | H36641 | R1377404 | | 7/28/2017 | 7/28/2017 | -15.97 | 0 | 0 | 0 | 0 | -15.97 |
| Caliber Sports LLC | H36641 | | 1447 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | -452.51 |
| Caliber Sports LLC | H36641 | | 1600 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | -282.08 |
| Caliber Sports LLC | H36641 | | 1672 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | -521.72 |
| Caliber Sports LLC | H36641 | | 1869 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | -120.92 |
| Caliber Sports LLC | H36641 | | 1974 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | -903.75 |
| Caliber Sports LLC | H36641 | | 2121 | 8/1/2022 | 8/1/2022 | 0 | 0 | 0 | 0 | 0 | -544.04 |
| Rent Gear Here | H38702 | G0523959 | | 6/25/2025 | 10/10/2025 | 5064.39 | 0 | 0 | 0 | 5064.39 | 0 |
| Rent Gear Here | H38702 | V0974340 | | 6/25/2025 | 10/10/2025 | 4354.31 | 0 | 0 | 0 | 4354.31 | 0 |
| Rent Gear Here | H38702 | C2338066 | | 7/25/2025 | 10/10/2025 | 165.95 | 0 | 0 | 0 | 165.95 | 0 |
| Rent Gear Here | H38702 | G0531469 | | 7/25/2025 | 10/10/2025 | 250.19 | 0 | 0 | 0 | 250.19 | 0 |
| Rent Gear Here | H38702 | V0992768 | | 7/25/2025 | 10/10/2025 | 7447.64 | 0 | 0 | 0 | 7447.64 | 0 |
| Rent Gear Here | H38702 | F2509H38702G | | 9/29/2025 | 10/29/2025 | 5.64 | 0 | 0 | 0 | 5.64 | 0 |
| Rent Gear Here | H38702 | F2509H38702G | | 9/29/2025 | 10/29/2025 | 25.66 | 0 | 0 | 0 | 25.66 | 0 |
| Rent Gear Here | H38702 | F2509H38702V | | 9/29/2025 | 10/29/2025 | 126.8 | 0 | 0 | 0 | 126.8 | 0 |
| Rent Gear Here | H38702 | F2510H38702C | | 10/20/2025 | 11/19/2025 | 6.3 | 0 | 0 | 6.3 | 0 | 0 |
| Rent Gear Here | H38702 | F2510H38702G | | 10/20/2025 | 11/19/2025 | 24.15 | 0 | 0 | 24.15 | 0 | 0 |
| Rent Gear Here | H38702 | F2510H38702V | | 10/20/2025 | 11/19/2025 | 139.09 | 0 | 0 | 139.09 | 0 | 0 |
| Binnacle Marine Ltd | H38714 | V0861711 | | 1/13/2025 | 2/10/2025 | 1737.64 | 0 | 0 | 0 | 0 | 1737.64 |
| Binnacle Marine Ltd | H38714 | V0862278 | | 1/15/2025 | 2/10/2025 | 869.52 | 0 | 0 | 0 | 0 | 869.52 |
| Johns Bait Bolts & Bullets | H38850 | R2696172-3 | | 1/18/2024 | 7/10/2024 | 912.61 | 0 | 0 | 0 | 0 | 912.61 |
| Johns Bait Bolts & Bullets | H38850 | R2704353-3 | | 2/13/2024 | 7/10/2024 | 341.36 | 0 | 0 | 0 | 0 | 341.36 |
| Johns Bait Bolts & Bullets | H38850 | V0636423-2 | | 3/11/2024 | 7/9/2024 | 1560.22 | 0 | 0 | 0 | 0 | 1560.22 |
| Johns Bait Bolts & Bullets | H38850 | R2716090-3 | | 3/14/2024 | 7/10/2024 | 360.7 | 0 | 0 | 0 | 0 | 360.7 |
| Johns Bait Bolts & Bullets | H38850 | R2717585 | | 3/18/2024 | 11/10/2024 | 787.58 | 0 | 0 | 0 | 0 | 787.58 |
| Johns Bait Bolts & Bullets | H38850 | C2207852 | | 4/3/2024 | 7/2/2024 | 8960.97 | 0 | 0 | 0 | 0 | 5310.97 |
| Johns Bait Bolts & Bullets | H38850 | C2209864 | | 4/5/2024 | 7/4/2024 | 2649 | 0 | 0 | 0 | 0 | 2649 |
| Johns Bait Bolts & Bullets | H38850 | V0652640 | | 4/8/2024 | 11/10/2024 | 691.72 | 0 | 0 | 0 | 0 | 691.72 |
| Johns Bait Bolts & Bullets | H38850 | V0652626-1 | | 4/9/2024 | 7/8/2024 | 1280.48 | 0 | 0 | 0 | 0 | 1280.48 |
| Johns Bait Bolts & Bullets | H38850 | V0652626-2 | | 4/9/2024 | 8/7/2024 | 1280.48 | 0 | 0 | 0 | 0 | 1280.48 |
| Johns Bait Bolts & Bullets | H38850 | V0661541 | | 4/23/2024 | 7/22/2024 | 4120.31 | 0 | 0 | 0 | 0 | 4120.31 |
| Johns Bait Bolts & Bullets | H38850 | R2732398-3 | | 4/29/2024 | 7/10/2024 | 283.72 | 0 | 0 | 0 | 0 | 283.72 |

| Name | ID | Reference | Date1 | Date2 | Amount | C1 | C2 | C3 | C4 | C5 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Johns Bait Bolts & Bullets | H38850 | C2219492 | 4/30/2024 | 7/29/2024 | 10230.4 | | 0 | 0 | 0 | 0 | 10230.4 |
| Johns Bait Bolts & Bullets | H38850 | C2219521 | 4/30/2024 | 7/29/2024 | 13421.12 | | 0 | 0 | 0 | 0 | 13421.12 |
| Johns Bait Bolts & Bullets | H38850 | V0671531 | 5/9/2024 | 11/10/2024 | 855.04 | | 0 | 0 | 0 | 0 | 855.04 |
| Johns Bait Bolts & Bullets | H38850 | C2226386 | 5/17/2024 | 8/15/2024 | 23343.33 | | 0 | 0 | 0 | 0 | 23343.33 |
| Johns Bait Bolts & Bullets | H38850 | V0685187 | 5/20/2024 | 8/18/2024 | 5227.77 | | 0 | 0 | 0 | 0 | 5227.77 |
| Johns Bait Bolts & Bullets | H38850 | G0413240 | 5/28/2024 | 8/26/2024 | 901.61 | | 0 | 0 | 0 | 0 | 901.61 |
| Johns Bait Bolts & Bullets | H38850 | V0698268 | 5/30/2024 | 8/28/2024 | 59.91 | | 0 | 0 | 0 | 0 | 59.91 |
| Johns Bait Bolts & Bullets | H38850 | C2231565 | 5/31/2024 | 7/30/2024 | 698.23 | | 0 | 0 | 0 | 0 | 698.23 |
| Johns Bait Bolts & Bullets | H38850 | C2231714 | 5/31/2024 | 7/10/2024 | 2711.25 | | 0 | 0 | 0 | 0 | 2711.25 |
| Johns Bait Bolts & Bullets | H38850 | C2235915 | 6/12/2024 | 7/10/2024 | 310.16 | | 0 | 0 | 0 | 0 | 310.16 |
| Johns Bait Bolts & Bullets | H38850 | C2235996 | 6/12/2024 | 7/10/2024 | 220.57 | | 0 | 0 | 0 | 0 | 220.57 |
| Johns Bait Bolts & Bullets | H38850 | C2238151 | 6/18/2024 | 9/16/2024 | 5210 | | 0 | 0 | 0 | 0 | 5210 |
| Johns Bait Bolts & Bullets | H38850 | V0723519 | 6/20/2024 | 7/10/2024 | 116.18 | | 0 | 0 | 0 | 0 | 116.18 |
| Johns Bait Bolts & Bullets | H38850 | V0723518 | 6/21/2024 | 7/10/2024 | 433.11 | | 0 | 0 | 0 | 0 | 433.11 |
| Johns Bait Bolts & Bullets | H38850 | V0713052 | 6/24/2024 | 7/10/2024 | 4566.37 | | 0 | 0 | 0 | 0 | 4566.37 |
| Johns Bait Bolts & Bullets | H38850 | V0727200 | 6/28/2024 | 8/10/2024 | 185.51 | | 0 | 0 | 0 | 0 | 185.51 |
| Johns Bait Bolts & Bullets | H38850 | F2406H38850C | 6/29/2024 | 7/29/2024 | 1048.77 | | 0 | 0 | 0 | 0 | 1048.77 |
| Johns Bait Bolts & Bullets | H38850 | F2406H38850R | 6/29/2024 | 7/29/2024 | 141.05 | | 0 | 0 | 0 | 0 | 141.05 |
| Johns Bait Bolts & Bullets | H38850 | F2406H38850V | 6/29/2024 | 7/29/2024 | 124.2 | | 0 | 0 | 0 | 0 | 124.2 |
| Johns Bait Bolts & Bullets | H38850 | C2245197 | 7/10/2024 | 8/10/2024 | 1006.04 | | 0 | 0 | 0 | 0 | 1006.04 |
| Johns Bait Bolts & Bullets | H38850 | F2407H38850C | 7/30/2024 | 8/29/2024 | 1269.27 | | 0 | 0 | 0 | 0 | 1269.27 |
| Johns Bait Bolts & Bullets | H38850 | F2407H38850R | 7/30/2024 | 8/29/2024 | 151.8 | | 0 | 0 | 0 | 0 | 151.8 |
| Johns Bait Bolts & Bullets | H38850 | F2407H38850V | 7/30/2024 | 8/29/2024 | 231.82 | | 0 | 0 | 0 | 0 | 231.82 |
| Johns Bait Bolts & Bullets | H38850 | F2408H38850C | 8/30/2024 | 9/29/2024 | 1677.39 | | 0 | 0 | 0 | 0 | 1677.39 |
| Johns Bait Bolts & Bullets | H38850 | F2408H38850R | 8/30/2024 | 9/29/2024 | 113.77 | | 0 | 0 | 0 | 0 | 113.77 |
| Johns Bait Bolts & Bullets | H38850 | F2408H38850V | 8/30/2024 | 9/29/2024 | 357.78 | | 0 | 0 | 0 | 0 | 357.78 |
| Johns Bait Bolts & Bullets | H38850 | F2409H38850C | 9/6/2024 | 10/6/2024 | 402.36 | | 0 | 0 | 0 | 0 | 402.36 |
| Johns Bait Bolts & Bullets | H38850 | F2409H38850R | 9/6/2024 | 10/6/2024 | 25.69 | | 0 | 0 | 0 | 0 | 25.69 |
| Johns Bait Bolts & Bullets | H38850 | F2409H38850V | 9/6/2024 | 10/6/2024 | 126.22 | | 0 | 0 | 0 | 0 | 126.22 |
| Hillbilly Gun & Pawn LLC | H38911 | C2311720 | 3/24/2025 | 9/10/2025 | 219.07 | | 0 | 0 | 0 | 0 | 219.07 |
| Hillbilly Gun & Pawn LLC | H38911 | V0907336 | 3/25/2025 | 9/10/2025 | 1692.32 | | 0 | 0 | 0 | 0 | 1692.32 |
| Price Slashers Inc | H38970 | V0801373 | 9/17/2024 | 9/17/2024 | -40.18 | | 0 | 0 | 0 | 0 | -40.18 |
| Fishermen's Source, LLC | H38974 | R2531061-3 | 2/15/2023 | 7/10/2023 | 154.5 | | 0 | 0 | 0 | 0 | -25.99 |
| Fishermen's Source, LLC | H38974 | R2651235 | 9/22/2023 | 5/10/2024 | 0 | | 0 | 0 | 0 | 0 | -0.01 |
| Fishermen's Source, LLC | H38974 | V0679411-1 | 5/15/2024 | 6/10/2024 | 126.85 | | 0 | 0 | 0 | 0 | -0.01 |
| Fishermen's Source, LLC | H38974 | ACCT VERIFY | 11/22/2024 | 11/22/2024 | 0 | | 0 | 0 | 0 | 0 | -0.01 |
| Fishermen's Source, LLC | H38974 | TEST FRAUD | 11/22/2024 | 11/22/2024 | 0 | | 0 | 0 | 0 | 0 | -0.01 |
| Fishermen's Source, LLC | H38974 | V0981596 | 7/8/2025 | 10/10/2025 | 2780.67 | | 0 | 0 | 0 | -117.6 | 0 |
| Fishermen's Source, LLC | H38974 | V1025879 | 10/6/2025 | 10/6/2025 | -30.36 | | 0 | 0 | 0 | 0 | -30.36 |
| Fishermen's Source, LLC | H38974 | G0544676 | 11/3/2025 | 1/2/2026 | 133.29 | 133.29 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544677 | 11/3/2025 | 1/2/2026 | 318.78 | 318.78 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029631 | 11/3/2025 | 1/2/2026 | 2589.8 | 2589.8 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029632 | 11/3/2025 | 1/2/2026 | 3565.85 | 3565.85 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029633 | 11/3/2025 | 1/2/2026 | 1863.73 | 1863.73 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029634 | 11/3/2025 | 1/2/2026 | 313.78 | 313.78 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029636 | 11/3/2025 | 1/2/2026 | 1083.37 | 1083.37 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544678 | 11/4/2025 | 1/3/2026 | 829.53 | 829.53 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544699 | 11/4/2025 | 1/3/2026 | 751.57 | 751.57 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V0544749 | 11/4/2025 | 1/3/2026 | 1121.38 | 1121.38 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029635 | 11/4/2025 | 1/3/2026 | 1648.52 | 1648.52 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029765 | 11/5/2025 | 1/4/2026 | 423.97 | 423.97 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029766 | 11/5/2025 | 1/4/2026 | 928.04 | 928.04 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544818 | 11/6/2025 | 1/5/2026 | 182.33 | 182.33 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544847 | 11/6/2025 | 1/5/2026 | 1662.03 | 1662.03 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029819 | 11/6/2025 | 1/5/2026 | 603.45 | 603.45 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029638 | 11/6/2025 | 1/5/2026 | 546.99 | 546.99 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029871 | 11/6/2025 | 1/5/2026 | 1794.49 | 1794.49 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544874 | 11/7/2025 | 1/6/2026 | 271.38 | 271.38 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544875 | 11/7/2025 | 1/6/2026 | 1138.03 | 1138.03 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029932 | 11/10/2025 | 1/9/2026 | 290.34 | 290.34 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1029933 | 11/10/2025 | 1/9/2026 | 25.88 | 25.88 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0544926 | 11/11/2025 | 1/10/2026 | 679.06 | 679.06 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0545034 | 11/14/2025 | 1/13/2026 | 775.8 | 775.8 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0545035 | 11/14/2025 | 1/13/2026 | 2010.71 | 2010.71 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | G0545036 | 11/14/2025 | 1/13/2026 | 2712.66 | 2712.66 | 0 | 0 | 0 | 0 | 0 |
| Fishermen's Source, LLC | H38974 | V1030206 | 11/21/2025 | 11/21/2025 | -416.81 | | 0 | 0 | -6.04 | 0 | 0 |
| Lead & Tackle, LLC | H38980 | V1019899 | 9/19/2025 | 10/19/2025 | 3585.47 | | 0 | 0 | 0 | 1000 | 0 |
| Dream Catcher Charters Inc. | H39068 | V0712199 | 6/11/2024 | 6/26/2024 | 376.43 | | 0 | 0 | 0 | 0 | -9.79 |
| Dream Catcher Charters Inc. | H39068 | V0870607 | 1/30/2025 | 3/10/2025 | 122.32 | | 0 | 0 | 0 | 0 | -112.43 |
| Hendee Enterprises LLC | H39075 | V0881978 | 2/17/2025 | 2/17/2025 | -37.92 | | 0 | 0 | 0 | 0 | -37.92 |
| Big Cypress Inc. | H39099 | V0981810 | 7/7/2025 | 7/7/2025 | -122.94 | | 0 | 0 | 0 | 0 | -122.94 |
| Impor Y Expor Bd | H39105 | R2328960 | 1/15/2022 | 2/14/2022 | 3951.44 | | 0 | 0 | 0 | 0 | -78.66 |
| Impor Y Expor Bd | H39105 | R2393777 | 5/24/2022 | 6/10/2022 | 2122.34 | | 0 | 0 | 0 | 0 | -59.06 |
| Impor Y Expor Bd | H39105 | WIRE8/28-UNSP | 9/26/2025 | 9/26/2025 | 0 | | 0 | 0 | 0 | 0 | -118.74 |
| Gulf Marine De Mexico SA De CV | H39118 | V0828366 | 10/30/2024 | 11/29/2024 | 2623.02 | | 0 | 0 | 0 | 0 | -261.82 |
| Big Dog Tackle Inc | H39426 | F2510H39426V | 10/30/2025 | 11/29/2025 | 217.63 | | 0 | 217.63 | 0 | 0 | 0 |
| Big Dog Tackle Inc | H39426 | G0544784 | 11/4/2025 | 12/10/2025 | 43.5 | | 43.5 | 0 | 0 | 0 | 0 |
| Big Dog Tackle Inc | H39426 | V1029767 | 11/5/2025 | 12/10/2025 | 851.34 | | 851.34 | 0 | 0 | 0 | 0 |
| Big Dog Tackle Inc | H39426 | F2511H39426C | 11/17/2025 | 12/17/2025 | 4.14 | | 4.14 | 0 | 0 | 0 | 0 |
| Big Dog Tackle Inc | H39426 | F2511H39426V | 11/17/2025 | 12/17/2025 | 195.84 | | 195.84 | 0 | 0 | 0 | 0 |
| Big Boys Bait & Tackle LLC | H39443 | V1019830 | 9/18/2025 | 10/18/2025 | 665.98 | | 0 | 0 | 0 | 665.98 | 0 |
| Big Boys Bait & Tackle LLC | H39443 | F2511H39443V | 11/29/2025 | 12/29/2025 | 13.9 | 13.9 | 0 | 0 | 0 | 0 | 0 |
| Big Boys Bait & Tackle LLC | H39443 | F2512H39443V | 12/1/2025 | 12/31/2025 | 0.66 | 0.66 | 0 | 0 | 0 | 0 | 0 |
| Lantz Repair | H39830 | V1024338 | 9/30/2025 | 11/10/2025 | 1013.15 | | 0 | 0 | -921.71 | 0 | 0 |
| Lantz Repair | H39830 | V1030167 | 11/18/2025 | 11/18/2025 | -153.92 | | 0 | -153.92 | 0 | 0 | 0 |
| Schreedly Marine, Inc | H39847 | V0996531 | 8/1/2025 | 9/30/2025 | 302.86 | | 0 | 0 | 0 | 0 | -217.53 |
| Pineville Sporting Supply, Inc. | H39854 | V0816983 | 10/10/2024 | 11/10/2024 | 67.14 | | 0 | 0 | 0 | 0 | -57.66 |
| Lost Bay Tackle LLC | H39883 | G0544653 | 11/3/2025 | 12/10/2025 | 20.49 | | 20.49 | 0 | 0 | 0 | 0 |
| Lost Bay Tackle LLC | H39883 | V1029638 | 11/3/2025 | 12/10/2025 | 307.93 | | 307.93 | 0 | 0 | 0 | 0 |
| Lost Bay Tackle LLC | H39883 | V1030017 | 11/11/2025 | 11/11/2025 | -78.65 | | 0 | -78.65 | 0 | 0 | 0 |
| Beamish Custom Tackle Inc | H39897 | V1016695 | 9/11/2025 | 10/11/2025 | 2367.43 | | 0 | 0 | 0 | 2367.43 | 0 |
| Beamish Custom Tackle Inc | H39897 | G0540975 | 9/22/2025 | 10/22/2025 | 144.5 | | 0 | 0 | 0 | 144.5 | 0 |
| Beamish Custom Tackle Inc | H39897 | F2509H39897V | 9/23/2025 | 10/23/2025 | 18.24 | | 0 | 0 | 0 | 18.24 | 0 |
| Beamish Custom Tackle Inc | H39897 | V1023413 | 9/25/2025 | 10/25/2025 | 989.12 | | 0 | 0 | 0 | 989.12 | 0 |

| Name | Code | Voucher | Date1 | Date2 | Amount | A | B | C | D | E |
|---|---|---|---|---|---|---|---|---|---|---|
| Beamish Custom Tackle Inc | H39897 | V1027324 | 10/13/2025 | 11/12/2025 | 729.25 | 0 | 0 | 729.25 | 0 | 0 |
| Beamish Custom Tackle Inc | H39897 | G0543390 | 10/16/2025 | 11/15/2025 | 30.15 | 0 | 0 | 30.15 | 0 | 0 |
| Elon's Future, LLC | H39898 | V0840848 | 11/22/2024 | 4/10/2025 | 14426.65 | 0 | 0 | 0 | 0 | 9000 |
| Elon's Future, LLC | H39898 | V0914377 | 4/2/2025 | 5/10/2025 | 863.81 | 0 | 0 | 0 | 0 | 363.81 |
| Elon's Future, LLC | H39898 | V0938885 | 5/7/2025 | 6/10/2025 | 909.28 | 0 | 0 | 0 | 0 | 909.28 |
| By Pass Bait And Tackle | H39986 | V1006552 | 8/25/2025 | 10/10/2025 | 1325.33 | 0 | 0 | 0 | -40 | 0 |
| Rocks Country Store | H39998 | V0924393 | 4/17/2025 | 9/10/2025 | 3775.08 | 0 | 0 | 0 | 0 | 3775.08 |
| Rocks Country Store | H39998 | V0969947 | 6/18/2025 | 8/17/2025 | 2963.58 | 0 | 0 | 0 | 0 | 2963.58 |
| Rocks Country Store | H39998 | C2340980 | 8/20/2025 | 9/10/2025 | 860.88 | 0 | 0 | 0 | 0 | 860.88 |
| Rocks Country Store | H39998 | V1010597 | 8/25/2025 | 10/10/2025 | 19.32 | 0 | 0 | 0 | 19.32 | 0 |
| Rocks Country Store | H39998 | C2341402 | 8/26/2025 | 10/10/2025 | 262.27 | 0 | 0 | 0 | 262.27 | 0 |
| Rocks Country Store | H39998 | V1006521 | 8/28/2025 | 10/10/2025 | 5466.41 | 0 | 0 | 0 | 5466.41 | 0 |
| Rocks Country Store | H39998 | V1008132 | 8/28/2025 | 10/10/2025 | 4428.94 | 0 | 0 | 0 | 4428.94 | 0 |
| Rocks Country Store | H39998 | V1022379 | 9/19/2025 | 9/19/2025 | -61.76 | 0 | 0 | 0 | 0 | -61.76 |
| Rigg's Outpost | H40002 | C2333175 | 6/26/2025 | 8/10/2025 | 16.51 | 0 | 0 | 0 | 0 | 16.51 |
| Rigg's Outpost | H40002 | V0976519 | 6/27/2025 | 8/10/2025 | 3585.66 | 0 | 0 | 0 | 0 | 3585.66 |
| Rigg's Outpost | H40002 | F2508H40002V | 8/30/2025 | 9/29/2025 | 35.84 | 0 | 0 | 0 | 0 | 35.84 |
| Rigg's Outpost | H40002 | F2509H40002V | 9/29/2025 | 10/29/2025 | 53.7 | 0 | 0 | 0 | 53.7 | 0 |
| Rigg's Outpost | H40002 | F2510H40002V | 10/30/2025 | 11/29/2025 | 55.49 | 0 | 0 | 55.49 | 0 | 0 |
| Rigg's Outpost | H40002 | F2511H40002V | 11/29/2025 | 12/29/2025 | 53.7 | 53.7 | 0 | 0 | 0 | 0 |
| Rigg's Outpost | H40002 | F2512H40002V | 12/1/2025 | 12/31/2025 | 3.58 | 3.58 | 0 | 0 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | C2344799 | 10/3/2025 | 11/10/2025 | 597.41 | 0 | 0 | 597.41 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | G0542562 | 10/6/2025 | 11/10/2025 | 811.8 | 0 | 0 | 811.8 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | V1025734 | 10/6/2025 | 11/10/2025 | 1031.12 | 0 | 0 | 1031.12 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | F2511H40005C | 11/29/2025 | 12/29/2025 | 5.68 | 5.68 | 0 | 0 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | F2511H40005G | 11/29/2025 | 12/29/2025 | 7.73 | 7.73 | 0 | 0 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | F2511H40005V | 11/29/2025 | 12/29/2025 | 9.82 | 9.82 | 0 | 0 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | F2512H40005C | 12/1/2025 | 12/31/2025 | 0.6 | 0.6 | 0 | 0 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | F2512H40005G | 12/1/2025 | 12/31/2025 | 0.82 | 0.82 | 0 | 0 | 0 | 0 |
| Haysi Supply Company LLC | H40005 | F2512H40005V | 12/1/2025 | 12/31/2025 | 1.04 | 1.04 | 0 | 0 | 0 | 0 |
| HV Management | H40048 | V1029995 | 11/10/2025 | 11/10/2025 | -31.74 | 0 | 0 | -31.74 | 0 | 0 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0864539-3 | 1/20/2025 | 7/10/2025 | 5296.42 | 0 | 0 | 0 | 0 | 5296.42 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2297772-3 | 1/22/2025 | 7/10/2025 | 190.82 | 0 | 0 | 0 | 0 | 190.82 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0869211-3 | 1/28/2025 | 7/10/2025 | 85.33 | 0 | 0 | 0 | 0 | 85.33 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0869428-3 | 1/31/2025 | 7/10/2025 | 882.1 | 0 | 0 | 0 | 0 | 882.1 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2301704-3 | 2/10/2025 | 7/10/2025 | 941.6 | 0 | 0 | 0 | 0 | 941.6 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0875965-3 | 2/11/2025 | 7/10/2025 | 1028.6 | 0 | 0 | 0 | 0 | 1028.6 |
| B & H Outdoor Sporting Supplies LLC | H40049 | G0493572-3 | 2/17/2025 | 7/10/2025 | 305.85 | 0 | 0 | 0 | 0 | 305.85 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0878425-3 | 2/17/2025 | 7/10/2025 | 359.54 | 0 | 0 | 0 | 0 | 359.54 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0885487-3 | 2/24/2025 | 7/10/2025 | 1308.4 | 0 | 0 | 0 | 0 | 1308.4 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2305898-3 | 2/27/2025 | 7/10/2025 | 272.86 | 0 | 0 | 0 | 0 | 272.86 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2309404-3 | 3/14/2025 | 7/10/2025 | 221.55 | 0 | 0 | 0 | 0 | 221.55 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0922229-3 | 3/19/2025 | 7/10/2025 | 1689.92 | 0 | 0 | 0 | 0 | 1689.92 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0904659-3 | 3/24/2025 | 7/10/2025 | 251.94 | 0 | 0 | 0 | 0 | 251.94 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0912318-3 | 3/31/2025 | 7/10/2025 | 171.54 | 0 | 0 | 0 | 0 | 171.54 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0919149-3 | 4/9/2025 | 7/10/2025 | 614.81 | 0 | 0 | 0 | 0 | 614.81 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0926217-3 | 4/18/2025 | 7/10/2025 | 2089.31 | 0 | 0 | 0 | 0 | 2089.31 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0934100-3 | 4/30/2025 | 7/10/2025 | 418 | 0 | 0 | 0 | 0 | 418 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0934101-3 | 4/30/2025 | 7/10/2025 | 197.81 | 0 | 0 | 0 | 0 | 197.81 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2321471 | 5/6/2025 | 8/4/2025 | 587.11 | 0 | 0 | 0 | 0 | 587.11 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2321539 | 5/6/2025 | 8/4/2025 | 587.11 | 0 | 0 | 0 | 0 | 587.11 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0951652 | 5/27/2025 | 7/26/2025 | 629.43 | 0 | 0 | 0 | 0 | 629.43 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2327946 | 6/6/2025 | 8/5/2025 | 708.7 | 0 | 0 | 0 | 0 | 708.7 |
| B & H Outdoor Sporting Supplies LLC | H40049 | C2327978 | 6/6/2025 | 8/5/2025 | 689.03 | 0 | 0 | 0 | 0 | 689.03 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0962305 | 6/10/2025 | 8/9/2025 | 3363.61 | 0 | 0 | 0 | 0 | 3363.61 |
| B & H Outdoor Sporting Supplies LLC | H40049 | V0962306 | 6/10/2025 | 8/9/2025 | 4314.03 | 0 | 0 | 0 | 0 | 4314.03 |
| The Bait Station LLC | H40070 | V0957312 | 6/3/2025 | 7/10/2025 | 594.68 | 0 | 0 | 0 | 0 | 594.68 |
| The Bait Station LLC | H40070 | F2508H40070V | 6/29/2025 | 7/29/2025 | 5.66 | 0 | 0 | 0 | 0 | 5.66 |
| The Bait Station LLC | H40070 | C2333823 | 6/30/2025 | 8/10/2025 | 35.36 | 0 | 0 | 0 | 0 | 35.36 |
| The Bait Station LLC | H40070 | V0977596 | 7/1/2025 | 8/10/2025 | 1224.15 | 0 | 0 | 0 | 0 | 1224.15 |
| The Bait Station LLC | H40070 | C2335282 | 7/8/2025 | 8/10/2025 | 20.72 | 0 | 0 | 0 | 0 | 20.72 |
| The Bait Station LLC | H40070 | V0981887 | 7/8/2025 | 8/10/2025 | 456.54 | 0 | 0 | 0 | 0 | 456.54 |
| The Bait Station LLC | H40070 | F2507H40070V | 7/30/2025 | 8/29/2025 | 8.06 | 0 | 0 | 0 | 0 | 8.06 |
| The Bait Station LLC | H40070 | F2508H40070C | 8/30/2025 | 9/29/2025 | 0.57 | 0 | 0 | 0 | 0 | 0.57 |
| The Bait Station LLC | H40070 | F2508H40070V | 8/30/2025 | 9/29/2025 | 26.1 | 0 | 0 | 0 | 0 | 26.1 |
| The Bait Station LLC | H40070 | F2509H40070C | 9/18/2025 | 10/18/2025 | 0.57 | 0 | 0 | 0 | 0.57 | 0 |
| The Bait Station LLC | H40070 | F2509H40070V | 9/18/2025 | 10/18/2025 | 21.66 | 0 | 0 | 0 | 21.66 | 0 |
| Joe Lee Company Of Edenton NC | H40071 | R1984753 | 3/20/2020 | 3/20/2020 | -128.76 | 0 | 0 | 0 | 0 | -128.76 |
| Crooked River State Park | H40083 | V0948866 | 5/20/2025 | 5/20/2025 | -51.52 | 0 | 0 | 0 | 0 | -8.45 |
| Bohonyi Corp | H40123 | C2336624 | 7/15/2025 | 8/14/2025 | 2449.63 | 0 | 0 | 0 | 0 | 2449.63 |
| Bohonyi Corp | H40123 | V0986815 | 7/15/2025 | 8/14/2025 | 166.71 | 0 | 0 | 0 | 0 | 166.71 |
| Musser's Inc | H40159 | V0853412 | 12/19/2024 | 12/19/2024 | -242.23 | 0 | 0 | 0 | 0 | -242.23 |
| Soremouth Tackle LLC | H40162 | C2314369-2 | 4/4/2025 | 6/10/2025 | 4016.65 | 0 | 0 | 0 | 0 | 2766.65 |
| Soremouth Tackle LLC | H40162 | C2314369-3 | 4/4/2025 | 7/10/2025 | 4016.66 | 0 | 0 | 0 | 0 | 4016.66 |
| Soremouth Tackle LLC | H40162 | V0916587-2 | 4/7/2025 | 6/10/2025 | 1080.2 | 0 | 0 | 0 | 0 | 1080.2 |
| Soremouth Tackle LLC | H40162 | V0916587-3 | 4/7/2025 | 7/10/2025 | 1080.2 | 0 | 0 | 0 | 0 | 1080.2 |
| Soremouth Tackle LLC | H40162 | C2315464-3 | 4/9/2025 | 7/10/2025 | 415.47 | 0 | 0 | 0 | 0 | 415.47 |
| Soremouth Tackle LLC | H40162 | V0921643-2 | 4/14/2025 | 6/10/2025 | 1122.15 | 0 | 0 | 0 | 0 | 1122.15 |
| Soremouth Tackle LLC | H40162 | V0921643-3 | 4/14/2025 | 7/10/2025 | 1122.16 | 0 | 0 | 0 | 0 | 1122.16 |
| Soremouth Tackle LLC | H40162 | V0922247-2 | 4/14/2025 | 6/10/2025 | 116.64 | 0 | 0 | 0 | 0 | 116.64 |
| Soremouth Tackle LLC | H40162 | V0922247-3 | 4/14/2025 | 7/10/2025 | 116.65 | 0 | 0 | 0 | 0 | 116.65 |
| Soremouth Tackle LLC | H40162 | C2316769-3 | 4/15/2025 | 7/10/2025 | 151.23 | 0 | 0 | 0 | 0 | 151.23 |
| Soremouth Tackle LLC | H40162 | V0924258-2 | 4/16/2025 | 6/10/2025 | 111.93 | 0 | 0 | 0 | 0 | 111.93 |
| Soremouth Tackle LLC | H40162 | V0924258-3 | 4/16/2025 | 7/10/2025 | 111.92 | 0 | 0 | 0 | 0 | 111.92 |
| Soremouth Tackle LLC | H40162 | V0931065-1 | 4/24/2025 | 6/10/2025 | 151.61 | 0 | 0 | 0 | 0 | 151.61 |
| Soremouth Tackle LLC | H40162 | V0931065-2 | 4/24/2025 | 6/10/2025 | 151.61 | 0 | 0 | 0 | 0 | 151.61 |
| Soremouth Tackle LLC | H40162 | V0931065-3 | 4/24/2025 | 7/10/2025 | 151.62 | 0 | 0 | 0 | 0 | 151.62 |
| Soremouth Tackle LLC | H40162 | C2318974-3 | 4/25/2025 | 7/10/2025 | 227.22 | 0 | 0 | 0 | 0 | 227.22 |
| Soremouth Tackle LLC | H40162 | C2320041-3 | 4/30/2025 | 7/10/2025 | 324.94 | 0 | 0 | 0 | 0 | 324.94 |
| Soremouth Tackle LLC | H40162 | V0936006-1 | 5/1/2025 | 6/10/2025 | 110.13 | 0 | 0 | 0 | 0 | 110.13 |
| Soremouth Tackle LLC | H40162 | V0936006-2 | 5/1/2025 | 6/10/2025 | 110.13 | 0 | 0 | 0 | 0 | 110.13 |
| Soremouth Tackle LLC | H40162 | V0936006-3 | 5/1/2025 | 7/10/2025 | 110.13 | 0 | 0 | 0 | 0 | 110.13 |
| Soremouth Tackle LLC | H40162 | C2320806-3 | 5/2/2025 | 7/10/2025 | 123.76 | 0 | 0 | 0 | 0 | 123.76 |
| Soremouth Tackle LLC | H40162 | C2322029-2 | 5/8/2025 | 6/10/2025 | 155.46 | 0 | 0 | 0 | 0 | 155.46 |

| Name | Account | Reference | Date | Due Date | Amount | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Soremouth Tackle LLC | H40162 | C2322029-3 | 5/8/2025 | 7/10/2025 | 155.45 | 0 | 0 | 0 | 0 | 0 | 155.45 |
| Soremouth Tackle LLC | H40162 | C2323648-1 | 5/16/2025 | 6/10/2025 | 130.62 | 0 | 0 | 0 | 0 | 0 | 130.62 |
| Soremouth Tackle LLC | H40162 | C2323648-2 | 5/16/2025 | 6/10/2025 | 130.62 | 0 | 0 | 0 | 0 | 0 | 130.62 |
| Soremouth Tackle LLC | H40162 | C2323648-3 | 5/16/2025 | 7/10/2025 | 130.61 | 0 | 0 | 0 | 0 | 0 | 130.61 |
| Soremouth Tackle LLC | H40162 | C2327431 | 6/4/2025 | 8/3/2025 | 273.73 | 0 | 0 | 0 | 0 | 0 | 273.73 |
| Soremouth Tackle LLC | H40162 | V0961341 | 6/5/2025 | 8/4/2025 | 299.37 | 0 | 0 | 0 | 0 | 0 | 299.37 |
| Soremouth Tackle LLC | H40162 | C2331712 | 6/23/2025 | 8/22/2025 | 589.72 | 0 | 0 | 0 | 0 | 0 | 589.72 |
| Soremouth Tackle LLC | H40162 | V0974224 | 6/24/2025 | 8/23/2025 | 359.65 | 0 | 0 | 0 | 0 | 0 | 359.65 |
| Parker Enterprises Of Carteret Count | H40164 | C2336504 | 7/15/2025 | 8/10/2025 | 170.46 | 0 | 0 | 0 | 0 | 0 | 30.59 |
| Parker Enterprises Of Carteret Count | H40164 | V0986748 | 7/16/2025 | 8/10/2025 | 2112.89 | 0 | 0 | 0 | 0 | 0 | 119.2 |
| Parker Enterprises Of Carteret Count | H40164 | C2339475 | 8/6/2025 | 9/10/2025 | 102.48 | 0 | 0 | 0 | 0 | 0 | 102.48 |
| Parker Enterprises Of Carteret Count | H40164 | F2508H40164V | 8/30/2025 | 9/29/2025 | 16.15 | 0 | 0 | 0 | 0 | 0 | 0.3 |
| Parker Enterprises Of Carteret Count | H40164 | C2342540 | 9/5/2025 | 10/10/2025 | 17.25 | 0 | 0 | 0 | 17.25 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | C2342673 | 9/8/2025 | 10/10/2025 | 373.53 | 0 | 0 | 0 | 373.53 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | V1019993 | 9/23/2025 | 10/10/2025 | 2533.45 | 0 | 0 | 0 | 2533.45 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | F2509H40164C | 9/29/2025 | 10/29/2025 | 1.07 | 0 | 0 | 0 | 1.07 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | F2509H40164V | 9/29/2025 | 10/29/2025 | 1.8 | 0 | 0 | 0 | 1.8 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | F2510H40164C | 10/30/2025 | 11/29/2025 | 6.05 | 0 | 0 | 6.05 | 0 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | F2510H40164V | 10/30/2025 | 11/29/2025 | 27.21 | 0 | 0 | 27.21 | 0 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | F2511H40164C | 11/20/2025 | 12/20/2025 | 5.46 | 0 | 5.46 | 0 | 0 | 0 | 0 |
| Parker Enterprises Of Carteret Count | H40164 | F2511H40164V | 11/20/2025 | 12/20/2025 | 27.93 | 0 | 27.93 | 0 | 0 | 0 | 0 |
| Bragdon Energy | H40182 | C2335488 | 7/9/2025 | 10/7/2025 | 3953.27 | 0 | 0 | 0 | 0 | 0 | 3953.27 |
| Bragdon Energy | H40182 | G0527716 | 7/9/2025 | 10/7/2025 | 988.06 | 0 | 0 | 0 | 0 | 0 | 988.06 |
| Bragdon Energy | H40182 | V0983404 | 7/9/2025 | 10/7/2025 | 1737.21 | 0 | 0 | 0 | 0 | 0 | 1737.21 |
| Bragdon Energy | H40182 | F2509H40182C | 9/29/2025 | 10/29/2025 | 6.9 | 0 | 0 | 0 | 6.9 | 0 | 0 |
| Bragdon Energy | H40182 | F2509H40182G | 9/29/2025 | 10/29/2025 | 5.32 | 0 | 0 | 0 | 5.32 | 0 | 0 |
| Bragdon Energy | H40182 | F2509H40182V | 9/29/2025 | 10/29/2025 | 80.9 | 0 | 0 | 0 | 80.9 | 0 | 0 |
| Bragdon Energy | H40182 | F2510H40182C | 10/30/2025 | 11/29/2025 | 48.73 | 0 | 0 | 48.73 | 0 | 0 | 0 |
| Bragdon Energy | H40182 | F2510H40182G | 10/30/2025 | 11/29/2025 | 13.85 | 0 | 0 | 13.85 | 0 | 0 | 0 |
| Bragdon Energy | H40182 | F2510H40182V | 10/30/2025 | 11/29/2025 | 85.13 | 0 | 0 | 85.13 | 0 | 0 | 0 |
| Bragdon Energy | H40182 | F2511H40182C | 11/19/2025 | 12/19/2025 | 39.6 | 0 | 39.6 | 0 | 0 | 0 | 0 |
| Bragdon Energy | H40182 | F2511H40182G | 11/19/2025 | 12/19/2025 | 9.8 | 0 | 9.8 | 0 | 0 | 0 | 0 |
| Bragdon Energy | H40182 | F2511H40182V | 11/19/2025 | 12/19/2025 | 17.4 | 0 | 17.4 | 0 | 0 | 0 | 0 |
| Steinhatchee River Club LLC | H40289 | V0889555 | 2/26/2025 | 2/26/2025 | -123.94 | 0 | 0 | 0 | 0 | 0 | -123.94 |
| Steinhatchee River Club LLC | H40289 | V0961403 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Steinhatchee River Club LLC | H40289 | V0974773 | 6/25/2025 | 6/25/2025 | -468.33 | 0 | 0 | 0 | 0 | 0 | -92.2 |
| Steinhatchee River Club LLC | H40289 | V1004449 | 8/12/2025 | 8/12/2025 | -133.02 | 0 | 0 | 0 | 0 | 0 | -133.02 |
| Mountainside Outfitters | H40304 | G0544906 | 11/10/2025 | 12/10/2025 | 85.34 | 0 | 85.34 | 0 | 0 | 0 | 0 |
| Mountainside Outfitters | H40304 | V1029966 | 11/10/2025 | 12/10/2025 | 68.51 | 0 | 68.51 | 0 | 0 | 0 | 0 |
| Emmons Supermarket, Inc | H40436 | C2344046 | 9/22/2025 | 10/10/2025 | 37.36 | 0 | 0 | 0 | 37.36 | 0 | 0 |
| Emmons Supermarket, Inc | H40436 | C2344048 | 9/22/2025 | 10/10/2025 | 1065.82 | 0 | 0 | 0 | 1065.82 | 0 | 0 |
| Emmons Supermarket, Inc | H40436 | V1022444 | 9/24/2025 | 10/10/2025 | 2144.23 | 0 | 0 | 0 | 2144.23 | 0 | 0 |
| G & G Enterprises Of Eden LLC | H40524 | V0904811 | 3/25/2025 | 5/24/2025 | 17230.74 | 0 | 0 | 0 | 0 | 0 | 4285.84 |
| G & G Enterprises Of Eden LLC | H40524 | V0916754 | 4/7/2025 | 6/6/2025 | 557.3 | 0 | 0 | 0 | 0 | 0 | 557.3 |
| G & G Enterprises Of Eden LLC | H40524 | V0919235 | 4/8/2025 | 6/7/2025 | 635.78 | 0 | 0 | 0 | 0 | 0 | 635.78 |
| G & G Enterprises Of Eden LLC | H40524 | C2319813 | 4/29/2025 | 6/10/2025 | 329.84 | 0 | 0 | 0 | 0 | 0 | 329.84 |
| G & G Enterprises Of Eden LLC | H40524 | V0932578 | 4/29/2025 | 6/10/2025 | 918.03 | 0 | 0 | 0 | 0 | 0 | 918.03 |
| G & G Enterprises Of Eden LLC | H40524 | C2320126 | 4/30/2025 | 6/29/2025 | 336.22 | 0 | 0 | 0 | 0 | 0 | 336.22 |
| G & G Enterprises Of Eden LLC | H40524 | V0936007 | 5/1/2025 | 6/30/2025 | 428.53 | 0 | 0 | 0 | 0 | 0 | 428.53 |
| G & G Enterprises Of Eden LLC | H40524 | C2321281 | 5/6/2025 | 6/10/2025 | 771.7 | 0 | 0 | 0 | 0 | 0 | 771.7 |
| G & G Enterprises Of Eden LLC | H40524 | V0937431 | 5/6/2025 | 6/10/2025 | 2339.19 | 0 | 0 | 0 | 0 | 0 | 2339.19 |
| G & G Enterprises Of Eden LLC | H40524 | V0942015 | 5/12/2025 | 7/11/2025 | 308.74 | 0 | 0 | 0 | 0 | 0 | 308.74 |
| G & G Enterprises Of Eden LLC | H40524 | C2322976 | 5/13/2025 | 6/10/2025 | 120.24 | 0 | 0 | 0 | 0 | 0 | 120.24 |
| G & G Enterprises Of Eden LLC | H40524 | V0943810 | 5/15/2025 | 6/10/2025 | 1261.22 | 0 | 0 | 0 | 0 | 0 | 1261.22 |
| G & G Enterprises Of Eden LLC | H40524 | C2324541 | 5/21/2025 | 6/10/2025 | 212.34 | 0 | 0 | 0 | 0 | 0 | 212.34 |
| G & G Enterprises Of Eden LLC | H40524 | V0949072 | 5/21/2025 | 6/10/2025 | 2186.57 | 0 | 0 | 0 | 0 | 0 | 2186.57 |
| G & G Enterprises Of Eden LLC | H40524 | V0949178 | 5/21/2025 | 7/20/2025 | 391.06 | 0 | 0 | 0 | 0 | 0 | 391.06 |
| G & G Enterprises Of Eden LLC | H40524 | C2325494 | 5/27/2025 | 7/10/2025 | 396.09 | 0 | 0 | 0 | 0 | 0 | 396.09 |
| G & G Enterprises Of Eden LLC | H40524 | V0952116 | 5/27/2025 | 7/10/2025 | 1538.13 | 0 | 0 | 0 | 0 | 0 | 1538.13 |
| G & G Enterprises Of Eden LLC | H40524 | C2326412 | 5/30/2025 | 7/10/2025 | 136.97 | 0 | 0 | 0 | 0 | 0 | 136.97 |
| G & G Enterprises Of Eden LLC | H40524 | F2505H40524V | 5/30/2025 | 6/29/2025 | 38.54 | 0 | 0 | 0 | 0 | 0 | 38.54 |
| G & G Enterprises Of Eden LLC | H40524 | V0956248 | 5/30/2025 | 7/29/2025 | 1151.15 | 0 | 0 | 0 | 0 | 0 | 1151.15 |
| G & G Enterprises Of Eden LLC | H40524 | V0956828 | 6/3/2025 | 7/10/2025 | 2547.04 | 0 | 0 | 0 | 0 | 0 | 2547.04 |
| G & G Enterprises Of Eden LLC | H40524 | C2328427 | 6/10/2025 | 7/10/2025 | 87.13 | 0 | 0 | 0 | 0 | 0 | 87.13 |
| G & G Enterprises Of Eden LLC | H40524 | G0519316 | 6/10/2025 | 7/10/2025 | 752.25 | 0 | 0 | 0 | 0 | 0 | 752.25 |
| G & G Enterprises Of Eden LLC | H40524 | V0962908 | 6/11/2025 | 7/10/2025 | 2510.6 | 0 | 0 | 0 | 0 | 0 | 2510.6 |
| G & G Enterprises Of Eden LLC | H40524 | C2330237 | 6/17/2025 | 7/10/2025 | 341.68 | 0 | 0 | 0 | 0 | 0 | 341.68 |
| G & G Enterprises Of Eden LLC | H40524 | G0521387 | 6/17/2025 | 7/10/2025 | 111.48 | 0 | 0 | 0 | 0 | 0 | 111.48 |
| G & G Enterprises Of Eden LLC | H40524 | V0968456 | 6/17/2025 | 7/10/2025 | 3755.68 | 0 | 0 | 0 | 0 | 0 | 3755.68 |
| G & G Enterprises Of Eden LLC | H40524 | C2332125 | 6/24/2025 | 7/10/2025 | 157.15 | 0 | 0 | 0 | 0 | 0 | 157.15 |
| G & G Enterprises Of Eden LLC | H40524 | G0523219 | 6/24/2025 | 7/10/2025 | 141.39 | 0 | 0 | 0 | 0 | 0 | 141.39 |
| G & G Enterprises Of Eden LLC | H40524 | V0973182 | 6/24/2025 | 7/10/2025 | 1355.24 | 0 | 0 | 0 | 0 | 0 | 1355.24 |
| G & G Enterprises Of Eden LLC | H40524 | F2506H40524C | 6/29/2025 | 7/29/2025 | 13.64 | 0 | 0 | 0 | 0 | 0 | 13.64 |
| G & G Enterprises Of Eden LLC | H40524 | F2506H40524V | 6/29/2025 | 7/29/2025 | 399.98 | 0 | 0 | 0 | 0 | 0 | 399.98 |
| G & G Enterprises Of Eden LLC | H40524 | F2507H40524C | 7/30/2025 | 8/29/2025 | 38.69 | 0 | 0 | 0 | 0 | 0 | 38.69 |
| G & G Enterprises Of Eden LLC | H40524 | F2507H40524G | 7/30/2025 | 8/29/2025 | 10.04 | 0 | 0 | 0 | 0 | 0 | 10.04 |
| G & G Enterprises Of Eden LLC | H40524 | F2507H40524V | 7/30/2025 | 8/29/2025 | 436.72 | 0 | 0 | 0 | 0 | 0 | 436.72 |
| G & G Enterprises Of Eden LLC | H40524 | F2508H40524C | 8/1/2025 | 8/31/2025 | 2.88 | 0 | 0 | 0 | 0 | 0 | 2.88 |
| G & G Enterprises Of Eden LLC | H40524 | F2508H40524G | 8/1/2025 | 8/31/2025 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| G & G Enterprises Of Eden LLC | H40524 | F2508H40524V | 8/1/2025 | 8/31/2025 | 30.12 | 0 | 0 | 0 | 0 | 0 | 30.12 |
| Mountain State Feeds & Livestock Ser | H40525 | R2201750 | 5/5/2021 | 5/5/2021 | -55.95 | 0 | 0 | 0 | 0 | 0 | -49.45 |
| Sea Life Marine | H40527 | V0781617 | 8/20/2024 | 8/20/2024 | -19.76 | 0 | 0 | 0 | 0 | 0 | -19.76 |
| Sea Life Marine | H40527 | V0781622 | 8/20/2024 | 8/20/2024 | -9.88 | 0 | 0 | 0 | 0 | 0 | -9.88 |
| Sea Life Marine | H40527 | V0782730 | 8/20/2024 | 8/20/2024 | -61.69 | 0 | 0 | 0 | 0 | 0 | -61.69 |
| Sea Life Marine | H40527 | V0782738 | 8/20/2024 | 8/20/2024 | -9.61 | 0 | 0 | 0 | 0 | 0 | -9.61 |
| Hafer's Gunsmithing Inc | H40698 | C2344364 | 9/26/2025 | 11/10/2025 | 209.73 | 0 | 0 | -10.49 | 0 | 0 | 0 |
| Westview Supply | H40725 | V0943861 | 5/14/2025 | 6/13/2025 | 383.09 | 0 | 0 | 0 | 0 | 0 | -245.45 |
| Kent Point Marina LLC | H40737 | V0964918 | 6/11/2025 | 6/11/2025 | -20 | 0 | 0 | 0 | 0 | 0 | -20 |
| RennWorks LLC | H40764 | V1010641 | 8/25/2025 | 8/25/2025 | -184.52 | 0 | 0 | 0 | 0 | 0 | -9.23 |
| Sea 2 Swamp Outfitters LLC | H40772 | V1011947 | 8/27/2025 | 8/27/2025 | -166.96 | 0 | 0 | 0 | 0 | 0 | -30.76 |
| Vero Tackle And Marine | H40802 | V0992815 | 7/25/2025 | 10/10/2025 | 3910.04 | 0 | 0 | 0 | 3910.04 | 0 | 0 |
| Vero Tackle And Marine | H40802 | C2343671 | 9/15/2025 | 10/10/2025 | 25.84 | 0 | 0 | 0 | 25.84 | 0 | 0 |
| Vero Tackle And Marine | H40802 | V1018232 | 9/16/2025 | 10/10/2025 | 283.86 | 0 | 0 | 0 | 283.86 | 0 | 0 |
| Vero Tackle And Marine | H40802 | F2510H40802V | 10/30/2025 | 11/29/2025 | 41.96 | 0 | 0 | 41.96 | 0 | 0 | 0 |

| Customer | Account | Invoice | Inv Date | Due Date | Amount |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vero Tackle And Marine | H40802 | F2511H40802V | 11/20/2025 | 12/20/2025 | 44.1 | 0 | 44.1 | 0 | 0 | 0 | 0 |
| Pier 68 LLC | H40812 | V0914469 | 4/2/2025 | 4/2/2025 | -81.66 | 0 | 0 | 0 | 0 | 0 | -81.66 |
| Pier 68 LLC | H40812 | V0968781 | 6/17/2025 | 6/17/2025 | -161.77 | 0 | 0 | 0 | 0 | 0 | -161.77 |
| Oregon Inlet Marinas LLC | H40813 | R2725551-1 | 4/16/2024 | 5/7/2024 | 736.31 | 0 | 0 | 0 | 0 | 0 | -736.31 |
| Fishing Tackle Outlet | H40814 | V1006713 | 8/27/2025 | 10/10/2025 | 3245.89 | 0 | 0 | 0 | 0 | 3245.89 | 0 |
| Fishing Tackle Outlet | H40814 | V1016305 | 9/10/2025 | 10/10/2025 | 1792.78 | 0 | 0 | 0 | 0 | 1792.78 | 0 |
| Fishing Tackle Outlet | H40814 | V1017069 | 9/15/2025 | 10/10/2025 | 1843.44 | 0 | 0 | 0 | 0 | 1843.44 | 0 |
| Fishing Tackle Outlet | H40814 | G0541672 | 9/26/2025 | 11/10/2025 | 1363.59 | 0 | 0 | 1363.59 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | F2509H40814V | 9/29/2025 | 10/29/2025 | 159.93 | 0 | 0 | 0 | 159.93 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | G0541804 | 9/29/2025 | 11/10/2025 | 609.81 | 0 | 0 | 609.81 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | V1023717 | 9/29/2025 | 11/10/2025 | 2161.69 | 0 | 0 | 2161.69 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | G0542335 | 10/1/2025 | 11/10/2025 | 790.16 | 0 | 0 | 790.16 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | V1024973 | 10/2/2025 | 11/10/2025 | 898.68 | 0 | 0 | 898.68 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | V1025566 | 10/3/2025 | 11/10/2025 | 776.38 | 0 | 0 | 776.38 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | V1028779 | 10/22/2025 | 11/10/2025 | 1527.75 | 0 | 0 | 1527.75 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | F2510H40814V | 10/30/2025 | 11/29/2025 | 138.67 | 0 | 0 | 138.67 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | V1029641 | 11/4/2025 | 12/10/2025 | 699.15 | 0 | 699.15 | 0 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | F2511H40814G | 11/29/2025 | 12/29/2025 | 26.24 | 26.24 | 0 | 0 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | F2511H40814V | 11/29/2025 | 12/16/2025 | 159.59 | 0 | 114.47 | 0 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | F2512H40814G | 12/1/2025 | 12/31/2025 | 2.76 | 2.76 | 0 | 0 | 0 | 0 | 0 |
| Fishing Tackle Outlet | H40814 | F2512H40814V | 12/1/2025 | 12/31/2025 | 12.24 | 12.24 | 0 | 0 | 0 | 0 | 0 |
| Hammock Bait & Tackle LLC | H40888 | V0974760 | 6/25/2025 | 6/25/2025 | -29.45 | 0 | 0 | 0 | 0 | 0 | -29.45 |
| ACEJ Holdings, LLC | H40912 | C2335218 | 7/8/2025 | 7/8/2025 | -209.85 | 0 | 0 | 0 | 0 | 0 | -209.85 |
| JMJ Firearms LLC | H40959 | C2343845 | 8/19/2025 | 9/30/2025 | 1140.61 | 0 | 0 | 0 | 0 | 140.61 | 0 |
| JMJ Firearms LLC | H40959 | F2508H40959C | 8/30/2025 | 9/29/2025 | 5.23 | 0 | 0 | 0 | 0 | 5.23 | 0 |
| JMJ Firearms LLC | H40959 | C2343130 | 9/10/2025 | 10/10/2025 | 878.53 | 0 | 0 | 0 | 0 | 878.53 | 0 |
| JMJ Firearms LLC | H40959 | C2343704 | 9/15/2025 | 9/15/2025 | -12.48 | 0 | 0 | 0 | 0 | 0 | -12.48 |
| JMJ Firearms LLC | H40959 | C1017005 | 9/15/2025 | 10/10/2025 | 357.6 | 0 | 0 | 0 | 0 | 357.6 | 0 |
| JMJ Firearms LLC | H40959 | C2343972 | 9/17/2025 | 9/17/2025 | -18.87 | 0 | 0 | 0 | 0 | 0 | -18.87 |
| JMJ Firearms LLC | H40959 | V1020940 | 9/17/2025 | 9/17/2025 | -12.58 | 0 | 0 | 0 | 0 | 0 | -12.58 |
| JMJ Firearms LLC | H40959 | F2509H40959C | 9/29/2025 | 10/29/2025 | 18.61 | 0 | 0 | 0 | 18.61 | 0 | 0 |
| JMJ Firearms LLC | H40959 | F2509H40959V | 9/29/2025 | 10/29/2025 | 3.48 | 0 | 0 | 0 | 3.48 | 0 | 0 |
| JMJ Firearms LLC | H40959 | F2510H40959C | 10/16/2025 | 11/15/2025 | 15.47 | 0 | 0 | 15.47 | 0 | 0 | 0 |
| JMJ Firearms LLC | H40959 | F2510H40959V | 10/16/2025 | 11/15/2025 | 3.06 | 0 | 0 | 3.06 | 0 | 0 | 0 |
| Crossroads | H40961 | C2331151 | 6/19/2025 | 7/19/2025 | 293.18 | 0 | 0 | 0 | 0 | 0 | 293.18 |
| Crossroads | H40961 | G0522635 | 6/19/2025 | 7/19/2025 | 328.1 | 0 | 0 | 0 | 0 | 0 | 328.1 |
| Crossroads | H40961 | V0971812 | 6/19/2025 | 7/19/2025 | 1006.44 | 0 | 0 | 0 | 0 | 0 | 1006.44 |
| Crossroads | H40961 | F2508H40961C | 8/24/2025 | 9/23/2025 | 5.35 | 0 | 0 | 0 | 0 | 5.35 | 0 |
| Crossroads | H40961 | F2508H40961G | 8/24/2025 | 9/23/2025 | 5.82 | 0 | 0 | 0 | 0 | 5.82 | 0 |
| Crossroads | H40961 | F2508H40961V | 8/24/2025 | 9/23/2025 | 18.05 | 0 | 0 | 0 | 0 | 18.05 | 0 |
| Tru South | H40980 | V0786175 | 8/26/2024 | 8/26/2024 | -46.6 | 0 | 0 | 0 | 0 | 0 | -46.6 |
| Eagle Mountain Archery | H40984 | C2338705 | 7/30/2025 | 9/10/2025 | 3639.14 | 0 | 0 | 0 | 0 | 0 | 1639.14 |
| Eagle Mountain Archery | H40984 | C2342559 | 9/8/2025 | 10/10/2025 | 3566.19 | 0 | 0 | 0 | 0 | 3566.19 | 0 |
| Eagle Mountain Archery | H40984 | C0538847 | 9/10/2025 | 10/10/2025 | 576.34 | 0 | 0 | 0 | 0 | 576.34 | 0 |
| Eagle Mountain Archery | H40984 | V1016596 | 9/10/2025 | 10/10/2025 | 1036.76 | 0 | 0 | 0 | 0 | 1036.76 | 0 |
| Ed & Dales Sports | H40989 | C2327948-2 | 6/6/2025 | 10/4/2025 | 359.64 | 0 | 0 | 0 | 0 | 0 | 359.64 |
| Ed & Dales Sports | H40989 | V0962230-2 | 6/9/2025 | 10/7/2025 | 168.16 | 0 | 0 | 0 | 0 | 0 | 168.16 |
| Ed & Dales Sports | H40989 | C2333283 | 6/27/2025 | 9/25/2025 | 539.95 | 0 | 0 | 0 | 0 | 0 | 539.95 |
| Ed & Dales Sports | H40989 | C2341138 | 8/21/2025 | 9/10/2025 | 1456.83 | 0 | 0 | 0 | 0 | 0 | 1456.83 |
| Ed & Dales Sports | H40989 | V1006989 | 8/21/2025 | 9/10/2025 | 2348.38 | 0 | 0 | 0 | 0 | 0 | 2348.38 |
| Ed & Dales Sports | H40989 | C2342305 | 9/3/2025 | 10/10/2025 | 3746.1 | 0 | 0 | 0 | 0 | 3746.1 | 0 |
| Ed & Dales Sports | H40989 | G0536661 | 9/3/2025 | 10/10/2025 | 137.51 | 0 | 0 | 0 | 0 | 137.51 | 0 |
| Ed & Dales Sports | H40989 | G0538736 | 9/9/2025 | 10/10/2025 | 143.72 | 0 | 0 | 0 | 0 | 143.72 | 0 |
| Ed & Dales Sports | H40989 | V1017098 | 9/9/2025 | 10/10/2025 | 499.74 | 0 | 0 | 0 | 0 | 499.74 | 0 |
| Ed & Dales Sports | H40989 | C2343323 | 9/11/2025 | 10/10/2025 | 97.81 | 0 | 0 | 0 | 0 | 97.81 | 0 |
| Ed & Dales Sports | H40989 | V1016519 | 9/11/2025 | 10/10/2025 | 3239.41 | 0 | 0 | 0 | 0 | 3239.41 | 0 |
| Ed & Dales Sports | H40989 | G0539626 | 9/15/2025 | 10/10/2025 | 1012.99 | 0 | 0 | 0 | 0 | 1012.99 | 0 |
| Ed & Dales Sports | H40989 | V1017049 | 9/15/2025 | 10/10/2025 | 965.27 | 0 | 0 | 0 | 0 | 965.27 | 0 |
| Ed & Dales Sports | H40989 | V1018087 | 9/16/2025 | 10/10/2025 | 504.19 | 0 | 0 | 0 | 0 | 504.19 | 0 |
| Ed & Dales Sports | H40989 | G0539829 | 9/17/2025 | 10/10/2025 | 571.98 | 0 | 0 | 0 | 0 | 571.98 | 0 |
| Ed & Dales Sports | H40989 | V1026031 | 10/7/2025 | 11/10/2025 | 1117.82 | 0 | 0 | 1117.82 | 0 | 0 | 0 |
| Resellers Reef LLC | H41015 | V1029994 | 11/10/2025 | 11/10/2025 | -644.92 | 0 | 0 | -216.84 | 0 | 0 | 0 |
| Tailwater Outfitters | H41034 | V0874003 | 2/5/2025 | 3/10/2025 | 471.36 | 0 | 0 | 0 | 0 | 0 | -664.59 |
| River Marine Supply Inc | H41047 | V0967200 | 6/16/2025 | 10/10/2025 | 3154.77 | 0 | 0 | 0 | 0 | 3154.77 | 0 |
| River Marine Supply Inc | H41047 | V0976523 | 6/27/2025 | 8/10/2025 | 854.58 | 0 | 0 | 0 | 0 | 0 | 854.58 |
| River Marine Supply Inc | H41047 | V0977173 | 6/30/2025 | 8/10/2025 | 2742.3 | 0 | 0 | 0 | 0 | 0 | 2742.3 |
| River Marine Supply Inc | H41047 | V0981961 | 7/8/2025 | 8/10/2025 | 690.45 | 0 | 0 | 0 | 0 | 0 | 690.45 |
| River Marine Supply Inc | H41047 | F2507H41047V | 7/24/2025 | 8/23/2025 | 42.63 | 0 | 0 | 0 | 0 | 0 | 42.63 |
| River Marine Supply Inc | H41047 | V0991376 | 7/25/2025 | 10/10/2025 | 1885.99 | 0 | 0 | 0 | 0 | 1885.99 | 0 |
| River Marine Supply Inc | H41047 | F2508H41047V | 8/30/2025 | 9/29/2025 | 42.85 | 0 | 0 | 0 | 0 | 42.85 | 0 |
| River Marine Supply Inc | H41047 | F2509H41047V | 9/29/2025 | 10/29/2025 | 64.2 | 0 | 0 | 0 | 64.2 | 0 | 0 |
| River Marine Supply Inc | H41047 | F2510H41047V | 10/22/2025 | 11/21/2025 | 49.22 | 0 | 0 | 49.22 | 0 | 0 | 0 |
| Beaudog Inc | H41048 | R2739196 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Carmen Mixon | H41083 | R2568977 | 4/24/2023 | 4/24/2023 | -26.39 | 0 | 0 | 0 | 0 | 0 | -26.39 |
| E & J Bait And Tackle LLC | H41093 | C2343018 | 9/9/2025 | 10/10/2025 | 171.48 | 0 | 0 | 0 | 0 | 171.48 | 0 |
| E & J Bait And Tackle LLC | H41093 | V1017101 | 9/10/2025 | 10/10/2025 | 766 | 0 | 0 | 0 | 0 | 766 | 0 |
| E & J Bait And Tackle LLC | H41093 | V1017102 | 9/11/2025 | 10/10/2025 | 6932.06 | 0 | 0 | 0 | 0 | 6932.06 | 0 |
| E & J Bait And Tackle LLC | H41093 | C2343548 | 9/12/2025 | 10/10/2025 | 31.83 | 0 | 0 | 0 | 0 | 31.83 | 0 |
| E & J Bait And Tackle LLC | H41093 | V1018333 | 9/12/2025 | 10/10/2025 | 10017.4 | 0 | 0 | 0 | 0 | 10017.4 | 0 |
| E & J Bait And Tackle LLC | H41093 | V1022181 | 9/24/2025 | 10/10/2025 | 1188.72 | 0 | 0 | 0 | 0 | 1188.72 | 0 |
| Fort Mitchell Trading Post And Hardw | H41095 | V0862279 | 1/14/2025 | 2/10/2025 | 959.14 | 0 | 0 | 0 | 0 | 0 | -927.78 |
| Doc's Gun Exchange | H41098 | C2165915 | 12/7/2023 | 3/6/2024 | 3567.68 | 0 | 0 | 0 | 0 | 0 | 3567.68 |
| Doc's Gun Exchange | H41098 | R2684033 | 12/8/2023 | 3/7/2024 | 218.11 | 0 | 0 | 0 | 0 | 0 | 218.11 |
| Doc's Gun Exchange | H41098 | R2693091 | 1/9/2024 | 2/10/2024 | 1273.42 | 0 | 0 | 0 | 0 | 0 | 1273.42 |
| Doc's Gun Exchange | H41098 | C2181431 | 1/24/2024 | 2/10/2024 | 2047.14 | 0 | 0 | 0 | 0 | 0 | 2047.14 |
| Doc's Gun Exchange | H41098 | R2698839 | 1/27/2024 | 3/10/2024 | 228.54 | 0 | 0 | 0 | 0 | 0 | 228.54 |
| Doc's Gun Exchange | H41098 | C2182256 | 1/29/2024 | 3/10/2024 | 1539 | 0 | 0 | 0 | 0 | 0 | 1539 |
| Doc's Gun Exchange | H41098 | C2182853 | 1/30/2024 | 3/10/2024 | 2271 | 0 | 0 | 0 | 0 | 0 | 2271 |
| Doc's Gun Exchange | H41098 | F2401H41098C | 1/30/2024 | 2/29/2024 | 132.81 | 0 | 0 | 0 | 0 | 0 | 132.81 |
| Doc's Gun Exchange | H41098 | F2401H41098R | 1/30/2024 | 2/29/2024 | 1.16 | 0 | 0 | 0 | 0 | 0 | 1.16 |
| Doc's Gun Exchange | H41098 | F2402H41098C | 2/28/2024 | 3/29/2024 | 262.38 | 0 | 0 | 0 | 0 | 0 | 262.38 |
| Doc's Gun Exchange | H41098 | F2402H41098R | 2/28/2024 | 3/29/2024 | 22.81 | 0 | 0 | 0 | 0 | 0 | 22.81 |
| Doc's Gun Exchange | H41098 | F2403H41098C | 3/30/2024 | 4/29/2024 | 359.51 | 0 | 0 | 0 | 0 | 0 | 359.51 |
| Doc's Gun Exchange | H41098 | F2403H41098R | 3/30/2024 | 4/29/2024 | 38.26 | 0 | 0 | 0 | 0 | 0 | 38.26 |

| Name | ID | Reference | Date 1 | Date 2 | Amount | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Doc's Gun Exchange | H41098 | F2404H41098C | 4/2/2024 | 5/2/2024 | 36.73 | 0 | 0 | 0 | 0 | 36.73 |
| Doc's Gun Exchange | H41098 | F2404H41098R | 4/2/2024 | 5/2/2024 | 3.9 | 0 | 0 | 0 | 0 | 3.9 |
| Garrett Outdoors | H41170 | V0874603 | 2/10/2025 | 4/11/2025 | 3905.65 | 0 | 0 | 0 | 0 | 3905.65 |
| Garrett Outdoors | H41170 | V0887552 | 2/25/2025 | 4/26/2025 | 1263.98 | 0 | 0 | 0 | 0 | 1263.98 |
| Garrett Outdoors | H41170 | V0897482 | 3/12/2025 | 5/11/2025 | 4283.41 | 0 | 0 | 0 | 0 | 4283.41 |
| Garrett Outdoors | H41170 | V0936536 | 5/2/2025 | 7/1/2025 | 383.48 | 0 | 0 | 0 | 0 | 383.48 |
| White Shell Bait & Tackle | H41184 | R2377432 | 4/25/2022 | 4/25/2022 | -41.92 | 0 | 0 | 0 | 0 | -41.92 |
| Empire Fishing & Tackle | H41202 | R2696009-1 | 1/22/2024 | 5/10/2024 | 3446.57 | 0 | 0 | 0 | 0 | 3446.57 |
| Empire Fishing & Tackle | H41202 | R2696009-2 | 1/22/2024 | 6/10/2024 | 3446.57 | 0 | 0 | 0 | 0 | 3446.57 |
| Empire Fishing & Tackle | H41202 | R2696009-3 | 1/22/2024 | 7/10/2024 | 3446.57 | 0 | 0 | 0 | 0 | 3446.57 |
| Empire Fishing & Tackle | H41202 | G0371703-3 | 1/23/2024 | 7/10/2024 | 48.05 | 0 | 0 | 0 | 0 | 48.05 |
| Empire Fishing & Tackle | H41202 | R2697463-2 | 1/24/2024 | 6/10/2024 | 246.1 | 0 | 0 | 0 | 0 | 246.1 |
| Empire Fishing & Tackle | H41202 | R2697463-3 | 1/24/2024 | 7/10/2024 | 246.09 | 0 | 0 | 0 | 0 | 246.09 |
| Empire Fishing & Tackle | H41202 | R2699055-3 | 1/27/2024 | 7/10/2024 | 22.54 | 0 | 0 | 0 | 0 | 22.54 |
| Empire Fishing & Tackle | H41202 | R2702259-2 | 2/6/2024 | 6/10/2024 | 229.32 | 0 | 0 | 0 | 0 | 229.32 |
| Empire Fishing & Tackle | H41202 | R2702259-3 | 2/6/2024 | 7/10/2024 | 229.31 | 0 | 0 | 0 | 0 | 229.31 |
| Empire Fishing & Tackle | H41202 | G0384060-1 | 3/5/2024 | 5/10/2024 | 1846.34 | 0 | 0 | 0 | 0 | 646.34 |
| Empire Fishing & Tackle | H41202 | G0384060-2 | 3/5/2024 | 6/10/2024 | 1846.34 | 0 | 0 | 0 | 0 | 1846.34 |
| Empire Fishing & Tackle | H41202 | G0384060-3 | 3/5/2024 | 7/10/2024 | 1846.35 | 0 | 0 | 0 | 0 | 1846.35 |
| Empire Fishing & Tackle | H41202 | G0388761-3 | 3/18/2024 | 7/10/2024 | 165.86 | 0 | 0 | 0 | 0 | 165.86 |
| Empire Fishing & Tackle | H41202 | R2722230-1 | 4/1/2024 | 6/10/2024 | 93.22 | 0 | 0 | 0 | 0 | 93.22 |
| Empire Fishing & Tackle | H41202 | R2722230-3 | 4/1/2024 | 7/10/2024 | 93.21 | 0 | 0 | 0 | 0 | 93.21 |
| Empire Fishing & Tackle | H41202 | R2723930-2 | 4/4/2024 | 6/10/2024 | 112.19 | 0 | 0 | 0 | 0 | 112.19 |
| Empire Fishing & Tackle | H41202 | R2723930-3 | 4/4/2024 | 7/10/2024 | 112.18 | 0 | 0 | 0 | 0 | 112.18 |
| Empire Fishing & Tackle | H41202 | V0660810-1 | 4/17/2024 | 5/10/2024 | 2629.62 | 0 | 0 | 0 | 0 | 2629.62 |
| Empire Fishing & Tackle | H41202 | V0660810-2 | 4/17/2024 | 6/10/2024 | 2629.62 | 0 | 0 | 0 | 0 | 2629.62 |
| Empire Fishing & Tackle | H41202 | V0660810-3 | 4/17/2024 | 7/10/2024 | 2629.61 | 0 | 0 | 0 | 0 | 2629.61 |
| Empire Fishing & Tackle | H41202 | R2733471 | 5/1/2024 | 5/31/2024 | 414.06 | 0 | 0 | 0 | 0 | 414.06 |
| Empire Fishing & Tackle | H41202 | V0691451 | 5/20/2024 | 6/19/2024 | 700 | 0 | 0 | 0 | 0 | 700 |
| Empire Fishing & Tackle | H41202 | V0692380 | 5/28/2024 | 6/27/2024 | 450.71 | 0 | 0 | 0 | 0 | 450.71 |
| Empire Fishing & Tackle | H41202 | V0749704 | 7/24/2024 | 9/22/2024 | 960.85 | 0 | 0 | 0 | 0 | 960.85 |
| Empire Fishing & Tackle | H41202 | V0797003 | 9/10/2024 | 10/10/2024 | 62.07 | 0 | 0 | 0 | 0 | 62.07 |
| Gimmie Lure Co LLC | H41203 | G0544336 | 10/23/2025 | 11/10/2025 | 220.57 | 0 | 0 | 220.57 | 0 | 0 |
| Gimmie Lure Co LLC | H41203 | V1029195 | 10/23/2025 | 11/10/2025 | 603.52 | 0 | 0 | 603.52 | 0 | 0 |
| Gimmie Lure Co LLC | H41203 | F2511H41203G | 11/29/2025 | 12/29/2025 | 2.09 | 2.09 | 0 | 0 | 0 | 0 |
| Gimmie Lure Co LLC | H41203 | F2511H41203V | 11/29/2025 | 12/29/2025 | 5.72 | 5.72 | 0 | 0 | 0 | 0 |
| Gimmie Lure Co LLC | H41203 | F2512H41203G | 12/1/2025 | 12/31/2025 | 0.22 | 0.22 | 0 | 0 | 0 | 0 |
| Gimmie Lure Co LLC | H41203 | F2512H41203G | 12/1/2025 | 12/31/2025 | 0.6 | 0.6 | 0 | 0 | 0 | 0 |
| Palace Realty LLC | H41205 | V0981960 | 7/8/2025 | 8/10/2025 | 63.53 | 0 | 0 | 0 | 0 | -52.24 |
| Keaton Beach Bums | H41295 | V1019841 | 9/23/2025 | 10/10/2025 | 1318.03 | 0 | 0 | 0 | 1318.03 | 0 |
| Finnerty Enterprises | H41330 | V0980934 | 7/3/2025 | 7/3/2025 | -31.19 | 0 | 0 | 0 | 0 | -31.19 |
| Fishbites Trading Post LLC | H41358 | V0963077 | 6/10/2025 | 7/10/2025 | 567.4 | 0 | 0 | 0 | 0 | -2 |
| Fishbites Trading Post LLC | H41358 | V0995187 | 7/30/2025 | 9/10/2025 | 1187.39 | 0 | 0 | 0 | 0 | 1187.39 |
| Fishbites Trading Post LLC | H41358 | V1003655 | 8/12/2025 | 9/10/2025 | 1941.18 | 0 | 0 | 0 | 0 | 1941.18 |
| Fishbites Trading Post LLC | H41358 | V1006474 | 8/25/2025 | 10/10/2025 | 1640.86 | 0 | 0 | 0 | 1640.86 | 0 |
| Fishbites Trading Post LLC | H41358 | V1011979 | 8/27/2025 | 8/27/2025 | -474.52 | 0 | 0 | 0 | 0 | -474.52 |
| Fishbites Trading Post LLC | H41358 | V1016467 | 9/9/2025 | 10/10/2025 | 2727.9 | 0 | 0 | 0 | 2727.9 | 0 |
| Fishbites Trading Post LLC | H41358 | F2509H41358V | 9/29/2025 | 10/29/2025 | 28.55 | 0 | 0 | 0 | 28.55 | 0 |
| Fishbites Trading Post LLC | H41358 | F2510H41358V | 10/9/2025 | 11/8/2025 | 13.3 | 0 | 0 | 13.3 | 0 | 0 |
| St Michael's Defense LLC | H41391 | R2558003 | 4/5/2023 | 4/5/2023 | -85.52 | 0 | 0 | 0 | 0 | -85.52 |
| River City Bait & Tackle LLC | H41417 | V0967199 | 6/16/2025 | 7/10/2025 | 4871.11 | 0 | 0 | 0 | 0 | 3965.19 |
| Fishing Proshops | H41441 | V0846518 | 12/5/2024 | 1/10/2025 | 1221.06 | 0 | 0 | 0 | 0 | 1221.06 |
| Fishing Proshops | H41441 | V0847858 | 12/6/2024 | 1/10/2025 | 1441.7 | 0 | 0 | 0 | 0 | 1441.7 |
| Fishing Proshops | H41441 | G0473835 | 12/9/2024 | 1/10/2025 | 244.07 | 0 | 0 | 0 | 0 | 244.07 |
| Fishing Proshops | H41441 | V0488665 | 12/16/2024 | 1/10/2025 | 558.16 | 0 | 0 | 0 | 0 | 558.16 |
| Buckingham Brothers, LLC | H41459 | C1988989 | 9/20/2022 | 10/10/2022 | 577.98 | 0 | 0 | 0 | 0 | -544.27 |
| Rusty Hook Bait & Tackle, LLC | H41504 | V0909038 | 3/27/2025 | 9/10/2025 | 1627.41 | 0 | 0 | 0 | 0 | 1627.41 |
| Rusty Hook Bait & Tackle, LLC | H41504 | V0980989 | 7/7/2025 | 8/10/2025 | 1605.07 | 0 | 0 | 0 | 0 | 1605.07 |
| Rusty Hook Bait & Tackle, LLC | H41504 | V0989423 | 7/22/2025 | 8/10/2025 | 4460.14 | 0 | 0 | 0 | 0 | 4460.14 |
| Delmarva Armory | H41530 | V0906741 | 3/25/2025 | 9/10/2025 | 15246 | 0 | 0 | 0 | 0 | 15246 |
| Mishka Inc | H41600 | NSF00001 | 11/25/2025 | 11/25/2025 | 827.18 | 0 | 0 | 827.18 | 0 | 0 |
| Norway Pawn & Gun | H41610 | F2305H41610C | 5/30/2023 | 6/29/2023 | 26.74 | 0 | 0 | 0 | 0 | 26.74 |
| Norway Pawn & Gun | H41610 | C2105678 | 6/29/2023 | 9/27/2023 | 2550.52 | 0 | 0 | 0 | 0 | 2550.52 |
| Norway Pawn & Gun | H41610 | F2306H41610C | 6/29/2023 | 7/29/2023 | 42.3 | 0 | 0 | 0 | 0 | 42.3 |
| Norway Pawn & Gun | H41610 | F2310H41610C | 10/30/2023 | 11/29/2023 | 42.17 | 0 | 0 | 0 | 0 | 42.17 |
| Norway Pawn & Gun | H41610 | F2311H41610C | 11/21/2023 | 12/21/2023 | 28.16 | 0 | 0 | 0 | 0 | 28.16 |
| Old Dominion Custom Rifles | H41612 | V0827467 | 10/24/2024 | 10/24/2024 | -1999 | 0 | 0 | 0 | 0 | -1485.67 |
| Dewhurst Outfitters, LLC | H41614 | V0941134 | 5/8/2025 | 5/8/2025 | -10.82 | 0 | 0 | 0 | 0 | -10.82 |
| Pawtuckaway Trading Post | H41618 | C2298191 | 1/23/2025 | 3/10/2025 | 1845.17 | 0 | 0 | 0 | 0 | 77.11 |
| Pawtuckaway Trading Post | H41618 | V0867817 | 1/27/2025 | 3/10/2025 | 2248.07 | 0 | 0 | 0 | 0 | 2248.07 |
| Pawtuckaway Trading Post | H41618 | V0876724 | 2/13/2025 | 3/10/2025 | 1302.76 | 0 | 0 | 0 | 0 | 1302.76 |
| Pawtuckaway Trading Post | H41618 | F2502H41618C | 2/27/2025 | 3/29/2025 | 34.5 | 0 | 0 | 0 | 0 | 34.5 |
| Pawtuckaway Trading Post | H41618 | F2503H41618C | 3/30/2025 | 4/29/2025 | 84.94 | 0 | 0 | 0 | 0 | 84.94 |
| Pawtuckaway Trading Post | H41618 | F2503H41618V | 3/30/2025 | 4/29/2025 | 43.4 | 0 | 0 | 0 | 0 | 43.4 |
| Pawtuckaway Trading Post | H41618 | F2504H41618C | 4/1/2025 | 5/1/2025 | 6.26 | 0 | 0 | 0 | 0 | 6.26 |
| Pawtuckaway Trading Post | H41618 | F2504H41618V | 4/1/2025 | 5/1/2025 | 4.34 | 0 | 0 | 0 | 0 | 4.34 |
| Spotted Dog LLC | H41639 | V0826709 | 10/25/2024 | 12/10/2024 | 222.96 | 0 | 0 | 0 | 0 | -8.72 |
| Rough Creek Outdoors, LLC | H41679 | V0737224 | 7/5/2024 | 8/10/2024 | 550.19 | 0 | 0 | 0 | 0 | -467.88 |
| 2 Fish International, Inc | H41708 | R2385557 | 5/10/2022 | 8/8/2022 | 1283.15 | 0 | 0 | 0 | 0 | -970 |
| 2 Fish International, Inc | H41708 | R2391556 | 5/19/2022 | 5/19/2022 | -120 | 0 | 0 | 0 | 0 | -120 |
| 2 Fish International, Inc | H41708 | R2391610 | 5/20/2022 | 8/18/2022 | 1443.29 | 0 | 0 | 0 | 0 | -2553.19 |
| 2 Fish International, Inc | H41708 | R2409896 | 6/14/2022 | 7/14/2022 | 758.89 | 0 | 0 | 0 | 0 | -533.29 |
| CJ Armory Enterprises, LLC | H41718 | C2202809 | 3/20/2024 | 6/18/2024 | 2216 | 0 | 0 | 0 | 0 | 2216 |
| CJ Armory Enterprises, LLC | H41718 | C2209458 | 4/4/2024 | 7/3/2024 | 756.55 | 0 | 0 | 0 | 0 | 756.55 |
| CJ Armory Enterprises, LLC | H41718 | C2216794 | 4/23/2024 | 6/10/2024 | 809 | 0 | 0 | 0 | 0 | 209 |
| CJ Armory Enterprises, LLC | H41718 | C2217605 | 4/25/2024 | 6/10/2024 | 645 | 0 | 0 | 0 | 0 | 645 |
| CJ Armory Enterprises, LLC | H41718 | C2226956 | 5/20/2024 | 7/19/2024 | 1601.26 | 0 | 0 | 0 | 0 | 1601.26 |
| CJ Armory Enterprises, LLC | H41718 | G0413403 | 5/28/2024 | 7/27/2024 | 649.71 | 0 | 0 | 0 | 0 | 649.71 |
| CJ Armory Enterprises, LLC | H41718 | C2241586 | 6/27/2024 | 8/26/2024 | 940.12 | 0 | 0 | 0 | 0 | 940.12 |
| CJ Armory Enterprises, LLC | H41718 | F2406H41718C | 6/29/2024 | 7/29/2024 | 66.95 | 0 | 0 | 0 | 0 | 66.95 |
| CJ Armory Enterprises, LLC | H41718 | V0733804 | 7/1/2024 | 8/30/2024 | 1828.39 | 0 | 0 | 0 | 0 | 1828.39 |
| CJ Armory Enterprises, LLC | H41718 | C2245569 | 7/10/2024 | 10/8/2024 | 971.02 | 0 | 0 | 0 | 0 | 971.02 |
| CJ Armory Enterprises, LLC | H41718 | F2407H41718C | 7/30/2024 | 8/29/2024 | 165.49 | 0 | 0 | 0 | 0 | 165.49 |
| CJ Armory Enterprises, LLC | H41718 | F2407H41718V | 7/30/2024 | 8/29/2024 | 5.74 | 0 | 0 | 0 | 0 | 5.74 |

| Name | Account | Reference | Date | Date | Amount | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CJ Armory Enterprises, LLC | H41718 | F2408H41718C | 8/30/2024 | 9/29/2024 | 179.28 | 0 | 0 | 0 | 0 | 0 | 179.28 |
| CJ Armory Enterprises, LLC | H41718 | F2408H41718G | 8/30/2024 | 9/29/2024 | 10.95 | 0 | 0 | 0 | 0 | 0 | 10.95 |
| CJ Armory Enterprises, LLC | H41718 | F2408H41718V | 8/30/2024 | 9/29/2024 | 6.51 | 0 | 0 | 0 | 0 | 0 | 6.51 |
| CJ Armory Enterprises, LLC | H41718 | F2409H41718C | 9/29/2024 | 10/29/2024 | 173.78 | 0 | 0 | 0 | 0 | 0 | 173.78 |
| CJ Armory Enterprises, LLC | H41718 | F2409H41718G | 9/29/2024 | 10/29/2024 | 9.6 | 0 | 0 | 0 | 0 | 0 | 9.6 |
| CJ Armory Enterprises, LLC | H41718 | F2409H41718V | 9/29/2024 | 10/29/2024 | 33.82 | 0 | 0 | 0 | 0 | 0 | 33.82 |
| CJ Armory Enterprises, LLC | H41718 | F2410H41718C | 10/30/2024 | 11/29/2024 | 188.27 | 0 | 0 | 0 | 0 | 0 | 188.27 |
| CJ Armory Enterprises, LLC | H41718 | F2410H41718G | 10/30/2024 | 11/29/2024 | 9.92 | 0 | 0 | 0 | 0 | 0 | 9.92 |
| CJ Armory Enterprises, LLC | H41718 | F2410H41718V | 10/30/2024 | 11/29/2024 | 33.73 | 0 | 0 | 0 | 0 | 0 | 33.73 |
| CJ Armory Enterprises, LLC | H41718 | F2411H41718C | 11/14/2024 | 12/14/2024 | 93.15 | 0 | 0 | 0 | 0 | 0 | 93.15 |
| CJ Armory Enterprises, LLC | H41718 | F2411H41718G | 11/14/2024 | 12/14/2024 | 4.8 | 0 | 0 | 0 | 0 | 0 | 4.8 |
| CJ Armory Enterprises, LLC | H41718 | F2411H41718V | 11/14/2024 | 12/14/2024 | 15.45 | 0 | 0 | 0 | 0 | 0 | 15.45 |
| River's Edge Outfitters Group, LLC | H41720 | C2182817-2 | 1/30/2024 | 6/10/2024 | 2022.41 | 0 | 0 | 0 | 0 | 0 | 565.12 |
| River's Edge Outfitters Group, LLC | H41720 | C2182817-3 | 1/30/2024 | 7/10/2024 | 2022.42 | 0 | 0 | 0 | 0 | 0 | 2022.42 |
| River's Edge Outfitters Group, LLC | H41720 | R2705112-3 | 2/15/2024 | 7/10/2024 | 672.52 | 0 | 0 | 0 | 0 | 0 | 672.52 |
| River's Edge Outfitters Group, LLC | H41720 | R2713767-3 | 3/8/2024 | 7/10/2024 | 1116.79 | 0 | 0 | 0 | 0 | 0 | 1116.79 |
| River's Edge Outfitters Group, LLC | H41720 | C2204374-3 | 3/25/2024 | 7/10/2024 | 1540.06 | 0 | 0 | 0 | 0 | 0 | 1540.06 |
| River's Edge Outfitters Group, LLC | H41720 | C2211291-3 | 4/10/2024 | 7/10/2024 | 1069.59 | 0 | 0 | 0 | 0 | 0 | 1069.59 |
| River's Edge Outfitters Group, LLC | H41720 | C2216174-3 | 4/23/2024 | 7/10/2024 | 1013.48 | 0 | 0 | 0 | 0 | 0 | 1013.48 |
| River's Edge Outfitters Group, LLC | H41720 | C2227407 | 5/20/2024 | 7/19/2024 | 1613.48 | 0 | 0 | 0 | 0 | 0 | 1613.48 |
| River's Edge Outfitters Group, LLC | H41720 | C2229587 | 5/24/2024 | 7/23/2024 | 548.5 | 0 | 0 | 0 | 0 | 0 | 548.5 |
| River's Edge Outfitters Group, LLC | H41720 | C2230170 | 5/28/2024 | 7/27/2024 | 914.66 | 0 | 0 | 0 | 0 | 0 | 914.66 |
| Pelagic Hunter Fishing Center, LLC | H41772 | V0774943 | 8/9/2024 | 9/8/2024 | 663 | 0 | 0 | 0 | 0 | 0 | 663 |
| Pelagic Hunter Fishing Center, LLC | H41772 | R2591783 | 6/2/2023 | 6/2/2023 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Pelagic Hunter Fishing Center, LLC | H41772 | R2594396 | 6/6/2023 | 6/6/2023 | -75.19 | 0 | 0 | 0 | 0 | 0 | -75.19 |
| Pelagic Hunter Fishing Center, LLC | H41772 | R2651142 | 9/22/2023 | 9/22/2023 | -12.77 | 0 | 0 | 0 | 0 | 0 | -6.09 |
| Pelagic Hunter Fishing Center, LLC | H41772 | R2739239 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Pelagic Hunter Fishing Center, LLC | H41772 | V0734138 | 6/27/2024 | 6/27/2024 | -50.25 | 0 | 0 | 0 | 0 | 0 | -50.25 |
| Sasser Premier Outdoors, Inc. | H41784 | C2265123 | 9/10/2024 | 10/10/2024 | 184.87 | 0 | 0 | 0 | 0 | 0 | -32.95 |
| Sasser Premier Outdoors, Inc. | H41784 | V0972117 | 6/20/2025 | 7/10/2025 | 112.59 | 0 | 0 | 0 | 0 | 0 | -93.15 |
| Sure Southern Fishing, LLC | H41785 | C2217789 | 4/25/2024 | 5/25/2024 | 3011.44 | 0 | 0 | 0 | 0 | 0 | 2701.89 |
| Sure Southern Fishing, LLC | H41785 | F2404H41785C | 4/29/2024 | 5/29/2024 | 27.15 | 0 | 0 | 0 | 0 | 0 | 27.15 |
| Sure Southern Fishing, LLC | H41785 | F2404H41785R | 4/29/2024 | 5/29/2024 | 35.24 | 0 | 0 | 0 | 0 | 0 | 35.24 |
| Sure Southern Fishing, LLC | H41785 | F2404H41785V | 4/29/2024 | 5/29/2024 | 0.89 | 0 | 0 | 0 | 0 | 0 | 0.89 |
| Sure Southern Fishing, LLC | H41785 | C2229431 | 5/24/2024 | 6/23/2024 | 1486.37 | 0 | 0 | 0 | 0 | 0 | 1486.37 |
| Sure Southern Fishing, LLC | H41785 | F2405H41785C | 5/30/2024 | 6/29/2024 | 46.81 | 0 | 0 | 0 | 0 | 0 | 46.81 |
| Sure Southern Fishing, LLC | H41785 | F2405H41785R | 5/30/2024 | 6/29/2024 | 10.32 | 0 | 0 | 0 | 0 | 0 | 10.32 |
| Sure Southern Fishing, LLC | H41785 | F2405H41785V | 5/30/2024 | 6/29/2024 | 1.55 | 0 | 0 | 0 | 0 | 0 | 1.55 |
| Sure Southern Fishing, LLC | H41785 | F2406H41785R | 6/23/2024 | 7/23/2024 | 4.32 | 0 | 0 | 0 | 0 | 0 | 4.32 |
| Sure Southern Fishing, LLC | H41785 | F2406H41785V | 6/23/2024 | 7/23/2024 | 1.2 | 0 | 0 | 0 | 0 | 0 | 1.2 |
| Sure Southern Fishing, LLC | H41785 | F2406H41785C | 6/29/2024 | 7/29/2024 | 97.88 | 0 | 0 | 0 | 0 | 0 | 97.88 |
| Sure Southern Fishing, LLC | H41785 | F2407H41785C | 7/30/2024 | 8/29/2024 | 120.96 | 0 | 0 | 0 | 0 | 0 | 120.96 |
| Sure Southern Fishing, LLC | H41785 | F2408H41785C | 8/30/2024 | 9/29/2024 | 109.31 | 0 | 0 | 0 | 0 | 0 | 109.31 |
| Sure Southern Fishing, LLC | H41785 | F2409H41785C | 9/29/2024 | 10/29/2024 | 105.3 | 0 | 0 | 0 | 0 | 0 | 105.3 |
| Sure Southern Fishing, LLC | H41785 | F2410H41785C | 10/30/2024 | 11/29/2024 | 108.81 | 0 | 0 | 0 | 0 | 0 | 108.81 |
| Sure Southern Fishing, LLC | H41785 | F2411H41785C | 11/6/2024 | 12/6/2024 | 24.57 | 0 | 0 | 0 | 0 | 0 | 24.57 |
| Texas New Tactical Corporation | H41795 | ECKRTRN4/22 | 4/25/2025 | 4/25/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 3495.96 |
| Texas New Tactical Corporation | H41795 | ECKRTRN4/22b | 4/25/2025 | 4/25/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 1407.41 |
| Texas New Tactical Corporation | H41795 | ECKRTRN4/30 | 5/5/2025 | 5/5/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 5857.3 |
| Fire Line Guns & Knives LLC | H41815 | C2308485 | 3/11/2025 | 9/10/2025 | 1387.02 | 0 | 0 | 0 | 0 | 0 | 1387.02 |
| Fire Line Guns & Knives LLC | H41815 | V0897369 | 3/13/2025 | 9/10/2025 | 1512.61 | 0 | 0 | 0 | 0 | 0 | 1512.61 |
| Fire Line Guns & Knives LLC | H41815 | V0926054 | 4/17/2025 | 9/10/2025 | 1454.5 | 0 | 0 | 0 | 0 | 0 | 1454.5 |
| Fire Line Guns & Knives LLC | H41815 | V0995492 | 7/31/2025 | 9/10/2025 | 1877.53 | 0 | 0 | 0 | 0 | 0 | 1877.53 |
| Fire Line Guns & Knives LLC | H41815 | C2341588 | 8/27/2025 | 10/10/2025 | 6873.81 | 0 | 0 | 0 | 0 | 6873.81 | 0 |
| Fire Line Guns & Knives LLC | H41815 | G0535981 | 9/2/2025 | 10/10/2025 | 1729.83 | 0 | 0 | 0 | 0 | 1729.83 | 0 |
| Fire Line Guns & Knives LLC | H41815 | V1013373 | 9/8/2025 | 10/10/2025 | 5197.61 | 0 | 0 | 0 | 0 | 5197.61 | 0 |
| Bremface LLC | H41874 | V0973042 | 6/24/2025 | 10/10/2025 | 6054.28 | 0 | 0 | 0 | 0 | 6054.28 | 0 |
| Comercializadora Performance Sports | H41918 | R2653395 | 9/28/2023 | 11/10/2023 | 1550.72 | 0 | 0 | 0 | 0 | 0 | 1550.72 |
| Comercializadora Performance Sports | H41918 | R2655641 | 10/3/2023 | 11/10/2023 | 601.12 | 0 | 0 | 0 | 0 | 0 | 601.12 |
| Comercializadora Performance Sports | H41918 | R2657349 | 10/7/2023 | 11/10/2023 | 411.07 | 0 | 0 | 0 | 0 | 0 | 411.07 |
| Comercializadora Performance Sports | H41918 | R2662457 | 10/19/2023 | 11/10/2023 | 316.09 | 0 | 0 | 0 | 0 | 0 | 316.09 |
| Breezees LLC | H41924 | R2736070-2 | 5/13/2024 | 7/10/2024 | 8246.15 | 0 | 0 | 0 | 0 | 0 | 8146.15 |
| Breezees LLC | H41924 | R2740042 | 5/28/2024 | 7/27/2024 | 2780.92 | 0 | 0 | 0 | 0 | 0 | 2780.92 |
| Breezees LLC | H41924 | V0698993 | 6/4/2024 | 7/10/2024 | 1343.12 | 0 | 0 | 0 | 0 | 0 | 1343.12 |
| Breezees LLC | H41924 | V0727225 | 6/24/2024 | 7/10/2024 | 3127.47 | 0 | 0 | 0 | 0 | 0 | 3127.47 |
| Maddox Services Inc | H41968 | V0706651 | 6/4/2024 | 6/4/2024 | -14.99 | 0 | 0 | 0 | 0 | 0 | -14.99 |
| Nanny Cay Resort & Marina | H41989 | V0926653 | 4/18/2025 | 5/10/2025 | 2150.38 | 0 | 0 | 0 | 0 | 0 | -6.96 |
| Baell Mercantile LLC | H41999 | V0917653 | 4/8/2025 | 5/10/2025 | -78.74 | 0 | 0 | 0 | 0 | 0 | -78.74 |
| Baell Mercantile LLC | H41999 | V0919878 | 4/9/2025 | 5/10/2025 | 618.86 | 0 | 0 | 0 | 0 | 0 | -608.87 |
| Cash In A Flash Inc | H42008 | C1694869 | 9/30/2020 | 11/10/2020 | 2072.7 | 0 | 0 | 0 | 0 | 0 | -2046.69 |
| Bayview Campgrounds LLC | H42116 | C2236492 | 6/14/2024 | 8/13/2024 | 6053.75 | 0 | 0 | 0 | 0 | 0 | 4500 |
| Bayview Campgrounds LLC | H42116 | V0743226 | 7/13/2024 | 9/11/2024 | 2181.33 | 0 | 0 | 0 | 0 | 0 | 650 |
| Pearman Watlington & Company Limited | H42124 | F2507H42124V | 7/29/2025 | 8/28/2025 | 72.35 | 0 | 0 | 0 | 0 | 0 | 72.35 |
| Pearman Watlington & Company Limited | H42124 | V0986077 | 8/7/2025 | 9/10/2025 | 1232.8 | 0 | 0 | 0 | 0 | 0 | 1232.8 |
| Pearman Watlington & Company Limited | H42124 | F2509H42124V | 9/29/2025 | 10/29/2025 | 11.73 | 0 | 0 | 0 | 0 | 11.73 | 0 |
| Pearman Watlington & Company Limited | H42124 | F2510H42124V | 10/30/2025 | 11/29/2025 | 19.22 | 0 | 0 | 19.22 | 0 | 0 | 0 |
| Pearman Watlington & Company Limited | H42124 | F2511H42124V | 11/29/2025 | 12/29/2025 | 18.6 | 18.6 | 0 | 0 | 0 | 0 | 0 |
| Pearman Watlington & Company Limited | H42124 | F2512H42124V | 11/30/2025 | 12/30/2025 | 0.62 | 0.62 | 0 | 0 | 0 | 0 | 0 |
| Salt Pond Group LLC/Elite Indoor Gun | H42131 | C2343134 | 9/10/2025 | 10/10/2025 | 53.59 | 0 | 0 | 0 | 0 | 53.59 | 0 |
| Salt Pond Group LLC/Elite Indoor Gun | H42131 | G0539067 | 9/12/2025 | 10/10/2025 | 336.11 | 0 | 0 | 0 | 0 | 336.11 | 0 |
| Salt Pond Group LLC/Elite Indoor Gun | H42131 | V1017010 | 9/15/2025 | 10/10/2025 | 4397.48 | 0 | 0 | 0 | 0 | 4397.48 | 0 |
| Mountain View Home & Hardware | H42134 | R2510959 | 12/27/2022 | 12/27/2022 | -15.06 | 0 | 0 | 0 | 0 | 0 | -15.06 |
| Mountain View Home & Hardware | H42134 | R2553361 | 3/28/2023 | 3/28/2023 | -21.82 | 0 | 0 | 0 | 0 | 0 | -21.82 |
| DRSC Inc | H42140 | R2191325 | 4/15/2021 | 5/10/2021 | 296.93 | 0 | 0 | 0 | 0 | 0 | -43.04 |
| The Fishing Hole | H42155 | V0948885 | 5/21/2025 | 11/10/2025 | 1440.01 | 0 | 0 | 1440.01 | 0 | 0 | 0 |
| The Fishing Hole | H42155 | G0521063 | 6/13/2025 | 11/10/2025 | 134.07 | 0 | 0 | 134.07 | 0 | 0 | 0 |
| The Fishing Hole | H42155 | G0543821 | 10/16/2025 | 11/10/2025 | 1032.77 | 0 | 0 | 1032.77 | 0 | 0 | 0 |
| The Fishing Hole | H42155 | V1028499 | 10/17/2025 | 11/10/2025 | 194.03 | 0 | 0 | 194.03 | 0 | 0 | 0 |
| Bass And Pike Tackle Di Francesco Do | H42162 | R2425667 | 7/7/2022 | 7/7/2022 | -2442.62 | 0 | 0 | 0 | 0 | 0 | -467.46 |
| Bass And Pike Tackle Di Francesco Do | H42162 | R2428958 | 7/12/2022 | 7/12/2022 | -498.28 | 0 | 0 | 0 | 0 | 0 | -498.28 |
| LCD 956 Bait & Tackle | H42180 | V1004606 | 8/13/2025 | 9/10/2025 | 601.09 | 0 | 0 | 0 | 0 | 0 | 601.09 |
| Lake Seminole Outdoors LLC | H42199 | R2653233 | 9/27/2023 | 9/27/2023 | -67.83 | 0 | 0 | 0 | 0 | 0 | -67.83 |
| Campbells Armory | H42228 | V0605636 | 1/26/2024 | 1/26/2024 | -53.6 | 0 | 0 | 0 | 0 | 0 | -53.6 |
| Hayes Gun Co | H42266 | C2190676 | 2/19/2024 | 4/19/2024 | 1374.01 | 0 | 0 | 0 | 0 | 0 | 1300 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hayes Gun Co | H42266 | R2713779 | 3/11/2024 | 4/10/2024 | 1159.61 | 0 | 0 | 0 | 0 | 0 | 299 |
| Catching Fish LLC | H42293 | V0993545 | 7/29/2025 | 9/10/2025 | 672.7 | 0 | 0 | 0 | 0 | 0 | 672.7 |
| Catching Fish LLC | H42293 | V0995614 | 8/1/2025 | 9/10/2025 | 463.88 | 0 | 0 | 0 | 0 | 0 | 463.88 |
| Catching Fish LLC | H42293 | V0997995 | 8/7/2025 | 9/10/2025 | 475.58 | 0 | 0 | 0 | 0 | 0 | 475.58 |
| Catching Fish LLC | H42293 | F2509H42293V | 9/29/2025 | 10/29/2025 | 15.34 | 0 | 0 | 0 | 0 | 15.34 | 0 |
| Catching Fish LLC | H42293 | F2510H42293V | 10/30/2025 | 11/29/2025 | 25.11 | 0 | 0 | 25.11 | 0 | 0 | 0 |
| Catching Fish LLC | H42293 | F2511H42293V | 11/3/2025 | 12/3/2025 | 3.24 | 0 | 3.24 | 0 | 0 | 0 | 0 |
| Catching Fish LLC | H42293 | V1029776 | 11/4/2025 | 11/4/2025 | -38.09 | 0 | 0 | 0 | -38.09 | 0 | 0 |
| Deatons Gun & Pawn LLC | H42320 | C2225109 | 5/14/2024 | 5/14/2024 | -58.32 | 0 | 0 | 0 | 0 | 0 | -58.32 |
| Armes Tackle & Marine LLC | H42356 | V1003358 | 8/11/2025 | 9/10/2025 | 1071.84 | 0 | 0 | 0 | 0 | 0 | -776.69 |
| Armes Tackle & Marine LLC | H42356 | V1030144 | 11/13/2025 | 11/13/2025 | -74.46 | 0 | 0 | 0 | -74.46 | 0 | 0 |
| Collins Grocery Company Inc | H42362 | C2203476 | 3/21/2024 | 4/5/2024 | 1260.75 | 0 | 0 | 0 | 0 | 0 | -1260.75 |
| Doirons Landing LLC | H42388 | R2739212 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -18.08 |
| Fish On Bait N Tackle | H42389 | ECK NSF 9/13 | 9/16/2022 | 9/16/2022 | 0 | 0 | 0 | 0 | 0 | 0 | 4869.08 |
| Guystar Distribution | H42425 | WIRE7/27-UNSP | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -125.96 |
| Helen Of New York LLC | H42467 | R2486995 | 11/2/2022 | 11/17/2022 | 71.49 | 0 | 0 | 0 | 0 | 0 | -71.49 |
| Helen Of New York LLC | H42467 | R2490477 | 11/11/2022 | 11/11/2022 | -69.75 | 0 | 0 | 0 | 0 | 0 | -69.75 |
| Bacons Bait And Tackle LLC | H42490 | V0892805 | 3/4/2025 | 9/10/2025 | 4709.44 | 0 | 0 | 0 | 0 | 0 | -4709.44 |
| Bacons Bait And Tackle LLC | H42490 | V0902070 | 3/19/2025 | 9/10/2025 | 2873.79 | 0 | 0 | 0 | 0 | 0 | 2873.79 |
| Bacons Bait And Tackle LLC | H42490 | V0912898 | 4/1/2025 | 9/10/2025 | 2142.85 | 0 | 0 | 0 | 0 | 0 | 2142.85 |
| Bacons Bait And Tackle LLC | H42490 | C2328303 | 6/9/2025 | 10/10/2025 | 80.57 | 0 | 0 | 0 | 0 | 80.57 | 0 |
| Bacons Bait And Tackle LLC | H42490 | V0962877 | 6/11/2025 | 10/10/2025 | 3935.14 | 0 | 0 | 0 | 0 | 3935.14 | 0 |
| Bacons Bait And Tackle LLC | H42490 | C2333758 | 6/30/2025 | 10/10/2025 | 152.81 | 0 | 0 | 0 | 0 | 152.81 | 0 |
| Bacons Bait And Tackle LLC | H42490 | V0977423 | 7/1/2025 | 10/10/2025 | 1876.59 | 0 | 0 | 0 | 0 | 1876.59 | 0 |
| Bacons Bait And Tackle LLC | H42490 | V0991084 | 7/24/2025 | 8/23/2025 | 1058.68 | 0 | 0 | 0 | 0 | 0 | 615.38 |
| Bacons Bait And Tackle LLC | H42490 | F2507H42490C | 7/30/2025 | 8/29/2025 | 3.34 | 0 | 0 | 0 | 0 | 0 | 3.34 |
| Bacons Bait And Tackle LLC | H42490 | F2507H42490V | 7/30/2025 | 8/29/2025 | 28.75 | 0 | 0 | 0 | 0 | 0 | 28.75 |
| Bacons Bait And Tackle LLC | H42490 | F2508H42490C | 7/31/2025 | 8/30/2025 | 0.16 | 0 | 0 | 0 | 0 | 0 | 0.16 |
| Bacons Bait And Tackle LLC | H42490 | C2339142 | 8/4/2025 | 9/3/2025 | 117.62 | 0 | 0 | 0 | 0 | 0 | 117.62 |
| Bacons Bait And Tackle LLC | H42490 | V0997126 | 8/5/2025 | 9/4/2025 | 1752.57 | 0 | 0 | 0 | 0 | 0 | 1752.57 |
| Bacons Bait And Tackle LLC | H42490 | C2339919 | 8/11/2025 | 9/10/2025 | 1817.45 | 0 | 0 | 0 | 0 | 0 | 1817.45 |
| Bacons Bait And Tackle LLC | H42490 | V1003733 | 8/11/2025 | 9/10/2025 | 444.2 | 0 | 0 | 0 | 0 | 0 | 444.2 |
| Bacons Bait And Tackle LLC | H42490 | F2508H42490V | 8/30/2025 | 9/29/2025 | 36.96 | 0 | 0 | 0 | 0 | 0 | 36.96 |
| Bacons Bait And Tackle LLC | H42490 | C2342097 | 9/2/2025 | 10/2/2025 | 222.35 | 0 | 0 | 0 | 0 | 222.35 | 0 |
| Bacons Bait And Tackle LLC | H42490 | V1016273 | 9/9/2025 | 10/9/2025 | 1690.53 | 0 | 0 | 0 | 0 | 1690.53 | 0 |
| Bacons Bait And Tackle LLC | H42490 | F2509H42490C | 9/29/2025 | 10/29/2025 | 18.81 | 0 | 0 | 0 | 0 | 18.81 | 0 |
| Bacons Bait And Tackle LLC | H42490 | F2509H42490V | 9/29/2025 | 10/29/2025 | 133.92 | 0 | 0 | 0 | 0 | 133.92 | 0 |
| Bacons Bait And Tackle LLC | H42490 | F2510H42490C | 10/6/2025 | 11/5/2025 | 6.79 | 0 | 0 | 0 | 6.79 | 0 | 0 |
| Bacons Bait And Tackle LLC | H42490 | F2510H42490V | 10/6/2025 | 11/5/2025 | 43.89 | 0 | 0 | 0 | 43.89 | 0 | 0 |
| Nichols Enterprises LLC | H42505 | R2709641 | 2/27/2024 | 2/27/2024 | -45.56 | 0 | 0 | 0 | 0 | 0 | -45.56 |
| Reel Rods R Us JA | H42509 | V1018148 | 9/16/2025 | 10/10/2025 | 2441.35 | 0 | 0 | 0 | 0 | 156.35 | 0 |
| Reel Rods R Us JA | H42509 | V1025954 | 10/7/2025 | 11/10/2025 | 1204.9 | 0 | 0 | 0 | 1204.9 | 0 | 0 |
| Reel Rods R Us JA | H42509 | F2510H42509V | 10/30/2025 | 11/29/2025 | 23.45 | 0 | 0 | 23.45 | 0 | 0 | 0 |
| Reel Rods R Us JA | H42509 | F2511H42509V | 11/29/2025 | 12/29/2025 | 30.37 | 30.37 | 0 | 0 | 0 | 0 | 0 |
| Reel Rods R Us JA | H42509 | F2512H42509V | 12/1/2025 | 12/31/2025 | 1.76 | 1.76 | 0 | 0 | 0 | 0 | 0 |
| Hawaiians Bait Tackle And More | H42516 | R2594351 | 6/6/2023 | 6/6/2023 | -41.76 | 0 | 0 | 0 | 0 | 0 | -27.6 |
| Flavors On Main LLC | H42527 | R2431446 | 7/15/2022 | 7/15/2022 | -107.28 | 0 | 0 | 0 | 0 | 0 | -73.31 |
| International Protective Services | H42528 | C1961980 | 7/12/2022 | 9/10/2022 | 4153.87 | 0 | 0 | 0 | 0 | 0 | 4153.87 |
| International Protective Services | H42528 | R2431069 | 7/14/2022 | 9/12/2022 | 249.76 | 0 | 0 | 0 | 0 | 0 | 249.76 |
| International Protective Services | H42528 | C1963969 | 7/19/2022 | 9/17/2022 | 2861.42 | 0 | 0 | 0 | 0 | 0 | 2861.42 |
| International Protective Services | H42528 | C1967426 | 7/27/2022 | 9/10/2022 | 3085.96 | 0 | 0 | 0 | 0 | 0 | 3085.96 |
| International Protective Services | H42528 | F2209H42528C | 9/29/2022 | 10/29/2022 | 68.78 | 0 | 0 | 0 | 0 | 0 | 68.78 |
| International Protective Services | H42528 | F2209H42528R | 9/29/2022 | 10/29/2022 | 2.11 | 0 | 0 | 0 | 0 | 0 | 2.11 |
| International Protective Services | H42528 | F2210H42528C | 10/30/2022 | 11/29/2022 | 173.72 | 0 | 0 | 0 | 0 | 0 | 173.72 |
| International Protective Services | H42528 | F2210H42528R | 10/30/2022 | 11/29/2022 | 3.72 | 0 | 0 | 0 | 0 | 0 | 3.72 |
| International Protective Services | H42528 | F2211H42528C | 11/29/2022 | 12/29/2022 | 151.5 | 0 | 0 | 0 | 0 | 0 | 151.5 |
| International Protective Services | H42528 | F2211H42528R | 11/29/2022 | 12/29/2022 | 3.6 | 0 | 0 | 0 | 0 | 0 | 3.6 |
| International Protective Services | H42528 | F2212H42528C | 12/28/2022 | 1/27/2023 | 146.45 | 0 | 0 | 0 | 0 | 0 | 146.45 |
| International Protective Services | H42528 | F2212H42528R | 12/28/2022 | 1/27/2023 | 3.48 | 0 | 0 | 0 | 0 | 0 | 3.48 |
| Just Holster It Firearms & Training | H42531 | C2162872 | 11/30/2023 | 2/28/2024 | 11955.34 | 0 | 0 | 0 | 0 | 0 | 9853.96 |
| Just Holster It Firearms & Training | H42531 | C2174157 | 1/2/2024 | 4/1/2024 | 4589 | 0 | 0 | 0 | 0 | 0 | 4589 |
| Just Holster It Firearms & Training | H42531 | RTRN999321 | 6/3/2025 | 6/3/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Russoms Marine Ocala Inc | H42535 | V0846695 | 12/5/2024 | 12/20/2024 | 242.72 | 0 | 0 | 0 | 0 | 0 | -242.72 |
| Innovapesca Mexico SA De CV | H42570 | V0770356 | 8/13/2024 | 9/12/2024 | 3906.24 | 0 | 0 | 0 | 0 | 0 | -9.55 |
| Innovapesca Mexico SA De CV | H42570 | V1019907 | 9/15/2025 | 9/15/2025 | -24.44 | 0 | 0 | 0 | 0 | 0 | -24.44 |
| Innovapesca Mexico SA De CV | H42570 | V1030094 | 11/12/2025 | 11/12/2025 | -23.78 | 0 | 0 | 0 | -23.78 | 0 | 0 |
| Clay Powersports LLC | H42574 | C2328402 | 6/10/2025 | 10/10/2025 | 150.79 | 0 | 0 | 0 | 0 | 150.79 | 0 |
| Clay Powersports LLC | H42574 | G0519414 | 6/10/2025 | 10/10/2025 | 1097.92 | 0 | 0 | 0 | 0 | 1097.92 | 0 |
| Clay Powersports LLC | H42574 | V0962775 | 6/11/2025 | 10/10/2025 | 3641.91 | 0 | 0 | 0 | 0 | 3641.91 | 0 |
| Clay Powersports LLC | H42574 | C2343305 | 9/11/2025 | 10/10/2025 | 222.62 | 0 | 0 | 0 | 0 | 222.62 | 0 |
| Clay Powersports LLC | H42574 | G0539630 | 9/15/2025 | 10/10/2025 | 402.24 | 0 | 0 | 0 | 0 | 402.24 | 0 |
| Clay Powersports LLC | H42574 | V1017051 | 9/15/2025 | 10/10/2025 | 1650.05 | 0 | 0 | 0 | 0 | 1650.05 | 0 |
| Clay Powersports LLC | H42574 | V1020912 | 9/17/2025 | 9/17/2025 | -60.33 | 0 | 0 | 0 | 0 | 0 | -60.33 |
| Clay Powersports LLC | H42574 | V1029083 | 10/22/2025 | 11/10/2025 | 509.77 | 0 | 0 | 0 | 509.77 | 0 | 0 |
| Clay Powersports LLC | H42574 | G0544229 | 10/23/2025 | 11/10/2025 | 677.65 | 0 | 0 | 0 | 677.65 | 0 | 0 |
| Clay Powersports LLC | H42574 | F2510H42574C | 10/30/2025 | 11/29/2025 | 3.75 | 0 | 0 | 3.75 | 0 | 0 | 0 |
| Clay Powersports LLC | H42574 | F2510H42574G | 10/30/2025 | 11/29/2025 | 15 | 0 | 0 | 15 | 0 | 0 | 0 |
| Clay Powersports LLC | H42574 | F2510H42574V | 10/30/2025 | 11/29/2025 | 52.76 | 0 | 0 | 52.76 | 0 | 0 | 0 |
| Clay Powersports LLC | H42574 | F2511H42574C | 11/10/2025 | 12/10/2025 | 2.09 | 0 | 2.09 | 0 | 0 | 0 | 0 |
| Clay Powersports LLC | H42574 | F2511H42574G | 11/10/2025 | 12/10/2025 | 8.25 | 0 | 8.25 | 0 | 0 | 0 | 0 |
| Clay Powersports LLC | H42574 | F2511H42574V | 11/10/2025 | 12/10/2025 | 28.82 | 0 | 28.82 | 0 | 0 | 0 | 0 |
| Browns Outdoor Headquarters | H42580 | V0968289 | 6/18/2025 | 11/10/2025 | 4081.64 | 0 | 0 | 0 | 4081.64 | 0 | 0 |
| Browns Outdoor Headquarters | H42580 | C2332612 | 6/25/2025 | 9/23/2025 | 414.32 | 0 | 0 | 0 | 0 | 0 | 414.32 |
| Browns Outdoor Headquarters | H42580 | C2332774 | 6/25/2025 | 11/10/2025 | 329.86 | 0 | 0 | 0 | 329.86 | 0 | 0 |
| Browns Outdoor Headquarters | H42580 | C2332996 | 6/26/2025 | 9/24/2025 | 272.84 | 0 | 0 | 0 | 0 | 0 | 272.84 |
| Browns Outdoor Headquarters | H42580 | V0976525 | 6/26/2025 | 8/10/2025 | 733.59 | 0 | 0 | 0 | 0 | 0 | 33.59 |
| Browns Outdoor Headquarters | H42580 | G0524705 | 6/27/2025 | 8/10/2025 | 381.27 | 0 | 0 | 0 | 0 | 0 | 381.27 |
| Browns Outdoor Headquarters | H42580 | V0974741 | 6/27/2025 | 8/26/2025 | 2162.01 | 0 | 0 | 0 | 0 | 0 | 2162.01 |
| Browns Outdoor Headquarters | H42580 | V0977468 | 6/30/2025 | 8/29/2025 | 787.19 | 0 | 0 | 0 | 0 | 0 | 787.19 |
| Browns Outdoor Headquarters | H42580 | V0977469 | 7/1/2025 | 8/30/2025 | 786.86 | 0 | 0 | 0 | 0 | 0 | 786.86 |
| Browns Outdoor Headquarters | H42580 | C2334476 | 7/3/2025 | 8/10/2025 | 544.75 | 0 | 0 | 0 | 0 | 0 | 194.75 |
| Browns Outdoor Headquarters | H42580 | V0979256 | 7/3/2025 | 8/10/2025 | 324.5 | 0 | 0 | 0 | 0 | 0 | 324.5 |
| Browns Outdoor Headquarters | H42580 | C2336200 | 7/14/2025 | 8/10/2025 | 491.69 | 0 | 0 | 0 | 0 | 0 | 491.69 |
| Browns Outdoor Headquarters | H42580 | V0985302 | 7/14/2025 | 8/10/2025 | 2084.66 | 0 | 0 | 0 | 0 | 0 | 784.66 |

| Customer | Account | Invoice | Date | Due Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Browns Outdoor Headquarters | H42580 | V0987008 | 7/16/2025 | 9/14/2025 | 461.06 | 0 | 0 | 0 | 0 | 461.06 |
| Browns Outdoor Headquarters | H42580 | G0529631 | 7/17/2025 | 8/10/2025 | 466.23 | 0 | 0 | 0 | 0 | 466.23 |
| Browns Outdoor Headquarters | H42580 | V0988486 | 7/17/2025 | 8/10/2025 | 1824.21 | 0 | 0 | 0 | 0 | 1824.21 |
| Browns Outdoor Headquarters | H42580 | V0992841 | 7/25/2025 | 9/10/2025 | 910.7 | 0 | 0 | 0 | 0 | 910.7 |
| Browns Outdoor Headquarters | H42580 | V0993334 | 7/29/2025 | 9/10/2025 | 877.35 | 0 | 0 | 0 | 0 | 877.35 |
| Browns Outdoor Headquarters | H42580 | V0996777 | 8/4/2025 | 9/10/2025 | 462.91 | 0 | 0 | 0 | 0 | 462.91 |
| Browns Outdoor Headquarters | H42580 | C2342020 | 8/29/2025 | 10/10/2025 | 55.11 | 0 | 0 | 0 | 55.11 | 0 |
| Browns Outdoor Headquarters | H42580 | G0536953 | 9/5/2025 | 10/10/2025 | 68.92 | 0 | 0 | 0 | 68.92 | 0 |
| Browns Outdoor Headquarters | H42580 | V1013419 | 9/8/2025 | 10/10/2025 | 361.8 | 0 | 0 | 0 | 361.8 | 0 |
| Big Als Guns LLC | H42585 | C2340608 | 8/15/2025 | 9/10/2025 | 266.06 | 0 | 0 | 0 | 0 | 266.06 |
| Big Als Guns LLC | H42585 | G0535207 | 8/19/2025 | 9/10/2025 | 421.17 | 0 | 0 | 0 | 0 | 421.17 |
| Big Als Guns LLC | H42585 | V1004908 | 8/19/2025 | 9/10/2025 | 1205.79 | 0 | 0 | 0 | 0 | 1205.79 |
| Big Als Guns LLC | H42585 | F2509H42585C | 9/29/2025 | 10/29/2025 | 2.51 | 0 | 0 | 0 | 2.51 | 0 |
| Big Als Guns LLC | H42585 | F2509H42585G | 9/29/2025 | 10/29/2025 | 4 | 0 | 0 | 0 | 4 | 0 |
| Big Als Guns LLC | H42585 | F2509H42585V | 9/29/2025 | 10/29/2025 | 11.44 | 0 | 0 | 0 | 11.44 | 0 |
| Big Als Guns LLC | H42585 | F2510H42585C | 10/30/2025 | 11/29/2025 | 4.03 | 0 | 0 | 4.03 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2510H42585G | 10/30/2025 | 11/29/2025 | 6.51 | 0 | 0 | 6.51 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2510H42585V | 10/30/2025 | 11/29/2025 | 18.6 | 0 | 0 | 18.6 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2511H42585C | 11/29/2025 | 12/29/2025 | 3.9 | 3.9 | 0 | 0 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2511H42585G | 11/29/2025 | 12/29/2025 | 6.3 | 6.3 | 0 | 0 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2511H42585V | 11/29/2025 | 12/29/2025 | 18 | 18 | 0 | 0 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2512H42585C | 12/1/2025 | 12/31/2025 | 0.26 | 0.26 | 0 | 0 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2512H42585G | 12/1/2025 | 12/31/2025 | 0.42 | 0.42 | 0 | 0 | 0 | 0 |
| Big Als Guns LLC | H42585 | F2512H42585V | 12/1/2025 | 12/31/2025 | 1.2 | 1.2 | 0 | 0 | 0 | 0 |
| Segat MacMillian Enterprise LLC | H42591 | V0896858 | 3/13/2025 | 9/10/2025 | 1841.55 | 0 | 0 | 0 | 0 | 1841.55 |
| Segat MacMillian Enterprise LLC | H42591 | V0995502 | 7/31/2025 | 9/29/2025 | 366.5 | 0 | 0 | 0 | 0 | 366.5 |
| Segat MacMillian Enterprise LLC | H42591 | V1023565 | 9/24/2025 | 10/10/2025 | 214.18 | 0 | 0 | 0 | 214.18 | 0 |
| Segat MacMillian Enterprise LLC | H42591 | F2509H42591V | 9/29/2025 | 10/29/2025 | 24.94 | 0 | 0 | 0 | 24.94 | 0 |
| Segat MacMillian Enterprise LLC | H42591 | F2510H42591V | 10/30/2025 | 11/29/2025 | 38.17 | 0 | 0 | 38.17 | 0 | 0 |
| Segat MacMillian Enterprise LLC | H42591 | F2511H42591V | 11/12/2025 | 12/12/2025 | 15.73 | 0 | 15.73 | 0 | 0 | 0 |
| OM Vinayak Inc | H42602 | C2340343 | 8/14/2025 | 8/14/2025 | -36.06 | 0 | 0 | 0 | 0 | -36.06 |
| OM Vinayak Inc | H42602 | V1006082 | 8/14/2025 | 8/14/2025 | -1.9 | 0 | 0 | 0 | 0 | -1.9 |
| OM Vinayak Inc | H42602 | V1011700 | 8/26/2025 | 8/26/2025 | -86.64 | 0 | 0 | 0 | 0 | -86.64 |
| Dade County Propane LLC | H42621 | V0903736 | 3/24/2025 | 9/10/2025 | 8930.34 | 0 | 0 | 0 | 0 | 8377.66 |
| Dade County Propane LLC | H42621 | C2335134 | 7/8/2025 | 10/10/2025 | 63.4 | 0 | 0 | 0 | 63.4 | 0 |
| Dade County Propane LLC | H42621 | G0526784 | 7/8/2025 | 10/10/2025 | 1126.39 | 0 | 0 | 0 | 1126.39 | 0 |
| Dade County Propane LLC | H42621 | V0981845 | 7/9/2025 | 10/10/2025 | 2228.34 | 0 | 0 | 0 | 2228.34 | 0 |
| Dade County Propane LLC | H42621 | C2340614 | 8/15/2025 | 9/10/2025 | 49.87 | 0 | 0 | 0 | 0 | 49.87 |
| Dade County Propane LLC | H42621 | G0534855 | 8/15/2025 | 9/10/2025 | 2349.83 | 0 | 0 | 0 | 0 | 2349.83 |
| Dade County Propane LLC | H42621 | F2509H42621C | 9/29/2025 | 10/29/2025 | 35.59 | 0 | 0 | 0 | 35.59 | 0 |
| Dade County Propane LLC | H42621 | F2509H42621V | 9/29/2025 | 10/29/2025 | 96.94 | 0 | 0 | 0 | 96.94 | 0 |
| Dade County Propane LLC | H42621 | F2510H42621C | 10/30/2025 | 11/29/2025 | 0.8 | 0 | 0 | 0.8 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2510H42621G | 10/30/2025 | 11/29/2025 | 53.87 | 0 | 0 | 53.87 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2510H42621V | 10/30/2025 | 11/29/2025 | 157.1 | 0 | 0 | 157.1 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2511H42621C | 11/29/2025 | 12/29/2025 | 1.8 | 1.8 | 0 | 0 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2511H42621G | 11/29/2025 | 12/29/2025 | 52.2 | 52.2 | 0 | 0 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2511H42621V | 11/29/2025 | 12/29/2025 | 159 | 159 | 0 | 0 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2512H42621C | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2512H42621G | 12/1/2025 | 12/31/2025 | 3.48 | 3.48 | 0 | 0 | 0 | 0 |
| Dade County Propane LLC | H42621 | F2512H42621V | 12/1/2025 | 12/31/2025 | 10.6 | 10.6 | 0 | 0 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | C2338612 | 7/30/2025 | 9/10/2025 | 2091.67 | 0 | 0 | 0 | 0 | 2091.67 |
| Bob And Jims Neighborhood Market LLC | H42659 | V0995206 | 7/30/2025 | 9/10/2025 | 1017.86 | 0 | 0 | 0 | 0 | 1017.86 |
| Bob And Jims Neighborhood Market LLC | H42659 | C2339420 | 8/6/2025 | 9/10/2025 | 215.03 | 0 | 0 | 0 | 0 | 215.03 |
| Bob And Jims Neighborhood Market LLC | H42659 | G0533393 | 8/6/2025 | 9/10/2025 | 91.63 | 0 | 0 | 0 | 0 | 91.63 |
| Bob And Jims Neighborhood Market LLC | H42659 | V0997997 | 8/6/2025 | 9/10/2025 | 302.32 | 0 | 0 | 0 | 0 | 302.32 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2509H42659C | 9/29/2025 | 10/29/2025 | 21.9 | 0 | 0 | 0 | 21.9 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2509H42659G | 9/29/2025 | 10/29/2025 | 0.89 | 0 | 0 | 0 | 0.89 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2509H42659V | 9/29/2025 | 10/29/2025 | 12.54 | 0 | 0 | 0 | 12.54 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2510H42659C | 10/30/2025 | 11/29/2025 | 35.65 | 0 | 0 | 35.65 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2510H42659G | 10/30/2025 | 11/29/2025 | 1.55 | 0 | 0 | 1.55 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2510H42659V | 10/30/2025 | 11/29/2025 | 20.46 | 0 | 0 | 20.46 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2511H42659C | 11/29/2025 | 12/29/2025 | 34.5 | 34.5 | 0 | 0 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2511H42659G | 11/29/2025 | 12/29/2025 | 1.5 | 1.5 | 0 | 0 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2511H42659V | 11/29/2025 | 12/29/2025 | 19.8 | 19.8 | 0 | 0 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2512H42659C | 12/1/2025 | 12/31/2025 | 2.3 | 2.3 | 0 | 0 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2512H42659G | 12/1/2025 | 12/31/2025 | 0.1 | 0.1 | 0 | 0 | 0 | 0 |
| Bob And Jims Neighborhood Market LLC | H42659 | F2512H42659V | 12/1/2025 | 12/31/2025 | 1.32 | 1.32 | 0 | 0 | 0 | 0 |
| Southern Roots Outfitters LLC | H42663 | G0544521 | 10/28/2025 | 12/10/2025 | 346.32 | 0 | 346.32 | 0 | 0 | 0 |
| Southern Roots Outfitters LLC | H42663 | V1029424 | 10/28/2025 | 12/10/2025 | 336.36 | 0 | 336.36 | 0 | 0 | 0 |
| Countryside Comforts And Outdoors | H42683 | R2538546 | 3/1/2023 | 3/1/2023 | -6.73 | 0 | 0 | 0 | 0 | -6.73 |
| Countryside Comforts And Outdoors | H42683 | R2579435 | 5/11/2023 | 5/11/2023 | -99.74 | 0 | 0 | 0 | 0 | -99.74 |
| Pitts Pump Service & Irrigation LLC | H42686 | V0976773 | 6/27/2025 | 6/27/2025 | -194.2 | 0 | 0 | 0 | 0 | -194.2 |
| Nalno Outdoor Equipment | H42698 | G0467536 | 11/13/2024 | 11/13/2024 | -42.68 | 0 | 0 | 0 | 0 | -42.68 |
| Sunhaven Outdoors LLC | H42700 | R2490273 | 11/11/2022 | 12/10/2022 | 2273.04 | 0 | 0 | 0 | 0 | 2273.04 |
| Sunhaven Outdoors LLC | H42700 | F2212H42700R | 12/30/2022 | 1/29/2023 | 22.75 | 0 | 0 | 0 | 0 | 22.75 |
| Sunhaven Outdoors LLC | H42700 | F2301H42700R | 1/30/2023 | 3/1/2023 | 35.34 | 0 | 0 | 0 | 0 | 35.34 |
| Sunhaven Outdoors LLC | H42700 | F2302H42700R | 2/27/2023 | 3/29/2023 | 31.92 | 0 | 0 | 0 | 0 | 31.92 |
| Sunhaven Outdoors LLC | H42700 | F2303H42700R | 3/30/2023 | 4/29/2023 | 35.34 | 0 | 0 | 0 | 0 | 35.34 |
| Sunhaven Outdoors LLC | H42700 | F2304H42700R | 4/29/2023 | 5/29/2023 | 34.2 | 0 | 0 | 0 | 0 | 34.2 |
| Sunhaven Outdoors LLC | H42700 | F2305H42700R | 5/23/2023 | 6/22/2023 | 27.36 | 0 | 0 | 0 | 0 | 27.36 |
| Island Hardware & Maintenance | H42711 | G0544848 | 11/6/2025 | 12/10/2025 | 99.3 | 0 | 99.3 | 0 | 0 | 0 |
| Island Hardware & Maintenance | H42711 | V1029872 | 11/6/2025 | 12/10/2025 | 71.41 | 0 | 71.41 | 0 | 0 | 0 |
| Wilderness Sports Warehouse | H42721 | V0709526 | 6/6/2024 | 6/6/2024 | -48.36 | 0 | 0 | 0 | 0 | -48.36 |
| Wilderness Sports Warehouse | H42721 | V0949003 | 5/21/2025 | 6/20/2025 | 457.57 | 0 | 0 | 0 | 0 | 197 |
| Lewis Marine Supply | H42727 | V0996653 | 8/1/2025 | 8/1/2025 | -14.85 | 0 | 0 | 0 | 0 | -14.85 |
| Tailwinds Brokerage Group | H42732 | V0825858 | 10/24/2024 | 11/8/2024 | 286.35 | 0 | 0 | 0 | 0 | -286.35 |
| Morgan Creek Marina | H42766 | V0788461 | 8/28/2024 | 8/28/2024 | -77.75 | 0 | 0 | 0 | 0 | -6.39 |
| Ares Tactical LLC | H42771 | C2327397 | 6/4/2025 | 9/2/2025 | 20197.44 | 0 | 0 | 0 | 0 | 15629.5 |
| Ares Tactical LLC | H42771 | F2508H42771C | 8/30/2025 | 9/29/2025 | 137.77 | 0 | 0 | 0 | 0 | 137.77 |
| Ares Tactical LLC | H42771 | F2508H42771V | 8/30/2025 | 9/29/2025 | 3.72 | 0 | 0 | 0 | 0 | 3.72 |
| Ares Tactical LLC | H42771 | F2509H42771C | 9/29/2025 | 10/29/2025 | 424.18 | 0 | 0 | 0 | 424.18 | 0 |
| Ares Tactical LLC | H42771 | F2509H42771V | 9/29/2025 | 10/29/2025 | 3.6 | 0 | 0 | 0 | 3.6 | 0 |
| Ares Tactical LLC | H42771 | F2510H42771C | 10/20/2025 | 11/19/2025 | 318.15 | 0 | 0 | 318.15 | 0 | 0 |
| Ares Tactical LLC | H42771 | F2510H42771V | 10/20/2025 | 11/19/2025 | 2.52 | 0 | 0 | 2.52 | 0 | 0 |

| Name | Acct | Reference | Date 1 | Date 2 | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Waypoint Outfitters LLC | H42775 | C2343699 | 9/15/2025 | 10/10/2025 | 89.77 | 0 | 0 | 0 | 89.77 | 0 |
| Waypoint Outfitters LLC | H42775 | V1018235 | 9/16/2025 | 10/10/2025 | 26.29 | 0 | 0 | 0 | 26.29 | 0 |
| Bargain Supply Warehouse | H42777 | V0900061 | 3/18/2025 | 9/10/2025 | 11960.25 | 0 | 0 | 0 | 0 | 11884.39 |
| Bargain Supply Warehouse | H42777 | F2509H42777V | 9/29/2025 | 10/29/2025 | 113.42 | 0 | 0 | 0 | 113.42 | 0 |
| Bargain Supply Warehouse | H42777 | F2510H42777V | 10/14/2025 | 11/13/2025 | 89.1 | 0 | 0 | 89.1 | 0 | 0 |
| Captain Kennys Sporting Goods Inc | H42778 | V0972508 | 6/23/2025 | 10/10/2025 | 92744.97 | 0 | 0 | 0 | 11455.97 | 0 |
| Captain Kennys Sporting Goods Inc | H42778 | G0542580 | 10/6/2025 | 11/10/2025 | 14146.81 | 0 | 0 | 14146.81 | 0 | 0 |
| Captain Kennys Sporting Goods Inc | H42778 | V1025918 | 10/7/2025 | 11/10/2025 | 33090.52 | 0 | 0 | 33090.52 | 0 | 0 |
| Captain Kennys Sporting Goods Inc | H42778 | F2510H42778V | 10/29/2025 | 11/28/2025 | 501.06 | 0 | 0 | 0 | 501.06 | 0 |
| Sussex Mini Mart LLC | H42798 | R2548802 | 3/21/2023 | 4/5/2023 | 230.74 | 0 | 0 | 0 | 0 | -205.74 |
| Cross Roads Mini Mart | H42806 | V1004699 | 8/13/2025 | 8/13/2025 | -636.52 | 0 | 0 | 0 | 0 | -59.41 |
| 5150 Ventures LLC | H42808 | C2254245 | 8/8/2024 | 11/6/2024 | 5908.65 | 0 | 0 | 0 | 0 | 1400 |
| 5150 Ventures LLC | H42808 | C2254338 | 8/8/2024 | 12/10/2024 | 957.31 | 0 | 0 | 0 | 0 | 957.31 |
| 5150 Ventures LLC | H42808 | V0772219 | 8/12/2024 | 12/10/2024 | 3054.39 | 0 | 0 | 0 | 0 | 3054.39 |
| 5150 Ventures LLC | H42808 | F2501H42808C | 1/30/2025 | 3/1/2025 | 81.38 | 0 | 0 | 0 | 0 | 81.38 |
| 5150 Ventures LLC | H42808 | F2501H42808V | 1/30/2025 | 3/1/2025 | 51.77 | 0 | 0 | 0 | 0 | 51.77 |
| 5150 Ventures LLC | H42808 | F2502H42808C | 2/27/2025 | 3/18/2025 | 69.44 | 0 | 0 | 0 | 0 | 39.68 |
| 5150 Ventures LLC | H42808 | F2502H42808V | 2/27/2025 | 3/29/2025 | 45.22 | 0 | 0 | 0 | 0 | 45.22 |
| 5150 Ventures LLC | H42808 | F2503H42808C | 3/13/2025 | 4/12/2025 | 34.47 | 0 | 0 | 0 | 0 | 34.47 |
| 5150 Ventures LLC | H42808 | F2503H42808V | 3/13/2025 | 4/12/2025 | 21.42 | 0 | 0 | 0 | 0 | 21.42 |
| Clockmans Decal Shop LLC | H42816 | V0902071 | 3/18/2025 | 9/10/2025 | 1687.85 | 0 | 0 | 0 | 0 | 1087.85 |
| Clockmans Decal Shop LLC | H42816 | C2343624 | 9/15/2025 | 10/10/2025 | 132.9 | 0 | 0 | 0 | 132.9 | 0 |
| Clockmans Decal Shop LLC | H42816 | V1020034 | 9/19/2025 | 10/10/2025 | 319.69 | 0 | 0 | 0 | 319.69 | 0 |
| Clockmans Decal Shop LLC | H42816 | V1020035 | 9/19/2025 | 10/10/2025 | 601.68 | 0 | 0 | 0 | 601.68 | 0 |
| Clockmans Decal Shop LLC | H42816 | F2509H42816V | 9/29/2025 | 10/29/2025 | 10.31 | 0 | 0 | 0 | 10.31 | 0 |
| Clockmans Decal Shop LLC | H42816 | F2510H42816C | 10/30/2025 | 11/29/2025 | 1.35 | 0 | 0 | 1.35 | 0 | 0 |
| Clockmans Decal Shop LLC | H42816 | F2510H42816V | 10/30/2025 | 11/29/2025 | 25.95 | 0 | 0 | 25.95 | 0 | 0 |
| Clockmans Decal Shop LLC | H42816 | F2511H42816C | 11/29/2025 | 12/29/2025 | 2.1 | 2.1 | 0 | 0 | 0 | 0 |
| Clockmans Decal Shop LLC | H42816 | F2511H42816V | 11/29/2025 | 12/29/2025 | 30 | 30 | 0 | 0 | 0 | 0 |
| Clockmans Decal Shop LLC | H42816 | F2512H42816C | 12/1/2025 | 12/31/2025 | 0.14 | 0.14 | 0 | 0 | 0 | 0 |
| Clockmans Decal Shop LLC | H42816 | F2512H42816V | 12/1/2025 | 12/31/2025 | 2 | 2 | 0 | 0 | 0 | 0 |
| Island Tactical LLC | H42820 | C2185501 | 2/6/2024 | 5/6/2024 | 5419.3 | 0 | 0 | 0 | 0 | 3681.73 |
| Island Tactical LLC | H42820 | R2703507-1 | 2/9/2024 | 6/10/2024 | 1070.73 | 0 | 0 | 0 | 0 | 1070.73 |
| Island Tactical LLC | H42820 | R2703507-2 | 2/9/2024 | 6/10/2024 | 1070.73 | 0 | 0 | 0 | 0 | 1070.73 |
| Island Tactical LLC | H42820 | R2703507-3 | 2/9/2024 | 7/10/2024 | 1070.72 | 0 | 0 | 0 | 0 | 1070.72 |
| Island Tactical LLC | H42820 | C2193031 | 2/23/2024 | 5/23/2024 | 1023.74 | 0 | 0 | 0 | 0 | 1023.74 |
| Island Tactical LLC | H42820 | R2722048-1 | 3/29/2024 | 5/10/2024 | 220.41 | 0 | 0 | 0 | 0 | 220.41 |
| Island Tactical LLC | H42820 | R2722048-2 | 3/29/2024 | 6/10/2024 | 220.41 | 0 | 0 | 0 | 0 | 220.41 |
| Island Tactical LLC | H42820 | R2722048-3 | 3/29/2024 | 7/10/2024 | 220.4 | 0 | 0 | 0 | 0 | 220.4 |
| Island Tactical LLC | H42820 | C2209627 | 4/5/2024 | 7/4/2024 | 460 | 0 | 0 | 0 | 0 | 460 |
| Island Tactical LLC | H42820 | R2724598 | 4/5/2024 | 5/10/2024 | 1474.98 | 0 | 0 | 0 | 0 | 1474.98 |
| Island Tactical LLC | H42820 | C2212274 | 4/11/2024 | 7/10/2024 | 613.55 | 0 | 0 | 0 | 0 | 613.55 |
| Island Tactical LLC | H42820 | F2404H42820C | 4/29/2024 | 5/29/2024 | 21.23 | 0 | 0 | 0 | 0 | 21.23 |
| Island Tactical LLC | H42820 | F2404H42820R | 4/29/2024 | 5/29/2024 | 148.8 | 0 | 0 | 0 | 0 | 148.8 |
| Island Tactical LLC | H42820 | F2404H42820V | 4/29/2024 | 5/29/2024 | 71.36 | 0 | 0 | 0 | 0 | 71.36 |
| Island Tactical LLC | H42820 | F2405H42820C | 5/30/2024 | 6/29/2024 | 107.29 | 0 | 0 | 0 | 0 | 107.29 |
| Island Tactical LLC | H42820 | F2405H42820R | 5/30/2024 | 6/29/2024 | 240.68 | 0 | 0 | 0 | 0 | 240.68 |
| Island Tactical LLC | H42820 | F2405H42820V | 5/30/2024 | 6/29/2024 | 51.46 | 0 | 0 | 0 | 0 | 51.46 |
| Island Tactical LLC | H42820 | R2740980 | 6/25/2024 | 8/10/2024 | 1414.19 | 0 | 0 | 0 | 0 | 1414.19 |
| Island Tactical LLC | H42820 | F2406H42820C | 6/29/2024 | 7/29/2024 | 134.7 | 0 | 0 | 0 | 0 | 134.7 |
| Island Tactical LLC | H42820 | F2406H42820R | 6/29/2024 | 7/29/2024 | 238.68 | 0 | 0 | 0 | 0 | 238.68 |
| Island Tactical LLC | H42820 | F2406H42820V | 6/29/2024 | 7/29/2024 | 49.8 | 0 | 0 | 0 | 0 | 49.8 |
| Island Tactical LLC | H42820 | F2407H42820C | 7/30/2024 | 8/29/2024 | 139.02 | 0 | 0 | 0 | 0 | 139.02 |
| Island Tactical LLC | H42820 | F2407H42820R | 7/30/2024 | 8/29/2024 | 247.92 | 0 | 0 | 0 | 0 | 247.92 |
| Island Tactical LLC | H42820 | F2407H42820V | 7/30/2024 | 8/29/2024 | 51.46 | 0 | 0 | 0 | 0 | 51.46 |
| Island Tactical LLC | H42820 | F2408H42820C | 8/5/2024 | 9/4/2024 | 25.5 | 0 | 0 | 0 | 0 | 25.5 |
| Island Tactical LLC | H42820 | F2408H42820R | 8/5/2024 | 9/4/2024 | 48.23 | 0 | 0 | 0 | 0 | 48.23 |
| Island Tactical LLC | H42820 | F2408H42820V | 8/5/2024 | 9/4/2024 | 9.96 | 0 | 0 | 0 | 0 | 9.96 |
| Island Tactical LLC | H42820 | C2261211 | 8/28/2024 | 10/10/2024 | 170.73 | 0 | 0 | 0 | 0 | 170.73 |
| Island Tactical LLC | H42820 | V0788282 | 8/29/2024 | 10/10/2024 | 427.46 | 0 | 0 | 0 | 0 | 427.46 |
| Island Tactical LLC | H42820 | NSF00002 | 4/18/2025 | 4/18/2025 | 520 | 0 | 0 | 0 | 0 | 520 |
| Michaels Jewelry & Pawn Inc | H42822 | V0899309 | 3/11/2025 | 3/11/2025 | -53.3 | 0 | 0 | 0 | 0 | -53.3 |
| The Trading Post Inc | H42825 | C2308616 | 3/11/2025 | 4/10/2025 | 251.03 | 0 | 0 | 0 | 0 | -211.74 |
| Murrells Inlet Municipal LLC | H42828 | V0988807 | 7/18/2025 | 9/16/2025 | 2026.86 | 0 | 0 | 0 | 0 | 1776.86 |
| Legacy Yacht Group LLC | H42833 | R2584462 | 5/22/2023 | 6/6/2023 | 265.42 | 0 | 0 | 0 | 0 | -265.42 |
| Blue Collar Boys Afield LLC | H42844 | V0968541 | 6/17/2025 | 11/10/2025 | 4590.48 | 0 | 0 | 4590.48 | 0 | 0 |
| Blue Collar Boys Afield LLC | H42844 | F2511H42844V | 11/29/2025 | 12/29/2025 | 43.63 | 43.63 | 0 | 0 | 0 | 0 |
| Blue Collar Boys Afield LLC | H42844 | F2512H42844V | 12/1/2025 | 12/31/2025 | 4.6 | 4.6 | 0 | 0 | 0 | 0 |
| River Deck Marina LLC | H42848 | F2506H42848V | 6/12/2025 | 7/12/2025 | 15.34 | 0 | 0 | 0 | 0 | 15.34 |
| River Deck Marina LLC | H42848 | V0964787 | 6/12/2025 | 7/10/2025 | 610.23 | 0 | 0 | 0 | 0 | 610.23 |
| River Deck Marina LLC | H42848 | V0970077 | 6/19/2025 | 7/10/2025 | 430.77 | 0 | 0 | 0 | 0 | 430.77 |
| River Deck Marina LLC | H42848 | C2332482 | 6/25/2025 | 8/10/2025 | 148.01 | 0 | 0 | 0 | 0 | 148.01 |
| River Deck Marina LLC | H42848 | V0974396 | 6/25/2025 | 8/10/2025 | 1011.61 | 0 | 0 | 0 | 0 | 1011.61 |
| River Deck Marina LLC | H42848 | V0986931 | 7/16/2025 | 8/10/2025 | 311.12 | 0 | 0 | 0 | 0 | 311.12 |
| River Deck Marina LLC | H42848 | C2338575 | 7/30/2025 | 9/10/2025 | 17.68 | 0 | 0 | 0 | 0 | 17.68 |
| River Deck Marina LLC | H42848 | F2507H42848V | 7/30/2025 | 8/29/2025 | 19.42 | 0 | 0 | 0 | 0 | 19.42 |
| River Deck Marina LLC | H42848 | V0995171 | 7/30/2025 | 9/10/2025 | 908.16 | 0 | 0 | 0 | 0 | 908.16 |
| River Deck Marina LLC | H42848 | F2508H42848C | 8/30/2025 | 9/29/2025 | 1.52 | 0 | 0 | 0 | 0 | 1.52 |
| River Deck Marina LLC | H42848 | F2508H42848R | 8/30/2025 | 9/29/2025 | 43.29 | 0 | 0 | 0 | 0 | 43.29 |
| River Deck Marina LLC | H42848 | F2509H42848V | 9/29/2025 | 10/29/2025 | 2.57 | 0 | 0 | 0 | 2.57 | 0 |
| River Deck Marina LLC | H42848 | F2509H42848V | 9/29/2025 | 10/29/2025 | 57.56 | 0 | 0 | 0 | 57.56 | 0 |
| River Deck Marina LLC | H42848 | F2510H42848C | 10/30/2025 | 11/29/2025 | 2.79 | 0 | 0 | 2.79 | 0 | 0 |
| River Deck Marina LLC | H42848 | F2510H42848V | 10/30/2025 | 11/29/2025 | 64.79 | 0 | 0 | 64.79 | 0 | 0 |
| River Deck Marina LLC | H42848 | F2511H42848C | 11/6/2025 | 12/6/2025 | 0.63 | 0 | 0 | 0.63 | 0 | 0 |
| River Deck Marina LLC | H42848 | F2511H42848V | 11/6/2025 | 12/6/2025 | 14.63 | 0 | 0 | 14.63 | 0 | 0 |
| N-Seine Seafood Market LLC | H42854 | R2733597 | 5/3/2024 | 6/10/2024 | 957.56 | 0 | 0 | 0 | 0 | -1000.42 |
| N-Seine Seafood Market LLC | H42854 | V0752687 | 7/16/2024 | 7/16/2024 | -53.16 | 0 | 0 | 0 | 0 | -106.22 |
| N-Seine Seafood Market LLC | H42854 | V0799877 | 9/18/2024 | 10/10/2024 | 177.75 | 0 | 0 | 0 | 0 | -242.82 |
| N-Seine Seafood Market LLC | H42854 | V0801633 | 9/18/2024 | 10/10/2024 | 293.47 | 0 | 0 | 0 | 0 | -429.92 |
| N-Seine Seafood Market LLC | H42854 | V0801632 | 9/19/2024 | 10/10/2024 | 964.77 | 0 | 0 | 0 | 0 | -1606.71 |
| N-Seine Seafood Market LLC | H42854 | V0839807 | 11/20/2024 | 12/10/2024 | 75.93 | 0 | 0 | 0 | 0 | -75.93 |
| N-Seine Seafood Market LLC | H42854 | V0956933 | 6/2/2025 | 7/10/2025 | 352.64 | 0 | 0 | 0 | 0 | -330.88 |
| N-Seine Seafood Market LLC | H42854 | V0964889 | 6/12/2025 | 7/10/2025 | 401.43 | 0 | 0 | 0 | 0 | -722.89 |
| Tala LLC | H42863 | V0857496 | 12/30/2024 | 12/30/2024 | -270.68 | 0 | 0 | 0 | 0 | -270.68 |

| Name | ID | Reference | Date 1 | Date 2 | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Central Alabama Guns LLC | H42885 | C2332435 | 6/24/2025 | 6/24/2025 | -2601.11 | 0 | 0 | 0 | 0 | -1360.06 |
| Hook'd Up Bait Company LLC | H42915 | G0406559 | 5/13/2024 | 6/12/2024 | 1569.69 | 0 | 0 | 0 | 0 | 400 |
| Hook'd Up Bait Company LLC | H42915 | V0685473 | 5/28/2024 | 6/27/2024 | 2665.33 | 0 | 0 | 0 | 0 | 2000 |
| MRT Lawn And Garden Center Inc | H42917 | V0788466 | 8/28/2024 | 8/28/2024 | -108.38 | 0 | 0 | 0 | 0 | -108.38 |
| MRT Lawn And Garden Center Inc | H42917 | V0788467 | 8/28/2024 | 8/28/2024 | -221.76 | 0 | 0 | 0 | 0 | -221.76 |
| Grander Marine | H42927 | V0660814 | 4/17/2024 | 5/10/2024 | 5394.24 | 0 | 0 | 0 | 0 | -4470.73 |
| Thunder Guns LLC | H42931 | R2671114 | 11/8/2023 | 11/8/2023 | -32.61 | 0 | 0 | 0 | 0 | -32.61 |
| Parhams Outfitters | H42938 | C2344677 | 10/2/2025 | 11/1/2025 | 506.78 | 0 | 0 | 0 | 506.78 | 0 |
| Parhams Outfitters | H42938 | C2344699 | 10/2/2025 | 11/1/2025 | 987.27 | 0 | 0 | 0 | 987.27 | 0 |
| Parhams Outfitters | H42938 | F2511H42938C | 11/29/2025 | 12/29/2025 | 20.96 | 20.96 | 0 | 0 | 0 | 0 |
| Parhams Outfitters | H42938 | F2512H42938C | 12/1/2025 | 12/31/2025 | 1.5 | 1.5 | 0 | 0 | 0 | 0 |
| Feel The Payne Fishing LLC | H42943 | R2695013-1 | 1/13/2024 | 5/10/2024 | 2962.27 | 0 | 0 | 0 | 0 | 2962.27 |
| Feel The Payne Fishing LLC | H42943 | R2695013-2 | 1/13/2024 | 6/10/2024 | 2962.27 | 0 | 0 | 0 | 0 | 2962.27 |
| Feel The Payne Fishing LLC | H42943 | R2695013-3 | 1/13/2024 | 7/10/2024 | 2962.27 | 0 | 0 | 0 | 0 | 2962.27 |
| Feel The Payne Fishing LLC | H42943 | G0371710-1 | 1/23/2024 | 5/10/2024 | 240.68 | 0 | 0 | 0 | 0 | 240.68 |
| Feel The Payne Fishing LLC | H42943 | G0371710-2 | 1/23/2024 | 6/10/2024 | 240.68 | 0 | 0 | 0 | 0 | 240.68 |
| Feel The Payne Fishing LLC | H42943 | R2700235 | 1/31/2024 | 3/10/2024 | 2540.06 | 0 | 0 | 0 | 0 | 140.06 |
| Feel The Payne Fishing LLC | H42943 | R2701963-1 | 2/5/2024 | 5/10/2024 | 157.74 | 0 | 0 | 0 | 0 | 157.74 |
| Feel The Payne Fishing LLC | H42943 | R2701963-2 | 2/5/2024 | 6/10/2024 | 157.74 | 0 | 0 | 0 | 0 | 157.74 |
| Feel The Payne Fishing LLC | H42943 | R2701963-3 | 2/5/2024 | 7/10/2024 | 157.75 | 0 | 0 | 0 | 0 | 157.75 |
| Feel The Payne Fishing LLC | H42943 | R2702478 | 2/6/2024 | 3/10/2024 | 488.49 | 0 | 0 | 0 | 0 | 488.49 |
| Feel The Payne Fishing LLC | H42943 | R2704484-1 | 2/13/2024 | 5/10/2024 | 132.65 | 0 | 0 | 0 | 0 | 132.65 |
| Feel The Payne Fishing LLC | H42943 | R2704484-2 | 2/13/2024 | 6/10/2024 | 132.65 | 0 | 0 | 0 | 0 | 132.65 |
| Feel The Payne Fishing LLC | H42943 | R2704484-3 | 2/13/2024 | 7/10/2024 | 132.66 | 0 | 0 | 0 | 0 | 132.66 |
| Feel The Payne Fishing LLC | H42943 | R2705465 | 2/14/2024 | 3/10/2024 | 825.88 | 0 | 0 | 0 | 0 | 825.88 |
| Feel The Payne Fishing LLC | H42943 | R2708649 | 2/26/2024 | 4/10/2024 | 723.57 | 0 | 0 | 0 | 0 | 723.57 |
| Feel The Payne Fishing LLC | H42943 | V0620291-1 | 2/26/2024 | 5/10/2024 | 558.84 | 0 | 0 | 0 | 0 | 558.84 |
| Feel The Payne Fishing LLC | H42943 | V0620291-2 | 2/26/2024 | 6/10/2024 | 558.84 | 0 | 0 | 0 | 0 | 558.84 |
| Feel The Payne Fishing LLC | H42943 | V0620291-3 | 2/26/2024 | 7/10/2024 | 558.84 | 0 | 0 | 0 | 0 | 558.84 |
| Feel The Payne Fishing LLC | H42943 | V0622433 | 2/29/2024 | 4/10/2024 | 208.74 | 0 | 0 | 0 | 0 | 208.74 |
| Feel The Payne Fishing LLC | H42943 | V0628761 | 2/29/2024 | 4/10/2024 | 66.87 | 0 | 0 | 0 | 0 | 66.87 |
| Feel The Payne Fishing LLC | H42943 | R2711020-1 | 3/1/2024 | 5/10/2024 | 110.43 | 0 | 0 | 0 | 0 | 110.43 |
| Feel The Payne Fishing LLC | H42943 | R2711020-2 | 3/1/2024 | 6/10/2024 | 110.43 | 0 | 0 | 0 | 0 | 110.43 |
| Feel The Payne Fishing LLC | H42943 | R2711020-3 | 3/1/2024 | 7/10/2024 | 110.43 | 0 | 0 | 0 | 0 | 110.43 |
| Feel The Payne Fishing LLC | H42943 | R2711518 | 3/4/2024 | 4/10/2024 | 902.94 | 0 | 0 | 0 | 0 | 902.94 |
| Feel The Payne Fishing LLC | H42943 | R2714415 | 3/11/2024 | 4/10/2024 | 1393.74 | 0 | 0 | 0 | 0 | 1393.74 |
| Feel The Payne Fishing LLC | H42943 | V0639915 | 3/20/2024 | 4/10/2024 | 197.64 | 0 | 0 | 0 | 0 | 197.64 |
| Feel The Payne Fishing LLC | H42943 | F2403H42943R | 3/30/2024 | 4/29/2024 | 38.56 | 0 | 0 | 0 | 0 | 38.56 |
| Feel The Payne Fishing LLC | H42943 | V0663519-1 | 4/23/2024 | 5/10/2024 | 755.84 | 0 | 0 | 0 | 0 | 755.84 |
| Feel The Payne Fishing LLC | H42943 | V0663519-2 | 4/23/2024 | 6/10/2024 | 755.84 | 0 | 0 | 0 | 0 | 755.84 |
| Feel The Payne Fishing LLC | H42943 | V0663519-3 | 4/23/2024 | 7/10/2024 | 755.84 | 0 | 0 | 0 | 0 | 755.84 |
| Feel The Payne Fishing LLC | H42943 | F2404H42943R | 4/29/2024 | 5/29/2024 | 86.59 | 0 | 0 | 0 | 0 | 86.59 |
| Feel The Payne Fishing LLC | H42943 | F2404H42943V | 4/29/2024 | 5/29/2024 | 4.51 | 0 | 0 | 0 | 0 | 4.51 |
| Feel The Payne Fishing LLC | H42943 | V0672303 | 5/1/2024 | 5/31/2024 | 2019.96 | 0 | 0 | 0 | 0 | 2019.96 |
| Feel The Payne Fishing LLC | H42943 | F2405H42943R | 5/30/2024 | 6/29/2024 | 2.4 | 0 | 0 | 0 | 0 | 2.4 |
| Feel The Payne Fishing LLC | H42943 | F2405H42943R | 5/30/2024 | 6/29/2024 | 140.26 | 0 | 0 | 0 | 0 | 140.26 |
| Feel The Payne Fishing LLC | H42943 | F2405H42943V | 5/30/2024 | 6/29/2024 | 20.54 | 0 | 0 | 0 | 0 | 20.54 |
| Feel The Payne Fishing LLC | H42943 | F2406H42943G | 6/23/2024 | 7/23/2024 | 2.88 | 0 | 0 | 0 | 0 | 2.88 |
| Feel The Payne Fishing LLC | H42943 | F2406H42943R | 6/23/2024 | 7/23/2024 | 122.88 | 0 | 0 | 0 | 0 | 122.88 |
| Feel The Payne Fishing LLC | H42943 | F2406H42943V | 6/23/2024 | 7/23/2024 | 44.59 | 0 | 0 | 0 | 0 | 44.59 |
| Low Country Munitions LLC | H42948 | C2308887 | 3/12/2025 | 9/10/2025 | 1041.06 | 0 | 0 | 0 | 0 | 1041.06 |
| Low Country Munitions LLC | H42948 | V0899451 | 3/17/2025 | 9/10/2025 | 588.21 | 0 | 0 | 0 | 0 | 588.21 |
| Low Country Munitions LLC | H42948 | V0957318 | 6/3/2025 | 7/10/2025 | 635.14 | 0 | 0 | 0 | 0 | 635.14 |
| Low Country Munitions LLC | H42948 | V0964890 | 6/13/2025 | 7/10/2025 | 917.13 | 0 | 0 | 0 | 0 | 717.13 |
| Low Country Munitions LLC | H42948 | G2333636 | 6/30/2025 | 8/10/2025 | 142.84 | 0 | 0 | 0 | 0 | 142.84 |
| Low Country Munitions LLC | H42948 | G0524911 | 6/30/2025 | 8/10/2025 | 222.55 | 0 | 0 | 0 | 0 | 222.55 |
| Low Country Munitions LLC | H42948 | V0977231 | 6/30/2025 | 8/10/2025 | 282.29 | 0 | 0 | 0 | 0 | 282.29 |
| Low Country Munitions LLC | H42948 | C2334875 | 7/7/2025 | 8/10/2025 | 241.28 | 0 | 0 | 0 | 0 | 241.28 |
| Low Country Munitions LLC | H42948 | V0981525 | 7/8/2025 | 8/10/2025 | 436.61 | 0 | 0 | 0 | 0 | 436.61 |
| Low Country Munitions LLC | H42948 | C2335951 | 7/11/2025 | 10/9/2025 | 2865.82 | 0 | 0 | 0 | 2865.82 | 0 |
| Low Country Munitions LLC | H42948 | V0986752 | 7/16/2025 | 8/10/2025 | 609.36 | 0 | 0 | 0 | 0 | 609.36 |
| Low Country Munitions LLC | H42948 | G0533429 | 8/6/2025 | 9/10/2025 | 272.51 | 0 | 0 | 0 | 0 | 272.51 |
| Low Country Munitions LLC | H42948 | C2339628 | 8/7/2025 | 9/10/2025 | 316.64 | 0 | 0 | 0 | 0 | 316.64 |
| Low Country Munitions LLC | H42948 | G0533482 | 8/7/2025 | 9/10/2025 | 274.46 | 0 | 0 | 0 | 0 | 274.46 |
| Low Country Munitions LLC | H42948 | V0998222 | 8/7/2025 | 9/10/2025 | 599.65 | 0 | 0 | 0 | 0 | 599.65 |
| Low Country Munitions LLC | H42948 | V0998916 | 8/7/2025 | 9/10/2025 | 430.91 | 0 | 0 | 0 | 0 | 430.91 |
| Low Country Munitions LLC | H42948 | F2510H42948C | 10/22/2025 | 11/21/2025 | 21.85 | 0 | 0 | 21.85 | 0 | 0 |
| Low Country Munitions LLC | H42948 | F2510H42948G | 10/22/2025 | 11/21/2025 | 11.04 | 0 | 0 | 11.04 | 0 | 0 |
| Low Country Munitions LLC | H42948 | F2510H42948V | 10/22/2025 | 11/21/2025 | 49.45 | 0 | 0 | 49.45 | 0 | 0 |
| CRF Services Inc | H42950 | V1004701 | 8/13/2025 | 8/13/2025 | -72.34 | 0 | 0 | 0 | 0 | -72.34 |
| Arrow Acres LLC | H42959 | V0979089 | 7/2/2025 | 7/2/2025 | -43.59 | 0 | 0 | 0 | 0 | -43.59 |
| Pescadores MX | H42963 | V1028418 | 10/16/2025 | 10/16/2025 | -126.75 | 0 | 0 | 0 | -126.75 | 0 |
| 521 Bait And Tackle | H43003 | V0878112 | 2/12/2025 | 4/14/2025 | 526 | 0 | 0 | 0 | 0 | -74.92 |
| Marina General LLC | H43007 | V0902830 | 3/18/2025 | 3/18/2025 | -83.53 | 0 | 0 | 0 | 0 | -83.53 |
| J & M Sporting Goods | H43031 | V0796028 | 9/10/2024 | 10/10/2024 | 211.54 | 0 | 0 | 0 | 0 | -211.54 |
| Frog Level Outfitters | H43048 | R2738725 | 5/21/2024 | 5/21/2024 | -92.62 | 0 | 0 | 0 | 0 | -92.62 |
| 35 Off Inc | H43049 | V1028652 | 10/21/2025 | 11/10/2025 | 1430.48 | 0 | 0 | 1430.48 | 0 | 0 |
| 35 Off Inc | H43049 | G0544050 | 10/22/2025 | 11/10/2025 | 428.44 | 0 | 0 | 428.44 | 0 | 0 |
| 35 Off Inc | H43049 | G0544051 | 10/22/2025 | 11/10/2025 | 200.28 | 0 | 0 | 200.28 | 0 | 0 |
| 35 Off Inc | H43049 | V1028748 | 10/22/2025 | 11/10/2025 | 361 | 0 | 0 | 361 | 0 | 0 |
| 35 Off Inc | H43049 | F2511H43049G | 11/29/2025 | 12/29/2025 | 5.95 | 5.95 | 0 | 0 | 0 | 0 |
| 35 Off Inc | H43049 | F2511H43049V | 11/29/2025 | 12/29/2025 | 17.04 | 17.04 | 0 | 0 | 0 | 0 |
| 35 Off Inc | H43049 | F2512H43049G | 12/1/2025 | 12/31/2025 | 0.62 | 0.62 | 0 | 0 | 0 | 0 |
| 35 Off Inc | H43049 | F2512H43049V | 12/1/2025 | 12/31/2025 | 1.8 | 1.8 | 0 | 0 | 0 | 0 |
| Fort Evans LLC | H43052 | C2341416 | 8/25/2025 | 10/10/2025 | 643.11 | 0 | 0 | 0 | 643.11 | 0 |
| Fort Evans LLC | H43052 | V1008351 | 8/29/2025 | 10/10/2025 | 736.08 | 0 | 0 | 0 | 736.08 | 0 |
| Fort Evans LLC | H43052 | F2510H43052C | 10/30/2025 | 10/30/2025 | 6.45 | 0 | 0 | 0 | 6.42 | 0 |
| Fort Evans LLC | H43052 | F2510H43052V | 10/30/2025 | 11/29/2025 | 7.37 | 0 | 0 | 7.37 | 0 | 0 |
| Fort Evans LLC | H43052 | F2511H43052C | 11/29/2025 | 12/29/2025 | 9.6 | 9.6 | 0 | 0 | 0 | 0 |
| Fort Evans LLC | H43052 | F2511H43052V | 11/29/2025 | 12/29/2025 | 11.1 | 11.1 | 0 | 0 | 0 | 0 |
| Fort Evans LLC | H43052 | F2512H43052C | 12/1/2025 | 12/31/2025 | 0.64 | 0.64 | 0 | 0 | 0 | 0 |
| Fort Evans LLC | H43052 | F2512H43052V | 12/1/2025 | 12/31/2025 | 0.74 | 0.74 | 0 | 0 | 0 | 0 |
| Monahan's Marine Supply And Service | H43064 | V1024479 | 9/30/2025 | 10/30/2025 | 4069.45 | 0 | 0 | 0 | 4069.45 | 0 |
| Monahan's Marine Supply And Service | H43064 | V1024480 | 9/30/2025 | 10/30/2025 | 559.02 | 0 | 0 | 0 | 559.02 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Laketime Investment Corp | H43067 | V0967545 | 6/13/2025 | 6/28/2025 | 161.28 | 0 | 0 | 0 | 0 | -161.28 |
| Legacy Angler Outfitters | H43092 | V1029361 | 10/24/2025 | 10/24/2025 | -452.76 | 0 | 0 | 0 | -326.87 | 0 |
| Appalachian Outpost | H43127 | V1019606 | 9/12/2025 | 9/12/2025 | -76.96 | 0 | 0 | 0 | 0 | -76.96 |
| Maine Woods Outfitters LLC | H43135 | C2240439 | 6/25/2024 | 7/10/2024 | 276.75 | 0 | 0 | 0 | 0 | -276.75 |
| MAL Enterprise Inc | H43203 | V0827641 | 10/25/2024 | 10/25/2024 | -258.53 | 0 | 0 | 0 | 0 | -258.53 |
| 3 Pink Flamingo Boutique Two | H43222 | V1030222 | 11/25/2025 | 11/25/2025 | -46 | 0 | 0 | -46 | 0 | 0 |
| Bounty Hunter Bait & Tackle Outfitte | H43230 | V1010526 | 9/3/2025 | 10/3/2025 | 1587.99 | 0 | 0 | 0 | 0 | 1587.99 |
| Bounty Hunter Bait & Tackle Outfitte | H43230 | V1022664 | 9/22/2025 | 9/22/2025 | -184.38 | 0 | 0 | 0 | 0 | -184.38 |
| Bone Fish Bait & Tackle LLC | H43242 | V1028635 | 10/20/2025 | 10/20/2025 | -125.52 | 0 | 0 | 0 | -125.52 | 0 |
| Bone Fish Bait & Tackle LLC | H43242 | V1029048 | 10/21/2025 | 10/21/2025 | -57.16 | 0 | 0 | 0 | -57.16 | 0 |
| Bone Fish Bait & Tackle LLC | H43242 | V1029684 | 11/3/2025 | 11/3/2025 | -5.65 | 0 | 0 | 0 | -5.65 | 0 |
| Bone Fish Bait & Tackle LLC | H43242 | V1030225 | 11/25/2025 | 11/25/2025 | -36.06 | 0 | 0 | -36.06 | 0 | 0 |
| Bolster Hardware | H43250 | V0859578 | 1/3/2025 | 2/10/2025 | 1340.35 | 0 | 0 | 0 | 0 | -1192.04 |
| Bypass Sales LLC | H43255 | C2344542 | 9/30/2025 | 9/30/2025 | -42.24 | 0 | 0 | 0 | 0 | -42.24 |
| BassMooch LLC | H43257 | V0914470 | 4/2/2025 | 4/2/2025 | -42.43 | 0 | 0 | 0 | 0 | -42.43 |
| DNC Outdoors | H43264 | V1013425 | 9/8/2025 | 10/10/2025 | 305.37 | 0 | 0 | 0 | 305.37 | 0 |
| DNC Outdoors | H43264 | C2343080 | 9/10/2025 | 10/10/2025 | 224.26 | 0 | 0 | 0 | 224.26 | 0 |
| DNC Outdoors | H43264 | V1016948 | 9/12/2025 | 10/10/2025 | 224.66 | 0 | 0 | 0 | 224.66 | 0 |
| DNC Outdoors | H43264 | F2510H43264C | 10/30/2025 | 11/29/2025 | 2.23 | 0 | 0 | 2.23 | 0 | 0 |
| DNC Outdoors | H43264 | F2510H43264V | 10/30/2025 | 11/29/2025 | 5.33 | 0 | 0 | 5.33 | 0 | 0 |
| DNC Outdoors | H43264 | V1029896 | 11/11/2025 | 12/10/2025 | 88.95 | 0 | 88.95 | 0 | 0 | 0 |
| DNC Outdoors | H43264 | F2511H43264C | 11/20/2025 | 12/20/2025 | 2.31 | 0 | 2.31 | 0 | 0 | 0 |
| DNC Outdoors | H43264 | F2511H43264V | 11/20/2025 | 12/20/2025 | 5.67 | 0 | 5.67 | 0 | 0 | 0 |
| Debayne LLC | H43268 | V1030229 | 11/25/2025 | 11/25/2025 | -55 | 0 | 0 | -55 | 0 | 0 |
| Nelsons Hardware | H43269 | C2332261 | 6/24/2025 | 9/22/2025 | 15533.95 | 0 | 0 | 0 | 0 | 15533.95 |
| Nelsons Hardware | H43269 | F2510H43269C | 10/30/2025 | 11/29/2025 | 295.22 | 0 | 0 | 295.22 | 0 | 0 |
| Nelsons Hardware | H43269 | F2511H43269C | 11/29/2025 | 12/29/2025 | 233.1 | 233.1 | 0 | 0 | 0 | 0 |
| Nelsons Hardware | H43269 | F2512H43269G | 11/30/2025 | 12/30/2025 | 7.77 | 7.77 | 0 | 0 | 0 | 0 |
| Angler T LLC | H43278 | V0896621 | 3/11/2025 | 9/10/2025 | 10657.11 | 0 | 0 | 0 | 0 | 9157.11 |
| Angler T LLC | H43278 | V0911603 | 3/31/2025 | 9/10/2025 | 1931.85 | 0 | 0 | 0 | 0 | 1931.85 |
| Angler T LLC | H43278 | V0925965 | 4/17/2025 | 9/10/2025 | 6687.92 | 0 | 0 | 0 | 0 | 6687.92 |
| Angler T LLC | H43278 | V0973147 | 6/23/2025 | 6/23/2025 | -251.76 | 0 | 0 | 0 | 0 | -251.76 |
| Angler T LLC | H43278 | F2506H43278G | 6/26/2025 | 7/26/2025 | 28.28 | 0 | 0 | 0 | 0 | 28.28 |
| Angler T LLC | H43278 | F2506H43278V | 6/29/2025 | 7/2/2025 | 33.99 | 0 | 0 | 0 | 0 | 30.48 |
| Angler T LLC | H43278 | C2334062 | 7/1/2025 | 8/10/2025 | 269.89 | 0 | 0 | 0 | 0 | 269.89 |
| Angler T LLC | H43278 | V0978787 | 7/2/2025 | 8/10/2025 | 2705.39 | 0 | 0 | 0 | 0 | 2705.39 |
| Angler T LLC | H43278 | V0979260 | 7/2/2025 | 8/10/2025 | 883.26 | 0 | 0 | 0 | 0 | 883.26 |
| Angler T LLC | H43278 | F2508H43278C | 8/30/2025 | 9/29/2025 | 2.67 | 0 | 0 | 0 | 0 | 2.67 |
| Angler T LLC | H43278 | F2508H43278V | 8/30/2025 | 9/29/2025 | 35.14 | 0 | 0 | 0 | 0 | 35.14 |
| Angler T LLC | H43278 | F2509H43278C | 9/29/2025 | 10/29/2025 | 3.9 | 0 | 0 | 0 | 3.9 | 0 |
| Angler T LLC | H43278 | F2509H43278V | 9/29/2025 | 10/29/2025 | 218.99 | 0 | 0 | 0 | 218.99 | 0 |
| Angler T LLC | H43278 | F2510H43278C | 10/30/2025 | 11/29/2025 | 4.03 | 0 | 0 | 4.03 | 0 | 0 |
| Angler T LLC | H43278 | F2510H43278V | 10/30/2025 | 11/29/2025 | 327.36 | 0 | 0 | 327.36 | 0 | 0 |
| Angler T LLC | H43278 | F2511H43278C | 11/29/2025 | 12/29/2025 | 3.9 | 3.9 | 0 | 0 | 0 | 0 |
| Angler T LLC | H43278 | F2511H43278V | 11/29/2025 | 12/29/2025 | 316.8 | 316.8 | 0 | 0 | 0 | 0 |
| Angler T LLC | H43278 | F2512H43278C | 12/1/2025 | 12/31/2025 | 0.26 | 0.26 | 0 | 0 | 0 | 0 |
| Angler T LLC | H43278 | F2512H43278V | 12/1/2025 | 12/31/2025 | 21.12 | 21.12 | 0 | 0 | 0 | 0 |
| Jacksonville Beach Bait & Tackle | H43292 | V1029985 | 11/10/2025 | 11/10/2025 | -6.36 | 0 | 0 | -6.36 | 0 | 0 |
| Jacksonville Beach Bait & Tackle | H43292 | V1029986 | 11/10/2025 | 11/10/2025 | -4.24 | 0 | 0 | -4.24 | 0 | 0 |
| Cantelmi Hardware Inc | H43296 | V0858635 | 1/2/2025 | 1/2/2025 | -154.51 | 0 | 0 | 0 | 0 | -154.51 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | V1003126 | 8/11/2025 | 9/10/2025 | 13510.91 | 0 | 0 | 0 | 0 | 13510.91 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | C2342587 | 9/8/2025 | 10/10/2025 | 591.52 | 0 | 0 | 0 | 591.52 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | G0537685 | 9/9/2025 | 10/10/2025 | 3914.76 | 0 | 0 | 0 | 3914.76 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | G0539072 | 9/12/2025 | 10/10/2025 | 2281.07 | 0 | 0 | 0 | 2281.07 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | V1018334 | 9/12/2025 | 10/10/2025 | 5159.92 | 0 | 0 | 0 | 5159.92 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | C2343597 | 9/15/2025 | 10/10/2025 | 40.87 | 0 | 0 | 0 | 40.87 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | G0540871 | 9/18/2025 | 9/18/2025 | -94.09 | 0 | 0 | 0 | 0 | -94.09 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | V1019998 | 9/23/2025 | 10/10/2025 | 2279.36 | 0 | 0 | 0 | 2279.36 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | V1022327 | 9/23/2025 | 10/10/2025 | 783.3 | 0 | 0 | 0 | 783.3 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2510H43318C | 10/30/2025 | 11/29/2025 | 6.35 | 0 | 0 | 6.35 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2510H43318G | 10/30/2025 | 11/29/2025 | 61.67 | 0 | 0 | 61.67 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2510H43318V | 10/30/2025 | 11/29/2025 | 291.78 | 0 | 0 | 291.78 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2511H43318C | 11/29/2025 | 12/29/2025 | 9.6 | 9.6 | 0 | 0 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2511H43318G | 11/29/2025 | 12/29/2025 | 91.5 | 91.5 | 0 | 0 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2511H43318V | 11/29/2025 | 12/29/2025 | 326.1 | 326.1 | 0 | 0 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2512H43318C | 12/1/2025 | 12/31/2025 | 0.64 | 0.64 | 0 | 0 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2512H43318G | 12/1/2025 | 12/31/2025 | 6.1 | 6.1 | 0 | 0 | 0 | 0 |
| Hooks And Arrows Sportsmn Supply LLC | H43318 | F2512H43318V | 12/1/2025 | 12/31/2025 | 21.74 | 21.74 | 0 | 0 | 0 | 0 |
| Rio Villa Bait & Tackle | H43351 | V0902072 | 3/17/2025 | 9/10/2025 | 2243.57 | 0 | 0 | 0 | 0 | 2243.57 |
| Rio Villa Bait & Tackle | H43351 | V0907778 | 3/26/2025 | 9/10/2025 | 1606.48 | 0 | 0 | 0 | 0 | 1606.48 |
| Rio Villa Bait & Tackle | H43351 | C2341748 | 8/27/2025 | 10/10/2025 | 922.96 | 0 | 0 | 0 | 922.96 | 0 |
| Rio Villa Bait & Tackle | H43351 | V1011858 | 9/5/2025 | 10/10/2025 | 3900.22 | 0 | 0 | 0 | 3900.22 | 0 |
| Rio Villa Bait & Tackle | H43351 | V1027006 | 10/10/2025 | 11/10/2025 | 1017.96 | 0 | 0 | 1017.96 | 0 | 0 |
| Hunters Heaven | H43412 | V0946911 | 5/19/2025 | 6/10/2025 | 4301.57 | 0 | 0 | 0 | 0 | 3801.57 |
| Hunters Heaven | H43412 | F2507H43412C | 7/2/2025 | 8/1/2025 | 0.54 | 0 | 0 | 0 | 0 | 0.54 |
| Hunters Heaven | H43412 | F2507H43412V | 7/30/2025 | 8/29/2025 | 59.65 | 0 | 0 | 0 | 0 | 59.65 |
| Hunters Heaven | H43412 | F2508H43412V | 8/30/2025 | 9/29/2025 | 58.9 | 0 | 0 | 0 | 0 | 58.9 |
| Hunters Heaven | H43412 | F2509H43412V | 9/29/2025 | 10/29/2025 | 57 | 0 | 0 | 0 | 57 | 0 |
| Hunters Heaven | H43412 | F2510H43412V | 10/30/2025 | 11/29/2025 | 58.9 | 0 | 0 | 58.9 | 0 | 0 |
| Hunters Heaven | H43412 | F2511H43412V | 11/4/2025 | 12/4/2025 | 9.5 | 0 | 0 | 9.5 | 0 | 0 |
| Golden Brothers, LLC | H43433 | G0528326 | 7/11/2025 | 7/11/2025 | -16.91 | 0 | 0 | 0 | 0 | -16.91 |
| Golden Brothers, LLC | H43433 | V0984948 | 7/11/2025 | 7/11/2025 | -21.36 | 0 | 0 | 0 | 0 | -21.36 |
| Off The Hook Oceana Inc | H43435 | V0991377 | 7/25/2025 | 9/10/2025 | 1827.02 | 0 | 0 | 0 | 0 | 1827.02 |
| Off The Hook Oceana Inc | H43435 | F2509H43435V | 9/29/2025 | 10/29/2025 | 17.34 | 0 | 0 | 0 | 17.34 | 0 |
| Off The Hook Oceana Inc | H43435 | F2510H43435V | 10/30/2025 | 11/29/2025 | 28.21 | 0 | 0 | 28.21 | 0 | 0 |
| Off The Hook Oceana Inc | H43435 | F2511H43435V | 11/29/2025 | 12/29/2025 | 27.3 | 27.3 | 0 | 0 | 0 | 0 |
| Off The Hook Oceana Inc | H43435 | F2512H43435V | 11/30/2025 | 12/30/2025 | 0.91 | 0.91 | 0 | 0 | 0 | 0 |
| Loggerhead Marinelife Center | H43437 | V1011706 | 8/26/2025 | 8/26/2025 | -84 | 0 | 0 | 0 | 0 | -81.63 |
| Bait, Barrels And Bows | H43440 | V1028750 | 10/21/2025 | 11/10/2025 | 36.48 | 0 | 0 | 36.48 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | G0544052 | 10/22/2025 | 11/10/2025 | 85.49 | 0 | 0 | 85.49 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | G0544053 | 10/22/2025 | 11/10/2025 | 74.32 | 0 | 0 | 74.32 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | V1028749 | 10/22/2025 | 11/10/2025 | 175.13 | 0 | 0 | 175.13 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | V1029088 | 10/22/2025 | 11/10/2025 | 85.41 | 0 | 0 | 85.41 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | V1029112 | 10/22/2025 | 11/10/2025 | 125.37 | 0 | 0 | 125.37 | 0 | 0 |

| Name | Code | Document | Date1 | Date2 | Amount | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bait, Barrels And Bows | H43440 | G0544299 | 10/23/2025 | 11/10/2025 | 29.75 | 0 | 0 | 29.75 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | G0544300 | 10/23/2025 | 11/10/2025 | 88.08 | 0 | 0 | 88.08 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | G0544800 | 11/5/2025 | 12/10/2025 | 96.54 | 0 | 96.54 | 0 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | V1029795 | 11/5/2025 | 12/10/2025 | 38.19 | 0 | 38.19 | 0 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | G0544907 | 11/10/2025 | 12/10/2025 | 54.58 | 0 | 0 | 54.58 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | V1029968 | 11/10/2025 | 12/10/2025 | 17.93 | 0 | 17.93 | 0 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | F2511H43440G | 11/29/2025 | 12/29/2025 | 2.64 | 2.64 | 0 | 0 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | F2511H43440V | 11/29/2025 | 12/29/2025 | 4.01 | 4.01 | 0 | 0 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | F2512H43440G | 12/1/2025 | 12/31/2025 | 0.28 | 0.28 | 0 | 0 | 0 | 0 | 0 |
| Bait, Barrels And Bows | H43440 | F2512H43440V | 12/1/2025 | 12/31/2025 | 0.42 | 0.42 | 0 | 0 | 0 | 0 | 0 |
| Guns And Ammo Unlimited, LLC | H43465 | G0544796 | 11/4/2025 | 12/10/2025 | 107.68 | 0 | 107.68 | 0 | 0 | 0 | 0 |
| Key West Bait & Tackle Inc | H43479 | V0990776 | 7/22/2025 | 7/22/2025 | -27.04 | 0 | 0 | 0 | 0 | 0 | -27.04 |
| Atlas Firearms And Training LLC | H43519 | C2322853 | 5/13/2025 | 6/12/2025 | 2642.33 | 0 | 0 | 0 | 0 | 0 | 700.33 |
| The Reel Deal Outdoors | H43547 | 93010CU0405225 | 6/6/2025 | 6/6/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -898.68 |
| 81 South LLC | H43549 | V0974753 | 6/25/2025 | 6/25/2025 | -122.99 | 0 | 0 | 0 | 0 | 0 | -122.99 |
| American Hunter Guns And Archery LLC | H43561 | V0972744 | 6/24/2025 | 7/10/2025 | 1932.61 | 0 | 0 | 0 | 0 | 0 | 1932.61 |
| American Hunter Guns And Archery LLC | H43561 | V0974527 | 6/25/2025 | 8/10/2025 | 620.76 | 0 | 0 | 0 | 0 | 0 | 620.76 |
| American Hunter Guns And Archery LLC | H43561 | F2507H43561C | 7/30/2025 | 8/29/2025 | 3.33 | 0 | 0 | 0 | 0 | 0 | 3.33 |
| American Hunter Guns And Archery LLC | H43561 | F2507H43561V | 7/30/2025 | 8/29/2025 | 36.15 | 0 | 0 | 0 | 0 | 0 | 36.15 |
| American Hunter Guns And Archery LLC | H43561 | F2508H43561C | 8/30/2025 | 9/29/2025 | 6.74 | 0 | 0 | 0 | 0 | 0 | 6.74 |
| American Hunter Guns And Archery LLC | H43561 | F2508H43561V | 8/30/2025 | 9/29/2025 | 62.32 | 0 | 0 | 0 | 0 | 0 | 62.32 |
| American Hunter Guns And Archery LLC | H43561 | F2509H43561C | 9/29/2025 | 10/29/2025 | 7.2 | 0 | 0 | 0 | 0 | 7.2 | 0 |
| American Hunter Guns And Archery LLC | H43561 | F2509H43561V | 9/29/2025 | 10/29/2025 | 63.6 | 0 | 0 | 0 | 0 | 63.6 | 0 |
| American Hunter Guns And Archery LLC | H43561 | F2510H43561C | 10/28/2025 | 11/27/2025 | 6.96 | 0 | 0 | 0 | 6.96 | 0 | 0 |
| American Hunter Guns And Archery LLC | H43561 | F2510H43561V | 10/28/2025 | 11/27/2025 | 61.48 | 0 | 0 | 0 | 61.48 | 0 | 0 |
| Dickie's Sportsman's Centers, Inc. | H43567 | C2335815 | 7/10/2025 | 7/10/2025 | -25 | 0 | 0 | 0 | 0 | 0 | -25 |
| Jno. S. Solenberger & Co. Inc. | H43668 | C2344690 | 10/2/2025 | 11/10/2025 | 705 | 0 | 0 | 705 | 0 | 0 | 0 |
| Jno. S. Solenberger & Co. Inc. | H43668 | C2344682 | 10/3/2025 | 11/10/2025 | 1625 | 0 | 0 | 1625 | 0 | 0 | 0 |
| Jno. S. Solenberger & Co. Inc. | H43668 | F2511H43668C | 11/29/2025 | 12/29/2025 | 22.16 | 22.16 | 0 | 0 | 0 | 0 | 0 |
| Jno. S. Solenberger & Co. Inc. | H43668 | F2512H43668C | 12/1/2025 | 12/31/2025 | 2.34 | 2.34 | 0 | 0 | 0 | 0 | 0 |
| Lake World | H44984 | C2329157 | 6/11/2025 | 10/10/2025 | 18.27 | 0 | 0 | 0 | 0 | 18.27 | 0 |
| Lake World | H44984 | V0965159 | 6/13/2025 | 10/10/2025 | 2018.78 | 0 | 0 | 0 | 0 | 2018.78 | 0 |
| Lake World | H44984 | C2339479 | 8/6/2025 | 10/10/2025 | 223.82 | 0 | 0 | 0 | 0 | 223.82 | 0 |
| Lake World | H44984 | V0998080 | 8/7/2025 | 10/10/2025 | 2069.88 | 0 | 0 | 0 | 0 | 2069.88 | 0 |
| Lake World | H44984 | F2510H44984C | 10/30/2025 | 11/29/2025 | 2.23 | 0 | 0 | 0 | 2.23 | 0 | 0 |
| Lake World | H44984 | F2510H44984V | 10/30/2025 | 11/29/2025 | 40.2 | 0 | 0 | 0 | 40.2 | 0 | 0 |
| Lake World | H44984 | F2511H44984C | 11/13/2025 | 12/13/2025 | 1.5 | 0 | 1.5 | 0 | 0 | 0 | 0 |
| Lake World | H44984 | F2511H44984V | 11/13/2025 | 12/13/2025 | 27.9 | 0 | 27.9 | 0 | 0 | 0 | 0 |
| The Hook Up | H44985 | NSF00017 | 8/8/2025 | 8/8/2025 | 8141.2 | 0 | 0 | 0 | 0 | 0 | 4762.3 |
| Flint River Outfitters LLC | H44987 | F2507H44987V | 7/30/2025 | 8/29/2025 | 6.57 | 0 | 0 | 0 | 0 | 0 | 6.57 |
| Flint River Outfitters LLC | H44987 | V0997983 | 8/6/2025 | 9/10/2025 | 1048.77 | 0 | 0 | 0 | 0 | 0 | 1048.77 |
| Flint River Outfitters LLC | H44987 | F2508H44987V | 8/7/2025 | 9/6/2025 | 2.64 | 0 | 0 | 0 | 0 | 0 | 2.64 |
| Flint River Outfitters LLC | H44987 | V1007088 | 8/19/2025 | 9/10/2025 | 235.66 | 0 | 0 | 0 | 0 | 0 | 235.66 |
| Flint River Outfitters LLC | H44987 | G0535910 | 8/28/2025 | 10/10/2025 | 52.16 | 0 | 0 | 0 | 0 | 52.16 | 0 |
| Flint River Outfitters LLC | H44987 | V1008356 | 8/29/2025 | 10/10/2025 | 709.85 | 0 | 0 | 0 | 0 | 709.85 | 0 |
| Flint River Outfitters LLC | H44987 | F2509H44987V | 9/29/2025 | 10/29/2025 | 12.19 | 0 | 0 | 0 | 0 | 12.19 | 0 |
| Flint River Outfitters LLC | H44987 | F2510H44987G | 10/30/2025 | 11/29/2025 | 0.55 | 0 | 0 | 0 | 0.55 | 0 | 0 |
| Flint River Outfitters LLC | H44987 | F2510H44987V | 10/30/2025 | 11/29/2025 | 26.97 | 0 | 0 | 0 | 26.97 | 0 | 0 |
| Flint River Outfitters LLC | H44987 | F2511H44987G | 11/29/2025 | 12/29/2025 | 0.9 | 0.9 | 0 | 0 | 0 | 0 | 0 |
| Flint River Outfitters LLC | H44987 | F2511H44987V | 11/29/2025 | 12/29/2025 | 30 | 30 | 0 | 0 | 0 | 0 | 0 |
| Flint River Outfitters LLC | H44987 | F2512H44987G | 12/1/2025 | 12/31/2025 | 0.06 | 0.06 | 0 | 0 | 0 | 0 | 0 |
| Flint River Outfitters LLC | H44987 | F2512H44987V | 12/1/2025 | 12/31/2025 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| Hi-School Pharmacy | HISCHOOL | G0543067 | 10/8/2025 | 10/8/2025 | -138.94 | 0 | 0 | 0 | 0 | 0 | -138.94 |
| Hi-School Pharmacy | HISCHOOL | C2345002 | 10/9/2025 | 12/8/2025 | 46.41 | 0 | 46.41 | 0 | 0 | 0 | 0 |
| Hi-School Pharmacy | HISCHOOL | G0543139 | 10/10/2025 | 12/9/2025 | 664.86 | 0 | 664.86 | 0 | 0 | 0 | 0 |
| Hi-School Pharmacy | HISCHOOL | C2345109 | 10/17/2025 | 10/17/2025 | -8.5 | 0 | 0 | 0 | 0 | -8.5 | 0 |
| Hi-School Pharmacy | HISCHOOL | V1028766 | 10/20/2025 | 10/20/2025 | -30 | 0 | 0 | 0 | -30 | 0 | 0 |
| Park's Fly Shop | M10034 | N0267331-1 | 4/28/2022 | 6/10/2022 | 4268.95 | 0 | 0 | 0 | 0 | 0 | -4268.95 |
| Wild Trout Outfitters | M10051 | G0529484 | 7/15/2025 | 7/15/2025 | -24.02 | 0 | 0 | 0 | 0 | 0 | -24.02 |
| Rocky Mtn Elk Foundation | M10094 | C1869887 | 12/1/2021 | 1/30/2022 | 140 | 0 | 0 | 0 | 0 | 0 | -140 |
| Rocky Mountain Discount | M10145 | G0357726 | 12/7/2023 | 1/6/2024 | 293.08 | 0 | 0 | 0 | 0 | 0 | -293.08 |
| Rocky Mountain Discount | M10145 | C2168418 | 12/14/2023 | 1/13/2024 | 1930.15 | 0 | 0 | 0 | 0 | 0 | -1930.15 |
| Rocky Mountain Discount | M10145 | C2170003 | 12/18/2023 | 1/17/2024 | 388.44 | 0 | 0 | 0 | 0 | 0 | -388.44 |
| Rocky Mountain Discount | M10145 | C2171148 | 12/20/2023 | 1/19/2024 | 1401.98 | 0 | 0 | 0 | 0 | 0 | -1401.98 |
| Rocky Mountain Discount | M10145 | G0363360 | 12/20/2023 | 1/19/2024 | 130.26 | 0 | 0 | 0 | 0 | 0 | -130.26 |
| Rocky Mountain Discount | M10145 | G0364025 | 12/20/2023 | 1/19/2024 | 5.37 | 0 | 0 | 0 | 0 | 0 | -5.37 |
| Rocky Mountain Discount | M10145 | C2272093 | 10/3/2024 | 10/3/2024 | -630.53 | 0 | 0 | 0 | 0 | 0 | -1261.06 |
| Rocky Mountain Discount | M10145 | C2303512 | 2/17/2025 | 3/19/2025 | 644.9 | 0 | 0 | 0 | 0 | 0 | -322.25 |
| Red Rock Sporting Goods Inc | M10195 | V0961421 | 6/5/2025 | 6/5/2025 | -175 | 0 | 0 | 0 | 0 | 0 | -175 |
| Bennett's | M10202 | V0968039 | 6/17/2025 | 7/10/2025 | 176.06 | 0 | 0 | 0 | 0 | 0 | -97.75 |
| Estes Valley Rec & Park | M10222 | G0468238 | 11/15/2024 | 11/15/2024 | -774.12 | 0 | 0 | 0 | 0 | 0 | -93.75 |
| Hight Enterprises Ltd | M10251 | C2344840 | 10/6/2025 | 10/6/2025 | -36.28 | 0 | 0 | 0 | 0 | 0 | -36.28 |
| West Laramie Fly Store | M10276 | G0524720 | 6/27/2025 | 11/10/2025 | 1676.46 | 0 | 0 | 0 | 1676.46 | 0 | 0 |
| West Laramie Fly Store | M10276 | G0540803 | 9/18/2025 | 10/10/2025 | 1931.64 | 0 | 0 | 0 | 0 | 1931.64 | 0 |
| West Laramie Fly Store | M10276 | V1022042 | 9/23/2025 | 10/10/2025 | 698.94 | 0 | 0 | 0 | 0 | 698.94 | 0 |
| West Laramie Fly Store | M10276 | V1022577 | 9/25/2025 | 11/10/2025 | 669.69 | 0 | 0 | 0 | 669.69 | 0 | 0 |
| Lammers Trading Post | M10383 | C2262567 | 9/3/2024 | 10/10/2024 | 1599.15 | 0 | 0 | 0 | 0 | 0 | -1586.2 |
| Allens Manix Store | M10455 | C2332436 | 6/24/2025 | 6/24/2025 | -18.59 | 0 | 0 | 0 | 0 | 0 | -18.59 |
| Allens Manix Store | M10455 | V0981814 | 7/7/2025 | 7/7/2025 | -5.16 | 0 | 0 | 0 | 0 | 0 | -5.16 |
| Allens Manix Store | M10455 | C2338019 | 7/24/2025 | 7/24/2025 | -18.59 | 0 | 0 | 0 | 0 | 0 | -18.59 |
| Kent's Market | M10479 | N0300827 | 11/29/2022 | 1/10/2023 | 381.41 | 0 | 0 | 0 | 0 | 0 | -272.71 |
| Kent's Market | M10479 | N0327003 | 5/10/2023 | 5/10/2023 | -27.5 | 0 | 0 | 0 | 0 | 0 | -27.5 |
| Kent's Market | M10479 | N0334776 | 6/26/2023 | 7/26/2023 | 1971.7 | 0 | 0 | 0 | 0 | 0 | -2.44 |
| Gallenson & Associates Inc | M10492 | C2012443 | 11/21/2022 | 12/10/2022 | 1787.13 | 0 | 0 | 0 | 0 | 0 | -653.22 |
| Gallenson & Associates Inc | M10492 | C2062900 | 3/21/2023 | 4/10/2023 | 9929 | 0 | 0 | 0 | 0 | 0 | -9929 |
| Gallenson & Associates Inc | M10492 | C2263232 | 9/4/2024 | 10/10/2024 | 323.44 | 0 | 0 | 0 | 0 | 0 | -323.44 |
| Gallenson & Associates Inc | M10492 | G0445132 | 9/5/2024 | 10/10/2024 | 810.47 | 0 | 0 | 0 | 0 | 0 | -810.47 |
| Guns N Things | M10496 | C2077942 | 4/21/2023 | 5/10/2023 | 135.37 | 0 | 0 | 0 | 0 | 0 | -135.37 |
| Guns N Things | M10496 | C2077976 | 4/21/2023 | 5/10/2023 | 574.87 | 0 | 0 | 0 | 0 | 0 | -301.08 |
| Guns N Things | M10496 | N0323697 | 4/21/2023 | 5/10/2023 | 155.09 | 0 | 0 | 0 | 0 | 0 | -155.09 |
| Smith & Edwards Co, Inc | M10509 | V0961423 | 6/5/2025 | 6/5/2025 | -625 | 0 | 0 | 0 | 0 | 0 | -625 |
| Vail Resorts Management Co | M10570 | V0961552 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -222.5 |
| JWD Hardware | M10595 | C2335738 | 7/10/2025 | 8/10/2025 | 282.88 | 0 | 0 | 0 | 0 | 0 | 282.88 |
| JWD Hardware | M10595 | G0527808 | 7/10/2025 | 8/10/2025 | 715.25 | 0 | 0 | 0 | 0 | 0 | 715.25 |

| Name | Account | Doc | Date | Date | Amount | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JJWD Hardware | M10595 | V0983736 | 7/10/2025 | 8/10/2025 | 354.09 | 0 | 0 | 0 | 0 | 0 | 354.09 |
| JJWD Hardware | M10595 | F2508M10595C | 8/30/2025 | 9/29/2025 | 2.82 | 0 | 0 | 0 | 0 | 0 | 2.82 |
| JJWD Hardware | M10595 | F2508M10595G | 8/30/2025 | 9/29/2025 | 7.17 | 0 | 0 | 0 | 0 | 0 | 7.17 |
| JJWD Hardware | M10595 | F2508M10595V | 8/30/2025 | 9/29/2025 | 3.56 | 0 | 0 | 0 | 0 | 0 | 3.56 |
| JJWD Hardware | M10595 | F2509M10595C | 9/29/2025 | 10/29/2025 | 4.2 | 0 | 0 | 0 | 0 | 4.2 | 0 |
| JJWD Hardware | M10595 | F2509M10595G | 9/29/2025 | 10/29/2025 | 10.8 | 0 | 0 | 0 | 0 | 10.8 | 0 |
| JJWD Hardware | M10595 | F2509M10595V | 9/29/2025 | 10/29/2025 | 5.4 | 0 | 0 | 0 | 0 | 5.4 | 0 |
| JJWD Hardware | M10595 | F2510M10595C | 10/30/2025 | 11/29/2025 | 4.34 | 0 | 0 | 0 | 4.34 | 0 | 0 |
| JJWD Hardware | M10595 | F2510M10595G | 10/30/2025 | 11/29/2025 | 11.16 | 0 | 0 | 0 | 11.16 | 0 | 0 |
| JJWD Hardware | M10595 | F2510M10595V | 10/30/2025 | 11/29/2025 | 5.58 | 0 | 0 | 0 | 5.58 | 0 | 0 |
| JJWD Hardware | M10595 | F2511M10595C | 11/29/2025 | 12/29/2025 | 4.2 | 4.2 | 0 | 0 | 0 | 0 | 0 |
| JJWD Hardware | M10595 | F2511M10595G | 11/29/2025 | 12/29/2025 | 10.8 | 10.8 | 0 | 0 | 0 | 0 | 0 |
| JJWD Hardware | M10595 | F2511M10595V | 11/29/2025 | 12/29/2025 | 5.4 | 5.4 | 0 | 0 | 0 | 0 | 0 |
| JJWD Hardware | M10595 | F2512M10595C | 12/1/2025 | 12/31/2025 | 0.28 | 0.28 | 0 | 0 | 0 | 0 | 0 |
| JJWD Hardware | M10595 | F2512M10595G | 12/1/2025 | 12/31/2025 | 0.72 | 0.72 | 0 | 0 | 0 | 0 | 0 |
| JJWD Hardware | M10595 | F2512M10595V | 12/1/2025 | 12/31/2025 | 0.36 | 0.36 | 0 | 0 | 0 | 0 | 0 |
| Simerlys Inc | M10684 | V1029648 | 11/3/2025 | 12/10/2025 | 50.31 | 0 | 50.31 | 0 | 0 | 0 | 0 |
| Simerlys Inc | M10684 | G0544686 | 11/4/2025 | 12/10/2025 | 79.56 | 0 | 79.56 | 0 | 0 | 0 | 0 |
| All Star Collectibles | M10860 | C2333399 | 6/27/2025 | 8/26/2025 | 379 | 0 | 0 | 0 | 0 | 0 | 379 |
| All Star Collectibles | M10860 | G0525768 | 7/1/2025 | 8/30/2025 | 1169.87 | 0 | 0 | 0 | 0 | 0 | 1169.87 |
| Rocky Mtn Supply-Townsend | M10944 | C2028187 | 12/29/2022 | 2/10/2023 | 2420.74 | 0 | 0 | 0 | 0 | 0 | -2395.88 |
| Rocky Mtn Supply-Townsend | M10944 | C2028192 | 12/29/2022 | 2/10/2023 | 2035.59 | 0 | 0 | 0 | 0 | 0 | -184.39 |
| Smith & Chandler | M10978 | G0443077 | 8/23/2024 | 9/10/2024 | 1689.84 | 0 | 0 | 0 | 0 | 0 | -215.82 |
| Smith & Chandler | M10978 | V1029247 | 10/23/2025 | 10/23/2025 | -158.97 | 0 | 0 | 0 | 0 | -158.97 | 0 |
| Beehive Arsenal | M11057 | C2278647 | 10/29/2024 | 11/8/2024 | 676.03 | 0 | 0 | 0 | 0 | 0 | -33.8 |
| Shadow Valley Arms Co. LLC | M11101 | G0521310 | 6/16/2025 | 8/15/2025 | 22.6 | 0 | 0 | 0 | 0 | 0 | 10.11 |
| Shadow Valley Arms Co. LLC | M11101 | C2331255 | 6/19/2025 | 8/18/2025 | 689.25 | 0 | 0 | 0 | 0 | 0 | 11.25 |
| Shadow Valley Arms Co. LLC | M11101 | C2332230 | 6/24/2025 | 8/23/2025 | 722.01 | 0 | 0 | 0 | 0 | 0 | 10.12 |
| Shadow Valley Arms Co. LLC | M11101 | C2024346 | 6/25/2025 | 8/24/2025 | 102.65 | 0 | 0 | 0 | 0 | 0 | 10.12 |
| Shadow Valley Arms Co. LLC | M11101 | C2333408 | 6/27/2025 | 8/26/2025 | 466.77 | 0 | 0 | 0 | 0 | 0 | 11.27 |
| Shadow Valley Arms Co. LLC | M11101 | C2336623 | 7/15/2025 | 9/13/2025 | 937.75 | 0 | 0 | 0 | 0 | 0 | 21.41 |
| Shadow Valley Arms Co. LLC | M11101 | C2336635 | 7/15/2025 | 9/13/2025 | 855.28 | 0 | 0 | 0 | 0 | 0 | 11.28 |
| Shadow Valley Arms Co. LLC | M11101 | C2338739 | 7/31/2025 | 9/29/2025 | 879.38 | 0 | 0 | 0 | 0 | 0 | 21.41 |
| Aspen Legacies Inc | M11164 | C2335920 | 7/11/2025 | 8/10/2025 | 21.41 | 0 | 0 | 0 | 0 | 0 | 21.41 |
| Bullhead Enterprises | M11192 | G0526001 | 7/2/2025 | 8/10/2025 | 343.16 | 0 | 0 | 0 | 0 | 0 | 343.16 |
| Bullhead Enterprises | M11192 | C2334512 | 7/3/2025 | 8/10/2025 | 182.56 | 0 | 0 | 0 | 0 | 0 | 182.56 |
| Bullhead Enterprises | M11192 | V0980686 | 7/3/2025 | 8/10/2025 | 351.23 | 0 | 0 | 0 | 0 | 0 | 351.23 |
| Bullhead Enterprises | M11192 | C2336940 | 7/17/2025 | 8/10/2025 | 855.28 | 0 | 0 | 0 | 0 | 0 | 855.28 |
| Bullhead Enterprises | M11192 | V0987146 | 7/17/2025 | 8/10/2025 | 97.25 | 0 | 0 | 0 | 0 | 0 | 97.25 |
| All Season Motor Sports | M11226 | C2330294 | 6/17/2025 | 9/15/2025 | 7475.97 | 0 | 0 | 0 | 0 | 0 | 7475.97 |
| All Season Motor Sports | M11226 | G0521397 | 6/17/2025 | 9/15/2025 | 783.15 | 0 | 0 | 0 | 0 | 0 | 783.15 |
| All Season Motor Sports | M11226 | V0968611 | 6/17/2025 | 9/15/2025 | 181.85 | 0 | 0 | 0 | 0 | 0 | 181.85 |
| All Season Motor Sports | M11226 | C2337203 | 7/21/2025 | 10/19/2025 | 3605.05 | 0 | 0 | 0 | 0 | 3605.05 | 0 |
| All Season Motor Sports | M11226 | G0530106 | 7/21/2025 | 10/19/2025 | 2405.22 | 0 | 0 | 0 | 0 | 2405.22 | 0 |
| All Season Motor Sports | M11226 | C2338748 | 7/31/2025 | 9/10/2025 | 1245.4 | 0 | 0 | 0 | 0 | 0 | 260.1 |
| Fishtail General Store | M11408 | G0536810 | 9/3/2025 | 10/10/2025 | 584.82 | 0 | 0 | 0 | 0 | 584.82 | 0 |
| Fishtail General Store | M11408 | F2510M11408G | 10/30/2025 | 11/29/2025 | 5.83 | 0 | 0 | 0 | 5.83 | 0 | 0 |
| Fishtail General Store | M11408 | F2511M11408G | 11/29/2025 | 12/29/2025 | 8.7 | 8.7 | 0 | 0 | 0 | 0 | 0 |
| Fishtail General Store | M11408 | F2512M11408G | 12/1/2025 | 12/31/2025 | 0.58 | 0.58 | 0 | 0 | 0 | 0 | 0 |
| G & N Wholesale | M11472 | G0502778 | 3/27/2025 | 4/26/2025 | 464.57 | 0 | 0 | 0 | 0 | 0 | 9.97 |
| G & N Wholesale | M11472 | G0513892 | 5/14/2025 | 5/14/2025 | -71.56 | 0 | 0 | 0 | 0 | 0 | -71.56 |
| G & N Wholesale | M11472 | F2505M11472G | 5/21/2025 | 6/20/2025 | 5.17 | 0 | 0 | 0 | 0 | 0 | 5.17 |
| Medlock Firearms LLC | M11774 | C2179552 | 1/17/2024 | 1/17/2024 | -35.58 | 0 | 0 | 0 | 0 | 0 | -35.58 |
| Douglas Hardware Hank | M11810 | G0542434 | 10/2/2025 | 11/10/2025 | 62.84 | 0 | 0 | 0 | 0 | 62.84 | 0 |
| Douglas Hardware Hank | M11810 | G0543871 | 10/20/2025 | 11/10/2025 | 170.61 | 0 | 0 | 0 | 170.61 | 0 | 0 |
| Douglas Hardware Hank | M11810 | F2511M11810G | 11/29/2025 | 12/29/2025 | 2.23 | 2.23 | 0 | 0 | 0 | 0 | 0 |
| Douglas Hardware Hank | M11810 | F2512M11810G | 12/1/2025 | 12/31/2025 | 0.24 | 0.24 | 0 | 0 | 0 | 0 | 0 |
| Bailey's Outdoor Shop | M12056 | G0482631 | 1/15/2025 | 4/15/2025 | 2258.99 | 0 | 0 | 0 | 0 | 0 | 2258.99 |
| Bailey's Outdoor Shop | M12056 | G0493279 | 2/14/2025 | 4/15/2025 | 1376.76 | 0 | 0 | 0 | 0 | 0 | 1376.76 |
| Bailey's Outdoor Shop | M12056 | G0495820 | 2/25/2025 | 4/26/2025 | 513.44 | 0 | 0 | 0 | 0 | 0 | 513.44 |
| Bailey's Outdoor Shop | M12056 | C2305636 | 2/26/2025 | 4/27/2025 | 2274.16 | 0 | 0 | 0 | 0 | 0 | 2274.16 |
| Bailey's Outdoor Shop | M12056 | C2307394 | 3/5/2025 | 9/10/2025 | 1159.42 | 0 | 0 | 0 | 0 | 0 | 1159.42 |
| Bailey's Outdoor Shop | M12056 | G0497931 | 3/5/2025 | 9/10/2025 | 4230.56 | 0 | 0 | 0 | 0 | 0 | 4230.56 |
| Bailey's Outdoor Shop | M12056 | F2503M12056G | 3/25/2025 | 4/24/2025 | 72.02 | 0 | 0 | 0 | 0 | 0 | 72.02 |
| Bailey's Outdoor Shop | M12056 | F2503M12056C | 3/30/2025 | 4/29/2025 | 94.19 | 0 | 0 | 0 | 0 | 0 | 94.19 |
| Bailey's Outdoor Shop | M12056 | G0506247 | 4/10/2025 | 6/9/2025 | 610.65 | 0 | 0 | 0 | 0 | 0 | 610.65 |
| Bailey's Outdoor Shop | M12056 | C2315987 | 4/11/2025 | 6/10/2025 | 2319.69 | 0 | 0 | 0 | 0 | 0 | 2319.69 |
| Bailey's Outdoor Shop | M12056 | F2504M12056C | 4/29/2025 | 5/29/2025 | 172.34 | 0 | 0 | 0 | 0 | 0 | 172.34 |
| Bailey's Outdoor Shop | M12056 | F2504M12056G | 4/29/2025 | 5/29/2025 | 5.24 | 0 | 0 | 0 | 0 | 0 | 5.24 |
| Bailey's Outdoor Shop | M12056 | F2505M12056C | 5/30/2025 | 6/29/2025 | 253.69 | 0 | 0 | 0 | 0 | 0 | 253.69 |
| Bailey's Outdoor Shop | M12056 | F2505M12056G | 5/30/2025 | 6/29/2025 | 96.97 | 0 | 0 | 0 | 0 | 0 | 96.97 |
| Bailey's Outdoor Shop | M12056 | F2506M12056C | 6/29/2025 | 7/29/2025 | 237.14 | 0 | 0 | 0 | 0 | 0 | 237.14 |
| Bailey's Outdoor Shop | M12056 | F2506M12056G | 6/29/2025 | 7/29/2025 | 74.53 | 0 | 0 | 0 | 0 | 0 | 74.53 |
| Bailey's Outdoor Shop | M12056 | F2507M12056C | 7/22/2025 | 8/21/2025 | 191.59 | 0 | 0 | 0 | 0 | 0 | 191.59 |
| Bailey's Outdoor Shop | M12056 | F2507M12056G | 7/22/2025 | 8/21/2025 | 59.57 | 0 | 0 | 0 | 0 | 0 | 59.57 |
| Craiggerbuilt | M12105 | N0342087 | 8/17/2023 | 9/16/2023 | 381.44 | 0 | 0 | 0 | 0 | 0 | 18.16 |
| Craiggerbuilt | M12105 | C2123007 | 8/18/2023 | 9/17/2023 | 298.72 | 0 | 0 | 0 | 0 | 0 | 46.83 |
| Craiggerbuilt | M12105 | C2145663 | 10/17/2023 | 11/16/2023 | 2590.59 | 0 | 0 | 0 | 0 | 0 | 80.52 |
| Craiggerbuilt | M12105 | G0338173 | 10/24/2023 | 11/23/2023 | 3175.33 | 0 | 0 | 0 | 0 | 0 | 439.63 |
| Gebo Inc. | M12122 | G0436587 | 7/31/2024 | 7/31/2024 | -67.4 | 0 | 0 | 0 | 0 | 0 | -67.4 |
| Northern Star Lodge | M12196 | V0961555 | 6/5/2025 | 6/5/2025 | -500 | 0 | 0 | 0 | 0 | 0 | -500 |
| Metroplex Trading Company LLC | M12298 | C2341674 | 8/27/2025 | 8/27/2025 | -600.1 | 0 | 0 | 0 | 0 | 0 | -514.1 |
| Metroplex Trading Company LLC | M12298 | C2341675 | 8/27/2025 | 8/27/2025 | -457.9 | 0 | 0 | 0 | 0 | 0 | -457.9 |
| The Bow Shop | M12309 | C2342914 | 9/9/2025 | 10/10/2025 | 2544.54 | 0 | 0 | 0 | 0 | 2544.54 | 0 |
| The Bow Shop | M12309 | C2342941 | 9/9/2025 | 10/10/2025 | 822.03 | 0 | 0 | 0 | 0 | 822.03 | 0 |
| The Bow Shop | M12309 | G0538879 | 9/11/2025 | 10/10/2025 | 896.1 | 0 | 0 | 0 | 0 | 896.1 | 0 |
| The Bow Shop | M12309 | G0538981 | 9/11/2025 | 10/10/2025 | 509.19 | 0 | 0 | 0 | 0 | 509.19 | 0 |
| The Bow Shop | M12309 | V1016909 | 9/12/2025 | 10/10/2025 | 324.08 | 0 | 0 | 0 | 0 | 324.08 | 0 |
| The Bow Shop | M12309 | V1016908 | 9/15/2025 | 10/10/2025 | 1091.72 | 0 | 0 | 0 | 0 | 1091.72 | 0 |
| 310 Rock Canyon Rd.LLC | M12317 | C2088991 | 5/16/2023 | 6/10/2023 | 2072.96 | 0 | 0 | 0 | 0 | 0 | -984.07 |
| AIC Sports Inc | M12351 | C2344704 | 10/2/2025 | 11/10/2025 | 1544 | 0 | 0 | 1544 | 0 | 0 | 0 |
| AIC Sports Inc | M12351 | F2511M12351C | 11/29/2025 | 12/29/2025 | 14.66 | 14.66 | 0 | 0 | 0 | 0 | 0 |
| AIC Sports Inc | M12351 | F2512M12351C | 12/1/2025 | 12/31/2025 | 1.54 | 1.54 | 0 | 0 | 0 | 0 | 0 |
| Hook Line & Sinker Tackle & Repair | M12353 | V0897492-3 | 3/12/2025 | 7/10/2025 | 1591.39 | 0 | 0 | 0 | 0 | 0 | 1591.39 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hook Line & Sinker Tackle & Repair | M12353 | V0916590-3 | 4/4/2025 | 7/10/2025 | 812.64 | 0 | 0 | 0 | 0 | 0 | 812.64 |
| Hook Line & Sinker Tackle & Repair | M12353 | V0972401 | 6/23/2025 | 7/10/2025 | 2290.56 | 0 | 0 | 0 | 0 | 0 | 2290.56 |
| Hook Line & Sinker Tackle & Repair | M12353 | V0983738 | 7/10/2025 | 8/10/2025 | 1827.95 | 0 | 0 | 0 | 0 | 0 | 1827.95 |
| Christensen Custom Cuts | M12486 | C2342995 | 9/9/2025 | 9/9/2025 | -63 | 0 | 0 | 0 | 0 | 0 | -63 |
| Island Tackle, LLC | M12535 | V1030046 | 11/11/2025 | 11/11/2025 | -165.47 | 0 | 0 | 0 | -165.47 | 0 | 0 |
| Tommy's Tacklebox | M12586 | C2192088-3 | 2/22/2024 | 7/10/2024 | 1850.06 | 0 | 0 | 0 | 0 | 0 | 1789.02 |
| Tommy's Tacklebox | M12586 | R2710306-3 | 2/29/2024 | 7/10/2024 | 416.71 | 0 | 0 | 0 | 0 | 0 | 416.71 |
| Tommy's Tacklebox | M12586 | C2199766-3 | 3/12/2024 | 7/10/2024 | 617.18 | 0 | 0 | 0 | 0 | 0 | 617.18 |
| Tommy's Tacklebox | M12586 | C2229558 | 5/24/2024 | 7/23/2024 | 988.1 | 0 | 0 | 0 | 0 | 0 | 988.1 |
| Tommy's Tacklebox | M12586 | NSF00001 | 5/23/2025 | 5/23/2025 | 1020 | 0 | 0 | 0 | 0 | 0 | 20 |
| Anderson & Platt Fly Fishing | M12615 | G0414689 | 5/31/2024 | 7/10/2024 | 1801.02 | 0 | 0 | 0 | 0 | 0 | -1243.06 |
| Selway Armory | M12735 | C2289529 | 12/11/2024 | 1/10/2025 | 1477.1 | 0 | 0 | 0 | 0 | 0 | 1477.1 |
| Selway Armory | M12735 | C2290477 | 12/16/2024 | 1/15/2025 | 2457 | 0 | 0 | 0 | 0 | 0 | 2457 |
| Selway Armory | M12735 | C2291577 | 12/20/2024 | 1/19/2025 | 1426.68 | 0 | 0 | 0 | 0 | 0 | 1426.68 |
| Selway Armory | M12735 | C2292130 | 12/26/2024 | 1/25/2025 | 599.5 | 0 | 0 | 0 | 0 | 0 | 599.5 |
| Strawberry Bay Recreation Inc | M12939 | G0107580 | 6/2/2021 | 7/10/2021 | 1094.08 | 0 | 0 | 0 | 0 | 0 | -88.08 |
| Strawberry Bay Recreation Inc | M12939 | C1807828 | 6/17/2021 | 7/10/2021 | 2107.47 | 0 | 0 | 0 | 0 | 0 | -833.16 |
| Strawberry Bay Recreation Inc | M12939 | G0332885 | 10/3/2023 | 10/3/2023 | -64.08 | 0 | 0 | 0 | 0 | 0 | -64.08 |
| Duke's Ammo & More | M13126 | V0582769 | 12/19/2023 | 1/3/2024 | 40.21 | 0 | 0 | 0 | 0 | 0 | -40.21 |
| High Lonesome Grocers, Inc | M13222 | C2306833 | 3/3/2025 | 3/3/2025 | -19.18 | 0 | 0 | 0 | 0 | 0 | -19.18 |
| High Lonesome Grocers, Inc | M13222 | G0496685 | 3/3/2025 | 3/3/2025 | -42.01 | 0 | 0 | 0 | 0 | 0 | -3.7 |
| Mac's Market Inc | M13468 | G0542435 | 10/2/2025 | 11/10/2025 | 457.53 | 0 | 0 | 0 | -115.84 | 0 | 0 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2157073 | 11/14/2023 | 12/14/2023 | 908.6 | 0 | 0 | 0 | 0 | 0 | 18.41 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2181203 | 1/24/2024 | 2/23/2024 | 37.3 | 0 | 0 | 0 | 0 | 0 | 37.3 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2185984 | 2/7/2024 | 3/8/2024 | 67.36 | 0 | 0 | 0 | 0 | 0 | 9.44 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2205621 | 3/27/2024 | 5/26/2024 | 1856.8 | 0 | 0 | 0 | 0 | 0 | 93.31 |
| Wagner's Outdoor Outfitters, Inc | M13532 | R2721675 | 3/29/2024 | 5/28/2024 | 1516.29 | 0 | 0 | 0 | 0 | 0 | 91.44 |
| Wagner's Outdoor Outfitters, Inc | M13532 | R2733884 | 5/2/2024 | 7/1/2024 | 677.33 | 0 | 0 | 0 | 0 | 0 | 42.99 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0405782 | 5/7/2024 | 7/6/2024 | 498.45 | 0 | 0 | 0 | 0 | 0 | 50.33 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2225497 | 5/15/2024 | 7/14/2024 | 2293.01 | 0 | 0 | 0 | 0 | 0 | 59.11 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2226543 | 5/17/2024 | 7/16/2024 | 717.45 | 0 | 0 | 0 | 0 | 0 | 19.99 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2227372 | 5/20/2024 | 7/19/2024 | 2204.7 | 0 | 0 | 0 | 0 | 0 | 54.52 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0410890 | 5/22/2024 | 7/21/2024 | 3128.31 | 0 | 0 | 0 | 0 | 0 | 137.77 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2229616 | 5/24/2024 | 7/23/2024 | 580.63 | 0 | 0 | 0 | 0 | 0 | 10.83 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2232142 | 6/3/2024 | 7/3/2024 | 502.88 | 0 | 0 | 0 | 0 | 0 | 29.44 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2233459 | 6/5/2024 | 7/5/2024 | 1129.1 | 0 | 0 | 0 | 0 | 0 | 9.45 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0416562 | 6/6/2024 | 7/6/2024 | 495 | 0 | 0 | 0 | 0 | 0 | 28.44 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2236688 | 6/13/2024 | 7/13/2024 | 1584.17 | 0 | 0 | 0 | 0 | 0 | 69.23 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0418329 | 6/13/2024 | 8/12/2024 | 300 | 0 | 0 | 0 | 0 | 0 | 18.96 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2238007 | 6/18/2024 | 8/17/2024 | 888.53 | 0 | 0 | 0 | 0 | 0 | 15.43 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0419726 | 6/18/2024 | 7/18/2024 | 220.73 | 0 | 0 | 0 | 0 | 0 | 18.96 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2239053 | 6/20/2024 | 7/20/2024 | 1033.4 | 0 | 0 | 0 | 0 | 0 | 21.13 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0422661 | 6/21/2024 | 7/21/2024 | 158.94 | 0 | 0 | 0 | 0 | 0 | 9.48 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2241723 | 6/28/2024 | 8/27/2024 | 333.29 | 0 | 0 | 0 | 0 | 0 | 22.69 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2248831 | 7/23/2024 | 9/21/2024 | 5273.57 | 0 | 0 | 0 | 0 | 0 | 85.97 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0433358 | 7/25/2024 | 9/23/2024 | 1210.76 | 0 | 0 | 0 | 0 | 0 | 121.12 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2253029 | 8/6/2024 | 9/5/2024 | 1040 | 0 | 0 | 0 | 0 | 0 | 20.19 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0437394 | 8/6/2024 | 9/5/2024 | 82.77 | 0 | 0 | 0 | 0 | 0 | 9.49 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0439213 | 8/12/2024 | 9/11/2024 | 578.5 | 0 | 0 | 0 | 0 | 0 | 51.13 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2259359 | 8/22/2024 | 9/21/2024 | 18.93 | 0 | 0 | 0 | 0 | 0 | 18.93 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0442928 | 8/22/2024 | 9/21/2024 | 3026.4 | 0 | 0 | 0 | 0 | 0 | 44.72 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2261930 | 8/30/2024 | 9/29/2024 | 1229.51 | 0 | 0 | 0 | 0 | 0 | 20.04 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0444530 | 8/30/2024 | 9/29/2024 | 270.52 | 0 | 0 | 0 | 0 | 0 | 28.44 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0447724 | 9/16/2024 | 10/16/2024 | 304.55 | 0 | 0 | 0 | 0 | 0 | 18.99 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2268426 | 9/20/2024 | 11/19/2024 | 1671.94 | 0 | 0 | 0 | 0 | 0 | 34.05 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0449354 | 9/20/2024 | 11/19/2024 | 18.94 | 0 | 0 | 0 | 0 | 0 | 9.49 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2282639 | 11/13/2024 | 12/13/2024 | 2029.73 | 0 | 0 | 0 | 0 | 0 | 9.93 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0472576 | 12/4/2024 | 1/3/2025 | 260.21 | 0 | 0 | 0 | 0 | 0 | 44.31 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2287781 | 12/5/2024 | 1/4/2025 | 2753.86 | 0 | 0 | 0 | 0 | 0 | 120.11 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0479217 | 1/2/2025 | 2/1/2025 | 537.53 | 0 | 0 | 0 | 0 | 0 | 29.8 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2314550 | 4/4/2025 | 7/3/2025 | 3410.09 | 0 | 0 | 0 | 0 | 0 | 38.21 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0504649 | 4/4/2025 | 7/3/2025 | 454.17 | 0 | 0 | 0 | 0 | 0 | 20.55 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0518113 | 6/4/2025 | 7/4/2025 | 110.53 | 0 | 0 | 0 | 0 | 0 | 9.97 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2328549 | 6/10/2025 | 7/10/2025 | 1618.25 | 0 | 0 | 0 | 0 | 0 | 26.75 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0520177 | 6/10/2025 | 7/10/2025 | 468.53 | 0 | 0 | 0 | 0 | 0 | 30.32 |
| Wagner's Outdoor Outfitters, Inc | M13532 | C2332034 | 6/23/2025 | 9/21/2025 | 9035.44 | 0 | 0 | 0 | 0 | 0 | 9035.44 |
| Wagner's Outdoor Outfitters, Inc | M13532 | V1018243 | 9/16/2025 | 10/16/2025 | 219.14 | 0 | 0 | 0 | 0 | 219.14 | 0 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0541855 | 9/29/2025 | 10/29/2025 | 6807.67 | 0 | 0 | 0 | 0 | 6807.67 | 0 |
| Wagner's Outdoor Outfitters, Inc | M13532 | V1029090 | 10/22/2025 | 11/21/2025 | 215.05 | 0 | 0 | 0 | 215.05 | 0 | 0 |
| Wagner's Outdoor Outfitters, Inc | M13532 | G0544241 | 10/23/2025 | 11/22/2025 | 639.66 | 0 | 0 | 0 | 639.66 | 0 | 0 |
| Ridley's Food Corporation | M13568 | C1793297 | 5/12/2021 | 6/10/2021 | 166.68 | 0 | 0 | 0 | 0 | 0 | -150.81 |
| Ridley's Food Corporation | M13568 | G0101833 | 5/12/2021 | 6/10/2021 | 29.77 | 0 | 0 | 0 | 0 | 0 | -21.84 |
| Ridley's Food Corporation | M13568 | G0104753 | 5/21/2021 | 6/10/2021 | 16.57 | 0 | 0 | 0 | 0 | 0 | -8.64 |
| Ridley's Food Corporation | M13568 | | 142341 | 8/25/2022 | 8/25/2022 | 0 | 0 | 0 | 0 | 0 | 0 | -2268.31 |
| Breckinridge Arms LIC | M13601 | C2194048 | 2/27/2024 | 4/10/2024 | 2304.76 | 0 | 0 | 0 | 0 | 0 | -2274 |
| Twin Sisters Trading Co | M13672 | G0530034 | 7/21/2025 | 9/19/2025 | 598.53 | 0 | 0 | 0 | 0 | 0 | 598.53 |
| Lowes Pay & Save Inc | M13694 | R2520818 | 1/27/2023 | 2/26/2023 | 1370.42 | 0 | 0 | 0 | 0 | 0 | -1066.22 |
| Lowes Pay & Save Inc | M13694 | V0425057 | 2/9/2023 | 3/11/2023 | 433.47 | 0 | 0 | 0 | 0 | 0 | -297.18 |
| Lowes Pay & Save Inc | M13694 | R2528115 | 2/11/2023 | 3/13/2023 | 287.8 | 0 | 0 | 0 | 0 | 0 | -223.66 |
| Canyon Enterprises Inc | M13745 | G0435628 | 7/30/2024 | 8/14/2024 | 494.45 | 0 | 0 | 0 | 0 | 0 | -400.72 |
| Colorado Fun Valley, LLC | M13796 | G0510979-1 | 5/1/2025 | 6/10/2025 | 315.63 | 0 | 0 | 0 | 0 | 0 | -315.63 |
| Colorado Fun Valley, LLC | M13796 | G0510979-2 | 5/1/2025 | 6/10/2025 | 315.63 | 0 | 0 | 0 | 0 | 0 | -315.63 |
| Colorado Fun Valley, LLC | M13796 | G0510979-3 | 5/1/2025 | 7/10/2025 | 315.63 | 0 | 0 | 0 | 0 | 0 | -261.16 |
| L & D Provisions | M13861 | G0422663 | 6/24/2024 | 9/22/2024 | 2260.3 | 0 | 0 | 0 | 0 | 0 | 2010.3 |
| L & D Provisions | M13861 | G0430310 | 7/12/2024 | 10/10/2024 | 3165.6 | 0 | 0 | 0 | 0 | 0 | 3165.6 |
| L & D Provisions | M13861 | G0444265 | 8/29/2024 | 10/10/2024 | 2664.82 | 0 | 0 | 0 | 0 | 0 | 2664.82 |
| L & D Provisions | M13861 | F2408M13861G | 8/30/2024 | 9/29/2024 | 14.2 | 0 | 0 | 0 | 0 | 0 | 14.2 |
| L & D Provisions | M13861 | F2409M13861G | 9/4/2024 | 10/4/2024 | 3.55 | 0 | 0 | 0 | 0 | 0 | 3.55 |
| L & D Provisions | M13861 | F2410M13861G | 10/30/2024 | 11/29/2024 | 101.27 | 0 | 0 | 0 | 0 | 0 | 101.27 |
| L & D Provisions | M13861 | F2411M13861G | 11/29/2024 | 12/29/2024 | 121.5 | 0 | 0 | 0 | 0 | 0 | 121.5 |
| L & D Provisions | M13861 | F2412M13861G | 12/4/2024 | 1/3/2025 | 20.25 | 0 | 0 | 0 | 0 | 0 | 20.25 |
| L & D Provisions | M13861 | NSF00001 | 4/9/2025 | 4/9/2025 | 270 | 0 | 0 | 0 | 0 | 0 | 270 |
| Fairmount General Store LLC | M13878 | R2553187 | 3/29/2023 | 5/10/2023 | 985.17 | 0 | 0 | 0 | 0 | 0 | -195.79 |
| Fairmount General Store LLC | M13878 | R2568253 | 4/24/2023 | 5/10/2023 | 129.96 | 0 | 0 | 0 | 0 | 0 | -142.22 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fairmount General Store LLC | M13878 | V0941058 | 5/8/2025 | 5/8/2025 | -37.56 | | 0 | 0 | 0 | 0 | -37.56 |
| Overland Armament Inc | M13980 | C2307509 | 3/6/2025 | 9/10/2025 | 17482.11 | | 0 | 0 | 0 | 0 | 11072.27 |
| Overland Armament Inc | M13980 | C2314034 | 4/3/2025 | 9/10/2025 | 5203 | | 0 | 0 | 0 | 0 | 5203 |
| Brutons Outdoors North | M14004 | V0984772 | 7/11/2025 | 8/10/2025 | 3151.48 | | 0 | 0 | 0 | 0 | -2888.78 |
| Brutons Outdoors North | M14004 | V0985242 | 7/15/2025 | 8/10/2025 | 1350.44 | | 0 | 0 | 0 | 0 | -1350.44 |
| Mid-State / Credit Account | MID/CDT | G0084098 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -3594.13 |
| Mid-State / Credit Account | MID/CDT | N0195520 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -161.35 |
| Mid-State / Credit Account | MID/CDT | N0197093 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -31.56 |
| Mid-State / Credit Account | MID/CDT | N0197248 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -59.88 |
| Mid-State / Credit Account | MID/CDT | N0198142 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -59.27 |
| Mid-State / Credit Account | MID/CDT | N0198616 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -219.76 |
| Mid-State / Credit Account | MID/CDT | N0203480 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -25.12 |
| Mid-State / Credit Account | MID/CDT | N0204253 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -40.65 |
| Mid-State / Credit Account | MID/CDT | N0209717 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -63.34 |
| Mid-State / Credit Account | MID/CDT | N0210587 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -647.59 |
| Mid-State / Credit Account | MID/CDT | N0210665 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -32.61 |
| Mid-State / Credit Account | MID/CDT | N0212371 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -37.52 |
| Mid-State / Credit Account | MID/CDT | N0213621 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -35.79 |
| Mid-State / Credit Account | MID/CDT | N0215750 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -268.8 |
| Mid-State / Credit Account | MID/CDT | N0215754 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -181.5 |
| Mid-State / Credit Account | MID/CDT | N0216294 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -66.23 |
| Mid-State / Credit Account | MID/CDT | R2184707 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -30 |
| Mid-State / Credit Account | MID/CDT | R2184738 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -30 |
| Mid-State / Credit Account | MID/CDT | R2212731 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -98.8 |
| Mid-State / Credit Account | MID/CDT | R2217016 | 6/23/2022 | 6/23/2022 | 0 | | 0 | 0 | 0 | 0 | -234.48 |
| Mid-State / Credit Account | MID/CDT | C1884104 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -43.51 |
| Mid-State / Credit Account | MID/CDT | C1888890 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -36.26 |
| Mid-State / Credit Account | MID/CDT | C1890529 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -497.77 |
| Mid-State / Credit Account | MID/CDT | C1892354 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -231 |
| Mid-State / Credit Account | MID/CDT | N0247825 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -663.88 |
| Mid-State / Credit Account | MID/CDT | N0247830 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -11154.19 |
| Mid-State / Credit Account | MID/CDT | N0247831 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -93.84 |
| Mid-State / Credit Account | MID/CDT | N0247849 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -439.79 |
| Mid-State / Credit Account | MID/CDT | R2323940 | 7/14/2022 | 7/14/2022 | 0 | | 0 | 0 | 0 | 0 | -148.3 |
| Mid-State / Credit Account | MID/CDT | C1816585 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -32.11 |
| Mid-State / Credit Account | MID/CDT | C1824421 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -94.56 |
| Mid-State / Credit Account | MID/CDT | C1829750 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -71.94 |
| Mid-State / Credit Account | MID/CDT | C1832020 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -96.33 |
| Mid-State / Credit Account | MID/CDT | C1841498 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -65.1 |
| Mid-State / Credit Account | MID/CDT | C1852395 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -367.5 |
| Mid-State / Credit Account | MID/CDT | C1854879 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -1196.32 |
| Mid-State / Credit Account | MID/CDT | C1860164 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -624 |
| Mid-State / Credit Account | MID/CDT | G0127034 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -36 |
| Mid-State / Credit Account | MID/CDT | G0141704 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -104.44 |
| Mid-State / Credit Account | MID/CDT | N0221284 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -107.7 |
| Mid-State / Credit Account | MID/CDT | N0222086 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -107.7 |
| Mid-State / Credit Account | MID/CDT | N0222191 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -150.9 |
| Mid-State / Credit Account | MID/CDT | N0222818 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -256.65 |
| Mid-State / Credit Account | MID/CDT | N0223343 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -211.6 |
| Mid-State / Credit Account | MID/CDT | N0223832 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -134.88 |
| Mid-State / Credit Account | MID/CDT | N0224345 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -27.9 |
| Mid-State / Credit Account | MID/CDT | N0228529 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -231.06 |
| Mid-State / Credit Account | MID/CDT | N0234421 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -29.9 |
| Mid-State / Credit Account | MID/CDT | N0238973 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -127.03 |
| Mid-State / Credit Account | MID/CDT | N0240069 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -602.02 |
| Mid-State / Credit Account | MID/CDT | N0240546 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -83.16 |
| Mid-State / Credit Account | MID/CDT | R2288703 | 11/14/2022 | 11/14/2022 | 0 | | 0 | 0 | 0 | 0 | -61.3 |
| Mid-State / Credit Account | MID/CDT | C1848569C | 12/13/2022 | 12/13/2022 | 0 | | 0 | 0 | 0 | 0 | -118.39 |
| Mid-State / Credit Account | MID/CDT | MRS10337 | 12/13/2022 | 12/13/2022 | 0 | | 0 | 0 | 0 | 0 | -72.93 |
| Mid-State / Credit Account | MID/CDT | N0292991 | 2/24/2023 | 2/24/2023 | 0 | | 0 | 0 | 0 | 0 | -33.43 |
| Mid-State / Credit Account | MID/CDT | N0298621 | 2/24/2023 | 2/24/2023 | 0 | | 0 | 0 | 0 | 0 | -71.47 |
| Mid-State / Credit Account | MID/CDT | N0304895C | 5/18/2023 | 5/18/2023 | 0 | | 0 | 0 | 0 | 0 | -151.08 |
| Mid-State / Credit Account | MID/CDT | C1871022 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -626.16 |
| Mid-State / Credit Account | MID/CDT | C1872776 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -572.24 |
| Mid-State / Credit Account | MID/CDT | C1877688 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -35.28 |
| Mid-State / Credit Account | MID/CDT | C1914314 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -31.67 |
| Mid-State / Credit Account | MID/CDT | C1947177 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -327 |
| Mid-State / Credit Account | MID/CDT | C1956152 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -130.61 |
| Mid-State / Credit Account | MID/CDT | C1956213 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -260.28 |
| Mid-State / Credit Account | MID/CDT | C1968041 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -114.39 |
| Mid-State / Credit Account | MID/CDT | C1974967 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -37.6 |
| Mid-State / Credit Account | MID/CDT | C1984337 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -33.26 |
| Mid-State / Credit Account | MID/CDT | C1987446 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -2182.05 |
| Mid-State / Credit Account | MID/CDT | C2010243 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -53.28 |
| Mid-State / Credit Account | MID/CDT | C2020751 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -28.46 |
| Mid-State / Credit Account | MID/CDT | C2023572 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -112.19 |
| Mid-State / Credit Account | MID/CDT | C2056125 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -28.14 |
| Mid-State / Credit Account | MID/CDT | C2056126 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -36.47 |
| Mid-State / Credit Account | MID/CDT | C2071585 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -442.32 |
| Mid-State / Credit Account | MID/CDT | C2089844 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -37.05 |
| Mid-State / Credit Account | MID/CDT | C2090635 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -338 |
| Mid-State / Credit Account | MID/CDT | G0150810 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -192.26 |
| Mid-State / Credit Account | MID/CDT | G0150826 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -51.12 |
| Mid-State / Credit Account | MID/CDT | G0150857 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -654.96 |
| Mid-State / Credit Account | MID/CDT | G0185955 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -29.52 |
| Mid-State / Credit Account | MID/CDT | G0185956 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -199.83 |
| Mid-State / Credit Account | MID/CDT | G0188978 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -113.37 |
| Mid-State / Credit Account | MID/CDT | G0188979 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -108.54 |
| Mid-State / Credit Account | MID/CDT | G0198546 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -75.68 |
| Mid-State / Credit Account | MID/CDT | N0241015 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -262.8 |
| Mid-State / Credit Account | MID/CDT | N0245782 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -205.85 |
| Mid-State / Credit Account | MID/CDT | N0247055 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -82.8 |
| Mid-State / Credit Account | MID/CDT | N0247062 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -63.2 |
| Mid-State / Credit Account | MID/CDT | N0256945 | 6/14/2023 | 6/14/2023 | 0 | | 0 | 0 | 0 | 0 | -852.93 |

| Mid-State / Credit Account | MID/CDT | N0257222 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -61.59 |
| Mid-State / Credit Account | MID/CDT | N0257223 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -61.4 |
| Mid-State / Credit Account | MID/CDT | N0257224 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -58.33 |
| Mid-State / Credit Account | MID/CDT | N0257227 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -0.1 |
| Mid-State / Credit Account | MID/CDT | N0257228 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -89.75 |
| Mid-State / Credit Account | MID/CDT | N0257229 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -39.59 |
| Mid-State / Credit Account | MID/CDT | N0257230 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -63.9 |
| Mid-State / Credit Account | MID/CDT | N0257231 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -73.06 |
| Mid-State / Credit Account | MID/CDT | N0257232 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -61.4 |
| Mid-State / Credit Account | MID/CDT | N0257233 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -54.89 |
| Mid-State / Credit Account | MID/CDT | N0258684 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -73.22 |
| Mid-State / Credit Account | MID/CDT | N0260926 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -49.73 |
| Mid-State / Credit Account | MID/CDT | N0266021 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -112.94 |
| Mid-State / Credit Account | MID/CDT | N0270131 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -237.55 |
| Mid-State / Credit Account | MID/CDT | N0270976 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -25.8 |
| Mid-State / Credit Account | MID/CDT | N0275071 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -28.63 |
| Mid-State / Credit Account | MID/CDT | N0276794 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -39.48 |
| Mid-State / Credit Account | MID/CDT | N0288475 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -141.16 |
| Mid-State / Credit Account | MID/CDT | N0288540 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -72 |
| Mid-State / Credit Account | MID/CDT | N0288569 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -100.9 |
| Mid-State / Credit Account | MID/CDT | N0288601 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -98.4 |
| Mid-State / Credit Account | MID/CDT | N0289934 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -1507.89 |
| Mid-State / Credit Account | MID/CDT | N0292148 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -1158.11 |
| Mid-State / Credit Account | MID/CDT | N0292149 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -61.2 |
| Mid-State / Credit Account | MID/CDT | N0292150 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -91.8 |
| Mid-State / Credit Account | MID/CDT | N0292710 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -88.5 |
| Mid-State / Credit Account | MID/CDT | N0292825 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -98.85 |
| Mid-State / Credit Account | MID/CDT | N0292834 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -179.9 |
| Mid-State / Credit Account | MID/CDT | N0294546 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -65.13 |
| Mid-State / Credit Account | MID/CDT | N0298526 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -27.6 |
| Mid-State / Credit Account | MID/CDT | N0307511 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -80.38 |
| Mid-State / Credit Account | MID/CDT | N0313083 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -138.37 |
| Mid-State / Credit Account | MID/CDT | N0313184 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -388.6 |
| Mid-State / Credit Account | MID/CDT | N0314544 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -51.96 |
| Mid-State / Credit Account | MID/CDT | N0318273 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -289.92 |
| Mid-State / Credit Account | MID/CDT | N0318978 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -133.44 |
| Mid-State / Credit Account | MID/CDT | N0319146 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -31.5 |
| Mid-State / Credit Account | MID/CDT | N0319649 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -28.4 |
| Mid-State / Credit Account | MID/CDT | N0320203 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -121.35 |
| Mid-State / Credit Account | MID/CDT | N0323110 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -39.29 |
| Mid-State / Credit Account | MID/CDT | N0323869 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -49.78 |
| Mid-State / Credit Account | MID/CDT | N0327103 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -41.32 |
| Mid-State / Credit Account | MID/CDT | N0327119 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -31.5 |
| Mid-State / Credit Account | MID/CDT | N0328209 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -45.45 |
| Mid-State / Credit Account | MID/CDT | R2509282 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -71.91 |
| Mid-State / Credit Account | MID/CDT | R2528679 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -55 |
| Mid-State / Credit Account | MID/CDT | R2579583 | 6/14/2023 | 6/14/2023 | 0 | 0 | 0 | 0 | 0 | -28.54 |
| Mid-State / Credit Account | MID/CDT | C2088838 | 6/27/2023 | 6/27/2023 | 0 | 0 | 0 | 0 | 0 | -36.68 |
| Mid-State / Credit Account | MID/CDT | N0253423-1 | 6/27/2023 | 6/27/2023 | 0 | 0 | 0 | 0 | 0 | -49.92 |
| Mid-State / Credit Account | MID/CDT | N0334328 | 7/18/2023 | 7/18/2023 | 0 | 0 | 0 | 0 | 0 | -67.6 |
| Mid-State / Credit Account | MID/CDT | N0321499 | 9/6/2023 | 9/6/2023 | 0 | 0 | 0 | 0 | 0 | -5.2 |
| Mid-State / Credit Account | MID/CDT | N0280194C | 12/21/2023 | 12/21/2023 | 0 | 0 | 0 | 0 | 0 | -316.88 |
| Mid-State / Credit Account | MID/CDT | G0197735C | 2/23/2024 | 2/23/2024 | 0 | 0 | 0 | 0 | 0 | -150.99 |
| Mid-State / Credit Account | MID/CDT | N0327597 | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | C2104848 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -62.88 |
| Mid-State / Credit Account | MID/CDT | C2107364 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -69.07 |
| Mid-State / Credit Account | MID/CDT | C2112285 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -125.76 |
| Mid-State / Credit Account | MID/CDT | C2112286 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -125.76 |
| Mid-State / Credit Account | MID/CDT | C2115596 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -75.78 |
| Mid-State / Credit Account | MID/CDT | C2128368 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -378.08 |
| Mid-State / Credit Account | MID/CDT | C2131505 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -37.05 |
| Mid-State / Credit Account | MID/CDT | C2160279 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -33.48 |
| Mid-State / Credit Account | MID/CDT | C2162132 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -1066 |
| Mid-State / Credit Account | MID/CDT | G0304391 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -113.98 |
| Mid-State / Credit Account | MID/CDT | G0314379 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -47.52 |
| Mid-State / Credit Account | MID/CDT | G0330976 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -312.48 |
| Mid-State / Credit Account | MID/CDT | G0331122 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -54.44 |
| Mid-State / Credit Account | MID/CDT | G0332210 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -43 |
| Mid-State / Credit Account | MID/CDT | G0332231 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -126.18 |
| Mid-State / Credit Account | MID/CDT | G0333251 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -77.94 |
| Mid-State / Credit Account | MID/CDT | G0333277 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -70.07 |
| Mid-State / Credit Account | MID/CDT | G0336019 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -133.56 |
| Mid-State / Credit Account | MID/CDT | G0344057 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -379.32 |
| Mid-State / Credit Account | MID/CDT | G0359093 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -207.96 |
| Mid-State / Credit Account | MID/CDT | G0359927 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -598.48 |
| Mid-State / Credit Account | MID/CDT | G0359933 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -51.67 |
| Mid-State / Credit Account | MID/CDT | N0331561 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -293.4 |
| Mid-State / Credit Account | MID/CDT | N0331566 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | N0331917 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | N0331918 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -139.6 |
| Mid-State / Credit Account | MID/CDT | N0331920 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | N0331922 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | N0331923 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0331925 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -405.6 |
| Mid-State / Credit Account | MID/CDT | N0331926 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0331927 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0331928 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0331929 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | N0331930 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0331931 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0331932 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0331934 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -338 |
| Mid-State / Credit Account | MID/CDT | N0331936 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | N0331937 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | -146.7 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-State / Credit Account | MID/CDT | N0331939 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -146.7 |
| Mid-State / Credit Account | MID/CDT | N0331943 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -270.4 |
| Mid-State / Credit Account | MID/CDT | N0334320 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -25.62 |
| Mid-State / Credit Account | MID/CDT | N0334327 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -202.8 |
| Mid-State / Credit Account | MID/CDT | N0337405 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -46.07 |
| Mid-State / Credit Account | MID/CDT | N0339359 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -85.88 |
| Mid-State / Credit Account | MID/CDT | N0339368 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -347.74 |
| Mid-State / Credit Account | MID/CDT | N0343151 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -409.77 |
| Mid-State / Credit Account | MID/CDT | N0343153 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -105.21 |
| Mid-State / Credit Account | MID/CDT | N0343233 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -66.41 |
| Mid-State / Credit Account | MID/CDT | N0343234 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -77.37 |
| Mid-State / Credit Account | MID/CDT | N0343235 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -299.52 |
| Mid-State / Credit Account | MID/CDT | R2605040 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -101.79 |
| Mid-State / Credit Account | MID/CDT | R2619346 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -252.01 |
| Mid-State / Credit Account | MID/CDT | R2635523 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -51.48 |
| Mid-State / Credit Account | MID/CDT | R2653655 | 1/29/2025 | 1/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -43.16 |
| Mid-State / Credit Account | MID/CDT | C.2247692 | 7/10/2025 | 7/10/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -57.3 |
| Mid-States Distributing, LLC | MIDSTATE | C2175724 | 1/5/2024 | 1/5/2024 | -92.55 | 0 | 0 | 0 | 0 | 0 | -92.55 |
| Mid-States Distributing, LLC | MIDSTATE | C2178846 | 1/16/2024 | 1/16/2024 | -45.93 | 0 | 0 | 0 | 0 | 0 | -45.93 |
| Mid-States Distributing, LLC | MIDSTATE | G0376966 | 2/5/2024 | 2/5/2024 | -229.56 | 0 | 0 | 0 | 0 | 0 | -229.56 |
| Mid-States Distributing, LLC | MIDSTATE | G0378330 | 2/8/2024 | 2/8/2024 | -74.56 | 0 | 0 | 0 | 0 | 0 | -74.56 |
| Mid-States Distributing, LLC | MIDSTATE | G0380280 | 2/15/2024 | 2/15/2024 | -78.12 | 0 | 0 | 0 | 0 | 0 | -78.12 |
| Mid-States Distributing, LLC | MIDSTATE | G0380350 | 2/15/2024 | 2/15/2024 | -28.29 | 0 | 0 | 0 | 0 | 0 | -28.29 |
| Mid-States Distributing, LLC | MIDSTATE | G0380550 | 2/16/2024 | 2/16/2024 | -46.06 | 0 | 0 | 0 | 0 | 0 | -46.06 |
| Mid-States Distributing, LLC | MIDSTATE | G0380885 | 2/19/2024 | 2/19/2024 | -140.64 | 0 | 0 | 0 | 0 | 0 | -140.64 |
| Mid-States Distributing, LLC | MIDSTATE | G0380925 | 2/19/2024 | 2/19/2024 | -308.64 | 0 | 0 | 0 | 0 | 0 | -308.64 |
| Mid-States Distributing, LLC | MIDSTATE | G0382309 | 2/23/2024 | 2/23/2024 | -60 | 0 | 0 | 0 | 0 | 0 | -60 |
| Mid-States Distributing, LLC | MIDSTATE | G0384944 | 3/5/2024 | 3/5/2024 | -112.09 | 0 | 0 | 0 | 0 | 0 | -112.09 |
| Mid-States Distributing, LLC | MIDSTATE | G0384947 | 3/5/2024 | 3/5/2024 | -25.92 | 0 | 0 | 0 | 0 | 0 | -25.92 |
| Mid-States Distributing, LLC | MIDSTATE | G0384949 | 3/5/2024 | 3/5/2024 | -43.58 | 0 | 0 | 0 | 0 | 0 | -43.58 |
| Mid-States Distributing, LLC | MIDSTATE | C2198379 | 3/7/2024 | 3/7/2024 | -2301.48 | 0 | 0 | 0 | 0 | 0 | -2301.48 |
| Mid-States Distributing, LLC | MIDSTATE | C2198526 | 3/8/2024 | 3/8/2024 | -34.13 | 0 | 0 | 0 | 0 | 0 | -34.13 |
| Mid-States Distributing, LLC | MIDSTATE | G0388544 | 3/14/2024 | 3/14/2024 | -135.18 | 0 | 0 | 0 | 0 | 0 | -135.18 |
| Mid-States Distributing, LLC | MIDSTATE | G0389394 | 3/18/2024 | 3/18/2024 | -51.46 | 0 | 0 | 0 | 0 | 0 | -51.46 |
| Mid-States Distributing, LLC | MIDSTATE | G0392975 | 3/26/2024 | 3/26/2024 | -56.21 | 0 | 0 | 0 | 0 | 0 | -56.21 |
| Mid-States Distributing, LLC | MIDSTATE | C2217408 | 4/24/2024 | 4/24/2024 | -66.41 | 0 | 0 | 0 | 0 | 0 | -66.41 |
| Mid-States Distributing, LLC | MIDSTATE | G0406198 | 5/2/2024 | 5/2/2024 | -57.1 | 0 | 0 | 0 | 0 | 0 | -57.1 |
| Mid-States Distributing, LLC | MIDSTATE | G0408434 | 5/8/2024 | 5/8/2024 | -28.72 | 0 | 0 | 0 | 0 | 0 | -28.72 |
| Mid-States Distributing, LLC | MIDSTATE | R2739251 | 5/22/2024 | 5/22/2024 | -500 | 0 | 0 | 0 | 0 | 0 | -500 |
| Mid-States Distributing, LLC | MIDSTATE | C2229719 | 5/24/2024 | 5/24/2024 | -32.94 | 0 | 0 | 0 | 0 | 0 | -32.94 |
| Mid-States Distributing, LLC | MIDSTATE | C2238377 | 6/18/2024 | 6/18/2024 | -31.1 | 0 | 0 | 0 | 0 | 0 | -31.1 |
| Mid-States Distributing, LLC | MIDSTATE | G0424126 | 6/24/2024 | 6/24/2024 | -181.12 | 0 | 0 | 0 | 0 | 0 | -181.12 |
| Mid-States Distributing, LLC | MIDSTATE | G0240973 | 6/26/2024 | 6/26/2024 | -46.16 | 0 | 0 | 0 | 0 | 0 | -46.16 |
| Mid-States Distributing, LLC | MIDSTATE | G2246226 | 7/12/2024 | 7/12/2024 | -56.91 | 0 | 0 | 0 | 0 | 0 | -56.91 |
| Mid-States Distributing, LLC | MIDSTATE | V0757699 | 7/19/2024 | 7/19/2024 | -107.94 | 0 | 0 | 0 | 0 | 0 | -107.94 |
| Mid-States Distributing, LLC | MIDSTATE | V0763222 | 7/26/2024 | 7/26/2024 | -29.54 | 0 | 0 | 0 | 0 | 0 | -29.54 |
| Mid-States Distributing, LLC | MIDSTATE | V0779435 | 8/15/2024 | 8/15/2024 | -79.53 | 0 | 0 | 0 | 0 | 0 | -79.53 |
| Mid-States Distributing, LLC | MIDSTATE | G0443199 | 8/23/2024 | 8/23/2024 | -87.27 | 0 | 0 | 0 | 0 | 0 | -87.27 |
| Mid-States Distributing, LLC | MIDSTATE | G0443457 | 8/26/2024 | 8/26/2024 | -215.66 | 0 | 0 | 0 | 0 | 0 | -215.66 |
| Mid-States Distributing, LLC | MIDSTATE | C2261384 | 8/28/2024 | 8/28/2024 | -25.08 | 0 | 0 | 0 | 0 | 0 | -25.08 |
| Mid-States Distributing, LLC | MIDSTATE | C2267906 | 9/18/2024 | 9/18/2024 | -70.9 | 0 | 0 | 0 | 0 | 0 | -70.9 |
| Mid-States Distributing, LLC | MIDSTATE | G0450475 | 9/25/2024 | 9/25/2024 | -49.28 | 0 | 0 | 0 | 0 | 0 | -49.28 |
| Mid-States Distributing, LLC | MIDSTATE | G0452379 | 9/30/2024 | 9/30/2024 | -281.08 | 0 | 0 | 0 | 0 | 0 | -281.08 |
| Mid-States Distributing, LLC | MIDSTATE | C2271748 | 10/2/2024 | 10/2/2024 | -31.1 | 0 | 0 | 0 | 0 | 0 | -31.1 |
| Mid-States Distributing, LLC | MIDSTATE | G0453163 | 10/2/2024 | 10/2/2024 | -156.66 | 0 | 0 | 0 | 0 | 0 | -156.66 |
| Mid-States Distributing, LLC | MIDSTATE | C2274125 | 10/11/2024 | 10/11/2024 | -52.59 | 0 | 0 | 0 | 0 | 0 | -52.59 |
| Mid-States Distributing, LLC | MIDSTATE | C2275482 | 10/16/2024 | 10/16/2024 | -1063.98 | 0 | 0 | 0 | 0 | 0 | -1063.98 |
| Mid-States Distributing, LLC | MIDSTATE | G0461158 | 10/18/2024 | 10/18/2024 | -126.78 | 0 | 0 | 0 | 0 | 0 | -126.78 |
| Mid-States Distributing, LLC | MIDSTATE | V0824003 | 10/18/2024 | 10/18/2024 | -78.54 | 0 | 0 | 0 | 0 | 0 | -78.54 |
| Mid-States Distributing, LLC | MIDSTATE | C2277779 | 10/25/2024 | 10/25/2024 | -357.59 | 0 | 0 | 0 | 0 | 0 | -357.59 |
| Mid-States Distributing, LLC | MIDSTATE | G0463998 | 10/30/2024 | 10/30/2024 | -246.98 | 0 | 0 | 0 | 0 | 0 | -246.98 |
| Mid-States Distributing, LLC | MIDSTATE | C2280358 | 11/5/2024 | 11/5/2024 | -28.77 | 0 | 0 | 0 | 0 | 0 | -28.77 |
| Mid-States Distributing, LLC | MIDSTATE | V0834828 | 11/7/2024 | 11/7/2024 | -358.19 | 0 | 0 | 0 | 0 | 0 | -358.19 |
| Mid-States Distributing, LLC | MIDSTATE | G0466760 | 11/11/2024 | 11/11/2024 | -157.63 | 0 | 0 | 0 | 0 | 0 | -157.63 |
| Mid-States Distributing, LLC | MIDSTATE | G0466851 | 11/11/2024 | 11/11/2024 | -282.63 | 0 | 0 | 0 | 0 | 0 | -282.63 |
| Mid-States Distributing, LLC | MIDSTATE | G0468175 | 11/15/2024 | 11/15/2024 | -97.75 | 0 | 0 | 0 | 0 | 0 | -97.75 |
| Mid-States Distributing, LLC | MIDSTATE | C2285904 | 11/26/2024 | 11/26/2024 | -429 | 0 | 0 | 0 | 0 | 0 | -429 |
| Mid-States Distributing, LLC | MIDSTATE | C2286148 | 11/27/2024 | 11/27/2024 | -609.1 | 0 | 0 | 0 | 0 | 0 | -609.1 |
| Mid-States Distributing, LLC | MIDSTATE | C2294820 | 1/8/2025 | 1/8/2025 | -69.58 | 0 | 0 | 0 | 0 | 0 | -69.58 |
| Mid-States Distributing, LLC | MIDSTATE | G0488645 | 2/11/2025 | 2/11/2025 | -56.44 | 0 | 0 | 0 | 0 | 0 | -56.44 |
| Mid-States Distributing, LLC | MIDSTATE | G0488647 | 2/11/2025 | 2/11/2025 | -33.57 | 0 | 0 | 0 | 0 | 0 | -33.57 |
| Mid-States Distributing, LLC | MIDSTATE | C2302806 | 2/12/2025 | 2/12/2025 | -43.16 | 0 | 0 | 0 | 0 | 0 | -43.16 |
| Mid-States Distributing, LLC | MIDSTATE | C2303469 | 2/14/2025 | 2/14/2025 | -132 | 0 | 0 | 0 | 0 | 0 | -132 |
| Mid-States Distributing, LLC | MIDSTATE | C2304246 | 2/19/2025 | 2/19/2025 | -77.64 | 0 | 0 | 0 | 0 | 0 | -77.64 |
| Mid-States Distributing, LLC | MIDSTATE | G0494542 | 2/19/2025 | 2/19/2025 | -111.56 | 0 | 0 | 0 | 0 | 0 | -111.56 |
| Mid-States Distributing, LLC | MIDSTATE | G0495801 | 2/25/2025 | 2/25/2025 | -324.16 | 0 | 0 | 0 | 0 | 0 | -324.16 |
| Mid-States Distributing, LLC | MIDSTATE | G0496763 | 3/3/2025 | 3/3/2025 | -44.07 | 0 | 0 | 0 | 0 | 0 | -44.07 |
| Mid-States Distributing, LLC | MIDSTATE | G0497374 | 3/4/2025 | 3/4/2025 | -45.67 | 0 | 0 | 0 | 0 | 0 | -45.67 |
| Mid-States Distributing, LLC | MIDSTATE | G0497375 | 3/4/2025 | 3/4/2025 | -65.17 | 0 | 0 | 0 | 0 | 0 | -65.17 |
| Mid-States Distributing, LLC | MIDSTATE | G0497466 | 3/4/2025 | 3/4/2025 | -32.52 | 0 | 0 | 0 | 0 | 0 | -32.52 |
| Mid-States Distributing, LLC | MIDSTATE | G0497469 | 3/4/2025 | 3/4/2025 | -51.75 | 0 | 0 | 0 | 0 | 0 | -51.75 |
| Mid-States Distributing, LLC | MIDSTATE | G0502692 | 3/26/2025 | 3/26/2025 | -265.26 | 0 | 0 | 0 | 0 | 0 | -265.26 |
| Mid-States Distributing, LLC | MIDSTATE | V0943600 | 5/13/2025 | 5/13/2025 | -140.25 | 0 | 0 | 0 | 0 | 0 | -140.25 |
| Mid-States Distributing, LLC | MIDSTATE | V0961442 | 6/5/2025 | 6/5/2025 | -500 | 0 | 0 | 0 | 0 | 0 | -500 |
| Mid-States Distributing, LLC | MIDSTATE | V0988607 | 7/17/2025 | 7/17/2025 | -57.97 | 0 | 0 | 0 | 0 | 0 | -57.97 |
| Mills Fleet Farm | MILLS | C2338910 | 8/1/2025 | 9/30/2025 | 266.4 | 0 | 0 | 0 | 0 | 0 | 266.4 |
| Mills Fleet Farm | MILLS | C2338911 | 8/1/2025 | 9/30/2025 | 150.16 | 0 | 0 | 0 | 0 | 0 | 150.16 |
| Mills Fleet Farm | MILLS | C2338912 | 8/1/2025 | 9/30/2025 | 299.16 | 0 | 0 | 0 | 0 | 0 | 299.16 |
| Mills Fleet Farm | MILLS | C2338913 | 8/1/2025 | 9/30/2025 | 286.68 | 0 | 0 | 0 | 0 | 0 | 286.68 |
| Mills Fleet Farm | MILLS | C2338915 | 8/1/2025 | 9/30/2025 | 325.5 | 0 | 0 | 0 | 0 | 0 | 325.5 |
| Mills Fleet Farm | MILLS | C2338917 | 8/1/2025 | 9/30/2025 | 353.5 | 0 | 0 | 0 | 0 | 0 | 353.5 |
| Mills Fleet Farm | MILLS | C2338918 | 8/1/2025 | 9/30/2025 | 450.84 | 0 | 0 | 0 | 0 | 0 | 450.84 |
| Mills Fleet Farm | MILLS | C2338919 | 8/1/2025 | 9/30/2025 | 339.42 | 0 | 0 | 0 | 0 | 0 | 339.42 |
| Mills Fleet Farm | MILLS | C2338920 | 8/1/2025 | 9/30/2025 | 307.5 | 0 | 0 | 0 | 0 | 0 | 307.5 |

| Mills Fleet Farm | MILLS | C2338921 | 8/1/2025 | 9/30/2025 | 54.28 | 0 | 0 | 0 | 0 | 54.28 |
| Mills Fleet Farm | MILLS | C2338922 | 8/1/2025 | 9/30/2025 | 54 | 0 | 0 | 0 | 0 | 54 |
| Mills Fleet Farm | MILLS | C2338923 | 8/1/2025 | 9/30/2025 | 48.54 | 0 | 0 | 0 | 0 | 48.54 |
| Mills Fleet Farm | MILLS | C2338924 | 8/1/2025 | 9/30/2025 | 109.48 | 0 | 0 | 0 | 0 | 109.48 |
| Mills Fleet Farm | MILLS | C2338925 | 8/1/2025 | 9/30/2025 | 136.52 | 0 | 0 | 0 | 0 | 136.52 |
| Mills Fleet Farm | MILLS | C2338926 | 8/1/2025 | 9/30/2025 | 74.88 | 0 | 0 | 0 | 0 | 74.88 |
| Mills Fleet Farm | MILLS | C2338927 | 8/1/2025 | 9/30/2025 | 74.1 | 0 | 0 | 0 | 0 | 74.1 |
| Mills Fleet Farm | MILLS | C2338928 | 8/1/2025 | 9/30/2025 | 158.4 | 0 | 0 | 0 | 0 | 158.4 |
| Mills Fleet Farm | MILLS | C2338929 | 8/1/2025 | 9/30/2025 | 40.26 | 0 | 0 | 0 | 0 | 40.26 |
| Mills Fleet Farm | MILLS | C2338931 | 8/1/2025 | 9/30/2025 | 64.86 | 0 | 0 | 0 | 0 | 64.86 |
| Mills Fleet Farm | MILLS | C2338936 | 8/1/2025 | 9/30/2025 | 125.34 | 0 | 0 | 0 | 0 | 125.34 |
| Mills Fleet Farm | MILLS | C2338947 | 8/1/2025 | 9/30/2025 | 207.78 | 0 | 0 | 0 | 0 | 207.78 |
| Mills Fleet Farm | MILLS | C2338948 | 8/1/2025 | 9/30/2025 | 52.62 | 0 | 0 | 0 | 0 | 52.62 |
| Mills Fleet Farm | MILLS | C2339141 | 8/4/2025 | 10/3/2025 | 307.86 | 0 | 0 | 0 | 0 | 307.86 |
| Mills Fleet Farm | MILLS | C2339155 | 8/4/2025 | 10/3/2025 | 58.48 | 0 | 0 | 0 | 0 | 58.48 |
| Mills Fleet Farm | MILLS | C2339158 | 8/4/2025 | 10/3/2025 | 138.34 | 0 | 0 | 0 | 0 | 138.34 |
| Mills Fleet Farm | MILLS | C2339160 | 8/4/2025 | 10/3/2025 | 253.06 | 0 | 0 | 0 | 0 | 253.06 |
| Mills Fleet Farm | MILLS | C2339161 | 8/4/2025 | 10/3/2025 | 57.42 | 0 | 0 | 0 | 0 | 57.42 |
| Mills Fleet Farm | MILLS | C2339170 | 8/4/2025 | 10/3/2025 | 81.54 | 0 | 0 | 0 | 0 | 81.54 |
| Mills Fleet Farm | MILLS | C2339173 | 8/4/2025 | 10/3/2025 | 77.28 | 0 | 0 | 0 | 0 | 77.28 |
| Mills Fleet Farm | MILLS | C2339181 | 8/4/2025 | 10/3/2025 | 64 | 0 | 0 | 0 | 0 | 64 |
| Mills Fleet Farm | MILLS | C2339189 | 8/4/2025 | 10/3/2025 | 71.7 | 0 | 0 | 0 | 0 | 71.7 |
| Mills Fleet Farm | MILLS | C2339190 | 8/4/2025 | 10/3/2025 | 73.98 | 0 | 0 | 0 | 0 | 73.98 |
| Mills Fleet Farm | MILLS | C0533234 | 8/5/2025 | 10/4/2025 | 41.26 | 0 | 0 | 0 | 0 | 41.26 |
| Mills Fleet Farm | MILLS | C0533235 | 8/5/2025 | 10/4/2025 | 76.42 | 0 | 0 | 0 | 0 | 76.42 |
| Mills Fleet Farm | MILLS | C0533236 | 8/5/2025 | 10/4/2025 | 43 | 0 | 0 | 0 | 0 | 43 |
| Mills Fleet Farm | MILLS | C0533237 | 8/5/2025 | 10/4/2025 | 46.85 | 0 | 0 | 0 | 0 | 46.85 |
| Mills Fleet Farm | MILLS | C0533238 | 8/5/2025 | 10/4/2025 | 66.44 | 0 | 0 | 0 | 0 | 66.44 |
| Mills Fleet Farm | MILLS | C0533239 | 8/5/2025 | 10/4/2025 | 198.67 | 0 | 0 | 0 | 0 | 198.67 |
| Mills Fleet Farm | MILLS | C0533240 | 8/5/2025 | 10/4/2025 | 40.26 | 0 | 0 | 0 | 0 | 40.26 |
| Mills Fleet Farm | MILLS | C0533241 | 8/5/2025 | 10/4/2025 | 40.26 | 0 | 0 | 0 | 0 | 40.26 |
| Mills Fleet Farm | MILLS | C0533242 | 8/5/2025 | 10/4/2025 | 68.47 | 0 | 0 | 0 | 0 | 68.47 |
| Mills Fleet Farm | MILLS | C0533243 | 8/5/2025 | 10/4/2025 | 65.42 | 0 | 0 | 0 | 0 | 65.42 |
| Mills Fleet Farm | MILLS | C0533244 | 8/5/2025 | 10/4/2025 | 123.6 | 0 | 0 | 0 | 0 | 123.6 |
| Mills Fleet Farm | MILLS | C0533245 | 8/5/2025 | 10/4/2025 | 120.09 | 0 | 0 | 0 | 0 | 120.09 |
| Mills Fleet Farm | MILLS | C0533246 | 8/5/2025 | 10/4/2025 | 83.52 | 0 | 0 | 0 | 0 | 83.52 |
| Mills Fleet Farm | MILLS | C0533247 | 8/5/2025 | 10/4/2025 | 90.89 | 0 | 0 | 0 | 0 | 90.89 |
| Mills Fleet Farm | MILLS | C0533248 | 8/5/2025 | 10/4/2025 | 70.76 | 0 | 0 | 0 | 0 | 70.76 |
| Mills Fleet Farm | MILLS | C0533249 | 8/5/2025 | 10/4/2025 | 66.44 | 0 | 0 | 0 | 0 | 66.44 |
| Mills Fleet Farm | MILLS | C0533250 | 8/5/2025 | 10/4/2025 | 62.88 | 0 | 0 | 0 | 0 | 62.88 |
| Mills Fleet Farm | MILLS | C0533251 | 8/5/2025 | 10/4/2025 | 79.23 | 0 | 0 | 0 | 0 | 79.23 |
| Mills Fleet Farm | MILLS | C0533252 | 8/5/2025 | 10/4/2025 | 143.91 | 0 | 0 | 0 | 0 | 143.91 |
| Mills Fleet Farm | MILLS | C0533253 | 8/5/2025 | 10/4/2025 | 80.86 | 0 | 0 | 0 | 0 | 80.86 |
| Mills Fleet Farm | MILLS | C0533254 | 8/5/2025 | 10/4/2025 | 122.56 | 0 | 0 | 0 | 0 | 122.56 |
| Mills Fleet Farm | MILLS | C0533255 | 8/5/2025 | 10/4/2025 | 133.07 | 0 | 0 | 0 | 0 | 133.07 |
| Mills Fleet Farm | MILLS | C0533256 | 8/5/2025 | 10/4/2025 | 78.84 | 0 | 0 | 0 | 0 | 78.84 |
| Mills Fleet Farm | MILLS | C0533257 | 8/5/2025 | 10/4/2025 | 131.86 | 0 | 0 | 0 | 0 | 131.86 |
| Mills Fleet Farm | MILLS | C0533258 | 8/5/2025 | 10/4/2025 | 160.26 | 0 | 0 | 0 | 0 | 160.26 |
| Mills Fleet Farm | MILLS | C0533259 | 8/5/2025 | 10/4/2025 | 122.56 | 0 | 0 | 0 | 0 | 122.56 |
| Mills Fleet Farm | MILLS | C0533260 | 8/5/2025 | 10/4/2025 | 84.18 | 0 | 0 | 0 | 0 | 84.18 |
| Mills Fleet Farm | MILLS | C0533261 | 8/5/2025 | 10/4/2025 | 103.97 | 0 | 0 | 0 | 0 | 103.97 |
| Mills Fleet Farm | MILLS | C0533293 | 8/5/2025 | 10/4/2025 | 46.85 | 0 | 0 | 0 | 0 | 46.85 |
| Mills Fleet Farm | MILLS | C0533294 | 8/5/2025 | 10/4/2025 | 66.44 | 0 | 0 | 0 | 0 | 66.44 |
| Mills Fleet Farm | MILLS | C0533310 | 8/5/2025 | 10/4/2025 | 46.85 | 0 | 0 | 0 | 0 | 46.85 |
| Mills Fleet Farm | MILLS | C0533311 | 8/5/2025 | 10/4/2025 | 40.26 | 0 | 0 | 0 | 0 | 40.26 |
| Mills Fleet Farm | MILLS | C0533312 | 8/5/2025 | 10/4/2025 | 99.87 | 0 | 0 | 0 | 0 | 99.87 |
| Mills Fleet Farm | MILLS | C0533313 | 8/5/2025 | 10/4/2025 | 77.47 | 0 | 0 | 0 | 0 | 77.47 |
| Mills Fleet Farm | MILLS | C0533314 | 8/5/2025 | 10/4/2025 | 84.18 | 0 | 0 | 0 | 0 | 84.18 |
| Mills Fleet Farm | MILLS | C0533315 | 8/5/2025 | 10/4/2025 | 46.85 | 0 | 0 | 0 | 0 | 46.85 |
| Mills Fleet Farm | MILLS | C0533316 | 8/5/2025 | 10/4/2025 | 205.32 | 0 | 0 | 0 | 0 | 205.32 |
| Mills Fleet Farm | MILLS | C0533317 | 8/5/2025 | 10/4/2025 | 107.12 | 0 | 0 | 0 | 0 | 107.12 |
| Mills Fleet Farm | MILLS | C2339717 | 8/8/2025 | 10/7/2025 | 193.77 | 0 | 0 | 0 | 0 | 193.77 |
| Mills Fleet Farm | MILLS | C2339724 | 8/8/2025 | 10/7/2025 | 110.26 | 0 | 0 | 0 | 0 | 110.26 |
| Mills Fleet Farm | MILLS | C2339727 | 8/8/2025 | 10/7/2025 | 53.02 | 0 | 0 | 0 | 0 | 53.02 |
| Mills Fleet Farm | MILLS | C2339728 | 8/8/2025 | 10/7/2025 | 363.4 | 0 | 0 | 0 | 0 | 363.4 |
| Mills Fleet Farm | MILLS | C2339732 | 8/8/2025 | 10/7/2025 | 260.16 | 0 | 0 | 0 | 0 | 260.16 |
| Mills Fleet Farm | MILLS | C2339748 | 8/8/2025 | 10/7/2025 | 123.7 | 0 | 0 | 0 | 0 | 123.7 |
| Mills Fleet Farm | MILLS | C2339761 | 8/8/2025 | 10/7/2025 | 72.54 | 0 | 0 | 0 | 0 | 72.54 |
| Mills Fleet Farm | MILLS | C2339762 | 8/8/2025 | 10/7/2025 | 90.09 | 0 | 0 | 0 | 0 | 90.09 |
| Mills Fleet Farm | MILLS | C2339764 | 8/8/2025 | 10/7/2025 | 44.88 | 0 | 0 | 0 | 0 | 44.88 |
| Mills Fleet Farm | MILLS | C2339768 | 8/8/2025 | 10/7/2025 | 200.2 | 0 | 0 | 0 | 0 | 200.2 |
| Mills Fleet Farm | MILLS | C2339773 | 8/8/2025 | 10/7/2025 | 105.6 | 0 | 0 | 0 | 0 | 105.6 |
| Mills Fleet Farm | MILLS | C2339775 | 8/8/2025 | 10/7/2025 | 175.74 | 0 | 0 | 0 | 0 | 175.74 |
| Mills Fleet Farm | MILLS | C2339777 | 8/8/2025 | 10/7/2025 | 73.44 | 0 | 0 | 0 | 0 | 73.44 |
| Mills Fleet Farm | MILLS | C2339778 | 8/8/2025 | 10/7/2025 | 60.3 | 0 | 0 | 0 | 0 | 60.3 |
| Mills Fleet Farm | MILLS | C2339963 | 8/11/2025 | 10/10/2025 | 108.06 | 0 | 0 | 0 | 108.06 | 0 |
| Mills Fleet Farm | MILLS | C2339964 | 8/11/2025 | 10/10/2025 | 134.42 | 0 | 0 | 0 | 134.42 | 0 |
| Mills Fleet Farm | MILLS | C2339965 | 8/11/2025 | 10/10/2025 | 40.02 | 0 | 0 | 0 | 40.02 | 0 |
| Mills Fleet Farm | MILLS | C2339967 | 8/11/2025 | 10/10/2025 | 119.91 | 0 | 0 | 0 | 119.91 | 0 |
| Mills Fleet Farm | MILLS | C2339970 | 8/11/2025 | 10/10/2025 | 162.05 | 0 | 0 | 0 | 162.05 | 0 |
| Mills Fleet Farm | MILLS | C2339978 | 8/11/2025 | 10/10/2025 | 299.93 | 0 | 0 | 0 | 299.93 | 0 |
| Mills Fleet Farm | MILLS | C2339980 | 8/11/2025 | 10/10/2025 | 44.76 | 0 | 0 | 0 | 44.76 | 0 |
| Mills Fleet Farm | MILLS | C2339984 | 8/11/2025 | 10/10/2025 | 275.08 | 0 | 0 | 0 | 275.08 | 0 |
| Mills Fleet Farm | MILLS | C2339985 | 8/11/2025 | 10/10/2025 | 77.1 | 0 | 0 | 0 | 77.1 | 0 |
| Mills Fleet Farm | MILLS | C2339986 | 8/11/2025 | 10/10/2025 | 40.14 | 0 | 0 | 0 | 40.14 | 0 |
| Mills Fleet Farm | MILLS | C2339988 | 8/11/2025 | 10/10/2025 | 67.8 | 0 | 0 | 0 | 67.8 | 0 |
| Mills Fleet Farm | MILLS | C2339989 | 8/11/2025 | 10/10/2025 | 211.4 | 0 | 0 | 0 | 211.4 | 0 |
| Mills Fleet Farm | MILLS | C2339991 | 8/11/2025 | 10/10/2025 | 50.22 | 0 | 0 | 0 | 50.22 | 0 |
| Mills Fleet Farm | MILLS | C2339992 | 8/11/2025 | 10/10/2025 | 49.31 | 0 | 0 | 0 | 49.31 | 0 |
| Mills Fleet Farm | MILLS | C2339995 | 8/11/2025 | 10/10/2025 | 50.7 | 0 | 0 | 0 | 50.7 | 0 |
| Mills Fleet Farm | MILLS | C2339996 | 8/11/2025 | 10/10/2025 | 322.39 | 0 | 0 | 0 | 322.39 | 0 |
| Mills Fleet Farm | MILLS | C2339999 | 8/11/2025 | 10/10/2025 | 108.16 | 0 | 0 | 0 | 108.16 | 0 |
| Mills Fleet Farm | MILLS | C2340002 | 8/11/2025 | 10/10/2025 | 151.9 | 0 | 0 | 0 | 151.9 | 0 |
| Mills Fleet Farm | MILLS | C2340011 | 8/11/2025 | 10/10/2025 | 111.48 | 0 | 0 | 0 | 111.48 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mills Fleet Farm | MILLS | G0534580 | 8/12/2025 | 10/11/2025 | 43.92 | | 0 | 0 | 0 | 43.92 | 0 |
| Mills Fleet Farm | MILLS | G0534585 | 8/12/2025 | 10/11/2025 | 43.92 | | 0 | 0 | 0 | 43.92 | 0 |
| Mills Fleet Farm | MILLS | G0534586 | 8/12/2025 | 10/11/2025 | 43.92 | | 0 | 0 | 0 | 43.92 | 0 |
| Mills Fleet Farm | MILLS | G0534587 | 8/12/2025 | 10/11/2025 | 43.92 | | 0 | 0 | 0 | 43.92 | 0 |
| Mills Fleet Farm | MILLS | G0534601 | 8/12/2025 | 10/11/2025 | 136 | | 0 | 0 | 0 | 136 | 0 |
| Mills Fleet Farm | MILLS | G0534602 | 8/12/2025 | 10/11/2025 | 65.81 | | 0 | 0 | 0 | 65.81 | 0 |
| Mills Fleet Farm | MILLS | G0534603 | 8/12/2025 | 10/11/2025 | 63.93 | | 0 | 0 | 0 | 63.93 | 0 |
| Mills Fleet Farm | MILLS | G0534604 | 8/12/2025 | 10/11/2025 | 62.49 | | 0 | 0 | 0 | 62.49 | 0 |
| Mills Fleet Farm | MILLS | G0534605 | 8/12/2025 | 10/11/2025 | 76.3 | | 0 | 0 | 0 | 76.3 | 0 |
| Mills Fleet Farm | MILLS | G0534606 | 8/12/2025 | 10/11/2025 | 57.34 | | 0 | 0 | 0 | 57.34 | 0 |
| Mills Fleet Farm | MILLS | G0534607 | 8/12/2025 | 10/11/2025 | 63.93 | | 0 | 0 | 0 | 63.93 | 0 |
| Mills Fleet Farm | MILLS | G0534608 | 8/12/2025 | 10/11/2025 | 69.08 | | 0 | 0 | 0 | 69.08 | 0 |
| Mills Fleet Farm | MILLS | C2340295 | 8/13/2025 | 10/12/2025 | 265.42 | | 0 | 0 | 0 | 265.42 | 0 |
| Mills Fleet Farm | MILLS | C2340300 | 8/13/2025 | 10/12/2025 | 75.48 | | 0 | 0 | 0 | 75.48 | 0 |
| Mills Fleet Farm | MILLS | C2340732 | 8/18/2025 | 10/17/2025 | 48.21 | | 0 | 0 | 0 | 48.21 | 0 |
| Mills Fleet Farm | MILLS | C2340988 | 8/20/2025 | 10/19/2025 | 89.88 | | 0 | 0 | 0 | 89.88 | 0 |
| Mills Fleet Farm | MILLS | C2340991 | 8/20/2025 | 10/19/2025 | 272.92 | | 0 | 0 | 0 | 272.92 | 0 |
| Mills Fleet Farm | MILLS | C2340994 | 8/20/2025 | 10/19/2025 | 46.68 | | 0 | 0 | 0 | 46.68 | 0 |
| Mills Fleet Farm | MILLS | C2340995 | 8/20/2025 | 10/19/2025 | 283.6 | | 0 | 0 | 0 | 283.6 | 0 |
| Mills Fleet Farm | MILLS | C2340997 | 8/20/2025 | 10/19/2025 | 93.53 | | 0 | 0 | 0 | 93.53 | 0 |
| Mills Fleet Farm | MILLS | C2341000 | 8/20/2025 | 10/19/2025 | 295.24 | | 0 | 0 | 0 | 295.24 | 0 |
| Mills Fleet Farm | MILLS | C2341017 | 8/20/2025 | 10/19/2025 | 355.74 | | 0 | 0 | 0 | 355.74 | 0 |
| Mills Fleet Farm | MILLS | C2341020 | 8/20/2025 | 10/19/2025 | 100.77 | | 0 | 0 | 0 | 100.77 | 0 |
| Mills Fleet Farm | MILLS | C2341027 | 8/20/2025 | 10/19/2025 | 92.51 | | 0 | 0 | 0 | 92.51 | 0 |
| Mills Fleet Farm | MILLS | C2341030 | 8/20/2025 | 10/19/2025 | 82.26 | | 0 | 0 | 0 | 82.26 | 0 |
| Mills Fleet Farm | MILLS | C2341635 | 8/27/2025 | 10/26/2025 | 113.75 | | 0 | 0 | 0 | 113.75 | 0 |
| Mills Fleet Farm | MILLS | C2341639 | 8/27/2025 | 10/26/2025 | 84.12 | | 0 | 0 | 0 | 84.12 | 0 |
| Mills Fleet Farm | MILLS | C2341652 | 8/27/2025 | 10/26/2025 | 244.46 | | 0 | 0 | 0 | 244.46 | 0 |
| Mills Fleet Farm | MILLS | C2341684 | 8/27/2025 | 10/26/2025 | 293.88 | | 0 | 0 | 0 | 293.88 | 0 |
| Mills Fleet Farm | MILLS | C2341707 | 8/27/2025 | 10/26/2025 | 41.27 | | 0 | 0 | 0 | 41.27 | 0 |
| Mills Fleet Farm | MILLS | C2341710 | 8/27/2025 | 10/26/2025 | 91.48 | | 0 | 0 | 0 | 91.48 | 0 |
| Mills Fleet Farm | MILLS | C2341713 | 8/27/2025 | 10/26/2025 | 217.62 | | 0 | 0 | 0 | 217.62 | 0 |
| Mills Fleet Farm | MILLS | G0536554 | 8/28/2025 | 10/27/2025 | 50.4 | | 0 | 0 | 0 | 50.4 | 0 |
| Mills Fleet Farm | MILLS | G0536864 | 9/2/2025 | 11/1/2025 | 43.92 | | 0 | 0 | 0 | 43.92 | 0 |
| Mills Fleet Farm | MILLS | C2342318 | 9/3/2025 | 11/2/2025 | 230.05 | | 0 | 0 | 0 | 230.05 | 0 |
| Mills Fleet Farm | MILLS | C2342320 | 9/3/2025 | 11/2/2025 | 198.7 | | 0 | 0 | 0 | 198.7 | 0 |
| Mills Fleet Farm | MILLS | G0536877 | 9/3/2025 | 11/2/2025 | 43.92 | | 0 | 0 | 0 | 43.92 | 0 |
| Mills Fleet Farm | MILLS | G0537713 | 9/3/2025 | 11/2/2025 | 50.4 | | 0 | 0 | 0 | 50.4 | 0 |
| Mills Fleet Farm | MILLS | G0537714 | 9/3/2025 | 11/2/2025 | 50.4 | | 0 | 0 | 0 | 50.4 | 0 |
| Mills Fleet Farm | MILLS | G0537715 | 9/3/2025 | 11/2/2025 | 43.92 | | 0 | 0 | 0 | 43.92 | 0 |
| Mills Fleet Farm | MILLS | G0537716 | 9/3/2025 | 11/2/2025 | 50.4 | | 0 | 0 | 0 | 50.4 | 0 |
| Mills Fleet Farm | MILLS | C2342315 | 9/4/2025 | 11/3/2025 | 240.34 | | 0 | 0 | 0 | 240.34 | 0 |
| Mills Fleet Farm | MILLS | C2342316 | 9/4/2025 | 11/3/2025 | 93.84 | | 0 | 0 | 0 | 93.84 | 0 |
| Mills Fleet Farm | MILLS | C2342317 | 9/4/2025 | 11/3/2025 | 119.1 | | 0 | 0 | 0 | 119.1 | 0 |
| Mills Fleet Farm | MILLS | C2342321 | 9/4/2025 | 11/3/2025 | 227.68 | | 0 | 0 | 0 | 227.68 | 0 |
| Mills Fleet Farm | MILLS | C2342322 | 9/4/2025 | 11/3/2025 | 59.76 | | 0 | 0 | 0 | 59.76 | 0 |
| Mills Fleet Farm | MILLS | C2342324 | 9/4/2025 | 11/3/2025 | 245.62 | | 0 | 0 | 0 | 245.62 | 0 |
| Mills Fleet Farm | MILLS | C2342325 | 9/4/2025 | 11/3/2025 | 252.39 | | 0 | 0 | 0 | 252.39 | 0 |
| Mills Fleet Farm | MILLS | C2342336 | 9/4/2025 | 11/3/2025 | 113.7 | | 0 | 0 | 0 | 113.7 | 0 |
| Mills Fleet Farm | MILLS | C2342337 | 9/4/2025 | 11/3/2025 | 48.72 | | 0 | 0 | 0 | 48.72 | 0 |
| Mills Fleet Farm | MILLS | C2342338 | 9/4/2025 | 11/3/2025 | 72.36 | | 0 | 0 | 0 | 72.36 | 0 |
| Mills Fleet Farm | MILLS | C2342340 | 9/4/2025 | 11/3/2025 | 100.56 | | 0 | 0 | 0 | 100.56 | 0 |
| Mills Fleet Farm | MILLS | C2342344 | 9/4/2025 | 11/3/2025 | 103.18 | | 0 | 0 | 0 | 103.18 | 0 |
| Mills Fleet Farm | MILLS | C2342345 | 9/4/2025 | 11/3/2025 | 116.73 | | 0 | 0 | 0 | 116.73 | 0 |
| Mills Fleet Farm | MILLS | C2342348 | 9/4/2025 | 11/3/2025 | 91.14 | | 0 | 0 | 0 | 91.14 | 0 |
| Mills Fleet Farm | MILLS | C2342349 | 9/4/2025 | 11/3/2025 | 69.71 | | 0 | 0 | 0 | 69.71 | 0 |
| Mills Fleet Farm | MILLS | C2342351 | 9/4/2025 | 11/3/2025 | 191.47 | | 0 | 0 | 0 | 191.47 | 0 |
| Mills Fleet Farm | MILLS | C2342353 | 9/4/2025 | 11/3/2025 | 235.62 | | 0 | 0 | 0 | 235.62 | 0 |
| Mills Fleet Farm | MILLS | C2342355 | 9/4/2025 | 11/3/2025 | 50.7 | | 0 | 0 | 0 | 50.7 | 0 |
| Mills Fleet Farm | MILLS | C2342356 | 9/4/2025 | 11/3/2025 | 118.73 | | 0 | 0 | 0 | 118.73 | 0 |
| Mills Fleet Farm | MILLS | C2342357 | 9/4/2025 | 11/3/2025 | 55.08 | | 0 | 0 | 0 | 55.08 | 0 |
| Mills Fleet Farm | MILLS | C2342359 | 9/4/2025 | 11/3/2025 | 128.64 | | 0 | 0 | 0 | 128.64 | 0 |
| Mills Fleet Farm | MILLS | C2342363 | 9/4/2025 | 11/3/2025 | 99.78 | | 0 | 0 | 0 | 99.78 | 0 |
| Mills Fleet Farm | MILLS | C2342364 | 9/4/2025 | 11/3/2025 | 66.59 | | 0 | 0 | 0 | 66.59 | 0 |
| Mills Fleet Farm | MILLS | C2342753 | 9/8/2025 | 11/7/2025 | 309.42 | | 0 | 0 | 0 | 309.42 | 0 |
| Mills Fleet Farm | MILLS | C2342754 | 9/8/2025 | 11/7/2025 | 169.94 | | 0 | 0 | 0 | 169.94 | 0 |
| Mills Fleet Farm | MILLS | C2342755 | 9/8/2025 | 11/7/2025 | 66.24 | | 0 | 0 | 0 | 66.24 | 0 |
| Mills Fleet Farm | MILLS | C2342756 | 9/8/2025 | 11/7/2025 | 103.7 | | 0 | 0 | 0 | 103.7 | 0 |
| Mills Fleet Farm | MILLS | C2342761 | 9/8/2025 | 11/7/2025 | 81.62 | | 0 | 0 | 0 | 81.62 | 0 |
| Mills Fleet Farm | MILLS | C2342765 | 9/8/2025 | 11/7/2025 | 106.1 | | 0 | 0 | 0 | 106.1 | 0 |
| Mills Fleet Farm | MILLS | C2342766 | 9/8/2025 | 11/7/2025 | 89.78 | | 0 | 0 | 0 | 89.78 | 0 |
| Mills Fleet Farm | MILLS | G0537594 | 9/8/2025 | 11/7/2025 | 84.45 | | 0 | 0 | 0 | 84.45 | 0 |
| Mills Fleet Farm | MILLS | G0537595 | 9/8/2025 | 11/7/2025 | 56.34 | | 0 | 0 | 0 | 56.34 | 0 |
| Mills Fleet Farm | MILLS | G0537596 | 9/8/2025 | 11/7/2025 | 50.95 | | 0 | 0 | 0 | 50.95 | 0 |
| Mills Fleet Farm | MILLS | G0537597 | 9/8/2025 | 11/7/2025 | 66.15 | | 0 | 0 | 0 | 66.15 | 0 |
| Mills Fleet Farm | MILLS | C2342757 | 9/9/2025 | 11/8/2025 | 302.12 | | 0 | 0 | 302.12 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342759 | 9/9/2025 | 11/8/2025 | 78.36 | | 0 | 0 | 78.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342760 | 9/9/2025 | 11/8/2025 | 105.66 | | 0 | 0 | 105.66 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342762 | 9/9/2025 | 11/8/2025 | 49.55 | | 0 | 0 | 49.55 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342764 | 9/9/2025 | 11/8/2025 | 94.47 | | 0 | 0 | 94.47 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342768 | 9/9/2025 | 11/8/2025 | 79.74 | | 0 | 0 | 79.74 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342770 | 9/9/2025 | 11/8/2025 | 85.02 | | 0 | 0 | 85.02 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342771 | 9/9/2025 | 11/8/2025 | 118.5 | | 0 | 0 | 118.5 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342772 | 9/9/2025 | 11/8/2025 | 155.34 | | 0 | 0 | 155.34 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342773 | 9/9/2025 | 11/8/2025 | 122.9 | | 0 | 0 | 122.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342776 | 9/9/2025 | 11/8/2025 | 72.36 | | 0 | 0 | 72.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342777 | 9/9/2025 | 11/8/2025 | 66.24 | | 0 | 0 | 66.24 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342778 | 9/9/2025 | 11/8/2025 | 87.28 | | 0 | 0 | 87.28 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342779 | 9/9/2025 | 11/8/2025 | 58.49 | | 0 | 0 | 58.49 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342781 | 9/9/2025 | 11/8/2025 | 48.5 | | 0 | 0 | 48.5 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342782 | 9/9/2025 | 11/8/2025 | 298.03 | | 0 | 0 | 298.03 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342783 | 9/9/2025 | 11/8/2025 | 48.5 | | 0 | 0 | 48.5 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342784 | 9/9/2025 | 11/8/2025 | 57.6 | | 0 | 0 | 57.6 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342785 | 9/9/2025 | 11/8/2025 | 40.14 | | 0 | 0 | 40.14 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mills Fleet Farm | MILLS | C2342786 | 9/9/2025 | 11/8/2025 | 89.22 | | 0 | 0 | 89.22 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342787 | 9/9/2025 | 11/8/2025 | 112.8 | 0 | 0 | 112.8 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342788 | 9/9/2025 | 11/8/2025 | 222.42 | 0 | 0 | 222.42 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342790 | 9/9/2025 | 11/8/2025 | 138.4 | 0 | 0 | 138.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342791 | 9/9/2025 | 11/8/2025 | 89.58 | 0 | 0 | 89.58 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342792 | 9/9/2025 | 11/8/2025 | 40.14 | 0 | 0 | 40.14 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342793 | 9/9/2025 | 11/8/2025 | 49.44 | 0 | 0 | 49.44 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342794 | 9/9/2025 | 11/8/2025 | 48.6 | 0 | 0 | 48.6 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342795 | 9/9/2025 | 11/8/2025 | 133.94 | 0 | 0 | 133.94 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342796 | 9/9/2025 | 11/8/2025 | 100.74 | 0 | 0 | 100.74 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342797 | 9/9/2025 | 11/8/2025 | 40.14 | 0 | 0 | 40.14 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342798 | 9/9/2025 | 11/8/2025 | 40.14 | 0 | 0 | 40.14 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342799 | 9/9/2025 | 11/8/2025 | 155.54 | 0 | 0 | 155.54 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342800 | 9/9/2025 | 11/8/2025 | 44.04 | 0 | 0 | 44.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342801 | 9/9/2025 | 11/8/2025 | 40.14 | 0 | 0 | 40.14 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342802 | 9/9/2025 | 11/8/2025 | 175.22 | 0 | 0 | 175.22 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342803 | 9/9/2025 | 11/8/2025 | 94.08 | 0 | 0 | 94.08 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342804 | 9/9/2025 | 11/8/2025 | 42 | 0 | 0 | 42 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342805 | 9/9/2025 | 11/8/2025 | 84.12 | 0 | 0 | 84.12 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342806 | 9/9/2025 | 11/8/2025 | 134.33 | 0 | 0 | 134.33 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342807 | 9/9/2025 | 11/8/2025 | 87.9 | 0 | 0 | 87.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342808 | 9/9/2025 | 11/8/2025 | 158.9 | 0 | 0 | 158.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342809 | 9/9/2025 | 11/8/2025 | 66.41 | 0 | 0 | 66.41 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342810 | 9/9/2025 | 11/8/2025 | 122.9 | 0 | 0 | 122.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342811 | 9/9/2025 | 11/8/2025 | 233.3 | 0 | 0 | 233.3 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342812 | 9/9/2025 | 11/8/2025 | 41.28 | 0 | 0 | 41.28 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342813 | 9/9/2025 | 11/8/2025 | 98.88 | 0 | 0 | 98.88 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342814 | 9/9/2025 | 11/8/2025 | 59.04 | 0 | 0 | 59.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342815 | 9/9/2025 | 11/8/2025 | 133.16 | 0 | 0 | 133.16 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342816 | 9/9/2025 | 11/8/2025 | 98.04 | 0 | 0 | 98.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342817 | 9/9/2025 | 11/8/2025 | 125.78 | 0 | 0 | 125.78 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342818 | 9/9/2025 | 11/8/2025 | 198.26 | 0 | 0 | 198.26 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342819 | 9/9/2025 | 11/8/2025 | 175.82 | 0 | 0 | 175.82 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342820 | 9/9/2025 | 11/8/2025 | 43 | 0 | 0 | 43 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342821 | 9/9/2025 | 11/8/2025 | 150.24 | 0 | 0 | 150.24 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342822 | 9/9/2025 | 11/8/2025 | 45.78 | 0 | 0 | 45.78 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342823 | 9/9/2025 | 11/8/2025 | 48.5 | 0 | 0 | 48.5 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342824 | 9/9/2025 | 11/8/2025 | 153.14 | 0 | 0 | 153.14 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342825 | 9/9/2025 | 11/8/2025 | 140.16 | 0 | 0 | 140.16 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342826 | 9/9/2025 | 11/8/2025 | 74.15 | 0 | 0 | 74.15 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342827 | 9/9/2025 | 11/8/2025 | 50.76 | 0 | 0 | 50.76 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342828 | 9/9/2025 | 11/8/2025 | 74.4 | 0 | 0 | 74.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342829 | 9/9/2025 | 11/8/2025 | 57.6 | 0 | 0 | 57.6 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342830 | 9/9/2025 | 11/8/2025 | 200.2 | 0 | 0 | 200.2 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342831 | 9/9/2025 | 11/8/2025 | 50.84 | 0 | 0 | 50.84 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342832 | 9/9/2025 | 11/8/2025 | 146.58 | 0 | 0 | 146.58 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342833 | 9/9/2025 | 11/8/2025 | 128.32 | 0 | 0 | 128.32 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342834 | 9/9/2025 | 11/8/2025 | 55.2 | 0 | 0 | 55.2 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342835 | 9/9/2025 | 11/8/2025 | 151.2 | 0 | 0 | 151.2 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342836 | 9/9/2025 | 11/8/2025 | 164.03 | 0 | 0 | 164.03 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342837 | 9/9/2025 | 11/8/2025 | 125.3 | 0 | 0 | 125.3 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342838 | 9/9/2025 | 11/8/2025 | 122.9 | 0 | 0 | 122.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342839 | 9/9/2025 | 11/8/2025 | 110.46 | 0 | 0 | 110.46 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342840 | 9/9/2025 | 11/8/2025 | 155.54 | 0 | 0 | 155.54 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342841 | 9/9/2025 | 11/8/2025 | 77.61 | 0 | 0 | 77.61 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342842 | 9/9/2025 | 11/8/2025 | 72.18 | 0 | 0 | 72.18 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342843 | 9/9/2025 | 11/8/2025 | 53.4 | 0 | 0 | 53.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342844 | 9/9/2025 | 11/8/2025 | 122.9 | 0 | 0 | 122.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342845 | 9/9/2025 | 11/8/2025 | 75.42 | 0 | 0 | 75.42 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342846 | 9/9/2025 | 11/8/2025 | 80.7 | 0 | 0 | 80.7 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342847 | 9/9/2025 | 11/8/2025 | 143.94 | 0 | 0 | 143.94 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342848 | 9/9/2025 | 11/8/2025 | 131.06 | 0 | 0 | 131.06 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342849 | 9/9/2025 | 11/8/2025 | 49.44 | 0 | 0 | 49.44 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342850 | 9/9/2025 | 11/8/2025 | 51.29 | 0 | 0 | 51.29 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342852 | 9/9/2025 | 11/8/2025 | 142.1 | 0 | 0 | 142.1 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342854 | 9/9/2025 | 11/8/2025 | 79.9 | 0 | 0 | 79.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342856 | 9/9/2025 | 11/8/2025 | 134.72 | 0 | 0 | 134.72 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342857 | 9/9/2025 | 11/8/2025 | 41.87 | 0 | 0 | 41.87 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342858 | 9/9/2025 | 11/8/2025 | 61.75 | 0 | 0 | 61.75 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342861 | 9/9/2025 | 11/8/2025 | 82.38 | 0 | 0 | 82.38 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342862 | 9/9/2025 | 11/8/2025 | 40.14 | 0 | 0 | 40.14 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342864 | 9/9/2025 | 11/8/2025 | 138.45 | 0 | 0 | 138.45 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342866 | 9/9/2025 | 11/8/2025 | 45.78 | 0 | 0 | 45.78 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342867 | 9/9/2025 | 11/8/2025 | 43.88 | 0 | 0 | 43.88 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342869 | 9/9/2025 | 11/8/2025 | 122.46 | 0 | 0 | 122.46 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2342874 | 9/9/2025 | 11/8/2025 | 47.76 | 0 | 0 | 47.76 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538644 | 9/10/2025 | 11/9/2025 | 56.55 | 0 | 0 | 56.55 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538926 | 9/10/2025 | 11/9/2025 | 63.93 | 0 | 0 | 63.93 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538929 | 9/10/2025 | 11/9/2025 | 107.74 | 0 | 0 | 107.74 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538934 | 9/10/2025 | 11/9/2025 | 77.24 | 0 | 0 | 77.24 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538968 | 9/10/2025 | 11/9/2025 | 81.34 | 0 | 0 | 81.34 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343414 | 9/11/2025 | 11/10/2025 | 40.36 | 0 | 0 | 40.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343421 | 9/11/2025 | 11/10/2025 | 73.74 | 0 | 0 | 73.74 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343438 | 9/11/2025 | 11/10/2025 | 54.58 | 0 | 0 | 54.58 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538923 | 9/11/2025 | 11/10/2025 | 72.22 | 0 | 0 | 72.22 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538924 | 9/11/2025 | 11/10/2025 | 85.75 | 0 | 0 | 85.75 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538925 | 9/11/2025 | 11/10/2025 | 52.24 | 0 | 0 | 52.24 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538927 | 9/11/2025 | 11/10/2025 | 63.82 | 0 | 0 | 63.82 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538928 | 9/11/2025 | 11/10/2025 | 65.42 | 0 | 0 | 65.42 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538930 | 9/11/2025 | 11/10/2025 | 121.16 | 0 | 0 | 121.16 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538931 | 9/11/2025 | 11/10/2025 | 63.93 | 0 | 0 | 63.93 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538932 | 9/11/2025 | 11/10/2025 | 63.82 | 0 | 0 | 63.82 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538933 | 9/11/2025 | 11/10/2025 | 88.04 | 0 | 0 | 88.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538935 | 9/11/2025 | 11/10/2025 | 52 | 0 | 0 | 52 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mills Fleet Farm | MILLS | G0538986 | 9/11/2025 | 11/10/2025 | 57.34 | 0 | 0 | 57.34 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538987 | 9/11/2025 | 11/10/2025 | 53.44 | 0 | 0 | 53.44 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538989 | 9/11/2025 | 11/10/2025 | 58.15 | 0 | 0 | 58.15 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0538990 | 9/11/2025 | 11/10/2025 | 52.39 | 0 | 0 | 52.39 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539543 | 9/11/2025 | 11/10/2025 | 43.92 | 0 | 0 | 43.92 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539547 | 9/11/2025 | 11/10/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343514 | 9/12/2025 | 11/11/2025 | 53.1 | 0 | 0 | 53.1 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343515 | 9/12/2025 | 11/11/2025 | 73.91 | 0 | 0 | 73.91 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343516 | 9/12/2025 | 11/11/2025 | 220.36 | 0 | 0 | 220.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343517 | 9/12/2025 | 11/11/2025 | 103.44 | 0 | 0 | 103.44 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343520 | 9/12/2025 | 11/11/2025 | 60.24 | 0 | 0 | 60.24 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539079 | 9/12/2025 | 11/11/2025 | 63.32 | 0 | 0 | 63.32 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539080 | 9/12/2025 | 11/11/2025 | 77.35 | 0 | 0 | 77.35 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343628 | 9/15/2025 | 11/14/2025 | 260.67 | 0 | 0 | 260.67 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343630 | 9/15/2025 | 11/14/2025 | 61.92 | 0 | 0 | 61.92 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343631 | 9/15/2025 | 11/14/2025 | 65.32 | 0 | 0 | 65.32 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343637 | 9/15/2025 | 11/14/2025 | 106.26 | 0 | 0 | 106.26 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2343639 | 9/15/2025 | 11/14/2025 | 200.2 | 0 | 0 | 200.2 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539577 | 9/15/2025 | 11/14/2025 | 56.56 | 0 | 0 | 56.56 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539578 | 9/15/2025 | 11/14/2025 | 55.25 | 0 | 0 | 55.25 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539579 | 9/15/2025 | 11/14/2025 | 55.77 | 0 | 0 | 55.77 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539580 | 9/15/2025 | 11/14/2025 | 63.82 | 0 | 0 | 63.82 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539581 | 9/15/2025 | 11/14/2025 | 69.52 | 0 | 0 | 69.52 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539582 | 9/15/2025 | 11/14/2025 | 61.05 | 0 | 0 | 61.05 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539583 | 9/15/2025 | 11/14/2025 | 46.85 | 0 | 0 | 46.85 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539584 | 9/15/2025 | 11/14/2025 | 119.19 | 0 | 0 | 119.19 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539585 | 9/15/2025 | 11/14/2025 | 42.09 | 0 | 0 | 42.09 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539586 | 9/15/2025 | 11/14/2025 | 85.9 | 0 | 0 | 85.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539637 | 9/15/2025 | 11/14/2025 | 85.82 | 0 | 0 | 85.82 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539638 | 9/15/2025 | 11/14/2025 | 57.54 | 0 | 0 | 57.54 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539639 | 9/15/2025 | 11/14/2025 | 40.22 | 0 | 0 | 40.22 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539640 | 9/15/2025 | 11/14/2025 | 70.41 | 0 | 0 | 70.41 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539710 | 9/16/2025 | 11/15/2025 | 77.06 | 0 | 0 | 77.06 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539711 | 9/16/2025 | 11/15/2025 | 191.52 | 0 | 0 | 191.52 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539712 | 9/16/2025 | 11/15/2025 | 78.9 | 0 | 0 | 78.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539713 | 9/16/2025 | 11/15/2025 | 78.9 | 0 | 0 | 78.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539714 | 9/16/2025 | 11/15/2025 | 99 | 0 | 0 | 99 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539715 | 9/16/2025 | 11/15/2025 | 78.9 | 0 | 0 | 78.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539716 | 9/16/2025 | 11/15/2025 | 78.9 | 0 | 0 | 78.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539796 | 9/16/2025 | 11/15/2025 | 46.85 | 0 | 0 | 46.85 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539797 | 9/16/2025 | 11/15/2025 | 41.83 | 0 | 0 | 41.83 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539798 | 9/16/2025 | 11/15/2025 | 42.21 | 0 | 0 | 42.21 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539800 | 9/16/2025 | 11/15/2025 | 154.25 | 0 | 0 | 154.25 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539804 | 9/16/2025 | 11/15/2025 | 44.36 | 0 | 0 | 44.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539805 | 9/16/2025 | 11/15/2025 | 80.28 | 0 | 0 | 80.28 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539807 | 9/16/2025 | 11/15/2025 | 69.36 | 0 | 0 | 69.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539835 | 9/16/2025 | 11/15/2025 | 128.18 | 0 | 0 | 128.18 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539837 | 9/16/2025 | 11/15/2025 | 74.23 | 0 | 0 | 74.23 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539799 | 9/17/2025 | 11/16/2025 | 53.68 | 0 | 0 | 53.68 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539801 | 9/17/2025 | 11/16/2025 | 87.11 | 0 | 0 | 87.11 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539802 | 9/17/2025 | 11/16/2025 | 116.76 | 0 | 0 | 116.76 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539803 | 9/17/2025 | 11/16/2025 | 81.17 | 0 | 0 | 81.17 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539806 | 9/17/2025 | 11/16/2025 | 96.36 | 0 | 0 | 96.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539808 | 9/17/2025 | 11/16/2025 | 106.7 | 0 | 0 | 106.7 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539836 | 9/17/2025 | 11/16/2025 | 68.93 | 0 | 0 | 68.93 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539838 | 9/17/2025 | 11/16/2025 | 55.51 | 0 | 0 | 55.51 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539839 | 9/17/2025 | 11/16/2025 | 111.61 | 0 | 0 | 111.61 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539840 | 9/17/2025 | 11/16/2025 | 147.04 | 0 | 0 | 147.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539841 | 9/17/2025 | 11/16/2025 | 89.18 | 0 | 0 | 89.18 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539842 | 9/17/2025 | 11/16/2025 | 73.69 | 0 | 0 | 73.69 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0539988 | 9/18/2025 | 11/17/2025 | 49.04 | 0 | 0 | 49.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344056 | 9/19/2025 | 11/18/2025 | 82.32 | 0 | 0 | 82.32 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344059 | 9/19/2025 | 11/18/2025 | 40.68 | 0 | 0 | 40.68 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344060 | 9/19/2025 | 11/18/2025 | 43.2 | 0 | 0 | 43.2 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540710 | 9/19/2025 | 11/18/2025 | 114.46 | 0 | 0 | 114.46 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540711 | 9/19/2025 | 11/18/2025 | 79.86 | 0 | 0 | 79.86 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540712 | 9/19/2025 | 11/18/2025 | 115.12 | 0 | 0 | 115.12 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540713 | 9/19/2025 | 11/18/2025 | 104.63 | 0 | 0 | 104.63 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540714 | 9/19/2025 | 11/18/2025 | 45.41 | 0 | 0 | 45.41 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540715 | 9/19/2025 | 11/18/2025 | 67.45 | 0 | 0 | 67.45 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540716 | 9/19/2025 | 11/18/2025 | 151.36 | 0 | 0 | 151.36 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0540717 | 9/19/2025 | 11/18/2025 | 130.26 | 0 | 0 | 130.26 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344100 | 9/22/2025 | 11/21/2025 | 135.9 | 0 | 0 | 135.9 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344106 | 9/22/2025 | 11/21/2025 | 56.76 | 0 | 0 | 56.76 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344109 | 9/22/2025 | 11/21/2025 | 94.94 | 0 | 0 | 94.94 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344112 | 9/22/2025 | 11/21/2025 | 91.32 | 0 | 0 | 91.32 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541557 | 9/23/2025 | 11/22/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541558 | 9/23/2025 | 11/22/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541559 | 9/23/2025 | 11/22/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541564 | 9/23/2025 | 11/22/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541565 | 9/23/2025 | 11/22/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541570 | 9/23/2025 | 11/22/2025 | 70.2 | 0 | 0 | 70.2 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541571 | 9/23/2025 | 11/22/2025 | 110.76 | 0 | 0 | 110.76 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541572 | 9/23/2025 | 11/22/2025 | 53.1 | 0 | 0 | 53.1 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541573 | 9/23/2025 | 11/22/2025 | 63.82 | 0 | 0 | 63.82 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541574 | 9/23/2025 | 11/22/2025 | 80.16 | 0 | 0 | 80.16 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541581 | 9/23/2025 | 11/22/2025 | 101.04 | 0 | 0 | 101.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2341630 | 9/24/2025 | 11/23/2025 | 44.17 | 0 | 0 | 44.17 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344298 | 9/25/2025 | 11/24/2025 | 77.04 | 0 | 0 | 77.04 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344374 | 9/29/2025 | 11/28/2025 | 59.7 | 0 | 0 | 59.7 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344376 | 9/29/2025 | 11/28/2025 | 58.8 | 0 | 0 | 58.8 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344378 | 9/29/2025 | 11/28/2025 | 63.95 | 0 | 0 | 63.95 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344503 | 9/30/2025 | 11/29/2025 | 71.64 | 0 | 0 | 71.64 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344506 | 9/30/2025 | 11/29/2025 | 47.76 | 0 | 0 | 47.76 | 0 | 0 |

| Name | Code | Reference | Date 1 | Date 2 | Amt | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mills Fleet Farm | MILLS | C2344509 | 9/30/2025 | 11/29/2025 | 89.76 | 0 | 0 | 89.76 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541990 | 9/30/2025 | 11/29/2025 | 40.26 | 0 | 0 | 40.26 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541996 | 9/30/2025 | 11/29/2025 | 81.13 | 0 | 0 | 81.13 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541997 | 9/30/2025 | 11/29/2025 | 74.74 | 0 | 0 | 74.74 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541998 | 9/30/2025 | 11/29/2025 | 60.27 | 0 | 0 | 60.27 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0541999 | 9/30/2025 | 11/29/2025 | 66.98 | 0 | 0 | 66.98 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542006 | 9/30/2025 | 11/29/2025 | 57.38 | 0 | 0 | 57.38 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542007 | 9/30/2025 | 11/29/2025 | 73.57 | 0 | 0 | 73.57 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542008 | 9/30/2025 | 11/29/2025 | 77.24 | 0 | 0 | 77.24 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542009 | 9/30/2025 | 11/29/2025 | 67.1 | 0 | 0 | 67.1 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344762 | 10/3/2025 | 12/2/2025 | 237.7 | 0 | 0 | 237.7 | 0 | 0 |
| Mills Fleet Farm | MILLS | C2344763 | 10/3/2025 | 12/2/2025 | 160.68 | 0 | 0 | 160.68 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542684 | 10/7/2025 | 12/6/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542685 | 10/7/2025 | 12/6/2025 | 50.4 | 0 | 0 | 50.4 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542688 | 10/7/2025 | 12/6/2025 | 86.99 | 0 | 0 | 86.99 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542689 | 10/7/2025 | 12/6/2025 | 73.18 | 0 | 0 | 73.18 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542690 | 10/7/2025 | 12/6/2025 | 141.63 | 0 | 0 | 141.63 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542691 | 10/7/2025 | 12/6/2025 | 77.79 | 0 | 0 | 77.79 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542705 | 10/7/2025 | 12/6/2025 | 81.34 | 0 | 0 | 81.34 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542706 | 10/7/2025 | 12/6/2025 | 41.83 | 0 | 0 | 41.83 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542707 | 10/7/2025 | 12/6/2025 | 44.73 | 0 | 0 | 44.73 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0542708 | 10/7/2025 | 12/6/2025 | 90.77 | 0 | 0 | 90.77 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0543664 | 10/15/2025 | 12/14/2025 | 92.17 | 0 | 92.17 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0543665 | 10/15/2025 | 12/14/2025 | 65.94 | 0 | 65.94 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0543666 | 10/16/2025 | 12/15/2025 | 61.49 | 0 | 61.49 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0543680 | 10/16/2025 | 12/15/2025 | 53.44 | 0 | 53.44 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0543681 | 10/16/2025 | 12/15/2025 | 54.9 | 0 | 54.9 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544193 | 10/22/2025 | 12/21/2025 | 49.7 | 0 | 49.7 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544194 | 10/22/2025 | 12/21/2025 | 46.85 | 0 | 46.85 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544196 | 10/22/2025 | 12/21/2025 | 48.88 | 0 | 48.88 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544197 | 10/22/2025 | 12/21/2025 | 40.26 | 0 | 40.26 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544245 | 10/22/2025 | 12/21/2025 | 233.63 | 0 | 233.63 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544195 | 10/23/2025 | 12/22/2025 | 51.18 | 0 | 51.18 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544242 | 10/23/2025 | 12/22/2025 | 61.49 | 0 | 61.49 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544243 | 10/23/2025 | 12/22/2025 | 80.52 | 0 | 80.52 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544244 | 10/23/2025 | 12/22/2025 | 76.08 | 0 | 76.08 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544512 | 10/28/2025 | 12/27/2025 | 104.71 | 104.71 | 0 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544513 | 10/28/2025 | 12/27/2025 | 83.83 | 83.83 | 0 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544514 | 10/28/2025 | 12/27/2025 | 40.26 | 40.26 | 0 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544515 | 10/28/2025 | 12/27/2025 | 93.17 | 93.17 | 0 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS | G0544629 | 10/31/2025 | 12/30/2025 | 50.33 | 50.33 | 0 | 0 | 0 | 0 |
| Mills Fleet Farm | MILLS/CTD | DMCC1981981 | 6/27/2023 | 6/27/2023 | 0 | 0 | 0 | 0 | 0 | -42 |
| Mills Fleet Farm | MILLS/CTD | G0384703 | 3/6/2025 | 3/6/2025 | 0 | 0 | 0 | 0 | 0 | -67.1 |
| Johnson's Bait & Tackle | N00008 | V1006291 | 8/21/2025 | 9/20/2025 | 94.15 | 0 | 0 | 0 | 0 | 14.93 |
| Johnson's Bait & Tackle | N00008 | C2341739 | 8/27/2025 | 9/26/2025 | 142.6 | 0 | 0 | 0 | 0 | 20.89 |
| Johnson's Bait & Tackle | N00008 | V1008367 | 8/29/2025 | 9/28/2025 | 570.04 | 0 | 0 | 0 | 0 | 57.97 |
| Johnson's Bait & Tackle | N00008 | G0536812 | 9/4/2025 | 10/4/2025 | 894.5 | 0 | 0 | 0 | 0 | 51.15 |
| Johnson's Bait & Tackle | N00008 | V1011868 | 9/5/2025 | 10/5/2025 | 234.88 | 0 | 0 | 0 | 0 | 234.88 |
| Johnson's Bait & Tackle | N00008 | G0539081 | 9/12/2025 | 10/12/2025 | 118.36 | 0 | 0 | 0 | 10.16 | 0 |
| Fin Factory Charters LLC | N00010 | V0864028 | 1/15/2025 | 1/15/2025 | -197.97 | 0 | 0 | 0 | 0 | -197.97 |
| Rambo Outdoors | N00019 | V0997500 | 8/5/2025 | 8/5/2025 | -75.18 | 0 | 0 | 0 | 0 | -75.18 |
| Chadron Ace Hardware LLC | N00026 | C2318078 | 4/22/2025 | 5/10/2025 | 847.01 | 0 | 0 | 0 | 0 | 29.96 |
| Chadron Ace Hardware LLC | N00026 | C2325627 | 5/28/2025 | 7/10/2025 | 772.7 | 0 | 0 | 0 | 0 | 772.7 |
| Chadron Ace Hardware LLC | N00026 | F2505N00026C | 5/30/2025 | 6/29/2025 | 8.45 | 0 | 0 | 0 | 0 | 8.45 |
| Chadron Ace Hardware LLC | N00026 | F2506N00026C | 6/29/2025 | 7/29/2025 | 12.6 | 0 | 0 | 0 | 0 | 12.6 |
| Chadron Ace Hardware LLC | N00026 | F2507N00026C | 7/30/2025 | 8/29/2025 | 20.77 | 0 | 0 | 0 | 0 | 20.77 |
| Chadron Ace Hardware LLC | N00026 | F2508N00026C | 8/30/2025 | 9/29/2025 | 18.55 | 0 | 0 | 0 | 0 | 18.55 |
| Chadron Ace Hardware LLC | N00026 | F2509N00026C | 9/26/2025 | 10/26/2025 | 10.8 | 0 | 0 | 0 | 10.8 | 0 |
| Corner Post | N00059 | C2249978 | 7/25/2024 | 10/23/2024 | 3246.4 | 0 | 0 | 0 | 0 | -795.65 |
| Corner Post | N00059 | C2280231-3 | 11/6/2024 | 7/10/2025 | 997.47 | 0 | 0 | 0 | 0 | -740.12 |
| Corner Post | N00059 | C2284845 | 11/22/2024 | 12/10/2024 | 1627.4 | 0 | 0 | 0 | 0 | -1401.29 |
| Corner Post | N00059 | C2289654 | 12/12/2024 | 1/10/2025 | 2720.71 | 0 | 0 | 0 | 0 | -3054.44 |
| Corner Post | N00059 | C2334508 | 7/3/2025 | 8/10/2025 | 1268.94 | 0 | 0 | 0 | 0 | -271.51 |
| Corner Post | N00059 | V0980816 | 7/3/2025 | 8/10/2025 | 525.12 | 0 | 0 | 0 | 0 | -428.52 |
| Corner Post | N00059 | C2336646 | 7/15/2025 | 7/15/2025 | -976.48 | 0 | 0 | 0 | 0 | -976.48 |
| Corner Post | N00059 | V0998111 | 8/7/2025 | 9/10/2025 | 274.55 | 0 | 0 | 0 | 0 | -227.55 |
| Peacemaker Enterprise LLC | N00075 | C2012365 | 11/21/2022 | 12/10/2022 | 5431.04 | 0 | 0 | 0 | 0 | 1951.04 |
| Peacemaker Enterprise LLC | N00075 | C2020181 | 12/8/2022 | 1/10/2023 | 1153.11 | 0 | 0 | 0 | 0 | 1153.11 |
| Prasek's Hillje Smokehouse | N00095 | G0444211 | 8/28/2024 | 8/28/2024 | -25 | 0 | 0 | 0 | 0 | -17.2 |
| The Boat Shop | N00097 | V0859488 | 1/3/2025 | 1/3/2025 | -181.3 | 0 | 0 | 0 | 0 | -181.3 |
| Ace Fishing Tackle | N00098 | G0544415 | 10/23/2025 | 10/23/2025 | -40.04 | 0 | 0 | 0 | -40.04 | 0 |
| The Monte Vista Cooperative | N00121 | G0443440 | 8/26/2024 | 8/26/2024 | -13.51 | 0 | 0 | 0 | 0 | -13.51 |
| Patriot Fuels Inc | N00136 | C2341656 | 8/27/2025 | 8/27/2025 | -227.2 | 0 | 0 | 0 | 0 | -227.2 |
| Carver Store | N00141 | G0534140 | 8/11/2025 | 8/11/2025 | -1.78 | 0 | 0 | 0 | 0 | -1.78 |
| Carver Store | N00141 | G0534768 | 8/13/2025 | 8/13/2025 | -5.2 | 0 | 0 | 0 | 0 | -5.2 |
| 7-Eleven Inc | N00207 | V0974915 | 6/26/2025 | 8/10/2025 | 5727.49 | 0 | 0 | 0 | 0 | -17.27 |
| Robson Armory | N00234 | G0487214-3 | 2/4/2025 | 7/10/2025 | 5607.19 | 0 | 0 | 0 | 0 | 5607.19 |
| Robson Armory | N00234 | G0497970-3 | 3/6/2025 | 7/10/2025 | 4992.33 | 0 | 0 | 0 | 0 | 4992.33 |
| Robson Armory | N00234 | G0498080-3 | 3/7/2025 | 7/10/2025 | 4576.68 | 0 | 0 | 0 | 0 | 4576.68 |
| Robson Armory | N00234 | G0499589-3 | 3/12/2025 | 7/10/2025 | 4993.95 | 0 | 0 | 0 | 0 | 4993.95 |
| Robson Armory | N00234 | G0499590-1 | 3/13/2025 | 7/10/2025 | 5169.38 | 0 | 0 | 0 | 0 | 2000 |
| Robson Armory | N00234 | G0499590-3 | 3/13/2025 | 7/10/2025 | 5169.38 | 0 | 0 | 0 | 0 | 5169.38 |
| Robson Armory | N00234 | G0507413-3 | 4/15/2025 | 7/10/2025 | 8403.11 | 0 | 0 | 0 | 0 | 8403.11 |
| Robson Armory | N00234 | G0508123 | 4/21/2025 | 5/10/2025 | 5285.12 | 0 | 0 | 0 | 0 | 5285.12 |
| D & D Marina LLC | N00235 | G0200647 | 8/4/2022 | 8/19/2022 | 114.9 | 0 | 0 | 0 | 0 | -54.41 |
| D & D Marina LLC | N00235 | N0337665 | 7/17/2023 | 8/10/2023 | 484.12 | 0 | 0 | 0 | 0 | -484.12 |
| Big Bass Hooker Tackle Shop LLC | N00251 | R2015986 | 4/27/2020 | 4/27/2020 | -26.9 | 0 | 0 | 0 | 0 | -26.9 |
| Big Bass Hooker Tackle Shop LLC | N00251 | R2204953 | 5/11/2021 | 5/11/2021 | -49.25 | 0 | 0 | 0 | 0 | -49.25 |
| Big Bass Hooker Tackle Shop LLC | N00251 | R2212737 | 5/26/2021 | 5/26/2021 | -49.25 | 0 | 0 | 0 | 0 | -49.25 |
| Sportsmen's Hide-A-Way | N00261 | G0416051 | 6/4/2024 | 9/2/2024 | 4195.79 | 0 | 0 | 0 | 0 | 3861.53 |
| Sportsmen's Hide-A-Way | N00261 | C2242341 | 7/1/2024 | 9/29/2024 | 1477.53 | 0 | 0 | 0 | 0 | 1477.53 |
| Sportsmen's Hide-A-Way | N00261 | G0426212 | 7/1/2024 | 9/29/2024 | 4786.98 | 0 | 0 | 0 | 0 | 4786.98 |
| Sportsmen's Hide-A-Way | N00261 | F2408N00261G | 8/12/2024 | 9/11/2024 | 21.71 | 0 | 0 | 0 | 0 | 21.71 |
| Sportsmen's Hide-A-Way | N00261 | F2408N00261R | 8/12/2024 | 9/11/2024 | 4.81 | 0 | 0 | 0 | 0 | 4.81 |

| Name | Number | Reference | Date1 | Date2 | Amount | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sportsmen's Hide-A-Way | N00261 | F2408N00261V | 8/12/2024 | 9/11/2024 | 13.23 | 0 | 0 | 0 | 0 | 13.23 |
| Outdoor Alphas Rod & Reels | N00338 | R2555643 | 4/3/2023 | 5/10/2023 | 1586.25 | 0 | 0 | 0 | 0 | 386.25 |
| Outdoor Alphas Rod & Reels | N00338 | R2562686 | 4/13/2023 | 5/10/2023 | 2594.83 | 0 | 0 | 0 | 0 | 2594.83 |
| Outdoor Alphas Rod & Reels | N00338 | R2576723 | 5/9/2023 | 6/10/2023 | 735.95 | 0 | 0 | 0 | 0 | 735.95 |
| The Guns Store | N00339 | C2344898 | 10/7/2025 | 11/10/2025 | 49.4 | 0 | 0 | 0 | 49.4 | 0 |
| The Guns Store | N00339 | V1026032 | 10/7/2025 | 11/10/2025 | 46.74 | 0 | 0 | 0 | 46.74 | 0 |
| The Guns Store | N00339 | G0542963 | 10/8/2025 | 11/10/2025 | 56.39 | 0 | 0 | 0 | 56.39 | 0 |
| New Border Tactical Inc | N00347 | C2329075 | 6/11/2025 | 10/10/2025 | 1362.89 | 0 | 0 | 0 | 1362.89 | 0 |
| New Border Tactical Inc | N00347 | G0520348 | 6/11/2025 | 10/10/2025 | 3243.87 | 0 | 0 | 0 | 3243.87 | 0 |
| New Border Tactical Inc | N00347 | V0965255 | 6/13/2025 | 8/12/2025 | 1209.48 | 0 | 0 | 0 | 0 | 1209.48 |
| New Border Tactical Inc | N00347 | F2509N00347C | 9/29/2025 | 10/29/2025 | 3.3 | 0 | 0 | 0 | 3.3 | 0 |
| New Border Tactical Inc | N00347 | F2509N00347G | 9/29/2025 | 10/29/2025 | 59.4 | 0 | 0 | 0 | 59.4 | 0 |
| New Border Tactical Inc | N00347 | F2509N00347V | 9/29/2025 | 10/29/2025 | 18 | 0 | 0 | 0 | 18 | 0 |
| New Border Tactical Inc | N00347 | F2510N00347C | 10/30/2025 | 11/29/2025 | 17.03 | 0 | 0 | 17.03 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2510N00347G | 10/30/2025 | 11/29/2025 | 93.81 | 0 | 0 | 93.81 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2510N00347V | 10/30/2025 | 11/29/2025 | 18.6 | 0 | 0 | 18.6 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2511N00347C | 11/29/2025 | 12/29/2025 | 20.4 | 20.4 | 0 | 0 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2511N00347G | 11/29/2025 | 12/29/2025 | 48.6 | 48.6 | 0 | 0 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2511N00347V | 11/29/2025 | 12/29/2025 | 18 | 18 | 0 | 0 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2512N00347C | 12/1/2025 | 12/31/2025 | 1.36 | 1.36 | 0 | 0 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2512N00347G | 12/1/2025 | 12/31/2025 | 3.24 | 3.24 | 0 | 0 | 0 | 0 |
| New Border Tactical Inc | N00347 | F2512N00347V | 12/1/2025 | 12/31/2025 | 1.2 | 1.2 | 0 | 0 | 0 | 0 |
| Faith Outdoors LLC | N00399 | C2248031 | 7/22/2024 | 12/10/2024 | 5618.77 | 0 | 0 | 0 | 0 | 5618.77 |
| Faith Outdoors LLC | N00399 | C2248172 | 7/22/2024 | 10/20/2024 | 6135.26 | 0 | 0 | 0 | 0 | 6135.26 |
| Faith Outdoors LLC | N00399 | G0432791 | 7/22/2024 | 12/10/2024 | 4199.52 | 0 | 0 | 0 | 0 | 3150 |
| Happy Skeeter Inc | N00433 | G0481327-3 | 1/13/2025 | 7/10/2025 | 1908.27 | 0 | 0 | 0 | 0 | 1908.27 |
| Happy Skeeter Inc | N00433 | V0865967-3 | 1/29/2025 | 7/10/2025 | 2433.06 | 0 | 0 | 0 | 0 | 2433.06 |
| Happy Skeeter Inc | N00433 | V0874677-3 | 2/10/2025 | 7/10/2025 | 615.23 | 0 | 0 | 0 | 0 | 615.23 |
| Happy Skeeter Inc | N00433 | G0493495-3 | 2/17/2025 | 7/10/2025 | 384.03 | 0 | 0 | 0 | 0 | 384.03 |
| Happy Skeeter Inc | N00433 | C2303739-3 | 2/18/2025 | 7/10/2025 | 1064.53 | 0 | 0 | 0 | 0 | 1064.53 |
| Happy Skeeter Inc | N00433 | C2304417-3 | 2/20/2025 | 7/10/2025 | 122.59 | 0 | 0 | 0 | 0 | 122.59 |
| Happy Skeeter Inc | N00433 | C2309770-3 | 3/14/2025 | 7/10/2025 | 294.36 | 0 | 0 | 0 | 0 | 294.36 |
| Happy Skeeter Inc | N00433 | C2311001-3 | 3/20/2025 | 7/10/2025 | 337.81 | 0 | 0 | 0 | 0 | 337.81 |
| Happy Skeeter Inc | N00433 | C2313938-3 | 4/2/2025 | 7/10/2025 | 893.7 | 0 | 0 | 0 | 0 | 893.7 |
| Happy Skeeter Inc | N00433 | V0941514-3 | 5/12/2025 | 7/10/2025 | 450.68 | 0 | 0 | 0 | 0 | 450.68 |
| Happy Skeeter Inc | N00433 | G0512529-3 | 5/13/2025 | 7/10/2025 | 5395.21 | 0 | 0 | 0 | 0 | 5395.21 |
| Happy Skeeter Inc | N00433 | V0946073-3 | 5/15/2025 | 7/10/2025 | 267.91 | 0 | 0 | 0 | 0 | 267.91 |
| Happy Skeeter Inc | N00433 | G0513953-3 | 5/16/2025 | 7/10/2025 | 1333.97 | 0 | 0 | 0 | 0 | 1333.97 |
| Happy Skeeter Inc | N00433 | C2326465 | 5/30/2025 | 7/29/2025 | 577.25 | 0 | 0 | 0 | 0 | 577.25 |
| Happy Skeeter Inc | N00433 | C2329820 | 6/13/2025 | 8/12/2025 | 1316.45 | 0 | 0 | 0 | 0 | 1316.45 |
| Happy Skeeter Inc | N00433 | V0967201 | 6/16/2025 | 8/15/2025 | 2145.89 | 0 | 0 | 0 | 0 | 2145.89 |
| Happy Skeeter Inc | N00433 | G0520978 | 6/17/2025 | 8/16/2025 | 2775.63 | 0 | 0 | 0 | 0 | 2775.63 |
| Happy Skeeter Inc | N00433 | C2331805 | 6/23/2025 | 8/22/2025 | 5451.91 | 0 | 0 | 0 | 0 | 5451.91 |
| Akins Foods Inc | N00442 | G0544853 | 11/6/2025 | 12/10/2025 | 202.64 | 0 | 202.64 | 0 | 0 | 0 |
| Akins Foods Inc | N00442 | V1029876 | 11/6/2025 | 12/10/2025 | 83.43 | 0 | 83.43 | 0 | 0 | 0 |
| Wamic Market LLC | N00479 | G0499086 | 3/11/2025 | 9/10/2025 | 2425.9 | 0 | 0 | 0 | 0 | 2425.9 |
| CW & E LLC | N00491 | G0497413 | 3/4/2025 | 9/10/2025 | 1107.89 | 0 | 0 | 0 | 0 | 1107.89 |
| CW & E LLC | N00491 | C2307241 | 3/5/2025 | 9/10/2025 | 14497.65 | 0 | 0 | 0 | 0 | 14497.65 |
| CW & E LLC | N00491 | C2311779 | 3/25/2025 | 9/10/2025 | 3993.66 | 0 | 0 | 0 | 0 | 2325.63 |
| CW & E LLC | N00491 | G0501856 | 3/25/2025 | 9/10/2025 | 1493.08 | 0 | 0 | 0 | 0 | 1493.08 |
| CW & E LLC | N00491 | C2330663 | 6/18/2025 | 8/17/2025 | 3879.68 | 0 | 0 | 0 | 0 | 3879.68 |
| CW & E LLC | N00491 | C2330731 | 6/18/2025 | 10/10/2025 | 531.03 | 0 | 0 | 0 | 531.03 | 0 |
| CW & E LLC | N00491 | C2330796 | 6/18/2025 | 9/16/2025 | 903.53 | 0 | 0 | 0 | 0 | 903.53 |
| CW & E LLC | N00491 | C2330849 | 6/18/2025 | 11/10/2025 | 215.79 | 0 | 0 | 215.79 | 0 | 0 |
| CW & E LLC | N00491 | G0522247 | 6/18/2025 | 8/17/2025 | 966.26 | 0 | 0 | 0 | 0 | 966.26 |
| CW & E LLC | N00491 | G0522267 | 6/18/2025 | 10/10/2025 | 1917.65 | 0 | 0 | 0 | 1917.65 | 0 |
| CW & E LLC | N00491 | V0970084 | 6/18/2025 | 8/17/2025 | 210.73 | 0 | 0 | 0 | 0 | 210.73 |
| CW & E LLC | N00491 | C2331264 | 6/19/2025 | 8/18/2025 | 2399.96 | 0 | 0 | 0 | 0 | 2399.96 |
| CW & E LLC | N00491 | G0970085 | 6/19/2025 | 10/10/2025 | 1006.16 | 0 | 0 | 0 | 1006.16 | 0 |
| CW & E LLC | N00491 | G0524492 | 6/26/2025 | 10/10/2025 | 936.09 | 0 | 0 | 0 | 0 | 721.24 |
| CW & E LLC | N00491 | G0524643 | 6/27/2025 | 8/26/2025 | 449.4 | 0 | 0 | 0 | 0 | 449.4 |
| CW & E LLC | N00491 | V0976333 | 6/27/2025 | 8/10/2025 | 437.04 | 0 | 0 | 0 | 0 | 437.04 |
| CW & E LLC | N00491 | G0528259 | 7/11/2025 | 8/10/2025 | 2087.5 | 0 | 0 | 0 | 0 | 2087.5 |
| CW & E LLC | N00491 | V0984857 | 7/11/2025 | 8/10/2025 | 1466.02 | 0 | 0 | 0 | 0 | 1466.02 |
| CW & E LLC | N00491 | G0529950 | 7/18/2025 | 8/10/2025 | 550.79 | 0 | 0 | 0 | 0 | 550.79 |
| CW & E LLC | N00491 | V0988909 | 7/21/2025 | 8/10/2025 | 362.58 | 0 | 0 | 0 | 0 | 362.58 |
| CW & E LLC | N00491 | G0530872 | 7/22/2025 | 8/10/2025 | 880.08 | 0 | 0 | 0 | 0 | 880.08 |
| CW & E LLC | N00491 | V0990755 | 7/23/2025 | 8/10/2025 | 574.15 | 0 | 0 | 0 | 0 | 574.15 |
| CW & E LLC | N00491 | C2338370 | 7/29/2025 | 9/10/2025 | 2397.3 | 0 | 0 | 0 | 0 | 2397.3 |
| CW & E LLC | N00491 | G0532283 | 7/29/2025 | 9/10/2025 | 543.61 | 0 | 0 | 0 | 0 | 543.61 |
| CW & E LLC | N00491 | V0994869 | 7/30/2025 | 9/10/2025 | 691.81 | 0 | 0 | 0 | 0 | 691.81 |
| CW & E LLC | N00491 | C2338907 | 8/1/2025 | 9/10/2025 | 599.07 | 0 | 0 | 0 | 0 | 599.07 |
| CW & E LLC | N00491 | G0532563 | 8/1/2025 | 9/10/2025 | 317.49 | 0 | 0 | 0 | 0 | 317.49 |
| CW & E LLC | N00491 | V0996649 | 8/4/2025 | 9/10/2025 | 210.4 | 0 | 0 | 0 | 0 | 210.4 |
| CW & E LLC | N00491 | C2342041 | 8/29/2025 | 10/10/2025 | 1065.84 | 0 | 0 | 0 | 1065.84 | 0 |
| CW & E LLC | N00491 | V1008323 | 8/29/2025 | 10/10/2025 | 856.32 | 0 | 0 | 0 | 856.32 | 0 |
| CW & E LLC | N00491 | G0536668 | 9/3/2025 | 10/10/2025 | 266.62 | 0 | 0 | 0 | 266.62 | 0 |
| CW & E LLC | N00491 | G0541652 | 9/4/2025 | 9/24/2025 | 0 | 0 | 0 | 0 | 0 | -120.6 |
| Maruti Shingletown Inc | N00507 | RTRN470481 | 6/27/2025 | 6/27/2025 | 0 | 0 | 0 | 0 | 0 | 1148.68 |
| Jasman Inc | N00517 | G0544496 | 10/27/2025 | 12/10/2025 | 540.17 | 0 | 540.17 | 0 | 0 | 0 |
| Jasman Inc | N00517 | V1029396 | 10/27/2025 | 12/10/2025 | 842.92 | 0 | 842.92 | 0 | 0 | 0 |
| Jasman Inc | N00517 | G0544962 | 11/12/2025 | 12/10/2025 | 55.2 | 0 | 55.2 | 0 | 0 | 0 |
| Jasman Inc | N00517 | V1030057 | 11/12/2025 | 12/10/2025 | 9.72 | 0 | 9.72 | 0 | 0 | 0 |
| Birdsey Enterprises LLC | N00521 | G0402225 | 4/25/2024 | 7/24/2024 | 5502.39 | 0 | 0 | 0 | 0 | -1456.41 |
| Hook'd LLC | N00522 | G0405946 | 5/6/2024 | 6/5/2024 | 2080.17 | 0 | 0 | 0 | 0 | 2080.17 |
| Hook'd LLC | N00522 | C2227162 | 5/20/2024 | 6/19/2024 | 2245.88 | 0 | 0 | 0 | 0 | 2245.88 |
| Hook'd LLC | N00522 | G0411342 | 5/23/2024 | 6/22/2024 | 909.5 | 0 | 0 | 0 | 0 | 909.5 |
| Hook'd LLC | N00522 | C2229153 | 5/24/2024 | 6/22/2024 | 233.03 | 0 | 0 | 0 | 0 | 233.03 |
| Hook'd LLC | N00522 | G0413607 | 5/29/2024 | 8/27/2024 | 1021.04 | 0 | 0 | 0 | 0 | 1021.04 |
| Hook'd LLC | N00522 | G0421904 | 6/24/2024 | 7/24/2024 | 900.84 | 0 | 0 | 0 | 0 | 900.84 |
| Hook'd LLC | N00522 | F2406N00522C | 6/29/2024 | 7/29/2024 | 9.73 | 0 | 0 | 0 | 0 | 9.73 |
| Hook'd LLC | N00522 | F2406N00522G | 6/29/2024 | 7/29/2024 | 35.52 | 0 | 0 | 0 | 0 | 35.52 |
| Hook'd LLC | N00522 | F2406N00522R | 6/29/2024 | 7/29/2024 | 22.43 | 0 | 0 | 0 | 0 | 22.43 |
| Hook'd LLC | N00522 | F2407N00522R | 7/10/2024 | 8/9/2024 | 9.13 | 0 | 0 | 0 | 0 | 9.13 |

| Name | Number | Invoice | Date 1 | Date 2 | Amount | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hook'd LLC | N00522 | F2407N00522C | 7/30/2024 | 8/29/2024 | 51.39 | 0 | 0 | 0 | 0 | 0 | 51.39 |
| Hook'd LLC | N00522 | F2407N00522G | 7/30/2024 | 8/29/2024 | 54.36 | 0 | 0 | 0 | 0 | 0 | 54.36 |
| Hook'd LLC | N00522 | F2408N00522C | 8/30/2024 | 9/29/2024 | 34.72 | 0 | 0 | 0 | 0 | 0 | 34.72 |
| Hook'd LLC | N00522 | F2408N00522G | 8/30/2024 | 9/29/2024 | 63.08 | 0 | 0 | 0 | 0 | 0 | 63.08 |
| Hook'd LLC | N00522 | F2409N00522C | 9/4/2024 | 10/4/2024 | 5.6 | 0 | 0 | 0 | 0 | 0 | 5.6 |
| Hook'd LLC | N00522 | F2409N00522G | 9/4/2024 | 10/4/2024 | 9.75 | 0 | 0 | 0 | 0 | 0 | 9.75 |
| The Minnow Bucket | N00531 | C2307223 | 3/5/2025 | 9/10/2025 | 3665.42 | 0 | 0 | 0 | 0 | 0 | 3665.42 |
| The Minnow Bucket | N00531 | G0497414 | 3/5/2025 | 9/10/2025 | 852.9 | 0 | 0 | 0 | 0 | 0 | 852.9 |
| The Minnow Bucket | N00531 | C2322142 | 5/8/2025 | 6/10/2025 | 2015.94 | 0 | 0 | 0 | 0 | 0 | 2015.94 |
| Matagorda Outfitters LLC | N00589 | F2301N00589C | 1/30/2023 | 3/1/2023 | 280.86 | 0 | 0 | 0 | 0 | 0 | 280.86 |
| Matagorda Outfitters LLC | N00589 | F2301N00589R | 1/30/2023 | 3/1/2023 | 155.24 | 0 | 0 | 0 | 0 | 0 | 155.24 |
| Matagorda Outfitters LLC | N00589 | F2302N00589C | 2/27/2023 | 3/29/2023 | 253.68 | 0 | 0 | 0 | 0 | 0 | 253.68 |
| Matagorda Outfitters LLC | N00589 | F2302N00589R | 2/27/2023 | 3/29/2023 | 110.04 | 0 | 0 | 0 | 0 | 0 | 110.04 |
| Matagorda Outfitters LLC | N00589 | F2303N00589C | 3/30/2023 | 4/29/2023 | 280.86 | 0 | 0 | 0 | 0 | 0 | 280.86 |
| Matagorda Outfitters LLC | N00589 | F2303N00589R | 3/30/2023 | 4/29/2023 | 121.83 | 0 | 0 | 0 | 0 | 0 | 121.83 |
| Matagorda Outfitters LLC | N00589 | F2304N00589C | 4/16/2023 | 5/16/2023 | 72.02 | 0 | 0 | 0 | 0 | 0 | 72.02 |
| Matagorda Outfitters LLC | N00589 | F2304N00589R | 4/16/2023 | 5/16/2023 | 39.41 | 0 | 0 | 0 | 0 | 0 | 39.41 |
| Scot's Sporting Goods Ltd | N00627 | G0480753 | 1/9/2025 | 2/8/2025 | 2673.13 | 0 | 0 | 0 | 0 | 0 | -115.78 |
| Scot's Sporting Goods Ltd | N00627 | G0483250 | 1/20/2025 | 2/10/2025 | 47.64 | 0 | 0 | 0 | 0 | 0 | -37.77 |
| Scot's Sporting Goods Ltd | N00627 | G0484264 | 1/23/2025 | 2/22/2025 | 440.63 | 0 | 0 | 0 | 0 | 0 | -304.08 |
| Scot's Sporting Goods Ltd | N00627 | C2299110 | 1/28/2025 | 2/27/2025 | 337.76 | 0 | 0 | 0 | 0 | 0 | -29.56 |
| Scot's Sporting Goods Ltd | N00627 | G0493112 | 2/13/2025 | 2/13/2025 | -34.06 | 0 | 0 | 0 | 0 | 0 | -34.06 |
| Scot's Sporting Goods Ltd | N00627 | G0504276 | 4/2/2025 | 4/2/2025 | -12.73 | 0 | 0 | 0 | 0 | 0 | -12.73 |
| Scot's Sporting Goods Ltd | N00627 | C2323772 | 5/16/2025 | 5/16/2025 | -54.95 | 0 | 0 | 0 | 0 | 0 | -54.95 |
| Scot's Sporting Goods Ltd | N00627 | G0514062 | 5/16/2025 | 5/16/2025 | -3.2 | 0 | 0 | 0 | 0 | 0 | -3.2 |
| Scot's Sporting Goods Ltd | N00627 | G0514063 | 5/16/2025 | 5/16/2025 | -361.23 | 0 | 0 | 0 | 0 | 0 | -361.23 |
| Scot's Sporting Goods Ltd | N00627 | V0961565 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Scot's Sporting Goods Ltd | N00627 | C2339460 | 8/6/2025 | 9/10/2025 | 483.84 | 0 | 0 | 0 | 0 | 0 | -448.61 |
| Scot's Sporting Goods Ltd | N00627 | G0533400 | 8/6/2025 | 9/10/2025 | 229.66 | 0 | 0 | 0 | 0 | 0 | -209.34 |
| Scot's Sporting Goods Ltd | N00627 | V0997998 | 8/7/2025 | 9/10/2025 | 167.19 | 0 | 0 | 0 | 0 | 0 | -156.3 |
| Scot's Sporting Goods Ltd | N00627 | C2339994 | 8/11/2025 | 8/11/2025 | -32.34 | 0 | 0 | 0 | 0 | 0 | -32.34 |
| Scot's Sporting Goods Ltd | N00627 | G0541621 | 9/23/2025 | 9/23/2025 | -28.5 | 0 | 0 | 0 | 0 | 0 | -28.5 |
| Kenai Cache Outfitters | N00648 | G0532584 | 8/1/2025 | 9/10/2025 | 376.38 | 0 | 0 | 0 | 0 | 0 | -376.38 |
| Pek-Tah Fuel Mart | N00652 | C2343677 | 9/15/2025 | 10/10/2025 | 29 | 0 | 0 | 0 | 0 | -20.32 | 0 |
| Darlow's Quality Foods LLC | N00653 | G0523126 | 6/23/2025 | 6/23/2025 | -13.5 | 0 | 0 | 0 | 0 | 0 | -0.35 |
| Darlow's Quality Foods LLC | N00653 | C2335324 | 7/8/2025 | 7/8/2025 | -109.1 | 0 | 0 | 0 | 0 | 0 | -109.1 |
| Doxey Tackle LLC | N00698 | V1020909 | 9/17/2025 | 10/10/2025 | 550.53 | 0 | 0 | 0 | 0 | 550.53 | 0 |
| Doxey Tackle LLC | N00698 | F2510N00698V | 10/30/2025 | 11/29/2025 | 5.53 | 0 | 0 | 0 | 5.53 | 0 | 0 |
| Doxey Tackle LLC | N00698 | F2511N00698V | 11/29/2025 | 12/29/2025 | 8.4 | 8.4 | 0 | 0 | 0 | 0 | 0 |
| Doxey Tackle LLC | N00698 | F2512N00698V | 12/1/2025 | 12/31/2025 | 0.56 | 0.56 | 0 | 0 | 0 | 0 | 0 |
| Smokehouse Market LLC | N00704 | V1029414 | 10/27/2025 | 10/27/2025 | -84.03 | 0 | 0 | 0 | 0 | -84.03 | 0 |
| Lake Mary Country Store & Trailer Pk | N00724 | G0414703 | 6/3/2024 | 7/10/2024 | 1832.49 | 0 | 0 | 0 | 0 | 0 | 193.86 |
| Aloha Venture Capital Group LLC | N00731 | C2275918 | 10/18/2024 | 2/15/2025 | 25693.3 | 0 | 0 | 0 | 0 | 0 | 6427.6 |
| Aloha Venture Capital Group LLC | N00731 | G0488642 | 2/12/2025 | 3/14/2025 | 8716.6 | 0 | 0 | 0 | 0 | 0 | 8716.6 |
| Aloha Venture Capital Group LLC | N00731 | G0488643-1 | 2/12/2025 | 5/10/2025 | 447.9 | 0 | 0 | 0 | 0 | 0 | 447.9 |
| Aloha Venture Capital Group LLC | N00731 | G0488643-2 | 2/12/2025 | 6/10/2025 | 447.9 | 0 | 0 | 0 | 0 | 0 | 447.9 |
| Aloha Venture Capital Group LLC | N00731 | G0488643-3 | 2/12/2025 | 7/10/2025 | 447.9 | 0 | 0 | 0 | 0 | 0 | 447.9 |
| Aloha Venture Capital Group LLC | N00731 | C2304562 | 2/20/2025 | 3/22/2025 | 5125.4 | 0 | 0 | 0 | 0 | 0 | 5125.4 |
| Aloha Venture Capital Group LLC | N00731 | G0507802 | 4/16/2025 | 6/15/2025 | 386.7 | 0 | 0 | 0 | 0 | 0 | 386.7 |
| Estacada Tackle | N00755 | G0461242 | 10/18/2024 | 10/18/2024 | -35.05 | 0 | 0 | 0 | 0 | 0 | -35.05 |
| Estacada Tackle | N00755 | G0499605 | 3/12/2025 | 3/12/2025 | -36.13 | 0 | 0 | 0 | 0 | 0 | -36.13 |
| La Fishing Alliance | N00762 | G0335436 | 10/16/2023 | 5/10/2024 | 5422.52 | 0 | 0 | 0 | 0 | 0 | 3922.52 |
| La Fishing Alliance | N00762 | F2310N00762G | 10/30/2023 | 11/29/2023 | 4.12 | 0 | 0 | 0 | 0 | 0 | 4.12 |
| La Fishing Alliance | N00762 | F2310N00762N | 10/30/2023 | 11/29/2023 | 25.68 | 0 | 0 | 0 | 0 | 0 | 25.68 |
| La Fishing Alliance | N00762 | F2311N00762G | 11/29/2023 | 12/29/2023 | 10.56 | 0 | 0 | 0 | 0 | 0 | 10.56 |
| La Fishing Alliance | N00762 | F2311N00762N | 11/29/2023 | 12/29/2023 | 101.34 | 0 | 0 | 0 | 0 | 0 | 101.34 |
| La Fishing Alliance | N00762 | F2312N00762G | 12/30/2023 | 1/29/2024 | 14.88 | 0 | 0 | 0 | 0 | 0 | 14.88 |
| La Fishing Alliance | N00762 | F2312N00762N | 12/30/2023 | 1/29/2024 | 71.61 | 0 | 0 | 0 | 0 | 0 | 71.61 |
| La Fishing Alliance | N00762 | F2401N00762G | 1/30/2024 | 2/29/2024 | 15.07 | 0 | 0 | 0 | 0 | 0 | 15.07 |
| La Fishing Alliance | N00762 | F2401N00762N | 1/30/2024 | 2/29/2024 | 71.61 | 0 | 0 | 0 | 0 | 0 | 71.61 |
| La Fishing Alliance | N00762 | F2402N00762G | 2/28/2024 | 3/29/2024 | 14.21 | 0 | 0 | 0 | 0 | 0 | 14.21 |
| La Fishing Alliance | N00762 | F2402N00762N | 2/28/2024 | 3/29/2024 | 66.99 | 0 | 0 | 0 | 0 | 0 | 66.99 |
| La Fishing Alliance | N00762 | F2403N00762G | 3/4/2024 | 4/3/2024 | 2.45 | 0 | 0 | 0 | 0 | 0 | 2.45 |
| La Fishing Alliance | N00762 | F2403N00762N | 3/4/2024 | 4/3/2024 | 11.55 | 0 | 0 | 0 | 0 | 0 | 11.55 |
| Tackle Shack USA | N00783 | N0336395 | 7/10/2023 | 10/8/2023 | 2451.39 | 0 | 0 | 0 | 0 | 0 | 2451.39 |
| Tackle Shack USA | N00783 | N0337835 | 7/17/2023 | 10/15/2023 | 796.5 | 0 | 0 | 0 | 0 | 0 | 796.5 |
| Tackle Shack USA | N00783 | N0340145 | 8/7/2023 | 11/5/2023 | 1722.11 | 0 | 0 | 0 | 0 | 0 | 1722.11 |
| Tackle Shack USA | N00783 | G0318252 | 8/23/2023 | 9/22/2023 | 888.62 | 0 | 0 | 0 | 0 | 0 | 888.62 |
| Tackle Shack USA | N00783 | R2637838 | 8/26/2023 | 9/25/2023 | 495.85 | 0 | 0 | 0 | 0 | 0 | 495.85 |
| Tackle Shack USA | N00783 | C2129189 | 8/31/2023 | 9/30/2023 | 482.7 | 0 | 0 | 0 | 0 | 0 | 482.7 |
| Tackle Shack USA | N00783 | G0320865 | 8/31/2023 | 9/30/2023 | 282.62 | 0 | 0 | 0 | 0 | 0 | 282.62 |
| Tackle Shack USA | N00783 | R2641353 | 9/1/2023 | 10/1/2023 | 587.91 | 0 | 0 | 0 | 0 | 0 | 587.91 |
| Tackle Shack USA | N00783 | G0320866 | 9/5/2023 | 10/5/2023 | 899.99 | 0 | 0 | 0 | 0 | 0 | 899.99 |
| Tackle Shack USA | N00783 | G0324157 | 9/6/2023 | 10/6/2023 | 535.99 | 0 | 0 | 0 | 0 | 0 | 535.99 |
| Tackle Shack USA | N00783 | G0322210 | 9/8/2023 | 10/8/2023 | 406.78 | 0 | 0 | 0 | 0 | 0 | 406.78 |
| Tackle Shack USA | N00783 | C2134307 | 9/15/2023 | 10/15/2023 | 214.5 | 0 | 0 | 0 | 0 | 0 | 214.5 |
| Tackle Shack USA | N00783 | G0328466 | 9/21/2023 | 10/21/2023 | 1311.5 | 0 | 0 | 0 | 0 | 0 | 1311.5 |
| Tackle Shack USA | N00783 | G0337613 | 10/30/2023 | 11/29/2023 | 682.81 | 0 | 0 | 0 | 0 | 0 | 682.81 |
| Tackle Shack USA | N00783 | F2402N00783G | 2/28/2024 | 3/29/2024 | 72.5 | 0 | 0 | 0 | 0 | 0 | 72.5 |
| Tackle Shack USA | N00783 | F2402N00783N | 2/28/2024 | 3/29/2024 | 72.21 | 0 | 0 | 0 | 0 | 0 | 72.21 |
| Tackle Shack USA | N00783 | F2403N00783G | 3/30/2024 | 4/29/2024 | 77.5 | 0 | 0 | 0 | 0 | 0 | 77.5 |
| Tackle Shack USA | N00783 | F2403N00783N | 3/30/2024 | 4/29/2024 | 77.19 | 0 | 0 | 0 | 0 | 0 | 77.19 |
| Tackle Shack USA | N00783 | F2404N00783G | 4/29/2024 | 5/29/2024 | 75 | 0 | 0 | 0 | 0 | 0 | 75 |
| Tackle Shack USA | N00783 | F2404N00783N | 4/29/2024 | 5/29/2024 | 74.7 | 0 | 0 | 0 | 0 | 0 | 74.7 |
| Tackle Shack USA | N00783 | F2405N00783G | 5/30/2024 | 6/29/2024 | 77.5 | 0 | 0 | 0 | 0 | 0 | 77.5 |
| Tackle Shack USA | N00783 | F2405N00783N | 5/30/2024 | 6/29/2024 | 77.19 | 0 | 0 | 0 | 0 | 0 | 77.19 |
| Tackle Shack USA | N00783 | F2407N00783G | 7/30/2024 | 8/29/2024 | 77.5 | 0 | 0 | 0 | 0 | 0 | 77.5 |
| Tackle Shack USA | N00783 | F2407N00783N | 7/30/2024 | 8/29/2024 | 77.19 | 0 | 0 | 0 | 0 | 0 | 77.19 |
| Tackle Shack USA | N00783 | F2408N00783C | 8/30/2024 | 9/27/2024 | 10.85 | 0 | 0 | 0 | 0 | 0 | 2.45 |
| Tackle Shack USA | N00783 | F2408N00783G | 8/30/2024 | 9/29/2024 | 77.5 | 0 | 0 | 0 | 0 | 0 | 77.5 |
| Tackle Shack USA | N00783 | F2408N00783N | 8/30/2024 | 9/29/2024 | 77.19 | 0 | 0 | 0 | 0 | 0 | 77.19 |
| Tackle Shack USA | N00783 | F2408N00783R | 8/30/2024 | 9/27/2024 | 16.74 | 0 | 0 | 0 | 0 | 0 | 3.78 |
| Tackle Shack USA | N00783 | F2409N00783C | 9/29/2024 | 10/29/2024 | 10.5 | 0 | 0 | 0 | 0 | 0 | 10.5 |
| Tackle Shack USA | N00783 | F2409N00783G | 9/29/2024 | 10/29/2024 | 75 | 0 | 0 | 0 | 0 | 0 | 75 |

| Name | Acct | Reference | Date1 | Date2 | Amount | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Tackle Shack USA | N00783 | F2409N00783N | 9/29/2024 | 10/29/2024 | 74.7 | 0 | 0 | 0 | 0 | 74.7 |
| Tackle Shack USA | N00783 | F2409N00783R | 9/29/2024 | 10/29/2024 | 16.2 | 0 | 0 | 0 | 0 | 16.2 |
| Tackle Shack USA | N00783 | F2410N00783G | 10/14/2024 | 11/13/2024 | 5.25 | 0 | 0 | 0 | 0 | 5.25 |
| Tackle Shack USA | N00783 | F2410N00783N | 10/14/2024 | 11/13/2024 | 37.5 | 0 | 0 | 0 | 0 | 37.5 |
| Tackle Shack USA | N00783 | F2410N00783N | 10/14/2024 | 11/13/2024 | 37.35 | 0 | 0 | 0 | 0 | 37.35 |
| Tackle Shack USA | N00783 | F2410N00783R | 10/14/2024 | 11/13/2024 | 8.1 | 0 | 0 | 0 | 0 | 8.1 |
| Global Resources Trading LLC | N00811 | G0406820 | 5/9/2024 | 6/10/2024 | 10885.32 | 0 | 0 | 0 | 0 | 9603.08 |
| Global Resources Trading LLC | N00811 | G0412598 | 5/23/2024 | 6/10/2024 | 1857.94 | 0 | 0 | 0 | 0 | 1857.94 |
| Global Resources Trading LLC | N00811 | G0411608 | 5/29/2024 | 7/10/2024 | 1781.57 | 0 | 0 | 0 | 0 | 1781.57 |
| Global Resources Trading LLC | N00811 | F2406N00811G | 6/29/2024 | 7/29/2024 | 232.1 | 0 | 0 | 0 | 0 | 232.1 |
| Global Resources Trading LLC | N00811 | F2407N00811G | 7/30/2024 | 8/29/2024 | 380.51 | 0 | 0 | 0 | 0 | 380.51 |
| Global Resources Trading LLC | N00811 | F2408N00811G | 8/30/2024 | 9/29/2024 | 390.29 | 0 | 0 | 0 | 0 | 390.29 |
| Global Resources Trading LLC | N00811 | F2409N00811G | 9/26/2024 | 10/26/2024 | 339.93 | 0 | 0 | 0 | 0 | 339.93 |
| SHGG Convenience Inc | N00835 | ECKRTRN391744 | 8/29/2025 | 8/29/2025 | 0 | 0 | 0 | 0 | 0 | 19.32 |
| SHGG Convenience Inc | N00835 | RTRN587073 | 9/2/2025 | 9/2/2025 | 0 | 0 | 0 | 0 | 0 | 757.1 |
| Home Away Inc | N00871 | C2330142 | 6/16/2025 | 10/10/2025 | 182.81 | 0 | 0 | 0 | 182.81 | 0 |
| Home Away Inc | N00871 | C2343718 | 9/16/2025 | 10/10/2025 | 446.36 | 0 | 0 | 0 | 446.36 | 0 |
| Home Away Inc | N00871 | G0539844 | 9/17/2025 | 10/10/2025 | 781.93 | 0 | 0 | 0 | 781.93 | 0 |
| Rogue Outdoor Sports, LLC | N00887 | G0444162 | 8/29/2024 | 9/8/2024 | 745.02 | 0 | 0 | 0 | 0 | -22.71 |
| AFAB Firearms Inc | N00906 | C2253906 | 8/7/2024 | 10/6/2024 | 2942 | 0 | 0 | 0 | 0 | 1292 |
| Soldotna Ammo Supply | N00908 | C2340607 | 8/18/2025 | 9/17/2025 | 2689.91 | 0 | 0 | 0 | 0 | 2689.91 |
| Soldotna Ammo Supply | N00908 | G0535404 | 9/2/2025 | 10/2/2025 | 3480.09 | 0 | 0 | 0 | 0 | 3480.09 |
| Soldotna Ammo Supply | N00908 | C2343508 | 9/12/2025 | 9/12/2025 | -897.26 | 0 | 0 | 0 | 0 | -897.26 |
| Soldotna Ammo Supply | N00908 | G0540069 | 9/12/2025 | 9/12/2025 | -701.63 | 0 | 0 | 0 | 0 | -701.63 |
| Soldotna Ammo Supply | N00908 | F2510N00908C | 10/30/2025 | 11/29/2025 | 44.93 | 0 | 0 | 44.93 | 0 | 0 |
| Soldotna Ammo Supply | N00908 | F2510N00908G | 10/30/2025 | 11/29/2025 | 43.82 | 0 | 0 | 43.82 | 0 | 0 |
| Soldotna Ammo Supply | N00908 | F2511N00908C | 11/29/2025 | 12/29/2025 | 27 | 27 | 0 | 0 | 0 | 0 |
| Soldotna Ammo Supply | N00908 | F2511N00908G | 11/29/2025 | 12/29/2025 | 41.7 | 41.7 | 0 | 0 | 0 | 0 |
| Soldotna Ammo Supply | N00908 | F2512N00908C | 12/1/2025 | 12/31/2025 | 1.8 | 1.8 | 0 | 0 | 0 | 0 |
| Soldotna Ammo Supply | N00908 | F2512N00908G | 12/1/2025 | 12/31/2025 | 2.78 | 2.78 | 0 | 0 | 0 | 0 |
| Gate City Tactical | N00940 | N0274370 | 6/10/2022 | 7/10/2022 | 4843.89 | 0 | 0 | 0 | 0 | 2418.89 |
| Gate City Tactical | N00940 | F2303N00940N | 3/30/2023 | 4/29/2023 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2304N00940N | 4/29/2023 | 5/29/2023 | 72.6 | 0 | 0 | 0 | 0 | 72.6 |
| Gate City Tactical | N00940 | F2305N00940N | 5/30/2023 | 6/29/2023 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2306N00940N | 6/29/2023 | 7/29/2023 | 72.6 | 0 | 0 | 0 | 0 | 72.6 |
| Gate City Tactical | N00940 | F2307N00940N | 7/30/2023 | 8/29/2023 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2308N00940N | 8/30/2023 | 9/29/2023 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2309N00940N | 9/29/2023 | 10/29/2023 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2310N00940N | 10/30/2023 | 11/29/2023 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2311N00940N | 11/29/2023 | 12/29/2023 | 72.6 | 0 | 0 | 0 | 0 | 72.6 |
| Gate City Tactical | N00940 | F2312N00940N | 12/30/2023 | 1/29/2024 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2401N00940N | 1/30/2024 | 2/29/2024 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2402N00940N | 2/28/2024 | 3/29/2024 | 75.02 | 0 | 0 | 0 | 0 | 75.02 |
| Gate City Tactical | N00940 | F2403N00940N | 3/13/2024 | 4/12/2024 | 33.88 | 0 | 0 | 0 | 0 | 33.88 |
| Johnny McNallys Fairview Lodge Inc | N00972 | RTRN-283174 | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 210.79 |
| Johnny McNallys Fairview Lodge Inc | N00972 | RTRN-752167 | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 336.21 |
| Lakeport Bait & Tackle | N00977 | G0542642 | 10/6/2025 | 10/6/2025 | -4 | 0 | 0 | 0 | 0 | -4 |
| Fish Camp LLC | N00995 | C2342998 | 9/9/2025 | 9/9/2025 | -96.77 | 0 | 0 | 0 | 0 | -96.77 |
| Fish Camp LLC | N00995 | G0540068 | 9/12/2025 | 9/12/2025 | -69.1 | 0 | 0 | 0 | 0 | -69.1 |
| Fish Camp LLC | N00995 | G0541943 | 9/29/2025 | 9/29/2025 | -54.26 | 0 | 0 | 0 | 0 | -54.26 |
| Fish Camp LLC | N00995 | G0543219 | 10/10/2025 | 10/10/2025 | -79.33 | 0 | 0 | 0 | -79.33 | 0 |
| Merchant Investments LLC | N01007 | N0343224 | 11/30/2023 | 11/30/2023 | -39.94 | 0 | 0 | 0 | 0 | -39.94 |
| Arm N Arms | N01008 | NSF00002 | 2/26/2025 | 2/26/2025 | 386.46 | 0 | 0 | 0 | 0 | 386.46 |
| Arm N Arms | N01008 | NSF00003 | 2/26/2025 | 2/26/2025 | 508.19 | 0 | 0 | 0 | 0 | 508.19 |
| Joab Security Service LLC | N01061 | G0475693 | 12/17/2024 | 12/17/2024 | -35 | 0 | 0 | 0 | 0 | -35 |
| Gryphen Specialty Products & Service | N01069 | G0480813-3 | 1/10/2025 | 7/10/2025 | 922.11 | 0 | 0 | 0 | 0 | 922.11 |
| Gryphen Specialty Products & Service | N01069 | G0480922-3 | 1/10/2025 | 7/10/2025 | 410.13 | 0 | 0 | 0 | 0 | 410.13 |
| Gryphen Specialty Products & Service | N01069 | G0481328-3 | 1/13/2025 | 7/10/2025 | 8820.26 | 0 | 0 | 0 | 0 | 8820.26 |
| Gryphen Specialty Products & Service | N01069 | V0864504-3 | 1/20/2025 | 7/10/2025 | 1076.26 | 0 | 0 | 0 | 0 | 1076.26 |
| Gryphen Specialty Products & Service | N01069 | C2297465-3 | 1/21/2025 | 7/10/2025 | 1181.91 | 0 | 0 | 0 | 0 | 1181.91 |
| Gryphen Specialty Products & Service | N01069 | C2298597-3 | 1/24/2025 | 7/10/2025 | 521.08 | 0 | 0 | 0 | 0 | 521.08 |
| Gryphen Specialty Products & Service | N01069 | C2299159-3 | 1/28/2025 | 7/10/2025 | 170.54 | 0 | 0 | 0 | 0 | 170.54 |
| Gryphen Specialty Products & Service | N01069 | G0485250-3 | 1/28/2025 | 7/10/2025 | 2905.86 | 0 | 0 | 0 | 0 | 2905.86 |
| Gryphen Specialty Products & Service | N01069 | V0869435-3 | 1/28/2025 | 7/10/2025 | 551.85 | 0 | 0 | 0 | 0 | 551.85 |
| Gryphen Specialty Products & Service | N01069 | C2301142-3 | 2/5/2025 | 7/10/2025 | 188.44 | 0 | 0 | 0 | 0 | 188.44 |
| Gryphen Specialty Products & Service | N01069 | C2303138-3 | 2/13/2025 | 7/10/2025 | 507.66 | 0 | 0 | 0 | 0 | 507.66 |
| Gryphen Specialty Products & Service | N01069 | C2303430-3 | 2/14/2025 | 7/10/2025 | 159.75 | 0 | 0 | 0 | 0 | 159.75 |
| Gryphen Specialty Products & Service | N01069 | G0494796-3 | 2/21/2025 | 7/10/2025 | 437.22 | 0 | 0 | 0 | 0 | 437.22 |
| Gryphen Specialty Products & Service | N01069 | V0900035-3 | 3/14/2025 | 7/10/2025 | 515.41 | 0 | 0 | 0 | 0 | 515.41 |
| Gryphen Specialty Products & Service | N01069 | V0913233-3 | 4/1/2025 | 7/10/2025 | 291.15 | 0 | 0 | 0 | 0 | 291.15 |
| Gryphen Specialty Products & Service | N01069 | V0936039-3 | 5/1/2025 | 7/10/2025 | 96.09 | 0 | 0 | 0 | 0 | 96.09 |
| Gryphen Specialty Products & Service | N01069 | V0963194 | 6/11/2025 | 8/10/2025 | 3092.35 | 0 | 0 | 0 | 0 | 3092.35 |
| Headwaters Adventure Company | N01076 | G0540951 | 9/19/2025 | 10/10/2025 | 234.54 | 0 | 0 | 0 | 234.54 | 0 |
| Headwaters Adventure Company | N01076 | V1023419 | 9/25/2025 | 11/10/2025 | 78.07 | 0 | 0 | 78.07 | 0 | 0 |
| Sidney Mt Hardware LLC | N01086 | G0541939 | 9/29/2025 | 9/29/2025 | -12.48 | 0 | 0 | 0 | 0 | -12.48 |
| The Bait Shack LLC | N01087 | G0200663 | 8/2/2022 | 8/2/2022 | -120.48 | 0 | 0 | 0 | 0 | -120.48 |
| Sammy & Shane LLC | N01095 | G0517392 | 6/2/2025 | 6/2/2025 | -49.86 | 0 | 0 | 0 | 0 | -20.21 |
| Sammy & Shane LLC | N01095 | G0520108 | 6/10/2025 | 6/10/2025 | -9.93 | 0 | 0 | 0 | 0 | -9.93 |
| Sammy & Shane LLC | N01095 | G0520109 | 6/10/2025 | 6/10/2025 | -12.46 | 0 | 0 | 0 | 0 | -12.46 |
| Sammy & Shane LLC | N01095 | G0520110 | 6/10/2025 | 6/10/2025 | -8.5 | 0 | 0 | 0 | 0 | -8.5 |
| Sammy & Shane LLC | N01095 | G0523121 | 6/23/2025 | 6/23/2025 | -96.84 | 0 | 0 | 0 | 0 | -96.84 |
| Shasta Lake Bait & Tackle LLC | N01113 | G0513549 | 5/13/2025 | 5/13/2025 | -80.22 | 0 | 0 | 0 | 0 | -80.22 |
| Catch Happy, Inc | N01140 | V1029774 | 11/5/2025 | 1/4/2026 | 591.93 | 591.93 | 0 | 0 | 0 | 0 |
| Catch Happy, Inc | N01140 | G0544793 | 11/6/2025 | 1/5/2026 | 679.86 | 679.86 | 0 | 0 | 0 | 0 |
| Western Recreation Industries Inc | N01146 | C2155426-1 | 11/9/2023 | 1/10/2024 | 1478.25 | 0 | 0 | 0 | 0 | -770.5 |
| Western Recreation Industries Inc | N01146 | C2155426-2 | 11/9/2023 | 2/10/2024 | 1478.24 | 0 | 0 | 0 | 0 | -1348.26 |
| CO MGMT, LLC | N01158 | G0530055 | 7/21/2025 | 11/10/2025 | 100.13 | 0 | 0 | 100.13 | 0 | 0 |
| CO MGMT, LLC | N01158 | F2511N01158G | 11/29/2025 | 12/29/2025 | 0.95 | 0.95 | 0 | 0 | 0 | 0 |
| CO MGMT, LLC | N01158 | F2512N01158G | 12/1/2025 | 12/31/2025 | 0.1 | 0.1 | 0 | 0 | 0 | 0 |
| Big Game Hunter Supply, LLC | N01175 | N0321540 | 4/11/2023 | 4/11/2023 | -4.27 | 0 | 0 | 0 | 0 | -4.27 |
| Big Game Hunter Supply, LLC | N01175 | G0433551 | 7/23/2024 | 7/23/2024 | -3.77 | 0 | 0 | 0 | 0 | -3.77 |
| Northwoods Sports Supply, LLC | N01177 | C2294617 | 1/7/2025 | 3/8/2025 | 1237.63 | 0 | 0 | 0 | 0 | 1237.63 |
| Northwoods Sports Supply, LLC | N01177 | G0481197 | 1/10/2025 | 3/11/2025 | 726.41 | 0 | 0 | 0 | 0 | 726.41 |
| Northwoods Sports Supply, LLC | N01177 | G0481436 | 1/13/2025 | 3/14/2025 | 733.8 | 0 | 0 | 0 | 0 | 733.8 |

| Name | N-No. | Code | Date 1 | Date 2 | Amount | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Northwoods Sports Supply, LLC | N01177 | G0494832 | 2/21/2025 | 4/22/2025 | 931.79 | 0 | 0 | 0 | 0 | 0 | 931.79 |
| Northwoods Sports Supply, LLC | N01177 | F2502N01177G | 2/24/2025 | 3/26/2025 | 56.51 | 0 | 0 | 0 | 0 | 0 | 56.51 |
| Northwoods Sports Supply, LLC | N01177 | G0496111 | 2/26/2025 | 4/27/2025 | 500.44 | 0 | 0 | 0 | 0 | 0 | 500.44 |
| Northwoods Sports Supply, LLC | N01177 | V0887377 | 2/26/2025 | 4/27/2025 | 119.71 | 0 | 0 | 0 | 0 | 0 | 119.71 |
| Northwoods Sports Supply, LLC | N01177 | G0498173 | 3/10/2025 | 5/9/2025 | 718.26 | 0 | 0 | 0 | 0 | 0 | 718.26 |
| Northwoods Sports Supply, LLC | N01177 | G0499574 | 3/13/2025 | 5/12/2025 | 464.43 | 0 | 0 | 0 | 0 | 0 | 464.43 |
| Northwoods Sports Supply, LLC | N01177 | G0499712 | 3/13/2025 | 5/12/2025 | 901.34 | 0 | 0 | 0 | 0 | 0 | 901.34 |
| Northwoods Sports Supply, LLC | N01177 | F2503N01177G | 3/30/2025 | 4/29/2025 | 79.64 | 0 | 0 | 0 | 0 | 0 | 79.64 |
| Northwoods Sports Supply, LLC | N01177 | F2504N01177G | 4/29/2025 | 5/29/2025 | 102 | 0 | 0 | 0 | 0 | 0 | 102 |
| Triple 9, Inc | N01195 | G0394019 | 4/2/2024 | 6/1/2024 | 2557.53 | 0 | 0 | 0 | 0 | 0 | -3866.77 |
| Triple 9, Inc | N01195 | UNSP1388 | 10/14/2025 | 10/14/2025 | 0 | 0 | 0 | 0 | -1006.65 | 0 | 0 |
| Mountain Hardware And Sports Incline | N01208 | C2338323 | 7/28/2025 | 7/28/2025 | -66.12 | 0 | 0 | 0 | 0 | 0 | -66.12 |
| Kilgore Advantures LLC | N01209 | G0532541 | 8/1/2025 | 8/1/2025 | -11.53 | 0 | 0 | 0 | 0 | 0 | -11.53 |
| Grizzly Firearms Inc | N01220 | G0527667 | 7/8/2025 | 8/10/2025 | 7928.27 | 0 | 0 | 0 | 0 | 0 | 5500 |
| SGP Inc | N01222 | G0416058 | 6/4/2024 | 6/19/2024 | 2344.15 | 0 | 0 | 0 | 0 | 0 | -2344.15 |
| Marker 37 LLC | N01230 | V0864555-2 | 1/21/2025 | 6/10/2025 | 4276.31 | 0 | 0 | 0 | 0 | 0 | -568.63 |
| Marker 37 LLC | N01230 | V0887421-1 | 2/25/2025 | 5/10/2025 | 878.35 | 0 | 0 | 0 | 0 | 0 | -878.35 |
| Marker 37 LLC | N01230 | V0900036-1 | 3/14/2025 | 5/10/2025 | -657.3 | 0 | 0 | 0 | 0 | 0 | -657.3 |
| Marker 37 LLC | N01230 | V0922513 | 4/14/2025 | 5/14/2025 | 639.5 | 0 | 0 | 0 | 0 | 0 | -639.5 |
| Marker 37 LLC | N01230 | V0923832-3 | 4/15/2025 | 7/10/2025 | 176.91 | 0 | 0 | 0 | 0 | 0 | 20.99 |
| Marker 37 LLC | N01230 | V0931050-3 | 4/24/2025 | 7/10/2025 | 201.57 | 0 | 0 | 0 | 0 | 0 | 8.19 |
| Marker 37 LLC | N01230 | V0961371 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Extreme Sports And Outdoors | N01250 | C2162908 | 11/30/2023 | 2/28/2024 | 7413.03 | 0 | 0 | 0 | 0 | 0 | 1413.03 |
| Rocca Inc | N01266 | G0541947 | 9/29/2025 | 9/29/2025 | -220.88 | 0 | 0 | 0 | 0 | 0 | -220.88 |
| Rocca Inc | N01266 | G0541948 | 9/29/2025 | 9/29/2025 | -477.16 | 0 | 0 | 0 | 0 | 0 | -477.16 |
| Rocca Inc | N01266 | G0545052 | 11/24/2025 | 11/24/2025 | -309.15 | 0 | 0 | -309.15 | 0 | 0 | 0 |
| Rocca Inc | N01266 | G0545053 | 11/24/2025 | 11/24/2025 | -43.8 | 0 | 0 | -43.8 | 0 | 0 | 0 |
| Rocca Inc | N01266 | G0545058 | 11/24/2025 | 11/24/2025 | -285.5 | 0 | 0 | -285.5 | 0 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | C0526622 | 7/7/2025 | 8/10/2025 | 334.74 | 0 | 0 | 0 | 0 | 0 | 334.74 |
| Napa Sea Ranch Properties | N01275 | F2508N01275G | 8/30/2025 | 9/29/2025 | 3.36 | 0 | 0 | 0 | 0 | 0 | 3.36 |
| Napa Sea Ranch Properties | N01275 | C2343672 | 9/15/2025 | 10/10/2025 | 98.56 | 0 | 0 | 0 | 98.56 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | G0539778 | 9/16/2025 | 10/10/2025 | 133.4 | 0 | 0 | 0 | 133.4 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | F2509N01275G | 9/29/2025 | 10/29/2025 | 5.1 | 0 | 0 | 0 | 0 | 5.1 | 0 |
| Napa Sea Ranch Properties | N01275 | F2510N01275C | 10/30/2025 | 11/29/2025 | 0.99 | 0 | 0 | 0.99 | 0 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | F2510N01275G | 10/30/2025 | 11/29/2025 | 6.56 | 0 | 0 | 0 | 6.56 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | F2511N01275C | 11/29/2025 | 12/29/2025 | 1.5 | 1.5 | 0 | 0 | 0 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | F2511N01275G | 11/29/2025 | 12/29/2025 | 6.9 | 6.9 | 0 | 0 | 0 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | F2512N01275C | 12/1/2025 | 12/31/2025 | 0.1 | 0.1 | 0 | 0 | 0 | 0 | 0 |
| Napa Sea Ranch Properties | N01275 | F2512N01275G | 12/1/2025 | 12/31/2025 | 0.46 | 0.46 | 0 | 0 | 0 | 0 | 0 |
| Farmers Union Oil Co Of Stanley DBA: | N01294 | V1029234 | 10/23/2025 | 10/23/2025 | -29.18 | 0 | 0 | 0 | -8.65 | 0 | 0 |
| C & B Outfitters | N01305 | CK7978-UNSP | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -286.85 |
| SR Macom Inc DBA Susans Armory | N01317 | C2056593 | 3/8/2023 | 5/7/2023 | 4112 | 0 | 0 | 0 | 0 | 0 | 1512 |
| SR Macom Inc DBA Susans Armory | N01317 | F2305N01317C | 5/30/2023 | 6/29/2023 | 51.91 | 0 | 0 | 0 | 0 | 0 | 51.91 |
| SR Macom Inc DBA Susans Armory | N01317 | F2306N01317C | 6/29/2023 | 7/29/2023 | 94.34 | 0 | 0 | 0 | 0 | 0 | 94.34 |
| SR Macom Inc DBA Susans Armory | N01317 | F2307N01317C | 7/30/2023 | 8/29/2023 | 111.63 | 0 | 0 | 0 | 0 | 0 | 111.63 |
| SR Macom Inc DBA Susans Armory | N01317 | F2308N01317C | 8/30/2023 | 9/29/2023 | 96.06 | 0 | 0 | 0 | 0 | 0 | 96.06 |
| SR Macom Inc DBA Susans Armory | N01317 | F2309N01317C | 9/29/2023 | 10/29/2023 | 91.8 | 0 | 0 | 0 | 0 | 0 | 91.8 |
| SR Macom Inc DBA Susans Armory | N01317 | F2310N01317C | 10/30/2023 | 11/29/2023 | 90.86 | 0 | 0 | 0 | 0 | 0 | 90.86 |
| SR Macom Inc DBA Susans Armory | N01317 | F2311N01317C | 11/29/2023 | 12/29/2023 | 76.8 | 0 | 0 | 0 | 0 | 0 | 76.8 |
| SR Macom Inc DBA Susans Armory | N01317 | F2312N01317C | 12/30/2023 | 1/29/2024 | 79.36 | 0 | 0 | 0 | 0 | 0 | 79.36 |
| SR Macom Inc DBA Susans Armory | N01317 | F2401N01317C | 1/30/2024 | 2/29/2024 | 79.36 | 0 | 0 | 0 | 0 | 0 | 79.36 |
| SR Macom Inc DBA Susans Armory | N01317 | F2402N01317C | 2/28/2024 | 3/29/2024 | 74.24 | 0 | 0 | 0 | 0 | 0 | 74.24 |
| SR Macom Inc DBA Susans Armory | N01317 | F2403N01317C | 3/30/2024 | 4/29/2024 | 72.86 | 0 | 0 | 0 | 0 | 0 | 72.86 |
| SR Macom Inc DBA Susans Armory | N01317 | F2404N01317C | 4/29/2024 | 5/29/2024 | 61.8 | 0 | 0 | 0 | 0 | 0 | 61.8 |
| SR Macom Inc DBA Susans Armory | N01317 | F2405N01317C | 5/30/2024 | 6/29/2024 | 63.86 | 0 | 0 | 0 | 0 | 0 | 63.86 |
| SR Macom Inc DBA Susans Armory | N01317 | F2406N01317C | 6/29/2024 | 7/29/2024 | 61.8 | 0 | 0 | 0 | 0 | 0 | 61.8 |
| SR Macom Inc DBA Susans Armory | N01317 | F2407N01317C | 7/30/2024 | 8/29/2024 | 63.86 | 0 | 0 | 0 | 0 | 0 | 63.86 |
| SR Macom Inc DBA Susans Armory | N01317 | F2408N01317C | 8/30/2024 | 9/29/2024 | 59.36 | 0 | 0 | 0 | 0 | 0 | 59.36 |
| SR Macom Inc DBA Susans Armory | N01317 | F2409N01317C | 9/17/2024 | 10/17/2024 | 32.58 | 0 | 0 | 0 | 0 | 0 | 32.58 |
| Wyoming Mercantile USA | N01324 | G0366593 | 12/29/2023 | 12/29/2023 | -240.52 | 0 | 0 | 0 | 0 | 0 | -240.52 |
| High Noon Guns & Ammo LLC | N01377 | G0407513 | 5/14/2024 | 6/10/2024 | 911.41 | 0 | 0 | 0 | 0 | 0 | 523.99 |
| High Noon Guns & Ammo LLC | N01377 | F2408N01377G | 8/30/2024 | 9/29/2024 | 14.26 | 0 | 0 | 0 | 0 | 0 | 14.26 |
| High Noon Guns & Ammo LLC | N01377 | F2409N01377C | 9/17/2024 | 10/17/2024 | 28.44 | 0 | 0 | 0 | 0 | 0 | 28.44 |
| High Noon Guns & Ammo LLC | N01377 | F2409N01377G | 9/17/2024 | 10/17/2024 | 8.28 | 0 | 0 | 0 | 0 | 0 | 8.28 |
| Fish Zone Tackle Company LLC | N01379 | R2554937 | 3/30/2023 | 3/30/2023 | -130.13 | 0 | 0 | 0 | 0 | 0 | -130.13 |
| Fish Zone Tackle Company LLC | N01379 | R2563354 | 4/14/2023 | 4/14/2023 | -19.61 | 0 | 0 | 0 | 0 | 0 | -19.61 |
| Evil Water Trading Co, LLC | N01381 | C2124944 | 8/22/2023 | 8/22/2023 | -25 | 0 | 0 | 0 | 0 | 0 | -25 |
| Bear Island Tackle Company LLC | N01383 | C2291390 | 12/19/2014 | 12/19/2024 | -276.17 | 0 | 0 | 0 | 0 | 0 | -276.17 |
| Slipped LLC DBA | N01395 | C2071196 | 4/6/2023 | 5/10/2023 | 3766.1 | 0 | 0 | 0 | 0 | 0 | 1536.1 |
| Slipped LLC DBA | N01395 | N0321200 | 4/7/2023 | 5/10/2023 | 664.13 | 0 | 0 | 0 | 0 | 0 | 664.13 |
| Slipped LLC DBA | N01395 | F2306N01395N | 6/29/2023 | 7/29/2023 | 9.9 | 0 | 0 | 0 | 0 | 0 | 9.9 |
| Slipped LLC DBA | N01395 | F2307N01395C | 7/30/2023 | 8/29/2023 | 58.28 | 0 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2307N01395N | 7/30/2023 | 8/29/2023 | 10.23 | 0 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2308N01395C | 8/30/2023 | 9/29/2023 | 58.28 | 0 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2308N01395N | 8/30/2023 | 9/29/2023 | 10.23 | 0 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2309N01395C | 9/29/2023 | 10/29/2023 | 56.4 | 0 | 0 | 0 | 0 | 0 | 56.4 |
| Slipped LLC DBA | N01395 | F2309N01395N | 9/29/2023 | 10/29/2023 | 9.9 | 0 | 0 | 0 | 0 | 0 | 9.9 |
| Slipped LLC DBA | N01395 | F2310N01395C | 10/30/2023 | 11/29/2023 | 58.28 | 0 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2310N01395N | 10/30/2023 | 11/29/2023 | 10.23 | 0 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2311N01395C | 11/29/2023 | 12/29/2023 | 56.4 | 0 | 0 | 0 | 0 | 0 | 56.4 |
| Slipped LLC DBA | N01395 | F2311N01395N | 11/29/2023 | 12/29/2023 | 9.9 | 0 | 0 | 0 | 0 | 0 | 9.9 |
| Slipped LLC DBA | N01395 | F2312N01395C | 12/30/2023 | 1/29/2024 | 58.28 | 0 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2312N01395N | 12/30/2023 | 1/29/2024 | 10.23 | 0 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2401N01395C | 1/30/2024 | 2/29/2024 | 58.28 | 0 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2401N01395N | 1/30/2024 | 2/29/2024 | 10.23 | 0 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2402N01395C | 2/28/2024 | 3/29/2024 | 54.52 | 0 | 0 | 0 | 0 | 0 | 54.52 |
| Slipped LLC DBA | N01395 | F2402N01395N | 2/28/2024 | 3/29/2024 | 9.57 | 0 | 0 | 0 | 0 | 0 | 9.57 |
| Slipped LLC DBA | N01395 | F2403N01395C | 3/30/2024 | 4/29/2024 | 58.28 | 0 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2403N01395N | 3/30/2024 | 4/29/2024 | 10.23 | 0 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2404N01395C | 4/29/2024 | 5/29/2024 | 56.4 | 0 | 0 | 0 | 0 | 0 | 56.4 |
| Slipped LLC DBA | N01395 | F2404N01395N | 4/29/2024 | 5/29/2024 | 9.9 | 0 | 0 | 0 | 0 | 0 | 9.9 |
| Slipped LLC DBA | N01395 | F2405N01395C | 5/30/2024 | 6/29/2024 | 58.28 | 0 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2405N01395N | 5/30/2024 | 6/29/2024 | 10.23 | 0 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2406N01395C | 6/29/2024 | 7/29/2024 | 56.4 | 0 | 0 | 0 | 0 | 0 | 56.4 |

| Name | ID | Ref | Date 1 | Date 2 | Col A | | | | | Col B |
|---|---|---|---|---|---|---|---|---|---|---|
| Slipped LLC DBA | N01395 | F2406N01395N | 6/29/2024 | 7/29/2024 | 9.9 | 0 | 0 | 0 | 0 | 9.9 |
| Slipped LLC DBA | N01395 | F2407N01395C | 7/30/2024 | 8/29/2024 | 58.28 | 0 | 0 | 0 | 0 | 58.28 |
| Slipped LLC DBA | N01395 | F2407N01395N | 7/30/2024 | 8/29/2024 | 10.23 | 0 | 0 | 0 | 0 | 10.23 |
| Slipped LLC DBA | N01395 | F2408N01395C | 8/18/2024 | 9/17/2024 | 35.72 | 0 | 0 | 0 | 0 | 35.72 |
| Slipped LLC DBA | N01395 | F2408N01395N | 8/18/2024 | 9/17/2024 | 6.27 | 0 | 0 | 0 | 0 | 6.27 |
| Slipped LLC DBA | N01395 | NSF00003 | 2/17/2025 | 2/17/2025 | 540 | 0 | 0 | 0 | 0 | 540 |
| Tackle Tom's Ops LLC An Idaho Limit | N01418 | G0527761 | 7/9/2025 | 7/9/2025 | -19.5 | 0 | 0 | 0 | 0 | -19.5 |
| Tackle Tom's Ops LLC An Idaho Limit | N01418 | G0529973 | 7/18/2025 | 7/18/2025 | -27.5 | 0 | 0 | 0 | 0 | -27.5 |
| Tackle Tom's Ops LLC An Idaho Limit | N01418 | G0532483 | 7/31/2025 | 7/31/2025 | -327.44 | 0 | 0 | 0 | 0 | -327.44 |
| Tackle Tom's Ops LLC An Idaho Limit | N01418 | C2343524 | 9/12/2025 | 10/10/2025 | 1089.54 | 0 | 0 | 0 | 1089.54 | 0 |
| Tackle Tom's Ops LLC An Idaho Limit | N01418 | G0539955 | 9/17/2025 | 10/10/2025 | 2045.3 | 0 | 0 | 0 | 2045.3 | 0 |
| Tackle Tom's Ops LLC An Idaho Limit | N01418 | G0540931 | 9/22/2025 | 10/10/2025 | 289.15 | 0 | 0 | 0 | 289.15 | 0 |
| Tackle Tom's Ops LLC An Idaho Limit | N01418 | V1022045 | 9/23/2025 | 10/10/2025 | 931.6 | 0 | 0 | 0 | 931.6 | 0 |
| Speedy Stop Food Stores LLC Dba | N01452 | V0963186 | 6/11/2025 | 7/10/2025 | 147.11 | 0 | 0 | 0 | 0 | -10.11 |
| Speedy Stop Food Stores LLC Dba | N01452 | V0974617 | 6/25/2025 | 8/10/2025 | 259 | 0 | 0 | 0 | 0 | -10.12 |
| Vista-Recreation | N01475 | RFNDREQ1/27 | 1/27/2025 | 1/27/2025 | 0 | 0 | 0 | 0 | 0 | -1353.23 |
| God's Country Campground | N01477 | C2325608 | 5/28/2025 | 6/12/2025 | 533.18 | 0 | 0 | 0 | 0 | -533.18 |
| Sacramento Gun Range | N01489 | V0977785 | 7/1/2025 | 8/10/2025 | 1457.01 | 0 | 0 | 0 | 0 | -1381.22 |
| Pierce Arms | N01493 | C2328196 | 6/9/2025 | 9/7/2025 | 6971.8 | 0 | 0 | 0 | 0 | 6971.8 |
| Pierce Arms | N01493 | C2340214 | 8/13/2025 | 11/11/2025 | 6001.13 | 0 | 0 | 6001.13 | 0 | 0 |
| Pierce Arms | N01493 | G0534749 | 8/13/2025 | 11/11/2025 | 530.18 | 0 | 0 | 530.18 | 0 | 0 |
| Pierce Arms | N01493 | V1004693 | 8/13/2025 | 11/11/2025 | 164.85 | 0 | 0 | 164.85 | 0 | 0 |
| Pierce Arms | N01493 | C2341029 | 8/20/2025 | 9/10/2025 | 5141.94 | 0 | 0 | 0 | 0 | 5141.94 |
| Pierce Arms | N01493 | G0535491 | 8/22/2025 | 9/10/2025 | 4719.03 | 0 | 0 | 0 | 0 | 4719.03 |
| Pierce Arms | N01493 | V1006489 | 8/27/2025 | 10/10/2025 | 2689.91 | 0 | 0 | 0 | 2689.91 | 0 |
| Susan's Guns | N01514 | G0502908 | 3/27/2025 | 9/10/2025 | 772.49 | 0 | 0 | 0 | 0 | 772.49 |
| Susan's Guns | N01514 | C2312737 | 3/28/2025 | 9/10/2025 | 2432.88 | 0 | 0 | 0 | 0 | 2432.88 |
| Susan's Guns | N01514 | C2316150 | 4/11/2025 | 6/10/2025 | 4200.2 | 0 | 0 | 0 | 0 | 4200.2 |
| Susan's Guns | N01514 | C2325452 | 5/27/2025 | 7/10/2025 | 3256 | 0 | 0 | 0 | 0 | 3256 |
| Susan's Guns | N01514 | C2325841 | 5/28/2025 | 7/27/2025 | 844 | 0 | 0 | 0 | 0 | 844 |
| PD Industries II, LLC | N01516 | V1014908 | 9/3/2025 | 9/3/2025 | -2484 | 0 | 0 | 0 | 0 | -2484 |
| Tooth And Whisker Outdoors | N01518 | C2306202 | 2/28/2025 | 9/10/2025 | 8518.83 | 0 | 0 | 0 | 0 | 8518.83 |
| Tooth And Whisker Outdoors | N01518 | C2328439 | 6/10/2025 | 7/10/2025 | 8413.09 | 0 | 0 | 0 | 0 | 8413.09 |
| Tooth And Whisker Outdoors | N01518 | C2328855 | 6/11/2025 | 7/10/2025 | 3736.61 | 0 | 0 | 0 | 0 | 2436.61 |
| Tooth And Whisker Outdoors | N01518 | V0963149 | 6/11/2025 | 7/10/2025 | 3758.08 | 0 | 0 | 0 | 0 | 3758.08 |
| Tooth And Whisker Outdoors | N01518 | C2331849 | 6/23/2025 | 9/21/2025 | 14259.78 | 0 | 0 | 0 | 0 | 14259.78 |
| Superfly Flies LLC | N10015 | G0506146 | 4/9/2025 | 4/9/2025 | -180.66 | 0 | 0 | 0 | 0 | -24.54 |
| CM Ammo And Firearms Supply | N10038 | C2175275 | 1/4/2024 | 2/10/2024 | 2240.95 | 0 | 0 | 0 | 0 | 2227.05 |
| CM Ammo And Firearms Supply | N10038 | C2177529 | 1/11/2024 | 2/10/2024 | 1830 | 0 | 0 | 0 | 0 | 1830 |
| CM Ammo And Firearms Supply | N10038 | F2401N10038G | 1/30/2024 | 2/29/2024 | 16.62 | 0 | 0 | 0 | 0 | 16.62 |
| CM Ammo And Firearms Supply | N10038 | F2401N10038C | 1/30/2024 | 2/29/2024 | 1.79 | 0 | 0 | 0 | 0 | 1.79 |
| CM Ammo And Firearms Supply | N10038 | F2402N10038C | 2/28/2024 | 3/29/2024 | 60.73 | 0 | 0 | 0 | 0 | 60.73 |
| CM Ammo And Firearms Supply | N10038 | F2402N10038G | 2/28/2024 | 3/29/2024 | 2.61 | 0 | 0 | 0 | 0 | 2.61 |
| CM Ammo And Firearms Supply | N10038 | F2403N10038C | 3/30/2024 | 4/29/2024 | 88.97 | 0 | 0 | 0 | 0 | 88.97 |
| CM Ammo And Firearms Supply | N10038 | F2403N10038G | 3/30/2024 | 4/29/2024 | 2.79 | 0 | 0 | 0 | 0 | 2.79 |
| CM Ammo And Firearms Supply | N10038 | F2404N10038C | 4/29/2024 | 5/29/2024 | 86.1 | 0 | 0 | 0 | 0 | 86.1 |
| CM Ammo And Firearms Supply | N10038 | F2404N10038G | 4/29/2024 | 5/29/2024 | 2.7 | 0 | 0 | 0 | 0 | 2.7 |
| CM Ammo And Firearms Supply | N10038 | F2405N10038G | 5/30/2024 | 6/29/2024 | 69.44 | 0 | 0 | 0 | 0 | 69.44 |
| CM Ammo And Firearms Supply | N10038 | F2405N10038G | 5/30/2024 | 6/29/2024 | 2.79 | 0 | 0 | 0 | 0 | 2.79 |
| CM Ammo And Firearms Supply | N10038 | F2406N10038C | 6/12/2024 | 7/12/2024 | 25.22 | 0 | 0 | 0 | 0 | 25.22 |
| CM Ammo And Firearms Supply | N10038 | F2406N10038G | 6/12/2024 | 7/12/2024 | 1.17 | 0 | 0 | 0 | 0 | 1.17 |
| Deep Sea Sportfishing LLC | N10049 | V0897184 | 3/12/2025 | 3/27/2025 | 861.12 | 0 | 0 | 0 | 0 | -861.12 |
| Deep Sea Sportfishing LLC | N10049 | G0503948 | 4/1/2025 | 4/16/2025 | 727.44 | 0 | 0 | 0 | 0 | -727.44 |
| Deep Sea Sportfishing LLC | N10049 | G0506161 | 4/10/2025 | 4/25/2025 | 533.68 | 0 | 0 | 0 | 0 | -533.68 |
| Deep Sea Sportfishing LLC | N10049 | V0919763 | 4/10/2025 | 4/25/2025 | 1301 | 0 | 0 | 0 | 0 | -1301 |
| Deep Sea Sportfishing LLC | N10049 | G0515014 | 5/20/2025 | 5/20/2025 | -50.4 | 0 | 0 | 0 | 0 | -50.4 |
| Anglers Unlimited LLC | N10050 | G0510679 | 4/29/2025 | 6/10/2025 | 1463.18 | 0 | 0 | 0 | 0 | 1463.18 |
| Anglers Unlimited LLC | N10050 | G0511448 | 5/5/2025 | 6/10/2025 | 5445.19 | 0 | 0 | 0 | 0 | 5445.19 |
| Anglers Unlimited LLC | N10050 | G0512458 | 5/8/2025 | 6/10/2025 | 640.24 | 0 | 0 | 0 | 0 | 640.24 |
| Anglers Unlimited LLC | N10050 | G0512675 | 5/9/2025 | 6/10/2025 | 508.56 | 0 | 0 | 0 | 0 | 508.56 |
| Charity Lynns Mercantile | N10053 | C2242461 | 7/1/2024 | 7/31/2024 | 2172.96 | 0 | 0 | 0 | 0 | 672.96 |
| Charity Lynns Mercantile | N10053 | C2250039 | 7/25/2024 | 8/24/2024 | 511.44 | 0 | 0 | 0 | 0 | 511.44 |
| Charity Lynns Mercantile | N10053 | C2250821 | 7/29/2024 | 10/27/2024 | 3332.53 | 0 | 0 | 0 | 0 | 3332.53 |
| Charity Lynns Mercantile | N10053 | C2256908 | 8/15/2024 | 9/14/2024 | 765.54 | 0 | 0 | 0 | 0 | 765.54 |
| McKays Market #28 | N10080 | G0525946 | 7/2/2025 | 7/2/2025 | -398.25 | 0 | 0 | 0 | 0 | -398.25 |
| Marti Fort Jones Oil Inc | N10092 | G0417112 | 6/7/2024 | 7/10/2024 | 4311.9 | 0 | 0 | 0 | 0 | -4311.9 |
| Flash My Brass, LLC | N10096 | G0520448 | 6/12/2025 | 10/10/2025 | 6987.6 | 0 | 0 | 0 | 6987.6 | 0 |
| Flash My Brass, LLC | N10096 | C2329831 | 6/13/2025 | 10/10/2025 | 936.88 | 0 | 0 | 0 | 936.88 | 0 |
| Flash My Brass, LLC | N10096 | G0520908 | 6/13/2025 | 10/10/2025 | 720.46 | 0 | 0 | 0 | 720.46 | 0 |
| Flash My Brass, LLC | N10096 | V0967702 | 6/17/2025 | 10/10/2025 | 21208.61 | 0 | 0 | 0 | 21208.61 | 0 |
| Flash My Brass, LLC | N10096 | V0995349 | 7/30/2025 | 9/28/2025 | 1551.94 | 0 | 0 | 0 | 0 | 1551.94 |
| Flash My Brass, LLC | N10096 | G0537666 | 9/9/2025 | 10/9/2025 | 2793.83 | 0 | 0 | 0 | 2793.83 | 0 |
| C And R Properties LLC | N10103 | C2343097 | 9/10/2025 | 10/10/2025 | 447.85 | 0 | 0 | 0 | 447.85 | 0 |
| C And R Properties LLC | N10103 | G0540060 | 9/16/2025 | 10/10/2025 | 4087 | 0 | 0 | 0 | 4087 | 0 |
| C And R Properties LLC | N10103 | F2510N10103C | 10/30/2025 | 11/29/2025 | 4.45 | 0 | 0 | 4.45 | 0 | 0 |
| C And R Properties LLC | N10103 | F2510N10103G | 10/30/2025 | 11/29/2025 | 40.85 | 0 | 0 | 40.85 | 0 | 0 |
| C And R Properties LLC | N10103 | F2511N10103C | 11/29/2025 | 12/29/2025 | 6.6 | 6.6 | 0 | 0 | 0 | 0 |
| C And R Properties LLC | N10103 | F2511N10103G | 11/29/2025 | 12/29/2025 | 61.2 | 61.2 | 0 | 0 | 0 | 0 |
| C And R Properties LLC | N10103 | F2512N10103C | 12/1/2025 | 12/31/2025 | 0.44 | 0.44 | 0 | 0 | 0 | 0 |
| C And R Properties LLC | N10103 | F2512N10103G | 12/1/2025 | 12/31/2025 | 4.08 | 4.08 | 0 | 0 | 0 | 0 |
| PATS LLC | N10106 | C2313864 | 4/2/2025 | 9/10/2025 | 2781.85 | 0 | 0 | 0 | 0 | 2781.85 |
| PATS LLC | N10106 | G0508004 | 5/1/2025 | 9/10/2025 | 6091.13 | 0 | 0 | 0 | 0 | 6091.13 |
| PATS LLC | N10106 | G0531511 | 7/30/2025 | 9/10/2025 | 5196.82 | 0 | 0 | 0 | 0 | 5196.82 |
| PATS LLC | N10106 | F2509N10106C | 9/29/2025 | 10/29/2025 | 26.42 | 0 | 0 | 0 | 26.42 | 0 |
| PATS LLC | N10106 | F2509N10106G | 9/29/2025 | 10/29/2025 | 107.22 | 0 | 0 | 0 | 107.22 | 0 |
| PATS LLC | N10106 | F2510N10106C | 10/30/2025 | 11/29/2025 | 43.09 | 0 | 0 | 43.09 | 0 | 0 |
| PATS LLC | N10106 | F2510N10106G | 10/30/2025 | 11/29/2025 | 174.84 | 0 | 0 | 174.84 | 0 | 0 |
| PATS LLC | N10106 | F2511N10106C | 11/29/2025 | 12/29/2025 | 41.7 | 41.7 | 0 | 0 | 0 | 0 |
| PATS LLC | N10106 | F2511N10106G | 11/29/2025 | 12/29/2025 | 169.2 | 169.2 | 0 | 0 | 0 | 0 |
| PATS LLC | N10106 | F2512N10106C | 11/30/2025 | 12/30/2025 | 1.39 | 1.39 | 0 | 0 | 0 | 0 |
| PATS LLC | N10106 | F2512N10106G | 11/30/2025 | 12/30/2025 | 5.64 | 5.64 | 0 | 0 | 0 | 0 |
| LC Sporting Goods Inc | N10108 | C2344204 | 9/23/2025 | 9/23/2025 | -58.74 | 0 | 0 | 0 | 0 | -58.74 |
| Castle Country Trap And Fur Co. LLC | N10109 | C2266306 | 9/13/2024 | 12/10/2024 | 1023.99 | 0 | 0 | 0 | 0 | 1023.99 |
| Castle Country Trap And Fur Co. LLC | N10109 | G0447503 | 9/16/2024 | 12/10/2024 | 548.7 | 0 | 0 | 0 | 0 | 298.7 |

| Name | Number | Document | Date | Date | Amount | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Builders Supply Inc | N10117 | G0494610 | 2/20/2025 | 3/7/2025 | 164.32 | 0 | 0 | 0 | 0 | 0 | -164.32 |
| LAX Ammo SLC, LLC Dba | N10157 | C2029305 | 1/3/2023 | 2/10/2023 | 4948.12 | 0 | 0 | 0 | 0 | 0 | 4948.12 |
| LAX Ammo SLC, LLC Dba | N10157 | N0306513 | 1/13/2023 | 2/10/2023 | 1003.27 | 0 | 0 | 0 | 0 | 0 | 1003.27 |
| LAX Ammo SLC, LLC Dba | N10157 | C2040052 | 1/31/2023 | 4/1/2023 | 367.5 | 0 | 0 | 0 | 0 | 0 | 367.5 |
| LAX Ammo SLC, LLC Dba | N10157 | C2042149 | 2/6/2023 | 4/7/2023 | 1048.33 | 0 | 0 | 0 | 0 | 0 | 1048.33 |
| LAX Ammo SLC, LLC Dba | N10157 | N0312361 | 2/16/2023 | 3/18/2023 | 672.94 | 0 | 0 | 0 | 0 | 0 | 672.94 |
| LAX Ammo SLC, LLC Dba | N10157 | F2302N10157C | 2/27/2023 | 3/29/2023 | 42.05 | 0 | 0 | 0 | 0 | 0 | 42.05 |
| LAX Ammo SLC, LLC Dba | N10157 | F2302N10157N | 2/27/2023 | 3/29/2023 | 8.52 | 0 | 0 | 0 | 0 | 0 | 8.52 |
| LAX Ammo SLC, LLC Dba | N10157 | N0314073 | 3/1/2023 | 4/10/2023 | 1233.69 | 0 | 0 | 0 | 0 | 0 | 1233.69 |
| LAX Ammo SLC, LLC Dba | N10157 | N0317129 | 3/17/2023 | 4/16/2023 | 1424.52 | 0 | 0 | 0 | 0 | 0 | 1424.52 |
| LAX Ammo SLC, LLC Dba | N10157 | F2303N10157C | 3/30/2023 | 4/29/2023 | 76.57 | 0 | 0 | 0 | 0 | 0 | 76.57 |
| LAX Ammo SLC, LLC Dba | N10157 | F2303N10157N | 3/30/2023 | 4/29/2023 | 87.26 | 0 | 0 | 0 | 0 | 0 | 87.26 |
| LAX Ammo SLC, LLC Dba | N10157 | F2308N10157C | 8/30/2023 | 9/21/2023 | 108.93 | 0 | 0 | 0 | 0 | 0 | 108.93 |
| LAX Ammo SLC, LLC Dba | N10157 | F2308N10157N | 8/30/2023 | 9/21/2023 | 178.25 | 0 | 0 | 0 | 0 | 0 | 80.5 |
| LAX Ammo SLC, LLC Dba | N10157 | F2309N10157C | 9/29/2023 | 10/29/2023 | 95.4 | 0 | 0 | 0 | 0 | 0 | 95.4 |
| LAX Ammo SLC, LLC Dba | N10157 | F2309N10157N | 9/29/2023 | 10/29/2023 | 168.92 | 0 | 0 | 0 | 0 | 0 | 168.92 |
| LAX Ammo SLC, LLC Dba | N10157 | F2310N10157C | 10/30/2023 | 11/29/2023 | 98.58 | 0 | 0 | 0 | 0 | 0 | 98.58 |
| LAX Ammo SLC, LLC Dba | N10157 | F2310N10157N | 10/30/2023 | 11/29/2023 | 67.27 | 0 | 0 | 0 | 0 | 0 | 67.27 |
| LAX Ammo SLC, LLC Dba | N10157 | F2311N10157C | 11/29/2023 | 12/29/2023 | 95.4 | 0 | 0 | 0 | 0 | 0 | 95.4 |
| LAX Ammo SLC, LLC Dba | N10157 | F2311N10157N | 11/29/2023 | 12/29/2023 | 65.1 | 0 | 0 | 0 | 0 | 0 | 65.1 |
| LAX Ammo SLC, LLC Dba | N10157 | F2312N10157C | 12/30/2023 | 1/29/2024 | 98.58 | 0 | 0 | 0 | 0 | 0 | 98.58 |
| LAX Ammo SLC, LLC Dba | N10157 | F2312N10157N | 12/30/2023 | 1/29/2024 | 67.27 | 0 | 0 | 0 | 0 | 0 | 67.27 |
| LAX Ammo SLC, LLC Dba | N10157 | F2401N10157C | 1/4/2024 | 2/3/2024 | 15.9 | 0 | 0 | 0 | 0 | 0 | 15.9 |
| LAX Ammo SLC, LLC Dba | N10157 | F2401N10157N | 1/4/2024 | 2/3/2024 | 10.85 | 0 | 0 | 0 | 0 | 0 | 10.85 |
| Morrow Properties Of California | N10174 | G0545047 | 11/21/2025 | 11/21/2025 | -17.72 | 0 | 0 | -17.72 | 0 | 0 | 0 |
| Morrow Properties Of California | N10174 | V1030208 | 11/21/2025 | 11/21/2025 | -25.52 | 0 | 0 | -25.52 | 0 | 0 | 0 |
| D&B Damon LLC | N10176 | G0533461 | 8/7/2025 | 10/6/2025 | 18734.75 | 0 | 0 | 0 | 0 | 0 | -372.69 |
| Kayak Fishing Supplies LLC | N10177 | G0499713 | 3/13/2025 | 9/10/2025 | 1586.13 | 0 | 0 | 0 | 0 | 0 | 1586.13 |
| Kayak Fishing Supplies LLC | N10177 | G0499965 | 3/17/2025 | 9/10/2025 | 1617.5 | 0 | 0 | 0 | 0 | 0 | 1617.5 |
| Kayak Fishing Supplies LLC | N10177 | G0531592 | 7/28/2025 | 9/10/2025 | 1262.01 | 0 | 0 | 0 | 0 | 0 | 1262.01 |
| Kayak Fishing Supplies LLC | N10177 | F2510N10177C | 10/27/2025 | 11/26/2025 | 0.48 | 0 | 0 | 0.48 | 0 | 0 | 0 |
| Kayak Fishing Supplies LLC | N10177 | F2510N10177G | 10/30/2025 | 11/26/2025 | 80.68 | 0 | 0 | 23.41 | 0 | 0 | 0 |
| Kayak Fishing Supplies LLC | N10177 | F2511N10177G | 11/29/2025 | 12/29/2025 | 66.9 | 66.9 | 0 | 0 | 0 | 0 | 0 |
| Kayak Fishing Supplies LLC | N10177 | F2512N10177G | 12/1/2025 | 12/31/2025 | -4.46 | 4.46 | 0 | 0 | 0 | 0 | 0 |
| BDS Inc 4 | N10185 | C2332637 | 6/25/2025 | 8/10/2025 | 67.34 | 0 | 0 | 0 | 0 | 0 | 67.34 |
| BDS Inc 4 | N10185 | G0524026 | 6/25/2025 | 8/10/2025 | 1660.99 | 0 | 0 | 0 | 0 | 0 | 1660.99 |
| BDS Inc 4 | N10185 | G0525944 | 7/2/2025 | 7/2/2025 | -45.81 | 0 | 0 | 0 | 0 | 0 | -45.81 |
| BDS Inc 4 | N10185 | F2508N10185C | 8/30/2025 | 9/29/2025 | 0.65 | 0 | 0 | 0 | 0 | 0 | 0.65 |
| BDS Inc 4 | N10185 | F2508N10185G | 8/30/2025 | 9/29/2025 | 16.49 | 0 | 0 | 0 | 0 | 0 | 16.49 |
| BDS Inc 4 | N10185 | F2509N10185C | 9/29/2025 | 10/29/2025 | 0.9 | 0 | 0 | 0 | 0 | 0.9 | 0 |
| BDS Inc 4 | N10185 | F2509N10185G | 9/29/2025 | 10/29/2025 | 24.3 | 0 | 0 | 0 | 0 | 24.3 | 0 |
| BDS Inc 4 | N10185 | F2510N10185C | 10/6/2025 | 11/5/2025 | 0.21 | 0 | 0 | 0 | 0.21 | 0 | 0 |
| BDS Inc 4 | N10185 | F2510N10185G | 10/6/2025 | 11/5/2025 | 5.67 | 0 | 0 | 0 | 5.67 | 0 | 0 |
| Chunk Chasers | N10186 | C2341974 | 8/29/2025 | 8/29/2025 | -21.1 | 0 | 0 | 0 | 0 | 0 | -21.1 |
| Chunk Chasers | N10186 | V1014066 | 9/2/2025 | 9/2/2025 | -3.2 | 0 | 0 | 0 | 0 | 0 | -3.2 |
| Lotus Business Inc | N10198 | C2028855 | 10/22/2025 | 11/21/2025 | 77.51 | 0 | 0 | 77.51 | 0 | 0 | 0 |
| Lotus Business Inc | N10198 | G0544248 | 10/23/2025 | 11/22/2025 | 291.42 | 0 | 0 | 291.42 | 0 | 0 | 0 |
| Buckhart & Paulson LLC | N10205 | C2339702 | 8/8/2025 | 9/10/2025 | 1138.35 | 0 | 0 | 0 | 0 | 0 | 1138.35 |
| Buckhart & Paulson LLC | N10205 | G0534021 | 8/11/2025 | 9/10/2025 | 2619.06 | 0 | 0 | 0 | 0 | 0 | 2619.06 |
| Buckhart & Paulson LLC | N10205 | V1003263 | 8/11/2025 | 9/10/2025 | 1235.86 | 0 | 0 | 0 | 0 | 0 | 1235.86 |
| Buckhart & Paulson LLC | N10205 | G0537019 | 8/26/2025 | 8/26/2025 | -196.82 | 0 | 0 | 0 | 0 | 0 | -196.82 |
| Case Properties Arizona LLC | N10209 | G0534769 | 8/13/2025 | 8/13/2025 | -20.88 | 0 | 0 | 0 | 0 | 0 | -20.88 |
| Hanson Precision Guns And Ammo | N10215 | V1029981 | 11/10/2025 | 11/10/2025 | -328 | 0 | 0 | -250.83 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | C2198588 | 3/8/2024 | 3/8/2024 | -126.36 | 0 | 0 | 0 | 0 | 0 | -126.36 |
| Orgill, Inc. | ORGILL | R2715246 | 3/12/2024 | 3/12/2024 | -2010.25 | 0 | 0 | 0 | 0 | 0 | -2010.25 |
| Orgill, Inc. | ORGILL | R2726396 | 4/10/2024 | 4/10/2024 | -503.54 | 0 | 0 | 0 | 0 | 0 | -503.54 |
| Orgill, Inc. | ORGILL | V0679911 | 5/10/2024 | 5/10/2024 | -261.34 | 0 | 0 | 0 | 0 | 0 | -261.34 |
| Orgill, Inc. | ORGILL | R2739126 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | R2739135 | 5/22/2024 | 5/22/2024 | -400 | 0 | 0 | 0 | 0 | 0 | -400 |
| Orgill, Inc. | ORGILL | R2739188 | 5/22/2024 | 5/22/2024 | -75 | 0 | 0 | 0 | 0 | 0 | -75 |
| Orgill, Inc. | ORGILL | R2739220 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | R2739412 | 5/22/2024 | 5/22/2024 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | V0780187 | 8/16/2024 | 8/16/2024 | -140.38 | 0 | 0 | 0 | 0 | 0 | -140.38 |
| Orgill, Inc. | ORGILL | V0781321 | 8/19/2024 | 8/19/2024 | -97.27 | 0 | 0 | 0 | 0 | 0 | -97.27 |
| Orgill, Inc. | ORGILL | V0781322 | 8/19/2024 | 8/19/2024 | -51.43 | 0 | 0 | 0 | 0 | 0 | -51.43 |
| Orgill, Inc. | ORGILL | V0781324 | 8/19/2024 | 8/19/2024 | -40.91 | 0 | 0 | 0 | 0 | 0 | -40.91 |
| Orgill, Inc. | ORGILL | G0444402 | 8/29/2024 | 8/29/2024 | -36.36 | 0 | 0 | 0 | 0 | 0 | -36.36 |
| Orgill, Inc. | ORGILL | V0797232 | 9/10/2024 | 9/10/2024 | -86.09 | 0 | 0 | 0 | 0 | 0 | -86.09 |
| Orgill, Inc. | ORGILL | V0801369 | 9/17/2024 | 9/17/2024 | -35.77 | 0 | 0 | 0 | 0 | 0 | -35.77 |
| Orgill, Inc. | ORGILL | V0801542 | 9/17/2024 | 9/17/2024 | -84.4 | 0 | 0 | 0 | 0 | 0 | -84.4 |
| Orgill, Inc. | ORGILL | V0801734 | 9/18/2024 | 9/18/2024 | -25 | 0 | 0 | 0 | 0 | 0 | -50 |
| Orgill, Inc. | ORGILL | V0816024 | 10/8/2024 | 10/8/2024 | -50.86 | 0 | 0 | 0 | 0 | 0 | -50.86 |
| Orgill, Inc. | ORGILL | C2276126 | 10/21/2024 | 10/21/2024 | -338.62 | 0 | 0 | 0 | 0 | 0 | -338.62 |
| Orgill, Inc. | ORGILL | V0826883 | 10/24/2024 | 10/24/2024 | -501.13 | 0 | 0 | 0 | 0 | 0 | -501.13 |
| Orgill, Inc. | ORGILL | V0836290 | 11/11/2024 | 11/11/2024 | -83.75 | 0 | 0 | 0 | 0 | 0 | -83.75 |
| Orgill, Inc. | ORGILL | V0840529 | 11/20/2024 | 11/20/2024 | -232.47 | 0 | 0 | 0 | 0 | 0 | -232.47 |
| Orgill, Inc. | ORGILL | V0853184 | 12/18/2024 | 12/18/2024 | -291.95 | 0 | 0 | 0 | 0 | 0 | -291.95 |
| Orgill, Inc. | ORGILL | G0481656 | 1/13/2025 | 1/13/2025 | -136.73 | 0 | 0 | 0 | 0 | 0 | -136.73 |
| Orgill, Inc. | ORGILL | V0887110 | 2/21/2025 | 2/21/2025 | -831.59 | 0 | 0 | 0 | 0 | 0 | -831.59 |
| Orgill, Inc. | ORGILL | V0889429 | 2/26/2025 | 2/26/2025 | -111.52 | 0 | 0 | 0 | 0 | 0 | -111.52 |
| Orgill, Inc. | ORGILL | V0889448 | 2/26/2025 | 2/26/2025 | -281.9 | 0 | 0 | 0 | 0 | 0 | -281.9 |
| Orgill, Inc. | ORGILL | V0889572 | 2/26/2025 | 2/26/2025 | -397 | 0 | 0 | 0 | 0 | 0 | -397 |
| Orgill, Inc. | ORGILL | V0895132 | 3/5/2025 | 3/5/2025 | -95.31 | 0 | 0 | 0 | 0 | 0 | -95.31 |
| Orgill, Inc. | ORGILL | V0921215 | 4/10/2025 | 4/10/2025 | -156.07 | 0 | 0 | 0 | 0 | 0 | -156.07 |
| Orgill, Inc. | ORGILL | V0936154 | 5/1/2025 | 5/1/2025 | -126 | 0 | 0 | 0 | 0 | 0 | -126 |
| Orgill, Inc. | ORGILL | V0961367 | 6/5/2025 | 6/5/2025 | -500 | 0 | 0 | 0 | 0 | 0 | -500 |
| Orgill, Inc. | ORGILL | V0961374 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | V0961375 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | V0961376 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | V0961452 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | V0961507 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | V0961560 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Orgill, Inc. | ORGILL | V0974573 | 6/25/2025 | 6/25/2025 | -38.88 | 0 | 0 | 0 | 0 | 0 | -38.88 |
| Orgill, Inc. | ORGILL | V0998115 | 8/6/2025 | 8/6/2025 | -111.98 | 0 | 0 | 0 | 0 | 0 | -111.98 |

| Orgill, Inc. | ORGILL | C2340904 | 8/20/2025 | 11/15/2025 | 94.69 | 0 | 0 | 94.69 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1014095 | 9/2/2025 | 9/2/2025 | -28 | 0 | 0 | 0 | 0 | -28 |
| Orgill, Inc. | ORGILL | G0540812 | 9/17/2025 | 12/15/2025 | 272.55 | 0 | 272.55 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1019496 | 9/17/2025 | 12/15/2025 | 605.38 | 0 | 605.38 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | C2344725 | 10/3/2025 | 1/15/2026 | 2915 | 2915 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | C2344730 | 10/3/2025 | 1/15/2026 | 1200 | 1200 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | C2344747 | 10/3/2025 | 1/15/2026 | 950 | 950 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | C2344761 | 10/3/2025 | 1/15/2026 | 394 | 394 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0542532 | 10/3/2025 | 1/15/2026 | 113.87 | 113.87 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1025636 | 10/3/2025 | 1/15/2026 | 143.73 | 143.73 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1025643 | 10/3/2025 | 1/15/2026 | 1707.8 | 1707.8 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1025644 | 10/3/2025 | 1/15/2026 | 757.7 | 757.7 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0542531 | 10/6/2025 | 1/15/2026 | 174.63 | 174.63 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | C2344859 | 10/7/2025 | 1/15/2026 | 800 | 800 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0542672 | 10/7/2025 | 1/15/2026 | 318.86 | 318.86 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0542677 | 10/7/2025 | 1/15/2026 | 404.74 | 404.74 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1025953 | 10/7/2025 | 1/15/2026 | 560.64 | 560.64 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1025958 | 10/7/2025 | 1/15/2026 | 107.07 | 107.07 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | C2344912 | 10/8/2025 | 1/15/2026 | 222.76 | 222.76 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543100 | 10/9/2025 | 1/15/2026 | 618.97 | 618.97 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543113 | 10/9/2025 | 1/15/2026 | 136.28 | 136.28 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543118 | 10/9/2025 | 1/15/2026 | 654.9 | 654.9 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1026467 | 10/9/2025 | 1/15/2026 | 347.74 | 347.74 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1026480 | 10/9/2025 | 1/15/2026 | 428.74 | 428.74 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1026522 | 10/10/2025 | 1/15/2026 | 940.63 | 940.63 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1026540 | 10/10/2025 | 1/15/2026 | 518.09 | 518.09 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1026598 | 10/10/2025 | 1/15/2026 | 1436.1 | 1436.1 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1026609 | 10/10/2025 | 1/15/2026 | 208.19 | 208.19 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1026611 | 10/10/2025 | 1/15/2026 | 203.34 | 203.34 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543195 | 10/13/2025 | 1/15/2026 | 261.47 | 261.47 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543206 | 10/13/2025 | 1/15/2026 | 120.66 | 120.66 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543209 | 10/13/2025 | 1/15/2026 | 320.27 | 320.27 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1027343 | 10/14/2025 | 1/15/2026 | 219.82 | 219.82 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1027694 | 10/15/2025 | 1/15/2026 | 393.71 | 393.71 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543385 | 10/16/2025 | 1/15/2026 | 305.1 | 305.1 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0543868 | 10/20/2025 | 1/15/2026 | 257.81 | 257.81 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1028614 | 10/20/2025 | 1/15/2026 | 297 | 297 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544310 | 10/22/2025 | 1/15/2026 | 306.43 | 306.43 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029061 | 10/22/2025 | 1/15/2026 | 381.65 | 381.65 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544414 | 10/23/2025 | 10/23/2025 | -516.68 | 0 | 0 | 0 | -516.68 | 0 |
| Orgill, Inc. | ORGILL | V1029066 | 10/23/2025 | 1/15/2026 | 339.23 | 339.23 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029081 | 10/23/2025 | 1/15/2026 | 690.01 | 690.01 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544276 | 10/24/2025 | 1/15/2026 | 320.09 | 320.09 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544409 | 10/24/2025 | 1/15/2026 | 612.28 | 612.28 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544455 | 10/24/2025 | 1/15/2026 | 106.32 | 106.32 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029279 | 10/24/2025 | 1/15/2026 | 392.67 | 392.67 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029387 | 10/27/2025 | 1/15/2026 | 258.01 | 258.01 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544563 | 10/28/2025 | 1/15/2026 | 77.28 | 77.28 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029502 | 10/29/2025 | 1/15/2026 | 939.63 | 939.63 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544711 | 11/3/2025 | 2/15/2026 | 491.27 | 491.27 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029698 | 11/4/2025 | 2/15/2026 | 102.3 | 102.3 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | G0544825 | 11/6/2025 | 2/15/2026 | 252.3 | 252.3 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029833 | 11/6/2025 | 2/15/2026 | 322.23 | 322.23 | 0 | 0 | 0 | 0 |
| Orgill, Inc. | ORGILL | V1029836 | 11/6/2025 | 2/15/2026 | 547.86 | 547.86 | 0 | 0 | 0 | 0 |
| Orgill CDT | ORGILL CDT | R2101393 | 9/13/2021 | 9/13/2021 | 0 | 0 | 0 | 0 | 0 | -1032.41 |
| Orgill CDT | ORGILL CDT | N0206431 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -36.11 |
| Orgill CDT | ORGILL CDT | N0206760 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -36.11 |
| Orgill CDT | ORGILL CDT | N0215669 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -167.29 |
| Orgill CDT | ORGILL CDT | R2157603 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -64.26 |
| Orgill CDT | ORGILL CDT | R2168201 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -61.82 |
| Orgill CDT | ORGILL CDT | R2178209 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -142.23 |
| Orgill CDT | ORGILL CDT | R2178210 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -36.5 |
| Orgill CDT | ORGILL CDT | R2331913 | 7/14/2022 | 7/14/2022 | 0 | 0 | 0 | 0 | 0 | -81.96 |
| Orgill CDT | ORGILL CDT | R2333217 | 7/14/2022 | 7/14/2022 | 0 | 0 | 0 | 0 | 0 | -11.13 |
| Orgill CDT | ORGILL CDT | N0221975 | 11/14/2022 | 11/14/2022 | 0 | 0 | 0 | 0 | 0 | -0.63 |
| Orgill CDT | ORGILL CDT | R2298883 | 11/14/2022 | 11/14/2022 | 0 | 0 | 0 | 0 | 0 | -65.38 |
| Orgill CDT | ORGILL CDT | C1937169 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -43.01 |
| Orgill CDT | ORGILL CDT | C1969030 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -337.5 |
| Orgill CDT | ORGILL CDT | C1981093 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -201.58 |
| Orgill CDT | ORGILL CDT | C2021045 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -28.02 |
| Orgill CDT | ORGILL CDT | C2040489 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -38.43 |
| Orgill CDT | ORGILL CDT | C2040495 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -65.14 |
| Orgill CDT | ORGILL CDT | N0264857 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -123.54 |
| Orgill CDT | ORGILL CDT | N0270117 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -19.37 |
| Orgill CDT | ORGILL CDT | N0270134 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -26.39 |
| Orgill CDT | ORGILL CDT | N0298167 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -13.7 |
| Orgill CDT | ORGILL CDT | N0318520 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -34.8 |
| Orgill CDT | ORGILL CDT | N0322307 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -4.32 |
| Orgill CDT | ORGILL CDT | N0322314 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -70.63 |
| Orgill CDT | ORGILL CDT | N0322321 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -1.06 |
| Orgill CDT | ORGILL CDT | R2313299 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -281.95 |
| Orgill CDT | ORGILL CDT | R2341737 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -90.06 |
| Orgill CDT | ORGILL CDT | R2361117 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -52.86 |
| Orgill CDT | ORGILL CDT | R2368185 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -85.56 |
| Orgill CDT | ORGILL CDT | R2377639 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -208.32 |
| Orgill CDT | ORGILL CDT | R2378215 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -54.39 |
| Orgill CDT | ORGILL CDT | R2386942 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -43.01 |
| Orgill CDT | ORGILL CDT | R2413473 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -5.12 |
| Orgill CDT | ORGILL CDT | R2427971 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -237.6 |
| Orgill CDT | ORGILL CDT | R2427972 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -823.68 |
| Orgill CDT | ORGILL CDT | R2451470 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -471 |
| Orgill CDT | ORGILL CDT | R2501037 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -201.46 |
| Orgill CDT | ORGILL CDT | R2523891 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -177.48 |
| Orgill CDT | ORGILL CDT | R2549908 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | -69.47 |

| Name | Code | Reference | Date | Date | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Orgill CDT | ORGILL CDT | R2554903 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -47.82 |
| Orgill CDT | ORGILL CDT | R2575365 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -47.24 |
| Orgill CDT | ORGILL CDT | R2616781 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -285.16 |
| Orgill CDT | ORGILL CDT | R2621215 | 7/28/2023 | 7/28/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -3.08 |
| Orgill CDT | ORGILL CDT | C2084794DMF | 9/15/2023 | 9/15/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -26.4 |
| Orgill CDT | ORGILL CDT | C2164893 | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -38.55 |
| Orgill CDT | ORGILL CDT | G0318079 | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -128.31 |
| Orgill CDT | ORGILL CDT | G0318080 | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -56.89 |
| Orgill CDT | ORGILL CDT | N0342526 | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -383.92 |
| Orgill CDT | ORGILL CDT | N0342530 | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -64.58 |
| Orgill CDT | ORGILL CDT | R2659892 | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -119.15 |
| Orgill CDT | ORGILL CDT | V0794918 | 1/28/2025 | 1/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -404.95 |
| Orgill CDT | ORGILL CDT | G0411384DMQ | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -5615.25 |
| Orgill CDT | ORGILL CDT | G0415242DMQ | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -509.64 |
| Orgill CDT | ORGILL CDT | V0801542CR | 3/13/2025 | 3/13/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -82.71 |
| Palmetto State Armory LLC | PSTATE | R2651318 | 9/25/2023 | 11/24/2023 | 8709.71 | 0 | 0 | 0 | 0 | 0 | -175.5 |
| Palmetto State Armory LLC | PSTATE | G0333596 | 10/11/2023 | 12/10/2023 | 325.33 | 0 | 0 | 0 | 0 | 0 | -266.11 |
| Palmetto State Armory LLC | PSTATE | C2178107 | 1/12/2024 | 2/11/2024 | 1745 | 0 | 0 | 0 | 0 | 0 | -0.93 |
| Palmetto State Armory LLC | PSTATE | C2223849 | 5/10/2024 | 7/9/2024 | 216.93 | 0 | 0 | 0 | 0 | 0 | -10.11 |
| Palmetto State Armory LLC | PSTATE | V0876223-3 | 2/12/2025 | 7/10/2025 | 2356.11 | 0 | 0 | 0 | 0 | 0 | -133.12 |
| Palmetto State Armory LLC | PSTATE | V0878500-3 | 2/17/2025 | 7/10/2025 | 182.55 | 0 | 0 | 0 | 0 | 0 | -46.44 |
| Roses Credit Account | ROSES/CDT | R2206191 | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | 0 | -1.03 |
| Roses Credit Account | ROSES/CDT | R2273583 | 11/14/2022 | 11/14/2022 | 0 | 0 | 0 | 0 | 0 | 0 | -36.27 |
| Roses Credit Account | ROSES/CDT | G0191195 | 11/8/2023 | 11/8/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -1750.93 |
| Roses Credit Account | ROSES/CDT | R2422721 | 11/8/2023 | 11/8/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -98.46 |
| Roses Credit Account | ROSES/CDT | V0434244 | 11/8/2023 | 11/8/2023 | 0 | 0 | 0 | 0 | 0 | 0 | -56.19 |
| Roses Credit Account | ROSES/CDT | 2636813A | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -34.27 |
| Roses Credit Account | ROSES/CDT | R2736402 | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -26.77 |
| Roses Credit Account | ROSES/CDT | V0780192 | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -610.49 |
| Roses Credit Account | ROSES/CDT | V0803464 | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 0 | -277.58 |
| Rural King | RURALKING | V0924305 | 4/16/2025 | 4/16/2025 | -146.02 | 0 | 0 | 0 | 0 | 0 | -146.02 |
| Rural King | RURALKING | V0990860 | 7/22/2025 | 7/22/2025 | -43.96 | 0 | 0 | 0 | 0 | 0 | -43.96 |
| Rural King | RURALKING | C2338813 | 7/31/2025 | 9/29/2025 | 136.54 | 0 | 0 | 0 | 0 | 0 | 136.54 |
| Rural King | RURALKING | C2339612 | 8/7/2025 | 10/6/2025 | 108.2 | 0 | 0 | 0 | 0 | 0 | 108.2 |
| Rural King | RURALKING | V0998159 | 8/7/2025 | 10/6/2025 | 2155.75 | 0 | 0 | 0 | 0 | 0 | 2155.75 |
| Rural King | RURALKING | V1006932 | 8/20/2025 | 10/19/2025 | 137.61 | 0 | 0 | 0 | 0 | 137.61 | 0 |
| Rural King | RURALKING | V1006957 | 8/20/2025 | 10/19/2025 | 126.6 | 0 | 0 | 0 | 0 | 126.6 | 0 |
| Rural King | RURALKING | V1008747 | 8/25/2025 | 10/24/2025 | 194.25 | 0 | 0 | 0 | 0 | 194.25 | 0 |
| Rural King | RURALKING | V1008751 | 8/25/2025 | 10/24/2025 | 121.47 | 0 | 0 | 0 | 0 | 121.47 | 0 |
| Rural King | RURALKING | C2341705 | 8/27/2025 | 10/26/2025 | 12.14 | 0 | 0 | 0 | 0 | 12.14 | 0 |
| Rural King | RURALKING | V1013284 | 9/2/2025 | 11/1/2025 | 134.42 | 0 | 0 | 0 | 0 | 134.42 | 0 |
| Rural King | RURALKING | V1013285 | 9/2/2025 | 11/1/2025 | 56.22 | 0 | 0 | 0 | 0 | 56.22 | 0 |
| Rural King | RURALKING | V1013286 | 9/2/2025 | 11/1/2025 | 88.84 | 0 | 0 | 0 | 0 | 88.84 | 0 |
| Rural King | RURALKING | V1013287 | 9/2/2025 | 11/1/2025 | 64.8 | 0 | 0 | 0 | 0 | 64.8 | 0 |
| Rural King | RURALKING | V1013288 | 9/2/2025 | 11/1/2025 | 66.2 | 0 | 0 | 0 | 0 | 66.2 | 0 |
| Rural King | RURALKING | V1013289 | 9/2/2025 | 11/1/2025 | 42.02 | 0 | 0 | 0 | 0 | 42.02 | 0 |
| Rural King | RURALKING | V1013290 | 9/2/2025 | 11/1/2025 | 47.51 | 0 | 0 | 0 | 0 | 47.51 | 0 |
| Rural King | RURALKING | V1013291 | 9/2/2025 | 11/1/2025 | 79.09 | 0 | 0 | 0 | 0 | 79.09 | 0 |
| Rural King | RURALKING | V1013292 | 9/2/2025 | 11/1/2025 | 121.75 | 0 | 0 | 0 | 0 | 121.75 | 0 |
| Rural King | RURALKING | V1013293 | 9/2/2025 | 11/1/2025 | 70.09 | 0 | 0 | 0 | 0 | 70.09 | 0 |
| Rural King | RURALKING | V1013294 | 9/2/2025 | 11/1/2025 | 76.8 | 0 | 0 | 0 | 0 | 76.8 | 0 |
| Rural King | RURALKING | V1013295 | 9/2/2025 | 11/1/2025 | 44.95 | 0 | 0 | 0 | 0 | 44.95 | 0 |
| Rural King | RURALKING | V1013296 | 9/2/2025 | 11/1/2025 | 102.07 | 0 | 0 | 0 | 0 | 102.07 | 0 |
| Rural King | RURALKING | V1013297 | 9/2/2025 | 11/1/2025 | 45.64 | 0 | 0 | 0 | 0 | 45.64 | 0 |
| Rural King | RURALKING | V1013298 | 9/2/2025 | 11/1/2025 | 60.12 | 0 | 0 | 0 | 0 | 60.12 | 0 |
| Rural King | RURALKING | V1010527 | 9/4/2025 | 11/3/2025 | 54.41 | 0 | 0 | 0 | 0 | 54.41 | 0 |
| Rural King | RURALKING | V1010528 | 9/4/2025 | 11/3/2025 | 47.36 | 0 | 0 | 0 | 0 | 47.36 | 0 |
| Rural King | RURALKING | V1029688 | 11/3/2025 | 11/3/2025 | -136.54 | 0 | 0 | 0 | 0 | 0 | -136.54 |
| Brian Kurzbein | SA117 | V0991104 | 7/23/2025 | 10/21/2025 | 30.59 | 0 | 0 | 0 | 0 | 0 | 30.59 |
| Brian Kurzbein | SA117 | C2338276 | 7/28/2025 | 10/26/2025 | 16.79 | 0 | 0 | 0 | 0 | 16.79 | 0 |
| Brian Kurzbein | SA117 | G0531525 | 7/28/2025 | 10/26/2025 | 16.79 | 0 | 0 | 0 | 0 | 16.79 | 0 |
| Brian Kurzbein | SA117 | G0535123 | 8/14/2025 | 11/12/2025 | 4.43 | 0 | 0 | 0 | 0 | 4.43 | 0 |
| Brian Kurzbein | SA117 | V1006074 | 8/19/2025 | 11/17/2025 | 62.75 | 0 | 0 | 0 | 0 | 62.75 | 0 |
| Brian Kurzbein | SA117 | V1010240 | 8/22/2025 | 11/20/2025 | 7.96 | 0 | 0 | 0 | 0 | 7.96 | 0 |
| Brian Kurzbein | SA117 | V1011972 | 8/27/2025 | 11/10/2025 | 5.32 | 0 | 0 | 0 | 0 | 5.32 | 0 |
| Brian Kurzbein | SA117 | C2342456 | 9/4/2025 | 11/3/2025 | 4.13 | 0 | 0 | 0 | 0 | 4.13 | 0 |
| Brian Kurzbein | SA117 | G0538378 | 9/4/2025 | 11/3/2025 | 77.85 | 0 | 0 | 0 | 0 | 77.85 | 0 |
| Aaron Blem | SC004 | V1008735 | 8/21/2025 | 11/19/2025 | 68.36 | 0 | 0 | 0 | 0 | 60.25 | 0 |
| Aaron Blem | SC004 | C2342236 | 9/3/2025 | 11/10/2025 | 236.79 | 0 | 0 | 0 | 0 | 236.79 | 0 |
| Aaron Blem | SC004 | G0537668 | 9/9/2025 | 11/10/2025 | 39.04 | 0 | 0 | 0 | 0 | 39.04 | 0 |
| Aaron Blem | SC004 | V1019407 | 9/11/2025 | 11/10/2025 | 666.9 | 0 | 0 | 0 | 0 | 666.9 | 0 |
| Aaron Blem | SC004 | C2343765 | 9/16/2025 | 11/10/2025 | 12.3 | 0 | 0 | 0 | 0 | 12.3 | 0 |
| Aaron Blem | SC004 | V1024281 | 9/26/2025 | 11/10/2025 | 73.63 | 0 | 0 | 0 | 0 | 73.63 | 0 |
| Aaron Blem | SC004 | C2344441 | 9/29/2025 | 11/10/2025 | 139.79 | 0 | 0 | 0 | 0 | 139.79 | 0 |
| Aaron Blem | SC004 | G0541813 | 9/29/2025 | 11/10/2025 | 7.9 | 0 | 0 | 0 | 0 | 7.9 | 0 |
| Aaron Blem | SC004 | V1025580 | 10/3/2025 | 11/10/2025 | 34.64 | 0 | 0 | 0 | 0 | 34.64 | 0 |
| Aaron Blem | SC004 | G0543719 | 10/16/2025 | 11/10/2025 | 78.42 | 0 | 0 | 0 | 0 | 78.42 | 0 |
| Aaron Blem | SC004 | V1028790 | 10/21/2025 | 11/10/2025 | 81.96 | 0 | 0 | 0 | 0 | 81.96 | 0 |
| Joe Schacher | SC029 | C2343418 | 9/11/2025 | 11/10/2025 | 175.75 | 0 | 0 | 0 | 0 | 175.75 | 0 |
| Joe Schacher | SC029 | C2344058 | 9/19/2025 | 11/10/2025 | 121.95 | 0 | 0 | 0 | 0 | 121.95 | 0 |
| Mike Wilmoth | SC032 | C2265736 | 9/11/2024 | 12/10/2024 | 252 | 0 | 0 | 0 | 0 | 0 | 102.35 |
| Mike Wilmoth | SC032 | V0797361 | 9/11/2024 | 12/10/2024 | 35.45 | 0 | 0 | 0 | 0 | 0 | 35.45 |
| Mike Wilmoth | SC032 | C2268498 | 9/20/2024 | 12/19/2024 | 37.94 | 0 | 0 | 0 | 0 | 0 | 37.94 |
| Mike Wilmoth | SC032 | G0449258 | 9/20/2024 | 12/19/2024 | 58.26 | 0 | 0 | 0 | 0 | 0 | 58.26 |
| Mike Wilmoth | SC032 | C2269997 | 9/26/2024 | 12/25/2024 | 757.78 | 0 | 0 | 0 | 0 | 0 | 757.78 |
| Mike Wilmoth | SC032 | G0450636 | 9/26/2024 | 12/25/2024 | 321.21 | 0 | 0 | 0 | 0 | 0 | 321.21 |
| Mike Wilmoth | SC032 | V0804168 | 9/26/2024 | 12/25/2024 | 23.43 | 0 | 0 | 0 | 0 | 0 | 23.43 |
| Mike Wilmoth | SC032 | C2280059 | 11/4/2024 | 2/2/2025 | 41.53 | 0 | 0 | 0 | 0 | 0 | 41.53 |
| Mike Wilmoth | SC032 | C2281888 | 11/11/2024 | 2/9/2025 | 9.72 | 0 | 0 | 0 | 0 | 0 | 9.72 |
| Mike Wilmoth | SC032 | V0835707 | 11/12/2024 | 2/10/2025 | 26.89 | 0 | 0 | 0 | 0 | 0 | 26.89 |
| Mike Wilmoth | SC032 | C2284669 | 11/21/2024 | 2/19/2025 | 378 | 0 | 0 | 0 | 0 | 0 | 378 |
| Eric Schreurs | SC036 | V1008736 | 8/21/2025 | 11/19/2025 | 805.95 | 0 | 0 | 0 | 0 | 805.95 | 0 |

| Name | Account | Ref1 | Ref2 | Date1 | Date2 | Amount | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eric Schreurs | SC036 | C2341606 | | 8/27/2025 | 11/10/2025 | 845.26 | 0 | 0 | 682.34 | 0 | 0 |
| Eric Schreurs | SC036 | C2342107 | | 9/2/2025 | 11/10/2025 | 114.33 | 0 | 0 | 114.33 | 0 | 0 |
| Eric Schreurs | SC036 | G0536970 | | 9/5/2025 | 11/10/2025 | 218.17 | 0 | 0 | 218.17 | 0 | 0 |
| Mark Peterson | SC037 | V0932075 | | 4/28/2025 | 7/27/2025 | 31.51 | 0 | 0 | 0 | 0 | 31.51 |
| Mark Peterson | SC037 | C2319565 | | 4/29/2025 | 7/28/2025 | 18.46 | 0 | 0 | 0 | 0 | 18.46 |
| Mark Peterson | SC037 | C2323657 | | 5/16/2025 | 8/14/2025 | 163.21 | 0 | 0 | 0 | 0 | 163.21 |
| Mark Peterson | SC037 | G0514091 | | 5/16/2025 | 8/14/2025 | 73.78 | 0 | 0 | 0 | 0 | 73.78 |
| Mark Peterson | SC037 | C2332967 | | 6/26/2025 | 9/24/2025 | 165.57 | 0 | 0 | 0 | 0 | 165.57 |
| Dale Shope | SC060 | V0862412 | | 1/13/2025 | 1/13/2025 | -50 | 0 | 0 | 0 | 0 | -50 |
| Mark Walizer | SC062 | V0932587 | | 4/29/2025 | 7/28/2025 | 103.28 | 0 | 0 | 0 | 0 | 103.28 |
| Mark Walizer | SC062 | G0511274 | | 5/5/2025 | 8/3/2025 | 291.06 | 0 | 0 | 0 | 0 | 291.06 |
| Mark Walizer | SC062 | C2323191 | | 5/14/2025 | 8/12/2025 | 55.26 | 0 | 0 | 0 | 0 | 55.26 |
| Mark Walizer | SC062 | V0944076 | | 5/14/2025 | 8/12/2025 | 34.68 | 0 | 0 | 0 | 0 | 34.68 |
| Mark Walizer | SC062 | V0961306 | | 5/22/2025 | 8/20/2025 | 200.88 | 0 | 0 | 0 | 0 | 200.88 |
| Mark Walizer | SC062 | V0972832 | | 6/23/2025 | 9/21/2025 | 64.47 | 0 | 0 | 0 | 0 | 64.47 |
| Mark Walizer | SC062 | C2335808 | | 7/10/2025 | 10/8/2025 | 117.58 | 0 | 0 | 0 | 0 | 117.58 |
| Mark Walizer | SC062 | V0984653 | | 7/10/2025 | 10/8/2025 | 19.2 | 0 | 0 | 0 | 0 | 19.2 |
| Paul Norwood | SC072 | G0509221 | | 4/23/2025 | 7/22/2025 | 180.52 | 0 | 0 | 0 | 0 | 180.52 |
| Paul Norwood | SC072 | V0929321 | | 4/23/2025 | 7/22/2025 | 15.56 | 0 | 0 | 0 | 0 | 15.56 |
| Scheels All Sports Inc | SCHEELS | V0774420 | | 8/9/2024 | 8/9/2024 | -336 | 0 | 0 | 0 | 0 | -336 |
| Scheels All Sports Inc | SCHEELS | C2256384 | | 8/14/2024 | 8/14/2024 | -14.16 | 0 | 0 | 0 | 0 | -14.16 |
| Scheels All Sports Inc | SCHEELS | V0779459 | | 8/15/2024 | 8/15/2024 | -61.47 | 0 | 0 | 0 | 0 | -61.47 |
| Scheels All Sports Inc | SCHEELS | V0783449 | | 8/22/2024 | 8/22/2024 | -92.18 | 0 | 0 | 0 | 0 | -92.18 |
| Scheels All Sports Inc | SCHEELS | G0443471 | | 8/26/2024 | 8/26/2024 | -13.41 | 0 | 0 | 0 | 0 | -13.41 |
| Scheels All Sports Inc | SCHEELS | G0443472 | | 8/26/2024 | 8/26/2024 | -40.23 | 0 | 0 | 0 | 0 | -40.23 |
| Scheels All Sports Inc | SCHEELS | G0448137 | | 9/17/2024 | 9/17/2024 | -80.64 | 0 | 0 | 0 | 0 | -80.64 |
| Scheels All Sports Inc | SCHEELS | G0474738 | | 12/13/2024 | 12/13/2024 | -91.7 | 0 | 0 | 0 | 0 | -91.7 |
| Scheels All Sports Inc | SCHEELS | V0853834 | | 12/20/2024 | 12/20/2024 | -59.1 | 0 | 0 | 0 | 0 | -59.1 |
| Scheels Credit Account | SCHEELSCDT | C1978263OVR | | 5/19/2022 | 5/19/2022 | 0 | 0 | 0 | 0 | 0 | -11418.69 |
| Scheels Credit Account | SCHEELSCDT | R2143675DUP | | 5/19/2022 | 5/19/2022 | 0 | 0 | 0 | 0 | 0 | -5190.82 |
| Scheels Credit Account | SCHEELSCDT | C1786205 | | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -7947.3 |
| Scheels Credit Account | SCHEELSCDT | C1798453 | | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -820.65 |
| Scheels Credit Account | SCHEELSCDT | N0194037 | | 6/23/2022 | 6/23/2022 | 0 | 0 | 0 | 0 | 0 | -35.88 |
| Scheels Credit Account | SCHEELSCDT | C1891177 | | 7/14/2022 | 7/14/2022 | 0 | 0 | 0 | 0 | 0 | -140.54 |
| Scheels Credit Account | SCHEELSCDT | R2325675 | | 7/14/2022 | 7/14/2022 | 0 | 0 | 0 | 0 | 0 | -403.84 |
| Scheels Credit Account | SCHEELSCDT | C1847346 | | 11/14/2022 | 11/14/2022 | 0 | 0 | 0 | 0 | 0 | -140.28 |
| Scheels Credit Account | SCHEELSCDT | | 22217290 | 12/13/2022 | 12/13/2022 | 0 | 0 | 0 | 0 | 0 | -315.78 |
| Scheels Credit Account | SCHEELSCDT | | 410472474 | 12/13/2022 | 12/13/2022 | 0 | 0 | 0 | 0 | 0 | -1201 |
| Scheels Credit Account | SCHEELSCDT | C1796551DUP | | 12/13/2022 | 12/13/2022 | 0 | 0 | 0 | 0 | 0 | -214.5 |
| Scheels Credit Account | SCHEELSCDT | C1880869 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -70.27 |
| Scheels Credit Account | SCHEELSCDT | C1900370 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -187.9 |
| Scheels Credit Account | SCHEELSCDT | C1941560 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -2397 |
| Scheels Credit Account | SCHEELSCDT | C1941562 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -2397 |
| Scheels Credit Account | SCHEELSCDT | C1941565 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -1598 |
| Scheels Credit Account | SCHEELSCDT | C1963410 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -103.8 |
| Scheels Credit Account | SCHEELSCDT | C1974966 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -2628.5 |
| Scheels Credit Account | SCHEELSCDT | C1977620 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -15.52 |
| Scheels Credit Account | SCHEELSCDT | C2003415 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -0.95 |
| Scheels Credit Account | SCHEELSCDT | C2019686 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -207.55 |
| Scheels Credit Account | SCHEELSCDT | C2020511 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -116.05 |
| Scheels Credit Account | SCHEELSCDT | G0168553 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -35.9 |
| Scheels Credit Account | SCHEELSCDT | N0295729 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -12.09 |
| Scheels Credit Account | SCHEELSCDT | N0295730 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -9.82 |
| Scheels Credit Account | SCHEELSCDT | N0295737 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -43.08 |
| Scheels Credit Account | SCHEELSCDT | R2469895 | | 9/26/2023 | 9/26/2023 | 0 | 0 | 0 | 0 | 0 | -45.48 |
| Scheels Credit Account | SCHEELSCDT | N0184764 | | 1/15/2025 | 1/15/2025 | 0 | 0 | 0 | 0 | 0 | -457.65 |
| Scheels Credit Account | SCHEELSCDT | N0184976 | | 1/15/2025 | 1/15/2025 | 0 | 0 | 0 | 0 | 0 | -457.65 |
| Scheels Credit Account | SCHEELSCDT | C2084042 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -132.78 |
| Scheels Credit Account | SCHEELSCDT | C2091144 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -198.52 |
| Scheels Credit Account | SCHEELSCDT | C2224369 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -79.48 |
| Scheels Credit Account | SCHEELSCDT | N0314010 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -91.22 |
| Scheels Credit Account | SCHEELSCDT | N0315603 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -61.22 |
| Scheels Credit Account | SCHEELSCDT | N0322190 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -265.56 |
| Scheels Credit Account | SCHEELSCDT | N0322193 | | 1/17/2025 | 1/17/2025 | 0 | 0 | 0 | 0 | 0 | -161.48 |
| Scheels Credit Account | SCHEELSCDT | C2230698DM | | 3/11/2025 | 3/11/2025 | 0 | 0 | 0 | 0 | 0 | -44.79 |
| Phil Henry | SH013 | V1029426 | | 10/29/2025 | 11/28/2025 | 213.62 | 0 | 0 | 213.62 | 0 | 0 |
| Albert McElmon | SH058 | C2344236 | | 9/24/2025 | 11/10/2025 | 201.83 | 0 | 0 | 66.69 | 0 | 0 |
| Albert McElmon | SH058 | C1023694 | | 9/24/2025 | 11/10/2025 | 310.8 | 0 | 0 | 310.8 | 0 | 0 |
| Albert McElmon | SH058 | V1024196 | | 9/26/2025 | 11/10/2025 | 143.67 | 0 | 0 | 143.67 | 0 | 0 |
| Albert McElmon | SH058 | V1027229 | | 10/13/2025 | 11/10/2025 | 521.4 | 0 | 0 | 521.4 | 0 | 0 |
| Albert McElmon | SH058 | V1028856 | | 10/21/2025 | 11/10/2025 | 35.48 | 0 | 0 | 35.48 | 0 | 0 |
| Albert McElmon | SH058 | G0544249 | | 10/22/2025 | 11/21/2025 | 8.72 | 0 | 0 | 8.72 | 0 | 0 |
| Albert McElmon | SH058 | G0544720 | | 11/3/2025 | 11/30/2025 | 32.6 | 0 | 0 | 32.6 | 0 | 0 |
| Albert McElmon | SH058 | V1029718 | | 11/4/2025 | 11/30/2025 | 69.62 | 0 | 0 | 69.62 | 0 | 0 |
| Tom Hurak | SH070 | G0506656 | | 4/14/2025 | 12/30/2025 | 46.88 | 46.88 | 0 | 0 | 0 | 0 |
| Tom Hurak | SH070 | V0922305 | | 4/14/2025 | 12/30/2025 | 154.23 | 154.23 | 0 | 0 | 0 | 0 |
| Tom Hurak | SH070 | V0945912 | | 5/15/2025 | 11/10/2025 | 237.77 | 0 | 0 | 237.77 | 0 | 0 |
| Tom Hurak | SH070 | G0516851 | | 5/28/2025 | 11/10/2025 | 153.68 | 0 | 0 | 153.68 | 0 | 0 |
| Tom Hurak | SH070 | V0954186 | | 5/28/2025 | 11/10/2025 | 601.96 | 0 | 0 | 601.96 | 0 | 0 |
| Tom Hurak | SH070 | V0957208 | | 6/2/2025 | 11/10/2025 | 854.66 | 0 | 0 | 854.66 | 0 | 0 |
| Tom Hurak | SH070 | G0528510 | | 7/14/2025 | 11/10/2025 | 131.98 | 0 | 0 | 131.98 | 0 | 0 |
| Tom Hurak | SH070 | V0985744 | | 7/14/2025 | 11/10/2025 | 926.5 | 0 | 0 | 926.5 | 0 | 0 |
| Tom Hurak | SH070 | V0995621 | | 7/31/2025 | 11/10/2025 | 1123.76 | 0 | 0 | 1123.76 | 0 | 0 |
| Tom Hurak | SH070 | V0995622 | | 7/31/2025 | 11/10/2025 | 239.74 | 0 | 0 | 239.74 | 0 | 0 |
| Tom Hurak | SH070 | V0997103 | | 8/5/2025 | 11/10/2025 | 1080.52 | 0 | 0 | 1080.52 | 0 | 0 |
| Tom Hurak | SH070 | G0534764 | | 8/13/2025 | 11/11/2025 | 228 | 0 | 0 | 228 | 0 | 0 |
| Tom Hurak | SH070 | V1004697 | | 8/14/2025 | 11/12/2025 | 1339.3 | 0 | 0 | 1339.3 | 0 | 0 |
| Tom Hurak | SH070 | V1006985 | | 8/18/2025 | 11/10/2025 | 521.4 | 0 | 0 | 521.4 | 0 | 0 |
| Tom Hurak | SH070 | V1006692 | | 8/25/2025 | 11/10/2025 | 629.96 | 0 | 0 | 629.96 | 0 | 0 |
| Tom Hurak | SH070 | V1010700 | | 8/26/2025 | 11/10/2025 | 131.46 | 0 | 0 | 131.46 | 0 | 0 |
| Tom Hurak | SH070 | V1015026 | | 9/4/2025 | 11/10/2025 | 588 | 0 | 0 | 588 | 0 | 0 |
| Tom Hurak | SH070 | C2343989 | | 9/18/2025 | 11/10/2025 | 354.52 | 0 | 0 | 311.43 | 0 | 0 |
| Tom Hurak | SH070 | V1024528 | | 9/29/2025 | 11/10/2025 | 304.8 | 0 | 0 | 304.8 | 0 | 0 |
| Tom Hurak | SH070 | V1027663 | | 10/14/2025 | 11/10/2025 | 304.8 | 0 | 0 | 304.8 | 0 | 0 |

| Name | Acct | Ref | Date1 | Date2 | Amount | C7 | C8 | C9 | C10 | C11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Charlie Bell | SH080 | G0532664 | 8/4/2025 | 11/2/2025 | 308.1 | 0 | 0 | 0 | 162.54 | 0 |
| Charlie Bell | SH080 | STPPMT19108546 | 9/10/2025 | 9/10/2025 | 0 | 0 | 0 | 0 | 0 | 461.82 |
| Matt Allison | SH085 | V0671065 | 4/29/2024 | 7/28/2024 | 624.79 | 0 | 0 | 0 | 0 | 624.79 |
| Jay Russo | SH092 | G0517100 | 5/30/2025 | 8/28/2025 | 236.45 | 0 | 0 | 0 | 0 | 236.45 |
| Jay Russo | SH092 | C2326573 | 6/2/2025 | 8/31/2025 | 405.63 | 0 | 0 | 0 | 0 | 405.63 |
| Jay Russo | SH092 | V0966940 | 6/2/2025 | 8/31/2025 | 389.96 | 0 | 0 | 0 | 0 | 389.96 |
| Jay Russo | SH092 | V0985153 | 7/11/2025 | 11/10/2025 | 59.48 | 0 | 0 | 59.48 | 0 | 0 |
| Fred Ochs | SH105 | V1010457 | 8/25/2025 | 11/10/2025 | 95.94 | 0 | 0 | 95.94 | 0 | 0 |
| Fred Ochs | SH105 | G0536879 | 9/3/2025 | 11/10/2025 | 31.98 | 0 | 0 | 31.98 | 0 | 0 |
| Fred Ochs | SH105 | V1020935 | 9/17/2025 | 11/10/2025 | 30.64 | 0 | 0 | 30.64 | 0 | 0 |
| Fred Ochs | SH105 | G0540800 | 9/19/2025 | 11/10/2025 | 115.68 | 0 | 0 | 115.68 | 0 | 0 |
| Craig Willis | SH320 | V1008739 | 8/21/2025 | 11/19/2025 | 509.57 | 0 | 0 | 509.57 | 0 | 0 |
| Craig Willis | SH320 | V1008740 | 8/21/2025 | 11/19/2025 | 712.65 | 0 | 0 | 712.65 | 0 | 0 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0425006 | 7/1/2024 | 8/10/2024 | 5353.72 | 0 | 0 | 0 | 0 | 5353.72 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0484683 | 1/23/2025 | 2/10/2025 | 598.79 | 0 | 0 | 0 | 0 | 598.79 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0515119 | 5/21/2025 | 6/10/2025 | 1409.78 | 0 | 0 | 0 | 0 | 1409.78 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0515133 | 5/21/2025 | 6/10/2025 | 8169.16 | 0 | 0 | 0 | 0 | 8169.16 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0518563 | 6/4/2025 | 7/10/2025 | 580.68 | 0 | 0 | 0 | 0 | 580.68 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0525943 | 7/2/2025 | 7/10/2025 | -15.64 | 0 | 0 | 0 | 0 | -15.64 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0527823 | 7/10/2025 | 8/10/2025 | 1336 | 0 | 0 | 0 | 0 | 1336 |
| Smith's Food & Drug Centers | SMITHSFOOD | G0532298 | 7/29/2025 | 7/29/2025 | -7.44 | 0 | 0 | 0 | 0 | -7.44 |
| Sportsmans Guide Credit Account | SPGUID/CDT | A.0862357 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -70 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C1457223 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -113.78 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C1463573 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -120 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C1544595 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -60 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C1554077 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -35.98 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C1595347 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -50.03 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2028545 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -598.3 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2030707 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -90.72 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2051132 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -58.1 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2055527 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -1873.08 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2064192 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -42.78 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2068019 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -39.79 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2079225 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -1196.21 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2166164 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -529.96 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2223706 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -295.7 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2223707 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -33.36 |
| Sportsmans Guide Credit Account | SPGUID/CDT | C2223708 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -76.26 |
| Sportsmans Guide Credit Account | SPGUID/CDT | R.1975996 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -27.5 |
| Sportsmans Guide Credit Account | SPGUID/CDT | R.2515547 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -234.72 |
| Sportsmans Guide Credit Account | SPGUID/CDT | R.2561990 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -382.5 |
| Sportsmans Guide Credit Account | SPGUID/CDT | R.2588273 | 2/13/2025 | 2/13/2025 | 0 | 0 | 0 | 0 | 0 | -192.8 |
| Sportsmans Guide Credit Account | SPGUID/CDT | V0647555DM | 10/2/2025 | 10/2/2025 | 0 | 0 | 0 | 0 | 0 | -112.68 |
| Darren Gates | ST208 | V0929322 | 4/23/2025 | 7/22/2025 | 59.55 | 0 | 0 | 0 | 0 | 59.55 |
| Sherry Powers | ST211 | V1008810 | 8/21/2025 | 11/19/2025 | 125.58 | 0 | 0 | 125.58 | 0 | 0 |
| Sherry Powers | ST211 | V1010459 | 8/25/2025 | 11/10/2025 | 81.86 | 0 | 0 | 81.86 | 0 | 0 |
| Sherry Powers | ST211 | V1010717 | 8/26/2025 | 11/10/2025 | 53.5 | 0 | 0 | 53.5 | 0 | 0 |
| Sherry Powers | ST211 | V1011753 | 8/27/2025 | 11/10/2025 | 111.59 | 0 | 0 | 111.59 | 0 | 0 |
| Sherry Powers | ST211 | G0538390 | 9/4/2025 | 11/10/2025 | 46.16 | 0 | 0 | 46.16 | 0 | 0 |
| Sherry Powers | ST211 | G0536973 | 9/5/2025 | 11/10/2025 | 36.6 | 0 | 0 | 36.6 | 0 | 0 |
| Sherry Powers | ST211 | C2343651 | 9/15/2025 | 11/10/2025 | 16.84 | 0 | 0 | 16.84 | 0 | 0 |
| Sherry Powers | ST211 | G0539783 | 9/16/2025 | 11/10/2025 | 22.41 | 0 | 0 | 22.41 | 0 | 0 |
| Sherry Powers | ST211 | V1018250 | 9/16/2025 | 11/10/2025 | 44.9 | 0 | 0 | 44.9 | 0 | 0 |
| Garett Svir | ST218 | C2321227 | 5/5/2025 | 8/3/2025 | 32.46 | 0 | 0 | 0 | 0 | 32.46 |
| Brian LeClair | ST227 | V1026033 | 10/7/2025 | 11/10/2025 | 101.24 | 0 | 0 | 99.23 | 0 | 0 |
| Kelly Smith | ST237 | V0983421 | 7/9/2025 | 10/7/2025 | 67.33 | 0 | 0 | 0 | 0 | 28.32 |
| Kelly Smith | ST237 | V0987193 | 7/17/2025 | 10/15/2025 | 92.22 | 0 | 0 | 0 | 92.22 | 0 |
| Kelly Smith | ST237 | G0531029 | 7/23/2025 | 10/21/2025 | 302.94 | 0 | 0 | 0 | 302.94 | 0 |
| Kelly Smith | ST237 | V0991179 | 7/23/2025 | 10/21/2025 | 773.89 | 0 | 0 | 0 | 773.89 | 0 |
| Kelly Smith | ST237 | V0995361 | 7/30/2025 | 10/28/2025 | 52.14 | 0 | 0 | 0 | 52.14 | 0 |
| Kelly Smith | ST237 | V1010460 | 8/25/2025 | 11/10/2025 | 739.67 | 0 | 0 | 739.67 | 0 | 0 |
| Kelly Smith | ST237 | G0538392 | 9/4/2025 | 11/10/2025 | 333.8 | 0 | 0 | 333.8 | 0 | 0 |
| Kelly Smith | ST237 | C2342608 | 9/8/2025 | 11/10/2025 | 37.72 | 0 | 0 | 37.72 | 0 | 0 |
| Lisa Jeffcoat | ST238 | G0520370 | 6/11/2025 | 9/9/2025 | 40.38 | 0 | 0 | 0 | 0 | 40.38 |
| Lisa Jeffcoat | ST238 | V0965057 | 6/13/2025 | 9/11/2025 | 52.32 | 0 | 0 | 0 | 0 | 52.32 |
| Lisa Jeffcoat | ST238 | G0532342 | 7/29/2025 | 10/27/2025 | 99.05 | 0 | 0 | 0 | 99.05 | 0 |
| Lisa Jeffcoat | ST238 | V0994959 | 7/30/2025 | 10/28/2025 | 54.53 | 0 | 0 | 0 | 54.53 | 0 |
| Lisa Jeffcoat | ST238 | V0997132 | 8/5/2025 | 11/3/2025 | 227.9 | 0 | 0 | 0 | 227.9 | 0 |
| Lisa Jeffcoat | ST238 | V1008743 | 8/21/2025 | 11/19/2025 | 268.26 | 0 | 0 | 268.26 | 0 | 0 |
| Lisa Jeffcoat | ST238 | G0536728 | 9/2/2025 | 11/10/2025 | 17.44 | 0 | 0 | 17.44 | 0 | 0 |
| Lisa Jeffcoat | ST238 | V1016183 | 9/5/2025 | 11/10/2025 | 274.83 | 0 | 0 | 274.83 | 0 | 0 |
| Lisa Jeffcoat | ST238 | G0539872 | 9/12/2025 | 11/10/2025 | 34.14 | 0 | 0 | 34.14 | 0 | 0 |
| Brandon Gullison | ST241 | G0524365 | 6/25/2025 | 9/23/2025 | 30.97 | 0 | 0 | 0 | 0 | 30.97 |
| Brandon Gullison | ST241 | G0528562 | 7/14/2025 | 10/12/2025 | 5.18 | 0 | 0 | 0 | 5.18 | 0 |
| Brandon Gullison | ST241 | C2336508 | 7/15/2025 | 10/13/2025 | 29.78 | 0 | 0 | 0 | 29.78 | 0 |
| Brandon Gullison | ST241 | V0985827 | 7/15/2025 | 10/13/2025 | 41.72 | 0 | 0 | 0 | 41.72 | 0 |
| Brandon Gullison | ST241 | V0985828 | 7/15/2025 | 10/13/2025 | 2.5 | 0 | 0 | 0 | 2.5 | 0 |
| James Getty | SW011 | C2280822 | 1/4/2024 | 2/4/2025 | 29 | 0 | 0 | 0 | 0 | 29 |
| William Graham | SW013 | G0533207 | 8/5/2025 | 11/3/2025 | 31.2 | 0 | 0 | 0 | 31.2 | 0 |
| William Graham | SW013 | V0997343 | 8/5/2025 | 11/3/2025 | 19.52 | 0 | 0 | 0 | 19.52 | 0 |
| William Graham | SW013 | V1008418 | 8/29/2025 | 11/10/2025 | 173.09 | 0 | 0 | 173.09 | 0 | 0 |
| William Graham | SW013 | F2511SW013V | 11/29/2025 | 12/29/2025 | 1.71 | 1.71 | 0 | 0 | 0 | 0 |
| William Graham | SW013 | F2512SW013V | 12/1/2025 | 12/31/2025 | 0.2 | 0.2 | 0 | 0 | 0 | 0 |
| Way Chen | SW021 | C2336332 | 7/14/2025 | 10/12/2025 | 51.13 | 0 | 0 | 0 | 43.32 | 0 |
| Way Chen | SW021 | G0528511 | 7/14/2025 | 10/12/2025 | 57.67 | 0 | 0 | 0 | 57.67 | 0 |
| Way Chen | SW021 | V0985715 | 7/14/2025 | 10/12/2025 | 27.22 | 0 | 0 | 0 | 27.22 | 0 |
| Way Chen | SW021 | C2337097 | 7/18/2025 | 10/16/2025 | 14.5 | 0 | 0 | 0 | 14.5 | 0 |
| Way Chen | SW021 | G0529957 | 7/18/2025 | 10/16/2025 | 45.24 | 0 | 0 | 0 | 45.24 | 0 |
| Way Chen | SW021 | V0988804 | 7/18/2025 | 10/16/2025 | 12.53 | 0 | 0 | 0 | 12.53 | 0 |
| Way Chen | SW021 | G0533208 | 8/5/2025 | 11/3/2025 | 21.36 | 0 | 0 | 0 | 21.36 | 0 |
| Way Chen | SW021 | V0997307 | 8/5/2025 | 11/3/2025 | 41.15 | 0 | 0 | 0 | 41.15 | 0 |
| Way Chen | SW021 | C2340655 | 8/18/2025 | 11/16/2025 | 242.93 | 0 | 0 | 242.93 | 0 | 0 |
| Way Chen | SW021 | G0535231 | 8/19/2025 | 11/17/2025 | 107.97 | 0 | 0 | 107.97 | 0 | 0 |
| Way Chen | SW021 | G0535501 | 8/22/2025 | 11/20/2025 | 178.5 | 0 | 0 | 178.5 | 0 | 0 |

| Name | Code | Ref | Date | Due Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Way Chen | SW021 | V1006212 | 8/22/2025 | 11/20/2025 | 222.54 | 0 | 0 | 222.54 | 0 | 0 |
| Way Chen | SW021 | V1006493 | 8/26/2025 | 11/10/2025 | 134.81 | 0 | 0 | 134.81 | 0 | 0 |
| Tractor Supply Co. | TRACTORDS | C2336638 | 7/15/2025 | 7/15/2025 | -2434.92 | 0 | 0 | 0 | 0 | -2434.92 |
| TV Hardware Distribution LLC | TRUVALUE | G0502553 | 3/25/2025 | 3/25/2025 | -42.18 | 0 | 0 | 0 | 0 | -42.18 |
| TV Hardware Distribution LLC | TRUVALUE | V0909393 | 3/26/2025 | 3/26/2025 | -29.79 | 0 | 0 | 0 | 0 | -29.79 |
| TV Hardware Distribution LLC | TRUVALUE | C2315210 | 4/8/2025 | 4/8/2025 | -63.45 | 0 | 0 | 0 | 0 | -63.45 |
| TV Hardware Distribution LLC | TRUVALUE | V0929458 | 4/23/2025 | 4/23/2025 | -30.06 | 0 | 0 | 0 | 0 | -30.06 |
| TV Hardware Distribution LLC | TRUVALUE | C2326506 | 5/30/2025 | 5/30/2025 | -58.68 | 0 | 0 | 0 | 0 | -58.68 |
| TV Hardware Distribution LLC | TRUVALUE | C2327520 | 6/4/2025 | 6/4/2025 | -46.39 | 0 | 0 | 0 | 0 | -46.39 |
| TV Hardware Distribution LLC | TRUVALUE | V0967229 | 6/13/2025 | 6/13/2025 | -27.76 | 0 | 0 | 0 | 0 | -27.76 |
| TV Hardware Distribution LLC | TRUVALUE | G0529993 | 7/21/2025 | 9/20/2025 | 395.26 | 0 | 0 | 0 | 0 | 395.26 |
| TV Hardware Distribution LLC | TRUVALUE | G0535276 | 8/14/2025 | 8/14/2025 | -115.71 | 0 | 0 | 0 | 0 | -115.71 |
| TV Hardware Distribution LLC | TRUVALUE | V1013335 | 8/28/2025 | 8/28/2025 | -50.77 | 0 | 0 | 0 | 0 | -50.77 |
| TV Hardware Distribution LLC | TRUVALUE | C2341932 | 8/29/2025 | 10/29/2025 | 425.92 | 0 | 0 | 0 | 425.92 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | V1016189 | 9/5/2025 | 9/5/2025 | -124.42 | 0 | 0 | 0 | 0 | -124.42 |
| TV Hardware Distribution LLC | TRUVALUE | V1011861 | 9/8/2025 | 11/8/2025 | 1620.45 | 0 | 0 | 1620.45 | 0 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | C2343020 | 9/9/2025 | 11/8/2025 | 1347.23 | 0 | 0 | 1347.23 | 0 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | G0564605 | 10/30/2025 | 12/30/2025 | 66.02 | 66.02 | 0 | 0 | 0 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | V1029546 | 10/30/2025 | 12/30/2025 | 94.01 | 94.01 | 0 | 0 | 0 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | V1029700 | 11/4/2025 | 1/4/2026 | 41.88 | 41.88 | 0 | 0 | 0 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | V1029837 | 11/6/2025 | 1/6/2026 | 142.5 | 142.5 | 0 | 0 | 0 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | G0544868 | 11/7/2025 | 1/7/2026 | 37.92 | 37.92 | 0 | 0 | 0 | 0 |
| TV Hardware Distribution LLC | TRUVALUE | V1029927 | 11/10/2025 | 1/10/2026 | 52.22 | 52.22 | 0 | 0 | 0 | 0 |
| Tru-Serv Claim Account | TRUVALUECL | V0944204DM | 7/16/2025 | 7/16/2025 | 0 | 0 | 0 | 0 | 0 | 453.96 |
| Tru-Serv Claim Account | TRUVALUECL | V0906196 | 9/10/2025 | 9/10/2025 | 0 | 0 | 0 | 0 | 0 | -32.36 |
| Farris Brothers | U00017 | V1023336 | 9/25/2025 | 10/25/2025 | 12779.7 | 0 | 0 | 0 | 397.3 | 0 |
| Farris Brothers | U00017 | V1025645 | 10/3/2025 | 11/2/2025 | 535.36 | 0 | 0 | 0 | 41.68 | 0 |
| Farris Brothers | U00017 | V1025648 | 10/3/2025 | 11/2/2025 | 2017.32 | 0 | 0 | 0 | 129.36 | 0 |
| Farris Brothers | U00017 | V1027770 | 10/15/2025 | 11/14/2025 | 445.38 | 0 | 0 | 22.5 | 0 | 0 |
| Farris Brothers | U00017 | V1027771 | 10/15/2025 | 11/14/2025 | 526.83 | 0 | 0 | 26.43 | 0 | 0 |
| Farris Brothers | U00017 | G0543731 | 10/16/2025 | 11/15/2025 | 97.12 | 0 | 0 | 22.21 | 0 | 0 |
| Jarrells Of Pensacola | U00019 | F2507U00019V | 7/30/2025 | 8/29/2025 | 137.12 | 0 | 0 | 0 | 0 | 137.12 |
| Jarrells Of Pensacola | U00019 | F2508U00019V | 8/17/2025 | 9/16/2025 | 99.84 | 0 | 0 | 0 | 0 | 99.84 |
| Regal Marine Products | U00022 | V0976651 | 6/30/2025 | 7/30/2025 | 5105.9 | 0 | 0 | 0 | 0 | 5105.9 |
| Gulfstream Lures LLC | U00023 | CK13155 | 3/21/2022 | 3/21/2022 | 0 | 0 | 0 | 0 | 0 | -1046.58 |
| Gulfstream Lures LLC | U00023 | U0016955 | 3/21/2022 | 3/21/2022 | 0 | 0 | 0 | 0 | 0 | -959.28 |
| Garland W Robins & Sons | U00032 | V0968616 | 6/18/2025 | 7/18/2025 | 1003.44 | 0 | 0 | 0 | 0 | 270.05 |
| Lynch Industries LLC/SaltGear LLC | U00073 | V0698696 | 6/3/2024 | 7/3/2024 | 1442.32 | 0 | 0 | 0 | 0 | 1442.32 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2407U00073V | 7/30/2024 | 8/29/2024 | 19.46 | 0 | 0 | 0 | 0 | 16.74 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2408U00073R | 8/30/2024 | 9/29/2024 | 2.17 | 0 | 0 | 0 | 0 | 2.17 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2408U00073V | 8/30/2024 | 9/29/2024 | 22.32 | 0 | 0 | 0 | 0 | 22.32 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2409U00073R | 9/29/2024 | 10/29/2024 | 2.1 | 0 | 0 | 0 | 0 | 2.1 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2409U00073V | 9/29/2024 | 10/29/2024 | 21.6 | 0 | 0 | 0 | 0 | 21.6 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2410U00073R | 10/30/2024 | 11/29/2024 | 2.17 | 0 | 0 | 0 | 0 | 2.17 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2410U00073V | 10/30/2024 | 11/29/2024 | 22.32 | 0 | 0 | 0 | 0 | 22.32 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2411U00073R | 11/29/2024 | 12/29/2024 | 2.1 | 0 | 0 | 0 | 0 | 2.1 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2411U00073V | 11/29/2024 | 12/29/2024 | 21.6 | 0 | 0 | 0 | 0 | 21.6 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2412U00073R | 12/3/2024 | 1/2/2025 | 0.28 | 0 | 0 | 0 | 0 | 0.28 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2412U00073V | 12/30/2024 | 1/29/2025 | 22.32 | 0 | 0 | 0 | 0 | 22.32 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2501U00073V | 1/30/2025 | 3/1/2025 | 22.32 | 0 | 0 | 0 | 0 | 22.32 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2502U00073V | 2/27/2025 | 3/29/2025 | 20.16 | 0 | 0 | 0 | 0 | 20.16 |
| Lynch Industries LLC/SaltGear LLC | U00073 | F2503U00073V | 3/2/2025 | 4/1/2025 | 2.16 | 0 | 0 | 0 | 0 | 2.16 |
| Cycles And Sleds Of Logan LLC | U00088 | G0462139 | 10/23/2024 | 11/7/2024 | 208.08 | 0 | 0 | 0 | 0 | -208.08 |
| Beach Stuff Inc & H2O Outfitters | U00144 | CK19625 | 3/21/2022 | 3/21/2022 | 0 | 0 | 0 | 0 | 0 | -803.58 |
| Beach Stuff Inc & H2O Outfitters | U00144 | U0014090 | 3/21/2022 | 3/21/2022 | 0 | 0 | 0 | 0 | 0 | -4872.14 |
| Suggs-Nicholas-Shea, Inc | UU546 | V0943799 | 5/14/2025 | 11/10/2025 | 1434.41 | 0 | 0 | 1434.41 | 0 | 0 |
| Berryessa Sporting Goods | W00115 | R2712567 | 3/7/2024 | 4/10/2024 | 1218.54 | 0 | 0 | 0 | 0 | -23.7 |
| Bob's Bait Bucket | W00145 | G0442776 | 8/21/2024 | 8/21/2024 | -97.62 | 0 | 0 | 0 | 0 | -7.84 |
| Bob Sands Fishing Tackle | W00151 | V1006113 | 8/21/2025 | 9/20/2025 | 4232.63 | 0 | 0 | 0 | 0 | 4232.63 |
| Bob Sands Fishing Tackle | W00151 | V1008731 | 8/21/2025 | 9/20/2025 | 759.48 | 0 | 0 | 0 | 0 | 759.48 |
| Bob Sands Fishing Tackle | W00151 | G0537669 | 9/8/2025 | 10/8/2025 | 2801.27 | 0 | 0 | 0 | 0 | 2801.27 |
| Bob Sands Fishing Tackle | W00151 | V1016343 | 9/11/2025 | 10/11/2025 | 2344.23 | 0 | 0 | 0 | 2344.23 | 0 |
| Bob Sands Fishing Tackle | W00151 | G0539093 | 9/12/2025 | 10/12/2025 | 1141.76 | 0 | 0 | 0 | 1141.76 | 0 |
| Bob Sands Fishing Tackle | W00151 | G0543211 | 10/13/2025 | 11/12/2025 | 1395.63 | 0 | 0 | 1395.63 | 0 | 0 |
| Bob Sands Fishing Tackle | W00151 | F2510W00151G | 10/30/2025 | 11/29/2025 | 385.33 | 0 | 0 | 385.33 | 0 | 0 |
| Bob Sands Fishing Tackle | W00151 | F2510W00151V | 10/30/2025 | 11/29/2025 | 122.2 | 0 | 0 | 122.2 | 0 | 0 |
| Bob Sands Fishing Tackle | W00151 | F2511W00151G | 11/29/2025 | 12/29/2025 | 317.54 | 317.54 | 0 | 0 | 0 | 0 |
| Coast To Coast | W00240 | V1029659 | 11/3/2025 | 12/10/2025 | 54.65 | 0 | 54.65 | 0 | 0 | 0 |
| Coast To Coast | W00240 | G0544696 | 11/4/2025 | 12/10/2025 | 50.11 | 0 | 50.11 | 0 | 0 | 0 |
| Dana Wharf Sportfishing | W00281 | G0480758-1 | 1/9/2025 | 5/10/2025 | 703.78 | 0 | 0 | 0 | 0 | -387.4 |
| Dana Wharf Sportfishing | W00281 | G0480758-2 | 1/9/2025 | 6/10/2025 | 703.78 | 0 | 0 | 0 | 0 | -703.78 |
| Dana Wharf Sportfishing | W00281 | G0480758-3 | 1/9/2025 | 7/10/2025 | 703.79 | 0 | 0 | 0 | 0 | -703.79 |
| Dana Wharf Sportfishing | W00281 | G0493122-1 | 2/13/2025 | 5/10/2025 | 598.16 | 0 | 0 | 0 | 0 | -703.78 |
| Dana Wharf Sportfishing | W00281 | G0493122-2 | 2/13/2025 | 6/10/2025 | 598.16 | 0 | 0 | 0 | 0 | -598.16 |
| Dana Wharf Sportfishing | W00281 | G0493122-3 | 2/13/2025 | 7/10/2025 | 598.16 | 0 | 0 | 0 | 0 | -598.16 |
| Hi's Tackle Box Inc | W00462 | C2342510 | 9/5/2025 | 10/10/2025 | 28.38 | 0 | 0 | 0 | 0.84 | 0 |
| Hi's Tackle Box Inc | W00462 | G0536977 | 9/5/2025 | 10/10/2025 | 1879.9 | 0 | 0 | 0 | 91.5 | 0 |
| Hi's Tackle Box Inc | W00462 | F2510W00462G | 10/30/2025 | 11/29/2025 | 0.94 | 0 | 0 | 0.94 | 0 | 0 |
| Hi's Tackle Box Inc | W00462 | F2511W00462G | 11/29/2025 | 12/29/2025 | 1.5 | 1.5 | 0 | 0 | 0 | 0 |
| Hi's Tackle Box Inc | W00462 | F2512W00462G | 12/1/2025 | 12/31/2025 | 0.1 | 0.1 | 0 | 0 | 0 | 0 |
| JK's Custom Design | W00524 | G0130364 | 8/31/2021 | 8/31/2021 | -38.5 | 0 | 0 | 0 | 0 | -38.5 |
| Richard's Fishing Tackle | W00526 | V1022194 | 9/25/2025 | 11/10/2025 | 322.26 | 0 | 0 | 11.8 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | G0542712 | 10/7/2025 | 11/10/2025 | 958.45 | 0 | 0 | 0 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | V1027283 | 10/14/2025 | 11/10/2025 | 1339.3 | 0 | 0 | 1339.3 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | G0543357 | 10/15/2025 | 11/10/2025 | 1890.56 | 0 | 0 | 1890.56 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | G0544068 | 10/22/2025 | 11/10/2025 | 1919.79 | 0 | 0 | 1919.79 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | V1028857 | 10/22/2025 | 11/10/2025 | 466.01 | 0 | 0 | 466.01 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | F2511W00526G | 11/29/2025 | 12/29/2025 | 45.28 | 45.28 | 0 | 0 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | F2511W00526V | 11/29/2025 | 12/29/2025 | 17.27 | 17.27 | 0 | 0 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | F2512W00526G | 12/1/2025 | 12/31/2025 | 4.76 | 4.76 | 0 | 0 | 0 | 0 |
| Richard's Fishing Tackle | W00526 | F2512W00526V | 12/1/2025 | 12/31/2025 | 1.82 | 1.82 | 0 | 0 | 0 | 0 |
| Leon's Other Place | W00635 | C2341741 | 8/27/2025 | 10/10/2025 | 59.99 | 0 | 0 | 0 | 59.99 | 0 |
| Leon's Other Place | W00635 | G0536830 | 9/4/2025 | 10/10/2025 | 315.4 | 0 | 0 | 0 | -696.73 | 0 |
| Leon's Other Place | W00635 | G0541944 | 9/29/2025 | 9/29/2025 | -49.86 | 0 | 0 | 0 | 0 | -49.86 |

| Name | Acct | Document | Date1 | Date2 | Amount | | | | | | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Newport Landing | W00770 | R1736282 | 2/25/2019 | 2/25/2019 | -800 | 0 | 0 | 0 | 0 | 0 | -679.71 |
| Newport Landing | W00770 | N0054699 | 5/9/2019 | 5/9/2019 | -349.89 | 0 | 0 | 0 | 0 | 0 | -131.9 |
| Newport Landing | W00770 | R1984134 | 3/20/2020 | 3/20/2020 | -590.7 | 0 | 0 | 0 | 0 | 0 | -590.7 |
| Newport Landing | W00770 | R2591967 | 6/2/2023 | 6/2/2023 | -650 | 0 | 0 | 0 | 0 | 0 | -650 |
| Newport Landing | W00770 | G0378340 | 2/8/2024 | 2/8/2024 | -325.9 | 0 | 0 | 0 | 0 | 0 | -325.9 |
| Newport Landing | W00770 | V0961383 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | 0 | -250 |
| Outdoor Sportsman | W00802 | G0539861 | 9/11/2025 | 9/11/2025 | -0.47 | 0 | 0 | 0 | 0 | 0 | -0.47 |
| WJB Investments Inc. | W00817 | G0480790-3 | 1/10/2025 | 8/10/2025 | 16144.98 | 0 | 0 | 0 | 0 | 0 | 16144.98 |
| WJB Investments Inc. | W00817 | V0861868-3 | 1/13/2025 | 8/10/2025 | 1050.46 | 0 | 0 | 0 | 0 | 0 | 1050.46 |
| WJB Investments Inc. | W00817 | G0485334-3 | 1/28/2025 | 8/10/2025 | 2349.26 | 0 | 0 | 0 | 0 | 0 | 2349.26 |
| WJB Investments Inc. | W00817 | G0485936-3 | 1/29/2025 | 8/10/2025 | 251.39 | 0 | 0 | 0 | 0 | 0 | 251.39 |
| WJB Investments Inc. | W00817 | G0486249-3 | 1/31/2025 | 8/10/2025 | 301.45 | 0 | 0 | 0 | 0 | 0 | 301.45 |
| WJB Investments Inc. | W00817 | G0486373-3 | 2/4/2025 | 8/10/2025 | 256.27 | 0 | 0 | 0 | 0 | 0 | 256.27 |
| WJB Investments Inc. | W00817 | G0487286-3 | 2/5/2025 | 8/10/2025 | 2791.4 | 0 | 0 | 0 | 0 | 0 | 2791.4 |
| WJB Investments Inc. | W00817 | G0487371-3 | 2/6/2025 | 8/10/2025 | 380.16 | 0 | 0 | 0 | 0 | 0 | 380.16 |
| WJB Investments Inc. | W00817 | G0487799-3 | 2/11/2025 | 8/10/2025 | 530.11 | 0 | 0 | 0 | 0 | 0 | 530.11 |
| WJB Investments Inc. | W00817 | G0488551-3 | 2/12/2025 | 8/10/2025 | 1470.89 | 0 | 0 | 0 | 0 | 0 | 1470.89 |
| WJB Investments Inc. | W00817 | G0493124-3 | 2/13/2025 | 8/10/2025 | 1694.63 | 0 | 0 | 0 | 0 | 0 | 1694.63 |
| WJB Investments Inc. | W00817 | G0493235-3 | 2/14/2025 | 8/10/2025 | 545.65 | 0 | 0 | 0 | 0 | 0 | 545.65 |
| WJB Investments Inc. | W00817 | C2305002-3 | 2/24/2025 | 8/10/2025 | 97.85 | 0 | 0 | 0 | 0 | 0 | 97.85 |
| WJB Investments Inc. | W00817 | G0495019-3 | 2/24/2025 | 8/10/2025 | 271.53 | 0 | 0 | 0 | 0 | 0 | 271.53 |
| WJB Investments Inc. | W00817 | G0497447-3 | 3/4/2025 | 8/10/2025 | 331.47 | 0 | 0 | 0 | 0 | 0 | 331.47 |
| WJB Investments Inc. | W00817 | G0501459 | 3/21/2025 | 9/10/2025 | 1514.45 | 0 | 0 | 0 | 0 | 0 | 1514.45 |
| WJB Investments Inc. | W00817 | G0502838 | 3/27/2025 | 9/10/2025 | 2390.94 | 0 | 0 | 0 | 0 | 0 | 2390.94 |
| WJB Investments Inc. | W00817 | V0911345 | 3/27/2025 | 9/10/2025 | 106.17 | 0 | 0 | 0 | 0 | 0 | 106.17 |
| WJB Investments Inc. | W00817 | V0911847-3 | 3/31/2025 | 8/10/2025 | 204.42 | 0 | 0 | 0 | 0 | 0 | 204.42 |
| WJB Investments Inc. | W00817 | G0504884-3 | 4/7/2025 | 8/10/2025 | 274.53 | 0 | 0 | 0 | 0 | 0 | 274.53 |
| WJB Investments Inc. | W00817 | G0514071-3 | 5/16/2025 | 8/10/2025 | 277.3 | 0 | 0 | 0 | 0 | 0 | 277.3 |
| WJB Investments Inc. | W00817 | G0520210-3 | 6/10/2025 | 8/10/2025 | 252.38 | 0 | 0 | 0 | 0 | 0 | 252.38 |
| WJB Investments Inc. | W00817 | G0523068 | 6/23/2025 | 10/10/2025 | 1540.89 | 0 | 0 | 0 | 0 | 1540.89 | 0 |
| WJB Investments Inc. | W00817 | V0972675 | 6/23/2025 | 10/10/2025 | 394.83 | 0 | 0 | 0 | 0 | 394.83 | 0 |
| WJB Investments Inc. | W00817 | C2333256 | 6/27/2025 | 8/10/2025 | 54.02 | 0 | 0 | 0 | 0 | 0 | 54.02 |
| WJB Investments Inc. | W00817 | G0524715 | 6/27/2025 | 8/10/2025 | 3138.19 | 0 | 0 | 0 | 0 | 0 | 3138.19 |
| WJB Investments Inc. | W00817 | F2506W00817G | 6/29/2025 | 7/29/2025 | 127.69 | 0 | 0 | 0 | 0 | 0 | 127.69 |
| WJB Investments Inc. | W00817 | V0976632 | 6/30/2025 | 8/10/2025 | 341.47 | 0 | 0 | 0 | 0 | 0 | 341.47 |
| WJB Investments Inc. | W00817 | C2334823 | 7/7/2025 | 8/10/2025 | 14.77 | 0 | 0 | 0 | 0 | 0 | 14.77 |
| WJB Investments Inc. | W00817 | V0980973 | 7/7/2025 | 8/10/2025 | 102.34 | 0 | 0 | 0 | 0 | 0 | 102.34 |
| WJB Investments Inc. | W00817 | G0526633 | 7/8/2025 | 8/10/2025 | 1722.29 | 0 | 0 | 0 | 0 | 0 | 1722.29 |
| WJB Investments Inc. | W00817 | G0527737 | 7/9/2025 | 8/10/2025 | 768.2 | 0 | 0 | 0 | 0 | 0 | 768.2 |
| WJB Investments Inc. | W00817 | G0528266 | 7/10/2025 | 8/10/2025 | 3123.66 | 0 | 0 | 0 | 0 | 0 | 3123.66 |
| WJB Investments Inc. | W00817 | V0983592 | 7/10/2025 | 8/10/2025 | 788.93 | 0 | 0 | 0 | 0 | 0 | 788.93 |
| WJB Investments Inc. | W00817 | V0984681 | 7/10/2025 | 8/10/2025 | 584.82 | 0 | 0 | 0 | 0 | 0 | 584.82 |
| WJB Investments Inc. | W00817 | G0529959 | 7/18/2025 | 8/10/2025 | 2768.31 | 0 | 0 | 0 | 0 | 0 | 2768.31 |
| WJB Investments Inc. | W00817 | V0988911 | 7/21/2025 | 8/10/2025 | 2260.76 | 0 | 0 | 0 | 0 | 0 | 2260.76 |
| WJB Investments Inc. | W00817 | G0531433 | 7/24/2025 | 8/10/2025 | 1142.84 | 0 | 0 | 0 | 0 | 0 | 1142.84 |
| WJB Investments Inc. | W00817 | V0992825 | 7/24/2025 | 8/10/2025 | 58.26 | 0 | 0 | 0 | 0 | 0 | 58.26 |
| WJB Investments Inc. | W00817 | G0531599 | 7/28/2025 | 9/10/2025 | 2262.46 | 0 | 0 | 0 | 0 | 0 | 2262.46 |
| WJB Investments Inc. | W00817 | F2507W00817G | 7/29/2025 | 8/28/2025 | 80.22 | 0 | 0 | 0 | 0 | 0 | 80.22 |
| WJB Investments Inc. | W00817 | G0532473 | 7/31/2025 | 9/10/2025 | 893.3 | 0 | 0 | 0 | 0 | 0 | 893.3 |
| WJB Investments Inc. | W00817 | G0532492 | 7/31/2025 | 7/31/2025 | -777.74 | 0 | 0 | 0 | 0 | 0 | -777.74 |
| WJB Investments Inc. | W00817 | V0995447 | 7/31/2025 | 9/10/2025 | 144.27 | 0 | 0 | 0 | 0 | 0 | 144.27 |
| WJB Investments Inc. | W00817 | G0534102 | 8/11/2025 | 9/10/2025 | 1815.38 | 0 | 0 | 0 | 0 | 0 | 1815.38 |
| WJB Investments Inc. | W00817 | V1003365 | 8/11/2025 | 9/10/2025 | 102.42 | 0 | 0 | 0 | 0 | 0 | 102.42 |
| WJB Investments Inc. | W00817 | G0534754 | 8/13/2025 | 9/10/2025 | 799.47 | 0 | 0 | 0 | 0 | 0 | 799.47 |
| WJB Investments Inc. | W00817 | G0535531 | 8/15/2025 | 8/15/2025 | -1745.51 | 0 | 0 | 0 | 0 | 0 | -1745.51 |
| WJB Investments Inc. | W00817 | G0535371 | 8/21/2025 | 9/10/2025 | 4622.99 | 0 | 0 | 0 | 0 | 0 | 4622.99 |
| WJB Investments Inc. | W00817 | V1006499 | 8/25/2025 | 10/10/2025 | 1056.42 | 0 | 0 | 0 | 0 | 1056.42 | 0 |
| WJB Investments Inc. | W00817 | F2508W00817C | 8/30/2025 | 9/29/2025 | 1.65 | 0 | 0 | 0 | 0 | 0 | 1.65 |
| WJB Investments Inc. | W00817 | F2508W00817G | 8/30/2025 | 9/29/2025 | 400.29 | 0 | 0 | 0 | 0 | 0 | 400.29 |
| WJB Investments Inc. | W00817 | F2508W00817V | 8/30/2025 | 9/29/2025 | 53.94 | 0 | 0 | 0 | 0 | 0 | 53.94 |
| WJB Investments Inc. | W00817 | F2509W00817C | 9/29/2025 | 10/29/2025 | 2.4 | 0 | 0 | 0 | 0 | 2.4 | 0 |
| WJB Investments Inc. | W00817 | F2509W00817G | 9/29/2025 | 10/29/2025 | 709.74 | 0 | 0 | 0 | 0 | 709.74 | 0 |
| WJB Investments Inc. | W00817 | F2509W00817C | 9/29/2025 | 10/29/2025 | 84.32 | 0 | 0 | 0 | 0 | 84.32 | 0 |
| WJB Investments Inc. | W00817 | F2510W00817C | 10/1/2025 | 10/31/2025 | 0.16 | 0 | 0 | 0 | 0 | 0.16 | 0 |
| WJB Investments Inc. | W00817 | F2510W00817G | 10/1/2025 | 10/31/2025 | 52.56 | 0 | 0 | 0 | 0 | 52.56 | 0 |
| WJB Investments Inc. | W00817 | F2510W00817V | 10/1/2025 | 10/31/2025 | 5.74 | 0 | 0 | 0 | 0 | 5.74 | 0 |
| Phoenix Fishing | W00835 | C2341804 | 8/28/2025 | 10/10/2025 | 452.26 | 0 | 0 | 0 | 0 | 452.26 | 0 |
| Phoenix Fishing | W00835 | G0536699 | 9/2/2025 | 10/10/2025 | 5481.97 | 0 | 0 | 0 | 0 | 5481.97 | 0 |
| Phoenix Fishing | W00835 | V1011940 | 9/8/2025 | 10/10/2025 | 2806.23 | 0 | 0 | 0 | 0 | 2806.23 | 0 |
| Phoenix Fishing | W00835 | G0541643 | 9/24/2025 | 10/10/2025 | 624.39 | 0 | 0 | 0 | 0 | 624.39 | 0 |
| Phoenix Fishing | W00835 | C2344352 | 9/26/2025 | 11/10/2025 | 136.77 | 0 | 0 | 136.77 | 0 | 0 | 0 |
| Phoenix Fishing | W00835 | V1023650 | 9/29/2025 | 11/10/2025 | 951.59 | 0 | 0 | 951.59 | 0 | 0 | 0 |
| Pier Point Marine | W00839 | G0532665 | 8/4/2025 | 9/10/2025 | 390.32 | 0 | 0 | 0 | 0 | 0 | 390.32 |
| Port San Luis Boatyard | W00849 | V1026053 | 10/7/2025 | 11/10/2025 | 61.59 | 0 | 0 | 61.59 | 0 | 0 | 0 |
| Port San Luis Boatyard | W00849 | G0542969 | 10/8/2025 | 11/10/2025 | 136.33 | 0 | 0 | 136.33 | 0 | 0 | 0 |
| Port San Luis Boatyard | W00849 | F2511W00849G | 11/29/2025 | 12/29/2025 | 1.3 | 1.3 | 0 | 0 | 0 | 0 | 0 |
| Port San Luis Boatyard | W00849 | F2511W00849V | 11/29/2025 | 12/29/2025 | 0.58 | 0.58 | 0 | 0 | 0 | 0 | 0 |
| Port San Luis Boatyard | W00849 | F2512W00849G | 12/1/2025 | 12/31/2025 | 0.14 | 0.14 | 0 | 0 | 0 | 0 | 0 |
| Port San Luis Boatyard | W00849 | F2512W00849V | 12/1/2025 | 12/31/2025 | 0.06 | 0.06 | 0 | 0 | 0 | 0 | 0 |
| Rick's Sports Center | W00895 | N0283515 | 8/1/2022 | 9/10/2022 | 1690.91 | 0 | 0 | 0 | 0 | 0 | 1390.91 |
| Rick's Sports Center | W00895 | N0284928 | 8/9/2022 | 9/10/2022 | 1136.26 | 0 | 0 | 0 | 0 | 0 | 1136.26 |
| Rick's Sports Center | W00895 | N0285278 | 8/11/2022 | 9/10/2022 | 1160.35 | 0 | 0 | 0 | 0 | 0 | 1160.35 |
| Rick's Sports Center | W00895 | N0286722 | 8/23/2022 | 9/10/2022 | 967.44 | 0 | 0 | 0 | 0 | 0 | 967.44 |
| Rick's Sports Center | W00895 | N0287122 | 8/24/2022 | 9/10/2022 | 1075.89 | 0 | 0 | 0 | 0 | 0 | 1075.89 |
| Rick's Sports Center | W00895 | N0287747 | 8/29/2022 | 10/10/2022 | 1452.23 | 0 | 0 | 0 | 0 | 0 | 1452.23 |
| Sportsmen's Supply Inc. | W01025 | G0536831 | 9/4/2025 | 10/10/2025 | 941.72 | 0 | 0 | 0 | 0 | 208.24 | 0 |
| Sportsmen's Supply Inc. | W01025 | V1018064 | 9/15/2025 | 10/10/2025 | 119.54 | 0 | 0 | 0 | 0 | 5.98 | 0 |
| Fisher's Ski & Bow Rack | W01409 | C2271320-1 | 10/1/2024 | 1/10/2025 | 1605.9 | 0 | 0 | 0 | 0 | 0 | -1605.9 |
| Fisher's Ski & Bow Rack | W01409 | C2271320-2 | 10/1/2024 | 2/10/2025 | 1605.9 | 0 | 0 | 0 | 0 | 0 | -1605.9 |
| Fisher's Ski & Bow Rack | W01409 | C2281430-1 | 11/8/2024 | 1/10/2025 | 148.75 | 0 | 0 | 0 | 0 | 0 | -4.29 |
| Fisher's Ski & Bow Rack | W01409 | C2281430-2 | 11/8/2024 | 2/10/2025 | 148.74 | 0 | 0 | 0 | 0 | 0 | -148.74 |
| Fisher's Ski & Bow Rack | W01409 | G0499839 | 3/14/2025 | 5/13/2025 | 1168.25 | 0 | 0 | 0 | 0 | 0 | -62.11 |
| P2K | W01521 | G0520351 | 6/11/2025 | 10/10/2025 | 21421.52 | 0 | 0 | 0 | 0 | 15000 | 0 |
| Fowler Gun Room | W01579 | C2327736 | 6/6/2025 | 10/10/2025 | 4196 | 0 | 0 | 0 | 0 | 2397 | 0 |

| Name | Account | Reference | Date 1 | Date 2 | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fowler Gun Room | W01579 | F2509W01579C | 9/29/2025 | 10/29/2025 | 20.94 | 0 | 0 | 0 | 20.94 | 0 |
| Fowler Gun Room | W01579 | F2509W01579G | 9/29/2025 | 10/29/2025 | 99.26 | 0 | 0 | 0 | 99.26 | 0 |
| Fowler Gun Room | W01579 | F2509W01579V | 9/29/2025 | 10/2/2025 | 18.82 | 0 | 0 | 0 | 0 | 18.7 |
| Fowler Gun Room | W01579 | F2510W01579G | 10/22/2025 | 11/21/2025 | 113.16 | 0 | 0 | 113.16 | 0 | 0 |
| Fowler Gun Room | W01579 | F2510W01579V | 10/22/2025 | 11/21/2025 | 19.78 | 0 | 0 | 0 | 19.78 | 0 |
| Fowler Gun Room | W01579 | F2510W01579C | 10/30/2025 | 11/29/2025 | 43.76 | 0 | 0 | 43.76 | 0 | 0 |
| Fowler Gun Room | W01579 | F2511W01579C | 11/29/2025 | 12/29/2025 | 36 | 36 | 0 | 0 | 0 | 0 |
| Fowler Gun Room | W01579 | F2512W01579C | 12/31/2025 | 12/31/2025 | 2.4 | 2.4 | 0 | 0 | 0 | 0 |
| Legendary Guns | W01626 | C2307819 | 3/7/2025 | 9/10/2025 | 766.52 | 0 | 0 | 0 | 0 | 766.52 |
| Legendary Guns | W01626 | G0498124 | 3/7/2025 | 9/10/2025 | 1806.31 | 0 | 0 | 0 | 0 | 1806.31 |
| Goleta Valley Gun & Supply LLC | W01723 | C1692693 | 9/24/2020 | 11/23/2020 | 315.77 | 0 | 0 | 0 | 0 | -186.24 |
| Goleta Valley Gun & Supply LLC | W01723 | C1753269 | 2/5/2021 | 2/5/2021 | -1228 | 0 | 0 | 0 | 0 | -1228 |
| Goleta Valley Gun & Supply LLC | W01723 | N0291932 | 9/22/2022 | 11/21/2022 | 599.73 | 0 | 0 | 0 | 0 | -312.62 |
| Goleta Valley Gun & Supply LLC | W01723 | N0311132 | 2/9/2023 | 4/10/2023 | 266.68 | 0 | 0 | 0 | 0 | -300 |
| Goleta Valley Gun & Supply LLC | W01723 | N2146155 | 10/17/2023 | 10/17/2023 | -402.15 | 0 | 0 | 0 | 0 | -402.15 |
| Goleta Valley Gun & Supply LLC | W01723 | C2178805 | 1/16/2024 | 3/16/2024 | 588.63 | 0 | 0 | 0 | 0 | -545.64 |
| Goleta Valley Gun & Supply LLC | W01723 | CK10476-UNSP | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | -722.29 |
| Shooter's Den LLC | W01897 | C2115915 | 8/1/2023 | 9/10/2023 | 273.83 | 0 | 0 | 0 | 0 | 273.83 |
| Mark Fore & Strike | W01986 | C2340894 | 8/20/2025 | 9/10/2025 | 379.84 | 0 | 0 | 0 | 0 | 18.48 |
| Mark Fore & Strike | W01986 | G0535511 | 8/22/2025 | 9/10/2025 | 3037.49 | 0 | 0 | 0 | 0 | 144.8 |
| Mark Fore & Strike | W01986 | C2342167 | 9/3/2025 | 10/10/2025 | 827.93 | 0 | 0 | 0 | 39.65 | 0 |
| Mark Fore & Strike | W01986 | F2509W01986G | 9/29/2025 | 10/29/2025 | 1.36 | 0 | 0 | 0 | 1.36 | 0 |
| Mark Fore & Strike | W01986 | F2510W01986G | 10/30/2025 | 11/29/2025 | 0.46 | 0 | 0 | 0 | 0.46 | 0 |
| Mark Fore & Strike | W01986 | F2510W01986G | 10/30/2025 | 11/29/2025 | 2.17 | 0 | 0 | 2.17 | 0 | 0 |
| Mark Fore & Strike | W01986 | F2511W01986G | 11/29/2025 | 12/29/2025 | 0.9 | 0.9 | 0 | 0 | 0 | 0 |
| Mark Fore & Strike | W01986 | F2511W01986G | 11/29/2025 | 12/29/2025 | 2.1 | 2.1 | 0 | 0 | 0 | 0 |
| Mark Fore & Strike | W01986 | F2512W01986G | 12/1/2025 | 12/31/2025 | 0.06 | 0.06 | 0 | 0 | 0 | 0 |
| Mark Fore & Strike | W01986 | F2512W01986G | 12/1/2025 | 12/31/2025 | 0.14 | 0.14 | 0 | 0 | 0 | 0 |
| Dixie Gun & Fish Locker Room | W02381 | V0967192 | 6/16/2025 | 7/10/2025 | 199.21 | 0 | 0 | 0 | 0 | -168.05 |
| Ruby's Inn General Store | W02383 | C2142149 | 10/5/2023 | 11/10/2023 | 760.83 | 0 | 0 | 0 | 0 | -268.83 |
| Ruby's Inn General Store | W02383 | G0335302 | 10/12/2023 | 11/10/2023 | 634.17 | 0 | 0 | 0 | 0 | -615.9 |
| Ken's Sporting Goods | W02641 | V0961389 | 6/5/2025 | 6/5/2025 | -500 | 0 | 0 | 0 | 0 | -500 |
| Arizona Indoor Marksmanship Site Inc | W02766 | G0497973 | 3/6/2025 | 9/10/2025 | 22060 | 0 | 0 | 0 | 0 | 10770 |
| Arizona Indoor Marksmanship Site Inc | W02766 | C2331309 | 6/20/2025 | 10/10/2025 | 22040.84 | 0 | 0 | 0 | 22040.84 | 0 |
| Dana Point Fuel Dock | W02848 | G0528322 | 7/11/2025 | 8/10/2025 | 801.58 | 0 | 0 | 0 | 0 | -1430.32 |
| Angler's Choice | W02887 | V1008421 | 9/2/2025 | 10/2/2025 | 1820.89 | 0 | 0 | 0 | 0 | -13287.83 |
| Hogan's Bait And Tackle | W02899 | C2338023 | 7/24/2025 | 7/24/2025 | -181.28 | 0 | 0 | 0 | 0 | -181.28 |
| Outdoor Pro Shop | W02948 | F2402W02948G | 2/28/2024 | 3/29/2024 | 5.47 | 0 | 0 | 0 | 0 | 5.47 |
| Outdoor Pro Shop | W02948 | F2403W02948G | 3/30/2024 | 4/29/2024 | 16.79 | 0 | 0 | 0 | 0 | 16.79 |
| Outdoor Pro Shop | W02948 | F2404W02948G | 4/29/2024 | 5/29/2024 | 15.9 | 0 | 0 | 0 | 0 | 15.9 |
| Outdoor Pro Shop | W02948 | F2405W02948G | 5/30/2024 | 6/29/2024 | 14.8 | 0 | 0 | 0 | 0 | 14.8 |
| Outdoor Pro Shop | W02948 | G0419417 | 6/18/2024 | 8/17/2024 | 804.39 | 0 | 0 | 0 | 0 | 18.96 |
| Outdoor Pro Shop | W02948 | F2406W02948G | 6/29/2024 | 7/29/2024 | 11.4 | 0 | 0 | 0 | 0 | 11.4 |
| Outdoor Pro Shop | W02948 | F2407W02948G | 7/16/2024 | 8/15/2024 | 12.69 | 0 | 0 | 0 | 0 | 12.69 |
| Outdoor Pro Shop | W02948 | G0433659 | 7/25/2024 | 9/23/2024 | 728.67 | 0 | 0 | 0 | 0 | 58.23 |
| Outdoor Pro Shop | W02948 | G0433660 | 7/25/2024 | 9/23/2024 | 1205.9 | 0 | 0 | 0 | 0 | 16.99 |
| Outdoor Pro Shop | W02948 | F2409W02948G | 9/29/2024 | 10/29/2024 | 17.23 | 0 | 0 | 0 | 0 | 17.23 |
| Outdoor Pro Shop | W02948 | F2410W02948G | 10/27/2024 | 11/26/2024 | 44.14 | 0 | 0 | 0 | 0 | 44.14 |
| Outdoor Pro Shop | W02948 | G0469841 | 11/25/2024 | 1/24/2025 | 1578.45 | 0 | 0 | 0 | 0 | 1578.45 |
| Outdoor Pro Shop | W02948 | G0472343 | 12/3/2024 | 2/1/2025 | 1672.29 | 0 | 0 | 0 | 0 | 1672.29 |
| Jim's Pro Bass | W03029 | G0536701 | 9/2/2025 | 10/2/2025 | 3779.06 | 0 | 0 | 0 | 0 | 148.27 |
| Jim's Pro Bass | W03029 | G0536702 | 9/2/2025 | 10/2/2025 | 1942.78 | 0 | 0 | 0 | 0 | 237.57 |
| Jim's Pro Bass | W03029 | V1008496 | 9/2/2025 | 10/2/2025 | 667.64 | 0 | 0 | 0 | 0 | 28.61 |
| RRM-CLM | W04053 | CK2810 | 5/4/2021 | 5/4/2021 | 0 | 0 | 0 | 0 | 0 | -78.59 |
| RRM-CLM | W04053 | N230612-4206 | 1/11/2024 | 1/11/2024 | 0 | 0 | 0 | 0 | 0 | -54 |
| Western Firearms Inc | W04090 | C2162954 | 11/29/2023 | 1/28/2024 | 3793.94 | 0 | 0 | 0 | 0 | 2815.33 |
| Western Firearms Inc | W04090 | C2168335 | 12/13/2023 | 3/12/2024 | 4863.68 | 0 | 0 | 0 | 0 | 4863.68 |
| Western Firearms Inc | W04090 | G0362267 | 12/13/2023 | 3/12/2024 | 1230.2 | 0 | 0 | 0 | 0 | 1230.2 |
| Western Firearms Inc | W04090 | C2177522 | 1/11/2024 | 2/10/2024 | 3232.08 | 0 | 0 | 0 | 0 | 3232.08 |
| Western Firearms Inc | W04090 | G0369680 | 1/15/2024 | 2/10/2024 | 3141.4 | 0 | 0 | 0 | 0 | 3141.4 |
| Western Firearms Inc | W04090 | G0371110 | 1/18/2024 | 2/10/2024 | 476.14 | 0 | 0 | 0 | 0 | 476.14 |
| Western Firearms Inc | W04090 | C2217227 | 4/24/2024 | 7/23/2024 | 2506 | 0 | 0 | 0 | 0 | 2506 |
| Western Firearms Inc | W04090 | C2217244 | 4/24/2024 | 7/23/2024 | 644 | 0 | 0 | 0 | 0 | 644 |
| Western Firearms Inc | W04090 | C2224901 | 5/14/2024 | 8/12/2024 | 912 | 0 | 0 | 0 | 0 | 912 |
| Western Firearms Inc | W04090 | C2232155 | 6/3/2024 | 9/1/2024 | 620 | 0 | 0 | 0 | 0 | 620 |
| Merced River Development | W04470 | G0514213 | 5/19/2025 | 6/10/2025 | 571.43 | 0 | 0 | 0 | 0 | -30.33 |
| Alvarez Bro Co. Inc. | W04612 | N0327853 | 5/15/2023 | 6/14/2023 | 841.43 | 0 | 0 | 0 | 0 | -1514.97 |
| Last Chance Bait & Tackle | W04626 | G0316093 | 8/23/2023 | 10/22/2023 | 10564.87 | 0 | 0 | 0 | 0 | 8881.84 |
| Big Chief Trading Post & Pawn | W04689 | C2287509 | 12/4/2024 | 3/4/2025 | 5010.77 | 0 | 0 | 0 | 0 | 2010.77 |
| Big Chief Trading Post & Pawn | W04689 | F2503W04689C | 3/30/2025 | 4/29/2025 | 65.2 | 0 | 0 | 0 | 0 | 65.2 |
| Big Chief Trading Post & Pawn | W04689 | F2504W04689C | 4/17/2025 | 5/17/2025 | 45.18 | 0 | 0 | 0 | 0 | 45.18 |
| Maximum Wholesale Inc | W04736 | C2330781 | 6/18/2025 | 6/18/2025 | -216.4 | 0 | 0 | 0 | 0 | -216.4 |
| Davey's Locker Sport Fishing | W04774 | R2591983 | 6/2/2023 | 6/2/2023 | -650 | 0 | 0 | 0 | 0 | -650 |
| Davey's Locker Tackle Shop | W04774 | V0961392 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| California Waterfowl Association | W04795 | C1536490 | 10/28/2019 | 10/28/2019 | -121.79 | 0 | 0 | 0 | 0 | -40.78 |
| Castro Valley Sportsmen Center | W04833 | NSF00006 | 9/18/2015 | 9/18/2015 | 13467.12 | 0 | 0 | 0 | 0 | 13467.12 |
| Jernigan, Inc. | W04868 | C2323102 | 5/14/2025 | 6/10/2025 | 779 | 0 | 0 | 0 | 0 | -779 |
| Advenco, LLC | W04896 | G0374739 | 1/26/2024 | 1/26/2024 | -20.88 | 0 | 0 | 0 | 0 | -1.28 |
| Advenco, LLC | W04896 | G0420876 | 6/19/2024 | 7/10/2024 | 3232.86 | 0 | 0 | 0 | 0 | 41.16 |
| Advenco, LLC | W04896 | G0436600 | 7/31/2024 | 7/31/2024 | -82.93 | 0 | 0 | 0 | 0 | -82.93 |
| Advenco, LLC | W04896 | G0442834 | 8/22/2024 | 10/10/2024 | 5274.4 | 0 | 0 | 0 | 0 | 1691.98 |
| Advenco, LLC | W04896 | C2259594 | 8/23/2024 | 9/10/2024 | 616.95 | 0 | 0 | 0 | 0 | 155.73 |
| Advenco, LLC | W04896 | G0444787 | 9/4/2024 | 10/10/2024 | 885.51 | 0 | 0 | 0 | 0 | 21.26 |
| Advenco, LLC | W04896 | G0445881 | 9/6/2024 | 9/6/2024 | -990.36 | 0 | 0 | 0 | 0 | -990.36 |
| Advenco, LLC | W04896 | G0449619 | 9/23/2024 | 9/23/2024 | -14.17 | 0 | 0 | 0 | 0 | -14.17 |
| Advenco, LLC | W04896 | G0465589 | 11/8/2024 | 12/10/2024 | 1436.28 | 0 | 0 | 0 | 0 | 22.24 |
| Advenco, LLC | W04896 | G0483295 | 1/20/2025 | 2/10/2025 | 464.78 | 0 | 0 | 0 | 0 | 25 |
| Advenco, LLC | W04896 | G0498444 | 3/11/2025 | 4/10/2025 | 1464.34 | 0 | 0 | 0 | 0 | 0 |
| Advenco, LLC | W04896 | G0503968 | 4/1/2025 | 4/1/2025 | -4.61 | 0 | 0 | 0 | 0 | -4.61 |
| Advenco, LLC | W04896 | G0508341 | 4/22/2025 | 5/10/2025 | 685.83 | 0 | 0 | 0 | 0 | 685.83 |
| Advenco, LLC | W04896 | V0927513 | 4/22/2025 | 5/10/2025 | 546.98 | 0 | 0 | 0 | 0 | 85.95 |
| Advenco, LLC | W04896 | G0510674 | 4/29/2025 | 6/10/2025 | 304.01 | 0 | 0 | 0 | 0 | 35.93 |
| Advenco, LLC | W04896 | G0527733 | 7/9/2025 | 8/10/2025 | 674.39 | 0 | 0 | 0 | 0 | 674.39 |
| Advenco, LLC | W04896 | V0983302 | 7/9/2025 | 8/10/2025 | 254.78 | 0 | 0 | 0 | 0 | 254.78 |

| Name | Acct | Invoice | Date 1 | Date 2 | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Advenco, LLC | W04896 | V1016148 | 9/5/2025 | 10/10/2025 | 4358.02 | 0 | 0 | 0 | 22.36 | 0 |
| Advenco, LLC | W04896 | G0540142 | 9/18/2025 | 10/10/2025 | 675.79 | 0 | 0 | 0 | 58.86 | 0 |
| Advenco, LLC | W04896 | V1022048 | 9/24/2025 | 10/10/2025 | 465.54 | 0 | 0 | 0 | 465.54 | 0 |
| Advenco, LLC | W04896 | G0544981 | 11/12/2025 | 11/12/2025 | -7.98 | 0 | 0 | -7.98 | 0 | 0 |
| Silver Lake Resort LLC | W04924 | G0517279-2 | 6/2/2025 | 8/20/2025 | 412.73 | 0 | 0 | 0 | 0 | -284.47 |
| Silver Lake Resort LLC | W04924 | V0971863-2 | 6/19/2025 | 8/20/2025 | 295.02 | 0 | 0 | 0 | 0 | -164.36 |
| The Gun Exchange Of San Jose Inc | W04925 | RTRN665514 | 6/2/2025 | 6/2/2025 | 0 | 0 | 0 | 0 | 0 | 421.54 |
| The Gun Exchange Of San Jose Inc | W04925 | RTRN776059 | 6/2/2025 | 6/2/2025 | 0 | 0 | 0 | 0 | 0 | 240.46 |
| G.A.M.S., Inc. | W04954 | G0509190 | 4/24/2025 | 5/10/2025 | 576.81 | 0 | 0 | 0 | 0 | 576.81 |
| G.A.M.S., Inc. | W04954 | G0510803 | 4/30/2025 | 6/10/2025 | 13.6 | 0 | 0 | 0 | 0 | 13.6 |
| G.A.M.S., Inc. | W04954 | F2505W04954G | 5/30/2025 | 6/29/2025 | 5.78 | 0 | 0 | 0 | 0 | 5.78 |
| G.A.M.S., Inc. | W04954 | F2506W04954G | 6/29/2025 | 7/29/2025 | 8.85 | 0 | 0 | 0 | 0 | 8.85 |
| G.A.M.S., Inc. | W04954 | F2507W04954G | 7/22/2025 | 8/21/2025 | 6.9 | 0 | 0 | 0 | 0 | 6.9 |
| Clear Lake Bait And Tackle | W04958 | V1008497 | 9/2/2025 | 10/2/2025 | 629.75 | 0 | 0 | 0 | 0 | -52.61 |
| Guns N Arrows | W05122 | V0983697 | 7/10/2025 | 8/10/2025 | 665.52 | 0 | 0 | 0 | 0 | 665.52 |
| Guns N Arrows | W05122 | F2508W05122V | 8/30/2025 | 9/29/2025 | 6.64 | 0 | 0 | 0 | 0 | 6.64 |
| Guns N Arrows | W05122 | F2509W05122V | 9/29/2025 | 10/29/2025 | 9.9 | 0 | 0 | 0 | 9.9 | 0 |
| Guns N Arrows | W05122 | F2510W05122V | 10/30/2025 | 11/29/2025 | 10.23 | 0 | 0 | 10.23 | 0 | 0 |
| Guns N Arrows | W05122 | F2511W05122V | 11/29/2025 | 12/29/2025 | 9.9 | 9.9 | 0 | 0 | 0 | 0 |
| Guns N Arrows | W05122 | F2512W05122V | 12/1/2025 | 12/31/2025 | 0.66 | 0.66 | 0 | 0 | 0 | 0 |
| Rancho Liquors | W05233 | NSF00001 | 10/9/2025 | 10/9/2025 | 646.96 | 0 | 0 | 0 | 646.96 | 0 |
| Poway Weapons & Gear | W05327 | N0330889 | 5/31/2023 | 7/10/2023 | 48.81 | 0 | 0 | 0 | 0 | -48.81 |
| Stockpile Defense LLC | W05394 | G0448219 | 9/18/2024 | 12/17/2024 | 24479.98 | 0 | 0 | 0 | 0 | 14479.98 |
| Stockpile Defense LLC | W05394 | C2269721 | 9/25/2024 | 12/24/2024 | 1494.95 | 0 | 0 | 0 | 0 | 1494.95 |
| Stockpile Defense LLC | W05394 | C2271964 | 10/3/2024 | 1/1/2025 | 743.31 | 0 | 0 | 0 | 0 | 743.31 |
| Stockpile Defense LLC | W05394 | C2286152 | 11/27/2024 | 2/25/2025 | 5193.9 | 0 | 0 | 0 | 0 | 5193.9 |
| Ventura Munitions | W05594 | C1936560 | 5/11/2022 | 6/10/2022 | 8574.3 | 0 | 0 | 0 | 0 | -5278.54 |
| Maui Surplus And Survival, LLC | W05598 | G0499107 | 3/11/2025 | 9/10/2025 | 2623.48 | 0 | 0 | 0 | 0 | 2623.48 |
| Maui Surplus And Survival, LLC | W05598 | C2309437 | 3/14/2025 | 9/10/2025 | 538.56 | 0 | 0 | 0 | 0 | 538.56 |
| Maui Surplus And Survival, LLC | W05598 | C2313427 | 4/1/2025 | 9/10/2025 | 512.38 | 0 | 0 | 0 | 0 | 512.38 |
| Maui Surplus And Survival, LLC | W05598 | G0503964 | 4/1/2025 | 9/10/2025 | 2127.84 | 0 | 0 | 0 | 0 | 2127.84 |
| Maui Surplus And Survival, LLC | W05598 | C2326630 | 6/2/2025 | 8/1/2025 | 41.96 | 0 | 0 | 0 | 0 | 41.96 |
| Maui Surplus And Survival, LLC | W05598 | V0957322 | 6/2/2025 | 8/1/2025 | 365.1 | 0 | 0 | 0 | 0 | 365.1 |
| Maui Surplus And Survival, LLC | W05598 | G0519419 | 6/10/2025 | 8/9/2025 | 330.59 | 0 | 0 | 0 | 0 | 330.59 |
| Maui Surplus And Survival, LLC | W05598 | F2508W05598G | 8/30/2025 | 9/29/2025 | 3.5 | 0 | 0 | 0 | 0 | 3.5 |
| Maui Surplus And Survival, LLC | W05598 | F2508W05598V | 8/30/2025 | 9/29/2025 | 5.26 | 0 | 0 | 0 | 0 | 5.26 |
| Maui Surplus And Survival, LLC | W05598 | F2509W05598C | 9/29/2025 | 10/29/2025 | 10.11 | 0 | 0 | 0 | 10.11 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2509W05598G | 9/29/2025 | 10/29/2025 | 50.21 | 0 | 0 | 0 | 50.21 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2509W05598V | 9/29/2025 | 10/29/2025 | 5.4 | 0 | 0 | 0 | 5.4 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2510W05598C | 10/30/2025 | 11/29/2025 | 17.05 | 0 | 0 | 17.05 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2510W05598G | 10/30/2025 | 11/29/2025 | 78.74 | 0 | 0 | 78.74 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2510W05598V | 10/30/2025 | 11/29/2025 | 5.58 | 0 | 0 | 5.58 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2511W05598C | 11/29/2025 | 12/29/2025 | 16.5 | 16.5 | 0 | 0 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2511W05598G | 11/29/2025 | 12/29/2025 | 76.2 | 76.2 | 0 | 0 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2511W05598V | 11/29/2025 | 12/29/2025 | 5.4 | 5.4 | 0 | 0 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2512W05598C | 12/1/2025 | 12/31/2025 | 1.1 | 1.1 | 0 | 0 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2512W05598G | 12/1/2025 | 12/31/2025 | 5.08 | 5.08 | 0 | 0 | 0 | 0 |
| Maui Surplus And Survival, LLC | W05598 | F2512W05598V | 12/1/2025 | 12/31/2025 | 0.36 | 0.36 | 0 | 0 | 0 | 0 |
| Solar Tactical | W05611 | C2328959 | 6/11/2025 | 10/10/2025 | 2230.73 | 0 | 0 | 0 | 1402.32 | 0 |
| Solar Tactical | W05611 | G0520216 | 6/11/2025 | 10/10/2025 | 4023.44 | 0 | 0 | 0 | 4023.44 | 0 |
| Solar Tactical | W05611 | V0964807 | 6/12/2025 | 10/10/2025 | 4379.98 | 0 | 0 | 0 | 4379.98 | 0 |
| Solar Tactical | W05611 | C2329647 | 6/13/2025 | 10/10/2025 | 2303.53 | 0 | 0 | 0 | 2303.53 | 0 |
| Solar Tactical | W05611 | G0520977 | 6/13/2025 | 10/10/2025 | 7716 | 0 | 0 | 0 | 7716 | 0 |
| Solar Tactical | W05611 | V0967193 | 6/16/2025 | 10/10/2025 | 2190.38 | 0 | 0 | 0 | 2190.38 | 0 |
| Solar Tactical | W05611 | C2343198 | 9/10/2025 | 10/10/2025 | 339.64 | 0 | 0 | 0 | 339.64 | 0 |
| Solar Tactical | W05611 | G0539685 | 9/15/2025 | 10/15/2025 | 396.5 | 0 | 0 | 0 | 396.5 | 0 |
| Solar Tactical | W05611 | V1018169 | 9/16/2025 | 10/16/2025 | 2336.38 | 0 | 0 | 0 | 2336.38 | 0 |
| Solar Tactical | W05611 | G0541713 | 9/26/2025 | 10/26/2025 | 573.42 | 0 | 0 | 0 | 573.42 | 0 |
| Solar Tactical | W05611 | C2344371 | 9/29/2025 | 10/29/2025 | 47.86 | 0 | 0 | 0 | 47.86 | 0 |
| Solar Tactical | W05611 | V1024099 | 9/29/2025 | 10/29/2025 | 750.99 | 0 | 0 | 0 | 750.99 | 0 |
| Solar Tactical | W05611 | C2344552 | 9/30/2025 | 10/30/2025 | 67.58 | 0 | 0 | 0 | 67.58 | 0 |
| Solar Tactical | W05611 | G0541985 | 9/30/2025 | 10/30/2025 | 232.49 | 0 | 0 | 0 | 232.49 | 0 |
| Solar Tactical | W05611 | V1024635 | 9/30/2025 | 10/30/2025 | 2570.58 | 0 | 0 | 0 | 2570.58 | 0 |
| Solar Tactical | W05611 | C2344728 | 10/3/2025 | 11/2/2025 | 980 | 0 | 0 | 0 | 980 | 0 |
| Solar Tactical | W05611 | G0543970 | 10/21/2025 | 11/20/2025 | 271.52 | 0 | 0 | 271.52 | 0 | 0 |
| Solar Tactical | W05611 | C1028627 | 10/21/2025 | 11/20/2025 | 614.81 | 0 | 0 | 614.81 | 0 | 0 |
| G2 Sporting Arms Corp. | W05676 | R2733692 | 5/1/2024 | 5/1/2024 | -83.04 | 0 | 0 | 0 | 0 | -83.04 |
| Ocean Cove Store | W05685 | N0211509 | 5/25/2021 | 7/10/2021 | 457.22 | 0 | 0 | 0 | 0 | -457.22 |
| Ocean Cove Store | W05685 | N0236238 | 10/22/2021 | 11/10/2021 | 632.53 | 0 | 0 | 0 | 0 | -425.28 |
| Spear Shack | W06011 | N0263884 | 4/7/2022 | 4/7/2022 | -117.72 | 0 | 0 | 0 | 0 | -117.72 |
| J & M Security LLC | W06066 | V0972085 | 6/20/2025 | 10/10/2025 | 1881.14 | 0 | 0 | 0 | 1881.14 | 0 |
| J & M Security LLC | W06066 | G0542899 | 10/7/2025 | 11/10/2025 | 115.09 | 0 | 0 | 115.09 | 0 | 0 |
| J & M Security LLC | W06066 | F2510W06066C | 10/30/2025 | 11/29/2025 | 1.51 | 0 | 0 | 1.51 | 0 | 0 |
| J & M Security LLC | W06066 | F2510W06066V | 10/30/2025 | 11/29/2025 | 18.81 | 0 | 0 | 18.81 | 0 | 0 |
| J & M Security LLC | W06066 | F2511W06066C | 11/29/2025 | 12/29/2025 | 0.9 | 0.9 | 0 | 0 | 0 | 0 |
| J & M Security LLC | W06066 | F2511W06066V | 11/29/2025 | 12/29/2025 | 1.11 | 1.11 | 0 | 0 | 0 | 0 |
| J & M Security LLC | W06066 | F2511W06066v | 11/29/2025 | 12/29/2025 | 28.2 | 28.2 | 0 | 0 | 0 | 0 |
| J & M Security LLC | W06066 | F2512W06066C | 12/1/2025 | 12/31/2025 | 0.06 | 0.06 | 0 | 0 | 0 | 0 |
| J & M Security LLC | W06066 | F2512W06066G | 12/1/2025 | 12/31/2025 | 0.12 | 0.12 | 0 | 0 | 0 | 0 |
| J & M Security LLC | W06066 | F2512W06066v | 12/1/2025 | 12/31/2025 | 1.88 | 1.88 | 0 | 0 | 0 | 0 |
| Tahoe Sports Ltd | W06084 | C2308690 | 3/11/2025 | 4/10/2025 | 1041.82 | 0 | 0 | 0 | 0 | -756.7 |
| Tahoe Sports Ltd | W06084 | V0961394 | 6/5/2025 | 6/5/2025 | -250 | 0 | 0 | 0 | 0 | -250 |
| Sportsman's Supply & Rental | W06100 | N0208227 | 5/10/2021 | 6/10/2021 | 461.49 | 0 | 0 | 0 | 0 | -461.49 |
| Sportsman's Supply & Rental | W06100 | 996454 | 8/12/2022 | 8/12/2022 | 0 | 0 | 0 | 0 | 0 | -351.35 |
| Sportsman's Supply & Rental | W06100 | G0430170 | 7/12/2024 | 8/10/2024 | 778.48 | 0 | 0 | 0 | 0 | -778.48 |
| Ketcham Tackle LLC | W06118 | C2333234 | 6/27/2025 | 8/10/2025 | 61.24 | 0 | 0 | 0 | 0 | 61.24 |
| Ketcham Tackle LLC | W06118 | G0524717 | 6/27/2025 | 8/10/2025 | 991.34 | 0 | 0 | 0 | 0 | 991.34 |
| Ketcham Tackle LLC | W06118 | V0976633 | 6/27/2025 | 8/10/2025 | 436.03 | 0 | 0 | 0 | 0 | 436.03 |
| Ketcham Tackle LLC | W06118 | G0528378 | 7/11/2025 | 8/10/2025 | 969.07 | 0 | 0 | 0 | 0 | 969.07 |
| Ketcham Tackle LLC | W06118 | V0985247 | 7/14/2025 | 8/10/2025 | 162.82 | 0 | 0 | 0 | 0 | 162.82 |
| Ketcham Tackle LLC | W06118 | C2338886 | 8/1/2025 | 9/10/2025 | 33.17 | 0 | 0 | 0 | 0 | 33.17 |
| Ketcham Tackle LLC | W06118 | G0532528 | 8/1/2025 | 9/10/2025 | 668.03 | 0 | 0 | 0 | 0 | 668.03 |
| Ketcham Tackle LLC | W06118 | V0996449 | 8/1/2025 | 9/10/2025 | 74.62 | 0 | 0 | 0 | 0 | 74.62 |
| Ketcham Tackle LLC | W06118 | C2341288 | 8/25/2025 | 10/10/2025 | 54.04 | 0 | 0 | 0 | 54.04 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ketcham Tackle LLC | W06118 | G0535656 | 8/25/2025 | 10/10/2025 | 2423.24 | 0 | 0 | 0 | 2423.24 | 0 |
| Ketcham Tackle LLC | W06118 | F2508W06118C | 8/30/2025 | 9/29/2025 | 0.61 | 0 | 0 | 0 | 0 | 0.61 |
| Ketcham Tackle LLC | W06118 | F2508W06118G | 8/30/2025 | 9/29/2025 | 19.6 | 0 | 0 | 0 | 0 | 19.6 |
| Ketcham Tackle LLC | W06118 | F2508W06118V | 8/30/2025 | 9/29/2025 | 5.99 | 0 | 0 | 0 | 0 | 5.99 |
| Ketcham Tackle LLC | W06118 | V1008429 | 9/2/2025 | 10/10/2025 | 429.59 | 0 | 0 | 0 | 429.59 | 0 |
| Ketcham Tackle LLC | W06118 | F2509W06118C | 9/29/2025 | 10/29/2025 | 1.23 | 0 | 0 | 0 | 0 | 1.23 |
| Ketcham Tackle LLC | W06118 | F2509W06118G | 9/29/2025 | 10/29/2025 | 35.73 | 0 | 0 | 0 | 0 | 35.73 |
| Ketcham Tackle LLC | W06118 | F2509W06118V | 9/29/2025 | 10/29/2025 | 9.72 | 0 | 0 | 0 | 0 | 9.72 |
| Ketcham Tackle LLC | W06118 | F2510W06118C | 10/30/2025 | 11/29/2025 | 2.05 | 0 | 0 | 2.05 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2510W06118G | 10/30/2025 | 11/29/2025 | 64.89 | 0 | 0 | 64.89 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2510W06118V | 10/30/2025 | 11/29/2025 | 14.81 | 0 | 0 | 14.81 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2511W06118C | 11/29/2025 | 12/29/2025 | 2.1 | 2.1 | 0 | 0 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2511W06118G | 11/29/2025 | 12/29/2025 | 75.9 | 75.9 | 0 | 0 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2511W06118V | 11/29/2025 | 12/29/2025 | 16.5 | 16.5 | 0 | 0 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2512W06118C | 12/1/2025 | 12/31/2025 | 0.14 | 0.14 | 0 | 0 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2512W06118G | 12/1/2025 | 12/31/2025 | 5.06 | 5.06 | 0 | 0 | 0 | 0 |
| Ketcham Tackle LLC | W06118 | F2512W06118V | 12/1/2025 | 12/31/2025 | 1.1 | 1.1 | 0 | 0 | 0 | 0 |
| GF Industries, LLC | W06119 | G0515952 | 5/27/2025 | 7/10/2025 | 2324.13 | 0 | 0 | 0 | 0 | 2324.13 |
| GF Industries, LLC | W06119 | F2506W06119C | 6/11/2025 | 7/11/2025 | 50.76 | 0 | 0 | 0 | 0 | 50.76 |
| GF Industries, LLC | W06119 | F2506W06119G | 6/11/2025 | 7/11/2025 | 69.47 | 0 | 0 | 0 | 0 | 69.47 |
| GF Industries, LLC | W06119 | G0520247 | 6/11/2025 | 7/10/2025 | 2527.32 | 0 | 0 | 0 | 0 | 2527.32 |
| GF Industries, LLC | W06119 | G0521973 | 6/17/2025 | 7/10/2025 | 2001 | 0 | 0 | 0 | 0 | 2001 |
| GF Industries, LLC | W06119 | V0068765 | 6/18/2025 | 7/10/2025 | 1414.73 | 0 | 0 | 0 | 0 | 1414.73 |
| GF Industries, LLC | W06119 | C2333216 | 6/27/2025 | 8/26/2025 | 6406.55 | 0 | 0 | 0 | 0 | 6406.55 |
| GF Industries, LLC | W06119 | F2507W06119C | 7/30/2025 | 8/29/2025 | 91.8 | 0 | 0 | 0 | 0 | 91.8 |
| GF Industries, LLC | W06119 | F2507W06119G | 7/30/2025 | 8/29/2025 | 67.35 | 0 | 0 | 0 | 0 | 67.35 |
| GF Industries, LLC | W06119 | F2507W06119V | 7/30/2025 | 8/29/2025 | 14.16 | 0 | 0 | 0 | 0 | 14.16 |
| GF Industries, LLC | W06119 | F2508W06119C | 8/30/2025 | 9/29/2025 | 142.29 | 0 | 0 | 0 | 0 | 142.29 |
| GF Industries, LLC | W06119 | F2508W06119G | 8/30/2025 | 9/29/2025 | 100.13 | 0 | 0 | 0 | 0 | 100.13 |
| GF Industries, LLC | W06119 | F2508W06119V | 8/30/2025 | 9/29/2025 | 22.01 | 0 | 0 | 0 | 0 | 22.01 |
| GF Industries, LLC | W06119 | F2509W06119C | 9/7/2025 | 10/7/2025 | 36.72 | 0 | 0 | 0 | 0 | 36.72 |
| GF Industries, LLC | W06119 | F2509W06119G | 9/7/2025 | 10/7/2025 | 25.84 | 0 | 0 | 0 | 0 | 25.84 |
| GF Industries, LLC | W06119 | F2509W06119V | 9/7/2025 | 10/7/2025 | 5.68 | 0 | 0 | 0 | 0 | 5.68 |
| Island Fishing Tackle | W06137 | G0506344 | 4/11/2025 | 9/10/2025 | 19539.27 | 0 | 0 | 0 | 0 | 19122.85 |
| Island Fishing Tackle | W06137 | V0921545 | 4/11/2025 | 9/10/2025 | 6214.75 | 0 | 0 | 0 | 0 | 6214.75 |
| Island Fishing Tackle | W06137 | C2341578 | 8/27/2025 | 10/10/2025 | 443.1 | 0 | 0 | 0 | 443.1 | 0 |
| Island Fishing Tackle | W06137 | G0536012 | 9/2/2025 | 10/10/2025 | 8908.84 | 0 | 0 | 0 | 8908.84 | 0 |
| Island Fishing Tackle | W06137 | V1008500 | 9/2/2025 | 10/10/2025 | 6562.04 | 0 | 0 | 0 | 6562.04 | 0 |
| Island Fishing Tackle | W06137 | V1010291 | 9/3/2025 | 10/10/2025 | 19996.53 | 0 | 0 | 0 | 19996.53 | 0 |
| Island Fishing Tackle | W06137 | F2509W06137C | 9/29/2025 | 10/29/2025 | 1.15 | 0 | 0 | 0 | 1.15 | 0 |
| Island Fishing Tackle | W06137 | F2509W06137G | 9/29/2025 | 10/29/2025 | 241.91 | 0 | 0 | 0 | 241.91 | 0 |
| Island Fishing Tackle | W06137 | F2509W06137V | 9/29/2025 | 10/29/2025 | 92.89 | 0 | 0 | 0 | 92.89 | 0 |
| Island Fishing Tackle | W06137 | F2510W06137C | 10/30/2025 | 11/29/2025 | 6.28 | 0 | 0 | 6.28 | 0 | 0 |
| Island Fishing Tackle | W06137 | F2510W06137G | 10/30/2025 | 11/29/2025 | 483.38 | 0 | 0 | 483.38 | 0 | 0 |
| Island Fishing Tackle | W06137 | F2510W06137V | 10/30/2025 | 11/29/2025 | 417.18 | 0 | 0 | 417.18 | 0 | 0 |
| Island Fishing Tackle | W06137 | F2511W06137C | 11/9/2025 | 12/9/2025 | 2.8 | 0 | 2.8 | 0 | 0 | 0 |
| Island Fishing Tackle | W06137 | F2511W06137G | 11/9/2025 | 12/9/2025 | 171.7 | 0 | 171.7 | 0 | 0 | 0 |
| Island Fishing Tackle | W06137 | F2511W06137V | 11/9/2025 | 12/9/2025 | 181.7 | 0 | 181.7 | 0 | 0 | 0 |
| Cope RET Inc | W06140 | G0498074 | 3/6/2025 | 9/10/2025 | 1770.52 | 0 | 0 | 0 | 0 | 1770.52 |
| Cope RET Inc | W06140 | V0896367 | 3/6/2025 | 9/10/2025 | 12.06 | 0 | 0 | 0 | 0 | 12.06 |
| Cope RET Inc | W06140 | C2311290 | 3/21/2025 | 9/10/2025 | 228.03 | 0 | 0 | 0 | 0 | 228.03 |
| Cope RET Inc | W06140 | C2311568 | 3/24/2025 | 9/10/2025 | 500.18 | 0 | 0 | 0 | 0 | 500.18 |
| Cope RET Inc | W06140 | G0501576 | 3/24/2025 | 9/10/2025 | 6784.22 | 0 | 0 | 0 | 0 | 6784.22 |
| Cope RET Inc | W06140 | C0501805 | 3/24/2025 | 9/10/2025 | 21544.54 | 0 | 0 | 0 | 0 | 21544.54 |
| Cope RET Inc | W06140 | V0907339 | 3/25/2025 | 9/10/2025 | 3760.34 | 0 | 0 | 0 | 0 | 3760.34 |
| Cope RET Inc | W06140 | V0906695 | 3/26/2025 | 9/10/2025 | 3990.69 | 0 | 0 | 0 | 0 | 3990.69 |
| Cope RET Inc | W06140 | C2313106 | 3/31/2025 | 9/10/2025 | 816.65 | 0 | 0 | 0 | 0 | 816.65 |
| Cope RET Inc | W06140 | G0503065 | 3/31/2025 | 9/10/2025 | 1442.73 | 0 | 0 | 0 | 0 | 1442.73 |
| Cope RET Inc | W06140 | G0503230 | 3/31/2025 | 9/10/2025 | 2370.18 | 0 | 0 | 0 | 0 | 2370.18 |
| Cope RET Inc | W06140 | V0912577 | 3/31/2025 | 9/10/2025 | 3862.22 | 0 | 0 | 0 | 0 | 3862.22 |
| Cope RET Inc | W06140 | C2340501 | 8/15/2025 | 9/14/2025 | 4923.2 | 0 | 0 | 0 | 0 | 4923.2 |
| Cope RET Inc | W06140 | G0535273 | 8/19/2025 | 9/18/2025 | 33718.53 | 0 | 0 | 0 | 0 | 33718.53 |
| Cope RET Inc | W06140 | V1005976 | 8/20/2025 | 9/19/2025 | 14606.44 | 0 | 0 | 0 | 0 | 14606.44 |
| Cope RET Inc | W06140 | G0537022 | 8/26/2025 | 8/26/2025 | -178.12 | 0 | 0 | 0 | 0 | -178.12 |
| Cope RET Inc | W06140 | V1011670 | 8/26/2025 | 8/26/2025 | -109.02 | 0 | 0 | 0 | 0 | -109.02 |
| Cope RET Inc | W06140 | C2341985 | 8/29/2025 | 9/28/2025 | 169.16 | 0 | 0 | 0 | 0 | 169.16 |
| Cope RET Inc | W06140 | C2341994 | 8/29/2025 | 9/28/2025 | 567.66 | 0 | 0 | 0 | 0 | 567.66 |
| Cope RET Inc | W06140 | V1013552 | 8/29/2025 | 9/28/2025 | 493.17 | 0 | 0 | 0 | 0 | 493.17 |
| Cope RET Inc | W06140 | V1013553 | 8/29/2025 | 9/28/2025 | 581.97 | 0 | 0 | 0 | 0 | 581.97 |
| Cope RET Inc | W06140 | G0537014 | 9/5/2025 | 10/5/2025 | 2871.93 | 0 | 0 | 0 | 0 | 2871.93 |
| Cope RET Inc | W06140 | G0539103 | 9/12/2025 | 10/12/2025 | 769.05 | 0 | 0 | 0 | 769.05 | 0 |
| Cope RET Inc | W06140 | G0540128 | 9/19/2025 | 10/19/2025 | 1348.25 | 0 | 0 | 0 | 1348.25 | 0 |
| Cope RET Inc | W06140 | CK997360-UNSP | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | -16.13 |
| Phu Quy Bait & Supplies | W06150 | G0540062 | 9/16/2025 | 10/10/2025 | 5843.98 | 0 | 0 | 0 | 5843.98 | 0 |
| Phu Quy Bait & Supplies | W06150 | G0540943 | 9/22/2025 | 10/10/2025 | 2037.38 | 0 | 0 | 0 | 2037.38 | 0 |
| Bah-Bam Inc | W06157 | C2329459 | 6/12/2025 | 9/10/2025 | 12773.94 | 0 | 0 | 0 | 0 | 12773.94 |
| Spartan Arms & Range Supplies LLC | W06198 | C2290929 | 12/17/2024 | 12/17/2024 | -900 | 0 | 0 | 0 | 0 | -900 |
| Pacific Pride Of Alaska, Inc | W06201 | V0961438 | 6/5/2025 | 6/5/2025 | -175.09 | 0 | 0 | 0 | 0 | -175.09 |
| Beyond Business Inc | W06233 | G0541937 | 9/29/2025 | 11/10/2025 | 2420.05 | 0 | 0 | 1148.27 | 0 | 0 |
| Beyond Business Inc | W06233 | G0544643 | 10/31/2025 | 12/10/2025 | 80.43 | 0 | 80.43 | 0 | 0 | 0 |
| Beyond Business Inc | W06233 | V1029569 | 11/3/2025 | 12/10/2025 | 463.68 | 0 | 463.68 | 0 | 0 | 0 |
| Beyond Business Inc | W06233 | F2511W06233G | 11/29/2025 | 12/29/2025 | 10.89 | 10.89 | 0 | 0 | 0 | 0 |
| Beyond Business Inc | W06233 | F2512W06233G | 12/1/2025 | 12/31/2025 | 1.14 | 1.14 | 0 | 0 | 0 | 0 |
| X-Ring Sec & Firearms Trning Co Inc | W06304 | G0512481 | 5/8/2025 | 8/6/2025 | 11114 | 0 | 0 | 0 | 0 | 11114 |
| X-Ring Sec & Firearms Trning Co Inc | W06304 | G0518797 | 6/6/2025 | 8/5/2025 | 8568.8 | 0 | 0 | 0 | 0 | 1568.8 |
| X-Ring Sec & Firearms Trning Co Inc | W06304 | C2336410 | 7/15/2025 | 9/13/2025 | 4459.55 | 0 | 0 | 0 | 0 | 4459.55 |
| X-Ring Sec & Firearms Trning Co Inc | W06304 | G0529407 | 7/15/2025 | 9/13/2025 | 7035.45 | 0 | 0 | 0 | 0 | 7035.45 |
| Maruti Cruz Thru | W06321 | G0511555 | 5/5/2025 | 6/4/2025 | 692.16 | 0 | 0 | 0 | 0 | -445.79 |
| Maruti Cruz Thru | W06321 | G0532428 | 7/30/2025 | 8/29/2025 | 273.88 | 0 | 0 | 0 | 0 | -157.4 |
| Maruti Cruz Thru | W06321 | C2341016 | 8/20/2025 | 9/19/2025 | 780.37 | 0 | 0 | 0 | 0 | 780.37 |
| Maruti Cruz Thru | W06321 | G0535516 | 8/22/2025 | 9/21/2025 | 2319.54 | 0 | 0 | 0 | 0 | 2319.54 |
| Maruti Cruz Thru | W06321 | F2510W06321C | 10/30/2025 | 11/29/2025 | 15.99 | 0 | 0 | 15.99 | 0 | 0 |
| Maruti Cruz Thru | W06321 | F2510W06321G | 10/30/2025 | 11/29/2025 | 37.74 | 0 | 0 | 37.74 | 0 | 0 |
| Maruti Cruz Thru | W06321 | F2511W06321C | 11/29/2025 | 12/29/2025 | 11.7 | 11.7 | 0 | 0 | 0 | 0 |

| Name | Acct | Reference | Date1 | Date2 | Amt | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Maruti Cruz Thru | W06321 | F2511W06321G | 11/29/2025 | 12/29/2025 | 25.8 | 25.8 | 0 | 0 | 0 | 0 | 0 |
| Maruti Cruz Thru | W06321 | F2512W06321C | 12/1/2025 | 12/31/2025 | 0.78 | 0.78 | 0 | 0 | 0 | 0 | 0 |
| Maruti Cruz Thru | W06321 | F2512W06321G | 12/1/2025 | 12/31/2025 | 1.72 | 1.72 | 0 | 0 | 0 | 0 | 0 |
| Gun Gallery Inc | W06340 | C2323836 | 5/19/2025 | 6/10/2025 | 287.97 | 0 | 0 | 0 | 0 | 0 | 287.97 |
| Gun Gallery Inc | W06340 | G0514221 | 5/19/2025 | 6/10/2025 | 1704.98 | 0 | 0 | 0 | 0 | 0 | 1704.98 |
| Gun Gallery Inc | W06340 | C2327328 | 6/4/2025 | 7/10/2025 | 1004 | 0 | 0 | 0 | 0 | 0 | 1004 |
| Gun Gallery Inc | W06340 | C2328240 | 6/9/2025 | 7/10/2025 | 1708.42 | 0 | 0 | 0 | 0 | 0 | 1708.42 |
| Gun Gallery Inc | W06340 | G0518866 | 6/9/2025 | 7/10/2025 | 982.43 | 0 | 0 | 0 | 0 | 0 | 982.43 |
| Gun Gallery Inc | W06340 | C2329594 | 6/13/2025 | 7/10/2025 | 1848.5 | 0 | 0 | 0 | 0 | 0 | 1848.5 |
| Gun Gallery Inc | W06340 | C2331077 | 6/19/2025 | 7/10/2025 | 893.5 | 0 | 0 | 0 | 0 | 0 | 893.5 |
| Gun Gallery Inc | W06340 | C2332246 | 6/24/2025 | 7/10/2025 | 747 | 0 | 0 | 0 | 0 | 0 | 747 |
| Belshore Enterprises | W06347 | N0188325 | 1/29/2021 | 1/29/2021 | -2746.65 | 0 | 0 | 0 | 0 | 0 | 320.72 |
| Belshore Enterprises | W06347 | R2722609 | 4/2/2024 | 4/2/2024 | 236.32 | 0 | 0 | 0 | 0 | 0 | 113.82 |
| Belshore Enterprises | W06347 | G0394745 | 4/5/2024 | 5/5/2024 | 14652.85 | 0 | 0 | 0 | 0 | 0 | 1241.94 |
| Belshore Enterprises | W06347 | C2220790 | 5/2/2024 | 6/1/2024 | 1785.82 | 0 | 0 | 0 | 0 | 0 | 1785.82 |
| The Gun Shop | W06360 | C1703214 | 10/20/2020 | 11/10/2020 | 2679.79 | 0 | 0 | 0 | 0 | 0 | -2679.79 |
| Old Station Fill Up | W06372 | G0454752-1 | 10/10/2024 | 5/10/2025 | 2909.05 | 0 | 0 | 0 | 0 | 0 | 498.12 |
| Against All Enemies LLC | W06433 | G0521453 | 6/17/2025 | 7/10/2025 | 4340.2 | 0 | 0 | 0 | 0 | 0 | 1500 |
| Arizona Firearms Gilbert LLC | W06436 | C2309200 | 3/13/2025 | 9/10/2025 | 1483.8 | 0 | 0 | 0 | 0 | 0 | 1483.8 |
| Arizona Firearms Gilbert LLC | W06436 | G0499723 | 3/13/2025 | 9/10/2025 | 1425.22 | 0 | 0 | 0 | 0 | 0 | 1425.22 |
| Fastrak Gas & Food | W06437 | C2340998 | 8/20/2025 | 8/30/2025 | 67.78 | 0 | 0 | 0 | 0 | 0 | 67.78 |
| Pacific Flyway Supplies LLC | W06472 | G0396728 | 4/4/2024 | 4/4/2024 | -167.02 | 0 | 0 | 0 | 0 | 0 | -167.02 |
| Gualala Sport & Dive Rentals | W06571 | G0540947 | 9/22/2025 | 10/10/2025 | 1294.4 | 0 | 0 | 0 | 0 | 1294.4 | 0 |
| Goodwin & Sons Inc. | W06860 | G0539856 | 9/11/2025 | 10/10/2025 | 4878.25 | 0 | 0 | 0 | 0 | 4878.25 | 0 |
| Goodwin & Sons Inc. | W06860 | C2343709 | 9/16/2025 | 10/10/2025 | 1279.47 | 0 | 0 | 0 | 0 | 1279.47 | 0 |
| Goodwin & Sons Inc. | W06860 | G0541927 | 9/29/2025 | 11/10/2025 | 797.73 | 0 | 0 | 797.73 | 0 | 0 | 0 |
| Goodwin & Sons Inc. | W06860 | C2344512 | 9/30/2025 | 11/10/2025 | 28.16 | 0 | 0 | 28.16 | 0 | 0 | 0 |
| Goodwin & Sons Inc. | W06860 | V1024499 | 9/30/2025 | 11/10/2025 | 347.76 | 0 | 0 | 347.76 | 0 | 0 | 0 |
| Goodwin & Sons Inc. | W06860 | V1024500 | 9/30/2025 | 11/10/2025 | 101.76 | 0 | 0 | 101.76 | 0 | 0 | 0 |
| Goodwin & Sons Inc. | W06860 | G0543753 | 10/16/2025 | 11/10/2025 | 1549.12 | 0 | 0 | 1549.12 | 0 | 0 | 0 |
| Goodwin & Sons Inc. | W06860 | V1027772 | 10/16/2025 | 11/10/2025 | 1763.91 | 0 | 0 | 1763.91 | 0 | 0 | 0 |
| Baja Trading Inc | W06899 | F2407W06899G | 7/30/2024 | 8/29/2024 | 214.87 | 0 | 0 | 0 | 0 | 0 | 214.87 |
| Baja Trading Inc | W06899 | G0436689 | 8/1/2024 | 10/30/2024 | 5316.96 | 0 | 0 | 0 | 0 | 0 | 1500 |
| Baja Trading Inc | W06899 | F2408W06899G | 8/30/2024 | 9/29/2024 | 95.88 | 0 | 0 | 0 | 0 | 0 | 95.88 |
| Baja Trading Inc | W06899 | F2409W06899G | 9/29/2024 | 10/29/2024 | 111.29 | 0 | 0 | 0 | 0 | 0 | 111.29 |
| Baja Trading Inc | W06899 | F2410W06899G | 10/30/2024 | 11/29/2024 | 55.23 | 0 | 0 | 0 | 0 | 0 | 55.23 |
| Baja Trading Inc | W06899 | F2411W06899G | 11/29/2024 | 12/29/2024 | 116.08 | 0 | 0 | 0 | 0 | 0 | 116.08 |
| Baja Trading Inc | W06899 | F2412W06899G | 12/30/2024 | 1/29/2025 | 117.49 | 0 | 0 | 0 | 0 | 0 | 117.49 |
| Baja Trading Inc | W06899 | F2501W06899G | 1/30/2025 | 3/1/2025 | 111.68 | 0 | 0 | 0 | 0 | 0 | 111.68 |
| Baja Trading Inc | W06899 | F2502W06899G | 2/13/2025 | 3/15/2025 | 41.44 | 0 | 0 | 0 | 0 | 0 | 41.44 |
| Shearer Activities, Inc. | W10028 | G0383007 | 2/29/2024 | 3/30/2024 | 674.82 | 0 | 0 | 0 | 0 | 0 | -124.28 |
| Shearer Activities, Inc. | W10028 | 343926 | 12/30/2024 | 12/30/2024 | 0 | 0 | 0 | 0 | 0 | 0 | -183.77 |
| Auburn Outboard Service Inc | W10455 | C2338127 | 7/25/2025 | 9/10/2025 | 195.21 | 0 | 0 | 0 | 0 | 0 | -164.14 |
| Ernie's Tackle & Ski Inc. | W10661 | N0288593 | 9/1/2022 | 9/1/2022 | -536.32 | 0 | 0 | 0 | 0 | 0 | -434.92 |
| Ernie's Tackle & Ski Inc. | W10661 | N0288639 | 9/1/2022 | 9/1/2022 | -243.12 | 0 | 0 | 0 | 0 | 0 | -243.12 |
| Ernie's Tackle & Ski Inc. | W10661 | C2112284 | 7/19/2023 | 7/19/2023 | -19.5 | 0 | 0 | 0 | 0 | 0 | -19.5 |
| Ernie's Tackle & Ski Inc. | W10661 | G0320429 | 8/28/2023 | 8/28/2023 | -30.78 | 0 | 0 | 0 | 0 | 0 | -30.78 |
| Ernie's Tackle & Ski Inc. | W10661 | C2130976 | 9/6/2023 | 9/6/2023 | -28.86 | 0 | 0 | 0 | 0 | 0 | -28.86 |
| Ernie's Tackle & Ski Inc. | W10661 | G0332886 | 10/3/2023 | 10/3/2023 | -175.5 | 0 | 0 | 0 | 0 | 0 | -175.5 |
| Ernie's Tackle & Ski Inc. | W10661 | C2032887 | 10/3/2023 | 10/3/2023 | -154.98 | 0 | 0 | 0 | 0 | 0 | -154.98 |
| Ernie's Tackle & Ski Inc. | W10661 | G0335244 | 10/6/2023 | 10/6/2023 | -106 | 0 | 0 | 0 | 0 | 0 | -106 |
| Ernie's Tackle & Ski Inc. | W10661 | C2143960 | 10/11/2023 | 10/11/2023 | -48.3 | 0 | 0 | 0 | 0 | 0 | -48.3 |
| Ernie's Tackle & Ski Inc. | W10661 | G0346636 | 11/6/2023 | 11/6/2023 | -81.62 | 0 | 0 | 0 | 0 | 0 | -81.62 |
| Ernie's Tackle & Ski Inc. | W10661 | G0437019 | 8/1/2024 | 8/1/2024 | -207.67 | 0 | 0 | 0 | 0 | 0 | -207.67 |
| Ernie's Tackle & Ski Inc. | W10661 | V0768547 | 8/1/2024 | 8/1/2024 | -15.95 | 0 | 0 | 0 | 0 | 0 | -15.95 |
| Ernie's Tackle & Ski Inc. | W10661 | V0771934 | 8/6/2024 | 8/6/2024 | -5.52 | 0 | 0 | 0 | 0 | 0 | -5.52 |
| Ernie's Tackle & Ski Inc. | W10661 | G0461462 | 10/21/2024 | 10/21/2024 | -110.52 | 0 | 0 | 0 | 0 | 0 | -110.52 |
| Ernie's Tackle & Ski Inc. | W10661 | G0461464 | 10/21/2024 | 10/21/2024 | -300.96 | 0 | 0 | 0 | 0 | 0 | -300.96 |
| Ernie's Tackle & Ski Inc. | W10661 | V0847933 | 12/13/2024 | 12/13/2024 | -158.54 | 0 | 0 | 0 | 0 | 0 | -158.54 |
| Ernie's Tackle & Ski Inc. | W10661 | G0516795 | 5/28/2025 | 5/28/2025 | -127.36 | 0 | 0 | 0 | 0 | 0 | -127.36 |
| Ernie's Tackle & Ski Inc. | W10661 | G0533322 | 8/5/2025 | 8/5/2025 | -278.32 | 0 | 0 | 0 | 0 | 0 | -278.32 |
| Walmart Stores Inc | WALMART | V1024707 | 10/8/2025 | 1/6/2026 | 45.6 | 45.6 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024708 | 10/8/2025 | 1/6/2026 | 26.14 | 26.14 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024709 | 10/8/2025 | 1/6/2026 | 20.91 | 20.91 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024710 | 10/8/2025 | 1/6/2026 | 40.13 | 40.13 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024711 | 10/8/2025 | 1/6/2026 | 61.04 | 61.04 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024712 | 10/8/2025 | 1/6/2026 | 4.4 | 4.4 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024713 | 10/8/2025 | 1/6/2026 | 26.14 | 26.14 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024714 | 10/8/2025 | 1/6/2026 | 47.04 | 47.04 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024715 | 10/8/2025 | 1/6/2026 | 47.04 | 47.04 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024716 | 10/8/2025 | 1/6/2026 | 58.73 | 58.73 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024717 | 10/8/2025 | 1/6/2026 | 30.53 | 30.53 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024816 | 10/8/2025 | 1/6/2026 | 13.98 | 13.98 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024817 | 10/8/2025 | 1/6/2026 | 72.71 | 72.71 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024818 | 10/8/2025 | 1/6/2026 | 41.56 | 41.56 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024819 | 10/8/2025 | 1/6/2026 | 80.53 | 80.53 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024820 | 10/8/2025 | 1/6/2026 | 49.12 | 49.12 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024821 | 10/8/2025 | 1/6/2026 | 46.09 | 46.09 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024822 | 10/8/2025 | 1/6/2026 | 54.85 | 54.85 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024823 | 10/8/2025 | 1/6/2026 | 26.14 | 26.14 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024824 | 10/8/2025 | 1/6/2026 | 20.91 | 20.91 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024825 | 10/8/2025 | 1/6/2026 | 46.57 | 46.57 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024826 | 10/8/2025 | 1/6/2026 | 48.87 | 48.87 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024827 | 10/8/2025 | 1/6/2026 | 42.32 | 42.32 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024828 | 10/8/2025 | 1/6/2026 | 26.14 | 26.14 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024864 | 10/8/2025 | 1/6/2026 | 160.89 | 160.89 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024868 | 10/8/2025 | 1/6/2026 | 93.3 | 93.3 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024870 | 10/8/2025 | 1/6/2026 | 173.74 | 173.74 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024871 | 10/8/2025 | 1/6/2026 | 93.3 | 93.3 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024873 | 10/8/2025 | 1/6/2026 | 80.45 | 80.45 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024878 | 10/8/2025 | 1/6/2026 | 80.45 | 80.45 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1024879 | 10/8/2025 | 1/6/2026 | 347.49 | 347.49 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | G0543402 | 10/22/2025 | 1/20/2026 | 186.6 | 186.6 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027407 | 10/22/2025 | 1/20/2026 | 18.66 | 18.66 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Walmart Stores Inc | WALMART | V1027408 | 10/22/2025 | 1/20/2026 | 2.08 | 2.08 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027409 | 10/22/2025 | 1/20/2026 | 16.08 | 16.08 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027410 | 10/22/2025 | 1/20/2026 | 9.07 | 9.07 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027411 | 10/22/2025 | 1/20/2026 | 28.65 | 28.65 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027412 | 10/22/2025 | 1/20/2026 | 62.43 | 62.43 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027413 | 10/22/2025 | 1/20/2026 | 2.08 | 2.08 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027414 | 10/22/2025 | 1/20/2026 | 31.5 | 31.5 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027415 | 10/22/2025 | 1/20/2026 | 15.38 | 15.38 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027416 | 10/22/2025 | 1/20/2026 | 2.08 | 2.08 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027417 | 10/22/2025 | 1/20/2026 | 2.08 | 2.08 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027418 | 10/22/2025 | 1/20/2026 | 7.35 | 7.35 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027419 | 10/22/2025 | 1/20/2026 | 14.24 | 14.24 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027420 | 10/22/2025 | 1/20/2026 | 21.7 | 21.7 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027421 | 10/22/2025 | 1/20/2026 | 24.49 | 24.49 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027422 | 10/22/2025 | 1/20/2026 | 4.83 | 4.83 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027423 | 10/22/2025 | 1/20/2026 | 43.64 | 43.64 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027424 | 10/22/2025 | 1/20/2026 | 26.14 | 26.14 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027425 | 10/22/2025 | 1/20/2026 | 31.8 | 31.8 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027426 | 10/22/2025 | 1/20/2026 | 15.38 | 15.38 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027427 | 10/22/2025 | 1/20/2026 | 25.15 | 25.15 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027428 | 10/22/2025 | 1/20/2026 | 15.38 | 15.38 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027429 | 10/22/2025 | 1/20/2026 | 15.38 | 15.38 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027430 | 10/22/2025 | 1/20/2026 | 23.64 | 23.64 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027431 | 10/22/2025 | 1/20/2026 | 4.24 | 4.24 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027432 | 10/22/2025 | 1/20/2026 | 9.07 | 9.07 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027433 | 10/22/2025 | 1/20/2026 | 4.83 | 4.83 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027434 | 10/22/2025 | 1/20/2026 | 22.33 | 22.33 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027435 | 10/22/2025 | 1/20/2026 | 4.83 | 4.83 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027436 | 10/22/2025 | 1/20/2026 | 30.81 | 30.81 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027572 | 10/22/2025 | 1/20/2026 | 80.45 | 80.45 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1027576 | 10/22/2025 | 1/20/2026 | 453.06 | 453.06 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028200 | 10/22/2025 | 1/20/2026 | 14 | 14 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028201 | 10/22/2025 | 1/20/2026 | 21.32 | 21.32 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028202 | 10/22/2025 | 1/20/2026 | 37.07 | 37.07 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028203 | 10/22/2025 | 1/20/2026 | 1.82 | 1.82 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028204 | 10/22/2025 | 1/20/2026 | 47.31 | 47.31 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028205 | 10/22/2025 | 1/20/2026 | 17.96 | 17.96 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028206 | 10/22/2025 | 1/20/2026 | 2.29 | 2.29 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028207 | 10/22/2025 | 1/20/2026 | 62.73 | 62.73 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028208 | 10/22/2025 | 1/20/2026 | 28.51 | 28.51 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028209 | 10/22/2025 | 1/20/2026 | 5.46 | 5.46 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028210 | 10/22/2025 | 1/20/2026 | 26.14 | 26.14 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028211 | 10/22/2025 | 1/20/2026 | 110.37 | 110.37 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028212 | 10/22/2025 | 1/20/2026 | 21.56 | 21.56 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028213 | 10/22/2025 | 1/20/2026 | 36.81 | 36.81 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028214 | 10/22/2025 | 1/20/2026 | 26.43 | 26.43 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028215 | 10/22/2025 | 1/20/2026 | 44.97 | 44.97 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028216 | 10/22/2025 | 1/20/2026 | 23.67 | 23.67 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028217 | 10/22/2025 | 1/20/2026 | 56.76 | 56.76 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028218 | 10/22/2025 | 1/20/2026 | 26.43 | 26.43 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028219 | 10/22/2025 | 1/20/2026 | 17.98 | 17.98 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1028220 | 10/22/2025 | 1/20/2026 | 32.71 | 32.71 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1029472 | 11/4/2025 | 2/2/2026 | 160.89 | 160.89 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | V1029479 | 11/4/2025 | 2/2/2026 | 1496.11 | 1496.11 | 0 | 0 | 0 | 0 | 0 |
| Walmart Stores Inc | WALMART | G0544524 | 11/5/2025 | 2/3/2026 | 1279.89 | 1279.89 | 0 | 0 | 0 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 25-486714 | 4/11/2025 | 4/11/2025 | 0 | 0 | 0 | 0 | 0 | 4282.04 |
| Walmart Claim Account | WALMARTCL | 22-884665 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | 354.24 |
| Walmart Claim Account | WALMARTCL | 24-884143 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | 339.23 |
| Walmart Claim Account | WALMARTCL | 24-884569 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | 354.24 |
| Walmart Claim Account | WALMARTCL | 24-884591 | 4/23/2025 | 4/23/2025 | 0 | 0 | 0 | 0 | 0 | 236.16 |
| Walmart Claim Account | WALMARTCL | 24-884626 | 4/24/2025 | 4/24/2025 | 0 | 0 | 0 | 0 | 0 | 708.48 |
| Walmart Claim Account | WALMARTCL | 22-884671 | 4/25/2025 | 4/25/2025 | 0 | 0 | 0 | 0 | 0 | 39.36 |
| Walmart Claim Account | WALMARTCL | 24-884672 | 4/25/2025 | 4/25/2025 | 0 | 0 | 0 | 0 | 0 | 39.36 |
| Walmart Claim Account | WALMARTCL | 22-884704 | 4/28/2025 | 4/28/2025 | 0 | 0 | 0 | 0 | 0 | 584.49 |
| Walmart Claim Account | WALMARTCL | 24-494380 | 4/28/2025 | 4/28/2025 | 0 | 0 | 0 | 0 | 0 | 39.36 |
| Walmart Claim Account | WALMARTCL | 25-878099 | 4/28/2025 | 4/28/2025 | 0 | 0 | 0 | 0 | 0 | 1156.6 |
| Walmart Claim Account | WALMARTCL | 22-875046 | 4/29/2025 | 4/29/2025 | 0 | 0 | 0 | 0 | 0 | 58.29 |
| Walmart Claim Account | WALMARTCL | 22-884473 | 4/29/2025 | 4/29/2025 | 0 | 0 | 0 | 0 | 0 | 39.36 |
| Walmart Claim Account | WALMARTCL | 24-889401 | 4/29/2025 | 4/29/2025 | 0 | 0 | 0 | 0 | 0 | 70.3 |
| Walmart Claim Account | WALMARTCL | 21-876989 | 4/30/2025 | 4/30/2025 | 0 | 0 | 0 | 0 | 0 | 66.24 |
| Walmart Claim Account | WALMARTCL | 21-881678 | 4/30/2025 | 4/30/2025 | 0 | 0 | 0 | 0 | 0 | 38.35 |
| Walmart Claim Account | WALMARTCL | 22-493597 | 4/30/2025 | 4/30/2025 | 0 | 0 | 0 | 0 | 0 | 103.86 |
| Walmart Claim Account | WALMARTCL | 22-888316 | 4/30/2025 | 4/30/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-891381 | 4/30/2025 | 4/30/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-496838 | 5/6/2025 | 5/6/2025 | 0 | 0 | 0 | 0 | 0 | 26.74 |
| Walmart Claim Account | WALMARTCL | 22-497092 | 5/6/2025 | 5/6/2025 | 0 | 0 | 0 | 0 | 0 | 79.78 |
| Walmart Claim Account | WALMARTCL | 24-496809 | 5/6/2025 | 5/6/2025 | 0 | 0 | 0 | 0 | 0 | 45 |
| Walmart Claim Account | WALMARTCL | 22-495210 | 5/7/2025 | 5/7/2025 | 0 | 0 | 0 | 0 | 0 | 141.26 |
| Walmart Claim Account | WALMARTCL | 22-884547 | 5/8/2025 | 5/8/2025 | 0 | 0 | 0 | 0 | 0 | 118.08 |
| Walmart Claim Account | WALMARTCL | 22-890364 | 5/9/2025 | 5/9/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 24-894181 | 5/9/2025 | 5/9/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 21-892519 | 5/13/2025 | 5/13/2025 | 0 | 0 | 0 | 0 | 0 | 137.82 |
| Walmart Claim Account | WALMARTCL | 21-892784 | 5/13/2025 | 5/13/2025 | 0 | 0 | 0 | 0 | 0 | 31.2 |
| Walmart Claim Account | WALMARTCL | 21-903611 | 5/13/2025 | 5/13/2025 | 0 | 0 | 0 | 0 | 0 | 43.32 |
| Walmart Claim Account | WALMARTCL | 22-495647 | 5/13/2025 | 5/13/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-899267 | 5/13/2025 | 5/13/2025 | 0 | 0 | 0 | 0 | 0 | 326.16 |
| Walmart Claim Account | WALMARTCL | 24-498479 | 5/13/2025 | 5/13/2025 | 0 | 0 | 0 | 0 | 0 | 19.74 |
| Walmart Claim Account | WALMARTCL | 22-899262 | 5/14/2025 | 5/14/2025 | 0 | 0 | 0 | 0 | 0 | 35.83 |
| Walmart Claim Account | WALMARTCL | 22-900800 | 5/14/2025 | 5/14/2025 | 0 | 0 | 0 | 0 | 0 | 138.96 |
| Walmart Claim Account | WALMARTCL | 22-893853 | 5/15/2025 | 5/15/2025 | 0 | 0 | 0 | 0 | 0 | 28.88 |
| Walmart Claim Account | WALMARTCL | 22-899273 | 5/15/2025 | 5/15/2025 | 0 | 0 | 0 | 0 | 0 | 2058.32 |
| Walmart Claim Account | WALMARTCL | 22-899209 | 5/16/2025 | 5/16/2025 | 0 | 0 | 0 | 0 | 0 | 53.02 |
| Walmart Claim Account | WALMARTCL | 22-899263 | 5/16/2025 | 5/16/2025 | 0 | 0 | 0 | 0 | 0 | 484.76 |
| Walmart Claim Account | WALMARTCL | 24-899250 | 5/16/2025 | 5/16/2025 | 0 | 0 | 0 | 0 | 0 | 81.54 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Walmart Claim Account | WALMARTCL | 24-899284 | 5/16/2025 | 5/16/2025 | 0 | 0 | 0 | 0 | 0 | 674.8 |
| Walmart Claim Account | WALMARTCL | 22-899285 | 5/20/2025 | 5/20/2025 | 0 | 0 | 0 | 0 | 0 | 407.7 |
| Walmart Claim Account | WALMARTCL | 24-899275 | 5/20/2025 | 5/20/2025 | 0 | 0 | 0 | 0 | 0 | 356.52 |
| Walmart Claim Account | WALMARTCL | 22-500170 | 5/21/2025 | 5/21/2025 | 0 | 0 | 0 | 0 | 0 | 37.44 |
| Walmart Claim Account | WALMARTCL | 22-894462 | 5/21/2025 | 5/21/2025 | 0 | 0 | 0 | 0 | 0 | 114.72 |
| Walmart Claim Account | WALMARTCL | 25-896501 | 5/22/2025 | 5/22/2025 | 0 | 0 | 0 | 0 | 0 | 1016.6 |
| Walmart Claim Account | WALMARTCL | 22-500695 | 5/28/2025 | 5/28/2025 | 0 | 0 | 0 | 0 | 0 | 76.28 |
| Walmart Claim Account | WALMARTCL | 21-604664 | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 30.6 |
| Walmart Claim Account | WALMARTCL | 21-917265 | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 846.55 |
| Walmart Claim Account | WALMARTCL | 22-908190 | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 60.27 |
| Walmart Claim Account | WALMARTCL | 22-908839 | 5/29/2025 | 5/29/2025 | 0 | 0 | 0 | 0 | 0 | 516.24 |
| Walmart Claim Account | WALMARTCL | 22-902498 | 5/30/2025 | 5/30/2025 | 0 | 0 | 0 | 0 | 0 | 62.42 |
| Walmart Claim Account | WALMARTCL | 22-908462 | 6/3/2025 | 6/3/2025 | 0 | 0 | 0 | 0 | 0 | 84.84 |
| Walmart Claim Account | WALMARTCL | 21-502843 | 6/4/2025 | 6/4/2025 | 0 | 0 | 0 | 0 | 0 | 52.38 |
| Walmart Claim Account | WALMARTCL | 22-501411 | 6/4/2025 | 6/4/2025 | 0 | 0 | 0 | 0 | 0 | 76.34 |
| Walmart Claim Account | WALMARTCL | 22-914886 | 6/4/2025 | 6/4/2025 | 0 | 0 | 0 | 0 | 0 | 29.8 |
| Walmart Claim Account | WALMARTCL | 24-501411 | 6/4/2025 | 6/4/2025 | 0 | 0 | 0 | 0 | 0 | 45.78 |
| Walmart Claim Account | WALMARTCL | 21-501867 | 6/6/2025 | 6/6/2025 | 0 | 0 | 0 | 0 | 0 | 42.48 |
| Walmart Claim Account | WALMARTCL | 22-490444 | 6/9/2025 | 6/9/2025 | 0 | 0 | 0 | 0 | 0 | 273.37 |
| Walmart Claim Account | WALMARTCL | 22-919042 | 6/10/2025 | 6/10/2025 | 0 | 0 | 0 | 0 | 0 | 140.6 |
| Walmart Claim Account | WALMARTCL | 22-920168 | 6/11/2025 | 6/11/2025 | 0 | 0 | 0 | 0 | 0 | 26.52 |
| Walmart Claim Account | WALMARTCL | 22-919029 | 6/13/2025 | 6/13/2025 | 0 | 0 | 0 | 0 | 0 | 56.2 |
| Walmart Claim Account | WALMARTCL | 22-920033 | 6/17/2025 | 6/17/2025 | 0 | 0 | 0 | 0 | 0 | 209.2 |
| Walmart Claim Account | WALMARTCL | 24-505225 | 6/17/2025 | 6/17/2025 | 0 | 0 | 0 | 0 | 0 | 39.12 |
| Walmart Claim Account | WALMARTCL | 21-912186 | 6/18/2025 | 6/18/2025 | 0 | 0 | 0 | 0 | 0 | 1581.94 |
| Walmart Claim Account | WALMARTCL | 22-923033 | 6/18/2025 | 6/18/2025 | 0 | 0 | 0 | 0 | 0 | 60.27 |
| Walmart Claim Account | WALMARTCL | 22-925196 | 6/18/2025 | 6/18/2025 | 0 | 0 | 0 | 0 | 0 | 135.09 |
| Walmart Claim Account | WALMARTCL | 21-921075 | 6/19/2025 | 6/19/2025 | 0 | 0 | 0 | 0 | 0 | 29.92 |
| Walmart Claim Account | WALMARTCL | 22-925648 | 6/23/2025 | 6/23/2025 | 0 | 0 | 0 | 0 | 0 | 139.83 |
| Walmart Claim Account | WALMARTCL | 22-929772 | 6/24/2025 | 6/24/2025 | 0 | 0 | 0 | 0 | 0 | 151.63 |
| Walmart Claim Account | WALMARTCL | 24-928637 | 6/24/2025 | 6/24/2025 | 0 | 0 | 0 | 0 | 0 | 57.36 |
| Walmart Claim Account | WALMARTCL | 22-508404 | 6/25/2025 | 6/25/2025 | 0 | 0 | 0 | 0 | 0 | 28.29 |
| Walmart Claim Account | WALMARTCL | 22-508566 | 6/27/2025 | 6/27/2025 | 0 | 0 | 0 | 0 | 0 | 60.27 |
| Walmart Claim Account | WALMARTCL | 22-930524 | 6/27/2025 | 6/27/2025 | 0 | 0 | 0 | 0 | 0 | 70.16 |
| Walmart Claim Account | WALMARTCL | 21-512399 | 7/2/2025 | 7/2/2025 | 0 | 0 | 0 | 0 | 0 | 49.7 |
| Walmart Claim Account | WALMARTCL | 25-931640 | 7/8/2025 | 7/8/2025 | 0 | 0 | 0 | 0 | 0 | 730.86 |
| Walmart Claim Account | WALMARTCL | 22-511892 | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 144.68 |
| Walmart Claim Account | WALMARTCL | 24-923683 | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 344.16 |
| Walmart Claim Account | WALMARTCL | 25-908851 | 7/9/2025 | 7/9/2025 | 0 | 0 | 0 | 0 | 0 | 86.25 |
| Walmart Claim Account | WALMARTCL | 22-512067 | 7/11/2025 | 7/11/2025 | 0 | 0 | 0 | 0 | 0 | 31.52 |
| Walmart Claim Account | WALMARTCL | 22-934383 | 7/14/2025 | 7/14/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-938500 | 7/14/2025 | 7/14/2025 | 0 | 0 | 0 | 0 | 0 | 42.15 |
| Walmart Claim Account | WALMARTCL | 21-927521 | 7/15/2025 | 7/15/2025 | 0 | 0 | 0 | 0 | 0 | 31.2 |
| Walmart Claim Account | WALMARTCL | 21-937548 | 7/15/2025 | 7/15/2025 | 0 | 0 | 0 | 0 | 0 | 31.2 |
| Walmart Claim Account | WALMARTCL | 22-940775 | 7/15/2025 | 7/15/2025 | 0 | 0 | 0 | 0 | 0 | 39.12 |
| Walmart Claim Account | WALMARTCL | 22-513169 | 7/16/2025 | 7/16/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-938599 | 7/16/2025 | 7/16/2025 | 0 | 0 | 0 | 0 | 0 | 62.49 |
| Walmart Claim Account | WALMARTCL | 22-939410 | 7/16/2025 | 7/16/2025 | 0 | 0 | 0 | 0 | 0 | 302.89 |
| Walmart Claim Account | WALMARTCL | 22-512870 | 7/17/2025 | 7/17/2025 | 0 | 0 | 0 | 0 | 0 | 43.2 |
| Walmart Claim Account | WALMARTCL | 22-513342 | 7/21/2025 | 7/21/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 21-517101 | 7/22/2025 | 7/22/2025 | 0 | 0 | 0 | 0 | 0 | 54.12 |
| Walmart Claim Account | WALMARTCL | 21-934302 | 7/22/2025 | 7/22/2025 | 0 | 0 | 0 | 0 | 0 | 31.2 |
| Walmart Claim Account | WALMARTCL | 21-954105 | 7/22/2025 | 7/22/2025 | 0 | 0 | 0 | 0 | 0 | 258.4 |
| Walmart Claim Account | WALMARTCL | 21-954421 | 7/22/2025 | 7/22/2025 | 0 | 0 | 0 | 0 | 0 | 131.52 |
| Walmart Claim Account | WALMARTCL | 22-514802 | 7/22/2025 | 7/22/2025 | 0 | 0 | 0 | 0 | 0 | 48.65 |
| Walmart Claim Account | WALMARTCL | 22-514358 | 7/23/2025 | 7/23/2025 | 0 | 0 | 0 | 0 | 0 | 125.65 |
| Walmart Claim Account | WALMARTCL | 22-944404 | 7/23/2025 | 7/23/2025 | 0 | 0 | 0 | 0 | 0 | 219.51 |
| Walmart Claim Account | WALMARTCL | 22-950105 | 7/23/2025 | 7/23/2025 | 0 | 0 | 0 | 0 | 0 | 45.05 |
| Walmart Claim Account | WALMARTCL | 22-950679 | 7/23/2025 | 7/23/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 25-918673 | 7/23/2025 | 7/23/2025 | 0 | 0 | 0 | 0 | 0 | 345 |
| Walmart Claim Account | WALMARTCL | 21-939074 | 7/24/2025 | 7/24/2025 | 0 | 0 | 0 | 0 | 0 | 90.48 |
| Walmart Claim Account | WALMARTCL | 22-937769 | 7/24/2025 | 7/24/2025 | 0 | 0 | 0 | 0 | 0 | 112.02 |
| Walmart Claim Account | WALMARTCL | 24-948460 | 7/24/2025 | 7/24/2025 | 0 | 0 | 0 | 0 | 0 | 100.92 |
| Walmart Claim Account | WALMARTCL | 21-959165 | 7/25/2025 | 7/25/2025 | 0 | 0 | 0 | 0 | 0 | 204.9 |
| Walmart Claim Account | WALMARTCL | 22-944771 | 7/25/2025 | 7/25/2025 | 0 | 0 | 0 | 0 | 0 | 221.7 |
| Walmart Claim Account | WALMARTCL | 22-947685 | 7/25/2025 | 7/25/2025 | 0 | 0 | 0 | 0 | 0 | 128.12 |
| Walmart Claim Account | WALMARTCL | 22-948466 | 7/25/2025 | 7/25/2025 | 0 | 0 | 0 | 0 | 0 | 75.69 |
| Walmart Claim Account | WALMARTCL | 21-518173 | 7/28/2025 | 7/28/2025 | 0 | 0 | 0 | 0 | 0 | 47.96 |
| Walmart Claim Account | WALMARTCL | 22-949821 | 7/28/2025 | 7/28/2025 | 0 | 0 | 0 | 0 | 0 | 2303.85 |
| Walmart Claim Account | WALMARTCL | 22-950748 | 7/28/2025 | 7/28/2025 | 0 | 0 | 0 | 0 | 0 | 73.87 |
| Walmart Claim Account | WALMARTCL | 22-949651 | 7/29/2025 | 7/29/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-954854 | 7/29/2025 | 7/29/2025 | 0 | 0 | 0 | 0 | 0 | 360.91 |
| Walmart Claim Account | WALMARTCL | 22-949484 | 7/30/2025 | 7/30/2025 | 0 | 0 | 0 | 0 | 0 | 64.58 |
| Walmart Claim Account | WALMARTCL | 22-953516 | 7/30/2025 | 7/30/2025 | 0 | 0 | 0 | 0 | 0 | 33.12 |
| Walmart Claim Account | WALMARTCL | 22-954687 | 7/30/2025 | 7/30/2025 | 0 | 0 | 0 | 0 | 0 | 260.91 |
| Walmart Claim Account | WALMARTCL | 24-953161 | 7/30/2025 | 7/30/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 21-942031 | 7/31/2025 | 7/31/2025 | 0 | 0 | 0 | 0 | 0 | 456.12 |
| Walmart Claim Account | WALMARTCL | 22-515990 | 7/31/2025 | 7/31/2025 | 0 | 0 | 0 | 0 | 0 | 117.86 |
| Walmart Claim Account | WALMARTCL | 22-955311 | 7/31/2025 | 7/31/2025 | 0 | 0 | 0 | 0 | 0 | 33.12 |
| Walmart Claim Account | WALMARTCL | 22-955481 | 7/31/2025 | 7/31/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-955566 | 7/31/2025 | 7/31/2025 | 0 | 0 | 0 | 0 | 0 | 39.12 |
| Walmart Claim Account | WALMARTCL | 25-948734 | 7/31/2025 | 7/31/2025 | 0 | 0 | 0 | 0 | 0 | 1051.6 |
| Walmart Claim Account | WALMARTCL | 22-517493 | 8/6/2025 | 8/6/2025 | 0 | 0 | 0 | 0 | 0 | 41.04 |
| Walmart Claim Account | WALMARTCL | 22-953710 | 8/6/2025 | 8/6/2025 | 0 | 0 | 0 | 0 | 0 | 49.68 |
| Walmart Claim Account | WALMARTCL | 22-954515 | 8/6/2025 | 8/6/2025 | 0 | 0 | 0 | 0 | 0 | 51.69 |
| Walmart Claim Account | WALMARTCL | 22-955632 | 8/6/2025 | 8/6/2025 | 0 | 0 | 0 | 0 | 0 | 393.34 |
| Walmart Claim Account | WALMARTCL | 22-955806 | 8/6/2025 | 8/6/2025 | 0 | 0 | 0 | 0 | 0 | 44.86 |
| Walmart Claim Account | WALMARTCL | 22-958947 | 8/6/2025 | 8/6/2025 | 0 | 0 | 0 | 0 | 0 | 66.3 |
| Walmart Claim Account | WALMARTCL | 21-967091 | 8/7/2025 | 8/7/2025 | 0 | 0 | 0 | 0 | 0 | 190.44 |
| Walmart Claim Account | WALMARTCL | 22-960111 | 8/7/2025 | 8/7/2025 | 0 | 0 | 0 | 0 | 0 | 193.78 |
| Walmart Claim Account | WALMARTCL | 25-928643 | 8/7/2025 | 8/7/2025 | 0 | 0 | 0 | 0 | 0 | 340.72 |
| Walmart Claim Account | WALMARTCL | 25-928651 | 8/7/2025 | 8/7/2025 | 0 | 0 | 0 | 0 | 0 | 345 |
| Walmart Claim Account | WALMARTCL | 22-958466 | 8/8/2025 | 8/8/2025 | 0 | 0 | 0 | 0 | 0 | 90.23 |
| Walmart Claim Account | WALMARTCL | 22-954997 | 8/11/2025 | 8/11/2025 | 0 | 0 | 0 | 0 | 0 | 46.88 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Walmart Claim Account | WALMARTCL | 21-522661 | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 34.9 |
| Walmart Claim Account | WALMARTCL | 22-959776 | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 73.11 |
| Walmart Claim Account | WALMARTCL | 22-960798 | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 37.32 |
| Walmart Claim Account | WALMARTCL | 22-963606 | 8/12/2025 | 8/12/2025 | 0 | 0 | 0 | 0 | 0 | 46.77 |
| Walmart Claim Account | WALMARTCL | 22-965568 | 8/13/2025 | 8/13/2025 | 0 | 0 | 0 | 0 | 0 | 3601.28 |
| Walmart Claim Account | WALMARTCL | 24-517394 | 8/13/2025 | 8/13/2025 | 0 | 0 | 0 | 0 | 0 | 96.06 |
| Walmart Claim Account | WALMARTCL | 21-972179 | 8/14/2025 | 8/14/2025 | 0 | 0 | 0 | 0 | 0 | 573.12 |
| Walmart Claim Account | WALMARTCL | 22-966247 | 8/14/2025 | 8/14/2025 | 0 | 0 | 0 | 0 | 0 | 127.73 |
| Walmart Claim Account | WALMARTCL | 21-973096 | 8/15/2025 | 8/15/2025 | 0 | 0 | 0 | 0 | 0 | 138.72 |
| Walmart Claim Account | WALMARTCL | 21-974159 | 8/15/2025 | 8/15/2025 | 0 | 0 | 0 | 0 | 0 | 63.48 |
| Walmart Claim Account | WALMARTCL | 25-959543 | 8/15/2025 | 8/15/2025 | 0 | 0 | 0 | 0 | 0 | 1094.6 |
| Walmart Claim Account | WALMARTCL | 22-965353 | 8/18/2025 | 8/18/2025 | 0 | 0 | 0 | 0 | 0 | 28.06 |
| Walmart Claim Account | WALMARTCL | 21-974905 | 8/19/2025 | 8/19/2025 | 0 | 0 | 0 | 0 | 0 | 32.44 |
| Walmart Claim Account | WALMARTCL | 21-977563 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 47.98 |
| Walmart Claim Account | WALMARTCL | 22-965792 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 89.34 |
| Walmart Claim Account | WALMARTCL | 22-970999 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 154.35 |
| Walmart Claim Account | WALMARTCL | 22-973322 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 25.04 |
| Walmart Claim Account | WALMARTCL | 22-973370 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 391.17 |
| Walmart Claim Account | WALMARTCL | 22-975131 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 78.24 |
| Walmart Claim Account | WALMARTCL | 24-968946 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 78.44 |
| Walmart Claim Account | WALMARTCL | 25-965109 | 8/28/2025 | 8/28/2025 | 0 | 0 | 0 | 0 | 0 | 1061.6 |
| Walmart Claim Account | WALMARTCL | 21-527668 | 8/29/2025 | 8/29/2025 | 0 | 0 | 0 | 0 | 0 | 124.88 |
| Walmart Claim Account | WALMARTCL | 21-867113 | 8/29/2025 | 8/29/2025 | 0 | 0 | 0 | 0 | 0 | 38.01 |
| Walmart Claim Account | WALMARTCL | 21-980975 | 8/29/2025 | 8/29/2025 | 0 | 0 | 0 | 0 | 0 | 457.58 |
| Walmart Claim Account | WALMARTCL | 21-983165 | 9/2/2025 | 9/2/2025 | 0 | 0 | 0 | 0 | 0 | 65.16 |
| Walmart Claim Account | WALMARTCL | 22-517396 | 9/2/2025 | 9/2/2025 | 0 | 0 | 0 | 0 | 0 | 66.3 |
| Walmart Claim Account | WALMARTCL | 21-528536 | 9/4/2025 | 9/4/2025 | 0 | 0 | 0 | 0 | 0 | 137.04 |
| Walmart Claim Account | WALMARTCL | 21-985664 | 9/4/2025 | 9/4/2025 | 0 | 0 | 0 | 0 | 0 | 49.44 |
| Walmart Claim Account | WALMARTCL | 21-985665 | 9/4/2025 | 9/4/2025 | 0 | 0 | 0 | 0 | 0 | 97.08 |
| Walmart Claim Account | WALMARTCL | 22-971041 | 9/4/2025 | 9/4/2025 | 0 | 0 | 0 | 0 | 0 | 55.23 |
| Walmart Claim Account | WALMARTCL | 22-977940 | 9/4/2025 | 9/4/2025 | 0 | 0 | 0 | 0 | 0 | 35.07 |
| Walmart Claim Account | WALMARTCL | 22-979920 | 9/4/2025 | 9/4/2025 | 0 | 0 | 0 | 0 | 0 | 193.8 |
| Walmart Claim Account | WALMARTCL | 22-980564 | 9/4/2025 | 9/4/2025 | 0 | 0 | 0 | 0 | 0 | 140.07 |
| Walmart Claim Account | WALMARTCL | 21-528379 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 90.48 |
| Walmart Claim Account | WALMARTCL | 21-983635 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 105.28 |
| Walmart Claim Account | WALMARTCL | 21-983636 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 62.4 |
| Walmart Claim Account | WALMARTCL | 21-983649 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 463.56 |
| Walmart Claim Account | WALMARTCL | 22-523280 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 31.95 |
| Walmart Claim Account | WALMARTCL | 22-523610 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 47.98 |
| Walmart Claim Account | WALMARTCL | 22-977897 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 351.77 |
| Walmart Claim Account | WALMARTCL | 22-978270 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 63.48 |
| Walmart Claim Account | WALMARTCL | 22-979600 | 9/5/2025 | 9/5/2025 | 0 | 0 | 0 | 0 | 0 | 65.16 |
| Walmart Claim Account | WALMARTCL | 22-979489 | 9/8/2025 | 9/8/2025 | 0 | 0 | 0 | 0 | 0 | 31.74 |
| Walmart Claim Account | WALMARTCL | 22-979540 | 9/8/2025 | 9/8/2025 | 0 | 0 | 0 | 0 | 0 | 30.78 |
| Walmart Claim Account | WALMARTCL | 25-973144 | 9/8/2025 | 9/8/2025 | 0 | 0 | 0 | 0 | 0 | 215.12 |
| Walmart Claim Account | WALMARTCL | 21-988745 | 9/9/2025 | 9/9/2025 | 0 | 0 | 0 | 0 | 0 | 63 |
| Walmart Claim Account | WALMARTCL | 25-524589 | 9/9/2025 | 9/9/2025 | 0 | 0 | 0 | 0 | 0 | 291.32 |
| Walmart Claim Account | WALMARTCL | 22-526904 | 9/10/2025 | 9/10/2025 | 0 | 0 | 0 | 0 | 0 | 42.9 |
| Walmart Claim Account | WALMARTCL | 22-527057 | 9/10/2025 | 9/10/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-981969 | 9/10/2025 | 9/10/2025 | 0 | 0 | 0 | 0 | 0 | 85.5 |
| Walmart Claim Account | WALMARTCL | 24-082990 | 9/10/2025 | 9/10/2025 | 0 | 0 | 0 | 0 | 0 | 25.23 |
| Walmart Claim Account | WALMARTCL | 22-983879 | 9/12/2025 | 9/12/2025 | 0 | 0 | 0 | 0 | 0 | 404.46 |
| Walmart Claim Account | WALMARTCL | 21-531016 | 9/15/2025 | 9/15/2025 | 0 | 0 | 0 | 0 | 0 | 74.37 |
| Walmart Claim Account | WALMARTCL | 22-982139 | 9/15/2025 | 9/15/2025 | 0 | 0 | 0 | 0 | 0 | 26.09 |
| Walmart Claim Account | WALMARTCL | 22-528666 | 9/17/2025 | 9/17/2025 | 0 | 0 | 0 | 0 | 0 | 58 |
| Walmart Claim Account | WALMARTCL | 25-084867 | 9/17/2025 | 9/17/2025 | 0 | 0 | 0 | 0 | 0 | 1049 |
| Walmart Claim Account | WALMARTCL | 25-084866 | 9/18/2025 | 9/18/2025 | 0 | 0 | 0 | 0 | 0 | 1049 |
| Walmart Claim Account | WALMARTCL | 24-086669 | 9/19/2025 | 9/19/2025 | 0 | 0 | 0 | 0 | 0 | 81.26 |
| Walmart Claim Account | WALMARTCL | 22-965897 | 9/23/2025 | 9/23/2025 | 0 | 0 | 0 | 0 | 0 | 1088.17 |
| Walmart Claim Account | WALMARTCL | 22-984054 | 9/23/2025 | 9/23/2025 | 0 | 0 | 0 | 0 | 0 | 117.36 |
| Walmart Claim Account | WALMARTCL | 22-987528 | 9/23/2025 | 9/23/2025 | 0 | 0 | 0 | 0 | 0 | 35.24 |
| Walmart Claim Account | WALMARTCL | 22-989946 | 9/24/2025 | 9/24/2025 | 0 | 0 | 0 | 0 | 0 | 218.66 |
| Walmart Claim Account | WALMARTCL | 22-994323 | 9/24/2025 | 9/24/2025 | 0 | 0 | 0 | 0 | 0 | 93.3 |
| Walmart Claim Account | WALMARTCL | 22-987822 | 9/25/2025 | 9/25/2025 | 0 | 0 | 0 | 0 | 0 | 39.12 |
| Walmart Claim Account | WALMARTCL | 21-996783 | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 47.98 |
| Walmart Claim Account | WALMARTCL | 21-996808 | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 565.79 |
| Walmart Claim Account | WALMARTCL | 22-992397 | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 73.23 |
| Walmart Claim Account | WALMARTCL | 24-990686 | 9/26/2025 | 9/26/2025 | 0 | 0 | 0 | 0 | 0 | 94.24 |
| Walmart Claim Account | WALMARTCL | 22-991675 | 9/29/2025 | 9/29/2025 | 0 | 0 | 0 | 0 | 0 | 82.8 |
| Walmart Claim Account | WALMARTCL | 22-991874 | 9/29/2025 | 9/29/2025 | 0 | 0 | 0 | 0 | 0 | 122.21 |
| Walmart Claim Account | WALMARTCL | 22-992663 | 9/30/2025 | 9/30/2025 | 0 | 0 | 0 | 0 | 0 | 42.75 |
| Walmart Claim Account | WALMARTCL | 22-992312 | 10/1/2025 | 10/1/2025 | 0 | 0 | 0 | 0 | 0 | 44.67 |
| Walmart Claim Account | WALMARTCL | 22-996009 | 10/1/2025 | 10/1/2025 | 0 | 0 | 0 | 0 | 0 | 72.62 |
| Walmart Claim Account | WALMARTCL | 22-996115 | 10/2/2025 | 10/2/2025 | 0 | 0 | 0 | 0 | 0 | 262.07 |
| Walmart Claim Account | WALMARTCL | 21-529602 | 10/6/2025 | 10/6/2025 | 0 | 0 | 0 | 0 | 0 | 191.73 |
| Walmart Claim Account | WALMARTCL | 22-995861 | 10/6/2025 | 10/6/2025 | 0 | 0 | 0 | 0 | 0 | 161.56 |
| Walmart Claim Account | WALMARTCL | 22-991822 | 10/7/2025 | 10/7/2025 | 0 | 0 | 0 | 0 | 0 | 39.12 |
| Walmart Claim Account | WALMARTCL | 22-998430 | 10/7/2025 | 10/7/2025 | 0 | 0 | 0 | 0 | 0 | 53.32 |
| Walmart Claim Account | WALMARTCL | 22-996034 | 10/8/2025 | 10/8/2025 | 0 | 0 | 0 | 0 | 0 | 60.27 |
| Walmart Claim Account | WALMARTCL | 22-998349 | 10/8/2025 | 10/8/2025 | 0 | 0 | 0 | 0 | 0 | 162.44 |
| Walmart Claim Account | WALMARTCL | 22-997732 | 10/9/2025 | 10/9/2025 | 0 | 0 | 0 | 0 | 26.4 | 0 |
| Walmart Claim Account | WALMARTCL | 22-997793 | 10/9/2025 | 10/9/2025 | 0 | 0 | 0 | 0 | 53.56 | 0 |
| Walmart Claim Account | WALMARTCL | 21-985933 | 10/10/2025 | 10/10/2025 | 0 | 0 | 0 | 0 | 217.86 | 0 |
| Walmart Claim Account | WALMARTCL | 22-999345 | 10/13/2025 | 10/13/2025 | 0 | 0 | 0 | 0 | 25.32 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1004315 | 10/15/2025 | 10/15/2025 | 0 | 0 | 0 | 0 | 376.96 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1005278 | 10/15/2025 | 10/15/2025 | 0 | 0 | 0 | 0 | 60.27 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1005343 | 10/15/2025 | 10/15/2025 | 0 | 0 | 0 | 0 | 59.74 | 0 |
| Walmart Claim Account | WALMARTCL | 22-992516 | 10/15/2025 | 10/15/2025 | 0 | 0 | 0 | 0 | 37.32 | 0 |
| Walmart Claim Account | WALMARTCL | 24-1004314 | 10/15/2025 | 10/15/2025 | 0 | 0 | 0 | 0 | 243.78 | 0 |
| Walmart Claim Account | WALMARTCL | 22-999214 | 10/16/2025 | 10/16/2025 | 0 | 0 | 0 | 0 | 126.24 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1004342 | 10/17/2025 | 10/17/2025 | 0 | 0 | 0 | 0 | 94.24 | 0 |
| Walmart Claim Account | WALMARTCL | 21-1006591 | 10/20/2025 | 10/20/2025 | 0 | 0 | 0 | 0 | 616.37 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1007750 | 10/20/2025 | 10/20/2025 | 0 | 0 | 0 | 0 | 64.34 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1004335 | 10/21/2025 | 10/21/2025 | 0 | 0 | 0 | 0 | 1507.84 | 0 |

| Account | Code | Number | Date 1 | Date 2 | Col A | Col B | Col C | Col D | Col E | Col F |
|---|---|---|---|---|---|---|---|---|---|---|
| Walmart Claim Account | WALMARTCL | 22-1008078 | 10/21/2025 | 10/21/2025 | 0 | 0 | 0 | 0 | 650.08 | 0 |
| Walmart Claim Account | WALMARTCL | 22-990308 | 10/21/2025 | 10/21/2025 | 0 | 0 | 0 | 0 | 74.44 | 0 |
| Walmart Claim Account | WALMARTCL | 24-1002151 | 10/21/2025 | 10/21/2025 | 0 | 0 | 0 | 0 | 26.4 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1000607 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | 104.64 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1007999 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | 65.06 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1008824 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | 44.97 | 0 |
| Walmart Claim Account | WALMARTCL | 24-1000607 | 10/22/2025 | 10/22/2025 | 0 | 0 | 0 | 0 | 94.08 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1004345 | 10/24/2025 | 10/24/2025 | 0 | 0 | 0 | 0 | 1610.24 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1004312 | 10/28/2025 | 10/28/2025 | 0 | 0 | 0 | 0 | 94.24 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1008080 | 10/28/2025 | 10/28/2025 | 0 | 0 | 0 | 0 | 43.62 | 0 |
| Walmart Claim Account | WALMARTCL | 22-990378 | 10/28/2025 | 10/28/2025 | 0 | 0 | 0 | 0 | 168.09 | 0 |
| Walmart Claim Account | WALMARTCL | 25-990681 | 10/29/2025 | 10/29/2025 | 0 | 0 | 0 | 0 | 413.61 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1011984 | 10/30/2025 | 10/30/2025 | 0 | 0 | 0 | 0 | 42.75 | 0 |
| Walmart Claim Account | WALMARTCL | 21-1016766 | 11/13/2025 | 11/13/2025 | 0 | 0 | 0 | 170.45 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1012300 | 11/13/2025 | 11/13/2025 | 0 | 0 | 0 | 30.66 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 24-537999 | 11/13/2025 | 11/13/2025 | 0 | 0 | 0 | 33.12 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1019279 | 11/17/2025 | 11/17/2025 | 0 | 0 | 0 | 42.38 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1021045 | 11/19/2025 | 11/19/2025 | 0 | 0 | 0 | 148.9 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1020201 | 11/20/2025 | 11/20/2025 | 0 | 0 | 0 | 28.26 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 21-1006116 | 11/21/2025 | 11/21/2025 | 0 | 0 | 0 | 249.56 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 24-1023318 | 11/25/2025 | 11/25/2025 | 0 | 0 | 0 | 94.24 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1023829 | 11/26/2025 | 11/26/2025 | 0 | 0 | 0 | 39.12 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1020874 | 12/2/2025 | 12/2/2025 | 0 | 0 | 0 | 81.26 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1025439 | 12/3/2025 | 12/3/2025 | 0 | 0 | 0 | 42.75 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 24-1024872 | 12/8/2025 | 12/8/2025 | 0 | 0 | 94.24 | 0 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1027579 | 12/16/2025 | 12/16/2025 | 0 | 0 | 81.26 | 0 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1026746 | 12/17/2025 | 12/17/2025 | 0 | 0 | 47.46 | 0 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1027473 | 12/17/2025 | 12/17/2025 | 0 | 0 | 30.56 | 0 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-543547 | 12/29/2025 | 12/29/2025 | 0 | 44.67 | 0 | 0 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 22-1029473 | 12/31/2025 | 12/31/2025 | 0 | 81.26 | 0 | 0 | 0 | 0 |
| Walmart Claim Account | WALMARTCL | 25-1021421 | 1/7/2026 | 1/7/2026 | 0 | 1214.6 | 0 | 0 | 0 | 0 |
| West Marine Products | WEST | G0435126 | 7/26/2024 | 10/24/2024 | 727.06 | 0 | 0 | 0 | 0 | 727.06 |
| West Marine Products | WEST | G0462640 | 10/25/2024 | 1/23/2025 | 3002.64 | 0 | 0 | 0 | 0 | 3002.64 |
| West Marine Products | WEST | V0853410 | 12/19/2024 | 12/19/2024 | -1567.54 | 0 | 0 | 0 | 0 | -1567.54 |
| West Marine Products | WEST | V0853432 | 12/19/2024 | 12/19/2024 | -87.12 | 0 | 0 | 0 | 0 | -87.12 |
| West Marine Products | WEST | V0873100 | 2/4/2025 | 2/4/2025 | -168.24 | 0 | 0 | 0 | 0 | -168.24 |
| West Marine Products | WEST | V0893756 | 3/3/2025 | 3/3/2025 | -12.48 | 0 | 0 | 0 | 0 | -12.48 |
| West Marine Products | WEST | G0497465 | 3/4/2025 | 3/4/2025 | -385.25 | 0 | 0 | 0 | 0 | -385.25 |
| West Marine Products | WEST | V0895232 | 3/10/2025 | 6/8/2025 | 1257.9 | 0 | 0 | 0 | 0 | 1257.9 |
| West Marine Products | WEST | V0896563 | 3/11/2025 | 6/9/2025 | 6527.44 | 0 | 0 | 0 | 0 | 6527.44 |
| West Marine Products | WEST | V0897101 | 3/11/2025 | 6/9/2025 | 2032.68 | 0 | 0 | 0 | 0 | 2032.68 |
| West Marine Products | WEST | V0897102 | 3/11/2025 | 6/9/2025 | 1991.96 | 0 | 0 | 0 | 0 | 1991.96 |
| West Marine Products | WEST | V0897103 | 3/11/2025 | 6/9/2025 | 2155.06 | 0 | 0 | 0 | 0 | 2155.06 |
| West Marine Products | WEST | V0898303 | 3/11/2025 | 3/11/2025 | -245.45 | 0 | 0 | 0 | 0 | -245.45 |
| West Marine Products | WEST | V0897209 | 3/12/2025 | 6/10/2025 | 13945.02 | 0 | 0 | 0 | 0 | 13945.02 |
| West Marine Products | WEST | V0901192 | 3/13/2025 | 3/13/2025 | -75.32 | 0 | 0 | 0 | 0 | -75.32 |
| West Marine Products | WEST | G0506276 | 4/10/2025 | 7/9/2025 | 1198.42 | 0 | 0 | 0 | 0 | 1198.42 |
| West Marine Products | WEST | V0927440 | 4/22/2025 | 7/21/2025 | 2043.63 | 0 | 0 | 0 | 0 | 2043.63 |
| West Marine Products | WEST | G0512363 | 5/7/2025 | 5/7/2025 | -83.63 | 0 | 0 | 0 | 0 | -83.63 |
| West Marine Products | WEST | V0944238 | 5/14/2025 | 8/12/2025 | 186.3 | 0 | 0 | 0 | 0 | 186.3 |
| West Marine Products | WEST | V0949204 | 5/21/2025 | 5/21/2025 | -8.44 | 0 | 0 | 0 | 0 | -8.44 |
| West Marine Products | WEST | V0949340 | 5/21/2025 | 5/21/2025 | -252.36 | 0 | 0 | 0 | 0 | -252.36 |
| West Marine Products | WEST | G0519161 | 6/9/2025 | 6/9/2025 | -77.55 | 0 | 0 | 0 | 0 | -77.55 |
| West Marine Products | WEST | V0973010 | 6/23/2025 | 6/23/2025 | -83.2 | 0 | 0 | 0 | 0 | -83.2 |
| West Marine Products | WEST | V0973229 | 6/23/2025 | 9/21/2025 | 841.92 | 0 | 0 | 0 | 0 | 841.92 |
| West Marine Products | WEST | V0973230 | 6/23/2025 | 9/21/2025 | 626.28 | 0 | 0 | 0 | 0 | 626.28 |
| West Marine Products | WEST | V0974634 | 6/25/2025 | 6/25/2025 | -294.45 | 0 | 0 | 0 | 0 | -294.45 |
| West Marine Products | WEST | V0978836 | 7/1/2025 | 7/1/2025 | -126.18 | 0 | 0 | 0 | 0 | -126.18 |
| West Marine Products | WEST | V0980759 | 7/3/2025 | 7/3/2025 | -168.24 | 0 | 0 | 0 | 0 | -168.24 |
| West Marine Products | WEST | V0980773 | 7/3/2025 | 7/3/2025 | -208.92 | 0 | 0 | 0 | 0 | -208.92 |
| West Marine Products | WEST | V0980833 | 7/3/2025 | 7/3/2025 | -131.91 | 0 | 0 | 0 | 0 | -131.91 |
| West Marine Products | WEST | V0986780 | 7/16/2025 | 10/14/2025 | 2555.45 | 0 | 0 | 0 | 2555.45 | 0 |
| West Marine Products | WEST | V0988614 | 7/17/2025 | 7/17/2025 | -85.08 | 0 | 0 | 0 | 0 | -85.08 |
| West Marine Products | WEST | V0990865 | 7/22/2025 | 7/22/2025 | -96.9 | 0 | 0 | 0 | 0 | -96.9 |
| West Marine Products | WEST | V0992912 | 7/28/2025 | 10/26/2025 | 3003.46 | 0 | 0 | 0 | 3003.46 | 0 |
| West Marine Products | WEST | V0992995 | 7/28/2025 | 10/26/2025 | 2911.73 | 0 | 0 | 0 | 2911.73 | 0 |
| West Marine Products | WEST | G0532535 | 7/31/2025 | 7/31/2025 | -367.44 | 0 | 0 | 0 | 0 | -367.44 |
| West Marine Products | WEST | V0996788 | 8/4/2025 | 8/4/2025 | -28.6 | 0 | 0 | 0 | 0 | -28.6 |
| West Marine Products | WEST | V0996789 | 8/4/2025 | 8/4/2025 | -204.9 | 0 | 0 | 0 | 0 | -204.9 |
| West Marine Products | WEST | V0998136 | 8/6/2025 | 8/6/2025 | -1501.16 | 0 | 0 | 0 | 0 | -1501.16 |
| West Marine Products | WEST | V1008538 | 8/21/2025 | 8/21/2025 | -97.65 | 0 | 0 | 0 | 0 | -97.65 |
| West Marine Products | WEST | V1011686 | 8/26/2025 | 8/26/2025 | -439.74 | 0 | 0 | 0 | 0 | -439.74 |
| West Marine Products | WEST | V1030207 | 11/21/2025 | 11/21/2025 | -229.91 | 0 | 0 | -229.91 | 0 | 0 |
| West Marine Credit Account | WEST/CDT | R2344056 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -413.28 |
| West Marine Credit Account | WEST/CDT | R2345725 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -118.27 |
| West Marine Credit Account | WEST/CDT | R2348594 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -207.63 |
| West Marine Credit Account | WEST/CDT | R2351643 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -257.32 |
| West Marine Credit Account | WEST/CDT | R2353093 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -88.8 |
| West Marine Credit Account | WEST/CDT | R2359064 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -336.12 |
| West Marine Credit Account | WEST/CDT | R2362509 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -34.13 |
| West Marine Credit Account | WEST/CDT | R2363257 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -240.08 |
| West Marine Credit Account | WEST/CDT | R2363262 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -697.2 |
| West Marine Credit Account | WEST/CDT | R2363946 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -230.66 |
| West Marine Credit Account | WEST/CDT | R2366098 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -649.36 |
| West Marine Credit Account | WEST/CDT | R2366117 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -103.53 |
| West Marine Credit Account | WEST/CDT | R2367765 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -236.42 |
| West Marine Credit Account | WEST/CDT | R2367766 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -376.75 |
| West Marine Credit Account | WEST/CDT | R2370318 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -6256.01 |
| West Marine Credit Account | WEST/CDT | R2375517 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -90.2 |
| West Marine Credit Account | WEST/CDT | R2379515 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -334.68 |
| West Marine Credit Account | WEST/CDT | R2380257 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -86.16 |
| West Marine Credit Account | WEST/CDT | R2380258 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -55.8 |
| West Marine Credit Account | WEST/CDT | R2380259 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -29.58 |
| West Marine Credit Account | WEST/CDT | R2380261 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -25.33 |

| Account | Code | Reference | Date | Date | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| West Marine Credit Account | WEST/CDT | R2382386 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -127.95 |
| West Marine Credit Account | WEST/CDT | R2386659 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -84.02 |
| West Marine Credit Account | WEST/CDT | R2389000 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -743.4 |
| West Marine Credit Account | WEST/CDT | R2389663 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -59.14 |
| West Marine Credit Account | WEST/CDT | R2393708 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -57.75 |
| West Marine Credit Account | WEST/CDT | R2404746 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -39.84 |
| West Marine Credit Account | WEST/CDT | R2409693 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -69.74 |
| West Marine Credit Account | WEST/CDT | R2409704 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -197.29 |
| West Marine Credit Account | WEST/CDT | R2417151 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -148.56 |
| West Marine Credit Account | WEST/CDT | R2428103 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -758.41 |
| West Marine Credit Account | WEST/CDT | R2431680 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -34.5 |
| West Marine Credit Account | WEST/CDT | R2434800 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -600.98 |
| West Marine Credit Account | WEST/CDT | R2439665 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -37.4 |
| West Marine Credit Account | WEST/CDT | R2441520 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -56.1 |
| West Marine Credit Account | WEST/CDT | R2442700 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -433.44 |
| West Marine Credit Account | WEST/CDT | R2449976 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -493.77 |
| West Marine Credit Account | WEST/CDT | R2451249 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -106.72 |
| West Marine Credit Account | WEST/CDT | R2451250 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -65.5 |
| West Marine Credit Account | WEST/CDT | R2458169 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -221.07 |
| West Marine Credit Account | WEST/CDT | R2462428 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -1462.47 |
| West Marine Credit Account | WEST/CDT | R2462587 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -31.35 |
| West Marine Credit Account | WEST/CDT | R2463239 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -32.5 |
| West Marine Credit Account | WEST/CDT | R2467417 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -28.44 |
| West Marine Credit Account | WEST/CDT | R2490479 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -648.69 |
| West Marine Credit Account | WEST/CDT | R2494310 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -52.68 |
| West Marine Credit Account | WEST/CDT | R2495033 | 2/8/2023 | 2/8/2023 | 0 | 0 | 0 | 0 | 0 | -26.34 |
| West Marine Credit Account | WEST/CDT | N0292179OVP | 2/24/2023 | 2/24/2023 | 0 | 0 | 0 | 0 | 0 | -30.9 |
| West Marine Credit Account | WEST/CDT | R25963720S | 2/23/2024 | 2/23/2024 | 0 | 0 | 0 | 0 | 0 | -1063.2 |
| West Marine Credit Account | WEST/CDT | RTV108999 | 2/23/2024 | 2/23/2024 | 0 | 0 | 0 | 0 | 0 | -940.84 |
| West Marine Credit Account | WEST/CDT | G0318237.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -112.94 |
| West Marine Credit Account | WEST/CDT | G0332126.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -15.48 |
| West Marine Credit Account | WEST/CDT | G0332129.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -15.48 |
| West Marine Credit Account | WEST/CDT | G0332130.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -49.6 |
| West Marine Credit Account | WEST/CDT | G0332131.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -15.48 |
| West Marine Credit Account | WEST/CDT | G0332132.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -328.55 |
| West Marine Credit Account | WEST/CDT | G0332133.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -11.36 |
| West Marine Credit Account | WEST/CDT | G0332194.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -49.32 |
| West Marine Credit Account | WEST/CDT | G0332203.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -15.48 |
| West Marine Credit Account | WEST/CDT | G0332205.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -190.74 |
| West Marine Credit Account | WEST/CDT | G0332207.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -52.68 |
| West Marine Credit Account | WEST/CDT | G0332208.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -30.87 |
| West Marine Credit Account | WEST/CDT | G0332209.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -14.4 |
| West Marine Credit Account | WEST/CDT | G0332220.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -96.35 |
| West Marine Credit Account | WEST/CDT | G0332221.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -177.42 |
| West Marine Credit Account | WEST/CDT | G0332224.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -123.28 |
| West Marine Credit Account | WEST/CDT | G0332225.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -617.09 |
| West Marine Credit Account | WEST/CDT | G0357655.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -175.34 |
| West Marine Credit Account | WEST/CDT | G0402970.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -1152.15 |
| West Marine Credit Account | WEST/CDT | G0406116.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -26.82 |
| West Marine Credit Account | WEST/CDT | G0407024.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -16.1 |
| West Marine Credit Account | WEST/CDT | G0417973.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -15.42 |
| West Marine Credit Account | WEST/CDT | G0417974.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -91.28 |
| West Marine Credit Account | WEST/CDT | G0417976.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -63.54 |
| West Marine Credit Account | WEST/CDT | G0417977.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -362.17 |
| West Marine Credit Account | WEST/CDT | G0418716.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -1.67 |
| West Marine Credit Account | WEST/CDT | G0422711.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -144.47 |
| West Marine Credit Account | WEST/CDT | N0326698.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -445.28 |
| West Marine Credit Account | WEST/CDT | N0326699.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -138.72 |
| West Marine Credit Account | WEST/CDT | N0335253.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -186.56 |
| West Marine Credit Account | WEST/CDT | N0338638.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -456.53 |
| West Marine Credit Account | WEST/CDT | R2518026.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -292.42 |
| West Marine Credit Account | WEST/CDT | R2519232.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -192.7 |
| West Marine Credit Account | WEST/CDT | R2520130.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -19.66 |
| West Marine Credit Account | WEST/CDT | R2521359.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -85.2 |
| West Marine Credit Account | WEST/CDT | R2521547.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -21.52 |
| West Marine Credit Account | WEST/CDT | R2521548.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -305.2 |
| West Marine Credit Account | WEST/CDT | R2521978.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -26.94 |
| West Marine Credit Account | WEST/CDT | R2522663.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -2586.59 |
| West Marine Credit Account | WEST/CDT | R2524306.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -149.12 |
| West Marine Credit Account | WEST/CDT | R2531221.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -105.7 |
| West Marine Credit Account | WEST/CDT | R2532099.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -16.88 |
| West Marine Credit Account | WEST/CDT | R2536443.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -517.28 |
| West Marine Credit Account | WEST/CDT | R2540695.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -45.66 |
| West Marine Credit Account | WEST/CDT | R2540696.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -6.84 |
| West Marine Credit Account | WEST/CDT | R2550450.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -475.43 |
| West Marine Credit Account | WEST/CDT | R2551407.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -337.01 |
| West Marine Credit Account | WEST/CDT | R2553306.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -497.16 |
| West Marine Credit Account | WEST/CDT | R2554925.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -89.38 |
| West Marine Credit Account | WEST/CDT | R2563375.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -323.42 |
| West Marine Credit Account | WEST/CDT | R2563489.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -166.8 |
| West Marine Credit Account | WEST/CDT | R2564992.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -396.54 |
| West Marine Credit Account | WEST/CDT | R2565607.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -529.54 |
| West Marine Credit Account | WEST/CDT | R2565738.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -66.84 |
| West Marine Credit Account | WEST/CDT | R2582189.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -5.67 |
| West Marine Credit Account | WEST/CDT | R2585536.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -172.32 |
| West Marine Credit Account | WEST/CDT | R2586739.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -914.24 |
| West Marine Credit Account | WEST/CDT | R2587600.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -27.92 |
| West Marine Credit Account | WEST/CDT | R2587601.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -7.86 |
| West Marine Credit Account | WEST/CDT | R2590063.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -10.47 |
| West Marine Credit Account | WEST/CDT | R2592013.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -308.88 |
| West Marine Credit Account | WEST/CDT | R2594470.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -96.09 |
| West Marine Credit Account | WEST/CDT | R2597595.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -1138.5 |
| West Marine Credit Account | WEST/CDT | R2598350.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -52.68 |
| West Marine Credit Account | WEST/CDT | R2598587.a | 11/5/2024 | 11/5/2024 | 0 | 0 | 0 | 0 | 0 | -290.27 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| West Marine Credit Account | WEST/CDT | R2600061.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -46.9 |
| West Marine Credit Account | WEST/CDT | R2605066.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -212.38 |
| West Marine Credit Account | WEST/CDT | R2607174.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -17.01 |
| West Marine Credit Account | WEST/CDT | R2608130.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -1092 |
| West Marine Credit Account | WEST/CDT | R2608131.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -25.56 |
| West Marine Credit Account | WEST/CDT | R2608327.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -17.1 |
| West Marine Credit Account | WEST/CDT | R2608334.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -34.2 |
| West Marine Credit Account | WEST/CDT | R2611406.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -17.1 |
| West Marine Credit Account | WEST/CDT | R2613196.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -409.19 |
| West Marine Credit Account | WEST/CDT | R2613197.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -348.04 |
| West Marine Credit Account | WEST/CDT | R2613379.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -95.9 |
| West Marine Credit Account | WEST/CDT | R2622661.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -11.4 |
| West Marine Credit Account | WEST/CDT | R2624117.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -20.82 |
| West Marine Credit Account | WEST/CDT | R2629791.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -728.46 |
| West Marine Credit Account | WEST/CDT | R2634409.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -198.36 |
| West Marine Credit Account | WEST/CDT | R2634417.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -226.92 |
| West Marine Credit Account | WEST/CDT | R2635463.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -560.8 |
| West Marine Credit Account | WEST/CDT | R2635468.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -56.47 |
| West Marine Credit Account | WEST/CDT | R2635469.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -43.55 |
| West Marine Credit Account | WEST/CDT | R2638313.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -37.25 |
| West Marine Credit Account | WEST/CDT | R2643365.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -763.53 |
| West Marine Credit Account | WEST/CDT | R2643453.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -541.62 |
| West Marine Credit Account | WEST/CDT | R2644651.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -51.78 |
| West Marine Credit Account | WEST/CDT | R2647684.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -156.9 |
| West Marine Credit Account | WEST/CDT | R2647685.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -125.52 |
| West Marine Credit Account | WEST/CDT | R2647699.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -167.36 |
| West Marine Credit Account | WEST/CDT | R2647700.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -167.36 |
| West Marine Credit Account | WEST/CDT | R2650684.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -21.99 |
| West Marine Credit Account | WEST/CDT | R2653178.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -408.01 |
| West Marine Credit Account | WEST/CDT | R2653630.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -277.19 |
| West Marine Credit Account | WEST/CDT | R2671758.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -310.68 |
| West Marine Credit Account | WEST/CDT | R2679301.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -26.65 |
| West Marine Credit Account | WEST/CDT | R2690300.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -93.88 |
| West Marine Credit Account | WEST/CDT | R2692113.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -65.28 |
| West Marine Credit Account | WEST/CDT | R2702480.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -378.24 |
| West Marine Credit Account | WEST/CDT | R2702953.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -63.84 |
| West Marine Credit Account | WEST/CDT | R2703062.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -200.2 |
| West Marine Credit Account | WEST/CDT | R2705453.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -2100.46 |
| West Marine Credit Account | WEST/CDT | R2707138.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -369.48 |
| West Marine Credit Account | WEST/CDT | R2707550.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -363.41 |
| West Marine Credit Account | WEST/CDT | R2707625.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -59.84 |
| West Marine Credit Account | WEST/CDT | R2714552.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -509.78 |
| West Marine Credit Account | WEST/CDT | R2718940.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -52.81 |
| West Marine Credit Account | WEST/CDT | R2722364.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -108.96 |
| West Marine Credit Account | WEST/CDT | R2733841.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -9397.57 |
| West Marine Credit Account | WEST/CDT | V0758671.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -91.45 |
| West Marine Credit Account | WEST/CDT | V0765530.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -412.48 |
| West Marine Credit Account | WEST/CDT | V0774258.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -29.52 |
| West Marine Credit Account | WEST/CDT | V0776407.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -635.52 |
| West Marine Credit Account | WEST/CDT | V0786392.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -7157.62 |
| West Marine Credit Account | WEST/CDT | V0812402.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -20.7 |
| West Marine Credit Account | WEST/CDT | V0812861.a | 11/5/2024 | 11/5/2024 | 0 | | 0 | 0 | 0 | 0 | -345.6 |
| Wheatbelt, Inc. | WHEATBELT | V1027621 | 10/14/2025 | 12/10/2025 | 96.63 | | 0 | 96.63 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | V1027629 | 10/14/2025 | 12/10/2025 | 164.4 | | 0 | 164.4 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | V1027656 | 10/14/2025 | 12/10/2025 | 789.12 | | 0 | 789.12 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | G0543694 | 10/15/2025 | 12/10/2025 | 134.8 | | 0 | 134.8 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | G0543722 | 10/15/2025 | 12/10/2025 | 252.44 | | 0 | 252.44 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | V1027628 | 10/15/2025 | 12/10/2025 | 909.23 | | 0 | 909.23 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | V1027635 | 10/15/2025 | 12/10/2025 | 648.96 | | 0 | 648.96 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | V1027658 | 10/15/2025 | 12/10/2025 | 847.66 | | 0 | 847.66 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | V1027659 | 10/15/2025 | 12/10/2025 | 504.34 | | 0 | 504.34 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | G0543700 | 10/16/2025 | 12/10/2025 | 379.24 | | 0 | 379.24 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | G0543703 | 10/16/2025 | 12/10/2025 | 274.97 | | 0 | 274.97 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | G0543721 | 10/16/2025 | 12/10/2025 | 257.2 | | 0 | 257.2 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | G0543723 | 10/16/2025 | 12/10/2025 | 255.92 | | 0 | 255.92 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | G0544822 | 11/6/2025 | 1/10/2026 | 608.56 | | 608.56 | 0 | 0 | 0 | 0 |
| Wheatbelt, Inc. | WHEATBELT | V1029825 | 11/6/2025 | 1/10/2026 | 1308.68 | | 1308.68 | 0 | 0 | 0 | 0 |
| | | | TOTALS | | | | 155,051.04 | 106,398.10 | 673,834.48 | 921,001.86 | 4,543,846.89 |

SCH A/B 60 Exhibit
Trademark Portfolio as of 1/15/2026
Big Rock Sports, LLC; Calcutta Outdoors, LLC

| Owner | Trademark | Country | Application No | Application Date | Registration No | Registration Date | Int. Classes | Next Deadline | Next Deadline Date | Trademark Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Big Rock Sports, LLC | BIG ROCK SPORTS | United States of America | 75179251 | 10/9/1996 | 2272617 | 8/24/1999 | 13, 28, 35 | Next Renewal Due | 8/24/2029 | Registered |
| Calcutta Outdoors, LLC | BLACK BEAUTY | United States of America | 73370671 | 6/21/1982 | 1285361 | 7/10/1984 | 28 | Next Renewal Due | 7/10/2034 | Registered |
| Calcutta Outdoors, LLC | BLAZE | Canada | 1412441 | 9/26/2008 | TMA760684 | 3/3/2010 | 28 | Next Renewal Due | 3/3/2035 | Registered |
| Calcutta Outdoors, LLC | BLAZE | United States of America | 77546089 | 8/13/2008 | 3586998 | 3/10/2009 | 28 | Next Renewal Due | 3/10/2029 | Registered |
| Calcutta Outdoors, LLC | CALCUTTA OUTDOORS | Canada | 2025955 | 5/4/2020 | | | 35 | | | Pending |
| Calcutta Outdoors, LLC | CALCUTTA OUTDOORS | United States of America | 88850100 | 3/27/2020 | 6570128 | 11/23/2021 | 35 | Sec 8 Affidavit due | 11/23/2027 | Registered |
| Calcutta Outdoors, LLC | CALICO JACK | United States of America | 90588185 | 3/18/2021 | 6873703 | 10/11/2022 | 28 | Sec 8 Affidavit due | 10/11/2028 | Registered |
| Calcutta Outdoors, LLC | CARBONATOR | Canada | 2128934 | 8/24/2021 | | | 28 | | | Pending |
| Calcutta Outdoors, LLC | CEDAR KEY | United States of America | 75782324 | 8/23/1999 | 2352062 | 5/23/2000 | 25 | Next Renewal Due | 5/23/2030 | Registered |
| Calcutta Outdoors, LLC | CELSIUS | Canada | 1412443 | 9/26/2008 | TMA754610 | 12/4/2009 | 28 | Next Renewal Due | 12/4/2034 | Registered |
| Calcutta Outdoors, LLC | CELSIUS | United States of America | 77533359 | 7/29/2008 | 3700058 | 10/20/2009 | 28 | Next Renewal Due | 10/20/2029 | Registered |
| Calcutta Outdoors, LLC | CHOMPI | Canada | 2084817 | 2/16/2021 | | | 28 | | | Pending |
| Calcutta Outdoors, LLC | CO | United States of America | 90543090 | 2/23/2021 | 6822299 | 8/16/2022 | 35 | Sec 8 Affidavit due | 8/16/2028 | Registered |
| Calcutta Outdoors, LLC | CO CALCUTTA OUTDOORS | United States of America | 90543092 | 2/23/2021 | 6822300 | 8/16/2022 | 35 | Sec 8 Affidavit due | 8/16/2028 | Registered |
| Calcutta Outdoors, LLC | COMPETITOR | United States of America | 77817699 | 9/1/2009 | 3887569 | 12/7/2010 | 28 | Next Renewal Due | 12/7/2030 | Registered |
| Calcutta Outdoors, LLC | DANIELSON | United States of America | 73218209 | 6/4/1979 | 1171455 | 9/29/1981 | 28 | Next Renewal Due | 9/29/2031 | Registered |
| Calcutta Outdoors, LLC | ECLIPSE | United States of America | 74042557 | 3/26/1990 | 1669010 | 12/17/1991 | 28 | Next Renewal Due | 12/17/2031 | Registered |
| Calcutta Outdoors, LLC | EZ KNOT | United States of America | 97709594 | 12/8/2022 | 7509139 | 9/17/2024 | 28 | Sec 8 Affidavit due | 9/17/2030 | Registered |
| Calcutta Outdoors, LLC | HQ OUTFITTERS | United States of America | 90527437 | 2/12/2021 | 6763810 | 6/21/2022 | 20, 25, 28 | Sec 8 Affidavit due | 6/21/2028 | Registered |
| Calcutta Outdoors, LLC | HURRICANE | United States of America | 74176238 | 6/10/1991 | 1808532 | 11/30/1993 | 28 | Next Renewal Due | 11/30/2033 | Registered |
| Calcutta Outdoors, LLC | INVISA-LEADER | Canada | 0819568 | 8/1/1996 | TMA478364 | 7/10/1997 | 28 | Next Renewal Due | 7/10/2027 | Registered |
| Calcutta Outdoors, LLC | INVISA-LEADER | United States of America | 75080247 | 3/28/1996 | 2094449 | 9/9/1997 | 28 | Next Renewal Due | 9/9/2027 | Registered |
| Calcutta Outdoors, LLC | MATZUO AMERICA | Canada | 1715527 | 2/17/2015 | TMA934471 | 4/12/2016 | 28 | Next Renewal Due | 4/12/2031 | Registered |
| Calcutta Outdoors, LLC | MATZUO AMERICA | United States of America | 75806136 | 9/23/1999 | 2468426 | 7/10/2001 | 28 | Next Renewal Due | 7/10/2031 | Registered |
| Calcutta Outdoors, LLC | MICROLITE | Canada | 0767677 | 11/2/1994 | TMA453147 | 1/26/1996 | 28 | Next Renewal Due | 1/26/2026 | Registered |
| Calcutta Outdoors, LLC | MICROLITE | United States of America | 74127023 | 12/31/1990 | 1705160 | 8/4/1992 | 28 | Next Renewal Due | 8/4/2032 | Registered |
| Calcutta Outdoors, LLC | OUTDOORSMAN | Canada | 0767676 | 11/2/1994 | TMA453146 | 1/26/1996 | 28 | Next Renewal Due | 1/26/2026 | Registered |
| Calcutta Outdoors, LLC | POLARIS | Canada | 0767678 | 11/2/1994 | TMA453148 | 1/26/1996 | 28 | Next Renewal Due | 1/26/2026 | Registered |
| Calcutta Outdoors, LLC | PROPEL PADDLE GEAR BY SHORELINE MARINE | United States of America | 86464836 | 11/25/2014 | 5205312 | 5/16/2017 | 6 | Next Renewal Due | 5/16/2027 | Registered |
| Calcutta Outdoors, LLC | PROPEL PADDLE GEAR BY SHORELINE MARINE | United States of America | 86980434 | 11/25/2014 | 5125877 | 1/17/2017 | 3, 7, 9, 12, 18, 22, 28 | Next Renewal Due | 1/17/2027 | Registered |
| Calcutta Outdoors, LLC | PROPEL PADDLE GEAR SHORELINE MARINE | Canada | 1706113 | 12/8/2014 | TMA998025 | 6/4/2018 | 3, 6, 7, 9, 12, 18, 20, 21, 22, 28 | Next Renewal Due | 6/4/2033 | Registered |
| Calcutta Outdoors, LLC | RODSTAR | United States of America | 97910307 | 4/27/2023 | 7716325 | 3/4/2025 | 28 | Sec 8 Affidavit due | 3/4/2031 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | Canada | 1470419 | 2/22/2010 | TMA825760 | 6/7/2012 | 3, 6, 7, 8, 9, 11, 12, 22, 24 | Next Renewal Due | 6/7/2027 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | Canada | 1536132 | 7/18/2011 | TMA865574 | 11/20/2013 | 12 | Next Renewal Due | 11/20/2028 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | United States of America | 77939755 | 2/19/2010 | 4150605 | 5/29/2012 | 3, 6, 7, 8, 9, 11, 12, 21, 22 | Next Renewal Due | 5/29/2032 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | United States of America | 85371723 | 7/14/2011 | 4151691 | 5/29/2012 | 12 | Next Renewal Due | 5/29/2032 | Registered |
| Calcutta Outdoors, LLC | SICKLE | Canada | 1222929 | 7/8/2004 | TMA669152 | 8/2/2006 | 28 | Next Renewal Due | 8/2/2031 | Registered |
| Calcutta Outdoors, LLC | SILVERLAKE | United States of America | 76619138 | 11/3/2004 | 3064875 | 3/7/2006 | 28 | Next Renewal Due | 3/7/2026 | Registered |
| Calcutta Outdoors, LLC | TIDE RUNNER | United States of America | 76301825 | 8/17/2001 | 2722343 | 6/3/2003 | 28 | Next Renewal Due | 6/3/2033 | Registered |
| Calcutta Outdoors, LLC | TOTAL TACKLE | Canada | 1412444 | 9/26/2008 | TMA754800 | 12/8/2009 | 28 | Next Renewal Due | 12/8/2034 | Registered |
| Calcutta Outdoors, LLC | TOTAL TACKLE | United States of America | 76439471 | 8/12/2002 | 3090603 | 5/9/2006 | 28 | Next Renewal Due | 5/9/2026 | Registered |
| Calcutta Outdoors, LLC | TROPHY TAMER | United States of America | 75080106 | 3/28/1996 | 2206337 | 12/1/1998 | 28 | Next Renewal Due | 12/1/2028 | Registered |
| Calcutta Outdoors, LLC | WALLEYES ONLY | Canada | 0767682 | 11/2/1994 | TMA492644 | 4/8/1998 | 28 | Next Renewal Due | 4/8/2028 | Registered |
| Calcutta Outdoors, LLC | ZEN SERIES | United States of America | 77863470 | 11/3/2009 | 3909066 | 1/18/2011 | 28 | Next Renewal Due | 1/18/2031 | Registered |
| Calcutta Outdoors, LLC | ZING TAIL | Canada | 1074027 | 9/6/2000 | TMA569436 | 10/23/2002 | 28 | Next Renewal Due | 10/23/2032 | Registered |

Calcutta Outdoors, LLC    ZING TAIL    United States of America  76028919    4/19/2000    2534848    1/29/2002    28    Next Renewal Due  1/29/2032    Registered

SCH A/B 60 Exhibit
Trademark Portfolio as of 1/15/2026
Big Rock Sports, LLC; Calcutta Outdoors, LLC

| Owner | Trademark | Country | Application No | Application Date | Registration No | Registration Date | Int. Classes | Next Deadline | Next Deadline Date | Trademark Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Big Rock Sports, LLC | BIG ROCK SPORTS | United States of America | 75179251 | 10/9/1996 | 2272617 | 8/24/1999 | 13, 28, 35 | Next Renewal Due | 8/24/2029 | Registered |
| Calcutta Outdoors, LLC | BLACK BEAUTY | United States of America | 73370671 | 6/21/1982 | 1285361 | 7/10/1984 | 28 | Next Renewal Due | 7/10/2034 | Registered |
| Calcutta Outdoors, LLC | BLAZE | Canada | 1412441 | 9/26/2008 | TMA760684 | 3/3/2010 | 28 | Next Renewal Due | 3/3/2035 | Registered |
| Calcutta Outdoors, LLC | BLAZE | United States of America | 77546089 | 8/13/2008 | 3586998 | 3/10/2009 | 28 | Next Renewal Due | 3/10/2029 | Registered |
| Calcutta Outdoors, LLC | CALCUTTA OUTDOORS | Canada | 2025955 | 5/4/2020 | | | 35 | | | Pending |
| Calcutta Outdoors, LLC | CALCUTTA OUTDOORS | United States of America | 88850100 | 3/27/2020 | 6570128 | 11/23/2021 | 35 | Sec 8 Affidavit due | 11/23/2027 | Registered |
| Calcutta Outdoors, LLC | CALICO JACK | United States of America | 90588185 | 3/18/2021 | 6873703 | 10/11/2022 | 28 | Sec 8 Affidavit due | 10/11/2028 | Registered |
| Calcutta Outdoors, LLC | CARBONATOR | Canada | 2128934 | 8/24/2021 | | | 28 | | | Pending |
| Calcutta Outdoors, LLC | CEDAR KEY | United States of America | 75782324 | 8/23/1999 | 2352062 | 5/23/2000 | 25 | Next Renewal Due | 5/23/2030 | Registered |
| Calcutta Outdoors, LLC | CELSIUS | Canada | 1412443 | 9/26/2008 | TMA754610 | 12/4/2009 | 28 | Next Renewal Due | 12/4/2034 | Registered |
| Calcutta Outdoors, LLC | CELSIUS | United States of America | 77533359 | 7/29/2008 | 3700058 | 10/20/2009 | 28 | Next Renewal Due | 10/20/2029 | Registered |
| Calcutta Outdoors, LLC | CHOMPI | Canada | 2084817 | 2/16/2021 | | | 28 | | | Pending |
| Calcutta Outdoors, LLC | CO | United States of America | 90543090 | 2/23/2021 | 6822299 | 8/16/2022 | 35 | Sec 8 Affidavit due | 8/16/2028 | Registered |
| Calcutta Outdoors, LLC | CO CALCUTTA OUTDOORS | United States of America | 90543092 | 2/23/2021 | 6822300 | 8/16/2022 | 35 | Sec 8 Affidavit due | 8/16/2028 | Registered |
| Calcutta Outdoors, LLC | COMPETITOR | United States of America | 77817699 | 9/1/2009 | 3887569 | 12/7/2010 | 28 | Next Renewal Due | 12/7/2030 | Registered |
| Calcutta Outdoors, LLC | DANIELSON | United States of America | 73218209 | 6/4/1979 | 1171455 | 9/29/1981 | 28 | Next Renewal Due | 9/29/2031 | Registered |
| Calcutta Outdoors, LLC | ECLIPSE | United States of America | 74042557 | 3/26/1990 | 1669010 | 12/17/1991 | 28 | Next Renewal Due | 12/17/2031 | Registered |
| Calcutta Outdoors, LLC | EZ KNOT | United States of America | 97709594 | 12/8/2022 | 7509139 | 9/17/2024 | 28 | Sec 8 Affidavit due | 9/17/2030 | Registered |
| Calcutta Outdoors, LLC | HQ OUTFITTERS | United States of America | 90527437 | 2/12/2021 | 6763810 | 6/21/2022 | 20, 25, 28 | Sec 8 Affidavit due | 6/21/2028 | Registered |
| Calcutta Outdoors, LLC | HURRICANE | United States of America | 74176238 | 6/10/1991 | 1808532 | 11/30/1993 | 28 | Next Renewal Due | 11/30/2033 | Registered |
| Calcutta Outdoors, LLC | INVISA-LEADER | Canada | 0819568 | 8/1/1996 | TMA478364 | 7/10/1997 | 28 | Next Renewal Due | 7/10/2027 | Registered |
| Calcutta Outdoors, LLC | INVISA-LEADER | United States of America | 75080247 | 3/28/1996 | 2094449 | 9/9/1997 | 28 | Next Renewal Due | 9/9/2027 | Registered |
| Calcutta Outdoors, LLC | MATZUO AMERICA | Canada | 1715527 | 2/17/2015 | TMA934471 | 4/12/2016 | 28 | Next Renewal Due | 4/12/2031 | Registered |
| Calcutta Outdoors, LLC | MATZUO AMERICA | United States of America | 75806136 | 9/23/1999 | 2468426 | 7/10/2001 | 28 | Next Renewal Due | 7/10/2031 | Registered |
| Calcutta Outdoors, LLC | MICROLITE | Canada | 0767677 | 11/2/1994 | TMA453147 | 1/26/1996 | 28 | Next Renewal Due | 1/26/2026 | Registered |
| Calcutta Outdoors, LLC | MICROLITE | United States of America | 74127023 | 12/31/1990 | 1705160 | 8/4/1992 | 28 | Next Renewal Due | 8/4/2032 | Registered |
| Calcutta Outdoors, LLC | OUTDOORSMAN | Canada | 0767676 | 11/2/1994 | TMA453146 | 1/26/1996 | 28 | Next Renewal Due | 1/26/2026 | Registered |
| Calcutta Outdoors, LLC | POLARIS | Canada | 0767676 | 11/2/1994 | TMA453146 | 1/26/1996 | 28 | Next Renewal Due | 1/26/2026 | Registered |
| Calcutta Outdoors, LLC | PROPEL PADDLE GEAR BY SHORELINE MARINE | United States of America | 86464836 | 11/25/2014 | 5205312 | 5/16/2017 | 6 | Next Renewal Due | 5/16/2027 | Registered |
| Calcutta Outdoors, LLC | PROPEL PADDLE GEAR BY SHORELINE MARINE | United States of America | 86980434 | 11/25/2014 | 5125877 | 1/17/2017 | 3, 7, 9, 12, 18, 22, 28 | Next Renewal Due | 1/17/2027 | Registered |
| Calcutta Outdoors, LLC | PROPEL PADDLE GEAR SHORELINE MARINE | Canada | 1706113 | 12/8/2014 | TMA998025 | 6/4/2018 | 3, 6, 7, 9, 12, 18, 20, 21, 22, 28 | Next Renewal Due | 6/4/2033 | Registered |
| Calcutta Outdoors, LLC | RODSTAR | United States of America | 97910307 | 4/27/2023 | 7716325 | 3/4/2025 | 28 | Sec 8 Affidavit due | 3/4/2031 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | Canada | 1470419 | 2/22/2010 | TMA825760 | 6/7/2012 | 3, 6, 7, 8, 9, 11, 12, 22, 24 | Next Renewal Due | 6/7/2027 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | Canada | 1536132 | 7/18/2011 | TMA865574 | 11/20/2013 | 12 | Next Renewal Due | 11/20/2028 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | United States of America | 77939755 | 2/19/2010 | 4150605 | 5/29/2012 | 3, 6, 7, 8, 9, 11, 12, 21, 22 | Next Renewal Due | 5/29/2032 | Registered |
| Calcutta Outdoors, LLC | SHORELINE MARINE | United States of America | 85371723 | 7/14/2011 | 4151691 | 5/29/2012 | 12 | Next Renewal Due | 5/29/2032 | Registered |
| Calcutta Outdoors, LLC | SICKLE | Canada | 1222929 | 7/8/2004 | TMA669152 | 8/2/2006 | 28 | Next Renewal Due | 8/2/2031 | Registered |
| Calcutta Outdoors, LLC | SILVERLAKE | United States of America | 76619138 | 11/3/2004 | 3064875 | 3/7/2006 | 28 | Next Renewal Due | 3/7/2026 | Registered |
| Calcutta Outdoors, LLC | TIDE RUNNER | United States of America | 76301825 | 8/17/2001 | 2722343 | 6/3/2003 | 28 | Next Renewal Due | 6/3/2033 | Registered |
| Calcutta Outdoors, LLC | TOTAL TACKLE | Canada | 1412444 | 9/26/2008 | TMA754800 | 12/8/2009 | 28 | Next Renewal Due | 12/8/2034 | Registered |
| Calcutta Outdoors, LLC | TOTAL TACKLE | United States of America | 76439471 | 8/12/2002 | 3090603 | 5/9/2006 | 28 | Next Renewal Due | 5/9/2026 | Registered |
| Calcutta Outdoors, LLC | TROPHY TAMER | United States of America | 75080106 | 3/28/1996 | 2206337 | 12/1/1998 | 28 | Next Renewal Due | 12/1/2028 | Registered |
| Calcutta Outdoors, LLC | WALLEYES ONLY | Canada | 0767682 | 11/2/1994 | TMA492644 | 4/8/1998 | 28 | Next Renewal Due | 4/8/2028 | Registered |
| Calcutta Outdoors, LLC | ZEN SERIES | United States of America | 77863470 | 11/3/2009 | 3909066 | 1/18/2011 | 28 | Next Renewal Due | 1/18/2031 | Registered |
| Calcutta Outdoors, LLC | ZING TAIL | Canada | 1074027 | 9/6/2000 | TMA569436 | 10/23/2002 | 28 | Next Renewal Due | 10/23/2032 | Registered |

| Calcutta Outdoors, LLC | ZING TAIL | United States of America | 76028919 | 4/19/2000 | 2534848 | 1/29/2002 | 28 | Next Renewal Due | 1/29/2032 | Registered |

SCH F Exhibit
AP Expense/Trade Open Items as of 1.7.2025
Big Rock Sports, LLC

| NAME | INVOICE DATE | INVOICE # | NET AMOUNT DUE | DUE DATE | STATUS/COMMENT | TERMS DESCRIPTION |
|---|---|---|---|---|---|---|
| 2 MARKET LLC | 2/8/2025 | 240241 | $1,267.83 | | -9.60;SH48 0006/OVR 48 0003 | NET 60 DAYS |
| 3RD MEADOW, LLC DBA VERSARING | 2/11/2025 | 1107 | $968.46 | | | NET 30 DAYS |
| 3RD MEADOW, LLC DBA VERSARING | 2/11/2025 | 1106 | $4,519.39 | | | 598784 NET 30 DAYS |
| A BAND OF ANGLERS | 11/19/2024 | 595221 | $145.92 | | -9.84 SH3 0115 | NET 30 DAYS |
| AA&E LEATHERCRAFT LLC. | 9/23/2024 | 32960 | $119.00 | | | NET 60 DAYS |
| AA&E LEATHERCRAFT LLC. | 9/26/2024 | 32978 | $83.10 | | | NET 60 DAYS |
| AA&E LEATHERCRAFT LLC. | 11/13/2024 | 33111 | $2,493.60 | | | NET 90 |
| AA&E LEATHERCRAFT LLC. | 11/19/2024 | 33112 | $3,381.30 | | PPI | NET 60 DAYS |
| AA&E LEATHERCRAFT LLC. | 3/7/2025 | 33288 | $1,960.50 | | | NET 90 |
| AA&E LEATHERCRAFT LLC. | 3/7/2025 | 33286 | $4,804.40 | | | NET 90 |
| AA&E LEATHERCRAFT LLC. | 3/7/2025 | 33289 | $4,805.70 | | | NET 90 |
| AA&E LEATHERCRAFT LLC. | 5/8/2025 | 33374 | $334.21 | | | NET 60 DAYS |
| AA&E LEATHERCRAFT LLC. | 6/24/2025 | 33430 | $483.00 | | | NET 90 |
| AA&E LEATHERCRAFT LLC. | 6/24/2025 | 33431 | $828.00 | | | NET 60 DAYS |
| AA&E LEATHERCRAFT LLC. | 6/24/2025 | 33432 | $2,001.00 | | | NET 90 |
| AARD-ALLTUF | 6/6/2024 | 72858 | $1,763.50 | | | NET 30 DAYS |
| AARD-ALLTUF | 9/19/2024 | 72689 | $600.00 | | | NET 30 DAYS |
| AARD-ALLTUF | 9/19/2024 | 72688 | $855.50 | | | NET 30 DAYS |
| AARD-ALLTUF | 9/19/2024 | 72687 | $1,089.00 | | | NET 30 DAYS |
| AARD-ALLTUF | 9/19/2024 | 72698 | $1,278.00 | | | NET 30 DAYS |
| AARD-ALLTUF | 9/19/2024 | 72857 | $2,012.00 | | | NET 30 DAYS |
| AARD-ALLTUF | 9/30/2024 | 73384 | $2,984.00 | | | NET 30 DAYS |
| ABSOLUTE OUTDOOR INC. | 6/9/2025 | A888069 | $67,643.33 | | | NET 60 DAYS |
| ABSOLUTE OUTDOOR INC. | 6/11/2025 | A888248 | $13,955.33 | | | NET 60 DAYS |
| ABSOLUTE OUTDOOR INC. | 6/11/2025 | A888247 | $33,075.07 | | | NET 60 DAYS |
| ABSOLUTE OUTDOOR INC. | 6/13/2025 | A888454 | $4,643.85 | | | NET 60 DAYS |
| ABSOLUTE OUTDOOR INC. | 6/13/2025 | A888453 | $49,551.86 | | OVERAGE$    46.64 | NET 60 DAYS |
| ACC CRAPPIE STIX | 4/23/2025 | 9 | $5,411.87 | | | NET 60 DAYS |
| ACC CRAPPIE STIX | 5/20/2025 | 10 | $4,979.67 | | | NET 60 DAYS |
| ACC CRAPPIE STIX | 5/21/2025 | 11-A | $10,857.94 | | -151.20;SH36 0066/SH18 0068 | NET 60 DAYS |
| ACC CRAPPIE STIX | 5/30/2025 | 12 | $312.53 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 12/6/2024 | 12667424 | $183.16 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/21/2025 | 12680880 | $3,104.48 | | PPI | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/23/2025 | 12681520 | $397.68 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/24/2025 | 12682088A | $66.15 | | RCVD 2 0013 | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/24/2025 | 12682088 | $1,436.71 | | -67.50;SH 2 0013 | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/27/2025 | 12682696 | $192.08 | | Over/Short$    0.00 | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/29/2025 | 12683971 | $49.71 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/29/2025 | 12683959A | $54.39 | | RCVD 3 0015 | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/29/2025 | 12683959 | $1,158.01 | | -55.50;SH 3 0015 | NET 60 DAYS |
| ACME UNITED CORPORATION | 1/31/2025 | 12684760 | $116.37 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 2/4/2025 | 12685619 | $55.86 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 2/10/2025 | 12687797 | $41.65 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 2/10/2025 | 12687634 | $249.90 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 2/24/2025 | 12692274 | $298.90 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 2/24/2025 | 12692249 | $672.52 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 3/3/2025 | 12695151 | $406.41 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 3/3/2025 | 12695153 | $1,108.38 | | | NET 60 DAYS |
| ACME UNITED CORPORATION | 3/27/2025 | 12704916 | $1,849.17 | | | NET 60 DAYS |
| ACTIVE OUTDOORS LLC | 6/7/2024 | 1808 | $25,951.68 | | | NET 60 DAYS |
| ACTIVE OUTDOORS LLC | 8/1/2024 | 1830 | $688.32 | | | NET 60 DAYS |
| ACTIVE OUTDOORS LLC | 8/1/2024 | 1833 | $7,055.28 | | | NET 60 DAYS |
| ACTIVE OUTDOORS LLC | 3/5/2025 | 1899 | $1,149.84 | | | NET 30 DAYS |
| ACTIVE OUTDOORS LLC | 3/14/2025 | 1904 | $3,610.66 | | | NET 30 DAYS |
| ACTIVE OUTDOORS LLC | 3/14/2025 | 1902 | $25,331.76 | | | NET 30 DAYS |
| ACTIVE OUTDOORS LLC | 3/19/2025 | 1906 | $2,660.36 | | | NET 30 DAYS |
| ACTIVE OUTDOORS LLC | 3/26/2025 | 1912 | $76.80 | | | NET 30 DAYS |
| ACTIVE OUTDOORS LLC | 3/26/2025 | 1913 | $128.00 | | | NET 30 DAYS |
| ACTIVE OUTDOORS LLC | 4/10/2025 | 1922 | $606.76 | | | NET 30 DAYS |
| ADVANCED WILDLIFE SOLUTIONS | 8/1/2024 | 18947 | $1,854.65 | | | NET 60 DAYS |
| ADVANCED WILDLIFE SOLUTIONS | 8/1/2024 | 18954 | $2,741.94 | | | NET 60 DAYS |
| ADVANCED WILDLIFE SOLUTIONS | 8/21/2024 | 19182 | $6,458.79 | | | NET 30 DAYS |
| ADVANCED WILDLIFE SOLUTIONS | 9/18/2024 | 19543 | $821.54 | | | NET 30 DAYS |
| ADVANCED WILDLIFE SOLUTIONS | 9/30/2024 | 19671 | $809.97 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 1/20/2025 | 188159 | $10,794.74 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 1/28/2025 | 188331 | $3,668.65 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 3/11/2025 | 189220 | $9,532.95 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 3/17/2025 | 189429 | $2,098.77 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 3/25/2025 | 189724 | $619.20 | | | NET 30 DAYS |
| ADVENTURE PROD. INC. | 3/26/2025 | 189755 | $3,135.50 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 3/31/2025 | 189803 | $2,353.50 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 3/31/2025 | 189798 | $4,353.57 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 4/3/2025 | 190087 | $3,543.09 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 4/14/2025 | 190480 | $371.00 | | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 4/15/2025 | 190520 | $3,146.08 | | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Memo | Terms |
|---|---|---|---|---|---|
| ADVENTURE PROD. INC. | 5/29/2025 | 192585 | $4,827.48 | | NET 60 DAYS |
| ADVENTURE PROD. INC. | 5/29/2025 | 192588 | $21,869.33 | -330.42;SH120 OOO2/SH6 0130 | NET 60 DAYS |
| AFN Fishing & Outdoor | 3/18/2025 | 693199 | $1,351.50 | | NET 60 DAYS |
| AFN Fishing & Outdoor | 6/18/2025 | 695592 | $1,504.40 | | NET 30 DAYS |
| AFTCO MFG. CO. INC. | 2/18/2025 | 7210556 | $9,066.56 | | NET 60 DAYS |
| AFTCO MFG. CO. INC. | 2/27/2025 | 7210924 | $195.00 | | NET 60 DAYS |
| AFTCO MFG. CO. INC. | 2/27/2025 | 7210923 | $826.60 | | NET 60 DAYS |
| AFTCO MFG. CO. INC. | 2/27/2025 | 7210914 | $2,786.62 | | NET 60 DAYS |
| AFTCO MFG. CO. INC. | 3/12/2025 | 7211371 | $1,676.50 | | NET 60 DAYS |
| AFTCO MFG. CO. INC. | 4/2/2025 | 7212039 | $4,218.00 | | NET 60 DAYS |
| AFTCO MFG. CO. INC. | 4/4/2025 | 7212111 | $3,880.99 | | NET 60 DAYS |
| AFTCO MFG. CO. INC. | 6/18/2025 | 7215043 | $1,650.35 | | NET 60 DAYS |
| AGILEBITS, INC. | 4/30/2025 | INV_CAN60605 | $2,282.00 | 5/30/2025 ANNUAL 042725-042626 | NET 30 DAYS |
| AIRHEAD SPORTS GROUP | 3/13/2025 | 1191540-INA | $736.74 | RCVD 18 0177/60 0502 | NET 60 DAYS |
| AIRHEAD SPORTS GROUP | 4/23/2025 | 1199396-IN | $4,724.27 | | NET 60 DAYS |
| AIRHEAD SPORTS GROUP | 4/24/2025 | 1199447-IN | $3,894.94 | | NET 60 DAYS |
| AIRHEAD SPORTS GROUP | 4/24/2025 | 1199530-IN | $7,806.66 | | NET 60 DAYS |
| AIRHEAD SPORTS GROUP | 5/20/2025 | 1201636-IN | $137.93 | | NET 60 DAYS |
| ALASKA GAME BAGS, INC | 5/27/2025 | 204267 | $5,357.02 | | NET 30 DAYS |
| ALASKA GAME BAGS, INC | 5/27/2025 | 204266 | $10,363.20 | | NET 30 DAYS |
| ALERT SECURITY ASSET PROTECTION | 11/6/2025 | 88624 | $1,013.95 | 11/16/2025 10/31 -11/06 | NET 10 DAYS |
| ALERT SECURITY ASSET PROTECTION | 11/13/2025 | 88687 | $1,394.23 | 11/23/2025 SECURITY 11/7 - 11/11 | NET 10 DAYS |
| ALERT SECURITY ASSET PROTECTION | 11/20/2025 | 88850 | $1,267.44 | 12/20/2025 SECURITY 11/14 - 11/20 | NET 30 DAYS |
| ALERT SECURITY ASSET PROTECTION | 11/27/2025 | 88910 | $1,267.44 | 12/27/2025 W/E 11/21 - 11/27 | NET 30 DAYS |
| ALLEN CO, INC. | 5/8/2025 | INV1152995 | $597.79 | | NET 60 DAYS |
| ALLEN CO, INC. | 6/10/2025 | INV1163908 | $18,635.04 | | NET 60 DAYS |
| ALLIANCE BRANDS LLC. | 12/27/2024 | 66216 | $509.60 | | NET 60 DAYS |
| ALLIANCE BRANDS LLC. | 12/27/2024 | 66215 | $514.80 | | NET 60 DAYS |
| ALLIANCE BRANDS LLC. | 2/12/2025 | 66682 | $1,749.30 | | NET 60 DAYS |
| ALLIANCE BRANDS LLC. | 2/14/2025 | 66705 | $891.00 | | NET 60 DAYS |
| ALLIANCE BRANDS LLC. | 5/5/2025 | 67395 | $2,658.52 | -72.00;SH4 0028 | NET 60 DAYS |
| AMEND2, LLC | 7/17/2024 | M9946-06 | $884.16 | | NET 90 |
| AMEND2, LLC | 7/18/2024 | M10278-04 | $727.00 | | NET 90 |
| AMEND2, LLC | 9/5/2024 | M9946-08 | $250.10 | | NET 90 |
| AMEND2, LLC | 9/5/2024 | M9945-07 | $422.90 | | NET 90 |
| AMEND2, LLC | 10/8/2024 | M10631-03 | $308.27 | | NET 90 |
| AMEND2, LLC | 10/15/2024 | FL093025 | $620.05 | | NET 1 DAY |
| AMEND2, LLC | 10/24/2024 | M10631-A | $298.50 | | NET 90 |
| AMEND2, LLC | 11/15/2024 | LF102024 | $650.98 | | NET 1 DAY |
| AMEND2, LLC | 12/5/2024 | M10278-06 | $300.10 | | NET 90 |
| AMEND2, LLC | 12/5/2024 | 9945-08 | $647.90 | PPI | NET 90 |
| AMEND2, LLC | 12/5/2024 | M9946-09 | $750.20 | PPI | NET 90 |
| AMEND2, LLC | 12/17/2024 | M11425 | $3,095.50 | | NET 90 |
| AMEND2, LLC | 12/17/2024 | M11426 | $4,169.00 | | NET 90 |
| AMEND2, LLC | 1/9/2025 | M10632-04 | $688.00 | PPI | NET 90 |
| AMEND2, LLC | 1/9/2025 | M10631-04 | $759.05 | | NET 90 |
| AMEND2, LLC | 2/25/2025 | A2-11644-02 | $61.70 | | NET 90 |
| AMEND2, LLC | 2/25/2025 | 11646 | $12,954.41 | -22.73;VR EMAIL SENT 3/10 | NET 90 |
| AMEND2, LLC | 2/25/2025 | A2-11645 | $13,085.27 | -353.38;SH 1 0134/0135 | NET 90 |
| AMEND2, LLC | 2/25/2025 | A2-11644 | $13,627.66 | | NET 90 |
| AMEND2, LLC | 3/18/2025 | A2-11756 | $4,233.99 | | NET 90 |
| AMEND2, LLC | 4/25/2025 | LF26803 | $321.95 | | NET 1 DAY |
| AMEND2, LLC | 5/13/2025 | A2-11645-02 | $1,121.82 | | NET 90 |
| AMEND2, LLC | 5/13/2025 | A2-11644-02A | $1,353.93 | | NET 90 |
| AMEND2, LLC | 5/13/2025 | A2-11646-02 | $1,353.93 | | NET 90 |
| AMEND2, LLC | 5/28/2025 | LF12085 | $284.72 | LATE FEES | NET 1 DAY |
| AMERICAN BAITWORKS | 10/30/2024 | INV19245 | $2,112.48 | ****** | 2%30NET60 |
| AMERICAN BAITWORKS | 11/8/2024 | INV19408 | $63.07 | | 2%30NET60 |
| AMERICAN BAITWORKS | 12/6/2024 | INV19913 | $504.60 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 1/28/2025 | INV20724 | $992.20 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 1/28/2025 | INV20732 | $1,237.68 | ****** | 2%30NET60 |
| AMERICAN BAITWORKS | 2/4/2025 | INV20915A | $63.01 | RCVD 24 1245 | NET 60 DAYS |
| AMERICAN BAITWORKS | 2/4/2025 | INV20915 | $7,104.55 | -63.01;SH 24 1245 | NET 60 DAYS |
| AMERICAN BAITWORKS | 2/10/2025 | INV21049 | $504.60 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 2/14/2025 | INV21208 | $956.29 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 2/17/2025 | INV21257 | $198.72 | | NET 60 DAYS |
| AMERICAN BAITWORKS | 2/17/2025 | INV21258 | $9,110.30 | PPI | NET 60 DAYS |
| AMERICAN BAITWORKS | 2/20/2025 | INV21387 | $59.86 | | NET 60 DAYS |
| AMERICAN BAITWORKS | 2/20/2025 | INV21360 | $63.07 | | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/4/2025 | INV21853 | $357.70 | | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/5/2025 | INV21896 | $312.16 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/6/2025 | INV21958 | $969.74 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/12/2025 | INV22168 | $152.87 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/12/2025 | INV22167 | $498.84 | | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/18/2025 | INV22250 | $216.16 | | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/18/2025 | INV22314 | $350.36 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/18/2025 | INV22315 | $362.09 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/25/2025 | INV22587 | $8.31 | | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/25/2025 | INV22664 | $239.45 | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/27/2025 | INV22869A | $96.08 | RCVD 52 1370 | NET 60 DAYS |

| | | | | | | |
|---|---|---|---|---|---|---|
| AMERICAN BAITWORKS | 3/27/2025 | INV22862 | $432.33 | | | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/27/2025 | INV22869 | $4,579.63 | | -96.08;SH52 1370,NOT ON ASN,NO VR | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/31/2025 | INV23063 | $856.11 | | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 3/31/2025 | INV23058 | $3,533.19 | | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 4/4/2025 | INV23278 | $99.77 | | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 4/8/2025 | INV23413 | $18.48 | | ****** | NET 60 DAYS |
| AMERICAN BAITWORKS | 4/8/2025 | INV23406 | $1,210.24 | | ****** | NET 60 DAYS |
| AMERICAN EXPRESS | 5/27/2024 | 828225 | $2,838.00 | 6/26/2024 | TRAVEL SERVICE CHARGES | NET 30 DAYS |
| AMERICAN EXPRESS | 5/23/2025 | 908749 | $2,911.79 | 6/22/2025 | TRAVEL SERVICE CHARGES | NET 30 DAYS |
| AMERICAN FISHING WIRE | 5/28/2025 | 540755 | $2,122.08 | | ****** | NET 30 DAYS |
| AMERICAN FISHING WIRE | 5/30/2025 | 540923 | $2,130.64 | | ****** | NET 30 DAYS |
| AMERICAN FISHING WIRE | 6/2/2025 | 540999 | $5,467.68 | | | NET 30 DAYS |
| AMERICAN FISHING WIRE | 6/11/2025 | 541427 | $8,106.05 | | ****** | NET 30 DAYS |
| AMERICAN FISHING WIRE | 6/12/2025 | 541473 | $15,772.59 | | -28.98;SH18 0593 | NET 30 DAYS |
| AMERICAN FISHING WIRE | 6/23/2025 | 541902 | $7,659.21 | | ****** | NET 30 DAYS |
| AMERICAN MAPLE INC. | 4/21/2025 | 0105680-IN | $1,897.58 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 4/24/2025 | 0105733-IN | $2,668.98 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 4/25/2025 | 105743 | $11,238.44 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 5/13/2025 | 106061 | $799.20 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 5/20/2025 | 106183 | $8,188.72 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 5/21/2025 | 106207 | $55,874.10 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 5/27/2025 | 106225 | $33,561.29 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 5/27/2025 | 106229 | $42,476.63 | | | NET 60 DAYS |
| AMERICAN MAPLE INC. | 5/29/2025 | 106348 | $4,321.18 | | | NET 60 DAYS |
| AMERICAN OUTDOOR PRODUCTS | 7/1/2024 | INV2695 | $2,875.03 | | PPI | NET 30 DAYS |
| AMERICAN OUTDOOR PRODUCTS | 9/19/2024 | 6517 | $6,408.48 | | | NET 30 DAYS |
| AMERICAN OUTDOOR PRODUCTS | 10/16/2024 | 7739 | $5,455.20 | | | NET 30 DAYS |
| AMERICAN OUTDOOR PRODUCTS | 2/4/2025 | 10951 | $2,572.62 | | | NET 30 DAYS |
| AMERICAN TACTICAL, INC. | 10/1/2024 | 412780 | $2,580.00 | | | FFA 15 NET 30 |
| AMERICAN TACTICAL, INC. | 10/1/2024 | 412829 | $15,160.00 | | | FFA 15 NET 30 |
| AMERICAN TACTICAL, INC. | 10/2/2024 | 412886 | $370.00 | | | FFA 15 NET 30 |
| AMERICAN TACTICAL, INC. | 10/15/2024 | 413424FRT | $195.00 | | PAY FREIGHT | NET 60 DAYS |
| AMERICAN TACTICAL, INC. | 10/15/2024 | 413425 | $3,990.00 | | | FFA 15 NET 30 |
| AMERICAN TACTICAL, INC. | 10/15/2024 | 413424 | $7,980.00 | | | FFA 15 NET 30 |
| AMERICAN TACTICAL, INC. | 11/18/2024 | 414898 | $976.78 | | | NET 30 DAYS |
| AMERICAN TACTICAL, INC. | 11/18/2024 | 414897 | $4,870.30 | | | NET 30 DAYS |
| AMERICAN TACTICAL, INC. | 12/4/2024 | 415519 | $4,230.28 | | | NET 30 DAYS |
| AMERICAN TACTICAL, INC. | 1/30/2025 | RC250130-02A | $359.00 | | CLEAR RC250130-02 | NET 150 DAYS |
| AMERICAN TACTICAL, INC. | 2/13/2025 | RC250213-02A | $69.00 | | CLEAR RC250213-02 | NET 150 DAYS |
| AMERICAN TACTICAL, INC. | 2/13/2025 | RC250213-01A | $427.00 | | RCVD 2364/1775/0569 | NET 150 DAYS |
| AMERICAN TACTICAL, INC. | 7/23/2025 | LC250723-01 | $379.00 | | RETURN | FFA 15 NET 30 |
| AMERICAN TACTICAL, INC. | 8/7/2025 | LC250807-02 | $69.00 | | RETURN | FFA 15 NET 30 |
| AMERICAN TECH NETWORK | 11/22/2024 | PS-INV298735 | $11,865.48 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 11/26/2024 | PS-INV299198 | $1,764.38 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 11/29/2024 | PS-INV299449 | $7,200.00 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/15/2025 | PS-INV305522 | $5,200.00 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305718 | $791.48 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305602 | $1,065.02 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305729 | $1,135.52 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305730 | $1,278.40 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305764 | $1,906.32 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305766 | $6,895.84 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305714 | $10,152.00 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305728 | $15,861.56 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/16/2025 | PS-INV305699 | $28,000.00 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/17/2025 | PS-INV305885 | $863.86 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/17/2025 | PS-INV305894 | $863.86 | | PAY PER PO | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/21/2025 | PS-INV306207 | $360.96 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/21/2025 | PS-INV306231 | $780.20 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/22/2025 | PS-INV306331 | $780.20 | | | NET 30 DAYS |
| AMERICAN TECH NETWORK | 1/22/2025 | PS-INV306330 | $3,120.80 | | | NET 30 DAYS |
| AMERICAN WATER TECHNOLOGIES | 7/28/2025 | 73125 | $24.00 | 8/12/2025 | ACCT# 094748 | NET 15 DAYS |
| AMERICAN WATER TECHNOLOGIES | 8/25/2025 | 82525 | $27.00 | 9/24/2025 | BILLINGS LOC ACCt: 094748 | NET 30 DAYS |
| AMERICAN WATER TECHNOLOGIES | 9/26/2025 | 93025 | $30.00 | 10/6/2025 | BILLINGS LOC ACCT# 094748 | NET 10 DAYS |
| AMMO CAN MAN | 2/27/2025 | BR2025-1169 | $3,705.71 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/27/2025 | BR2025-1173 | $3,855.48 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/27/2025 | BR2025-1162 | $4,367.86 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/27/2025 | BR2025-1171 | $4,986.93 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/27/2025 | BR2025-1167 | $5,201.96 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/28/2025 | BR2025-1170 | $765.00 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/28/2025 | BR2025-1164 | $941.61 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/28/2025 | BR2025-1166 | $1,587.70 | | | NET 60 DAYS |
| AMMO CAN MAN | 2/28/2025 | BR2025-1165 | $2,572.76 | | | NET 60 DAYS |
| AMMO CAN MAN | 3/14/2025 | BR2025-1161 | $1,996.52 | | | NET 60 DAYS |
| AMMO CAN MAN | 3/14/2025 | BR202511721 | $3,403.56 | | | NET 60 DAYS |
| AMS BOWFISHING | 2/12/2025 | IN012306 | $7,063.14 | | ****** | NET 30 DAYS |
| AMS BOWFISHING | 2/12/2025 | IN012309 | $7,765.54 | | | NET 30 DAYS |
| AMX GLOBAL, INC. | 3/6/2025 | PS-INV103399 | $8,716.87 | | | NET 60 DAYS |
| AMX GLOBAL, INC. | 3/10/2025 | PS-INV103401 | $1,635.40 | | | NET 60 DAYS |
| AMX GLOBAL, INC. | 3/10/2025 | PS-INV103400 | $3,367.22 | | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Notes | Terms |
|---|---|---|---|---|---|
| AMX GLOBAL, INC. | 4/4/2025 | PS-INV103571 | $969.57 | | NET 60 DAYS |
| AMX GLOBAL, INC. | 4/8/2025 | PS-INV103604 | $831.95 | | NET 60 DAYS |
| AMX GLOBAL, INC. | 4/8/2025 | PS-INV103602 | $1,326.10 | | NET 60 DAYS |
| AMX GLOBAL, INC. | 4/8/2025 | PS-INV103600 | $1,554.78 | | NET 60 DAYS |
| AMX GLOBAL, INC. | 4/8/2025 | PS-INV103601 | $5,535.20 | | NET 60 DAYS |
| AMX GLOBAL, INC. | 5/8/2025 | PS-INV103612 | $2,232.96 | | NET 60 DAYS |
| ANDE | 5/12/2025 | 66843 | $9,427.20 | | NET 90 |
| ANDE | 5/15/2025 | 66855 | $92,720.56 | | NET 90 |
| ANGLER'S FISH'N'MATE | 6/2/2025 | 2025-46003 | $76,604.61 | | NET 60 DAYS |
| ANGLERS RESOURCES LLC | 1/17/2025 | 29322 | $1,754.60 | | NET 60 DAYS |
| ANGLERS RESOURCES LLC | 1/20/2025 | 29376 | $1,993.60 | -17.00;SH 10 0481 | NET 60 DAYS |
| ANGLERS RESOURCES LLC | 2/10/2025 | 29858 | $161.46 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 2/10/2025 | 29853 | $256.45 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 2/10/2025 | 29856 | $261.34 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 2/10/2025 | 29855 | $315.43 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 2/10/2025 | 29859 | $467.51 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 2/10/2025 | 29852 | $536.12 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 2/10/2025 | 29854 | $795.03 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 3/3/2025 | 30030 | $132.53 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 3/3/2025 | 30032 | $137.22 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 3/3/2025 | 30031 | $137.28 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 3/3/2025 | 30029 | $216.05 | | NET 30 DAYS |
| ANGLERS RESOURCES LLC | 3/6/2025 | 30174 | $2,965.00 | | NET 60 DAYS |
| ANGLERS SELECT | 2/14/2024 | 12296 | $119.97 | | NET 30 DAYS |
| ANGLERS SELECT | 4/18/2024 | 12363 | $209.60 | -20.04 FRT | NET 30 DAYS |
| ANKER SOLIX | 2/24/2025 | 2.50E+11 | $15,925.64 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/18/2025 | 210336 | $48,374.28 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/19/2025 | 210363 | $7,535.03 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/19/2025 | 210364 | $8,788.71 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/19/2025 | 210365 | $15,795.66 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/19/2025 | 210362 | $19,235.81 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/24/2025 | 210762 | $57,097.80 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211352 | $908.82 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211368 | $908.82 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211372 | $908.82 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211374 | $908.82 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211366 | $1,096.92 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211367 | $1,096.92 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211369 | $1,096.92 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 3/31/2025 | 211375 | $1,096.92 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/3/2025 | 211475 | $390.17 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/3/2025 | 211476 | $594.10 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/3/2025 | 211477 | $769.50 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/3/2025 | 211474 | $908.82 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/3/2025 | 211478 | $908.82 | | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/3/2025 | 211668 | $3,928.76 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/10/2025 | 212015 | $12,492.09 | -313.44;SH6 0314 | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/10/2025 | 211982 | $18,355.63 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/14/2025 | 212396 | $6,414.65 | ****** | NET 60 DAYS |
| ANYTHING POSSIBLE BRANDS | 4/20/2025 | 212639 | $5,501.99 | ****** | NET 60 DAYS |
| AOB PRODUCTS CO./BUBBA | 1/29/2025 | INV40316679 | $10,546.25 | ****** | 12% 90 NET 91 |
| AOB PRODUCTS CO./BUBBA | 2/3/2025 | INVA0317630 | $13,223.75 | ****** | 12% 90 NET 91 |
| AOB PRODUCTS CO./BUBBA | 2/3/2025 | INVA0317629 | $98,487.17 | ****** | 12% 90 NET 91 |
| AOB PRODUCTS CO./BUBBA | 4/9/2025 | INVA0344914 | $11,840.85 | ****** | NET 60 DAYS |
| AOB PRODUCTS CO./BUBBA | 4/9/2025 | INVA0344916 | $20,293.50 | | NET 30 DAYS |
| AOB PRODUCTS CO./BUBBA | 4/10/2025 | INVA0345682 | $2,590.65 | ****** | NET 30 DAYS |
| AOB PRODUCTS CO./BUBBA | 4/10/2025 | INVA0345687 | $3,201.00 | | NET 30 DAYS |
| AOB PRODUCTS CO./BUBBA | 4/10/2025 | INVA0345681 | $4,082.40 | | NET 30 DAYS |
| AOB PRODUCTS CO./BUBBA | 4/10/2025 | INVA0345686 | $24,896.55 | | NET 30 DAYS |
| AOB PRODUCTS CO./BUBBA | 4/10/2025 | INVA0345683 | $38,161.75 | ****** | NET 60 DAYS |
| AOB PRODUCTS COMPANY | 2/4/2025 | INVA0318623 | $44.89 | | 12% 90 NET 91 |
| AOB PRODUCTS COMPANY | 4/16/2025 | INVA0348322 | $55,098.46 | ****** | 12% 90 NET 91 |
| AOB PRODUCTS COMPANY | 4/22/2025 | INVA0350551 | $6,043.92 | | NET 60 DAYS |
| AOB PRODUCTS COMPANY | 4/30/2025 | INVA0355557 | $6,620.78 | | 2%60Net61 |
| AOB PRODUCTS COMPANY | 4/30/2025 | INVA0355558 | $7,515.40 | | 2%60Net61 |
| APPLE INC. | 4/23/2025 | MB68560764 | $564.71 | 5/23/2025 CUST# 588651 | NET 30 DAYS |
| AQUA DREAM INC. | 2/10/2025 | 8838 | $1,632.48 | | NET 60 DAYS |
| AQUA DREAM INC. | 2/13/2025 | 8846 | $574.56 | | NET 60 DAYS |
| AQUA DREAM INC. | 3/5/2025 | 8863 | $1,022.16 | | NET 60 DAYS |
| AQUA DREAM INC. | 3/17/2025 | 8869 | $938.40 | | NET 60 DAYS |
| AQUA DREAM INC. | 4/3/2025 | 8891 | $641.52 | | NET 60 DAYS |
| AQUA DREAM INC. | 4/21/2025 | 8910 | $1,345.20 | | NET 60 DAYS |
| AQUA DREAM INC. | 6/3/2025 | 8996 | $2,523.12 | | NET 60 DAYS |
| AQUATIC NUTRITION INC. | 6/2/2025 | 19953 | $562.56 | | NET 60 DAYS |
| ARAMARK REFRESHMENT SERVICES LLC | 11/24/2025 | 14330934 | $2,089.89 | 12/24/2025 LOST EQUIPMENT | NET 30 DAYS |
| ARDENT TACKLE LLC | 3/6/2025 | 597459 | $9,034.33 | | NET 60 DAYS |
| ARDENT TACKLE LLC | 3/10/2025 | 110788 | $2,637.72 | | NET 60 DAYS |
| ARDENT TACKLE LLC | 3/10/2025 | 110787 | $2,841.95 | -25.15;SH5 0010 | NET 60 DAYS |
| ARDENT TACKLE LLC | 3/18/2025 | 111177 | $115.92 | | NET 60 DAYS |
| ARDENT TACKLE LLC | 3/18/2025 | 111178 | $139.56 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| ARDENT TACKLE LLC | 3/18/2025 | 111179 | $326.40 | | NET 60 DAYS |
| ARDENT TACKLE LLC | 3/26/2025 | 111275 | $3,964.17 | PPI | NET 60 DAYS |
| ARDENT TACKLE LLC | 4/23/2025 | 112117 | $6,484.89 | | NET 60 DAYS |
| ARDENT TACKLE LLC | 5/15/2025 | 112803 | $803.04 | | NET 60 DAYS |
| ARDENT TACKLE LLC | 5/15/2025 | 112802 | $13,265.69 | | NET 60 DAYS |
| ARDENT TACKLE LLC | 5/20/2025 | 112804 | $167.28 | | NET 60 DAYS |
| ARDISAM INC. | 8/8/2024 | S1101904 | $31,683.16 | PAY PER PO;-699.72;SH12 0473 | 2%15NET 2/1/2025 |
| ARK FISHING INTERNATIONAL LLC | 1/22/2025 | BRS001 | $2,352.25 | | NET 60 DAYS |
| ARK FISHING INTERNATIONAL LLC | 2/3/2025 | BRS002 | $4,486.25 | | NET 60 DAYS |
| ARMSCOR | 8/26/2024 | A152543A | $31,893.50 | | 2% 10 DAYS, NET 30 |
| ARMSCOR | 9/3/2024 | A142919 | $7,300.00 | | 2% 10 DAYS, NET 30 |
| ARMSCOR | 9/5/2024 | A139906E | $11,680.00 | | Net 120 Days |
| ARMSCOR | 9/16/2024 | A147054 | $2,495.00 | | 2% 10 DAYS, NET 30 |
| ARMSCOR | 9/25/2024 | A140543G | $8,760.00 | | 2% 10 DAYS, NET 30 |
| ARMSCOR | 9/26/2024 | A135212 | $4,990.00 | | 2% 10 DAYS, NET 30 |
| ARMSCOR | 6/4/2025 | A153386A | $21,280.00 | | NET 30 DAYS |
| ARMSCOR | 6/5/2025 | A155185A | $24,237.70 | | NET 30 DAYS |
| ARMSCOR | 6/17/2025 | a153683a | $20,546.00 | | NET 30 DAYS |
| ARMSCOR | 6/18/2025 | A147702 | $7,125.00 | | NET 30 DAYS |
| ARMSCOR | 6/18/2025 | A156301A | $12,110.00 | | NET 30 DAYS |
| ARMSCOR | 6/23/2025 | A147942 | $4,329.00 | | NET 30 DAYS |
| Armscor/Ammo | 6/5/2025 | A151138A | $17,663.00 | | NET 30 DAYS |
| Armscor/Ammo | 6/5/2025 | A151137A | $22,565.00 | | NET 30 DAYS |
| Armscor/Ammo | 6/17/2025 | A151134A | $9,345.00 | | NET 30 DAYS |
| ASSOCIATED | 10/10/2025 | UC408103135A | $2,000.00 | 10/20/2025 BALANCE OF INV | NET 10 DAYS |
| ASSOCIATED | 11/10/2025 | UC4081003136 | $3,622.00 | 12/10/2025 | NET 30 DAYS |
| ATSKO, INC. | 8/6/2024 | 129885 | $3,124.80 | | NET 60 DAYS |
| ATSKO, INC. | 8/14/2024 | 129996 | $10,560.00 | | NET 60 DAYS |
| ATSKO, INC. | 8/27/2024 | 130075 | $1,508.64 | | NET 60 DAYS |
| ATSKO, INC. | 8/27/2024 | 130076 | $1,536.96 | | NET 60 DAYS |
| ATSKO, INC. | 8/27/2024 | 130077 | $1,992.24 | | NET 60 DAYS |
| ATTWOOD CORP. | 6/12/2025 | 743672 | $5,418.54 | PREPAID ON 602166PREPAY | NET 30 DAYS |
| ATTWOOD CORP. | 6/12/2025 | 743673 | $20,387.24 | PREPAID ON 602169PREPAY | NET 30 DAYS |
| ATTWOOD CORP. | 6/13/2025 | 743859 | $22,752.53 | PREPAID ON 602170PREPAY | NET 30 DAYS |
| AUGUST 31 HOLDINGS, LLC | 4/21/2025 | 277 | $700.00 | 4/22/2025 TERRY JAMES CONST/INSTAL GLASS WINDO | NET 1 DAY |
| AUGUST 31 HOLDINGS, LLC | 6/2/2025 | 25-Jun | $6,273.85 | 6/3/2025 JUNE RENT 2025 | NET 1 DAY |
| AUGUST 31 HOLDINGS, LLC | 7/1/2025 | 25-Jul | $6,273.85 | 7/2/2025 JULY RENT 2025 | NET 1 DAY |
| AUGUST 31 HOLDINGS, LLC | 8/7/2025 | 25-Aug | $6,273.85 | 8/8/2025 AUGUST RENT 2025 | NET 1 DAY |
| AUGUST 31 HOLDINGS, LLC | 9/1/2025 | 25-Sep | $6,273.85 | 9/2/2025 SEPT RENT | NET 1 DAY |
| AVET REELS | 9/24/2024 | 20133169 | $10,107.00 | | NET 45 DAYS |
| AVET REELS | 9/25/2024 | 20133193 | $1,182.42 | | NET 45 DAYS |
| AVET REELS | 10/8/2024 | 20133295 | $1,957.75 | | NET 45 DAYS |
| AVET REELS | 10/29/2024 | 20133420 | $8,844.30 | | NET 45 DAYS |
| AVET REELS | 11/5/2024 | 20133473 | $1,047.32 | | NET 45 DAYS |
| AVET REELS | 11/11/2024 | 20133539 | $2,145.68 | | NET 45 DAYS |
| AVET REELS | 11/13/2024 | 20133559 | $235.68 | | NET 45 DAYS |
| AVET REELS | 11/15/2024 | 20133598 | $999.00 | | NET 45 DAYS |
| AVET REELS | 11/27/2024 | 20133735 | $1,258.81 | | NET 45 DAYS |
| AVET REELS | 12/6/2024 | 20133881 | $4,718.70 | | NET 45 DAYS |
| AVET REELS | 12/6/2024 | 20133880 | $7,354.80 | | NET 45 DAYS |
| AVET REELS | 12/12/2024 | 20134001 | $2,901.60 | | NET 45 DAYS |
| AVET REELS | 1/2/2025 | 20134178 | $1,881.28 | | NET 45 DAYS |
| AVET REELS | 1/14/2025 | 20134308 | $2,176.20 | | NET 45 DAYS |
| AWC | 12/13/2024 | INV28781 | $21,067.68 | | NET 45 DAYS |
| AWC | 12/17/2024 | RC241217-03A | $80.80 | CLEAR RC241217-03 | NET 1 DAY |
| AWC | 12/26/2024 | INV28803 | $56.56 | | NET 45 DAYS |
| B & M COMPANY | 3/4/2025 | INV9707 | $6,280.90 | | 2% 90 DAYS |
| B & M COMPANY | 5/15/2025 | INV10622 | $39,064.47 | | NET 90 |
| BADEN SPORTS, INC. | 6/6/2024 | PS2028897 | $366.00 | | NET 30 DAYS |
| BADEN SPORTS, INC. | 6/7/2024 | PS2029145 | $739.60 | | NET 30 DAYS |
| BADEN SPORTS, INC. | 7/2/2024 | PS2034113 | $231.40 | | NET 30 DAYS |
| BADEN SPORTS, INC. | 7/2/2024 | PS2034186 | $1,044.00 | | NET 30 DAYS |
| BADEN SPORTS, INC. | 12/17/2024 | PS2072805 | $3,542.30 | OVERAGE$   71.20 | NET 30 DAYS |
| BADEN SPORTS, INC. | 2/11/2025 | PS2082342 | $2,005.20 | | NET 30 DAYS |
| BADEN SPORTS, INC. | 3/31/2025 | PS2095271 | $4,876.05 | | NET 30 DAYS |
| BAIT-POP, INC. | 5/1/2025 | 221910 | $2,263.20 | | NET 30 DAYS |
| BALLISTOL USA | 3/13/2025 | 45930 | $2,652.00 | | NET 45 DAYS |
| BALLISTOL USA | 3/21/2025 | 46025 | $864.00 | | NET 45 DAYS |
| BALLISTOL USA | 3/21/2025 | 46026 | $5,478.00 | | NET 45 DAYS |
| BALLISTOL USA | 4/7/2025 | 46149 | $5,520.00 | | NET 45 DAYS |
| BALLISTOL USA | 4/14/2025 | 46279 | $3,576.00 | | NET 45 DAYS |
| BALLISTOL USA | 4/14/2025 | 46278 | $4,230.00 | | NET 45 DAYS |
| BALLISTOL USA | 4/22/2025 | 46409 | $6,570.00 | | NET 45 DAYS |
| BALLISTOL USA | 4/24/2025 | 46150 | $8,508.00 | | NET 45 DAYS |
| BALLISTOL USA | 6/18/2025 | 46862A | $144.00 | RCVD 48 0005 | NET 45 DAYS |
| BALLISTOL USA | 6/18/2025 | 46862 | $2,520.00 | | NET 45 DAYS |
| BALLISTOL USA | 6/18/2025 | 46528 | $5,040.00 | | NET 45 DAYS |
| BALLISTOL USA | 7/2/2025 | 47028 | $1,938.00 | | NET 45 DAYS |
| BALLISTOL USA | 7/7/2025 | 47027 | $9,912.00 | | NET 45 DAYS |
| BANDITO MFG | 6/12/2024 | 7462 | $16,208.45 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| BANDITO MFG | 7/3/2024 | 7478 | $1,917.60 | | NET 60 DAYS |
| BANDITO MFG | 7/8/2024 | 7481 | $1,438.20 | | NET 60 DAYS |
| BANDITO MFG | 7/9/2024 | 7484 | $1,140.50 | | NET 60 DAYS |
| BANDITO MFG | 7/15/2024 | 7487 | $190.00 | | NET 60 DAYS |
| BANDITO MFG | 7/15/2024 | 7488 | $2,281.00 | | NET 60 DAYS |
| BANDITO MFG | 7/16/2024 | 7489 | $1,025.00 | | NET 60 DAYS |
| BANDITO MFG | 11/17/2024 | 7501 | $1,400.00 | | NET 60 DAYS |
| BARBOUR INTERNATIONAL, INC. | 6/13/2024 | 1323711-IN | $4,966.11 | -28.26;SH1 0044 | NET 60 DAYS |
| BARBOUR INTERNATIONAL, INC. | 6/18/2024 | 1323998-IN | $5,908.32 | PPI | NET 60 DAYS |
| BARBOUR INTERNATIONAL, INC. | 6/30/2024 | JUN0008-FC | $99.66 | | NET 1 DAY |
| BARBOUR INTERNATIONAL, INC. | 9/30/2024 | SEP0008-FC | $165.19 | | NET 1 DAY |
| BARBOUR INTERNATIONAL, INC. | 10/31/2024 | OCT0005-FC | $165.19 | | NET 1 DAY |
| BARBOUR INTERNATIONAL, INC. | 11/30/2024 | NOV0005-FC | $165.19 | | NET 1 DAY |
| BARBOUR INTERNATIONAL, INC. | 12/31/2024 | DEC0008-FC | $165.19 | | NET 1 DAY |
| BARBOUR INTERNATIONAL, INC. | 1/31/2025 | JAN0006-FC | $165.19 | | NET 1 DAY |
| BARBOUR INTERNATIONAL, INC. | 2/28/2025 | FEB0007-FC | $165.19 | | NET 1 DAY |
| BARBOUR INTERNATIONAL, INC. | 3/31/2025 | MAR0009-FC | $165.19 | | NET 1 DAY |
| BARNETT OUTDOORS LLC | 1/2/2025 | 3084754.1 | $3,426.24 | | Net 120 Days |
| BARNETT OUTDOORS LLC | 3/6/2025 | 3089974.1 | $6,286.80 | | Net 120 Days |
| BARNETT OUTDOORS LLC | 4/24/2025 | 3092327.1 | $8,189.35 | -137.27;SH1 0327 | Net 120 Days |
| BARNETT OUTDOORS LLC | 5/20/2025 | 3089974.2 | $2,186.69 | | Net 120 Days |
| BARNETT OUTDOORS LLC | 5/24/2025 | 3089974.3 | $134.84 | | Net 120 Days |
| BARNETT OUTDOORS LLC | 6/25/2025 | 3092327.2 | $568.04 | | Net 120 Days |
| BASS ASSASSIN INC. | 5/13/2025 | 73070A | $17,163.66 | PREPAID | NET 1 DAY |
| BASS ASSASSIN INC. | 5/14/2025 | 73072 | $1,760.62 | | NET 30 DAYS |
| BASS ASSASSIN INC. | 5/14/2025 | 73075 | $4,689.60 | | NET 60 DAYS |
| BASS ASSASSIN INC. | 5/14/2025 | 73074 | $6,671.58 | | NET 60 DAYS |
| BASS ASSASSIN INC. | 5/21/2025 | 73113 | $2,016.36 | | NET 60 DAYS |
| BASS ASSASSIN INC. | 5/21/2025 | 73102 | $24,387.42 | PPI | 2%60NET61 |
| BASS ASSASSIN INC. | 6/3/2025 | 73170 | $2,011.68 | | NET 60 DAYS |
| BAY DE NOC LURE CO. | 8/30/2024 | 16885 | $1,074.62 | | NET 75 DAYS |
| BAY DE NOC LURE CO. | 8/30/2024 | 16884 | $1,946.09 | | NET 75 DAYS |
| BAY DE NOC LURE CO. | 8/30/2024 | 16970 | $2,269.26 | | NET 75 DAYS |
| BAY DE NOC LURE CO. | 8/30/2024 | 16883 | $4,011.51 | | NET 75 DAYS |
| BAY DE NOC LURE CO. | 9/19/2024 | 16894 | $1,149.75 | | NET 90 |
| BAY DE NOC LURE CO. | 9/30/2024 | 16903 | $15,781.05 | | NET 45 DAYS |
| BAY DE NOC LURE CO. | 9/30/2024 | 16902 | $21,741.70 | | NET 45 DAYS |
| BAY DE NOC LURE CO. | 10/23/2024 | 16923 | $8,135.08 | | NET 30 DAYS |
| BAY DE NOC LURE CO. | 11/14/2024 | 16946 | $1,304.74 | | NET 30 DAYS |
| BAY DE NOC LURE CO. | 11/21/2024 | 16947 | $2,343.36 | | NET 30 DAYS |
| BAY DE NOC LURE CO. | 12/19/2024 | 16991 | $1,278.09 | -6.48 FRT | NET 100 DAYS |
| BAY DE NOC LURE CO. | 2/5/2025 | 17087 | $1,802.82 | | NET 100 DAYS |
| BAYLESS ENTERPRISES | 4/10/2025 | 1393 | $2,352.00 | | NET 90 |
| BBnDB Distributors | 6/6/2025 | 10210 | $560.64 | | NET 30 DAYS |
| BEAR & SON CUTLERY | 2/1/2024 | INV1753805A | $3,751.11 | PREPAID | NET 1 DAY |
| BEAR & SON CUTLERY | 2/20/2025 | INV1766110 | $2,002.77 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 2/20/2025 | INV1766111 | $3,387.00 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 2/20/2025 | INV1766116 | $4,120.78 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 2/24/2025 | INV1766206 | $71.38 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 2/24/2025 | INV1766207 | $502.82 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 2/24/2025 | INV1766209 | $677.32 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 2/25/2025 | INV1766283 | $375.45 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 2/25/2025 | INV1766282 | $1,449.61 | | NET 90 |
| BEAR & SON CUTLERY | 3/14/2025 | INV1766783 | $461.53 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 4/2/2025 | INV1767350 | $66.65 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 4/2/2025 | INV1767351 | $214.75 | | NET 90 |
| BEAR & SON CUTLERY | 4/2/2025 | INV1767352 | $390.26 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 4/24/2025 | INV1768000 | $128.60 | | NET 60 DAYS |
| BEAR & SON CUTLERY | 5/21/2025 | INV1768811 | $1,246.61 | -28.60;SH1 0119 | NET 60 DAYS |
| BEAR PAW TACKLE CO. INC. | 12/19/2024 | 13500 | $2,701.50 | | NET 90 |
| BEAR PAW TACKLE CO. INC. | 12/27/2024 | 13510 | $1,073.16 | | NET 90 |
| BEAR PAW TACKLE CO. INC. | 1/16/2025 | 13519 | $1,907.28 | | NET 90 |
| BEAR PAW TACKLE CO. INC. | 3/6/2025 | 13550 | $3,299.76 | | NET 90 |
| BEAR PAW TACKLE CO. INC. | 4/9/2025 | 13565 | $11,143.44 | | NET 90 |
| BEAR PAW TACKLE CO. INC. | 5/1/2025 | 13591 | $1,624.74 | | 5%30,2%60,N 90 |
| BEAR PAW TACKLE CO. INC. | 6/5/2025 | 13618 | $1,302.24 | | NET 90 |
| BEARING BUDDY | 1/13/2025 | 28533 | $1,195.20 | | NET 30 DAYS |
| BEAU-MAC/SMI | 9/25/2024 | 45017 | $43,989.75 | | NET 60 DAYS |
| BEAU-MAC/SMI | 10/15/2024 | 45077 | $5,904.80 | -26.16;SH12 2733 | NET 60 DAYS |
| BEAU-MAC/SMI | 10/15/2024 | 45079 | $8,891.99 | -26.16;SH12 2733 | NET 60 DAYS |
| BEAU-MAC/SMI | 10/15/2024 | 45080 | $14,291.64 | | NET 60 DAYS |
| BEAU-MAC/SMI | 10/15/2024 | 45078 | $27,063.93 | -37.80;SH12 0386 | NET 60 DAYS |
| BEAU-MAC/SMI | 11/20/2024 | 45175 | $4,287.95 | | NET 60 DAYS |
| BEAU-MAC/SMI | 11/20/2024 | 45174 | $12,036.43 | | NET 60 DAYS |
| BEAU-MAC/SMI | 12/18/2024 | 45247 | $12,906.01 | | NET 60 DAYS |
| BEAU-MAC/SMI | 1/23/2025 | 45337 | $9,509.46 | | NET 90 |
| BEAU-MAC/SMI | 5/14/2025 | RG250602-01A | $72.00 | CORRECT OVER RECEIVE | NET 1 DAY |
| BEAU-MAC/SMI | 5/14/2025 | 45732A | $65,195.70 | PREPAID | NET 1 DAY |
| BERRY'S B&T | 10/28/2024 | 4036 | $1,231.44 | | NET 30 DAYS |
| BERRY'S B&T | 12/10/2024 | 4039 | $1,020.48 | | NET 30 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| BERRY'S B&T | 2/7/2025 | 4045 | $1,278.72 | | NET 30 DAYS |
| BERSA USA LLC | 5/7/2025 | B20250981 | $624.00 | | NET 30 DAYS |
| BERSA USA LLC | 5/7/2025 | B20250985 | $3,296.00 | -215.00;SH5 0284,OV2 0330,OV1 0331 | NET 30 DAYS |
| BERSA USA LLC | 5/7/2025 | B20250982 | $5,186.00 | -290.00;SH1 0293 | NET 30 DAYS |
| BERSA USA LLC | 5/7/2025 | B20250986 | $7,685.00 | PPI | NET 30 DAYS |
| BERSA USA LLC | 5/7/2025 | B20250983 | $10,700.00 | | NET 30 DAYS |
| BERSA USA LLC | 5/16/2025 | B20251185 | $539.00 | | NET 30 DAYS |
| BERSA USA LLC | 6/10/2025 | B20251377 | $458.00 | | NET 30 DAYS |
| BERSA USA LLC | 6/18/2025 | B20251380 | $4,600.00 | | NET 30 DAYS |
| BERSA USA LLC | 6/18/2025 | B20251378 | $5,650.00 | | NET 30 DAYS |
| BEST CATCH BAIT COMPANY | 4/23/2024 | 212044 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/30/2024 | 212059A | $62.40 | DS REC'G ERROR | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/30/2024 | 212059 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/30/2024 | 212061 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/7/2024 | 213024 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/7/2024 | 213025 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/7/2024 | 213026 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/14/2024 | 219028 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/21/2024 | 222851 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 6/11/2024 | 222938 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 6/11/2024 | 222939 | $249.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 6/25/2024 | 223949 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 7/9/2024 | 224159 | $374.40 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 7/16/2024 | 229522 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 8/6/2024 | 229580 | $374.40 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 8/13/2024 | 230289 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 8/13/2024 | 230290 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 8/20/2024 | 230306 | $374.40 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 9/3/2024 | 232596 | $124.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 1/21/2025 | 241329 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 1/21/2025 | 241330 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/4/2025 | 243069 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/4/2025 | 243070 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/4/2025 | 243071 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/11/2025 | 243072 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/18/2025 | 248574 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/18/2025 | 248575 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/18/2025 | 248576 | $259.20 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/18/2025 | 248577 | $259.20 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 3/25/2025 | 248630 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/1/2025 | 248639 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/1/2025 | 248640 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/1/2025 | 248641 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/1/2025 | 248642 | $388.80 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/15/2025 | 248663 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/15/2025 | 248664 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/15/2025 | 248665 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/29/2025 | 259493 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/29/2025 | 259495 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/29/2025 | 259492 | $165.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 4/29/2025 | 259494 | $165.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/27/2025 | 259498 | $129.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/27/2025 | 259496 | $165.60 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/27/2025 | 259497 | $259.20 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 5/27/2025 | 259499 | $295.20 | | NET 60 DAYS |
| BEST CATCH BAIT COMPANY | 7/16/2025 | DS250616-02 | $129.60 | DS250616-02 | NET 60 DAYS |
| Betts - Cast Nets | 3/13/2025 | 110413 | $17,515.51 | | NET 90 |
| Betts - Cast Nets | 4/23/2025 | 110709 | $22,521.46 | ****** | NET 90 |
| Betts - Cast Nets | 4/23/2025 | 110712 | $25,878.52 | | NET 90 |
| Betts - Cast Nets | 5/1/2025 | 110777 | $81,611.01 | -7.86;SH4 0024/OVR4 0022 | Net 120 Days |
| Betts - Cast Nets | 6/19/2025 | 111066 | $191,421.97 | PPI | NET 90 |
| BETTS TACKLE | 2/13/2025 | 110237 | $1,189.68 | | Net 120 Days |
| BETTS TACKLE | 2/13/2025 | 110238 | $3,535.07 | ****** | Net 120 Days |
| BETTS TACKLE | 2/17/2025 | 110250A | $63.83 | REC'G ERROR | Net 120 Days |
| BETTS TACKLE | 2/17/2025 | 110252 | $12,059.58 | ****** | Net 120 Days |
| BETTS TACKLE | 2/17/2025 | 110250 | $28,300.05 | ****** | Net 120 Days |
| BETTS TACKLE | 3/4/2025 | 110319 | $13,263.42 | | NET 90 |
| BETTS TACKLE | 3/10/2025 | 110356 | $132.26 | ****** | Net 120 Days |
| BETTS TACKLE | 3/10/2025 | 110357 | $1,372.38 | ****** | NET 90 |
| BETTS TACKLE | 3/10/2025 | 110355 | $3,450.84 | | NET 90 |
| BETTS TACKLE | 3/11/2025 | 110377 | $123.09 | | NET 90 |
| BETTS TACKLE | 3/11/2025 | 110376 | $149.22 | | NET 90 |
| BETTS TACKLE | 3/13/2025 | 110416 | $260.95 | | NET 90 |
| BETTS TACKLE | 3/13/2025 | 110410 | $531.89 | ****** | Net 120 Days |
| BETTS TACKLE | 3/13/2025 | 110418 | $1,201.11 | ****** | NET 90 |
| BETTS TACKLE | 3/13/2025 | 110417 | $1,416.80 | ****** | Net 120 Days |
| BETTS TACKLE | 3/13/2025 | 110415 | $1,492.07 | ****** | Net 120 Days |
| BETTS TACKLE | 3/13/2025 | 110412 | $1,811.20 | | NET 90 |
| BETTS TACKLE | 3/13/2025 | 110411 | $1,826.16 | | NET 90 |
| BETTS TACKLE | 3/13/2025 | 110419 | $3,929.81 | ****** | NET 90 |

| | | | | | |
|---|---|---|---|---|---|
| BETTS TACKLE | 3/13/2025 | 110408 | $6,595.44 | | NET 90 |
| BETTS TACKLE | 3/13/2025 | 110420 | $6,922.32 | | NET 90 |
| BETTS TACKLE | 3/13/2025 | 110409 | $13,932.00 | -820.80;SH570 1763 | NET 90 |
| BETTS TACKLE | 3/20/2025 | 110500 | $3,385.38 | ****** | NET 90 |
| BETTS TACKLE | 3/28/2025 | 110548 | $1,290.00 | ****** | NET 90 |
| BETTS TACKLE | 3/28/2025 | 110547 | $3,242.99 | | NET 90 |
| BETTS TACKLE | 4/15/2025 | 110637 | $2,067.62 | | NET 90 |
| BETTS TACKLE | 4/16/2025 | 110652 | $791.14 | ****** | NET 90 |
| BETTS TACKLE | 4/16/2025 | 110651 | $1,664.72 | ****** | Net 120 Days |
| BETTS TACKLE | 4/16/2025 | 110653 | $23,233.06 | -88.54;SH12 1474 | NET 90 |
| BETTS TACKLE | 4/16/2025 | 110654 | $106,634.19 | | NET 90 |
| BETTS TACKLE | 4/23/2025 | 110711 | $1,140.00 | | NET 90 |
| BETTS TACKLE | 4/23/2025 | 110710 | $1,783.61 | ****** | NET 90 |
| BETTS TACKLE | 4/23/2025 | 110708 | $6,182.74 | ****** | NET 90 |
| BETTS TACKLE | 4/25/2025 | 110739 | $2,061.09 | | NET 90 |
| BETTS TACKLE | 4/28/2025 | 110745 | $1,788.35 | ****** | NET 90 |
| BETTS TACKLE | 5/1/2025 | 110778 | $1,932.54 | ****** | NET 90 |
| BETTS TACKLE | 5/1/2025 | 110776 | $2,634.59 | ****** | NET 90 |
| BETTS TACKLE | 5/13/2025 | 110852 | $1,822.35 | ****** | NET 90 |
| BETTS TACKLE | 5/16/2025 | 110880 | $6,326.57 | ****** | NET 90 |
| BETTS TACKLE | 5/16/2025 | 110879 | $6,342.31 | ****** | NET 90 |
| BETTS TACKLE | 5/16/2025 | 110881 | $11,233.82 | ****** | NET 90 |
| BETTS TACKLE | 6/2/2025 | 110966 | $3,595.06 | ****** | NET 90 |
| BETTS TACKLE | 6/10/2025 | 111002 | $6,098.35 | ****** | NET 90 |
| BETTS TACKLE | 6/12/2025 | 111021 | $666.12 | | NET 90 |
| BETTS TACKLE | 6/12/2025 | 111020 | $1,969.24 | ****** | NET 90 |
| BETTS TACKLE | 6/13/2025 | 602330 | $257.68 | REC'G ERROR | NET 1 DAY |
| BETTS TACKLE | 6/19/2025 | 111065 | $9,422.00 | ****** | NET 90 |
| BETTS TACKLE | 7/7/2025 | 111162 | $1,295.64 | | NET 90 |
| BIG BITE BAITS-GSM, LLC | 2/14/2025 | 2025047461 | $5,187.72 | | Net 120 Days |
| BIG BITE BAITS-GSM, LLC | 4/2/2025 | 2025101233 | $1,588.35 | | Net 120 Days |
| BIG BITE BAITS-GSM, LLC | 5/13/2025 | 2025145869 | $470.56 | ****** | NET 90 |
| BIG BITE BAITS-GSM, LLC | 5/31/2025 | 2025165737 | $2,176.10 | -56.76;SH30 0340,SH36 0341 | NET 90 |
| BIG BITE BAITS-GSM, LLC | 6/17/2025 | 2025181969 | $48.96 | | NET 90 |
| BIG BITE BAITS-GSM, LLC | 6/25/2025 | 2025193844 | $24.48 | | NET 90 |
| BIGSHOT ARCHERY, LLC | 3/7/2025 | 3019476 | $7,326.34 | | NET 60 DAYS |
| BIGSHOT ARCHERY, LLC | 4/1/2025 | 3019698 | $5,707.55 | | NET 60 DAYS |
| BILL LEWIS-GSM, LLC | 2/13/2025 | 2025045074 | $5,511.18 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 2/14/2025 | 2025047463 | $19,968.56 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 2/18/2025 | 2025050751 | $1,941.12 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 3/4/2025 | 598273A | $181.98 | REC'G ERROR | Net 120 Days |
| BILL LEWIS-GSM, LLC | 3/11/2025 | 2025074975 | $80.88 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 3/31/2025 | 2025099800 | $1,254.44 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 3/31/2025 | 2025100339 | $1,395.18 | | NET 90 |
| BILL LEWIS-GSM, LLC | 3/31/2025 | 2025100364 | $6,970.26 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 4/2/2025 | 2025101231 | $30.54 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 4/15/2025 | 2025115341 | $30.54 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 4/25/2025 | 2025127561 | $2,495.64 | | NET 90 |
| BILL LEWIS-GSM, LLC | 5/9/2025 | 2025143561 | $80.88 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 5/12/2025 | 2025144976 | $444.84 | | Net 120 Days |
| BILL LEWIS-GSM, LLC | 5/13/2025 | 2025145870 | $3,343.80 | | NET 90 |
| BILL LEWIS-GSM, LLC | 5/21/2025 | 2025153959 | $1,099.56 | | NET 90 |
| BILL LEWIS-GSM, LLC | 5/30/2025 | 2025163026 | $2,515.44 | | NET 90 |
| BILL LEWIS-GSM, LLC | 5/31/2025 | 2025165261 | $3,125.94 | | NET 90 |
| BILL LEWIS-GSM, LLC | 5/31/2025 | 2025165734 | $11,540.65 | | NET 90 |
| BILL LEWIS-GSM, LLC | 6/18/2025 | 2025183598 | $660.84 | | NET 90 |
| BILL LEWIS-GSM, LLC | 6/21/2025 | 2025188329 | $149.10 | | NET 90 |
| BILL LEWIS-GSM, LLC | 6/25/2025 | 2025193845 | $192.24 | | NET 90 |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 12/23/2024 | 15584448 | $3,089.37 | | NET 90 |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 1/16/2025 | 15585101 | $8,513.60 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 1/28/2025 | 15585371 | $2,991.32 | | NET 90 |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 1/31/2025 | 15585431 | $4,659.14 | | NET 90 |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 1/31/2025 | 15585433 | $5,078.17 | | NET 90 |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 2/6/2025 | 15585562 | $9,696.85 | | NET 90 |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 2/25/2025 | 15586050 | $546.12 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 3/7/2025 | 15586090 | $11,066.02 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 3/11/2025 | 15586418 | $485.65 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 3/11/2025 | 15586420 | $728.48 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 3/11/2025 | 15586422 | $728.48 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 3/11/2025 | 15586421 | $4,856.54 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 4/3/2025 | 15586848 | $2,343.47 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 4/4/2025 | 15586849 | $4,385.06 | -157.44;SH6 0022 | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 4/8/2025 | 15586920 | $8,172.77 | | NET 60 DAYS |
| BISS PRODUCT DEVELOPMENT, LLC DBA ST | 4/10/2025 | 15586846 | $1,658.69 | | NET 60 DAYS |
| BKK TACKLE INNOVATION USA INC. | 11/8/2024 | #BR-USA0003809 | $2,050.14 | ****** | NET 90 |
| BKK TACKLE INNOVATION USA INC. | 11/8/2024 | #BR-USA0003810 | $2,672.49 | ****** | NET 90 |
| BKK TACKLE INNOVATION USA INC. | 1/14/2025 | USA0004078 | $584.84 | | NET 90 |
| BKK TACKLE INNOVATION USA INC. | 1/15/2025 | USA0004088 | $389.70 | | NET 60 DAYS |
| BKK TACKLE INNOVATION USA INC. | 1/15/2025 | USA0004087 | $1,084.01 | -118.17;SH60 0467/SH1 0482,0483 | NET 60 DAYS |
| BKK TACKLE INNOVATION USA INC. | 1/15/2025 | USA0004089 | $1,360.75 | -214.77;SH10 0435,SH20 0182 | NET 90 |

| Vendor | Date | Reference | Amount | Note | Terms |
|---|---|---|---|---|---|
| BKK TACKLE INNOVATION USA INC. | 1/24/2025 | USA0004202A | $15.00 | PAY SHIPPING CHARGE | NET 60 DAYS |
| BKK TACKLE INNOVATION USA INC. | 1/24/2025 | USA0004202 | $272.78 | -15.00 UNKNOWN CHARGE | NET 60 DAYS |
| BKK TACKLE INNOVATION USA INC. | 1/30/2025 | USA0004219 | $2,069.15 | | NET 60 DAYS |
| BKK TACKLE INNOVATION USA INC. | 4/30/2025 | USA0004519 | $1,860.29 | | NET 60 DAYS |
| BKK TACKLE INNOVATION USA INC. | 6/10/2025 | 2506000177 | $773.15 | | NET 30 DAYS |
| BKK TACKLE INNOVATION USA INC. | 6/12/2025 | 2506000176 | $1,899.27 | | NET 30 DAYS |
| BLACK MARINE PRODUCTS, INC. | 3/3/2025 | 50685 | $2,076.24 | | NET 60 DAYS |
| BLACK MARINE PRODUCTS, INC. | 3/3/2025 | 50682 | $14,552.88 | -575.04;SH96 0004/SH48 0017 | 2%60NET61 |
| BLACK MARINE PRODUCTS, INC. | 3/28/2025 | 50707 | $5,075.04 | | NET 60 DAYS |
| BLACK MARINE PRODUCTS, INC. | 4/16/2025 | 50725 | $3,896.43 | | NET 60 DAYS |
| BLACK MARINE PRODUCTS, INC. | 4/30/2025 | 50732 | $1,370.40 | | NET 60 DAYS |
| BLACK MARINE PRODUCTS, INC. | 4/30/2025 | 50730 | $11,873.94 | | NET 60 DAYS |
| BLACK MARINE PRODUCTS, INC. | 6/25/2025 | 50784 | $7,475.13 | | NET 60 DAYS |
| BLACK MARINE PRODUCTS, INC. | 7/2/2025 | 50790 | $2,901.24 | | NET 60 DAYS |
| BLACK MARINE PRODUCTS, INC. | 7/7/2025 | 50793 | $1,782.42 | | NET 60 DAYS |
| BLACK RAIN ORDNANCE, INC. | 1/22/2025 | 11670 | $16,040.00 | | NET 30 DAYS |
| BLACK RIVER TOOLS INC/DRIFTMASTER | 1/9/2025 | 228224 | $12,953.15 | | NET 45 DAYS |
| BLACK WIDOW DEER LURES, LLC. | 9/26/2024 | 11036 | $3,514.12 | | NET 60 DAYS |
| BLACK WIDOW DEER LURES, LLC. | 10/18/2024 | 11138 | $1,650.07 | | NET 60 DAYS |
| BLACK WIDOW DEER LURES, LLC. | 10/18/2024 | 11139 | $2,233.08 | | NET 60 DAYS |
| BLASER GROUP USA | 3/20/2025 | RC230320-02A | $1,973.50 | REPAIRED RIFLES | Net 120 Days |
| BLASER GROUP USA | 5/15/2024 | RC240515-04A | $760.00 | REPAIRED GUN | NET 1 DAY |
| BLASER GROUP USA | 7/16/2024 | RC240716-02A | $740.70 | GUN REPAIRED | NET 1 DAY |
| BLASER GROUP USA | 7/21/2025 | LC250721-03 | $756.00 | RETURN | 2%30NET60 |
| BLASER GROUP USA | 8/20/2025 | LC250820-02 | $683.00 | RETURN | 2%30NET60 |
| BLUE WATER CANDY | 12/12/2024 | 424049 | $3,018.77 | | NET 60 DAYS |
| BLUE WATER CANDY | 1/10/2025 | 424138 | $4,898.45 | -136.44;SH36 0211 | NET 60 DAYS |
| BLUE WATER CANDY | 2/4/2025 | 723606 | $14,678.93 | | NET 60 DAYS |
| BLUE WATER CANDY | 2/17/2025 | 723652 | $5,276.50 | | NET 60 DAYS |
| BLUE WATER CANDY | 2/24/2025 | 723669 | $345.71 | | NET 60 DAYS |
| BLUE WATER CANDY | 2/24/2025 | 723670 | $2,782.30 | | NET 60 DAYS |
| BLUE WATER CANDY | 3/3/2025 | 723703 | $5,608.55 | | NET 60 DAYS |
| BLUE WATER CANDY | 3/11/2025 | 723725 | $2,491.24 | | NET 60 DAYS |
| BLUE WATER CANDY | 3/24/2025 | 723771 | $3,622.81 | | NET 60 DAYS |
| BLUEWATER/PRIMO LLC | 4/30/2025 | 4028/4424 | $1,787.18 | | NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 5/15/2025 | 601785 | $357.06 | REC'G ERROR | NET 1 DAY |
| BLUEWATER/PRIMO LLC | 5/28/2025 | 4028/4440 | $861.84 | | NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 5/28/2025 | 4028/4441 | $989.08 | | NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 6/4/2025 | 4028/4445 | $3,242.58 | | NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 6/17/2025 | 4028/4450 | $133.89 | | NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 6/17/2025 | 4028/4449 | $791.96 | | NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 6/18/2025 | 4028/4453 | $253.20 | | NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 7/3/2025 | 603396 | $5,216.93 | | 603396 NET 30 DAYS |
| BLUEWATER/PRIMO LLC | 7/7/2025 | 603397 | $1,213.15 | | 603397 NET 30 DAYS |
| BNR TACKLE | 11/4/2024 | BNR-15694 | $14,034.01 | | NET 60 DAYS |
| BNR TACKLE | 11/14/2024 | BNR-15791 | $518.64 | -10.00 FRT | NET 60 DAYS |
| BNR TACKLE | 11/19/2024 | BNR-15835 | $3,579.84 | | NET 60 DAYS |
| BNR TACKLE | 12/16/2024 | BNR-16265 | $11,567.88 | | NET 60 DAYS |
| BNR TACKLE | 12/17/2024 | BNR-16400 | $3,457.80 | | NET 60 DAYS |
| BNR TACKLE | 12/19/2024 | BNR-16395 | $4,940.70 | | NET 60 DAYS |
| BNR TACKLE | 12/23/2024 | BNR-16242 | $4,232.82 | -209.58;SH42 0414/24 0415 | NET 60 DAYS |
| BNR TACKLE | 1/3/2025 | BNR-15594A | $177.96 | | NET 60 DAYS |
| Bohning Co. Ltd. | 9/12/2024 | 331239 | $1,476.83 | | NET 45 DAYS |
| Bohning Co. Ltd. | 10/2/2024 | 318139 | $269.79 | | NET 45 DAYS |
| Bohning Co. Ltd. | 10/4/2024 | 318270 | $772.68 | | NET 45 DAYS |
| Bohning Co. Ltd. | 10/11/2024 | 318531 | $1,443.44 | | NET 45 DAYS |
| BOONE BAIT CO. INC. | 5/8/2025 | 37430 | $1,489.90 | | NET 30 DAYS |
| BOONE BAIT CO. INC. | 5/19/2025 | 37450 | $1,809.50 | | NET 30 DAYS |
| BOONE BAIT CO. INC. | 5/19/2025 | 37449 | $1,992.35 | -57.25;SH5 0514 | NET 30 DAYS |
| BOONE BAIT CO. INC. | 5/28/2025 | 37467 | $7,414.84 | | NET 30 DAYS |
| BOONE BAIT CO. INC. | 6/6/2025 | 37490 | $3,801.20 | | 14% 30 DAYS |
| BOONE BAIT CO. INC. | 6/13/2025 | 37503 | $3,725.60 | | NET 30 DAYS |
| BOONE BAIT CO. INC. | 6/16/2025 | 37509 | $2,479.90 | | 14% 30 DAYS |
| BOONE BAIT CO. INC. | 6/17/2025 | 37510 | $13,448.70 | | NET 30 DAYS |
| BOONE BAIT CO. INC. | 6/19/2025 | 37515 | $93.10 | | 14% 30 DAYS |
| BOTTOM CANDY, LLC | 3/5/2025 | 568069A | $248.18 | | NET 30 DAYS |
| BOUNDARY WATERS FISHING TACKLE, LLC | 5/2/2024 | 501190 | $9,266.99 | | 2% 90 DAYS |
| BOUNDARY WATERS FISHING TACKLE, LLC | 5/3/2024 | 501262 | $4,820.38 | | 2% 90 DAYS |
| BOUNDARY WATERS FISHING TACKLE, LLC | 5/3/2024 | 501261 | $12,487.58 | PAY PER PO | NET 90 |
| BOYT HARNESS COMPANY | 10/17/2024 | 785411 | $362.88 | | NET 60 DAYS |
| BOYT HARNESS COMPANY | 10/24/2024 | 785832 | $721.44 | | NET 60 DAYS |
| BOYT HARNESS COMPANY | 12/23/2024 | 789372 | $2,730.20 | -138.79 FRT | NET 60 DAYS |
| BP PRODUCTS INC. | 10/23/2024 | 4255 | $1,706.40 | | NET 30 DAYS |
| BPI / BERGARA | 4/17/2025 | F169495 | $32,354.40 | | NET 30 DAYS |
| BPI / BERGARA | 4/29/2025 | F170160 | $4,133.43 | | NET 30 DAYS |
| BPI / BERGARA | 4/29/2025 | F170161 | $6,905.40 | | NET 30 DAYS |
| BPI / BERGARA | 4/29/2025 | F170162 | $8,506.80 | | NET 30 DAYS |
| BPI / BERGARA | 4/29/2025 | F170159 | $15,166.38 | | NET 30 DAYS |
| BPI / CVA | 5/7/2025 | F170792 | $30,116.90 | NASHVILLE PRICING | NET 60 DAYS |
| BRAZTECH INTERNATIONAL L.C. | 1/30/2025 | 90000175 | $6,255.00 | | NET 30 DAYS |

| Vendor | Date | Invoice | Amount | Date 2 | Note | Terms |
|---|---|---|---|---|---|---|
| BRAZTECH INTERNATIONAL L.C. | 2/11/2025 | 90006557 | $29,148.00 | | | 4% 10, NET 30 |
| BRAZTECH INTERNATIONAL L.C. | 2/20/2025 | 90010561 | $15,569.00 | | | 4% 10, NET 30 |
| BRAZTECH INTERNATIONAL L.C. | 5/31/2025 | 90046519 | $30,345.00 | | PREPAID PO BC250507-01 | 4% 10, NET 30 |
| BRECKS INTERNATIONAL, INC. | 3/12/2025 | 6020 | $1,892.40 | | -27.84;SH6 1206 | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 3/12/2025 | 6021 | $2,537.04 | | | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 3/24/2025 | 6058 | $5,269.56 | | | 2% 30, NET 45 |
| BRECKS INTERNATIONAL, INC. | 3/26/2025 | 6067 | $2,565.84 | | | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 4/15/2025 | 6177 | $2,919.12 | | | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 5/6/2025 | 6274 | $1,147.14 | | | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 5/6/2025 | 6275 | $4,917.00 | | | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 5/23/2025 | 6382 | $512.40 | | | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 5/23/2025 | 6383 | $1,056.00 | | | NET 45 DAYS |
| BRECKS INTERNATIONAL, INC. | 6/9/2025 | 6429 | $3,256.74 | | | NET 45 DAYS |
| BRISK LOGISTICS INC | 5/6/2025 | 142135900 | $97,251.40 | 5/11/2025 | SYF20250309BRS-002 | net five days |
| BRISK LOGISTICS INC | 5/8/2025 | 145342000 | $3,807.66 | 5/13/2025 | SP250190 | net five days |
| BRISK LOGISTICS INC | 5/15/2025 | 142140900 | $5,143.60 | 5/20/2025 | SP25012 | net five days |
| BRISK LOGISTICS INC | 5/15/2025 | 142136500 | $6,988.56 | 5/20/2025 | SP25010 | net five days |
| BRISK LOGISTICS INC | 5/16/2025 | 142141700 | $2,193.71 | 5/21/2025 | KRX15594 | net five days |
| BRISK LOGISTICS INC | 5/16/2025 | 142138300 | $5,513.64 | 5/21/2025 | SUFANG PO#590636 | net five days |
| BRISK LOGISTICS INC | 5/16/2025 | 142142700 | $31,907.18 | 5/21/2025 | SYF PO#595930 | net five days |
| BRISK LOGISTICS INC | 5/22/2025 | 142141100 | $3,243.52 | 5/27/2025 | SP25013 | net five days |
| BRISK LOGISTICS INC | 5/22/2025 | 142137600 | $7,930.86 | 5/27/2025 | SYF 20250318 BF-004 | net five days |
| BRISK LOGISTICS INC | 5/22/2025 | 142142200 | $12,240.00 | 5/27/2025 | DMP250319 | net five days |
| BRISK LOGISTICS INC | 5/22/2025 | 142144200 | $17,939.55 | 5/27/2025 | FSI-55072 | net five days |
| BRISK LOGISTICS INC | 5/27/2025 | 142145000 | $3,662.81 | 6/1/2025 | SP25014 | net five days |
| BRISK LOGISTICS INC | 5/29/2025 | 142145700 | $11,904.69 | 6/3/2025 | SUFANG PO#591278 | net five days |
| BRISK LOGISTICS INC | 6/12/2025 | 142147800 | $3,608.84 | 6/17/2025 | SP25018 | net five days |
| BRISK LOGISTICS INC | 6/12/2025 | 142150100 | $4,919.64 | 6/17/2025 | FSI-55095 | net five days |
| BRISK LOGISTICS INC | 6/12/2025 | 142146000 | $5,112.21 | 6/17/2025 | SP25017 | net five days |
| BRISK LOGISTICS INC | 6/12/2025 | 142145200 | $21,848.60 | 6/17/2025 | SYF-NINGBO | net five days |
| BRISK LOGISTICS INC | 6/24/2025 | 142151700 | $3,446.44 | 6/29/2025 | FSI-55097 | net five days |
| BRISK LOGISTICS INC | 6/24/2025 | 142149400 | $5,012.56 | 6/29/2025 | FSI-55089-2 | net five days |
| BRISK LOGISTICS INC | 6/24/2025 | 142150900 | $5,805.73 | 6/29/2025 | FSI-55094 | net five days |
| BRISK LOGISTICS INC | 6/24/2025 | 142150200 | $5,952.66 | 6/29/2025 | SP250210 | net five days |
| BRISK LOGISTICS INC | 6/24/2025 | 142149200 | $7,210.49 | 6/29/2025 | KRX15629 | net five days |
| BRISK LOGISTICS INC | 7/1/2025 | 142153100 | $25,235.49 | 7/6/2025 | FSI-55111 | net five days |
| BRISK LOGISTICS INC | 7/10/2025 | 142158800 | $2,787.08 | 7/15/2025 | SYF PO#599382 | net five days |
| BRISK LOGISTICS INC | 7/10/2025 | 1421499 | $2,805.84 | 7/11/2025 | FSI-55090 | NET 1 DAY |
| BRISK LOGISTICS INC | 7/10/2025 | 1421518 | $3,161.46 | 7/11/2025 | FSI-55096 | NET 1 DAY |
| BRISK LOGISTICS INC | 7/10/2025 | 1421555 | $8,045.29 | 7/11/2025 | SP25023 | NET 1 DAY |
| BRISK LOGISTICS INC | 7/18/2025 | 142159000 | $5,280.13 | 7/23/2025 | SYF20250530 BRS-011 | net five days |
| BRISK LOGISTICS INC | 7/18/2025 | 142156700 | $15,956.60 | 7/23/2025 | SYF20250603BRS0013/SYF2025603BRS-011 | net five days |
| BRISK LOGISTICS INC | 7/25/2025 | 1421539 | $10,131.13 | 7/26/2025 | KRX#15686 | NET 1 DAY |
| BRISK LOGISTICS INC | 7/25/2025 | 1421553 | $40,392.04 | 7/26/2025 | SYF20250525-009 | NET 1 DAY |
| BRISK LOGISTICS INC | 7/25/2025 | 1421582 | $54,618.88 | 7/26/2025 | SYF20250531BRS-010 | NET 1 DAY |
| BRISK LOGISTICS INC | 8/4/2025 | 1421695 | $34,163.78 | 8/5/2025 | SP250240 | NET 1 DAY |
| BROWNING | 5/22/2025 | BC25052102PP | $25,000.00 | | PREPAY PO BC250521-02 (HA FUNDS) | NET 1 DAY |
| BROWNING | 5/22/2025 | 4949437C | $36,253.71 | | VALUE OF 4949437 NOT PREPAID | NET 30 DAYS |
| BROWNING | 5/22/2025 | 4949437B | $62,850.76 | | PREPAID VALUE OF 4949437 | NET 30 DAYS |
| BROWNING | 6/3/2025 | 4948564 | $12,952.26 | | | 20% 30 DAYS |
| BROWNING | 6/4/2025 | 4953364 | $17,345.47 | | | 3.75%NET30 |
| BROWNING | 6/4/2025 | 4949437 | $99,104.47 | | | NET 30 DAYS |
| BROWNING | 6/9/2025 | 4955825 | $10,972.58 | | | 3.75%NET30 |
| BROWNING | 7/21/2025 | LC250721-01 | $638.26 | | RETURN | NET 30 DAYS |
| BRUNKEN MFG. CO. | 8/8/2024 | 0010364200A | $2,895.00 | | PAYBACK FRT AND SHORTAGE | NET 1 DAY |
| BRUNKEN MFG. CO. | 9/4/2024 | 0010368300A | $225.00 | | PAYBACK FRT | NET 1 DAY |
| BRUNKEN MFG. CO. | 1/14/2025 | 0010371800A | $850.00 | | PAYBACK FRT | NET 1 DAY |
| BRUNKEN MFG. CO. | 1/14/2025 | 10371800 | $6,503.52 | | -850.00 FRT/PAY PER PO | NET 30 DAYS |
| BRUNTON INTERNATIONAL LLC | 4/16/2024 | INV132596 | $566.40 | | | NET 30 DAYS |
| BRUNTON INTERNATIONAL LLC | 4/16/2024 | INV132595 | $3,114.00 | | | NET 30 DAYS |
| BRUNTON INTERNATIONAL LLC | 6/10/2024 | INV132877 | $294.00 | | | NET 30 DAYS |
| BRUNTON INTERNATIONAL LLC | 6/10/2024 | INV132892 | $303.00 | | | NET 30 DAYS |
| BRUNTON INTERNATIONAL LLC | 6/10/2024 | INV132879 | $542.88 | | | NET 30 DAYS |
| BRUNTON INTERNATIONAL LLC | 1/31/2025 | INV133686 | $958.32 | | | NET 30 DAYS |
| BRUNTON INTERNATIONAL LLC | 3/11/2025 | INV133796 | $1,586.88 | | | NET 30 DAYS |
| BS FISH TALES INC. | 10/17/2024 | 20215342 | $9,409.34 | | | NET 30 DAYS |
| BS FISH TALES INC. | 11/6/2024 | 20215359 | $6,397.74 | | | NET 30 DAYS |
| BS FISH TALES INC. | 11/11/2024 | 20215403 | $1,513.68 | | | NET 30 DAYS |
| BS FISH TALES INC. | 11/15/2024 | 20215422 | $1,955.62 | | | NET 30 DAYS |
| BS FISH TALES INC. | 11/19/2024 | 20215442 | $2,127.68 | | | NET 30 DAYS |
| BUCKEYE LURES-GSM, LLC | 2/14/2025 | 2025047455 | $2,928.48 | | | Net 120 Days |
| BUCKEYE LURES-GSM, LLC | 2/18/2025 | 2025050753 | $465.36 | | | Net 120 Days |
| BUCKEYE LURES-GSM, LLC | 3/31/2025 | 2025100359 | $967.32 | | | Net 120 Days |
| BULLDOG CASES AND VAULTS | 2/17/2025 | 34941 | $8,176.99 | | | NET 60 DAYS |
| BULLDOG CASES AND VAULTS | 2/18/2025 | 34942 | $10,354.04 | | -167.20;SH5 0439 | NET 60 DAYS |
| BULLDOG CASES AND VAULTS | 2/26/2025 | 35105 | $722.01 | | | NET 60 DAYS |
| BULLDOG CASES AND VAULTS | 2/27/2025 | 35129 | $791.35 | | | NET 60 DAYS |
| BULLET WEIGHTS INC. | 11/6/2024 | E17346 | $10,150.59 | | ****** | 5% 60, net 90 |
| BULLET WEIGHTS INC. | 12/10/2024 | E19042 | $4,970.52 | | | NET 60 DAYS |
| BULLET WEIGHTS INC. | 12/11/2024 | E18380 | $4,365.29 | | ****** | NET 90 |

| Name | Date | Invoice | Amount | Notes | Terms |
|---|---|---|---|---|---|
| BULLET WEIGHTS INC. | 12/11/2024 | E18378 | $4,614.96 | | NET 90 |
| BULLET WEIGHTS INC. | 12/12/2024 | E19043 | $1,295.20 | | NET 60 DAYS |
| BULLET WEIGHTS INC. | 12/12/2024 | E19159 | $2,540.64 | | NET 60 DAYS |
| BULLET WEIGHTS INC. | 12/12/2024 | E19045 | $3,167.88 | | NET 60 DAYS |
| BULLET WEIGHTS INC. | 12/12/2024 | E18382 | $9,358.50 | ****** | NET 90 |
| BURKE OUTDOORS LLC | 8/8/2024 | INV1534 | $4,154.16 | | NET 30 DAYS |
| BURRIS COMPANY INC. | 2/12/2025 | 26887 | $1,544.52 | | Net 120 Days |
| BURRIS COMPANY INC. | 2/12/2025 | 26886 | $39,315.10 | | Net 120 Days |
| BURRIS COMPANY INC. | 2/13/2025 | 26984 | $7,821.15 | | Net 120 Days |
| BURRIS COMPANY INC. | 2/28/2025 | 27928 | $383.35 | | Net 120 Days |
| BURRIS COMPANY INC. | 2/28/2025 | 27927 | $673.20 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/3/2025 | 28087 | $1,417.80 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/4/2025 | 28185 | $441.15 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/4/2025 | 28184 | $882.30 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/14/2025 | 28876 | $102.85 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/24/2025 | 29232 | $277.10 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/24/2025 | 29233 | $277.10 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/31/2025 | 29835 | $467.50 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/31/2025 | 29834 | $827.05 | | Net 120 Days |
| BURRIS COMPANY INC. | 3/31/2025 | 29833 | $5,230.90 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/2/2025 | 30091 | $1,328.55 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/2/2025 | 30089 | $2,657.10 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/2/2025 | 30090 | $2,657.10 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/2/2025 | 30092 | $6,703.05 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/3/2025 | 30172 | $11,888.46 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/3/2025 | 30173 | $18,493.26 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/7/2025 | 30249 | $3,299.70 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/9/2025 | 30455 | $268.60 | | Net 120 Days |
| BURRIS COMPANY INC. | 4/9/2025 | 30454 | $2,686.00 | | Net 120 Days |
| BUZBE, LLC | 11/6/2024 | 14329 | $514.80 | | NET 45 DAYS |
| BUZBE, LLC | 11/6/2024 | 14328 | $3,799.64 | PPI | NET 45 DAYS |
| BUZBE, LLC | 4/11/2025 | 16131 | $9,446.78 | | NET 45 DAYS |
| BUZZBOMB TACKLE INC. | 5/15/2025 | US003194 | $3,757.00 | | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 5/15/2025 | US003193 | $11,057.50 | | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 5/28/2025 | US003195 | $8,126.00 | | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 6/2/2025 | US003196 | $11,364.38 | -8.12;SH2 5767 | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 6/9/2025 | US003197 | $2,592.00 | | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 6/9/2025 | US003198 | $6,572.50 | | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 6/10/2025 | US003199 | $4,154.50 | | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 6/16/2025 | US003200 | $22,768.50 | | NET 30 DAYS |
| BUZZBOMB TACKLE INC. | 6/22/2025 | US003201 | $2,745.50 | | NET 30 DAYS |
| CABLZ INC | 1/23/2025 | 54024 | $29,414.84 | | NET 60 DAYS |
| CADDISWORKS, LLC DBA CADDIS SPORTS | 6/6/2024 | 30200 | $2,960.84 | | NET 30 DAYS |
| CADDISWORKS, LLC DBA CADDIS SPORTS | 7/1/2024 | 30571 | $612.12 | | NET 30 DAYS |
| CADDISWORKS, LLC DBA CADDIS SPORTS | 2/10/2025 | INV-064493 | $5,008.28 | -229.44;SH48 0044 | NET 30 DAYS |
| CADDISWORKS, LLC DBA CADDIS SPORTS | 3/24/2025 | INV-067383 | $4,557.00 | | NET 30 DAYS |
| CAHABA RIVER GROUP LLC DBA BONE COLL | 5/16/2024 | 2897 | $104.78 | | NET 45 DAYS |
| CAHABA RIVER GROUP LLC DBA BONE COLL | 5/16/2024 | 2898 | $104.78 | | NET 45 DAYS |
| CAHABA RIVER GROUP LLC DBA BONE COLL | 5/16/2024 | 2899 | $209.56 | | NET 45 DAYS |
| CAHABA RIVER GROUP LLC DBA BONE COLL | 2/10/2025 | 3623 | $3,667.36 | -6.00;SH12 0066/OVR12 0012 | NET 45 DAYS |
| CAHABA RIVER GROUP LLC DBA BONE COLL | 2/10/2025 | 3624 | $6,153.01 | -420.00;SH 12 0001 | NET 45 DAYS |
| CALIBER COFFEE COMPANY LLC | 2/24/2025 | 12414 | $287.89 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 2/24/2025 | 12417 | $467.35 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 2/24/2025 | 12425 | $482.43 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 2/24/2025 | 12419 | $580.92 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 2/24/2025 | 12420 | $580.92 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 2/24/2025 | 12421 | $580.92 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 2/24/2025 | 12423 | $606.66 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 3/4/2025 | 12531 | $580.92 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 4/2/2025 | 12981 | $577.08 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 4/2/2025 | 12980 | $580.92 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 4/4/2025 | 12978 | $198.99 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 4/4/2025 | 12979 | $636.05 | | NET 30 DAYS |
| CALIBER COFFEE COMPANY LLC | 4/4/2025 | 12977 | $717.54 | | NET 30 DAYS |
| CAMBRIA HOTEL NASHVILLE DOWNTOWN | 12/17/2024 | BRS2025 | $584.27 | 12/18/2024 DEPOSIT,010125-010725 | NET 1 DAY |
| Carlson Machine & Tool, Inc. | 3/28/2025 | 10399 | $1,213.08 | | NET 30 DAYS |
| CARLSON'S CHOKE TUBES LLC | 1/21/2025 | 364270 | $9,032.49 | | NET 60 DAYS |
| CAROLINA HANDLING LLC | 8/25/2025 | IW25114186 | $3,683.95 | 9/24/2025 CUST# 12011614 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 9/19/2025 | RC2320026930 | $2,094.20 | 10/19/2025 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/7/2025 | RC2010099569 | $110.00 | 12/7/2025 CUST: 12011614 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/7/2025 | CP2402100321 | $3,990.78 | 12/7/2025 CUST# 12011614 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/13/2025 | IW25118926 | $1,934.62 | 12/13/2025 REPAIR TRUCK BRAKE SYSTEM | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/15/2025 | IW25118994 | $524.62 | 12/15/2025 CUSTOMER # 12011614 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/17/2025 | RC2220042145 | $6,467.43 | 12/17/2025 CUST# 12011614 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/19/2025 | IW25119272 | $213.74 | 12/19/2025 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/19/2025 | IW25119273 | $213.74 | 12/19/2025 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/19/2025 | IW25119274 | $213.74 | 12/19/2025 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/19/2025 | IW25119277 | $3,635.25 | 12/19/2025 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/20/2025 | IW25119427 | $524.62 | 12/20/2025 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/20/2025 | IW25119428 | $1,203.55 | 12/20/2025 | NET 30 DAYS |

| Vendor | Date | Invoice | Amount | Date 2 | Description | Terms |
|---|---|---|---|---|---|---|
| CAROLINA HANDLING LLC | 11/20/2025 | RC2320026932 | $2,094.20 | 12/20/2025 | NC USAGE CONTRACK MHE-BRS072522-CLT | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | IW25119910 | $130.38 | 12/26/2025 | EQUIP REPAIR | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | IW25119894 | $711.38 | 12/26/2025 | REPAIRS ON RENTAL EQUIP | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | RC2520016110 | $853.34 | 12/26/2025 | USAGE CONTRACT JLG 32' SCISSOR | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | IW25119897 | $1,687.22 | 12/26/2025 | WORK DONE ON MODEL 4460-C40TT-U210 | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | IW25119898 | $2,031.96 | 12/26/2025 | REPAIRS ON EQUIPMENT | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | IW25119896 | $2,523.06 | 12/26/2025 | CLEANED SHOP REMOVED TOOLS CABINETS | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | IW25119902 | $2,917.10 | 12/26/2025 | REMOVED PARTS & TOOLS FROM SHOP AREA | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/26/2025 | RC2222040349 | $10,214.86 | 12/26/2025 | NC USAGE MHE-BRS072522-H-SC | NET 30 DAYS |
| CAROLINA HANDLING LLC | 11/28/2025 | IW25119998 | $388.67 | 12/28/2025 | | NET 30 DAYS |
| CAROLINA TRADESHOW DECORATORS | 2/27/2025 | INV181 | $77,145.43 | 2/28/2025 | SHOW MANAGEMENT/2025 OUTDOOR EXPO | NET 1 DAY |
| CASHION FISHING RODS | 2/13/2025 | 16873A | $193.06 | | RCVD 2 0092 | NET 30 DAYS |
| CASHION FISHING RODS | 2/13/2025 | 16873 | $5,887.84 | | PV | NET 30 DAYS |
| CATAHOULA MANUFACTURING | 5/21/2024 | 36038 | $1,455.12 | | THE FISH NET COMPANY | NET 60 DAYS |
| CATAHOULA MANUFACTURING | 11/12/2024 | 21057 | $10,973.40 | | -272.58 FRT | NET 60 DAYS |
| CATCH AND COOK OUTDOORS INC. | 4/15/2024 | 1112 | $931.68 | | | 2%30NET60 |
| CATCHER CO. | 1/27/2025 | 14014 | $7,200.12 | | | NET 30 DAYS |
| CATCHER CO. | 4/3/2025 | 14062 | $10,075.56 | | | NET 30 DAYS |
| CATFISH PRO, LLC | 4/4/2025 | 2020445 | $744.61 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 4/7/2025 | 2020447 | $815.50 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 4/7/2025 | 2020446 | $2,151.09 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 4/9/2025 | 2020448 | $527.55 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 4/11/2025 | 2020450 | $600.18 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 4/15/2025 | 2020451 | $604.16 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020457 | $499.69 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020453 | $595.69 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020458 | $599.39 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020455 | $614.91 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020452 | $784.06 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020454 | $863.66 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020449 | $4,726.17 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 5/19/2025 | 2020456 | $6,368.60 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 6/2/2025 | 2020461 | $515.41 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 6/3/2025 | 2020459 | $1,800.95 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 6/3/2025 | 2020460 | $8,391.88 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 6/10/2025 | 2020462 | $517.00 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 6/18/2025 | 2020464 | $497.90 | | | NET 60 DAYS |
| CATFISH PRO, LLC | 6/18/2025 | 2020463 | $1,678.76 | | | NET 60 DAYS |
| CHALLENGE PLASTIC PROD. | 5/14/2025 | 602260PREPAY | $3,214.62 | | PREPAY PO#602260 (HA FUND) | NET 1 DAY |
| CHALLENGE PLASTIC PROD. | 5/14/2025 | 602261PREPAY | $5,905.81 | | PREPEAY 602261 (HA FUNDS) | NET 1 DAY |
| CHALLENGE PLASTIC PROD. | 5/14/2025 | 602259PREPAY | $30,445.61 | | PREPAY PO#602259 (HA FUNDS) | NET 1 DAY |
| CHALLENGE PLASTIC PROD. | 6/3/2025 | 36253 | $6,413.17 | | | NET 30 DAYS |
| CHALLENGE PLASTIC PROD. | 6/5/2025 | 36264 | $11,685.37 | | | NET 30 DAYS |
| CHALLENGE PLASTIC PROD. | 6/5/2025 | 36265 | $31,829.91 | | | NET 30 DAYS |
| CHALLENGE PLASTIC PROD. | 6/10/2025 | 36271 | $25,867.29 | | -37.26;SH6 0010 | 2%30NET31 |
| CHARTER ARMS | 6/6/2025 | 179357 | $314.00 | | | NET 20 DAYS |
| CHARTER ARMS | 6/6/2025 | 179358 | $654.00 | | | NET 20 DAYS |
| CHARTER ARMS | 6/6/2025 | 179356 | $9,475.00 | | | NET 20 DAYS |
| CHARTER ARMS | 6/11/2025 | 179368 | $9,642.00 | | | NET 20 DAYS |
| CHIAPPA FIREARMS USA, LTD | 2/4/2025 | RC250204-01C | $379.05 | | RCVD 1491 | NET 150 DAYS |
| CHIAPPA FIREARMS USA, LTD | 2/4/2025 | RC250204-01B | $572.85 | | RCVD 0171 | NET 150 DAYS |
| CHIAPPA FIREARMS USA, LTD | 2/4/2025 | RC250204-01A | $706.80 | | RCVD 1901 | NET 150 DAYS |
| CHIAPPA FIREARMS USA, LTD | 5/20/2025 | 2502108 | $549.10 | | | 2% 10 DAYS, NET 30 |
| CHIAPPA FIREARMS USA, LTD | 5/20/2025 | 2502111 | $722.00 | | ****** | 2% 10 DAYS, NET 30 |
| CHIAPPA FIREARMS USA, LTD | 5/20/2025 | 2502114 | $1,190.35 | | | 2% 10 DAYS, NET 30 |
| CHIAPPA FIREARMS USA, LTD | 5/20/2025 | 2502112 | $1,510.50 | | | 2% 10 DAYS, NET 30 |
| CHIAPPA FIREARMS USA, LTD | 5/20/2025 | 2502113 | $1,724.25 | | | 2% 10 DAYS, NET 30 |
| CHIAPPA FIREARMS USA, LTD | 5/20/2025 | 2502110 | $1,749.90 | | | 2% 10 DAYS, NET 30 |
| CHIAPPA FIREARMS USA, LTD | 5/20/2025 | 2502109 | $2,471.45 | | | 2% 10 DAYS, NET 30 |
| CHURCH TACKLE COMPANY | 5/1/2025 | 17758 | $976.79 | | | NET 30 DAYS |
| CIMARRON FIREARMS CO., INC. | 7/26/2024 | 345633 | $1,009.84 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 8/12/2024 | 345982 | $1,320.28 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 8/12/2024 | 345983 | $1,809.27 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 8/23/2024 | 346176 | $2,165.04 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 8/23/2024 | 346175 | $2,181.74 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 8/23/2024 | 346177 | $7,536.38 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/24/2025 | 0350313-IN | $672.34 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/24/2025 | 0350325-IN | $1,091.37 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350317 | $401.70 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350312 | $449.82 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350314 | $478.13 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350318 | $653.47 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350321 | $912.78 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350322 | $978.33 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350367 | $1,064.04 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350327 | $1,160.99 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350324 | $2,181.74 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350323 | $2,862.70 | | | NET 60 DAYS |
| CIMARRON FIREARMS CO., INC. | 4/29/2025 | 350310 | $3,412.01 | | | NET 60 DAYS |
| CINTAS CORP | 10/31/2025 | 9344660323 | $277.78 | 11/30/2025 | | NET 30 DAYS |

| Vendor | Date | Invoice # | Amount | Note | Terms |
|---|---|---|---|---|---|
| CINTAS CORP | 10/31/2025 | 9344660329 | $430.07 | 11/30/2025 | NET 30 DAYS |
| CINTAS CORP | 11/17/2025 | 4250032890 | $654.77 | 11/27/2025 PAYER# 17718890 | NET 10 DAYS |
| CINTAS CORP | 11/21/2025 | 4250731696 | $654.77 | 12/1/2025 | NET 10 DAYS |
| CINTAS CORPORATION NO. 2 | 11/17/2025 | 4249981694 | $1,102.82 | 11/27/2025 | NET 10 DAYS |
| CITY OF BENTONVILLE - UTILITY BILLIN | 6/13/2025 | 061325 7276 | $179.97 | 6/14/2025 ACCT# 565441-157276 | NET 1 DAY |
| CITY OF BENTONVILLE - UTILITY BILLIN | 6/13/2025 | 061325 6834 | $386.57 | 6/14/2025 ACCT# 565441-156834 | NET 1 DAY |
| CITY OF BENTONVILLE - UTILITY BILLIN | 7/15/2025 | 071525 7276 | $208.90 | 7/16/2025 ACCT# 565441-157276 | NET 1 DAY |
| CITY OF BENTONVILLE - UTILITY BILLIN | 7/15/2025 | 071525 6834 | $284.40 | 7/16/2025 ACCT# 565441-156834 | NET 1 DAY |
| CITY OF BENTONVILLE - UTILITY BILLIN | 8/13/2025 | 081325 7276 | $249.86 | 8/14/2025 ACCT#565441-157276 | NET 1 DAY |
| CITY OF SAUK RAPIDS | 8/19/2025 | 81925 | $246.21 | 11/17/2025 AUGUST ACCT: 565441-156834 | NET 90 |
| CITY OF SAUK RAPIDS | 11/10/2025 | 111025-4510 | $756.32 | 11/11/2025 9/1 TO 10/31 | NET 1 DAY |
| CLAM CORPORATION | 9/1/2024 | ROG90201 | $97,437.47 | -1,054.84;SH2 2913,SH 6 1688 | NET 01/03/25 |
| CLAM CORPORATION | 9/9/2024 | ROG92251 | $2,202.97 | | NET 01/03/25 |
| CLAM CORPORATION | 9/20/2024 | ROG92725 | $17,165.21 | | NET 30 DAYS |
| CLAM CORPORATION | 9/26/2024 | ROG93321 | $7,760.00 | | NET 01/03/25 |
| CLAM CORPORATION | 10/2/2024 | ROG93983 | $2,937.03 | | NET 01/03/25 |
| CLAM CORPORATION | 10/15/2024 | ROG94654 | $26,978.28 | OVERAGE$   14.52 | NET 30 DAYS |
| CLAM CORPORATION | 10/16/2024 | ROG95182 | $1,789.20 | | NET 01/03/25 |
| CLAM CORPORATION | 11/1/2024 | ROG96076 | $12,519.61 | | NET 30 DAYS |
| CLAM CORPORATION | 11/4/2024 | ROG96267 | $36.74 | | NET 01/03/25 |
| CLAM CORPORATION | 11/5/2024 | ROG96475 | $10,489.20 | | NET 30 DAYS |
| CLAM CORPORATION | 11/12/2024 | ROG97426 | $387.00 | | NET 01/03/25 |
| CLAM CORPORATION | 11/19/2024 | ROG97989 | $3,974.13 | | NET 30 DAYS |
| CLAM CORPORATION | 11/19/2024 | ROG97940 | $6,699.20 | | NET 30 DAYS |
| CLAM CORPORATION | 11/25/2024 | ROG98773 | $640.14 | | NET 60 DAYS |
| CLAM CORPORATION | 12/4/2024 | ROG100496 | $39.76 | | NET 60 DAYS |
| CLASSIC MFG/CULPRIT | 9/16/2024 | 14338 | $2,053.80 | | NET 60 DAYS |
| CLASSIC MFG/CULPRIT | 10/16/2024 | 14772 | $737.28 | Over/Short$    0.00 | 2%60NET61 |
| CLASSIC MFG/CULPRIT | 10/24/2024 | 14782 | $427.68 | | NET 60 DAYS |
| CLASSIC MFG/CULPRIT | 10/24/2024 | 14781 | $2,006.28 | -66.96;SH12 0437,0364 | NET 60 DAYS |
| CLEAN CONTROL CORPORATION | 2/12/2025 | SI11112285A | $134.40 | REC'G ERROR | NET 60 DAYS |
| CLEAN CONTROL CORPORATION | 2/12/2025 | SI11112284 | $4,470.81 | | NET 60 DAYS |
| CLEAN CONTROL CORPORATION | 2/12/2025 | SI1112285 | $5,083.34 | | NET 60 DAYS |
| CLEAN CONTROL CORPORATION | 4/3/2025 | SI1123906 | $2,607.70 | | NET 60 DAYS |
| CLEAR BLUE WATERS INC. | 8/2/2024 | 1282 | $2,437.40 | | NET 60 DAYS |
| CLEAR BLUE WATERS INC. | 12/11/2024 | 1309 | $1,830.00 | | NET 60 DAYS |
| CLEAR BLUE WATERS INC. | 12/11/2024 | 1307 | $1,851.84 | | NET 60 DAYS |
| CLEAR BLUE WATERS INC. | 12/11/2024 | 1310 | $7,530.00 | | NET 60 DAYS |
| CLEAR BLUE WATERS INC. | 12/13/2024 | 1311 | $10,082.64 | | NET 60 DAYS |
| CLIFF WEIL INC | 5/28/2025 | 420739 | $4,915.20 | | NET 10 DAYS |
| CLIFF WEIL INC | 5/29/2025 | 420757 | $103,344.48 | | NET 10 DAYS |
| CLIFF WEIL, INC/SEA STRIKER | 3/31/2025 | 419777 | $4,980.42 | | NET 60 DAYS |
| CLIFF WEIL, INC/SEA STRIKER | 4/25/2025 | 420233 | $459.00 | | NET 30 DAYS |
| CLIP WIPES | 4/11/2025 | 29070 | $375.70 | PV | NET 60 DAYS |
| COGHLAN'S LTD | 4/10/2025 | 1096263 | $5,200.82 | | NET 60 DAYS |
| COGHLAN'S LTD | 4/29/2025 | 1097898 | $26,332.02 | | NET 60 DAYS |
| COGHLAN'S LTD | 5/15/2025 | 1099077 | $6,657.89 | | NET 60 DAYS |
| COGHLAN'S LTD | 5/16/2025 | 1099218 | $3,091.40 | | NET 60 DAYS |
| COGHLAN'S LTD | 5/16/2025 | 1099220 | $30,485.63 | | NET 60 DAYS |
| COGHLAN'S LTD | 6/17/2025 | 1101747 | $20,647.27 | -73.56;SH12 0358 | NET 60 DAYS |
| COGHLAN'S LTD | 6/20/2025 | 1102102 | $3,067.78 | | NET 60 DAYS |
| COLLIERS | 12/30/2024 | 1520-389003 | $2,500.00 | 1/29/2025 PROJECT MGR-BRS MEZZANINE REMODEL | NET 30 DAYS |
| COMED | 6/5/2025 | 60525 | $903.74 | 6/6/2025 ACCT#3720566000,050625-060525 | NET 1 DAY |
| COMED | 7/7/2025 | 70725 | $1,368.36 | 7/8/2025 ACCT#3720566000,060525-070725 | NET 1 DAY |
| COMED | 8/5/2025 | 80525 | $2,200.11 | 8/6/2025 ACCT#3720566000,070725-080525 | NET 1 DAY |
| COMED | 9/4/2025 | 080525-RW | $1,317.85 | 10/4/2025 ACCT#3720566000 AUG-SEPT | NET 30 DAYS |
| COMED | 11/4/2025 | 110425-66000 | $943.45 | 12/4/2025 | NET 30 DAYS |
| COMPREHENSIVE MARKETING | 12/5/2025 | 120525-NOV | $23.77 | 12/6/2025 | NET 1 DAY |
| CONESCO | 4/10/2025 | INV066511 | $1,032.95 | 4/25/2025 | NET 15 DAYS |
| CONESCO | 4/10/2025 | INV066512 | $2,857.50 | 4/25/2025 | NET 15 DAYS |
| ConQuest Scents | 8/19/2024 | 2024-BR5 | $6,391.62 | | NET 60 DAYS |
| CORROSION TECHNOLOGIES | 2/3/2025 | 209511 | $1,853.04 | | NET 60 DAYS |
| CORROSION TECHNOLOGIES | 2/21/2025 | 209757 | $2,459.04 | | NET 60 DAYS |
| CREME LURE CO. | 2/5/2025 | 82714 | $2,962.92 | | NET 60 DAYS |
| CREME LURE CO. | 2/11/2025 | 82764 | $252.96 | | 2%60NET61 |
| CREME LURE CO. | 3/10/2025 | 83085 | $131.20 | | NET 60 DAYS |
| CRISP, INC. | 4/16/2025 | INV9747 | $6,083.33 | 5/16/2025 RETAIL ANALYTICS 040125-043025 | NET 30 DAYS |
| CRISP, INC. | 5/1/2025 | INV9931 | $6,083.33 | 5/31/2025 RETAIL ANALYTICS 050125-053125 | NET 30 DAYS |
| CRISP, INC. | 6/1/2025 | INV10571 | $6,083.33 | 7/1/2025 RETAIL ANALYTICS 060125-063025 | NET 30 DAYS |
| CRISP, INC. | 7/1/2025 | INV10772 | $6,083.33 | 7/31/2025 RETAIL ANALYTICS 070125-073125 | NET 30 DAYS |
| CRISP, INC. | 9/1/2025 | INV11648 | $6,083.33 | 10/1/2025 WALMART BASIC CONNECTOR SEPT | NET 30 DAYS |
| CRISP, INC. | 10/1/2025 | INV12117 | $6,083.33 | 10/31/2025 WALMART BASIC CONNECTOR OCT | NET 30 DAYS |
| CRISP, INC. | 11/1/2025 | INV12775 | $6,083.33 | 12/1/2025 | NET 30 DAYS |
| CROWDER RODS | 4/16/2025 | 203811 | $648.65 | | NET 30 DAYS |
| CROWDER RODS | 5/8/2025 | 203932 | $6,106.47 | | NET 30 DAYS |
| CROWDER RODS | 5/12/2025 | 203942 | $1,148.46 | | NET 30 DAYS |
| CROWDER RODS | 5/12/2025 | 203934 | $7,144.20 | | NET 30 DAYS |
| CROWDER RODS | 6/13/2025 | 204076 | $2,738.08 | | NET 30 DAYS |
| CROWDER RODS | 6/19/2025 | 204123 | $856.81 | | NET 30 DAYS |
| CROWN PACKAGING CORP | 10/24/2025 | 3827805 | $7,356.56 | 12/8/2025 | NET 45 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| CUBA SPECIALTY MFG CO INC/DBA TACKLE | 5/23/2025 | 11247 | $92,806.22 | REC'D PRODUCT FOR PREPAY | NET 60 DAYS |
| CUDA-GSM, LLC | 12/17/2024 | 2024448258 | $492.92 | | NET 180 |
| CUDA-GSM, LLC | 3/18/2025 | 2025083136 | $950.85 | | NET 90 |
| CUDA-GSM, LLC | 3/26/2025 | 2025092516 | $1,012.09 | | NET 90 |
| CUDA-GSM, LLC | 3/29/2025 | 2025097288 | $3,766.40 | SHORTAGE$   6.89- | Net 120 Days |
| CUDA-GSM, LLC | 3/31/2025 | 2025099801 | $2,099.51 | | Net 120 Days |
| CUDA-GSM, LLC | 5/31/2025 | 2025165736A | $46.10 | REC'G SHORTAGE | NET 90 |
| CUDA-GSM, LLC | 5/31/2025 | 2025165834 | $706.13 | | NET 90 |
| CUDA-GSM, LLC | 5/31/2025 | 2025165736 | $4,172.51 | -47.04;SH6 0014 | NET 90 |
| CUDA-GSM, LLC | 6/3/2025 | 2025166719 | $2,061.38 | | NET 90 |
| CULLIGAN OF NW ARKANSAS | 5/31/2025 | 514242 | $15.82 | 6/15/2025 ACCT# 186452 | NET 15 DAYS |
| CULLIGAN OF NW ARKANSAS | 6/30/2025 | 517443 | $25.82 | 7/15/2025 ACCT# 186452 | NET 15 DAYS |
| CULLIGAN OF NW ARKANSAS | 7/31/2025 | 518845 | $74.88 | 8/15/2025 ACCT# 186452 | NET 15 DAYS |
| CUMINGS INC. | 5/16/2025 | 104899 | $26,404.50 | -889.08;SH9 0013,SH8 0247 | NET 60 DAYS |
| CUMINGS INC. | 6/5/2025 | 104994 | $41,377.02 | -52.29;SH6 0129/SH3 0205/OV6 0006 | NET 60 DAYS |
| CUSTOM LEATHERCRAFT | 4/5/2024 | PINV166187 | $2,043.40 | PPI | NET 60 DAYS |
| CYPRESS CREEK OUTDOORS, LLC DBA VICI | 4/16/2025 | 24718 | $2,076.30 | | NET 30 DAYS |
| CYPRESS CREEK OUTDOORS, LLC DBA VICI | 4/16/2025 | 24696 | $2,154.54 | | NET 30 DAYS |
| CYPRESS CREEK OUTDOORS, LLC DBA VICI | 4/16/2025 | 24697 | $2,206.26 | | NET 30 DAYS |
| CYPRESS CREEK OUTDOORS, LLC DBA VICI | 5/13/2025 | 25051 | $4,115.28 | | NET 30 DAYS |
| CZ-USA | 11/8/2023 | 675550 | $570.00 | | NET 1 DAY |
| CZ-USA | 11/8/2023 | 675554 | $593.00 | | NET 1 DAY |
| CZ-USA | 11/22/2023 | 676788 | $570.00 | | NET 1 DAY |
| CZ-USA | 3/27/2024 | 702295 | $494.00 | REPAIR | NET 10 DAYS |
| DAC TECHNOLOGIES | 9/19/2024 | 1236869 | $2,363.93 | | NET 60 DAYS |
| DAC TECHNOLOGIES | 9/19/2024 | 1236868 | $2,399.25 | | NET 60 DAYS |
| DAISY MFG. CO. INC. | 2/28/2025 | 0003543358A | $239.23 | | NET 90 |
| DAISY MFG. CO. INC. | 2/28/2025 | 3543359 | $23,393.79 | | NET 90 |
| DAISY MFG. CO. INC. | 2/28/2025 | 3543358 | $35,644.11 | -231.15;SH9 0280,OV6 0086 | NET 90 |
| DAIWA CORPORATION | 11/14/2024 | SI515658 | $7,938.00 | | Net 120 Days |
| DAIWA CORPORATION | 11/14/2024 | SI515712 | $21,168.00 | | Net 120 Days |
| DAIWA CORPORATION | 11/27/2024 | SI517868 | $10,308.56 | | Net 120 Days |
| DAIWA CORPORATION | 11/27/2024 | SI517853 | $11,691.11 | | Net 120 Days |
| DAIWA CORPORATION | 11/27/2024 | SI517869 | $16,018.95 | | Net 120 Days |
| DAIWA CORPORATION | 1/20/2025 | SI524430 | $63.80 | | Net 120 Days |
| DAIWA CORPORATION | 1/28/2025 | SI526094 | $678.06 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 1/29/2025 | SI526262 | $10,003.18 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 1/30/2025 | SI526349 | $25,927.72 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 1/31/2025 | SI526675 | $4,096.86 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/5/2025 | SI527284 | $4,484.36 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/5/2025 | SI527304 | $12,513.48 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/6/2025 | SI527383 | $3,942.68 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/10/2025 | SI528417 | $272.03 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/11/2025 | SI528786 | $1,834.16 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/11/2025 | SI528810 | $8,185.89 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529087 | $38.11 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529079 | $49.51 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI528913 | $123.91 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529012 | $140.67 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI528911 | $196.94 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529088 | $247.75 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI528917 | $247.82 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529097 | $327.38 | | Net 120 Days |
| DAIWA CORPORATION | 2/12/2025 | SI529091 | $379.95 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI528916 | $422.42 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI528933 | $657.10 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529095 | $787.43 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529100 | $800.76 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529101 | $1,025.74 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529098 | $1,110.80 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529099 | $1,532.35 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI528946 | $2,233.22 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529089 | $2,780.56 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529016 | $2,896.51 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529096 | $4,683.73 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529090 | $5,865.86 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529125 | $14,228.34 | PPI | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/12/2025 | SI529124 | $29,212.39 | PPI REF RV250303-01/02 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/13/2025 | SI529315 | $3,252.89 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI529899 | $235.79 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI529920 | $266.17 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI530373 | $415.91 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI530371 | $1,652.87 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI529906 | $1,805.12 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI529925 | $2,072.70 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI530365 | $2,620.86 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI530374 | $3,305.74 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI530364 | $4,076.90 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI530366 | $6,406.55 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/14/2025 | SI529924 | $6,760.76 | PPI REF RV250303-03 | 3%30,2%60,1%90,NET 120 |

| DAIWA CORPORATION | 2/14/2025 SI530367 | $7,548.60 | 3%30,2%60,1%90,NET 120 |
|---|---|---|---|
| DAIWA CORPORATION | 2/14/2025 SI529913 | $8,463.81 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/17/2025 SI530425 | $89.09 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/17/2025 SI530659 | $140.67 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/17/2025 SI530694 | $281.34 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/17/2025 SI530532 | $633.01 | 3%30,2%60,NET 120 |
| DAIWA CORPORATION | 2/19/2025 SI531313 | $1,630.62 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/21/2025 SI532070 | $4,366.47 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/21/2025 SI532072 | $11,194.26 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/25/2025 SI532576 | $459.97 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/25/2025 SI532653 | $7,813.80 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533118 | $91.38 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533460 | $91.38 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533457 | $116.42 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533031 | $157.23 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI532991 | $229.08 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533458 | $230.54 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533459 | $233.75 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533116 | $349.27 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533119 | $379.95 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533117 | $1,124.62 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533348 | $1,140.19 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533035 | $2,299.86 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533392 | $2,394.83 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533120 | $2,547.46 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/27/2025 SI533391 | $2,935.62 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/28/2025 SI534057 | $155.31 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/28/2025 SI534073 | $194.14 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 2/28/2025 SI534069 | $310.62 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/3/2025 SI534357 | $116.48 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/3/2025 SI534374 | $387.98 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/3/2025 SI534376 | $517.44 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/3/2025 SI534375 | $667.38 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/3/2025 SI534324 | $1,971.35 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/3/2025 SI534356 | $2,148.15 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/6/2025 SI535227 | $421.01 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/6/2025 SI535226 | $617.50 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/6/2025 SI535228 | $3,252.13 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/6/2025 SI535230 | $6,672.45 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/10/2025 SI535886 | $22,419.78 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536211 | $40.65 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536349 | $225.28 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536220 | $262.56 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536298 | $290.30 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536251 | $323.48 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536244 | $1,281.88 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536262 | $1,622.96 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/11/2025 SI536236 | $2,059.38 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/12/2025 SI536439 | $157.53 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/12/2025 SI536717 | $375.10 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/12/2025 SI536434 | $759.89 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/12/2025 SI536490 | $1,281.88 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/13/2025 SI536790 | $548.80 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/13/2025 SI537030 | $761.46 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/13/2025 SI537026 | $1,776.74 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/13/2025 SI537056 | $15,738.95 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/13/2025 SI537057 | $50,383.08 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537434 | $38.10 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537079 | $54.35 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537108 | $68.80 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537090 | $164.64 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537460 | $194.14 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537092 | $274.40 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537456 | $329.28 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537455 | $354.27 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537461 | $517.44 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537481 | $517.44 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537457 | $539.71 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537458 | $548.41 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537175 | $708.54 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537111 | $776.45 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537479 | $902.68 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537464 | $1,001.76 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537462 | $1,062.81 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537478 | $1,209.42 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537101 | $1,552.91 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/14/2025 SI537091 | $2,329.36 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/19/2025 SI538202 | $1,447.46 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/20/2025 SI538769 | $388.28 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/20/2025 SI538594 | $2,044.52 | 3%30,2%60,1%90,NET 120 |

| | | | | |
|---|---|---|---|---|
| DAIWA CORPORATION | 3/20/2025 | SI538581 | $21,241.18 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/20/2025 | SI538752 | $25,744.37 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539408 | $41.41 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI538845 | $145.15 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539488 | $152.29 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539344 | $165.66 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539493 | $169.40 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539496 | $182.87 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI538936 | $228.44 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539491 | $325.75 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539492 | $431.65 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539244 | $563.21 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539326 | $1,225.07 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539325 | $2,704.60 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539495 | $4,001.50 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/21/2025 | SI539494 | $4,236.54 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/24/2025 | SI539648 | $41.94 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/24/2025 | SI539646 | $121.83 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/24/2025 | SI539663 | $217.17 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/24/2025 | SI539699 | $471.71 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/24/2025 | SI539659 | $1,201.91 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/24/2025 | SI539651 | $3,398.48 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/24/2025 | SI539631 | $4,145.01 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541415 | $82.83 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541138 | $112.64 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI540997 | $142.84 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541408 | $166.21 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541406 | $202.37 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI540951 | $387.88 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541104 | $404.74 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541414 | $496.90 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541413 | $582.75 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541411 | $828.74 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541412 | $854.66 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541107 | $1,036.35 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI540968 | $1,142.04 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541407 | $1,544.06 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541416 | $1,588.36 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541146 | $2,022.26 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541105 | $2,072.70 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541096 | $2,754.78 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541098 | $4,589.03 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541097 | $4,905.29 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541409 | $7,609.99 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/27/2025 | SI541410 | $16,812.29 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542649 | $291.94 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542725 | $299.17 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542701 | $332.42 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542709 | $378.91 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542708 | $542.92 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542698 | $602.92 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542703 | $1,060.58 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542706 | $1,260.57 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542727 | $1,411.79 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542728 | $1,418.45 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542702 | $1,871.90 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542729 | $1,927.81 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542820 | $2,792.01 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542730 | $3,022.14 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 3/31/2025 | SI542392 | $5,195.14 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/2/2025 | SI543175 | $54.35 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544122 | $23.29 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544069 | $76.15 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544123 | $282.68 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544067 | $289.35 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544068 | $426.42 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544124 | $1,005.13 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544070 | $10,063.25 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/4/2025 | SI544125 | $22,765.60 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/7/2025 | SI544425 | $58.21 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/7/2025 | SI544427 | $124.24 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/7/2025 | SI544422 | $165.66 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/7/2025 | SI544667 | $1,159.61 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/7/2025 | SI544668 | $2,819.65 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/8/2025 | SI544761 | $21.32 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545320 | $34.40 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545322 | $68.80 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545304 | $96.97 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545305 | $96.97 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545306 | $126.08 | 3%30,2%60,1%90,NET 120 |

| | | | | | |
|---|---|---|---|---|---|
| DAIWA CORPORATION | 4/9/2025 | SI545309 | $126.08 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545324 | $174.72 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545321 | $582.36 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545307 | $814.97 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545319 | $1,104.07 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545308 | $1,435.41 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545310 | $1,551.83 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/9/2025 | SI545318 | $2,655.58 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/11/2025 | SI545824 | $201.80 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/11/2025 | SI545825 | $445.70 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/11/2025 | SI545832 | $17,814.21 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/14/2025 | SI546885 | $4,998.00 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/14/2025 | SI546535 | $8,115.60 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/21/2025 | SI548115 | $152.55 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/21/2025 | SI548112 | $305.09 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/21/2025 | SI548101 | $1,391.60 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/21/2025 | SI548051 | $2,072.50 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/21/2025 | SI548058 | $2,072.50 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/21/2025 | SI548077 | $4,145.01 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/21/2025 | SI548067 | $5,181.26 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549156 | $106.67 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549124 | $124.19 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549158 | $308.40 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549250 | $320.02 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549127 | $349.37 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549121 | $397.88 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549159 | $508.25 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549126 | $659.93 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549122 | $724.42 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549157 | $777.24 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549241 | $812.82 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549064 | $854.25 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549123 | $1,143.84 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/23/2025 | SI549125 | $2,617.51 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/24/2025 | SI549389 | $196.94 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/24/2025 | SI549452 | $500.88 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/29/2025 | SI550715 | $60.92 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/29/2025 | SI550676 | $121.83 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 4/29/2025 | SI550669 | $919.38 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI551203 | $48.70 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI551198 | $84.70 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI551190 | $99.05 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI551212 | $274.13 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI551113 | $335.04 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI551221 | $731.00 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI550941 | $885.67 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI550974 | $1,172.85 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/1/2025 | SI551229 | $1,650.63 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/2/2025 | SI551249 | $558.12 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/5/2025 | SI551865 | $262.56 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/6/2025 | SI552286 | $2,516.11 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/8/2025 | RG250519-01A | $475.85 | REC'G ERROR REF SI552719 | NET 30 DAYS |
| DAIWA CORPORATION | 5/8/2025 | SI552718 | $1,034.88 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/8/2025 | SI552581 | $28,633.61 | -52.65; SH5 4210 | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/8/2025 | SI552719 | $109,493.82 | REF RG250519-01 REC'G ERROR | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/9/2025 | SI553245 | $1,269.10 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/12/2025 | SI553430 | $84.70 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/12/2025 | SI553432 | $131.28 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/12/2025 | SI553433 | $232.75 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/12/2025 | SI553437 | $232.75 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/12/2025 | SI553434 | $247.67 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/12/2025 | SI553431 | $1,547.91 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/13/2025 | SI553638 | $44,313.05 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/13/2025 | SI553528 | $47,835.88 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/14/2025 | SI553679 | $103.63 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/14/2025 | SI553957 | $151,946.37 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554485 | $106.67 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554602 | $238.12 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554508 | $310.90 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554604 | $434.65 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554483 | $476.24 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554506 | $518.17 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554603 | $1,274.47 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/16/2025 | SI554605 | $2,142.20 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/19/2025 | SI555294 | $1,345.34 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/19/2025 | SI555295 | $1,345.34 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/20/2025 | SI555421 | $207.27 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/20/2025 | SI555431 | $207.27 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/20/2025 | SI555427 | $373.03 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/20/2025 | SI555462 | $427.12 | | 3%30,2%60,1%90,NET 120 |

| | | | | | |
|---|---|---|---|---|---|
| DAIWA CORPORATION | 5/20/2025 | SI555443 | $725.40 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/20/2025 | SI555448 | $891.00 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/20/2025 | SI555433 | $2,062.08 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/22/2025 | SI556316 | $213.74 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/22/2025 | SI556318 | $213.74 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/22/2025 | SI556374 | $237.02 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/22/2025 | SI556375 | $379.95 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/22/2025 | SI556372 | $407.78 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/22/2025 | SI556371 | $427.48 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/22/2025 | SI556373 | $5,160.92 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/23/2025 | SI556814 | $414.54 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/28/2025 | SI557393 | $139.04 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI558040 | $44.92 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI557993 | $81.22 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI557994 | $121.83 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI557995 | $121.83 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI558036 | $133.12 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI557992 | $267.42 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI558012 | $274.40 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI557997 | $629.47 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 5/29/2025 | SI557996 | $832.53 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/2/2025 | 597761A | $178.29 | REC'G ERROR | NET 30 DAYS |
| DAIWA CORPORATION | 6/2/2025 | 601872A | $2,036.64 | REC'G ERROR | NET 30 DAYS |
| DAIWA CORPORATION | 6/3/2025 | SI559059 | $517.64 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/3/2025 | SI559011 | $525.69 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/3/2025 | SI559043 | $525.69 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/3/2025 | SI559046 | $657.11 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/3/2025 | SI559126 | $5,167.01 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559665 | $207.96 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559623 | $379.95 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559634 | $379.95 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559660 | $379.95 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559635 | $395.12 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559663 | $427.48 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559664 | $623.87 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559633 | $644.66 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559616 | $873.88 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559632 | $930.90 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559667 | $1,036.35 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559638 | $1,039.78 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559666 | $1,062.22 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559661 | $1,187.37 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559662 | $1,652.87 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559637 | $2,040.16 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/5/2025 | SI559636 | $2,542.69 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/9/2025 | SI560123 | $657.11 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/13/2025 | SI561261 | $140.67 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562172 | $88.91 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562174 | $111.80 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI561945 | $146.09 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI561972 | $159.56 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562167 | $198.58 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI561896 | $232.75 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI561908 | $421.01 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562169 | $434.65 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562166 | $584.42 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562170 | $629.90 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562165 | $713.56 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562173 | $869.53 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/18/2025 | SI562171 | $1,209.09 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/20/2025 | SI562536 | $1,435.94 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/23/2025 | SI563129 | $198.94 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/23/2025 | SI563132 | $497.37 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/23/2025 | SI563131 | $2,337.64 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/25/2025 | SI564058 | $420.91 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/25/2025 | SI563597 | $569.97 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/25/2025 | SI563599 | $1,025.94 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/25/2025 | SI563598 | $2,279.87 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/25/2025 | SI564057 | $2,590.63 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/26/2025 | SI564108 | $112.64 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 6/26/2025 | SI564103 | $2,072.50 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 7/1/2025 | SI565933 | $225.28 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 7/1/2025 | SI565867 | $776.16 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 7/1/2025 | SI565868 | $1,036.25 | | 3%30,2%60,1%90,NET 120 |
| DAIWA CORPORATION | 7/1/2025 | SI565888 | $1,036.25 | | 3%30,2%60,1%90,NET 120 |
| DANNY KINGS CATFISH PUNCH BAIT | 4/2/2025 | 26882 | $9,561.60 | | NET 60 DAYS |
| DANNY KINGS CATFISH PUNCH BAIT | 6/4/2025 | 26883 | $4,992.00 | | NET 60 DAYS |
| DANNY KINGS CATFISH PUNCH BAIT | 6/9/2025 | 26887 | $9,984.00 | | NET 60 DAYS |
| DEAD END GAME CALLS INC. | 2/22/2025 | 1198 | $8,517.38 | | NET 60 DAYS |
| DEAD END GAME CALLS INC. | 2/27/2025 | 1245 | $20,512.10 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| DEAD END GAME CALLS INC. | 5/7/2025 | 1484 | $140.56 | | NET 45 DAYS |
| DEADLY DICK LURES | 6/26/2025 | 5851 | $2,557.38 | | 5% 30 DAYS |
| DEEP BLUE MARINE PRODUCTS | 6/19/2024 | 47237 | $18,044.16 | | NET 30 DAYS |
| DEER QUEST | 6/20/2024 | 30 | $564.48 | | NET 30 DAYS |
| DEER QUEST | 8/14/2024 | 592094 | $776.16 | | NET 30 DAYS |
| DELTA MCKENZIE TARGETS LLC | 2/17/2025 | 342262 | $3,161.10 | | NET 60 DAYS |
| DELTA MCKENZIE TARGETS LLC | 2/19/2025 | 342415 | $3,136.32 | | NET 60 DAYS |
| DELTA MCKENZIE TARGETS LLC | 5/31/2025 | 0003920-FC | $94.46 | FINANCE CHARGE | NET 1 DAY |
| DELTA MCKENZIE TARGETS LLC | 6/30/2025 | 0003922-FC | $94.46 | FINANCE CHARGE | NET 1 DAY |
| DEL-TON, INC. | 8/22/2024 | 0231256-IN | $8,125.00 | | NET 30 DAYS |
| DEL-TON, INC. | 9/10/2024 | 0231468-IN | $2,036.00 | | NET 30 DAYS |
| DEL-TON, INC. | 9/11/2024 | 0231481-IN | $24,500.00 | | NET 30 DAYS |
| DEL-TON, INC. | 9/12/2024 | 0231483-IN | $5,250.00 | | NET 30 DAYS |
| DEL-TON, INC. | 9/20/2024 | 0231552-IN | $7,589.00 | | NET 30 DAYS |
| DEL-TON, INC. | 9/27/2024 | 0231682-IN | $10,350.00 | | NET 30 DAYS |
| DEL-TON, INC. | 10/8/2024 | 0231737-IN | $2,265.00 | | NET 30 DAYS |
| DESIGN ELECTRIC | 11/20/2025 | 27715 | $1,965.50 | 12/20/2025 SR MDISCCONECT OWER TO VARIOUS ITEMS | NET 30 DAYS |
| DEXTER-RUSSELL INC. | 6/6/2025 | 994644 | $1,179.94 | | NET 30 DAYS |
| DEXTER-RUSSELL INC. | 6/6/2025 | 994643 | $6,352.58 | | PREPAY |
| DEXTER-RUSSELL INC. | 6/6/2025 | 994642 | $30,143.37 | | PREPAY |
| DICK NITE SPOONS, INC. | 7/4/2024 | GDU-I007218A | $90.18 | PAYING BACK DISOUNT | NET 1 DAY |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $70.00 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/5/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/6/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 8/6/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/6/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/6/2024 | 2.02E+11 | $79.20 | | NET 30 DAYS |
| DMF BAIT | 8/6/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/7/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/7/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $67.50 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $70.00 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $70.00 | | NET 30 DAYS |
| DMF BAIT | 8/12/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/13/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 8/13/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/13/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/13/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/13/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/14/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/14/2024 | 2.02E+11 | $104.10 | | NET 30 DAYS |
| DMF BAIT | 8/19/2024 | 20240890025 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 8/19/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/19/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/19/2024 | 2.02E+11 | $67.50 | | NET 30 DAYS |
| DMF BAIT | 8/19/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/19/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/19/2024 | 2.02E+11 | $70.00 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $67.50 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| DMF BAIT | 8/20/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 20240820576 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $70.00 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $70.00 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $127.50 | | NET 30 DAYS |
| DMF BAIT | 8/20/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/21/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/21/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/21/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/21/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/21/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/26/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 8/26/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/26/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/26/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/27/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/27/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/27/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 8/27/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/27/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/27/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 8/27/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 8/28/2024 | 2.02E+11 | $67.50 | | NET 30 DAYS |
| DMF BAIT | 8/28/2024 | 2.02E+11 | $70.00 | | NET 30 DAYS |
| DMF BAIT | 9/3/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 9/3/2024 | 2.02E+11 | $67.50 | | NET 30 DAYS |
| DMF BAIT | 9/3/2024 | 20240903005 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/3/2024 | 20240903006 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/3/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/3/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 9/4/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DMF BAIT | 9/16/2024 | 2.02E+11 | $39.60 | | NET 30 DAYS |
| DMF BAIT | 9/16/2024 | 2.02E+11 | $63.75 | | NET 30 DAYS |
| DMF BAIT | 9/16/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/16/2024 | 2.02E+11 | $68.75 | | NET 30 DAYS |
| DMF BAIT | 9/16/2024 | 2.02E+11 | $127.50 | | NET 30 DAYS |
| DMF BAIT | 9/16/2024 | 2.02E+11 | $137.50 | | NET 30 DAYS |
| DOA LURES | 2/7/2024 | 114949A | $463.50 | SHORTAGE RECEIVED #0876-0261 QTY150 | NET 60 DAYS |
| DOA LURES | 4/2/2025 | 115788A | $34.12 | PAYING BACK DISCOUNT | NET 1 DAY |
| DOA LURES | 4/14/2025 | 115821 | $9,907.29 | | NET 60 DAYS |
| DOA LURES | 5/22/2025 | 599303 | $6,125.15 | | 2%60NET61 |
| DOA LURES | 6/10/2025 | 11609 | $2,925.84 | | 2%60NET61 |
| DOA LURES | 6/12/2025 | 11623A | $57.60 | VIRTUAL IN/OUT CORRECT RECV. ERROR | NET 1 DAY |
| DOA LURES | 6/12/2025 | 11623 | $3,192.96 | | 2%60NET61 |
| DOA LURES | 6/24/2025 | 11651 | $1,915.04 | ****** | 2%60NET61 |
| DOBYNS RODS-GSM, LLC | 3/24/2025 | 2025090296 | $7,413.91 | | NET 90 |
| DOBYNS RODS-GSM, LLC | 3/29/2025 | 2025097263 | $4,729.62 | | NET 90 |
| DOBYNS RODS-GSM, LLC | 3/29/2025 | 2025097290 | $4,869.66 | | Net 120 Days |
| DOBYNS RODS-GSM, LLC | 3/31/2025 | 2025099802 | $4,906.36 | | Net 120 Days |
| DOBYNS RODS-GSM, LLC | 6/3/2025 | 2025166712 | $6,710.18 | | NET 90 |
| DOBYNS RODS-GSM, LLC | 6/6/2025 | 2025170959 | $5,560.40 | | NET 90 |
| DOBYNS RODS-GSM, LLC | 6/21/2025 | 2025188331 | $161.23 | | NET 90 |
| DOBYNS RODS-GSM, LLC | 6/25/2025 | 2025193846 | $107.49 | | NET 90 |
| DOGTRA CORP. | 1/2/2025 | 866313 | $2,814.64 | | NET 45 DAYS |
| DORCY INTERNATIONAL INC. | 10/17/2024 | 950177 | $4,494.20 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 11/15/2024 | 951458 | $5,570.70 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 1/28/2025 | 954939 | $16,903.80 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 2/4/2025 | 955164 | $2,018.33 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 2/4/2025 | 955166 | $2,577.13 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 2/24/2025 | 955855 | $9,588.50 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 3/4/2025 | 956222 | $2,095.28 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 3/6/2025 | 956277 | $1,866.24 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 3/27/2025 | 956909 | $779.05 | -1.25; SH 1 1115-0008 | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 3/27/2025 | 956926 | $3,219.40 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 3/27/2025 | 956908 | $4,328.84 | ****** | NET 60 DAYS |
| DORCY INTERNATIONAL INC. | 3/28/2025 | 956965 | $348.10 | ****** | NET 60 DAYS |
| DOWN-EAST SPORTSCRAFT INC. | 3/10/2025 | 29340 | $3,484.80 | | NET 30 DAYS |
| DREAMWEAVER LURE CO. | 6/4/2024 | 73383 | $1,236.88 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 6/10/2024 | 73469 | $943.57 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 6/11/2024 | 73480 | $2,052.95 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 6/18/2024 | 73670 | $1,507.85 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 7/9/2024 | 73992 | $1,157.75 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| DREAMWEAVER LURE CO. | 7/17/2024 | 74135 | $1,237.10 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 7/30/2024 | 74388 | $764.48 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 8/27/2024 | 74788 | $1,189.70 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 8/30/2024 | 74828 | $597.11 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 9/17/2024 | 75018 | $255.91 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 9/17/2024 | 75020 | $425.82 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 10/11/2024 | 75161 | $255.91 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 11/1/2024 | 75256 | $374.47 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 12/18/2024 | 75549 | $277.85 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 1/24/2025 | 75715 | $1,426.15 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 2/25/2025 | 75873 | $536.51 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 2/26/2025 | 75879 | $409.81 | | NET 60 DAYS |
| DREAMWEAVER LURE CO. | 2/26/2025 | 75880 | $1,049.58 | | NET 60 DAYS |
| DREW BRADY COMPANY, INC. | 1/28/2025 | SI874535 | $1,638.76 | | NET 60 DAYS |
| DREW BRADY COMPANY, INC. | 1/28/2025 | SI874534 | $2,002.93 | OVERAGE$    6.00 | NET 60 DAYS |
| DREW BRADY COMPANY, INC. | 1/28/2025 | SI874533 | $2,180.54 | | NET 60 DAYS |
| DREW BRADY COMPANY, INC. | 5/1/2025 | SI892280 | $417.64 | | NET 60 DAYS |
| DRIFTER TACKLE INC. | 11/8/2024 | 44552 | $2,039.70 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 2/17/2025 | 25-21A | $23.94 | RECEIVED #2878-0593 FOR 2878-0592 | Net 120 Days |
| DRY CREEK CUSTOM BAITS | 2/17/2025 | 25-21 | $16,930.96 | -233.01;SH 33 PIECES | Net 120 Days |
| DRY CREEK CUSTOM BAITS | 3/3/2025 | 25-42 | $17,917.20 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 3/17/2025 | 25-46 | $389.70 | | NET 60 DAYS |
| DRY CREEK CUSTOM BAITS | 4/8/2025 | 25-59 | $389.24 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 4/8/2025 | 25-58 | $1,388.02 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 4/9/2025 | 25-60 | $1,206.42 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 4/17/2025 | 25-62 | $7,823.49 | -50.24;SH3 2878-0474 | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 4/25/2025 | 25-66 | $1,860.12 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 4/28/2025 | 25-67 | $2,255.25 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 4/29/2025 | 25-68A | $23.94 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 4/29/2025 | 25-68 | $2,340.24 | -174.00; SH 120 2878-0423 | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 5/9/2025 | 25-82 | $1,701.60 | | NET 30 DAYS |
| DRY CREEK CUSTOM BAITS | 5/9/2025 | 25-83 | $3,050.12 | -89.20;SH30 0413,SH4 0470 | NET 30 DAYS |
| DSG OUTERWEAR | 3/31/2025 | INV0020449 | $4,497.00 | | NET 60 DAYS |
| DSG OUTERWEAR | 6/2/2025 | INV000927 | $2,517.55 | | NET 60 DAYS |
| DT SYSTEMS, INC. | 3/17/2025 | 74582 | $3,606.67 | | NET 30 DAYS |
| DU-BRO PRODUCTS INC. | 7/22/2024 | 0192813A | $61.03 | CORRECTING ERROR | NET 1 DAY |
| DU-BRO PRODUCTS INC. | 7/22/2024 | 01928213B | $61.03 | CORRECTION | NET 1 DAY |
| DU-BRO PRODUCTS INC. | 7/24/2024 | 0198334B | $27.00 | CORRECTING ERROR | NET 1 DAY |
| DU-BRO PRODUCTS INC. | 7/24/2024 | 0198334C | $27.00 | CORRECTION | NET 1 DAY |
| DU-BRO PRODUCTS INC. | 7/30/2024 | 0198541B | $22.31 | CORRECTING ERROR | NET 1 DAY |
| DU-BRO PRODUCTS INC. | 7/30/2024 | 0198541C | $22.31 | CORRECTION | NET 1 DAY |
| DU-BRO PRODUCTS INC. | 3/19/2025 | 207676 | $1,163.52 | | 2% 45 DAYS, NET 46 |
| DU-BRO PRODUCTS INC. | 3/24/2025 | 207860 | $3,815.04 | | NET 45 DAYS |
| DU-BRO PRODUCTS INC. | 4/10/2025 | 208557 | $5,292.47 | | 2% 45 DAYS, NET 46 |
| DU-BRO PRODUCTS INC. DBA PINE RIDGE | 4/23/2025 | 209148 | $5,364.47 | -53.80; SH 6 2311-0035 | 2% 45 DAYS, NET 46 |
| DUCK COMMANDER CO INC. | 7/8/2024 | 1149532 | $1,501.26 | | NET 60 DAYS |
| DUCK COMMANDER CO INC. | 7/15/2024 | 1149617 | $6,116.84 | | NET 60 DAYS |
| DUCK COMMANDER CO INC. | 8/29/2024 | 1149936 | $7,905.60 | | NET 60 DAYS |
| DUCK COMMANDER CO INC. | 10/8/2024 | 1150263 | $1,936.32 | | NET 60 DAYS |
| DUCK COMMANDER CO INC. | 10/24/2024 | 1150355 | $2,318.28 | | NET 60 DAYS |
| DUCK COMMANDER CO INC. | 1/31/2025 | 1152176A | $221.04 | PAY BACK SHORTAGE | NET 60 DAYS |
| DUCK COMMANDER CO INC. | 1/31/2025 | 1151837 | $3,524.34 | | 2%30NET60 |
| DUCK COMMANDER CO INC. | 2/26/2025 | 1152176 | $7,315.62 | SHORTAGE$   221.04- | 2%30NET60 |
| DUCKETT FISHING, LLC | 2/5/2025 | T-32075 | $1,024.00 | | NET 60 DAYS |
| DUCKETT FISHING, LLC | 3/24/2025 | T-32645 | $4,614.82 | | NET 60 DAYS |
| DUCKETT FISHING, LLC | 3/27/2025 | 32025 | $103.19 | | NET 60 DAYS |
| DUCKETT FISHING, LLC | 3/27/2025 | 32026-02 | $109.81 | . | NET 60 DAYS |
| DUCKETT FISHING, LLC | 3/27/2025 | T-32074-03 | $447.17 | | NET 60 DAYS |
| DUCKETT FISHING, LLC | 3/27/2025 | T-32075-02 | $730.30 | | NET 60 DAYS |
| DUCKETT FISHING, LLC | 3/27/2025 | 32247-02 | $1,987.44 | | NET 60 DAYS |
| DUCKETT FISHING, LLC | 4/4/2025 | 33145 | $5,015.64 | | NET 60 DAYS |
| DUCKETT FISHING, LLC | 4/15/2025 | T-33297 | $3,156.32 | +85.95; OV1 5287-0211 | NET 60 DAYS |
| DUKE COMPANY | 2/5/2025 | 70851 | $28,086.35 | | 2%60NET61 |
| DUKE COMPANY | 2/11/2025 | 70852 | $21,992.63 | +227.54;OV 12 0058,OV12 0059 | 2%60NET61 |
| DUKE COMPANY | 6/4/2025 | 71671 | $4,059.78 | | 2%60NET61 |
| DUKE COMPANY | 6/4/2025 | 71670 | $4,490.96 | | 2%60NET61 |
| DYNA-E INC. | 5/13/2025 | 6094 | $1,146.60 | | NET 60 DAYS |
| DYNOVATECH LLC | 3/17/2025 | 1904 | $896.40 | | NET 30 DAYS |
| EAGLE CLAW FISHING TACKLE CO. | 3/7/2025 | 2818430 | $28,770.37 | -9.01;SH5 1822,SH5 2430,OV50 2644 | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/11/2025 | 2818637 | $75,803.98 | -117.66;SH132 0150,OV12 0158,SH15 78 | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/12/2025 | 2818887 | $3,160.74 | | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/12/2025 | 2818886 | $5,315.04 | PAY PER PO | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/13/2025 | 2819060 | $19,582.05 | +55.68;SH12 1132,OV1 8132,OV1 8141 | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/14/2025 | 2819178 | $3,176.70 | | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/14/2025 | 2819166 | $11,862.17 | -5.61;S/O 180 2185/2184,32 1317/1290 | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/14/2025 | 2819189 | $12,922.13 | 0.0;SH24 2505,OV12 2503,OV12 2504PPI | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 3/14/2025 | 2819177 | $18,759.32 | -10.08;S/O12 1288/2147;4 1283/1287 | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/9/2025 | 2823307 | $794.88 | PAY PER PO | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/9/2025 | 2823306 | $885.30 | | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/9/2025 | 2823309 | $1,357.10 | | 2%60 NET 90 |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| EAGLE CLAW FISHING TACKLE CO. | 4/9/2025 | 2823353 | $1,422.60 | | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/9/2025 | 2823354 | $3,412.41 | +46.90;OV5 7388,OV15 8418 | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/9/2025 | 2823352 | $5,774.67 | PPI | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/9/2025 | 2823361 | $36,887.19 | | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/10/2025 | 2823822B | $31.70 | REF RC250424-01 | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/10/2025 | 2823822A | $96.84 | REC'D 36 0848-4169 | NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/10/2025 | 2823499 | $4,067.40 | | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/10/2025 | 2823610 | $5,553.67 | | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/10/2025 | 2823786 | $14,596.43 | +5.25;OV5 1036,OV12 2532,SH12 2527 | 2%60 NET 90 |
| EAGLE CLAW FISHING TACKLE CO. | 4/24/2025 | 596921A | $11.00 | REC'G ERROR | 2%60 NET 90 |
| EASTERN METAL SUPPLY | 3/3/2025 | V2WSGT | $3,689.07 | | 2%30NET61 |
| EASTERN METAL SUPPLY | 6/2/2025 | V2ZJT2 | $3,806.11 | | 2%30NET61 |
| EASTERN METAL SUPPLY OF NC, INC | 5/27/2025 | D60720 | $3,840.00 | | NET 30 DAYS |
| EASTERN METAL SUPPLY OF NC, INC | 6/30/2025 | D65696 | $4,120.00 | | NET 30 DAYS |
| EASTON TECHNICAL PRODUCTS | 7/8/2024 | 603807 | $1,299.80 | | NET 45 DAYS |
| EASTON TECHNICAL PRODUCTS | 7/9/2024 | 604308 | $331.96 | | NET 45 DAYS |
| EASTON TECHNICAL PRODUCTS | 7/30/2024 | 609547 | $1,179.80 | | NET 45 DAYS |
| EASTON TECHNICAL PRODUCTS | 12/1/2024 | 18569F | $79.08 | FINANACE CHARGE | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 1/2/2025 | 1865F-A | $42.17 | FIXING MISTAKE | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 1/2/2025 | 1865F-B | $42.17 | CORRECTION | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 2/3/2025 | 18742F | $42.17 | FIANCE CHARGE | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 3/3/2025 | 18814F | $42.17 | FIANCE CHARGE | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 4/1/2025 | 18867F | $42.17 | FINANCE CHARGE | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 5/1/2025 | 18917F | $42.17 | FINANCE CHARGE | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 7/2/2025 | 19008F | $42.17 | FINANCE CHARGE | NET 1 DAY |
| EASTON TECHNICAL PRODUCTS | 9/29/2025 | 092925FC | $126.51 | FINANCE CHARGES | NET 30 DAYS |
| EASYKLIP | 1/17/2025 | 7188 | $943.92 | | NET 30 DAYS |
| EASYKLIP | 2/6/2025 | 7203 | $47.94 | | NET 30 DAYS |
| EASYKLIP | 2/11/2025 | 7210 | $1,387.02 | | NET 30 DAYS |
| EASYKLIP | 2/28/2025 | 7224 | $4,712.88 | | NET 30 DAYS |
| EASYKLIP | 6/9/2025 | 90 | $1,320.16 | | NET 30 DAYS |
| EDGE PRODUCTS | 4/16/2025 | 86492 | $528.00 | | NET 30 DAYS |
| EDGE PRODUCTS | 6/21/2025 | 86497 | $480.00 | | NET 30 DAYS |
| EMERSON HEALTHCARE LLC | 2/11/2025 | 2723231 | $3,096.00 | | NET 30 DAYS |
| EMERSON HEALTHCARE LLC | 5/19/2025 | 2814402 | $1,052.64 | | 2%30NET31 |
| EMF COMPANY INC. | 12/17/2024 | 217658-A | $3,459.40 | | NET 30 DAYS |
| EMF COMPANY INC. | 12/17/2024 | 217655 | $4,917.40 | | NET 30 DAYS |
| EMF COMPANY INC. | 12/17/2024 | 217651-B | $5,502.90 | | NET 30 DAYS |
| EMF COMPANY INC. | 12/17/2024 | 217645 | $5,701.00 | | NET 30 DAYS |
| ENERCO GROUP, INC | 7/29/2024 | INV001107758 | $28,611.04 | $194.78; SH4 0060,OV6 0022,OV6 0046 | NET 12/10/24 |
| ENERCO GROUP, INC | 10/15/2024 | INV001124176 | $12,655.86 | | NET 30 DAYS |
| ENERCO GROUP, INC | 1/30/2025 | INV001192007 | $17,407.70 | | NET 30 DAYS |
| ENERCO GROUP, INC | 2/6/2025 | INV001196013 | $8,060.26 | | 1% 30, NET 31 |
| ENERCO GROUP, INC | 2/27/2025 | INV001204434 | $4,028.76 | | NET 30 DAYS |
| ENERCO GROUP, INC | 3/14/2025 | INV001211203 | $2,028.32 | | 1% 30, NET 31 |
| ENERGIZER BATTERY COMPANY | 3/13/2025 | 600082 | $23.94 | IN\OUT | NET 30 DAYS |
| ENERGIZER BATTERY COMPANY | 3/20/2025 | 99857302 | $14,417.63 | -502.56;SH18 0087, SH804 0154 | 1% 20, NET 30 |
| ENGEL USA | 5/7/2025 | INV591435 | $43.19 | | NET 30 DAYS |
| ENGEL USA | 5/16/2025 | INV591651 | $518.32 | | NET 30 DAYS |
| ENGEL USA | 5/21/2025 | INV591712 | $755.82 | | NET 30 DAYS |
| ENGEL USA | 6/9/2025 | INV592000 | $475.13 | | NET 30 DAYS |
| ENGEL USA | 6/17/2025 | INV592149 | $475.13 | | NET 30 DAYS |
| ENGINEERED MATERIALS INC. | 9/9/2024 | 1617 | $1,471.56 | | NET 30 DAYS |
| ENGINEERED MATERIALS INC. | 12/11/2024 | 1713 | $1,034.64 | | NET 30 DAYS |
| ENGINEERED MATERIALS INC. | 2/18/2025 | 1773A | $21.60 | VIRTUAL IN/OUT CORRECT POSTING ERROR | NET 30 DAYS |
| ENGINEERED MATERIALS INC. | 2/18/2025 | 1773 | $3,563.99 | | NET 30 DAYS |
| ENGINEERED MATERIALS INC. | 2/18/2025 | 1772 | $3,600.09 | | NET 30 DAYS |
| EPICSTUFF, LLC | 6/14/2024 | 589043 | $1,030.06 | PAID BY PO NUMBER | NET 60 DAYS |
| EPICSTUFF, LLC | 3/11/2025 | 599566 | $1,492.11 | PAID BY PO NUMBER | NET 60 DAYS |
| EPICSTUFF, LLC | 4/22/2025 | 601173 | $1,596.77 | PAID BY PO NUMBER | NET 60 DAYS |
| EPPINGER MFG. CO. | 5/13/2025 | 60721 | $503.28 | | NET 30 DAYS |
| EPPINGER MFG. CO. | 5/13/2025 | 60724 | $550.80 | | NET 30 DAYS |
| EPPINGER MFG. CO. | 5/13/2025 | 60725 | $744.96 | SHORTAGE$   51.36- | NET 30 DAYS |
| EPPINGER MFG. CO. | 5/13/2025 | 60726 | $1,103.52 | | NET 30 DAYS |
| EPPINGER MFG. CO. | 5/13/2025 | 60723 | $1,352.52 | | NET 30 DAYS |
| EPPINGER MFG. CO. | 5/13/2025 | 60722 | $2,135.40 | PAYING PO PER JUDY C. | NET 30 DAYS |
| EPPINGER MFG. CO. | 5/16/2025 | 60762 | $2,980.92 | | NET 30 DAYS |
| EQUIFAX INFORMATION SERVICE | 11/17/2025 | 2068559000 | $18.00 | 12/17/2025 | NET 30 DAYS |
| ERIE DEARIE, LLC | 12/16/2024 | 3273 | $906.02 | | 2%60NET61 |
| ESCALADE SPORTS | 6/9/2025 | 5748327 | $385.80 | | NET 60 DAYS |
| ESCALADE SPORTS | 6/11/2025 | 5753931A | $14.40 | RCVD 12 0036 | NET 60 DAYS |
| ESCALADE SPORTS | 6/11/2025 | 5753931 | $2,120.78 | -14.40;SH12 0036 | NET 60 DAYS |
| ESCALADE SPORTS | 7/3/2025 | 5780307 | $107.20 | | NET 60 DAYS |
| ESCALADE SPORTS DBA RAVE SPORTS | 6/6/2025 | 5747597 | $536.00 | | NET 05/01/25 |
| ESCALADE SPORTS DBA RAVE SPORTS | 6/24/2025 | 5770024 | $3,230.00 | | NET 05/01/25 |
| ET ARMS INC. | 10/1/2024 | 001134-FRT | $797.40 | PAY FREIGHT | NET 15 DAYS |
| ET ARMS INC. | 10/1/2024 | 1134 | $20,200.00 | | FFA 15 NET 30 |
| ETS GROUP | 6/13/2024 | 16192 | $1,769.50 | | NET 30 DAYS |
| ETS GROUP | 6/18/2024 | 16187 | $2,007.00 | | NET 30 DAYS |
| EUROTACKLE | 4/16/2025 | 2025112 | $2,963.76 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| EUROTACKLE | 4/16/2025 | 2025111 | $4,122.21 | | NET 60 DAYS |
| EUROTACKLE | 4/24/2025 | 2025119 | $6,856.11 | -147.66;SH 90 PIECES | NET 60 DAYS |
| EVOLUTION OUTDOOR, LLC. | 4/12/2024 | 60993 | $405.52 | | NET 60 DAYS |
| EXOTHERMIC TECHNOLOGIES, LLC | 1/16/2025 | 11408 | $27,000.00 | | NET 60 DAYS |
| EXOTHERMIC TECHNOLOGIES, LLC | 3/7/2025 | 11408-02 | $3,540.00 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | D37 | $67.28 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | 1055 | $67.54 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | 1056 | $67.54 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | 1057 | $67.54 | | NET 90 DAYS |
| EZON FISHING CO. | 2/25/2025 | 1058 | $67.54 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | 1059 | $112.13 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | 1060 | $117.74 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | D36 | $134.56 | | NET 60 DAYS |
| EZON FISHING CO. | 2/25/2025 | 1061 | $134.56 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1067 | $84.10 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1068 | $84.10 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1070 | $100.92 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1069 | $117.74 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1071 | $117.74 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1072 | $184.98 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1065 | $201.84 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1066 | $235.48 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1063 | $269.12 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1062 | $336.40 | | NET 60 DAYS |
| EZON FISHING CO. | 2/26/2025 | 1064 | $403.68 | | NET 60 DAYS |
| EZON FISHING CO. | 2/27/2025 | 1073 | $100.92 | | NET 60 DAYS |
| EZON FISHING CO. | 3/14/2025 | 1075 | $179.41 | | NET 60 DAYS |
| EZON FISHING CO. | 4/3/2025 | 1079 | $134.56 | | NET 60 DAYS |
| F.J. NEIL COMPANY INC. | 6/6/2025 | 132422 | $3,307.20 | | NET 45 DAYS |
| FAIRCHASE PRODUCTS LLC | 8/26/2024 | 35816 | $5,156.04 | | NET 30 DAYS |
| Fathom Offshore Holdings LLC | 7/25/2024 | 20014369 | $2,036.76 | | NET 60 DAYS |
| Fathom Offshore Holdings LLC | 8/30/2024 | 20014426 | $1,615.80 | | NET 60 DAYS |
| Fathom Offshore Holdings LLC | 10/24/2024 | 20014527 | $560.70 | | NET 60 DAYS |
| Fathom Offshore Holdings LLC | 10/31/2024 | 20014540 | $1,005.96 | | NET 60 DAYS |
| Fathom Offshore Holdings LLC | 11/4/2024 | 20014546 | $136.08 | | NET 60 DAYS |
| FAULK'S GAME CALL CO | 6/23/2025 | 13686 | $2,005.06 | | NET 30 DAYS |
| FAVORITE FISHING USA | 5/31/2024 | 131770 | $15,441.30 | | NET 60 DAYS |
| FAVORITE FISHING USA | 6/3/2024 | 131884 | $3,900.96 | | NET 60 DAYS |
| FAVORITE FISHING USA | 8/16/2024 | 133876 | $679.86 | | NET 60 DAYS |
| FAVORITE FISHING USA | 12/15/2024 | 135631 | $1,254.28 | | NET 60 DAYS |
| FAVORITE FISHING USA | 12/18/2024 | 135629 | $185.76 | | NET 60 DAYS |
| FAVORITE FISHING USA | 12/18/2024 | 135630 | $1,026.84 | | NET 60 DAYS |
| FAVORITE FISHING USA | 1/22/2025 | 136027 | $2,336.25 | | NET 60 DAYS |
| FAVORITE FISHING USA | 1/22/2025 | 136026 | $2,441.30 | | NET 60 DAYS |
| FAVORITE FISHING USA | 3/26/2025 | 136658A | $774.00 | FOUND REST OF THE PRODUCT | NET 60 DAYS |
| FAVORITE FISHING USA | 3/26/2025 | 136658 | $1,179.78 | -774.00;SH 15 5625-0328 | NET 60 DAYS |
| FAVORITE FISHING USA | 3/26/2025 | 136659 | $1,787.95 | | NET 60 DAYS |
| FAVORITE FISHING USA | 3/26/2025 | 136660 | $1,992.40 | | NET 60 DAYS |
| FEDEX | 11/7/2025 | 80046870SSR | $173.61 | 11/14/2025 | NET 7 DAYS |
| FEDEX | 11/7/2025 | 80046870BS | $290.97 | 11/14/2025 | NET 7 DAYS |
| FEDEX | 11/7/2025 | 80046870HQ | $3,591.83 | 11/14/2025 HQ | NET 7 DAYS |
| FEDEX | 11/7/2025 | 80046870CH | $27,325.53 | 11/14/2025 | NET 7 DAYS |
| FEDEX | 11/7/2025 | 80046870MR | $30,535.01 | 11/14/2025 | NET 7 DAYS |
| FEDEX | 11/10/2025 | 80047492SR | $20.09 | 11/17/2025 | NET 7 DAYS |
| FEDEX | 11/10/2025 | 80047492BS | $63.53 | 11/17/2025 | NET 7 DAYS |
| FEDEX | 11/10/2025 | 80047492MR | $12,512.12 | 11/17/2025 | NET 7 DAYS |
| FEDEX | 11/10/2025 | 80047492CH | $19,889.19 | 11/17/2025 | NET 7 DAYS |
| FEDEX | 11/20/2025 | 80047749BS | $2,119.36 | 11/27/2025 | NET 7 DAYS |
| FEDEX | 11/20/2025 | 80047749MR | $8,262.90 | 11/27/2025 | NET 7 DAYS |
| FEDEX | 11/20/2025 | 80047749CH | $10,146.56 | 11/27/2025 | NET 7 DAYS |
| FERADYNE OUTDOORS, LLC | 1/22/2025 | 849435 | $34,529.72 | -168.60;SH12 4731-0065 | NET 90 |
| FERADYNE OUTDOORS, LLC | 1/23/2025 | 849451 | $49,496.48 | Over/Short$   0.00 | NET 90 |
| FIN RAGE TACKLE, LLC  DBA AL'S GOLDF | 2/6/2025 | 3323 | $528.48 | | NET 45 DAYS |
| FINSPORT/CREATIVE ANGLER | 2/4/2025 | 4538 | $798.00 | | NET 30 DAYS |
| FINSPORT/CREATIVE ANGLER | 3/20/2025 | 4558 | $408.50 | | NET 30 DAYS |
| FIOCCHI OF AMERICA INC | 11/26/2024 | AR24-0017016 | $108,560.00 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 11/30/2024 | AR240017330A | $1,068.00 | REC'D SHORTAGE | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 11/30/2024 | AR24-0017338 | $49,705.60 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 11/30/2024 | AR24-0017327 | $133,140.00 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/4/2024 | AR24-0017446 | $133,140.00 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/9/2024 | AR24-0017597 | $133,140.00 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/11/2024 | AR24-0017755 | $1,030.80 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/12/2024 | AR24-0017830 | $1,801.80 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/12/2024 | AR24-0017829 | $10,163.76 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/16/2024 | AR24-0018030 | $309.30 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/16/2024 | AR24-0018031 | $1,186.44 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/16/2024 | AR24-0018028 | $1,337.80 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/16/2024 | AR24-0018029 | $7,956.00 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/16/2024 | AR24-0018025 | $39,054.40 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/16/2024 | AR24-0018026 | $88,760.00 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| FIOCCHI OF AMERICA INC | 12/19/2024 | AR24-0018303 | $222.30 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/19/2024 | AR24-0018304 | $749.70 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/19/2024 | AR24-0018302 | $1,772.64 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 12/19/2024 | AR24-0018305 | $1,820.70 | | NET 60 DAYS |
| FIOCCHI OF AMERICA INC | 1/31/2025 | FC25-00001 | $959.69 | FIANCE CHARGE 01/31/25 | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 2/28/2025 | FC25-00009 | $1,549.80 | FINANCE CHARGES 02/28/25 | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 2/28/2025 | FC25-00010 | $7,933.20 | FIANCE CHARGE 02/28/25 | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 3/31/2025 | FC25-00017 | $2,824.65 | FIANCE CHARGE SR 03/31/25 | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 3/31/2025 | FC25-00016 | $14,066.32 | FINANCE CHARGE | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 4/30/2025 | FC25-00020 | $2,824.65 | FINANCE CHARGE APRIL 2025 | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 4/30/2025 | FC25-00019 | $10,599.75 | FINANCE CHARGES APRIL 2025 | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 5/30/2025 | FC25-00023 | $2,824.65 | LATE FEES MAY 2025 | NET 1 DAY |
| FIOCCHI OF AMERICA INC | 5/30/2025 | FC25-00022 | $9,009.75 | FINANCE CHARGES FOR MAY 2025 | NET 1 DAY |
| FIRST AMERICAN COMMERCIAL BANKCORP | 11/6/2025 | 486549 | $18,392.88 | 11/26/2025 | NET 20 DAYS |
| FIRST AMERICAN COMMERCIAL BANKCORP | 12/5/2025 | 492511 | $19,312.52 | 1/4/2026 | NET 30 DAYS |
| FISH MONKEY GLOVES | 9/4/2024 | 804259 | $479.45 | | NET 60 DAYS |
| FISH MONKEY GLOVES | 9/25/2024 | 804330 | $5,385.65 | | NET 60 DAYS |
| FISH RAZR | 4/1/2025 | 9577 | $4,511.07 | PAYING PO PER JUDY C. | NET 60 DAYS |
| FISH RAZR | 4/23/2025 | 9716 | $1,009.05 | | NET 60 DAYS |
| FISH RAZR | 4/23/2025 | 9715 | $3,419.69 | | NET 60 DAYS |
| FISH RAZR | 4/30/2025 | 10002 | $2,340.63 | | NET 60 DAYS |
| FISH RAZR | 5/7/2025 | 10027 | $9,653.93 | | NET 60 DAYS |
| FISH RAZR | 5/28/2025 | 10198 | $890.64 | -17.70;SH6 0487,OV6 0488 | NET 60 DAYS |
| FISH RAZR | 5/30/2025 | 10218 | $9,311.99 | PAID PER PO | NET 60 DAYS |
| FISH RAZR | 6/26/2025 | 10257 | $1,200.60 | -$513.00:SH100#5510-0472:SH12#0061 | NET 60 DAYS |
| FISH RAZR | 6/26/2025 | 10388 | $5,659.66 | | NET 60 DAYS |
| FISH RAZR | 7/1/2025 | 6011109A | $16.80 | REC'ING ERROR | NET 60 DAYS |
| FISHBITES | 4/16/2025 | 218123 | $921.41 | | NET 30 DAYS |
| FISHBITES | 5/27/2025 | 218352 | $962.28 | | NET 30 DAYS |
| FISHBITES | 5/29/2025 | 218372 | $11,416.32 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218413 | $35.24 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218410 | $54.67 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218419 | $55.62 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218418 | $73.08 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218412 | $83.33 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218417 | $156.85 | | NET 60 DAYS |
| FISHBITES | 6/6/2025 | 218411 | $214.89 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218416 | $269.60 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218421 | $299.62 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218415 | $425.46 | | NET 30 DAYS |
| FISHBITES | 6/6/2025 | 218414 | $613.06 | | NET 30 DAYS |
| FISHBITES | 6/18/2025 | 218458 | $43,709.76 | | NET 30 DAYS |
| FISHING SOLUTIONS | 8/20/2024 | 4110 | $958.08 | | NET 60 DAYS |
| FISHING SOLUTIONS | 10/16/2024 | 4117 | $285.12 | | NET 60 DAYS |
| FISHING SOLUTIONS | 12/12/2024 | 4122 | $479.04 | | NET 60 DAYS |
| FISHING SOLUTIONS | 3/26/2025 | 4194 | $1,722.24 | | NET 60 DAYS |
| FISH-N-MAP COMPANY, INC. | 7/10/2024 | 589161 | $253.60 | | NET 30 DAYS |
| FITEC INTERNATIONAL INC. - BF | 4/3/2024 | S5243 | $4,548.55 | | NET 45 DAYS |
| FITEC INTERNATIONAL INC. - BF | 1/23/2025 | S6792 | $2,038.25 | | NET 45 DAYS |
| FITEC INTERNATIONAL INC. - BF | 1/23/2025 | S6793 | $5,601.96 | | NET 45 DAYS |
| FITEC INTERNATIONAL INC. - BF | 1/23/2025 | S6794 | $18,931.75 | | NET 45 DAYS |
| FIVE STAR PRODUCTS, LLC | 9/11/2024 | 55 | $2,505.00 | | NET 60 DAYS |
| FIVE STAR PRODUCTS, LLC | 2/25/2025 | 59 | $90.00 | | NET 30 DAYS |
| FIVE STAR PRODUCTS, LLC | 2/25/2025 | 60 | $90.00 | | NET 30 DAYS |
| FIVE STAR PRODUCTS, LLC | 2/25/2025 | 61 | $90.00 | | NET 30 DAYS |
| FIVE STAR PRODUCTS, LLC | 2/25/2025 | 62 | $90.00 | | NET 30 DAYS |
| FIVE STAR PRODUCTS, LLC | 2/25/2025 | 63 | $90.00 | | NET 30 DAYS |
| FIVE STAR PRODUCTS, LLC | 2/25/2025 | 64 | $180.00 | | NET 30 DAYS |
| FIVE STAR PRODUCTS, LLC | 3/17/2025 | 66 | $1,363.50 | | NET 60 DAYS |
| FL OUTDOORS LLC DBA CPI/EST/C'MERE D | 6/20/2025 | 603226 | $10,669.50 | | NET 30 DAYS |
| FLAMBEAU CORP. | 5/6/2025 | 3300930MIDA | $20.52 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/6/2025 | 3304277COL | $1,129.08 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/6/2025 | 3300930MID | $3,667.93 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/7/2025 | 3301124COL | $1,324.16 | +56.48; OV8 0151-0510 | NET 60 DAYS |
| FLAMBEAU CORP. | 5/7/2025 | 3301202MID | $2,944.54 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/7/2025 | 3301219MID | $6,579.70 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/8/2025 | 3301282COL | $45.20 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/8/2025 | 3301411MID | $745.71 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/8/2025 | 3301420MID | $1,505.87 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/8/2025 | 3301538MID | $2,445.50 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/9/2025 | 3301682COL | $1,016.38 | | NET 60 DAYS |
| FLAMBEAU CORP. | 5/14/2025 | 911-599768 | $53.52 | VIRTUAL IN/OUT CORRECT RECEVING | NET 60 DAYS |
| FLAMBEAU CORP. | 5/14/2025 | 3302528COL | $6,071.06 | +39.59;OV4 0151-0493 | NET 60 DAYS |
| FLITZ PRODUCTS | 2/25/2025 | 0067700-IN | $690.72 | | NET 30 DAYS |
| FLITZ PRODUCTS | 1/31/2025 | 66401IN | $1,187.48 | | NET 30 DAYS |
| FLITZ PRODUCTS | 1/31/2025 | 66400IN | $1,298.68 | | NET 30 DAYS |
| FLITZ PRODUCTS | 1/31/2025 | 66399IN | $1,942.16 | | NET 30 DAYS |
| FLITZ PRODUCTS | 2/24/2025 | 0067697-IN | $288.09 | | NET 30 DAYS |
| FLITZ PRODUCTS | 2/24/2025 | 0067698-IN | $370.09 | | NET 30 DAYS |
| FLITZ PRODUCTS | 2/24/2025 | 0067701-IN | $522.72 | | NET 30 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| FLITZ PRODUCTS | 2/24/2025 | 0067699-IN | $550.72 | | NET 30 DAYS |
| FLORIDA SALTWATER FISH ID | 10/22/2024 | 2536 | $956.56 | | NET 30 DAYS |
| FLORIDA SALTWATER FISH ID | 11/27/2024 | 227998 | $956.23 | | NET 60 DAYS |
| FLORIDA SALTWATER FISH ID | 11/27/2024 | 227247 | $1,912.46 | | NET 60 DAYS |
| FLORIDA SALTWATER FISH ID | 2/19/2025 | 230276 | $1,912.46 | | NET 60 DAYS |
| FLYING FISHERMAN | 2/19/2025 | 127365 | $20,252.10 | -9.60;SH12 0316, OV12 0124 | NET 60 DAYS |
| FLYING FISHERMAN | 2/24/2025 | 127423 | $19,869.60 | -157.80; SH12 0521-0416 | NET 60 DAYS |
| FLYING FISHERMAN | 3/11/2025 | 127645 | $2,136.60 | | NET 60 DAYS |
| FLYING FISHERMAN | 3/17/2025 | 127700 | $11,788.70 | | NET 60 DAYS |
| FLYING FISHERMAN | 3/26/2025 | 127825 | $6,553.95 | | NET 60 DAYS |
| FLYING FISHERMAN | 3/27/2025 | 127831 | $6,537.00 | | NET 60 DAYS |
| FLYING FISHERMAN | 4/1/2025 | 127883 | $10,679.10 | | NET 60 DAYS |
| FOLBE PRODUCTS | 4/24/2024 | 14024 | $1,278.29 | | NET 60 DAYS |
| FOLBE PRODUCTS | 7/17/2024 | 14075 | $8,266.40 | | NET 60 DAYS |
| FOLBE PRODUCTS | 8/12/2024 | 14089 | $367.41 | | NET 60 DAYS |
| FOLBE PRODUCTS | 2/27/2025 | 14170 | $3,177.40 | | NET 60 DAYS |
| FOLBE PRODUCTS | 4/1/2025 | 14188 | $2,275.14 | | NET 60 DAYS |
| FORTUNE PRODUCTS, INC. | 2/6/2025 | 122277 | $9,928.33 | | 2%60Net61 |
| FOUR HORSEMEN TACKLE | 4/1/2025 | 5654 | $5,503.50 | | NET 30 DAYS |
| FOX RIVER MILLS | 8/19/2024 | 412694 | $3,075.12 | | NET 60 DAYS |
| FOX RIVER MILLS | 8/21/2024 | 413071 | $817.32 | | NET 60 DAYS |
| FOX RIVER MILLS | 9/11/2024 | 91124 | $2,971.92 | -36.12;SH6 164353 | NET 60 DAYS |
| FRANKLIN SPORTS IND. | 8/29/2024 | 324255 | $8,394.20 | ****** | NET 60 DAYS |
| FRANKLIN SPORTS IND. | 9/9/2024 | 326513 | $1,612.78 | ****** | NET 60 DAYS |
| FRANKLIN SPORTS IND. | 9/9/2024 | 326512 | $7,026.07 | ****** | NET 60 DAYS |
| FROGGIEMOE MANUFACTURING, LLC | 2/18/2025 | 2022-2790 | $447.00 | | NET 30 DAYS |
| FTE HOLDING COMPANY LLC | 10/28/2024 | INV2452 | $2,501.28 | | NET 60 DAYS |
| FTE HOLDING COMPANY LLC | 3/25/2025 | INV3147 | $521.61 | | NET 30 DAYS |
| FUSION PRECISION ENGINEERING, LLC | 7/22/2024 | 7061A | $1,088.12 | PAYBACK DISCOUNT | NET 1 DAY |
| G 5 OUTDOORS, LLC | 8/21/2024 | 428462 | $146,651.80 | | NET 60 DAYS |
| G 5 OUTDOORS, LLC | 10/16/2024 | 433183 | $8,344.80 | | NET 60 DAYS |
| G. PUCCI & SONS, INC. | 4/3/2025 | 95921 | $1,125.72 | | 2% 90, NET 120 |
| G. PUCCI & SONS, INC. | 4/8/2025 | 95945 | $6,567.75 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 4/9/2025 | 95996 | $51,290.09 | PPI | 2%60Net61 |
| G. PUCCI & SONS, INC. | 4/11/2025 | 96102 | $3,330.82 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 4/15/2025 | 599105A | $212.40 | REC'G ERROR | NET 60 DAYS |
| G. PUCCI & SONS, INC. | 5/22/2025 | 96793 | $242.26 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 5/22/2025 | 96800 | $243.78 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 5/22/2025 | 96787 | $2,195.04 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 5/22/2025 | 96797 | $2,663.55 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 5/23/2025 | 96807 | $243.61 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 5/27/2025 | 96874 | $280.57 | | 2%60Net61 |
| G. PUCCI & SONS, INC. | 6/4/2025 | 97124 | $62.90 | | 2%60Net61 |
| G. PUCCI & SONS, INC./LINE | 4/3/2025 | 95919 | $357.12 | | 2% 90 DAYS |
| G. PUCCI & SONS, INC./LINE | 4/8/2025 | 0095943A | $32.16 | REC'D 4/0219 | 2% 90, NET 120 |
| G. PUCCI & SONS, INC./LINE | 4/8/2025 | 95943 | $41,513.87 | -605.92;SH78 0490,SH2 0218,SH2 0219 | 2% 90, NET 120 |
| G. PUCCI & SONS, INC./LINE | 4/17/2025 | 96243 | $45,199.08 | | 2%60Net61 |
| G5 PRODUCTS, LLC | 1/15/2025 | 2037 | $32,280.00 | | NET 30 DAYS |
| G96 PRODUCTS INC. | 3/13/2025 | 206797 | $1,915.68 | | NET 30 DAYS |
| GAMAKATSU USA, INC. | 1/2/2025 | INV010578 | $1,875.00 | | NET 90 |
| GAMAKATSU USA, INC. | 1/2/2025 | INV010577 | $2,887.50 | | NET 90 |
| GAMAKATSU USA, INC. | 1/2/2025 | INV010579 | $53,020.23 | -118.00,SH 80 0414-0554 | Net 120 Days |
| GAMAKATSU USA, INC. | 1/3/2025 | INV010643 | $122.40 | | Net 120 Days |
| GAMAKATSU USA, INC. | 1/7/2025 | INV010707 | $125,029.40 | 151.53;SH40 0572,23 0573,OV40 0202 | Net 120 Days |
| GAMAKATSU USA, INC. | 1/10/2025 | INV010826 | $1,547.20 | | Net 120 Days |
| GAMAKATSU USA, INC. | 1/14/2025 | INV010898 | $6,720.00 | | NET 90 |
| GAMAKATSU USA, INC. | 1/17/2025 | INV011040 | $115.60 | | Net 120 Days |
| GAMAKATSU USA, INC. | 1/30/2025 | INV011287 | $2,159.60 | | Net 120 Days |
| GAMAKATSU USA, INC. | 2/11/2025 | INV011500 | $1,445.95 | | NET 30 DAYS |
| GAMAKATSU USA, INC. | 2/11/2025 | INV011501 | $7,588.84 | | NET 90 |
| GAMAKATSU USA, INC. | 2/12/2025 | INV011541 | $13,881.34 | +7.87;OV 1 0414-1621 | NET 90 |
| GAMAKATSU USA, INC. | 2/14/2025 | INV011618 | $115.60 | | Net 120 Days |
| GAMAKATSU USA, INC. | 2/14/2025 | INV011617 | $122.80 | | NET 90 |
| GAMAKATSU USA, INC. | 2/14/2025 | INV011616 | $3,539.13 | | NET 90 |
| GAMAKATSU USA, INC. | 2/20/2025 | INV011726 | $3,376.40 | | NET 90 |
| GAMAKATSU USA, INC. | 2/21/2025 | INV011774 | $112.40 | | NET 90 |
| GAMAKATSU USA, INC. | 2/21/2025 | INV011776 | $1,022.00 | | Net 120 Days |
| GAMAKATSU USA, INC. | 2/21/2025 | INV011775 | $2,044.00 | | Net 120 Days |
| GAMAKATSU USA, INC. | 2/27/2025 | INV011991 | $12.64 | | NET 90 |
| GAMAKATSU USA, INC. | 2/27/2025 | INV011992 | $25.28 | | NET 90 |
| GAMAKATSU USA, INC. | 2/27/2025 | INV011993 | $228.00 | | Net 120 Days |
| GAMAKATSU USA, INC. | 3/14/2025 | INV012385 | $88.80 | | Net 120 Days |
| GAMAKATSU USA, INC. | 3/26/2025 | INV012652 | $638.40 | | Net 120 Days |
| GAMAKATSU USA, INC. | 3/26/2025 | INV012651 | $24,693.87 | PAYING PER PO | 5% 30,N90 |
| GAME ON! LLC | 12/16/2024 | 10963 | $521.90 | | NET 30 DAYS |
| GAME ON! LLC | 2/12/2025 | 11577 | $517.40 | | NET 30 DAYS |
| GAME ON! LLC | 5/13/2025 | 11974 | $391.73 | | NET 30 DAYS |
| GARMIN INTERNATIONAL | 3/12/2025 | 252854733 | $101,957.03 | | NET 60 DAYS |
| GARMIN INTERNATIONAL | 3/21/2025 | 253273039 | $4,929.99 | | NET 60 DAYS |
| GARMIN INTERNATIONAL | 4/3/2025 | 25380557 | $17,287.39 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| GARMIN INTERNATIONAL | 4/4/2025 | 253890986 | $31,173.42 | | NET 60 DAYS |
| GARMIN INTERNATIONAL | 4/17/2025 | 254401221 | $5,999.97 | | NET 60 DAYS |
| GARMIN INTERNATIONAL | 4/17/2025 | 254396331 | $21,422.94 | | NET 60 DAYS |
| GARMIN INTERNATIONAL | 4/30/2025 | 254862341 | $72,199.62 | Paying per invoice per Sam | NET 60 DAYS |
| GAYLA IND. INC. | 4/8/2024 | 188561 | $951.00 | PPI | NET 60 DAYS |
| GAYLA IND. INC. | 3/18/2025 | 189282 | $846.94 | | NET 30 DAYS |
| GBII CORP DBA COLUMBIA RIVER KNIFE & | 6/27/2025 | 1306618-00 | $4,749.40 | -128.00,SH 4 0630 | NET 60 DAYS |
| GBII CORP DBA COLUMBIA RIVER KNIFE & | 6/27/2025 | 1306634-00 | $4,987.20 | | NET 60 DAYS |
| GBII CORP DBA COLUMBIA RIVER KNIFE & | 6/30/2025 | 1306614-00 | $1,984.50 | | NET 60 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 2/4/2025 | 92R051700 | $30,190.47 | | NET 30 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 3/10/2025 | 928064657 | $3,482.38 | | NET 30 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 3/14/2025 | 928067072 | $8,343.78 | | NET 30 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 3/14/2025 | 928066696 | $10,048.60 | | NET 30 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 3/17/2025 | 928067304 | $46.41 | | NET 30 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 3/17/2025 | 928067282 | $232.05 | | NET 30 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 3/20/2025 | 928068983 | $1,390.80 | | NET 30 DAYS |
| GERBER LEGENDARY BLADE (FISKARS CA) | 3/26/2025 | 928070744 | $182.61 | | NET 30 DAYS |
| GFL ENVIRONMENTAL | 8/31/2025 | 70406107 | $772.52 | 9/1/2025 ACCT# 000790878-AUGUST | NET 1 DAY |
| GIBBS FISHING | 4/23/2025 | GDU-I007735 | $47.04 | | NET 30 DAYS |
| GIBBS FISHING | 4/23/2025 | GDU-I007736 | $137.70 | | NET 30 DAYS |
| GIBBS FISHING | 4/23/2025 | GDU-I007734 | $305.76 | | NET 30 DAYS |
| GIBBS FISHING | 4/23/2025 | GDU-I007733 | $1,011.36 | | NET 30 DAYS |
| GIBBS FISHING | 4/23/2025 | GDU-I007732 | $3,238.86 | | NET 30 DAYS |
| GIBBS FISHING | 4/24/2025 | GDU-I007742 | $5,527.38 | | NET 30 DAYS |
| GIBBS FISHING | 5/21/2025 | GDU-I007793 | $70.56 | | NET 30 DAYS |
| GIBBS FISHING | 5/23/2025 | GDU-I007799 | $4,144.14 | | NET 30 DAYS |
| GIBBS FISHING | 5/28/2025 | GDU-I007804 | $70.56 | | NET 30 DAYS |
| GINSU BRANDS | 10/29/2024 | GI5061351 | $1,354.10 | ****** | NET 60 DAYS |
| GITZIT | 1/30/2025 | 9874 | $8,742.90 | | NET 60 DAYS |
| GITZIT | 2/6/2025 | 9888 | $1,784.64 | | NET 60 DAYS |
| GITZIT | 2/13/2025 | 9891 | $782.40 | | NET 60 DAYS |
| GITZIT | 2/13/2025 | 9890 | $1,854.60 | | NET 60 DAYS |
| GITZIT | 2/13/2025 | 9892 | $13,671.54 | | NET 60 DAYS |
| GITZIT | 2/17/2025 | 9902 | $1,974.24 | | NET 60 DAYS |
| GITZIT | 2/20/2025 | 9898 | $3,047.52 | | NET 60 DAYS |
| GITZIT | 2/27/2025 | 9900 | $947.52 | | NET 60 DAYS |
| GITZIT | 2/27/2025 | 9904 | $2,960.94 | | NET 60 DAYS |
| GITZIT | 3/13/2025 | 9913 | $1,154.16 | | NET 60 DAYS |
| GITZIT | 3/13/2025 | 9914 | $1,445.16 | | NET 60 DAYS |
| GITZIT | 3/20/2025 | 9918 | $1,174.44 | | NET 60 DAYS |
| GITZIT | 3/20/2025 | 9919 | $1,184.52 | | NET 60 DAYS |
| GITZIT | 4/14/2025 | 9952 | $826.56 | | NET 60 DAYS |
| GITZIT | 4/17/2025 | 9951 | $262.08 | | NET 60 DAYS |
| GITZIT | 4/17/2025 | 9950 | $1,554.12 | | NET 60 DAYS |
| GITZIT | 4/17/2025 | 9953 | $1,767.12 | | NET 60 DAYS |
| GITZIT | 4/17/2025 | 9954 | $4,444.92 | | NET 60 DAYS |
| GITZIT | 5/8/2025 | 9774 | $753.60 | | NET 60 DAYS |
| GITZIT | 5/8/2025 | 9975 | $2,207.52 | | NET 60 DAYS |
| GITZIT | 5/8/2025 | 9973 | $2,255.88 | | NET 60 DAYS |
| GITZIT | 5/15/2025 | 9985 | $764.94 | | NET 60 DAYS |
| GITZIT | 5/15/2025 | 9986 | $5,164.14 | | NET 60 DAYS |
| GITZIT | 5/22/2025 | 9990 | $2,916.42 | | NET 60 DAYS |
| GITZIT | 5/29/2025 | 9998 | $1,013.82 | | NET 60 DAYS |
| GLACIER GLOVE | 2/27/2025 | 110478 | $9,211.76 | | 2%60NET61 |
| GLACIER GLOVE | 3/21/2025 | 110630 | $3,969.56 | | 2%60NET61 |
| GLACIER GLOVE | 3/24/2025 | 110636 | $1,972.17 | | 2%60NET61 |
| GLACIER GLOVE | 6/2/2025 | 111106 | $5,259.62 | | 2%60NET61 |
| GLOBAL ANGLER'S LLC | 6/5/2025 | 94748 | $1,264.02 | | NET 30 DAYS |
| GLOBAL ANGLER'S LLC | 6/20/2025 | 94954 | $3,769.08 | | NET 30 DAYS |
| GOGIRL | 5/24/2025 | 599398 | $14,040.00 | | NET 30 DAYS |
| GOGIRL | 6/23/2025 | 599941 | $11,970.00 | -198.00,SH33 5729-0000 | NET 30 DAYS |
| G-RATT BAITS | 12/4/2024 | 595637 | $1,261.57 | | NET 30 DAYS |
| G-RATT BAITS | 12/12/2024 | 596477 | $1,002.06 | | NET 30 DAYS |
| G-RATT BAITS | 12/23/2024 | 596775 | $799.68 | | NET 30 DAYS |
| G-RATT BAITS | 2/4/2025 | 598441 | $1,544.94 | | NET 30 DAYS |
| G-RATT BAITS | 2/4/2025 | 598567 | $1,578.98 | OVERAGE$ 93.48 | NET 30 DAYS |
| G-RATT BAITS | 3/25/2025 | 600674 | $1,104.72 | +$102.00:SH:0070/0071:OV:0056/0057 | NET 30 DAYS |
| GREAT CATCHES TACKLE INC/GAGS | 5/30/2025 | 2967 | $566.40 | | NET 30 DAYS |
| GREAT CATCHES TACKLE INC/GAGS | 6/12/2025 | 2968 | $1,770.00 | | NET 30 DAYS |
| GREEN PLANET 21 INC | 11/30/2025 | 661358 | $8,131.49 | 12/30/2025 | NET 30 DAYS |
| GREENFIELD PRODUCTS, INC. | 3/25/2025 | 6899 | $5,432.52 | | 2%30NET60 |
| GRIM REAPER | 5/17/2024 | 108135 | $2,592.00 | | NET 45 DAYS |
| GRIM REAPER | 7/1/2024 | 108544 | $1,296.00 | | NET 45 DAYS |
| GRIM REAPER | 8/20/2024 | 109803 | $4,860.00 | | NET 45 DAYS |
| GRIM REAPER | 9/12/2024 | 110793 | $2,268.00 | | NET 45 DAYS |
| GRIM REAPER | 10/24/2024 | 112305 | $1,620.00 | | NET 45 DAYS |
| GROVTEC US, INC | 6/5/2025 | 97362 | $5,442.10 | ****** | 5%15 Days, Net 31 |
| GROVTEC US, INC | 6/9/2025 | 97408 | $6,786.25 | ****** | 5%15 Days, Net 31 |
| GROVTEC US, INC | 7/1/2025 | 97915 | $392.73 | | 5%15 Days, Net 31 |
| GROVTEC US, INC | 7/2/2025 | 98009 | $241.74 | | 5%15 Days, Net 31 |

| | | | | |
|---|---|---|---|---|
| GSM HUNTING & CUTLERY, LLC | 12/12/2024 | 2024441871 | $931.22 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 12/12/2024 | 2024441867 | $947.90 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 12/12/2024 | 2024441873 | $5,939.93 | 0.00;O/S24 0152/0116,O/S30 0036/0093 | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 12/20/2024 | 2024453091 | $8,690.65 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 12/23/2024 | 2024457934 | $36,483.39 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 12/24/2024 | 2024460816 | $37,784.80 | +30.00;SH36 0385,OV24 1807 | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 1/18/2025 | 2025014615 | $1,877.09 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 1/20/2025 | 2025017437 | $3,203.16 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 1/21/2025 | 2025018428 | $1,226.56 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 1/29/2025 | 2025026283 | $644.41 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 1/29/2025 | 2025026275 | $4,668.19 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/3/2025 | 2025031800 | $459.40 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/4/2025 | 2025032410 | $1,002.38 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/4/2025 | 2025032436 | $1,008.38 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/10/2025 | 2025038579 | $166.78 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/13/2025 | 2025045854 | $773.15 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/14/2025 | 2025048326 | $186.72 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/14/2025 | 2025047457 | $2,112.71 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/17/2025 | 2025049711 | $106.05 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/17/2025 | 2025049513 | $10,632.19 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/18/2025 | 2025051210 | $252.61 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/18/2025 | 2025050755 | $265.99 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/18/2025 | 2025051384 | $277.24 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/19/2025 | RG250227-01A | $18.63 | REC'G ERROR REF 2025052238 | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/19/2025 | 2025052244 | $102.28 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/19/2025 | 2025052238 | $14,857.73 | PPI REF RG250227-01 | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/22/2025 | 2025055068 | $242.27 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058448 | $52.95 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058451 | $58.15 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058472A | $66.60 | REF RC250310-01 REC'G ERROR | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058476 | $138.77 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058473 | $261.08 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058434 | $10,781.64 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058472 | $80,932.96 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/24/2025 | 2025058449 | $90,447.67 | -15.35;SH12 1711-1523;OV1 5491-0364 | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/25/2025 | 2025059447 | $54.25 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 2/26/2025 | 2025060519 | $456.38 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/3/2025 | 2025067110 | $2,313.97 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/5/2025 | 2025068933 | $182.48 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/5/2025 | 2025068925 | $423.35 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/5/2025 | 2025068932 | $483.52 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/5/2025 | 2025068928 | $740.80 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/5/2025 | 2025068926 | $3,247.18 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/7/2025 | 2025071987 | $50.29 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/7/2025 | 2025071986 | $471.46 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/7/2025 | 2025071985 | $3,495.30 | -317.94;SH3 0867 | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/10/2025 | 2025072558 | $639.78 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/11/2025 | 2025074974 | $942.92 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/17/2025 | 2025081988 | $269.34 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/18/2025 | 2025083116 | $105.91 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/18/2025 | 2025083135 | $269.34 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/18/2025 | 2025083115 | $274.32 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/21/2025 | 2025087680 | $2,801.26 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/25/2025 | 2025091874 | $157.80 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/25/2025 | 2025090953 | $672.38 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/25/2025 | 2025090960 | $3,389.74 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/26/2025 | 2025092501 | $749.27 | -36.73 REF PSC667807, SH1 0025 | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/26/2025 | 2025092515 | $1,767.83 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/26/2025 | 2025092504 | $8,009.67 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/26/2025 | 2025092658 | $68,017.54 | -10.20 REF PSC667536;SH20 1173 | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/27/2025 | 2025094217 | $19.06 | -58.05;REF PSC669640;DMG3 1338-0127 | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/27/2025 | 2025094216 | $76.24 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/27/2025 | 2025094208 | $76.24 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/27/2025 | 2025094177 | $14,490.74 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/28/2025 | 2025095753 | $16,822.44 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/29/2025 | 2025097264 | $52.60 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/29/2025 | 2025097273 | $100.98 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 3/31/2025 | 2025100360 | $32.62 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 3/31/2025 | 2025100361 | $93.38 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/31/2025 | 2025100358 | $1,407.92 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 3/31/2025 | 2025098849 | $68,559.15 | +153.67;SH1 0071,OV6 0221 | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/2/2025 | 600402A | $45.36 | REC'G ERROR | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/2/2025 | 2025101230 | $176.79 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/2/2025 | 2025101229 | $281.72 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/2/2025 | 2025101242 | $327.43 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/2/2025 | 2025101241 | $1,347.20 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/3/2025 | 2025101824 | $227.32 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/4/2025 | 2025104118 | $340.98 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/9/2025 | 2025109174 | $44.32 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/9/2025 | 2025109178 | $44.32 | | Net 120 Days |

| | | | | | | |
|---|---|---|---|---|---|---|
| GSM HUNTING & CUTLERY, LLC | 4/9/2025 | 2025109198 | $239.12 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/10/2025 | 2025110657 | $23,023.13 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112817 | $126.29 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112812 | $319.89 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112194 | $424.09 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112204 | $959.73 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112938 | $2,263.21 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112809 | $4,268.91 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112197 | $13,824.60 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112191 | $15,427.48 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/11/2025 | 2025112187 | $23,716.21 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/14/2025 | 2025114464 | $76.37 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115342 | $29.49 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115599 | $30.20 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115351 | $54.71 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115348A | $78.10 | REC'D SHORTAGE | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115343 | $336.80 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115651 | $618.54 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115346 | $665.09 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115348 | $707.15 | -79.29 REF PSC670790;SH3 0107,3 0115 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115353 | $1,263.03 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115349 | $2,473.58 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/15/2025 | 2025115352 | $3,789.08 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/17/2025 | 2025118511 | $210.50 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/17/2025 | 2025118512 | $631.51 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/17/2025 | 2025118513 | $884.08 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/17/2025 | 2025118515 | $1,719.77 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/17/2025 | 2025118516 | $2,925.56 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/18/2025 | 2025119691 | $513.47 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/18/2025 | 2025119695 | $1,178.77 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/18/2025 | 2025119693 | $6,503.49 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/18/2025 | 2025119694 | $6,861.18 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/22/2025 | 2025122337 | $571.03 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/25/2025 | 2025127552 | $290.41 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/25/2025 | 2025127565 | $408.54 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/25/2025 | 2025127563 | $1,701.21 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/25/2025 | 2025127557 | $2,416.38 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/25/2025 | 2025127559 | $2,845.77 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/25/2025 | 2025127542 | $3,783.29 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/26/2025 | 2025128418 | $88.16 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/26/2025 | 2025128413 | $715.35 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/26/2025 | 2025128416 | $1,267.12 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/26/2025 | 2025128417 | $1,431.30 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/29/2025 | 2025130715 | $100.98 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/29/2025 | 2025130716 | $358.18 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134566 | $34.22 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134497 | $134.67 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025132175 | $139.90 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134589 | $168.36 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134593 | $185.20 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134598 | $263.94 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134588 | $296.12 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134592 | $531.98 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134564 | $564.11 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134565 | $564.11 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134563 | $627.43 | -93.28;SH2 0235,SH2 0343 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025132171 | $909.31 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134500 | $959.84 | +188.02;OV2 0157 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134498 | $1,597.15 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134596 | $1,616.50 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134499 | $1,818.70 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134597 | $1,911.20 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134591 | $2,660.72 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 4/30/2025 | 2025134590 | $3,064.89 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/1/2025 | 2025135042 | $269.42 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/1/2025 | 2025135039 | $803.07 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/5/2025 | 2025137309 | $36.70 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/5/2025 | 2025137310 | $184.10 | | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 5/6/2025 | 2025138663 | $22.81 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/8/2025 | 2025141778 | $922.24 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/8/2025 | 2025141793 | $1,043.06 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/8/2025 | 2025141790 | $1,507.00 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/9/2025 | 2025143566 | $55.05 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/9/2025 | 2025143557 | $328.38 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/10/2025 | 2025144275 | $185.30 | | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/12/2025 | 2025144963 | $492.57 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/12/2025 | 2025144978 | $560.68 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/12/2025 | 2025144964 | $656.76 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/12/2025 | 2025144975 | $985.14 | | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/12/2025 | 2025144974 | $1,641.90 | | | NET 90 |

| | | | | | |
|---|---|---|---|---|---|
| GSM HUNTING & CUTLERY, LLC | 5/15/2025 | 2025149019 | $51.06 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/20/2025 | 2025152570 | $448.57 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/21/2025 | 2025154074 | $150.88 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 5/21/2025 | 2025153878 | $226.35 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/21/2025 | 2025154075 | $251.65 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 5/21/2025 | 2025154072 | $387.34 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/2/2025 | 2025166265 | $69.15 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 6/3/2025 | 2025166717 | $319.73 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/3/2025 | 2025166713 | $682.57 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/6/2025 | 2025171024A | $30.26 | REC'D MISSING PROD | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/6/2025 | 2025170961 | $45.51 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/6/2025 | 2025171024 | $121.04 | -30.72;SH24 1711-1175 | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/6/2025 | 2025171025 | $606.05 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/9/2025 | 2025172049 | $30.28 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 6/11/2025 | 2025174257 | $101.30 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/11/2025 | 2025174259 | $121.04 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/11/2025 | 2025174542 | $167.37 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 6/11/2025 | 2025174541 | $167.37 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/11/2025 | 2025174258 | $1,395.19 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/16/2025 | 2025179757 | $71.54 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/16/2025 | 2025179758 | $536.04 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/16/2025 | 2025179726 | $1,452.76 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 6/17/2025 | 2025181664 | $133.60 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/17/2025 | 2025181838 | $134.71 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/18/2025 | 2025183550 | $133.60 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/18/2025 | 2025183684 | $242.23 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/18/2025 | 2025183680 | $673.42 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/19/2025 | 2025186032 | $146.88 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/20/2025 | 2024164893 | $1,801.01 | REF 2024139165 PO 585371 | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/21/2025 | 2025188330 | $321.32 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/24/2025 | 2025192490 | $61.44 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/24/2025 | 2025192492 | $258.29 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 6/25/2025 | 2025193842 | $25.15 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/25/2025 | 2025193840 | $609.89 | | NET 180 |
| GSM HUNTING & CUTLERY, LLC | 6/25/2025 | 2025193847 | $970.44 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/25/2025 | 2025193848 | $1,025.15 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/25/2025 | 2025193841 | $1,992.18 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 6/25/2025 | 2025193859 | $2,732.37 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/25/2025 | 2025193858 | $3,792.98 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/26/2025 | 2025196282 | $4,073.21 | | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 6/30/2025 | 2025202518 | $41,822.04 | -31.56;SH3 2438 | NET 90 |
| GSM HUNTING & CUTLERY, LLC | 7/1/2025 | 2025202979 | $88.30 | | Net 120 Days |
| GSM HUNTING & CUTLERY, LLC | 7/1/2025 | 2025202980 | $88.30 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 10/16/2024 | 2024340395 | $466.96 | P4MP | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 12/13/2024 | 2024444392 | $112.77 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 12/16/2024 | 2024446587 | $95.94 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 12/20/2024 | 2024453090 | $39,450.93 | +10.02;OV18 0475,SH18 0136,OV12 0491 | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 12/23/2024 | 2024457929 | $30,479.58 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 12/23/2024 | 2024457975 | $54,175.03 | -29.03;SH1 0246 PSC655796 | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 12/24/2024 | 2024460544 | $201.14 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 1/18/2025 | 2025014617 | $966.98 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 1/20/2025 | 2025017604 | $266.62 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 1/20/2025 | 2025017585 | $553.53 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 1/20/2025 | 2025017436 | $3,323.92 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 1/21/2025 | 2025018430 | $342.39 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 1/29/2025 | 2025026276 | $3,552.95 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 1/31/2025 | 2025029971 | $143.91 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/3/2025 | 2025031802 | $698.92 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/4/2025 | 2025032437 | $496.64 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/4/2025 | 2025032411 | $807.15 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/13/2025 | 2025045507 | $2,829.12 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 2/14/2025 | 2025047454 | $195.58 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/14/2025 | 2025048325 | $1,472.91 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/17/2025 | 2025049706 | $215.56 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/18/2025 | 2025050754 | $195.58 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/18/2025 | 2025051383 | $546.54 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/20/2025 | 2025053691 | $30,893.30 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 2/21/2025 | 2025055378 | $201.65 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 2/21/2025 | 2025055070 | $37,204.64 | -4.05;SH1 0065 | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 2/22/2025 | RG250307-01A | $9.03 | REC'G ERROR REF 2025056523 | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 2/22/2025 | 2025055067 | $193.38 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/22/2025 | 2025056523 | $33,928.26 | PPI REF RG250307-01 | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 2/24/2025 | 2025058536 | $185.10 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/24/2025 | 2025058474 | $546.54 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 2/25/2025 | 2025059445 | $105.67 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 2/25/2025 | 2025059446 | $110.93 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/3/2025 | 2025067103 | $487.38 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/5/2025 | 2025068937 | $48.46 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/5/2025 | 2025068927 | $487.38 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/11/2025 | 2025074973 | $438.92 | | NET 180 |

| | | | | | |
|---|---|---|---|---|---|
| GSM SHOOTING SPORTS-GSM, LLC | 3/18/2025 | 2025083114 | $666.51 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/18/2025 | 2025083134 | $666.51 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/25/2025 | 2025090957 | $75.59 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 3/26/2025 | 2025092513 | $60.48 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 3/26/2025 | 2025092626 | $191.88 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/26/2025 | 2025092511 | $296.01 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/26/2025 | 2025093142 | $686.02 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/27/2025 | 2025094244 | $634.49 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 3/29/2025 | 2025097261 | $666.51 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 3/31/2025 | 2025099798 | $27,881.78 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/2/2025 | 2025101232 | $26,407.79 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/3/2025 | 2025101821 | $18,953.25 | -11.08 PSC669847,SH1 0881 | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/4/2025 | 2025104883 | $31.96 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/11/2025 | 2025112814 | $19.98 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/11/2025 | 2025112936 | $39.95 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 4/11/2025 | 2025112199 | $58.76 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/11/2025 | 2025112202 | $211.52 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 4/11/2025 | 2025112819 | $247.40 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/11/2025 | 2025112192 | $394.16 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115345 | $79.90 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115654 | $83.69 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | RG250422-01A | $84.96 | REC'G ERROR REF 2025115653 | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115347 | $90.88 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115339 | $111.09 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115340 | $134.51 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115653 | $138.98 | PPI REF RG250422-01/01A | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115338 | $139.48 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/15/2025 | 2025115350 | $291.01 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/17/2025 | 2025118514 | $141.37 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/18/2025 | 2025119692 | $281.32 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/25/2025 | 2025128063 | $60.48 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/25/2025 | 2025127554 | $877.52 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 4/26/2025 | 2025128415 | $60.48 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/26/2025 | 2025128422 | $261.93 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/26/2025 | 2025128414 | $877.52 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 4/29/2025 | 2025130717 | $121.12 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 4/29/2025 | 2025130718 | $911.48 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/8/2025 | 2025141791 | $45.44 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/8/2025 | 2025141792 | $90.88 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 5/8/2025 | 2025142045 | $143.61 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 5/9/2025 | 2025143554 | $60.56 | REC'D UNDER PO 600547 | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/9/2025 | 2025143563 | $60.56 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/9/2025 | 2025143548 | $105.20 | REC'D UNDER PO#S 598803 & 600547 | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/9/2025 | 2025143552 | $157.80 | REC'D ON PO# 600547 | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 5/10/2025 | 2025144282 | $63.12 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/12/2025 | 2025144977 | $60.56 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/12/2025 | 2025144972 | $105.20 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/13/2025 | 2025144873 | $105.20 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 5/13/2025 | 2025145354 | $141.21 | -333.33;SH3 1711-1711 | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/15/2025 | 2025149018 | $141.21 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/17/2025 | 2025150463 | $339.25 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/21/2025 | 2025153879 | $360.10 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/21/2025 | 2025154073 | $361.04 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 5/23/2025 | 2025155948 | $366.62 | | NET 30 DAYS |
| GSM SHOOTING SPORTS-GSM, LLC | 5/23/2025 | 2025155998 | $3,055.18 | | NET 30 DAYS |
| GSM SHOOTING SPORTS-GSM, LLC | 5/30/2025 | 2025163297 | $50.24 | | NET 30 DAYS |
| GSM SHOOTING SPORTS-GSM, LLC | 6/2/2025 | 2025166261 | $74.37 | | NET 30 DAYS |
| GSM SHOOTING SPORTS-GSM, LLC | 6/3/2025 | 2025166721 | $60.56 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/3/2025 | 2025166715 | $137.98 | | Net 120 Days |
| GSM SHOOTING SPORTS-GSM, LLC | 6/3/2025 | 2025166714 | $137.98 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/3/2025 | 2025166716 | $275.96 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/3/2025 | 2025166720 | $413.94 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/5/2025 | 2025169733 | $60.56 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/6/2025 | 2025170960 | $153.02 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/9/2025 | 2025172258 | $33.61 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/9/2025 | 2025172280 | $33.61 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/11/2025 | 2025174256 | $60.56 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/16/2025 | 2025179759 | $33.61 | | NET 180 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/16/2025 | 2025179590 | $19,348.99 | | NET 30 DAYS |
| GSM SHOOTING SPORTS-GSM, LLC | 6/26/2025 | 2025196319 | $125.40 | | NET 90 |
| GSM SHOOTING SPORTS-GSM, LLC | 6/30/2025 | 2025202521 | $15,107.49 | | NET 90 |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | achpayment | $15.00 | ACH TEST PAYMENT | NET 1 DAY |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | 600260 | $7,243.82 | PRE PAID | NET 1 DAY |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | 600260A | $9,037.93 | PRE PAID LESS 1.5% CO-OP | NET 60 DAYS |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | 597873A | $9,628.20 | PRE PAID LESS 1.5 CO-OP | NET 60 DAYS |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | SO-1187062A | $13,929.30 | PRE PAID LESS 1.5% CO-OP | NET 60 DAYS |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | 600261A | $17,489.64 | PRE PAID LESS 1.5 CO-OP | NET 60 DAYS |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | 600261 | $17,755.98 | PRE PAID | NET 1 DAY |
| GUNTERSVILLE BREATHABLES D/B/A | 5/19/2025 | 600263B | $18,808.59 | PRE PAID LESS 1.5% CO-OP | NET 60 DAYS |
| H & H LURE CO. | 5/16/2024 | HH32648 | $4,462.50 | -402.60;SH12 0033,SH192 0202 | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| H & H LURE CO. | 6/3/2024 | HH32930 | $99.00 | P4MP | NET 60 DAYS |
| H & H LURE CO. | 6/3/2024 | HH32931 | $99.00 | P4MP | NET 60 DAYS |
| H & M MARINE PROD. INC. | 2/10/2025 | DEFALLPAYBAC | $239.34 | PAY BACK DEF ALLOWANCE CREDIT | NET 1 DAY |
| H & M MARINE PROD. INC. | 4/4/2025 | 1793 | $4,132.96 | | NET 30 DAYS |
| H2O SPORTS | 3/31/2025 | 613430 | $1,486.17 | | NET 30 DAYS |
| HALCO USA CORP | 7/2/2024 | 4899 | $2,692.80 | | NET 30 DAYS |
| HALCO USA CORP | 7/4/2024 | 4901 | $2,733.60 | | NET 30 DAYS |
| HALCO USA CORP | 7/4/2024 | 4902 | $6,837.60 | | NET 30 DAYS |
| HARD AND SOFT FISHING, LLC | 9/6/2024 | 229448 | $2,307.25 | | NET 60 DAYS |
| HARD AND SOFT FISHING, LLC | 9/6/2024 | 229442 | $7,817.16 | | NET 60 DAYS |
| HARD AND SOFT FISHING, LLC | 9/16/2024 | 229842 | $2,415.55 | | NET 60 DAYS |
| HARD AND SOFT FISHING, LLC | 9/17/2024 | 229919 | $5,230.74 | | NET 60 DAYS |
| HARD AND SOFT FISHING, LLC | 9/18/2024 | 230041 | $727.68 | | NET 60 DAYS |
| HARD AND SOFT FISHING, LLC | 9/19/2024 | 230045 | $3,472.03 | | NET 60 DAYS |
| HARD AND SOFT FISHING, LLC | 9/19/2024 | 230094 | $5,980.98 | | NET 60 DAYS |
| HARRISON-HOGE IND/PANTHER MARTIN | 3/18/2025 | 4528734 | $2,902.80 | | 4% 90 DAYS, NET 91 |
| HARRISON-HOGE IND/PANTHER MARTIN | 3/21/2025 | 4529045 | $2,225.04 | | 4% 90 DAYS, NET 91 |
| HARRISON-HOGE IND/PANTHER MARTIN | 4/2/2025 | 4530252 | $185.40 | | 4% 90 DAYS, NET 91 |
| HARRISON-HOGE IND/PANTHER MARTIN | 4/22/2025 | 4532722 | $802.56 | | 4% 90 DAYS, NET 91 |
| HARRISON-HOGE IND/PANTHER MARTIN | 4/22/2025 | 4532726 | $3,232.32 | | 4% 90 DAYS, NET 91 |
| HARRISON-HOGE IND/PANTHER MARTIN | 5/1/2025 | 4533986 | $1,081.08 | | 4% 90 DAYS, NET 91 |
| HARRISON-HOGE IND/PANTHER MARTIN | 6/18/2025 | 4541624 | $63,265.20 | | 4% 90 DAYS, NET 91 |
| HAVEL'S LLC | 11/5/2024 | SI317288 | $3,790.20 | | 2%30NET60 |
| HAVEL'S LLC | 11/5/2024 | SI317287 | $4,974.36 | PPI | 2%30NET60 |
| HAVEL'S LLC | 11/5/2024 | SI317286 | $6,725.46 | -396.00;SH12 0012 | 2%30NET60 |
| HAVEL'S LLC | 11/12/2024 | SI317872 | $666.60 | REF INV# SI317287 | 2%30NET60 |
| HAVEL'S LLC | 11/22/2024 | SI318646 | $7,290.00 | | 2%30NET60 |
| HAVEL'S LLC | 1/13/2025 | SI322855 | $4,972.80 | PPI | 2%30NET60 |
| HAVEL'S LLC | 1/13/2025 | SI322854 | $5,183.16 | | 2%30NET60 |
| HAVEL'S LLC | 1/29/2025 | SI323913 | $3,189.96 | | 2%30NET60 |
| HAVEL'S LLC | 1/31/2025 | SI324136 | $2,775.00 | | 2%30NET60 |
| HAVEL'S LLC | 1/31/2025 | SI324088 | $3,975.00 | | 2%30NET60 |
| HAVEL'S LLC | 2/4/2025 | SI324288 | $15,525.00 | | 2%30NET60 |
| HAVEL'S LLC | 3/20/2025 | SI325933 | $475.20 | | 2%30NET60 |
| HAVEL'S LLC | 3/20/2025 | SI325932 | $554.40 | | 2%30NET60 |
| HAVEL'S LLC | 3/20/2025 | SI325931 | $792.00 | | 2%30NET60 |
| HAVEL'S LLC | 4/2/2025 | SI327459 | $10,944.00 | | 2%30NET60 |
| HAYABUSA U.S.A. INC. | 6/3/2025 | HI-18737 | $23,372.25 | | NET 90 |
| HAYABUSA U.S.A. INC. | 6/3/2025 | HI-18738 | $60,549.60 | | NET 90 |
| HAYDEL'S GAME CALLS INC. | 7/29/2024 | 91574 | $1,109.76 | | NET 30 DAYS |
| HAYS FISHING EQUIPMENT, LLC | 7/25/2024 | 42696B | $5,145.00 | PREPAID/PAY PER PO | NET 30 DAYS |
| HAYS FISHING EQUIPMENT, LLC | 6/9/2025 | 42958 | $328.44 | | 2% 25, NET 26 |
| HENRY REPEATING ARMS COMPANY | 5/30/2025 | WI00102121 | $2,152.00 | | NET 10 DAYS |
| HENRY REPEATING ARMS COMPANY | 5/30/2025 | WI00102120 | $4,110.00 | | NET 10 DAYS |
| HENRY REPEATING ARMS COMPANY | 5/30/2025 | WI00102122 | $15,089.00 | | NET 10 DAYS |
| HENRY REPEATING ARMS COMPANY | 5/30/2025 | WI00102119 | $28,678.00 | | NET 10 DAYS |
| HERITAGE MANUFACTURING INC. | 12/13/2024 | 03-54366 | $2,500.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/13/2024 | 03-54359 | $3,400.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/13/2024 | 03-54371 | $3,400.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/13/2024 | 03-54369 | $4,455.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/13/2024 | 03-54370 | $4,590.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/13/2024 | 03-54392 | $4,605.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/20/2024 | 03-54482 | $695.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/20/2024 | 90000180 | $1,280.00 | | NET 30 DAYS |
| HERITAGE MANUFACTURING INC. | 12/20/2024 | 03-54477 | $1,360.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/26/2024 | 03-54696 | $6,500.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 12/27/2024 | 90014070 | $1,390.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 2/11/2025 | 90006546 | $1,340.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 2/11/2025 | 90006528 | $7,795.00 | 0.00;SH10 0152, OV10 0064 | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 2/20/2025 | 900105833 | $5,184.00 | +615.00;OV5 0083 | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 2/27/2025 | 90014035 | $6,500.00 | | 4% 10, NET 30 |
| HERITAGE MANUFACTURING INC. | 5/31/2025 | 90046522 | $26,709.00 | PREPAID PO BC250507-02 | 4% 10, NET 30 |
| HI-COUNTRY FLIES/PISTOL PETE | 5/5/2025 | 10238 | $303.60 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/5/2025 | 10237 | $993.20 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/5/2025 | 10241 | $3,299.40 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/5/2025 | 10242 | $12,506.40 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/6/2025 | 10243 | $910.80 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/6/2025 | 10240 | $1,535.20 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/9/2025 | 10252 | $5,179.80 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/13/2025 | 10253 | $2,511.00 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/21/2025 | 10260 | $1,428.60 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/22/2025 | 10257 | $3,643.20 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 5/27/2025 | 10276 | $5,499.00 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 6/2/2025 | 10277 | $3,918.60 | | NET 30 DAYS |
| HI-COUNTRY FLIES/PISTOL PETE | 6/3/2025 | 10264 | $289.80 | | NET 30 DAYS |
| HI-COUNTRY FOODS, INC | 4/16/2025 | 34037329 | $231.49 | | NET 60 DAYS |
| HI-COUNTRY FOODS, INC | 4/16/2025 | 34037327 | $372.98 | | NET 60 DAYS |
| HI-COUNTRY FOODS, INC | 4/16/2025 | 34037326 | $469.62 | | NET 60 DAYS |
| HI-COUNTRY FOODS, INC | 4/16/2025 | 34037328 | $589.80 | | NET 60 DAYS |
| HI-COUNTRY FOODS, INC | 4/16/2025 | 34037325 | $2,196.24 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| HIGH TIDE TACKLE INCORPORATED | 1/2/2025 | 3564 | $889.68 | | NET 30 DAYS |
| HIGH TIDE TACKLE INCORPORATED | 2/13/2025 | 3565 | $511.68 | | NET 30 DAYS |
| HI-VIZ GROUP, INC. | 5/20/2025 | HI577282 | $1,227.36 | | NET 45 DAYS |
| HI-VIZ GROUP, INC. | 5/20/2025 | HI577281 | $1,259.52 | | NET 45 DAYS |
| HODGDON POWDER COMPANY | 5/21/2025 | PS-INV131901 | $50,163.40 | | NET 30 DAYS |
| HOFMANN TOOL & DIE | 5/23/2025 | 601014 | $4,270.00 | | NET 30 DAYS |
| HOGY LURE COMPANY LLC | 4/18/2025 | 77-45727 | $4,722.54 | | NET 60 DAYS |
| HOGY LURE COMPANY LLC | 4/30/2025 | 77-45753 | $377.70 | | NET 60 DAYS |
| HOGY LURE COMPANY LLC | 5/13/2025 | 77-45787 | $2,802.54 | | NET 60 DAYS |
| HOGY LURE COMPANY LLC | 5/22/2025 | 77-45807 | $3,376.56 | | NET 60 DAYS |
| HOGY LURE COMPANY LLC | 6/16/2025 | 77-45854 | $5,474.16 | | NET 60 DAYS |
| HOGY LURE COMPANY LLC | 6/19/2025 | 77-45875 | $1,205.28 | | NET 60 DAYS |
| HOGY LURE COMPANY LLC | 7/1/2025 | 77-45912 | $2,264.40 | | NET 60 DAYS |
| HOMEGROWN FAMILY FOODS LLC | 4/23/2025 | INV311544 | $5,053.88 | -18.80;SH10@$1.88 2326-0700 | NET 60 DAYS |
| HONEYWELL SAFETY PRODUCTS USA, INC | 9/8/2022 | 5261208657 | $1,128.96 | P4MP | NET 30 DAYS |
| HONEYWELL SAFETY PRODUCTS USA, INC | 2/25/2025 | 5269266434 | $4,535.96 | | NET 30 DAYS |
| HONEYWELL SAFETY PRODUCTS USA, INC | 4/16/2025 | 5269699740 | $45.92 | | NET 30 DAYS |
| HONEYWELL SAFETY PRODUCTS USA, INC | 4/22/2025 | 5269738388 | $200.64 | | NET 30 DAYS |
| HONEYWELL SAFETY PRODUCTS USA, INC | 5/24/2025 | 5270031358 | $200.64 | -26.41 FREIGHT | NET 30 DAYS |
| HOPKINS FISHING LURES CO. | 3/13/2025 | 144 | $486.48 | | 4% 30, NET 45 |
| HOPKINS FISHING LURES CO. | 3/20/2025 | 145 | $471.12 | | 4% 30, NET 45 |
| HOPKINS FISHING LURES CO. | 3/20/2025 | 146 | $1,149.48 | | 4% 30, NET 45 |
| HOPKINS FISHING LURES CO. | 4/3/2025 | 148 | $975.00 | | 4% 30, NET 45 |
| HOPKINS FISHING LURES CO. | 4/25/2025 | 152 | $1,153.92 | | 4% 30, NET 45 |
| HOPKINS FISHING LURES CO. | 4/30/2025 | 153 | $1,060.80 | | 4% 30, NET 45 |
| HOPKINS FISHING LURES CO. | 5/30/2025 | 158 | $2,008.56 | | 4% 30, NET 45 |
| HOPKINS FISHING LURES CO. | 6/25/2025 | 163 | $2,352.72 | | 4% 30, NET 45 |
| HORIZON MANUFACTURING ENT. INC. | 9/23/2024 | 91754 | $806.40 | | NET 30 DAYS |
| HORIZON MANUFACTURING ENT. INC. | 9/23/2024 | 91755 | $1,382.40 | | NET 30 DAYS |
| HORIZON MANUFACTURING ENT. INC. | 9/23/2024 | 91756 | $1,728.00 | | NET 30 DAYS |
| HORIZON MANUFACTURING ENT. INC. | 10/22/2024 | 92104 | $720.00 | | NET 30 DAYS |
| HORIZON MANUFACTURING ENT. INC. | 12/13/2024 | 92785 | $691.20 | | NET 30 DAYS |
| HORIZON MANUFACTURING ENT. INC. | 12/13/2024 | 92784 | $1,382.40 | | NET 30 DAYS |
| HORNADY MFG. CO. | 3/14/2024 | 3039544 | $2,354.40 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/15/2024 | 3040194 | $1,173.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/20/2024 | 3042662 | $4,279.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/21/2024 | 3043085 | $3,890.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/25/2024 | 3044743 | $637.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/25/2024 | 3044744 | $955.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/25/2024 | 3044742 | $1,433.70 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/25/2024 | 3044345 | $2,230.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/25/2024 | 3044346 | $3,982.50 | | NET 11/10/24 |
| HORNADY MFG. CO. | 3/25/2024 | 3044344 | $5,097.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/3/2024 | 3049135 | $1,750.50 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/3/2024 | 3049136 | $2,917.50 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/3/2024 | 3049134 | $9,212.40 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/4/2024 | 3050188 | $3,582.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/4/2024 | 3050187 | $8,188.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/8/2024 | 3051388 | $2,559.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/8/2024 | 3051387 | $3,285.90 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/8/2024 | 3051386 | $3,582.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/10/2024 | 3053066 | $1,554.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/10/2024 | 3053067 | $2,849.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/10/2024 | 3053065 | $3,626.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/11/2024 | 3053821 | $269.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/11/2024 | 3053822 | $1,023.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/12/2024 | 3054093 | $21.72 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/12/2024 | 3054033 | $637.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/12/2024 | 3054094 | $1,295.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/12/2024 | 3054091 | $1,554.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/12/2024 | 3054092 | $5,611.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/12/2024 | 3054030 | $10,147.10 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/12/2024 | 3054306 | $15,165.45 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/15/2024 | 3055001 | $2,139.50 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/15/2024 | 3054537 | $2,260.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/16/2024 | 3055444 | $807.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/16/2024 | 3055378 | $1,059.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/16/2024 | 3055445 | $5,085.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/16/2024 | 3055375 | $7,039.40 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/17/2024 | 3056685 | $529.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/17/2024 | 3056681 | $12,467.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/17/2024 | 3056258 | $24,934.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/18/2024 | 3057052 | $403.80 | PPI | NET 11/10/24 |
| HORNADY MFG. CO. | 4/18/2024 | 3057051 | $807.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/19/2024 | 3057813 | $403.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/19/2024 | 3057734 | $1,167.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/19/2024 | 3057814 | $1,534.40 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/19/2024 | 3057812 | $1,972.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/22/2024 | 3058735 | $876.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/22/2024 | 3058736 | $2,663.10 | | NET 11/10/24 |

| | | | | | |
|---|---|---|---|---|---|
| HORNADY MFG. CO. | 4/24/2024 | 3059942 | $1,279.50 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/24/2024 | 3060293 | $4,473.50 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/26/2024 | 3061431 | $1,023.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/26/2024 | 3061430 | $4,606.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/26/2024 | 3061686 | $6,141.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/26/2024 | 3061386 | $7,041.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/29/2024 | 3062513 | $432.30 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/29/2024 | 3062058 | $864.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 4/29/2024 | 3062510 | $5,521.10 | | NET 11/10/24 |
| HORNADY MFG. CO. | 5/1/2024 | 3064090 | $288.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 5/7/2024 | 3066774 | $8,370.70 | | NET 11/10/24 |
| HORNADY MFG. CO. | 5/14/2024 | 3070612 | $1,564.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 5/15/2024 | 3070887 | $1,729.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 6/11/2024 | 3082770 | $720.50 | | NET 11/10/24 |
| HORNADY MFG. CO. | 6/26/2024 | 3089056 | $876.80 | PAY PER PO | NET 11/10/24 |
| HORNADY MFG. CO. | 7/11/2024 | 3094370 | $203.40 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/11/2024 | 3094369 | $406.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/12/2024 | 3094889 | $1,296.90 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/12/2024 | 3094886 | $77,690.55 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/15/2024 | 3095566 | $21.72 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/15/2024 | 3095910 | $21.72 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/16/2024 | 3096528 | $883.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/17/2024 | 3096895 | $2,511.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/18/2024 | 3097593 | $8,802.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/23/2024 | 3099568 | $217.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/24/2024 | 3100191 | $406.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/24/2024 | 3099892 | $434.40 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/29/2024 | 3101458 | $368.40 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/29/2024 | 3101766 | $2,814.90 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/29/2024 | 3101765 | $5,056.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/30/2024 | 3102420 | $1,177.20 | | NET 11/10/24 |
| HORNADY MFG. CO. | 7/30/2024 | 3102421 | $1,962.00 | | NET 11/10/24 |
| HORNADY MFG. CO. | 8/2/2024 | 3104268 | $552.60 | | NET 11/10/24 |
| HORNADY MFG. CO. | 8/2/2024 | 3104269 | $1,657.80 | | NET 11/10/24 |
| HORNADY MFG. CO. | 8/15/2024 | 3110074 | $736.80 | | NET 90 |
| HORNADY MFG. CO. | 6/16/2025 | 3219211 | $199,789.80 | | NET 1 DAY |
| HOT SPOT FISHING & LURES | 5/10/2024 | 10822 | $3,635.94 | | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 5/17/2024 | INV0439644 | $10,899.00 | | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 6/6/2024 | INV0454199 | $53.77 | REF INV0448518 | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 6/6/2024 | INV0448518 | $804.42 | -351.84 SPS ERROR;REF INV0454199 | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 6/19/2024 | INV0454664 | $1,251.30 | | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 6/21/2024 | INV0455690 | $5,695.98 | | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 7/10/2024 | INV0459472 | $3,971.88 | | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 7/23/2024 | INV0463158 | $3,971.88 | | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 8/27/2024 | INV0471356 | $3,207.54 | | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 9/24/2024 | INV0476852 | $1,164.60 | -275.84;SH4 0153,SH4 0151,SH12 0149 | NET 30 DAYS |
| HOUSE OF OUTDOORS, INC. | 9/25/2024 | INV0476845 | $889.26 | -1313.40;SH84 ITEMS NVR EMVENDOR | NET 30 DAYS |
| HT ENTERPRISES, INC. | 9/27/2023 | 412318 | $48.25 | | NET 60 DAYS |
| HT ENTERPRISES, INC. | 9/28/2023 | 412252 | $555.29 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 9/28/2023 | 412251 | $1,407.66 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 10/31/2023 | 412655 | $169.01 | | NET 30 DAYS |
| HT ENTERPRISES, INC. | 10/31/2023 | 412634 | $420.09 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 10/31/2023 | 412656 | $2,846.21 | | NET 30 DAYS |
| HT ENTERPRISES, INC. | 10/31/2023 | 412657 | $15,781.24 | | NET 30 DAYS |
| HT ENTERPRISES, INC. | 11/2/2023 | 412665 | $75.66 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 11/15/2023 | RG231115-02A | $26,183.90 | PRICE VARIANCE ON RETURN ORDER | NET 1 DAY |
| HT ENTERPRISES, INC. | 11/24/2023 | 413009 | $169.67 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 11/24/2023 | 413008 | $742.11 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 11/24/2023 | 413007 | $4,145.94 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 12/13/2023 | 413238 | $1,285.08 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 12/13/2023 | 413239 | $4,296.29 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 12/20/2023 | 413325 | $1,563.21 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 12/28/2023 | 413468 | $5,112.29 | | NET 30 DAYS |
| HT ENTERPRISES, INC. | 1/4/2024 | 413586 | $2,131.46 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 1/4/2024 | 413587 | $2,465.29 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 7/9/2024 | 414267 | $434.52 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 8/26/2024 | 414350 | $82,536.36 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 9/25/2024 | 414442 | $5,210.88 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 10/24/2024 | 414677 | $13,787.42 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 11/11/2024 | 414768 | $4,468.19 | | NET 30 DAYS |
| HT ENTERPRISES, INC. | 11/14/2024 | 414787 | $2,121.84 | ****** | NET 30 DAYS |
| HT ENTERPRISES, INC. | 1/6/2025 | 415393 | $231.25 | | NET 30 DAYS |
| HT ENTERPRISES, INC. | 1/6/2025 | 415392 | $3,675.84 | | NET 30 DAYS |
| HUBERD SHOE GREASE CO, LLC | 12/10/2024 | 4909 | $4,560.00 | | NET 30 DAYS |
| HUNTER SAFETY SYSTEM | 9/26/2024 | 39106 | $2,118.13 | -216.00;SH4 0086,SH4 0088 | NET 30 DAYS |
| HUNTER SAFETY SYSTEM | 10/26/2024 | 39107 | $1,205.17 | | NET 30 DAYS |
| IGLOO PROD. CORP | 3/24/2025 | 11438904 | $10,665.80 | | NET 60 DAYS |
| IGLOO PROD. CORP | 3/26/2025 | 11441993 | $2,885.98 | | NET 60 DAYS |
| IGLOO PROD. CORP | 3/28/2025 | 11443133A | $46.22 | SHORTAGE RECEIVED PO#600319 | NET 60 DAYS |
| IGLOO PROD. CORP | 3/28/2025 | 11443133 | $1,109.28 | -$46.22;SH 2 #0459 | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| IGLOO PROD. CORP | 4/3/2025 | 11447234 | $3,700.29 | | NET 60 DAYS |
| IGLOO PROD. CORP | 4/4/2025 | 11448185 | $6,847.10 | | NET 60 DAYS |
| IGLOO PROD. CORP | 4/30/2025 | 599611 | $55.48 | SHIPPED NOT BILLED PO#599611 | NET 60 DAYS |
| IGLOO PROD. CORP | 5/1/2025 | 11474749 | $6,313.34 | | NET 60 DAYS |
| IGLOO PROD. CORP | 5/5/2025 | 11480320 | $7,869.60 | | NET 60 DAYS |
| IGLOO PROD. CORP | 6/10/2025 | 11524627 | $6,131.36 | PAID PER PO PRICE PER SAM | NET 60 DAYS |
| IGLOO PROD. CORP | 6/18/2025 | 11530006 | $22,079.25 | | NET 60 DAYS |
| IKE-CON FISHING TACKLE MFG | 4/21/2025 | 16543A | $50.64 | BALANCE OF PO#598640 IN#16543 | NET 30 DAYS |
| IKE-CON FISHING TACKLE MFG | 4/21/2025 | 16543 | $1,040.16 | PAID PER PO | NET 30 DAYS |
| INTERSTATE BAIT | 2/28/2025 | 022825-5 | $124.80 | DS250211-27 | NET 30 DAYS |
| INTERSTATE BAIT | 2/28/2025 | 022825-2 | $135.48 | DS250211-23 | NET 30 DAYS |
| INTERSTATE BAIT | 2/28/2025 | 022825-4 | $135.48 | DS250211-29 | NET 30 DAYS |
| INTERSTATE BAIT | 2/28/2025 | 022825-3 | $249.55 | DS250211-25 | NET 30 DAYS |
| INTERSTATE BAIT | 2/28/2025 | 022825-1 | $1,529.79 | DS250116-02 | NET 30 DAYS |
| INTERSTATE BAIT | 3/17/2025 | 031725-11 | $266.01 | | NET 30 DAYS |
| INTERSTATE BAIT | 3/17/2025 | 031725-14 | $290.47 | | NET 30 DAYS |
| INTERSTATE BAIT | 3/17/2025 | 031725-9 | $302.23 | | NET 30 DAYS |
| INTERSTATE BAIT | 3/17/2025 | 031725-13 | $377.50 | | NET 30 DAYS |
| INTERSTATE BAIT | 3/17/2025 | 031725-10 | $485.51 | | NET 30 DAYS |
| INTERSTATE BAIT | 3/17/2025 | 031725-12 | $679.26 | | NET 30 DAYS |
| INTERSTATE BAIT | 4/3/2025 | 040325-3 | $332.93 | | NET 30 DAYS |
| INTERSTATE BAIT | 4/3/2025 | 040325-1 | $949.97 | | NET 30 DAYS |
| INTERSTATE BAIT | 4/15/2025 | 041525-3 | $255.07 | DS250217-27 | NET 30 DAYS |
| INTERSTATE BAIT | 4/15/2025 | 041525-4 | $255.07 | DS250217-28 | NET 30 DAYS |
| INTERSTATE BAIT | 4/15/2025 | 041525-2 | $302.23 | DS250217-29 | NET 30 DAYS |
| INTERSTATE BAIT | 4/15/2025 | 041525-1 | $547.78 | DS250217-30 | NET 30 DAYS |
| IRON DECOY | 2/5/2025 | 2252 | $306.03 | | NET 30 DAYS |
| IRON DECOY | 2/5/2025 | 2253 | $333.17 | | NET 30 DAYS |
| IRON DECOY | 6/2/2025 | 4668 | $256.61 | | NET 30 DAYS |
| IZOR LINE | 6/18/2024 | 164775 | $1,250.56 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/5/2025 | 22305 | $451.18 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/5/2025 | 21868 | $5,525.63 | DS250211-12 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/6/2025 | 22290 | $3,157.50 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/15/2025 | 22427 | $1,086.79 | DS250217-38 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/17/2025 | 22472 | $698.64 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/18/2025 | 22471 | $3,981.70 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/24/2025 | 22499 | $676.10 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/25/2025 | 22503 | $370.32 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/27/2025 | 22627 | $3,448.08 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 3/31/2025 | 22688 | $579.28 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/2/2025 | 22745 | $458.28 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/2/2025 | 21851 | $1,685.16 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/8/2025 | 22875 | $6,467.46 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/9/2025 | 22933 | $223.40 | DS250415-02 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/9/2025 | 22890 | $1,942.72 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/14/2025 | 22989 | $2,588.73 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/18/2025 | 22994A | $41.91 | RECVD. QTY12# 0305-3044:QTY9#0823 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/18/2025 | 23002 | $516.00 | | 2% 10 DAYS, NET 30 |
| JACKSON CARDINAL, LLC | 4/18/2025 | 22994 | $7,247.10 | -$60.90: SH24#7952 & 5790:SH10 #0825 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 4/28/2025 | INV118 | $1,756.32 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/10/2025 | 23009 | $415.10 | -46.80: SH24 EACH#S 0305-0290 & 0610 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/12/2025 | INV258 | $141.48 | BALANCED PAID REF#601651 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/12/2025 | 601651 | $2,536.84 | PO#601651 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/14/2025 | INV266 | $75.36 | DS250211-12 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/14/2025 | INV267 | $75.36 | DS250217-36 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/14/2025 | INV264 | $1,288.10 | DS250514-01 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/19/2025 | INV274 | $521.61 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/21/2025 | INV281 | $2,354.18 | +$303.51: EMAILED GREG | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 5/30/2025 | INV747 | $1,926.11 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/4/2025 | INV871 | $490.46 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/4/2025 | INV870 | $848.70 | -$120.54: EMAILED VARIANCE REPORT | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/4/2025 | INV869 | $885.46 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/6/2025 | INV896-2 | $16.32 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/6/2025 | INV896 | $134.16 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/11/2025 | INV967 | $482.46 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/25/2025 | INV1106 | $500.02 | +$130.50 OVER 90 # 0305-0273 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 6/30/2025 | PO#603207 | $1,300.98 | -$173.10: SHORT LN#S13,14,15 AND 24 | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 7/1/2025 | IF1165 | $480.92 | | NET 30 DAYS |
| JACKSON CARDINAL, LLC | 7/1/2025 | IF1148 | $1,323.30 | | NET 30 DAYS |
| JACKSON'S FISHING & SPORTING | 3/13/2025 | 2502 | $750.00 | | NET 30 DAYS |
| JAKE'S LURES | 6/25/2025 | 9703 | $1,679.16 | | 2%30NET31 |
| JAKE'S LURES | 6/25/2025 | 9702 | $3,521.28 | | 2%30NET31 |
| JAMES E. CLARK, LLC | 5/27/2025 | 20177 | $33,733.51 | | 2%60NET61 |
| JB LURES | 5/5/2025 | 27067 | $2,010.24 | | NET 30 DAYS |
| JED WELSH | 6/18/2024 | 10166 | $779.64 | | NET 30 DAYS |
| JERENT ENTERPRISES LLC. | 5/15/2025 | 29057 | $2,332.36 | | 1% 60 Net 61 Days |
| JERENT ENTERPRISES LLC. | 6/11/2025 | 29143 | $3,593.80 | | 1% 60 Net 61 Days |
| JERENT ENTERPRISES LLC. | 6/19/2025 | 29212 | $2,175.26 | +$29.88: OVER 6 #0014 | 1% 60 Net 61 Days |
| JEWEL BAIT COMPANY | 11/13/2024 | 31019A | $31.74 | PAY FREIGHT | NET 30 DAYS |
| JEWEL BAIT COMPANY | 11/13/2024 | 31019 | $562.44 | | NET 30 DAYS |

| Vendor | Date | Invoice | Amount | Notes | Terms |
|---|---|---|---|---|---|
| JOE'S FLIES | 6/19/2025 | 16579 | $724.94 | | NET 60 DAYS |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/19/2025 | 7446928 | $12,010.68 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/20/2025 | 7446957 | $478.79 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/20/2025 | 7446929 | $1,766.24 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/20/2025 | 7446924 | $3,109.90 | | 1.5%60NET5/15/25 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/20/2025 | 7446927 | $7,773.70 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/20/2025 | 7446956 | $17,638.35 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/20/2025 | 7446926 | $20,031.46 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/20/2025 | 7446925 | $33,123.58 | | 1.5%60NET5/15/25 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/21/2025 | 7448340 | $268.62 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/21/2025 | 7448367 | $8,585.75 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/22/2025 | 7449613 | $8,035.16 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/22/2025 | 7449612 | $19,083.50 | | 1.5%60NET5/15/25 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/22/2025 | 7449628 | $41,690.58 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/23/2025 | 7449614 | $52,290.86 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/28/2025 | 7453760 | $13,224.48 | | 1.5%60NET5/15/25 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 5/29/2025 | 7455381 | $3,306.12 | | 1.5%60NET5/15/25 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/2/2025 | 7458591 | $394.24 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/4/2025 | 7461565 | $1,021.40 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/4/2025 | 7461566 | $5,515.58 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/6/2025 | 7464064 | $5,419.67 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/9/2025 | 7465941 | $5,719.48 | | NET 45 DAYS |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/9/2025 | 7465511 | $14,214.55 | | NET 45 DAYS |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/9/2025 | 7465512 | $39,746.42 | | NET 45 DAYS |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/10/2025 | 7466801 | $1,845.96 | | NET 45 DAYS |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/10/2025 | 7465490 | $3,531.65 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/10/2025 | 7465478 | $4,380.27 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/11/2025 | 7467961 | $1,181.00 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/12/2025 | 7469285 | $1,059.64 | | 1% 30 DAYS, NET 45 |
| JOHNSON OUTDOORS/MARINE & ELEC. | 6/17/2025 | 7473102 | $82.79 | | 1% 30 DAYS, NET 45 |
| K&E TACKLE-GSM, LLC | 6/18/2025 | 2025183682 | $2,779.65 | ****** | NET 90 |
| K&E TACKLE-GSM, LLC | 6/18/2025 | 2025183935 | $4,770.16 | +78.30;OV48 0815,OV6 0819 | NET 90 |
| K&J TACKLE | 3/23/2025 | 5267 | $4,281.12 | | NET 60 DAYS |
| K&J TACKLE | 4/1/2025 | 5268 | $1,953.00 | | NET 60 DAYS |
| K&J TACKLE | 6/22/2025 | 5271 | $829.44 | | NET 60 DAYS |
| K&J TACKLE | 6/24/2025 | 5272 | $6,255.00 | | NET 60 DAYS |
| K.M.D.A. INC. | 5/13/2025 | 77543 | $793.38 | | 2% 30 Net 60 |
| K.M.D.A. INC. | 5/28/2025 | 77713 | $5.35 | | NET 60 DAYS |
| K.M.D.A. INC. | 5/28/2025 | 77712 | $115.56 | | NET 60 DAYS |
| K.M.D.A. INC. | 6/18/2025 | 77996B | $703.04 | PAY BACK VARIANCE OF 2% TERMS | NET 30 DAYS |
| K.M.D.A. INC. | 6/18/2025 | 77996A | $1,060.96 | SHORTAGE RECEIVED | NET 30 DAYS |
| K.M.D.A. INC. | 6/18/2025 | 77996 | $33,387.79 | -1764.00: SHORT # 0671-0253&0018 | 2% 30 Net 60 |
| K.M.D.A. INC. | 6/20/2025 | 78025 | $4,348.92 | | 2% 30 Net 60 |
| K.M.D.A. INC. | 6/20/2025 | 78023 | $10,862.58 | +$36.12: OVER 6 # 4524-0004 | 2% 30 Net 60 |
| K.M.D.A. INC. | 7/1/2025 | 603445 | $547.44 | | 2% 30 Net 60 |
| K.M.D.A. INC. | 7/10/2025 | 78334 | $318.60 | | 2% 30 Net 60 |
| KA-BAR KNIVES, INC. | 6/19/2025 | 1100220 | $4,340.04 | | NET 30 DAYS |
| KA-BAR KNIVES, INC. | 6/24/2025 | 1101022 | $954.56 | | NET 30 DAYS |
| KAHR ARMS | 12/31/2024 | IV-437557MFG | $3,590.00 | | NET 30 DAYS |
| KAHR ARMS | 9/12/2025 | LC250912-02 | $359.00 | REPAIRED GUNS RETURNED | NET 30 DAYS |
| KAHR/THOMPSON | 9/30/2024 | IV-436842MFG | $3,250.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 10/14/2024 | IV-437021MFG | $1,148.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 10/24/2024 | IV-437067MFG | $8,193.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 10/25/2024 | IV-437133MFG | $1,320.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 10/31/2024 | IV-437207MFG | $2,296.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 11/27/2024 | IV-437376MFG | $933.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 11/27/2024 | IV-437377MFG | $2,799.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 11/27/2024 | IV-437399MFG | $20,970.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 11/29/2024 | IV-437398MFG | $12,750.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 12/31/2024 | IV-437587MFG | $1,148.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 12/31/2024 | IV-437586MFG | $4,146.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 12/31/2024 | IV-437590MFG | $9,363.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 1/6/2025 | IV-437585MFG | $1,382.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 1/22/2025 | IV-437750MFG | $1,717.00 | | NET 30 DAYS |
| KAHR/THOMPSON | 8/27/2025 | LC250827-04 | $1,317.00 | RETURN | NET 30 DAYS |
| KALMBACH FEEDS | 11/5/2024 | OCT2024FNCH | $2,304.88 | OCTOBER 2024 FINANCE CHARGES | NET 1 DAY |
| KALMBACH FEEDS | 11/30/2024 | NOV24FNC | $2,024.78 | FINANACE CHARGES FOR NOV.2024 | NET 30 DAYS |
| KALMBACH FEEDS | 3/31/2025 | FNC2024 | $614.16 | FINANCE CHARGES INV#IN00714398 /99 | NET 1 DAY |
| KANO LABORATORIES LLC | 3/13/2025 | I159427 | $1,945.90 | | NET 45 DAYS |
| KANO LABORATORIES LLC | 4/3/2025 | INV183964 | $150.91 | FREIGHT BALANCE PAID ON#SO87970 | NET 45 DAYS |
| KANO LABORATORIES LLC | 4/3/2025 | SO87970 | $1,252.60 | PO#RS250403-01 | NET 45 DAYS |
| KANO LABORATORIES LLC | 4/7/2025 | I160092 | $558.96 | RR250403-01 | NET 45 DAYS |
| KASTKING GLOBAL INC. | 9/1/2024 | 591599-1 | $1,498.96 | | NET 30 DAYS |
| KASTKING GLOBAL INC. | 9/1/2024 | 591599 | $6,429.62 | SHORTAGE$  1,498.96- | NET 30 DAYS |
| KASTKING GLOBAL INC. | 9/1/2024 | 591531-1 | $26,279.62 | -3119.76;SH24 0052, SH6 0048 | NET 30 DAYS |
| KASTKING GLOBAL INC. | 10/1/2024 | 591531-1C | $2,910.19 | | NET 30 DAYS |
| KASTKING GLOBAL INC. | 10/8/2024 | 593634A | $528.04 | SHORTAGE RECEIVED REF#593634 | NET 30 DAYS |
| KASTKING GLOBAL INC. | 10/8/2024 | 593634 | $3,497.70 | -547.20; SH485815-0142,SH48 5815-015 | NET 30 DAYS |
| KASTKING GLOBAL INC. | 12/6/2024 | 595940-1 | $2,223.71 | | NET 30 DAYS |
| KASTKING GLOBAL INC. | 12/6/2024 | 595939-1 | $5,936.83 | | NET 30 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| KASTKING GLOBAL INC. | 1/6/2025 | 595939-2 | $4,664.80 | | 1% 10 DAYS, NET 30 |
| KASTKING GLOBAL INC. | 1/6/2025 | 595940-2 | $5,788.38 | | NET 30 DAYS |
| KEITECH USA | 3/10/2025 | 3109062 | $10,951.68 | | NET 45 DAYS |
| KEITECH USA | 3/13/2025 | 3139349 | $2,317.17 | -$175.68: SHORT 48 # 5296-0047 | NET 45 DAYS |
| KEITECH USA | 3/14/2025 | 6000169 | $3,001.80 | | NET 45 DAYS |
| KEITECH USA | 3/14/2025 | 3140168 | $6,186.72 | | NET 45 DAYS |
| KEITECH USA | 3/28/2025 | 600799 | $1,952.16 | | NET 45 DAYS |
| KEITECH USA | 3/28/2025 | 600797 | $3,420.24 | | NET 45 DAYS |
| KEITECH USA | 3/28/2025 | 328600798 | $3,823.77 | | NET 45 DAYS |
| KEITECH USA | 4/9/2025 | 4091208 | $1,614.69 | | NET 45 DAYS |
| KEITECH USA | 4/13/2025 | 4131321 | $1,800.48 | | NET 45 DAYS |
| KEITECH USA | 4/13/2025 | 4131320 | $4,484.61 | | NET 45 DAYS |
| KEITECH USA | 5/6/2025 | 506601693 | $4,094.85 | | NET 45 DAYS |
| KEITECH USA | 5/6/2025 | 5061557 | $8,239.05 | | NET 45 DAYS |
| KEITECH USA | 5/6/2025 | 5061790 | $8,973.24 | | NET 45 DAYS |
| KEITECH USA | 5/6/2025 | 5061503 | $9,077.10 | | NET 45 DAYS |
| KEITECH USA | 5/30/2025 | 5302672 | $6,015.84 | | NET 45 DAYS |
| KEITECH USA | 5/30/2025 | 5292625 | $11,106.04 | | NET 45 DAYS |
| KEITECH USA | 5/30/2025 | 5302671 | $14,993.82 | | NET 45 DAYS |
| KEITECH USA | 6/16/2025 | 6162933 | $3,286.29 | | NET 45 DAYS |
| KEITECH USA | 6/16/2025 | 616947 | $4,264.29 | -$535.77: SHORT#S 5296-0016 & 0205 | NET 45 DAYS |
| KEITECH USA | 6/17/2025 | 617603167 | $2,314.65 | | NET 45 DAYS |
| KEITECH USA | 6/17/2025 | 6172948 | $10,238.49 | | NET 45 DAYS |
| KEITECH USA | 6/20/2025 | 6203219 | $6,368.25 | | NET 45 DAYS |
| KEITECH USA | 6/30/2025 | 6303457 | $3,077.73 | | NET 45 DAYS |
| KEITECH USA | 6/30/2025 | 6303456 | $3,285.57 | | NET 45 DAYS |
| KEITECH USA | 6/30/2025 | 6303455 | $5,176.56 | | NET 45 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 4/25/2025 | INV2283 | $33,800.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/8/2025 | INV2423 | $650.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/8/2025 | INV2422 | $1,300.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/13/2025 | INV2460 | $1,250.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/13/2025 | INV2456 | $3,330.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/14/2025 | INV2475 | $1,830.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/14/2025 | INV2470 | $7,750.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/16/2025 | INV2510 | $13,900.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/19/2025 | INV2515 | $4,820.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/19/2025 | INV2516 | $4,820.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/22/2025 | INV2562 | $10,700.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 5/29/2025 | INV2600 | $7,750.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/2/2025 | INV2652 | $13,900.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/4/2025 | INV2689 | $6,520.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/4/2025 | INV2700 | $13,900.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/5/2025 | INV2726 | $29,750.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/9/2025 | INV2756 | $1,720.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/9/2025 | INV2761 | $35,700.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/10/2025 | INV2786 | $3,875.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/16/2025 | INV2864 | $6,000.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/16/2025 | INV2866 | $6,490.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/16/2025 | INV2867 | $6,490.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/16/2025 | INV2859 | $7,880.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/17/2025 | INV2873 | $7,880.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/19/2025 | INV2895 | $17,100.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/20/2025 | INV2918 | $645.60 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/20/2025 | INV2900 | $1,109.40 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/25/2025 | INV2941 | $860.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/25/2025 | INV2943 | $3,100.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/25/2025 | INV2943A | $3,100.00 | KEYING ERROR | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 6/27/2025 | INV2971 | $2,325.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 7/1/2025 | INV3002 | $2,370.00 | | NET 10 DAYS |
| KEL-TEC CNC INDUSTRIES, INC. | 8/18/2025 | LC250818-03 | $2,625.00 | RETURN | NET 10 DAYS |
| KENDERS OUTDOORS | 1/2/2025 | KO18898 | $1,245.27 | | NET 45 DAYS |
| KENDERS OUTDOORS | 1/10/2025 | KO19465 | $112.32 | | NET 45 DAYS |
| KENDERS OUTDOORS | 1/22/2025 | KO19740 | $74.40 | | NET 45 DAYS |
| KENDERS OUTDOORS | 1/22/2025 | KO19741 | $655.50 | | NET 45 DAYS |
| KENDERS OUTDOORS | 1/30/2025 | KO19993 | $121.68 | | NET 45 DAYS |
| KENDERS OUTDOORS | 2/5/2025 | KO20231 | $1,095.12 | | NET 45 DAYS |
| KENT CARTRIDGE AMERICA | 6/27/2024 | 479394A2 | $1,278.60 | OFFSET KEYING ERROR 47939A-R | NET 1 DAY |
| KENT CARTRIDGE AMERICA | 6/12/2025 | 50258 | $1,351.10 | | NET 90 |
| KENT CARTRIDGE AMERICA | 6/12/2025 | 50252 | $13,928.50 | | NET 90 |
| KENT CARTRIDGE AMERICA | 6/12/2025 | 50251 | $20,336.96 | | NET 90 |
| KERSHAW KNIVES | 3/18/2024 | 236255 | $1,824.00 | | NET 30 DAYS |
| KERSHAW KNIVES | 11/8/2024 | 000326137A | $35.06 | PAY FREIGHT BELOW FRT ALLOWANCE | NET 30 DAYS |
| KERSHAW KNIVES | 11/8/2024 | 326137 | $712.08 | -$35.06 FREIGHT | NET 30 DAYS |
| KEYSTONE SPORTING ARMS, LLC | 4/28/2025 | 106345 | $1,800.00 | | NET 30 DAYS |
| KEYSTONE SPORTING ARMS, LLC | 4/29/2025 | 106347 | $632.00 | | NET 30 DAYS |
| KEYSTONE SPORTING ARMS, LLC | 5/5/2025 | 106358 | $7,296.00 | | 2% 10 DAYS, NET 30 |
| KINGFISHER MAPS INC. | 3/13/2025 | 313251 | $425.58 | | 600054 NET 30 DAYS |
| KINSEY'S ARCHERY PRODUCTS INC | 5/7/2025 | HAINV1 | $6,049,468.40 | | NET 1 DAY |
| KINSEY'S ARCHERY PRODUCTS INC | 5/13/2025 | 05132025-DEP | $2,488,249.62 | 5/13 HA CONSIGNED INVENTORY DEPOSIT | NET 1 DAY |
| KINSEY'S ARCHERY PRODUCTS INC | 5/30/2025 | 053025HAFUND | $1,911,683.68 | DEPOSIT FROM HA | NET 1 DAY |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| KIPPER ENTERPRISES | 9/12/2024 | 7155 | $316.16 | ****** | NET 30 DAYS |
| KIPPER ENTERPRISES | 9/12/2024 | 7126 | $503.51 | ****** | NET 30 DAYS |
| KIPPER ENTERPRISES | 9/12/2024 | 7156 | $643.21 | ****** | NET 30 DAYS |
| KLEENBORE LLC | 7/2/2024 | 4280 | $1,225.02 | | NET 60 DAYS |
| KLEENBORE LLC | 10/14/2024 | 4881 | $2,205.60 | | NET 60 DAYS |
| KLEENBORE LLC | 10/14/2024 | 594573 | $2,767.83 | | NET 60 DAYS |
| KOBAYASHI Consumer Products, LLC dba | 10/30/2024 | INV178379 | $5,879.00 | | NET 60 DAYS |
| KOBAYASHI Consumer Products, LLC dba | 10/30/2024 | INV178530 | $6,103.60 | | NET 60 DAYS |
| KOBAYASHI Consumer Products, LLC dba | 10/31/2024 | INV178445 | $2,123.28 | | NET 60 DAYS |
| KOOLA BUCK INC. | 10/25/2024 | | $1,035.53 | -$236.04:SHORT 12 #5470-0004 | NET 60 DAYS |
| KORKERS | 8/19/2024 | 218456 | $2,213.00 | | NET 60 DAYS |
| KREXIM, INC. | 9/16/2024 | KRX24-091 | $20.98 | PRINTING SURCHARGE ON PO'S | NET 1 DAY |
| KREXIM, INC. | 11/18/2024 | KRX24-111 | $2,150.59 | RFID COMPLIANT ITEMS (PLACEMENT UPC) | NET 1 DAY |
| KREXIM, INC. | 3/20/2025 | KRX15629A | $28,731.80 | PREPAID KRX15629 | WIRE TRANSFER |
| KREXIM, INC. | 4/30/2025 | KRX15686 | $15,454.69 | PREPAY INV15686 | NET 1 DAY |
| KRIPPLED FISHING LURES, USA | 1/2/2025 | 2733 | $536.52 | | NET 30 DAYS |
| KRIPPLED FISHING LURES, USA | 5/30/2025 | 2746 | $487.68 | | NET 30 DAYS |
| KUREHA AMERICA, INC. | 3/10/2025 | PSI081332 | $5,366.88 | | PREPAY |
| KUREHA AMERICA, INC. | 3/13/2025 | PSI081204 | $102,639.74 | ****** | NET 60 DAYS |
| KUREHA AMERICA, INC. | 5/7/2025 | PSI082237 | $22,990.64 | REVERSE PP #601839PREPAY/PSI082237R | PREPAY |
| KUREHA AMERICA, INC. | 5/7/2025 | PSI082245 | $57,944.52 | SHORTAGE5    34.08- | PREPAY |
| KUREHA AMERICA, INC. | 5/9/2025 | PSI082273 | $111,372.40 | REVERSE PREPAID #601836PREPAY | PREPAY |
| KUREHA AMERICA, INC. | 5/23/2025 | PSI082558 | $2,436.32 | | 2% 60 DAYS |
| KUREHA AMERICA, INC. | 6/6/2025 | PSI082937 | $10,187.76 | | 2% 60 DAYS |
| LAMIGLAS CORP. | 3/20/2025 | 37836 | $24,468.40 | | NET 60 DAYS |
| LC ENTERPRISES 2, LLC | 12/30/2024 | 500 | $2,481.73 | | NET 30 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 4/23/2025 | O-2035268-01 | $628.50 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 4/24/2025 | O-2035314-01 | $843.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 4/24/2025 | O-2035315-01 | $893.80 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 4/24/2025 | O-2035318-01 | $1,274.40 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 4/25/2025 | O-2035326-01 | $1,852.60 | DS250326-06 | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/2/2025 | O-2035409-01 | $918.80 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/2/2025 | O-2035408-01 | $933.80 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/2/2025 | O-2035406-01 | $983.80 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/2/2025 | O-2035407-01 | $1,013.80 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/5/2025 | O-2035420-01 | $913.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/6/2025 | O-2035454-01 | $903.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/6/2025 | O-2035455-01 | $903.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/6/2025 | O-2035419-01 | $933.80 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/8/2025 | O-2035444-01 | $4,914.05 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/16/2025 | O-2035616-01 | $950.50 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/16/2025 | O-2035537-01 | $3,370.10 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/16/2025 | O-2035471-01 | $18,871.35 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/29/2025 | O-2035760-01 | $923.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/30/2025 | O-2035761-01 | $945.50 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/30/2025 | O-2035795-01 | $1,175.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 5/30/2025 | O-2035765-01 | $3,570.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/6/2025 | O-2035763-01 | $966.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/6/2025 | O-2035764-02 | $966.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/6/2025 | O-2035802-02 | $1,102.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/12/2025 | O-2035961-01 | $878.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/12/2025 | O-2035974-01 | $899.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/12/2025 | O-2035957-01 | $966.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/12/2025 | O-2035955-01 | $1,071.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/16/2025 | O-2035972-01 | $554.40 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/16/2025 | O-2035973-01 | $734.10 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/18/2025 | O-2035975-01 | $3,958.50 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/24/2025 | O-2036037-01 | $7,811.50 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/25/2025 | O-2036038-01 | $14,451.25 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/30/2025 | O-2036092-02 | $909.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/30/2025 | O-2036093-01 | $909.00 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 6/30/2025 | O-2036123-02 | $971.50 | | NET 60 DAYS |
| LEE FISHER INTERNATIONAL, INC. | 7/2/2025 | 139B | $112.50 | VIRTUAL IN/OUT INV. PAID COMPLETE | NET 60 DAYS |
| LEGAL LIMITS | 5/1/2025 | 497 | $517.68 | | NET 60 DAYS |
| LEGAL LIMITS | 6/23/2025 | 498 | $507.36 | | NET 60 DAYS |
| LELAND'S LURES | 6/16/2025 | 622460 | $3,167.94 | | NET 60 DAYS |
| LELAND'S LURES | 6/17/2025 | 622461 | $6,900.52 | | NET 60 DAYS |
| LEUPOLD & STEVENS INC | 3/27/2025 | 980584R | $12,936.00 | | NET 90 |
| LEUPOLD & STEVENS INC | 3/27/2025 | 980701R | $30,184.00 | | NET 90 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990154R | $101.20 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990155R | $2,441.25 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990021R | $3,277.13 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990116R | $5,618.08 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990117R | $6,181.50 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990135R | $6,869.46 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990024R | $7,376.75 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990151R | $7,983.15 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990079R | $8,330.00 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990114R | $9,802.19 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990118R | $10,743.58 | | 1%30 NET 60 |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| LEUPOLD & STEVENS INC | 5/29/2025 | 990235R | $12,754.94 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990121R | $13,342.00 | | NET 90 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990112R | $13,914.55 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990120R | $20,230.00 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990246R | $20,230.00 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990080R | $23,278.33 | | 1%30 NET 60 |
| LEUPOLD & STEVENS INC | 5/29/2025 | 990119R | $41,468.00 | | NET 90 |
| LEUPOLD & STEVENS INC | 5/30/2025 | 990406R | $36,099.88 | | 1%30 NET 60 |
| LEW'S HOLDING CORP. | 11/25/2024 | 91704206 | $96,460.62 | -$136.82:SH2 #4683-1332 | NET 90 |
| LEW'S HOLDING CORP. | 12/11/2024 | 91710812 | $15,601.60 | | NET 90 |
| LEW'S HOLDING CORP. | 12/18/2024 | 91713253A | $92.02 | SHORTAGE RECEIVED | NET 90 |
| LEW'S HOLDING CORP. | 12/18/2024 | 91713292 | $176.28 | | NET 90 |
| LEW'S HOLDING CORP. | 12/18/2024 | 91713310 | $1,723.43 | | NET 90 |
| LEW'S HOLDING CORP. | 12/18/2024 | 91713253 | $2,662.26 | -$93.90:SHORT 10 # 4683-0599 | NET 90 |
| LEW'S HOLDING CORP. | 12/19/2024 | 91713699A | $247.90 | SHORTAGE RECEIVED QTY12 #4683-0472 | NET 90 |
| LEW'S HOLDING CORP. | 12/19/2024 | 91713699 | $2,258.06 | -$256.96:SHORT 12 # 4683-0472 | NET 90 |
| LEW'S HOLDING CORP. | 12/26/2024 | 91715279 | $147.12 | | NET 90 |
| LEW'S HOLDING CORP. | 12/27/2024 | 91715581 | $502.62 | | NET 90 |
| LEW'S HOLDING CORP. | 12/27/2024 | 9175830 | $11,901.85 | | NET 90 |
| LEW'S HOLDING CORP. | 12/31/2024 | 91716570 | $879.52 | | NET 90 |
| LEW'S HOLDING CORP. | 1/3/2025 | 91717417 | $381.29 | | NET 90 |
| LEW'S HOLDING CORP. | 1/3/2025 | 91717403 | $966.63 | | NET 90 |
| LEW'S HOLDING CORP. | 1/3/2025 | 91717365 | $2,408.15 | | NET 90 |
| LEW'S HOLDING CORP. | 1/8/2025 | 91718653 | $122.68 | | NET 90 |
| LEW'S HOLDING CORP. | 1/8/2025 | 91718591 | $242.90 | | NET 90 |
| LEW'S HOLDING CORP. | 1/8/2025 | 91718633 | $350.33 | | NET 90 |
| LEW'S HOLDING CORP. | 1/16/2025 | 91720444 | $121.45 | | NET 45 DAYS |
| LEW'S HOLDING CORP. | 1/16/2025 | 91720326 | $242.90 | | NET 45 DAYS |
| LEW'S HOLDING CORP. | 1/16/2025 | 91720450 | $453.37 | | NET 90 |
| LEW'S HOLDING CORP. | 1/16/2025 | 91720374 | $680.05 | | NET 90 |
| LEW'S HOLDING CORP. | 1/29/2025 | 91723713 | $77.30 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 1/29/2025 | 91723689 | $208.42 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 1/30/2025 | 91723939 | $146.77 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 2/7/2025 | 91726322 | $80.17 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 2/7/2025 | 91726321 | $686.64 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 2/7/2025 | 91726320 | $1,144.40 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 2/7/2025 | 91726319 | $1,296.99 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/14/2025 | 91728046 | $225.32 | | NET 90 |
| LEW'S HOLDING CORP. | 2/17/2025 | 91728793 | $6,670.72 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/17/2025 | 91728867 | $9,305.25 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/17/2025 | 91728851 | $20,764.64 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/19/2025 | 91729136 | $27,688.43 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 2/19/2025 | 91729135 | $72,650.30 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/27/2025 | 91731667 | $712.70 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 2/27/2025 | 91731599 | $1,473.53 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/27/2025 | 91731620 | $2,343.06 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 2/27/2025 | 91731717 | $5,982.41 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/28/2025 | 91732587 | $10,321.07 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 2/28/2025 | 91732608 | $22,802.40 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/6/2025 | 91734062 | $711.07 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/10/2025 | 91735285 | $8,694.26 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/10/2025 | 91735286 | $9,565.38 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/12/2025 | 91735975 | $80.17 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 3/12/2025 | 91736014 | $80.17 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 3/12/2025 | 91735995 | $160.35 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 3/13/2025 | 91736321 | $110.78 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/13/2025 | 91736320 | $876.61 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 3/13/2025 | 91736334 | $1,933.48 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 3/18/2025 | 91737925 | $6,863.38 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/18/2025 | 91737924 | $8,794.56 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743176A | $71.88 | VIRTUAL IN/OUT CORRECT KEYING | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743302 | $77.79 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743185 | $105.24 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743175A | $264.29 | SHORTAGE RECEIVED | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743189 | $620.42 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743187 | $683.29 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743188 | $1,132.74 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743190 | $1,327.27 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743191 | $1,551.05 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743186 | $1,689.48 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743291 | $4,411.37 | | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743179 | $4,702.71 | | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743290 | $8,249.57 | | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743177 | $10,574.04 | | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743178 | $17,324.11 | | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743176 | $48,085.10 | -$231.09:SH3#1407 :SH3 #0998 | NET 90 |
| LEW'S HOLDING CORP. | 3/31/2025 | 91743175 | $143,920.85 | -$269.68:SH6#0738:SH2#0697 | NET 90 |
| LEW'S HOLDING CORP. | 4/3/2025 | 91744356 | $104.46 | | NET 90 |
| LEW'S HOLDING CORP. | 4/3/2025 | 91744355 | $210.46 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/3/2025 | 91744348 | $308.70 | | NET 90 |

| Creditor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| LEW'S HOLDING CORP. | 4/3/2025 | 91744352 | $331.55 | | NET 90 |
| LEW'S HOLDING CORP. | 4/3/2025 | 91774357 | $2,303.84 | | NET 90 |
| LEW'S HOLDING CORP. | 4/3/2025 | 91745903 | $4,790.91 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/9/2025 | 91746789 | $347.33 | | NET 90 |
| LEW'S HOLDING CORP. | 4/9/2025 | 91746826 | $515.03 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/9/2025 | 91746805 | $1,008.13 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 4/9/2025 | 91746818 | $1,144.39 | | NET 90 |
| LEW'S HOLDING CORP. | 4/10/2025 | 91747030 | $5,667.73 | | NET 90 |
| LEW'S HOLDING CORP. | 4/12/2025 | 91748276 | $1,467.82 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/15/2025 | 91748987 | $7,031.30 | | NET 90 |
| LEW'S HOLDING CORP. | 4/15/2025 | 91748989 | $12,848.85 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751694 | $185.22 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751756 | $185.22 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751758 | $772.54 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751761 | $881.41 | | NET 90 |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751762 | $940.12 | | NET 90 |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751719 | $978.55 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751757 | $1,011.74 | | NET 90 |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751760 | $1,473.53 | -$499.26: SHORT 6 #4683-1580 | NET 90 |
| LEW'S HOLDING CORP. | 4/22/2025 | 91751759 | $2,633.80 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/25/2025 | 91751738 | $337.25 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/27/2025 | 91753955 | $617.84 | | NET 90 |
| LEW'S HOLDING CORP. | 4/27/2025 | 91753954 | $1,648.99 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 4/27/2025 | 91753953 | $1,736.66 | | NET 90 |
| LEW'S HOLDING CORP. | 4/27/2025 | 91753952 | $1,828.09 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 5/2/2025 | 91756367 | $205.80 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 5/10/2025 | 91759322 | $6,150.27 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 5/12/2025 | 91759587 | $22,699.04 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 5/15/2025 | 91760714 | $96.38 | | NET 90 |
| LEW'S HOLDING CORP. | 5/15/2025 | 91760713 | $147.76 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 5/15/2025 | 91760712 | $289.15 | | NET 90 |
| LEW'S HOLDING CORP. | 5/15/2025 | 91760711 | $295.53 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 5/15/2025 | 91760709 | $886.59 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 5/15/2025 | 91760710 | $1,542.77 | | NET 90 |
| LEW'S HOLDING CORP. | 5/16/2025 | 91761411 | $1,667.30 | | NET 90 |
| LEW'S HOLDING CORP. | 5/22/2025 | 91764057 | $288.12 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 5/22/2025 | 91764058 | $421.79 | | NET 90 |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764059A | $8.38 | DISCOUNT TAKEN IN ERROR | NET 30 DAYS |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764456A | $11.91 | DISCOUNT TAKEN IN ERROR | NET 30 DAYS |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764457A | $25.12 | DICOUNT TAKEN IN ERROR | NET 30 DAYS |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764458A | $30.16 | DISCOUNT TAKEN IN ERROR | NET 30 DAYS |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764059 | $265.35 | | NET 90 |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764456 | $377.05 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764459 | $546.96 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764457 | $795.34 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 5/23/2025 | 91764458 | $954.94 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/2/2025 | 91768756 | $28,812.03 | -$115.67;SH3#0726:SH2#1144 | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/5/2025 | 91768765 | $7,376.77 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770282 | $259.31 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770311 | $259.31 | | 5% 90 NET 5/1/25 |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770263 | $259.31 | | NET 90 |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770321 | $288.12 | | 5% 90 DAYS, NET 91 |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770299 | $398.15 | | NET 90 |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770335 | $620.42 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770328 | $623.52 | | NET 90 |
| LEW'S HOLDING CORP. | 6/10/2025 | 91770298 | $820.46 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/11/2025 | 91770569 | $4,874.39 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/12/2025 | 91770975 | $4,751.45 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/12/2025 | 91770976 | $11,952.76 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/12/2025 | 91770974 | $44,644.39 | | NET 60 DAYS |
| LEW'S HOLDING CORP. | 6/19/2025 | 91773354 | $257.90 | | NET 60 DAYS |
| LIBERTY MOUNTAIN SPORTS, LLC | 11/13/2024 | 2569426 | $6,544.62 | | NET 30 DAYS |
| LIFOAM INDUSTRIES, LLC | 7/9/2025 | 914564319 | $8,870.33 | | NET 90 |
| LIGNETICS, INC. | 12/11/2024 | BV095263 | $10,522.98 | +$22.56:OV 12 # 0285-2223 | NET 30 DAYS |
| LIGNETICS, INC. | 1/30/2025 | LG048238 | $8,659.80 | | NET 30 DAYS |
| LIGNETICS, INC. | 2/4/2025 | LG048526 | $2,433.00 | | NET 30 DAYS |
| LIGNETICS, INC. | 2/18/2025 | LG049501 | $2,627.60 | | NET 30 DAYS |
| LIGNETICS, INC. | 2/24/2025 | LG049847 | $2,450.22 | | NET 30 DAYS |
| LIGNETICS, INC. | 4/10/2025 | LG051807A | $19.98 | SHORTAGE ARECEIVED | NET 30 DAYS |
| LIGNETICS, INC. | 4/10/2025 | LG051807 | $6,198.52 | -$19.98: SHORT 6 # 3022-0009 | NET 30 DAYS |
| LIVE FREE ARMORY | 3/3/2025 | 8465 | $7,635.00 | | NET 30 DAYS |
| LUCAS OIL PRODUCTS, INC. | 2/5/2025 | 0597162-INA | $39.67 | SHORTAGE RECEIVED | NET 60 DAYS |
| LUCAS OIL PRODUCTS, INC. | 2/5/2025 | 0597162-IN | $7,486.73 | -$39.66: SHORT 12 #5799-0002 | NET 60 DAYS |
| LUCAS OIL PRODUCTS, INC. | 5/12/2025 | 603619 | $13,157.23 | | NET 60 DAYS |
| LUCAS OIL PRODUCTS, INC. | 5/14/2025 | 0603818-INA | $99.18 | SHORTAGE AND OVERAGE RECVD. | NET 60 DAYS |
| LUCAS OIL PRODUCTS, INC. | 5/14/2025 | 0603818-IN | $6,203.20 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 10/17/2024 | 104299 | $5,940.28 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 10/18/2024 | 104313 | $969.80 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 10/31/2024 | 104361 | $1,458.76 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 11/13/2024 | 104388 | $673.44 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| LUCKY CRAFT, INC. | 11/19/2024 | 104401 | $2,584.40 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 12/6/2024 | 104457 | $3,996.60 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 12/9/2024 | 104458 | $641.72 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 12/18/2024 | 104481 | $2,151.24 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 1/6/2025 | 104539 | $1,002.12 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 1/6/2025 | 104540 | $6,737.44 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 1/8/2025 | 104555 | $420.48 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 1/8/2025 | 104554 | $1,215.32 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 1/13/2025 | 104563 | $65.85 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 1/13/2025 | 104562 | $165.67 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 1/13/2025 | 104561 | $195.40 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 2/7/2025 | 104655 | $490.72 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 2/7/2025 | 104654 | $1,584.88 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 2/13/2025 | 104679 | $4,333.20 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 2/14/2025 | 104682 | $246.00 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 2/21/2025 | 104705 | $1,005.80 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 3/3/2025 | 104725 | $298.68 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 3/5/2025 | 104731 | $603.60 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 3/19/2025 | 104788 | $1,659.20 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 3/20/2025 | 104789 | $453.12 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 3/27/2025 | 104816 | $622.20 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 3/31/2025 | 104827 | $455.52 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 3/31/2025 | 104826 | $700.80 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 4/4/2025 | 104840 | $438.60 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 4/15/2025 | 104863 | $3,190.56 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 4/18/2025 | 104870 | $664.84 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 4/18/2025 | 104871 | $731.04 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 4/23/2025 | 104885 | $441.60 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 4/30/2025 | 104896 | $892.08 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 5/8/2025 | 104944 | $2,945.08 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 5/14/2025 | 104973 | $44.16 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 5/14/2025 | 104981 | $176.64 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 5/14/2025 | 104969 | $482.88 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 5/14/2025 | 104968 | $1,107.08 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 5/21/2025 | 104988 | $669.36 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 5/29/2025 | 105005 | $526.32 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 6/2/2025 | 105013 | $1,615.76 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 6/3/2025 | 105015 | $746.64 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 6/13/2025 | 105064 | $88.20 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 6/19/2025 | 105073 | $219.36 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 6/19/2025 | 105074 | $3,724.28 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 6/27/2025 | 105089 | $88.32 | | NET 60 DAYS |
| LUCKY CRAFT, INC. | 6/27/2025 | 105108 | $958.92 | | NET 60 DAYS |
| LUCKY JOHN USA LLC | 11/1/2024 | LIJU241195 | $995.97 | | NET 60 DAYS |
| LUCKY JOHN USA LLC | 11/27/2024 | LIJU241461 | $4,475.70 | | NET 30 DAYS |
| LUNA SEA LLC | 8/12/2024 | 27435 | $4,958.28 | | NET 90 |
| LUNA SEA LLC | 10/21/2024 | 27473 | $12,975.20 | | NET 90 |
| LUNKER LURE-HAWG CALLER, INC. | 5/17/2024 | 181805 | $6,633.39 | -$241.90: SH36#0018:SH23#0004 | NET 60 DAYS |
| LUNKER LURE-HAWG CALLER, INC. | 10/11/2024 | 182113A | $49.20 | VIRTUAL IN/OUT REF#182113/182113B | NET 60 DAYS |
| LUNKER LURE-HAWG CALLER, INC. | 10/11/2024 | 182113 | $3,181.68 | | NET 60 DAYS |
| LUNKER LURE-HAWG CALLER, INC. | 1/22/2025 | 182233 | $5,986.14 | SHORTAGE$   73.80- | NET 60 DAYS |
| LUNKER LURE-HAWG CALLER, INC. | 1/24/2025 | 182233A | $73.80 | SHORTAGE RECEIVED | NET 60 DAYS |
| LUNKER LURE-HAWG CALLER, INC. | 3/4/2025 | 182304 | $5,359.94 | -$165.30 SH36#0018:SH2#0274 | NET 60 DAYS |
| LUNKER LURE-HAWG CALLER, INC. | 4/16/2025 | 182420 | $1,731.78 | -SHORT $155.16: SHORT 36#1561-0018 | NET 60 DAYS |
| LUNKER LURE-HAWG CALLER, INC. | 6/3/2025 | 182544 | $966.12 | | 5% 60 Days, Net 61 |
| LUNKER LURE-HAWG CALLER, INC. | 6/3/2025 | 182539 | $2,121.42 | | 5% 60 Days, Net 61 |
| LUNKERHUNT LP | 3/24/2025 | INVBG5001 | $128.00 | | NET 60 DAYS |
| LUNKERHUNT LP | 3/24/2025 | INVNG5002 | $256.00 | | NET 60 DAYS |
| LUNKERHUNT LP | 3/24/2025 | INVBG5003 | $384.00 | | NET 60 DAYS |
| LUNKERHUNT LP | 3/26/2025 | INVLH29236 | $527.52 | | NET 60 DAYS |
| LUNKERHUNT LP | 3/26/2025 | INVLH29237 | $660.75 | | NET 60 DAYS |
| LUNKERHUNT LP | 3/26/2025 | INVLH29238 | $2,677.38 | | NET 60 DAYS |
| LYMAN PRODUCTS CORP | 6/5/2025 | 387209 | $5,045.83 | | 6% 30,3% 60, NET 90 |
| LYMAN PRODUCTS CORP | 6/9/2025 | 387208 | $4,933.11 | Over/Short$    0.00 | 6% 30,3% 60, NET 90 |
| LYNCO DISTRIBUTION, INC. | 4/24/2024 | 343991 | $313.42 | | NET 60 DAYS |
| LYNCO DISTRIBUTION, INC. | 8/13/2024 | SI1479263 | $8,299.15 | +$61.10:SH2#0722:OV6#S0730/0810 | NET 60 DAYS |
| LYNCO DISTRIBUTION, INC. | 8/13/2024 | SI1479254 | $12,711.10 | -393.70:SH2#0229:SH6#0730:12SH735/49 | NET 60 DAYS |
| LYNCO DISTRIBUTION, INC. | 9/13/2024 | SI1497420 | $8,922.66 | | NET 60 DAYS |
| LYNCO DISTRIBUTION, INC. | 9/23/2024 | SI1503233 | $1,548.62 | | NET 60 DAYS |
| LYNCO DISTRIBUTION, INC. | 10/8/2024 | SI1513688 | $376.11 | | NET 60 DAYS |
| LYNCO DISTRIBUTION, INC. | 10/8/2024 | SI1513660 | $2,887.09 | | NET 60 DAYS |
| MACK'S LURE COMPANY | 5/19/2025 | 135359 | $1,347.48 | | 4%30 NET 31 |
| MACK'S LURE COMPANY | 5/19/2025 | 135358 | $2,165.62 | | 4%30 NET 31 |
| MACK'S LURE COMPANY | 5/19/2025 | 135357 | $2,408.62 | | 4%30 NET 31 |
| MACK'S LURE COMPANY | 5/19/2025 | 135356 | $2,473.80 | | 4%30 NET 31 |
| MACK'S LURE COMPANY | 5/19/2025 | 135355 | $4,310.40 | | 4%30 NET 31 |
| MACK'S LURE COMPANY | 5/19/2025 | 135380 | $50,741.78 | | 4%30 NET 31 |
| MAD KATZ GEAR LLC | 5/13/2025 | 1101 | $21,611.26 | PO#601855 | NET 30 DAYS |
| MAD KATZ GEAR LLC | 5/20/2025 | 874 | $532.92 | DS250313-12 H12703 | NET 30 DAYS |
| MAD KATZ GEAR LLC | 5/21/2025 | 887 | $89.97 | DS250313-16 H10384 | NET 30 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| MAD KATZ GEAR LLC | 5/21/2025 | 882 | $209.97 | DS250313-18 H42441 | NET 30 DAYS |
| MAD KATZ GEAR LLC | 5/21/2025 | 1137 | $121,825.78 | -$9.99 SHORT 1 # 5927-0060 | NET 30 DAYS |
| MAD KATZ GEAR LLC | 5/23/2025 | 965 | $7,000.44 | | NET 30 DAYS |
| MAD KATZ GEAR LLC | 6/10/2025 | 883 | $293.16 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 7/3/2024 | 11315CA | $871.22 | SHORTAGE RECEIVED REF:11315C | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 7/3/2024 | 11315C | $1,525.80 | -$871.220 :SH360 # 2088-0026 | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 7/16/2024 | 11402C | $559.68 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 8/19/2024 | 11408C | $436.32 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 9/25/2024 | 11418C | $1,038.48 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 9/25/2024 | 11419C | $2,132.40 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 10/3/2024 | 11435C | $531.48 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 11/6/2024 | 11518C | $585.72 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 5/2/2025 | 11952C | $1,895.28 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 5/2/2025 | 11953C | $2,774.96 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 5/15/2025 | 11955C | $3,240.72 | | NET 30 DAYS |
| MAD RIVER MANUFACTURING | 6/2/2025 | 11959C | $2,588.40 | | NET 30 DAYS |
| MAGBAY LURES | 5/16/2024 | 7155 | $4,022.08 | | NET 60 DAYS |
| MAGBAY LURES | 6/18/2024 | 7285 | $491.54 | | NET 30 DAYS |
| MAGBAY LURES | 10/11/2024 | 7612 | $266.24 | | NET 60 DAYS |
| MAGBAY LURES | 10/11/2024 | 7611 | $775.84 | ****** | NET 60 DAYS |
| MAGBAY LURES | 11/1/2024 | 7661 | $462.79 | | NET 60 DAYS |
| MAGBAY LURES | 3/13/2025 | 7945 | $774.04 | | NET 60 DAYS |
| MAGBAY LURES | 4/3/2025 | 8000 | $228.29 | | NET 60 DAYS |
| MAGIC BAIT CO. INC. | 4/18/2024 | 972719 | $1,250.40 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 2/6/2025 | 972078 | $3,081.26 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 2/6/2025 | 972079 | $8,275.80 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 2/7/2025 | 972101 | $1,207.40 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 3/7/2025 | 972309 | $1,614.84 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 3/26/2025 | 972510 | $1,366.20 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 3/31/2025 | 972568 | $1,205.08 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 3/31/2025 | 972567 | $1,205.88 | | NET 30 DAYS |
| MAGIC BAIT CO. INC. | 4/22/2025 | 972767 | $1,203.72 | | NET 30 DAYS |
| MAGIC PRODUCTS, INC. | 9/30/2024 | 58495 | $4,538.78 | | NET 30 DAYS |
| MAGIC PRODUCTS, INC. | 10/3/2024 | 58500 | $2,008.27 | | NET 30 DAYS |
| MAGLULA | 5/22/2024 | EI248000106 | $9,938.00 | | NET 45 DAYS |
| MAGLULA | 10/1/2024 | EI248000208 | $18,996.00 | +$81.00:OVER 1 # 5330-0018 | NET 45 DAYS |
| MAGLULA | 1/5/2025 | EI258000005 | $18,734.00 | | NET 45 DAYS |
| MAGLULA | 1/29/2025 | EI258000018 | $15,583.35 | | NET 45 DAYS |
| MAGLULA | 4/3/2025 | EI25000063 | $18,546.05 | | NET 45 DAYS |
| MAGNA MFG. CO/LO-BOY | 3/14/2025 | 0052644-IN | $2,093.28 | | NET 30 DAYS |
| MAGNUM RESEARCH INC. | 4/14/2025 | MI-123010 | $2,452.00 | | NET 30 DAYS |
| MAGNUM RESEARCH INC. | 4/14/2025 | MI-123015 | $2,896.00 | | NET 30 DAYS |
| MAGNUM RESEARCH INC. | 4/14/2025 | MI-123017 | $4,380.00 | | NET 30 DAYS |
| MAGNUM RESEARCH INC. | 4/14/2025 | MI-123012 | $4,974.00 | | NET 30 DAYS |
| MAGNUM RESEARCH INC. | 4/14/2025 | MI-123013 | $7,245.00 | | NET 30 DAYS |
| MAGNUM RESEARCH INC. | 4/14/2025 | MI-123016 | $7,759.00 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 1/15/2025 | ARI208825A | $15.00 | PAY BACK DUPLICATED TEST CREDITS | NET 1 DAY |
| MAGPUL INDUSTRIES | 5/16/2025 | ARI228188 | $2,109.00 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 5/22/2025 | ARI2284104 | $3,110.50 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 5/22/2025 | ARI2284106 | $3,110.50 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 5/22/2025 | ARI2284105 | $9,520.44 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 5/22/2025 | ARI2284113 | $10,916.39 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 5/22/2025 | ARI2284107 | $15,599.60 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 5/30/2025 | ARI2289094 | $1,497.30 | | NET 30 DAYS |
| MAGPUL INDUSTRIES | 6/13/2025 | ARI2297139 | $690.30 | | NET 30 DAYS |
| MAGTECH AMMUNITION CO, INC. | 6/24/2025 | 50198 | $9,939.40 | | NET 30 DAYS |
| MAGTECH AMMUNITION CO, INC. | 6/24/2025 | 50199 | $13,244.99 | | NET 30 DAYS |
| MAGTECH AMMUNITION CO, INC. | 6/24/2025 | 50200 | $23,554.70 | | NET 30 DAYS |
| MAINE POINTE | 12/4/2024 | 1892 | $480,000.00 | 1/18/2025 CONSULTING SVC INV 4 OF 6 | NET 45 DAYS |
| MAINE POINTE | 1/3/2025 | 1905 | $650,000.00 | 2/2/2025 010125 ENGAGEMENT FEES 5 OF 6 | NET 30 DAYS |
| MAINE POINTE | 4/2/2025 | 1974 | $3,642.67 | 5/2/2025 T&E EXPENSES RELATED TO THE ENGAGEME | NET 30 DAYS |
| MAINTENANCE RESOURCES | 11/1/2025 | 2511199 | $4,987.00 | 12/1/2025 | NET 30 DAYS |
| MALIN CO. | 3/24/2025 | 213353-MAL | $5,042.28 | PAID PER PO SHOW ORDER | NET 60 DAYS |
| MALIN CO. | 4/11/2025 | 213930-MAL | $2,350.20 | PAID PER PO | NET 60 DAYS |
| MANLEY INDUSTRIES | 3/24/2025 | 1943 | $4,043.05 | | NET 60 DAYS |
| MANLEY INDUSTRIES | 5/14/2025 | 1980 | $11,896.60 | | NET 60 DAYS |
| MARINE SPORTS PRODUCTS | 3/12/2025 | 129730 | $1,709.19 | | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 3/14/2025 | 129749 | $752.90 | | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 3/20/2025 | 129810 | $949.39 | | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 4/1/2025 | 129930 | $135.87 | DS250221-96 | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 4/15/2025 | 130071 | $1,095.73 | | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 4/15/2025 | 130064 | $3,291.97 | | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 4/22/2025 | 130160A | $11.46 | SHORTAGE RECEIVED | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 4/22/2025 | 130160 | $1,560.00 | -$11.46: SH2 #1758-0584:SH1#0428 | NET 30 DAYS |
| MARINE SPORTS PRODUCTS | 6/27/2025 | 131055 | $8,311.00 | | NET 30 DAYS |
| MAR-VO MINERAL CO, INC. | 2/25/2025 | 43338 | $10,000.00 | | NET 10 DAYS |
| MAR-VO MINERAL CO, INC. | 7/7/2025 | 43792 | $11,750.00 | | NET 30 DAYS |
| MAR-VO MINERAL CO, INC. | 7/7/2025 | 43793 | $12,925.00 | | NET 30 DAYS |
| MASON TACKLE CO. | 6/25/2025 | 21384 | $2,465.59 | | NET 30 DAYS |
| MASON TACKLE CO. | 6/26/2025 | 21385 | $1,572.00 | | NET 30 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| MAXIMA USA | 3/14/2025 | 23041 | $20,710.16 | OVERAGE$    96.60 | 2% 30, Net31 |
| MAXIMA USA | 5/21/2025 | 23281 | $70,695.39 | | 2% 30 Net 60 |
| MECKLENBURG COUNTY TAX COLLECTOR | 7/29/2025 | 82214092025 | $15,241.44 | 8/28/2025 0008221409-2025-2025-0000-00 | NET 30 DAYS |
| MEGACHEM | 6/25/2025 | 108243 | $18,144.00 | | NET 30 DAYS |
| MERCER TOOL CORP. | 3/12/2025 | 843576-00 | $1,364.12 | Over/Short$    2.16- | NET 60 DAYS |
| MERCER TOOL CORP. | 3/26/2025 | 844177-00 | $2,958.89 | | NET 60 DAYS |
| MERCER TOOL CORP. | 3/26/2025 | 844178-00 | $6,389.48 | | NET 60 DAYS |
| MERCER TOOL CORP. | 4/23/2025 | 848618-00 | $1,833.98 | | NET 60 DAYS |
| MERCER TOOL CORP. | 6/5/2025 | 6617-00 | $2,738.93 | | NET 60 DAYS |
| MERCER TOOL CORP. | 6/13/2025 | 6617 | $675.50 | | NET 60 DAYS |
| METAL FUSION INC | 12/4/2024 | 469243 | $2,887.01 | | NET 60 DAYS |
| METAL FUSION INC | 2/13/2025 | 472338 | $976.86 | | NET 60 DAYS |
| METROPOLITAN SOFTWARE | 7/15/2025 | 12162 | $11,618.00 | 7/16/2025 ANNUAL RENEWAL.ATTEND COUNTS CORE | NET 1 DAY |
| Midland Radio Corporation | 10/2/2024 | INV964255 | $5,887.56 | | NET 60 DAYS |
| Midland Radio Corporation | 1/27/2025 | IF274544 | $3,580.29 | | NET 60 DAYS |
| Midland Radio Corporation | 1/27/2025 | INV1065829 | $6,982.01 | | NET 60 DAYS |
| Midland Radio Corporation | 1/31/2025 | SHP1217123 | $3,217.97 | | NET 60 DAYS |
| Midland Radio Corporation | 2/20/2025 | INV1085059 | $6,977.99 | | NET 60 DAYS |
| MILLENNIUM OUTDOORS | 2/24/2025 | 557671-1A | $223.12 | SHORTGAE RECEVIED | NET 60 DAYS |
| MILLENNIUM OUTDOORS | 2/24/2025 | 557671-1 | $11,885.70 | -$227.67"SH1 #4836-0120:SH2#0133 | NET 60 DAYS |
| MILLENNIUM OUTDOORS | 5/31/2025 | FCS400 | $800.82 | FINANCE CHARGRES | NET 1 DAY |
| Minnesota Brand Inc. | 11/19/2024 | 11665 | $2,809.07 | $0.00 SHORT/OVER:12 #S:0010&0012 | NET 30 DAYS |
| MISSILE BAITS, LLC | 4/23/2025 | 21791 | $1,647.76 | | NET 30 DAYS |
| MISSILE BAITS, LLC | 5/12/2025 | 21837 | $874.58 | | NET 30 DAYS |
| MISSILE BAITS, LLC | 5/12/2025 | 21833 | $951.60 | | 2% 30 Days |
| MISSILE BAITS, LLC | 5/13/2025 | 21832 | $843.53 | | 2% 30 Days |
| MISTER TWISTER | 3/3/2025 | 181000 | $7,974.00 | | NET 90 |
| MIZMO BAIT CO. | 4/24/2025 | 2022H137 | $291.72 | | NET 60 DAYS |
| MIZMO BAIT CO. | 6/30/2025 | 2022HI40 | $265.08 | | 2%60NET61 |
| MKS SUPPLY, LLC/HI-POINT | 6/6/2025 | 39484 | $2,830.00 | | NET 30 DAYS |
| MKS SUPPLY, LLC/HI-POINT | 6/6/2025 | 39486 | $4,810.00 | | NET 30 DAYS |
| MKS SUPPLY, LLC/HI-POINT | 6/6/2025 | 39485 | $9,900.00 | | NET 30 DAYS |
| ML LYNCH SINCE 1940, LLC | 1/29/2025 | 8004A | $47.04 | SHORTAGE RECEIVED | NET 30 DAYS |
| ML LYNCH SINCE 1940, LLC | 1/29/2025 | 8004 | $4,789.95 | -$48.00: SH 96 # 0662-0114 | NET 30 DAYS |
| MOJO OUTDOORS/HUNTWISE | 9/27/2024 | 695441 | $6,850.14 | | NET 60 DAYS |
| MOLD CRAFT FISHING PRODUCTS | 5/28/2025 | 12404 | $23.99 | BALANCE PAID ON INV#12382 | NET 60 DAYS |
| MOLD CRAFT FISHING PRODUCTS | 5/28/2025 | 12382 | $772.80 | | NET 60 DAYS |
| MOLD CRAFT FISHING PRODUCTS | 7/2/2025 | 12437 | $541.19 | | NET 60 DAYS |
| MONDOCAT, LLC | 3/26/2025 | 58239 | $262.08 | | NET 30 DAYS |
| MONDOCAT, LLC | 6/2/2025 | 58397 | $257.64 | | NET 30 DAYS |
| MONDOCAT, LLC | 6/2/2025 | 58398 | $357.00 | | NET 30 DAYS |
| Montana-Dakota Utilities Co | 6/19/2025 | 6192025 | $29.67 | 6/20/2025 ACCT# 930 598 2637 5 | NET 1 DAY |
| Montana-Dakota Utilities Co | 7/22/2025 | 7222025 | $33.45 | 7/23/2025 ACCT# 930 598 2637 5,061925-072125 | NET 1 DAY |
| Montana-Dakota Utilities Co | 8/20/2025 | 9305982637S | $28.76 | 8/25/2025 ACCT#930 598 2637 5 | net five days |
| Montana-Dakota Utilities Co | 9/22/2025 | | $32.15 | 10/2/2025 SEPT BILLING | NET 10 DAYS |
| MORE SALES INC | 6/16/2025 | 65588 | $1,194.80 | | NET 30 DAYS |
| MORRELL TARGETS | 10/16/2023 | 407661A | $585.03 | PAY FREIGHT DUE TO TERMS AGREEMENT | NET 60 DAYS |
| MORRELL TARGETS | 10/27/2023 | 408284A | $327.96 | PAY FREIGHT DUE TO TERMS AGREEMENT | NET 60 DAYS |
| MORRELL TARGETS | 11/9/2023 | 409037A | $293.96 | PAY FREIGHT DUE TO TERMS AGREEMENT | NET 60 DAYS |
| MORRELL TARGETS | 7/15/2024 | 419519A | $550.16 | PAY FREIGHT DUE TO TERMS AGREEMENT | NET 60 DAYS |
| MORRELL TARGETS | 7/15/2024 | 419519 | $2,768.02 | | NET 60 DAYS |
| MORRELL TARGETS | 8/22/2024 | 421528A | $695.05 | PAY FREIGHT DUE TO TERMS | NET 60 DAYS |
| MORRELL TARGETS | 8/22/2024 | 421528 | $3,756.06 | | NET 60 DAYS |
| MORRELL TARGETS | 10/17/2024 | 424435 | $2,897.30 | | NET 60 DAYS |
| MORRISETTE PAPER CO, INC | 11/4/2025 | 5199155 | $14,573.43 | 12/4/2025 | NET 30 DAYS |
| MORRISETTE PAPER CO, INC | 11/7/2025 | 5200132 | $2,550.00 | 12/7/2025 | NET 30 DAYS |
| MORRISETTE PAPER CO, INC | 11/7/2025 | 5200110 | $21,796.19 | 12/7/2025 | NET 30 DAYS |
| MOUNTAIN ALARM | 7/1/2025 | 6542491 | $78.02 | 7/11/2025 070125-073125,CUST# 002930 | NET 10 DAYS |
| MOUNTAIN ALARM | 8/1/2025 | 6718498 | $78.02 | 8/11/2025 080125-083125,CUST# 002930 | NET 10 DAYS |
| MT E.L.K., INC. | 7/11/2024 | 4911 | $2,022.90 | | NET 60 DAYS |
| MT E.L.K., INC. | 7/11/2024 | 4910 | $2,051.20 | | NET 60 DAYS |
| MT E.L.K., INC. | 7/23/2024 | 4921 | $1,431.40 | | NET 60 DAYS |
| MT E.L.K., INC. | 8/20/2024 | 4935 | $1,090.10 | | NET 60 DAYS |
| MT E.L.K., INC. | 8/29/2024 | 4943 | $1,339.80 | | NET 60 DAYS |
| MT E.L.K., INC. | 9/12/2024 | 4956 | $2,397.00 | | NET 60 DAYS |
| MT E.L.K., INC. | 10/3/2024 | 4968 | $1,575.10 | | NET 60 DAYS |
| MT E.L.K., INC. | 10/3/2024 | 4969 | $1,838.60 | | NET 60 DAYS |
| MT E.L.K., INC. | 11/20/2024 | 4982 | $1,390.30 | | NET 60 DAYS |
| MT E.L.K., INC. | 11/20/2024 | 4983 | $1,963.10 | | NET 60 DAYS |
| MTM MOLDED PRODUCTS COMPANY | 4/3/2025 | S3251421A | $116.64 | VIRTUAL IN/OUT CORRECT POSTING | NET 60 DAYS |
| MTM MOLDED PRODUCTS COMPANY | 4/3/2025 | S3251422 | $122.09 | | NET 60 DAYS |
| MTM MOLDED PRODUCTS COMPANY | 4/3/2025 | S3251421 | $19,754.23 | | NET 60 DAYS |
| MUSKY INNOVATIONS | 8/15/2024 | 15862 | $1,920.96 | | NET 60 DAYS |
| MUSKY INNOVATIONS | 8/28/2024 | 15878 | $1,028.34 | | NET 60 DAYS |
| MUSKY INNOVATIONS | 8/28/2024 | 15881 | $1,094.88 | | NET 60 DAYS |
| MUSKY INNOVATIONS | 9/18/2024 | 15893 | $1,083.12 | | NET 60 DAYS |
| MUSKY INNOVATIONS | 10/25/2024 | 15916 | $1,011.48 | | NET 60 DAYS |
| MUSKY INNOVATIONS | 10/31/2024 | 15919 | $1,167.96 | | NET 60 DAYS |
| MUSKY MAYHEM TACKLE LLC | 3/20/2025 | 20376A | $116.46 | SHORTAGE RECEIVED | NET 60 DAYS |
| MUSKY MAYHEM TACKLE LLC | 3/20/2025 | 20376 | $1,174.32 | -$116.46 # DC005 QTY6 | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| MUSKY MAYHEM TACKLE LLC | 3/20/2025 | 20375 | $1,190.88 | | NET 60 DAYS |
| MUSKY MAYHEM TACKLE LLC | 5/21/2025 | 20527 | $1,021.38 | | NET 60 DAYS |
| MZL Creations | 3/12/2025 | 299 | $416.88 | DS250310-08 | NET 30 DAYS |
| MZL Creations | 3/26/2025 | 302 | $930.60 | | NET 30 DAYS |
| NARANJO FAMILY LLC | 10/25/2024 | BR2024-005 | $4,027.12 | +$14.64 : OVER 2 # 5692-0566 | NET 45 DAYS |
| NATIONAL PRODUCTS INC. | 10/18/2024 | 24-325059 | $16,208.44 | | NET 30 DAYS |
| NAUTICAL PUBLICATIONS INC. | 3/26/2025 | 3262025 | $256.08 | | NET 45 DAYS |
| NAVICO-LOWRANCE | 5/13/2025 | 602172 | $17,550.30 | PREPAID 602172PREPAY | PREPAY |
| NAVICO-LOWRANCE | 5/29/2025 | N00001946988 | $158.53 | | 2%30NET31 |
| NAVICO-LOWRANCE | 5/29/2025 | N00001947212 | $3,315.54 | | 2%30NET31 |
| NAVICO-LOWRANCE | 5/29/2025 | N00001947105 | $11,824.94 | | 2%30NET31 |
| NCSTAR | 1/17/2025 | 25INV000724 | $9,401.20 | | NET 75 DAYS |
| NET NV LLC | 12/2/2025 | 26725 | $11.63 | 12/3/2025 LONGLEY FINAL BILL | NET 1 DAY |
| NEXT VIEW SOFTWARE, INC. | 11/1/2025 | 898-2511031 | $2,964.86 | 11/2/2025 NOVEMBER | NET 1 DAY |
| Nichols Lures of Georgia, Inc. | 5/2/2025 | S31180 | $2,504.64 | | NET 60 DAYS |
| Nichols Lures of Georgia, Inc. | 5/22/2025 | S31450 | $2,131.20 | | NET 30 DAYS |
| NORMARK CORPORATION | 4/17/2025 | 1806037 | $197.31 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/17/2025 | 1806039 | $271.92 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/17/2025 | 1806038 | $320.30 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/17/2025 | 1806040 | $384.36 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/17/2025 | 1806041 | $422.40 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/18/2025 | 1806297 | $203.94 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/18/2025 | 1806298 | $207.12 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/18/2025 | 1806296 | $232.56 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/18/2025 | 1806294 | $256.24 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/22/2025 | 1807082 | $9,627.28 | | NET 60 DAYS |
| NORMARK CORPORATION | 4/23/2025 | 1807576 | $9,996.52 | | NET 60 DAYS |
| NORMARK CORPORATION | 6/4/2025 | 1820192 | $3,932.34 | | NET 60 DAYS |
| NORSEMEN OUTDOORS, INC | 11/5/2024 | 11377V | $104.78 | PAY SHORTAGE QTY 12 #4529-0012 | NET 60 DAYS |
| NORSEMEN OUTDOORS, INC | 11/5/2024 | 11377 | $4,703.23 | -$104.78: SH1 # 0012 | NET 60 DAYS |
| NORSEMEN OUTDOORS, INC | 5/19/2025 | FC2 | $665.75 | FINANCE CHARGES | NET 1 DAY |
| North American Arms Inc. | 10/8/2024 | 0502099-IN | $2,131.20 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 10/15/2024 | 0502390-IN | $1,593.60 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 10/16/2024 | 0502434-IN | $1,473.60 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 10/18/2024 | 0502495-IN | $1,500.48 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 10/21/2024 | 0502579-IN | $768.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 10/22/2024 | 0502594-IN | $2,518.08 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 10/23/2024 | 0502646-IN | $787.20 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 10/24/2024 | 0502699-IN | $2,134.08 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/2/2024 | 0503122-IN | $2,918.40 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/7/2024 | 0503309-IN | $499.20 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/8/2024 | 0503416-IN | $384.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/8/2024 | 0503395-IN | $1,344.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/8/2024 | 0503394-IN | $4,320.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/15/2024 | 0503681-IN | $662.40 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/16/2024 | 0503714-IN | $247.68 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/20/2024 | 0503884-IN | $360.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/22/2024 | 0504043-IN | $1,238.40 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/25/2024 | 0504122-IN | $1,577.28 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/26/2024 | 0504191-IN | $950.40 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/26/2024 | 0504159-IN | $1,123.20 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 11/27/2024 | 0504269-IN | $1,872.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/4/2024 | 0504611-IN | $936.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/4/2024 | 0504550-IN | $987.84 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/5/2024 | 0504621-IN | $1,968.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/5/2024 | 0504633-IN | $3,028.80 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/7/2024 | 0504720-IN | $720.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/11/2024 | 0504869-IN | $433.92 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/11/2024 | 0504888-IN | $1,080.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/12/2024 | 0504932-IN | $710.40 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/13/2024 | 0504978-IN | $768.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/13/2024 | 0504976-IN | $1,833.60 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/14/2024 | 0505027-IN | $3,638.40 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/16/2024 | 0505099-IN | $360.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/17/2024 | 0505190-IN | $984.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/19/2024 | 0505321-IN | $988.80 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/19/2024 | 0505318-IN | $1,977.60 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/20/2024 | 0505355-IN | $654.72 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 12/24/2024 | 0505521-IN | $3,715.20 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 1/2/2025 | 0505793-IN | $3,984.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 1/22/2025 | 0506864-IN | $3,936.00 | | 2% 10 DAYS, NET 30 |
| North American Arms Inc. | 2/3/2025 | RC250203-02A | $211.00 | CLEAR RC250203-02 | NET 150 DAYS |
| NORTH SHORE GAS | 6/17/2025 | 061725 7933 | $108.98 | 6/18/2025 ACCT# 0623527933-00001 | NET 1 DAY |
| NORTH SHORE GAS | 7/18/2025 | 071825 7933 | $48.49 | 7/19/2025 A#0623527933-00001,061725-071625 | NET 1 DAY |
| NORTH SHORE GAS | 8/18/2025 | 81825 | $46.53 | 11/16/2025 AUG SERVICE | NET 90 |
| NORTH SHORE GAS | 10/27/2025 | 102725-7933 | $117.87 | 11/26/2025 FINAL BILL | NET 30 DAYS |
| NORTHEAST PRODUCTS | 6/20/2024 | 264 | $695.54 | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 6/28/2024 | 359 | $516.68 | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 8/13/2024 | 849 | $1,981.86 | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 8/19/2024 | 848 | $1,774.48 | | NET 30 DAYS |

| | | | | | | |
|---|---|---|---|---|---|---|
| NORTHEAST PRODUCTS | 9/25/2024 | 1931 | $4,808.64 | | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 9/27/2024 | 1932 | $5,115.08 | | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 12/29/2024 | 3153 | $2,946.98 | | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 12/29/2024 | 3154 | $3,146.86 | | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 1/26/2025 | 3361 | $3,388.76 | | | NET 30 DAYS |
| NORTHEAST PRODUCTS | 1/26/2025 | 3362 | $3,908.64 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 12/12/2024 | 2024440998 | $13,407.00 | -3.06;SH2 4478;REF PSC655061 | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 12/20/2024 | 2024453121 | $1,276.56 | | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 12/23/2024 | 2024457930 | $185.64 | | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 1/18/2025 | 2025014618 | $1,602.22 | | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 1/22/2025 | 2025019736 | $1,023.77 | PPI | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 1/30/2025 | 2025027771 | $1,393.44 | | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 2/18/2025 | 2025051386 | $77.76 | | | Net 120 Days |
| NORTHLAND FISHING TACKLE-GSM, LLC | 2/18/2025 | 2025050749 | $93.20 | | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 2/18/2025 | 2025050757 | $15,794.71 | | | Net 120 Days |
| NORTHLAND FISHING TACKLE-GSM, LLC | 2/22/2025 | 2025055069 | $99.67 | | | Net 120 Days |
| NORTHLAND FISHING TACKLE-GSM, LLC | 2/26/2025 | 2025060777 | $42.67 | | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 2/28/2025 | 2025065092 | $75.50 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 2/28/2025 | 2025065222 | $312.48 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 3/5/2025 | 2025068929 | $2,211.93 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 3/6/2025 | 598295A | $20.76 | REC'G ERROR | | Net 120 Days |
| NORTHLAND FISHING TACKLE-GSM, LLC | 3/18/2025 | 2025084410 | $12.30 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 3/18/2025 | 2025084406 | $29.76 | | | NET 180 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 3/18/2025 | 2025084409 | $141.42 | | | Net 120 Days |
| NORTHLAND FISHING TACKLE-GSM, LLC | 3/18/2025 | 2025083163 | $1,815.03 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 3/28/2025 | 2025095859 | $9,607.22 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/2/2025 | 2025101240 | $3,721.12 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/4/2025 | 2025104905 | $210.87 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/4/2025 | 2025104252 | $1,136.02 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/11/2025 | 2025112404 | $52.09 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/11/2025 | 2025112205 | $255.30 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/17/2025 | 2025118517 | $2,137.20 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/26/2025 | 2025128420 | $198.12 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/26/2025 | 2025128419 | $1,943.64 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/30/2025 | 2025132920 | $18.72 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/30/2025 | 2025134567 | $45.54 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/30/2025 | 2025133968 | $79.38 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/30/2025 | 2025134423 | $125.52 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/30/2025 | 2025134501 | $422.55 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/30/2025 | 2025134040 | $1,031.19 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 4/30/2025 | 2025134502 | $1,426.20 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/1/2025 | 2025135437 | $22.82 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/3/2025 | 2025137053 | $21.14 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/5/2025 | 2025137344 | $1,856.58 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/7/2025 | 2025139814 | $12.48 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/7/2025 | 2025140266 | $16.14 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/7/2025 | 2025139823 | $35.52 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/8/2025 | 2025142196 | $51.90 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/8/2025 | 2025142195 | $66.24 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/15/2025 | 2025148738 | $19.56 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/21/2025 | 2025153876 | $2,762.40 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/23/2025 | 2025155815 | $431.90 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/30/2025 | 2025163025 | $1,765.25 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 5/31/2025 | 2025165832 | $9,100.13 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/3/2025 | 2025166718 | $15.12 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/11/2025 | 2025174260 | $319.09 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/13/2025 | 2025177764 | $50.98 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/13/2025 | 2025177834 | $53.31 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/13/2025 | 2025178030 | $58.88 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/13/2025 | 2025177714 | $68.70 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/16/2025 | 2025179756 | $274.50 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/17/2025 | 2025182078 | $113.40 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/18/2025 | 2025183625 | $1,032.76 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/19/2025 | 2025185743 | $312.24 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/25/2025 | 2025194005 | $2,560.49 | | | NET 90 |
| NORTHLAND FISHING TACKLE-GSM, LLC | 6/28/2025 | 2025197832 | $935.52 | | | NET 30 DAYS |
| NORTHLAND FISHING TACKLE-GSM, LLC | 7/4/2025 | 2025203826 | $16.14 | | | NET 30 DAYS |
| NORTHWEST BAIT AND SCENT | 3/6/2024 | 1236 | $3,493.20 | | | NET 60 DAYS |
| NORTHWEST BAIT AND SCENT | 6/25/2024 | 587601 | $2,154.00 | | | NET 60 DAYS |
| NORTHWEST BAIT AND SCENT | 11/19/2024 | 1269 | $1,519.20 | | | NET 60 DAYS |
| NORTHWEST GUIDE BAITS | 1/13/2025 | 308649 | $756.60 | | | NET 30 DAYS |
| NorthWestern Energy | 6/2/2025 | 60225 | $171.61 | 6/3/2025 | ACCT# 3492715-2, 042825-052825 | NET 1 DAY |
| NorthWestern Energy | 7/3/2025 | 70325 | $238.06 | 7/4/2025 | ACCT#3492715-2,052825-063025 | NET 1 DAY |
| NorthWestern Energy | 8/1/2025 | X00815M | $247.23 | 8/2/2025 | ACCT#3492715-2,063025-072925 | NET 1 DAY |
| NorthWestern Energy | 9/2/2025 | 09022025-MT | $187.02 | 9/12/2025 | ACCT#3492715-2 BILLINGS OFFICE | NET 10 DAYS |
| NorthWestern Energy | 9/9/2025 | 090925-MT | $38.00 | 9/19/2025 | ACCT#3492715-2 BILLINGS | NET 10 DAYS |
| NOSLER INC. | 4/30/2025 | 208220 | $422.28 | PO#591699 | | NET 45 DAYS |
| NOSLER INC. | 4/30/2025 | 634047 | $590.00 | | | NET 30 DAYS |
| NOSLER INC. | 4/30/2025 | 208221 | $2,794.04 | PO#598058 | | NET 45 DAYS |
| NOSLER INC. | 6/26/2025 | 634048 | $160.00 | | | NET 30 DAYS |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOSLER INC. | 6/26/2025 | 634040 | $213.90 | | | NET 45 DAYS |
| NOSLER INC. | 6/26/2025 | 634045 | $544.18 | | | NET 45 DAYS |
| NOSLER INC. | 6/26/2025 | 634042 | $993.60 | | | 4%15 2%30 NET45 |
| NOSLER INC. | 6/26/2025 | 634044 | $2,143.60 | | | NET 45 DAYS |
| NOSLER INC. | 6/26/2025 | 634039 | $2,372.86 | ****** | | 4%15 2%30 NET45 |
| NOSLER INC. | 6/26/2025 | 634043 | $2,958.49 | | | NET 45 DAYS |
| NOSLER INC. | 6/26/2025 | 634041 | $3,959.45 | | | NET 45 DAYS |
| NOSLER INC. | 6/26/2025 | 634046 | $4,317.10 | | | 4%15 2%30 NET45 |
| NOSLER INC. | 6/26/2025 | 634049 | $8,439.25 | ****** | | 4%15 2%30 NET45 |
| NOSLER INC. | 6/27/2025 | 634212 | $164.22 | | | NET 30 DAYS |
| NOSLER INC. | 6/27/2025 | 634213 | $207.00 | | | 4%15 2%30 NET45 |
| NOSLER INC. | 6/30/2025 | 634399 | $220.80 | ****** | | 4%15 2%30 NET45 |
| NOSLER INC. | 6/30/2025 | 634398 | $220.80 | | | NET 45 DAYS |
| NOSLER INC. | 6/30/2025 | 6343997 | $220.80 | | | NET 45 DAYS |
| NUVO TECHNOLOGIES, INC. | 5/14/2025 | INV-1139 | $9,875.00 | 5/21/2025 | 051425-081425 | NET 7 DAYS |
| O & H MANUFACTURING | 4/3/2024 | HH31851 | $7,185.60 | | PPI | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 8/28/2024 | 10610546 | $21,519.52 | | | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 8/30/2024 | 10610738 | $36,228.29 | | | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 11/19/2024 | 10615924 | $6,606.49 | | | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 11/19/2024 | 10615925 | $21,154.70 | | | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 11/19/2024 | 10615926 | $33,408.86 | | -$355.06: SH8#0107:SH3#1385:OV#5438 | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 11/29/2024 | 10616620 | $2,314.30 | | | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 12/12/2024 | DSH291477 | $938.95 | | | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 12/19/2024 | 10618491 | $2,675.41 | | | NET 90 |
| O. MUSTAD & SON AMERICAS INC | 12/19/2024 | 10618492 | $10,201.20 | | | NET 90 |
| O. MUSTAD & SON AMERICAS INC | 12/20/2024 | 10619059 | $558.61 | | BALANCE ON DSH291877 | NET 90 |
| O. MUSTAD & SON AMERICAS INC | 12/20/2024 | DSH291877 | $107,889.90 | | | NET 90 |
| O. MUSTAD & SON AMERICAS INC | 1/16/2025 | DSH293713 | $16,703.10 | | | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 1/17/2025 | DSH293903 | $123.99 | | | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 1/17/2025 | DSH293904 | $437.01 | | | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 1/21/2025 | 10619836 | $158.56 | | | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 1/21/2025 | 10619835 | $366.26 | | | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 1/21/2025 | 10619837 | $765.35 | | | NET 90 |
| O. MUSTAD & SON AMERICAS INC | 1/21/2025 | DSH294065 | $1,536.46 | | | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 1/21/2025 | 10619838 | $4,420.16 | | | NET 90 |
| O. MUSTAD & SON AMERICAS INC | 1/21/2025 | 10619839 | $6,906.75 | | | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 1/23/2025 | 596931 | $3,721.92 | | | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/9/2025 | 10620824 | $36.87 | | DS240131-15 | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/9/2025 | 10620823 | $68.50 | | DS250131-14 | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/9/2025 | 10620825 | $74.58 | | DS250131-17 | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/9/2025 | 10620828 | $94.38 | | | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/9/2025 | 10620829 | $224.14 | | DS250131-21 | NET 30 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/9/2025 | 10620826 | $258.39 | | DS250131-18 | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/9/2025 | 10620827 | $640.62 | | DS250131-19 | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/12/2025 | 10621137 | $230.87 | | | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 2/12/2025 | 10621136 | $286.70 | | | NET 60 DAYS |
| O. MUSTAD & SON AMERICAS INC | 2/12/2025 | 10621135 | $776.12 | | | Net 120 Days |
| O. MUSTAD & SON AMERICAS INC | 2/12/2025 | 10621138 | $890.65 | | | NET 90 |
| O.F. Mossberg & Sons Inc. | 1/23/2025 | INV-01707761 | $42,111.82 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 1/24/2025 | INV-01708043 | $12,323.22 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 1/30/2025 | INV-01709109 | $14,058.64 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 1/31/2025 | INV-01709319 | $1,373.34 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 1/31/2025 | INV-01709279 | $2,096.20 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 1/31/2025 | INV-01709296 | $2,288.90 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 1/31/2025 | INV-01709308 | $8,366.00 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 1/31/2025 | INV-01709277 | $9,423.50 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 2/3/2025 | INV-01709450 | $42,861.18 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 2/4/2025 | INV-01709597 | $2,834.10 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 2/7/2025 | INV-01710122 | $394.80 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718759 | $911.80 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718755 | $2,373.50 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718734 | $2,783.34 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718853 | $3,106.70 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718735 | $7,285.00 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718767 | $11,268.72 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718764 | $15,660.40 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/26/2025 | INV-01718714 | $20,113.18 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 3/29/2025 | INV-01719466 | $2,274.80 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721527 | $1,970.00 | | | NET 30 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721536 | $1,970.00 | | | NET 30 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721590 | $2,317.10 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721573 | $2,368.80 | | | NET 75 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721514 | $2,585.00 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721552 | $3,414.08 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721598 | $3,940.00 | | | NET 30 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721559 | $4,873.90 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721571 | $4,944.40 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721577 | $5,521.56 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721501 | $6,039.50 | | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721529 | $7,225.00 | | | NET 30 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721555 | $10,222.50 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721542 | $12,542.42 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721586 | $23,039.40 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721558 | $26,005.10 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721502 | $43,226.84 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/11/2025 | INV-01721603 | $46,177.50 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/14/2025 | INV-01721686 | $11,959.62 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/14/2025 | INV-01721763 | $13,908.24 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/14/2025 | INV-01721709 | $15,251.50 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/14/2025 | INV-01721786 | $26,658.40 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/18/2025 | INV-01722497 | $1,325.40 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/24/2025 | INV-01723302 | $3,232.66 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/28/2025 | INV-01723770 | $156.04 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 4/29/2025 | INV-01723953 | $5,959.60 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 5/21/2025 | INV-01726745 | $521.70 | | NET 60 DAYS |
| O.F. Mossberg & Sons Inc. | 8/8/2025 | LC250808-04 | $356.26 | RETURN | 5% 30, NET 60 |
| O.F. Mossberg & Sons Inc. | 8/27/2025 | LC250827-02 | $756.70 | RETURN | 5% 30, NET 60 |
| O.F. Mossberg & Sons Inc. | 9/12/2025 | LC250912-03 | $2,561.50 | REPAIRED GUNS RETURNED | 5% 30, NET 60 |
| O.F. Mossberg & Sons Inc. | 9/26/2025 | LC250923-01 | $474.70 | LC250923-01 | 5% 30, NET 60 |
| O.F. Mossberg & Sons Inc. | 10/9/2025 | LC251006-01 | $1,425.04 | REPAIRS REC'D | NET 1 DAY |
| OCEAN EQUIPMENT INC. | 4/9/2025 | 99890 | $889.32 | | NET 30 DAYS |
| OFD FOODS LLC | 2/21/2025 | 1141530 | $302.36 | | NET 45 DAYS |
| OFD FOODS LLC | 3/20/2025 | 1149750 | $7,804.53 | | NET 45 DAYS |
| OKUMA FISHING TACKLE CORP. | 12/16/2024 | INV361118 | $92.08 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 12/16/2024 | INV361119 | $321.99 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 12/16/2024 | INV361112 | $1,501.38 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 12/16/2024 | INV361113 | $4,423.87 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 12/16/2024 | INV361120 | $4,588.46 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 12/30/2024 | INV361780 | $288.42 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 12/30/2024 | INV361781 | $624.83 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/13/2025 | INV362633 | $676.59 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/14/2025 | INV362732 | $817.86 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/14/2025 | INV362731 | $982.11 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/14/2025 | INV362730 | $24,520.57 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/16/2025 | INV363071 | $14,718.25 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/16/2025 | INV363070 | $31,805.22 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/20/2025 | INV363216 | $271.08 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/20/2025 | INV363214 | $1,045.24 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/20/2025 | INV363215 | $3,998.05 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/21/2025 | INV363258 | $20,321.60 | -$12,687.78: SHORT 718PC | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/21/2025 | INV363259 | $58,439.80 | -$2,812.30: SHORT 82PC | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/30/2025 | INV363831 | $403.82 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/30/2025 | INV363969 | $708.15 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/30/2025 | INV363940 | $4,826.00 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/30/2025 | INV363968 | $6,864.85 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/31/2025 | INV364078 | $624.89 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/31/2025 | INV364076 | $662.13 | | NET 90 |
| OKUMA FISHING TACKLE CORP. | 1/31/2025 | INV364075 | $2,457.81 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/31/2025 | INV364077 | $3,177.52 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/31/2025 | INV364079 | $4,925.29 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/31/2025 | INV364081 | $4,943.16 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 1/31/2025 | INV364082 | $32,087.24 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 5/19/2025 | INV372984A | $348.16 | SHORTAGE 18 #1314-3146 RECEVIED | NET 90 |
| OKUMA FISHING TACKLE CORP. | 5/19/2025 | INV372984 | $25,681.17 | -$366.48:SH 18 #1314-3146 | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 5/22/2025 | INV373290A | $628.71 | SHORTAGE RECEIVED QTY20 #1314-4435 | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 5/22/2025 | INV373335 | $12,922.91 | | NET 60 DAYS |
| OKUMA FISHING TACKLE CORP. | 5/22/2025 | INV373290 | $156,640.50 | -$276.30:SH5#3806:SH/OV20#4435/1139 | NET 60 DAYS |
| ON-TIME WILDLIFE FEEDERS | 4/7/2025 | 79266 | $11,154.60 | | NET 60 DAYS |
| ON-TIME WILDLIFE FEEDERS | 4/25/2025 | 79381 | $429.05 | | NET 60 DAYS |
| OPTIMUM BAITS | 10/15/2024 | 17835 | $2,001.48 | | NET 30 DAYS |
| OPTIMUM BAITS | 11/13/2024 | 17934 | $1,561.88 | | NET 30 DAYS |
| OPTIMUM BAITS | 2/11/2025 | 18161 | $2,128.56 | | NET 30 DAYS |
| OPTIMUM BAITS | 2/26/2025 | 18200 | $1,765.76 | | NET 30 DAYS |
| OPTIMUM BAITS | 3/4/2025 | 18189 | $1,630.08 | | NET 30 DAYS |
| Osmic Research Company | 10/20/2023 | 4405 | $32.10 | | NET 30 DAYS |
| Osmic Research Company | 10/20/2023 | 4404 | $91.20 | | NET 30 DAYS |
| Osmic Research Company | 10/20/2023 | 4406 | $128.40 | | NET 30 DAYS |
| O-TABS INTERNATIONAL, LLC | 5/20/2025 | 1760 | $795.00 | | NET 30 DAYS |
| OTIS TECHNOLOGY | 3/25/2025 | ARIN2504982 | $5,033.82 | | NET 30 DAYS |
| OUTDOOR CAP | 3/13/2025 | 3151152 | $792.00 | | NET 60 DAYS |
| OUTDOOR CAP | 4/23/2025 | 3172240 | $1,656.00 | | NET 60 DAYS |
| OUTDOOR CAP | 4/24/2025 | 3172924A | $360.00 | SHORTAGE RECEIVED | NET 60 DAYS |
| OUTDOOR CAP | 4/24/2025 | 3172924 | $3,132.00 | -$360: SHORT 48 # 2530-0251 | NET 60 DAYS |
| OUTDOOR CAP | 6/2/2025 | 911-592217 | $153.00 | VIRTUAL CORRECT RECV. POSTING | NET 1 DAY |
| OUTDOOR CAP CO. INC. | 10/28/2024 | 3102622 | $3,252.66 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 12/17/2024 | 3119600 | $118.40 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 12/18/2024 | 3120067 | $10.40 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/9/2025 | 3124878 | $33.60 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/27/2025 | 3131739 | $62.40 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/27/2025 | 3131737 | $119.20 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| OUTDOOR CAP CO. INC. | 1/27/2025 | 3131738 | $271.20 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/28/2025 | 3132374 | $93.60 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/29/2025 | 3132844 | $3,665.94 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/30/2025 | 3133314 | $180.36 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/30/2025 | 3133317 | $243.12 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/30/2025 | 3133316 | $280.80 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/30/2025 | 3133313 | $4,077.42 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/31/2025 | 3133798 | $82.38 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 1/31/2025 | 3133799 | $12,536.88 | -$234.00:SHORT 45 #0788-1509 | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 2/7/2025 | 316984 | $163.26 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 2/21/2025 | 3141437 | $1,132.02 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 2/24/2025 | 3142296 | $260.88 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 2/24/2025 | 3142295 | $347.34 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 2/25/2025 | 3142921 | $280.80 | | NET 60 DAYS |
| OUTDOOR CAP CO. INC. | 4/25/2025 | 3173441 | $238.80 | | NET 60 DAYS |
| OUTDOOR EDGE CUTLERY CORP. | 5/13/2025 | INV61121 | $13,358.06 | -18.40: SH2 #2813-0149 | NET 60 DAYS |
| OUTDOOR EDGE CUTLERY CORP. | 5/13/2025 | INV61111 | $17,109.97 | | NET 60 DAYS |
| OUTDOOR EDGE CUTLERY CORP. | 5/28/2025 | INV61909 | $432.00 | | NET 60 DAYS |
| OUTDOOR EDGE CUTLERY CORP. | 5/28/2025 | INV61980 | $644.76 | | NET 60 DAYS |
| OUTDOOR PRODUCT INNOVATIONS | 1/21/2025 | 849215 | $12,412.59 | | NET 90 |
| OUTDOOR PRODUCT INNOVATIONS | 1/21/2025 | 849216 | $22,609.26 | -$479.84: SHORT #4731-0412 | NET 90 |
| OUTDOOR PRODUCT INNOVATIONS | 1/27/2025 | 849889 | $453.99 | | NET 90 |
| OUTDOOR PRODUCT INNOVATIONS | 1/28/2025 | 850036 | $2,374.74 | | NET 90 |
| OUTDOOR PRODUCT INNOVATIONS | 3/10/2025 | 854451 | $18,264.27 | | NET 07/28/25 |
| OUTDOOR PRODUCT INNOVATIONS | 3/11/2025 | 854552 | $15,322.37 | | NET 07/28/25 |
| Outdoors Insight | 2/12/2025 | I-45143 | $3,081.00 | | 598685 NET 30 DAYS |
| Outdoors Insight | 2/12/2025 | I-45117 | $3,355.20 | | NET 30 DAYS |
| OWNER AMERICAN CORPORATION | 4/29/2025 | 169333 | $20,088.42 | | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/12/2025 | 170428A | $54.90 | | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/12/2025 | 170414-2 | $2,520.60 | SHORTAGE RECEIVED INV#170414 | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/12/2025 | 170429 | $19,194.86 | -$54.90: SHORT LNS#563/564/565 | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/12/2025 | 170423 | $54,047.90 | | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/12/2025 | 170428 | $59,738.80 | -$336.00: SHORT 20 # 0435-0069 | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/12/2025 | 170414 | $72,075.56 | -$2520.60: SH LNS#10,40,211,219&226 | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/13/2025 | 170433 | $92,346.12 | | 2%30NET31 |
| OWNER AMERICAN CORPORATION | 6/16/2025 | 170412 | $5,292.20 | | 2%30NET31 |
| PA PROSPECT LLC | 7/1/2025 | 070125 CAM | $1,450.00 | 7/2/2025 070125 CAM | NET 1 DAY |
| PA PROSPECT LLC | 7/1/2025 | 25-Jul | $3,043.17 | 7/2/2025 JULY RENT 2025 | NET 1 DAY |
| PA PROSPECT LLC | 8/7/2025 | 080725 CAM | $1,450.00 | 8/8/2025 080725 CAM | NET 1 DAY |
| PA PROSPECT LLC | 8/7/2025 | 25-Aug | $3,043.17 | 8/8/2025 AUGUST RENT 2025 | NET 1 DAY |
| PA PROSPECT LLC | 9/1/2025 | SEPT 2025CAM | $1,450.00 | 9/2/2025 SEPT CAM | NET 1 DAY |
| PA PROSPECT LLC | 9/1/2025 | 25-Sep | $3,043.17 | 9/2/2025 SEPT RENT | NET 1 DAY |
| PAINTED ARROW LLC | 12/5/2024 | 100461 | $2,592.00 | | NET 45 DAYS |
| PAINTED ARROW LLC | 6/17/2025 | 100587 | $17,330.00 | | NET 45 DAYS |
| PAR INC. DBA FILLET AWAY FISH MATS | 4/4/2025 | 1407 | $646.80 | | NET 60 DAYS |
| PAUTZKE BAIT CO. INC. | 5/16/2025 | 4353 | $6,799.74 | | 7%30 DAYS |
| PAUTZKE BAIT CO. INC. | 5/16/2025 | 4354 | $17,671.55 | | 7%30 DAYS |
| PAUTZKE BAIT CO. INC. | 5/16/2025 | 4355 | $53,203.58 | +363.36:OV12 2824,OV156 0118,OV12 54 | 7%30 DAYS |
| PEARSON RANCH ELK & BISON JERKY, LLC | 3/4/2025 | 250304-9489 | $588.20 | | NET 30 DAYS |
| PEARSON RANCH ELK & BISON JERKY, LLC | 3/7/2025 | 250307-9524 | $887.53 | | NET 30 DAYS |
| PEARSON RANCH ELK & BISON JERKY, LLC | 3/7/2025 | 250307-9525 | $1,237.96 | | NET 30 DAYS |
| PEARSON RANCH ELK & BISON JERKY, LLC | 4/16/2025 | 250422-1143 | $5,571.93 | | NET 30 DAYS |
| PEARSON RANCH ELK & BISON JERKY, LLC | 5/12/2025 | 250512-9232 | $3,244.02 | | NET 30 DAYS |
| PEARSON RANCH ELK & BISON JERKY, LLC | 5/27/2025 | 250527-9394 | $2,758.55 | | NET 30 DAYS |
| PEARSON RANCH ELK & BISON JERKY, LLC | 5/27/2025 | 250527-9389 | $4,449.24 | -37.44:SH144 ITEMS/OVER 144 ITEMS | NET 30 DAYS |
| PEET SHOE DRYER | 2/6/2025 | 235234 | $3,089.28 | | NET 30 DAYS |
| PEET SHOE DRYER | 2/24/2025 | 235477 | $4,901.06 | | NET 30 DAYS |
| PELICAN PRODUCTS, INC | 6/12/2025 | 92657434 | $4,311.04 | | NET 30 DAYS |
| PELICAN PRODUCTS, INC | 6/13/2025 | 92658233 | $3,570.97 | | NET 30 DAYS |
| PENN FISHING | 11/20/2024 | 1101711532 | $2,602.18 | | Net 120 Days |
| PENN FISHING | 11/25/2024 | 1101725192 | $99,649.52 | | Net 120 Days |
| PENN FISHING | 11/27/2024 | 1101732761 | $778.74 | | Net 120 Days |
| PENN FISHING | 11/27/2024 | 1101732762 | $7,606.42 | | Net 120 Days |
| PENN FISHING | 11/27/2024 | 1101732517 | $21,205.55 | | Net 120 Days |
| PENN FISHING | 11/29/2024 | 1101736566 | $137,405.83 | | Net 120 Days |
| PENN FISHING | 11/29/2024 | 1101737882 | $182,181.39 | | Net 120 Days |
| PENN FISHING | 11/30/2024 | 1101740496 | $117,311.58 | | Net 120 Days |
| PENN FISHING | 12/11/2024 | 1101783947 | $1,294.90 | | Net 120 Days |
| PENN FISHING | 12/11/2024 | 1101783945 | $1,942.35 | | Net 120 Days |
| PENN FISHING | 12/11/2024 | 1101783951 | $7,205.79 | | Net 120 Days |
| PENN FISHING | 12/13/2024 | 1101793342 | $4,893.14 | | Net 120 Days |
| PENN FISHING | 12/13/2024 | 1101793343 | $18,647.40 | | Net 120 Days |
| PENN FISHING | 12/13/2024 | 1101793341 | $60,677.87 | | Net 120 Days |
| PENN FISHING | 12/17/2024 | 1101804165 | $120.07 | | Net 120 Days |
| PENN FISHING | 12/23/2024 | 1101819169 | $380.34 | | Net 120 Days |
| PENN FISHING | 12/23/2024 | 1101819159 | $566.52 | | Net 120 Days |
| PENN FISHING | 12/23/2024 | 1101819165 | $12,386.69 | | Net 120 Days |
| PENN FISHING | 12/23/2024 | 1101819166 | $17,458.99 | | Net 120 Days |
| PENN FISHING | 12/26/2024 | 1101823060 | $28.99 | | Net 120 Days |
| PENN FISHING | 12/26/2024 | 1101823230 | $840.48 | | Net 120 Days |

| | | | | | |
|---|---|---|---|---|---|
| PENN FISHING | 12/26/2024 | 1101823235 | $3,732.85 | | Net 120 Days |
| PENN FISHING | 1/7/2025 | 1101841307 | $1,070.19 | | Net 120 Days |
| PENN FISHING | 1/10/2025 | 1101850369 | $85.69 | | Net 120 Days |
| PENN FISHING | 1/10/2025 | 1101848911 | $1,207.51 | | Net 120 Days |
| PENN FISHING | 1/10/2025 | 1101848916 | $1,801.42 | | Net 120 Days |
| PENN FISHING | 1/10/2025 | 1101848918 | $10,420.94 | | Net 120 Days |
| PENN FISHING | 1/13/2025 | 1101853565 | $3,155.70 | | Net 120 Days |
| PENN FISHING | 1/20/2025 | 1101869983 | $101.14 | | Net 120 Days |
| PENN FISHING | 1/20/2025 | 1101870050 | $3,276.65 | | Net 120 Days |
| PENN FISHING | 1/20/2025 | 1101870054 | $8,778.93 | | Net 120 Days |
| PENN FISHING | 2/11/2025 | 1101921733 | $1,040.87 | | Net 120 Days |
| PENN FISHING | 2/11/2025 | 1101921731 | $1,691.42 | | Net 120 Days |
| PENN FISHING | 2/11/2025 | 1101921736 | $1,691.42 | | Net 120 Days |
| PENN FISHING | 2/11/2025 | 1101921735 | $2,482.16 | | Net 120 Days |
| PENN FISHING | 2/14/2025 | 1101931763 | $5,854.91 | | Net 120 Days |
| PENN FISHING | 2/19/2025 | 1101940626 | $360.21 | | Net 120 Days |
| PENN FISHING | 2/19/2025 | 1101940628 | $480.28 | | Net 120 Days |
| PENN FISHING | 2/20/2025 | 1101941970 | $10,889.15 | | Net 120 Days |
| PENN FISHING | 2/20/2025 | 1101941971 | $21,594.95 | | Net 120 Days |
| PENN FISHING | 3/6/2025 | 1101979468 | $480.28 | | Net 120 Days |
| PENN PREMIUM | 11/20/2024 | 1101711530 | $67,720.41 | -579.80;SH4 2787 | Net 120 Days |
| PENN PREMIUM | 11/27/2024 | 1101732515 | $58,017.32 | | Net 120 Days |
| PENN PREMIUM | 11/30/2024 | 1101740402 | $278,535.50 | -109.34;SH2 2858 | Net 120 Days |
| PENN PREMIUM | 12/16/2024 | 1101800468 | $1,042.00 | | Net 120 Days |
| PENN PREMIUM | 12/16/2024 | 1101800472 | $6,224.33 | | Net 120 Days |
| PENN PREMIUM | 12/26/2024 | 1101823232 | $919.13 | | Net 120 Days |
| PENN PREMIUM | 1/20/2025 | 1101870051 | $1,203.05 | | Net 120 Days |
| PENN PREMIUM | 2/24/2025 | 1101951642 | $2,404.94 | | 3%30, NET 90 |
| PENSKE TRUCK LEASING CO., L.P. | 6/27/2025 | 30967303 | $1,716.83 | 7/7/2025 CUST#60564600-0338 | NET 10 DAYS |
| PENSKE TRUCK LEASING CO., L.P. | 7/2/2025 | 31033053 | $1,559.31 | 7/12/2025 CUST# 60564600-0338 | NET 10 DAYS |
| PENSKE TRUCK LEASING CO., L.P. | 7/30/2025 | 31188745 | $3,112.51 | 8/9/2025 CUST# 60564600-0338 | NET 10 DAYS |
| PENSKE TRUCK LEASING CO., L.P. | 8/4/2025 | 31253752 | $106.68 | 8/14/2025 CUST# 60564600-0338/TOLLS | NET 10 DAYS |
| PERENSCO INC. | 6/11/2025 | 11090 | $18,834.30 | 6/25/2025 LIVE EVENT ORLANDO-081325-081425 | NET 14 DAYS |
| PESKY PRODUCTS LLC | 1/30/2025 | 598370 | $3,646.40 | | NET 60 DAYS |
| PESKY PRODUCTS LLC | 4/10/2025 | 598696 | $5,195.20 | | NET 60 DAYS |
| PESKY PRODUCTS LLC | 5/12/2025 | 600389 | $8,768.00 | | NET 60 DAYS |
| PETE RICKARD INC. | 9/24/2024 | 15343 | $1,480.08 | PPI | NET 30 DAYS |
| PETE RICKARD INC. | 10/25/2024 | 15386 | $2,377.32 | PPI | NET 30 DAYS |
| PETE RICKARD INC. | 10/30/2024 | 15391A | $105.60 | REC'D 96 OF 0079 | NET 30 DAYS |
| PETE RICKARD INC. | 10/30/2024 | 15391 | $2,663.76 | -68.04;REF VARIANCE 485 | NET 30 DAYS |
| PETE RICKARD INC. | 12/27/2024 | 15448 | $1,630.85 | -13.16;SHORT 0016 | Net 120 Days |
| PETE RICKARD INC. | 1/7/2025 | 15456 | $2,815.72 | ****** | Net 120 Days |
| PHENIX RODS-GSM, LLC | 11/26/2024 | 2024399921 | $7,897.65 | | NET 180 |
| PHENIX RODS-GSM, LLC | 11/26/2024 | 2024399922 | $45,102.30 | | NET 180 |
| PHENIX RODS-GSM, LLC | 12/5/2024 | 2024417927 | $403.22 | | NET 180 |
| PHENIX RODS-GSM, LLC | 12/5/2024 | 2024418229 | $2,819.11 | | NET 180 |
| PHENIX RODS-GSM, LLC | 1/16/2025 | 2025010569 | $739.89 | | NET 180 |
| PHENIX RODS-GSM, LLC | 1/21/2025 | 2025018689 | $551.02 | | NET 180 |
| PHENIX RODS-GSM, LLC | 2/22/2025 | 2025056646 | $343.70 | | NET 90 |
| PHENIX RODS-GSM, LLC | 2/22/2025 | 2025056662 | $2,139.15 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/10/2025 | 2025072922 | $6,399.15 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/19/2025 | 2025084965 | $265.82 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/25/2025 | 2025092517 | $5,686.53 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/26/2025 | 2025092510 | $616.58 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/29/2025 | 2025097271 | $314.63 | | NET 180 |
| PHENIX RODS-GSM, LLC | 3/29/2025 | 2025097269 | $443.70 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/29/2025 | 2025097267 | $1,522.71 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/29/2025 | 2025097265 | $5,879.09 | | NET 90 |
| PHENIX RODS-GSM, LLC | 3/29/2025 | 2025097259 | $83,638.07 | | Net 120 Days |
| PHENIX RODS-GSM, LLC | 3/31/2025 | 2025100362 | $4,907.84 | | Net 120 Days |
| PHENIX RODS-GSM, LLC | 4/10/2025 | 2025110883 | $147.70 | | NET 90 |
| PHENIX RODS-GSM, LLC | 5/1/2025 | 2025135107 | $215.38 | | NET 90 |
| PHENIX RODS-GSM, LLC | 5/1/2025 | 2025135188 | $1,148.83 | | NET 30 DAYS |
| PHENIX RODS-GSM, LLC | 5/16/2025 | 2025150161 | $218.26 | | NET 30 DAYS |
| PHENIX RODS-GSM, LLC | 5/19/2025 | 2025151588 | $1,105.59 | | NET 90 |
| PHENIX RODS-GSM, LLC | 5/30/2025 | 2025163300 | $1,384.61 | | NET 90 |
| PHENIX RODS-GSM, LLC | 5/30/2025 | 2025163367 | $2,829.03 | | NET 90 |
| PHENIX RODS-GSM, LLC | 6/3/2025 | 2025166866 | $20,372.89 | | NET 90 |
| PHENIX RODS-GSM, LLC | 6/9/2025 | 2025172150 | $2,311.18 | | NET 90 |
| PHENIX RODS-GSM, LLC | 6/9/2025 | 2025172245 | $3,062.54 | | NET 90 |
| PHENIX RODS-GSM, LLC | 6/18/2025 | 2025183551 | $2,419.28 | | NET 90 |
| PHENIX RODS-GSM, LLC | 6/18/2025 | 2025183552 | $6,975.31 | | NET 90 |
| PIEDMONT NATURAL GAS CO, INC | 9/9/2025 | 090125-6644 | $24.24 | 9/10/2025 ACCT# 6100 1175 6644 | NET 1 DAY |
| PINEMEADOW GOLF PRODUCTS | 2/3/2025 | PM209646 | $658.34 | | NET 60 DAYS |
| PINNACLE CLIMATE TECHNOLOGIES, INC. | 1/15/2025 | 793458 | $4,044.65 | | NET 60 DAYS |
| PK PRODUCTS INC. | 12/12/2024 | HH20-D649 | $2,594.64 | | NET 45 DAYS |
| PLANO SYNERGY | 5/7/2024 | 1101140265 | $98.67 | P4MP | NET 30 DAYS |
| PLANO SYNERGY | 6/19/2024 | 1101278701 | $782.92 | P4MP QTY ADJD | NET 30 DAYS |
| PLANO SYNERGY | 8/20/2024 | 1101464687 | $94.50 | P4MP QTY ADJD 18 09/26/24 | NET 30 DAYS |
| PLANO SYNERGY | 11/21/2024 | 1101715555 | $41,499.32 | PPI | Net 120 Days |

| | | | | | |
|---|---|---|---|---|---|
| PLANO SYNERGY | 11/21/2024 | 1101714599 | $49,618.66 | -216.88;SH4 0329,OV6 0038 | Net 120 Days |
| PLANO SYNERGY | 11/22/2024 | 1101718570 | $27,028.87 | -66.99;SH3 0299 | Net 120 Days |
| PLANO SYNERGY | 11/22/2024 | 1101718847 | $58,582.07 | | Net 120 Days |
| PLANO SYNERGY | 12/6/2024 | 1101763580 | $54.66 | | Net 120 Days |
| PLANO SYNERGY | 12/6/2024 | 1101764658 | $17,781.98 | | Net 120 Days |
| PLANO SYNERGY | 12/6/2024 | 1101763581 | $20,656.25 | | Net 120 Days |
| PLANO SYNERGY | 12/13/2024 | 1101793039 | $14,878.60 | | Net 120 Days |
| PLANO SYNERGY | 12/13/2024 | 1101792998 | $26,232.44 | +16.20;SH6 0033,OV2 0897 | Net 120 Days |
| PLANO SYNERGY | 12/15/2024 | 1101797613 | $26,756.96 | | Net 120 Days |
| PLANO SYNERGY | 12/16/2024 | 1101797724 | $136.08 | | Net 120 Days |
| PLANO SYNERGY | 12/17/2024 | 1101803272 | $646.14 | | Net 120 Days |
| PLANO SYNERGY | 12/17/2024 | 1101803273 | $1,308.27 | | Net 120 Days |
| PLANO SYNERGY | 12/17/2024 | 1101803274 | $17,700.96 | | Net 120 Days |
| PLANO SYNERGY | 12/18/2024 | 1101805414 | $398.36 | | Net 120 Days |
| PLANO SYNERGY | 12/18/2024 | 1101807670 | $476.08 | | Net 120 Days |
| PLANO SYNERGY | 12/18/2024 | 1101807671 | $2,333.71 | | Net 120 Days |
| PLANO SYNERGY | 12/18/2024 | 1101805415 | $4,101.85 | | Net 120 Days |
| PLANO SYNERGY | 1/3/2025 | 1101833937 | $72.90 | | Net 120 Days |
| PLANO SYNERGY | 1/6/2025 | 1101837333 | $22.78 | | Net 120 Days |
| PLANO SYNERGY | 1/6/2025 | 1101837334 | $478.57 | | Net 120 Days |
| PLANO SYNERGY | 1/6/2025 | 1101837329 | $1,056.13 | | Net 120 Days |
| PLANO SYNERGY | 1/6/2025 | 1101837332 | $1,126.67 | | Net 120 Days |
| PLANO SYNERGY | 1/6/2025 | 1101837330 | $1,192.87 | -48.58;SH2 0831 | Net 120 Days |
| PLANO SYNERGY | 1/6/2025 | 1101837328 | $1,658.02 | | Net 120 Days |
| PLANO SYNERGY | 1/6/2025 | 1101837331 | $6,247.96 | | Net 120 Days |
| PLANO SYNERGY | 1/7/2025 | 1101838691 | $31.59 | | Net 120 Days |
| PLANO SYNERGY | 1/9/2025 | 1101844910 | $753.06 | | Net 120 Days |
| PLANO SYNERGY | 1/14/2025 | 1101856134 | $100.23 | | Net 120 Days |
| PLANO SYNERGY | 1/15/2025 | 1101855848 | $695.22 | | Net 120 Days |
| PLANO SYNERGY | 1/16/2025 | 1101861597 | $178.16 | | Net 120 Days |
| PLANO SYNERGY | 1/17/2025 | 1101865310 | $408.14 | | Net 120 Days |
| PLANO SYNERGY | 1/18/2025 | 1101868064A | $178.16 | REC'D SHORTAGE | Net 120 Days |
| PLANO SYNERGY | 1/18/2025 | 1101868064 | $512.24 | -178.17;SH4 0533 | Net 120 Days |
| PLANO SYNERGY | 1/27/2025 | 1101884356 | $80.39 | | Net 120 Days |
| PLANO SYNERGY | 1/27/2025 | 1101884169 | $184.29 | | Net 120 Days |
| PLANO SYNERGY | 1/29/2025 | 1101892012 | $491.44 | | Net 120 Days |
| PLANO SYNERGY | 1/31/2025 | 1101897039 | $87.44 | | Net 120 Days |
| PLANO SYNERGY | 1/31/2025 | 1101897040 | $87.44 | | Net 120 Days |
| PLANO SYNERGY | 1/31/2025 | 1101897043 | $87.44 | | Net 120 Days |
| PLANO SYNERGY | 1/31/2025 | 1101897046 | $174.90 | | Net 120 Days |
| PLANO SYNERGY | 2/3/2025 | 1101900404 | $349.79 | | Net 120 Days |
| PLANO SYNERGY | 2/3/2025 | 1101900405 | $349.79 | | Net 120 Days |
| PLANO SYNERGY | 2/10/2025 | 1101917099 | $277.13 | | NET 60 DAYS |
| PLANO SYNERGY | 2/10/2025 | 1101916844 | $437.24 | | Net 120 Days |
| PLANO SYNERGY | 2/10/2025 | 1101917202 | $961.92 | | Net 120 Days |
| PLANO SYNERGY | 2/12/2025 | 1101922167 | $62.53 | | Net 120 Days |
| PLANO SYNERGY | 2/12/2025 | 1101922169 | $125.05 | | Net 120 Days |
| PLANO SYNERGY | 2/12/2025 | 1101922168 | $937.91 | | Net 120 Days |
| PLANO SYNERGY | 3/6/2025 | 1101977800 | $40.07 | | 3%30, NET 90 |
| PLANO SYNERGY | 3/6/2025 | 1101979541 | $240.43 | | 3%30, NET 90 |
| PLANO SYNERGY | 3/19/2025 | 1102013589 | $4,318.65 | | Net 120 Days |
| PLASTILITE CORP. | 4/14/2025 | 110638 | $10,790.04 | PAY PER PO REF 110675 | NET 90 |
| PLASTILITE CORP. | 4/15/2025 | 110675 | $19,282.38 | Over/Short$ 10,417.86 | NET 90 |
| PLASTILITE CORP. | 6/23/2025 | 112278 | $762.14 | -36.00;SH150 1027 | NET 90 |
| PLASTILITE CORP. | 6/24/2025 | 112279 | $11,002.22 | +16.00 OVERAGE/PAY PER PO | NET 90 |
| PLASTILITE CORP. | 6/30/2025 | 602511 | $5,481.96 | PAID BY PO NUMBER | NET 90 |
| PLAYACTION SPORTS, INC. | 12/7/2023 | 18210A | $61.27 | PBD | NET 1 DAY |
| PLAYACTION SPORTS, INC. | 12/12/2023 | 18230A | $50.12 | PBD | NET 1 DAY |
| PLAYACTION SPORTS, INC. | 1/5/2024 | 18260A | $61.00 | PBD | NET 1 DAY |
| PLAYACTION SPORTS, INC. | 1/31/2024 | 18300A | $1.17 | PBD | NET 1 DAY |
| PLAYACTION SPORTS, INC. | 1/31/2024 | 18301A | $4.91 | PBD | NET 1 DAY |
| PLAYACTION SPORTS, INC. | 1/31/2024 | 18299A | $14.37 | PBD | NET 1 DAY |
| PLAYACTION SPORTS, INC. | 2/16/2024 | 18325A | $250.33 | | NET 1 DAY |
| PLAYACTION SPORTS, INC. | 7/2/2024 | 18588 | $2,771.08 | | NET 45 DAYS |
| PLAYACTION SPORTS, INC. | 8/8/2024 | 18701 | $2,546.50 | | NET 45 DAYS |
| PMC AMMUNITION | 5/16/2025 | 25174 | $481,212.05 | | NET 30 DAYS |
| POINT WILSON COMPANY INC. | 4/28/2025 | 6064 | $9,883.20 | | 2%30NET31 |
| POULSEN-CASCADE TACKLE | 9/4/2024 | IVC00139 | $1,800.12 | | NET 30 DAYS |
| POULSEN-CASCADE TACKLE | 10/2/2024 | IVC00166 | $2,121.12 | | NET 30 DAYS |
| POULSEN-CASCADE TACKLE | 10/25/2024 | IVC00187 | $132.72 | | NET 30 DAYS |
| POULSEN-CASCADE TACKLE | 10/25/2024 | IVC00188 | $438.12 | | NET 30 DAYS |
| POWERCELL | 11/20/2025 | 1418 | $1,179.75 | 12/20/2025 DS11172025 | NET 30 DAYS |
| POWERCELL | 11/28/2025 | 1420 | $823.14 | 12/28/2025 | NET 30 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 2/8/2025 | RV250208-01A | $29.76 | REC'G ERROR REF 114089344 | NET 1 DAY |
| PRADCO OUTDOOR BRANDS - FISHING | 4/11/2025 | 114154355 | $625.50 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155114 | $350.88 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155123 | $368.28 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155111 | $501.00 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155116 | $532.80 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155110 | $573.60 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155113 | $1,198.44 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155121 | $1,206.21 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/14/2025 | 114155119 | $1,468.80 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 4/23/2025 | 114161814 | $82,016.20 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/8/2025 | 114176476 | $549.03 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/8/2025 | 114176479 | $1,523.28 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/8/2025 | 114176475 | $1,797.70 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/8/2025 | 114176474 | $2,874.78 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/12/2025 | 114178899A | $67.49 | REC'D SHORTAGE | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/12/2025 | 114178898 | $1,112.94 | | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/12/2025 | 114178899 | $2,163.90 | -66.60:SH36 7859 | NET 60 DAYS |
| PRADCO OUTDOOR BRANDS - FISHING | 5/12/2025 | 114178896 | $89,654.88 | | NET 60 DAYS |
| PREDATOR TACTICS | 11/27/2024 | INV-011808 | $977.00 | | 2%10, NET 60 DAYS |
| PREDATOR TACTICS | 11/29/2024 | INV-011810 | $4,735.50 | | NET 60 DAYS |
| PREDATOR TACTICS | 12/23/2024 | INV-011857 | $132.00 | | NET 60 DAYS |
| PRESCO ENT/CAROLINA KEEPER | 4/1/2025 | 600322 | $7,770.96 | PAID BY PO NUMBER | NET 30 DAYS |
| PRESCO ENT/CAROLINA KEEPER | 4/23/2025 | 601127 | $1,377.72 | PAID BY PO NUMBER | NET 30 DAYS |
| PRO-CURE INC. | 5/1/2025 | 847258 | $28,807.99 | Over/Short$    0.00 | 6% 45 DAYS |
| PROMETHEUS GROUP, LLC DBA BROWNING | 3/24/2025 | 135040 | $6,628.22 | | NET 60 DAYS |
| PROMETHEUS GROUP, LLC DBA BROWNING | 3/24/2025 | 135041 | $7,823.32 | | NET 60 DAYS |
| PROMETHEUS GROUP, LLC DBA BROWNING | 5/7/2025 | 136257 | $2,674.64 | | NET 60 DAYS |
| PROMETHEUS GROUP, LLC DBA BROWNING | 5/7/2025 | 136278 | $4,946.56 | | NET 60 DAYS |
| PROMETHEUS GROUP, LLC DBA BROWNING | 5/14/2025 | 136484 | $2,028.72 | | NET 60 DAYS |
| PROMETHEUS GROUP, LLC DBA BROWNING | 5/14/2025 | 136485 | $2,787.16 | +235.20:OV12 0117 | NET 60 DAYS |
| PRO-TROLL | 4/16/2025 | 55606 | $550.32 | | NET 60 DAYS |
| PRO-TROLL | 4/16/2025 | 55604 | $613.92 | | NET 60 DAYS |
| PRO-TROLL | 4/16/2025 | 55607 | $683.52 | | NET 60 DAYS |
| PRO-TROLL | 4/16/2025 | 55605 | $1,148.40 | | NET 60 DAYS |
| PRO-TROLL | 4/17/2025 | 55613 | $571.44 | | NET 60 DAYS |
| PRO-TROLL | 4/17/2025 | 55611 | $608.04 | | NET 60 DAYS |
| PRO-TROLL | 4/17/2025 | 55612 | $2,328.96 | | NET 60 DAYS |
| PRO-TROLL | 4/17/2025 | 55610 | $2,448.96 | | NET 60 DAYS |
| PRO-TROLL | 5/7/2025 | 55635 | $3,279.60 | | NET 60 DAYS |
| PRO-TROLL | 6/3/2025 | 55693 | $523.44 | | NET 60 DAYS |
| PRO-TROLL | 6/3/2025 | 55697 | $538.08 | | NET 60 DAYS |
| PURE ARCHERY GROUP/DIAMOND/OCTANE | 7/11/2024 | INV2131720 | $3,498.85 | ****** | NET 60 DAYS |
| PURE ARCHERY GROUP/EXCALIBUR CROSSBO | 8/28/2024 | INV3050428 | $3,957.28 | -28.36;SH 1 3139-0047 | NET 60 DAYS |
| PURE FISHING/CONSUMABLES | 11/23/2024 | 1101721745 | $192.04 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/23/2024 | 1101721806 | $26,901.09 | PPI | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/23/2024 | 1101721805 | $83,316.54 | PPI | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/23/2024 | 1101721803 | $290,091.40 | Over/Short$   219.54- | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/25/2024 | 1101723484 | $807.28 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/25/2024 | 1101725746 | $824.24 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/25/2024 | 1101725748 | $947.70 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729853 | $163.18 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729857 | $493.77 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729858 | $774.93 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729852 | $22,602.97 | +9.20;SHORT/OVER VARIOUS ITEMS | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729849 | $42,167.33 | +70.54;SHORT/OVER VARIOUS ITEMS | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729850 | $44,527.07 | -39.19;SH4 6432,SH6 8214,SH2 3466 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729848 | $91,689.10 | PPI | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/26/2024 | 1101729851 | $93,151.56 | -36.46;SH8 7294,OV6 0245,OV6 9206 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/27/2024 | 1101732519 | $862.24 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/27/2024 | 1101732763 | $9,808.42 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/30/2024 | 1101740703 | $26,875.64 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/30/2024 | 1101740701 | $74,365.99 | -36.91;SH11 6093,SH1 7451 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/30/2024 | 1101740700 | $80,573.05 | -162.38;SH25 4925,SH4 2787,OV14 6855 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/30/2024 | 1101740702 | $84,470.83 | -83.49;SH1 6348,SH4 8343,SH11 0602 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 11/30/2024 | 1101740401 | $238,219.47 | -104.27;SH2 1114,SH24 2768 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/9/2024 | 1101773020 | $10,485.55 | -14.65;OV5 6980,SH30 3111 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/9/2024 | 1101772088 | $20,144.93 | +54.28;OV25 7021,SH1 7136 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/9/2024 | 1101773829 | $80,644.05 | -71.37;SH6 1869,SH6 6855 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/11/2024 | 1101783949 | $66.19 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/11/2024 | 1101786458 | $172.56 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/11/2024 | 1101786464 | $204.10 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/11/2024 | 1101783944 | $270.75 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/11/2024 | 1101786454 | $406.75 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/11/2024 | 1101786461 | $809.52 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101799816 | $17.11 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101800440 | $56.11 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101800466 | $88.44 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101800465 | $119.75 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101800441 | $122.68 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101800444 | $4,040.52 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101799818 | $6,360.44 | +11.45;OV5 9791 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101800471 | $6,982.14 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/16/2024 | 1101800474 | $10,912.40 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/17/2024 | 1101804164 | $76.81 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/17/2024 | 1101803341 | $663.83 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/17/2024 | 1101803343 | $1,935.68 | | Net 120 Days |

| | | | | | |
|---|---|---|---|---|---|
| PURE FISHING/CONSUMABLES | 12/17/2024 | 1101804167 | $3,297.39 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/23/2024 | 1101819157 | $361.16 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/23/2024 | 1101819167 | $444.79 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/23/2024 | 1101819170 | $568.93 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/23/2024 | 1101819162 | $6,792.96 | +36.90;OV12 3505,SH3 9815 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101822684 | $61.34 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823058 | $68.43 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823238 | $105.24 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101822686 | $202.61 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823229 | $219.03 | -65.66;SH24 6620 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823061 | $256.61 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101822687 | $341.61 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101822694 | $742.41 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823231 | $780.53 | -228.42;SH25 5918 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101822690 | $1,291.28 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823062 | $1,306.88 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823240 | $2,499.06 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 12/26/2024 | 1101823236 | $12,004.28 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101831317 | $10.51 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101832617 | $16.54 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101832619 | $17.11 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101832620 | $34.22 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101831315 | $158.69 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101832534 | $222.43 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101831318 | $282.65 | -24.53;SH8 8525 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101831316 | $907.51 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101832535 | $1,750.36 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/2/2025 | 1101832618 | $2,489.28 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/7/2025 | 1101841302 | $68.43 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/7/2025 | 1101841304 | $85.54 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/7/2025 | 1101841387 | $122.69 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/7/2025 | 1101841306 | $219.02 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/7/2025 | 1101841393 | $724.12 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/7/2025 | 1101841389 | $949.98 | -11.40;SH2 3019 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/7/2025 | 1101841309 | $2,797.13 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/10/2025 | 1101848915 | $65.71 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/10/2025 | 1101848907 | $77.56 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/10/2025 | 1101848909 | $190.25 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/10/2025 | 1101848906 | $410.58 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/10/2025 | 1101848912 | $1,943.70 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/10/2025 | 1101848919 | $5,687.56 | -262.80;SH72 1685 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/11/2025 | 1101850559A | $73.01 | REC'D SHORTAGE | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/11/2025 | 1101850559 | $98.49 | -73.01;SH20 1640 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/11/2025 | 1101851140 | $1,152.54 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/13/2025 | 1101853562 | $43.80 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/13/2025 | 1101853661 | $49.25 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/13/2025 | 1101853561 | $55.12 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/13/2025 | 1101853662 | $208.75 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/13/2025 | 1101853663 | $262.83 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/13/2025 | 1101853563 | $798.60 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/13/2025 | 1101853566 | $4,506.42 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/20/2025 | 1101870013 | $98.18 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/20/2025 | 1101870049 | $163.66 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/20/2025 | 1101870019 | $611.20 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/20/2025 | 1101869985 | $2,520.18 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/20/2025 | 1101870055 | $7,792.27 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/28/2025 | 1101892405 | $21.91 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/28/2025 | 1101889762 | $384.47 | +36.50;OV10 5604 | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/28/2025 | 1101892404 | $818.37 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 1/28/2025 | 1101889793 | $1,208.98 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 2/4/2025 | 1101904778 | $326.37 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 2/11/2025 | 1101921738 | $433.72 | PPI | Net 120 Days |
| PURE FISHING/CONSUMABLES | 2/11/2025 | 1101921659 | $666.46 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 2/19/2025 | 1101940630 | $163.18 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 2/19/2025 | 1101940524 | $917.73 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 2/24/2025 | 1101951638 | $55.43 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 2/24/2025 | 1101951639 | $284.73 | | Net 120 Days |
| PURE FISHING/CONSUMABLES | 3/12/2025 | 1101993440 | $448.36 | | Net 120 Days |
| PURE FISHING/DURABLES | 11/25/2024 | 1101723483 | $46,793.65 | | Net 120 Days |
| PURE FISHING/DURABLES | 11/30/2024 | 1101740704 | $109,280.82 | -1274.60;OV25 ITEMS,SH32 ITEMS | Net 120 Days |
| PURE FISHING/DURABLES | 12/11/2024 | 1101786462 | $242.75 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/11/2024 | 1101786460 | $270.19 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/11/2024 | 1101786455 | $440.36 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/11/2024 | 1101786457 | $450.36 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/16/2024 | 1101800442 | $113.80 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/16/2024 | 1101800463 | $270.21 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/16/2024 | 1101800470 | $330.27 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/16/2024 | 1101800473 | $5,749.30 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/23/2024 | 1101819168 | $135.08 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/23/2024 | 1101819158 | $645.39 | | Net 120 Days |

| | | | | | |
|---|---|---|---|---|---|
| PURE FISHING/DURABLES | 12/26/2024 | 1101822685 | $162.44 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/26/2024 | 1101823059 | $270.16 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/26/2024 | 1101822695 | $303.51 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/26/2024 | 1101823233 | $480.28 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/26/2024 | 1101822693 | $540.33 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/26/2024 | 1101822688 | $660.40 | | Net 120 Days |
| PURE FISHING/DURABLES | 12/26/2024 | 1101823239 | $2,428.03 | | Net 120 Days |
| PURE FISHING/DURABLES | 1/10/2025 | 1101848910 | $75.69 | PFMP | Net 120 Days |
| PURE FISHING/DURABLES | 1/10/2025 | 1101848908 | $121.39 | | Net 120 Days |
| PURE FISHING/DURABLES | 1/11/2025 | 1101851139 | $365.23 | | Net 120 Days |
| PURE FISHING/DURABLES | 1/11/2025 | 1101851155 | $405.43 | | Net 120 Days |
| PURE FISHING/DURABLES | 1/11/2025 | 1101851138 | $1,125.77 | | Net 120 Days |
| PURE FISHING/DURABLES | 1/20/2025 | 1101870052 | $270.17 | | Net 120 Days |
| PURE FISHING/DURABLES | 2/4/2025 | 1101904777 | $450.36 | | Net 120 Days |
| PURE FISHING/DURABLES | 2/11/2025 | 1101921657 | $121.37 | | Net 120 Days |
| PURE FISHING/DURABLES | 2/11/2025 | 1101921734 | $360.95 | | Net 120 Days |
| PURE FISHING/DURABLES | 2/19/2025 | 1101940627 | $180.48 | | Net 120 Days |
| PURE FISHING/DURABLES | 2/19/2025 | 1101940522 | $225.59 | | Net 120 Days |
| PURE FISHING/DURABLES | 2/24/2025 | 1101951641 | $217.54 | | NET 60 DAYS |
| PURE FISHING/DURABLES | 2/24/2025 | 1101951640 | $264.91 | | Net 120 Days |
| PURE FISHING/DURABLES | 3/4/2025 | 1101971567 | $135.08 | | Net 120 Days |
| PURE FISHING/DURABLES | 3/4/2025 | 1101973014 | $166.93 | | Net 120 Days |
| PURE FISHING/DURABLES | 3/6/2025 | 1101979469 | $1,949.09 | | Net 120 Days |
| PURE FISHING/DURABLES | 3/12/2025 | 1101993438 | $31.32 | | Net 120 Days |
| PURE FISHING/DURABLES | 3/12/2025 | 1101993442 | $217.54 | | NET 60 DAYS |
| PURE FISHING/DURABLES | 3/20/2025 | 1102017528 | $201.90 | | Net 120 Days |
| PURE FISHING/DURABLES | 3/25/2025 | 1102023923 | $6,944.94 | | NET 60 DAYS |
| PURE FISHING/DURABLES | 3/25/2025 | 1102023883 | $9,259.92 | | NET 60 DAYS |
| QAD INC. | 6/13/2024 | 194537 | $2,168.11 | | NET 30 DAYS |
| QAD INC. | 6/13/2024 | 196954 | $2,935.08 | | NET 30 DAYS |
| QAD INC. | 9/1/2024 | FC17677 | $83.29 | FINANCE CHARGE | NET 1 DAY |
| QAD INC. | 10/1/2024 | FC19126 | $118.02 | FINANCE CHARGE | NET 1 DAY |
| QAD INC. | 10/8/2024 | 201022 | $5,214.56 | | NET 30 DAYS |
| QAD INC. | 11/1/2024 | FC19509 | $131.23 | | NET 1 DAY |
| QAD INC. | 11/25/2024 | FC19866 | $149.45 | | NET 1 DAY |
| QAD INC. | 12/25/2024 | FC20390 | $208.30 | | NET 1 DAY |
| QAD INC. | 2/1/2025 | FC20978 | $267.74 | FINANCE CHARGE | NET 1 DAY |
| QAD INC. | 3/1/2025 | FC21378 | $200.98 | | NET 1 DAY |
| QAD INC. | 5/1/2025 | FC21951 | $443.92 | FINANCE CHARGE | NET 1 DAY |
| QUAKER BOY, INC. | 2/28/2025 | 207299 | $318.53 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207302 | $318.53 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207297 | $326.63 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207294 | $334.73 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207301 | $377.93 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207300 | $381.98 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207295 | $590.36 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207296 | $590.36 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207303 | $822.56 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207298 | $920.00 | | NET 30 DAYS |
| QUAKER BOY, INC. | 2/28/2025 | 207293 | $5,561.82 | PPI | NET 60 DAYS |
| QUAKER BOY, INC. | 3/4/2025 | 207333 | $17,707.80 | | NET 60 DAYS |
| QUAKER BOY, INC. | 3/7/2025 | 207400 | $76.92 | DID IN/OUT BUT FOUND THE INVOICE | NET 60 DAYS |
| QUAKER BOY, INC. | 3/7/2025 | 596661A | $76.92 | REC'G ERROR | NET 60 DAYS |
| QUAKER BOY, INC. | 3/7/2025 | 596657A | $1,230.72 | REC'G ERROR | NET 1 DAY |
| QUAKER BOY, INC. | 3/7/2025 | 207402 | $1,230.72 | DID IN/OUT BUT FOUND INVOICE | NET 60 DAYS |
| QUICK CHANGE SYSTEMS, INC. | 3/26/2025 | 2022299 | $3,088.56 | | 5% 60, net 90 |
| QUICK CHANGE SYSTEMS, INC. | 4/29/2025 | 2022380 | $3,065.88 | | 5% 60, net 90 |
| RABID BAITS | 6/2/2025 | 58 | $4,140.60 | | NET 30 DAYS |
| RABID BAITS | 6/8/2025 | 59 | $743.70 | | NET 30 DAYS |
| RADIANS, INC. | 2/21/2025 | 57720535 | $8,694.57 | -7.24:SH2 0029 | NET 45 DAYS |
| RADIANS, INC. | 2/28/2025 | 57726477 | $23.63 | | NET 45 DAYS |
| RADIANS, INC. | 3/3/2025 | 57727435 | $333.45 | | NET 45 DAYS |
| RADIANS, INC. | 3/4/2025 | 57728451 | $54.90 | | NET 45 DAYS |
| RADIANS, INC. | 3/6/2025 | 57730759 | $23.65 | SH4 0387:OV4 0386 | NET 45 DAYS |
| RADIANS, INC. | 3/6/2025 | 57730836 | $125.55 | | NET 45 DAYS |
| RADIANS, INC. | 3/7/2025 | 57731158 | $74.48 | | NET 45 DAYS |
| RADIANS, INC. | 3/7/2025 | 57731330 | $74.48 | | NET 45 DAYS |
| RADIANS, INC. | 3/10/2025 | 57732093 | $23.65 | | NET 45 DAYS |
| RADIANS, INC. | 3/13/2025 | 57736220 | $23.65 | | NET 45 DAYS |
| RADIANS, INC. | 3/13/2025 | 57736276 | $23.65 | PAY FOR INVOICE | NET 45 DAYS |
| RADIANS, INC. | 3/27/2025 | 57746208 | $32.26 | | NET 45 DAYS |
| RADIANS, INC. | 3/27/2025 | 57746457 | $121.90 | PAY FOR PRODUCT/DID IN AND OUT | NET 45 DAYS |
| RADIANS, INC. | 3/31/2025 | 57747277 | $41.33 | | NET 45 DAYS |
| RADIANS, INC. | 3/31/2025 | 57747308 | $41.33 | | NET 45 DAYS |
| RADIANS, INC. | 3/31/2025 | 57748125 | $41.33 | PPI | NET 45 DAYS |
| RADIANS, INC. | 4/1/2025 | 57748254 | $75.17 | | NET 45 DAYS |
| RADIANS, INC. | 4/2/2025 | 57750197 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 4/3/2025 | 57751183 | $23.65 | | NET 45 DAYS |
| RADIANS, INC. | 4/3/2025 | 57750688 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 4/4/2025 | 57751630 | $23.65 | | NET 45 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| RADIANS, INC. | 4/15/2025 | 57758915 | $23.65 | | NET 45 DAYS |
| RADIANS, INC. | 4/15/2025 | 57758919 | $23.65 | | NET 45 DAYS |
| RADIANS, INC. | 4/15/2025 | 57758692 | $43.12 | Over/Short$    0.01- | NET 45 DAYS |
| RADIANS, INC. | 4/15/2025 | 57758794 | $121.89 | ****** | NET 45 DAYS |
| RADIANS, INC. | 4/16/2025 | 57759971 | $32.26 | | NET 45 DAYS |
| RADIANS, INC. | 4/22/2025 | 57764549 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 4/23/2025 | 57764995 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 4/23/2025 | 57765000 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 4/25/2025 | 57767459 | $160.15 | PPI | NET 45 DAYS |
| RADIANS, INC. | 4/28/2025 | 57768080 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 4/28/2025 | 57768348 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 4/28/2025 | 57768767 | $43.13 | | NET 45 DAYS |
| RADIANS, INC. | 5/22/2025 | 57784931 | $32.26 | | NET 45 DAYS |
| RADIANS, INC. | 5/22/2025 | 57784936 | $32.26 | | NET 45 DAYS |
| RADICAL FIREARMS LLC. | 10/31/2024 | S084624 | $14,936.60 | | NET 30 DAYS |
| RADICAL FIREARMS LLC. | 11/15/2024 | S084468-04 | $2,442.60 | | NET 30 DAYS |
| Radical Glow LLC | 4/22/2024 | 5532 | $544.92 | | 2%60NET61 |
| Radical Glow LLC | 5/13/2024 | 5541 | $539.28 | | 2%60NET61 |
| Radical Glow LLC | 6/5/2024 | 5543 | $510.00 | | 2%60NET61 |
| Radical Glow LLC | 7/2/2024 | 5549 | $655.20 | | 2%60NET61 |
| Radical Glow LLC | 10/16/2024 | 5573 | $435.24 | -25.00 FRT | 2%60NET61 |
| Radical Glow LLC | 11/1/2024 | 5576 | $513.00 | | 2%60NET61 |
| Radical Glow LLC | 12/9/2024 | 5583 | $529.08 | | 2%60NET61 |
| Radical Glow LLC | 1/9/2025 | 5588 | $684.00 | | 2%60NET61 |
| Radical Glow LLC | 1/28/2025 | 5592 | $1,345.92 | | 2%60NET61 |
| Radical Glow LLC | 2/5/2025 | 5594 | $518.40 | | 2%60NET61 |
| RADWELL INTERNATIONAL, INC. | 5/11/2023 | 33594091 | $133.92 | 5/31/2023 CUST# 1268522 | NET 20 DAYS |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 8/21/2024 | 256116 | $4,974.13 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 8/28/2024 | 256139 | $1,234.06 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/9/2024 | 256158 | $1,558.90 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/16/2024 | 256177 | $762.04 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/16/2024 | 256178 | $3,263.51 | -24.20:SHORT 44 ITEMS | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/16/2024 | 256179 | $5,215.81 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/19/2024 | 256194 | $872.84 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/24/2024 | 256201 | $834.14 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/24/2024 | 256202 | $1,007.06 | | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/25/2024 | 256206A | $7.39 | REC'D PRODUCT | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/25/2024 | 256206 | $1,616.10 | -7.37:SH11 0023 | 3% 30,2% 31,1% 60, N61 |
| RAINBOW PLASTICS DBA DOUBLE X TACKLE | 9/26/2024 | 256209 | $743.62 | | 3% 30,2% 31,1% 60, N61 |
| RAINIER PRECISION (DRI-Z-AIR) | 4/3/2025 | 137611 | $1,424.64 | +100.80:OV60 0002 | NET 30 DAYS |
| RANGER PRODUCTS | 2/26/2025 | 58741 | $121.75 | | NET 60 DAYS |
| RANGER PRODUCTS | 3/6/2025 | 58757 | $8,264.05 | | NET 60 DAYS |
| RAPALA USA | 4/18/2025 | 1806295 | $2,913.60 | | NET 60 DAYS |
| RAPALA USA | 6/2/2025 | 1818723 | $123,530.64 | +2.22:SH6 9455,OV12 3860 | NET 30 DAYS |
| RAPALA USA | 6/4/2025 | 1820185 | $1,611.84 | | NET 30 DAYS |
| RAPALA USA | 6/4/2025 | 1820187 | $2,113.74 | | NET 30 DAYS |
| RAPALA USA | 6/4/2025 | 1820188 | $2,355.49 | | NET 30 DAYS |
| RAPALA USA | 6/4/2025 | 1820189 | $2,672.28 | -14.24:SH4 8532 | NET 30 DAYS |
| RAPALA USA | 6/4/2025 | 1820190 | $8,246.72 | | NET 30 DAYS |
| RAPALA USA | 6/4/2025 | 1820191 | $26,919.63 | | NET 30 DAYS |
| RAPALA USA | 6/4/2025 | 1820186 | $38,670.08 | -11.36:SH2 9874,OV3 2161 | NET 30 DAYS |
| RAPTOR ENTERPRISES DBA RINEHART TARG | 5/14/2025 | 0160571-IN | $11,397.75 | -645.00:SH6 18110 | NET 30 DAYS |
| RATHER OUTDOORS/ZEBCO | 11/25/2024 | 91704207 | $72,281.16 | -751.90:SH28 3894,SH11 4073 | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 12/2/2024 | 91706440 | $98,656.44 | PPI | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 12/18/2024 | 91713394 | $19,455.69 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 12/26/2024 | 91715213 | $10,589.88 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 1/15/2025 | 91720164 | $6,457.42 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/7/2025 | 91726323 | $3,879.96 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 2/7/2025 | 91726366 | $4,498.85 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/7/2025 | 91726365 | $4,968.78 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/7/2025 | 91726364 | $6,846.59 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/10/2025 | 91726751 | $228.85 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 2/10/2025 | 91726696 | $5,094.14 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/10/2025 | 91726710 | $5,169.64 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/10/2025 | 91726740 | $9,899.89 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/12/2025 | 91727311 | $3,245.29 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 2/12/2025 | 91727310 | $6,874.43 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 2/12/2025 | 91727307 | $9,665.78 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/12/2025 | 91727308 | $15,826.70 | -24.63:SH3 3888 | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/12/2025 | 91727309 | $28,950.60 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/12/2025 | 91727312 | $90,853.65 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/18/2025 | 91729024 | $4,596.40 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/20/2025 | 91729380 | $4,139.67 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/24/2025 | 91730701 | $57.47 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 2/24/2025 | 91730702 | $1,514.69 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/24/2025 | 91730704 | $2,128.85 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/24/2025 | 91730700 | $7,268.74 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 2/24/2025 | 91730703 | $61,773.95 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/26/2025 | 91731379 | $1,263.34 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/26/2025 | 91731359 | $9,906.41 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| RATHER OUTDOORS/ZEBCO | 2/28/2025 | 91732077 | $459.74 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 2/28/2025 | 91732076 | $12,505.35 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 2/28/2025 | 91732075 | $19,858.72 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/11/2025 | 91735558 | $124.30 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/11/2025 | 91735559 | $391.43 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 3/11/2025 | 91735557 | $1,183.29 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/11/2025 | 91735556 | $1,957.16 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 3/12/2025 | 91735888 | $72.60 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 3/12/2025 | 91735889 | $124.30 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 3/12/2025 | 91735890 | $124.30 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/12/2025 | 91735887 | $3,549.87 | | 5% 90 NET 5/1/25 |
| RATHER OUTDOORS/ZEBCO | 3/12/2025 | 91735891 | $6,381.52 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/12/2025 | 91735886 | $6,621.82 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 3/12/2025 | 91735885 | $18,780.81 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/27/2025 | 91741702 | $1,149.96 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/29/2025 | RG250409-02A | $40.12 | REC'G ERROR REF 91742789 | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/29/2025 | RG250409-01A | $42.84 | REC'G ERROR REF 91742789 | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/29/2025 | RG250409-03A | $42.84 | REC'G ERROR REF 91742789 | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/29/2025 | RG250409-05A | $60.18 | REC'G ERROR REF 91742789 | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/29/2025 | RG250409-04A | $300.90 | REC'G ERROR REF 91742789 | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/29/2025 | 91742789 | $33,529.52 | PPI | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | RC250418-01A | $84.52 | REC'G ERROR 91743293 | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743298 | $336.57 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743297 | $372.91 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743300 | $673.14 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743299 | $846.81 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743296 | $942.68 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743301 | $1,371.22 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743294 | $3,589.78 | | 5% 90 DAYS, NET 91 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743295 | $7,513.07 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743289 | $29,834.76 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743303 | $50,870.17 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743293 | $109,224.40 | -69.40:SH4 3949 | NET 90 |
| RATHER OUTDOORS/ZEBCO | 3/31/2025 | 91743184 | $167,331.91 | -80.70:REF VARIANCE | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/7/2025 | 91745915A | $63.36 | REC'D SHORTAGE | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/7/2025 | 91745833 | $1,652.28 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/7/2025 | 91745732 | $3,386.88 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/7/2025 | 91745731 | $4,090.28 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/7/2025 | 91745733 | $8,941.63 | -99.00:SH2 4197 | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/7/2025 | 91745915 | $13,018.84 | -63.36:SH6 4113 | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/7/2025 | 91745883 | $14,414.78 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/8/2025 | 91746162 | $791.89 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/8/2025 | 91746161 | $833.49 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/8/2025 | 91746163 | $1,267.02 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/8/2025 | 91746227 | $2,353.61 | PAY PER PO | Net 120 Days |
| RATHER OUTDOORS/ZEBCO | 4/9/2025 | 91746827 | $142.88 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/10/2025 | 91747189 | $11,419.02 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/10/2025 | 91747190 | $17,163.20 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/10/2025 | 91747191 | $70,925.90 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/22/2025 | 91751670 | $379.10 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/22/2025 | 91751671 | $1,326.86 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/28/2025 | 91754448 | $591.65 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/29/2025 | 91754700 | $359.15 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 4/29/2025 | 91754708 | $707.72 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/29/2025 | 91754709 | $854.19 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/29/2025 | 91754701 | $1,807.42 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/29/2025 | 91754699 | $2,123.15 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 4/29/2025 | 91754698 | $2,235.34 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 5/12/2025 | 91759589 | $446.64 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 5/12/2025 | 91759588 | $7,569.86 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 5/21/2025 | 91763288 | $1,038.82 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 5/21/2025 | 91763111 | $1,598.18 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 6/4/2025 | 91768209 | $9,818.23 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/4/2025 | 91768228 | $10,706.96 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/5/2025 | 91768755 | $44,744.55 | -57.12:SH12 3543,SH4 3677 | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/10/2025 | 91770251 | $137.47 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 6/10/2025 | 91770348 | $1,529.39 | PAY PER PO | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/12/2025 | 91770973 | $11,063.50 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/13/2025 | 91771498A | $229.60 | REC'D SHORTAGE | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/13/2025 | 91771499 | $3,459.52 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/13/2025 | 91771496 | $3,830.94 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/13/2025 | 91771497 | $4,000.54 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/13/2025 | 91771498 | $24,188.94 | -229.60:SH2 4252 | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/18/2025 | 91773147 | $299.25 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 6/18/2025 | 91773145 | $598.51 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/18/2025 | 91773146 | $598.51 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/20/2025 | 91774107 | $1,907.18 | | NET 90 |
| RATHER OUTDOORS/ZEBCO | 6/20/2025 | 91774111 | $2,938.31 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/24/2025 | 91775443 | $547.43 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 6/24/2025 | 91775418 | $2,111.16 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| RATHER OUTDOORS/ZEBCO | 6/24/2025 | 91775417 | $3,458.67 | | NET 60 DAYS |
| RATHER OUTDOORS/ZEBCO | 7/2/2025 | 91778031 | $4,889.84 | | NET 60 DAYS |
| RAVIN CROSSBOWS, LLC | 2/22/2024 | 2158474 | $141,091.16 | +$1,494.77;MISC OV/SH | NET 10/01/24 |
| RAYMOND C RUMPF & SON | 9/11/2024 | 3142266 | $13,961.25 | | NET 60 DAYS |
| RAYMOND HANDLING CONCEPTS CORP | 11/5/2025 | R17293350 | $1,298.09 | 12/5/2025 | NET 30 DAYS |
| RAYMOND HANDLING CONCEPTS CORP | 11/7/2025 | R17293562 | $3,118.04 | 12/7/2025 CUST# 89263 | NET 30 DAYS |
| RCBS PRECISIONEERED RELOADING LLC | 6/17/2025 | PS-INV118086 | $24,377.34 | | 2% 30, Net31 |
| RCBS PRECISIONEERED RELOADING LLC | 6/18/2025 | PS-INV118178 | $8,372.76 | PPI | NET 30 DAYS |
| RCBS PRECISIONEERED RELOADING LLC | 6/18/2025 | PS-INV118197 | $15,622.32 | | NET 30 DAYS |
| RCBS PRECISIONEERED RELOADING LLC | 6/18/2025 | PS-INV118177 | $41,484.07 | | 2%30NET60 |
| RCBS PRECISIONEERED RELOADING LLC | 6/25/2025 | PS-INV118763 | $12.36 | | 2%30NET60 |
| READYWISE, INC. | 9/11/2024 | 2024-285810 | $4,080.36 | | 2%30NET45 |
| READYWISE, INC. | 9/19/2024 | 2024-290235 | $3,539.05 | | 2%30NET45 |
| REC-COM OUTDOORS | 3/21/2025 | INV15265 | $6,554.41 | | NET 90 |
| REC-COM OUTDOORS | 3/31/2025 | INV15406 | $15,492.55 | | NET 90 |
| REC-COM OUTDOORS | 3/31/2025 | INV15407 | $32,389.71 | | NET 90 |
| REC-COM OUTDOORS | 4/10/2025 | INV15656 | $21,436.68 | | NET 90 |
| REC-COM OUTDOORS | 4/17/2025 | INV15805 | $3,119.34 | | NET 90 |
| REC-COM OUTDOORS | 5/21/2025 | INV16633 | $31,345.18 | | NET 90 |
| RED EYE TROLLING LURES, LLC | 2/7/2025 | 341 | $772.50 | | NET 60 DAYS |
| RED EYE TROLLING LURES, LLC | 2/10/2025 | 342 | $626.67 | | NET 60 DAYS |
| REDI RIG TACKLE INC. | 3/24/2025 | 1002 | $637.56 | | NET 60 DAYS |
| REDI RIG TACKLE INC. | 5/27/2025 | 601156 | $405.96 | PAID BY PO NUMBER | NET 60 DAYS |
| REDWING TACKLE LTD. | 3/21/2025 | 1608 | $2,881.50 | | NET 30 DAYS |
| REEL GRIP, LTD | 12/11/2024 | 4785 | $250.00 | | NET 60 DAYS |
| REMARMS LLC | 5/1/2025 | LC250501-01A | $448.50 | REC'G ERROR | NET 1 DAY |
| RENO FORKLIFT | 7/8/2025 | V1005159 | $0.54 | 8/7/2025 CUST# 100222 | NET 30 DAYS |
| REP OUTDOOR GROUP, LLC. | 3/31/2025 | INV14706 | $24,626.85 | PPI | NET 30 DAYS |
| REP OUTDOOR GROUP, LLC. | 7/2/2025 | INV1204821 | $637.39 | | NET 30 DAYS |
| REP OUTDOOR GROUP, LLC. | 7/8/2025 | 603371 | $414.40 | PAID BY PO NUMBER | NET 30 DAYS |
| REPUBLIC SERVICES #891 | 10/25/2025 | 89100148710 | $1,398.75 | 11/4/2025 | NET 10 DAYS |
| REVELYST SALES LLC - GOLD TIP | 6/12/2025 | INV-4352-2025 | $7,237.27 | | NET 60 DAYS |
| REVELYST SALES LLC - GOLD TIP | 6/16/2025 | INV-4380-2025 | $3,747.57 | | NET 60 DAYS |
| REVELYST SALES LLC-BLACKHAWK | 4/25/2025 | INV1205974 | $93.88 | | 2% 30, NET 90 |
| REVELYST SALES LLC-BLACKHAWK | 4/26/2025 | INV1206560 | $15,157.88 | -14.52;SH1 0629 | NET 90 |
| REVELYST SALES LLC-BLACKHAWK | 4/26/2025 | INV1206558 | $15,935.50 | | NET 90 |
| REVELYST SALES LLC-BLACKHAWK | 4/28/2025 | INV1207259 | $9,698.71 | | NET 90 |
| REVELYST SALES LLC-BLACKHAWK | 6/20/2025 | INV1242404 | $406.56 | | NET 90 |
| REVELYST SALES LLC-BUSHNELL | 3/26/2024 | INV865142 | $568.48 | | 2% 30 Days |
| REVELYST SALES LLC-BUSHNELL | 4/25/2025 | INV1205393 | $13,963.43 | | NET 30 DAYS |
| REVELYST SALES LLC-BUSHNELL | 4/25/2025 | INV1206021 | $15,687.35 | 0.00;OV1 1358,SH1 1448 | NET 30 DAYS |
| REVELYST SALES LLC-BUSHNELL | 4/28/2025 | INV1207261 | $7,218.77 | | NET 30 DAYS |
| REVELYST SALES LLC-BUSHNELL | 4/30/2025 | 599181A | $25.95 | REC'G ERROR | NET 30 DAYS |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/22/2024 | INV861033 | $330.47 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/22/2024 | INV861050 | $330.47 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/22/2024 | INV861074 | $568.48 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/22/2024 | INV861058 | $745.74 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/25/2024 | INV863344 | $141.83 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/26/2024 | INV865125 | $330.47 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/26/2024 | INV865099 | $472.30 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/26/2024 | INV865187 | $472.30 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 3/29/2024 | INV871397 | $141.83 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/9/2024 | INV882633 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/9/2024 | INV882657 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/9/2024 | INV882661 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/9/2024 | INV882683 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890621 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890632 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890634 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890642 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890646 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890662 | $81.66 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890622 | $223.49 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/16/2024 | INV890653 | $223.49 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 7/9/2024 | INV965470 | $299.96 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 12/5/2024 | INV1091773 | $10,462.73 | -14.94;SHORT 38 ITEMS,OVER 38 ITEMS | NET 90 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 12/16/2024 | INV1104956 | $477.46 | | NET 90 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 12/30/2024 | INV1115796 | $23,424.18 | +36.24;OV6 1392 | NET 90 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 2/11/2025 | INV1145870 | $67.35 | PPI | 2% 20 NET60 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 2/11/2025 | INV1145856 | $67.35 | PPI | 2%30NET60 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/24/2025 | INV1204841 | $504.42 | | 2%30NET90 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/25/2025 | INV1205955 | $53.76 | | 2%30NET90 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/25/2025 | INV1205951 | $56.60 | | 2% 30 Days |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/25/2025 | INV1205942 | $85.96 | | 2% 30 Net 60 |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/25/2025 | INV1205411 | $35,941.19 | -19.82;SH190 ITEMS,OV36 ITEMS | NET 30 DAYS |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/25/2025 | INV1206043 | $46,810.86 | 0.00;OV4 1473,SH4 1470 | NET 30 DAYS |
| REVELYST SALES LLC-BUTLER CREEK ACC | 4/28/2025 | INV1207262 | $23,079.44 | -39.06;SH6 0947REF RMA82398 | NET 30 DAYS |
| REVELYST SALES LLC-BUTLER CREEK ACC | 5/14/2025 | 598430A | $510.84 | REC'G ERROR | NET 30 DAYS |
| REVELYST SALES LLC-OUTERS | 12/5/2024 | INV1091750 | $10,234.28 | -59.56;SH2 0967 | NET 90 |
| REVELYST SALES LLC-OUTERS | 12/5/2024 | INV1091733 | $15,774.54 | ****** | NET 90 |

| | | | | | |
|---|---|---|---|---|---|
| REVELYST SALES LLC-OUTERS | 12/20/2024 | INV1110205 | $6,122.21 | SHORTAGE$   486.81- | NET 90 |
| REVELYST SALES LLC-OUTERS | 4/24/2025 | INV1204852 | $120.84 | | 2%30NET90 |
| REVELYST SALES LLC-OUTERS | 4/25/2025 | INV1205961 | $417.58 | -15.46;SH2 0114 | 2%30NET90 |
| REVELYST SALES LLC-OUTERS | 4/25/2025 | INV1206006 | $12,364.91 | | NET 30 DAYS |
| REVELYST SALES LLC-OUTERS | 4/25/2025 | INV1205394 | $21,082.92 | | NET 30 DAYS |
| REVELYST SALES LLC-OUTERS | 4/28/2025 | INV1207260 | $14,523.62 | -13.87;SH3 0285,SH2 0531 | NET 30 DAYS |
| REVELYST SALES LLC-PRIMOS | 5/16/2024 | INV920270 | $523.20 | | 2%30NET60 |
| REVELYST SALES LLC-PRIMOS | 5/31/2024 | INV932066 | $50.10 | | 2%30NET60 |
| REVELYST SALES LLC-PRIMOS | 12/26/2024 | INV1112831 | $1,866.06 | | 2%30NET60 |
| REVELYST SALES LLC-PRIMOS | 4/25/2025 | INV1205963 | $405.04 | | 2% 30, NET 90 |
| REVELYST SALES LLC-PRIMOS | 4/25/2025 | INV1205962 | $666.53 | PAY PER PO PRICE & TERMS -$35.07 | 2%30NET90 |
| REVELYST SALES LLC-PRIMOS | 4/25/2025 | INV1205407 | $23,845.78 | PAY PER PO PRICE AND TERMS -$884.32 | NET 90 |
| REVELYST SALES LLC-PRIMOS | 4/25/2025 | INV1206028 | $32,901.29 | | NET 90 |
| REVELYST SALES LLC-PRIMOS | 4/28/2025 | INV1207263 | $34,667.97 | +456.24;PAY PER PO P&T;OV4 1163 | NET 90 |
| REVO BRAND GROUP | 5/14/2025 | INV61264 | $2,793.97 | -89.60;SH16 0186 | 2%30NET60 |
| REVO BRAND GROUP | 5/14/2025 | INV61261 | $2,817.64 | | 2%30NET60 |
| REVO BRAND GROUP | 5/15/2025 | INV61340 | $4,374.44 | ****** | 2%30NET60 |
| RHINO INC. | 11/14/2024 | 14254805-70 | $13,597.29 | PAY PER PO PER DL | NET 01/31/25 |
| RHINO INC. | 12/12/2024 | 14490344-70 | $7,801.53 | | NET 60 DAYS |
| RHINO INC. | 1/10/2025 | 14697442-70 | $7,671.37 | | NET 60 DAYS |
| RHINO INC. | 2/4/2025 | 14894354-70 | $387.66 | PAY FOR FREIGHT FOR 14697442-70 | NET 1 DAY |
| RHINO INC. | 2/20/2025 | 15038754-70 | $311.72 | | NET 60 DAYS |
| RIEADCO CORPORATION | 8/20/2024 | 76401 | $544.92 | | NET 30 DAYS |
| RIEADCO CORPORATION | 8/28/2024 | 76400 | $285.00 | | NET 30 DAYS |
| RIEADCO CORPORATION | 3/28/2025 | 77220 | $2,972.28 | | NET 30 DAYS |
| RIEADCO CORPORATION | 3/28/2025 | 77219 | $4,596.96 | | NET 30 DAYS |
| RIEADCO CORPORATION | 3/28/2025 | 77264 | $4,755.84 | | NET 30 DAYS |
| RIEADCO CORPORATION | 5/28/2025 | 77355 | $679.20 | | NET 30 DAYS |
| RIEADCO CORPORATION | 5/28/2025 | 77354 | $849.60 | | NET 30 DAYS |
| RIEADCO CORPORATION | 6/19/2025 | 77723 | $569.40 | | NET 30 DAYS |
| RIEADCO CORPORATION | 6/19/2025 | 77722 | $3,535.80 | | NET 30 DAYS |
| RIEADCO CORPORATION | 6/19/2025 | 77724 | $5,166.00 | | NET 30 DAYS |
| RITON OPTICS LLC | 5/19/2025 | 150560 | $10,556.64 | | 2% 10 DAYS, NET 30 |
| RITON OPTICS LLC | 5/19/2025 | 150561 | $10,556.64 | | 2% 10 DAYS, NET 30 |
| RITON OPTICS LLC | 6/6/2025 | 150589 | $264.00 | | NET 30 DAYS |
| RITON OPTICS LLC | 6/6/2025 | 150590 | $264.00 | | NET 30 DAYS |
| RITON OPTICS LLC | 6/16/2025 | 150640 | $834.00 | | NET 30 DAYS |
| RITON OPTICS LLC | 6/16/2025 | 150641 | $834.00 | | NET 30 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 7/16/2024 | S1094866 | $7,621.51 | | NET 60 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 7/17/2024 | S1095195 | $1,460.82 | ****** | NET 60 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 7/22/2024 | S1096627 | $34,444.67 | ****** | NET 60 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 8/8/2024 | S1101903 | $9,067.45 | -26.70;SH2 0228 | NET 60 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 8/8/2024 | S1101902 | $15,022.89 | ****** | NET 60 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 8/13/2024 | S1103412 | $1,268.49 | | NET 60 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 8/13/2024 | S1103413 | $3,582.02 | | NET 60 DAYS |
| RIVERS EDGE TREESTANDS, INC. | 8/14/2024 | S1103468 | $7,164.04 | | NET 60 DAYS |
| ROBOWORM-GSM, LLC | 12/5/2024 | 2024418230 | $1,561.66 | | NET 180 |
| ROBOWORM-GSM, LLC | 12/12/2024 | 2024441849 | $252.48 | P4MP | NET 180 |
| ROBOWORM-GSM, LLC | 12/20/2024 | 2024453092 | $489.35 | | NET 180 |
| ROBOWORM-GSM, LLC | 12/21/2024 | 2024455270 | $415.59 | | NET 180 |
| ROBOWORM-GSM, LLC | 12/24/2024 | 2024460543 | $815.58 | | NET 180 |
| ROBOWORM-GSM, LLC | 1/16/2025 | 2025010769 | $29.79 | | NET 180 |
| ROBOWORM-GSM, LLC | 1/21/2025 | 2025018432 | $1,362.37 | | NET 180 |
| ROBOWORM-GSM, LLC | 1/21/2025 | 2025018733 | $2,896.57 | | NET 180 |
| ROBOWORM-GSM, LLC | 1/29/2025 | 2025026277 | $59.57 | | NET 180 |
| ROBOWORM-GSM, LLC | 2/4/2025 | 2025033241 | $631.78 | | NET 180 |
| ROBOWORM-GSM, LLC | 2/13/2025 | 2025045075 | $10,769.24 | REF PSC662802;-30.24;SH12 0309 | Net 120 Days |
| ROBOWORM-GSM, LLC | 2/14/2025 | 2025048327 | $270.56 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 2/14/2025 | 2025047460 | $8,789.23 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 2/17/2025 | 2025049693 | $208.50 | | NET 180 |
| ROBOWORM-GSM, LLC | 2/18/2025 | 2025050752 | $1,625.01 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 2/21/2025 | 2025056191 | $178.72 | | NET 180 |
| ROBOWORM-GSM, LLC | 2/22/2025 | 2025056715 | $148.93 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 2/28/2025 | 2025065520 | $550.34 | | NET 180 |
| ROBOWORM-GSM, LLC | 3/3/2025 | 2025067102 | $776.57 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 3/4/2025 | 2025067676 | $68.56 | | NET 180 |
| ROBOWORM-GSM, LLC | 3/5/2025 | 2025068939 | $40.58 | | NET 90 |
| ROBOWORM-GSM, LLC | 3/5/2025 | 2025068934 | $135.93 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 3/5/2025 | 2025068938 | $139.00 | | NET 180 |
| ROBOWORM-GSM, LLC | 3/5/2025 | 2025068936 | $2,542.72 | | NET 90 |
| ROBOWORM-GSM, LLC | 3/8/2025 | 2025072397 | $27.74 | | NET 90 |
| ROBOWORM-GSM, LLC | 3/10/2025 | 2025072921 | $238.29 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 3/11/2025 | 2025074976 | $414.41 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 3/18/2025 | 2025084407 | $52.13 | | NET 180 |
| ROBOWORM-GSM, LLC | 3/18/2025 | 2025084408 | $178.72 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 3/29/2025 | 2025097254 | $8,858.09 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 4/2/2025 | 2025101234 | $5,802.91 | +15.84;SH72 0018,OV72 0031 | Net 120 Days |
| ROBOWORM-GSM, LLC | 4/3/2025 | 2025101826 | $428.59 | | NET 90 |
| ROBOWORM-GSM, LLC | 4/4/2025 | 2025104425 | $1,042.03 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 4/14/2025 | 2025114465 | $121.15 | | NET 90 |

| | | | | | |
|---|---|---|---|---|---|
| ROBOWORM-GSM, LLC | 4/15/2025 | 2025115652 | $486.06 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 4/15/2025 | 2025115344 | $617.00 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 4/25/2025 | 2025127567 | $1,072.07 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 4/26/2025 | 2025128421 | $214.18 | | NET 90 |
| ROBOWORM-GSM, LLC | 4/29/2025 | 2025130719 | $2,020.27 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 5/5/2025 | 2025137343 | $163.12 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/5/2025 | 2025137308 | $1,479.45 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 5/5/2025 | 2025137307 | $2,320.50 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/5/2025 | 2025137314 | $2,879.35 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/12/2025 | 2025145136 | $178.72 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 5/12/2025 | 2025144973 | $521.26 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 5/13/2025 | 2025145871 | $2,813.16 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/15/2025 | 2025149017 | $90.78 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/16/2025 | 2025150256 | $190.30 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 5/21/2025 | 2025153877 | $330.96 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/23/2025 | 2025155737 | $226.55 | | Net 120 Days |
| ROBOWORM-GSM, LLC | 5/31/2025 | 2025165833 | $2,181.38 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/31/2025 | 2025165735 | $3,852.49 | | NET 90 |
| ROBOWORM-GSM, LLC | 5/31/2025 | 2025165260 | $15,414.51 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/5/2025 | 2025169732 | $473.86 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/6/2025 | 2025170962 | $2,083.39 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/11/2025 | 2025174261 | $251.53 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/17/2025 | 2025181971 | $572.68 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/18/2025 | 2025183553 | $476.33 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/23/2025 | 2025191290 | $1,223.31 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/25/2025 | 2025193843 | $114.89 | | NET 90 |
| ROBOWORM-GSM, LLC | 6/27/2025 | 602502A | $29.16 | REC'G ERROR | NET 90 |
| ROBOWORM-GSM, LLC | 7/1/2025 | 2025202981 | $258.50 | | NET 90 |
| ROCK RIDGE OUTDOORS | 1/6/2025 | 33031 | $13,257.24 | | Net 120 Days |
| ROCK RIDGE OUTDOORS | 1/9/2025 | 33104 | $13,759.45 | | Net 120 Days |
| ROCK RIDGE OUTDOORS | 1/30/2025 | 33395 | $360.00 | | NET 60 DAYS |
| ROCK RIDGE OUTDOORS | 1/30/2025 | 33396 | $500.22 | | NET 60 DAYS |
| ROCK RIDGE OUTDOORS | 2/28/2025 | 33511 | $5,393.12 | | Net 120 Days |
| ROCK RIDGE OUTDOORS | 2/28/2025 | 33510 | $9,683.88 | | Net 120 Days |
| ROCKY MOUNTAIN HUNTING CALLS & | 4/4/2025 | 13967 | $6,596.64 | +$194.88;+6 C6 ELK101;PD PO COSTS | NET 60 DAYS |
| ROCKY MOUNTAIN HUNTING CALLS & | 8/13/2024 | 14349 | $2,781.27 | | NET 60 DAYS |
| ROCKY MOUNTAIN HUNTING CALLS & | 9/24/2024 | 14524 | $4,515.09 | | NET 60 DAYS |
| ROCKY MOUNTAIN TACKLE COMPANY | 8/5/2024 | 38267 | $1,540.92 | | 2%60NET61 |
| ROCKY MOUNTAIN TACKLE COMPANY | 8/16/2024 | 38271 | $402.24 | | 2%60NET61 |
| ROCKY MOUNTAIN TACKLE COMPANY | 8/16/2024 | 38270 | $452.52 | | 2%60NET61 |
| ROCKY MOUNTAIN TACKLE COMPANY | 8/20/2024 | 38273 | $1,194.36 | | 2%60NET61 |
| ROCKY MOUNTAIN TACKLE COMPANY | 9/3/2024 | 38277 | $551.76 | | 2%60NET61 |
| ROCKY MOUNTAIN TACKLE COMPANY | 10/9/2024 | 38285 | $1,039.80 | | 2%60NET61 |
| ROD SAVER MARINE | 2/8/2024 | 27259 | $92.06 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/9/2024 | 27256 | $82.28 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/9/2024 | 27260 | $91.52 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/9/2024 | 27258 | $169.61 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/13/2024 | 27254 | $97.33 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/14/2024 | 27280 | $278.93 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/14/2024 | 27257 | $565.61 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/14/2024 | 27255 | $618.04 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 5/29/2024 | 29751 | $1,602.40 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 1/13/2025 | 30836 | $152.83 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/3/2025 | 30886 | $1,935.96 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 2/24/2025 | 30907 | $1,568.90 | | 2% 20, NET 45 |
| ROD SAVER MARINE | 4/30/2025 | 31341 | $208.59 | | 2% 20, NET 45 |
| ROLOFF MFG CORP | 3/3/2025 | 0087648-IN | $7,725.72 | | NET 30 DAYS |
| Rome Specialty Company, Inc. | 3/20/2025 | 19280 | $565.80 | ****** | 5%30, 3%60, 1%90, N91 |
| ROST MARTIN, LLC | 2/24/2025 | INV1766 | $1,302.00 | | NET 30 DAYS |
| ROST MARTIN, LLC | 2/24/2025 | INV1767 | $1,302.00 | | NET 30 DAYS |
| ROST MARTIN, LLC | 2/24/2025 | INV1769 | $1,302.00 | | NET 30 DAYS |
| ROST MARTIN, LLC | 2/25/2025 | INV1768 | $1,391.28 | | NET 30 DAYS |
| ROST MARTIN, LLC | 2/26/2025 | INV1778 | $1,043.46 | | NET 30 DAYS |
| ROST MARTIN, LLC | 2/27/2025 | INV1780 | $1,043.46 | | NET 30 DAYS |
| ROST MARTIN, LLC | 3/5/2025 | INV1861 | $1,302.00 | | NET 30 DAYS |
| ROST MARTIN, LLC | 3/12/2025 | INV1867 | $2,487.00 | | NET 30 DAYS |
| ROST MARTIN, LLC | 4/4/2025 | INV2124 | $344.10 | | NET 30 DAYS |
| ROST MARTIN, LLC | 4/4/2025 | INV2178 | $344.10 | | NET 30 DAYS |
| ROST MARTIN, LLC | 4/4/2025 | INV2123 | $384.10 | PPI | NET 30 DAYS |
| ROST MARTIN, LLC | 4/11/2025 | INV2237 | $344.10 | | NET 30 DAYS |
| RUSTY'S CHANNEL CAT BAIT LLC | 2/25/2025 | 599017 | $378.59 | -2.89;SH1 0001 | NET 60 DAYS |
| RUSTY'S CHANNEL CAT BAIT LLC | 3/19/2025 | 599570 | $693.60 | | NET 60 DAYS |
| RUSTY'S CHANNEL CAT BAIT LLC | 4/29/2025 | 601541A | $2.89 | PAY FOR SHORTAGE | NET 60 DAYS |
| RUSTY'S CHANNEL CAT BAIT LLC | 4/29/2025 | 601541 | $621.35 | PAID BY PO # | NET 60 DAYS |
| RUSTY'S CHANNEL CAT BAIT LLC | 5/19/2025 | 50920251 | $310.80 | | NET 60 DAYS |
| RUSTY'S CHANNEL CAT BAIT LLC | 6/1/2025 | 5292025 | $870.24 | | NET 60 DAYS |
| RUSTY'S CHANNEL CAT BAIT LLC | 6/15/2025 | 6152025 | $416.16 | | NET 60 DAYS |
| S.M. ARNOLD/MARINE MASTER | 4/29/2025 | 400167 | $1,715.33 | -50.00 FRT | NET 60 DAYS |
| S/R INDUSTRIES, INC. | 3/26/2025 | 15754 | $3,596.58 | | NET 60 DAYS |
| S/R INDUSTRIES, INC. | 3/26/2025 | 15753 | $5,342.46 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Date2 | Note | Terms |
|---|---|---|---|---|---|---|
| SAFETY ON SITE | 11/10/2025 | 114435 | $39.97 | 11/11/2025 | | NET 1 DAY |
| SAGEN INC. | 10/26/2024 | LATEFEES0425 | $58.09 | | PAY LATE FEES | NET 1 DAY |
| SALTY BONES LLC | 3/21/2025 | 70 | $3,244.20 | | | NET 30 DAYS |
| SALTY BONES LLC | 3/26/2025 | 73 | $8,149.68 | | | NET 30 DAYS |
| SALTY BONES LLC | 4/30/2025 | 77 | $1,978.08 | | | NET 30 DAYS |
| SANDBOXX GROUP | 3/15/2025 | 3755 | $2,200.80 | | | NET 60 DAYS |
| SANDBOXX GROUP | 3/15/2025 | 3756 | $5,235.60 | | | NET 30 DAYS |
| SANDBOXX GROUP | 3/19/2025 | 3759 | $5,913.20 | | | NET 30 DAYS |
| SANDBOXX GROUP | 5/11/2025 | 3805 | $179.55 | | | NET 1 DAY |
| SANDBOXX GROUP | 5/11/2025 | 3806 | $179.55 | | | NET 1 DAY |
| SANDBOXX GROUP | 5/11/2025 | 3803 | $179.55 | | | NET 30 DAYS |
| SANDBOXX GROUP | 5/11/2025 | 3807 | $303.48 | | | NET 30 DAYS |
| SANDBOXX GROUP | 5/11/2025 | 3804 | $359.10 | | | NET 1 DAY |
| SANDBOXX GROUP | 5/11/2025 | 3802 | $450.00 | | | NET 1 DAY |
| SANDBOXX GROUP | 5/14/2025 | 3811 | $1,893.00 | | | NET 30 DAYS |
| SARGE KNIVES, LLC | 2/25/2025 | I0045939 | $489.14 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 2/26/2025 | I0045958 | $1,724.63 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 2/27/2025 | I0045961 | $1,277.74 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 2/28/2025 | I0045969 | $1,529.91 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 2/28/2025 | I0045970 | $1,724.63 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/3/2025 | I0045982 | $744.50 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/3/2025 | I0045983 | $1,724.63 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/3/2025 | I0045981 | $3,449.26 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/4/2025 | I0045990 | $1,227.72 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/4/2025 | I0045991 | $1,833.43 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/5/2025 | I0045994 | $654.69 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/6/2025 | I0046015 | $1,883.96 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/24/2025 | I0046112 | $335.90 | | | NET 60 DAYS |
| SARGE KNIVES, LLC | 3/26/2025 | I0046122 | $1,485.74 | | | NET 60 DAYS |
| SAUNDERS WOODS HOLDINGS LLC | 6/2/2025 | 060225 CAM | $889.68 | 6/3/2025 | 060225 CAM | NET 1 DAY |
| SAUNDERS WOODS HOLDINGS LLC | 6/2/2025 | 25-Jun | $12,692.00 | 6/3/2025 | JUNE RENT 2025 | NET 1 DAY |
| SAUNDERS WOODS HOLDINGS LLC | 7/1/2025 | 070125 CAM | $889.68 | 7/2/2025 | 070125 CAM | NET 1 DAY |
| SAUNDERS WOODS HOLDINGS LLC | 7/1/2025 | 25-Jul | $12,692.00 | 7/2/2025 | JULY RENT 2025 | NET 1 DAY |
| SAUNDERS WOODS HOLDINGS LLC | 8/7/2025 | 080725 CAM | $889.68 | 8/8/2025 | 080725 CAM | NET 1 DAY |
| SAUNDERS WOODS HOLDINGS LLC | 8/7/2025 | 25-Aug | $12,692.00 | 8/8/2025 | AUGUST RENT 2025 | NET 1 DAY |
| SAUNDERS WOODS HOLDINGS LLC | 9/1/2025 | SEPT 2025CAM | $889.68 | 9/2/2025 | SEPT CAM | NET 1 DAY |
| SAUNDERS WOODS HOLDINGS LLC | 9/1/2025 | 25-Sep | $12,692.00 | 9/2/2025 | SEPT RENT | NET 1 DAY |
| SAVAGE ARMS, INC. | 4/21/2025 | RC250421-01A | $229.00 | | REPAIRED | NET 90 |
| SAVAGE ARMS, INC. | 4/21/2025 | RC250421-01B | $1,470.00 | | REPAIRED 2599,2421,0614,AND 1582 | NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371775 | $140.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371777 | $598.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371793 | $1,330.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371788 | $1,580.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371782 | $2,020.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371772 | $2,400.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371784 | $2,760.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371780 | $4,516.00 | | ****** | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/4/2025 | PKV2371770 | $35,254.00 | | | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 6/9/2025 | LC250609-01 | $2,365.00 | | PAID BY PO NUMBER | NET 30 DAYS |
| SAVAGE ARMS, INC. | 6/9/2025 | PKV2372488 | $59,597.00 | | | NET 1 DAY |
| SAVAGE ARMS, INC. | 6/17/2025 | PKV2374124 | $9,329.00 | | | NET 1 DAY |
| SAVAGE ARMS, INC. | 6/19/2025 | LC250619-01 | $379.20 | | PAID BY PO NUMBER | NET 30 DAYS |
| SAVAGE ARMS, INC. | 7/21/2025 | LC250721-02 | $379.00 | | RETURN | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 8/6/2025 | LC250806-01 | $932.04 | | | 3%30 NET 90 |
| SAVAGE ARMS, INC. | 8/18/2025 | LC250818-01 | $255.00 | | RETURN | 3%30 NET 90 |
| SAVAGE GEAR AMERICAS, INC. | 1/17/2025 | 1101864742 | $64.34 | | PPI REF 1101728033A/B | Net 120 Days |
| SAVAGE GEAR AMERICAS, INC. | 1/30/2025 | 1101896050 | $273.65 | | PPI REF 1101728033A/B | Net 120 Days |
| SAVAGE GEAR AMERICAS, INC. | 2/5/2025 | 1101906333 | $114.74 | | | Net 120 Days |
| SAVAGE GEAR AMERICAS, INC. | 2/8/2025 | 1101914362 | $59.82 | | | Net 120 Days |
| SC JOHNSON & SON | 1/9/2025 | 52792727 | $49,048.26 | | | NET 30 DAYS |
| SC JOHNSON & SON | 1/25/2025 | 52862346 | $39,326.40 | | PPI | NET 30 DAYS |
| SC JOHNSON & SON | 1/25/2025 | 52862345 | $84,348.92 | | PPI | NET 30 DAYS |
| SCIENTIFIC ANGLERS, LLC | 9/11/2024 | I-SA-059631 | $3,561.76 | | | 2%30NET90 |
| SCIENTIFIC ANGLERS, LLC | 9/11/2024 | I-SA-059654 | $6,586.46 | | -51.48;SH12 0404,SH6 0399 | 2%30NET90 |
| SCIENTIFIC ANGLERS, LLC | 9/25/2024 | I-SA-059976 | $991.20 | | | NET 1 DAY |
| SCIENTIFIC ANGLERS, LLC | 9/26/2024 | I-SA-060051 | $2,775.68 | | -38.64:SH12 0404 | 2%30NET90 |
| SCIENTIFIC ANGLERS, LLC | 4/16/2025 | 0304883PBD | $61.26 | | PBD | NET 1 DAY |
| SCIENTIFIC ANGLERS, LLC | 4/24/2025 | 0305092PBD | $55.47 | | PBD | NET 1 DAY |
| SCOTTY MANUFACTURING LTD | 6/19/2025 | 44413-SI | $6,030.52 | | | NET 60 DAYS |
| SCOTTY MANUFACTURING LTD | 6/19/2025 | 44414-SI | $7,652.57 | | ****** | NET 60 DAYS |
| SCR, INC - ST CLOUD | 10/31/2025 | AW27838 | $279.45 | 11/15/2025 | RESET THERMOSTATS UPON EXIT | NET 15 DAYS |
| SDS IMPORTS, LLC DBA SDS ARMS | 10/15/2024 | 122430 | $114,153.65 | | | 2% 10 DAYS, NET 30 |
| SDS IMPORTS, LLC DBA SDS ARMS | 10/28/2024 | 122630 | $25,790.05 | | | NET 30 DAYS |
| SDS IMPORTS, LLC DBA SDS ARMS | 10/30/2024 | 122691 | $1,439.92 | | | 2% 10 DAYS, NET 30 |
| SDS IMPORTS, LLC DBA SDS ARMS | 10/30/2024 | 122690 | $8,220.60 | | | 2% 10 DAYS, NET 30 |
| SDS IMPORTS, LLC DBA SDS ARMS | 11/4/2024 | 122814 | $756.57 | | | 2% 10 DAYS, NET 30 |
| SEAL IT SERVICES, INC. | 4/15/2025 | I017074 | $1,164.00 | | | 2%60NET61 |
| SEAQUALIZER, LLC | 6/16/2025 | 8695 | $1,816.74 | | | NET 30 DAYS |
| SEAQUALIZER, LLC | 6/17/2025 | 8694 | $1,828.58 | | | NET 30 DAYS |
| SEASONAL MARKETING, INC. | 1/29/2025 | 77383 | $6,584.27 | | | NET 30 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| SEASONAL MARKETING, INC. | 2/20/2025 | 77550 | $3,000.00 | | NET 30 DAYS |
| SEASONAL MARKETING, INC. | 4/9/2025 | 77887 | $106.45 | | NET 30 DAYS |
| SEASUCKER | 11/26/2024 | 595445 | $4,821.89 | PAY BY PO NUMBER | NET 60 DAYS |
| Security Equipment Corporation | 3/20/2025 | PS-INV0266157 | $864.30 | | 2% NET 60 |
| Security Equipment Corporation | 3/20/2025 | INV0266117 | $7,955.04 | | 2% NET 60 |
| Security Equipment Corporation | 3/31/2025 | PS-INV0267599 | $593.16 | | 2% NET 60 |
| Security Equipment Corporation | 3/31/2025 | PS-INV0267597 | $4,294.50 | PAY PER PO: -544.32:SH24 0007 | 2% NET 60 |
| Security Equipment Corporation | 3/31/2025 | INV0267598 | $4,865.88 | | 2% NET 60 |
| Security Equipment Corporation | 4/9/2025 | 596295A | $573.12 | REC'G ERROR | NET 1 DAY |
| Security Equipment Corporation | 4/9/2025 | 596295AB | $573.12 | NOT A RECEIVING ERROR/CORRECTING | NET 1 DAY |
| SELLMARK CORPORATION | 11/27/2024 | 90102886 | $23,617.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 12/9/2024 | 90104704 | $315.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 12/13/2024 | 90106022 | $992.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 12/16/2024 | 90106141 | $3,600.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 12/17/2024 | 90106513 | $11,200.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 12/19/2024 | 90107447 | $35.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/13/2025 | 90110482 | $97.50 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/16/2025 | 90111418 | $70.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/17/2025 | 90111587 | $630.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/17/2025 | 90111697 | $6,400.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/17/2025 | 90111585 | $7,428.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/17/2025 | 90111586 | $43,790.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/20/2025 | 90111841 | $84.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 1/20/2025 | 90111840 | $11,049.50 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/4/2025 | 90114307 | $3,200.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/10/2025 | 90115346 | $56.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/11/2025 | 90115477 | $28.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/12/2025 | 90115851 | $16,800.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/13/2025 | 90116003 | $28,800.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/18/2025 | 90116825 | $105.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/19/2025 | 90116993 | $63.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/19/2025 | 90116992 | $84.50 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/21/2025 | 90117514 | $3,600.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/21/2025 | 90117515 | $3,600.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/26/2025 | 90118344 | $13,200.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/27/2025 | 90118471 | $224.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/27/2025 | 90118474 | $749.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/27/2025 | 90118472 | $11,200.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 2/27/2025 | 90118473 | $22,642.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/12/2025 | 90120615 | $70.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/12/2025 | 90120617 | $70.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/12/2025 | 90120619 | $70.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/12/2025 | 90120616 | $133.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/12/2025 | 90120618 | $133.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/12/2025 | 90120878 | $140.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/12/2025 | 90120879 | $731.50 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/13/2025 | 90121151 | $56.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/13/2025 | 90121152 | $56.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/13/2025 | 90121360 | $4,800.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/13/2025 | 90121150 | $11,200.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 3/21/2025 | 90122621 | $70.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 4/2/2025 | 90123967 | $28.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 4/2/2025 | 90124155 | $56.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 4/2/2025 | 90124156 | $56.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 4/2/2025 | 90124157 | $56.00 | | NET 60 DAYS |
| SELLMARK CORPORATION | 4/18/2025 | 90125672 | $28.00 | | NET 60 DAYS |
| SEP'S TROLLING AND TACKLE | 4/29/2025 | 1009 | $2,803.56 | | NET 30 DAYS |
| SEP'S TROLLING AND TACKLE | 4/29/2025 | 795A | $3,773.68 | | 2% NET 60 |
| SEP'S TROLLING AND TACKLE | 5/1/2025 | 796A | $1,054.84 | | 2% NET 60 |
| SEP'S TROLLING AND TACKLE | 6/4/2025 | 799A | $3,079.28 | | 2%60NET61 |
| SEP'S TROLLING AND TACKLE | 6/21/2025 | 801A | $1,050.36 | | 2%60NET61 |
| SEP'S TROLLING AND TACKLE | 6/22/2025 | 802A | $2,552.40 | | 2%60NET61 |
| SEP'S TROLLING AND TACKLE | 7/7/2025 | 346006 | $1,140.36 | PAID BY PO NUMBER | NET 30 DAYS |
| SHAKESPEARE | 11/19/2024 | 1101704196 | $15,054.96 | 0.00;SH3 3896,OV3 3896 | Net 120 Days |
| SHAKESPEARE | 11/20/2024 | 1101711524 | $901.33 | | Net 120 Days |
| SHAKESPEARE | 11/20/2024 | 1101711522 | $9,828.71 | | Net 120 Days |
| SHAKESPEARE | 11/20/2024 | 1101710947 | $51,935.36 | | Net 120 Days |
| SHAKESPEARE | 11/23/2024 | 1101721802 | $1,680.49 | | Net 120 Days |
| SHAKESPEARE | 11/23/2024 | 1101721743 | $1,750.10 | | Net 120 Days |
| SHAKESPEARE | 11/23/2024 | 1101721804 | $88,510.15 | PPI | Net 120 Days |
| SHAKESPEARE | 11/25/2024 | 1101723485 | $5,041.45 | | Net 120 Days |
| SHAKESPEARE | 11/25/2024 | 1101725747 | $5,145.29 | | Net 120 Days |
| SHAKESPEARE | 11/25/2024 | 1101723482 | $105,987.52 | PPI | Net 120 Days |
| SHAKESPEARE | 11/26/2024 | 1101729855 | $244.92 | | Net 120 Days |
| SHAKESPEARE | 11/26/2024 | 1101729856 | $244.92 | | Net 120 Days |
| SHAKESPEARE | 11/26/2024 | 1101729854 | $513.39 | | Net 120 Days |
| SHAKESPEARE | 11/26/2024 | 1101729847 | $5,221.48 | | Net 120 Days |
| SHAKESPEARE | 11/27/2024 | 1101732518 | $68.50 | | Net 120 Days |
| SHAKESPEARE | 11/27/2024 | 1101732760 | $122.46 | | Net 120 Days |
| SHAKESPEARE | 11/27/2024 | 1101732520 | $1,680.49 | | Net 120 Days |

| | | | | | |
|---|---|---|---|---|---|
| SHAKESPEARE | 11/29/2024 | 1101736880 | $558.78 | | Net 120 Days |
| SHAKESPEARE | 11/29/2024 | 1101736879 | $16,475.05 | -260.40;SH3 3892 | Net 120 Days |
| SHAKESPEARE | 11/29/2024 | 1101736881 | $26,565.45 | | Net 120 Days |
| SHAKESPEARE | 11/29/2024 | 1101735790 | $141,509.46 | +51.33;OV9 2889,SH6 3593 | Net 120 Days |
| SHAKESPEARE | 11/30/2024 | 1101740705 | $84.10 | | Net 120 Days |
| SHAKESPEARE | 12/9/2024 | 1101773830 | $4,603.30 | | Net 120 Days |
| SHAKESPEARE | 12/11/2024 | 1101783943 | $210.11 | | Net 120 Days |
| SHAKESPEARE | 12/11/2024 | 1101786465 | $683.10 | | Net 120 Days |
| SHAKESPEARE | 12/11/2024 | 1101786459 | $699.73 | | Net 120 Days |
| SHAKESPEARE | 12/11/2024 | 1101786456 | $780.42 | | Net 120 Days |
| SHAKESPEARE | 12/11/2024 | 1101783950 | $2,250.98 | | Net 120 Days |
| SHAKESPEARE | 12/11/2024 | 1101786463 | $3,182.23 | | Net 120 Days |
| SHAKESPEARE | 12/11/2024 | 1101783948 | $5,428.62 | | Net 120 Days |
| SHAKESPEARE | 12/13/2024 | 1101793340 | $3,793.29 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101799815 | $75.69 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101800464 | $122.46 | | Net 60 Days |
| SHAKESPEARE | 12/16/2024 | 1101800467 | $260.92 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101799817 | $364.88 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101800443 | $443.07 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101800469 | $750.48 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101799814 | $16,666.00 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101800462 | $16,666.00 | | Net 120 Days |
| SHAKESPEARE | 12/16/2024 | 1101800439 | $50,518.76 | | Net 120 Days |
| SHAKESPEARE | 12/17/2024 | 1101803342 | $360.25 | | Net 120 Days |
| SHAKESPEARE | 12/17/2024 | 1101804166 | $360.25 | | Net 120 Days |
| SHAKESPEARE | 12/23/2024 | 1101819163 | $570.26 | | Net 120 Days |
| SHAKESPEARE | 12/23/2024 | 1101819160 | $3,606.72 | | Net 120 Days |
| SHAKESPEARE | 12/26/2024 | 1101822692 | $199.66 | | Net 120 Days |
| SHAKESPEARE | 12/26/2024 | 1101823234 | $1,065.41 | | Net 120 Days |
| SHAKESPEARE | 12/26/2024 | 1101822691 | $2,566.19 | | Net 120 Days |
| SHAKESPEARE | 12/26/2024 | 1101822689 | $2,865.12 | | Net 120 Days |
| SHAKESPEARE | 1/7/2025 | 1101841391 | $25.29 | | Net 120 Days |
| SHAKESPEARE | 1/7/2025 | 1101841305 | $1,440.26 | | Net 120 Days |
| SHAKESPEARE | 1/7/2025 | 1101841390 | $1,440.26 | | Net 120 Days |
| SHAKESPEARE | 1/7/2025 | 1101841303 | $1,575.80 | | Net 120 Days |
| SHAKESPEARE | 1/7/2025 | 1101841388 | $1,761.96 | | Net 120 Days |
| SHAKESPEARE | 1/7/2025 | 1101841392 | $4,614.04 | | Net 120 Days |
| SHAKESPEARE | 1/7/2025 | 1101841308 | $6,514.65 | | Net 120 Days |
| SHAKESPEARE | 1/10/2025 | 1101848917 | $2,705.41 | | Net 120 Days |
| SHAKESPEARE | 1/10/2025 | 1101848914 | $2,970.53 | | Net 120 Days |
| SHAKESPEARE | 1/13/2025 | 1101853564 | $2,161.51 | | Net 120 Days |
| SHAKESPEARE | 1/20/2025 | 1101870014 | $36.08 | | Net 120 Days |
| SHAKESPEARE | 1/20/2025 | 1101869984 | $146.74 | | Net 120 Days |
| SHAKESPEARE | 1/20/2025 | 1101870015 | $173.52 | | Net 120 Days |
| SHAKESPEARE | 1/20/2025 | 1101870053 | $249.21 | | Net 120 Days |
| SHAKESPEARE | 1/27/2025 | 1101886016 | $88.08 | | Net 120 Days |
| SHAKESPEARE | 1/27/2025 | 1101886015 | $133.11 | | Net 120 Days |
| SHAKESPEARE | 1/28/2025 | 1101892406 | $18.04 | | Net 120 Days |
| SHAKESPEARE | 2/3/2025 | 1101900986 | $210.16 | | Net 120 Days |
| SHAKESPEARE | 2/3/2025 | 1101901905 | $1,050.77 | | Net 120 Days |
| SHAKESPEARE | 2/7/2025 | 1101912180 | $1,680.49 | | Net 120 Days |
| SHAKESPEARE | 2/7/2025 | 1101913105 | $1,680.49 | | Net 120 Days |
| SHAKESPEARE | 2/7/2025 | 1101912147 | $5,041.45 | | Net 120 Days |
| SHAKESPEARE | 2/11/2025 | 1101921732 | $880.82 | | Net 120 Days |
| SHAKESPEARE | 2/11/2025 | 1101921658 | $2,492.56 | | Net 120 Days |
| SHAKESPEARE | 2/11/2025 | 1101921737 | $2,649.03 | | Net 120 Days |
| SHAKESPEARE | 2/19/2025 | 1101940525 | $66.55 | | 3%30, NET 90 |
| SHAKESPEARE | 2/19/2025 | 1101940632 | $180.26 | | 3%30, NET 90 |
| SHAKESPEARE | 2/19/2025 | 1101940523 | $1,999.58 | -65.23;SH6 3748 | Net 120 Days |
| SHAKESPEARE | 2/19/2025 | 1101940629 | $2,306.44 | | Net 120 Days |
| SHAKESPEARE | 2/24/2025 | 1101951643 | $342.40 | | 3%30, NET 90 |
| SHAKESPEARE | 3/4/2025 | 1101973016 | $137.00 | | 3%30, NET 90 |
| SHAKESPEARE | 3/4/2025 | 1101973015 | $271.82 | | 3%30, NET 90 |
| SHAKESPEARE | 3/4/2025 | 1101973013 | $342.49 | | Net 120 Days |
| SHAKESPEARE | 3/6/2025 | 1101979472 | $293.48 | | 3%30, NET 90 |
| SHAKESPEARE | 3/6/2025 | 1101979471 | $841.04 | | Net 120 Days |
| SHAKESPEARE | 3/6/2025 | 1101979470 | $2,216.92 | | 3%30, NET 90 |
| SHAKESPEARE | 3/10/2025 | 1101986174 | $423.92 | | 3%30, NET 90 |
| SHAKESPEARE | 3/12/2025 | 1101993439 | $283.05 | | NET 60 DAYS |
| SHAKESPEARE | 3/12/2025 | 1101993443 | $1,672.86 | | 3%30, NET 90 |
| SHAKESPEARE | 3/12/2025 | 1101993441 | $2,144.70 | | 3%30, NET 90 |
| SHAKESPEARE | 3/25/2025 | 1102027312 | $766.64 | | 3%30, NET 90 |
| SHELDON'S INC/MEPPS | 2/3/2025 | 386228A | $231.84 | PAY SHORTAGE | NET 30 DAYS |
| SHELDON'S INC/MEPPS | 2/3/2025 | 386228 | $46,773.42 | -$231.84:SHORT 72PC :VARIANCE REPOR | 2% 90 DAYS |
| SHELDON'S INC/MEPPS | 2/11/2025 | 386441 | $40,340.88 | | 2% 90 DAYS |
| SHELTON PRODUCTS | 8/21/2024 | 592093 | $1,170.00 | PAID BY PO NUMBER | NET 30 DAYS |
| SHELTON PRODUCTS | 9/17/2024 | 593470 | $1,490.40 | | NET 30 DAYS |
| SHELTON PRODUCTS | 9/27/2024 | 593947 | $1,025.40 | | NET 30 DAYS |
| SHELTON PRODUCTS | 10/3/2024 | 594220 | $1,794.00 | | NET 30 DAYS |
| SHELTON PRODUCTS | 11/22/2024 | 35 | $1,063.20 | | NET 30 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| SHELTON PRODUCTS | 11/22/2024 | 34 | $1,404.00 | | NET 30 DAYS |
| SHIMANO AMERICAN CORPORATION | 1/28/2025 | 13172131 | $131.75 | | NET 90 |
| SHIMANO AMERICAN CORPORATION | 1/29/2025 | 13174198 | $4,846.94 | | NET 90 |
| SHIMANO AMERICAN CORPORATION | 1/29/2025 | 13174199 | $4,964.20 | | NET 90 |
| SHIMANO AMERICAN CORPORATION | 2/5/2025 | 13182832 | $42.16 | | NET 90 |
| SHIMANO AMERICAN CORPORATION | 2/20/2025 | 13202870 | $715.40 | | NET 90 |
| SHIMANO AMERICAN CORPORATION | 2/21/2025 | 13204404 | $189.54 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/21/2025 | 13204399 | $712.05 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/21/2025 | 13204400 | $1,268.25 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/21/2025 | 13204410 | $1,950.90 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/21/2025 | 13204408 | $3,967.19 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207030 | $455.21 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207035 | $487.77 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207036 | $1,455.85 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207033 | $1,843.80 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207028 | $3,433.76 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207031 | $3,537.79 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207032 | $5,462.87 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/24/2025 | 13207034 | $20,185.62 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 2/28/2025 | 13218187 | $487.75 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/10/2025 | 13233288 | $103.95 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/13/2025 | 13241619 | $1,727.55 | PPI | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/18/2025 | 13250389 | $269.95 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/18/2025 | 13250385 | $15,310.07 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/18/2025 | 13250384 | $64,810.61 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/20/2025 | 13255217 | $975.30 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/20/2025 | 13255218 | $16,787.22 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/21/2025 | 13257210 | $2,029.17 | | NET 90 |
| SHIMANO AMERICAN CORPORATION | 3/21/2025 | 13257209 | $2,545.62 | | NET 90 |
| SHIMANO AMERICAN CORPORATION | 3/21/2025 | 13257207 | $11,512.17 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/24/2025 | 13260787 | $14.00 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/24/2025 | 13260785 | $390.18 | | 6% 90 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/24/2025 | 13260786 | $1,599.90 | | 6% 90 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/25/2025 | 13264511 | $266.63 | | 6% 90 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/25/2025 | 13264510 | $812.75 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/26/2025 | 13267208 | $422.75 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/26/2025 | 13267209 | $567.45 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/26/2025 | 13267207 | $975.30 | | 6% 90 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/26/2025 | 13267210 | $1,456.80 | | NET 60 DAYS |
| SHIMANO AMERICAN CORPORATION | 3/26/2025 | 13267211 | $1,872.96 | | NET 60 DAYS |
| SHIMANO/POWER PRO | 2/20/2025 | 13202871 | $515.66 | | NET 90 |
| SHIMANO/POWER PRO | 2/20/2025 | 13202873 | $555.75 | | NET 90 |
| SHIMANO/POWER PRO | 2/20/2025 | 13202875 | $12,000.96 | | NET 90 |
| SHIMANO/POWER PRO | 2/20/2025 | 13202872 | $253,337.96 | | NET 90 |
| SHIMANO/POWER PRO | 2/21/2025 | 13204398 | $611.22 | | NET 60 DAYS |
| SHIMANO/POWER PRO | 2/21/2025 | 13204396 | $2,733.03 | | NET 90 |
| SHIMANO/POWER PRO | 2/24/2025 | 13207029 | $4,026.38 | | NET 90 |
| SHL Lures, LLC | 1/3/2025 | 3099136 | $1,026.70 | | NET 30 DAYS |
| SHL Lures, LLC | 2/7/2025 | 3099145 | $544.07 | PPI | NET 30 DAYS |
| SHL Lures, LLC | 2/17/2025 | 598530A | $7.12 | REC'G ERROR | NET 1 DAY |
| SHL Lures, LLC | 3/13/2025 | 3099152 | $1,033.70 | PPI | NET 30 DAYS |
| SHORTBUS FLASHERS | 10/14/2024 | 109130 | $7,372.62 | | NET 30 DAYS |
| SHORTBUS FLASHERS | 10/28/2024 | 109162 | $3,541.50 | -553.92:SH96 MSL-12 | NET 30 DAYS |
| SHORTBUS FLASHERS | 11/8/2024 | 110227 | $957.36 | | NET 30 DAYS |
| SHORTBUS FLASHERS | 12/9/2024 | 110235 | $586.20 | | NET 30 DAYS |
| SHORTBUS FLASHERS | 12/30/2024 | 110242 | $1,093.68 | | NET 30 DAYS |
| SHURHOLD INDUSTRIES | 2/19/2025 | 186714 | $9,350.64 | | NET 30 DAYS |
| SHURHOLD INDUSTRIES | 5/12/2025 | 189763 | $3,279.82 | | NET 30 DAYS |
| SIERRA BULLETS | 11/13/2024 | 254395 | $259.92 | | NET 60 DAYS |
| SIERRA BULLETS | 11/13/2024 | 254396 | $403.65 | | NET 60 DAYS |
| SIERRA BULLETS | 1/8/2025 | 255711 | $296.90 | | NET 60 DAYS |
| SIERRA BULLETS | 1/8/2025 | 255712 | $412.35 | | NET 60 DAYS |
| SIERRA BULLETS | 1/8/2025 | 255713 | $412.35 | | NET 60 DAYS |
| SIERRA BULLETS | 1/23/2025 | 256073 | $207.85 | | NET 60 DAYS |
| SIERRA BULLETS | 1/23/2025 | 256074 | $207.85 | | NET 60 DAYS |
| SIERRA BULLETS | 1/29/2025 | 256255 | $122.05 | | NET 60 DAYS |
| SIERRA BULLETS | 2/12/2025 | 256586 | $178.15 | | NET 60 DAYS |
| SIERRA BULLETS | 2/12/2025 | 256587 | $178.15 | | NET 60 DAYS |
| SIERRA BULLETS | 2/12/2025 | 256588 | $178.15 | | NET 60 DAYS |
| SIFFRON | 6/13/2025 | 9465395 | $126.10 | -111.64 FRT | NET 30 DAYS |
| SIFFRON | 6/13/2025 | 9465394 | $165.60 | | NET 30 DAYS |
| SIG SAUER AIRGUNS | 4/9/2025 | 5713762 | $103.31 | | 2%30NET31 |
| SIG SAUER AIRGUNS | 4/11/2025 | 5717137 | $490.14 | | 2%30NET31 |
| SIG SAUER AIRGUNS | 5/27/2025 | 5761376 | $749.77 | | 2%30NET31 |
| SIG SAUER AIRGUNS | 6/3/2025 | 5768698 | $135.36 | | 2%30NET31 |
| SIG SAUER, INC | 5/27/2025 | 5761564 | $6,540.90 | | 2%30NET31 |
| SIG SAUER, INC | 5/27/2025 | 5761558 | $8,247.70 | | 2%30NET31 |
| SIG SAUER, INC | 5/27/2025 | 5760976 | $11,392.80 | | 2%30NET31 |
| SIG SAUER, INC | 5/30/2025 | 5765066 | $9,547.76 | | 2%30NET31 |
| SIG SAUER, INC | 5/30/2025 | 5765398 | $68,268.60 | | 2%30NET31 |

| | | | | | |
|---|---|---|---|---|---|
| SIG SAUER, INC | 5/31/2025 | 5766977 | $4,171.28 | | 2%30NET31 |
| SIG SAUER, INC | 5/31/2025 | 5766974 | $5,782.20 | | 2%30NET31 |
| SIG SAUER, INC | 5/31/2025 | 5766976 | $6,012.20 | | 2%30NET31 |
| SIG SAUER, INC | 5/31/2025 | 5766978 | $6,430.80 | | 2%30NET31 |
| SIG SAUER, INC | 5/31/2025 | 5766973 | $11,454.00 | | 2%30NET31 |
| SIG SAUER, INC | 5/31/2025 | 5766972 | $57,090.60 | | 2%30NET31 |
| SIG SAUER, INC | 6/2/2025 | 5767976 | $58.65 | | 2%30NET31 |
| SIG SAUER, INC | 6/2/2025 | 5768200 | $9,043.65 | | 2%30NET31 |
| SIG SAUER, INC | 6/3/2025 | 5769089 | $1,043.99 | | 2%30NET31 |
| SIG SAUER, INC | 6/3/2025 | 5769399 | $1,804.98 | | 2%30NET31 |
| SIG SAUER, INC | 6/4/2025 | 5770287 | $5,865.00 | | 2%30NET31 |
| SIG SAUER, INC | 6/5/2025 | 5771142 | $13,432.00 | | 2%30NET31 |
| SIG SAUER, INC | 6/6/2025 | 5772317 | $1,619.90 | Over/Short$    0.00 | 2%30NET31 |
| SIG SAUER, INC | 6/6/2025 | 5772295 | $13,625.20 | | 2%30NET31 |
| SIG SAUER, INC | 6/10/2025 | 5775507 | $4,899.93 | | 2%30NET31 |
| SIG SAUER, INC | 6/11/2025 | 5776500 | $314.63 | | 2%30NET31 |
| SIG SAUER, INC | 6/12/2025 | 5777126 | $1,202.44 | | 2%30NET31 |
| SIG SAUER, INC | 6/12/2025 | 5777124 | $4,866.80 | | 2%30NET31 |
| SIG SAUER, INC | 6/14/2025 | 5780139 | $363.56 | | 2%30NET31 |
| SIMPLE PRODUCTS CORP. | 9/25/2024 | 156756 | $3,335.92 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 9/25/2024 | 156752 | $6,680.78 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 11/13/2024 | 157864 | $282.50 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 11/13/2024 | 157862 | $624.69 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 11/13/2024 | 157863 | $787.80 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 12/9/2024 | 158458 | $182.03 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 12/9/2024 | 158454 | $273.04 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 12/9/2024 | 158455 | $637.10 | PAY FOR PRODUCT | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 1/17/2025 | 159414 | $2,674.16 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 1/17/2025 | 159415 | $7,826.14 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 1/17/2025 | 159413 | $16,708.28 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 1/29/2025 | 159639 | $1,328.19 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 1/31/2025 | 159760 | $1,457.48 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 3/6/2025 | 160585 | $3,463.38 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 3/20/2025 | 160785 | $2,182.03 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 3/27/2025 | 160914 | $3,206.10 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 3/27/2025 | 160913 | $3,297.27 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 4/4/2025 | 160986 | $11.84 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 4/4/2025 | 160987 | $59.20 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 4/4/2025 | 160989 | $213.11 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 4/10/2025 | 161185 | $1,352.19 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 4/11/2025 | 161223 | $251.17 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 4/11/2025 | 161224 | $703.29 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 4/11/2025 | 161184 | $2,963.65 | | NET 60 DAYS |
| SIMPLE PRODUCTS CORP. | 5/15/2025 | 161719 | $200.23 | | NET 60 DAYS |
| SIMS VIBRATION LABORATORY | 2/21/2025 | 290590 | $2,069.77 | | 2% 10 N45 |
| SIMS VIBRATION LABORATORY | 4/2/2025 | 291940 | $1,210.57 | | 2% 10 N45 |
| SIMS VIBRATION LABORATORY | 4/2/2025 | 291939 | $1,678.52 | | 2% 10 N45 |
| SLATERS JIGS, INC. | 4/16/2025 | 0304890PBD | $59.82 | PAY BACK DISC | NET 1 DAY |
| SMITH & WESSON SALES COMPANY | 5/16/2025 | 93250896 | $120,004.00 | | NET 20 DAYS |
| SMITH & WESSON SALES COMPANY | 6/2/2025 | 93258794 | $49,476.00 | | NET 20 DAYS |
| SMITH & WESSON SALES COMPANY | 6/17/2025 | 93265612 | $1,180.00 | | NET 20 DAYS |
| SMITH & WESSON SALES COMPANY | 6/17/2025 | 93265613 | $1,180.00 | | NET 20 DAYS |
| SMITH & WESSON SALES COMPANY | 8/18/2025 | LC250818-02 | $337.00 | RETURN | NET 20 DAYS |
| SMITH & WESSON SALES COMPANY | 8/27/2025 | LC250827-06 | $414.00 | RETURN | NET 20 DAYS |
| SMITH & WESSON SALES COMPANY | 9/12/2025 | LC250912-01 | $1,809.00 | REPAIRED GUNS RETURNED | NET 20 DAYS |
| SMITH, ANDERSON, BLOUNT, DORSETT, | 7/17/2025 | 446532 | $2,407.00 | 7/18/2025 MATTER# 012230.00005 | NET 1 DAY |
| SMITH, ANDERSON, BLOUNT, DORSETT, | 7/17/2025 | 446535 | $33,940.00 | 7/18/2025 MATTER # 012230.00044 | NET 1 DAY |
| SMITH, ANDERSON, BLOUNT, DORSETT, | 9/5/2025 | 449467 | $1,227.00 | 10/5/2025 CLIENT MATTER: 12230.00033 | NET 30 DAYS |
| SMITH, ANDERSON, BLOUNT, DORSETT, | 9/5/2025 | 449468 | $26,543.75 | 10/5/2025 CLIENT MATTER# 12230-00047 | NET 30 DAYS |
| SMITH, ANDERSON, BLOUNT, DORSETT, | 10/2/2025 | 451121 | $11,699.87 | 10/3/2025 2025 RESTRUCTING - SEPT SERVICES | NET 1 DAY |
| SMITH'S CONSUMER PRODUCT INC. | 1/16/2025 | 813114A | $201.84 | REC'D 24 OF PRODUCT | NET 30 DAYS |
| SMITH'S CONSUMER PRODUCT INC. | 1/16/2025 | 813115 | $2,711.97 | | NET 30 DAYS |
| SMITH'S CONSUMER PRODUCT INC. | 1/16/2025 | 813114 | $14,231.26 | -$201.84;-24 51251 (1956-0165) | NET 30 DAYS |
| SMITH'S CONSUMER PRODUCT INC. | 1/21/2025 | 813239 | $14,426.02 | | NET 30 DAYS |
| SMITH'S CONSUMER PRODUCT INC. | 1/24/2025 | 813388 | $1,722.30 | +886.00:SH100 0165,OV100 0164 | NET 30 DAYS |
| SMOKEHOUSE PRODUCTS LLC | 3/7/2025 | 458845 | $2,461.82 | | 2% 30, Net31 |
| SMOKEHOUSE PRODUCTS LLC | 3/20/2025 | 458863 | $368.00 | | 3% 30 Days |
| SOLRX GLOBAL, INC. | 5/4/2025 | 26999 | $33.36 | | NET 30 DAYS |
| SOLRX GLOBAL, INC. | 5/4/2025 | 27000 | $66.72 | | NET 30 DAYS |
| SOUTHEAST INDUSTRIAL EQUIPMENT INC | 11/20/2025 | 06S7297390 | $148.13 | 11/30/2025 | NET 10 DAYS |
| SOUTHERN BLOOMER MFG. CO. | 5/20/2025 | 14065 | $613.83 | | NET 45 DAYS |
| SOUTHERN BLOOMER MFG. CO. | 5/20/2025 | 14064 | $894.10 | | NET 45 DAYS |
| SOUTHERN LURE CO. | 10/24/2024 | INV19125 | $289.08 | | NET 60 DAYS |
| SOUTHERN LURE CO. | 10/30/2024 | INV19246A | $36.84 | REC'D SHORTAGE | NET 60 DAYS |
| SOUTHERN LURE CO. | 10/30/2024 | INV19246 | $883.12 | -36.83:SH12 0076 | NET 60 DAYS |
| SOUTHERN LURE CO. | 12/11/2024 | INV19991 | $773.08 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 12/11/2024 | INV19992 | $805.33 | | 2%30NET60 |
| SOUTHERN LURE CO. | 1/29/2025 | INV20753 | $1,773.18 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 2/3/2025 | INV20860 | $3,100.03 | PAY PER PO | 2%30NET60 |
| SOUTHERN LURE CO. | 2/4/2025 | INV20911 | $183.71 | | 2%30NET60 |

| | | | | | |
|---|---|---|---|---|---|
| SOUTHERN LURE CO. | 2/4/2025 | INV20914 | $3,724.96 | | 2%30NET60 |
| SOUTHERN LURE CO. | 2/14/2025 | INV21207 | $137.28 | -58.32:SH24 0090 | 2%30NET60 |
| SOUTHERN LURE CO. | 2/18/2025 | INV21281 | $116.64 | | 2%30NET60 |
| SOUTHERN LURE CO. | 2/18/2025 | INV21280 | $406.17 | | 2%30NET60 |
| SOUTHERN LURE CO. | 2/18/2025 | INV21259 | $459.27 | | 2%30NET60 |
| SOUTHERN LURE CO. | 2/20/2025 | INV21369 | $560.64 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 2/21/2025 | 21416 | $262.80 | | 2%30NET60 |
| SOUTHERN LURE CO. | 2/24/2025 | INV21452 | $291.65 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 2/25/2025 | INV21488 | $367.80 | | 2%30NET60 |
| SOUTHERN LURE CO. | 2/25/2025 | INV21504 | $718.32 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/4/2025 | INV21850 | $441.30 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/4/2025 | INV21851 | $467.16 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/4/2025 | INV21852 | $541.40 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 3/5/2025 | INV21899 | $85.29 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/12/2025 | INV22125 | $2.19 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/18/2025 | INV22312 | $277.32 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 3/20/2025 | INV22402 | $147.31 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/20/2025 | INV22401 | $226.04 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/25/2025 | INV22584 | $315.36 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/25/2025 | INV22588 | $354.78 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/25/2025 | INV22666 | $449.39 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/25/2025 | INV22589 | $851.47 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 3/25/2025 | INV22583 | $1,077.48 | | 2%30NET60 |
| SOUTHERN LURE CO. | 3/25/2025 | INV22586 | $2,058.60 | -43.80:SH10 0253 | 2%30NET60 |
| SOUTHERN LURE CO. | 3/27/2025 | INV22811 | $425.74 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 3/27/2025 | INV22860 | $638.94 | ****** | 2%30NET60 |
| SOUTHERN LURE CO. | 4/4/2025 | INV23302 | $4,770.95 | | 2%30NET60 |
| SOUTHERN LURE CO. | 4/22/2025 | INV23831 | $1,423.80 | ****** | 2%30NET60 |
| SOUTHERN PRO TACKLE INC | 5/20/2024 | 15326 | $251.68 | -2.84:SH4 0005 | NET 60 DAYS |
| SOUTHERN PRO TACKLE INC | 6/18/2024 | 15399 | $251.64 | | NET 60 DAYS |
| SOUTHERN PRO TACKLE INC | 8/26/2024 | 15500 | $253.92 | | NET 60 DAYS |
| SOUTHERN PRO TACKLE INC | 12/17/2024 | 15582 | $253.92 | | NET 60 DAYS |
| SOUTHERN PRO TACKLE INC | 2/6/2025 | 15773 | $267.00 | | NET 60 DAYS |
| SOUTHERN PRO TACKLE INC | 3/27/2025 | 15964 | $258.48 | | NET 60 DAYS |
| SOUTHERN PRO TACKLE INC | 4/9/2025 | 16021 | $252.24 | | NET 60 DAYS |
| SOUTHERN PRO TACKLE INC | 6/2/2025 | 16294 | $255.60 | | NET 60 DAYS |
| SPECTRUM SUPPLY COMPANY | 10/16/2024 | 12327 | $468.25 | POD PROVIDED | NET 1 DAY |
| SPECTRUM SUPPLY COMPANY | 4/15/2025 | 95368 | $2,060.30 | | NET 30 DAYS |
| SPEE DEE DELIVERY SERVICE INC | 9/27/2025 | 1326403 | $1,087.55 | 10/4/2025 | NET 7 DAYS |
| SPEE DEE DELIVERY SERVICE INC | 10/11/2025 | 1337204 | $439.48 | 10/18/2025 | NET 7 DAYS |
| SPIN MASTER | 4/9/2024 | 585210 | $5,384.88 | PAID BY PO NUMBER | NET 30 DAYS |
| SPORT DIMENSION | 2/6/2025 | INV0232675 | $978.82 | | NET 30 DAYS |
| SPORTING SUPPLIES INTERNATIONAL, INC | 3/14/2025 | 599395 | $3,043.55 | PAID BY PO | NET 20 DAYS |
| SPORTING SUPPLIES INTERNATIONAL, INC | 3/21/2025 | 599396 | $13,251.15 | PAID BY PO NUMBER | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/28/2025 | 5786740 | $15,600.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789627 | $452.20 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789628 | $452.20 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789649 | $452.20 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789831 | $768.55 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789630 | $904.40 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789874 | $2,479.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789697 | $2,814.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789731 | $4,221.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789691 | $5,728.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 1/31/2025 | 5789852 | $8,403.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 2/3/2025 | 5790466 | $1,259.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 2/3/2025 | 5790229 | $2,461.45 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 2/3/2025 | 5790231 | $2,461.45 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 2/3/2025 | 5790236 | $6,508.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851232 | $438.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851244 | $454.10 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851216 | $484.50 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851278 | $1,102.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851401 | $1,450.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851206 | $1,521.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851245 | $1,912.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851402 | $4,108.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851214 | $4,544.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/18/2025 | 5851396 | $12,442.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/21/2025 | 5851810 | $433.20 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/21/2025 | 5851933 | $3,236.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/22/2025 | 5853387 | $332.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/22/2025 | 5853403 | $661.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/22/2025 | 5853026 | $1,368.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/22/2025 | 5853024 | $1,824.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/23/2025 | 5854737 | $105.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/23/2025 | 5854667 | $858.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/23/2025 | 5854419 | $1,434.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/23/2025 | 5854484 | $1,518.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/23/2025 | 5854391 | $2,225.00 | | NET 20 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| SPRINGFIELD ARMORY | 4/23/2025 | 5854549 | $2,430.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5855402 | $105.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5855807 | $646.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5855808 | $646.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5856001 | $1,035.50 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5855789 | $1,904.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5855867 | $2,164.10 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5855868 | $4,328.20 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/24/2025 | 5855869 | $22,800.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/25/2025 | 5856424 | $2,390.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/25/2025 | 5856608 | $2,390.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/25/2025 | 5856170 | $2,936.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/25/2025 | 5856172 | $2,936.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/25/2025 | 5856656 | $3,270.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856871 | $645.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856943 | $768.55 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856933 | $809.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5857101 | $1,366.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856942 | $1,618.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5857001 | $1,618.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856752 | $2,180.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856802 | $2,530.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856793 | $5,828.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5856828 | $6,395.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/28/2025 | 5857032 | $11,961.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/29/2025 | 5858071 | $436.05 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/29/2025 | 5858301 | $2,427.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/29/2025 | 5857745 | $2,530.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/29/2025 | 5857701 | $4,450.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/29/2025 | 5857796 | $4,821.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/29/2025 | 5857676 | $5,060.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/30/2025 | 5858744 | $454.10 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/30/2025 | 5858745 | $454.10 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/30/2025 | 5858927 | $579.50 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/30/2025 | 5858736 | $1,012.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/30/2025 | 5858801 | $1,012.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/30/2025 | 5858921 | $1,064.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 4/30/2025 | 5858979 | $2,525.10 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860042 | $456.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860044 | $456.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860157 | $484.50 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860211 | $611.80 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860155 | $645.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860156 | $969.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860153 | $1,256.85 | -97.00 SALES TAX | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5859615 | $2,106.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860055 | $2,164.10 | -167.72 SALES TAX | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/1/2025 | 5860168 | $2,558.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 5/5/2025 | 5861120 | $8,080.00 | | NET 20 DAYS |
| SPRINGFIELD ARMORY | 7/21/2025 | DS250123-04 | $845.50 | DS250123-04 | NET 20 DAYS |
| SPRO CORP | 7/24/2024 | SINV-339020 | $14,263.20 | -84.00:SH40 0027 | NET 90 |
| SPRO CORP | 8/13/2024 | SINV-339700 | $46,275.09 | | NET 90 |
| SPRO CORP | 8/14/2024 | SINV-339751 | $13,885.80 | | NET 90 |
| SPRO CORP | 8/15/2024 | SINV-339777 | $5,302.46 | | NET 90 |
| SPRO CORP | 9/11/2024 | SINV-341463 | $12,465.55 | -63.90:sh20 1924,sh10 1926 | 5% 120 DAYS |
| SPRO CORP | 1/7/2025 | SINV-346002 | $12,619.60 | | 5%120NET121 |
| SPRO CORP | 1/7/2025 | SINV-346000 | $88,220.06 | PPI | Net 120 Days |
| SPRO CORP | 1/22/2025 | SINV-346538 | $1,117.50 | | 5%120NET121 |
| SPRO CORP | 1/22/2025 | SINV-346537 | $1,878.40 | | Net 120 Days |
| SPRO CORP | 1/29/2025 | SINV-346844 | $44,610.94 | | Net 120 Days |
| SPRO CORP | 2/21/2025 | SINV-338025A | $1,310.52 | PBD | NET 1 DAY |
| SPRO CORP | 3/18/2025 | SINV-348935 | $149.60 | | Net 120 Days |
| SPRO CORP | 3/18/2025 | SINV-348937 | $999.20 | | Net 120 Days |
| SPRO CORP | 3/18/2025 | SINV-348936 | $1,543.85 | | 5%120NET121 |
| SPRO CORP | 4/16/2025 | 0304893PBD | $902.46 | PBD | NET 1 DAY |
| STANDARD SALES DBA STANSPORT | 5/7/2025 | S1277524 | $25,000.00 | PRE-PAY | NET 1 DAY |
| STANDARD SALES DBA STANSPORT | 5/14/2025 | 1599128 | $1,091.91 | +216.00:OV12 0740 | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 5/14/2025 | 1599127 | $4,042.83 | -216.00:SH12 0739 | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 5/15/2025 | 1599299 | $675.21 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 5/15/2025 | 1599298 | $3,854.98 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 5/19/2025 | 1599928A | $72.00 | REC'D SHORTAGE | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 5/19/2025 | 1599931 | $6,287.16 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 5/19/2025 | 1599928 | $43,272.65 | -72.00:SH12 0223 | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 6/17/2025 | 1606931 | $447.65 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 6/17/2025 | 1606928 | $10,583.32 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 6/18/2025 | 1607348 | $821.77 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 6/18/2025 | 1607341 | $6,857.49 | +55.20:OV24 0516 | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 6/24/2025 | 1606936 | $2,054.67 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 6/24/2025 | 1606935 | $10,410.49 | ****** | 2% 30 Days |
| STANDARD SALES DBA STANSPORT | 7/1/2025 | 603025 | $14.80 | REC'D PRODUCT | NET 1 DAY |

| | | | | | |
|---|---|---|---|---|---|
| STANLEY-GSM, LLC | 2/14/2025 | 2025047462 | $5,053.02 | | Net 120 Days |
| STANLEY-GSM, LLC | 2/24/2025 | 2025058541 | $151.20 | | Net 120 Days |
| STANLEY-GSM, LLC | 3/29/2025 | 2025097292 | $999.54 | | Net 120 Days |
| STANLEY-GSM, LLC | 5/13/2025 | 2025145874 | $1,233.96 | | NET 90 |
| STANLEY-GSM, LLC | 6/3/2025 | 2025166711 | $1,968.90 | | NET 90 |
| STAR BRITE | 6/30/2025 | 539414 | $3,643.98 | | 2%30NET31 |
| STAT RECOVERY SERVICES, LLC | 9/30/2025 | IS887 | $791.50 | 10/30/2025 POST AUDIT RECOVERY ID 755224 RIE044 | NET 30 DAYS |
| STEALTH OPERATOR | 1/23/2025 | INV159838 | $15,460.00 | PPI | NET 60 DAYS |
| STEELSHAD-GSM, LLC | 2/14/2025 | 2025047459 | $857.40 | | Net 120 Days |
| STERNO PRODUCTS | 5/1/2025 | 1026866 | $5,441.32 | +39.32:SH6 0019,OV16 0024 | NET 30 DAYS |
| STINGOFISH LLC | 11/25/2024 | 2016 | $1,005.54 | | NET 30 DAYS |
| STINGOFISH LLC | 2/18/2025 | 2036 | $1,499.40 | | NET 30 DAYS |
| STREAMLIGHT INC. | 12/3/2024 | 2068054 | $4,002.69 | | 1%30 NET 60 |
| STREAMLIGHT INC. | 12/4/2024 | 2068670 | $2,373.75 | | 1%30 NET 60 |
| STREAMLIGHT INC. | 12/4/2024 | 2068669 | $5,443.42 | | 1%30 NET 60 |
| STREAMLIGHT INC. | 12/19/2024 | LC241218-01A | $85.53 | REC'G ERROR | NET 1 DAY |
| STRIKE KING LURE COMPANY | 11/25/2024 | 91704214 | $16,617.15 | -12.04:SH4 4052 | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 11/25/2024 | 91704208 | $36,803.83 | PPI | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 11/27/2024 | 91705140A | $44.88 | REC'D 24 OF 1442 | NET 1 DAY |
| STRIKE KING LURE COMPANY | 11/27/2024 | 91705140 | $4,690.65 | -11.22:SH6 1442 | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/6/2024 | 91708766 | $198.58 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/6/2024 | 91708782 | $257.30 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/9/2024 | 91709776 | $99.41 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713369 | $116.11 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713338 | $130.89 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713348 | $249.45 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713328 | $323.19 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713356 | $446.24 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713377 | $545.32 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713385 | $1,129.85 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/18/2024 | 91713362 | $2,445.32 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/26/2024 | 91715297 | $84.07 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/26/2024 | 91715212 | $568.01 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/27/2024 | 91715599 | $92.77 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 12/27/2024 | 91715600 | $199.45 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/3/2025 | 91717440 | $11.01 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/3/2025 | 91717433 | $53.03 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/3/2025 | 91717452 | $85.38 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/3/2025 | 91717446 | $141.37 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/13/2025 | 91719354 | $30.76 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/13/2025 | 91719353 | $62.99 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/13/2025 | 91719355 | $631.48 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/14/2025 | 91719779 | $527.67 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/22/2025 | 91720047 | $39.86 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/22/2025 | 91720026 | $61.14 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 1/22/2025 | 91721990 | $81.52 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/5/2025 | 91725491 | $59.79 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/5/2025 | 91725502 | $66.94 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/17/2025 | 91728888 | $29.90 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/17/2025 | 91728890 | $44.89 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/17/2025 | 91728887 | $172.67 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/17/2025 | 91728814 | $1,307.03 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/17/2025 | 91728837 | $2,122.80 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 2/17/2025 | 91728883 | $4,510.90 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/18/2025 | 91729002 | $1,417.64 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/19/2025 | 91729137 | $10,521.54 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/19/2025 | 91729138 | $16,170.89 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/20/2025 | 91729351 | $1,988.43 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/22/2025 | 91730407 | $2,033.64 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 2/26/2025 | 91731318 | $54.58 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731703 | $35.28 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731711 | $59.07 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731688 | $82.11 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731687 | $110.36 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731697 | $136.46 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731638 | $163.75 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731686 | $357.48 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 2/27/2025 | 91731621 | $503.52 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733376 | $27.77 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733386 | $32.68 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733361 | $41.66 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733344 | $86.30 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733343 | $136.22 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733198 | $295.57 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733318 | $1,468.06 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/4/2025 | 91733178 | $2,756.81 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/10/2025 | 91735339 | $2,727.87 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/10/2025 | 91735284 | $6,345.59 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/11/2025 | 91735721 | $46.32 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/12/2025 | 91735871 | $47.13 | | NET 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| STRIKE KING LURE COMPANY | 3/12/2025 | 91735867 | $69.43 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/12/2025 | 91735868 | $225.66 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/12/2025 | 91735869 | $276.36 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/12/2025 | 91735870 | $289.82 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/13/2025 | 91736283 | $1,465.60 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/17/2025 | 91737428 | $18.67 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/17/2025 | 91737426 | $39.86 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/17/2025 | 91737427 | $39.86 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/17/2025 | 91737432 | $121.20 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/17/2025 | 91737431 | $162.79 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/17/2025 | 91737429 | $366.55 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 3/17/2025 | 91737430 | $829.76 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/31/2025 | 91743182 | $4,521.47 | | NET 90 |
| STRIKE KING LURE COMPANY | 3/31/2025 | 91743180 | $6,588.07 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 3/31/2025 | 91743292 | $6,846.45 | | NET 90 |
| STRIKE KING LURE COMPANY | 3/31/2025 | 91743181 | $8,344.13 | -42.66:SH18 3901 | NET 90 |
| STRIKE KING LURE COMPANY | 3/31/2025 | 91743183 | $14,857.33 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744030 | $19.93 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744045 | $57.93 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744091 | $60.09 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744044 | $112.31 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744146 | $131.01 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744136 | $156.00 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744109 | $156.48 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744124 | $235.48 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/2/2025 | 91744046 | $295.30 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/3/2025 | 91744344 | $246.22 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/3/2025 | 0304571PBD | $1,510.27 | PAY BACK DISCOUNT FOR CHECK | NET 1 DAY |
| STRIKE KING LURE COMPANY | 4/3/2025 | 91744330 | $2,064.02 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747384 | $30.58 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747358 | $77.86 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747382 | $115.87 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747378 | $118.26 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747385 | $134.60 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747380 | $177.46 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747372 | $231.86 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/10/2025 | 91747383 | $283.18 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/11/2025 | 91747500 | $120.18 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/11/2025 | 91747950 | $283.15 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/11/2025 | 91747951 | $331.57 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/11/2025 | 91747501 | $444.27 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/12/2025 | 91748295 | $39.86 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/14/2025 | 91748628 | $1,650.54 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/14/2025 | 91748627 | $2,075.96 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748991 | $100.79 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748994 | $106.53 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748996 | $114.91 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748986 | $132.03 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748993 | $214.02 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748992 | $230.69 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748995 | $237.37 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748990 | $273.51 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/15/2025 | 91748988 | $3,648.25 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/24/2025 | 91752337 | $149.30 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/24/2025 | 91752336 | $2,127.39 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753351 | $46.92 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753354 | $94.14 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753342 | $114.01 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753242 | $125.21 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753356 | $154.20 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753352 | $160.10 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753347 | $184.58 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753353 | $202.41 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753355 | $367.72 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753357 | $522.13 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/25/2025 | 91753350 | $564.51 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/26/2025 | 91753816 | $331.14 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/28/2025 | 91754370 | $114.01 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/28/2025 | 91754410 | $136.82 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754947 | $28.28 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754893 | $42.85 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754981 | $43.45 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754966 | $55.06 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754930 | $60.69 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754913 | $141.10 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754697 | $157.35 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754702 | $220.16 | | NET 90 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754703 | $285.96 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 4/29/2025 | 91754696 | $381.36 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755682 | $27.47 | | 5% 90 NET 5/1/25 |

| | | | | | |
|---|---|---|---|---|---|
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755684 | $33.52 | | NET 90 |
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755681 | $51.35 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755685 | $90.49 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755723 | $111.86 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755722 | $184.76 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755683 | $261.05 | | NET 90 |
| STRIKE KING LURE COMPANY | 5/1/2025 | 91755708 | $3,285.02 | -81.06:SH12 4551,SH6 3593 | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 5/2/2025 | 91756386 | $2,524.06 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 5/9/2025 | 91758803 | $6,740.04 | -7.53:SH3 2034 | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 5/9/2025 | 91758802 | $7,235.38 | -3.36:SH2 5544 | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 5/14/2025 | 91760345 | $72.27 | | NET 90 |
| STRIKE KING LURE COMPANY | 5/14/2025 | 91760346 | $86.78 | | NET 90 |
| STRIKE KING LURE COMPANY | 5/21/2025 | 91763324 | $125.80 | | NET 90 |
| STRIKE KING LURE COMPANY | 5/22/2025 | 91764056 | $69.07 | | NET 90 |
| STRIKE KING LURE COMPANY | 5/22/2025 | 91764055 | $173.62 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 5/23/2025 | 91764382 | $160.76 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 5/23/2025 | 91764380 | $183.32 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 5/23/2025 | 91764381 | $206.18 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 6/9/2025 | 91769825 | $3,856.76 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/9/2025 | 91769824 | $9,790.11 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/9/2025 | 91769823 | $19,246.19 | -20.39:SH6 1522,SH1 5277 | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/10/2025 | 91770342 | $12.30 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 6/10/2025 | 91770343 | $44.53 | | NET 90 |
| STRIKE KING LURE COMPANY | 6/11/2025 | 91770570 | $172.19 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 6/19/2025 | 91773350A | $47.46 | REC'D 12 ITEMS | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/19/2025 | 91773352 | $292.07 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/19/2025 | 91773353 | $649.91 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/19/2025 | 91773351 | $742.02 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/19/2025 | 91773350 | $14,110.74 | -60.81:SH15 ITEMS | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/20/2025 | 91774110 | $70.14 | | NET 90 |
| STRIKE KING LURE COMPANY | 6/20/2025 | 91774108 | $142.02 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 6/20/2025 | 91774109 | $276.87 | | 5% 90 NET 5/1/25 |
| STRIKE KING LURE COMPANY | 6/20/2025 | 91774106 | $4,051.36 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 6/25/2025 | 91775745 | $143.16 | | NET 90 |
| STRIKE KING LURE COMPANY | 6/27/2025 | 91776562 | $2,745.53 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 7/2/2025 | 91778073 | $44.53 | | NET 90 |
| STRIKE KING LURE COMPANY | 7/2/2025 | 91778104 | $105.26 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 7/2/2025 | 91778088 | $163.29 | | NET 60 DAYS |
| STRIKE KING LURE COMPANY | 7/2/2025 | 91778051 | $188.71 | | NET 90 |
| STRIKE KING LURE COMPANY | 7/2/2025 | 91778052 | $292.25 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 3/3/2025 | 176688 | $272.37 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 3/11/2025 | 177260 | $51.02 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 3/11/2025 | 177269 | $789.75 | -12.16 FRT | NET 60 DAYS |
| STRIKER BRANDS, LLC | 3/17/2025 | 177578 | $184.27 | -10.97 FRT | NET 60 DAYS |
| STRIKER BRANDS, LLC | 3/21/2025 | 177753 | $188.96 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 3/31/2025 | 178510 | $481.65 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 3/31/2025 | 178570 | $1,010.10 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 4/9/2025 | 179315 | $470.92 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 4/14/2025 | 179504 | $152.43 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 4/15/2025 | 179321 | $6,813.72 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 5/6/2025 | 179962 | $409.50 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 5/6/2025 | 179965 | $409.50 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 6/6/2025 | 181038 | $48.75 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 6/6/2025 | 181047 | $477.75 | | NET 60 DAYS |
| STRIKER BRANDS, LLC | 6/6/2025 | 181050 | $1,365.00 | | NET 60 DAYS |
| STUART INDUSTRIES INC. | 6/13/2025 | 14760 | $3,423.16 | | NET 10 DAYS |
| STUART INDUSTRIES INC. | 6/30/2025 | 14767 | $1,014.40 | | NET 10 DAYS |
| SUMMIT FIRE & SECURITY | 7/22/2025 | 3397650 | $2,286.04 | 8/21/2025 | NET 30 DAYS |
| SUNLINE AMERICA CO. LTD. | 11/26/2024 | 30123 | $2,355.99 | | NET 60 DAYS |
| SUNLINE AMERICA CO. LTD. | 11/27/2024 | 30134 | $2,921.38 | | NET 60 DAYS |
| SUNLINE AMERICA CO. LTD. | 11/27/2024 | 30135 | $3,353.52 | | NET 60 DAYS |
| SUNLINE AMERICA CO. LTD. | 12/3/2024 | 30167 | $861.65 | | NET 60 DAYS |
| SUNLINE AMERICA CO. LTD. | 12/3/2024 | 30168 | $1,030.68 | | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 5/20/2024 | 29852 | $3,750.40 | | 2% 60 DAYS |
| SUNRIZE TACKLE, INC. | 5/30/2024 | 29877 | $1,948.08 | | 2% 60 DAYS |
| SUNRIZE TACKLE, INC. | 6/11/2024 | 29902 | $895.28 | | 2% 60 DAYS |
| SUNRIZE TACKLE, INC. | 6/17/2024 | 29919 | $447.64 | -452.16:SH288 0422 | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 6/17/2024 | 29918 | $895.28 | | 2% 60 DAYS |
| SUNRIZE TACKLE, INC. | 6/20/2024 | 29935 | $849.06 | | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 6/20/2024 | 29934 | $3,297.65 | | 2% 60 DAYS |
| SUNRIZE TACKLE, INC. | 6/23/2024 | 29939 | $2,641.52 | | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 7/17/2024 | RG240725-01A | $102.96 | REC'G ERROR REF 30000 | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 7/17/2024 | 30000 | $1,874.90 | PPI | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 7/30/2024 | 30030 | $1,088.68 | | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 8/21/2024 | 30050 | $850.13 | | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 8/21/2024 | 30049 | $1,159.25 | | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 10/1/2024 | 30163 | $595.43 | | NET 60 DAYS |
| SUNRIZE TACKLE, INC. | 10/1/2024 | 30160 | $1,428.45 | | NET 60 DAYS |
| SUPERSTICK, LLC | 10/21/2024 | 594548 | $7,690.00 | PAID BY PO NUMBER | NET 30 DAYS |
| SURE-LIFE LABORATORIES CORP. | 1/31/2025 | 2025029 | $11,119.71 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| SURE-LIFE LABORATORIES CORP. | 2/24/2025 | 2025047 | $366.61 | | NET 30 DAYS |
| SURE-LIFE LABORATORIES CORP. | 4/3/2025 | 2025106 | $1,325.10 | | NET 60 DAYS |
| SURE-LIFE LABORATORIES CORP. | 4/4/2025 | 2025107 | $1,761.76 | | NET 60 DAYS |
| SURE-LIFE LABORATORIES CORP. | 4/7/2025 | 2025112 | $5,680.38 | | NET 60 DAYS |
| SURE-LIFE LABORATORIES CORP. | 4/15/2025 | 2025127 | $616.80 | | NET 60 DAYS |
| SURE-LIFE LABORATORIES CORP. | 5/2/2025 | 2025158 | $5,850.72 | | NET 60 DAYS |
| SURE-LIFE LABORATORIES CORP. | 6/20/2025 | 2025219 | $3,275.24 | | NET 60 DAYS |
| SURE-LIFE LABORATORIES CORP. | 6/25/2025 | 2025226 | $5,332.14 | | NET 60 DAYS |
| SUREMARKER, LLC | 12/17/2024 | 596216 | $1,220.00 | PAY BY PO NUMBER | 2%30NET31 |
| SUREMARKER, LLC | 3/27/2025 | 600140 | $1,830.00 | PAID BY PO NUMBER | 2%30NET31 |
| SUREMARKER, LLC | 4/18/2025 | 601151 | $1,220.00 | PAID BY PO NUMBER | 2%30NET31 |
| SUREMARKER, LLC | 5/22/2025 | 600140B | $1,830.00 | PAID BY PO NUMBER | 2%30NET31 |
| T&J LURES, LLC. | 4/2/2025 | 3200 | $1,258.80 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/3/2025 | 3202 | $62.32 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/4/2025 | 3203 | $227.93 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/4/2025 | 3205 | $328.20 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/4/2025 | 3204 | $1,145.58 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/6/2025 | 3208 | $618.26 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/6/2025 | 3207 | $783.24 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/7/2025 | 3209 | $184.58 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/8/2025 | 3211 | $312.40 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/8/2025 | 3210 | $604.84 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/14/2025 | 3216 | $281.22 | | NET 30 DAYS |
| T&J LURES, LLC. | 4/21/2025 | 3220 | $321.93 | | NET 30 DAYS |
| TABLEROCK BAIT & TACKLE CO. | 10/4/2024 | 26305A | $12.24 | PAY BACK DISCOUNT | NET 1 DAY |
| TABLEROCK BAIT & TACKLE CO. | 1/7/2025 | 26383A | $28.14 | | NET 1 DAY |
| TABLEROCK BAIT & TACKLE CO. | 2/4/2025 | 26405 | $1,974.48 | | 2%30NET60 |
| TABLEROCK BAIT & TACKLE CO. | 2/14/2025 | 26417 | $1,157.76 | | 2%30NET60 |
| TABLEROCK BAIT & TACKLE CO. | 3/3/2025 | 27016 | $1,615.68 | | 2%30NET60 |
| TABLEROCK BAIT & TACKLE CO. | 3/28/2025 | 27033 | $610.56 | | 2%30NET60 |
| TABLEROCK BAIT & TACKLE CO. | 4/17/2025 | 27066 | $2,433.60 | | 2%30NET60 |
| TABLEROCK BAIT & TACKLE CO. | 5/9/2025 | 27085 | $1,586.88 | | 2%30NET60 |
| TACKLE 2000 DBA ROCKET BOBBER | 4/2/2025 | 501213 | $1,081.97 | | NET 45 DAYS |
| TACKLE 2000 DBA ROCKET BOBBER | 4/2/2025 | 510214 | $9,032.08 | | NET 45 DAYS |
| TACKLE 2000 DBA ROCKET BOBBER | 4/21/2025 | 501240 | $8,361.64 | | NET 45 DAYS |
| TACO METALS, LLC. | 3/26/2025 | 488964 | $4,050.64 | | NET 30 DAYS |
| TANNERITE SPORTS LLC | 11/8/2024 | 595407 | $7,416.64 | | NET 30 DAYS |
| TANNERITE SPORTS LLC | 1/10/2025 | 597138 | $7,831.27 | | NET 30 DAYS |
| TANNERITE SPORTS LLC | 1/10/2025 | 597137 | $11,811.54 | | NET 30 DAYS |
| TANNERITE SPORTS LLC | 1/10/2025 | 597139 | $18,014.25 | | NET 30 DAYS |
| TANNERITE SPORTS LLC | 2/28/2025 | 599241 | $14,162.87 | -657.36;SH36 0013 | NET 30 DAYS |
| TANNERITE SPORTS LLC | 2/28/2025 | 599223 | $17,843.33 | | NET 30 DAYS |
| TANNERITE SPORTS LLC | 2/28/2025 | 599215 | $22,475.63 | | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 1/30/2025 | 90000171 | $8,000.00 | | NET 90 |
| TAURUS INTERNATIONAL MFG. INC. | 2/11/2025 | 90006541 | $2,920.00 | 4% 10, NET 30 |
| TAURUS INTERNATIONAL MFG. INC. | 2/11/2025 | 900006531 | $6,865.00 | | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 2/11/2025 | 90006510 | $57,575.00 | | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 2/12/2025 | 90007161 | $9,110.00 | | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 2/20/2025 | 90010571 | $6,340.00 | | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 2/27/2025 | 90014075 | $1,075.00 | -2150.00;SH10 1325 | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 3/13/2025 | 90018942 | $25,053.00 | | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 3/19/2025 | 90020890 | $2,385.00 | | NET 30 DAYS |
| TAURUS INTERNATIONAL MFG. INC. | 3/19/2025 | 90020853 | $9,460.00 | | NET 30 DAYS |
| TAYLOR'S & COMPANY INC. | 12/6/2024 | IN307879 | $3,755.03 | | NET 45 DAYS |
| TAYLOR'S & COMPANY INC. | 1/15/2025 | IN309804 | $5,452.46 | | NET 45 DAYS |
| TEAR AID | 5/14/2025 | A167543 | $1,712.00 | | NET 30 DAYS |
| TEAR AID | 5/14/2025 | A167544 | $4,280.00 | | NET 30 DAYS |
| TEMPRESS | 2/19/2025 | 272264 | $4,132.24 | | NET 60 DAYS |
| TENPOINT CROSSBOW TECHNOLOGIES | 6/5/2025 | 1076439 | $18,378.45 | | NET 30 DAYS |
| TERAPUMP | 5/22/2025 | 7035735 | $1,803.92 | | NET 60 DAYS |
| TEXAS TACKLE | 3/15/2025 | 7434 | $2,157.00 | | NET 45 DAYS |
| TEXAS TACKLE | 3/18/2025 | 7436 | $739.20 | | NET 45 DAYS |
| T-H MARINE SUPPLIES LLC | 4/17/2025 | INV187776 | $4,406.54 | | NET 60 DAYS |
| T-H MARINE SUPPLIES LLC | 7/1/2025 | INV205622 | $3,589.62 | | NET 60 DAYS |
| THE ALEXANDER FAMILY TRUST | 10/1/2025 | 2025TAXESBAL | $49,530.00 | 10/2/2025 2025 BALANCE OWE TAXES SR | NET 1 DAY |
| THE BUG SHOP | 2/10/2025 | 7556 | $1,069.20 | PPI | NET 30 DAYS |
| THE BUG SHOP | 2/17/2025 | 7570 | $1,882.80 | | NET 30 DAYS |
| THE BUG SHOP | 3/14/2025 | 7606 | $1,202.64 | | NET 30 DAYS |
| THE KINETIC GROUP SALES-CCI/SPEER | 6/4/2025 | INV02586094B | $38,659.62 | TERMS DISC TAKEN ON INV02586094A | NET 30 DAYS |
| THE KINETIC GROUP SALES-CCI/SPEER | 6/5/2025 | INV02586630B | $11,347.82 | TERMS DISC TAKEN ON INV02586630A | NET 30 DAYS |
| THE KINETIC GROUP SALES-CCI/SPEER | 6/6/2025 | INV02586711B | $13,657.00 | TERMS DISC TAKEN ON INV02586711A | NET 30 DAYS |
| THE KINETIC GROUP SALES-FEDERAL | 6/4/2025 | INV002586095 | $146,207.85 | | 2%30NET60 |
| THE KINETIC GROUP SALES-FEDERAL | 6/5/2025 | INV002586637 | $130,301.35 | | 2%30NET60 |
| THE KINETIC GROUP SALES-FEDERAL | 6/6/2025 | INV002586714 | $120,446.80 | | 2%30NET60 |
| THE OUTDOOR GROUP, LLC | 5/13/2024 | 1345998 | $1,374.24 | | NET 60 DAYS |
| THE OUTDOOR GROUP, LLC | 5/24/2024 | 1346840 | $908.05 | | NET 60 DAYS |
| THE OUTDOOR GROUP, LLC | 5/31/2024 | 7035 | $30.07 | FINANCE CHARGES FOR MAY | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 6/12/2024 | 1347441 | $657.14 | | NET 60 DAYS |
| THE OUTDOOR GROUP, LLC | 6/30/2024 | 7069 | $30.07 | PAY BACK DISCOUNT | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 7/9/2024 | 1348560 | $1,093.21 | | NET 60 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| THE OUTDOOR GROUP, LLC | 7/24/2024 | 1349248 | $3,859.74 | | NET 60 DAYS |
| THE OUTDOOR GROUP, LLC | 7/31/2024 | 7131 | $28.64 | FINANCE CHARGES FOR JULY 2024 | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 8/31/2024 | 7272 | $35.81 | PAY FIANCE CHARGES ON PAST DUES | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 9/30/2024 | 7356 | $65.34 | PAY BACK DISCOUNT | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 10/31/2024 | 7487 | $85.63 | FIANANCE CHARGES FOR OCT. 2024 | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 11/30/2024 | 7626 | $85.99 | FIANACE CHARGES AS OF 11/30/24 | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 12/31/2024 | 7784 | $86.84 | FINANCE CHARGES AS OF 12/31/24 | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 1/31/2025 | 7970 | $88.55 | FIANANCE CHARGES AS OF 01/31/25 | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 2/28/2025 | 8114 | $82.74 | FINANCE CHARGES | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 3/31/2025 | 8243 | $83.61 | FIANANCE CHARGES AS OF 03/31/25 | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 4/30/2025 | 8329 | $84.49 | FINANCE CHARGES ON BALANCE $8,449.32 | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 5/31/2025 | 8441 | $85.32 | FINNANCE CHARGES | NET 1 DAY |
| THE OUTDOOR GROUP, LLC | 6/30/2025 | 8539 | $86.16 | FINANCE CHARGES FOR JUNE 2025 | NET 1 DAY |
| THE ROYAL GROUP | 7/2/2025 | 122378 | $23,364.60 | | NET 30 DAYS |
| THE WESTIN NASHVILLE | 1/22/2025 | 18359 | $80,000.00 | 1/23/2025 FINAL INVOICE | NET 1 DAY |
| THOMAS SPINNING LURES | 4/16/2025 | 251147 | $1,943.04 | | 2%30NET60 |
| THOMAS SPINNING LURES | 5/7/2025 | 251181 | $2,664.84 | | 2%30NET60 |
| TI PARCEL SOLUTIONS | 11/26/2025 | 9199201 | $3,292.92 | 11/27/2025 | NET 1 DAY |
| TICA USA, INC. | 1/24/2025 | 36915 | $10,624.96 | -662.20:SH 10 ITEMS | NET 60 DAYS |
| TICA USA, INC. | 2/12/2025 | 36962 | $4,269.16 | -340.00 FREIGHT | NET 60 DAYS |
| TICA USA, INC. | 3/1/2025 | 36991 | $511.86 | | NET 30 DAYS |
| TICA USA, INC. | 3/1/2025 | 36992 | $1,127.75 | | NET 30 DAYS |
| TICA USA, INC. | 3/1/2025 | 36985 | $6,044.00 | | NET 30 DAYS |
| TICA USA, INC. | 3/3/2025 | 36989 | $722.62 | | NET 30 DAYS |
| TICA USA, INC. | 3/11/2025 | 37000 | $892.25 | | NET 30 DAYS |
| TICA USA, INC. | 3/13/2025 | 37008 | $5,895.94 | -385.00 FRT | NET 60 DAYS |
| TICA USA, INC. | 4/2/2025 | 37041 | $1,924.57 | | NET 30 DAYS |
| TICA USA, INC. | 6/16/2025 | 37109 | $4,293.18 | -380.00 FRT | NET 60 DAYS |
| TIGHTLINES PUBLICATIONS LLC | 8/13/2024 | 9 | $1,008.00 | | NET 60 DAYS |
| TIGHTLINES PUBLICATIONS LLC | 3/13/2025 | 32 | $756.00 | | NET 60 DAYS |
| TINKS | 10/31/2024 | INVS144757 | $3,780.00 | PPI | NET 45 DAYS |
| TINKS | 10/31/2024 | INVS144756 | $3,889.41 | PPI | NET 45 DAYS |
| TINKS | 11/22/2024 | INVS145783 | $31.53 | | NET 45 DAYS |
| TINKS | 11/25/2024 | INVS145835 | $895.35 | ****** | NET 45 DAYS |
| TINKS | 11/25/2024 | INVS145834 | $1,250.36 | ****** | NET 45 DAYS |
| TINKS | 12/12/2024 | INVS146269 | $96.72 | | NET 45 DAYS |
| TINKS | 12/12/2024 | INVS146268 | $271.22 | ****** | NET 45 DAYS |
| TINKS | 6/30/2025 | INVS148392 | $7,791.98 | SHORTAGE$  1,711.00- | NET 45 DAYS |
| TINKS | 7/2/2025 | 599143 | $11,502.08 | PAID BY PO NUMBER | NET 45 DAYS |
| TINKS | 7/10/2025 | 599119 | $1,630.00 | 911-06 SHIPMENT# | NET 45 DAYS |
| TOIT LLC | 3/19/2025 | INV-0079 | $1,509.29 | | NET 60 DAYS |
| TOIT LLC | 3/24/2025 | INV-0082 | $1,216.81 | | NET 60 DAYS |
| TOIT LLC | 5/26/2025 | INV-0107 | $2,173.90 | | NET 60 DAYS |
| TOIT LLC | 6/19/2025 | INV-0119 | $1,138.60 | | NET 60 DAYS |
| TOM KRAEMER INC OF MN | 10/31/2024 | 11093558 | $395.00 | 11/30/2025 | NET 30 DAYS |
| TOMORROWS RESOURCES/TRU-BALL | 10/31/2024 | 33765 | $17.92 | PAY BACK REF RG241009-01 | NET 30 DAYS |
| TOMORROWS RESOURCES/TRU-BALL | 12/3/2024 | 354322 | $877.92 | | NET 60 DAYS |
| TOP SPOT INC. | 8/27/2024 | 11064 | $6,480.00 | | Net 120 Days |
| TOP SPOT INC. | 8/28/2024 | 11065 | $345.60 | | Net 120 Days |
| TOP SPOT INC. | 12/3/2024 | 11092 | $8,092.80 | | Net 120 Days |
| TOP SPOT INC. | 12/4/2024 | 11093 | $3,110.40 | | Net 120 Days |
| TOP SPOT INC. | 12/16/2024 | 11096 | $2,640.00 | | Net 120 Days |
| TOP SPOT INC. | 1/28/2025 | 11106 | $2,505.60 | | Net 120 Days |
| TOP SPOT INC. | 3/19/2025 | 11132 | $6,153.60 | -9.60:SH1 0020 | Net 120 Days |
| TOP SPOT INC. | 4/8/2025 | 11142 | $2,073.60 | | Net 120 Days |
| TOP SPOT INC. | 5/7/2025 | 11153 | $3,120.00 | | Net 120 Days |
| TOP SPOT INC. | 5/20/2025 | 11161 | $9,388.80 | | Net 120 Days |
| TR&Z USA TRADING CORP. | 7/23/2024 | 29031 | $27,235.00 | | NET 30 DAYS |
| TR&Z USA TRADING CORP. | 12/24/2024 | 29865 | $59,049.58 | | NET 30 DAYS |
| TR&Z USA TRADING CORP. | 2/19/2025 | 30096 | $57,724.08 | ****** | NET 30 DAYS |
| TRANSPORTATION INSIGHT, LLC | 12/4/2025 | 1171868CH | $9,725.30 | 12/5/2025 | NET 1 DAY |
| TRIK FISH | 5/27/2025 | 22531 | $43,376.18 | | NET 30 DAYS |
| TRIK FISH | 6/3/2025 | 22586 | $7,960.38 | | NET 30 DAYS |
| TRU-TURN INC. | 4/9/2025 | 35151400 | $427.70 | | 3% 60, NET 61 DAYS |
| TRU-TURN INC. | 4/14/2025 | 35088000 | $2,594.74 | | 3% 60, NET 61 DAYS |
| TRU-TURN INC. | 4/14/2025 | 35087900 | $10,469.26 | | 3% 60, NET 61 DAYS |
| TRU-TURN INC. | 4/30/2025 | 35160400 | $3,410.80 | -8.94:SH6 0715 | 3% 60, NET 61 DAYS |
| TRU-TURN INC. | 4/30/2025 | 35160500 | $3,526.00 | -29.04:SH12 0515 | 3% 60, NET 61 DAYS |
| TRU-TURN INC. | 5/15/2025 | 35177100 | $258.48 | | 3% 60, NET 61 DAYS |
| TYRANT TACKLE INC. | 4/23/2025 | 598283 | $476.00 | PAID BY PO NUMBER | NET 60 DAYS |
| TYRANT TACKLE INC. | 4/23/2025 | 598940 | $595.00 | PAID BY PO NUMBER | NET 60 DAYS |
| UDAP INDUSTRIES | 1/29/2025 | 38077 | $70,901.19 | | NET 30 DAYS |
| UDAP INDUSTRIES | 2/6/2025 | 38121 | $8,938.72 | | NET 30 DAYS |
| UMAREX USA INC. | 8/21/2024 | WHS292852 | $3,818.40 | | NET 45 DAYS |
| UMAREX USA INC. | 9/17/2024 | WHS297271 | $4,950.66 | | NET 45 DAYS |
| UMAREX USA INC. | 9/24/2024 | WHS299900 | $1,052.64 | | NET 45 DAYS |
| UMAREX USA INC. | 9/27/2024 | WHS301881 | $107.10 | | NET 45 DAYS |
| UMAREX USA INC. | 10/8/2024 | WHS303428 | $4,663.53 | | NET 45 DAYS |
| UMAREX USA INC. | 10/9/2024 | WHS303676 | $6,348.90 | | NET 45 DAYS |
| UMAREX USA INC. | 10/11/2024 | WHS306578 | $504.90 | | NET 45 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| UMAREX USA INC. | 11/15/2024 | WHS311648 | $301.15 | | NET 45 DAYS |
| UMAREX USA INC. | 11/15/2024 | WHS311646 | $794.64 | | NET 45 DAYS |
| UMAREX USA INC. | 11/20/2024 | WHS312362 | $6,508.52 | | NET 45 DAYS |
| UMAREX USA INC. | 12/2/2024 | WHS315141 | $5,487.37 | | NET 45 DAYS |
| UMAREX USA INC. | 12/6/2024 | WHS317429 | $2,616.50 | | NET 45 DAYS |
| UMAREX USA INC. | 12/9/2024 | WHS317800 | $107.52 | | NET 45 DAYS |
| UMAREX USA INC. | 12/9/2024 | WHS317811 | $452.64 | | NET 45 DAYS |
| UMAREX USA INC. | 12/9/2024 | WHS318089 | $782.40 | | NET 45 DAYS |
| UNIDEN AMERICA CORPORATION | 4/9/2025 | INV2541247 | $4,549.46 | | NET 60 DAYS |
| UNIDEN AMERICA CORPORATION | 4/9/2025 | INV2541267 | $5,069.40 | | NET 60 DAYS |
| UNIDEN AMERICA CORPORATION | 4/9/2025 | INV2541246 | $6,278.20 | | NET 60 DAYS |
| UNIDEN AMERICA CORPORATION | 4/10/2025 | INV2541242 | $3,743.58 | | NET 60 DAYS |
| UNITED PLASTIC MOLDERS, INC | 5/5/2025 | 2840502 | $1,449.00 | | NET 60 DAYS |
| UNITED PLASTIC MOLDERS, INC | 5/5/2025 | 2840503 | $2,847.00 | | NET 60 DAYS |
| UNITED PLASTIC MOLDERS, INC | 6/19/2025 | 2840578 | $3,438.00 | | NET 60 DAYS |
| UNITED PLASTIC MOLDERS, INC | 6/19/2025 | 2840577 | $6,801.12 | | NET 60 DAYS |
| USRAC/WINCHESTER | 5/22/2025 | BC25052101PP | $25,000.00 | PREPAY PO#BC250521-01 | NET 1 DAY |
| USRAC/WINCHESTER | 6/4/2025 | 4949637 | $49,862.25 | | NET 30 DAYS |
| USRAC/WINCHESTER | 8/27/2025 | LC250827-05 | $1,022.07 | RETURN | NET 30 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 5/30/2024 | 402003 | $131.76 | | NET 60 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 5/30/2024 | 402002 | $299.40 | | NET 60 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 6/6/2024 | 402009 | $352.92 | | NET 60 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 6/20/2024 | 402015 | $272.52 | | NET 60 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 7/10/2024 | 402022 | $634.56 | | NET 60 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 7/18/2024 | 402025 | $511.98 | | NET 60 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 8/2/2024 | 402036 | $222.72 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 8/19/2024 | 402052 | $240.72 | | NET 60 DAYS |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 10/2/2024 | 402079 | $775.89 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 10/3/2024 | 402083 | $284.46 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/6/2025 | 402151 | $1,960.98 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/8/2025 | 402156 | $51.24 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/8/2025 | 402154 | $147.60 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/8/2025 | 402155 | $353.28 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/8/2025 | 402158 | $481.20 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/12/2025 | 402159 | $260.28 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/12/2025 | 402160 | $276.78 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/24/2025 | 402170 | $147.60 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 2/24/2025 | 402167 | $667.80 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 3/3/2025 | 402176 | $83.40 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 3/3/2025 | 402177 | $185.82 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 3/3/2025 | 402178 | $192.24 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 3/31/2025 | 402197 | $1,119.54 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 4/6/2025 | 402203 | $442.26 | | 3% 30, NET 60 |
| UV BRAND MANAGEMENT/TIGHTLINES UV CO | 6/14/2025 | 402241 | $224.52 | -26.94;SH6 0541 | 3% 30, NET 60 |
| Venom Outdoors | 11/17/2024 | 2298 | $2,519.22 | | NET 60 DAYS |
| Venom Outdoors | 4/6/2025 | 2363 | $197.49 | | NET 60 DAYS |
| VERSACARRY | 10/15/2024 | 12051-4817 | $1,638.50 | | NET 60 DAYS |
| VERSACARRY | 11/21/2024 | 12051-4959 | $1,030.00 | | 2%30NET60 |
| VERSACARRY | 3/14/2025 | 12051-5445 | $106.44 | PAY BACK DISC 4796/4959;LATE FS 4817 | NET 1 DAY |
| VERSACARRY | 4/14/2025 | 12051-5590 | $86.14 | LATE FEES | NET 1 DAY |
| VERSACARRY | 5/15/2025 | 12051-5694 | $106.44 | LATE FEES | NET 1 DAY |
| VEXILAR, INC. | 8/23/2024 | EDINV3930 | $86,547.15 | | 2% 20, NET 21 |
| VEXILAR, INC. | 10/11/2024 | EDINV003588 | $11,855.52 | | 2% 20, NET 21 |
| VEXILAR, INC. | 12/16/2024 | INV83612 | $1,907.83 | | 3% 10 DAYS |
| VEXILAR, INC. | 12/31/2024 | EDINV003740 | $19,864.38 | | 2% 20, NET 21 |
| VEXILAR, INC. | 2/5/2025 | EDINV003869 | $15,232.77 | PAY PER PO | 2% 20, NET 21 |
| VEXILAR, INC. | 2/12/2025 | EDINV003882 | $861.70 | | 2% 20, NET 21 |
| VEXILAR, INC. | 6/20/2025 | EDINV003895 | $194,512.00 | | 2% 20, NET 30 |
| VICTORINOX SWISS ARMY INC. | 11/11/2024 | 93280120 | $589.20 | | NET 30 DAYS |
| VICTORINOX SWISS ARMY INC. | 11/11/2024 | 93280121 | $4,280.52 | | NET 30 DAYS |
| VICTORINOX SWISS ARMY INC. | 11/11/2024 | 93280122 | $10,223.52 | | NET 30 DAYS |
| VICTORINOX SWISS ARMY INC. | 11/12/2024 | 93280581 | $4,613.10 | | NET 30 DAYS |
| VICTORINOX SWISS ARMY INC. | 11/14/2024 | 93281671 | $2,344.50 | | NET 30 DAYS |
| VICTORINOX SWISS ARMY INC. | 11/27/2024 | 93287691 | $5,770.32 | | NET 30 DAYS |
| VICTORINOX SWISS ARMY INC. | 11/27/2024 | 93287690 | $7,410.90 | | NET 30 DAYS |
| Victory Bolt & Specialty | 5/31/2024 | VBI103871 | $2,059.15 | | NET 30 DAYS |
| VISTA INTERNATIONAL INC. DBA RAZR IC | 10/24/2024 | INV-000136A | $290.64 | LATE FEES | NET 90 |
| VISTA INTERNATIONAL INC. DBA RAZR IC | 10/24/2024 | INV-000136 | $4,699.27 | | NET 90 |
| VRX FISHING PRODUCTS | 9/10/2024 | 13469 | $2,047.50 | -54.60;SH20 0043 | NET 60 DAYS |
| VRX FISHING PRODUCTS | 10/1/2024 | 13525 | $2,020.20 | | NET 60 DAYS |
| VRX FISHING PRODUCTS | 12/12/2024 | 13699 | $2,032.50 | | NET 60 DAYS |
| W.R. CASE AND SONS CUTLERY CO. | 5/30/2024 | C0326376A | $18.64 | PAY FOR FREIGHT | NET 60 DAYS |
| WAHOO FISHING PRODUCTS, INC | 10/24/2024 | 3255 | $538.20 | | NET 30 DAYS |
| WAHOO FISHING PRODUCTS, INC | 11/5/2024 | 3258 | $692.64 | | NET 30 DAYS |
| WAHOO FISHING PRODUCTS, INC | 1/29/2025 | 3283 | $1,115.22 | | NET 30 DAYS |
| WALTHER ARMS, INC. | 10/8/2024 | ARMS649733 | $8,490.00 | | NET 45 DAYS |
| WALTHER ARMS, INC. | 10/16/2024 | ARMS651889 | $1,990.00 | | NET 45 DAYS |
| WALTHER ARMS, INC. | 10/29/2024 | ARMS655396 | $6,000.00 | | NET 45 DAYS |
| WALTHER ARMS, INC. | 10/29/2024 | ARMS655397 | $9,430.00 | | NET 45 DAYS |
| WALTHER ARMS, INC. | 11/1/2024 | ARMS656906 | $6,000.00 | | NET 45 DAYS |

| Vendor | Date | Invoice | Amount | Note | Terms |
|---|---|---|---|---|---|
| WALTHER ARMS, INC. | 11/8/2024 | ARMS659225 | $11,590.00 | | 6%15,5%30 NET 31 |
| WALTHER ARMS, INC. | 11/8/2024 | ARMS659223 | $61,330.00 | | 1% 15 DAYS, NET 30 |
| WALTHER ARMS, INC. | 12/2/2024 | ARMS665980 | $15,808.00 | | 6% 75 DAYS, NET 76 |
| WALTHER ARMS, INC. | 12/3/2024 | ARMS666473 | $7,690.00 | | 6% 75 DAYS, NET 76 |
| WALTHER ARMS, INC. | 12/6/2024 | ARMS668417 | $6,190.00 | | 6% 75 DAYS, NET 76 |
| WALTHER ARMS, INC. | 12/10/2024 | ARMS669207 | $6,990.00 | | 6%15,5%30 NET 31 |
| WALTHER ARMS, INC. | 12/11/2024 | ARMS669443 | $312.00 | | 6% 75 DAYS, NET 76 |
| WALTHER ARMS, INC. | 12/12/2024 | ARMS670398 | $2,495.00 | | 1% 15 DAYS, NET 30 |
| WALTHER ARMS, INC. | 12/16/2024 | ARMS671528 | $6,990.00 | | 6%15,5%30 NET 31 |
| WALTHER ARMS, INC. | 8/7/2025 | LC250807-03 | $1,538.00 | RETURN | NET 45 DAYS |
| WALTHER ARMS, INC. | 8/8/2025 | LC250808-01 | $309.00 | | NET 45 DAYS |
| WARNE MANUFACTURING LLC | 3/26/2025 | 214756 | $4,739.37 | PAY PER PO HOT PROFIT NASHVILLE | NET 60 DAYS |
| WARNE MANUFACTURING LLC | 5/7/2025 | 218896 | $827.11 | PAY PER PO | NET 60 DAYS |
| WARNE MANUFACTURING LLC | 5/8/2025 | 218960 | $790.32 | -11.86 FRT; PAY PER PO -84.72 | NET 60 DAYS |
| WARNE MANUFACTURING LLC | 5/8/2025 | 218958 | $1,078.97 | PAY PER PO -41.55 | NET 60 DAYS |
| WARNE MANUFACTURING LLC | 5/8/2025 | 218898 | $1,158.85 | PAY PER PO -31.00 | NET 60 DAYS |
| WARNE MANUFACTURING LLC | 5/8/2025 | 218959 | $4,479.08 | PAY PER PO; -239.34 | NET 60 DAYS |
| WARNE MANUFACTURING LLC | 5/8/2025 | 218957 | $8,573.81 | PAY PER PO | NET 60 DAYS |
| WASHINGTON DUKE INN & GOLF CLUB | 5/22/2025 | 1129872 | $11,799.87 | 6/1/2025 050525-050925 | NET 10 DAYS |
| WD-40 | 3/17/2025 | 1100934 | $1,399.80 | | 2%30NET31 |
| WEATHERBY INC. | 5/8/2025 | INV44592A | $8.54 | PAY BACK DISC | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44582A | $12.30 | PAY BACK DISC | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44597A | $14.30 | PAY BACK DISC | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44585A | $20.78 | PAY BACK DISC | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44590A | $23.76 | PAY BACK DISC | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44579A | $25.08 | PAY BACK DISCOUNT | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44580A | $39.90 | PAY BACK DISC | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44593A | $60.06 | PAY BACK DISC | NET 1 DAY |
| WEATHERBY INC. | 5/8/2025 | INV44596 | $1,830.00 | | NET 45 DAYS |
| WEATHERBY INC. | 5/8/2025 | INV44595 | $4,817.25 | | NET 45 DAYS |
| WEATHERBY INC. | 5/8/2025 | INV44594 | $8,428.50 | | NET 45 DAYS |
| WEATHERBY INC. | 5/8/2025 | INV44589 | $19,599.00 | | NET 45 DAYS |
| WECHEM, INC. DBA BOOYAH CLEAN, LLC. | 10/25/2024 | 209400 | $6,598.34 | | NET 30 DAYS |
| WEST COAST CORPORATION | 5/23/2025 | IN0008281 | $1,264.32 | | NET 60 DAYS |
| WestWater Products | 6/13/2024 | 8676 | $534.12 | | NET 30 DAYS |
| WestWater Products | 6/20/2024 | 8680 | $740.46 | | 2% 10 DAYS, NET 30 |
| WestWater Products | 6/28/2024 | 8685 | $1,585.56 | | 2% 10 DAYS, NET 30 |
| WestWater Products | 12/6/2024 | 8737 | $467.28 | | 2% 10 DAYS, NET 30 |
| WestWater Products | 3/31/2025 | 8777 | $817.74 | | 2% 10 DAYS, NET 30 |
| WHITETAIL INSTITUTE | 9/10/2024 | 584130A | $14,167.26 | REC'G ERROR | NET 1 DAY |
| WHITETAIL INSTITUTE | 4/11/2025 | 162283137 | $6,324.16 | | 2%30NET90 |
| WICKED LURES INC. | 5/27/2025 | 602447 | $3,860.40 | | NET 30 DAYS |
| WICKED LURES INC. | 6/18/2025 | 603220 | $1,089.60 | | NET 30 DAYS |
| WICKED LURES INC. | 6/18/2025 | 602965 | $1,715.64 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 3/28/2025 | 503330 | $268.50 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 4/25/2025 | 504261 | $261.00 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 5/1/2025 | 505021 | $261.60 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 5/16/2025 | 505231 | $378.00 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 6/3/2025 | 506031 | $1,252.50 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 6/6/2025 | 506049 | $267.00 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 6/10/2025 | 506086 | $261.00 | | NET 30 DAYS |
| WINDELS TACKLE COMPANY | 6/23/2025 | 506219 | $649.50 | | NET 30 DAYS |
| WISCONSIN PHARMACAL | 7/11/2024 | IV643624 | $2,378.81 | | NET 60 DAYS |
| WORTHINGTON INDUSTRIES | 12/20/2024 | 3720207 | $2,838.00 | | NET 30 DAYS |
| WORTHINGTON INDUSTRIES | 1/30/2025 | 3739668 | $2,838.00 | | NET 30 DAYS |
| WORTHINGTON INDUSTRIES | 1/31/2025 | 3740522 | $1,362.24 | | NET 30 DAYS |
| XCEL ENERGY | 11/5/2025 | 110525-88453 | $2,122.15 | 11/6/2025 FINAL BILL | NET 1 DAY |
| YAMAMOTO-GSM, LLC | 11/20/2024 | 2024390741 | $4,162.85 | | NET 180 |
| YAMAMOTO-GSM, LLC | 11/21/2024 | 2024392554 | $24,669.68 | | NET 180 |
| YAMAMOTO-GSM, LLC | 11/22/2024 | 2024395837 | $7,361.38 | | NET 180 |
| YAMAMOTO-GSM, LLC | 11/26/2024 | 2024399879 | $29,539.91 | | NET 180 |
| YAMAMOTO-GSM, LLC | 11/26/2024 | 2024399887 | $31,844.73 | | NET 180 |
| YAMAMOTO-GSM, LLC | 11/27/2024 | 2024404664 | $50,973.42 | | NET 180 |
| YAMAMOTO-GSM, LLC | 2/3/2025 | 2025031796 | $614.80 | | NET 90 |
| YAMAMOTO-GSM, LLC | 2/12/2025 | 2025042786 | $45,493.85 | | Net 120 Days |
| YAMAMOTO-GSM, LLC | 2/13/2025 | 2025045073 | $39,460.69 | | NET 90 |
| YAMAMOTO-GSM, LLC | 2/17/2025 | 2025049510 | $10,390.90 | | Net 120 Days |
| YAMAMOTO-GSM, LLC | 3/26/2025 | 2025092514 | $25,651.78 | -27.16;SH7 0079 | Net 120 Days |
| YAMAMOTO-GSM, LLC | 3/29/2025 | 2025097257 | $26,454.11 | +46.56;OV12 1684 | Net 120 Days |
| YAMAMOTO-GSM, LLC | 3/31/2025 | 2025098847 | $11,511.38 | | Net 120 Days |
| YAMAMOTO-GSM, LLC | 4/29/2025 | 2025130720 | $2,480.49 | ****** | NET 90 |
| YAMAMOTO-GSM, LLC | 5/13/2025 | 2025145868 | $5,044.07 | ****** | NET 90 |
| YAMAMOTO-GSM, LLC | 5/21/2025 | 2025154077 | $254.72 | ****** | NET 90 |
| YAMAMOTO-GSM, LLC | 5/21/2025 | 2025153958 | $2,285.99 | ****** | NET 90 |
| YAMAMOTO-GSM, LLC | 5/30/2025 | 2025164440 | $8,870.32 | | NET 90 |
| YAMAMOTO-GSM, LLC | 5/31/2025 | 2025165885 | $26,712.20 | +49.20;OV12 0549 | NET 90 |
| YAMAMOTO-GSM, LLC | 5/31/2025 | 2025165265 | $28,898.91 | | NET 90 |
| YAMAMOTO-GSM, LLC | 6/5/2025 | 2025169734 | $72.69 | | NET 90 |
| YAMAMOTO-GSM, LLC | 6/6/2025 | 2025170963 | $878.97 | | NET 90 |
| YAMAMOTO-GSM, LLC | 6/9/2025 | 2025172242 | $48.46 | | NET 90 |

| | | | | | |
|---|---|---|---|---|---|
| YAMAMOTO-GSM, LLC | 6/18/2025 | 2025183554 | $96.92 | | NET 90 |
| YAMAMOTO-GSM, LLC | 6/30/2025 | 2025201880 | $4,746.97 | ****** | NET 90 |
| YELLOW BIRD PRODUCTS | 6/21/2025 | 34929 | $2,486.18 | ****** | NET 60 DAYS |
| YELLOW BIRD PRODUCTS | 6/24/2025 | 34961 | $5,943.97 | ****** | NET 60 DAYS |
| YO-ZURI AMERICA | 4/15/2025 | I030206539 | $12.87 | | 2%60NET61 |
| YO-ZURI AMERICA | 4/15/2025 | I030206540 | $40.20 | | 2%60NET61 |
| YO-ZURI AMERICA | 4/21/2025 | I030206728 | $1,406.88 | | 2%60NET61 |
| YO-ZURI AMERICA | 4/21/2025 | I030206717 | $13,043.13 | | 2%60NET61 |
| YO-ZURI AMERICA | 4/23/2025 | I030206819 | $1,512.00 | | 2%60NET61 |
| YO-ZURI AMERICA | 4/23/2025 | I030206852 | $8,847.72 | | 2%60NET61 |
| YO-ZURI AMERICA | 4/30/2025 | I030207165 | $1,235.16 | | 2%60NET61 |
| YO-ZURI AMERICA | 4/30/2025 | I030207164 | $1,540.02 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/1/2025 | I030207326 | $1,436.88 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/14/2025 | I030207975 | $1,321.56 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/14/2025 | I030207944 | $3,385.68 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/16/2025 | I030208075 | $32,175.68 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/19/2025 | I030208174 | $739.80 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/20/2025 | I030208225 | $16.08 | REF I030208224 | 2%60NET61 |
| YO-ZURI AMERICA | 5/20/2025 | I030208224 | $5,297.95 | REF I030208225 | 2%60NET61 |
| YO-ZURI AMERICA | 5/23/2025 | I030208445 | $1,169.52 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/28/2025 | I030208516 | $4,855.20 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/30/2025 | I030208610 | $1,003.20 | -1056.00;SH40 4269,SH40 4271 | 2%60NET61 |
| YO-ZURI AMERICA | 5/30/2025 | I030208610A | $1,056.00 | REC'D MISSING PRODUCT | 2%60NET61 |
| YO-ZURI AMERICA | 5/30/2025 | I030208611 | $4,325.22 | | 2%60NET61 |
| YO-ZURI AMERICA | 5/30/2025 | I030208613 | $13,600.61 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/4/2025 | I030208911 | $1,581.72 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/9/2025 | I030209171 | $13,142.28 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/10/2025 | I030209224 | $1,512.00 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/16/2025 | I030209421 | $689.16 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/17/2025 | I030209591 | $25.68 | REF 602188A/602188B | NET 60 DAYS |
| YO-ZURI AMERICA | 6/17/2025 | I030209590 | $48.24 | REF 601793A/601793B | NET 90 |
| YO-ZURI AMERICA | 6/17/2025 | I030209592 | $218.58 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/17/2025 | I030209589 | $250.92 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/17/2025 | I030209579 | $300.00 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/17/2025 | I030209594 | $411.54 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/17/2025 | I030209596 | $458.46 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/17/2025 | I030209595 | $970.07 | -25.74;SH3 3096 | 2%60NET61 |
| YO-ZURI AMERICA | 6/18/2025 | I030209600 | $12,340.86 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/20/2025 | 602188A | $25.68 | REC'G ERROR | NET 60 DAYS |
| YO-ZURI AMERICA | 6/20/2025 | 602699A | $25.68 | | NET 60 DAYS |
| YO-ZURI AMERICA | 6/20/2025 | I030209616 | $7,064.40 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/23/2025 | 601793A | $48.24 | REC'G ERROR | NET 60 DAYS |
| YO-ZURI AMERICA | 6/23/2025 | I030209753 | $2,811.36 | | 2%60NET61 |
| YO-ZURI AMERICA | 6/23/2025 | I030209709 | $5,768.82 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/1/2025 | I030210084 | $17,226.98 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/3/2025 | I030210130 | $57.84 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/3/2025 | I030210131 | $488.88 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/7/2025 | I030210144 | $6.43 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/7/2025 | I030210142 | $60.06 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/7/2025 | I030210143 | $131.88 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/7/2025 | I030210141 | $460.02 | -128.64;SH12 R1165-CPBN | 2%60NET61 |
| YO-ZURI AMERICA | 7/10/2025 | 602594 | $64.32 | | 2%60NET61 |
| YO-ZURI AMERICA | 7/10/2025 | 603515 | $418.14 | | 603515 2%60NET61 |
| YO-ZURI AMERICA | 11/10/2025 | 602194 | $126.07 | VENDOR REFUSE BACK | 2%60NET61 |
| YO-ZURI AMERICA | 11/10/2025 | 60315A | $5,864.42 | VENDOR REFUSED BACK | 2%60NET61 |
| YO-ZURI AMERICA | 12/7/2025 | 11212025B | $133.95 | | 2%60NET61 |
| YO-ZURI AMERICA | 12/7/2025 | 11212025A | $189.10 | | 2%60NET61 |
| Z-MAN FISHING PRODUCTS INC. | 2/19/2025 | 44219 | $470.63 | ****** | 2% 120 N121 |
| Z-MAN FISHING PRODUCTS INC. | 2/20/2025 | 44342 | $271.89 | ****** | 2% 120 N121 |
| Z-MAN FISHING PRODUCTS INC. | 4/8/2025 | 47882 | $13,222.85 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/9/2025 | 48004 | $2,445.41 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/10/2025 | 48045 | $5,991.26 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/11/2025 | 48194 | $476.04 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/11/2025 | 48193 | $2,330.47 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/11/2025 | 48195 | $3,365.37 | ****** | 2% 120 N121 |
| Z-MAN FISHING PRODUCTS INC. | 4/14/2025 | 48251 | $20,804.79 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/16/2025 | 48533 | $425.33 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/16/2025 | 48534 | $1,188.58 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/16/2025 | 48449 | $1,199.07 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/16/2025 | 48536 | $1,328.87 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/16/2025 | 48530 | $2,794.96 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48573 | $269.77 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48571 | $316.06 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48569 | $1,020.26 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48570 | $1,575.22 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48572 | $2,012.03 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48578 | $3,586.09 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48577 | $4,732.96 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/17/2025 | 48565 | $11,149.12 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/18/2025 | 48734 | $258.94 | ****** | 2% 60 DAYS |

| | | | | | |
|---|---|---|---|---|---|
| Z-MAN FISHING PRODUCTS INC. | 4/18/2025 | 48732 | $291.31 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/18/2025 | 48733 | $294.90 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/18/2025 | 48731 | $335.76 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/18/2025 | 48730 | $377.62 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/22/2025 | 49008 | $1,887.73 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/23/2025 | 49052 | $8,542.61 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/24/2025 | 49239 | $4,821.15 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/29/2025 | 49533 | $352.45 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 4/29/2025 | 49582 | $465.73 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 5/5/2025 | 49869 | $4,984.65 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 5/9/2025 | 50302 | $14,311.80 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 5/14/2025 | 50642 | $1,092.30 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 5/14/2025 | 50612 | $6,994.98 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 5/20/2025 | 51092 | $4,975.30 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 5/23/2025 | 51344 | $30,256.77 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 5/28/2025 | 51596 | $2,855.48 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/4/2025 | 52395 | $2,875.42 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/4/2025 | 52394 | $4,584.91 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/5/2025 | 52520 | $59.22 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/5/2025 | 52518 | $65.45 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/5/2025 | 52519 | $220.28 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/5/2025 | 52521 | $464.76 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/6/2025 | 52622 | $33,650.24 | -42.70;SH10 0804 | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/9/2025 | 52639 | $9,295.00 | | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/10/2025 | 52861 | $141.10 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/11/2025 | 53144 | $107.89 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/11/2025 | 53146 | $165.30 | | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/11/2025 | 53145 | $322.95 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/12/2025 | 53187 | $2,388.59 | ****** | 2% 60 DAYS |
| Z-MAN FISHING PRODUCTS INC. | 6/13/2025 | 53255 | $1,574.00 | | 2%60NET61 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Big Rock Sports, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| | From 1/1/26 | To YTD 2026 | ☑ Operating a business<br>☐ Other | |
| | From 1/1/25 | To YTD 9/30/25 | ☑ Operating a business<br>☐ Other | $140,026,044.00 |
| | From FY 2024 | To | ☑ Operating a business<br>☐ Other | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/1/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/1/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| GEOFFREY RAICHT<br>C/O BIG ROCK SPORTS, LLC<br>158 LITTLE NINE ROAD<br>MOREHEAD CITY, NC 28557<br>**Relationship to Debtor**<br>INSIDER | 09/03/2025<br>10/14/2025<br>11/03/2025<br>12/01/2025<br>01/02/2026 | $20,000.00<br>$20,000.00<br>$20,000.00<br>$20,000.00<br>$20,000.00 | |
| | **TOTAL FOR GEOFFREY RAICHT** | **$100,000.00** | |

Debtor  Big Rock Sports, LLC                                    Case number (if known)
        (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| HAWORTH, JAMES<br>C/O BIG ROCK SPORTS, LLC<br>158 LITTLE NINE ROAD<br>MOREHEAD CITY, NC  28557<br><br>**Relationship to Debtor**<br>INSIDER | 01/10/2025 | $17,307.69 | |
| | 01/24/2025 | $17,307.69 | |
| | 02/07/2025 | $17,307.69 | |
| | 02/21/2025 | $17,307.69 | |
| | 03/07/2025 | $17,307.69 | |
| | 03/21/2025 | $17,307.69 | |
| | 04/04/2025 | $17,307.69 | |
| | 04/18/2025 | $17,307.69 | |
| | 05/02/2025 | $17,307.69 | |
| | 05/16/2025 | $17,307.69 | |
| | 05/30/2025 | $17,307.69 | |
| | 06/13/2025 | $17,307.69 | |
| | 06/27/2025 | $17,307.69 | |
| | 07/11/2025 | $17,307.69 | |
| | 07/25/2025 | $17,307.69 | |
| | 08/08/2025 | $17,307.69 | |
| | 08/22/2025 | $98,076.91 | |
| | **TOTAL FOR HAWORTH, JAMES** | **$374,999.95** | |
| HOLLER, RAYMOND A<br>C/O BIG ROCK SPORTS, LLC<br>158 LITTLE NINE ROAD<br>MOREHEAD CITY, NC  28557<br><br>**Relationship to Debtor**<br>INSIDER | 01/10/2025 | $461.54 | |
| | **TOTAL FOR HOLLER, RAYMOND A** | **$461.54** | |
| KAY, RONALD T<br>C/O BIG ROCK SPORTS, LLC<br>158 LITTLE NINE ROAD<br>MOREHEAD CITY, NC  28557<br><br>**Relationship to Debtor**<br>INSIDER | 01/10/2025 | $11,153.85 | |
| | 01/24/2025 | $11,153.85 | |
| | 02/07/2025 | $11,153.85 | |
| | 02/21/2025 | $11,153.85 | |
| | 03/07/2025 | $11,153.85 | |
| | 03/21/2025 | $11,153.85 | |
| | 04/04/2025 | $11,153.85 | |
| | 04/18/2025 | $11,153.85 | |
| | 05/02/2025 | $11,153.85 | |
| | 05/16/2025 | $11,153.85 | |
| | 05/30/2025 | $11,153.85 | |
| | 06/13/2025 | $11,153.85 | |
| | 06/27/2025 | $11,153.85 | |
| | 07/11/2025 | $11,153.85 | |
| | 07/25/2025 | $11,153.85 | |
| | 08/08/2025 | $11,153.85 | |
| | 08/22/2025 | $11,153.85 | |
| | 09/05/2025 | $41,153.85 | |
| | 09/19/2025 | $11,153.85 | |
| | 10/03/2025 | $41,153.85 | |
| | 10/17/2025 | $35,714.62 | |
| | 10/21/2025 | $47.40 | |
| | 12/03/2025 | $47.00 | |
| | **TOTAL FOR KAY, RONALD T** | **$318,886.02** | |
| | **GRAND TOTAL:** | **$794,347.51** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 302 SAUNDERS, LLC V. BIG ROCK SPORTS, LLC<br><br>**Case number**<br>2025EV00001396 | EVICTION AND DAMAGES LAWSUIT IN THE AMOUNT OF $66,373.45. DEFAULT WAS ENTERED AGAINST BIG ROCK SPORTS, LLC. PLAINTIFF ASSERTS THAT PEAK GLOBAL HOLDINGS, LLC WAS GUARANTOR OF THE LEASE | ILLINOIS CIRCUIT COURT FOR LAKE COUNTY , 18 N COUNTY STREET, WAUKEGAN, IL, 60085 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| AUGUST 31 HOLDINGS LLC V. BIG ROCK SPORTS, LLC<br><br>**Case number**<br>04CV-26-3122 | SUIT FOR RENT OWED F $153,730.92; COSTS OF $435.40, FEES FOR $3,000, AND INTEREST AT 6% | BENTON COUNTY, ARKANSAS, CIVIL DIVISION, 102 NE A STREET BENTONVILLE, AR 72712 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| G5 PRODUCTS, LLC D/B/A ANCHOR SHOCK VS. BIG ROCK SPORTS, LLC<br><br>**Case number**<br>LACV041212 | SEEKING $32,280 PLUS FEES AND INTEREST FOR AMOUNTS OWED ON UNPAID INVOICES | IOWA DISTRICT COURT FOR CARROLL COUNTY, 114 EAST 6TH STREET STE. 5 CARROLL, IA 51401 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| GINGER HAKALA VS. BIG ROCK SPORTS LLC<br><br>**Case number**<br>25CV002392-150 | LAWSUIT FILED IN SMALL CLAIMS COURT IN NC FOR $8,677.44 OWED FOR UNPAID INVOICES. FILED BY GINGER HAKALA, PRESIDENT OF AQUA DREAM, INC. | THE GENERAL COURT OF JUSTICE DISTRICT COURT DIVISION - SMALL CLAIMS - FOR CARTERET COUNTY, NORTH CAROLINA , 300 COURTHOUSE SQUARE BEAUFORT, NC 28516 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| HIGH DESERT HOLDINGS, LLC VS. BIG ROCK SPORTS LLC<br><br>**Case number**<br>25CV57531 | CLAIM FOR BREACH OF CONTRACT AND UNJUST ENRICHMENT, SEEKING AMOUNT OF $15,454.48 PLUS 9% INTEREST | CIRCUIT COURT FOR THE STATE OF OREGON - DESCHUTES COUNTY, 1100 NW BOND ST, BEND, OR 97703 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| MAINE POINTE, LLC V. BIG ROCK SPORTS, LLC<br><br>**Case number** | DEMAND FOR ARBITRATION WITH THE AAA TO ARBITRATE THE $1,820,367.97 MAINE POINTE ASSERTS BIG ROCK SPORTS, LLC OWES FOR BREACH OF CONTRACT/UNPAID INVOICES | AAA | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| OKUMA FISHING AND TACKLE CORPORATION V. BIG ROCK SPORTS, LLC  **Case number** CIVSB252165 | SEEKING $438,486.09 FROM BIG ROCK SPORTS, LLC AND AGAINST PEAK GLOBAL HOLDINGS, LLC ON AN ALTER EGO THEORY. REQUEST TO ENTER DEFAULT JUDGMENT FILED 10/29/2025, BUT REJECTED 11/13/2025 | CIVIL COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO DISTRICT, 247 W 3RD ST, SAN BERNARDINO, CA 92415 | ☑ Pending ☐ On appeal ☐ Concluded |
| PA PROSPECT CORPORATION VS. BIG ROCK SPORTS, LLC  **Case number** DV-56-2026-0001240-BC | SEEKING DAMAGES IN THE AMOUNT OF $15,549.99 PLUS INTEREST FOR UNPAID RENT | MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY, MONTANA , 217 N. 27TH STREET, RM. 513 PO BOX 35051 BILLINGS, MT 59107 | ☑ Pending ☐ On appeal ☐ Concluded |
| PURE FISHING, INC. VS. BIG ROCK SPORTS  **Case number** 2025CP4006429 | TRO, PRELIMINARY INJUNCTION, AND LAWSUIT FOR BREACH OF CONTRACT ON UNPAID INVOICES OF $3,850,925.06 | COURT OF COMMON PLEAS, FIFTH JUDICIAL CIRCUIT, SOUTH CAROLINA, RICHLAND COUNTY, RICHLAND COUNTY JUDICIAL CENTER, 1701 MAIN STREET, ROOM 205, COLUMBIA, SC, 29201 | ☑ Pending ☐ On appeal ☐ Concluded |
| RATHER OUTDOORS CORPORATION VS. BIG ROCK SPORTS, LLC  **Case number** 25CV002431-150 | LAWSUIT FILED IN NC STATE COURT ASSERTING A $2,431,579.87 CLAIM, PLUS ATTORNEY'S FEES IN THE AMOUNT OF $364,736.98 FOR FAILURE TO PAY INVOICES. | THE GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, IN CARERET COUNTY, NORTH CAROLINA , 300 COURTHOUSE SQUARE BEAUFORT, NC 28516 | ☑ Pending ☐ On appeal ☐ Concluded |
| REECE SUPPLY LLC D/B/A REECE PLUMBING VS CARTERET COMMERCIAL ASSOCIATES, L.L.C.  **Case number** 25M001080-150 | LIEN ON REAL PROPERTY FOR APPROXIMATELY $67,000 + INTEREST FOR PLUMBING WORK COMPLETED BY REECE FOR BRS SEA STRIKER, LLC ON BEHALF OF BIG ROCK SPORTS, LLC AND/OR CCA TO SUPPLY PLUMBING AND RELATED MATERIALS TO IMPROVE THE PROPERTY. THE PROPERTY IS LOCATED | THE GENERAL COURT OF JUSTICE, DISTRICT COURT DIVISION, IN CARERET COUNTY, NORTH CAROLINA , 300 COURTHOUSE SQUARE BEAUFORT, NC 28516 | ☐ Pending ☐ On appeal ☑ Concluded |
| WICKED LURES LLC V. BIG ROCK SPORTS, LLC  **Case number** Y26-981 | SMALL CLAIMS SUIT IN WASHINGTON STATE, DISTRICT I OF CLALLAM COUNTY FOR $6,665.64 | DISTRICT COURT I, CLALLAM COUNTY, 223 E. 4TH STREET, SUITE 10, PORT ANGELES, WA, 98362 | ☐ Pending ☐ On appeal ☑ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☑ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☑ None

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

**Part 6:**   **Certain Payments or Transfers**

Debtor    Big Rock Sports, LLC    Case number (if known)
(Name)

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 12/18/2025 | $35,258.56 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 12/8/2025 | $54,213.69 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 12/3/2025 | $48,256.91 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/25/2025 | $76,486.59 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/20/2025 | $81,333.22 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/13/2025 | $101,664.94 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/7/2025 | $76,550.03 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 10/31/2025 | $86,382.84 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 10/23/2025 | $80,965.28 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 10/16/2025 | $75,922.00 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 10/9/2025 | $71,931.78 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 10/2/2025 | $86,674.66 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/ | | 9/25/2025 | $93,779.66 |

Debtor   Big Rock Sports, LLC                          Case number (if known)
         (Name)

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/ | | 9/19/2025 | $120,327.16 |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/ | | 9/12/2025 | $113,096.38 |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/ | | 9/4/2025 | $111,275.72 |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/ | | 8/28/2025 | $117,245.19 |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/ | | 8/21/2025 | $115,215.19 |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/ | | 8/13/2025 | $96,038.03 |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |

Debtor    Big Rock Sports, LLC                              Case number (if known)
         (Name)

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 8/7/2025 | $78,789.38 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 8/1/2025 | $111,586.56 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 7/24/2025 | $124,183.05 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 7/16/2025 | $122,173.53 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 7/11/2025 | $150,000.00 |
| CARL MARKS ADVISORY GROUP LLC<br>900 THIRD AVENUE<br>33RD FLOOR<br>NEW YORK, NY  10022-4775<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.CARLMARKSADVISORS.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 1/2/2026 | $31,661.66 |
| EPIQ CORPORATE RESTRUCTURING LLC<br>777 THIRD AVENUE<br>12TH FLOOR<br>NEW YORK, NY  10017<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.EPIQGLOBAL.COM/ | | 11/21/2025 | $20,000.00 |

Debtor    Big Rock Sports, LLC                                                              Case number (if known)
          (Name)

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| **Who made the payment, if not debtor?** DEBTOR | | | |
| JONES WALKER LLP 201 ST. CHARLES AVENUE 50TH FLOOR NEW ORLEANS, LA  70170-5100 USA **Email or website address** HTTPS://WWW.JONESWALKER.COM/ | | 12/30/2025 | $25,000.00 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| JONES WALKER LLP 201 ST. CHARLES AVENUE 50TH FLOOR NEW ORLEANS, LA  70170-5100 USA **Email or website address** HTTPS://WWW.JONESWALKER.COM/ | | 12/18/2025 | $25,000.00 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| JONES WALKER LLP 201 ST. CHARLES AVENUE 50TH FLOOR NEW ORLEANS, LA  70170-5100 USA **Email or website address** HTTPS://WWW.JONESWALKER.COM/ | | 12/17/2025 | $25,000.00 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| JONES WALKER LLP 201 ST. CHARLES AVENUE 50TH FLOOR NEW ORLEANS, LA  70170-5100 USA **Email or website address** HTTPS://WWW.JONESWALKER.COM/ | | 10/30/2025 | $250,000.00 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| JONES WALKER LLP 201 ST. CHARLES AVENUE 50TH FLOOR NEW ORLEANS, LA  70170-5100 USA **Email or website address** HTTPS://WWW.JONESWALKER.COM/ | | 9/25/2025 | $250,000.00 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| JONES WALKER LLP 201 ST. CHARLES AVENUE 50TH FLOOR NEW ORLEANS, LA  70170-5100 USA **Email or website address** HTTPS://WWW.JONESWALKER.COM/ | | 9/8/2025 | $118,230.25 |
| **Who made the payment, if not debtor?** DEBTOR | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| JONES WALKER LLP<br>201 ST. CHARLES AVENUE<br>50TH FLOOR<br>NEW ORLEANS, LA  70170-5100<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.JONESWALKER.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 8/18/2025 | $250,000.00 |
| SB360 CAPITAL PARTNERS, LLC<br>666 OLD COUNTRY ROAD<br>SUITE 104A<br>GARDEN CITY, NY  11530-2013<br>USA<br><br>**Email or website address**<br>HTTPS://SB360.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 12/30/2025 | $36,157.00 |
| SB360 CAPITAL PARTNERS, LLC<br>666 OLD COUNTRY ROAD<br>SUITE 104A<br>GARDEN CITY, NY  11530-2013<br>USA<br><br>**Email or website address**<br>HTTPS://SB360.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 12/2/2025 | $44,519.96 |
| SB360 CAPITAL PARTNERS, LLC<br>666 OLD COUNTRY ROAD<br>SUITE 104A<br>GARDEN CITY, NY  11530-2013<br>USA<br><br>**Email or website address**<br>HTTPS://SB360.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/25/2025 | $77,998.62 |
| SB360 CAPITAL PARTNERS, LLC<br>666 OLD COUNTRY ROAD<br>SUITE 104A<br>GARDEN CITY, NY  11530-2013<br>USA<br><br>**Email or website address**<br>HTTPS://SB360.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/20/2025 | $131,388.87 |
| SB360 CAPITAL PARTNERS, LLC<br>666 OLD COUNTRY ROAD<br>SUITE 104A<br>GARDEN CITY, NY  11530-2013<br>USA<br><br>**Email or website address**<br>HTTPS://SB360.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/17/2025 | $114,895.77 |
| SB360 CAPITAL PARTNERS, LLC<br>666 OLD COUNTRY ROAD<br>SUITE 104A<br>GARDEN CITY, NY  11530-2013<br>USA<br><br>**Email or website address**<br>HTTPS://SB360.COM/ | | 11/10/2025 | $269,494.72 |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| **Who made the payment, if not debtor?** DEBTOR | | | |
| SB360 CAPITAL PARTNERS, LLC 666 OLD COUNTRY ROAD SUITE 104A GARDEN CITY, NY  11530-2013 USA **Email or website address** HTTPS://SB360.COM/ | | 11/4/2025 | $107,431.78 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| SB360 CAPITAL PARTNERS, LLC 666 OLD COUNTRY ROAD SUITE 104A GARDEN CITY, NY  11530-2013 USA **Email or website address** HTTPS://SB360.COM/ | | 10/23/2025 | $242,279.53 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| SB360 CAPITAL PARTNERS, LLC 666 OLD COUNTRY ROAD SUITE 104A GARDEN CITY, NY  11530-2013 USA **Email or website address** HTTPS://SB360.COM/ | | 10/20/2025 | $190,065.61 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| SB360 CAPITAL PARTNERS, LLC 666 OLD COUNTRY ROAD SUITE 104A GARDEN CITY, NY  11530-2013 USA **Email or website address** HTTPS://SB360.COM/ | | 10/14/2025 | $103,262.70 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| SB360 CAPITAL PARTNERS, LLC 666 OLD COUNTRY ROAD SUITE 104A GARDEN CITY, NY  11530-2013 USA **Email or website address** HTTPS://SB360.COM/ | | 10/6/2025 | $225,560.16 |
| **Who made the payment, if not debtor?** DEBTOR | | | |
| SB360 CAPITAL PARTNERS, LLC 666 OLD COUNTRY ROAD SUITE 104A GARDEN CITY, NY  11530-2013 USA **Email or website address** HTTPS://SB360.COM/ | | 9/23/2025 | $125,000.00 |
| **Who made the payment, if not debtor?** DEBTOR | | | |

Debtor ___Big Rock Sports, LLC_____   Case number (if known)_____
       (Name)

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 12/5/2025 | $40,000.00 |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/17/2025 | $39,943.50 |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 11/5/2025 | $40,000.00 |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 10/16/2025 | $10,000.00 |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 10/2/2025 | $30,000.00 |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/<br><br>**Who made the payment, if not debtor?**<br>DEBTOR | | 9/8/2025 | $40,000.00 |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA<br><br>**Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/ | | 8/13/2025 | $35,000.00 |

Debtor    Big Rock Sports, LLC                              Case number (if known)
          (Name)

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA | | 7/30/2025 | $35,000.00 |
| **Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/ | | | |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA | | 7/11/2025 | $75,000.00 |
| **Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/ | | | |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA | | 1/30/2025 | $412.00 |
| **Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/ | | | |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA | | 1/16/2025 | $31,554.30 |
| **Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/ | | | |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>PO BOX 2611<br>RALEIGH, NC  27602-2611<br>USA | | 1/9/2025 | $22,407.00 |
| **Email or website address**<br>HTTPS://WWW.SMITHLAW.COM/ | | | |
| **Who made the payment, if not debtor?**<br>DEBTOR | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

13. **Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

---

Debtor    Big Rock Sports, LLC                                          Case number (if known)
          (Name)

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy | |
|---|---|---|
| 1141 JAY LANE<br>GRAHAM, NC  27253 | From | To |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for :

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

| **Part 9:** | **Personal Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes.  State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.

☑ Yes.  Does the debtor serve as plan administrator?

    ☐ No.

    ☑ Yes.  Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| BIG ROCK 401(K) SAVINGS PLAN | 58-2579365 |

    Has the plan been terminated?

    ☐ No

    ☑ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

Debtor    Big Rock Sports, LLC
(Name)

Case number (if known)

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

---

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

---

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business  name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| BRS CANADA ACQUISITION, INC.<br>158 LITTLE NINE ROAD<br>MOREHEAD CITY, NC  28557 | | **Date business existed**<br>From:                    To: |

---

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within  2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| PWC<br>300 MADISON AVENUE<br>NEW YORK, NY  10017 | From  2023            To  2024 |

26b.    List all firms or individuals who have audited, compiled,  or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| PB MARES<br>3621 JOHN PLATT DRIVE<br>MOREHEAD CITY, NC  28557 | From  2023            To  2024 |
| PWC<br>300 MADISON AVENUE<br>NEW YORK, NY  10017 | From  2023            To  2024 |

---

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed .

☑ None

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**
Have any inventories of the debtor's property been taken within  2 years before filing this case?

☐ None

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| TIGER CAPITAL GROUP | FEBRUARY 2025 | |
| **Name and address of the person who has possession of inventory records** | | |
| LIQUIDATION ANALYSIS | | |
| ONE GRAND CENTRAL PLACE | | |
| 60 E 42ND ST | | |
| NEW YORK, NY  10165 | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| HOWARD P. MEITINER | C/O CARL MARKS ADVISORS<br>900 THIRD AVENUE<br>10TH FLOOR<br>NEW YORK, NY  10022 | CHIEF RESTRUCTURING OFFICER | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| JAMES H. HAWORTH | PO BOX 187<br>SOUTHWEST CITY, MO  64863 | CHIEF EXECUTIVE OFFICER | From  1/1/2024     To  8/22/2025 |
| RONALD T. KAY | 7809 KENSINGTON MANOR LANE<br>WAKE FOREST, NC  27587 | CHIEF FINANCIAL OFFICER | From  4/20/2023    To  10/17/2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| SEE SOFA 4 | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ None

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ None

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/16/2026.

✗   /s/ Howard P. Meitiner                                        Howard P. Meitiner
_____        _____
Signature of individual signing on behalf of the debtor            Printed Name

Chief Restructuring Officer
_____
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**SOFA 3 Exhibit**
**Check Register for payments made 10/1/2025 through 1/7/2026**
**Big Rock Sports, LLC**

| CHECK NO | VENDOR NAME | PAYMENT DATE | INVOICE NO | TRAN OR VOIDED | CHECK AMOUNT |
|---|---|---|---|---|---|
| 19123 | ALBERT MCELMON | 10/30/2025 | Invc 1030202502 | 10/2/2025 | 1,000.00 |
| | | | Invc 1030202501 | 10/29/2025 | 1,000.00 |
| | | | | *CHECK TOTAL | 2,000.00 |
| 19124 | CHRIS GOODEN | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 999.87 |
| 19125 | ERIC SCHREURS | 10/30/2025 | Invc 1030202501 | 10/2/2025 | 1,000.00 |
| 19126 | FRED OCHS | 10/30/2025 | Invc 1030202502 | 10/2/2025 | 999.6 |
| | | | Invc 1030202501 | 10/29/2025 | 999.6 |
| | | | | *CHECK TOTAL | 1,999.20 |
| 19127 | GEORGE ANUSAUSKAS | 10/30/2025 | Invc 1030202501 | 10/2/2025 | 1,000.00 |
| | | | Invc 1030202502 | 10/29/2025 | 1,000.00 |
| | | | | *CHECK TOTAL | 2,000.00 |
| 19128 | GLENN MONGOLD | 10/30/2025 | Invc 1030202502 | 10/2/2025 | 252.64 |
| | | | Invc 1030202501 | 10/29/2025 | 252.64 |
| | | | | *CHECK TOTAL | 505.28 |
| 19129 | GREGG BACHNER | 10/30/2025 | Invc 1030202501 | 10/2/2025 | 1,500.00 |
| 19130 | JAMES GETTY | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 1,000.00 |
| | | | Invc 1030202502 | 10/21/2025 | 1,000.00 |
| | | | | *CHECK TOTAL | 2,000.00 |
| 19131 | JOE SCHACHER | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 1,213.10 |
| 19132 | JOSEPH GANKA | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 999.6 |
| 19133 | JOSH HART | 10/30/2025 | Invc 1030202501 | 10/2/2025 | 1,000.00 |
| 19134 | KELLY SMITH | 10/30/2025 | Invc 1030202501 | 10/2/2025 | 185.63 |
| 19135 | Linda Morris | 10/30/2025 | Invc 1030202501 | 10/29/2025 | 179.32 |
| 19136 | LISA JEFFCOAT | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 157.28 |
| 19137 | MATTHEW MICKEY | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 90.8 |
| 19138 | MICHAEL HINCH | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 185.24 |
| 19140 | SHERRY POWERS | 10/30/2025 | Invc 1030202501 | 10/2/2025 | 98.49 |
| | | | Invc 1030202502 | 10/29/2025 | 101.31 |
| | | | | *CHECK TOTAL | 199.8 |
| 19141 | TOM J. HURAK | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 1,000.00 |
| 19142 | WILLIAM GRAHAM | 10/30/2025 | Invc 1030202501 | 10/21/2025 | 1,000.00 |
| 19143 | ALBERT MCELMON | 11/26/2025 | Invc 1126202501 | 11/20/2025 | 500 |
| 19144 | CHRIS GOODEN | 11/26/2025 | Invc 1126202501 | 11/20/2025 | 500 |
| 19145 | ERIC SCHREURS | 11/26/2025 | Invc 1126202501 | 11/4/2025 | 1,000.00 |
| | | | Invc 1126202502 | 11/20/2025 | 500 |
| | | | | *CHECK TOTAL | 1,500.00 |
| 19146 | FRED OCHS | 11/26/2025 | Invc 1126202501 | 11/20/2025 | 500 |
| 19147 | GREGG BACHNER | 11/26/2025 | Invc 1126202502 | 11/4/2025 | 1,145.40 |
| | | | Invc 1126202501 | 11/20/2025 | 500 |
| | | | | *CHECK TOTAL | 1,645.40 |

| 19148 | JOE SCHACHER | 11/26/2025 | Invc 1126202501 | 11/20/2025 | | 624.4 |
|-------|--------------|-----------|-----------------|-----------|--|-------|
| 19149 | JOSH HART | 11/26/2025 | Invc 1126202501 | 11/4/2025 | | 1,000.00 |
| | | | Invc 1126202502 | 11/20/2025 | | 500 |
| | | | | | *CHECK TOTAL | 1,500.00 |
| 19150 | KELLY SMITH | 11/26/2025 | Invc 1126202501 | 11/4/2025 | | 185.7 |
| 19151 | LISA MOLINE | 11/26/2025 | Invc 1126202502 | 11/4/2025 | | 1,051.01 |
| | | | Invc 1126202501 | 11/25/2025 | | 2,115.31 |
| | | | | | *CHECK TOTAL | 3,166.32 |
| 19152 | SHERRY POWERS | 11/26/2025 | Invc 1126202501 | 11/20/2025 | | 101.31 |
| 19153 | TOM J. HURAK | 11/26/2025 | Invc 1126202501 | 11/20/2025 | | 500 |
| 19154 | WILLIAM GRAHAM | 11/26/2025 | Invc 1126202501 | 11/20/2025 | | 500 |
| 223530 | VISTA RECREATION | 10/3/2025 | Invc 012724 | 1/27/2024 | | 1,353.23 |
| | | | CrM DN01475-REV | 10/3/2025 | | -1,353.23 |
| | | | | | *CHECK TOTAL | 0 |
| 223531 | KEYSTONE COLLECTIONS GROUP | 10/7/2025 | Invc 09302025 | 10/2/2025 | | 1,127.87 |
| | | | CrM 09302025R | 10/2/2025 | | -1,127.87 |
| | | | | | *CHECK TOTAL | 0 |
| 223532 | Beretta USA | 11/4/2025 | Invc LC250505-01 | 5/5/2025 | | 465 |
| | | | CrM LC250505-01 | R 05/05/25 | | -465 |
| | | | | | *CHECK TOTAL | 0 |
| 223533 | FIRST SOURCE | 11/4/2025 | Invc FSI-55096A | 4/23/2025 | | 2,694.60 |
| | | | CrM FSI-55096R | 7/28/2025 | | -2,694.60 |
| | | | | | *CHECK TOTAL | 0 |
| 223534 | SHAKESPEARE COMPANY | 11/4/2025 | CrM Q2DEFALL202 | 3 06/30/23 | | -27.25 |
| | | | Invc Q2DEFALL23 | 6/30/2023 | | 27.25 |
| | | | | | *CHECK TOTAL | 0 |
| 223538 | STURM, RUGER & CO. INC. | 11/4/2025 | Invc 548878 | 6/3/2025 | | 64.44 |
| | | | Invc 548909 | 6/4/2025 | | 128.88 |
| | | | Invc 548914 | 6/4/2025 | | 194,411.16 |
| | | | Invc 548914A | 6/4/2025 | | 72,362.97 |
| | | | Invc 548915 | 6/4/2025 | | 43,456.05 |
| | | | Invc 548918 | 6/4/2025 | | 1,151.46 |
| | | | Invc 548918A | 6/4/2025 | | 425.4 |
| | | | Invc 548923 | 6/4/2025 | | 39,993.71 |
| | | | Invc 548940 | 6/5/2025 | | 947.2 |
| | | | Invc 548941 | 6/5/2025 | | 100,709.40 |
| | | | Invc 548941A | 6/5/2025 | | 102,577.18 |
| | | | Invc 548951 | 6/5/2025 | | 1,347.96 |
| | | | Invc 548963 | 6/5/2025 | | 35,910.80 |
| | | | Invc 549009 | 6/6/2025 | | 3,503.76 |
| | | | Invc 549138 | 6/11/2025 | | 59,253.80 |
| | | | Invc 549139 | 6/11/2025 | | 92.4 |
| | | | Invc 549419 | 6/18/2025 | | 24,266.64 |
| | | | Invc 549488 | 6/19/2025 | | 410.88 |
| | | | Invc 549489 | 6/19/2025 | | 55,875.50 |
| | | | Invc 549489A | 6/19/2025 | | 31,633.57 |
| | | | Invc 549568 | 6/20/2025 | | 902.46 |
| | | | Invc 549584 | 6/20/2025 | | 189.8 |
| | | | Invc 549609 | 6/23/2025 | | 85.92 |
| | | | Invc 549625 | 6/23/2025 | | 242.76 |
| | | | Invc 549712 | 6/24/2025 | | 8,220.39 |
| | | | Invc 549718 | 6/24/2025 | | 7,591.20 |
| | | | Invc 549798 | 6/25/2025 | | 18,757.52 |
| | | | Invc 549862 | 6/26/2025 | | 284.7 |
| | | | Invc 549863 | 6/26/2025 | | 343.76 |
| | | | Invc 549962A | 6/27/2025 | | 195.84 |
| | | | Invc 549965 | 6/27/2025 | | 73.44 |
| | | | Invc 549967A | 6/27/2025 | | 259.8 |

| | | | |
|---|---|---|---:|
| | Invc 550009 | 6/28/2025 | 457.64 |
| | Invc 550010 | 6/28/2025 | 76,729.47 |
| | Invc 550010A | 6/28/2025 | 34,807.06 |
| | Invc 550025 | 6/28/2025 | 64.44 |
| | Invc 550057 | 6/28/2025 | 67.4 |
| | Invc BC250616-03 | 7/7/2025 | 0 |
| | CrM 071825LCCM | 7/18/2025 | -662,671.25 |
| | CrM RC250725 | 7/25/2025 | -5,960.49 |
| | Invc LC250806-02 | 8/6/2025 | 3,073.39 |
| | Invc LC250807-01 | 8/7/2025 | 1,089.68 |
| | Invc LC250803-03 | 8/8/2025 | 1,427.64 |
| | CrM 092525LC-CM | 9/25/2025 | -261,632.03 |
| | Invc 101425LCCM | 10/14/2025 | 6,876.30 |
| | | *CHECK TOTAL | 0 |
| 223542  SWH INTERNATIONAL, LLC | 11/4/2025 Invc 20250531021 | A 06/03/25 | 3,767.04 |
| | Invc 20250531021 | B 06/03/25 | 21,395.52 |
| | Invc 20250531023 | A 06/03/25 | 16,672.32 |
| | Invc 20250531023 | B 06/03/25 | 141,350.61 |
| | CrM 20250531023 | R 06/03/25 | -158,022.93 |
| | Invc 20250531024 | A 06/03/25 | 633.6 |
| | Invc 20250531024 | B 06/03/25 | 6,027.84 |
| | Invc 20250531024 | C 06/03/25 | 292.8 |
| | Invc 20250531024 | D 06/03/25 | 292.8 |
| | Invc 20250531024 | E 06/03/25 | 1,416.00 |
| | Invc 20250531024 | F 06/03/25 | 40,104.00 |
| | CrM 20250531024 | R 06/03/25 | -48,767.04 |
| | Invc 20250602027 | A 06/03/25 | 1,175.04 |
| | Invc 20250602027 | B 06/03/25 | 99,264.00 |
| | CrM 20250602027 | R 06/03/25 | -100,439.04 |
| | Invc 20250603031 | A 06/03/25 | 3,780.00 |
| | Invc 20250603031 | B 06/03/25 | 10,540.80 |
| | CrM 20250603031 | R 06/03/25 | -14,320.80 |
| | Invc 20250530028 | A 06/04/25 | 1,209.60 |
| | Invc 20250530028 | B 06/04/25 | 60,210.72 |
| | Invc 20250530028 | C 06/04/25 | 1,401.60 |
| | CrM 20250530028 | R 06/04/25 | -62,821.92 |
| | Invc 2025060-033 | B 06/06/25 | 696 |
| | Invc 20250604029 | A 06/09/25 | 2,318.40 |
| | Invc 20250604029 | B 06/09/25 | 51,849.60 |
| | CrM 20250604029 | R 06/09/25 | -54,168.00 |
| | Invc 20250606032 | A 06/09/25 | 4,812.00 |
| | Invc 20250606032 | B 06/09/25 | 4,667.04 |
| | CrM 20250606032 | R 06/09/25 | -9,479.04 |
| | Invc 20250607030 | A 06/09/25 | 7,796.88 |
| | Invc 20250607030 | B 06/09/25 | 5,080.32 |
| | Invc 20250607030 | C 06/09/25 | 52,155.36 |
| | CrM 20250607030 | R 06/09/25 | -65,032.56 |
| | Invc 20250609033 | 6/9/2025 | 1,182.00 |
| | Invc 20250609033 | A 06/09/25 | 579 |
| | Invc 20250609033 | C 06/09/25 | 870 |
| | CrM 20250609033 | R 06/09/25 | -3,327.00 |
| | Invc 20250609034 | A 06/09/25 | 318 |
| | Invc 20250609034 | B 06/09/25 | 174 |
| | Invc 20250609034 | C 06/09/25 | 1,428.00 |
| | Invc 20250609034 | D 06/09/25 | 348 |
| | CrM 20250609034 | R 06/09/25 | -2,268.00 |
| | Invc 20250613036 | A 06/09/25 | 51,796.80 |
| | CrM 20250613036 | R 06/09/25 | -51,796.80 |
| | Invc 20250614035 | A 06/09/25 | 10,599.60 |
| | CrM 20250614035 | R 06/09/25 | -10,599.60 |
| | CrM 20250531021 | R 09/03/25 | -25,162.56 |
| | | *CHECK TOTAL | 0 |
| 223543  SWH INTERNATIONAL, LLC/STAR | 11/4/2025 CrM 20250707022 | R 07/08/25 | -72,732.95 |
| | Invc 5973 | 7/8/2025 | 72,732.95 |
| | | *CHECK TOTAL | 0 |
| 223544  THE KINETIC GROUP SALES-ESTATE | 11/4/2025 Invc INV00258609 | 7 06/04/25 | 11,184.00 |
| | CrM 091225LC-CM | 9/12/2025 | -11,184.00 |

|  |  |  |  | *CHECK TOTAL | 0 |
|---|---|---|---|---|---|
| 223545 | TRU-FIRE | 11/4/2025 | Invc 791241 | 7/9/2024 | 2,983.35 |
|  |  |  | Invc 791241A | 7/9/2024 | -2,983.35 |
|  |  |  |  | *CHECK TOTAL | 0 |
| 223546 | MUSIC CITY CENTER | 11/4/2025 | Invc 5980-1 | 2/19/2025 | 32,500.00 |
|  |  |  | CrM 5980-1 CM | 2/19/2025 | -32,500.00 |
|  |  |  |  | *CHECK TOTAL | 0 |
| 223547 | QUEST SOFTWARE, INC | 11/4/2025 | Invc 1001087441 | 5/27/2025 | 2,534.00 |
|  |  |  | CrM 1001087441C | M 05/27/25 | -2,534.00 |
|  |  |  |  | *CHECK TOTAL | 0 |
| 223549 | TRANSPORTATION INSIGHT, LLC | 11/5/2025 | Invc 80044306-SR | 10/2/2025 | 12,741.61 |
|  |  |  | CrM 80044306SR | 10/2/2025 | -12,741.61 |
|  |  |  |  | *CHECK TOTAL | 0 |
| 223550 | TRANSPORTATION INSIGHT, LLC | 11/7/2025 | Invc 1165636-BS | 10/23/2025 | 2,085.00 |
|  |  |  | CrM 1165636-BSR | 10/23/2025 | -2,085.00 |
|  |  |  | Invc 912004 | 10/23/2025 | 3,449.00 |
|  |  |  | CrM 912004R | 10/23/2025 | -3,449.00 |
|  |  |  |  | *CHECK TOTAL | 0 |
| 223551 | DRYDEN AGWAY SUPPLY | 11/12/2025 | Invc 093025REFUN | D 09/03/25 | 11.5 |
|  |  |  | CrM 111225REV | 11/12/2025 | -11.5 |
|  |  |  |  | *CHECK TOTAL | 0 |
| 306433 | TEAM MECHANICAL, LLC | 10/7/2025 | Invc 988 | 4/16/2025 | 4,204.20 |
|  |  |  | Invc 1052 | 4/22/2025 | 343.2 |
|  |  |  | Invc 120075 | 5/15/2025 | 520.16 |
|  |  |  | Invc 120340 | 6/6/2025 | 457 |
|  |  |  | Invc 120373 | 6/11/2025 | 839.05 |
|  |  |  | Invc 120452 | 6/13/2025 | 1,959.46 |
|  |  |  | Invc 120618 | 6/20/2025 | 457.5 |
|  |  |  |  | *CHECK TOTAL | 8,780.57 |
| 306434 | ALERT SECURITY ASSET PROTECTIO | 10/8/2025 | Invc 87439 | 8/14/2025 | 1,267.44 |
|  |  |  | Invc 87492 | 8/21/2025 | 1,267.44 |
|  |  |  | Invc 87694 | 8/28/2025 | 1,267.44 |
|  |  |  | Invc 87745 | 9/4/2025 | 1,013.95 |
|  |  |  |  | *CHECK TOTAL | 4,816.27 |
| 306435 | ALLIED UNIVERSAL | 10/8/2025 | Invc 17626880 | 10/2/2025 | 1,656.20 |
| 306436 | AMAZON CAPITAL SERVICES, INC | 10/8/2025 | Invc 1WVK4LQXCRW | T 09/16/25 | 154.8 |
| 306437 | ASSOCIATED | 10/8/2025 | Invc UC40810003 | 9/10/2025 | 3,622.00 |
| 306438 | BILLING SOLUTIONS, INC | 10/8/2025 | Invc 2507103922 | 7/1/2025 | 18.15 |
|  |  |  | Invc 2508103922 | 8/1/2025 | 28.36 |
|  |  |  |  | *CHECK TOTAL | 46.51 |
| 306439 | CAROLINA HANDLING LLC | 10/8/2025 | Invc RP240830004 | 9/8/2025 | 262.61 |
|  |  |  | Invc RC201009956 | 7 09/12/25 | 117.98 |
|  |  |  |  | *CHECK TOTAL | 380.59 |
| 306440 | CENTURYLINK | 10/8/2025 | Invc 092525 | 9/25/2025 | 134.75 |
| 306441 | CINTAS CORP | 10/8/2025 | Invc 4244834527 | 9/29/2025 | 654.77 |
|  |  |  | Invc 4245609210 | 10/6/2025 | 654.77 |
|  |  |  |  | *CHECK TOTAL | 1,309.54 |
| 306442 | CINTAS CORPORATION NO. 2 | 10/8/2025 | Invc 4244799128 | 9/29/2025 | 1,150.05 |
|  |  |  | Invc 4245539376 | 10/6/2025 | 1,066.93 |
|  |  |  |  | *CHECK TOTAL | 2,216.98 |
| 306443 | CITY OF SAUK RAPIDS | 10/8/2025 | Invc 0701-083125 | 9/26/2025 | 666.48 |

| | | | |
|---|---|---|---|
| 306444 CLEGG'S TERMITE & PEST CONTROL | 10/8/2025 Invc 5478681 | 9/29/2025 | 170 |
| 306445 COMPREHENSIVE MARKETING | 10/8/2025 Invc 100225 | 10/2/2025 | 1,127.87 |
| 306446 DATA CAPTURE SOLUTIONS | 10/8/2025 Invc INV90245998 | 9/12/2025 | 4,395.43 |
| 306447 DUKE ENERGY PROGRESS | 10/8/2025 Invc 092525-7202 | 10/1/2025 | 1,705.12 |
| | Invc 092925 | 10/1/2025 | 351.96 |
| | Invc 092925-7450 | 10/1/2025 | 3,522.60 |
| | | *CHECK TOTAL | 5,579.68 |
| 306448 EQUIFAX INFORMATION SERVICE | 10/8/2025 Invc 2066136697 | 6/17/2025 | 197.93 |
| | Invc 2066605516 | 7/17/2025 | 428.79 |
| | Invc 2067101800 | 8/17/2025 | 18 |
| | | *CHECK TOTAL | 644.72 |
| 306449 INFRANET TECHNOLOGIES GROUP IN | 10/8/2025 Invc 25-48804FP | 10/1/2025 | 20,850.89 |
| 306450 LEVEL 3 COMMUNICATIONS, LLC | 10/8/2025 Invc 756044972 | 10/1/2025 | 1,217.30 |
| | Invc 756219863 | 10/1/2025 | 5,681.47 |
| | | *CHECK TOTAL | 6,898.77 |
| 306451 LINA | 10/8/2025 Invc 100325 | 10/3/2025 | 8,155.00 |
| 306452 MORRISETTE PAPER CO, INC | 10/8/2025 Invc 5183255 | 8/22/2025 | 16,730.20 |
| | Invc 5187148 | 9/10/2025 | 7,092.00 |
| | Invc 5187169 | 9/10/2025 | 1,837.50 |
| | CrM 5154299-CRE | D 10/03/25 | -30 |
| | | *CHECK TOTAL | 25,629.70 |
| 306453 NET NV LLC | 10/8/2025 Invc 025093 | 9/16/2025 | 349 |
| 306454 NV ENERGY | 10/8/2025 Invc 092025 | 9/20/2025 | 42 |
| 306455 PAYER MATRIX, LLC | 10/8/2025 Invc 022485 | 9/11/2025 | 1,075.08 |
| 306456 PIEDMONT NATURAL GAS CO, INC | 10/8/2025 Invc 100825 | 10/5/2025 | 23.54 |
| 306457 POWERCELL | 10/8/2025 Invc 1364 | 9/8/2025 | 670.31 |
| 306458 PROVIDENT LIFE & ACCIDENT INSU | 10/8/2025 Invc 093025 | 10/1/2025 | 887.79 |
| 306459 QUADIENT LEASING USA, INC | 10/8/2025 Invc 092925 | 9/29/2025 | 81.53 |
| 306460 RAYMOND HANDLING CONCEPTS CORP | 10/8/2025 Invc R17288625 | 9/10/2025 | 1,298.09 |
| | Invc R17288815 | 9/12/2025 | 3,118.04 |
| | | *CHECK TOTAL | 4,416.13 |
| 306461 REGIONS COMM EQUIPMENT FINANCE | 10/8/2025 Invc 2156559 | 9/26/2025 | 1,313.69 |
| 306462 REPUBLIC SERVICES #891 | 10/8/2025 Invc 08910147903 | 5 09/25/25 | 1,421.65 |
| 306463 RITHUM, LLC | 10/8/2025 Invc 2623554 | 9/30/2025 | 307.34 |
| 306464 ROTHFORK ENTERPRISE | 10/8/2025 Invc 1031 | 10/2/2025 | 242.73 |
| 306465 SCR, INC - ST CLOUD | 10/8/2025 Invc AC012655 | 8/1/2025 | 332 |
| 306466 SOFT WATER SOLUTIONS, LLC | 10/8/2025 Invc 134221 | 9/11/2025 | 356.29 |
| 306467 SPECTRUM BUSINESS | 10/8/2025 Invc 093025-0125 | 10/1/2025 | 145 |
| 306468 SPEE DEE DELIVERY SERVICE INC | 10/8/2025 Invc 12824621 | 7/12/2025 | 4,962.90 |
| | Invc 1303140 | 8/16/2025 | 1,909.22 |
| | Invc 1306478 | 8/23/2025 | 2,178.24 |
| | Invc 1308840 | 8/30/2025 | 2,240.24 |
| | Invc 1318121 | 9/6/2025 | 1,437.99 |
| | Invc 1300449 | 9/8/2025 | 2,498.52 |
| | Invc 1320690 | 9/13/2025 | 1,805.39 |
| | Invc 3523022 | 10/2/2025 | 2,121.62 |

|  |  |  |  | *CHECK TOTAL | 19,154.12 |
|---|---|---|---|---|---|
| 306469 | SPS Commerce | 10/8/2025 | VOID | 10/16/2025 | 15,795.13 |
| 306470 | STEPHENS INSURANCE, LLC | 10/8/2025 | Invc 101718 | 10/1/2025 | 7,000.00 |
| 306471 | THE HARTFORD | 10/8/2025 | Invc 66757951247 | 4 09/15/25 | 2,047.51 |
| 306472 | VERITIV OPERATING CO. | 10/8/2025 | Invc 593-3888965 | 8 09/11/25 | 1,366.51 |
| 306473 | WA DEPT OF LABOR & INDUSTRIES | 10/8/2025 | Invc Q3-2025 | 10/3/2025 | 113.88 |
| 306474 | WASTE MANAGEMENT | 10/8/2025 | Invc 02394704738 | 9 10/01/25 | 3,594.70 |
| 306475 | ADP SCREENING & SELECTION SVC | 10/16/2025 | Invc 33740909202 | 5 09/29/25 | 47.7 |
| 306476 | ALERT SECURITY ASSET PROTECTIO | 10/16/2025 | Invc 87900 | 9/18/2025 | 1,267.44 |
| 306477 | AMAZON WEB SERVICES | 10/16/2025 | Invc 2327420033 | 10/1/2025 | 15,938.69 |
| 306478 | ANZA MAILING SYSTEMS, INC | 10/16/2025 | Invc 72075 | 9/9/2025 | 1,148.00 |
| 306479 | ENVISTA LLC | 10/16/2025 | Invc PINV-8551 | 9/15/2025 | 1,365.00 |
|  |  |  | Invc PINV-8697 | 9/30/2025 | 840 |
|  |  |  |  | *CHECK TOTAL | 2,205.00 |
| 306480 | HOWARD, STALLINGS, FROM & HUTS | 10/16/2025 | Invc 316069 | 10/8/2025 | 103.5 |
| 306481 | INFRANET TECHNOLOGIES GROUP IN | 10/16/2025 | Invc 25-48915 | 10/8/2025 | 640.5 |
| 306482 | INSIGHT PEST MANAGEMENT | 10/16/2025 | Invc 18907 | 10/8/2025 | 80 |
| 306483 | JOHNSON CONTROLS SECURITY LLC | 10/16/2025 | Invc 41700840 | 9/13/2025 | 2,871.27 |
|  |  |  | Invc 41700844 | 9/13/2025 | 4,544.76 |
|  |  |  |  | *CHECK TOTAL | 7,416.03 |
| 306484 | ROUSE SEPTIC TANK SERVICE | 10/16/2025 | Invc 48907 | 10/9/2025 | 300 |
| 306485 | SPS Commerce | 10/16/2025 | Invc PSI-1170448 | 7 09/09/25 | 15,795.13 |
| 306486 | SUPERIOR LIFTS & EQUIPMENT LLC | 10/16/2025 | Invc 11888 | 9/5/2025 | 56.48 |
|  |  |  | Invc 11889 | 9/5/2025 | 56.48 |
|  |  |  | Invc 11890 | 9/5/2025 | 56.48 |
|  |  |  | Invc 11892 | 9/5/2025 | 56.48 |
|  |  |  | Invc 11893 | 9/5/2025 | 56.48 |
|  |  |  | Invc 11894 | 9/5/2025 | 85.09 |
|  |  |  | Invc 11895 | 9/5/2025 | 56.48 |
|  |  |  | Invc 11902 | 9/8/2025 | 56.48 |
|  |  |  |  | *CHECK TOTAL | 480.45 |
| 306487 | VERBIDIO, INC. | 10/16/2025 | Invc TH88389-50 | 9/30/2025 | 5,000.00 |
| 306488 | VSP INSURANCE CO. (CT) | 10/16/2025 | Invc 823821837 | 10/8/2025 | 1,999.55 |
| 306489 | WAGEWORKS, INC. | 10/16/2025 | Invc 0925-TR7816 | 4 10/09/25 | 252 |
| 306490 | WRIGHT EXPRESS FSC | 10/16/2025 | Invc 107520201 | 9/23/2025 | 133 |
| 306491 | MASTERS TOUCH CLEANING SERVICE | 10/16/2025 | Invc 070 | 5/19/2025 | 2,050.00 |
|  |  |  | Invc 071 | 5/27/2025 | 2,050.00 |
|  |  |  | Invc 072 | 6/5/2025 | 1,640.00 |
|  |  |  | Invc 073 | 6/9/2025 | 2,050.00 |
|  |  |  | Invc 074 | 6/16/2025 | 2,275.00 |
|  |  |  | Invc 075 | 6/23/2025 | 2,050.00 |
|  |  |  |  | *CHECK TOTAL | 12,115.00 |
| 306492 | SPS Commerce | 10/16/2025 | Invc PSI11663139 | 0 03/09/25 | 420 |
|  |  |  | Invc PSI11669014 | 8 04/06/25 | 420 |
|  |  |  | Invc PSI11674862 | 1 05/07/25 | 420 |
|  |  |  | Invc PSI11680752 | 0 06/06/25 | 420 |

| | | | | |
|---|---|---|---|---|
| | | Invc PSI11687078 | 1 07/09/25 | 420 |
| | | Invc PSI-1169875 | 6 08/08/25 | 15,795.13 |
| | | Invc PSI11695461 | 8 09/02/25 | 441 |
| | | Invc PSI11698591 | 7 09/05/25 | 441 |
| | | Invc PSI11705277 | 6 10/10/25 | 441 |
| | | | *CHECK TOTAL | 19,218.13 |
| 306493 | ALERT SECURITY ASSET PROTECTIO | 10/23/2025 Invc 88095 | 9/25/2025 | 1,267.44 |
| 306494 | ALLIED UNIVERSAL | 10/23/2025 Invc 17648325 | 10/9/2025 | 1,668.03 |
| | | Invc 17671007 | 10/16/2025 | 1,668.03 |
| | | | *CHECK TOTAL | 3,336.06 |
| 306495 | AMAZON CAPITAL SERVICES, INC | 10/23/2025 Invc 1VT4N9QMF33 | 6 09/19/25 | 93.78 |
| | | Invc 1M6X4J4HD41 | G 09/26/25 | 964.98 |
| | | | *CHECK TOTAL | 1,058.76 |
| 306496 | AMERICAN EXPRESS | 10/23/2025 Invc 101325-BS | 10/13/2025 | 2,111.24 |
| | | Invc 101625 | 10/16/2025 | 4,833.14 |
| | | Invc 101625-CH | 10/16/2025 | 812.22 |
| | | Invc 101625-MR | 10/16/2025 | 61.98 |
| | | Invc 101625-SR | 10/16/2025 | 124.48 |
| | | | *CHECK TOTAL | 7,943.06 |
| 306497 | ARAMARK REFRESHMENT SERVICES L | 10/23/2025 Invc 13461982 | 8/22/2025 | 202.8 |
| | | Invc 13774917 | 9/26/2025 | 202.8 |
| | | | *CHECK TOTAL | 405.6 |
| 306498 | AT & T | 10/23/2025 Invc 100725-496 | 10/7/2025 | 600.54 |
| 306499 | CAROLINA HANDLING LLC | 10/23/2025 Invc RC222004214 | 3 09/17/25 | 6,467.43 |
| | | Invc RC222004034 | 7 09/26/25 | 10,214.86 |
| | | Invc RC252001618 | 9/26/2025 | 853.34 |
| | | Invc CP240210-20 | 10/7/2025 | 0 |
| | | | *CHECK TOTAL | 17,535.63 |
| 306500 | CHARTER COMMUNICATIONS | 10/23/2025 Invc 14028880117 | 2 10/07/25 | 1,319.00 |
| 306501 | CINTAS CORPORATION NO. 2 | 10/23/2025 Invc 4246304682 | 10/13/2025 | 654.77 |
| | | Invc 426278009 | 10/13/2025 | 1,199.44 |
| | | | *CHECK TOTAL | 1,854.21 |
| 306502 | CROWN PACKAGING CORP | 10/23/2025 Invc 3799280 | 9/4/2025 | 9,741.79 |
| | | Invc 3806314 | 9/17/2025 | 11,606.48 |
| | | | *CHECK TOTAL | 21,348.27 |
| 306503 | EAST CAROLINA Builders | 10/23/2025 Invc 1298 | 9/30/2025 | 495 |
| 306504 | eGROUP CONSOLIDATED HOLDING, L | 10/23/2025 Invc 45481 | 10/6/2025 | 6,816.01 |
| 306505 | EPICOR SOFTWARE CORP | 10/23/2025 Invc 100-6078830 | 0 09/25/25 | 800 |
| 306506 | EQUIFAX INFORMATION SERVICE | 10/23/2025 Invc 2067577363 | 9/17/2025 | 18 |
| 306507 | FIRST AMERICAN COMMERCIAL BANK | 10/23/2025 Invc 00480467 | 10/6/2025 | 19,312.52 |
| 306508 | GFL ENVIRONMENTAL | 10/23/2025 Invc 0070585923 | 9/30/2025 | 581.19 |
| | | Invc 0070655033 | 9/30/2025 | 1,523.73 |
| | | | *CHECK TOTAL | 2,104.92 |
| 306509 | MORRISETTE PAPER CO, INC | 10/23/2025 Invc 5188644 | 9/17/2025 | 9,846.10 |
| | | Invc 5189313 | 9/19/2025 | 3,564.00 |
| | | Invc 5190543 | 9/25/2025 | 6,231.90 |
| | | Invc 5190873 | 9/26/2025 | 4,617.50 |
| | | | *CHECK TOTAL | 24,259.50 |
| 306510 | NV ENERGY | 10/23/2025 Invc 100125-9766 | 10/4/2025 | 246.06 |
| | | Invc 100125-9774 | 10/4/2025 | 456.09 |
| | | Invc 100125-9782 | 10/4/2025 | 243.18 |
| | | Invc 100125-9790 | 10/4/2025 | 555.56 |

|  |  |  | Invc 100125-9816 | 10/4/2025 | 158.61 |
|  |  |  |  | *CHECK TOTAL | 1,659.50 |
| 306511 | PAYER MATRIX, LLC | 10/23/2025 | Invc 023048 | 10/13/2025 | 1,075.08 |
| 306512 | PERSONIFY HEALTH | 10/23/2025 | Invc S2882-10 | 10/1/2025 | 17,272.85 |
| 306513 | PIEDMONT NATURAL GAS CO, INC | 10/23/2025 | Invc 100825-6644 | 10/8/2025 | 24 |
| 306514 | PREFERRED ELECTRIC CO. INC. | 10/23/2025 | Invc 1840033 | 6/3/2025 | 713.21 |
| 306515 | REGIONS COMM EQUIPMENT FINANCE | 10/23/2025 | Invc 2168260 | 10/9/2025 | 1,248.08 |
| 306516 | SAFETY ON SITE | 10/23/2025 | Invc 114344 | 9/18/2025 | 53.53 |
| 306517 | SPECTRUM BUSINESS | 10/23/2025 | Invc 20580010012 | 5 10/01/25 | 145 |
| 306518 | STERICYCLE, INC. | 10/23/2025 | Invc 8012018402 | 9/18/2025 | 245.72 |
| 306519 | TRUCKEE MEADOWS WATER AUTHORIT | 10/23/2025 | Invc 10-0175.302 | 10/9/2025 | 112.67 |
|  |  |  | Invc 101025 | 10/9/2025 | 84.52 |
|  |  |  | Invc 11-7242.302 | 10/9/2025 | 164.41 |
|  |  |  | Invc 11-7243.302 | 10/9/2025 | 1,266.60 |
|  |  |  |  | *CHECK TOTAL | 1,628.20 |
| 306520 | ULINE | 10/23/2025 | Invc 198389763 | 9/24/2025 | 553.78 |
| 306521 | VERITIV OPERATING CO. | 10/23/2025 | Invc 593-3889396 | 8 09/18/25 | 1,028.75 |
|  |  |  | Invc 593-3889535 | 8 09/19/25 | 3,086.24 |
|  |  |  |  | *CHECK TOTAL | 4,114.99 |
| 306522 | WASTE MANAGEMENT | 10/23/2025 | Invc 8459367-114 | 9 10/03/25 | 1,158.07 |
| 306523 | XCEL ENERGY | 10/23/2025 | Invc 101725 | 10/6/2025 | 2,565.00 |
| 306524 | UNITED STATES TREASURY | 10/27/2025 | Invc Q32025 | 9/30/2025 | 123,668.10 |
| 306525 | ALERT SECURITY ASSET PROTECTIO | 10/29/2025 | Invc 87847 | 9/11/2025 | 1,267.44 |
|  |  |  | Invc 88151 | 10/2/2025 | 1,267.44 |
|  |  |  |  | *CHECK TOTAL | 2,534.88 |
| 306526 | ALLIED UNIVERSAL | 10/29/2025 | Invc 17688293 | 10/23/2025 | 1,549.73 |
| 306527 | AMAZON CAPITAL SERVICES, INC | 10/29/2025 | Invc 1NGT33QF1JG | Q 10/06/25 | 112.05 |
| 306528 | ASSOCIATED | 10/29/2025 | Invc FP602600311 | 7 10/01/25 | 309.94 |
| 306529 | CAROLINA HANDLING LLC | 10/29/2025 | Invc 240210003-2 | 0 10/07/25 | 3,990.78 |
| 306530 | CINTAS CORP | 10/29/2025 | Invc 9340080072 | 9/30/2025 | 277.78 |
|  |  |  | Invc 9340080083 | 9/30/2025 | 430.07 |
|  |  |  | Invc 5295178602 | 10/2/2025 | 153.75 |
|  |  |  | Invc 4247063310 | 10/20/2025 | 654.77 |
|  |  |  | Invc 4247788232 | 10/27/2025 | 654.77 |
|  |  |  |  | *CHECK TOTAL | 2,171.14 |
| 306531 | CINTAS CORPORATION NO. 2 | 10/29/2025 | Invc 4247015720 | 10/20/2025 | 1,102.82 |
|  |  |  | Invc 4247763554 | 10/27/2025 | 1,150.05 |
|  |  |  |  | *CHECK TOTAL | 2,252.87 |
| 306532 | CONSENSUS CLOUD SOLUTIONS CANA | 10/29/2025 | Invc 3469064 | 9/30/2025 | 120.23 |
| 306533 | EVERNORTH CARE SOLUTIONS INC. | 10/29/2025 | Invc 21295 | 9/15/2025 | 358.05 |
|  |  |  | Invc 22441 | 10/15/2025 | 309.54 |
|  |  |  |  | *CHECK TOTAL | 667.59 |
| 306534 | GENERAL PAPER PRODUCTS INC. | 10/29/2025 | Invc ING0045131 | 10/1/2025 | 525 |
| 306535 | GREEN PLANET 21 INC | 10/29/2025 | Invc 655487 | 9/30/2025 | 772.73 |

| | | | |
|---|---|---|---|
| 306536 INFRANET TECHNOLOGIES GROUP IN | 10/29/2025 Invc 25-49300 | 10/28/2025 | 523.82 |
| 306537 KEYSTONE COMMERCE | 10/29/2025 Invc 1830500468 | 10/3/2025 | 257.23 |
| 306538 MAINTENANCE RESOURCES | 10/29/2025 Invc 2510181 | 10/1/2025 | 4,987.00 |
| 306539 RAYMOND HANDLING CONCEPTS CORP | 10/29/2025 Invc R17290506 | 10/1/2025 | 1,559.02 |
| 306540 SUPERIOR LIFTS & EQUIPMENT LLC | 10/29/2025 Invc 11887 | 10/5/2025 | 56.48 |
| | Invc 11891 | 10/5/2025 | 85.09 |
| | | *CHECK TOTAL | 141.57 |
| 306541 TOM KRAEMER INC OF MN | 10/29/2025 Invc 11087956 | 10/1/2025 | 108.01 |
| | Invc 11089110 | 10/4/2025 | 395 |
| | | *CHECK TOTAL | 503.01 |
| 306542 VERITIV OPERATING CO. | 10/29/2025 Invc 593-3890915 | 3 10/03/25 | 24.02 |
| 306543 VERITIV-LANDSBERG | 10/29/2025 Invc 93393596 | 9/29/2025 | 255.24 |
| 306544 VESTIS | 10/29/2025 Invc 2530462157 | 10/20/2025 | 241.31 |
| 306545 WASTE MANAGEMENT | 10/29/2025 Invc 24178047387 | 10/16/2025 | 447.9 |
| | Invc 36972202099 | 6 10/16/25 | 310.67 |
| | | *CHECK TOTAL | 758.57 |
| 306546 ALERT SECURITY ASSET PROTECTIO | 11/5/2025 Invc 88230 | 10/9/2025 | 1,267.44 |
| | Invc 88288 | 10/16/2025 | 1,267.44 |
| | Invc 88470 | 10/23/2025 | 1,267.44 |
| | | *CHECK TOTAL | 3,802.32 |
| 306547 ALLIED UNIVERSAL | 11/5/2025 Invc 17722552 | 10/30/2025 | 1,549.73 |
| 306548 ASSOCIATED | 11/5/2025 Invc UC408100313 | 5 10/10/25 | 1,622.00 |
| 306549 CAROLINA HANDLING LLC | 11/5/2025 Invc RC201009956 | 8 10/10/25 | 117.98 |
| 306550 CENTRAL LOCKSMITHS INC | 11/5/2025 Invc 391019 | 10/7/2025 | 178.69 |
| 306551 COMPREHENSIVE MARKETING | 11/5/2025 Invc OCT2025 | 11/5/2025 | 349.09 |
| 306552 DESIGN ELECTRIC | 11/5/2025 Invc 27579 | 10/29/2025 | 304.02 |
| 306553 KAREN ERGEN | 11/5/2025 Invc 110425 | 11/4/2025 | 150 |
| 306554 PROVIDENT LIFE & ACCIDENT INSU | 11/5/2025 Invc 103125 | 10/31/2025 | 953.85 |
| 306555 QUADIENT, INC. | 11/5/2025 Invc 62301574 | 10/9/2025 | 420.09 |
| 306556 RAYMOND HANDLING CONCEPTS CORP | 11/5/2025 Invc R17290992 | 10/8/2025 | 1,298.09 |
| | Invc R17291231 | 10/10/2025 | 3,118.04 |
| | | *CHECK TOTAL | 4,416.13 |
| 306557 SUMMIT FIRE & SECURITY | 11/5/2025 Invc 3617157 | 10/29/2025 | 1,727.29 |
| 306558 TOM KRAEMER INC OF MN | 11/5/2025 Invc 11090462 | 10/18/2025 | 395 |
| 306559 TOWN OF MOREHEAD CITY | 11/5/2025 Invc 102925 | 10/23/2025 | 41.55 |
| 306560 ALERT SECURITY ASSET PROTECTIO | 11/12/2025 Invc 88538 | 10/30/2025 | 1,267.44 |
| 306561 AMAZON CAPITAL SERVICES, INC | 11/12/2025 Invc 1CGK3F9K3RX | J 10/20/25 | 144 |
| | Invc 1JD7C3HJ1P1 | D 11/12/25 | 30.41 |
| | Invc 1L4JJ6J11MW | K 11/12/25 | 227.03 |
| | | *CHECK TOTAL | 401.44 |
| 306562 CENTURYLINK | 11/12/2025 Invc 110125-5298 | 10/25/2025 | 141.61 |
| 306563 CINTAS CORPORATION NO. 2 | 11/12/2025 Invc 4248489875 | 11/3/2025 | 1,066.93 |
| | Invc 428526255 | 11/3/2025 | 654.77 |

|  |  |  | *CHECK TOTAL | 1,721.70 |
|---|---|---|---|---|
| 306564 | CLEGG'S TERMITE & PEST CONTROL | 11/12/2025 Invc 5503863 | 10/29/2025 | 170 |
| 306565 | CONSENSUS CLOUD SOLUTIONS CANA | 11/12/2025 Invc 3483319 | 10/31/2025 | 94.84 |
| 306566 | DELTA DENTAL OF NORTH CAROLINA | 11/12/2025 Invc CNS1982368 | 11/1/2025 | 5,362.03 |
| 306567 | DUKE ENERGY PROGRESS | 11/12/2025 Invc 110325-7202 | 11/3/2025 | 1,489.39 |
|  |  | Invc 110325-7319 | 11/3/2025 | 359.58 |
|  |  | Invc 110325-7450 | 11/3/2025 | 1,458.86 |
|  |  |  | *CHECK TOTAL | 3,307.83 |
| 306568 | ENVISTA LLC | 11/12/2025 Invc PINV-8804 | 10/15/2025 | 420 |
|  |  | Invc PINV-8917 | 10/31/2025 | 1,470.00 |
|  |  |  | *CHECK TOTAL | 1,890.00 |
| 306569 | EPICOR SOFTWARE CORP | 11/12/2025 Invc 60809948 | 10/29/2025 | 800 |
| 306570 | GFL ENVIRONMENTAL | 11/12/2025 Invc 0070820795 | 10/31/2025 | 581.19 |
|  |  | Invc 0070889829 | 10/31/2025 | 184.99 |
|  |  |  | *CHECK TOTAL | 766.18 |
| 306571 | GREEN PLANET 21 INC | 11/12/2025 Invc 658645 | 10/31/2025 | 769.41 |
| 306572 | INFRANET TECHNOLOGIES GROUP IN | 11/12/2025 Invc 25-49412 | 11/5/2025 | 640.5 |
| 306573 | KEYSTONE COMMERCE | 11/12/2025 Invc 1830500500 | 10/31/2025 | 141.96 |
| 306574 | LEVEL 3 COMMUNICATIONS, LLC | 11/12/2025 Invc 760071374 | 11/1/2025 | 1,169.44 |
|  |  | CrM 760227257 | 11/1/2025 | -36.55 |
|  |  | Invc 760229616 | 11/1/2025 | 5,673.76 |
|  |  |  | *CHECK TOTAL | 6,806.65 |
| 306575 | LINA | 11/12/2025 Invc 110925 | 11/9/2025 | 5,965.99 |
| 306576 | MORRISETTE PAPER CO, INC | 11/12/2025 Invc 5195785 | 10/20/2025 | 12,839.30 |
| 306577 | NET NV LLC | 11/12/2025 Invc 025751 | 10/17/2025 | 349 |
| 306578 | NEXT VIEW SOFTWARE, INC. | 11/12/2025 Invc 10583525100 | 3 10/01/25 | 3,582.36 |
| 306579 | NV ENERGY | 11/12/2025 Invc 110525-1797 | 11/5/2025 | 459.03 |
|  |  | Invc 110525-2701 | 11/5/2025 | 42 |
|  |  | Invc 110525-7752 | 5 11/05/25 | 93.92 |
|  |  |  | *CHECK TOTAL | 594.95 |
| 306580 | PIEDMONT NATURAL GAS CO, INC | 11/12/2025 Invc 1107-6644 | 11/7/2025 | 24 |
| 306581 | POWERCELL | 11/12/2025 Invc 1375 | 9/22/2025 | 721.26 |
| 306582 | REGIONS COMM EQUIPMENT FINANCE | 11/12/2025 Invc 2181785 | 10/15/2025 | 323.74 |
|  |  | Invc 2182829 | 10/19/2025 | 1,378.21 |
|  |  | Invc 2182830 | 10/19/2025 | 308.73 |
|  |  | Invc 2187308 | 10/27/2025 | 1,313.69 |
|  |  |  | *CHECK TOTAL | 3,324.37 |
| 306583 | SAFETY ON SITE | 11/12/2025 Invc 114395 | 10/20/2025 | 65.93 |
| 306584 | STAPLES ADVANTAGE | 11/12/2025 Invc 7007323516 | 10/18/2025 | 131.12 |
| 306585 | STERICYCLE, INC. | 11/12/2025 Invc 8012314107 | 10/18/2025 | 360.72 |
| 306586 | TEAM MECHANICAL, LLC | 11/12/2025 Invc 122551 | 10/31/2025 | 1,959.46 |
| 306587 | WAGEWORKS, INC. | 11/12/2025 Invc 1025-TR7816 | 4 11/01/25 | 252 |
| 306588 | WASTE MANAGEMENT | 11/12/2025 Invc 24282347384 | 11/3/2025 | 4,710.90 |
| 306589 | WRIGHT EXPRESS FSC | 11/12/2025 Invc 108153501 | 10/23/2025 | 124.01 |

| | | | | |
|---|---|---|---|---|
| 306590 ALLIED UNIVERSAL | 11/19/2025 | Invc 17759782 | 11/6/2025 | 1,561.56 |
| | | Invc 17780446 | 11/13/2025 | 1,526.07 |
| | | | *CHECK TOTAL | 3,087.63 |
| 306591 AMAZON WEB SERVICES | 11/19/2025 | Invc 2365712001 | 11/1/2025 | 15,273.03 |
| 306592 AMERICAN EXPRESS | 11/19/2025 | Invc 111625BS | 11/16/2025 | 7,208.09 |
| | | Invc 111625CH | 11/16/2025 | 164.54 |
| | | Invc 111625MH | 11/16/2025 | 1,082.28 |
| | | Invc 111625SR | 11/16/2025 | 994.15 |
| | | | *CHECK TOTAL | 9,449.06 |
| 306593 CAROLINA HANDLING LLC | 11/19/2025 | Invc IW25117118 | 10/16/2025 | 213.74 |
| | | Invc RC222004214 | 4 10/17/25 | 6,467.43 |
| | | Invc RC232002693 | 1 10/20/25 | 2,094.20 |
| | | Invc RC222004034 | 8 10/24/25 | 10,214.86 |
| | | Invc RC25200161- | 9 10/24/25 | 853.34 |
| | | | *CHECK TOTAL | 19,843.57 |
| 306594 CARTERET COUNTY TAX COLLECTOR | 11/19/2025 | Invc 530436-2025 | 8/28/2025 | 6,443.04 |
| | | Invc 124260 | 9/1/2025 | 19,568.87 |
| | | Invc 124261 | 9/1/2025 | 2,078.10 |
| | | | *CHECK TOTAL | 28,090.01 |
| 306595 CHARTER COMMUNICATIONS | 11/19/2025 | Invc 14028880111 | 0 11/07/25 | 1,509.00 |
| 306596 CINTAS CORP | 11/19/2025 | Invc 5299980108 | 10/29/2025 | 158.44 |
| | | Invc 4249273549 | 11/10/2025 | 654.77 |
| | | | *CHECK TOTAL | 813.21 |
| 306597 CINTAS CORPORATION NO. 2 | 11/19/2025 | Invc 4249238670 | 11/10/2025 | 1,199.44 |
| 306598 CROWN PACKAGING CORP | 11/19/2025 | Invc 3819476 | 10/8/2025 | 2,181.42 |
| | | Invc 3831202 | 10/29/2025 | 3,393.70 |
| | | | *CHECK TOTAL | 5,575.12 |
| 306599 CORPORATION SERVICE COMPANY | 11/19/2025 | Invc 86119298276 | 10/3/2025 | 671.01 |
| 306600 eGROUP CONSOLIDATED HOLDING, L | 11/19/2025 | Invc 46091 | 11/6/2025 | 6,816.01 |
| 306601 MORRISETTE PAPER CO, INC | 11/19/2025 | Invc 5197292 | 10/24/2025 | 9,431.55 |
| 306602 NET NV LLC | 11/19/2025 | Invc 026379 | 11/16/2025 | 349 |
| 306603 NV ENERGY | 11/19/2025 | Invc 110425-9766 | 11/4/2025 | 235.38 |
| | | Invc 110425-9774 | 11/4/2025 | 415.8 |
| | | Invc 110425-9782 | 11/4/2025 | 306.54 |
| | | Invc 110425-9790 | 11/4/2025 | 454.83 |
| | | Invc 110425-9816 | 11/4/2025 | 184.56 |
| | | | *CHECK TOTAL | 1,597.11 |
| 306604 PAYER MATRIX, LLC | 11/19/2025 | Invc 023631 | 11/13/2025 | 1,075.08 |
| 306605 POWERCELL | 11/19/2025 | Invc 1390 | 10/6/2025 | 721.26 |
| | | Invc 1410 | 11/3/2025 | 721.26 |
| | | | *CHECK TOTAL | 1,442.52 |
| 306606 RAYMOND HANDLING CONCEPTS CORP | 11/19/2025 | Invc R17292795 | 10/29/2025 | 1,559.02 |
| 306607 TEEL'S GAS SERVICE | 11/19/2025 | Invc 183095 | 11/14/2025 | 273.35 |
| 306608 THE HARTFORD | 11/19/2025 | Invc 66757411654 | 6 10/31/25 | 2,012.75 |
| 306609 VSP INSURANCE CO. (CT) | 11/19/2025 | Invc 824023463 | 11/8/2025 | 1,713.37 |
| 306610 WASTE MANAGEMENT | 11/19/2025 | Invc 84867581149 | 3 11/06/25 | 1,158.07 |
| 306611 UNITED STATES TREASURY | 11/19/2025 | Invc Q4 2025 FET | 11/19/2025 | 110,170.63 |

| | | | | |
|---|---|---|---|---|
| 306612 | AMAZON WEB SERVICES | 12/3/2025 Invc 2405808333 | 12/1/2025 | 14,830.88 |
| 306613 | AMERICAN EXPRESS | 12/3/2025 CrM 01003 | 12/1/2025 | -1,726.37 |
| | | Invc 51001 | 12/1/2025 | 2,892.88 |
| | | Invc 51003 | 12/1/2025 | 61.98 |
| | | Invc 51006 | 12/1/2025 | 1,082.28 |
| | | Invc 51007 | 12/1/2025 | 1,406.93 |
| | | Invc 51009 | 12/1/2025 | 995.4 |
| | | Invc 61006 | 12/1/2025 | 164.54 |
| | | Invc 120525 | 12/3/2025 | 70 |
| | | | *CHECK TOTAL | 4,947.64 |
| 306614 | ANZA MAILING SYSTEMS, INC | 12/3/2025 Invc 72075A | 9/9/2025 | 77.49 |
| 306615 | AT & T | 12/3/2025 Invc 110725-496 | 11/7/2025 | 605 |
| | | CrM 3143168016C | R 11/11/25 | -38.93 |
| | | | *CHECK TOTAL | 566.07 |
| 306616 | DELTA DENTAL OF NORTH CAROLINA | 12/3/2025 Invc CNS00020117 | 6 12/01/25 | 656.95 |
| 306617 | ENVISTA LLC | 12/3/2025 Invc PINV-9012 | 11/15/2025 | 420 |
| | | Invc PINV9098 | 11/30/2025 | 735 |
| | | | *CHECK TOTAL | 1,155.00 |
| 306618 | EVERNORTH CARE SOLUTIONS INC. | 12/3/2025 Invc 23593 | 11/15/2025 | 27.72 |
| 306619 | LINA | 12/3/2025 Invc 113025 | 12/3/2025 | 3,558.51 |
| 306621 | STERICYCLE, INC. | 12/3/2025 Invc 8012610337 | 11/18/2025 | 230 |
| 306622 | THE HARTFORD | 12/3/2025 Invc 66757585578 | 8 11/01/25 | 1,405.72 |
| 306623 | TOWN OF MOREHEAD CITY | 12/3/2025 Invc 315423 | 11/18/2025 | 41.55 |
| 306624 | DUKE ENERGY PROGRESS | 12/5/2025 Invc 120125-7319 | 12/1/2025 | 412.32 |
| | | Invc 12017405 | 12/1/2025 | 1,151.76 |
| | | | *CHECK TOTAL | 1,564.08 |
| 306625 | HOWARD, STALLINGS, FROM & HUTS | 12/5/2025 Invc 316697 | 11/17/2025 | 172.5 |
| 306626 | NV ENERGY | 12/5/2025 Invc 111925-2701 | 11/19/2025 | 84.44 |
| | | Invc 111925-7525 | 11/19/2025 | 178.74 |
| | | | *CHECK TOTAL | 263.18 |
| 306627 | LEVEL 3 COMMUNICATIONS, LLC | 12/8/2025 Invc 764009656 | 12/1/2025 | 2,234.33 |
| | | CrM 764248198 | 12/1/2025 | -36.55 |
| | | Invc 764254548 | 12/1/2025 | 6,960.13 |
| | | | *CHECK TOTAL | 9,157.91 |
| 306628 | PROVIDENT LIFE & ACCIDENT INSU | 12/8/2025 Invc 120825-N0V | 12/8/2025 | 459.8 |
| 306629 | DUKE ENERGY PROGRESS | 12/11/2025 Invc 1127-1203 | 12/5/2025 | 106.85 |
| 306630 | PERSONIFY HEALTH | 12/11/2025 Invc 1101-1201 | 12/1/2025 | 10,131.00 |
| 306631 | HOWARD, STALLINGS, FROM & HUTS | 12/17/2025 Invc 317210 | 12/11/2025 | 138 |
| 306632 | PAYER MATRIX, LLC | 12/17/2025 Invc 024285 | 12/11/2025 | 1,075.08 |
| 306633 | VSP INSURANCE CO. (CT) | 12/17/2025 Invc 824221751 | 12/8/2025 | 1,725.53 |
| 306634 | WAGEWORKS, INC. | 12/17/2025 Invc 1125-TR7816 | 4 11/30/25 | 252 |
| 306635 | LINA | 1/6/2026 Invc 123125 | 1/6/2026 | 867.09 |
| 306636 | PROVIDENT LIFE & ACCIDENT INSU | 1/6/2026 Invc 122325 DEC | 12/23/2025 | 12 |
| 306637 | THE HARTFORD | 1/6/2026 Invc 66757796940 | 2 12/31/25 | 412.35 |
| 288496 | CARTERET COMMERCIAL ASSOCIATIO | 10/1/2025 Invc 10012025 | 10/1/2025 | 20,000.00 |

| | | | | |
|---|---|---|---|---|
| 288497 LM LOGISTICS POINTE LLC | 10/1/2025 Invc 091825 | 9/18/2025 | | 5,353.38 |
| | Invc 10012025 | 10/1/2025 | | 133,008.43 |
| | | | *CHECK TOTAL | 138,361.81 |
| 288498 PROLOGIS USLV OPERATING PARTNE | 10/1/2025 Invc 100125 | 10/1/2025 | | 76,103.36 |
| 288499 THE ALEXANDER FAMILY TRUST | 10/1/2025 Invc 10012025 | 10/1/2025 | | 32,550.00 |
| 288500 UNION PROPERTY OPERATIONS NRE | 10/1/2025 Invc 100125 | 10/1/2025 | | 130,049.73 |
| 288504 RICHARD JAMES AND ASSOCIATES, | 10/6/2025 Invc 100625-SETT | L 10/06/25 | | 35,000.00 |
| 288505 FEDEX | 10/8/2025 Invc 80042523BS | 9/11/2025 | | 3,893.52 |
| | Invc 80042523CH | 9/11/2025 | | 50,617.81 |
| | Invc 80042523MR | 9/11/2025 | | 20,990.61 |
| | Invc 80042523SR | 9/11/2025 | | 9,712.35 |
| | | | *CHECK TOTAL | 85,214.29 |
| 288506 STEPHANIE GLASSON | 10/8/2025 Invc 100 | 10/6/2025 | | 1,328.21 |
| 288507 TI PARCEL SOLUTIONS | 10/8/2025 Invc 907542 | 9/18/2025 | | 3,539.44 |
| 288508 TRANSPORTATION INSIGHT, LLC | 10/8/2025 Invc 1160911CH | 9/18/2025 | | 38,002.15 |
| | Invc 1160911MR | 9/18/2025 | | 24,937.11 |
| | Invc 1160911SR | 9/18/2025 | | 8,717.81 |
| | | | *CHECK TOTAL | 71,657.07 |
| 288509 UPS | 10/8/2025 Invc 908910 | 10/2/2025 | | 261.01 |
| | Invc 908910-CH | 10/2/2025 | | 109.36 |
| | Invc 908910-MR | 10/2/2025 | | 163.81 |
| | Invc 908910-SR | 10/2/2025 | | 57.86 |
| | | | *CHECK TOTAL | 592.04 |
| 288511 GTR STRATEGIES, INC. | 10/14/2025 Invc 101025 | 10/10/2025 | | 20,000.00 |
| 288513 FEDEX | 10/15/2025 Invc 80043234 | 9/18/2025 | | 3,980.22 |
| | Invc 80043234CH | 9/18/2025 | | 52,644.87 |
| | Invc 80043234MR | 9/18/2025 | | 23,421.86 |
| | Invc 80043234SR | 9/18/2025 | | 22,273.81 |
| | Invc 80043858 | 9/25/2025 | | 4,761.09 |
| | Invc 80043858CH | 9/25/2025 | | 60,827.56 |
| | Invc 80043858MR | 9/25/2025 | | 31,586.48 |
| | Invc 80043858SR | 9/25/2025 | | 17,937.89 |
| | | | *CHECK TOTAL | 217,433.78 |
| 288514 TI PARCEL SOLUTIONS | 10/15/2025 Invc 908511 | 9/25/2025 | | 12,066.88 |
| 288515 TRANSPORTATION INSIGHT, LLC | 10/15/2025 Invc 1161811BS | 9/25/2025 | | 138.03 |
| | Invc 1161811CH | 9/25/2025 | | 33,330.06 |
| | Invc 1161811MR | 9/25/2025 | | 27,762.64 |
| | Invc 1161811SR | 9/25/2025 | | 8,274.72 |
| | | | *CHECK TOTAL | 69,505.45 |
| 288516 UPS | 10/15/2025 Invc 907542-RC | 9/18/2025 | | 49.22 |
| | Invc 910382 | 10/9/2025 | | 260.8 |
| | Invc 910382CH | 10/9/2025 | | 98.99 |
| | Invc 910382MR | 10/9/2025 | | 87.79 |
| | Invc 910382SR | 10/9/2025 | | 826.17 |
| | | | *CHECK TOTAL | 1,322.97 |
| 288521 FEDEX | 10/23/2025 Invc 8004306-MR | 10/2/2025 | | 41,735.91 |
| | Invc 80044306 | 10/2/2025 | | 4,833.00 |
| | Invc 80044306-CH | 10/2/2025 | | 59,864.90 |
| | Invc 80044306-SR | 10/2/2025 | | 12,741.61 |
| | | | *CHECK TOTAL | 119,175.42 |
| 288524 STEPHENS INSURANCE, LLC | 10/23/2025 Invc 1526423 | 10/14/2025 | | 8,424.00 |
| | Invc 1526424 | 10/14/2025 | | 79,808.00 |
| | Invc 1526426 | 10/14/2025 | | 814 |

| | | Invc 1526428 | 10/14/2025 | 5,236.00 |
|---|---|---|---|---|
| | | Invc 1526429 | 10/14/2025 | 14,266.04 |
| | | Invc 1526430 | 10/14/2025 | 90,031.50 |
| | | Invc 1526433 | 10/14/2025 | 52,965.90 |
| | | Invc 1526435 | 10/14/2025 | 37,651.07 |
| | | Invc 1526437 | 10/14/2025 | 37,651.07 |
| | | Invc 1526441 | 10/14/2025 | 15,915.04 |
| | | Invc 1526445 | 10/14/2025 | 16,914.34 |
| | | Invc 1526473 | 10/14/2025 | 21,782.36 |
| | | Invc 1526480 | 10/14/2025 | 866.62 |
| | | Invc 1526481 | 10/14/2025 | 7,311.00 |
| | | Invc 1526482 | 10/14/2025 | 10,889.07 |
| | | Invc 1526483 | 10/14/2025 | 2,309.00 |
| | | Invc 1526485 | 10/14/2025 | 55,000.00 |
| | | | *CHECK TOTAL | 457,835.01 |
| 288525 | TI PARCEL SOLUTIONS | 10/23/2025 Invc 908910 | 10/2/2025 | 3,528.04 |
| 288526 | TRANSPORTATION INSIGHT, LLC | 10/23/2025 Invc 1162939-CH | 10/2/2025 | 25,699.74 |
| | | Invc 1162939-MR | 10/2/2025 | 8,036.05 |
| | | Invc 1162939-SR | 10/2/2025 | 5,433.77 |
| | | | *CHECK TOTAL | 39,169.56 |
| 288527 | DAVID SEKELY | 10/24/2025 Invc 10212025 | 10/21/2025 | 4,000.00 |
| 288528 | FEDEX | 10/29/2025 Invc 80045035BS | 10/9/2025 | 1,464.36 |
| | | Invc 80045035CH | 10/9/2025 | 6,394.14 |
| | | Invc 80045035MR | 10/9/2025 | 2,445.96 |
| | | Invc 80045035SR | 10/9/2025 | 1,455.92 |
| | | | *CHECK TOTAL | 11,760.38 |
| 288529 | GTR STRATEGIES, INC. | 10/29/2025 Invc 102825 | 10/28/2025 | 20,000.00 |
| 288530 | MIMECAST NORTH AMERICA, INC | 10/29/2025 Invc INVUS181050 | 9 10/02/25 | 850 |
| 288531 | TI PARCEL SOLUTIONS | 10/29/2025 Invc 916285 | 10/9/2025 | 3,278.68 |
| | | Invc 911371 | 10/16/2025 | 3,696.52 |
| | | | *CHECK TOTAL | 6,975.20 |
| 288532 | TRANSPORTATION INSIGHT, LLC | 10/29/2025 Invc 1163779CH | 10/9/2025 | 31,960.61 |
| | | Invc 1163779MR | 10/9/2025 | 8,312.11 |
| | | Invc 1163779SR | 10/9/2025 | 8,267.16 |
| | | | *CHECK TOTAL | 48,539.88 |
| 288533 | UPS | 10/29/2025 Invc 911371 | 10/16/2025 | 102.91 |
| | | Invc 911371-BS | 10/16/2025 | 260.72 |
| | | Invc 911371-MR | 10/16/2025 | 75.48 |
| | | Invc 911371-SR | 10/16/2025 | 57.56 |
| | | | *CHECK TOTAL | 496.67 |
| 288536 | CARTERET COMMERCIAL ASSOCIATIO | 11/3/2025 Invc NOV2025 | 11/1/2025 | 20,000.00 |
| 288537 | LM LOGISTICS POINTE LLC | 11/3/2025 Invc 102725-ELEC | T 10/27/25 | 4,037.55 |
| | | Invc NOV2025 | 11/1/2025 | 89,831.58 |
| | | Invc NOV2025CAM | 11/1/2025 | 43,176.85 |
| | | | *CHECK TOTAL | 137,045.98 |
| 288538 | PROLOGIS USLV OPERATING PARTNE | 11/3/2025 Invc NOV2025 | 11/1/2025 | 64,376.83 |
| | | Invc NOV2025CAM | 11/1/2025 | 11,726.53 |
| | | | *CHECK TOTAL | 76,103.36 |
| 288539 | UNION PROPERTY OPERATIONS NRE | 11/3/2025 CrM 101725-CR | 10/17/2025 | -25,288.38 |
| | | Invc NOV2025 | 11/1/2025 | 109,219.97 |
| | | Invc NOV2025CAM | 11/1/2025 | 20,829.70 |
| | | | *CHECK TOTAL | 104,761.29 |
| 288541 | FEDEX | 11/5/2025 Invc 80045631 | 10/16/2025 | 109,338.00 |
| | | Invc 80045631-BS | 10/16/2025 | 9,082.72 |
| | | Invc 80045631-MR | 10/16/2025 | 47,335.48 |
| | | Invc 80045631-SR | 10/16/2025 | 20,247.73 |

|  |  |  |  | *CHECK TOTAL | 186,003.93 |
|---|---|---|---|---|---|
| 288542 | RICHARD JAMES AND ASSOCIATES, | 11/5/2025 | Invc 110425-SETT | L 11/04/25 | 21,476.47 |
| 288543 | STEPHENS INSURANCE, LLC | 11/5/2025 | Invc 1531685 | 11/3/2025 | 7,000.00 |
| 288544 | TI PARCEL SOLUTIONS | 11/5/2025 | Invc 917275 | 10/23/2025 | 3,449.64 |
| 288545 | TRANSPORTATION INSIGHT, LLC | 11/5/2025 | Invc 1164720-CH | 10/16/2025 | 16,455.34 |
|  |  |  | Invc 1164720-CH- | A 10/16/25 | 1,458.31 |
|  |  |  | Invc 1164720-MR | 10/16/2025 | 17,083.01 |
|  |  |  | Invc 1164720-MR- | A 10/16/25 | 410.99 |
|  |  |  | Invc 1164720-SR | 10/16/2025 | 3,870.13 |
|  |  |  | Invc 1164720-SR- | A 10/16/25 | 215.7 |
|  |  |  |  | *CHECK TOTAL | 39,493.48 |
| 288546 | UPS | 11/5/2025 | Invc 912004-CH | 10/23/2025 | 88.32 |
|  |  |  | Invc 912004-MR | 10/23/2025 | 550.1 |
|  |  |  | Invc 912004-SR | 10/23/2025 | 69.49 |
|  |  |  | Invc 913151-BS | 10/30/2025 | 268.87 |
|  |  |  | Invc 913151-CH | 10/30/2025 | 98.3 |
|  |  |  | Invc 913151-MR | 10/30/2025 | 233.65 |
|  |  |  | Invc 913151-SR | 10/30/2025 | 132.68 |
|  |  |  |  | *CHECK TOTAL | 1,441.41 |
| 288550 | DAVID SEKELY | 11/12/2025 | Invc 11122025 | 11/12/2025 | 4,000.00 |
| 288551 | FEDEX | 11/12/2025 | Invc 80046115-BS | 10/23/2025 | 4,948.70 |
|  |  |  | Invc 80046115-CH | 10/23/2025 | 38,345.64 |
|  |  |  | Invc 80046115-MR | 10/23/2025 | 30,479.64 |
|  |  |  | Invc 80046115-SR | 10/23/2025 | 6,100.27 |
|  |  |  |  | *CHECK TOTAL | 79,874.25 |
| 288552 | TRANSPORTATION INSIGHT, LLC | 11/12/2025 | Invc 1165636-CH | 10/23/2025 | 14,666.89 |
|  |  |  | Invc 1165636-MR | 10/23/2025 | 16,826.86 |
|  |  |  | Invc 1165636-SR | 10/23/2025 | 4,885.89 |
|  |  |  |  | *CHECK TOTAL | 36,379.64 |
| 288553 | UPS | 11/12/2025 | Invc 914262BS | 11/7/2025 | 220.68 |
|  |  |  | Invc 914262CH | 11/7/2025 | 184.91 |
|  |  |  | Invc 914262MR | 11/7/2025 | 73.71 |
|  |  |  | Invc 914262SR | 11/7/2025 | 54.98 |
|  |  |  |  | *CHECK TOTAL | 534.28 |
| 288556 | FEDEX | 11/19/2025 | Invc 80046277-BS | 10/30/2025 | 4,247.50 |
|  |  |  | Invc 80046277-CH | 10/30/2025 | 33,552.62 |
|  |  |  | Invc 80046277-MR | 10/30/2025 | 35,842.61 |
|  |  |  | Invc 80046277-SR | 10/30/2025 | 1,975.61 |
|  |  |  |  | *CHECK TOTAL | 75,618.34 |
| 288557 | MIMECAST NORTH AMERICA, INC | 11/19/2025 | Invc INVUS182493 | 7 11/02/25 | 850 |
| 288558 | TI PARCEL SOLUTIONS | 11/19/2025 | Invc 913151 | 10/30/2025 | 11,935.96 |
|  |  |  | Invc 1167665BS | 11/6/2025 | 2,085.00 |
|  |  |  | CrM 1167665BSR | 11/6/2025 | -2,085.00 |
|  |  |  |  | *CHECK TOTAL | 11,935.96 |
| 288559 | TRANSPORTATION INSIGHT, LLC | 11/19/2025 | Invc 116610-SR | 10/30/2025 | 1,146.30 |
|  |  |  | Invc 1166610-CH | 10/30/2025 | 12,581.67 |
|  |  |  | Invc 1166610-MR | 10/30/2025 | 13,743.10 |
|  |  |  |  | *CHECK TOTAL | 27,471.07 |
| 288560 | UPS | 11/19/2025 | Invc 915446BS | 11/8/2025 | 257.64 |
|  |  |  | Invc 915446CH | 11/8/2025 | 101.71 |
|  |  |  | Invc 915446MR | 11/8/2025 | 121.79 |
|  |  |  | Invc 915446SR | 11/8/2025 | 56.27 |
|  |  |  |  | *CHECK TOTAL | 537.41 |
| 288564 | TI PARCEL SOLUTIONS | 11/25/2025 | Invc 918879 | 11/12/2005 | 3,330.12 |
|  |  |  | Invc 918322 | 11/6/2025 | 3,439.96 |

|  |  |  |  | *CHECK TOTAL | 6,770.08 |
|---|---|---|---|---|---|
| 288565 | TRANSPORTATION INSIGHT, LLC | 11/25/2025 | Invc 1167665BS | 11/7/2025 | 807.55 |
|  |  |  | Invc 1167665CH | 11/7/2025 | 7,671.14 |
|  |  |  | Invc 1167665MR | 11/7/2025 | 6,026.41 |
|  |  |  | Invc 1168709CH | 11/13/2025 | 2,872.65 |
|  |  |  | Invc 1168709MH | 11/13/2025 | 133.84 |
|  |  |  | Invc 1168709MR | 11/13/2025 | 726.81 |
|  |  |  | Invc 1168709SR | 11/13/2025 | 1,395.82 |
|  |  |  | Invc 1169711BS | 11/20/2025 | 2,110.00 |
|  |  |  | Invc 1169711CH | 11/20/2025 | 4,721.17 |
|  |  |  | Invc 1169711MR | 11/20/2025 | 1,146.68 |
|  |  |  |  | *CHECK TOTAL | 27,612.07 |
| 288568 | GTR STRATEGIES, INC. | 12/1/2025 | Invc 112625 | 11/26/2025 | 20,000.00 |
| 288570 | BERMUDA MARINE SUPPLY & SERVIC | 12/3/2025 | Invc 120225REFUN | D 12/02/25 | 1,415.49 |
| 288571 | TRANSPORTATION INSIGHT, LLC | 12/3/2025 | Invc 1168145BS | 11/18/2025 | 10 |
|  |  |  | Invc 1168709BS | 11/20/2025 | 2,085.00 |
|  |  |  | Invc 1167665-BS | 11/25/2025 | 2,085.00 |
|  |  |  | Invc 1170291CH | 11/25/2025 | 3,109.04 |
|  |  |  | Invc 1170291MR | 11/25/2025 | 3,432.84 |
|  |  |  |  | *CHECK TOTAL | 10,721.88 |
| 288572 | UPS | 12/3/2025 | Invc 916094BS | 11/20/2025 | 208.07 |
|  |  |  | Invc 916094CH | 11/20/2025 | 153 |
|  |  |  | Invc 916094MR | 11/20/2025 | 152.71 |
|  |  |  | Invc 917292 | 11/22/2025 | 440.61 |
|  |  |  |  | *CHECK TOTAL | 954.39 |
| 288574 | PROLOGIS USLV OPERATING PARTNE | 12/4/2025 | Invc DEC2025CAM | 12/1/2025 | 11,726.53 |
|  |  |  | Invc DEC2025RENT | 12/1/2025 | 64,376.83 |
|  |  |  |  | *CHECK TOTAL | 76,103.36 |
| 288576 | STEPHENS INSURANCE, LLC | 12/5/2025 | Invc 1539595 | 12/1/2025 | 7,000.00 |
| 288577 | PAUL BENSON | 12/5/2025 | Invc 00025 | 12/5/2025 | 2,000.00 |
| 288583 | eGROUP CONSOLIDATED HOLDING, L | 12/19/2025 | Invc 46870 | 12/18/2025 | 3,273.12 |
| 288586 | GTR STRATEGIES, INC. | 12/31/2025 | Invc 123025 | 12/30/2025 | 20,000.00 |
| 288588 | STEPHENS INSURANCE, LLC | 1/4/2026 | Invc 1547412 | 1/2/2026 | 1,263.60 |
|  |  |  | Invc 1547413 | 1/2/2026 | 947.7 |
|  |  |  | Invc 1547747 | 1/2/2026 | 15,000.00 |
|  |  |  | Invc 1547748 | 1/2/2026 | 441 |
|  |  |  |  | *CHECK TOTAL | 17,652.30 |
| 288589 | JANICE HEYLAND | 1/6/2026 | Invc 010526 | 1/6/2026 | 723 |
| 288590 | SHANNON ADAMS | 1/6/2026 | Invc 010526 | 1/6/2026 | 3,466.40 |
| 288591 | TERRY DAUGHERTY | 1/6/2026 | Invc 010526 | 1/6/2026 | 471.2 |

| --------- | ------------------------------- | -------- | ---------------- | ---------- | -------------------------- | ---------------- |

** TOTAL THIS CHECK REPORT - 4 BANKS, 348 CHECKS        AMOUNT     6,489,314.32

# United States Bankruptcy Court

## Eastern District of North Carolina

**In re**

    Big Rock Sports, LLC                     Case No. _____

**Debtor**                                     Chapter 7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I was an attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 968,230.25_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

2.  The source of the compensation paid to me was:

    [X] Debtor                 [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [ ] Debtor                 [ ] Other (specify)

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I rendered legal services for the following aspects of the bankruptcy case:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy; and

    b.  Preparation and filing of any petition, schedules, statements of affairs.

> ### CERTIFICATION
>
>     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in relation to this bankruptcy proceeding.
>
>   1/16/26_____       /s/ Joseph E. Bain_____
> *Date*                              *Signature of Attorney*
>
>                                Jones Walker LLP_____
>                                  *Name of law firm*

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Eastern_____ District Of North Carolina__

**In re BIG ROCK SPORTS, LLC**

Case No. _____

**Debtor**

Chapter 7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 12,500.00_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 354,151.70*___

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

*Prior to filing this statement, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP ("Smith Anderson") received the compensation set forth above in connection with providing corporate finance assistance (including representing the debtor in connection with negotiations with the their lenders and amendments to its credit facilities), trademark registration and maintenance, employment counseling, restructuring and contingency planning, corporate advice, and litigation services on behalf of the debtor and its affiliated debtors.

Prior to filing this statement, Smith Anderson also agreed to write off approximately $150,000 of fees owed to it by the debtor for services performed on behalf of the debtor and certain of its affiliated debtors.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.   Preparing and filing voluntary petitions for relief under chapter 7 of title 11 of the United States Code, and certain other documents that may be required in connection with such filings;

    b.   Coordinating with the Clerk of the United States Bankruptcy Court for the Eastern District of North Carolina and with the chapter 7 trustee appointed in the bankruptcy cases;

    c.   Communicating with parties in interest in the bankruptcy cases; and

    d.   Representing the debtors at the meeting of creditors (and any adjournment thereof).

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor or its affiliated debtors in any employment matters, adversary proceedings, other contested bankruptcy matters, or any future non-bankruptcy representation.

B2030 (Form 2030) (12/25)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>01/16/2026</u>                  /s/ Brett M. Neve

*Date*                               *Signature of Attorney*

                         Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP

                                 *Name of law firm*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA

New Bern     **Division**

IN RE:   Big Rock Sports, LLC                                    CASE NO.:

Debtor(s)          Big Rock Sports, LLC

## CERTIFICATION OF MAILING MATRIX
## REQUIRED BY E.D.N.C. LBR 1007-2

I hereby certify under penalty of perjury that the attached list of creditors which has been prepared in the format required by the clerk is true and accurate to the best of my knowledge and includes all creditors scheduled in the petition.

Dated:   Jan 16, 2026

                                                    /s/ Brett M. Neve
                                                    _____
                                                    Debtor or Attorney for Debtor

REV. 07/2012

01 NETWORKS, LLC
PO BOX 130364
ROSEVILLE, MN  55113

1 LIMIT BAIT SHOP
2612 KINGSTON HWY
KINGSTON, TN  37763

1 STAGE STOP
288 S 100 E
KAHAB, UT  84741

10 RING MARKETING
5012 STARCREST DRIVE
MONROE, NC  28110

1000 WEST INC
PO BOX 434
1000 OLD W CHOCOLATE AVE
HERSHEY, PA  17033

1000BULBS
2140 MERRITT DRIVE
GARLAND, TX  75041

101 PRODUCE & SEAFOOD
4722 HWY 101
NEWPORT, NC  28570

1141 JAY LANE, LLC
3041 S. CURCH STREET
BURLINGTON, NC  27215

15409 GUNTER BROTHERS
341 W. MAIN STREET
CRISFIELD, MO  21817

1791 GUNLEATHER
1835 NW 21ST TERRACE
MIAMI, FL  33142

1-800-FLOWERS.COM
PO BOX 29901
NEW YORK, NY  10087-9901

1ST WEST FINANCIAL CORP
32186 CASTLE CT, SUITE 220
EVERGREEN, CO  80439

1WORLDSYNC INC
DEPARTMENT 781341
PO BOX 78000
DETROIT, MI  48278-1341

2 MARKET LLC
12455 KERRAN ST STE 300
POWAY, CA  92064

2 MONKEY TRADING LLC
3601 VINELAND RAOD, SUITE 14
ORLANDO, FL  34771

2 RIVERS, LLC
1885 W DARTMOUTH AVE
UNIT 1
ENGLEWOOD, CO  80110

20/20 FISHON PRODUCTS INC.
824 ELMWOOD PARK BLVD
SUITE 107
NEW ORLEANS, LA  70123

20TH JUDICIAL CIRCUIT STATE ATTORNEY
6900-29 DANIELS PKWY 130
FORT MYERS, FL  33912-1586

212 CORPORATE CENTER, LLC
ATTN: JOSEPH P TENNANT
PO BOX 1658
PORTLAND, OR  97207

22ROCK CORP
22 FIFTH AVE SOUTH
ST CLOUD, MN  56301

2775 OFFICE LLC
2500 S. HIGHLAND AVENUE
SUITE 103
LOMBARD, IL  60148

2KS TACKLE
PO BOX 5321
SALEM, OR  97304

3 RIVERS FLY & TACKLE
390 RAILROAD AVE
WASILLA, AK  99654

3 RIVERS FLY & TACKLE, INC
1811 SHADETREE CIRCLE
ANCHORAGE, AK  99502

3 TREES GUN SHOP
PO BOX 728
RESERVE, NM  87830

302 SAUNDERS, LLC
PO BOX 66175
PORTLAND, OR  97290-6175

3CG DIMETYD LLC
PO BOX 81375
WOBURN, MA  01813

3D DATACOM
11365 SUNRISE GOLD CIRCLE
RANCHO CORDOVA, CA  95742

3M
3M CENTER
223-5N-5U32
ST. PAUL, MN  55144

3RD MEADOW, LLC DBA VERSARING
352 FICKES LANE
NEWPORT, PA  17074

4 W AIR
PO BOX 4401
SOLDOTNA, AK 99669

49 MARINA
3939 EMMONS AVE
BROOKLYN, NY 11235

49ER PRODUCTS
4514 PACIFIC HEIGHTS RD
OROVILLE, CA 95965

4IMPRINT, INC
PO BOX 320
OSHKOSH, WI 54901

4S BAIT & TACKLE
1429 YOULL ST
NILES, OH 44446

71 BAIT & SPORTS
5511 HIGHWAY 71 N.E.
WILLMAR, MN 56201

7-11 LAKESIDE
10205 LAKE JENNINGS PARKWAY
LAKESIDE, CA 92040

726 WEST
1031 S BROADWAY, STE 442
LOS ANGELES, CA 90015

80 BELOW LLC
578 OLD STAGE ROAD
DECATURVILLE, TN 38329

800-FLOWERS
ATTN:JARROD WESTON
1000 W.ARKANSAS LN.SUITE 100
ARLINGTON, TX 76013

81ST M M MORTAR
3RD BATTALION, 1ST MARINES
500 CHALETTE DRIVE
BEVERLY HILLS, CA 90210

9923691 CANADA INC
2308 GLANDRIEL CIRCLE
OTTAWA, CA K4A 4T3

A & A SUPPLY
PO BOX 1068
AMHERST, VA 24521

A & B SPORT SHOP
1000 HARTFORD TURNPIKE
VERNON, CT 06066

A & J INDUSTRIAL
8839 N CEDAR AVE
SUITE 42
FRESNO, CA 93720

A & N SPORTS, INC.
501 S. FRENCH AVENUE
SANFORD, FL 32771

A & P
3800 BRIDGES STREET
MOREHEAD CITY, NC 28557

A & W SPORTS
1501 RICHMOND RD
IRVINE, KY 40336

A AARON LOCK & KEY
3027 LEMON GROVE AVE
LEMON GROVE, CA 91945-2534

A ACT FAST LOCKSMITH
PO BOX 625
CLACKAMAS, OR 97015

A ADVANCED LOCKSMITHS
14752 SW 60TH ST
MIAMI, FL 33193

A BAND OF ANGLERS
314 AVENUE K SE
WINTER HAVEN, FL 33880

A BETTER GLASS SHOP INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO 80321-4106

A C FISHING CENTER
C/O CAROL POLTORAK
4333 WINCHESTER AVE.
ATLANTIC CITY, NJ 08401

A CUT ABOVE
PO BOX 50694
BILLINGS, MT 59105

A PRIVATE AFFAIR
122 MIMOSA AVENUE
PINE KNOLL SHOR, NC 28512

A TIME FOR ME
617 UNION AVE
BLDG 3 - SUITE 12
BRIELLE, NJ 08730

A TO Z PAWNS INC
1802 W BELL RD
PHOENIX, AZ 85023

A&H TRADING POST & SPORTING GOODS
9077 BUNCHANNAN HWY
DALLAS, GA 30132

A&W FISHING
9 WEST PATAPOCO AVE.
BALTIMORE, MD 21225

A. DUIE PYLE, INC.
PO BOX 564
WEST CHESTER, PA  19381-0564

A. LINDEMANN, INC.
1005 8TH AVENUE
GLENSHAW, PA  15116

A. N. MCELMON
290 MCCABE ROAD
NEWPORT, NC  08570-8418

A. PEPPER DESIGNS, INC
A. PEPPER DESIGNS, INC.
827 S. TRENTON AVENUE
PITTSBURGH, PA  15221

A.G.ADJUSTMENTS LTD.
740 WALT WHITMAN RD
MELVILLE, NY  11747

A.J.S SPORTING GOODS
501 N. DUAL HWY
SEAFOOD, DE  19973

A.M.P. DISTRIBUTORS, INC.
178 HARVERHILL ST
METHUEN, MA  01844

A.O.C. FOOD MART 14
ATTN: HEATHER
PO BOX 456
TALLEDEGA, AL  35161

A.W.R.
1290 N. JOHNSON AVE. 106
EL CAJON, CA  92020-1657

A-1 ISLAND VENDING
1709 BRIDGES ST
MOREHEAD CITY, NC  28557

A-1 LIQUIDATORS, INC.
9530 CABOT DRIVE
SAN DIEGO, CA  92126-4333

A-1 LOCKSMITH SERVICE
4400 DORCHESTER RD
N CHARLESTON, SC  29405

A-1 NATIONAL FIRE CO. LLC
PO BOX 6783
CAROL STREAM, IL  60197-6783

A-1 SIGN SHOP, INC.
4911 BRIDGES STREET
PO BOX 789
MOREHEAD CITY, NC  28557

A1 TELETRONICS INC
PO BOX 21317
ST PETERSBURG, FL  33742-1317

A-1 TELETRONICS
1010 118TH AVENUE NORTH
ST. PETERSBURG, FL  33716

A1A OUTFITTERS CORP
PO BOX 831232
7501 SW 117 AVE 831232
MIAMI, FL  33283-1232

AA EXPRESS PLUMBING SVC
PO BOX 3338
ATLANTIC BEACH, NC  28512

AA FAST ACTION LOCKSMITH LLC
PO BOX 66175
PORTLAND, OR  97290-6175

AA&E LEATHERCRAFT LLC.
208 INDUSTRIAL LOOP
YOAKUM, TX  77995

AAA CAROLINAS
ATTN: MAC
PO BOX 29621
CHARLOTTE, NC  28229

AAA CAROLINAS
PO BOX 96009
CHARLOTTE, NC  28296-0009

AAA COOPER TRANSPORTATION
PO BOX 935003
ATLANTA, GA  31193-5003

AAA GUN & PAWN
1859 S WOODLAND BLVD
DELAND, FL  32720

AAA PAWN
409 NORTH SECOND ST
BOONEVILLE, MS  38829

AAA SECURITY INC
1205-D ARENDELL ST
MOREHEAD CITY, NC  28557

AACI DBA ADCO
34A HOLTON STREET
WOBURN, MA  01801

A-ADVANCED FIRE & SAFETY EQ.
22607 S DIXIE HWY
MIAMI, FL  33170

AAFES
PO BOX 660261
DALLAS, TX  75266-0261

AARD, INC
4625 EAST PRINCESS ANNE ROAD
NORFOLK, VA  23502

AARD-ALLTUF
ATT: ROSS CLEMENTS
4625E PRINCESS ANNE RD
NORFOLK, VA  23502

AARON KELLER
79 COOK RD
BATESVILLE, AR  72501

AARON TIPPIN FIREARMS
3347 NASHVILLE HWY
DOWELLTOWN, TN  37059

AARON WALL
ARRONS BAIT & TACKLE
613 ATLANTIC BEACH CAUSEWAY
ATLANTIC BEACH, NC  28512

AARONS BAIT & TACKLE
613 MOREHEAD AVENUE
ATLANTIC BEACH, NC  28512

AARONS DISCOUNT BAIT & TACKLE
613 ATLANTIC BEACH CAUSEWAY
ATLANTIC BEACH, NC  28512

ABACO HARDWARE LTD.
DON MACKAY BLVD MARSH HARBOUR
PO BOX 488
ABACO
BAHAMAS

ABCO EMBROIDERY
17185 SE MCLOUGHLIN
MILWAUKIE, OR  97267

ABCO MARKETING
5687 SE INTERNATIONAL WAY
SUITE I
MILWAUKIE, OR  97222

ABCO MARKETING
5687 SE INTERNATIONAL WAY
SUITE I
MILWAULKIE, OR  97222

ABF FREIGHT SYSTEM INC
2630 GABEL RD
BILLINGS, MT  59102-7300

ABF FREIGHT SYSTEM
14941 131 AVENUE NW
EDMONTON, AB  T5V 1S9
CANADA

ABF FREIGHT SYSTEM, INC.
PO BOX 2206
ROCKY MOUNT, NC  27801

ABF FREIGHT SYSTEMS
875 ENERGY WAY
CHULA VISTA, CA  91911

ABLE DRAIN CLEANING SERVICE
13813 FAWNVIEW LANE
COLD SPRING, MN  56320

ABRA PRODUCTS
888 EXECUTIVE CENTER DR.
W. SUITE 300
ST. PETERSBURG, FL  33702

ABRA
PO BOX 910
MILTON, WA  98354

ABSOLUTE COMPUTER CORP
PO BOX 241081
CLEVELAND, OH  44124

ABSOLUTE GLASS INC.
PO BOX 2748
BURLINGTON, NC  27216

ABSOLUTE OUTDOOR INC.
1209 FRANKLIN AVENUE NE
SAUK RAPIDS, MN  56379

AC FREIGHT SYSTEMS
PO BOX 61630
SAN JOSE, CA  95161

AC WILSON & ASSOCIATES
PO BOX 117
DOUGLASVILLE, GA  30133

AC/DC ELECTRIC
260 SANDERSON ROAD
NEWPORT, NC  28570

ACADEMY INDOOR GUN RANGE
3750 INVESTMENT LANE
RIVERIA BEACH, FL  33404

ACC CRAPPIE STIX
3410 SIX MILE ROAD
MARYVILLE, TN  37803

ACCA
4801 WOODWAY DR.
SUITE 220 W
HOUSTON, TX  77056

ACCELERATED BUSINESS CREDIT CORP
PO BOX 4615
THOUSAND OAKS, CA  91359-1615

ACCENT COMMUNICATIONS
14000 25TH AVENUE NORTH
PLYMOUTH, MN  55447

ACCESS WIRELESS
3821 RAMSEY ST
SUITE 116
FAYETTEVILLE, NC  28311

ACCOLADE TECHNOLOGIES MGT CORP
PO BOX 80563
PORTLAND, OR  97280

ACCOUNTING PLUS
PO BOX 574
MOREHEAD CITY, NC  28557

ACCUCOPY/QUICK TABS
PO BOX 30080
2718 S MEMORIAL DR
GREENVILLE, NC  27834

ACCULINK
1055 GREENVILLE BLVD SW
GREENVILLE, NC  27834

ACCURATE ON-SITE DRUG TESTING,LLC
PO BOX 660721
BIRMINGHAM, AL  35226

ACCURATE PAWN & TACKLE
6653 WASHINGTON BLVD
ELKRIDGE, MD  21227

ACCUSCAN
PO BOX 80037
CONYER, GA 30208-8037
CONYER,, GA  30208-8037

ACCU-TECH CORPORATION
200 HEMBREE PARK DRIVE
ROSWELL, GA  30076-3890

ACD CARGO, INC
PO BOX 52-0793
MIAMI, FL  33152

ACE 8187
BUILDERS SHOPPING CENTER
PO BOX 351
COLVILLE, WA  99114

ACE HARDWARE & LUMBER
400 N CENTER ST
ROCK SPRINGS, WY  82901

ACE HARDWARE 7304Y
PO BOX 535
FREELAND, WA  98249

ACE HARDWARE CORP
2200 KENSINGTON COURT
OAK BROOK, IL  60523-2100

ACE HARDWARE
2200 KENSINGTON CT
OAK BROOK, IL  60523-2100

ACE HARDWARE
420 N MAIN ST
LANDER, WY  82520

ACE HARDWARE-MORRIS
710 ATLANTIC AVE.
MORRIS, MN  56267

ACE HOME CENTER
1713 N MAIN ST
TARBORO, NC  27886

ACE INDUSTRIAL EQUIPMENT
1415 E 2ND AVE.
TAMPA, FL  33605-5003

ACE MAGAZINE
PO BOX 68079
INDIANAPOLIS, IN  46268

ACE MARINE RIGGING & SUPPLY
600 ARENDELL STREET
MOREHEAD, NC  28557

ACE SPECIALTIES INC
5210 NE COLUMBIA BLVD
PORTLAND, OR  97218

ACE USA
DEPT CH 10123
PALANTINE, IL  6055-0123

ACES TRAILER RENTAL, LLC
259 S. MCCARRAN BLVD
SPARKS, NV  89431

ACK-SHUN LURE LLC
314 THEO ST
LANSING, MI  48917

ACME MOVERS & STORAGE CO.
5030-A MATTIE ST
MOREHEAD CITY, NC  28557

ACME UNITED CORPORATION
55 WALLS DRIVE
FAIRFIELD, CT  06824

ACORN PAPER PRODUCTS
PO BOX 23965
LOS ANGELES, CA  90023-3965

ACOSTA CORDERO, ROSY
9465 LONG RIVER DR
RENO, NV  89506

ACOSTA, BELONGA LETHRONE
107 MOORE ST
BENNETTSVILLE, SC  29512

ACR ELECTRONICS INC.
5757 RAVENSWOOD ROAD
FORT LAUDERDALE, FL  33312

ACTION DATA SUPPLY
9601 COLUMBUS AVENUE
NORTH HILLS, CA  91343

ACTION ELECTRIC
1701 MONTANA AVE
PO BOX 2415
BILLINGS, MT  59103

ACTION EXPRESS INC
PO BOX 3528
OMAHA, NE  68103-0528

ACTION FIRE PROTECTION CO, INC
6765 WHITTEN PL
MEMPHIS, TN  38133

ACTION PRINTING & GRAPHICS, INC
4852 RANDALL PKWY
WILMINGTON, NC  28403

ACTION TACKLE
BONNIE GOLDMAN
1886 WEST BAY DRIVE
LARGO, FL  34640

ACTION TECHNOLOGY SYSTEMS
835 SE 17TH AVE
PORTLAND, OR  97214

ACTION WATERSPORTS
33823

ACTIVE OUTDOORS LLC
16 EAST MAIN STREET
GLEN LYON, PA  18617

ACU SIGHT INC
5711 E. NANCY LANE
MEADE, WA  99021

ACUSPORT CORP
ATTN: MARYALICE HUMPHREY
ONE HUNTER PLACE
BELLEFONTAINE, OH  43311

ACUSPORT
ONE HUNTER PL
BELLEFONTAINE, OH  43311

ADA VELAZCO
1311 SW 97 CT
MIAMI, FL  33174

ADAM CRIDER, ATTORNEY AT LAW
PO BOX 1147
JACKSON, TN  38302

ADAM IAN HERSCHER
1066 WELLINGTON DR
CHARLESTON, SC  29412

ADAM LANE BENEFIT
2889 ROANOKE RD
CLINTON, NC  28328

ADAMS BAIT HOUSE
17 DYCHES DR
SAVANNAH, GA  31406

ADAMS MARK HOTEL
555 S. MCDOWELL STREET
CHARLOTTE, NC  28204

ADAMS, ERIC T
13601 VENUS WAY
ANCHORAGE, AK  99515-3922

ADAMS, KORY LYN
1737 YELLOWSTONE COURT APT O
GASTONIA, NC  28054

ADAMS, RAYMOND JAMES
3010 BARRYMORE STREET
106
RALEIGH, NC  27603

ADAMS, SHANNON R
106 SILVER CREEK LANDING
SWANSBORO, NC  28584

ADCOCK HOME IMPROVEMENTS
PO BOX 1968
ATLANTIC BEACH, NC  28512

ADECCO
175 BROADHOLLOW RD
MELVILLE, NY  11747

ADKINS INC
T/A THE GENERAL STORE
37232 LIGHTHOUSE RD
SHELBYVILLE, DE  19957

AD-MAIL INC
905 NW 17TH AVE
PORTLAND, OR  97209-2396

AD-MAIL
905 N.W. 17TH AVE
PORTLAND, WA  97209

ADMIRAL D.E. WILSON
FISHING WORLD INC.
8796 I SACRAMENTO DR.
ALEXANDRIA, VA  22309

ADMIRAL GLASS
4908 BRIDGES ST
MOREHEAD CITY, NC  28557

ADOBE SYSTEMS INCORPORATED
75 REMITTANCE DRIVE
SUITE 1025
CHICAGO, IL  60675-1025

ADP INSTITUTE FOR
EDUCATIONAL EXCELLENCE
FOUR BECKER FARM RD, MS 533
ROSELAND, NJ  07068

ADP SCREENING & SELECTION SVC
PO BOX 645177
CINCINNATI, OH  45264-5177

ADP, INC
PO BOX 9001006
LOUISVILLE, KY  40290-1006

ADRIAN CENICEROS
280 WELLS AVE B
EL CAJON, CA  92020

ADRIAN DAF
280 WELLS AVE B
EL CAJON, CA  92020

ADRIAN HOLLER
5226 DRIFTWOOD LN
MOREHEAD CITY, NC  28557

ADRIENNE HARRIS
465 W DENNY AVE
PINEBLUFF, NC  28373

ADT SECURITY SYSTEMS
3830 CALLE FORTUNA
SAN DIEGO, CA  92123-1825

ADVANCE ELECTRIC CO, INC
453 DISTRIBUTION PKWY 1
COLLIERVILLE, TN  38017

ADVANCE IMAGING SUPPLY INC
14536 FRIAR ST
VAN NUYS, CA  91411

ADVANCE PUBLIC RELATIONS & MARKETING
1400 E. MELANIE LANE
PO BOX 1300
OZARK, MO  65721

ADVANCE TACKLE INCORPORATED
05788 US HWY 131 SOUTH
BOYNE FALLS, MI  49713

ADVANCED DATA PRODUCTS
3405 SW HUME ST
PORTLAND, OR  97219-3740

ADVANCED ELECTRIC, INC
21811 NE 58TH STREET
VANCOUVER, WA  98682

ADVANCED EMPLOYMENT
2115 BROADWATER AVE
BILLINGS, MT  59102

ADVANCED EQUIPMENT COMPANY
PO BOX 11382
CHARLOTTE, NC  28220

ADVANCED GRAPHICS/SALTY BONES
342 WILLIAMS POINT BLVD
COCOA, FL  32927

ADVANCED IMPRESSIONS INC
601 SE HAWTORRNE BLVD
PORTLAND, OR  97214-3521

ADVANCED MARKETING & LIQUIDATORS
2019 CHINA GARDEN RD
KALAMA, WA  98625

ADVANCED OFFICE SOLUTIONS INC
PO BOX 815
SWANSBORO, NC  28584

ADVANCED PORTABLE TOILETS
2539 EASTERN AVE
ROCKY MOUNT, NC  27804

ADVANCED ROOFING, LLC
PO BOX 869
3502 ELM ST
MOREHEAD CITY, NC  28557

ADVANCED SYSTEMS, INC.
3550 COVINGTON PIKE
SUITE 105
MEMPHIS, TN  38128

ADVANCED WASTE SYSTEMS
POST OFFICE BOX 2089
HOUSTON, TX  77252-2089

ADVANCED WILDLIFE SOLUTIONS
3 S LASHLEY STREET
REYNOLDS, GA  31076

ADVANTA LEASING CORP
ACCT001-0123889-002
PO BOX 1228
VOORHEES, NJ  08043

ADVANTA LEASING SERVICES
A PROGRAM OF ABC
PO BOX 41598
PHILADELPHIA, PA  19101-1598

ADVANTAGE COMPUTER PRODUCTS
3821 OLIVO CT
CAMARILLO, CA  93010

ADVANTAGE HUNTING
PO BOX 25760
RALEIGH, NC  27611

ADVANTAGE MARINE
1212 CAMPBELL AVE. SE
ROANOKE, VA  24013

ADVANTAGE TRANSPORT, INC
PO BOX 16006
PHOENIX, AZ  85011

ADVANTAGE TRANSPORTATION SERVICES
W182 N9606 APPLETON AVE, STE 103
GERMANTOWN, WI 53022

ADVENTIST HEALTH
10201 SE MAIN ST
SUITE 29
PORTLAND, OR 97216

ADVENTURE ALASKA SE
PO BOX 19561
THORNE BAY, AK 99919

ADVENTURE PROD. INC.
918 LAUREL STREET
CALDWELL, ID 83605

ADVENTURE SPORTS INC.
1461 N.E. BURNSIDE
GRESHAM, OR 97030

ADVERTISING AGE
SUBSCRIBER SERVICES
1155 GRATIOT AVE.
DETROIT, MI 48207-2912

AEGIS GROUPS INC DBA GUNRUNNERS
2160 HUNTINGTON DR UNIT D
DUARTE, CA 91010

AEROTEK COMMERCIAL STAFFING
PO BOX 198531
ATLANTA, GA 30384-8531

AFFIRMED MEDICAL SERVICES
207 W JANEAUX ST
LEWISTOWN, MT 59457

AFFORDABLE APPLIANCE
105 S 8TH STREET W
BILLINGS, MT 59101

AFI COMMUNICATIONS GROUP, INC.
N.A.F.L.F.D.
2455 E. SUNRISE BLVD., SUITE 916
FT. LAUDERDALE, FL 33304

AFLAC
ATTN: REMITTANCE PROCESSING SERVICE
1932 WYNNTON RD
COLUMBUS, GA 31999-0001

AFN FISHING & OUTDOOR
AFN FISHING & OUTDOORS
UNIT 19 & 20
BAYSAWATER, VI 03153

AFS/IBEX FINANCIAL SERVICES LLC
PO BOX 650786
DALLAS, TX 75265-0786

AFTCO BLUEWATER
17351 MURPHY AVE
IRVINE, CA 92614

AFTCO MFG. CO. INC.
2400 S GARNSEY ST
SANTA ANA, CA 92707-3335

AG LOGISTICS, INC
DBA SKYLINE MESSENGER SVC INC
2213-D DISTRIBUTION CENTER DR
CHARLOTTE, NC 28269

AGENCY PARTNERS LLC
1141 JAY LANE
GRAHAM, NC 27253

AGILEBITS, INC.
PO BOX 7411049
CHICAGO, IL 60674-1049

AGILYSYS, INC
6675 PARKLAND BLVD
SOLON, OH 44139

AGIO, INC.
1205 S. AIR DEPOT BLVD
SUITE 113
MIDWEST CITY, OK 73110

AGM GROUP (AEROMAT PRODUCTS)
2070 ZANKER RD
SAN JOSE, CA 95131

AGUADA GROUP
9209 BAY HILL BLVD
ORLANDO, FL 32819

AGUAS GOMEZ, JONATHAN
3823 BETTIE AVENUE
RENO, NV 89512

AGUERO, BERTHA
8237 ANCHOR POINT DR.
RENO, NV 89506

AGUILAR, JORGE
219 RIDLEY STREET
ROCK HILL, SC 29730

AGUILAR, MARGARITA DEL CARMEN
605 CAMERON WALK CT 204
CHARLOTTE, NC 28217

AGUILAR, ODETH LORENA
4282 BAKER LANE
RENO, NV 89509

AGUIRRE BUSTOS, AYDEE
2721 MARMAC ROAD
CHARLOTTE, NC 28208

AGUIRRE, ANTHONY ERIK
10330 ROSEMOUNT DRIVE
RENO, NV 89521

AHASIC AND ASSOCIATES
PO BOX 4365
BASALT, CO  81621

AICPA
PO BOX 5795
HICKVILLE, NY  11802-5795

AIG PROPERTY CASUALTY
FINANCIAL LINES CLAIMS
PO BOX 25947
SHAWNEE MISSION, KS  66225

AIM PUBLISHING
13721 E. RICE PL.
SUITE 200
AURORA, CO  80015

AIM TRANSPORTATION
660 HARTITON ST
ORANGE, CA  92668-1312

AIMCAM, LLC.
4500 140TH AVENUE NORTH
SUITE 101
CLEARWATER, FL  33762

AIR CONDITIONING PLUS INC
8001 GRAND CANAL DR
MIAMI, FL  33144-2149

AIR PRO HEATING & COOLING
P O BOX 1029
BEAUFORT, NC  28516

AIR VENTURI
5135 NAIMAN PKWY
SOLON, OH  44139

AIRBORNE EXPRESS
PO BOX 662
SEATTLE, WA  98111

AIRBORNE EXPRESS
PO BOX 91001
SEATTLE, WA  98111

AIRHEAD SPORTS GROUP
12000 E. 45TH AVE STE 104
DENVER, CO  80239

AIRSOFT
901 SOUTH FREEMONT AVE UNIT 218
ALHAMBRA, CA  91803-4739

AIRTECH MECHANICAL SERVICES, INC
153 TWO LAKES TRAIL
NEW BERN, NC  28560

AIRTOUCH CELLULAR
PO BOX 790293
ST.LOUIS, MO  63179-0293

AIRWAY MOVING & STORAGE, INC.
3306 TRENT ROAD
PO BOX 13009
NEW BERN, NC  28561-3009

AJ IMPORTS
11518 E APACHE TR 124
APACHE JUNCTION, AZ  85220

AJ PARK INTELLECTUAL PROPERTY
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY  10018

AJAY/SPALDING
1510 E WISCONSIN ST
DELAVAN, WI  53115

AKAMAI TECHNOLOGIES, INC
8 CAMBRIDGE CENTER
CAMBRIDGE, MA  02142

AKE MARINE, INC.
PO BOX 21
OCEAN CITY, MD  21842

AKINA ENTERPRISES
OYSTER POINT BAIT
985 MARINA BLVD
SAN FRANCISCO, CA  94080

AKUTAN CORP
PO BOX 8
AKUTAN, AK  99553

AL BRISTER
110 LOFTIN LANE
BEAUFORT, NC  28516

AL MILLER
PO BOX 1593
SPRINGERVILLE, AZ  85938

ALABAMA DEPARTMENT OF REVENUE
SALES & USE TAX DIVISION
PO BOX 327790
MONTGOMERY, AL  36132-7790

ALABAMA DEPT. OF REVENUE
WITHHOLDING TAX RETURNS
PO BOX 327483
MONTGOMERY, AL  36132-7483

ALABAMA SALES TAX TRUST ACCOUNT
PO BOX 830725
BIRMINGHAM, AL  35283-0725

ALACHUA FARM & LUMBER INC
PO BOX 2290
ALACHUA, FL  32616

ALAMANCE COUNTY TAX COLLECTOR
PO BOX 580472
CHARLOTTE, NC  28258-0472

ALAMANCE PAVING
PO BOX 5095
BURLINGTON, NC  27216

ALAMO RENT-A-CAR
PO BOX 403360
ATLANTA, GA  30384-3360

ALAN ELDRIDGE
3003 CAMEROSA CIRCLE
CAMERON PARK, CA  95682

ALAN L.BRODKIN & ASSOC.
22974 EL TORO RD.
EL TORO, CA  92630

ALAN SHELOR RENTALS
ATLANTIC BEACH CAUSEWAY
ATLANTIC BEACH, NC  28512

ALAN VEIBELL
4155 QUEST WAY
MEMPHIS, TN  38115

ALAN WILLIAMSON
PO BOX 870831
ASILLA, AK  99687

ALANIZ, MARYURI LISETH
1126 ALLEGIANCE DR
CHARLOTTE, NC  28217

ALARMGUARD SECURITY, INC
1103 NORWALK ST
GREENSBORO, NC  27407

ALASKA DEPARTMENT OF LABOR AND
WORKFORCE DEVELOPMENT
PO BOS 11149
JUNEAU, AK  99811-1149

ALASKA GAME BAGS, INC
370 S LOWE AVE STE A-154
COOKEVILLE, TN  38501

ALASKA MARINE LINES
PO BOX 24348
SEATTLE, WA  98124-4348

ALASKA PREMIER BAIT CO
6900 191ST PLACE NE
ARLINGTON, WA  98223

ALBEMARLE ANGLER
BARRACKS RD SHOPPING CENTER
1129 EMMET ST
CHARLOTTESVILLE, VA  22903

ALBERT D. HORNER
2 MEADOWSIDE COURT
MEDFORD, NJ  08055-9346

ALBERTSONS
PO BOX 20
BOISE, ID  83726

ALBION K INC
PO BOX 280
ALBION, CA  95410

ALBRIGHT ELECTRIC, INC
PO BOX 6105
FRESNO, CA  93703-6105

ALCREST TRANSPORTATION SVCS
341 ROUTE 22 EAST
GREEN BROOK, NJ  08812

ALERT MEDIA, INC.
401 SOUTH 1ST STREET
SUITE 1400
AUSTIN, TX  78704

ALERT SECURITY ASSET PROTECTION
PO BOX 25656
PORTLAND, OR  97298

ALEXANDER COUNTY HEALTH DEPT
322 1ST AVE SW
TAYLORSVILLE, NC  28681

ALEXANDER FUTURE FOUNDATION
PO BOX 204
ALBANY, OH  45710

ALFORD, MALINDA SPENCER
149 DEERFIELD ROAD
ROCKINGHAM, NC  28379

ALFORDS SMOKE N GRILL LLC
149 DEERFIELD ROAD
ROCKINGHAM, NC  28379

ALFRED A MAGALLANEZ JR
114 SPRING STREET
NEW CASTLE, KY  40050

ALFRED DEHLER
14679 325TH ST
ST. JOSEPH, MN  56374

ALGOMA HARDWARE
513 4TH ST
ALGOMA, WI  54201

ALISON HENRY
696 MCCLELLAN TOWN LANE
GATE CITY, VA  24251

ALKAR MANUFACTURING COMPANY
1227 S. BROADWAY
PO BOX 276
NEW ULM, MN  56073-0276

ALL 4 FUN BAIT & TACKLE
1376 MALLARD PT RD
WIRTZ, VA  24184

ALL AMERICAN LOCK & SAFE INC
PO BOX 51869
SPARKS, NV  89435-1869

ALL BATTERY SALES & SERVICE
727 134TH STREET SW
EVERETT, WA  98204-6305

ALL GOOD PALLETS, INC
PO BOX 128
MT EDEN, CA  94557

ALL OUTDOORS, INC.
PO BOX 1906
TRAVERSE CITY, MI  49685-1906

ALL RITE PRODUCTS, INC.
11951 S 3250 W
RIVERTON, UT  84065

ALL SEASON RV & MARINE
PO BOX 5699
BEND, OR  97708

ALL SEASONS MARINE
551 ROOSEVELT BLVD
MARMORA, NJ  08223

ALL SEASONS RV PARK
30012 HWY 395
ESCONDIDO, CA  92026

ALL SPORTS LLC
11245 SE HWY 212
PO BOX 2530
CLACKAMAS, OR  97015-2530

ALL SPORTS LLC
PO BOX 2530
CLACKAMAS, OR  97015

ALL SPORTS
PO BOX 2530
CLACKAMAS, OR  97015

ALL SPORTS
PO BOX 2530
CLACKAMAS, OR  97015-2530

ALL SPORTS, LLC.
11245 S.E. HIGHWAY 212
PO BOX 2530
CLACKAMAS, OR  97015-2530

ALL STATE POLICE EQUIPMENT
PO BOX 40
CLAREMONT, CA  91711

ALL STATES CONTAINERS, LLC
ALL STATES CONTAINERS, LLC
3608 S. WILMINGTON STREET
RALEIGH, NC  27603

ALLANS B & T
325 E. BURLEIGH BLVD.
TAVARES, FL  32778

ALLEGIANCE SECURITY GROUP LLC
2900 ARENDELL ST, SUITE 18
MOREHEAD CITY, NC  28557

ALLEGRA PRINT & IMAGING
528 AUBURN RAVINE RD
AUBURN, CA  95603

ALLEGRO CONSULTANTS
10571 TELEGRAPH RD SUITE 125
GLEN ALLEN, VA  23059

ALLEN & DALRYMPLE
2435 PLANTATION CTR DR
SUITE 205
MATTHEWS, NC  28105

ALLEN CO, INC.
609 S. 104TH STREET
LOUISVILLE, CO  80027

ALLEN MARINE SALES
PO BOX 1049
SITKA, AK  99835

ALLEN, BRITTANY SHNIQUE
6674 GRASSY ISLAND ROAD
MT.GILEAD, NC  27306

ALLEN, ERIC O
132 10TH AVE. N
WAITE PARK, MN  56387

ALLEN, RICHARD MARTEL
155 CAROLINA DRIVE
BENNETTSVILLE, SC  29512

ALLEN, VANCE RASHAD
9406 SOUTH VICKSBURG PK CT
CHARLOTTE, NC  28210

ALLEN, WILLIAM B
1700 TOP FLIGHT DRIVE
INDIAN TRAIL, NC  28079

ALLIANCE BRANDS LLC.
21 COMMERCE DRIVE
CRANBURY, NJ  08512

ALLIANCE DISTRIBUTION PARTNERS
131 SAUNDERSVILLE ROAD
HENDERSONVILLE, TN  37075

ALLIANCE MERCANTILE, INC
4620 CAMPUS PL, STE 200
MUKILTEO, WA  98275

ALLIANCE MKT/DOCK BLOCK
PO BOX 19856
BRENTWOOD, MO  63144

ALLIANZ
EULER HERMES NORTH AMERICA
INSURANCE
100 INTERNATIONAL DR, 22ND FLOOR
BALTIMORE, MD  21202

ALLIED CARRIERS EXCHANGE INC
PO BOX 17626
DENVER, CO  80217-0626

ALLIED CARRIERS EXCHANGE, INC.
PO BOX 17626
DENVER, CO  80217-0626

ALLIED DOCK PRODUCTS
4746 W JENNIFER, STE. 107
FRESNO, CA  93722

ALLIED ROOFING CO, INC
744 PARK CENTRE DR
KERNERSVILLE, NC  27284

ALLIED VAN LINES, INC.
PO BOX 4554
CHICAGO, IL  60680

ALLIED VAUGHN
DEPT. 5246
PO BOX 30000
HARTFORD, CT  06150-5246

ALLIED WASTE SERVICES 837
PO BOX 9001099
LOUISVILLE, KY  40290-1099

ALLISON, MATTHEW S.
20 NORTHWEST 12TH PLACE
CAPE CORAL, FL  33993

ALL-LUMINUM PRODUCTS,INC.
10981 DECATUR ROAD
PO BOX 8500 (S-7290)
PHILADELPHIA, PA  19154

ALL-POINTS WASTE SERVICE, INC
PO BOX 2458
INDIAN TRAIL, NC  28079

ALL-PRO HYDRAULICS
7692 NC HWY 11 S
AYDEN, NC  28513

ALLRED, CLIFFORD S
4454 OLD MELROSE ROAD
ROSEBURG, OR  97471

ALL-SPORTS SUPPLY, INC.
11245 SE HWY 212
PO BOX 2530
CLACKAMAS, OR  97015-2530

ALL-SPORTS, LLC
11245 S.E. HIGHWAY 212
PO BOX 2530
CLACKAMAS, OR  97015-2530

ALLSTATES WORLD CARGO
PO BOX 959
FORKED RIVER, NJ  08731

ALLTEL
P.O.BOX 96019
CHARLOTTE, NC  28296-0019

ALLTRA GREEN
PO BOX 22794
BILLINGS, MT  59104

ALLTRISTA/DIAMOND BRANDS
345 S. HIGH ST STE 210
MUNCIE, IN  47305

ALL-WAYS FORWARDING OF NY INC
POB 300328, JFK AIRPORT STAT
JAMAICA, NY  11430-0328

ALLWELL
PO BOX 1183
3716 BRIDGES STREET
MOREHEAD CITY, NC  28557

ALMODOVAR, NATICA IYANTIA
10421 HUGUE WAY
CHARLOTTE, NC  28214

ALMONDS SPORTS
RT. 3 BOX 312A
NEW LONDON, NC  28127

ALOCK & GLASS
1285 BARING BLVD 130
SPARKS, NV  89434

ALOE GATOR SUNCARE COMPANY
4871 SHARP STREET
DALLAS, TX  75247

ALOI MATERIALS HANDLING
5579 SW ARCTIC DR
BEAVERTON, OR  97005-4163

ALPEN OUTDOOR CORP
10329 DORSET ST
RANCHO CUCAMONG, CA  91730

ALPHA GUARDIAN
820 WIGWAM PKWY STE. 130
HENDERSON, NV  89014

ALPHA MAILING SERVICE, INC.
ATTN: MISTY SHOPE
1005 EAST DIXON BLVD
SHELBY, NC 28152

ALPHA MAILING SERVICES
PO BOX 1178
SHELBY, NC 28151-1178

ALPHATAN INTERNATIONAL INC
570 HOOD ROAD 27
MARKHAM, ON L3R 4G7
CANADA

ALPHONSO D. GREEN
6800 TALBANY PLACE
CHARLOTTE, NC 28215

ALPINE AIRE FOODS
4031 ALVIS CT.
ROCKLIN, CA 95677

ALPINE FISHERY
6724 DEHESA RD
EL CAJON, CA 92019

ALPINE FISHING ADVENTURE
PO BOX 158
PETEROS, WA 98846

ALPINE SPORTS CENTER
PO BOX 1738
BIG BEAR LAKE, CA 92315

ALS AUTO PARTS
1803 MAIN STREET
VICTORIA, VA 23974

ALS BAIT & TACKLE
PO BOX 122
FORTESCUE, NJ 08321

ALS HARDWARE & GUN REPAIR
4080 NW HEESACKER RD
FOREST GROVE, OR 97116

ALS LOCK & KEY CO.,INC.
3511 EAST NETTLETON
JONESBORO, AR 72401

ALS PAWN & SPORTS
5602 CLEVELAND BLVD
CALDWELL, ID 83607

ALS PRO SHOP
644 LINN COURT
MONROE, OH 45050

ALSCO
PO BOX 82269
PORTLAND, OR 97282-0269

ALTO SIGN, INC.
6510 UPLAND ST
PHILADELPHIA, PA 19142

ALTON ASSOC.
NEWPORT, NC 28570

ALTON BAY B & T
DOWNING LANDING
ROUTE 11
ALTON BAY, NH 03810

ALTUS BRANDS, LLC
6893 SULLIVAN ROAD
GRAWN, MI 49637

ALTUS NETWORK SOLUTIONS, INC.
4920 ATLANTA HIGHWAY
SUITE 313
ALPHARETTA, GA 30004-2921

ALVARADO ARIAS, HARVIN
3549 CRESTRIDGE DRIVE
CHARLOTTE, NC 28217

ALVARADO RODRIGUEZ, CARMEN DINORA
812 N NAUGHTON ST
CHESTER, SC 29706

ALVARADO, GUADALUPE ESTEFANIA
1800 SULLIVAN LANE APT 38
SPARKS, NV 89431

ALVAREZ, ARACELI
5755 BOZIC LANE
SUN VALLEY, NV 89433

ALVAREZ, MARGARITA
4540 PERSIMMON ROAD
RENO, NV 89502

ALVAREZ, MARISSA
1222 WILSON AVE.
RENO, NV 89502

ALVAREZ, MIRIAM
1155 YATES LANE
RENO, NV 89509

ALVIN KIRSCHNEMANN HANDYMAN
1744 AVE D
BILLINGS, MT 59102

ALZHEIMERS ASSOCIATION
435 E. HENRIETTA RD
ROCHESTER, NY 14620

AMANDA PENTICUFF
356 ALBANY ROAD
LEXINGTON, KY 40503

AMAZON CAPITAL SERVICES, INC
PO BOX 035184
SEATTLE, WA  98124-5184

AMBER DELACRUZ
1417 QUAIL RUN
NASHVILLE, TN  37214

AMBER HOWELL
104 JOHN CT.
HAVELOCK, NC  28532

AMELIA ISLAND BAIT & TACKLE
1925 S 14TH STREET
AMELIA ISLAND, FL  32034

AMEND2, LLC
2184 CHANNING WAY 129
IDAHO FALLS, ID  83404

AMERICA OUTDOORS KEY LARGO
97450 OVERSEAS HIGHWAY
KEY LARGO, FL  33037

AMERICAN AUDIO-VIDEO
2862 HARTLAND ROAD
FALLS CHURCH, VA  22043

AMERICAN AUDIO-VIDEO
SPRINGFIELD, VA  22150

AMERICAN BAITWORKS
5700 GULF TECH DRIVE
OCEAN SPRINGS, MS  39564

AMERICAN BUREAU OF COLLECTIONS
1100 MAIN STREET
BUFFALO, NY  14209-2356

AMERICAN BUSINESS CREDIT CORP.
PO BOX 728
PARK RIDGE, NJ  76560728

AMERICAN CAMPER
PO BOX 70695
CHICAGO, IL  606730695

AMERICAN CANCER SOCIETY
MOREHEAD CITY, NC  28557

AMERICAN CENTRAL FORCE PROTECTION
510 WEKIVA CREST DRIVE
APOPKA, FL  32712-1472

AMERICAN CLUB, THE
HIGHLAND DR
KOHLER, WI  53044

AMERICAN COMPACTOR EQUIPMENT SALES
PO BOX 2459
12775 E HERNDON
CLOVIS, CA  93613-2459

AMERICAN CONTAINER
8530 W SANDIDGE RD
OLIVE BRANCH, MS  38654

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX  75285-0448

AMERICAN FAST FREIGHT
PO BOX 3606
SEATTLE, WA  98124-3606

AMERICAN FIREARMS INDUSTRY
2455 E. SUNRISE BLVD
SUITE 916
FORT LAUDERDALE, FL  33304

AMERICAN FISHING & OUTDOOR
596 SOUTH MAIN STREE
ENGLEWOOD, OH  45322

AMERICAN FISHING WIRE
440 HIGHLANDS BLVD
COATESVILLE, PA  19320

AMERICAN GOURMET SECRET INC.
14 NORTH 7TH AVENUE
ST. CLOUD, MN  56303

AMERICAN HEART ASSOCIATION
C/O AARD SCREEN PRINTING
1005 SEABOARD AVE.
CHESAPEAKE, VA  23324

AMERICAN HUNTER
PO BOX 1255
KAUFMAN, TX  75142

AMERICAN INSTITUTE OF CPAS
PO BOX 1598
NEWMARK, NJ  07101-1598

AMERICAN INTL CARGO
PO BOX 118
2307 BURNETT BLVD
WILMINGTON, NC  28402-0118

AMERICAN LAWN CARE
3410 RANDOM CT
BURLINGTON, NC  27215

AMERICAN LEGION BASEBALL
PO BOX 1381
BILLINGS, MT  59103

AMERICAN MAILING EQUIPMENT
6242 FERRIS SQUARE
SAN DIEGO, CA  92121

AMERICAN MANAGEMENT ASSOCIATION
PO BOX 4725
BUFFALO, NY 14240-4725

AMERICAN MAPLE INC.
14020 S WESTERN AVE
GARDENA, CA 90249

AMERICAN MARINE
28652

AMERICAN MECHANICAL & PIPING, INC
PO BOX 249
CHERAW, SC 29520

AMERICAN ORT
817 BROADWAY
10TH FLOOR
NEW YORK, NY 10003

AMERICAN OUTDOOR PRODUCTS
6350 GUNPARK DRIVE
BOULDER, CO 80301

AMERICAN OUTDOORSMAN
84025 EDWARDS RD
MILTON-FREEWATE, OR 97862

AMERICAN PACKAGING CO.
1515 ALVARADO ST
SAN LEANDRO, CA 94577-2640

AMERICAN PAPER & TWINE CO.
5872 ADVANTAGE COVE
MEMPHIS, TN 38141

AMERICAN PREMIER CORP.
1531 S. CARLOS AVE
ONTARIO, CA 91761

AMERICAN RED CROSS -
PROCESSING CENTER
3400 COTTAGE WAY, SUITE F
SACRAMENTO, CA 95825

AMERICAN RED CROSS
COASTAL CAROLINA CHAPTER
1916 S. GLENBURNIE RD.
NEW BERN, NC 28563

AMERICAN RED CROSS/OTC
3131 N VANCOUVER AVE
PORTLAND, OR 97227

AMERICAN SCALE COMPANY LLC
7231 COVECREEK DRIVE
CHARLOTTE, NC 28215-1854

AMERICAN SECURITY PRODUCTS CO.
11925 PACIFIC AVE.
FONTANA, CA 92337

AMERICAN SECURITY PRODUCTS
PO BOX 5040
FONTANA, CA 92334

AMERICAN SHIPPING SUPPLIES CO
11105 ELECTRON DR
LOUISVILLE, KY 40299

AMERICAN SIGN PRO
3805 ARENDELL ST
MOREHEAD CITY, NC 28557

AMERICAN SPORTFISHING ASSOCIATION
1001 N FAIRFAX ST
SUITE 501
ALEXANDRIA, VA 22314

AMERICAN TACTICAL, INC.
231 DEMING WAY
SUMMERVILLE, SC 29483

AMERICAN TECH NETWORK
2400 NW 95TH AVENUE
DORAL, FL 33172

AMERICAN WATER TECHNOLOGIES
2449 OVERLAND AVENUE
BILLINGS, MT 59102

AMERICAN WHITETAIL INC.
RR1 BOX 244J
FERDINAND, IN 47532

AMERICAS MOTOR SPORTS
629 MYATT DRIVE
MADISON, TN 37115

AMERIGAS
4218 ARENDELL STREET
MOREHEAD CITY, NC 28557

AMERIJET INTERNATIONAL
5650 N.W. 36TH STREET
MIAMI, FL 33166

AMERIPAK SERVICES,INC.
7301 N.W.41 STREET
MIAMI, FL 33166

AMERISUITES ATLANTIC BEACH
118 SALTER PATH ROAD
PINE KNOL SHOR, NC 28512

AMERISUITES
118 SALTER PATH ROAD
PINE KNOLL SHOR, NC 28512

AMES GENERAL STORE
PO BOX 303
COLTON, NY 13625

AMICIS
107-C DUNBAR AVE.
OLDSMAR, FL  34677

AMISH COUNTRY STORE
8409 MACCORKLEY AVE
MARMET, WV  25315

AMITYROLFS
735 SOUTH MAIN STREET
WEST BEND, WI  53095

AMMO CAN MAN
1007 MILL ROAD
CLARKSVILLE, AR  72830

AMMO, INC.
7681 E. GRAY ROAD
SCOTTSDALE, AZ  85260

AMMONDS, TRACEY LAVERN
4705 TWISTED OAKS ROAD
APT 304
CHARLOTTE, NC  28212

AMO ARCHERY TRADE SHOW
REGISTRATION SERVICES
PO BOX 4695
LOUISVILLE, KY  40204

AMOCO FOOD SHOP
PO BOX 48
N MYRTLE BEACH, SC  29597

AMS BOWFISHING
212810 CONNOR AVENUE
STRATFORD, WI  54484

AMS GUNS
18144 WOODINVILLE SNOHOMISH RD
WOODINVILLE, WA  98072

AMSTERDAM PRINTING & LITHO
PO BOX 701
AMSTERDAM, NY  12010

AMX GLOBAL, INC.
50501 WING DRIVE
SHELBY TOWNSHIP, MI  48315

ANA MARIA ACETI
4821 DRAKESTONE CT
CHARLOTTE, NC  28226

ANA TRANSPORTATION SERVICE
3275 VETERANS MEMORIAL HIGHWAY
UNIT B-7
RONKONKOMA, NY  11779

ANALYTICS8
150 N. MICHIGAN AVENUE
STE 1580
CHICAGO, IL  60601

ANATOLE HOTEL INVESTORS, L.P.
WYNDHAM ANATOLE HOTEL
2201 STEMMONS FREEWAY
DALLAS, TX  75207

ANCHOR ANGLER TACKLE SHOP
PO BOX 84
ANCHOR POINT, AK  99556

ANCHOR MARINE - DIV OF TEXAS MARINE
120 S.E. LOOP 280
LUBBOCK, TX  79424

ANCHORAGE MARINA
PO BOX 7
ATLANTIC BEACH, NC  28512

ANCIANIS, YOHANDRY ENRRIQUE
8115 PLOCKTON LANE APTO 108
CHARLOTTE, NC  28273

AND WHY NOT BALLOONS
112 HOLLY TREE CIRCLE
DUNCAN, SC  29334

ANDA
C/O LARCHE TAHOMA HOPE
12303 36TH AVE E
TACOMA, WA  98446

ANDE
5409 AUSTRALIAN AVE.
WEST PALM BEACH, FL  33407

ANDERSEN,USE X126156
5151 E BROADWAY BLVD
SUITE 800
TUCSON, AZ  85711

ANDERSON FORKLIFT
PO BOX 80525
BILLINGS, MT  59108-0525

ANDERSON LAW GROUP
645 G ST, PMB 570
ANCHORAGE, AK  99501

ANDERSON MANUFACTURING
1743 ANDERSON BLVD
HEBRON, KY  41048

ANDERSON MERCHANDISERS
PO BOX 846108
DALLAS, TX  75284-6108

ANDERSON OUTDOORS
185 HIGHWAY 965 N.E.
NORTH LIBERTY, IA  52317

ANDERSON, ABBY CHAYCE
1105 LITEWOOD COURT
HAVELOCK, NC  28532

ANDERSON, ANTONIO DEMORRIS
2218 YORKHILLS DRIVE
CHARLOTTE, NC  28217

ANDERSON, JOSHUA D
1560 WEST BOULEVARD
CHARLOTTE, NC  28208

ANDERSON, THOMAS ROGER
1109 KILBIRNIE ROAD
BIG LAKE, MN  55309

ANDERSONS FIREWEED LODGE
PO BOX 116
KLAWOCK, AK  99925

ANDERSONS SPORTING GOODS
241 LIBERTY ST NE
SALEM, OR  97301

ANDREOTTI FIREAMS
3636 CASTRO VALLEY BLVD 1
CASTRO VALLEY, CA  94546

ANDRES R RODRIGUEZ
333 K ST
SANGER, CA  93657

ANDREW SANCHEZ
5282 N VALENTINE AVE 201
FRESNO, CA  93711

ANDREW SMITH
1776 BOTELHO DR 210
WALNUT CREEK, CA  94596

ANDREW STEVENSON
4000 DONNA RD
RALEIGH, NC  27604

ANDREWS SUPERETTE & DELI
PO BOX 11
ROBERSONVILLE, NC  27871

ANDREWS, BRANDON EUGENE
226 SHANNON DRIVE SOUTHWEST
CONCORD, NC  28025

ANDY ELIZALDI
210 S WILLOW 116
FRESNO, CA  93727

ANDY LOFF
100 PETUNIA DRIVE
DOTHAN, AL  36301

ANDY MELVILLE
85417 DUDLEY
CHAPEL HILL, NC  27517

ANDY REYNOLDS
8236 TRINITY RD
CORDOVA, TN  38018

ANDY ROBINSON
16508 HAVELOCK WAY
LAKEVILLE, MN  55044

ANDY SEGNER
920 ELM STREET
ANNANDALE, MN  55302

ANGELES SHOOTING RANGES
12651 LITTLE TTUJUNGA CANYON
SYLMAR, CA  91342

ANGERMANS INC.
2 FRONT STREET
PO BOX 928
WRANGELL, AK  99929

ANGLER BROTHERS
32430 ONTARIO WAY
LAKE ELSINORE, CA  92530

ANGLER INN BAIT & TACKLE
582 BROWNING TER.
SEBASTIAN, FL  32958

ANGLER INNOVATIONS, INC.
5523 S. GUTHRIE PEAK DRIVE
GREEN VALLEY, AZ  85622

ANGLER SPORT GROUP
6619 OAK ORCHARD RD
ELBA, NY  14058

ANGLERS ANSWER
11387 EAST TAMIAMI TRAIL
NAPLES, FL  34113

ANGLERS CHOICE
306 E. ORANGE ST
ELIZABETHTOWN, PA  17022

ANGLERS COVE
1145 2ND ST, SUITE A-286
BRENTWOOD, CA  94513

ANGLERS EDGE MARINE PARTS
301 E BASE ST
MADISON, FL  32340

ANGLERS EDGE
1420A HWY 395 S
GARDNERVILLE, NV  89410-5289

ANGLERS FISHNMATE
1920 TRAVIS ROAD
COLUMBIA, NC  27925

ANGLERS HABITAT
916 BLAINE ST
CALDWELL, ID 83605

ANGLERS INN
2292 S HIGHLAND DR.
SALT LAKE CITY, UT 84106

ANGLERS LIE
3510 LEE HWY
ARLINGTON, VA 22207

ANGLERS MARINE
3475 E LA PALMA
ANAHEIM, CA 92806

ANGLERS MINI MART
1571 N. MAIN STREET
SUMMERVILLE, SC 29483

ANGLERS MINI MARTS
605 HIGHWAY 52N.
MONCKS CORNER, SC 29465

ANGLERS MINI-MARTS INC.
110 PARKWAY BLVD
SUMMERVILLE, SC 29483

ANGLERS OUTLET INC.
CHRIS R. SWENSON
1303 S.E. 20TH COURT
CAPE CORAL, FL 33990

ANGLERS PARADISE & MARINE
1300 MICKLEY ROAD
WHITEHALL, PA 18052

ANGLERS RESOURCES LLC
400 EAST SECTION AVENUE
FOLEY, AL 36535

ANGLERS SELECT
311 MECHANIC STREET
BOONTON, NJ 07005

ANGLERS WORKSHOP
PO BOX 1910
WOODLAND, WA 98674

ANGLING UNLIMITED, INC.
CAPT. TOM OHAUS
PO BOX 17103
SEATTLE, WA 98107

ANGULO, ENRIQUE WILDER
11834 PLANTERS ESTATES DRIVE
CHARLOTTE, NC 28278

ANGULO, JOSHUA WILDER
11834 PLANTERS ESTATES DRIVE
CHARLOTTE, NC 28278

ANGULO, MARCO ANTONIO
15135 NICHOLS HALL DRIVE
CHARLOTTE, NC 28273

ANGULO, SHARON MARGARET
11834 PLANTERS ESTATES DRIVE
CHARLOTTE, NC 28278

ANHUI JINQUAN FISHING TOOLS CO. LTD.
EAST SIDE 308 ROAD
INDUSTRIAL ZONE JIESHOU
ANHUI 236500
CHINA

ANI-LOGICS OUTDOORS LLC
PO BOX 922
1525 BIOSCIENCE DRIVE
WORTHINGTON, MN 56187

ANIXTER BROS. INC.
FILE 98908
PO BOX 1067
CHARLOTTE, NC 28201-1067

ANKER SOLIX
5350 ONTARIO MILLS PKWY,
STE 100
ONTARIO, CA 91764

ANN BJORKLUND
8489 COUNTY RD 6 NW
ANNANDALE, MN 55302-2415

ANN TACKLE
924 N. WHEELER
JASPER,, TX 75951

ANNA MITCHELL
97132

ANNETTE ERNY
PO BOX 2067
SURF CITY, NC 28445

ANNETTE HOLLER
5226 DRIFTWOOD LANE
MOREHEAD CITY, NC 28557

ANNETTE J. HOLLAR
309 BROOK LANE
NEWPORT, NC 28570

ANNETTE WEST
P.O.BOX 10347
RALEIGH, NC 27605

ANNETTS MONO VILLAGE
PO BOX 455
BRIDGEPORT, CA 93517

ANNS JIFFY BAIT & TACKLE
5215 OAK ISLAND DRIVE
LONG BEACH, NC 28465

ANSER QUIK
3716 ARENDELL STREET
MOREHEAD CITY, NC  28557

ANTHONY DE CRAEN
815 N LAMER STREET
BURBANK, CA  91506

ANTHONY FERRIERA
1590 QUIESCENT LANE
SEBASTIAN, FL  32958

ANTHONY LAPORTA
PO BOX 1322
TARPON SPRINGS, FL  34688-1322

ANTONIO CAPI
3632 VAN DYKE AVE
SAN DIEGO, CA  92105

ANTREAS, AUDREY ANN
1355 CORDONE AVENUE APT 8
RENO, NV  89502

ANUSAUSKAS, GEORGE
34 LORING STREET
AUBURN, MA  01501

ANYLABTEST NOW
2501 WEST OAK ST
SUITE 103
DENTON, TX  76201

ANYTHING POSSIBLE BRANDS
1911 SOUTH NATIONAL AVENUE
STE 201
SPRINGFIELD, MO  65804

AO HUNT
3110 NEIL ARMSTRONG BLVD
3110 NEIL ARMSTRONG BLVD
EAGEN, MN  55121

AOB PRODUCTS CO. / CRIMSON TRACE
1800 N. ROUTE Z STE. A
COLUMBIA, MO  65202

AOB PRODUCTS CO./BUBBA
1800 NORTH ROUTE Z
COLUMBIA, MO  65202

AOB PRODUCTS COMPANY
2501 LEMONE INDUSTRIAL BLVD
COLUMBIA, MO  65203

A-ONE STORAGE SOLUTIONS
5032 HWY 70 WEST
MOREHEAD CITY, NC  28557

APACHE PIER INC
9700 KINGS RD
MYRTLE BEACH, SC  29572

APACHE TRAILS INC.
8213 KENSINGTON LANE
HARRISBURG, NC  28075

APACHE TRAILS TOUR & CHARTER SERVICE
PO BOX 1434
GATLINBURG, TN  37738

APEX TRANSLATIONS, INC.
PO BOX 1216
COLUMBUS, IN  47202-1216

APEX
800 D STREET
SOUTH SIOUX CITY, NE  68776

APF ARMORY
8290 STATE HWY 29 N
ALEXANDRIA, MN  56308

API
PO BOX 1432
TALLULAH, LA  71282

APL
116 INVERNESS DR EAST
SUITE 400
ENGLEWOOD, CO  80112

A-PLUS BUSINESS SYSTEMS
3316 E MCKINLEY AVE
FRESNO, CA  93703

APPALACHIAN ANGLER
174 OLD SHULLS MILL RD
BOONE, NC  28607

APPALACHIAN SPRINGS
PO BOX 40192
N CHARLESTON, SC  29423-0192

APPEAL-DEMOCRAT
PO BOX 431
MARYSVILLE, CA  95901-0431

APPLE HOSIERY INC.
PO BOX 1096
GULF SHORES, AL  36547

APPLE INC.
APPLE INC.
PO BOX 846095
DALLAS, TX  75284-6095

APPLES AND ORANGES
PO BOX 2296-K
VALLEY CENTER, CA  92082

APPLIED INDUSTRIAL TECHNOLOGIES INC
158 E MOUNTAIN DR
FAYETTEVILLE, NC  28306-3446

APPOMATOX SPORTS
119-C BOULEVARD
COLONIAL HGHTS, VA  23834

APPRAISERS INTERNATIONAL INC
1230 WEIL ST
BILLINGS, MT  59101

APRAEZ, SONIA Y
1112 GRETNA GREEN DRIVE
CHARLOTTE, NC  28217

APRIL GENTRY
2412 S LAKEVIEW DR
NEWPORT, NC  28570

APRIL PLAZA MARINA
11601 FM-105 WEST
MONTGOMERY, TX  77356

APS TECH
22985 NW EVERGREEN PKWY
HILLSBORO, OR  97124

APS, INC.
PO BOX 3915
SPOKANE, WA  99220

APTCO
PO BOX 789
SATSUMA, AL  36572

APTITUNE CORP.
PO BOX 1033
PLAISTOW, NH  03865

AQUA DREAM INC.
PO BOX 1474
NEW SMYRANA BCH, FL  32170

AQUA-CLEAR TACKLE
427 COMMERCE LANE, UNIT 7
WEST BERLIN, NJ  08091

AQUA-LEISURE IND. INC.
AVON INDUSTRIAL PARK
PO BOX 25
AVON, MA  02322

AQUAMAR DE ENSENADA
512 E SAN YSIDRO BLVD, STE 873
SAN YSIDRO, CA  92173

AQUAMIRA TECHNOLOGIES INC.
917 WEST 600 NORTH
SUITE 105
LOGAN, UT  84321

AQUATEKO LLC
140 DEER HAVEN DRIVE
PONTEVEDRABEACH, FL  32082

AQUATIC NUTRITION INC.
30540 SR 44
EUSTIS, FL  32736

AQUENT
PO BOX 845407
BOSTON, MA  02284-5407

ARACHNET
507 VERONA WAY
CHAPIN, SC  29036

ARAMARK CORP
OREGON CONVENTION CENTER
777 NE MARTIN LUTHER KING JR
PORTLAND, OR  97232

ARAMARK CORP.
PO BOX 1926
PAGE, AZ  86040

ARAMARK SPORTS & ENTERTAINMENT
C/O CHARLOTTE MERCHANDISE MART
2500 E. INDEPENDENCE BLVD.
CHARLOTTE, NC  28205

ARATA EXPOSITIONS, INC.
15928 TOURNAMENT DRIVE
GAITHERSBURG, MD  20877

ARBOGAST, DARRELL R
309 GRIZZLY AVE
EUGENE, OR  97404

ARC COMMUNICATIONS
702 W. ARGONQUIN ROAD
ARLINGTON HTS., IL  60005

ARC HARDWARE UNLIMITED
4604 KINCAID
GREENSBORO, NC  27406

ARC3 GASES
PO BOX 1708
DUNN, NC  28335

ARCH WIRELESS
PO BOX 660770
DALLAS, TX  75266

ARCHERS CHOICE
310 INDUSTRIAL PARK DR
DUNLAP, TN  37327

ARCHERY CLINIC
PO BOX 48402
CUMBERLAND, NC  28331

ARCHERY TRADE ASSOCIATION
101 NORTH GERMAN
SUITE 3
NEW ULM, MN  56073

ARCHERY UNLIMITED
6577 FISHER RD.
FAYETTEVILLE, NC  28304

ARCHIES BAIT & TACKLE
233 DOUGLAS PIKE
SMITHFIELD, RI  02917

ARCO GASPRO PLUS
PO BOX 9033
CARLSBAD, CA  92018-9033

ARCPOINT LABS
725 CHERRY RD, SUITE 140
ROCK HILL, SC  29732

ARCTIC CAT SALES INC
600 BROOKS AVE S
PO BOX 810
THIEF RVR FALLS, MN  56701

ARCTIC FISHERMAN LLC
500 E BURNETT ST
BEAVER DAM, WI  53916

ARDENT TACKLE LLC
420 LAKE STREET
MACON, MO  63552

ARDISAM INC.
1160 8TH AVENUE
CUMBERLAND, WI  54829

ARDISAM/YUKON
1160 8TH AVENUE
CUMBERLAND, WI  54829

AREA OF RICHMOND TRANSIT
PO BOX 2657
ROCKINGHAM, NC  28380

ARIAS MARTINEZ, JUAN CAMILO
613 PINE MEADOWS DRIVE
APT 3
SPARKS, NV  89431

ARIAS, MONICA
11960 JEAN WAY
RENO, NV  89506

ARIES INTERNATIONAL INC
PO BOX 592
FRANKLIN SQUARE, NY  11010

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29009
PHOENIX, AZ  82053-9009

ARIZONA DEPT OF REVENUE
WITHHOLDING TAX
PO BOX 29009
PHOENIX, AZ  850389009

ARIZONA DEPT. OF ECONOMIC SECURITY
UNEMPLOYMENT TAX REPORTS
PO BOX 52027
PHOENIX, AZ  850722027

ARIZONA MARINE SALES & SERVICE
2600 N COMINA CASABEL
TUCSON, AZ  85749

ARIZONA SPORTSMAN
5146 E PIMA
TUCSON, AZ  85712

ARK FISHING INTERNATIONAL LLC
1391 NW ST LUCIE WEST BLVD 200
PORT ST LUCIE, FL  34986

ARKANSAS DECOY CO
2081 STRONG HWY
EL DORADO, AR  71731

ARKANSAS DEMOCRAT-GAZETTE, INC
PO BOX 2221
BUSINESS OFC - CLASSIFIED
LITTLE ROCK, AR  72203

ARKANSAS DEPARTMENT OF LABOR &
LICENSING
900 WS 900 WEST CAPITOL AVE, STE 400
LITTLE ROCK, AR  72201

ARKANSAS DIVISION OF WORKFORCE
SERVICES
TWO CAPITOL MALL
LITTLE ROCK, AR  72201

ARKANSAS OFFICE OF STATE REVENUE
ADMIN
PO BOX 1272
LITTLE ROCK, AR  72203

ARKANSAS SIGN & BANNER
1914 S. WALTON BLVD
SUITE 4
BENTONVILLE, AR  72712

ARKANSAS STATE INCOME TAX
PO BOX 8149
LITTLE ROCK, AR  72203-8149

ARLINGTON BAIT & TACKLE
1348 UNIVERSITY BLVD. N.
JACKSONVILLE, FL  32211

ARLINGTON DISPOSAL
1212 HARRISON
ARLINGTON, TX  76011

ARLINGTON RECREATIONAL SHOOTING
8620 172ND ST NE
ARLINGTON, WA  98223

ARLOS INC
PO BOX 368
HAMLET, NC  28345

ARMA CO, LLC
4557 TECHNOLOGY DRIVE
UNIT 4
WILMINGTON, NC  28405

ARMADACARE, LLC
HUNT VALLEY, MD  21044

ARMALITE INC
PO BOX 299
GENESEO, IL  61254

ARMS DEPOT GUN SHOP
746 WATERVELIET AVENUE
DAYTON, OH  45420

ARMS SERVICE
344 SW 7TH ST
REDMOND, OR  97756

ARMSCOR
150 N SMART WAY
PAHRUMP, NV  89060

ARMSCOR/AMMO
150 N SMART WAY
PAHRUMP, NV  89060

ARMY NAVY STORE
6425 CRATER LAKE HWY
CENTRAL POINT, OR  97502

ARNALL, GOLDEN & GREGORY
SUITE 1000
201 SECOND ST
MACON, GA  31201

ARNIES ARMY
PO BOX 1157
RIDGEFIELD, CT  06877

ARNOLD ADVERTISING AGENCY
490 MAIN STREET
PO BOX 490
WALKER, MN  56484

ARNOLD RANCH HOME
PO BOX 897
ELLENSBURG, WA  98926

ARON, JEFFRA
2226 FLAGG DRIVE
RENO, NV  89502

ARRINGTON POLICE DIST
PO BOX 16965
GREENSBORO, NC  27416

ARRINGTON, JARRODD ALFREDD
301 S WEBB ST
SELMA, NC  27576-3144

ARROW BRAKE MANUFACTURING INC
RR 1 BOX 166
WARROAD, MN  56763

ARROW STAR
6087 BUFORD WAY STE. 6
NORCROSS, GA  30071

ARROWHEAD
PO BOX 856158
LOUISVILLE, KY  40285-6158

ARS SOLUTIONS LTD
940 INDUSTRIAL DR, STE 107
SAUK RAPIDS, MN  56379

ARS SOLUTIONS
SAUK RAPIDS, MN  56379

ART SIMPSON
1324 CANE MILL CROSSING RD
CHERAW, SC  29520

ARTHUR AND HEATHER LEVEY
907 FISHER POINT LOOP ROAD
BEAUFORT, NC  28516

ARTHUR J GALLAGHER RMS
4064 COLONY RD, SUITE 450
CHARLOTTE, NC  28211-3784

ARTHUR SERVICES
744 SPRING VALLEY PKWY
SPRING CREEK, NV  89815

ARTISAN CREATIVE, INC.
1950 S. SAWTELLE BLVD.
320
LOS ANGELES, CA  90025

ARTISANS
W4146 SECOND ST
PO BOX 278
GLEN FLORA, WI  54526

ARTZ & MERRITT SPORTING GOODS
201 N. FEDERAL AVENUE
MASON CITY, IA  50401

ASA (INTERNATIONAL
SPORTFISHING EXPO
PO BOX 4088
FREDERICK, MD  21705

ASCOM HASLER/SMART SERIES
PO BOX 802585
CHICAGO, IL  60680-2585

ASG SERVICES LLC
2770 FAITH INDUSTRIAL DRIVE NE
BUFORD, GA  30518

ASHEBORO RECYCLING CENTER
1075 SOUTHMONT DR
ASHEBORO, NC  27205

ASHLAND FIREARM SVC
12233 WASHINGTON HWY
ASHLAND, VA  23005

ASHLAND MT SUPPLY
31 NORTH MAIN STREET
ASHLAND, OR  97520

ASHLEY RAE
273 GILES ROAD
LANARK, ON  K0G 1K0
CANADA

ASHLEYS OF CHINCOTEAGUE ISLAND INC
23336

ASHMANS PIONEER MARKET
10 SO. MAIN ST
FILLMORE, UT  84631

ASHRIA LLC MARKET
1200 ANDERSON DR
SUSIUN CITY, CA  94585

ASHTON GUN & PAWN
1413 HOPE MILLS RD.
FAYETTEVILLE, NC  28304

ASKINS CREEK BEACH MART
PO BOX 219
BUXTON, NC  27920

ASKINS CREEK STORE/
WILSON KERR INC.
PO BOX 44
AVON, NC  27915

ASPEN PUBLISHER, INC
4829 INNOVATION WAY
CHICAGO, IL  60682-0048

ASQC
P.O.BOX 3005
MILWAUKEE, WI  53201-3066

ASSATEAGUE ISLAND CAMP STORE
12604 MERGANSEN LANE
BISHOPVILLE, MD  21813

ASSOCIATE STAFFING LLC
303-C ATKINSON ST
LAURINGBURG, NC  28352

ASSOCIATED BAG COMPANY
400 WEST BODEN STREET
MILWAUKEE, WI  53207

ASSOCIATED BATTERY CO
PO BOX 1590
INDIAN TRAIL, NC  28079

ASSOCIATED EMPLOYERS OF MT
PO BOX 81087
BILLINGS, MT  59108-1087

ASSOCIATED WEAVERS
510 SOUTH PENTZ STREET
DALTON, GA  30720

ASSOCIATES THREE, INC
ATTN: TRISH KALMBACH
900 AVIS DRIVE
ANN ARBOR, MI  48108

ASSURED TELEMATICS INC
64 WINDSOR ROAD
MILTON, MA  02186

AT & T ADVERTISING & PUBLISHING
PO BOX 105024
ATLANTA, GA  30348-5024

AT & T DATACOM
PO BOX 8104
AURORA, IL  60507-8104

AT & T MOBILITY
PO BOX 538641
ATLANTA, GA  30353-8641

AT & T WIRELESS SERVICES
PO BOX 78224
PNOENIX, AZ  85062-8224

AT & T
PAYMENT CENTER
SAC, CA  95887-0001

AT & T
PAYMENT CENTER
SACRAMENTO, CA  95887-0001

AT & T
PO BOX 105262
ATLANTA, GA  30348-5262

AT & T
PO BOX 105503
ATLANTA, GA  30348-5503

AT & T
PO BOX 5076
CAROL STREAM, IL  60197-5076

AT YOUR SERVICE
PO BOX 754
MOREHEAD CITY, NC  28557

AT&T - UNIVERSAL BILLER
PO BOX 830019
BALTIMORE, MD 21283-0019

AT&T CONNECTIVITY SOLUTIONS
PO BOX 406553
ATLANTA, GA 30384

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

AT&T SPECIAL SERVICES
PO BOX 27-0520
KANSAS CITY, MO 64180-0520

AT&T TELECONFERENCE SERVICES
PO BOX 2840
OMAHA, NE 68103-2840

AT&T
PO BOX 105024
ATLANTA, GA 30348-5024

AT&T
PO BOX 105068
ATLANTA, GA 30348-5068

AT&T
PO BOX 5080
CAROL STREAM, IL 60197-5080

AT&T
PO BOX 830120
BALTIMORE, MD 21283-0120

AT&T
PO BOX 9001310
LOUISVILLE, KY 40290-1310

ATA TRADE SHOW
860 E 4500 S., SUITE 310
SALT LAKE CITY, UT 84107

A-TEAM TACKLE
26634 FALLBROOK AVE
WYOMING, MN 55092

ATF
PO BOX 409567
ATLANTA, GA 30384-9567

ATI OUTDOORS, LLC
1251 LAKE SHORE ROAD
GRAFTON, WI 53024

ATIX STAFFING SOLUTIONS CORP.
10718 CARMEL COMMONS BOULEVARD
SUITE 250/260
CHARLOTTE, NC 28226

ATK/SIMMONS/WEAVER/REDFIELD MOUNT
900 EHLEN DR
ANOKA, MN 55303-7503

ATKINSON & ASSOCIATES
9073 EVELYN ROAD
ENGLEWOOD, FL 34224

ATLANTIC BEACH ASSOCIATES D/B/A
HOLIDAY INN
PO BOX 280
ATLANTIC BEACH, NC 28512

ATLANTIC BEACH KING MACKEREL
TOURNAMENT, INC.
PO BOX 8
ATANTIC BEACH, NC 28512

ATLANTIC BEACH REALTY
PO BOX 2290
ATLANTIC BEACH, NC 28512

ATLANTIC EXPOSITION SERVICES
3089 ENGLISH CREEK AVE
EGG HARBOR TWP, NJ 08234

ATLANTIC GLASS & MIRROR
4908 BRIDGES ST
MOREHEAD CITY, NC 28557

ATLANTIC HOUSE
3701 BRIDGES ST
MOREHEAD CITY, NC 28557

ATLANTIC LEASE SERVICES
4357 RALEIGH ST
CHARLOTTE, NC 28213

ATLANTIC PACKAGING
P.O.BOX 60002
CHARLOTTE, NC 28260

ATLANTIC PHOTO
PO BOX 991
ATLANTIC BEACH, NC 28512

ATLANTIC VENTURES
PO BOX 1005
MURRELLS INLET, SC 29576

ATLAS MARINE
1618 LINWOOD DR
MODESTO, CA 95355

ATLAS TECH GROUP
PO BOX 744347
ATLANTA, GA 30374-4347

ATLAS VAN LINES, INC.
PO BOX 75004
CHARLOTTE, NC 28275

ATLAS-MIKES BAIT INC.
800 N. PROSPECT STREET
ELLENSBURG, WA  98926

ATLASSIAN PTY LTD
PALATINE, IL  60055-0449

ATLAS TA LOCK & SAFE CO
702 SE GRAND
PORTLAND, OR  97214

ATOM MFG. CO. INC.
PO BOX 660
EAST GREENWICH, RI

ATSKO, INC.
2664 RUSSELL ST
ORANGEBURG, SC  29115

ATTEN: FRANK DAVIS
C2C
5710 OLEANDER DR. SUITE 205
WILINGTON, NC  28403

ATTORNEY GENERAL OF ARKANSAS
323 CENTER STREET, SUITE 200
LITTLE ROCK, AR  72201

ATTORNEY GENERAL OF CALIFORNIA
1300 "I" STREET, SUITE1740
SACRAMENTO, CA  95814

ATTORNEY GENERAL OF COLORADO
RALPH L. CARR JUDICIAL CENTER
1300 BROADWAY, 10TH FLOOR
DENVER, CO  80203

ATTORNEY GENERAL OF DELAWARE
CARVEL STATE OFFICE BLDG.
820 N. FRENCH STREET
WILMINGTON, DE  19801

ATTORNEY GENERAL OF FLORIDA
THE CAPITOL – PL-01
400 S. MONROE STREET
TALLAHASSEE, FL  32399-1050

ATTORNEY GENERAL OF KENTUCKY
700 CAPITOL AVENUE, SUITE118
FRANKFORT, KY  40601

ATTORNEY GENERAL OF LOUISIANA
1885 NORTH THIRD STREET
BATON ROUGE, LA  70802

ATTORNEY GENERAL OF MINNESOTA
445 MINNESOTA STREET, SUITE1400
ST.PAUL, MN  55101

ATTORNEY GENERAL OF MONTANA
PO BOX 201401
HELENA, MT  59620-1401

ATTORNEY GENERAL OF NEVADA
100 NORTH CARSON STREET
CARSON CITY, NV  89701

ATTORNEY GENERAL OF NORTH CAROLINA
114 W. EDENTON STREET
RALEIGH, NC  27603

ATTORNEY GENERAL OF OHIO
30 EAST BROAD STREET, 14TH FLOOR
COLUMBUS, OH  43215

ATTORNEY GENERAL OF OREGON
OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR  97301-4096

ATTORNEY GENERAL OF WASHINGTON
1125 WASHINGTON STREET SE
PO BOX 40100
OLYMPIA, WA  98504-0100

ATTWOOD CORP.
1016 N MONROE ST
LOWELL, MI  49331

ATWOOD CONVENTION PUBLISHING
PO BOX 414674
KANSAS CITY, MO  64141-4674

AUBUCHON HARDWARE
664 MEMORIAL DRIVE, STE 2
ST JOHNSBURY, VT  05819

AUBURN OUTDOOR SPORTS
858 HIGH ST
AUBURN, CA  95603

AUDIO VISUAL SERVICES/COASTAL
301 N. GREEN MEADOWS DR., A2
WILMINGTON, NC  28405

AUDIO-TECH BUSINESS BOOK SUMMARIES
117 W. HARRISON BLDG.
6TH FLOOR,SUITE A-461
CHICAGO, IL  60605-9774

AUGIE SOUTH CUSTOM
3805 INDIAN RIVER DRIVE
JENSEN BEACH, FL  33457

AUGUST 31 HOLDINGS LLC
PO BOX 3045
BENTONVILLE, AR  72712

AUGUST 31 HOLDINGS, LLC
PO BOX 3045
BENTONVILLE, AR  72712

AUGUSTA COOPERATIVE FARM BUREAU
1205 B RICHMOND RD
STRAUNTON, VA  24401

AUNT EBBYS DOWNUNDER
147 E. GULF BEACH DRIVE
ST GEORGE ISLAN, FL 32328

AURORA LOGIC
37 HAMILTON AVE, STE 1
WEEHAWKEN, NJ 07087

AUSTIN, CEDRIC KENDRALL
257 BOYD EVANS ROAD
PAGELAND, SC 29728

AUSTINS ARCHERY & ARMS
2711 US HWY 52 N
ALBEMARLE, NC 28001

AUTO BATTERY & ELECTRIC
13273 SE HWY 212
CLACKAMAS, OR 97015-8901

AUTO ENGINE SERVICE CENTER
707-B GREENFIELD DRIVE
EL CAJON, CA 92021

AUTO LIFE INC.
901 N CARPENTER RD STE 72
MODESTO, CA 95351-1306

AUTO SUPPLY CO, OF MOREHEAD
PO BOX 3478
MOREHEAD CITY, NC 28557

AUTOMATED COMPUTER ENVIRONMENTS
104 WOOLDRIDGE PLACE
PEWEE VALLEY, KY 40056

AUTOMATED MERCHANDISING SYSTEMS
AMS
255 BURR BLVD
KEARNEYSVILLE, WV 25430

AUTOMATED MERCHANDISING SYSTEMS INC
255 W BURR BLVD
KEARNEYSVILLE, WV 25430-4718

AUTOMATED OFFICE SYSTEMS
2040 6TH AVE NORTH
BILLINGS, MT 59101

AUTOMATIC DATA PROCESSING
PO BOX 78415
PHOENIX, AZ 85062-8415

AUTOMATIC FISHERMAN, LLC
1048 HARWOOD AVE
GREEN BAY, WI 54313

AUTOMOTIVE FASTENERS, INC
PO BOX 20686
GREENSBORO, NC 27420-0686

AV LOCK & KEY
931 E. ELM STREET
GRAHAM, NC 27253

AVALARA, INC.
DEPT CH 16781
PALATINE, IL 60055

AVAYA FINANCIAL SERVICES
PRODUCT FINANCE
PO BOX 93000
CHICAGO, IL 60673-3000

AVAYA INC.
PO BOX 5332
NEW YORK, NY 10087-5332

AVAYA, INC.
PO BOX 5332
NEW YORK, NY 10087-5332

AVENT SPORTING GOODS
104 PAGE ST
FRANKLIN, VA 23851

AVERITT EXPRESS
PO BOX 3166
COOKEVILLE, TN 38501

AVERITTS ELECTRIC MOTOR REPAIR
PO BOX 1793
LAURINBURG, NC 28353

AVERUS INC.
3851 CLEARVIEW COURT
GURNEE, IL 60031

AVERY WEIGH-TRONIX
PO BOX 350031
BOSTON, MA 02241-0531

AVET REELS
9687 TOPANGA CYN. PLACE
CHATSWORTH, CA 91311

AVID SPORTSMAN
83316

AVIS EMPLOYEE HEALTH PLAN
PO BOX 772
GARDEN CITY, NY 11530

AVIS ENTERPRISES
ATTN: TRISH
900 AVIS DR.
ANN ARBOR, MI 48108

AVIS ENTERPRISES, INC.
900 AVIS DRIVE
ANN ARBOR, MI 48108

AVIS HEADQUARTERS
CRAVEN REGIONAL AIRPORT
PO BOX 3452
NEW BERN, NC  28560

AVIS RENT A CAR
7876 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0078

AVIS RENTALS
7876 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

AVIS SPORTS PAYROLL ACCOUNT
ACCT: 2000000063210
P.O. DRAWER 1107
MOREHEAD CITY, NC  28557

AVIS SPORTS, INC.
PO DRAWER 1107
MOREHEAD CITY, NC  28557

AVIS
PO BOX 772
GARDEN CITY, NY  11530

AVON PIER
P.O.BOX 788
ELIZABETH CITY, NC  27907

AVON TACKLE
HIGHWAY 12
AVON, NC  27915

AVW INC. DBA MAX PRO
541 SOUTH STATE ROAD 7, SUITE 2
MARGATE, FL  33068

A-WALKERS BAIT & TACKLE
209 W HILLSBORO BLVD
DEERFIELD BEACH, FL  33442

AWARD SOURCE,INC.
FRANCES PEGRAM, SEC.& TRES.
P.O.BOX 7842
CHARLOTTE, NC  28241

A-WAY HUNTING PROD. INC.
PO BOX 492
BEAVERTON, MI  48612

AWC
6667 W. OLD SHAKOPEE RD. STE 101
MINNEAPOLIS, MN  55438-2622

AWFUL ARTHURS
2100 N VIRGINIA DARE
KILL DEVIL HILL, NC  27948

AWR SPORTS
1290 N JOHNSON AVE STE 106
EL CAJON, CA  92020-1612

AWR SPORTS
ATTN: JULIE
P.O.BOX 2809
CLACKAMAS, OR  97015-2809

AWR SPORTS
PO BOX 2809
CLACKAMAS, OR  97015

AX-MEN SOUTH LLP
5175 HWY 93 S
MISSOULA, MT  59804

AXON ENTERPRISE, INC.
17800 NORTH 85TH STREET
SCOTTSDALE, AZ  85255

AYALA, ADA LISETTE
4213 TILLMAN RD
CHARLOTTE, NC  28208-2107

AYLORS
808 SOUTH MAIN STREET
CHASE CITY, VA  23924

A-Z TACKLE SHOP
701 S. STEMMONS 210
LEWISVILLE, TX  75067

AZAR & AZAR
ATTORNEYS AT LAW
PO BOX 2028
MONTGOMERY, AL  361022028

AZTEC BUSINESS MACHINES
8670 ARGENT STREET
SANTEE, CA  92071-4172

AZTEC ELECTRIC COMPANY
9566 UPLAND STREET
SPRING VALLEY, CA  91977

B & B OFFICE PRODUCTS, INC
534 CEDAR POINT BLVD
SWANSBORO, NC  28584-1680

B & B SMALL ENGINES
5871 HWY. 70 EAST
NEWPORT, NC  28570

B & B TIRE CO.
2121 MONTANA AVE
BILLINGS, MT  59101

B & G GUNS
1910 SUNKIST CIRCLE
OXNARD, CA  93033

B & G PRO SHOP
24701

B & GS BASS SHOP
105 E. MINNESOTA
ORANGE CITY, FL 32763

B & H TACKLE
1805 BRIARCLIFF ROAD
BALTIMORE, MD 21234-3809

B & J TRAPLINE OUTFITTERS
68499 195TH ST
DARWIN, MN 55324

B & L MECHANICAL, INC
PO BOX 13189
FRESNO, CA 93794-3189

B & L SCALES
503 WICKS LANE
BILLINGS, MT 59105

B & M COMPANY
1223 N. ESHMAN AVENUE
1224 N. ESHMAN AVENUE
WEST POINT, MS 39773

B P MINI
PO BOX 491
SALYER, CA 95563

B&A DISTRIBUTING CO
201 SE OAK STREET
PORTLAND, OR 97214-1017

B&B OFFICE PRODUCTS, INC.
PO BOX 1680
SWANSBORO, NC 28585-1680

B&F DISTRIBUTION
4481 EXCHANGE SERVICE DR
DALLAS, TX 75236

B&F SYSTEM, INC.
3920 S. WALTON WALKER BLVD
DALLAS, TX 75236

B&R BAIT & TACKLE
YORK BEACH MALL
S.BETHANY BEACH, DE 19930

B.A.S BAITS & BASSON SHOP
722 TERRACE STREET EXT.
MEADVILLE, PA 16335

B.A.S.S. INC.
PO BOX 17900
MONTGOMERY, AL 36141

B.A.S.S.
PO BOX 17900
MONTGOMERY, AL 36141-0900

B.C. DOWTY
RT 3 BOX 765
BEAUFORT, NC 28516

B.I. TRANSPORTATION, INC.
BOX 691
BURLINGTON, NC 27216

B5 SYSTEMS
1463 BELLBROOK AVE.
XENIA, OH 45385

BABE RUTH GIRLS SOFTBALL
C/O DILLIONS CORNER
PO BOX 963
BUXTON, NC 27920

BAC INDUSTRIES, INC
PO BOX 5236
MINNEAPOLIS, MN 55343-5236

BACHNER, GREGG S
127 APRIL AVE
STEPHENS CITY, VA 22655-4066

BACKWATER BAITS
37681 STATE ROUTE 7
NEWPORT, OH 45768

BAD DAWG ACCESSORIES INC.
1 BAD BOY BLVD
BATESVILLE, AR 72501

BADEN SPORTS INC
34114 21ST AVE S
FEDERAL WAY, WA 98003

BADEN SPORTS, INC.
19015 66TH AVENUE SOUTH
KENT, WA 98032

BADGER WILDLIFE MANAGEMENT
29088 143RD ST
ZIMMERMAN, MN 55398

BAEKGAARD, LTD
3010-3 BUTLER RIDGE PKWY
FT WAYNE, IN 46808

BAG PACKAGING CORP.
PO BOX 68
ROSELLE, NJ 72030068

BAGLEY BAIT COMPANY, LLC
1001 NAYLOR DRIVE SE
BEMIDJI, MN 56601

BAHIA MARINA
2107 HERRING HWY
OCEAN CITY, MD 21842

BAILEY REAL ESTATE, INC
401 WESTERN LANE
IRMO, SC  29063

BAILEYS REFRIGERATION
13465 CAMINO CANADA, STE 106
PMB208
EL CAJON, CA  92021

BAILY & JONES INC.
POST OFFICE BOX 916
MOREHEAD CITY, NC  28557

BAILY & JONES
3502 ELM STREET
POST OFFICE BOX 916
MOREHEAD CITY, NC  28557

BAIN & DAVIS
307 E VALLEY BLVD
SAN GABRIEL, CA  91776

BAIN MANUFACTURING CO INC
2 MAIN STREET
GRENADA, MS  38901

BAINBRIDGE ACE
635 HIGH SCHOOL RD NE
BAINBRIDGE IS, WA  98110

BAIT BARGE
533 E HEIM AVE
ORANGE, CA  92865

BAIT BUCKET
108 PINELLAS BAYWAY
TIERRA VERDE, FL  33715

BAIT BUSTER
1455 SLATER PL
VICTORIA, BC  V8P 3R2
CANADA

BAIT LADY BAIT & TACKLE
PO BOX 3035
APPLE VALLEY, CA  92307

BAIT-POP, INC.
PO BOX 157
DICKSON, TN  37056

BAITS -N- BULLETS
15663 US HWY 68E
HARDIN, KY  42048

BAJA TACKLE & MARINE
1293 W. MIRACLE MILE
TUCSON, AZ  85705

BAKBONE SOFTWARE
9540 TOWN CENTRE DR
SUITE 100
SAN DIEGO, CA  92121

BAKER LAKE RESORT/PUGET SOUND ENERG
46110 E MAIN ST
CONCRETE, WA  98237

BAKER TRANSFER & STORAGE CO
706 DANIEL
BILLINGS, MT  59101

BAKER, ALISON MACKENZIE
163 CLAIRE LANE
APT 202
MOORESVILLE, NC  28117

BAKERS FLORIST
205 BROADWAY
KISSIMMEE, FL  34741

BALANCE CONSULTING, INC.
2350 WASHTENAW AVE., STE. 9
ANN ARBOR, MI  48104

BALBOA CHECK PROTECTOR INC
PO BOX 20876
EL CAJON, CA  92021-0970

BALDWIN COOKE
PO BOX 312
GLOVERSVILLE, NY  12078

BALDWIN COUNTY TAX COLLECTOR
PO BOX 1329
BAY MINETTE, AL  36507-1329

BALDWIN ELECTRICAL INSTALLATIONS
115 SOUTH ROCK
BLVD SUITE 430
RENO, NV  89502

BALL CHAIN MANUFACTURING CO
741 SOUTH FULTON AVENUE
MOUNT VERNON, NY  10550-5085

BALL JANIK, LLP
1 NAME PLACE
101 WEST MAIN STREET, SUITE 1100
PORTLAND, OR  97204

BALLARD,ROSENBERG,GOLPER & SAVITT
16TH FLOOR
10 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA  91608-1097

BALLISTOL USA
PO BOX 900
KITTYHAWK, NC  27949

BALLOONS PLUS
BROAD CREEK PLAZA
NEWPORT, NC  28570

BALLYHOOD INTERNATIONAL
2261 S. RITCHEY ST
SANTA ANA, CA  92707

BAM BAM WATER LLC
1111 ROLLINS AVENUE
HAMLET, NC  28345

BANANAS SPORTING GOODS
1685 JWY 26
ALPINE, WY  83128

BANDITO MFG
11201 OVERSEAS HIGHWAY
MARATHON, FL  33050

BANDON TRUE VALUE
PORT OF BANDON
110 FIRST ST
BANDON, OR  97411

BANE COUNTRY STORE
RT 2 BOX 87A
PEARISBURG, VA  24134

BANG FISHING PROD. LLC.
1945 N.W. 18TH STREET
POMPANO BEACH, FL  33069

BANGERT ELEMENTARY SCHOOL
ATTN: GREG GUTHRIE
3712 CANTEBURY ROAD
NEW BERN, NC  28562

BANK OF AMERICA
PO BOX 15026
WILMINGTON, DE  19850-5026

BANK ONE, MILWAUKEE, NA
THRU BANK ONE MILWAUKEE NA
MB UNIT 9471
MILWAUKEE, WI  53268

BANKCARD CORPORATION
PO BOX 580363
CHARLOTTE, NC  28258-0363

BANKCARD PRODUCTS CENTER
PO BOX 2357
BRUNSWICK, GA  31521-2357

BANKERS LEASING ASSOC
PO BOX 9209
UNIONDALE, NY  11555

BANKS ELECTRICAL CONTRACTORS INC.
100 NORTH TRYON STREET
STE B220-117
CHARLOTTE, NC  28202

BANKS, BRANDON DEQUAN
720 HIGH MEADOWS LANE
CHARLOTTE, NC  28217

BANKS, WALTER B
735 COMET DRIVE
BEAUFORT, NC  28516

BANTAM SPORTSMAN
103 LAKE RD.
BANTAM, CT  06750

BARAJAS DE ADAN, MARIA D
1908 19TH ST
SPARKS, NV  89431-2935

BARAJAS, FRANCISCA EMPERATRIZ
4460 SIERRA MADRE DR
RENO, NV  89502

BARAJAS, MARGARITA
1763 SUE WAY
SPARKS, NV  89431

BARANDICA, MICHELLE ANGELINA
10116 OAKBROOK DRIVE
MATHEWS ROAD
CHARLOTTE, NC  28210

BARBARA MCNULTY
518 BELMONT ST
JOHNSTOWN, PA  15902

BARBARA MYERS
6041 S.E. BREWSTER PLACE
MILWAUKIE, OR  97267

BARBER BOATS & MOTORS
10220 HARRY HINES BLVD.
DALLAS, TX  75220

BARBER, WILLIAM THOMAS
2921 FORBES ROAD
GASTONIA, NC  28056

BARBERA, CLAPPER, BEENER, RULLO &
MELVIN 146 WEST MAIN STREET
POST OFFICE BOX 775
SOMERSET, PA  15501-0775

BARBOUR INTERNATIONAL, INC.
101 CYPRESS WAY
BRANDON, MS  39042

BARBOURS HARBOR & MARINE
PO BOX 179
HARKERS ISLAND, NC  28531

BARBS TOOLS & TACKLE
PO BOX 27
CHARLOTTE HALL, MD  20622

BARCO PRODUCTS COMPANY
11 N. BATAVIA AVENUE
BATAVIA, IL  60510-1961

BAREFOOT ARCHERY
4410 OLD PINEVILLE RD
CHARLOTTE, NC  28217

BAREFOOT RV RESORT
4825 HWY 17 S
N. MYRTLE BEACH, SC  29582

BARGAIN BOX PAWN & GUN
9901 SE US HWY 441
BELLEVIEW, FL  34420

BARGAIN HUT BAIT
2215 ROSSTOWN ROAD
WELLSVILLE, PA  17365

BARGAINS N MORE
204 LAKE RIDGE DR
FOREST, VA  24551

BARIUM SPRINGS HOME FOR CHILDREN
PO BOX 1
BARIUM SPRINGS, NC  28010

BARKCAMP TRADING POST
65760 PARK RD
BELMONT, OH  43718

BARKER MARKETER
1617 S. 20TH STREET
PHILADELPHIA, PA  19145

BARLOWORLD HANDLING LP
5511 E SHELBY DR
MEMPHIS, TN  38141

BARNACLE BILLS
10456 GRANT LINES RD 2
ELK GROVE, CA  95624-0000

BARNARD MARTIN
3804 ALGONQUIN TRAIL
SNOW HILL, MD  21863

BARNAUL AMMUNITION/MKS SUPPLY LLC
8611-A N. DIXIE DRIVE
DAYTON, OH  45414

BARNEGAT BAY DECOY & BAYMENS MUSEUM
C/O THOMAS GORMLEY
PO BOX 52
TUCKERTON, NJ  08087

BARNES AWNING & WINDOW CO.
2004 BRIDGES STREET
MOREHEAD CITY, NC  28557

BARNES BULLETS
38 NORTH FRONTAGE ROAD
PO BOX 620
MONA, UT  84645

BARNES EXXON
634 JEFFERSON
WHITEVILLE, NC  28472

BARNES, AARON J
2316 WEST FOOTHILLS DRIVE
APT 3
MISSOULA, MT  59803

BARNETT OUTDOORS LLC
955 LIVE OAK STREET
TARPON SPRINGS, FL  34689

BARON TECHNOLOGY INC
PO BOX 324
TRUMBULL, CT  06611

BARR CREDIT SERVICES, INC
5151 E BROADWAY BLVD, STE 800
TUCSON, AZ  85711

BARRERA, MARIA
9495 FREMONT WAY
RENO, NV  89506

BARRETT;S OUTFITTERS
2212 N SIERRA HWY
BISHOP, CA  93514

BARROW DRUG, INC.
74 EAST FIRST
COQUILLE, OR  97423

BARRUS READY MIX
604 E.NEW BERN RD
P.O.BOX 399
KINSTON, NC  28502

BARRY L JOSEPH
813 PEARL ST
WASHINGTON, OH  43160

BARSTOW BOOKKEEPING & TAX SERVICE
7 LINDA AVENUE
DOVER, NH  03820-4517

BARTA BOYS & GIRLS CLUB
BILLFISH TOURNAMENT
109 SWINDELL LN
ATLANTIC BEACH, NC  28512

BARTOS, KAYTE LYN
511 SCHNEIDER DRIVE
ST. JOSEPH, MN  56374

BASE CAMP INC
2520 KOKOMO RD
HAIKU, MAUI, HI  96708-6002

BASK AT BIG ROCK LANDING
814 SHEPARD STREET
MOREHEAD CITY, NC  28557

BASONS BASIN
181 CANAL STREET
PO BOX 242
SUWANNE, FL  32692

BASS ASSASSIN INC
668 N FLETCHER AVE
MAYO, FL 32066

BASS ASSASSIN INC
232 SE INDUSTRIAL CIRCLE SUIT
MAYO, FL 32066

BASS ASSASSIN, INC
RT. 3, BOX 248
MAYO, FL 32066

BASS COUNTRY
1159 BASIN ST SW
EPHRATA, WA 98823

BASS MEDICS
411 RANCH ROAD
RAINSVILLE, AL 35986

BASS N SHACK
3312 ORANGE AVENUE
FT. PIERCE, FL 34947

BASS RIVER BAIT & TACKLE
42 RT 28 - BOX 227
W DENNIS, MA 02670

BASS STRIKE TACKLE
29877 US HWY 69 SOUTH
ZAVALLA, TX 75980

BASS, LLC
13041 COLLECTIONS CENTER DR
CHICAGO, IL 60693

BASTILLE WOODWORKING & BOAT WORKS
18 EASTERN AVE
SACO, ME 04072

BATAVIA MARINE AND SPTS SUPPLIES
411 WEST MAIN STREET
BATAVIA, NY 14020

BATES FIELD & STREAM
4 LAKE FORREST DR
MAYFLOWER, AR 72106

BATTENFELD
1043 FORDTOWN RD
KINGSPORT, TN 37663

BATTERIES PLUS - 372
766 MT. MORIAH
MEMPHIS, TN 38117

BATTERIES PLUS
4225 WESTERN BLVD
JACKSONVILLE, NC 28546

BATZ CORPORATION
1524 HIGHWAY 291 NORTH
PRATTSVILLE, AR 72129

BAUER DUGAN
802 MAIN ST, STE 109
OREGON CITY, OR 97045

BAUTISTA, MARLYN JUNETH
1316 BEXTON STREET
APT 205
CHARLOTTE, NC 28273

BAX GLOBAL
PO BOX 371963
PITTSBURGH, PA 15250-7963

BAXTER BLASTING CO
PO BOX 245
EL CAJON, CA 92022-0245

BAXTER PROTECTIVE COATINGS, LLC
489 CORBAN AVENUE SE
CONCORD, NC 28025

BAXTER SOUTH
12190 S.W. 128TH ST
MIAMI, FL 33186

BAY AREA BOX
PO BOX 344
EL GRANADA, CA 94018-0344

BAY CITIES CONTAINER CORP
5138 INDUSTRY AVENUE
PICO RIVERA, CA 90660

BAY CREEK MARINA & RESORT LLC
1 MARINA CIRCLE
CAPE CHARLES, VA 23310

BAY DE NOC LURE CO.
810 RAILWAY AVENUE
PO BOX 71
GLADSTONE, MI 49837

BAY POINT MARINA
PO BOX 128
CEADERVILLE, NJ 08311

BAY STREET OUTFITTERS LTD.
815 BAY ST
BEAUFORT, SC 29901

BAY SUPPLY
PO BOX 17
CLALLAM BAY, WA 98326

BAY TRADING POST
4955 ST LIONARD RD.
ST. LEONARD, MD 20685

BAYCO PRODUCTS, INC.
640 S SANDEN BLVD.
WYLIE, TX  75098

BAYERS ENTERPRISES INC.
PO BOX 1063
NEWPORT, NC  28570

BAYLESS ENTERPRISES
2728 211TH STREET SE
BOTHELL, WA  98021

BAYOU BOATING
277 S HOLLYWOOD RD, STE.A
HOUMA, LA  70360

BAYSIDE MARINE
600 ARENDELL STREET
MOREHEAD, NC  28557

BAYSIDE MARKET & DELI
4995 CRAB AVE W
TILLAMOOK, OR  97141

BB&T
4320 KAHN DR. BLDG 2
BRANCH CONSOLIDATED FUNCTIONS
LUMBERTON, NC  28358

BB&T
CONFIRMATION COMPLIANCE
PO BOX 486
WHITEVILLE, NC  28472-0486

BBA JERSEYS LLC
20278 HERON CIRCLE
ABINGDON, VA  24211

BBNDB DISTRIBUTORS
1813 W. INDIANA AVENUE
SPOKANE, WA  99205

BD OUTDOORS LLC
9195 CHEASPEAKE DRIVE
SAN DIEGO, CA  92123

BEACH CARE URGENT MEDICAL CARE
PO BOX 2949
ATLANTIC BEACH, NC  28512

BEACH ESSENTIALS
1213 DUCKS RD.
WEE WINKS
DUCK, NC  27949

BEACH FUN RENTALS
P.O.BOX 3205
SHALLOTTE, NC  28459

BEACH HUT, INC.
3700 S. OCEAN BLVD
N. MYRTLE BEACH, NC  29582

BEACH MARINA INC
655 PENSACOLA BEACH BLVD
PENSACOLA BEACH, NC  32561

BEACH MART
P.O.BOX 120
KITTY HAWK, NC  27949

BEACH PEDDLER
PO BOX 545
NAGS HEAD, NC  27959

BEACH SHOP & GRILL
7773 MARYMOUNT DR
WILMINGTON, NC  28411

BEACH TOYS N TOGS
13003 GULF BLVD.E.
MADEIRA, FL  33708

BEACHCOMBER CAMPGROUND
PO BOX 203
OCRACOKE, NC  27960

BEACHEAD U.S.A.
18506 142ND AVENUE NE
WOODINVILLE, WA  98072

BEACHVIEW AUTO SERVICE: MOREHEAD CIT
4920 ARENDELL STREET
MOREHEAD CITY, NC  28557

BEAR & SON CUTLERY
1111 BEAR BLVD SW
JACKSONVILLE, AL  36265

BEAR BASIN OUTFITTERS
3339 VINCENT RD
PLEASANT HILL, CA  94523

BEAR COUNTRY ALASKA99
PO BOX 242534
ANCHORAGE, AK  99524

BEAR PAW TACKLE CO. INC.
1015 W LORENZA PKWY
DOUGLAS, AZ  85607

BEAR RIVER TREE STANDS
3110 RANCH VIEW LANE
MINNEAPOLIS, MN  55447

BEARDSLEY OUTFITTING, INC
PO BOX 360
ENNIS, MT  59729

BEARING BUDDY
PO BOX 41
PATILLAS, PR  723

BEARSKIN LODGE
124 E BEARSKIN RD
GRAND MARAIS, MN  55604

BEASLEY BROADCAST GROUP, INC
207 GLENBURNIE DR
NEW BERN, NC  28560

BEATDOWN OUTDOOR PRODUCTS LLC
29723 HWY 50
SEDALIA, MO  65301

BEAU DIETL & ASSOC.
9031 W OLYMPIC BLVD
BEVERLY HILLS, CA  90211

BEAUFORT GROCERY CO.
PO BOX 36
BEAUFORT, NC  28516

BEAUFORT ICE AND COAL COMPANY
PO BOX 278
BEAUFORT, NC  28516

BEAUFORT MIDDLE SCHOOL FOOTGALL
PROG
100 CARRAWAY
BEAUFORT, NC  28516

BEAUFORT MIDDLE SCHOOL
FOOTBALL PROGRAM
100 CARRAWAY
BEAUFORT, NC  28516

BEAU-MAC/SMI
4100 150TH AVE. CT. E SUITE 100
SUMNER, WA  98390

BEAUMONT PRODUCTS, INC.
1560 BIG SHANTY DRIVE
KENNESAW, GA  30144

BEAVER POND SPORTING CLUB
PO BOX 544
SNOW CAMP, NC  27349

BEAVER, DEMETHRICE SCOTT
1123 SPRINGDALE ROAD
APT 107
ROCK HILL, SC  29730

BEAVERS BAIT & TACKLE
1601 BERRYVILLE PIKE
WINCHESTER, VA  22601

BECERRA, BLANCA
1320 YORK WAY
SPARKS, NV  89431

BECKER TRUE VALUE HARDWARE
13350 1ST STREET
BECKER, MN  55308

BECKLEY COUNTY ACE
ROUTE 6 BOX 2010
COCHRAN, GA  31014

BECKMAN NET COMPANY
2920 COMMERCE PARK DRIVE
FITCHBURG, WI  53719

BECKSON MARINE INC
165 HOLLAND AVE.
BRIDGEPORT, CT  06605

BECKY STEWART
187 SOUTHWINDS DR.
NEWPORT, NC  28570

BEDINGTON CROSSROAD STORE
PO BOX 942
MARTINSBURG, WV  25402

BEDSWORTH, EMILY G
139 OAKLEAF DRIVE
PINE KNOLL SHORES, NC  28512

BEE NATURAL LEATHERCARE
PO BOX 820803
VANCOUVER, WA  98682-0018

BEE TEE INC.
42 WALKILL ROAD
LITTLE EGG HARB, NJ  08087

BEECHIE, KERRY L
2708 18TH AVENUE SOUTHWEST
MINOT, ND  58701

BEE-JAY FISHING PRODUCTS
8407 S.W. 59 HWY
ST.JOSEPH, MO  64504

BEELINE/EXXON
PO BOX 1067
TROY, AL  36081

BEEMAN PRECISION AIRGUNS
5454 ARGOSY DR
HUNTINGTON BEAC, CA  92649

BEGINRIGHT EMPLOYMENT AGENCY
C/O ACCT DEPT
PO BOX 25492
PORTLAND, OR  97298

BELANGIAS SUPERMARKET
8434 NC HWY 306 SOUTH
ARAPAHOE, NC  28510

BELARC, INC
TWO CLOCK TOWER PLACE
SUITE 520
MAYNARD, MA  01754

BELCHER STAFFING SERVICES, INC
PO BOX 7247 - 8341
PHILADELPHIA, PA  19170-8341

BELL RANGER OUTDOOR APPAREL
1538 CRESCENT DR
AUGUSTA, GA  30909

BELL SPORTS, INC.
57 GRUMBACHER RD
YORK, PA  17402-9420

BELL, CHARLES MATTHEW
244 PRIVATE ROAD 652
SARGENT, TX  77414

BELLA PIZZA & SUBS
ATLANTIC BEACH, NC  28512

BELLE ISLE MARINA, INC.
1228 BELLE ISLE ROAD
GEORGETOWN, SC  29440

BELLIZZI, JEANETTE
207 HOLLY LANE
MOREHEAD CITY, NC  28557

BELLMARK PARTNERS, LLC
4500 140TH AVENUE NORTH
SUITE 101
CLEARWATER, FL  33762

BELLSOUTH ADVERTISING & PUBLISHING
PO BOX 105852
ATLANTA, GA  30348-5852

BELLSOUTH
PO BOX 105262
ATLANTA, GA  30348-5262

BELMONT DIST
PO BOX 23179
MINNEAPOLIS, MN  55423

BELROH LLC
DBA BELROH MOBIL
1414 N BROADWAY AVE
MARSHFIELD, WI  54449

BELT POWER, LLC
6735 REAMES RD 100
CHARLOTTE, NC  28216

BELTON, RODRIQUES DANYALE
4536 NICKS TAVERN ROAD
CHARLOTTE, NC  28215

BEMBOOMS FENCE INC.
907 15 AVENUE SOUTHEAST
ST. CLOUD, MN  56304

BEN FRANKLIN
PO BOX 699
NAGS HEAD, NC  27959

BENCHMADE KNIFE CO.
300 BEAVERCREEK RD.
OREGON CITY, OR  97045

BENDER
NEW BERN, NC  28560

BENDERS FREMONT HARDWARE
P.O. BOX 926
FREMONT, NC  27830

BENEDICT THRIFTWAY TRUE VALUE
PO BOX 400
MOUNTAIN VIEW, WY  82939

BENFIELDS LANDING
5741 BENFIELDS LANDING RD
NEBO, NC  28761

BENITEZ-VAZQUEZ, LEONEL
353 R L NORRIS ROAD
LINWOOD, NC  27299

BENJAMIN VIRAMONTES JR
4125 E WASHINGTON
FRESNO, CA  93702

BENJAMIN/CROSMAN
ROUTES 5 & 20
EAST BLOOMFIELD, NY  14443

BENNERS GENERAL STORE
PO BOX 288
MORRIS, PA  16938

BENNETT EUBANKS OIL CO.
17410 MAIN ST, N.
BLOUNTSTOWN, FL  32424

BENNETT STREET SPORTING GOODS
PO BOX 698
PARKSLEY, VA  23421

BENNETTS FIRE EXTINGUISHER
291 HAYWOOD CEMETERY ROAD
ROCKINGHAM, NC  28379

BENS BAIT & TACKLE
RR1 BOX 259
BATTLE LAKE, MN  56515

BENSON CONSULTING SERVICES, INC.
3674 CLEARBROOKE WAY
DULUTH, GA  30097-7386

BENSON METALS, INC
1300 SIBLEY MEMORIAL HWY
PO BOX 50800
MENDOTA, MN  55150

BENSON, JEFFERY HOLDEN
121 PINE LANE
ROCKINGHAM, NC  28379

BENSON, PAUL
104 DEERFIELD CT.
CEDAR POINT, NC  28584

BENTON COUNTY AUDITOR-TREASURER
CHRISTINE SCHERBING, AUDITOR-TREASUR
PO BOX 129
FOLEY, MN  56329-0129

BENTON COUNTY COLLECTOR
215 E. CENTRAL AVENUE
ROOM 101
BENTONVILLE, AR  72712

BENTON EXPRESS INC
1045 S RIVER IND BLVD, SE
PO BOX 16709
ATLANTA, GA  30321

BENTON SHOOTERS SUPPLY
ROUTE 1
BENTON, TN  37307

BENTON TROPHY & AWARDS
5700 BUFFALOE RD
RALEIGH, NC  27604

BENTONVILLE TIGER BASEBALL TEAM
500 TIGER BLVD
BENTONVILLE, AR  72712

BEOUTDOORS.COM
3055 THOUSAND OAKS BLVD.
SUITE 4
THOUSAND OAKS, CA  91362

BERGEN SPORTING GOODS
649 BERGEN BLVD
RIDGEFIELD, NJ  07657

BERKLEY INSURANCE COMPANY
PO BOX 639807
CINCINNATI, OH  45263-9807

BERKLEY
1 BERKLEY DR.
ATTN: NANCY - ACCOUNTS PAYABLE
SPIRIT LAKE, IA  51360

BERKS EARNED INCOME TAX BUREAU
ATTN: JENNIFER HART
920 VAN REED RD
WYOMISSING, PA  19610-1700

BERKSHIRE HATHAWAY HOMESTATE
COMPAN
PO BOX 844501
LOS ANGELES, CA  90084-4501

BERKSHIRE LIFE INSURANCE CO OF AMERI
700 SOUTH ST
PITTSFIELD, MA  01201

BERLIN HARDWARE CO, INC
21811

BERLIN TIRES
1734 N. MAGNOLIA
EL CAJON, CA  92020

BERLINER COHEN LLP
TEN ALMADEN BLVD
ELEVENTH FLOOR
SAN JOSE, CA  95113-2233

BERNE APPAREL CO
104 E MAIN
BERNE, IN  46711

BERNICKS
PO BOX 7457
ST CLOUD, MN  56302

BERNIE CLECKNER
110 SILVER CREEK DR.
SWANSBORO, NC  28584

BERNSTEIN AND BERNSTEIN, P.A.
5416-B RIVERS AVE.
N. CHARLESTON, SC  29406-6165

BERRY GAME CALLS/BIG BULL PRODUCTION
219 SOTH LEFEVRE
PO BOX 416
MEDICAL LAKE, WA  99022

BERRYESSA SPORTING GOODS
115 E GRANT AVE
WINTERS, CA  95694

BERRYS B&T
3503 HWY 246 SOUTH
NINETY SIX, SC  29666

BERSA USA LLC
100 INDUSTRIAL DRIVE STE 200
CARTERSVILLE, GA  30120

BERTS CUSTOM TACKLE
1250 LADD ROAD
PO BOX 1177
WALLED LAKE, MI  48390-1177

BERTS
210 E NEWBERN RD
KINSTON, NC  28502

BERZEL, MARK
1461 SHADE TREE CIR
BILLINGS, MT  59102

BEST CATCH BAIT COMPANY
PO BOX 234
CHAPIN, SC  29036

BEST ELECTRICAL SUPPLY INC
118 MILL RD
ROCKINGHAM, NC  28379

BEST OF THE WEST NASKEMAW OPTICS
115 W YELLOWSTONE AVENUE
PO BOX 1150
CODY, WY  82414

BEST OIL/LITTLE STORE
ATTN: ERIN
30 N8TH ST
CLOQUET, MN  55720

BEST PRACTICAL SOLUTIONS
P.O. 44133
SOMERVILLE, MA  02144

BEST QUALITY FACILITY SERVICES, LLC
10015 PACIFIC AVENUE
FRANKLIN PARK, IL  60131

BEST SOFTWARE, INC.
PO BOX 64351
BALTIMORE, MD  21264-4351

BEST WEIGH SCALE CO, INC
2728 N SUNNYSIDE
FRESNO, CA  93727

BEST WESTERN BUCCANEER
2806 ARENDELL STREET
HWY 70
MOREHEAD CITY, NC  28557

BEST WESTERN EMPIRE INN
475 W. VALLEY BLVD.
RIALTO, CA  92376

BEST WESTERN KELLY INN
100 4TH AVE SOUTH
ST CLOUD, MN  56301

BEST WESTERN MERCHANDISE MART
3024 EAST INDEPENDENCE BLVD.
CHARLOTTE, NC  28205

BEST WESTERN SUNNYSIDE INN
ACCT 100044
12855 SE 97TH ST
CLACKAMAS, OR  97015

BEST WESTERN
KELLY INN
PO BOX 1066
ST. CLOUD, MN  56302-1066

BEST, RICKY DAVID
1945 BRUCEWOOD RD
HAW RIVER, NC  27258

BETH ATKINS
PO BOX 975
NEW BERN, NC  28563

BETH BROMLEY
1698 WESTBROOK AVE
BURLINGTON, NC  27215

BETHANY CYCLE & FITNESS INC
778 GARFIELD PKWY
BETHANY BEACH, DE  19930

BETHANY DATA SYSTEMS, INC.
3805 NW 166TH DRIVE
BEAVERTON, OR  97006-5219

BETSON IMPERIAL PARTS & SERVICE
6743 THOMPSON RD
SYRACUSE, NY  13211-2119

BETTER JANITOR SUPPLIES, INC.
PO BOX 81
ARLINGTON, TX  76004

BETTER METHODS ALEXANDER
1200 MADISON AVENUE
PO BOX 827
PATERSON, NJ  07503

BETTER-WAY TRANSPORTATION
PO BOX 1894
LA MIRADA, CA  90637-1894

BETTS - CAST NETS
PO BOX 57
1701 W ACADEMY ST
FUQUAY VARINA, NC  27526

BETTS TACKLE
1701 W ACADEMY ST
PO BOX 57
FUQUAY-VARINA, NC  27526

BETTS TACKLE
9385 BAY PINES BLVD
ST. PETERSBURG, FL  33708

BETTY MURPHY
MOREHEAD CITY, NC  28557

BEVERLY DREW
3131 MILDRED DR
PALM HARBOR, FL  34684

BEVERLYS GUN
230 FRONT STREET
COEBURN, VA  24230

BEYOND WINGS
503 VINTAGE GREEN LANE
ATTN: EMILY TILLER
FRANKLIN, TN  37064

BFG HOLDINGS LLC
728 BALTIMORE PIKE SUITE 114
BEL AIR, MD  21014

BHI 97
C/O THE BISSELL COMPANIES, INC
4602 DUNDAS DRIVE, SUITE 200
GREENSBORO, NC  27407

BI RITE SPORTING
241 LIBERTY ST NE
SALEM, OR  97301

BIBBS, MALACHI LAJUAN
639 L STREET
SPARKS, NV  89431

BICCO INC.
61382 JACK WILLIAMS ROAD
BOGALUSA, LA  70427

BICK, JASON A
672 SALEM HEIGHTS AVE. SOUTH
SALEM, OR  97302

BIG & J INDUSTRIES, LLC
208 N WHEELER AVENUE
GRAND ISLAND, NE  68801

BIG 8 PRODUCTS
3276 N 500 EAST
URBANA, IN  46990

BIG BEAR MARINA
PO BOX 1844
BIG BEAR LAKE, CA  92315

BIG BEAR MARKET PLACE
2618 KING AVE W
BILLINGS, MT  59102

BIG BEAR PRODUCTS INC.
32053 RED ARROW HWY
PAWPAW, MI  49079

BIG BEAR SMOKEHOUSE
2542 NELLITA RD NW
SEABECK, WA  98380

BIG BEAR SPORTING GOODS, INC.
PO BOX 1360
SHADY SPRING, WV  25918

BIG BITE BAITS-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

BIG BLUE STORES
701 N. MCLEWEAN ST
KINSTON, NC  28501

BIG BROTHERS BIG SISTERS OF AMERICA
FORT WAYNE, IN  46801-0868

BIG BUCKS PAWN & GUN, INC
727 W HILLSBORO
EL DORADO, AR  71730

BIG COUNTRY POWERSPORTS
3108 NASHVILLE ROAD
BOWLING GREEN, KY  42101

BIG DADDYS SPORTS HAVEN
595 SHERMAN AVE
MILLVILLE, NJ  08332

BIG DS GUNS
PO BOX 216
EAST BARRE, VT  05649

BIG FISH TACKLE COMPANY
807 NORTH BAY SHORE DRIVE
SAFETY HARBOR, FL  34695

BIG GAME 90
840 STEEFFY RD
RAMONA, CA  92065

BIG GAME PRO SHOP INC
510 STEPHANIE COURT
LAKE MARY, FL  32746

BIG ISLAND PUBLISHING CO.
21 WATER STREET
EXCELSIOR, MN  55331

BIG JOHNS GUN SHOP
12154 4TH ST
YUCAIPA, CA  92399

BIG JON SPORTS
11455 US 31 SOUTH
INTERLOCHEN, MI  49643

BIG OIL & TIRE CO
PO BOX 488
BLUE LAKE, CA  95525

BIG R
PO BOX 2810
WHITE CITY, OR  97503-2810

BIG RIVER GAME CALLS
509 SOUTH FOURTH ST
PO BOX 396
DUNLAP, IL  61525

BIG RIVER TACKLE/TIMBER
4413 E STATE RT 46
NASHVILLE, IN  47448

BIG ROCK SPORTS - FLEX
ATTN: SUSAN FITZGERALD
173 HANKISON DR
NEWPORT, NC  28570

BIG ROCK SPORTS CONSERVATION
FOUNDAT
1141 JAY LANE
GRAHAM, NC  27253

BIG ROCK SPORTS FLEX SPENDING
173 HANKISON DRIVE
NEWPORT, NC  28570

BIG ROCK SPORTS FLEXIBLE BENEFITS
PO BOX 2810
WHITE CITY, OR  97503-2810

BIG ROCK SPORTS HEALTH PLAN
173 HANKISON DRIVE
NEWPORT, NC  28570

BIG ROCK SPORTS HEALTH
173 HANKISON DRIVE
NEWPORT, NC  28570

BIG ROCK SPORTS LLC
173 HANKISON DRIVE
NEWPORT, NC  28570

BIG ROCK SPORTS MARKETING LLC
173 HANKISON DR
NEWPORT, NC  28570

BIG ROCK SPORTS MARKETING
P.O. DRAWER 1107
HWY 24 WEST
MOREHEAD CITY, NC  28557

BIG ROCK SPORTS MARKETING, LLC
173 HANKISON DRIVE
NEWPORT, NC  28570

BIG ROCK SPORTS VEBA TRUST
ATTN: SUSAN FITZGERALD
173 HANKISON DR.
NEWPORT, NC  28570

BIG ROCK SPORTS VEBA
173 HANKISON DRIVE
NEWPORT, NC  28570

BIG ROCK SPORTS
158 LITTLE NINE DRIVE
MOREHEAD CITY, NC  28557

BIG ROCK SPORTS,LLC
173 HANKISON DRIVE
NEWPORT, NC  28570

BIG SKY FIRE EQUIPMENT
207 W JANEAUX ST
LEWISTOWN, MT  59457

BIG SKY LANDSCAPING
ROAD 12
WORDEN, MT  59088

BIG SKY LINEN SUPPLY
715 CENTRAL AVE
BILLINGS, MT  59102

BIG SKY MAPS
PO BOX 1318
CALDWELL, ID  83606

BIG SKY RACKS
25-A SHAWNEE
BOZEMAN, MT  59715

BIG UGLY LURE CO
PO BOX 111
ONALASKA, WA  98570

BIGFORK HARDWARE & SPORTING GOODS
LAKE HILLS SHOPPING CENTER
PO BOX 1169
BIGFORK, MT  59911

BIGSHOT ARCHERY, LLC
2836 CREEK ROAD
ELVERSON, PA  19520

BILL ANDRUS
1130 SECOND AVE EAST
DICKINSON, ND  58601

BILL BASS
3225 LAKESIDE DR
ANCHORAGE, AK  99515

BILL BASS
5401 CORDOVA, STE. 105
PO BOX 190709
ANCHORAGE, AK  95519-0709

BILL BATES
12932 SE KENT-KANGLEY RD
KENT, WA  98031

BILL BOYDS TACKLE CO.
508 NORTH ANDREWS AVENUE
FT. LAUDERDALE, FL  33301

BILL CATLETT
12807 HASHANLI PLACE
MATTHEWS, NC  28105

BILL LEWIS-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

BILL LUDWIG
2509 TAMARAC LANE-D
INDIANAPOLIS, IN  46227

BILL RAPER
115 RIVERSIDE AVE
MOREHEAD CITY, NC  28557

BILL SCHEFFER
7344 CREEK BEND DR
MEMPHIS, TN  38125-3022

BILL WILSON
BOX 1587
FORT SMITH, AR  72902

BILL WINKELS
1900 1ST AVENUE SW
MINOT, ND  58701

BILLIES BACKSTREET RESTAURANT
620 N. MADISON AVE.
GOLDSBORO, NC  27530

BILLING SOLUTIONS, INC
PO BOX 270
WAYNE, IL  60184

BILLINGS AMERICAN LEGION BASEBALL
PO BOX 22535
BILLINGS, MT  59104

BILLINGS CHAMBER OF COMMERCE
PO BOX 31177
BILLINGS, MT  59107-1177

BILLINGS GAZETTE
PO BOX 31238
BILLINGS, MT  59107-1238

BILLINGS GUNSMITH
1841 GRAND AVE
BILLINGS, MT  59102-2939

BILLINGS HOTEL & CONVENTION CENT
1223 MULLOWNEY WAY
BILLINGS, MT  59101

BILLINGS HOTEL & CONVENTION CTR
1223 MULLOWNEY WAY
BILLINGS, MT  59101

BILLINGS JOB SERVICE WORKFORCE CENTE
2121 ROSEBUD DR B
BILLINGS, MT  59102-6279

BILLINGS OFFICE SYSTEMS
2 CUSTER AVE
BILLINGS, MT  59104

BILLINGS OVERHEAD DOOR CO INC
813 3RD AVE N
BILLINGS, MT  59101

BILLINGS SCARLETS BOOSTER CLUB
PO BOX 7071
BILLINGS, MT  59103

BILLS BAIT HOUSE
4308 ST RD 220
WAVERLY, OH  45690

BILLS BUY & SELL
1104 E FREMONT ST
LAS VEGAS, NV  89101

BILLS GUNS INC.
30173 US HWY 29
GRETNA, VA  24557

BILLS LIVE FISH FARM
1588 CARRICK PARK
GEORGETOWN, KY  40324

BILLS SPORT SHOP
18388 COASTAL HWY
LEWES, DE  19958

BILLY BOBS GOLF
4375 E LOWELL ST STE. M
ONTARIO, CA  91761

BILLY FINN
4634 INDIANA AVE
MINNEAPOLIS, MN  55422

BILLY HOOLE
C/O SPORTSMANS FRIEND
1636 BYPASS N.E.
GREENWOOD, SC  29649

BILLY MILLER
PO BOX 1376
MOREHEAD CITY, NC  28557

BILLYS BIG GAME TACKLE
34320 PACIFIC COAST HWY
DANA POINT, CA  92629

BILOXI HARBOR BAIT & FUEL
675 BEACH BLVD
BILOXI, MS  39530

BI-MART
220 S SENECA
EUGENE, OR  97402

BIMINI BAY OUTFITTERS LTD
43 MCKEE DR
MAHWAH, NJ  07430

BINGHAM MCHALE LLP
2700 MARKET TOWER
10 W MARKET ST
INDIANAPOLIS, IN  46204-4900

BIO LOGIC
6015 HWY 45 ALT SOUTH
WEST POINT, MS  39773

BIONIC BAIT COMPANY
95 NW 13TH AVENUE
POMPANO BEACH, FL  33069

BIRDS NEST FLORAL & GIFTS
12612 EAGLES NEST ROAD
BERLIN, MD  21811

BISHOP CREEK LODGE
2100 S LAKE LODGE
BISHOP, CA  93514

BISMUTH CARTRIDGE CO.
7155 VALJEAN AVENUE
VAN NUYS, CA  91406-3917

BISS PRODUCT DEVELOPMENT, LLC DBA ST
116 BURRY CT
TROUTMAN, NC  28166

BISTRO-BY THE SEA
4031 ARENDELL STREET
MOREHEAD CITY, NC  28557

BITER PRODUCTS
E&M MANUFACTURING
26585 136TH ST
ZIMMERMAN, MN  55398

BITS & PIECES
222 HARBOR DRIVE
PO BOX 715
BOCA GRANDE, FL  33921

BITTLE JR, TIMOTHY D
PO BOX 1643
ROCKINGHAM, NC  28380

BITTLER BROTHERS SPORT CENTER
355 SW COAST HWY
NEWPORT, OR  97365

BJ & ASSOCIATES INC
3502 ELM ST
PO BOX 916
MOREHEAD CITY, NC  28557

BJS BAIT & TACKLE
177 BROAD ST
MERIDEN, CT  06450

B-JS SPORTS INC
4298 NILES ROAD
ST JOSEPH, MI  49085

BKK TACKLE INNOVATION USA INC.
PO BOX 126007
HIALEAH, FL  33012

BLACK BEARDS GUNS
3695 E WILSON ST
FARMVILLE, NC  27828

BLACK BOX CORP
1000 PARK DR
LAWRENCE, PA  15055

BLACK BOX CORPORATION
PO BOX 371671
PITTSBURGH, PA  15251-7671

BLACK CAT COMPUTER WHOLESALE
6020 NORTH BAILEY, SUITE 1
PO BOX 923
AMHERST, NY  14226

BLACK DEATH
763 ELK LAKE DRIVE
BATON ROUGE, LA  70816

BLACK HILLS ENERGY
PO BOX 6001
RAPID CITY, SD  57709-6004

BLACK MARINE PRODUCTS, INC.
PO BOX 990945
NAPLES, FL  34116

BLACK RAIN ORDNANCE, INC.
11633 IRIS ROAD
NEOSHO, MO  64850

BLACK RIVER TOOLS INC/DRIFTMASTER
6509 HWY 260
MANNING, SC  29102

BLACK WIDOW DEER LURES, LLC.
120 BISHOP LOOP
GREENEVILLE, TN  37743

BLACKBIRD PRODUCTS GROUP, LLC
9780 INTER OCEAN DRIVE
CINCINNATI, OH  45246

BLACKFIN RODS LLC
12972 SE SUZANNE DRIVE
HOBE SOUND, FL  33455

BLACKFIRE, INC.
501 EASY DRIVE
MANSFIELD, TX  76063

BLACKHAWK CUSTOM OUTFITTERS, LLC
5727 SR 46W
NASHVILLE, IN  47448

BLACKHAWK INC.
2520 PILOT KNOB ROAD
SUITE 300
MENDOTA HEIGHTS, MN  55120

BLACKHAWK LLC
1800 BLANKENSHIP ROAD
SUITE 325
WEST LINN, OR 97068

BLACKHAWK
930 BLUE GENTIAN RD SUITE 400
EAGAN, MN 55121

BLACKWATER SPORTS CENTER
2228 N DELSEA DR
VINELAND, NJ 08360

BLACKWELL, DENECE RENEA
303 MCALLISTER STREET
APT. A
CRAMERTON, NC 28032

BLACKWELL, JONATHAN
7517 SOUND DRIVE
EMERALD ISLE, NC 28594

BLAIN SUPPLY, INC
3507 E RACINE ST
JANESVILLE, WI 53546

BLAINE CONVENTION SERVICES, INC.
744 SPRING VALLEY PKWY
SPRING CREEK, NV 89815

BLAINE HARDWARE INC
13001 CENTRAL AVE NE
BLAINE, MN 55434

BLAINE WINDOW HARWARE, INC.
17319 BLAINE DRIVE
HAGERSTOWN, MD 21740

BLANK NAME
3403 NW BROOKFIELD LANE
PRINEVILLE, OR 97754

BLANTON SPORTS ENTERPRISES
1419 BAHAMA ROAD
BAHAMA, NC 27503

BLASER GROUP USA
403 EAST RAMSEY SUITE 301
SAN ANTONIO, TX 78216

BLEM, AARON G
1135 WATERFORD AVENUE NORTH
SARTELL, MN 56377

BLEVINS GROCERY
2215 RIVERSIDE ROAD
MARION, VA 24354

BLF SPORTS
1289 W. M-61
GLADWIN, MI 48624

BLHIT CAPITAL
1793 HWY 201 NORTH
MOUNTAIN HOME, AR 72653

BLHIT DISTRIBUTION, LLC
1793 HWY 201 NORTH
MOUNTAIN HOME, AR 72653

BLISS-MURSKI SALES, INC
9212 CHANCELLOR ROW
DALLAS, TX 75247-5325

BLIZZARD CONSTRUCTION CO., INC.
PO BOX 372 416 RAILROAD AVE.
BEAULAVILLE, NC 28518

BLOMBERG & SONS, INC
25 CENTRAL BLVD
BABBITT, MN 55706-1129

BLOOMFIELD, MALAYSIA N.C
246 STOKES ROAD
ROCKINGHAM, NC 28379

BLUE MOUNTAIN GUN WORKS
10 ERVINGS JACOBS RD
PORT ANGELES, WA 98363

BLUE OCEAN SOFTWARE CO
15310 AMBERLY DR, STE 370
TAMPA, FL 33647

BLUE OCEAN SOFTWARE, INC
15310 AMBERLY DRIVE
SUITE 370
TAMPA, FL 33647

BLUE RIBBON BAIT
1985 GENEVA AVE. N.
OAKDALE, MN 55128-4108

BLUE RIBBON SHOW SERVICES, INC.
PO BOX 236
LUMBERTON, NC 28359

BLUE RIDGE
1208 FENMORE HALL
SUITE 201
POWDER SPRINGS, GA 30127

BLUE SKY DISTRIBUTION
37515 SE HWY 26
SANDY, OR 97055

BLUE STAR CHARTERS & TOURS, INC
PO BOX 56351
PORTLAND, OR 97238-6351

BLUE WATER BAIT
8089 DIXIE HWY
FAIR HAVEN, MI 48023

BLUE WATER CANDY
1007 MABEL ROWLINSON DRIVE
HOLLY RIDGE, NC  28445

BLUE WATER POINT MARINA, INC
5710 WEST 57TH PLACE
LONG BEACH, NC  28465

BLUE WATER SPORTS
351 HWY ONE
GRAND ISLE, LA  70358

BLUE WATER TACKLE & MARINE
3655 N. ROMERO RD
TUCSON, AZ  85703

BLUE WATER TACKLE
124 LOMAS SANTA FE DR, 107
SOLANA BEACH, CA  92075

BLUE WATER VENTURES
5710 WEST 57TH PLACE
LONG BEACH, NC  28465

BLUE YONDER, INC.
PO BOX 841983
DALLAS, TX  75284-1983

BLUE, ROBERT GLENN
108 COLONIAL DR
ROCKINGHAM, NC  28379

BLUEBIRD SPORTING GOODS
ATTN DON GOERING
1702 HWY 6
STERLING, CO  80751

BLUEFEVER DESIGNS, INC/AFTCO
PO BOX 803250
SANTA CLARITA, CA  91380-3250

BLUEGRASS OUTDOORS
1041 CINCINNATI PARK
GEORGETOWN, KY  40324

BLUEWATER BAIT & SPORTS
600 PAUL BUNYAN DRIVE
BEMIDJI, MN  56601

BLUEWATER/PRIMO LLC
ATTN: MATT MEISTER
1179 SARASOTA CENTER BLVD
SARASOTA, FL  34240

BLUMBERG EXCELSIOR CORP. SERVICES
62 WHITE STREET
NEW YORK, NY  10013

BLYTHES SPORT SHOP
2810 CALUMAT AVE.
VALPARAISO, IN  46383

BLYTHES SPORT SHOPS, INC.
138 N. BROAD STREET
GRIFFITH, IN  46319

BMT DISCOUNT BEVERAGE
566 NE 22 AVE
BOYNTON BEACH, FL  33435

BN BOATRIGHT COMPANY
1223 N. ESHMAN AVENUE
1224 N. ESHMAN AVENUE
WEST POINT, MS  39773

BNR TACKLE
PO BOX 623
HERMISTON, OR  97838

BNT EMBROIDERY
2455 MAPLE LEAF 5
NORTH BEND, OR  97459

BOARD OF COUNTY COMMISIONERS
MIAMI-DADE FIRE RESCUE DEPT.
9300 NW 41ST STREET
MIAMI, FL  33178

BOARS HEAD BAIT & CARRYOUT
2818 OLD STATE RD 32
BATAVIA, OH  45103

BOAT BLING INC., DBA BLING SAUCE
875 E COVEY LANE SUITE 101
PHOENIX, AZ  85024

BOAT INDUSTRY
13 CENTURY HILL DRIVE
LATHAM, NY  12110-2197

BOAT SHELTER
CLIFFORD & ALICIA PIRCH
HC3 BOX 513-U
PAYSON, AZ  85541

BOATERS WORLD MARINE CENTERS
20705

BOATERS WORLD
6711 RITZ WAY
BELTSVILLE, MD  20705

BOATHOUSE DISCOUNT MARINE
394 ARROWHEAD LANE
MELBOURNE BCH, FL  32951

BOATING INDUSTRY
13 CENTURY HILL DR.
LATHAM, NY  12110

BOATS AND MOTORS OF DALTON INC
301 E MORRIS ST
DALTON, GA  30721

BOATS UNLIMITED
1200 E LINDSAY ST
GREENSBORO, NC  27405

BOATS, INC. OF MOREHEAD CITY
4838 ARENDELL ST
MOREHEAD CITY, NC  28557

BOB & KATIES GOLDSTAR B&T
207 OCEAN AVE.
MELBOURNE BEACH, FL  32951

BOB ADAMS
11583 CARNATION CIRCLE
FOUNTAIN VALLEY, CA  92708

BOB BALLARD
173 HANKISON DRIVE
NEWPORT, NC  28570

BOB BEAN
914 N. 3RD
CENTRAL POINT, OR  97502

BOB BROWN
921 CHARLTON PLACE
GREENVILLE, NC  27858

BOB DUNN SALES
740 65TH ST
SPRINGFIELD, OR  97478

BOB EDEEN
628 RHODORA HTS. ROAD
LAKE STEVENS, WA  98258

BOB FOSTER
PO BOX 732
155 HOLLYWOOD DRIVE
MILLVILLE, DE  19970

BOB FRINK CHEVROLET-GEO
16700 SE MCLOUGHLIN BLVD
MILWAUKIE, OR  97267

BOB GORTZ GUN SALES
850 NW 6TH ST, SUITE 2
GRANTS PASS, OR  97526

BOB HALL
61 TRINITY TRAIL
KITTY HAWK, NC  27949

BOB HILSON COMPANY
300 ATLANTIC SUITE 1
KEY LARGO, FL  33037

BOB HYNES ASSOCIATES
1220 EAST DRIVE
BUTLER, PA  16001

BOB JENKINS
LAUREL, MT  59044

BOB JENSEN-COLDWATER PRODUCTIONS
241 SOUTH 3RD
BOX 686
SHEFFIELD, IA  50475

BOB KAISER
1210 HILLTOP DRIVE
ANNAPOLIS, MD  21401

BOB LEIGH
5222 BYHALIA
HERNANDO, MS  38632

BOB LONG
1411 9TH AVENUE SO.
ST. CLOUD, MN  56301

BOB MYERS
6041 S.E. BREWSTER PLACE
MILWAUKIE, OR  97267

BOB PATTERSON, TRUSTEE
PO BOX 2751
MEMPHIS, TN  38101-2751

BOB ROGERS MEDIA & MARKETING SERVICE
PO BOX 427
STORY, WY  82842

BOB SMITH
1331 ANTRIM DR
ROSEVILLE, CA  94547

BOB WALLACE
PO BOX 235
MOREY ROAD
HYDE PARK, VT  05655

BOB WARD & SONS
3015 PAXSON
MISSOULA, MT  59801

BOB WARREN MARINE SUPPLIES
139 ONEIDA VALLEY RD
BUTLER, PA  16001

BOBBER SHOP
1630 N. RIVERFRONT
MANKATO, MN  56001

BOBBY KENTERES HUDSON
4114 TRIANA COURT
RALEIGH, NC  27610

BOBS BAIT & TACKLE
5124 SYCAMORE LN
KITTY HAWK, NC  27949

BOBS BAIT AND TACKLE
970 ROUTE 109
CAPE MAY, NJ  08204

BOBS BAIT BUCKET
108 PINELLAS BAYWAY
TIERRA VERDE, FL  33715

BOBS BAIT SHOP
PO BOX 195
ISLETON, CA  95641

BOBS BOAT BASIN
PO BOX 123
TRINIDAD, CA  95570

BOBS DELI & GIFT SHOP
562 N LAKE SHORE
PANAMA CITY BCH, FL  32413

BOBS FLIES
203 N 9TH ST
YAKIMA, WA  98901

BOBS HUNTING & FISHING SUPPLIES
HC 32 BOX 240
CHITTENDEN, VT  05737

BOBS PAWN SHOP
704 W COURT ST
NEWTON, TX  75966

BOBS PLACE
132 BALLOUVILLE RD
DAYVILLE, CT  06241

BOBS TRADING POST, INC
717 E MAIN ST
HAVELOCK, NC  28532

BOCK, KEVIN J
159 PINE GROVE AVE.
ROCHESTER, NY  14617

BODEK & RHODES
2951 GRAND AVE
PHILADELPHIA, PA  19114

BODOODLE INC.
3301 US HWY 84 N
COLEMAN, TX  76834

BOELTER BRANDS
N22 W23685 RIDGEVIEW PKWY W
WAUKESHA, WI  53188

BOERNER FIREARMS
4131 W STATE HWY 16
BREMERTON, WA  98312

BOGANS RUGGED OUTDOORS
12807 W US HWY 50
NORMAN, IN  47264

BOHMAN INDUSTRIAL TRAFFIC
CONSULTANTS
PO BOX 889
GARDNER, MA  01440

BOHNING CO. LTD.
7361 N SEVEN MILE ROAD
LAKE CITY, MI  49651

BOHNING, ANGELA FAY
1220 33RD AVE N 2
SAINT CLOUD, MN  56303

BOJANGLES
4115 ARENDELL STREET
MOREHEAD CITY, NC  28557

BOLING VAC
4342 OLD WALKER TOWN ROAD
WINSTON SALEM, NC  27105

BOLIVIA MARINE OUTLET
P.O.BOX 379
BOLIVIA, NC  28422

BOLTON CORP.
4206 BRIDGES STREET
MOREHEAD CITY, NC  28557

BOMAR BUSINESS SYSTEMS
8141 CENTER STREET
LA MESA, CA  91942

BOND ARMS, INC
1820 S MORGAN
GRANBURY, TX  76049

BONEFISH JUNCTION
12565 OVERSEAS HWY
MARATHON, FL  33050

BONNIER ACTIVE MEDIA INC
460 N ORLANDO AVE STE 200
WINTER PARK, FL  32789

BOOK SHOP
4915 ARENDELL STREET
MOREHEAD CITY, NC  28557

BOOMERS TOO
1278 CEDAR LANDING RD S.W.
SUPPLE, NC  28462

BOONE BAIT CO. INC.
1501 MINNESOTA AVE
WINTER PARK, FL  32789

BOONIE PACKER PRODUCTS
PO BOX 12517
SALEM, OR  97309

BOOT HILL GUN SHOP
ROUTE 1 BOX 934-F
RODNEY BRYANT
FIELDALE, VA  24089

BOOTLEGGERS BAIT & TACKLE
RT 5 BOX 3
WARSAW, MO  65355

BOOTYS OUTDOORS
PO BOX 1176
MURRELLS INLET, SC  29576

BORD, JULIA MARY
11240 W LELAND
BEACH PARK, IL  60099-3454

BORDER BAIT CO, INC
3371 STATE HWY 172 W
BAUDETTE, MN  56623

BORDER SPORTING GOODS
5219 MAHER AVE.
LAREDO, TX  78041

BORGATA HOTEL CASINO & SPA
ATTN: ALLISON DIAMOND
ONE BORGATA WAY
ATLANTIC CITY, NJ  08401

BORKAN MANAGEMENT GROUP LLC
NORTHERN TRUST
302 SAUNDERS ROAD SUITE 100
RIVERWOODS, IL  60015

BORKOVEC, MICHAEL
831 MEADOW VIEW LANE
TWIN LAKES, WI  53181

BORLAND SOFTWARE CORPORATION
100 ENTERPRISE WAY
SCOTTS VALLEY, CA  95066

BOSCAN, MIGUEL ANGEL
7709 WATERFORD SQUARE DRIVE
APARTMENT 335
CHARLOTTE, NC  28226

BOSS MFG. CO.
SPORTS DIVISION
221 W, FIRST ST
KEWANEE, IL  61443

BOST, JAMES KEIRON
2515 ROSY BILLED DR
105
CHARLOTTE, NC  28262

BOSTICK, JUSTIN MARCUS
401 CHARLOTTE STREET
HAMLET, NC  28345

BOSWELLS HARLEY-DAVIDSON SALES, INC.
2200 GALLATIN ROAD
MADISON, TN  37115

BOTTLE SHOP
EL CAJON, CA  92020

BOTTOM CANDY, LLC
5251 KENILWORTH BLVD. SUITE 3
SEBRING, FL  33870

BOTTOM LINE/PERSONAL
SUBSCRIPTION SERVICE CENTER
BOX 58417
BOULDER, CO  80322

BOUNDARY WATERS FISHING TACKLE, LLC
4400 OTTER LAKE ROAD
WHITE BEAR TWSP, MN  55110

BOUNTIFUL BAGEL
4050 ARENDELL STREET
MOREHEAD CITY, NC  28557

BOUNTY HUNTER LURE CO.
95 SETTLERS CENTER ROAD
TAYLORSVILLE, KY  40071

BOW JAWS/STAKEOUT
393 DESOTO AVE SW
BUFFALO, MN  55313

BOWHUNTER
SUBSCRIPTION SERVICE
PO BOX 350
MT MORRIS, IL  61054-0350

BOWIE OUTFITTERS
8630 PERKINS RD
BATON ROUGE, LA  70810

BOWLING GREEN AUTO PARTS
PO BOX 1055
BOWLING GREEN, VA  22427

BOWMAN & DYAR ENTERPRISE
5365 HWY 24
ANDERSON, SC  29625

BOWMAN, JENNIFER MARIE
3362 SIGMON DAIRY ROAD
NEWTON, NC  28658

BOW-N-ARROW SHOP
9748 LOS COCHES RD, SUITE 5
LAKESIDE, CA  92040

BOX COMPANY OF AMERICA
PO BOX 612
HAW RIVER, NC  27258

BOX-BOARD PRODUCTS
8313 TRIAD DRIVE
GREENSBORO, NC  27409

BOXES, BOXES, BOXES
157 S PARKWAY EAST
WHSE. 3
MEMPHIS, TN  38106

BOY SCOUT TROOP 334
28557

BOY SCOUTS OF AMERICA
73800 OVERSEAS HWY
ISLAMORADA, FL  33036

BOYD, ANDREA DANNIELLE
2640 WEST ARROWOOD ROAD
APT 307
CHARLOTTE, NC  28273

BOYDS FRONTLINE SPT GOODS
420 BUTLER MALL
BUTLER, PA  16001

BOYS & GIRLS CLUB
PO BOX 1514
MOREHEAD CITY, NC  28557

BOYT HARNESS COMPANY
ONE BOYT DR
OSCEOLA, IA  50213

BP FOOD MART
6574 W STATE RD 70
WINTER, WI  54896

BP PRODUCTS INC.
117 CHISOLM TRAIL
GREENVILLE, SC  29607

BPI / BERGARA
1270 PROGRESS CENTER AVENUE
SUITE 100
LAWRENCEVILLE, GA  30043

BPI / CVA
1270 PROGRESS CENTER AVENUE
SUITE 100
LAWRENCEVILLE, GA  30043

BPI/TWIN STATE BATTERY
PO BOX 3031
HICKORY, NC  28603

BRACKETRON, INC.
5624 LINCOLN DRIVE
EDINA, MN  55436

BRACKMANS
110 MAGEE AVENUE
LAVALETTE, NJ  08735

BRAD DOMAGALA
712 THOREAU DRIVE
BURNSVILLE, MN  55337

BRAD GRIEDER
1156 BRYAN AVE C
TUSTIN, CA  92780

BRAD SCHOENBORN
PO BOX 1071
LONGVIEW, WA  98632

BRAD WAGNER
4915 MITCHELL LOOP RD
FLORENCE, OR  97439

BRAD WHITE
MT SPORTS
BILLINGS, MT  59102

BRAD ZUROFF
2012 GORHAM PARK DR
BILLINGS, MT  59102

BRADBURY JIGS
33421 SE HWY 224
SPACE J
ESTACADA, OR  97023

BRADBURYS GUN-N-TACKLE
1809 ROGUE RIVER HIGHWAY
GRANTS PASS, OR  97527

BRADDY, BOBBY JUNIOR
11011 PARK ROAD
CHARLOTTE, NC  28226

BRADLEY SMOKER USA
8380 RIVER ROAD
DELTA, BC  V4G 1B5
CANADA

BRADS ARCHERY SUPPLIES
PO BOX 142
JUSTICE, WV  24851

BRADYS SPORTSMAN SURPLUS
PO BOX 4166
MISSOULA, MT  59806

BRAGGABLES
PO BOX 242
RUFUS, OR  97050

BRAID
538 E RANCHO VISTA BLVD
PALMDALE, CA  93550

BRAINCHILD SOFTWARE
16845 N. 29TH AVENUE, SUITE 1435
PHOENIX, AZ  85023

BRAME SPECIALTY COMPANY
PO BOX 600165
RALEIGH, NC  27675-6165

BRAMEYER, HEATHER S
220 BOGUE DR
MOREHEAD CITY, NC  28557

BRANCH BANKING & TRUST CO.
REVOLVING CREDIT
PO BOX 200
WILSON, NC  28258-0363

BRANCH BANKING AND TRUST CO.
PO BOX 580007
CHARLOTTE, NC  28258-0007

BRANCHS
712-14 ARENDELL STREET
PO BOX 3612
MOREHEAD CITY, NC  28557

BRANDELL LAW OFC & MEDIATION CENTER
657 MAIN ST
SUITE 207
ELK RIVER, MN  55330

BRANDIES ACE HDWARE
5545 BRANDIES AVE
PO BOX 97
CALLAHAN, FL  32011

BRANDON PALMER
317 4TH STREET
JERSEY CITY, NJ  07302

BRANDTS GUNSMITHING
1038 HWY 95 N
MOSCOW, ID  83843

BRASS SECURITY LLC
11920 15TH AVENUE NE
RICE, MN  56367

BRASSFIELD ALLEY
811 WINDSOR GREEN
GOODLETTSVILLE, TN  37072

BRAVEPOINT, INC
5000 PEACHTREE INDUSTRIAL BLVD
SUITE 100
NORCROSS, GA  30071-4709

BRAY SUPPLIER
330 HINSON ST
ROANOKE RAPIDS, NC  27870

BRAY TRAILERS
1770 HWY 58
SWANSBORO, NC  28584

BRAZTECH INTERNATIONAL L.C.
100 TAURUS WAY
BAINBRIDGE, GA  39817-1115

BRAZTECH INTERNATIONAL LC
PO BOX 31695
TAMPA, FL  336313695

BREAKAWAY TACKLE INC.
7917 SIBERIAN ST UNIT 1
CORPUS CHRISTI, TX  78414

BREAKTHROUGH CLEAN TECHNOLOGIES
609 SOUTH 104TH STREET
LOUISVILLE, CO  80027

BREAKTHRU HOUSE
1866 EASTFIELD ST
DECATUR, GA  30032

BREAUX OUTDOORS LLC.
916 S. D STREET
FORT SMITH, AR  72901

BRECKS INTERNATIONAL, INC.
2560 ROY
SHERBROOKE, QB  J1K 1C1
CANADA

BREDE EXPOSITION SERVICES
2211 BROADWAY ST N.E.
MINNEAPOLIS, MN  55413

BREDE EXPOSITION SERVICES
2211 BROADWAY ST NE
MINNEAPOLIS, MN  55413-1782

BREEDEN, DEVON
9200 DOUBLE R BOULEVARD
3067
RENO, NV  89521

BREEDEN, RALPH
203 W 10TH ST
RENO, NV  89503

BREEZY OASIS
HC2
PO BOX 50
BREEZY POINT, MN  56472

BREEZY POINT MARINA INC
5230 BREEZY POINT RD
CHESAPEAKE BCH, MD  20732

BRENDA FOSTER
NC  28557

BRENNAN INTERNATIONAL
7700 NW 81 PLACE 3
MIAMI, FL  33166

BRENNEKE OF AMERICA L.P.
PO BOX 1481
CLINTON, IA  52733

BRENNERS SERVICE & SPORT SHOP
4765 W RIVER RD
COMSTOCK PARK, MI 49321

BRENT BLAKE
19426 S MCCORD RD
OREGON CITY, OR 97045

BRENT HARTLEY
801 SOUTH MAIN ST
MT. HOLLY, NC 28120

BRENT NIX
265 UTOPIA DR.
NEWPORT, NC 28570

BRENT NYMEYER
319 ARION STREET W.
WEST ST PAUL, MN 55118

BRESNAN COMMUNICATIONS
PO BOX 650364
DALLAS, TX 75265-0364

BRETT MARKS, ATTY
201 S BISCAYNE BLVD
SUITE 1700
MIAMI, FL 33131

BREWER CO, INC
PO BOX 3449
HUNTERSVILLE, NC 28070-3449

BRIAN BOOTS
5900KAYS COURT
COLLEYVILLE, TX 76034

BRIAN CULLER
3714 GRANDVIEW DRIVE
APT. 183K
SIMPSONVILLE, SC 29681

BRIAN KURZBEIN
OR 97015

BRIAN LANGE
203 LAKE HOGAN FARM ROAD
CHAPEL HILL, NC 27516

BRIAN MENKAL
SWAINS
990A-2 E WASHINGTON
SEQUIM, WA 98382

BRIAN PHILLIPS
1608 W BROMFIELD DR
HILLSBOROUGH, NC 27278

BRIAN RAAB
PO BOX 21824
KEIZER, OR 97307-1824

BRIAN STENGER
6200 EUBANK BLD NE APT 1024
ALBUQUERQUE, NM 87111

BRICENO, NEREIDA DEL CARMEN
4216 WILD RIDGE DRIVE
CHARLOTTE, NC 28215

BRICKSTREET MUTUAL INSURANCE CO.
PO BOX 11285
CHARLESTON, WV 25339-1285

BRI-COM, INC.
3024 AUSTIN DR.
GARNER, NC 27529

BRIDGE MART
65205 HWY 14
WHITE SALMON, WA 98672

BRIDGED COMMUNICATIONS
2635 SE 167TH AVE
PORTLAND, OR 97236

BRIDGEPORT MARINA INC
539 W. BURK AVE
WEST WILDWOOD, NJ 08260

BRIDGER TRUE VALUE
PO BOX 279
BRIDGER, MT 59014

BRIDGERS CROSSING ENT.
PO BOX 358
GLENDO, WY 82213

BRIDGEWATER MARINA INC
16410 BOOKER T WASHINGTON HWY
MONETA, VA 24121

BRIGGS GUN SHOP
1225 HWT 54 S.
FULTON, MO 65251

BRIGHT, TAMESHIA SHAQUAN
332 HENDERSONVILLE STREET
HAMLET, NC 28345

BRIGHT, TANESHIA LAQUAN
114 WEBBWOOD LANE
HAMLET, NC 28345

BRIGHTSPEED
PO BOX 6102
CAROL STREAM, IL 60197-6102

BRIGHTZ, LTD.
8000 YANKEE ROAD SUITE 225
OTTAWA LAKE, MI 49267

BRILLIANT LOGISTICS INC.
C/O WATERS SHIPPING CO.
PO BOX 118
WILMINGTON, NC  28402

BRIMZ
28287 BECK RD SUITE D144
WIXOM, MI  48393

BRINKMAN
4215 MCEWEN ROAD
DALLAS, TX  75244

BRINKS INCORPORATED
225 STONE AVE
GREENVILLE, SC  29609

BRINSON SOUND & COMMUNICATION
1204 LONGVIEW DR.
NEW BERN, NC  28560

BRISK LOGISTICS INC
2228 LANDMEIER ROAD
ELK GROVE VILLA, IL  60007

BRITTA M ADAMSON
59101

BRITTANY BLANKENSHIP
NC  28557

BRITTEN BANNERS & EVENT SOLUTIONS
PO BOX 633723
CINCINNATI, OH  45263-3723

BROAD CREEK ACE HARDWARE
2839 HWY. 24
NEWPORT, NC  28570

BROAD CREEK MIDDLE SCHOOL FBLA
2382 HIGHWAY 24
NEWPORT, NC  28570

BROADWAY BAIT & TACKLE
1730 BROAD STREET
AUGUSTA, GA  30904

BROADWAY BUSINESS INTERIORS
7009 S. JORDAN ROAD
CENTENNIAL, CO  80112

BROADY, IEISHA MONIQUE
254 CABEL DRIVE
ROCKINGHAM, NC  28379

BROCKS WELDING
1030 HWY 278
HILTON HEAD, SC  29928

BRODIE, SABRINA A.
9052 AVEBURY DRIVE
CHARLOTTE, NC  28213

BRON TAPES CALIFORNIA LLC
29430 UNION CITY BLVD
UNION CITY, CA  94587

BRON TAPES TEXAS
LIMITED LIABILITY CO.
1000 OAKMEAD DRIVE
ARLINGTON, TX  76011

BRONCO AMMO AND GUN
1920 HWY 441
SUMTER, SC  29154

BROOKHOLLOW BUSINESS SOLUTIONS
THE DRAWING BOARD
PO BOX 5028
HARTFORD, CT  06102-5028

BROOKINGS SPORTS UNLIMITED
PO BOX C
BROOKINGS, OR  97415

BROOKNEAL FARMSTORE INC
PO BOX 1400
BROOKNEAL, VA  24528

BROWDER CONVENTION SERVICES, INC.
325 E. SUGAR CREEK RD.
CHARLOTTE, NC  28213

BROWDER DISPLAYS, INC.
1440 SOUTH TRYON STREET
CHARLOTTE, NC  28203

BROWN & BIGELOW
345 PLATO BLVD E
PO BOX 64539
SAINT PAUL, MN  55107

BROWN & BIGELOW, INC.
345 PLATO BLVD.
ST. PAUL, MN  55107

BROWN & CARTWRIGHT ACE HARDWARE
115 N. ORANGE AVE
GREENCORE SPRIN, FL  32043

BROWN COOKE
104 A FRED HARRIS DRIVE
CHERAW, SC  29520

BROWN TRANSFER
PO BOX 1166
TUALATIN, OR  97062-1166

BROWN, ASHTON BLAKE
1885 AIRPORT ROAD
HAMLET, NC  28345

BROWN, LATARSHA SHAMON
295 TRIPLE J LN
BENNETTSVILLE, SC  29512

BROWN, RACHEL ERIN ELIZABETH
9601 OLD WIRE ROAD
LAUREL HILL, NC  28351

BROWN, RACHEL MARIE
104 A FRED HARRIS DRIVE
CHERAW, SC  29520

BROWN, RAYSHAUN JEROD
2691 SANDY RIDGE CHURCH ROAD
MORVEN, NC  28119

BROWN, RICHIE
9601 OLD WIRE ROAD
LAUREL HILL, NC  28351

BROWN, WENDELL C
1730 BERRY MOUNTAIN TRL
PARON, AR  72122-9479

BROWNCOR
400 SOUTH 5TH STREET
MILWAUKEE, WI  53204

BROWNELLS INC.
RT 2 BOX 1
200 S FRONT ST
MONTEZUMA, IA  50171

BROWNING FISHING
6101 E APACHE
TULSA, OK  74115

BROWNING
ONE BROWNING PLACE
MORGAN, UT  84050-9333

BROWNING,KALECZYC,BERRY & HOVEN, PC
PO BOX 1697
HELENA, MT  59624

BROWNLEE GUN WORKS
2044 NEW HOPE ROAD
COLUMBUS, MS  39702

BROWN-QUINN, KRYSTEN KEANA
900 FALLS CREEK LANE
APT 11
CHARLOTTE, NC  28209

BROWNS CREEK FISH CAMP, INC.
630 N. EDGEWOOD AVE.
JACKSONVILLE, FL  32254

BROWNS GROCERY & HARDWARE
PO BOX 477
LUDOWICI, GA  31316

BROWNS LANDING
50565 BROWNS LANDING CT
SCAPPOOSE, OR  97056

BROWNS MINUTE MARKET
28425

BROWNS SPORTING GOODS
797 REDWOOD DRIVE
GARBERVILLE, CA  95542-3115

BRS SEA STRIKER LLC
PO BOX 459
133 INDUSTRIAL DRIVE
MOREHEAD CITY, NC  28557

BRS VEBA
173 HANKISON DRIVE
NEWPORT, NC  28570

BRUCE COCHRANE, INC
T/A FISHIN STUFF
621 BAY AVE
OCEAN CITY, NJ  08226

BRUCE FOODS CORP/CAJUN INJECTOR
PO BOX 1030
NEW IBERIA, LA  70562-1030

BRUCE MCWILLIAMS
PO BOX 1030
NEW IBERIA, LA  70562-1030

BRUNKEN MFG. CO.
4205 WEST JACKSON ST
PENSACOLA, FL  32505

BRUNO FARMS
FEED & FARM SUPPLY
233 W MARKHAM ST
PERRIS, CA  92571

BRUNSON BUILDING SUPPLY
616 RAILROAD AVENUE W
HAMPTON, SC  29924

BRUNSWICK WHOLESALE INC.
6720 OCEAN HWY WEST
OCEAN ISLE BCH, NC  28469

BRUNTON INTERNATIONAL LLC
2255 BRUNTON COURT
RIVERTON, WY  82501

BRUNTY SALES
PO BOX 1452
MYRTLE BEACH, SC  29578

BRYAN JOHNSON
230 AVERT AVENUE
CRYSTAL BEACH, FL  34681

BRYAN KAPLAN
GA  30355

BRYAN SMOKEHOUSE SNACKS
PO BOX 1177
WEST POINT, MS  39773

BRYANSTEENS GUN & ARCHERY
2840 PETERS CREEK RD
ROANOKE, VA  24019

BRYANT, JADE ABILEE
145 HUDSON STREET
ROCKINGHAM, NC  28379

BRYANTS BAIT SHOP
PO BOX 771
PORT GIBSON, MS  39150

BRYANTS GUN SMITHING
4570 BRISTLE ROAD
OAKFORD, PA  19047

BRYDEN PAWN SHOP
613-A BRYDEN AVE
LEWISTON, ID  83501

BRYSON FARM SUPPLY
442 EAST MAIN STREET
SYLVA, NC  28779

BRYTE GRAWYER C/O WILSON SPTING GDS
206 GEORGIA STREET
FOUNTAIN INN, SC  29644

BS FISH TALES INC.
5900 NE 152ND AVE SUITE E190
VANCOUVER, WA  98682

B-SQUARE
8909 FORUM WAY
FORT WORTH, TX  76140

BTI - CHARLOTTE
PO BOX 96026
CHARLOTTE, NC  28296-0026

BTI-RALEIGH
PO BOX 150002
RALEIGH, NC  27624-0002

BUBBAS BAR-B-Q OVENS
PO BOX 12008
108 N KERR AVE G-1
WILMINGTON, NC  28405

BUBBAS SHIPS GALLEY
105 RENS ROAD
POQUDSON, VA  23662

BUCCA BRAND - GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

BUCHMANN SPORTING GOODS INC
418 2ND AVE NW
CULLMAN, AL  35055

BUCK ELECTRIC
PO BOX 1499
OCEAN SHORES, WA  98569

BUCK GARDNER CALLS, LLC
2129 TROYER AVENUE BLDG 249 STE104
MEMPHIS, TN  38114-4841

BUCK MOUNTAIN OUTFITTERS
3434 BUCK MOUNTAIN ROAD
ROANOKE, VA  24014

BUCK SHOT
PO BOX 7127
1220 SOUTH 13TH ST
WILMINGTON, NC  28401

BUCK STOP
3600 GROW RD NW
PO BOX 636
STANTON, MI  48888-0636

BUCK WEAR, INC.
2040 R LORD BALTIMORE DRIVE
BALTIMORE, MD  21244

BUCK WING PROD. INC.
2300 EBERHART ROAD
WHITEHALL, PA  18052

BUCKEYE BUSINESS PRODUCTS,INC.
P.O.BOX 392340
CLEVELAND, OH  44114

BUCKEYE LURES-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

BUCKLES MARINE CENTER
U.S.HIGHWAY 46 WEST
BLUFFTON, SC  29910

BUCKROE BAIT & TACKLE
815 BUCKROE AVE.
HAMPTON, VA  23664

BUCKS BACKWOODS SUPPLIES
52265 N. U.S. 131
THREE RIVERS, MI  49093

BUCKS FIRE EXTINGUISHER
252 SAULSTON ROAD
GOLDSBORO, NC  27534

BUCKS OUTDOOR INC.
216 FLEMING STREET
LAURENS, SC  29360

BUCKS PLACE
11848 ASSATEAQUE RD
BERLIN, MD  21811

BUCKS SOUVENIR & GIFTS
PO BOX 400
WINDHAM, NY  12496

BUCKYS SPORTING GOODS INC.
47 INDIAN HILL ROAD
LEHIGHTON, PA  18235

BUD HARTMAN
360 INDUSTRIAL BLVD
PO BOX 360
SAUK RAPIDS, MN  56379-0360

BUDDY PARKER
PO BOX 1107
MOREHEAD CITY, NC  28557

BUDGET BOATS INC.
2024 BATTLEFIELD BLVD.
CHESAPEAKE, VA  23324

BUDGET RENT A CAR SYSTEMS INC
PO BOX 23967
CAROL STREAM, IL  60132-2396

BUDGET RENT A CAR
ATTN: DONALD STEEN
PO BOX 95322
CHICAGO, IL  60694-5322

BUFFALO BILLS
1005 5TH AVENUE N.W.
ISSAQUAH, WA  98027

BUFFALO CREEK OUTFITTERS
PO BOX 548
WALDEN, CO  80480

BUFFALO SHOALS SUPER MARKET & HWD
2887 BUFFALO SHOALS RD
NEWTON, NC  28658

BUFKIN TACKLE SHOP
146 EAST FRONTAGE ROAD
LUCEDALE, MS  39452

BUGLE CREEK LLC
7217 AIRPORT RD
NAMPA, ID  83687

BUILES, NATALIA ANDREA
1427 BRIAR CREEK RD APTO B
CHARLOTTE, NC  28205

BULGIN, ZACHARY FISHER
2745 WINDSWEPT COVE
YORK, SC  29745

BULL BUILDING SUPPLY
35502-0950

BULLARD SMITH JERNSTEDT WILSON
1000 SW BROADWAY, STE 1900
PORTLAND, OR  97205

BULLARD, JUDY LORRAINE
153 MCQUEEN ST
ROCKINGHAM, NC  28379

BULLDOG BATTERY CORP
98 E CANAL ST
WABASH, IN  46992

BULLDOG CASES AND VAULTS
830 BEAUREGARD STREET
DANVILLE, VA  24541

BULLDOGS ASA SOFTBALL
2200 NE 106TH ST
VANCOUVER, WA  98686

BULLET FREIGHT SYSTEM
PO BOX 25449
ANAHEIM, CA  92825-5449

BULLET FREIGHT SYSTEMS INC
PO BOX 25449
ANAHEIM, CA  92825-5449

BULLET STOP GUN SHOP
2100 HARLEM RD
LOVES PARK, IL  61111

BULLET WEIGHTS INC.
182 S. APOLLO STREET
ALDA, NE  68810

BULLETS & BAIT
1508 N PRINCE ST
CLOVIS, NM  88101

BULLFROG BRANDS, LLC
5635 SMU BLVD, SUITE 206
DALLAS, TX  75206

BULLS EYE BAIT & TACKLE
8940 SW 40 ST
MIAMI, FL  33165

BULLSEYE SPORTING ARMS
2380 SHASTA WAY A
SIMI VALLEY, CA  93065

BURCH DRYWALL AND PAINT LLC
5775 RAINBOW RIDGE ROAD
BILLINGS, MT  59101

BUREAU OF ALCOHOL, TOBACCO AND
BUREAU OF ALCOHOL, TOBACCO, FIREARM
PO BOX 281907
ATALATA, GA  30384-1907

BUREAU OF ALCOHOL, TOBACCO & FIRE ARM
ATTN: NFA-SOT
PO BOX 403269
ATLANTA, GA  30384-3269

BUREAU OF ALCOHOL, TOBACCO &
FIREARMS
ATTN: NFA-SOT
PO BOX 403269
ATLANTA, GA  30384-3269

BUREAU OF ALCOHOL, TOBACCO& FIREARMS
ATTN: NFA-SOT
PO BOX 403269
ATLANTA, GA  30384-3269

BUREAU OF BUSINESS PRACTICE
PRENTICE HALL
24 ROPE FERRY ROAD
WATERFORD, CT  63860001

BUREAU OF CITIZENSHIP & IMMIGRATION
PO BOX 852211
MESQUITE, TX  75185-2211

BUREAU OF LABOR & INDUSTRIES
TECHNICAL ASSISTANCE FOR EMPLOYERS
800 NE OREGON ST 32
PORTLAND, OR  97232

BUREAU OF NATIONAL AFFAIRS
PO BOX 64543
BALTIMORE, MD  21264-4543

BURGGRAFS HARDWARE
306 1ST ST EAST
FOSSTON, MN  56542

BURKE COUNTY
MAGISTIATES OFFICE
WAYNESBORO, GA  30830

BURKE OUTDOORS LLC
411 9TH STREET E.
ADA, MN  56510

BURLINGTON AIR EXPRESS
PO BOX 371963
PITTSBURGH, PA  152507963

BURLINGTON ANIMAL SERVICES
221 STONE QUARRY ROAD
BURLINGTON, NC  27215

BURLINGTON OUTLET
5817 E. OAK ISLAND DR.
LONG BEACH, NC  28461

BURLINGTON TRAILER SALES
D/B/A B&W TRAILER RENTAL
PO BOX 2083
BURLINGTON, NC  27216

BURNSIDE TACKLE
HWY 27S
BURNSIDE, KY  42519

BURNSIDE WALL LLP
PO BOX 2125
AUGUSTA, GA  30903

BURRIS COMPANY INC.
1015 39TH AVENUE
GREELEY, CO  80634

BURRIS, TONY LAMONT
2018 BANGOR ROAD
CHARLOTTE, NC  28217

BURROUGHS, COURTNEY CIERRA
231 BRUSHY BAY RD
BENNETTSVILLE, SC  29512

BURT COYOTE CO.
104 NORTH UNION STREET
YATES CITY, IL  61572

BURTELL FIRE PROTECTION INC
116 N 11TH ST
BILLINGS, MT  59101

BUSHMASTER FIREARMS INTERNATIONAL
3505 ARROWHEAD DRIVE
CARSON CITY, NV  89706

BUSHMASTER FIREARMS
999 ROOSEVELT TRAIL
PO BOX 1479
WINDHAM, ME  04062

BUSHYS FOLLY RIVER SEAFOOD
2-A FOLLY ROAD
FOLLY BEACH, SC  29439

BUSINESS AND LEGAL REPORTS
39 ACADEMY STREET
MADISON, CT  06443-1513

BUSINESS CREDIT REPORTS, INC
1645 NASHVILLE PIKE
GALLATIN, TN  37066

BUSINESS EDUCATION SERVICES
PO BOX 5100
NEW YORK, NY  10150-5100

BUSINESS EQUIPMENT CENTER
2991 DIRECTORS ROW
MEMPHIS, TN  38131

BUSINESS IMPACT GROUP
18760 LAKE DRIVE EAST
CHANHASSEN, MN  55317

BUSINESS INFOTECH SYSTEMS, INC
14020 MONTICELLO DRIVE
COOKSVILLE, MD  21723

BUSINESS INTERIORS
PO BOX 911836
DALLAS, TX  75391-1836

BUSINESS NORTH CAROLINA
5435 77 CENTER DRIVE
SUITE 50
CHARLOTTE, NC  28217

BUSINESS SERVICES ASSOCIATES
9413 GREENFIELD DRIVE
RALEIGH, NC  27615-2306

BUSINESS SYSTEM CENTER
1401 GET WELL ROAD
MEMPHIS, TN  38111

BUSINESS WEEK
PO BOX 645
HIGHTSTOWN, NJ  08520

BUSINESS&DECISION NORTH AMERICA
PO BOX 7247-7997
PHILADELPHIA, PA  19170-7997

BUSINESSWEEK
PO BOX 53230
BOULDER, CO  80322-3230

BUSTERS TEXAS STYLE BAR-B-QUE
17883 SE MCLOUGHLIN BLVD
MILWAUKIE, OR  97267

BUTCH COOPER
COOPER BAIT COMPANY
2011 CAMERON DRIVE
ALBANY, GA  31707

BUTCH EVANS
C/O OLD INLET BAIT & TACKLE
PO BOX 129
REHOBETH, DE  19971

BUTCHS
7503 AURORA AVE N
SEATTLE, WA  98103

BUTLER, MEANS, EVINS & BROWNE, P.A.
ATTORNEYS AT LAW
P.O. DRAWER 451
SPARTANBURG, SC  29304

BUTLER,ROBBINS & WHITE
COMMERCIAL COLLLECTIONS WORLDWIDE
5701 PINE ISLAND ROAD
TAMARAC, FL  33321

BUTTE COUNTY ALMOND HULL ASSOC
PO BOX 417
DURHAM, CA  95938

BUTTE FALLS GENERAL STORE
415 BROAD ST
BUTTE FALLS, OR  97522

BUTZEL LONG
SUITE 900 150 WEST JEFFERSON
DETROIT, MI  48226-4430

BUY FOR LESS
3001 CLARENDON BLVD.
NEW BERN, NC  28562

BUZBE, LLC
18523 PERKINS ROAD
PRAIRIEVILLE, LA  70769

BUZZBOMB TACKLE INC.
2498 COUSINS AVE
COURTENAY, BC  V9N 7T5
CANADA

B-W INDUSTRIES
936 123RD LANE NW
COON RAPIDS, MN  55448

BWANA JUNCTION
2302 SW LURADEL ST
PORTLAND, OR  97219

BWC STATE INSURANCE FUND
CORPORATE PROCESSING DEPT
COLUMBUS, OH  43271-0821

BYRAN WRIGHT
MOREHEAD CITY, NC  28557

BYRDS METAL WORKS
5041 EXECUTIVE DRIVE
PO BOX 621
MOREHEAD CITY, NC  28557

BYRNA TECHNOLOGIES INC.
100 BURTT ROAD SUITE 115
ANDOVER, MA  01810

BYRON SHARP
C/O J.P. ROSSER & ASSOC., INC.
104 CRANDON DRIVE SUITE 309
KEY BISCAYNE, FL  33149

BYRON WELLS
3443 MESTER DRIVE
ZEPHYR HILLS, FL  33543

BYRUMS VACUUM
4002 ARENDELL STREET
MOREHEAD CITY, NC  28557

C & A ENTERPRISES INC
PO BOX 159
EDISTO BEACH, SC  29438

C & C MARINE
747 S 9TH ST
MODESTO, CA  95351

C & D ENTERPRISES
863 FREEMAN MILL RD
HAMLET, NC  28345

C & H DISTRIBUTORS INC
PO BOX 14770
MILWAUKEE, WI  53214

C & H SALES
1727 FLEET ST
BALTIMORE, MD  21231

C & L TERMINALS
PO BOX 85
PORTLAND, OR  97207

C & M BAYOU FUEL
ATTN: CINDY ROGERS
P.O.BOX 70
LAFITTE, LA  70067

C & S ENTERPRISES
PO BOX 1104
CAPE CANAVERAL, FL  32920

C & S TRANSPORTATION SERVICES. INC.
PO BOX 3198
FRANKFORT, KY  40603

C & W EMBROIDERY, INC.
PO BOX 3838
TUPELO, MS  38803

C JS ARCHERY SHOP
349-A US 17
EAST PALATKA, FL  32131

C M INTERNATIONAL
PO BOX 60220
COLORADO SPRGS, CO  80960-0220

C S BUSINESS SYSTEMS, INC.
1236 MAIN STREET
BUFFALO, NY  14209

C&H DISTRIBUTORS, INC.
BOX 88031
MILWAUKEE, WI  53288-0031

C&J INNOVATIVE PRODUCTS
10270 SW 50 TERRACE
MIAMI, FL  33165

C. FOSTER MARINE SUPPLIES
3385 S.E. DIXIE HWY
STUART, FL  34997

C.A.P. INDUSTRIES
PO BOX 1341
MC CLEARY, WA  98557

C.B. CAPITAL INVESTORS
J.P. MORGAN PARTNERS, LLC
1221 AVENUE OF THE AMERICAS, 39TH FL
NEW YORK, NY  10020

C.C. DICKSON CO.
PO BOX 36777
CHARLOTTE, NC  28236

C.E. KAY
13546 N EASTSHARE
SYRACUSE, IN  46567

C.E.I.
CALIFORNIA INLAND TRUCKING
6718 WATCHER STREET
COMMERCE, CA  90040

C.F.B.W. INC. OF WILMINGTON
PO BOX 292
WILMINGTON, NC  28402

C.G. CONTRACTIN DIV.
MCB PSC BOX 20004
CAMP LEJEUNE, NC  28542-0004

C.H. ROBINSON COMPANY
PO BOX 9121
MINNEAPOLIS, MN  55480-9121

C.J.S REEL PARTS & SERVICE
780 MULLET DRIVE
SUITE 124
PORT CANAVERAL, FL  32920

C.K.S. HARDWARE
833 S STARK HWY
WEARE, NH  03281

C2C DIGITAL PUBLISHING INC
5710 OLEANDER DR, STE 209
WILMINGTON, NC  28403

CA DEPT OF MOTOR VEHICLES
PO BOX 942894
SACRAMENTO, CA  94294

CA DOWNING
STAR VALLEY SALES
411 YALE DR.
HAMPTON, VA  23666

CA SECRETARY OF STATE
2 S SALISBURY ST
RALEIGH, NC  27601-2903

CA. STATE DISBURSEMENTS UNIT
PO BOX 989067
W SACRAMENTO, CA  95798-9067

CAA USA
1704 PARK CENTRAL BOULEVARD N
POMPANO BEACH, FL  33064

CABELAS US
GILBERT GUILLERMO
766 PANDORA AVE E
WINNIPEG, MB  R3G 3N1
CANADA

CABIN CREEK BEEF JERKY
BRSM
173 HANKISON DRIVE
NEWPORT, NC  28570

CABLE RUNNERS
10500 SW BOONES FERRY RD
PORTLAND, OR  97219

CABLZ INC
606 32ND STREET SOUTH
PO BOX 130817
BIRMINGHAM, AL  35233

CACE TECHNOLOGIES, INC
1949 FIFTH ST, SUITE 103
DAVIS, CA  95616

CADDISWORKS, LLC DBA CADDIS SPORTS
1318 SE COMMERCE AVENUE
BATTLE GROUND, WA  98604

CAHABA RIVER GROUP LLC DBA BONE COLL
30 WATERWORKS ROAD
GUNTERSVILLE, AL  35976

CAHNERS DIRECT MARKETING SERVICES
PO BOX 2087
CAROL STREAM, IL  60132-2087

CAHNERS PUBLISHING CO.
1350 EAST TOUHY AVENUE
DES PLAINES, IL  60018-3358

CAHOONS TRUE VALUE
PO BOX 27
GRANTSBORO, NC  28529

CAI
2900 HIGHWOOD BOULEVARD
RALEIGH, NC  27604-1060

CAIN, JIMMY
103 MCDONALD LANE
HAMLET, NC  28345

CAITLIN ALBURY MEMORIAL FUND
NW 3998
PO BOX 821
MINNEAPOLIS, MN  55480-0821

CAL COAST FISHING DBA TACKLE WORKZ
8836 COUNTY RD 128
CELINA, TX  75009

CAL SIXTA
109 WEST JAMES STREET
PAYNESVILLE, MN  56362

CALABASH NAUTICAL GIFTS
9973 BEACH DR
CALABASH, NC  28467

CAL-CON TRANSPORTATION
PO BOX 347
NORWALK, CA  90651-0347

CALCUTTA AA KNIVES
BRSM
173 HANKISON DR
NEWPORT, NC  28570

CALCUTTA COOLERS
BRSM
173 HANKISON DR
NEWPORT, NC  28570

CALCUTTA DISPLAYS
1000 VALLEY PARK DRIVE
SHAKOPEE, MN  55379

CALCUTTA DS LEAD
PO BOX 1456
BILOXI, MS  39533

CALCUTTA HATTAILS
BRSM
173 HANKISON DR
NEWPORT, NC  28570

CALCUTTA HITCH COVERS
BRSM
173 HANKISON DRIVE
NEWPORT, NC  28570

CALCUTTA ICE BRAID
BRSM
173 HANKISON DRIVE
NEWPORT, NC  28570

CALCUTTA MONO
BRSM
173 HANKISON DRIVE
NEWPORT, NC  28570

CALCUTTA SHE APPAREL
BRSM
173 HANKISON DR
NEWPORT, NC  25870

CALCUTTA SOFT PLASTICS
BRSM
173 HANKISON DRIVE
NEWPORT, NC  28570

CALCUTTA SW NS
300 DUNBAR AVENUE
SUITE 100
OLDSMAR, FL  34677

CALCUTTA WAHOO CHALLENGE
C/O BILL RAPER
NC  28570

CALCUTTA
300 DUNBAR AVENUE
SUITE 100
OLDSMAR, FL  34677

CALDWELL, TYRONE JERMAINE
632 LUCAS ST
ROCK HILL, SC  29730

CALERO SOFTWARE, LLC
ROCHESTER, NY  14623

CALFEE, HALTER & GRISWOLD LLP
1400 KEYBANK CENTER
800 SUPERIOR AVE
CLEVELAND, OH  44114-2688

CALHOUN SPORTING GOODS
380 RICHARDSON RD
CALHOUN, GA  30701

CALIBER COFFEE COMPANY LLC
201 METROPOLITAN DRIVE
WEST COLUMBIA, SC  29170

CALIBER TECHNOLOGIES
1109 COPELAND OAKS DR
MORRISVILLE, NC  27560

CALICO JACKS INN & MARINA
PO BOX 271
HARKERS ISLAND, NC  28531

CALIFORNIA DEPARTMENT OF TAX AND FEE
CALIFORNIA DEPT OF TAX & FEE ADMIN
PO BOX 942879
SACRAMENTO, CA  94279-3535

CALIFORNIA DEPT OF TAX & FEE
ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA  94279

CALIFORNIA EMPLOYMENT DEV DEPT
P.O. S 826880, MIC 49
SACRAMENTO, CA  94280

CALIFORNIA SEC OF STATE
LIMITED LIABILITY CO UNIT
PO BOX 15659
SACRAMENTO, CA  95852-0659

CALIFORNIA SECRETARY OF STATE
ATTN: IRC UNIT
1500 11TH STREET
SACRAMENTO, CA  95814

CALIFORNIA SPORTFISHING COALITION
1171 TIMBERPOND DR
EL CAJON, CA  92019

CALIFORNIA STATE BOARD OF
EQUALIZATION
PROPERTY TAX DEPARTMENT, MIC: 63
PO BOX 942879
SACRAMENTO, CA  94279-0063

CALIFORNIA SWEEPERS
PO BOX 3515
FRESNO, CA  93650

CALL CENTER MARKETING
1335 EAST 10600 SOUTH
SANDY, UT  84092

CALL ONE, INC.
8810 ASTRONAUT BLVD.
CAPE CANAVERAL, FL  32920

CALLAWAY ASSOCIATES
PO BOX 667967
CHARLOTTE, NC  28266

CALLOW, ROBERT
14920 NEWCASTLE LANE
DAVIE, FL  33331

CALUMET PHOTOGRAPHIC ,INC.
LOCK BOX 5118
CHICAGO, IL  60678-7184

CALUMET PHOTOGRAPHIC, INC
LOCK BOX 5118
CHICAGO, IL  60678-5118

CALUMET
LOCK BOX
CHICAGO, IL  60678-7184

CALVERT FIREARMS
1952 TURKEY POINT ROAD
NORTH EAST, MD  21901

CALVIN GUN & SUPPLIES
17 GARFIELD ST
WINFIELD, WV  25213

CAMBRIA GENERAL
850 MAIN ST
CAMBRIA, CA  93428

CAMBRIA HOTEL NASHVILLE DOWNTOWN
118 8TH AVENUE SOUTH
NASHVILLE, TN  37203

CAMBRON, ANNALISSA SISON
110 WILLOW ST
BEAUFORT, NC  28516

CAMCO MANUFACTURING INC
121 LANDMARK DR
GREENSBORO, NC  27409-9626

CAMERON CARMICHAEL
PO BOX 11269
CHARLOTTE, NC  28220

CAMERON MARINA
2001 SOUTH RIVERSIDE DRIVE
EDGEWATER, FL  32032

CAMILLES DRESS SHOPPE
THE ECONOMY STORE
403 N. ISABELLA ST
SYLVESTER, GA  31791

CAMO LEAF CO
PO BOX 3646 CRS
ROCK HILL, SC  29732

CAMO UNLIMITED
1021 INDUSTRIAL PARK DRIVE
MARIETTA, GA  30062

CAMOWERX
12571 OLIVER AVENUE
SUITE 600
BURNSVILLE, MN  55337

CAMP BLANDING
ROUTE 1 BOX 500
BLDG 3006
STARKE, FL  32091

CAMP MOREHEAD HOMEOWNERS
ASSOCIATION
PO BOX 416
MOREHEAD CITY, NC  28557

CAMP SAM HATCHER
C/O BOB HOWARD
5109 HOLLY LANE
MOREHEAD CITY, NC  28557

CAMP SHERMAN STORE
12604 MERGANSEN LANE
BISHOPVILLE, MD  21813

CAMPBELL MERCANTILE
9098 W PINNACLE PEAK RD
PEORIA, AZ  85382

CAMPBELL, TYVEION DEANTHONY
1355 PAMPAS CIRCLE
ROCK HILL, SC  29732

CAMPBELLS LAKESIDE MARKET
3070 HIWASSEE DAM ACCESS RD
MURPHY, NC  28906

CAMPFIREGRILL LLC
PO BOX 743
ORTONVILLE, MI  48462

CAMPOS DOMINGUEZ, JENNIFER
7235 GLEN OAKS DRIVE
FORT MILL, SC  29715

CANADIAN TIRE CORP
2180 YONGE STREET
TORONTO, ON  M4P 2V8
CANADA

CANADY CONSTRUCTION
299 GALES CREEK ROAD
NEWPORT, NC  28570

CANADYS TERMITE & PEST CONTROL
1026 ATKINSON ST
LAURINBURG, NC  28352

CANAL BAIT & TACKLE
80 CYPRESS ST
PLYMOUTH, MA  02360

CANAL LAKES RESORT
139 CANAL LANDING RD.
CROSS, SC  29436

CANANWILL, INC.
PO BOX 8470
PHILADELPHIA, PA  19101-8470

CANCOOKER INC.
925 W 6TH STREET
FREMONT, NE  68025

CANDLE-LITE INC
10521 MILLINGTON COURT
PO BOX 42364
CINCINNATI, OH  45242

CANIZALEZ, MILAGRO AUSTRALIA
12807 ATKINS CIRCLE DRIVE
APT 301
CHARLOTTE, NC  28277

CANNS LOCKSMITH SHOP
125 MANN BLVD
NEWPORT, NC  28570

CANON FINANCIAL SERVICES INC
PO BOX 4004
CAROL STREAM, IL  60197-4004

CANTEEN VENDING
2236 SOUTHERN AVE
FAYETTEVILLE, NC  28306

CANTON TECHNOLOGIES
67 S HIGLEY RD, STE. 103-237
HIGLEY, AZ  85236-4306

CANYON PLASTICS
41600 330TH AVE.
ROLFE, IA  50581

CANYON STORE
PO BOX 198
WOLF CREEK, MT  59648

CAPE FEAR EMBROIDERY WORKS
PO BOX 11244
16 LAKEWOOD ROAD
SOUTHPORT, NC  28461

CAPE FEAR PALLET, INC.
2369 CEDAR HILL RD NE
PO BOX558
LELAND, NC  28451

CAPE FISHERMANS SUPPLY
PO BOX 172
CHATHAM, MA  02633

CAPE HATTERAS ANGLERS CLUB
PO BOX 145
BUXTON, NC  27920

CAPE HATTERAS KOA
BOX 248
RODANTHE, NC  27968

CAPE LOOKOUT ALLACORE FESTIVAL
111 CAMP MOREHEAD DRIVE
MOREHEAD CITY, NC  28557

CAPE LOOKOUT INTERNET SERVICES
421 FRONT STREET
BEAUFORT, NC  28516

CAPE POINT BAIT CO.
PO BOX 2041
BEAUFORT, NC  28516

CAPE TOOL & TACKLE
405 NE PINE ISLAND ROAD
CAPE CORAL, FL  33909

CAPE TRADIN POST, INC.
PO BOX 426
PORT ST JOE, FL  32457

CAPITAL DATA SYSTEMS,INC.
125 EDINBURGH SOUTH
SUITE 310
CARY, NC  27511

CAPITAL REPORTING, INC.
PO BOX 19418
RALEIGH, NC  27619

CAPITOL ELECTRIC CO INC
12810 NE AIRPORT WAY
PORTLAND, OR  97230

CAPITOL FISHING TACKLE CO.
218 W. 23RD STREET
NEW YORK, NY  10011

CAPITOL POWER GROUP LLC
20365 EXCHANGE STREET
SUITE 240
ASHBURN, VA  20147

CAPLAND INC
6181 SCHAEFER AVE
CHINO, CA  91710

CAPLANS ARMY STORE
110-114 RAILROAD ST
ST JOHNSBURY, VT  05819

CAPLANS SHOE & APPARAL, INC.
PO BOX 1298
MORRISVILLE, VT  05661

CAPPS PRINTING
3725 BRIDGES STREET
MOREHEAD CITY, NC  28557

CAPRI PALLET CO.
1980 S.W.WILSHIRE BLVD.
BURLESON, TX  76028

CAPT BOBS MARINE
4258 PENSON ST
CHINCOTEAGUE, VA  23336

CAPT JOE SHUTE
604-H MOREHEAD AVENUE
ATLANTIC BEACH, NC  28512

CAPT KENNYS BP MART INC
28516

CAPT. DONS BAIT & TACKLE LLC
5223 B OLD POST RD
CHARLESTOWN, RI  02813

CAPT. ELMERS BAIT & TACKLE
510 SW OLD DIXIE HWY
VERO BEACH, FL  32962

CAPT. HARRYS FISHING SUPPLIES
100 N.E.11TH STREET
MIAMI, FL  33132

CAPT. JOHN CARLISLES
191 HWY. 29
CHOKOLOSKEE, FL  33925

CAPTAIN BONES INC.
PO BOX 122
ODESSA, DE  19730

CAPTAIN HOGGS BAIT & TACKLE
409 RIVER RD
NEWPORT NEWS, VA  23601

CAPTAIN HOOK ENTERPRISES
489 NE 628TH ST
OLD TOWN, FL  32680

CAPTAIN HOOK, INC.
1280 PONSDELEON BLVD W
ST AUGUSTINE, FL  32084

CAPTAIN KS ENTERPRISES
1117 HWY 1
DEWEY BEACH, DE  19971

CAPTAIN MACS BAIT & TACKLE
BOX 157 B ROUTE 3
SELBYVILLE, DE  19975

CAPTAIN PORKYS BAIT & TACKLE
PO BOX 1051
EDGARTOWN, MA  02539

CAPTAIN STACY
MOREHEAD CITY, NC  28557

CAPTAINS BAIT & TACKLE
2393 N. MILITARY TRAIL
WEST PALM BEACH, FL  33409

CAPTAINS CHOICE
9840 INTERNATIONAL DR
ORLANDO, FL  32819

CAPTAINS CORNER
1880 ANDELL BLUFF BLVD
JOHNS ISLAND, SC  29455

CARAUSTAR RECOVERED FIBER GROUP
2426 CHAMBERLAIN AVE
CHARLOTTE, NC  28208

CARAWANS ENTERPRISES, INC.
510 NC 94
SWAN QUARTER, NC  27885

CARBON STREET, LLC
PO BOX 21184
BILLINGS, MT  59104

CARBONITE INC.
DEPT CH 17997
PALATINE, IL  60055-7997

CARDIEL, MARIA CRISTINA
1047 CHOYCE AVENUE
CHARLOTTE, NC  28217

CARDINAL BUSINESS MACHINE & SUPPLY
PO BOX 2133
KINSTON, NC  28501

CARDINAL YACHT SALES
PO BOX 1394
PT PLEASANT BCH, NJ  08742

CAREER ENGRAVING
6113 CHURCHILL DOWNS DR
WEST LINN, OR  97068

CAREERBANK
6183 EXECUTIVE BLVD
ROCKVILLE, MD  20852

CAREERBUILDER, LLC
200 N LASALLE ST
SUITE 1100
CHICAGO, IL  60601

CAREERTRACK, INC.
PO BOX 219468
KANSAS CITY, MO  64121-9468

CARGO GOURMENT GIFT SHOP
718 ANDERSON BLVD
PO BOX 3694
TOPSAIL BEACH, NC  28445

CARGO SPECIALISTS INTERNATIONAL INC
07036

CARIBEE BOAT SALES
& MARINA INC
PO BOX 1029
ISLAMORADA, FL  33036

CARL ATKINS
1919 DANNY BELL ROAD
ASHEBORO, NC  27205

CARL CLARK
2220 SHANNON COVE
HORN LAKE, MS  38637

CARLA AHERN
307 S FRONT ST
TOWNSEND, MT  59644

CARLILE TRANSPORTATION SYSTEMS
1800 E 1ST AVE
ANCHORAGE, AK  99501

CARLISLE & CO
3318 HUNTINGTON CIRCLE
NACOGDOCHES, TX  75965

CARLISLE FLOAT COMPANY
C/O K&E TACKLE, INC.
2530 BARBER ROAD
HASTINGS, MI  49058

CARLISLE, CHRISTOPHER RUDD
5925 TALL TIMBER RUN
CARMEL, IN  46033

CARLOS NUNEZ
720 N FISHER
FRESNO, CA  93702

CARLSON MACHINE & TOOL, INC.
15605 LEXINGTON AVE NE
HAM LAKE, MN  55304

CARLSON TESTING INC
PO BOX 23814
TIGARD, OR  97281

CARLSON WAGONLIT TRAVEL
115 ELM STREET, SUITE E
FARMINGTON, MN  55024

CARLSON WHOLESALE INC.
3780 QUAIL ROAD NE
SAUK RAPIDS, MN  56379

CARLSONS CHOKE TUBES LLC
720 SOUTH 2ND STREET
ATWOOD, KS  67730

CARLTON GENERAL STORE
PO BOX 158
CARLTON, WA  98814

CARLY RIOS
410 YORK WAY
SPARKS, NV  89431

CARLYD ENTERPRISES
230 HEMLOCK ROAD
EPHRATA, PA  17522

CARMEN PUBLISHING
211 MOUL ROAD
HILTON, NY  14468

CARMEN RAYONEZ
C/O AWR
FRESNO, CA  93725

CARMONA LOPEZ, YESSIKA GABRIELA
601 FARMHURST DRIVE
APT 10
CHARLOTTE, NC  28217

CAROL CREECH PROMOTIONS
520 C. WARD BLVD.
POST OFFICE BOX 3501
WILSON, NC  27893-3501

CAROL FASCHING
MT SPORTS
BILLINGS, MT  59102

CAROL FRANKLIN MORSE
8515 WHITE OAK FARM RD
CEDAR GROVE, NC  27231

CAROL HURLEY
NC  28557

CAROL JOHNSON
911 WESTHAVEN BLVD.
MOREHEAD CITY, NC  28557

CAROLEE BOYLES MEDIA GROUP
15210 67TH COURT NORTH
LOXAHATCHEE, FL  33470

CAROLINA ADVENTURE
PO BOX 191
RALEIGH, NC  27602

CAROLINA APPAREL
PO BOX 249
SELMA, NC  27576

CAROLINA ARCHERY PRODUCTS
620H VALLEY FORGE RD
HILLSBOROUGH, NC  27278

CAROLINA ATLANTIC SEAFOOD ENT
PO BOX 3576
MOREHEAD CITY, NC  28557

CAROLINA BEACH STATE PARK
PO BOX 475
CAROLINA BEACH, NC  28428

CAROLINA BIOLOGICAL SUPPLY
2700 YORK RD
BURLINGTON, NC  27215

CAROLINA BOAT CENTER
125 LANE PKWY
SALISBURY, NC  28146

CAROLINA CONTAINER
HWY 401 BYPASS
LAURINBURG, NC  28353

CAROLINA COOL PRO LLC
480 PELETIER LOOP RD
SWANSBORO, NC  28584

CAROLINA CRATING, INC
LAURINBURG, NC  28353-2198

CAROLINA CREATIVE ENT. DBA THE BANDA
7025 AUGUSTA ROAD
GREENVILLE, SC  29605

CAROLINA CUSTOM FORMS INC.
PO BOX 944
APEX, NC  27502

CAROLINA CUSTOM FORMS
3212 TEN TEN ROAD
CARY, NC  27518

CAROLINA FIREARMS SPORT
2803 BRAGG BLVD
FAYETTEVILLE, NC  28303

CAROLINA FIRST CENTER
ONE EXPOSITION AVE
GREENVILLE, SC  29607

CAROLINA FOOD SERVICES CORPORATION
PO BOX 680111
CHARLOTTE, NC  28216

CAROLINA FREIGHT
PO BOX 905121
CHARLOTTE, NC  28290-5121

CAROLINA FUN FACTORY
831 PRIEST HILL ROAD
CARTHAGE, NC  28327

CAROLINA GAME & FISH
115 W KING ST
HILLSBOROUGH, NC  27278

CAROLINA HEALTH & FITNESS
CAPE CARTERET AQUATIC
300 TAYLOR NOTION RD
CAPE CARTERET, NC  28584

CAROLINA HOSIERY
PO BOX 850
2316 TUCKER ST EXT.
BURLINGTON, NC  27216

CAROLINA INDUSTRIAL EQUIP.
6210 DIXIE ROAD
PO BOX 667907
CHARLOTTE, NC  28266

CAROLINA INDUSTRIAL TRUCKS, INC.
PO BOX 411391
CHARLOTTE, NC  28241

CAROLINA LIVERY
PO BOX 80143
RALEIGH, NC  27623

CAROLINA MATERIAL HANDLING, INC.
2209 PATTERSON CT
GREENSBOR, NC  27407-2593

CAROLINA MICROFILM & MARK. SER
ATTN: DOUG NEWBORN
PO BOX 3036
GREENVILLE, NC  27836

CAROLINA MICROFILM & MKTG SERVICE
402 WEST 10TH STREET
GREENVILLE, NC  27834

CAROLINA NORTH MFG. INC.
1325 SOUTH PARK DRIVE
KERNERSVILLE, NC  27284

CAROLINA POWER AND LIGHT
MOREHEAD CITY, NC  28557

CAROLINA PRIDE SEAFOOD
206 WELLONS DR
BEAUFORT, NC  28516

CAROLINA QUALITY SNACKS, INC
PO BOX 219
BISCOE, NC  27209

CAROLINA REDFISH ELITE
709 ATLANTIC BEACH CSWY
ATLANTIC BEACH, NC  28512

CAROLINA RESOURCE CORP
PO BOX 782447
PHILADELPHIA, PA  19178-2447

CAROLINA RIBBON
902 NORWALK ST
PO BOX 8809
GREENSBORO, NC  27419

CAROLINA SERVICES
PO BOX 3036
GREENVILLE, NC  27836

CAROLINA SHADE SAILS, LLC
4487 A. ASHTON ROAD
SARASOTA, FL  34233

CAROLINA SPORTING ARMS CO. LLC
110 E. KINGSTON AVE
CHARLOTTE, NC  28203

CAROLINA SPORTS
3906-D ARENDELL ST
MOREHEAD CITY, NC  28557

CAROLINA TELEPHONE
PO BOX 50
WAKE FOREST, NC  27588-0050

CAROLINA TRADESHOW DECORATORS
PO BOX 220051
CHARLOTTE, NC  28222

CAROLINA TRAILER & EQUIP CO INC
2952 REPUBLIC AVE
FLORENCE, SC  29501

CAROLINA TRUCK
5968 HWY 70
NEWPORT, NC  28570

CAROLINA VINYL
802 PINE GROVE DR
WILMINGTON, NC  28409

CAROLINAS MEDICAL CENTER
PO BOX 36939
CHARLOTTE, NC  28236

CAROLINE APRIL MASON
PO BOX 272
BEAUFORT, NC  28516

CAROLINE COOKE
NC  28570

CAROLINE SUPERMARKET
19268 PANTTOW RD
BEAVERDAM, VA  27015

CARPET KING INC
1007 ROSS CT
GRAHAM, NC  27253

CARQUEST AUTO PARTS
PO BOX 651329
CHARLOTTE, NC  28265

CARR SPECIALTY BAITS
1750 TREE BLVD
SUITE 5
ST AUGUSTINE, FL  32084

CARRAWAY OFFICE SOLUTIONS INC
2600 E 10TH ST
PO BOX 2614
GREENVILLE, NC  27836

CARREY, BRANDON S
2009 CREEKMOOR COURT
GREENSBORO, NC  27455

CARRILLO BLANCO, MARITZA
8438 PIPER PLACE
RENO, NV  89506

CARSON & COPITAR
200 EAST 2ND STREET - UNIT 5
HUNTINGTON STAT, NY  11746

CARSON DOCK & DOOR
PO BOX 1221
PILOT MOUNTAIN, NC  27041

CARSWELL
PO BOX 1991
STATION B
TORONTO, ON  M5T 3G1
CANADA

CARTER, ZACOYAH NYREE
7900 PARK VISTA CIRCLE
CHARLOTTE, NC  28226

CARTERET ALTERNATOR
901 ARENDELL ST
MOREHEAD CITY, NC  28557

CARTERET CAR CARE
HWY 70 WEST
PO BOX 1496
MOREHEAD CITY, NC  28557

CARTERET COMMUNITY COLLEGE SBC
ATTN: GARY PLOUGH
3505 ARENDELL STREET
MOREHEAD CITY, NC  28557

CARTERET COMMUNITY COLLEGE
3505 ARENDELL ST
MOREHEAD CITY, NC  28557

CARTERET COMMUNITY FOUNDATION
C/O DOWNEAST DISASTER RELIEF
PO BOX 3454
MOREHEAD CITY, NC  28557

CARTERET CONSULTING
PO BOX 749
BEAUFORT, NC  28516-0749

CARTERET COUNTY CHAMBER OF
COMMERCE
801 ARENDELL ST, SUITE I
MOREHEAD CITY, NC  28557

CARTERET COUNTY CHAMBER
MAKENZIE SQUARE
3332 BRIDGES ST, STE 6
MOREHEAD CITY, NC  28557

CARTERET COUNTY ECONOMIC
DEVELOPMENT COUNCIL
PO BOX 825
MOREHEAD CITY, NC  28557

CARTERET COUNTY FRATERNAL ORDER
OF POLICE
MOREHEAD, NC  28570

CARTERET COUNTY HEALTH DEPT
ATTN: ENVIRONMENTAL HEALTH
3820 BRIDGES STREET
MOREHEAD CITY, NC  28557

CARTERET COUNTY LAW ENFORCEMENT
ASSO
P.O.BOX 131
NEWPORT, NC  28570

CARTERET COUNTY NEWS-TIMES
4034 ARENDELL STREET
PO BOX 1679
MOREHEAD CITY, NC  28557

CARTERET COUNTY TAX COLLECTOR
PO BOX 63063
CHARLOTTE, NC  28263-3063

CARTERET COUNTY TAX OFFICE
302 COURTHOUSE SQUARE
BEAUFORT, NC  28516

CARTERET CURRENTS SWIM TEAM
C/O RON EAST
103 MAGENS WAY
CEDAR POINT, NC  28584

CARTERET FAMILY PRACTICE
2 MEDICAL PARK
MOREHEAD CITY, NC  28557

CARTERET GENERAL HOSPITAL
3500 ARENDELL ST
ATTN. KATHY MUNDEN
MOREHEAD CITY, NC  28557

CARTERET NEWS-TIMES
PO BOX 1679
MOREHEAD CITY, NC  27557

CARTERET PUBLISHING
4034 ARENDELL STREET
PO BOX 1679
MOREHEAD CITY, NC  28557

CARTERET SURGICAL ASSOCIATES, PA
3714 GUARDIAN AVE
MOREHEAD CITY, NC  28557

CARTERET TIRE CO
PO BOX 393
MOREHEAD CITY, NC  28557

CARTERET URGENTCARE
3104 ARENDELL ST
MOREHEAD CITY, NC  28557

CARTERET VISION CENTER
PO BOX 2009
5053-A EXECUTIVE DRIVE
MOREHEAD CITY, NC  28557

CARTERET-CRAVEN EMC
PO BOX 1490
NEWPORT, NC  28570-1490

CARTERS SPORTING GOODS
511 HWY 52 NORTH
LAKE CITY, SC  29560

CARTON SERVICE
2211 NW FRONT AVE
PORTLAND, OR  97209-1835

CARVER STORE
16125 SE HWY 224
CLACKAMAS, OR  97015

CARY RECONSTRUCTION CO.
4557 TECHNOLOGY DRIVE
UNIT 4
WILMINGTON, NC  28405

CASCADE COMPUTER MAINTENANCE INC
15951 SW 72ND AVE
PORTLAND, OR  97224

CASCADE FIREARMS & SUPPLY
14701 NE 90TH ST
VANCOUVER, WA  98682

CASCADE MOUNTAIN TECH
8304 BRACKEN PLACE SOUTHEAST
SUITE 100
SNOQUALMIE, WA  98065

CASCADE OCCUPATIONAL MEDICINE
PO BOX 1548
LAKE OSWEGO, OR  97035

CASCADE PACIFIC COUNCIL
2145 SW FRONT AVE
PORTLAND, OR  97201

CASCADE SUPPLY
46108 AIRPORT RD
CHILLIWACK, BC, CA  V2P 1A5

CASCADES UNLIMITED LLC DBA PRO-KNOT
1037 NW ALBANY AVENUE
BEND, OR  97703

CASEY RAMM
3006 TREVOR CT
EFLAND, NC  27243

CASEY SCHANTZ
C/O RED ROCK SPORTING GOODS
700 S. HAYNES AVE.
MILES CITY, MT  59301-4771

CASEYS COVE
PO BOX 960
STEINHATCHEE, FL  32359

CASHION FISHING RODS
3030 LEE AVENUE
SANFORD, NC  27332

CASL INDUSTRIES
PO BOX 1280
CLAYTON, CA  94517

CASPER HARDWARE
PO BOX 50834
CASPER, WY  82605

CASSIDY R GRAHAM
153 HAMMOCKS LANDING RD
NEWPORT, NC  28570

CASTANEDA, ROSARIO
2360 LANCELOT WAY
RENO, NV  89509

CASTELLON CHAVEZ, LAURA ELENA
6060 SILVER LAKE ROAD
APT 21F
RENO, NV  89506

CASTELLON, ODALIS D
1613 BEGONIA WAY
ROCK HILL, SC  29732

CASTER TECHNOLOGY CORP
11552 MARKON DR
GARDEN GROVE, CA  92841

CASTILLO, BELKIS EDI L
800 CAROLINA ROSE TERRACE
APT 206
CHARLOTTE, NC  28215

CASTLE HEIGHTS GROCERY
HWY 4
PO BOX 104
BOYDTON, VA  23917

CASTLE SPORTS UNLIMITED
2741 CONNELLYS SPRINGS ROAD
GRANITE FALLS, NC  28630

CASTLE SPORTS
ROUTE 2 CONNELLY SPRING
GRANITE FALLS, NC  28630

CASTRO SANCHEZ, MIGUEL EDUARDO
334 WEST ARROWOOD ROAD
CHARLOTTE, NC  28217

CASTRO VALLEY GUN SHOP
22287 REDWOOD RD
CASTRO VALLEY, CA  94546

CASUAL PERFORMANCE INC DBA
EXPERTBRA
4309 EXCHANGE AVENUE
VERNON, CA  90058

CAT ACCESSACCOUNT
PO BOX 905229
CHARLOTTE, NC  28290-5229

CAT COUNTRY SPORTS
1323 HWY 231 N
HARTFORD, KY  42347

CAT TRACKER BAIT CO
21588 HORSESHOE ROAD
SHERRILL, IA  52073

CATAHOULA MANUFACTURING
2901 FOURTH STREET
PO BOX 549
JONESVILLE, LA  71343

CATAPULT
PO BOX 531875
ATLANTA, GA  30353-1875

CATCH AND COOK OUTDOORS INC.
BOX 37
LONGBOW LAKE, ON  P0X 1H0
CANADA

CATCH ME IF YOU CAN
11545 SMITH MOUNTAIN PKWY
HUDDLESTON, VA  24104

CATCH SOME RELIEF
186 BIRCH ROAD
FRANKLIN, GA  30217

CATCHER CO.
5285 NE ELAM YOUNG PKWY STE B700
HILLSBORO, OR  97124

CATER, KAREN E
21347 20TH AVENUE
ST. AUGUSTA, MN  55320

CATFISH CHARLIE BAIT CO., INC.
3015 LINCOLN AVE
OSKALOOSA, IA  52577

CATFISH PRO, LLC
7505 W GIBBS ROAD
SPRINGDALE, AR  72762

CATHY MONTIVILLE
160 OAK HAMMOCK DRIVE
HARKERS ISLAND, NC  28531

CATHY REASNER
P.O. DRAWER 1107
MOREHEAD CITY, NC  28557

CAULDER, CATHERINE MCCALL
3750 AARON TEMPLE CHURCH ROAD
BENNETTSVILLE, SC  29512

CAUSEWAY SPORTING GOODS INC
2233 GREENVILLE ROAD
CORTLAND, OH  44410

CAVE RUN PRO SHOP
4300 S HWY 801
MOREHEAD, KY  40351

CAVINESS WOODWORKING CO. INC.
PO BOX 710
PO BOX 710
CALHOUN CITY, MS  38916

CAVINS BUSINESS SOLUTIONS, INC
724 HAY STREET
FAYETTEVILLE, NC  28301

CAYMAN ARTS, LLC
2510 NW 97TH AVE SUITE 140
MIAMI, FL  33172

CAYUGA WOODEN BOATWORKS
435 OLD TAUGHANNOCK BLVD
ITHACA, NY  14850

CBB COLLECTIONS
PO BOX 50099
BILLINGS, MT  59105

CBIZ MAHONEY COHEN
1065 AVENUE OF THE AMERICAS
NEW YORK, NY  10018

CBL TRUCKING
P.O.BOX 5099
MT. LAUREL, NJ  08054-5099

CC DICKSON CO
PO BOX 13501
ROCK HILL, SC  29731-3501

CCA LEGAL DEFENSE FUND
4801 WOODWAY DR STE 220 W
HOUSTON, TX  77056-9855

CCA OF NORTH CAROLINA
4809 HARGROVE RD
SUITE 123
RALEIGH, NC  27616

CCC FOUNDATION
CARTERET COMMUNITY COLLEGE
FOUNDATIO
3505 ARENDELL STREET
MOREHEAD CITY, NC  28557

CCDVP
MOREHEAD CITY, NC  28557

CCH INCORPORATED
P.O.BOX 4766
CHICAGO, IL  60680-4766

CCLO BMO HARRIS BANK N.A. LOAN
7312 CREEKWOOD QUORUM DRIVE
CHARLOTTE, NC  28212

CCMP CAPITAL ADVISORS LLC
245 PARK AVE
16TH FLOOR
NEW YORK, NY  10167

C-CO MINI MART
5647 HWY 70
NEWPORT, NC  28570

CCW LURES LLC
56200 GRAND RIVER
NEW HUDSON, MI  48165

CDCE INC
22641 OLD CANAL RD
YORBA LINDA, CA  92887

CDW DIRECT
PO BOX 75723
CHICAGO, IL  60675-5723

CDW
PO BOX 75723
CHICAGO, IL  60675-5723

CECIL, JENNIFER MARIE
808 5TH AVENUE NORTH
SAUK RAPIDS, MN  56379

CEDAR CREEK MARINA INC.
RD 1 BOX 405 D
MILFORD, DE  19963

CEDAR CREEK TACKLE
5333 JOYCE RD
FORT LAWN, SC  29714

CEDAR ELECTRONICS
6500 W. CORTLAND ST
CHICAGO, IL  60707

CEDAR PANTRY
PO BOX 57
CEDARVILLE, MI  49719

CEDARS LTD
1199 INDUSTRIAL PARK RD
SOUTH FULTON, TN  38257

CELIA LESTER SHIP STORE
1202 BEACH BLVD.
JACKSONVILLE, FL  32250

CELLPOINT
3920 N. 29TH AVENUE
HOLLYWOOD, FL  33020

CELSIUS
PO BOX 4798
SUNSET BEACH, NC  28467

CENTENNIAL CONTAINER, INC
13105 E 38TH AVE 58
DENVER, CO  80239

CENTENO DE URQUILLA, VERONICA DEL
1690 MERCHANT STREET 1315
SPARKS, NV  89431

CENTER CAPITAL CORPORATION
43 EAST MAIN STREET
CONTRACT 9012634-002
MERIDEN, CT  06450

CENTER POINTE II LLC
PO BOX E
EL CAJON, CA  92022

CENTERPLATE
RALEIGH CONVENTION CENTER COMPLEX
500 S SALISBURY ST
RALEIGH, NC  27601

CENTIMARK CORPORATION
PO BOX 536254
PITTSBURGH, PA  15253-5904

CENTRA, INC.
PO BOX 80
WARREN, MI  48090

CENTRAL APPLIANCE RECYCLERS
3107 HWY 10 SE
ST CLOUD, MN  56304

CENTRAL BILLING BUREAU INC
1935 SE WASHINGTON ST
MILWAUKIE, OR  97222

CENTRAL FLORIDA PAWN & GUN INC
1065 N VOLUSIA AVE
ORANGE CITY, FL  32763

CENTRAL FREIGHT LINES INC.
PO BOX 2638
WACO, TX  76702-2638

CENTRAL FREIGHT LINES, INC
PO BOX 2638
WACO, TX  76702

CENTRAL LOCKSMITHS INC
34 RIVERSIDE DRIVE NE, 101
SAINT CLOUD, MN  56304

CENTRAL MARINE OF CRYSTAL RIVER
1420 SE HWY 19
CRYSTAL RIVER, FL  34429

CENTRAL OREGON BAIT
22061 QUEBEC DR
BEND, OR  97702

CENTRAL SALES PROMOTIONS INC.
PO BOX 99612
OKLAHOMA CITY, OK  73199

CENTRAL SANITARY SUPPLY
4830 LONGLEY LANE
RENO, NV  89502

CENTRAL SECURITY SYSTEMS, INC.
370 NW BROAD STREET
SOUTHERN PINES, NC  28387

CENTRAL SUPPLIES
07670

CENTRAL TAX BUREAU
PO BOX 458
BRIDGEVILLE, PA  15017-0458

CENTRAL TRANSPORT INTL INC
PO BOX 33299
DETROIT, MI  48232

CENTRAL VALLEY BLINDS
365 W BEDFORD SUITE 101
FRESNO, CA  93711

CENTRAL VALLEY GLASS
5530 E LAMONA, 101
FRESNO, CA  93727

CENTRAL VALLEY OFFICE SOLUTIONS
516 VILLA AVE, STE. 3
CLOVIS, CA  93612

CENTURY EVENT STAFFING
4945 WILBUR ST
LAS VEGAS, NV  89119

CENTURY INTL. ARMS INC.
236 BRYCE BLVD
FAIRFAX, VT  05454-5529

CENTURY SECURITY OF LAS VEGAS
6421 PINECASTLE BLVD
SUITE 1
ORLANDO, FL  32809

CENTURY SOFTWARE, INC
6465 SOUTH 3000 EAST STE 104
HOLLADAY, UT  84121-6983

CENTURY TOOL
1462 US RT 20 BYPASS
PO BOX 188
CHERRY VALLEY, IL  61016

CENTURYLINK
PO BOX 2956
PHOENIX, AZ  85062

CENTURYLINK
PO BOX 910182
DENVER, CO  80291-0182

CERVELLI HIGH COUNTRY
PO BOX H
WHITE SULPHURS, MT  59645

CES MAIL COMMUNICATIONS, INC.
2319 ATLANTIC AVE.
PO BOX 11263
RALEIGH, NC  27604

CES SUPPLY CO.
ACCOUNTING OFFICE
PO BOX 16707
GREENSBORO, NC  27416

CESAR ROMERO RAMOS
7350 SILVER LAKE ROAD
APT 22A
RENO, NV  89506

CESI
PO BOX 268
CONCORD, NC  28026

C-EZ REFLECTIVE OUTDOOR PRODUCTS
1004 MYRICK ROAD
DEATSVILLE, AL 36022

CF MOTORFREIGHT
PO BOX 360054
PITTSBURGH, PA 15250-6054

CFD FIRE MARSHALS OFFICE
PO BOX 31032
ATTN: FIRE MARSHALS OFFICE
CHARLOTTE, NC 28231

CFX FISHING LLC
930 GREENWAY DRIVE
HARRISBURG, OR 97446

CH ROBINSON WORLDWIDE, INC.
PO BOX 88656
CHICAGO, IL 60680-1656

CHACIN, RICHARD JOSE
4607 WATERFORD KNOLL DRIVE
APT 1311
CHARLOTTE, NC 28226

CHADWICK TIRE CO., INC
688 HWY 70 E. OTWAY
BEAUFORT, NC 28516

CHAIN STORE AGE
PO BOX 2004
SKOKIE, IL 60076-9976

CHAIR & EQUIPMENT
RENTAL AND SALES
800 CENTRAL AVE.
CHARLOTTE, NC 28204

CHALLENGE PLASTIC PROD.
110 W INDUSTRIAL DR
EDINBURGH, IN 46124

CHAMBER OF COMMERCE
P.O.BOX 765
JACKSONVILLE, NC 28541-0765

CHAMBERS, RICKIETA LASPRING
620 CREEKRIDGE DR
MONROE, NC 28110

CHAMBLEYS
3750 20TH AVE
VALLEY, AL 36854

CHAMPION AMERICA INC.
1333 HIGHLAND ROAD
MACEDONIA, OH 44056-2399

CHAMPION COACH INC
145 BEN HAMBY LANE
GREENVILLE, SC 29615

CHAMPION SPARK PLUG COMPANY
PO BOX 910
TOLEDO, OH 43661

CHAMPION TRANSPORTATION SERVICES,INC
1361 NORTH WOOD DALE ROAD
WOOD DALE, IL 60191-1063

CHAMPS SPORTING GOODS
221 LAGREE AVENUE
THIEF RIVER FLS, MN 56701

CHANDLER ROBERTS MUSIC
1165 OLD SAID ROAD
PADUCAH, KY 42003

CHANDLER, AARON
1512 THESSALLIAN LANE
INDIAN TRAIL, NC 28079

CHANG, RYAN L
4360 CLEARWATER ROAD
APT 263
ST. CLOUD, MN 56301

CHANGS FISHING TACKLE
4F 337-2 YEN SHOU
ST. TAIPEI
TAIWAN

CHANLER, LLC
PO BOX 66175
PORTLAND, OR 97290-6175

CHAPA
PO BOX 1355
BUXTON, NC 27920-1355

CHAPMAN, SAMANTHA LEE
261 MIDWAY ROAD
ROCKINGHAM, NC 28379

CHARK BAIT
PO BOX 1966
HUNTINGTON, CA 92649

CHARLES AMMONS
344 MCDANIELS RD
ROSEBORO, NC 28382

CHARLES B PULLEN, INC
33567

CHARLES FULLER
4443 KENTUCKY AVE
OAKDALE, CA 95361

CHARLES GOODNO, M.D.
MOREHEAD GENERAL MEDICINE
500 N. 35TH ST
MOREHEAD CITY, NC 28557

CHARLES H HARTMAN
11721 SE PINE ST
PORTLAND, OR  97216

CHARLES HALL
1217 TWIN PONDSCT
CONYERS, GA  30094

CHARLES HILL
1217 TWIN PONDSCT
CONYERS, GA  30094

CHARLES L. BARSTOW
7 LINDA AVENUE
DOVER, NH  03820

CHARLES PHILLIPS
4100 WESTCLIFF DRIVE
CHARLOTTE, NC  28208

CHARLES WALTER
59101-1125

CHARLESTON COLLECTIONS
625 SKYLARK DRIVE
CHARLESTON, SC  29407

CHARLESTON COUNTY PARK & REC.
861 RIVERLAND DRIVE
CHARLESTON, SC  29412

CHARLESTON HARBOR MARINA
24 PATRIOTS POINT ROAD
MT. PLEASANT, SC  29464

CHARLESTON PAPER CO.
CAINHOY PARK
1026 LEGRAND BLVD
WANDO, SC  29492

CHARLIE & BEVERLY SHUCK
2098 HWY 86
MILFORD, IA  51351

CHARLIE BREWERS/SLIDER
PO BOX 130
2326 SPRINGER RD
LAWRENCEBURG, TN  38464

CHARLIE ONEAL
ONEALS DOCKSIDE
P.O.BOX 282
OKRACOKE, NC  27960

CHARLIE SIMMONS
CHARLIES BAIT SHOP
P.O.BOX 668
CONOVER, NC  28613

CHARLIES BAIT SHOP
3111 W. 1ST STREET
PO BOX 668
CONOVER, NC  28613

CHARLIES SPORTING GOODS
8908 MENAUL BLVD NE
ALBUQUERQUE, MN  87112

CHARLIES WORMS
4505 SE COMMERCE AVE
STUART, FL  34997

CHARLOTTE MECKLINBURG SERVICE ER
PO BOX 37488
EMERGENCY PHYSICIAN
CHARLOTTE, NC  28234

CHARLOTTE MERCHANDISE MART
800 BRIAR CREEK ROAD
SUITE AA 506
CHARLOTTE, NC  28205

CHARLOTTE RADIOLOGY
PO BOX 30488
CHARLOTTE, NC  28230

CHARNOT, BRENDAN DAY
7035 WATERMAN AVENUE
UNIVERSITY CITY, MO  63130

CHARNOT, MARK DAVID
5360 TOWER HILL COURT
WELDON SPRING, MO  63304

CHARNOT, TIMOTHY DAVID
7035 WATERMAN AVENUE
UNIVERSITY CITY, MO  63130

CHARTER ARMS
18 BREWSTER LANE
SHELTON, CT  06484

CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH, PA  15251-2085

CHARTWELL STAFFING SOLUTIONS
PO BOX 4210
PORTSMOUTH, NH  03802-4210

CHASE CARD SERVICES
PO BOX 15153
WILMINGTON, DE  19886-5153

CHASE
PO BOX 15594
WILMINGTON, DE  19886-1304

CHASEBAITS USA INC.
3636 NORTH BUCKNER BLVD SUITE 99
DALLAS, TX  75228

CHATHAM BAIT & TACKLE
85 WATCH HILL WAY
CHATHAM, MA  02633

CHAVIS, CHRYSTAL GAIL
132 PLEASANT VALLEY DRIVE
HAMLET, NC 28345

CHEAP SHOT SPORTING GOODS
8448 BIRD ROAD
MIAMI, FL 33155

CHEEK ROAD GROCERY
RT 5 BOX 481 CHEEK ROAD
DURHAM, NC 27704

CHEMICAL TESTING MOBILE SVC
2025 W 12TH AVE
EUGENE, OR 97402

CHEM-TAINER IND.
235 CRAVEN STREET
NEW BERN, NC 28560

CHEN, WAY-BIE
7241 CANYON HILL CT
SAN DIEGO, CA 92126

CHEROKEE SPORTS LLC
PO BOX 429
SPRING HILL, TN 37174

CHERRY POINT FEDERAL CREDIT
UNION
ARENDELL ST
MOREHEAD CITY, NC 28557

CHERRYSTONE BAIT AND TACKLE
CHERRYSTONE BLVD
PO BOX 545
CHERITON, VA 23316

CHERRYSTONE FAMILY CAMPGROUND
PO BOX 545
CHERITON, VA 23316

CHERYL THOMAS
11117 WOODSIDE AVE. 1
SANTEE, CA 92071

CHESTNUT, NYCHAVIA IESHIA
210 SOUTH PARSONAGE STREET
BENNETTSVILLE, SC 29512

CHET HUSTON
PO BOX 15594
WILMINGTON, DE 19886-1304

CHE-WA-KA-E-GON MINI MART
115 6TH ST N.W.
CASS LAKE, MN 56633

CHEZ DANIEL BISTRO
ATTN: JACKIE PLOEN
2800 AMERICAN BLVD
BLOOMINGTON, MN 55431

CHIAPPA FIREARMS USA, LTD
1415 STANLEY AVENUE
DAYTON, OH 45404

CHIAPPA/MKS SUPPLY, LLC
8611-A N DIXE DR
DAYTON, OH 45414

CHIAPPETTA PRODUCTIONS
4144 RED BANDANA WAY
ELLICOTT CITY, MD 21042

CHICAGO RIVET & MACHINE CO.
901 FRONTENAC ROAD
NAPERVILLE, IL 60563

CHICAGO TITLE
1575 SHILOH RD
SUITE J
BILLINGS, MT 59106

CHICK-FIL-A
13801 E. INDEPENDENCE BLVD
INDIAN TRAIL, NC 28079

CHIEFS 1 PRO CLEAN
2061 FLINT HILL ROAD
POWHATAN, VA 23139

CHILD SUPPORT ENFORCEMENT DIV
PO BOX 25109
SANTA FE, NM 87504

CHILD SUPPORT SERVICES
IDAHO CHILD SUPPORT RECEIPTING
PO BOX 70008
BOISE, ID 83707-0108

CHILDRENS CANCER ASSOC
C/O ALL SPORTS
CLACKAMAS, OR

CHILDRESS, JAMES KASEY
1221 6TH STREET
APT 3
MORGAN CITY, LA 70380

CHIMO GUNS
505 E.HERNING
WASILLA, AK 99654

CHINOOK SPORTING GOODS
901 S. 1ST STREET
YAKIMA, WA 98901

CHINOOK WINDS CASINO & CONVENTION CT
1777 NW 44TH ST
LINCOLN CITY, OR 97367

CHIP MCCORMICK CUSTOM, LLC
150 CR 4603
BOGATA, TX 75417

CHIPS BAIT & TACKLE
325 EAST GAY STREET
WEST CHESTER, PA  19380

CHIPS BEACH & VARIETY
422 PILOTTOWN ROAD
PEACH BOTTOM, PA  17563

CHIPS BEACH & VARIETY
ATTN: CHIP HENRY
422 PILOT TOWN RD.
PEACH BOTTOM, PA  17563

CHOICE TRANSLATING
338 S. SHARON AMITY RD 404
CHARLOTTE, NC  28221

CHOKOLSKEE ISLAND OUTFITTERS
191 HWY 29
CHOKOLSKEE, FL  33925

CHOTARD LANDING RESORT
RT 4 BOX 355
VICKSBURG, MS  39183

CHOWN
PO BOX 2888
PORTLAND, OR  97208

CHRIS BAIT & TACKLE
9611 LONGSWAMP ROAD
MERTSTOWN, PA  19539

CHRIS BOESCHE
1431 DAVIS AVENUE
ENUMCLAW, WA  98022

CHRIS BROOMELL
2617 PECKSNIFF RD
WILMINGTON, DE  19808

CHRIS COMBS
120 ST ALBANS DR, APT 510
RALEIGH, NC  27607

CHRIS FISHING TRIP INC
6 VIA PARAISO
MONTEREY, CA  93940

CHRIS FLOCKEN
5900 HAMILTON BRIDGE ROAD
MILTON, FL  32570

CHRIS GOODEN
3102 MANOR CIRCLE
RICHMOND, VA  23230

CHRIS KILEY
65689 STATE ROUTE 56
PLYMOUTH, OH  45654

CHRIS MCBRIDE
1945 PROSPECTOR TERR
OREGON CITY, OR  97045

CHRIS MEANS
12 QUEEN OAK CT
IRMO, SC  29063

CHRIS PAINTER
915 ROLLINS DR
CLARKSVILLE, TN  37040

CHRIS PREVATT
3516 LORETTO RD.
JACKSONVILLE, FL  32223

CHRIS SCHNEIDER
3720 KNOLL DR
NEWBERG, OR  97132

CHRISTIAN BRINK
3746 FOX HILLS DR SE
MARIETTA, GA  30067

CHRISTIAN GUN SHOP
RT.3,BOX 571A
BEDFORD, VA  24523

CHRISTIAN, JUDITH B
1799 HWY 101
BEAUFORT, NC  28516

CHRISTINE BRUTON
3746 FOX HILLS DR SE
MARIETTA, GA  30067

CHRISTINE CHADWICK
1910 RED FOX LANE
MOREHEAD CITY, NC  28557

CHRISTINE M SMITH
59102

CHRISTMAS FOR KIDS
PO BOX 10
ATLANTIC BEACH TOWN HALL
ATLANTIC BEACH, NC  28512

CHRISTOPHER REEVES PARALYSIS FNDT
636 MORRIS TURNPIKE
SUITE 3-A
SHORT HILLS, NJ  07078

CHRISTOPHER WRIGHT
C/O SUNTRADERS
SUMMERVILLE, SC  29483

CHRISTOPHERSONS
309 3RD AVENUE E.
ALEXANDRIA, MN  56308-1479

CHRISTY MEDLIN
209 WESTCHASE DRIVE
CHARLESTON, SC  29407

CHROMATE INDUSTRIAL CORP
PO BOX 714905
COLUMBUS, OH  43271-4905

CHS ATHLETIC BOOSTERS
ATTN: DAVID PERRY
1 COUGAR LANE
NEWPORT, NC  28570

CHUCK GUNSALLUS
ATTN: SHARON MCMULLEN
215 MARVIN MILLER DRIVE
SOUTHWEST ATLAN, GA  30336-9903

CHUCK WILLIAMSON
11208 47TH AVE WEST
MUKILTEO, WA  98275

CHUCKS BAIT & TACKLE
PO BOX 2116
KINGS BEACH, CA  96143-2116

CHUCKS ROD & REEL
5350 MAIN ST
SPRINGFIELD, OR  97478

CHUOL, NYADANG JAMES
1225 MAINE PRAIRIE ROAD
ST. CLOUD, MN  56301

CHURCH TACKLE COMPANY
7075B HILLANDALE RD
SODUS, MI  49126

CHURCHVILLE IGA
PO BOX 705
CHURCHVILLE, VA  24421

CIE INC
PO BOX 2490
INDIAN TRAIL, NC  28079

CIESLA, ERIC J
525 S CLEVELAND AVE
UNIT 208
ARLINGTON HEIGHTS, IL  60005-2147

CIGNA HEALTH AND LIFE INSURANCE COMP
PO BOX 644546
PITTSBURGH, PA  15264-4546

CIMARRON FIREARMS CO., INC.
105 WINDING OAK ROAD
FREDERICKSBURG, TX  78624

CIMARRON TRADING COMPANY
8436 MEADOW LANE
LEAWOOD, KS  66206

CIMTEC AUTOMATION
3030 WHITEHALL PARK DR
CHARLOTTE, NC  28273

CINGULAR WIRELESS
PO BOX 30459
LOS ANGELES, CA  90030-0459

CINTAS CORP
3604 W GETTYSBURG
FRESNO, CA  93722

CINTAS CORPORATION NO. 2
PO BOX 650838
DALLAS, TX  75265-0838

CIR LAW OFFICES
8031 LINDA VISTA RD
SAN DIEGO, CA  92111

CIRCA 81
4650-C ARENDELL ST
MOREHEAD CITY, NC  28557

CIRCLE B MARKET
PO BOX 121
GREER, AZ  85927

CIRCLE JS BAIT & TACKLE
4340 CRAWFORDVILLE HWY
CRAWFORDVILLE, FL  32327

CIRCUIT CITY STORES, INC.
STORE 1607
JACKSONVILLE, NC  28546

CIT/IF
EASTERN BUSINESS CENTER
PO BOX 7777-WO 800X
PHILADELPHIA, PA  19175-9312

CITRIX ONLINE
FILE 50264
LOS ANGELES, CA  90074-0264

CITY AND COUNTY OF DENVER
DEPARTMENT OF FINANCE-TREASURY DIV
PO BOX 660860
DALLAS, TX  75266-0860

CITY ELECTRIC SUPPLY CO LTD
145 INDUSTRIAL DR
MOREHEAD CITY, NC  28557

CITY OF ARLINGTON
TAX OFFICE
PO BOX 90090
ARLINGTON, TX  76004

CITY OF BENTONVILLE - UTILITY BILLIN
1000 SW 14TH STREET
BENTONVILLE, AR  72712

CITY OF BILLINGS
DEPT OF FINANCE & ADMINISTRATIVE
PO BOX 1178
BILLINGS, MT  59103-1178

CITY OF BURLINGTON
TAX COLLECTOR
PO BOX 1358
BURLINGTON, NC  27216-1358

CITY OF CHARLOTTE
REVENUE COLLECTIONS OFFICE
600 EAST FOURTH STREET
CHARLOTTE, NC  28202

CITY OF FRESNO
FINANCE DEPT - BUSINESS LICENSE
200 E MAIN ST
EL CAJON, CA  92020-3997

CITY OF GRAHAM TAX COLLECTOR
PO DRAWER 357
GRAHAM, NC  27253-0357

CITY OF HAMLET
PO BOX 1229
HAMLET, NC  28345

CITY OF HIGH POINT
FINANCIAL SERVICES DEPT
PO BOX 230
HIGH POINT, NC  27261

CITY OF JEFFERSON
200 CHURCH STREET
PO BOX 223
JEFFERSONVILLE, GA  31044

CITY OF MOBILE REVENUE DEPARTMENT
PO BOX 2745
MOBILE, AL  36652-2745

CITY OF ORANGE BEACH
PO BOX 1159
ORANGE BEACJ, AL  36561-1159

CITY OF PORTLAND
SALES & USE TAX DIVISION
PO BOX 327790
MONTGOMERY, AL  36132-7790

CITY OF RALEIGH
RALEIGH CONVENTION CENTER
500 S SALISBURY ST
RALEIGH, NC  27601

CITY OF RENO ALARM PROGRAM
PO BOX 142857
IRVING, TX  75014

CITY OF RENO
1 EAST 1ST STREET
PO BOX 1900
RENO, NV  89505

CITY OF RENO, NEVADA
BUSINESS LICENSE DIVISION
PO BOX 1900
RENO, NV  89505-1900

CITY OF ROCKINGHAM
PARKS & RECREATION
514 ROCKINGHAM RD
ROCKINGHAM, NC  28379

CITY OF ST CLOUD
PARKING VIOLATIONS BUREAU
400 SECOND STREET SOUTH
ST. CLOUD, MN  56301

CITY OF WINSTON SALEM
P.O.BOX 2511
WINSTON SALEM, NC  27102

CITY RUBBER STAMP CO
PO BOX 2764
PORTLAND, OR  97208

CITY TRANSFER AND STORAGE CO.
PO BOX 2122
HIGH POINT, NC  27261

CIXI BEISEN TOURIST PRODUCTS CO. LTD
WESTERN INDUSTRY GUAN HAIWEI TOWN
CIXI CITY
ZHEJIANG
CHINA

CJS MARKET
93770 E HWY 26
GOVERNMENT CAMP, OR  97028

CLACKAMAS AUTO REPAIR CENTER
11773 SE HWY 212 SUITE 101
CLACKAMAS, OR  97015

CLACKAMAS COMMUNITY COLLEGE
19600 S MOLALLA AVE
OREGON CITY, OR  97045-7998

CLACKAMAS COMPUTERS
PO BOX 769
CLACKAMAS, OR  97015

CLACKAMAS COUNTY SHERIFF
ALARM ORDINANCE COORDINATOR
2223 S KAEN RD
OREGON CITY, OR  97045

CLACKAMAS COUNTY TAX COLLECTOR
168 WARNER MILNE RD
OREGON CITY, OR  97045

CLACKAMAS COUNTY
ALARM ORDINANCE COORDINATOR
2223 S KAEN RD
OREGON CITY, OR  97045

CLACKAMAS MEETING & BANQUET
15815 SE 82ND DR
CLACKAMAS, OR  97015

CLACKAMAS MINUTEMAN PRESS
16056 SE 82ND DR
CLACKAMAS, OR  97015

CLACKAMAS REVIEW
4287 SE INTERNATIONAL WAY, STE F
MILWAUKIE, OR  97222

CLAIMSPRO
PO BOX 577 SUITE 350
SOUTHFIELD, MI  48037-0577

CLAIMS-X-CHANGE, LLC
14200 MIDWAY ROAD
SUITE 106
DALLAS, TX  75244

CLAIR CALKINS
1841 CAROLAN PLACE
SAGINAW, MI  48603

CLAM CORPORATION
12135 BROCKTON LANE
ROGERS, MN  55369

CLAM DIGGERS
HWY 58 SALTER PATH RD.
PO BOX 846
ATLANTIC BEACH, NC  28512

CLARITRAN CONSULTING, INC
16508 HAVELOCK WAY
LAKEVILLE, MN  55044

CLARIZEN
2655 CAMPUS DR, SUITE 150
SAN MATEO, CA  94403

CLARK BAR AMERICA, INC
610 ALPHA DR.
PITTSBURG, PA  15238

CLARK BROS. GUN SHOP
10016 JAMES MADISON HWY
WARRENTON, VA  20186

CLARK COUNTY BULLDOGS
704 W 38TH ST
VANCOUVER, WA  98661

CLARK OIL CO. INC.
2286 S. BYRON BUTLER PKWY
PERRY, FL  32347

CLARK PRINTING CO
PO BOX 22831
EUGENE, OR  97402

CLARK SUPPLY COMPANY
PO BOX 95
HOONAH, AK  99829

CLARKE COUNTY TRUCK & EQUIPMENT
PO BOX 788
GROVE HILL, AL  36451

CLARKES MARINE SUPPLY
227 EAST MAIN STREET
TUCKERTON, NJ  08087

CLARK-PIERRE, LASHAUN JOSEPH
1986 HUGO AVENUE
NORTH CHARLESTON, SC  29405

CLASS ACT CATERING
PO BOX 1718
SWANSBORO, NC  28584

CLASSIC APPAREL
415 S. HANCOCK ST
ROCKINGHAM, NC  28380

CLASSIC ASIA
10FL 777 JIANG NING ROAD
JING AN DISTRICT
SHANGHAI 200040
CHINA

CLASSIC DISPLAYS & METAL ASSEMBLY
532 COTTAGE GROVE SE
GRAND RAPIDS, MI  49507-1814

CLASSIC MFG/CULPRIT
13518 GRANVILLE AVE
CLERMONT, FL  34711

CLASSY CLUTTER DECOR & GIFTS
912 OXFORD D
MOREHEAD CITY, NC  28557-3050

CLAUDE D GREESON
1994 WHEELER BRIDGE RD
BURLINGTON, NC  27215

CLAUSSENS ACE HDWR
529 STATE ST
WEISER, ID  83672

CLAY FARMERS SPORTING
PO BOX 275
HAYESVILLE, NC  28904

CLAYTON PHOTO GRAPHICS
2008 BRIDGES STREET
MOREHEAD CITY, NC  28557

CLE ELUM HARDWARE
811 W DAVIS
CLE ELUM, WA  98922

CLEAN CONTROL CORPORATION
1040 BOOTH ROAD
WARNER ROBINS, GA  31088

CLEAN HORIZON PRO JANITORIAL, LLC
712 RICHWOOD CIR.
ROGERS, AR  72756

CLEAN TEAM
TECHNICAL CLEANING PRODUCTS
960 ENCHANTED WAY 108
SIMI VALLEY, CA  93065

CLEANNET OF THE NORTHWEST, INC
9861 BROKEN LAND PKWY
SUITE 208
COLUMBIA, MD  21046

CLEAR BLUE WATERS INC.
E3275 BENRUD LANE
EAU CLAIRE, WI  54701

CLEARFREIGHT
9704 NW 17TH ST
SUITE 102
MIAMI, FL  33172

CLEARLAKE BAIT & TACKLE
7437 LAKELAND DR
CLEARLAKE, CA  95422

CLEARWATER AMERICAN LEGION RIDERS
PO BOX 102
CLEARWATER, MN  55320

CLEARWATER BAY CORP
2415 HEMLOCK ST, STE 1110
KETCHIKAN, AK  99901

CLEGGS TERMITE & PEST CONTROL
PO OX 3089
DURHAM, NC  27715-3089

CLEMENT COMMUNICATIONS INC.
P.O.BOX 500
CONCORDVILLE, PA  19331-0500

CLEMS OREGON TRAIL SEASONINGS
15759 SUNRISE BLVD.
PO BOX 3108
LAPINE, OR  97739

CLEMS SEAFOOD
4351 LONG BEACH RD
SOUTHPORT, NC  28461

CLEO COMMUNICATIONS
PO BOX 15835
LOVES PARK, IL  61132-5835

CLERK OF COURT - HALIFAX
PO BOX 66
HALIFAX, NC  27839

CLERK OF COURT / HENRICO COUNTY
CIVIL DIVISION
HENRICO COUNTY
VA

CLERK OF COURT / JOHNSTON COUNTY
P.O.BOX 297
SMITHFIELD, NC  27577

CLERK OF COURT /BEAUFORT
CARTERET COUNTY COURTHOUSE
COURTHOUSE SQUARE
BEAUFORT, NC  28516

CLERK OF COURT
PO BOX 66
HALIFAX, NC  27839

CLERK OF COURT/ WINSTON SALEM
P.O.BOX 20099
WINSTON SALEM, NC  27120

CLERK OF STATE CORP. COMMISSION
PO BOX 1197
RICHMOND, VA  23219

CLERK OF SUPERIOR COURT / CONCORD
PO BOX 70
CONCORD, NC  28025

CLERK OF SUPERIOR COURT
BEAUFORT, NC  28516

CLERK OF SUPERIOR COURT/ CRAVEN
CRAVEN COUNTY
PO BOX 1187
NEW BERN, NC  28563

CLERK OF SUPERIOR COURT/ MONROE
PO BOX 5038
MONROE, NC  28111

CLERK OF SUPERIOR COURT/ RALEIGH
WAKE COUNTY
PO BOX 351
RALEIGH, NC  27602-0351

CLIFF WEIL INC
ATTN: DONNIE DALY
8043 INDUSTRIAL PARK
MECHANICSVILLE, VA  23116

CLIFF WEIL, INC/SEA STRIKER
8043 INDUSTRIAL PARK
MECHANICSVILLE, VA  23116

CLIFFS CAR CARE, INC
PO BOX 1173
SWANSBORO, NC  28584

CLIFFS SPECIALIZED FISHING & HUNTIN
145 B RAMONA EXPRESSWAY, STE 1
PERRIS, CA  92571-7016

CLIMATE CONTROL
102 MIDDLE ST
JACKSONVILLE, NC  28546

CLINES SPORTING GOODS
35 W MAIN ST
MERCED, CA  95340

CLIP WIPES
25 HIGHLAND PARK VILLAGE
SUITE 100-557
DALLAS, TX  75205

CLIPPER EXPRESS CO
15700 W 103RD ST
LEMONT, IL  60439-9662

CLODFELTER PROPERTY OWNERS ASSOC.
251 NICHOLSON AVE
NEWPORT, NC  28570

CLOIS CHALKER
625 PACER LN
WAXHAW, NC  28173

CLOUD DEFENSIVE LLC
612 GRACE WAY
CHANDLER, IN  47610

CLOVER BAY LODGE
PO BOX 8944
KETCHIKAN, AK  99901

C-MATT BUILDING SERVICES, INC
PO BOX 39493
GREENSBORO, NC  27438

CMC AGENCY
106 WEST HORTON STREET
ZEBULON, NC  27597

CMC TRIGGERS CORP
5597 OAK STREET
FORT WORTH, TX  76140

CMMG,INC
620 COUNTY ROAD 118
FAYETTE, MO  65248

CMS ENTERPRISE
154G FAUNCE CORNERMALL
NORTH DARLMOUTH, MA  02747

CMS GLOBAL SOFT
400 N. EXECUTIVE DRIVE
SUITE 210
BROOKFIELD, WI  53005

CNC DOOR COMPANY/ASSA ABLOY
6600 WEST W.T. HARRIS BLVD
CHARLOTTE, NC  28269

COACH USA
4020 E LONE MOUNTAIN RD
NORTH LAS VEGAS, NV  89031

COAKLEY, AHMAD TARIQ
5212 WOOD VISTA DR
303
CHARLOTTE, NC  28216

COAST GUARD EXCHANGE STATION
BUILDING 5215
OTIS ANG BASE, MA  02542

COAST GUARD EXCHANGE
BUILDING 5215
OTIS ANG BASE, MA  02542

COAST TO COAST COMPUTER PROD
4277 VALLEY FAIR STORE
SIMI VALLEY, CA  93063

COAST TO COAST COMPUTER PRODUCTS
4277 VALLEY FAIR ST
SIMI VALLEY, CA  93063

COAST TO COAST STORE
900 NORTHCREST DRIVE
CRESCENT CITY, CA  95531

COAST TO COAST
2945 HIGHWAY 55
ROCKFORD, MN  55373

COASTAL AIR, LLC
150 AIRPORT ROAD
BEAUFORT, NC  28516

COASTAL BUILDING
PO BOX 2418
MOREHEAD CITY, NC  28557

COASTAL CAROLINA COMMUNITY COLLEGE
ATTN: ANNA DAVIS
444 WESTERN BLVD
JACKSONVILLE, NC  28546-6816

COASTAL CAROLINA CORP.
411 LIVE OAK ST
BEAUFORT, NC  28516

COASTAL CAROLINA MARINE, LLC
6332 OLEANDER DR
WILMINGTON, NC  28403

COASTAL CAROLINA SUPPLY, INC
PO BOX 1259
MOREHEAD CITY, NC  28557

COASTAL CAROLINA SURGICAL
306 PENNY LANE
MOREHEAD CITY, NC  28557

COASTAL CONSERVATION ASSOC OF SC
PO BOX 290640
COLUMBIA, SC  29229

COASTAL CONSERVATION ASSOCIATION
4801 WOODWAY DRIVE
SUITE 220W
HOUSTON, TX  77056-9855

COASTAL CONSERVATION ASSOCIATION
RALEIGH, NC  27616

COASTAL DRY CLEANERS GROUP
401 CHANEY AVENUE
PO BOX 490
JACKSONVILLE, NC  28541-0490

COASTAL DRY CLEANERS
MOREHEAD SHOPPING CENTER
MOREHEAD CITY, NC  28557

COASTAL EQUIPMENT
1211 HWY 24
NEWPORT, NC  28570

COASTAL EYE CLINIC
3110-6 ARENDELL STREET
MOREHEAD CITY, NC  28557

COASTAL FENCE CO. INC.
220 KALE RD
NEW BERN, NC  28562

COASTAL HEATING & AC SERVICE
PO BOX 1297
JACKSONVILLE, NC  28541-1297

COASTAL HOME SERVICES, INC
4906 BRIDGES ST
MOREHEAD CITY, NC  28557

COASTAL JOHN RENTALS, INC.
PO BOX 415
NEWPORT, NC  28570

COASTAL MILITARY SURPLUS
5458 HWY 70
MOREHEAD CITY, NC  28557

COASTAL NET
249 CRAVEN STREET
NEW BERN, NC  28560

COASTAL OUTDOOR & MARINE
PO BOX 39
DARIEN, GA  31305

COASTAL OUTFITTERS
1612 1ST ST
ROSENBERG, TX  77471

COASTAL PACKAGING INC
602 W WILSON CREEK DR
NEW BERN, NC  28562

COASTAL RADIOLOGY
PO BOX 12038
NEW BERN, NC  28561

COASTAL REGIONAL SOLID WASTE
MANAGEMENT AUTHORITY
PO BOX 128
COVE CITY, NC  28523

COASTAL SCUBA, LLC
1501 HWY 17 SOUTH
N MYRTLE BEACH, SC  29582

COASTAL SECURITY SYSTEMS
1109 POLLOCK ST
PO BOX 1107
NEW BERN, NC  28563-1107

COASTAL SPORTSWEAR INC.
P.O.BOX 1449
BETHANY BEACH, DE  19930

COASTAL TELEVISION VENTURES
ATTN: BRYAN GOODWIN
PO BOX 937
BEAUFORT, NC  28516

COASTAL TEMPORARY SERVICES
PO BOX 1860
WHITEVILLE, NC  28472

COASTAL WEST SERVICES
W182 N9606 APPLETON AVE, STE 103
GERMANTOWN, WI  53022

COATAL HARDWARE&RENTAL CO. INC.
PO BOX 1210
KILN, MS  39556

COATS & BENNETT, PLLC
PO BOX 5
RALEIGH, NC  27602

COBB AMERICA
COBB AMERICA
4237 NW 7TH PLACE
DEERFIELD BEACH, FL  33442

COBB, DARIUS E
505 CAROWILL DR.
APT. 304
GREENSBORO, NC  27455

COBRA COMPLIANCE SYSTEMS, INC.
ATTN: THE LEGISLATIVE REVIEW SUB
PO BOX 889
COLDWATER, MI  49036-0889

COCOA BEACH BAIT & TACKLE
PO BOX 1552
CAPE CANAVERAL, FL  32920

COCONUT PALMAS
59740 O/S HWY
MARATHON, FL  33050

CODET NEWPORT CORPORATION
4 EASTERN AVENUE
PO BOX 440
NEWPORT, VT  05855

CODY STAFFING
3100 MAIN ST
VANCOUVER, WA  98663

COECO FINANCIAL SERVICES
1822 S. GLENBURNIE ROAD
NEW BERN, NC  28560

COECO FINANCIAL SERVICES
PO BOX 790448
ST LOUIS, MO  63179-0448

COECO OF GREENVILLE
PO BOX 790448
ST LOUIS, MO  63179-0448

COECO OFFICE SYSTEMS
205 E. ARLINGTON BLVD.
PO BOX 2425
GREENVILLE, NC  27836

COECO OFFICE SYSTEMS
P.O.BOX 2088
ROCKY MOUNT, NC  27802

COFFEE AFFAIR
CENTURA PLAZA
2302G ARENDELL ST
MOREHEAD CITY, NC  28557

COFFEE BREAK SERVICE, INC
PO BOX 1091
FRESNO, CA  93714

COGENT SOLUTIONS & SUPPLIES
650 INNOVATION DRIVE
SUITE A
RENO, NV  89511

COGGIN TRUCK LINE
P.O.BOX 1067
SHELBYVILLE, TN  37160

COGHLANS LTD
121 IRENE STREET
WINNIPEG, MB  R3T 4C7
CANADA

COHO TACKLE CO
8075 S.W SORRENTO
BEAVERTON, OR  97005

COIT COMMERICAL SERVICES
1080 N MARSHALL
EL CAJON, CA  92020

COIT, MARIAH LASHONDA
1182 S PINE STREET
LAURINBURG, NC  28352

COLCAS, ANGEL ALEX
6000 OLD HEARTWOOD WAY
MATTHEWS, NC  28104

COLD SNAP OUTDOORS, LLC
441 1ST STREET NW
GLENVILLE, MN  56036

COLE COMMUNICATIONS, LLC
1750 TRANSPORT AVE
MEMPHIS, TN  38116

COLE DESIGN ASSOCIATES, INC
4100 MENDENHALL OAKS PKWY
SUITE 230
HIGH POINT, NC  27265

COLES GUN SHOP INC
204 BROAD STREET
SOUTH BOSTON, VA  24592

COLLADO MARTINEZ, YOSMAIRY
2118 ARROWCREEK DRIVE
APT 104
CHARLOTTE, NC  28273

COLLEGE OF MANAGEMENT
COM CAREER FAIR
NC STATE UNIVERSITY
RALEIGH, NC  27695

COLLEGIATE USA
17141 SE HWY 212
CLACKAMAS, OR  97015

COLLIER SURVEY CO.
PO BOX 3460
MOREHEAD CITY, NC  28557

COLLIERS BALDWIN, INC.
9400 N. CENTRAL EXPRESSWAY
SUITE 250
DALLAS, TX  75231

COLLIERS
COLLIERS RECEIVABLES FUNDING LLC
PO BOX 735236
DALLAS, TX  75373-5236

COLLINS ELECTRICAL CONSTRUCTION CO
278 STATE ST
ST PAUL, MN  55107

COLONELS TAKE HOME, INC
625 S HWY 10
ST CLOUD, MN  56304

COLONIAL BEACH YACHT CENTER
1787 CASTLEWOOD DRIVE
COLONIAL BEACH, VA  22443

COLONIAL TRAVEL AGENCY INC
10712 SE HWY 212
CLACKAMAS, OR  97015

COLONIAL TRAVEL AGENCY, INC
10712 SE HWY 212
CLACKAMAS, OR  97015

COLONY TIRE CORP.
PO BOX 729
HIGHWAY 70 WEST
MOREHEAD CITY, NC  28557

COLONY TIRE CORPORATION
P.O.BOX 30367
CHARLOTTE, NC  28230-0367

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET
DENVER, CO  80261

COLORADO DEPARTMENT OF REVENUE
COLORADO DEPARTMENT OF REVENUE
DENVER, CO  80261-0013

COLORADO DEPT OF LABOR & EMPLOYMENT
633 17TH ST, SUITE 201
DENVER, CO  80202-3660

COLORADO GUN WORKS
2631 W VINE DR
FORT COLLINS, CO  80521

COLORADO MARINE & BOAT WORKS
NORTH SIDE MARINA
PO BOX 7436
PUEBLO WEST, CO  81007

COLTONS POINT MARINA
PO BOX 69
COLTONS POINT, MD  20626

COLUMBIA CORRUGATED BOX CO
ACCT 17155
12777 SW TUALATIN-SHERWOOD RD
TUALATIN, OR  97062

COLUMBIA MARINE
7501 BROAD RIVER ROAD
IRMO, SC  29063

COLUMBIA OUTDOOR & SURPLUS
395 E MAIN ST
HERMISTON, OR  97838

COLUMBIA RIVER EQUIP
3051 NE COLUMBIA BLVD
PORTLAND, OR  97211-2063

COLUMBIA TECH SUPPLY INC
445 2ND ST 210
LAKE OSWEGO, OR  97034

COLUMBIAN HOME PROD.
33282 TREASURY CENTER
CHICAGO, IL  60694

COLUMBINE PLASTICS CORPORATION
1815 BOXELDER STREET
LOUISVILLE, CO  80027

COMAL TACKLE CO.
1200 JACK C. HAYS TRAIL
PO BOX 606
BUDA, TX  78610

COMANDATO TRANSPORTE S.A.
PERISDISTA Y AVE. C.L.P
GUAYAQUIL
ECUADOR

COMBAT WARRIORS
FLORENCE, SC  29501

COMBS CO.
16 OAKWAY CENTER
EUGENE, OR  97401

COMCAST CABLE
SOUTHEASTERN, PA  19398-3001

COMCAST
PO BOX 34744
SEATTLE, WA  98124-1744

COMCEN INC
371 N ENGEL ST
ESCONDIDO, CA  92029

COMED
PO BOX 6111
CAROL STREAM, IL  60197-6111

COMERICA
PO BOX 75000
DETROIT, MI  48275-2430

COMFORT HOUSE
189 FRELINGHUYSEN AVE
NEWARK, NJ  07114

COMFORT SUITES
15929 S.E. MCKINLEY AVE
CLACKAMAS, OR  97015

COMMERCIAL BUILDING SERVICE, INC
14871 S LODER RD
OREGON CITY, OR  97045

COMMERCIAL CLEANING SYSTEMS
2695 N FOWLER, SUITE 110A
FRESNO, CA  93727

COMMERCIAL ELECTRICAL CORP
2701 SE 14TH
PORTLAND, OR  97202

COMMERCIAL FURNISHINGS INC
PO BOX 2768
PORTLAND, OR  97208

COMMERCIAL LEASING INC
526 SE DIVISION PL
PORTLAND, OR  97202-1021

COMMERCIAL PALLET
9053 OLIVE DR
SPRING VALLEY, CA  91977

COMMERCIAL PRINTING & MAILING CORP.
4202 SORRENTO VALLEY BLVD SUITE S
SAN DIEGO, CA  92121

COMMERICAL PRINTING CENTER
4202 SORRENTO VALLEY BLVD SUITE S
SAN DIEGO, CA  92121

COMMISSIONER OF CORPORATIONS-CA
STATE OF CA, DEPT OF CORPORATIONS
3700 WILSHIRE BOULEVARD, 6TH FLOOR
LOS ANGELES, CA  90010

COMMON CUP FAMILY SHELTERS
UNITED METHODIST CENTER
1505 SW 18TH
PORTLAND, OR  97201-2599

COMMONWEALTH ELECTRIC COMPANY
100 N. 3RD STREET
PHOENIZ, AZ  85004

COMMONWEALTH OF KENTUCKY
DEPT. FOR EMPLOYMENT SERVICES
DIVISION FOR UNEMPLOYMENT INS
FRANKFORT, KY  40621

COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS DEPT OF REVENUE
PO BOX 7022
BOSTON, MA  02204

COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE
DEPT 280404
HARRISBURG, PA  17128-0404

COMMUNICATION ARTS
PO BOX 2013
LANGHORNE, PA  19047-9013

COMPETITION CHEMICALS
715 RAILROAD ST
PO BOX 820
IOWA FALLS, IA  50126-0820

COMPETITION ELECTRONICS INC.
3469 PRECISION DR
ROCKFORD, IL  61109

COMPLEAT ANGLER
555 WEST 25TH STREET
IDAHO FALLS, ID  83402

COMPLETE LOW VOLTAGE, INC.
4310 WILSON AVENUE
ROLLING MEADOWS, IL  60008

COMPLETE OFFICE
13466 GREGG ST
POWAY, CA  92065

COMPONENT SYSTEMS, INC.
5004 SHERMAN ST
WAUSAU, WI  54401

COMPTON, KELLY MARIE
1600 IVY MEADOW DRIVE
APT 815
CHARLOTTE, NC  28213

COMPUMASTER
PO BOX 804441
KANSAS CITY, MO  64180-4441

COMPUNET, INC.
LB410802
PO BOX 35143
SEATTLE, WA  98124-5143

COMP-U-RENT COMPUTER RENTALS
4480 DELANCEY DR, STE. 12
LAS VEGAS, NV  89103-3753

COMPUTER MENDTOR
104 WOOLDRIDGE PLACE
PEWEE VALLEY, KY  40056

COMPUTER NETWORK ENGINEERING, INC.
510 TELFAIR ROAD
SAVANNAH, GA  31401

COMPUTER SERVICE GROUP INC
6359 SW CAPITOL HWY
PORTLAND, OR  97201

COMPUTER SERVICES NETWORK
635 BARSTOW AVE, STE.15
CLOVIS, CA  93612

COMPUTER SOLUTIONS LYNX INC.
168 2ND AVENUE PMB 392
NEW YORK, NY  10003

COMPUTERLAND OF GREENVILLE
14 CAROLINA EAST CENTRE
GREENVILLE, NC  27834

COMPUTERSHARE
LOST & REPLACEMENT DEPT
PO BOX 43020
PROVIDENCE, RI  02940-3020

COMPUTRAMITE FORWARDING INC
211 FLECHA LANE
LAREDO, TX  78045

CONCANNON PAPER
3641 NW FRONT AVE
PORTLAND, OR  97210

CONCENTRA MEDICAL CENTERS
PO BOX 9010
BROOMFIELD, CO  80021

CONCEPCION MARTINEZ & BELLIDO
255 ARAGON AVE, 2ND FLOOR
CORAL GABLES, FL  33134

CONCEPT INTERNATIONAL
2704 HANDLEY-EDERVILLE RD
FT WORTH, TX  76118

CONCORD COMMERCIAL CREDIT
2010 MAIN STREET SUITE 500
IRVINE, CA  92714

CONDON, KEREN K
251 MASON TOWN RD
NEWPORT, NC  28570

CONDOR FREIGHT LINES
PO BOX 58187
LOS ANGELES, CA  90058

CONGRESSIONAL SPORTSMENS
FOUNDATION
110 NORTH CAROLINA AVE, SE
WASHINGTON, DC  20003

CONNECTICUT GENERAL LIFE INS
ACCUMULATOR ACCOUNTS
PO BOX 360976M
PITTSBURG, PA  15251

CONNECTING POINT COMPUTER CENTER
4050 ARENDELL STREET
MOREHEAD CITY, NC  28557

CONNECTING POINT COMPUTER CTR.
4370-B ARENDELL ST
MOREHEAD CITY, NC  28557

CONNECTIVITY
45 ODELL SCHOOL ROAD
STE H
CONCORD, NC  28027

CONNECTSCALE, LLC
104 CARDINAL PT
BLOUNTVILLE, TN  37617

CONNIE AKERILL
146 S VALLEY RD
NASELLE, WA  98638

CONNOLLY GALLAGHER LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, SUITE 1400
WILMINGTON, DE  19801

CONQUEST SCENTS
8399 BRISTOL ROAD
PO BOX 219
DAVISON, MI  48423

CONRAD BROTHERS MARINE
12660 BOOKER T WASHINGTON HWY
MONETA, VA  24121

CONRAD, HEATHER
1116 S RIVER RD
BEAUFORT, NC  28516

CONRADO DE ARMAS
1060 NW 7ST
UNIT 110
MIAMI, FL  33136

CONSENSUS CLOUD SOLUTIONS CANADA,
UL
PO BOX 512986
LOS ANGELES, CA  90051-0986

CONSIDER THE LILIES FLORIST
PO BOX 1558
MOREHEAD CITY, NC  28557

CONSOLIDATED FREIGHTWAYS
PO BOX 7400
PASADENA, CA  91109-7400

CONSOLIDATED MOTOR EXPRESS
PO BOX 1160
BULEFIELD, WV  24701

CONSOLIDATED PLASTICS COMPANY, INC
8181 DARROW ROAD
TWINSBURG, OH  44087-2375

CONSOLIDATED WASTE SVCS OF THE SAND
PO BOX 2006
LAURINBURG, NC  28353

CONSONUS TECHNOLOGIES
301 GREGSON DRIVE
CARY, NC  27511

CONSUMER CONCEPTS
111 TURNERS DAIRY RD, SUITE B
MOREHEAD CITY, NC  28557

CONSUMER CONCEPTS
CONSUMER CONCEPTS
1506 BRIDGES ST
MOREHEAD CITY, NC  28557

CONSUMER CONTACT COMPANY
1283 RESEARCH BLVD.
ST. LOUIS, MO  63132

CONSUMER PROTECTION DIVISION
DEPT OF ATTORNEY GENERAL
STATE OF MICHIGAN
MI

CONSUMER REPORTS TRAVEL LETTER
SUBSCRIPTION DEPT.
BOX 53615
BOULDER, CO  80321-3615

CONTEC INC.
525 LOCUST GROVE
SPARTANBURG, SC  29303

CONTEMPORARY CARPET CARE, INC
3221 SW 2ND ST
MIAMI, FL  33135

CONTINENTAL ARMS COMPANY
1065 PARK AVENUE
CRANSTON, RI  02910

CONTINENTAL COMPUTER SUPPLIES
2100 N. SEPULVEDA BLVD. SUITE 21
MANHATTAN BEACH, CA  90266-2948

CONTINENTAL SPORTS, INC
5/6-1249 CLARENCE AVE
WINNIPEG, MB  R3T 1T4
CANADA

CONTINUUM PERFORMANCE MANAGEMENT
CON
32 COOPER LANE
CHESTER, NJ

CONTRACT FLOORING & INTERIOR SERVICE
55 SILICON DRIVE
MCCARRAN, NV  89434

CONTRACTOR BUILDING SUPPLY
1900 SKYWAY DR
MONROE, NC  28110

CONTRACTORS GLASS & MIRROR
4912 BRIDGES STREET EXT.
MOREHEAD CITY, NC  28557

CONTROLLERS REPORT
29 WEST 35TH STREET
5TH FLOOR
NEW YORK, NY  10001-2299

CONVENIENCE CONCEPTS, INC
P.O BOX 407
MEDINAH, IL  60157

CONVERGED SOLUTIONS GROUP LLC
231285 MOMENTUM PL
CHICAGO, IL  60689-5311

CONVEYCO TECHNOLOGIES, INC
PO BOX 1000
BRISTOL, CT  06011-1000

CONVEYOR & STORAGE SOLUTIONS INC
PO BOX 2239
RAMONA, CA  92065

CONWAY FREIGHT
PO BOX 100114
PASADENA, CA  91189

CON-WAY FREIGHT
PO BOX 982020
N RICHLANDS, TX  76182

CON-WAY SOUTHERN EXPRESS
P.O.BOX 730136
DALLAS, TX  75373-0136

CON-WAY SOUTHWEST EXPRESS
PO BOX 730415
DALLAS, TX  75373-0415

CONWAY WESTERN EXPRESS
135 LASALLE, DEPT 2493
CHICAGO, IL  60674-2493

CON-WAY WESTERN EXPRESS
135 S LASALLE, DEPT 2493
CHICAGO, IL  60674-2493

COOK ASSOCIATES
212 WEST KINZIE ST
CHICAGO, IL  60610

COOKE, ETHAN PARKER
4945 NORMAN PARK PL
CLOVER, SC  29710

COOLS CORNER
1015 SE COLUMBIA DR
RICHLAND, WA  99352

COOPER HUNTING INDUSTRIES. INC.
1448 IRMSCHER BLVD
CELINA, OH  45822

COOPER, PAMELA S
15441 CLOSE ST
LAUREL HILL, NC  28351

COOR FARM SUPPLY SERVICE, INC.
PO BOX 525
SMITHFIELD, NC  27577

COOS RIVER OUTFITTERS
818 S BROADWAY
COOS BAY, OR  97420

COOSA TACKLE
515 E. GRAND AVE.
RAINBOW CITY, AL  35906

COPELCO CAPITAL INC
ONE INTERNATIONAL BLVD, 10TH FLR
MAHWAH, NJ  07430-0631

COPYPRO BUSINESS SYSTEMS
3103 LANDMARK STREET
GREENVILLE, NC  27834

COPYPRO
3103 LANDMARK STREET
GREENVILLE, NC  27834-6950

COPYTRONIX
16655 SW 72ND AVE
SUITE 800
PORTLAND, OR  97224

COQUILLE SUPPLY
2200 KENSINGTON CT
OAK BROOK, IL  60523

CORDOVA, JOHAN ARRIAZA
7220 KENDALLWOOD COURT
FORT MILL, SC  29715

CORE RESOURCES EXPENSE VENDOR
1503 EAST HIGHWAY 13
BURNSVILLE, MN  55337

CORE RESOURCES
21750 CEDAR AVENUE SOUTH SUITE 4
LAKEVILLE, MN  55044

CORE SOUND WATER MUSEUM
1205 ISLAND ROAD
HARKERS ISLAND, NC  28531

CORE TACKLE, LLC
PO BOX 91
JUNCTION CITY, WI  54443

CORI BREIDENBACH
2645 TEMPLES POINT RD
HAVELOCK, NC  28532

CORINA HANSON
MOREHEAD CITY, NC  28557

CORNEJO, BRANDON JOSUE
1613 BEGONIA WAY
ROCK HILL, SC  29732

CORNEJO, DAIYLING DEL ROSARO
5531 NORTHSTREAM DRIVE
APT 6
CHARLOTTE, NC  28208

CORNEJO, ELIANOR
5531 NORTHSTREAM DRIVE
APT 6
CHARLOTTE, NC  28208

CORNEJO, ZASKIA ELLUZ
1613 BEGONIA WAY
ROCK HILL, SC  29732-2845

CORNELIUS DALEY
257 CANAL ST
PHOENIXVILLE, PA  19460

CORNER FOOD MART
20051 BEACH ROAD
PERRY, FL  32347

CORNER MARKET
2181 NEW RIVER ROAD
TOPSAIL BEACH, NC  28460

CORNER STORE EXPRESS
12857 COUNTRY 18 SW
BRAINERD, MN  56401

CORNER STORE
HCR BOX 3, HIGHWAY 371
BACKUS, MN  56435

CORNERS SUPERMARKET
BOX 71
BUXTON, NC  27920

CORNERSTONE GRAPHICS
15800 SE PIAZZA AVE, STE 105
PO BOX 707
CLACKAMAS, OR  97015

CORNHUSKER ARCHERY INC.
201 AUGUSTA ST
BOX 467
BASSETT, NE  68714

COROLLA BAIT & TACKLE
PO BOX 308
COROLLA, NC  27927

CORPORATE CARE
PO BOX 219975
KANSAS CITY, MO  64121

CORPORATE EXECUTIVE BOARD CO.
1919 N LYNN ST
ARLINGTON, VA  22209

CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA  19101-3397

CORRIE WALL
NC  28570

CORROSION TECHNOLOGIES
2850 INDUSTRIAL LANE
GARLAND, TX  75041

CORTEC CORPORATION
4119 WHITE BEAR PARKWAY
ST. PAUL, MN  55110

CORTEK INC
12 E V HOGAN DRIVE
HAMLET, NC  28345

CORTERA INC
QUINCY, MA  02169

CORTEZ MARTINEZ, MAURICIO ALBERTO
6200 MEADOWOOD MALL CIRCLE
APT.414
RENO, NV  89502

CORTLAND LINE COMPANY
3736 KELLOGG RD
CORTLAND, NY  13045

CORY CARSON
97 GULFWINDS DRIVE WEST
PALM HARBOR, FL  34683

COSMOPOLITAN SERVICE CORP.
205 SOUTH NORTHWEST HIGHWAY
PARK RIDGE, IL  60068-5873

COSMOPOLITAN SERVICE CORPORATION
205 S. NORTHWEST HWY.
PARK RIDGE, IL  60068

COSTA
2361 MASON AVENUE 100
DAYTONA BEACH, FL  32117

COSTCO WHOLESALE
P.P. BOX 34535
SEATTLE, CA  98124-1535

COSTELLO, PAMELA J
11455 3RD STREET
BECKER, MN  55308

COTENDO INC
ATTN: ACCOUNTS RECEIVABLE
530 LAKESIDE DR, STE 140
SUNNYVALE, CA  94085

COTTER & CO.
ATTN. MARK WIDING
PO BOX 6868
CHICAGO, IL  60680

COUGAR STORES
13411 LEWIS RIVER RD
ARIEL, WA  98603

COULTER, MALIK SLYHEIM-RUSSELL
1319 NIGHTINGALE DRIVE
GASTONIA, NC  28054

COUNT JUNKULA
ATANDO BUSINESS PARK
1025 MCCLELLAND COURT
CHARLOTTE, NC  28206

COUNTER ASSAULT
FRASER DIRECT
65 QUARTERMAN ROAD, UNIT 1
GUELPH, ON  N1C 0A8
CANADA

COUNTRY CONVENIENCE
8430 STATE RT 305
BURGHILL, OH  44404

COUNTRY INN & SUITES
2221 KILLEBREW DRIVE
BLOOMINGTON, MN  55425

COUNTRY STORE
5870 HWY 28 N
ABBEVILLE, SC  29620

COUNTRY TRADER GUN & PAWN
HC-1 BOX 69
BIRD CITY, KS  67731

COUNTRY-AIRE RENTAL INC
5447 HWY 70 WEST
SUITE 216
MOREHEAD CITY, NC  28557

COUNTRY-AIRE RENTAL, INC.
ACCOUNTING OFFICE
5447 HWY 70 W., SUITE 216
MOREHEAD CITY, NC  28557

COUNTY LINE B&T
6408 CASTLE HAYNE ROAD
CASTLE HAYNE, NC  28429

COUNTY LINE KWIK STOP
HWY 74-76 W
RIEGELWOOD, NC  28456

COUNTY OF CLACKAMAS, OREGON
2051 KAEN ROAD
OREGON CITY, OR  97045

COUNTY OF RICHMOND
PO BOX 1644
ROCKINGHAM, NC  28380-1644

COUNTY OF SAN DIEGO
5555 OVERLAND AVE - BLDG 1
SAN DIEGO, CA  92123-1292

COURTHOUSE CAFFE
720 COURT ST
JACKSONVILLE, NC  28540

COURTNEY SALES, INC.
1870 WREN TURNPIKE
GASTONIA, NC  28052

COURT-ORDERED DEBT COLLECTIONS
STATE OF CALIFORNIA
PO BOX 1328
RANCHO CORDOVA, CA  95741-1328

COURTYARD BY MARRIOTT
404 W. ST GERMAIN
ST. CLOUD, MN  56301

COUSINS MARKETING
18351 KUYKENDAHL ST
PM B 245
SPRING, TX  77379

COVE LODGE
P0 BOX 17
ELFIN COVER, AK  99825

COVE MARINE, INC
109 COVE HARBOR SOUTH
ROCKPORT, TX  78382

COVE PALISADES RESTAURANT/MARINA
PO BOX 140
CULVER, OR  97734

COVERT SCOUTING CAMERAS, LLC
4338 GREENRIDGE SPA RD
LEWISBURG, KY  42256

COVINGTON, JACKIE DESHONNA
418 4TH AVENUE
BENNETTSVILE, SC  29512

COVINGTON, MICHAEL SHERMAN
174 LEDBETTER ROAD
ROCKINGHAM, NC  28379

COVINGTON, NYASIA MONA
402 QUAIL HOLLOW DRIVE
HAMLET, NC  28345

COWART AWARDS
PO BOX 16417
GREENVILLE, SC  29606

COWBOY OUTDOORS - VUDU
29900 HIGHWAY 191
MANY, LA  71449

COWIN, ZACHARY THOMAS
112 LAGOON LANE
PINE KNOLL SHORES, NC  28512

COX COMMUNICATIONS
PO BOX 650957
DALLAS, TX  75265-0957

COX, KAREN A
114 SPRING STREET
NEW CASTLE, KY  40050

COXE, CHARLES J
815 KILEY PKWY
UNIT 706
SPARKS, NV  89436

COYOTES SHOOTERS SUPPLY
1203 TAYLOR
GARDEN CITY, KS  67846

COZEN OCONNOR
7885 PO BOX 7247
PHILADELPHIA, PA  19170-7885

CPR LIFE SAVERS
808 STONE PINE CT
LORIS, SC  29569

CPW, INC.
201-3 NORTH 17TH STREET
MOREHEAD CITY, NC  28557

C-QUARTERS MARINA
PO BOX 535
CARRABELLE, FL  32322

CRAFT AMERICAN HARDWARE
7002 WRIGHTSVILLE AVE
WILMINGTON, NC  28403

CRAFTS SPORT SHOP
ATTN: MIKE SHALLETTE
615 SOUTHBRIAR AVE
EAST RIDGE, TN  37412

CRAIG CONWAY
1500 SE 326TH
WASHOUGAL, WA  98671

CRAIG HOLLER
110 HOLLOWBROOK CT
STATESVILLE, NC  28625

CRAIG NELSON
52751 COUNTY RD. 20
PAYNESVILLE, MN  56362

CRAIG WANN
MT SPORTS
BILLINGS, MT

CRAIGS HUNTING SUPPLY
109 NORTH MAIN STREET
MAGEE, MS  39111

CRAIGS SERVICE COMPANY
409 BRIARWOOD LANE
NEWBERN, NC  28560

CRANBERRY CREEK OUTFITTERS
305 S. 1ST STREET
CAMERON, WI  54822

CRANDALL, CANDACE J
214 JESSIE CIRCLE
HUBERT, NC  28539

CRANFIELD JUNCTION QUICK STOP
4651 HIGHWAY 62 EAST
MOUNTAIN HOME, AR  72653

CRANFORD MFG CO/EZY CLIMB
315B RAILROAD STREET
ROCKWELL, NC  28138

CRANTFORDS FLOWERS
PO BOX 82064
PORTLAND, OR  97282

CRAPPIE MONSTER LLC
114 VICTORIA DRIVE
MARTIN, TN  38237

CRAVE BAIT
ATTN: NANCY
20779 WALNUT
RED BLUFF, CA  96080

CRAVEN COUNTY FIREMENS ASSOCIATION
406 CRAVEN STREET
NEW BERN, NC  28560

CRAVEN COUNTY TAX COLLECTOR
PO BOX 1128
NEW BERN, NC  28563-1128

CRAVEN ELECTRIC SUPPLY CO.,INC
601 MCCARTHY BLVD.
PO BOX 12387
NEW BERN, NC  28561-2387

CRAWDADDYS OUTDOOR STORE
CORNER OF ST RT 235 & 40
NEW CARLISLE, OH  45344

CRAWFORD & CO OF CALIFORNIA
PO BOX 404579
ATLANTA, GA  30384-4579

CRAWFORD & CO
901 NORTHPOINT PKWY
SUITE 118
W PALM BEACH, FL  33407

CRAZY HORSE ARCHERY
2422 NEW COLUMBIA RD
CAMPBELLSVILLE, KY  42718

CRC IND. INC.
885 LOUIS DRIVE
WARMINSTER, PA  18974

CREATIVE HOMEOWNER
24 PARKWAY
UP SADDLE RIVER, NJ  07458

CREATIVE PUB/CY DECOSSE
QUAYSIDE PUBLISHING GROUP
18705 LAKE DRIVE EAST
CHANHASSEN, MN  55317

CREATIVE PUBLISHING INTL
SDS 12-1602
PO BOX 86
MINNEAPOLIS, MN  554861602

CREDIT BUREAU OF CRAVEN COUNTY
PO BOX 1016
NEW BERN, NC  28563

CREDIT MANAGMENT SERVICES
TRUST DEPARTMENT
PO BOX 14010
SANTA ROSA, CA  95402-6010

CREDIT SERVICE CO. INC
PO BOX 30131
BILLINGS, MT  59107-0131

CREDIT TODAY
200 WESTLAKE PARK BLVD
8TH FLOOR FI
HOUSTON, TX  77079

CREDITEMPS INC
7931 NE HALSEY 200
PORTLAND, OR  97213

CREDITNTELL
310 E SHORE RD, STE 304
GREAT NECK, NY  11023

CREDITRISKMONITOR
PO BOX 2219
HICKSVILLE, NY  11802-2219

CREDITSAFE USA INC
1550 POND RD
SUITE 100 WINCHESTER PLAZA
ALLENTOWN, PA  18104

CREEKSIDE COUNTRY STORE
18014 NE 14TH PLAIN BLVD
VANCOUVER, WA  98682

CREME LURE CO.
5401 KENT DRIVE
PO BOX 6162
TYLER, TX  75711

CRESCENT KAYAKS
CRESCENT KAYAKS
205 INDUSTRIAL COURT
CARROLLTON, GA  30117

CRESCENT LAKE LODGE
PO BOX 73
CRESCENT LAKE, OR  97425

CRESCENT MOON ENTERTAINMENT, INC
ATTN: DONNIE DALY
8043 INDUSTRIAL PARK
MECHANICSVILLE, VA  23116

CRESCENT TRUCK LINES INC
PO BOX 44696
SAN FRANCISCO, CA  94144

CRISP, INC.
31 NE 1TH STREET
SUITE 210
MIAMI, FL  33132

CRITTER GITTER
PO BOX 30454
PORTLAND, OR  97294

CRITTERS OUTDOOR WORLD
5274 OUTLET DR
PASCO, WA  99301

CRITTERS OUTDOOR WORLD
BROADWAY FACTORY OUTLET
PASCO, WA  99301

CROATAN BOTTLED WATER
HWY 24
CAPE CARTERET, NC  28557

CROATAN HIGH SCHOOL BAND BOOSTERS IN
1 COUGAR LANE
NEWPORT, NC  28570

CROATAN SPORTS
461 HUBERT BLVD
HUBERT, NC  28539

CROKE, DAVID ALLEN
11881 CYPRESS DRIVE
LAURINBURG, NC  28352

CROOK & CROOK
2795 S.W. 27TH AVENUE
MIAMI, FL  33133

CROOKED HORN OUTFITTERS
26315 TROTTER DR
TEHACHAPI, CA  93561

CROSMAN CORP.
7629 ROUTES 5 & 20
BLOOMFIELD, NY  14469

CROSMAN CORPORATION
7629 NY-5 & 20
BLOOMFIELD, NY  14469

CROSS BAY BAIT & TACKLE
164-26 CROSS BAY BLVD
HOWARD BEACH, NY  11414

CROSS ENGINEERING LLC
2722 LOKER AVE WEST
CALSBAD, CA  92010

CROSS RIP OUTFITTERS, LTD
PO BOX 55
NANTUCKET, MA  02554

CROSS RIVER SPORTSWEAR SHACK
759 RT 35
CROSS RIVER, NY  10518

CROSS ROAD STORE
2311 HWY 173
GALENA, MO  65656

CROSSROADS GROCERY
10 SIMS BRIDGE ROAD
FRANKLINTON, NC  27525

CROWDER RODS
1275 NE SAVANNAH ROAD, UNIT 4
JENSEN BEACH, FL  34957

CROWDER VAC & GUN SHOP
309 WESTOAKLAND
JOHNSON CITY, TN  37601

CROWDER, ALFREDA CHAREE
2506 KENDALL DRIVE
CHARLOTTE, NC  28216

CROWLEY FLECK ATTORNEYS
490 N 31ST ST 500
BILLINGS, MT  591401-126

CROWLEY LAKE FISH CAMP
PO BOX 179
JUNE LAKE, CA  93529

CROWN EQUIPMENT CORP
PO BOX 641173
CINCINNATI, OH  45264-1173

CROWN PACKAGING CORP
17854 CHESTERFIELD AIRPORT RD
CHESTERFIELD, MO  63005

CRP RICHARD ELLIS MEMPHIS
2620 THOUSAND OAKS BLVD
SUITE 4000
MEMPHIS, TN  38118

CRS
PO BOX 71573
CHICAGO, IL  60694-1573

CRST LOGISTICS INC
PO BOX 71573
CHICAGO, IL  60694-1573

CRUMPLER, CHRIS WAYNE
4103 SW HOLLOWBROOK ST
BENTONVILLE, AR  72713

CRUMS MINI MALL
PO BOX 145
PANACEA, FL  32346

CRYSTAL AVIATION LLC
PO BOX 650786
DALLAS, TX  75265-0786

CRYSTAL COAST CIVIC CENTER
3505 ARENDELL STREET
MOREHEAD CITY, NC  28557

CRYSTAL COAST FAMILY PRACTICE
505 NORTH 35TH
MOREHEAD CITY, NC  28557

CRYSTAL COAST FINRA
C/O KAREN HARDESTY
3200 ARENDELL ST
MOREHEAD CITY, NC  28557

CRYSTAL COAST HABITAT FOR HUMANITY
1105 BRIDGES STREET
MOREHEAD CITY, NC  28557

CRYSTAL RIVER
1420 SE HWY 19
CRYSTAL RIVER, FL  34429

CRYSTAL SPRINGS WATER CO
PO BOX 2590
CLACKAMAS, OR  97015

CRYSTAL SPRINGS
PO BOX 530578
ATLANTA, GA  30353-0578

CSC APPLIED TECHNOLOGIES
PO BOX 24619
WEST PALM BEACH, FL  33416

CSC CREDIT SERVICES
2711 CENTERVILLE RD
WILMINGTON, DE  19808

CSI SHELVING
3140 KING AVE W, 6
BILLINGS, MT  59102

CSI SPORTING GOODS CANADA INC
UNIT 5 - 1249 CLARENCE AVE
WINNIPEG, MB  R3T 1T4
CANADA

CSI SPORTS LLC
PO BOX 360
SAUK RAPIDS, MN  56379

CSI SPORTS, LLC
ATTN: AL DEHLER
PO BOX 360
SAUK RAPIDS, MN  56379

CSI SPORTS, LLC.
360 INDUSTRIAL BLVD.
PO BOX 360
SAUK RAPIDS, MN  56379

CSI, LTD.
ATTN: AL DEHLER
PO BOX 360
SAUK RAPIDS, MN  56379

CST CO INC
CST BLDG
PO BOX 33127
LOUISVILLE, KY  40232-3127

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL  60197-4349

CT LIEN SOLUTIONS
PO BOX 301133
DALLAS, TX  75303-1133

CTL NW, INC
19912 NW METOLIUS
PO BOX 219181
PORTLAND, OR  97229

CTPARTNERS EXECUTIVE SEARCH LLC
PO BOX 71-4755
COLUMBUS, OH  43271-4755

CTS FLOORING
PO BOX 13700-1020
PHILADELPHIA, PA  19191-1020

CUBA SPECIALTY MFG CO INC/DBA TACKLE
81 SOUTH GENESEE STREET
FILLMORE, NY  14735

CUBBY FISHING LURES
PO BOX 484
CRETE, IL  60417

CUBISCAN INTEGRATION SERVICES
314 SOUTH 200 WEST
FRAMINGTON, UT  84025

CUDA-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

CUDJOE SALES FISHERMENS WAREHOUSE
22536 OVERSEAS HIGHWAY
CUDJOE KEY, FL  33042

CUEVAS, ROSA
8400 GIPSY WAY
RENO, NV  89506

CULDERA GRAPHICS
PO BOX 4301
EMERALD ISLE, NC  28594

CULLER, ROBERT B
1025 RIVERLAND WOODS PLACE
APT 114
CHARLESTON, SC  29412

CULLIGAN OF NW ARKANSAS
PO BOX 2932
WICHITA, KS  67201-2932

CULLIGAN WATER COND
4911-B BRIDGES ST EXT
MOREHEAD CITY, NC  28557

CULLIGAN
2480 US HWY 70 E
NEW BERN, NC  28560-6798

CULLIGAN
4911-B BRIDGE ST EXT.
MOREHEAD CITY, NC  28557

CULTUS LAKE RESORT
PO BOX 262
BEND, OR  97701

CULVER MARKET
PO BOX 320
CULVER, OR  97734

CUMINGS INC.
11273 CENTER STREET
OTISVILLE, MI  48463

CUMMINS CAL PACIFIC
310 N JOHNSON
EL CAJON, CA  92020

CUNNINGHAM CATTLE CO.
PO BOX 225
KAYCEE, WY  82639

CUPPER ENTERPRISES
102 E. MAIN STREET
BROUSSARD, LA  70518

CURENTON, ROBERT DWAYNE
11022 DRY STONE DR
HUNTERSVILLE, NC  28078

CURETON, GLORIA ANN
294 CORNELIUS STREET
ROCK HILL, SC  29730

CURRENTS TACKLE
10585 N ADDIS RD
ROME CITY, IN  46784-9775

CURRITUCK SPORTS, INC.
HIGHWAY 158
COINJOCK, NC  27923

CURRY, SHEILA ARLENE
141 DUCK POND LN
CHERAW, SC  29520

CURTIS FISHERIES, INC.
1195 COUNTRY CLUB ROAD
MARTINSVILLE, IN  46151

CURTIS MATHES
4622 ARENDELL ST
ATTN. JACKIE
MOREHEAD CITY, NC  28557

CURTIS WILLIAMS
1005 TANGLEWOOD DRIVE
GASTONIA, NC  28054

CURTIS, JONATHAN WILEY
2914 S. ESCONDIDO COURT
RENO, NV  89502

CURTS BAIT & TACKLE
804A SOUTH SALISBURY AVE.
GRANITE QUARRY, NC  28072

CUSHMAN HOLE
6750 HWY 126
FLORENCE, OR  97439

CUSTIS, DAVID
7711 FERRY LAUNCH WAY 4210
RALEIGH, NC  27617

CUSTOM ADVERTISING
ATTN: CATHY SHELTON
2540 B VICEROY DR
WINSTON-SALEM, NC  27103

CUSTOM CABINETS
1041 NC HWY 101
BEAUFORT, NC  28516

CUSTOM CRATING, INC.
1031 AVENUE M
GRAND PRAIRIE, TX  75050

CUSTOM DATA PRODUCTS, INC.
5730 UPLANDER WAY, SUITE 101
CULVER CITY, CA  90230

CUSTOM DELIVERY SERVICE, INC
1905 17TH ST
CODY, WY  82414

CUSTOM FISHING RODS
16 P STREET
BAKERSFIELD, CA  93304

CUSTOM JIGS & SPINS INC
402 WESTCOR DRIVE
CORALVILLE, IA  52241

CUSTOM LAWN & LANDSCAPE
PO BOX 14
HUNTLEY, MT  59037

CUSTOM LEATHERCRAFT
10240 S. ALAMEDA STREET
SOUTH GATE, CA  90280

CUSTOM LURES OF LACROSSE
1330 BAINBRIDGE STREET
LACROSSE, WI  54603

CUSTOM MARINE CANVAS AND UPHOLSTERY
613-A MOREHEAD AVE
PO BOX 2752
ATLANTIC BEACH, NC  28512

CUSTOM MARINE FABRICATION
2401 HIGHWAY 70 EAST
NEW BERN, NC  28562

CUSTOM MOLDED PRODUCTS
140 CELTIC BOULEVARD
TYRONE, GA  30290

CUSTOM PRINTING CO.
P.O.BOX 7028
ST.LOUIS, MO  63177-1028

CUSTOM SPORTS
84318

CUSTOM WOOD PRODUCTS
PO BOX 783
PARLIER, CA  93648

CV INTERNATIONAL, INC
PO BOX 3295
NORFOLK, VA  23514

CVS
PO BOX N
WOORSOCKET, RI  02895

CXTEC
PO BOX 5211
DEPT 116003
BINGHAMTON, NY  13902-5211

CYBERMATION INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

CYBERNETIK.NET
2551 38TH AVE NE 306
ST ANTHONY, MN  55421

CYCLE COUNTRY ACCESSORY CORP
1701 38TH AVE WEST
SPENCER, IA  51301

CYCLONE SWEEPER
PO BOX 2
MOREHEAD CITY, NC  28557-0094

CYNTHIA CALL
191 E BROAD ST, STE.303
ATHENS, GA  30601

CYNTHIA KING TRUST
MEMBERS TRUST COMPANY
950 W. FLETCHER AVE.
TAMPA, FL  33612

CYNTHIA MOORE
WEST MARINA
3027 CAPITAL BLVD. SUITE 111
RALEIGH, NC  27604

CYNTHIA S HUFFINES
450 CEDARWOOD DR
BURLINGTON, NC  27215

CYPRESS CREEK OUTDOORS, LLC DBA VICI
4598 ROSLIN ROAD
NEWBURGH, IN  47630

CZ-USA
3341 N 7TH ST TRAFFICWAY
KANSAS CITY, KS  66115

D & G SIGN AND LABEL
PO BOX 157
NORTHFORD, CT  06472

D & H PRODUCTS
118 DENNY RD
VALENCIA, PA  16059

D & H PRODUCTS, INC.
465 DENNY ROAD
VALENCIA, PA  16059

D & J PLASTICS
PO BOX 741
HWY COUNTY RD 25
GEORGETOWN, GA  39854

D & K BAIT SHOP
288 W HYDELL RD
CHILLICOTHE, OH  45601

D & M HARDWARE
119 MAIN ST
NYSSA, OR  97913

D & RS LOCKS N LOADS
641 MAIN ST
COTTAGE GROVE, OR  97424

D & S COMMUNICATIONS, INC
1355 N MCLEAN BLVD
ELGIN, IL  60123

D K ENTERPRISE
12877 SAN PABLO AVE
RICHMOND, CA  94805

D&H DUNCANS PLUMBING
PO BOX 310
HUBERT, NC  28539

D&R PLUMBING & HEATING CORP
PO BOX 401
NEWPORT, NC  28570

D.B. SEARLES
18 FIFTH AVENUE SOUTH
ST. CLOUD, MN  56301

D.H.D. BAIT & TACKLE
2415 N. BROADWAY
1509 72ND STREET
MINOT, ND  58701

D.I.D. CORPORATION
5930 NORTHWOODS BUSINESS PKWY
CHARLOTTE, NC  28269

D.J.S SPORTING GOODS
629 LEGION DRIVE
MONTEVIDEO, MN  56265

D.L.BEVERIDGE
4504 DANIEL DRIVE
WAXHAW, NC  28173

D.S.E. INC.
2805 MARKET STREET 187
GARLAND, TX  75041

D.W. MORGAN ELECTRIC COMPANY INC.
PO BOX 51
TRINITY, NC  27370

DAC TECHNOLOGIES
3200 S SHACKLEFORD ROAD
SUITE 9
LITTLE ROCK, AR  72205

DADDY RABBITS
3876 NC HWY 8
LEXINGTON, NC  27292

DADE COUNTY TAX COLLECTOR
140 W FLAGER STREET
14TH FLOOR
MIAMI, FL  33130

DADS MILITARY OUTLET
11480 COMMERCIAL LANE
LAUREL, DE  19956

DAGOBERTO LEMUS
1833 S 5TH ST
FRESNO, CA  93702

DAHLSTROM & CO, INC
50 OCTOBER HILL RD
HOLLISTON, MA  01746

DAILY NEWS
PO BOX 220
RED BLUFF, CA  96080

DAIRY DAUGHTERS MUSIC LLC
1017 16TH AVENUE SOUTH
NASHVILLE, TN  37212

DAISY MFG. CO. INC.
400 WEST STRIBLING DRIVE
ROGERS, AR  72757

DAIWA CORPORATION
PO BOX 7007
RANCHO SANTA MA, CA  92688

DAKAKE, IRINA A A
3017 RIVERCHASE DRIVE
MOUNT HOLLY, NC  28120

DAKOTA ARCHERY
916 NE 6TH ST
MADISON, SD  57042

DAKOTA LITHIUM
225 S. LUCILE STREET
SEATTLE, WA  98108

DAKOTA MAILING & SHIPPING
PO BOX 9514
FARGO, ND  58106-8514

DAKOTA WATCH CO.
854 E CRESCENTVILLE RD
CINCINNATI, OH  45246

DAKOTAMART OF PIERRE
120 W. SIOUX
PIERRE, SD  57501

DAKOTAMART
120 W. SIOUX
PIERRE, SD  57501

DAL INC
PO BOX 162
CLIFTON HEIGHTS, PA  19018-0162

DALIAN MERIT METAL PARTS CO. LTD
3, BUILDING 9 HONGXING INDUSTL PARK
DEVELOPMENT ZONE
DALIAN
CHINA

DALLAS MANUFACTURING COMPANY
1388 FLAT CREEK ROAD
ATHENS, TX  75751

DALTONS NORTHWEST CATERING
8530 SW PFAFFLE
TIGARD, OR  97223

DAMAGE RECOVERY UNIT
PO BOX 405738
ATLANTA, GA  30384-5738

DAMARISCOTTA HARDWARE
423 MAIN ST
DAMARISCOTTA, ME  04543

DAMONS BAITHOUSE
SUITE 80C
MONETA, VA  24121

DAN AKIN
PO BOX 327
17010 BRAVO LANE
BROOKINGS, OR  97415-0031

DAN AKIN
PO BOX 327
BROOKINGS, OR  97415-0031

DAN CARL
1525 MOODY BRINGE RD
CLEVELAND, SC  29635

DAN LOBE
W299 MOE RD
MONDOVI, WI  54755

DAN MCDONALD
3540 RACQUET
BILLINGS, MT  59102

DAN MERWIN
1909 WALTON BLUFF ROAD
CHARLOTTE, NC  28226

DAN MILLER
1670 MULLER DR
NAPA, CA  94559

DAN PHILLIPS
916 BENFIELD DR
GREENSBORO, NC  27410

DAN PIERCE OUTDOOR SHOP
842 W. 4TH ST
LEWISTOWN, PA  17044

DAN RADKE
4577 SE 23RD CT
GRESHAM, OR  97080-8037

DAN REITZ
113 GLOUCESTER COURT
NEWPORT, NC  28570

DAN SANDERS
PO BOX 2141
KITTY HAWK, NC  27949

DAN VORLAND
5423 S. KIMBROUGH
SPRINGFIELD, MO  65810

DANA WHARF SPORTFISHING
34675 GOLDEN LANTERN
DANA POINT, CA  92629

DANBY COUNTRY STORE
RR BOX 62
DANBY, VT  05739

DANCO SPORTS INC.
2820 SE MARTIN SQUARE CORP. PARKWAY
STUART, FL  34994

DANGEROUS GOODS COUNCIL
PO BOX 7325
YORK, PA  17404

DANIEL DEFENSE ARMAMENT, INC.
101 WARFIGHTER WAY
BLACK CREEK, GA  31308

DANIEL ENTERTAINMENT GROUP
PO BOX 240003
CHARLOTTE, NC  28224

DANIEL F. LYONS D/B/A
S/D AERO ENGINEERS
4303 PINEWOOD COURT
MOREHEAD CITY, NC  28557

DANIEL HERNANDEZ
1617 W NORMAL
FRESNO, CA  93705

DANIEL J JEREZ
2265 S CHESTNUT
FRESNO, CA  93725

DANIEL REICH
ATTORNEY AT LAW
3 BROAD ST
BETHEL, ME  04217

DANIEL REITZ
113 GLOUCESTER COURT
NEWPORT, NC  28570

DANIEL RICKARD
737 BLOOMFIELD BLVD
JACKSON, MI  49203

DANIEL S. WEBER
GORIA & WEBER
1761 HOTEL CIRCLE SOUTH, SUITE 200
SAN DIEGO, CA  92108

DANIELS, JUSTIN J
3801 SYMI CIRCLE
15
MOREHEAD CITY, NC  28557

DANIELS, SANDRA KAY
3530 ADANAC COURT
BAKERSFIELD, CA  93309

DANKA FINANCIAL SERVICES
PO BOX 41647
PHILADELPHIA, PA  19101-1647

DANNY KINGS CATFISH PUNCH BAIT
3921 LAKEVIEW DRIVE
ENNIS, TX  75119

DANNY'S PAWN & SPORTS
16643 HWY 17
HAMPSTEAD, NC  28443

DANS SPORT SHOP
1190 SOUTH MAIN STREET
SAUK CENTRE, MN  56378

DANSONS US, LLC
3411 NORTH 5TH AVENUE, SUITE 500
PHOENIX, AZ  85013

DANTZLER, CORY CHRISTOPHER
8301 LONG CREEK CLUB DRIVE
CHARLOTTE, NC  28216

DANVILLE SPORTING GOODS
PO BOX 47
DANVILLE, VT  05828

DARELL G MCDONALD
TRISTATE FIBERGLASS
4158 N FORK DR
AHSAHKA, ID  83520

DARLENE KEEL
173 HANKISON DRIVE
NEWPORT, NC  28570

DARLENES ON THE BOARDS
1109C ATLANTIC AVE
OCEAN CITY, MD  21842

DARRELL ARBOGAST
3274 DAHLIA LN
EUGENE, OR  97404

DARRELL D DAVIS
1550 LANCE LOT PL
6
BILLINGS, MT  59105

DARRELL JONES
200 CENTREPORT DR
SUITE 148
GREENSBORO, NC  27409

DARREN GATES
1318 LONG RUN ROAD
SCHUYLKILL HAVE, PA  17972

DARRICK REYNOLDS
970 SIDNEY MARCUS BLVD.
SUITE 1301
ATLANTA, GA  30324

DARRYL ERICKSON
405 APLETS WAY
CASHMERE, WA  98815

DARRYL ERICKSON
405 N. DIVISION
CASHMERE, WA  98815

DART MANUFACTURING CO
4012 BRONZE WAY
DALLAS, TX  65237

DASHA NAUTICA
MOREHEAD CITY, NC  28557

DASHIELLS HALF ROUND
1436 HOLLAND ROAD
SUFFOLK, VA  23434

DATA CAPTURE SOLUTIONS
160 WEST ROAD
ELLINGTON, CT  06029

DATA CAPTURE SOLUTIONS
PO BOX 5008
NEW BRITAIN, CT  06050-5008

DATA FREIGHT, INC
907 NE COLBERN RD
LEES SUMMIT, MO  64086

DATA GENERAL CORPORATION
4400 COMPUTER DRIVE
WESTBORO, MA  01580

DATA GENERAL LEASING
PO BOX 651388
CHARLOTTE, NC  28265-1388

DATA SYSTEMS AND MANAGEMENT INC.
900 LONG LAKE ROAD
SUITE 151
ST. PAUL, MN  55112

DATACOM MARKETING
2200 YONGE STREET
SUITE 500
TORONTO, ON  M4S 2C6
CANADA

DATASITE LLC
PO BOX 74007252
CHICAGO, IL  60674-7252

DATAWARE COMPUTER PRODUCTS
PO BOX 423
JEFFERSON, NY  12748

DATEX, INC.
10300 49TH STREET N.
CLEARWATER, FL  33762

DAUGHERTY, JACKSON ROSS
864 FARM TO MARKET 2148
TEXARKANA, TX  75501

DAUGHERTY, TERESA KIZZIAH
422 SNOW GOOSE LANE
NEWPORT, NC  28570

DAVE CASPER
1139 27TH AVENUE NORTH
ST. CLOUD, MN  56303

DAVE EARNEST
1520 LOWER RIVER ROAD
CHARLESTON, TN  37310

DAVE GEHRKE
1209 DRIFTWAY POINT RD
MATTHEWS, NC  28105

DAVE MARTIN
7 REEL CT
GREENSBORO, NC  27455

DAVE RUSSELL
PO BOX 5352
SANFORD, NC  27331

DAVE STRAHAN
1711 JONES CREEK ROAD
GRANTS PASS, OR  97526

DAVE SWEENEY
315 ARCADIA BLVD
SPRINGFIELD, MA  01118

DAVENPORTS ARCHERY & SPORTS
803 TIM THORPE BLVD
PRAGUE, OK  74864

DAVES GUN & PAWN
PO BOX 63
RIVERSIDE, WA  98849

DAVES GUNS
1842 S PARKER RD 15
DENVER, CO  80231

DAVES GUNS. INC.
1689 N. MARKET DR.
RALEIGH, NC  27609

DAVES OUTDOOR OUTFITTERS
2350 WOODHILL DRIVE
LEXINGTON, KY  40509

DAVES PART & SERVICE
1312 US HWY 19 NORTH
HOLIDAY, FL  34691

DAVES SHELL
PO BOX 709
ILWACO, WA  98624

DAVES TACKLE
3904 US 41 NORTH
PALMETTO, FL  34221

DAVID A LOPEZ
621 N HARRISON
FRESNO, CA  93704

DAVID ARMSTRONG
4208 SIX FORKS ROAD
SUITE 1208
RALEIGH, NC  27609

DAVID BROWN
33050

DAVID CHAMBERS
PO BOX 542
PELHAM, GA  31779-0542

DAVID CHRISTOPHER COMBS TRUST
4208 SIX FORKS ROAD
SUITE 1208
RALEIGH, NC  27609

DAVID COOLEY
(DAVIDS BAIT & TACKLE)
3725 B DEL PRADO
CAPE CORAL, FL  33904

DAVID GRIMMETT
P.O.BOX 56
RAINELLE, WV  25962-0056

DAVID HAAS
11881 CYPRESS DRIVE
LAURINBURG, NC  28352

DAVID HALL
C/O AWR
FRESNO, CA  93725

DAVID HAUSCHILD
1614 NEW BERN ST
NEWPORT, NC  28570

DAVID J GILBERT
118 CIMARRON DR
MOON TOWNSHIP, PA  15108

DAVID JACOBS
5360 TOWER HILL COURT
WELDON SPRING, MO  63304

DAVID JONES
21370 BEAR CREEK RD
BEND, OR  97701

DAVID JONES
62040 DANTILI RD.
BEND, OR  97701

DAVID KAFFKE
13430 SE HUBBARD RD 148
CLACKAMAS, OR  97015

DAVID L. STANFORD D/B/A
ATLANTIC PAPER COMPANY
PO BOX 160
LANCASTER, TX  75146

DAVID P. DEWALT
212 NORFOLK DRIVE
NEWPORT, NC  28570

DAVID PENNINGTON
120 NORTH SHORE DR
ATLANTIC BEACH, NC  28512

DAVID POPOWSKI
ATTORNEY AT LAW
PO BOX 1064
CHARLESTON, SC  29402

DAVID R. RUSSELL
499 RIVER BEND LANE
SANFORD, NC  27330

DAVID SEKELY
538 PARK MEADOWS DR
NEWPORT, NC  28570

DAVID SHAUL
552 CHARLOTTE ST
HAMLET, NC  28345-2612

DAVID SIMPSON
735 COMET DR
BEAUFORT, NC  28516

DAVID TRAAEN
710 NE 17TH AVE
CANBY, OR  97013

DAVIDS MARKET
1504 BOONE TRAIL
N. WILKESBORO, NC  28659

DAVIS AXNESS
4325 WOODRIDGE DRIVE
EAU CLAIRE, WI  54701

DAVIS COOK
118 MIMOSA BLVD PKS/
PO BOX 2989
ATLANTIC BEACH, NC  28512

DAVIS GREGG ENTERPRISES
10139 PROSPECT AVE
SANTEE, CA  92071

DAVIS INSTRUMENTS
3465 DIABLO AVE
HAYWARD, CA  94545

DAVIS RESTAURANT SUPPLY
2500 BRIDGES STREET
MOREHEAD CITY, NC  28557

DAVIS, BRENT ALLEN
4947 SOUTH NC HIGHWAY 87
GRAHAM, NC  27253

DAVIS, DEMARCUS TYRON
730 HIGH MEADOW LANE
1313
CHARLOTTE, NC  28217

DAVIS, HUNTER L
13423 LAKESIDE TERRACE DRIVE
HOUSTON, TX  77044

DAVIS, JENNIFER MORROW
2925 LONG CIRCLE
IRON STATION, NC  28080

DAVIS, MELVIN
2009 ASTON MILL PLACE
CHARLOTTE, NC  28273

DAVIS, WANDA FAITH
4100 WESTCLIFF DR
CHARLOTTE, NC  28208

DAVIS-WOODARD, SOJOURNIA M.
2463 THORN SPRING LN SE
CONCORD, NC  28025

DAWES TRANSPORT INC
BOX 68-9469
MILWAUKEE, WI  53268-9469

DAWN HERALD PRINTING
1509 BRIDGES ST
MOREHEAD CITY, NC  28557

DAWN POLK
EL CAJON, CA  92020

DAWN TOWN & COUNTRY
30 BROAD STREET ROAD
MANAKIN SABOT, VA  23103

DAWSON EASY PAY TIRE STORE INC
193 SOUTH MAIN ST
DAWSON, GA  31742

DAY 6 OUTDOORS
1150 BROOKSTONE CENTRE PKWY STE 200
COLUMBUS, GA  31904

DAY MANAGER TIME SYSTEM
3707 FIFTH AVE.
SUITE 113
SAN DIEGO, CA  92103

DAYS INN
602 WEST FOR MACON ROAD
ATLANTIC BEACH, NC  28512

DAYTIMERS, INC.
ATTN: ACCOUNTING DEPT.
PO BOX 27001
LEHIGH VALLEY, PA  18002-7001

DAYTON HOUSE RESORT
2400 NORTH OCEAN BLVD
MYRTLE BEACH, SC  29577

DC RADIO & TV, INC.
2137 N SIERRA WAY
SAN BERNADINO, CA  92405

DCS TACKLE, INC.
PO BOX 856
FORT PIERRE, SD  57532

DE LAGE LANDEN
PO BOX 41601
PHILADELPHIA, PA  19101-1601

DEAD COW LANE
HWY 101 DEAD COW LANE
BEAUFORT, NC  28516

DEAD DOWN WIND LLC
SQUARE 1 DISTRIBUTION
3610 E. KEARNEY STREET UNIT 1
SPRINGFIELD, MO  65803

DEAD END GAME CALLS INC.
102 CHESTNUT STREET SUITE 101
N. WILKESBORO, NC  28659

DEADLY DICK LURES
2371 COHO ROAD
CAMPBELL RIVER, BC  V9W 4W3
CANADA

DEAN ALAN STROCK
191 COWAN ROAD
CONYERS, GA  30208

DEAN HEADLEY
1265 OSAUKA ROAD NE
SAUK RAPIDS, MN  56379

DEAN REED
1231 CREEK RD
MOREHEAD CITY, NC  28557

DEAN, CIEVE OMARI
303 FAIRWOOD AVENUE
CHARLOTTE, NC  28203

DEANS SPORTING GOODS
PO BOX 1714
DUBOIS, WY  82513

DEBBIE HUNEKE
5409 AUSTRALIAN AVE.
WEST PALM BEACH, FL  33407

DEBORAH JANSEN
RT. 2, BOX 90
BAGLEY, MN  56621

DEBORAH W. LITTLETON D/B/A
CAKE CREATIONS
501 BENNETT DRIVE
SELMA, NC  27576

DEBORIA SMITH
1015 PINERIDGE DR
ROCKINGHAM, NC  28379

DEBRA ARMOUR
348 COURTGROUND RD
WASHINGTON, GA  30673

DEBRA W. BALL REAL ESTATE, INC.
224 BRANDYWINE BLVD.
MOREHEAD CITY, NC  28557

DEBROOKS FISHING CENTER
107 FISHERMANS WHARF
FORT PEIRCE, FL  33450

DEBROOKS FISHING CENTER
107 FISHERMANS WHARF
FORT PIERCE, FL  33450

DEBRUCE TRANSPORTATION INC
PO BOX 34621
N KANSAS CITY, MO  64117

DEBSEN PRODUCTS CO. LLC
2832 COTTONWOOD CIRCLE
MITCHELL, SD  57301

DECALS & MORE
1811 TESTA DR
MARION, IL  62959

DECATUR BAIT & TACKLE
JAMES CROW
214 6TH AVE SE
DECATUR, AL  35601

DEE ERIKSON
600 REGALWOOD DR
JACKSONVILLE, NC  28546

DEE GEE GIFTS AND BOOKS
508 EVANS STREET
MOREHEAD CITY, NC  28557

DEEKS/I.S.A. CORPORATION
3787 FAIRVIEW INDUSTRIAL DR. SOUTH
SALEM, OR  97302

DEEP BLUE MARINE PRODUCTS
735 WESLEY AVENUE
TARPON SPRINGS, FL  34683

DEEP FREEZE
325 INDIANA AVENUE
STEVENS POINT, WI  54481

DEEP SEA CHARTERS INC
2319 N WESTHAVEN DR
PO BOX 1115
WESTPORT, WA  98595

DEEPER, UAB
ANTAKALNIO STR.17 1 BUILDING
VILNIUS 10312
LITHUANIA

DEER MANAGEMENT SYSTEMS DBA REVEAL
B
1668 WEST JORDAN ROAD
DECORAH, IA  52101

DEER QUEST
3305 REMEMBERANCE RD
WALKER, MI  49534

DEES THREADERS
3779 BRUSSELLS ST
NORTH BEND, OR  97459

DEESE, BRANNON ZACHARY
412 TECHNOLOGY CENTER WAY
APT217C
ROCK HILL, SC  29730

DEESE, SANDRA ANN
105 VALLEY HILL DR
ROCKINGHAM, NC  28379

DEHNCO
300 S LAGESCHULTE ST
PO BOX 866
BARRINGTON, IL  60010

DEL MAR VA SPORTS CENTER
12826 OCEAN GATEWAY
OCEAN CITY, MD  21842

DEL RE WESTERN OUTDOORS
5437 S CENTRAL AVE
PHOENIX, AZ  85040

DELAWARE DEPT OF LABOR
EMPLOYMENT TRAINING TAX FUND
PO BOX 41780
PHILADELPHIA, PA  19101-1780

DELAWARE DIVISION OF REVENUE
540 SOUTH DUPONT HIGHWAY
SUITE 2
DOVER, DE  19901

DELAWARE DIVISION OF REVENUE
PO BOX 2340
WILMINGTON, DE  19899-2340

DELAWARE SECRETARY OF STATE
1201 N. MARKET STREET
SUITE 1600
WILMINGTON, DE  19801

DELEON, HARLEY MIGUEL
1251 10TH AVE NE
APT 111
SAUK RAPIDS, MN  56379

DELGADO, STEPHANIE I.
413 ACADEMY STREET
MAXTON, NC  28364

DELL CENTER
PO BOX 64
DELL, MT  59724

DELL COMMERCIAL CREDIT
DEPT 57 - 0016663378
PO BOX 9020
DES MOINES, IA  50368-9020

DELL MARKETING LP - USD
C/O DELL USA LP
PO BOX 534118
ATLANTA, GA  30353-4118

DELOITTE & TOUCHE LLP
DEPT.77393
P.O.BOX 77000
DETROIT, MI  48277-0393

DELORES WERNER
9209 W. PATTERSON ST
TAMPA, FL  33615

DELORME
TWO DELORME DR
PO BOX 298
YARMOUTH, ME  04096

DELTA AIR LINES
PO BOX 105531
ATLANTA, GA  303485531

DELTA DENTAL OF NORTH CAROLINA
32406 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0324

DELTA JANITORIAL CLEANING SERVICE
PO BOX 35874
OAKLAND, TN  38060-0358

DELTA MARINE ENT, INC.
3100 DELTA MARINE DR.
COLUMBUS, OH  43068

DELTA MCKENZIE TARGETS LLC
30151 160TH STREET
DIKE, IA  50624

DELTA PROPERTY MANAGEMENT
8014 WEBSTER RD
DELTA, BC  V4G 1G6
CANADA

DELTA SHIPPING SUPPLIES
990 S ARROYO PKWY STE. 3
PASADENA, CA  91105

DELTA TACKLE CO.
8014 WEBSTER RD
DELTA, BC  V4G 1G6
CANADA

DELTA TIRE ALIGNMENT
1560 HWY 61 NORTH
TUNICA, MS  38627

DELTACOM
PO BOX 740597
ATLANTA, GA  30374-0597

DEL-TON, INC.
330 AVIATION PARKWAY
ELIZABETHTOWN, NC  28337

DEL-TONE/LUTH GUN CLUB
3322 12TH ST SE
ST CLOUD, MN  56304

DELUXE BUSINESS FORMS
ACCOUNTS RECEIVABLE DEPARTMENT
PO BOX 64500
ST. PAUL, MN  55164-0500

DELVE INTERIORS
7820 THORNDIKE RD
GREENSBORO, NC  27409

DEMANDJUMP INC.
10 W. MARKET STREET
SUITE 1950
INDIANAPOLIS, IN  46204

DENALI RODS
2492 HWY 62
MOUNTAIN HOME, AR  72653

DENMANS HARDWARE
MUNISING, MI  49862

DENNIS BURNELL
HILSONS UNIVERSITY MALL
215 DORSET STREET
S.BURLINGTON, VT  05403

DENNIS G. BITTON
PO BOX 1387
IDAHO FALLS, ID  83403

DENNIS GROSZ
1405 5TH AVE N
SARTELL, MN  56377

DENNY BS BAIT & TACKLE
9735 W. HILLSBOROUGH AVE
TAMPA, FL  33615

DENNY BURNELL
HILSONS - UNIVERSITY MALL
215 DORSET STREET
SO. BURLINGTON, VT  05403

DENNY KAUFENBERG
610 14TH STREET N.
SARTELL, MN  56377

DEPARTMENT OF BUSINESS REGULATION
233 RICHMOND STREET
SUITE 232
PROVIDENCE, RI  02903-4232

DEPARTMENT OF INDUSTRIAL RELATIONS
ACCT - TIC FUND 096.01
PO BOX 420603
SAN FRANCISCO, CA  94142-0603

DEPARTMENT OF JUSTICE
FIREARMS PROGRAM
PO BOX 820200
SACRAMENTO, CA  94203-0200

DEPARTMENT OF LABOR & INDUSTRIES
PO BOX 34226
SEATTLE, WA  98124-1226

DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA, WA  98504-7464

DEPARTMENT OF TAX & REVENUE
INTERNAL AUDITING DIVISION
PO BOX 2666
CHARLESTON, WV  25330-2666

DEPARTMENT OF TRANSPORTATION
DIVISION OF MOTOR VEHICLES
3148 MAIL SERVICE CENTER
RALEIGH, NC  27697-3148

DEPENDABLE SPORTING CENTER
15220 HWY 43
RUSSELLVILLE, AL  35653

DEPPMAN & FOLEY, P.C.
ATTORNEYS AT LAW
7 WASHINGTON STREET
MIDDLEBURY, VT  05753-1215

DEPT OF INDUSTRIAL RELATIONS
DIVISION OF OCCUPATIONAL SAFETY
PO BOX 420603
SAN FRANSISCO, CA  94142-0603

DEPT. OF TAX AND REVENUE
REVENUE DIVISION
PO BOX 1667
CHARLESTON, WV  25326-1667

DEQ
720 HIGH MEADOWS LANE
CHARLOTTE, NC  28217

DEREK ERDMANN
103 PHILLIPS PL.
CASHMERE, WA  98815

DEREK ZAKOV
8605 SW 68TH CT
SUITE 1
MIAMI, FL  33143-7834

DERMASAFE SYSTEMS
4834 N INTERSTATE AVE
PORTLAND, OR  97217-3647

DERMATEC DIRECT
4430 E. ADAMO DRIVE
SUTIE 306
TAMPA, FL  33605

DERONS COPORATE APPAREL
4212 HAMMOND DR
WINTER HAVEN, FL  33881

DERSE
3455 W RENO AVE SUITE C
LAS VEGAS, NV  89118-1608

DES - UNEMPLOYMENT TAX
PO BOX 52027
PHOENIX, AZ  85072-2027

DESCHUTES CANYON FLY SHOP
PO BOX 334
MAUPIN, OR  97037

DESERT HILLS FIRE & SECURITY
2136 KLEPPE LANE
SPARKS, NV  89431

DESIGN ELECTRIC
LOCK BOX 911774
DALLAS, TX  75391-1774

DESIGN PACKAGING
4324 N SELLAND AVE
FRESNO, CA  93722-4189

DESIGN TILE & FLOORING INC
11786 QUAIL RD
AVON, MN  56310

DESTIN BEACHWEAR
9539 HWY 98 WEST
DESTIN, FL  32550

DESTINEY BULLSHOWS
PO BOX 421391
PALM COAST, FL  32142-1391

DESTINY SOFTWARE INC
16111 WOODINVILLE-REDMOND RD, STE B
WOODINVILLE, WA  98072

DESTINY SOFTWARE
PO BOX 827
WOODINVILLE, WA  98072-0827

DETERS, JEFFREY ALLEN
808 RIVERSIDE AVENUE NORTH
SARTELL, MN  56377

DETWILER INDUSTRIES INC.
1292 HERITAGE DRIVE
ELVERSON, PA  19520

DEVILS HOLE TACKLE
5945 HYDE PARK BLVD
NIAGRA FALLS, NY  14305

DEWALT, DAVID P
517 RED FOX CT
HAVELOCK, NC  28532

DEWENTER, BRENDA L
877 ALDON DR
ST. CLOUD, MN  56301

DEWITT USA INC
PO BOX 61749
1604 STOCKTON ST
JACKSONVILLE, FL  32204

DEWITTS OUTDOOR SPORTS, LLC
443 JIMMY CARRIKER RD
ELLERBE, NC  28338

DEX IMAGING, INC
PO BOX 17299
CLEARWATER, FL  33762-0299

DEX MEDIA EAST, INC
PO BOX 78041
PHOENIX, AZ  85062-8041

DEXTER-RUSSELL INC.
PO BOX 500
44 RIVER STREET
SOUTHBRIDGE, MA  01550

DG FENTRESS D/B/A
C/O SUNTRUST BANK LOCKBOX MAIL DEPT
PO BOX 116255
ATLANTA, GA  30368-6255

DGI TRAINING INC
1060 EL CAMINO REAL
SUITE B
REDWOOD, CA  94063-1645

DHL AIRWAYS, INC.
PO BOX 78016
PHOENIX, AZ  85062-8016

DHL EXPRESS (USA) INC
16416 NORTHCHASE DR
HOUSTON, TX  77060

DIAMOND G CONSTRUCTIONS, INC.
975 TERMINAL WAY
RENO, NV  89502

DIAMOND JEWELRY
PO BOX 1816
SANTA MARIA, CA  93456

DIAMOND JIMS SPORTING GOODS
1294 N. STATE STREET
UKIAH, CA  95482

DIAMOND LIMOUSINE
603 BRIDGES ST
MOREHEAD CITY, NC  28557

DIANE GRUNERT
915 12TH ST
FORTUNA, CA  95540

DIAZ MATA, CRUZ RAFAEL
2315 BETHANY BROOK LANE
APT 203
CHARLOTTE, NC  28273

DIAZ, WANDA IVETTE
9455 SKY VISTA PARKWAY
RENO, NV  89506

DICK ABROZIAK
104-19155 38TH AVENUE
SURREY, BC  V3Z 0Y6
CANADA

DICK AND PHYLLIS HENRY
PO BOX 459
MOREHEAD CITY, NC  28557

DICK DEMAR
5111 S.E. 26TH AVENUE
PORTLAND, OR  97202

DICK DEMARS
5111 S.E. 26TH AVENUE
PORTLAND, OR  97202

DICK MERMON
1209 TYLER AVE.
SPRING HILL, FL  34606

DICK NITE SPOONS, INC.
104-19155 38TH AVENUE
SURREY, BC  V3Z 0Y6
CANADA

DICK STEENSLAND
2220 STEPHENS WAY
ST. CLOUD, MN  56301

DICKS CLOTHING & SPORTS
RT 2 BOX 34-B
CORPORATE PARK DRIVE
CONKLIN, NY  13748

DICKS FOOD CENTER
670 & 834
WIRTZ, VA  24184

DICKS R/V SPORT SHOP
406 WEST MAIN STREET
DURAND, WI  54736

DICKS SPORTING GOODS INC
CARE OF BUSINESS STRATEGY INC
944 52ND ST S.E.
GRAND RAPIDS, MI  49508

DICKS SPORTS CENTER
PO BOX 252953
W BLOOMFIELD, MI  48325-2953

DIETZ, NANNETTE NADINE
PO BOX 137
RENO, NV  89504

DIGETEL.NET
3409 N.W. 9TH AVENUE
SUITE 1101
FT. LAUDERDALE, FL  33309

DIGGS, NICKOLE E
910 PALISADE CIRCLE
ROCKINGHAM, NC  28379

DIGITAL DATA SOLUTIONS
1000 PEACHTREE INDUSTRIAL BLVD,
SUITE 218
SUWANEE, GA  30024

DIGITAL DOLPHIN SUPPLIES
811 N CATALINA AVE
SUITE 1104
REDONDO BEACH, CA  90277

DIGITAL EQUIPMENT CORPORATION
DUNS NO. 15-063-4061
P. O. BOX 100500
ATLANTA, GA  30384

DIGITAL I/O
1424 30TH STREET
SUITE D
SAN DIEGO, CA  92154

DIGITAL PACKAGE INC/CHARLES RANDOL P
4624 16TH STREET EAST
SUITE 88
FIFE, WA  98424

DIGITAL PREPRESS IMAGING
3826 BLAND ROAD
RALEIGH, NC  27609

DILLON SUPPLY CO
PO BOX 14506
RALEIGH, NC  27620

DIMENSION DATA
PO BOX 651340
CHARLOTTE, NC  28265-1340

DINA MOSIER
2161 ALPINE GLEN PL.
ALPINE, CA  91901

DINERS CLUB
PO BOX 6003
THE LAKES, NV  88901-6003

DINGMAN, PAUL
1460 115TH ST NW LOT 207
RICE, MN  56367

DINOS ELECTRIC
11380 RANCHO SAN DIEGO F
EL CAJON, CA  92019

DIP WIZARD LLC
96 NORTHWEST DRIVE
ANDERSON, SC  29625

DIR OSHA
4600 KIETZKE LANE
BUILDING F-153
RENO, NV  89502

DIRECT ENERGY BUSINESS
PO BOX 70220
PHILADELPHIA, PA  19176-0220

DIRECT SERVICE, INC. C/O
WATERS SHIPPING COMPANY
PO BOX 19064
CHARLOTTE, NC  28219

DIRECTOR OF LICENSING
SECURITIES DIVISION
405 BLACK LACK BLVD-SECOND FLOOR
OLYMPIA, WA  98506

DIRECTOR, DIVISION OF SECURITIES
STATE CAPITAL BUILDING
910 EAST SIOUX STREET
PIERRE, SD  57501

DIRECTV
PO BOX 5006
CAROL STREAM, IL  60197-5006

DISABLED AMERICAN VETERANS
PO BOX 1162
MOREHEAD CITY, NC  28557

DISCOUNT BOX & PALLET INC
138 INDUSTRIAL AVE
GREENSBORO, NC  27406

DISCOUNT FUN SUPPLY
520 W OLIVE
FRESNO, CA  93728

DISCOUNT HUNTING & FISHING INC
5497 LAKELAND DR
BRANDON, MS  39047

DISCOUNT SPORTS
644 E. HIGHWAY 20
AINSWORTH, NE  69210

DISCOUNT TACKLE
112 WEST SINTIN STREET
SINTON, TX  78387

DISCOUNT TIRE
1001 BROADWAY
EL CAJON, CA  92020

DISPLAY OPTIONS, INC.
3555 TRYCLAN DRIVE
CHARLOTTE, NC  28217

DISTRIBUTED DATA SYSTEMS INC
310 E IH30, STE M106
GARLAND, TX  75043

DISTRIBUTION CENTER MANAGEMENT
215 PARK AVE S, STE 1301
NEW YORK CITY, NY  10003

DISTRICT COURT OF MARYLAND
DISTRICT Z-4
301 COMMERCE STREET
SNOW HILL, MD  21863-1007

DIVERSIFIED DEVELOPMENT GROUP
600 W SHAW, SUITE 160
FRESNO, CA  93704

DIVERSIFIED MEDIA RESOURCES INC
113 5TH AVE SOUTH
ST CLOUD, MN  56301

DIVERSIFIED PLASTICS, INC.
701 LEE STREET
ELK GROVE VLG, IL  60007

DIVERSIFIED TRANSFER & STORAGE
1640 MONAD RD
BILLINGS, MT  59101-3200

DIVERSIFIED
4111 S W 47TH AVE
SUITE 323
FT LAUDERDALE, FL  33314

DIVERSITY ADVERTISING
5458 HWY 70 BLDG 1
MOREHEAD CITY, NC  28557

DIVISION OF EMPLOYMENT SECURITY
PO BOX 59
JEFFERSON CITY, MO  65104-0059

DIVISION OF OCCUPATIONAL SAFETY
NC DEPT. OF LABOR / ETTA DIV.
319 CHAPANOAK RD. SUITE 105
RALEIGH, NC  27603

DIVISION OF OCCUPATIONAL
SAFETY & HEALTH
16 SOUTH 16TH STREET
WILMINGTON, NC 28401-4924

DIVISION OF UNEMPLOYMENT INS
PO BOX 2003
FRANKFORT, KY 40602-2003

DIXIE APPAREL CO.
1936 WILLIAMS RD
PIEDMONT, AL 36272

DIXIE FIRE & SAFETY EQUIPMENT CO,INC
1616 COLUMBUS ST S.W.
LENOIR, NC 28645

DIXIE JANITORIAL SERVICE INC
1462 CUMBERLAND CR
ROCKINGHAM, NC 28379

DIXIE LEISURE PRODUCTS
PO BOX 188
COMER, GA 30629

DIXIELINE LUMBER CO.
P. O. BOX 83399
SAN DIEGO, CA 92138-3399

DIXIT, PRIYA
3605 RADCLIFFE DR
NORTHBROOK, IL 60062-4215

DIXON HUGHES GOODMAN LLP
PO BOX 602828
CHARLOTTE, NC 28260-2828

DIXON, DANIEL RAY
602 DEWEESE AVE
ROCKINGHAM, NC 28379

DIXON, GARRETT MCKENNA
2010 EAST PRESIDENT STREET
APT 3221
SAVANNAH, GA 31404

DIXON, OLIVER
2350 WINDLEY DRIVE
GASTONIA, NC 28054

DIXON, STEVEN CARROL
157 GORDON LANE
HAMLET, NC 28345

DIXON, TISLAM
4401 HEDLEY WAY
CHARLOTTE, NC 28210

DJ PROFESSIONALS & VIDEO
3519 SNEAD ST
MOREHEAD CITY, NC 28557

D-K LOCK AND SAFE CO.
P.O.BOX 3293
ATLANTIC BEACH, NC 28512

DMF BAIT
1130 SYLVERTIS ST
WATERFORD, MI 48328

DMP
200 MALLARD DR.
PO BOX 4988
EMERALD ISLE, NC 28594

DNZ PRODUCTS
2710 WILKINS DRIVE
SANFORD, NC 27330

DO ALL OUTDOORS
1207 16TH AVE. SOUTH
NASHVILLE, TN 37212

DO DILIGENCE, LLC
4449 EASTON WAY
SUITE 200
COLUMBUS, OH 43219

DO IT ALL ENTERPRISES D/B/A
AAA OVERHEAD DOORS
415 S.E. DALLAS ST
GRAND PRAIRIE, TX 75051

DO IT BEST CORP
6502 NELSON RD
FT WAYNE, IN 46803

DOA LURES
3620A SE DIXIE HWY
STUART, FL 34997

DO-ALL OUTDOORS
PO BOX 1669
BRENTWOOD, TN 37024

DOAN MANAGEMENT
9 SOUTH WILD OLIVE AVE.
DAYTONA BEACH, FL 32118

DOBBS, SANDRA
383 MORTON FARM RD
HUBERT, NC 28539

DOBYNS RODS-GSM, LLC
5250 FRYE RAOD
IRVING, TX 75061

DOCUSIGN INC
221 MAIN STREET
SUITE 1000
SAN FRANCISCO, CA 94105

DODGE CITY
PO BOX 295
SAUK RAPIDS, MN 56379

DOELCHER PRODUCTS
2161 CAMEL RD
BENICIA, CA  94510-2346

DOERNBECHER CHILDRENS HOSPITAL
FOUNDATION
1121 SW SALMON ST, SUITE 200
PORTLAND, OR  97205-2021

DOG FOOD CENTER
2406 OLD EDISTO DR
ORANGEBURG, SC  29115

DOG HOUSE BAIT
C/O LAURIE PIVAROFF
PO BOX 858
BIG BEAR LAKE, CA  92315-0858

DOGOLDOGOL, MERLINDA S
2225 W. 6TH ST
RENO, NV  89503

DOGREE INC.
7075 ROBERT-JONCAS PL SUITE 118
MONTREAL, QB  H4M 2Z2
CANADA

DOGTRA CORP.
12322 MONARCH STREET
GARDEN GROVE, CA  92841

DOHNS TACKLE
RR 1 BOX 217 B
STEDMAN, NC  28391

DOHSES, PRIMIHLA
7663 CORSO STREET
RENO, NV  89506

DO-IT-YOURSELF RETAILING
PO BOX 68079
INDIANAPOLIS, IN  46268

DOLAN PRINTING
2301 HENNEPIN AVE EAST
MINNEAPOLIS, MN  55413

DOLE EXPLOSIVES INC
BOX 71
ROSEMOUNT, MN  55068

DOLERA, MAKAYLA KAWAII
145 WEST SURGE STREET 50
RENO, NV  89506

DOLFIN DOCK
924 BAY AVE
SOMERS POINT, NJ  08244

DOLPHIN BAIT & TACKLE
600 BARRICKS ST
PENSACOLA, FL  32501

DOLPHIN FISHING TACKLE
883 S. ROSE PLACE
ANAHEIM, CA  92805

DOLPHIN MARINA
28530 OVERSEAS HWY.
LITTLE TORCHKEY, FL  33042

DOMAIN OUTDOOR LLC
1440 HEGGEN STREET
PO BOX 225
HUDSON, WI  54016

DOMINICK MANNA
455 E 4TH AVE
CHICO, CA  95926

DOMINION OUTDOORS
PO BOX 596
STUARTS DRAFT, VA  24477

DOMINOS PIZZA
MOREHEAD CITY, NC  28557

DON ACREE
BOX 508
ATLANTIC BEACH, NC  28512

DON BEVERIDGE
C/O CHARLOTTE MERCHANDISE MART
2500 E. INDEPENDENCE BLVD.
CHARLOTTE, NC  28205

DON CARNES
63527 BOYD ACRES RD.
BEND, OR  97701

DON COFFEY COMPANY
1341 SOUTH FOUNTAIN DRIVE
OLATHE, KS  66061

DON IOVINOS CUSTOM PRODUCTS
3220 WEST WYOMING AVE
BURBANK, CA  91505-1923

DON JO CORP
3779 N STREET RD 9
ANDERSON, IN  46013

DON PATNAUDE
331 CAHABA FOREST COVE
BERMINHAM, AL  25242

DON RODEN
PO BOX 80205
BILLINGS, MT  59108

DON UTTERBACK
949 WIGEON WAY
ARROYO GRANDE, CA  93420

DONALD A. NELMS
REGISTERED LAND SURVEYOR
105 DRIFTWOOD COURT
SWANSBORO, NC  28584

DONALD C. CASEY
SUITE 100
311 NORTH WASHINGTON STREET
ALEXANDRIA, VA  22314

DONALD C. JACKSON MD
CARTERET GENERAL HOSPITAL
P.O. DRAWER 1619
MOREHEAD CITY, NC  28557

DONALD HUNKER
42989 NW VANDEHEY LANE
FOREST GROVE, OR  97116

DONALD P OCONNELL
176 WOODSIDE RD
RIVERSIDE, IL  60546

DONALD SIMS MEMORIAL FUND
1301 15TH STREET NORTHEAST
APT 312
SAUK RAPIDS, MN  56379

DONALD TAYLOR
1370 HIGHWAY 101
BEAUFORT, NC  28516

DONATO, BRIDGETY C
3823 BETTIE AVENUE
RENO, NV  89512

DONDRA & ASSOC
4695-B SANTA MARGARITA LAKE RD
SANTA MARGARITA, CA  93453

DONNA ALTIG
OR  97015

DONNA GRIFFITHS
OR  97015

DONNA HOFFMANS CLEANING SERVICE
2891 WILLOW RUN RD
KUTZTOWN, PA  19530

DONNA HOWERTON
PO BOX 421391
PALM COAST, FL  32142-1391

DONNIE PAUL & ASSOC.
9559 HICKORY ST SOUTH
FOLEY, AL  36535

DONOVAN CONSULTING
50 KERR PKWY, 22
LAKE OSWEGO, OR  97035

DONRE, TRACY JEAN
505 PERSEIDS PLACE
RENO, NV  89506

DONS HARDWARE
15880 HWY 101
KLANATH, CA  95548

DONS LOCKSMITH
886 E HIGHWAY 74
ROCKINGHAM, NC  28379

DOOLEYS SPORT SHOP
PO BOX 256
LEXINGTON, SC  29071

DORA DESIGNS
1303 S.E. 47TH TERRACE
CAPE CORAL, FL  33904

DORCY INTERNATIONAL INC.
2700 PORT RD
COLUMBUS, OH  43217

DORN HARDWARE
MADISON, WI  53704

DOUBLE D DISTRIBUTORS
PO BOX 336
PINK HILL, NC  28572

DOUBLE EAGLE PAWN
1124 W RIVERSIDE
SUITE 215
SPOKANE, WA  99201

DOUBLE H OUTDOORS LLC
N7189 SYLVAN LANE
ELKHORN, WI  53121

DOUG BISHOP
CLACKAMAS, OR  97015

DOUG DOLPH
THE DOLPH COMPANY
6815 JELLISON RD
BILLINGS, MT  59101

DOUG HANSEN
501 WEST 9TH ST
WINNER, SD  57580

DOUG HARRIS
1762 SUNNY LANE
ASHEBORO, NC  27203

DOUG KRESSE
9119 SW 36TH AVE
PORTLAND, OR  97219

DOUG MAROTTA WHOLESALE
1241 SW BILTMORE ST
PORT ST LUCIE, FL  34983

DOUG MRAK
329 BAHIA LANE
CAPE CARTERET, NC  28584

DOUGHERTY EQUIPMENT COMPANY
9040 PALMETTO PKWY
LADSON, SC  29485

DOUGLAS BELLMORE
1190 S.E. 17TH AVE
CANBY, OR  97013

DOUGLAS PAINTER
11 MILE RD
NEWTON, CT  06470

DOUGLAS TRUSSLER
233 WILSHIRE BLVD
SUITE 425
SANTA MONICA, CA  90401

DOUGLAS, DWAYNE MAURICE
507 CHAMPLAIN STREET
HAMLET, NC  28345

DOUGLAS, MARKIECE ALEXANDER
4524 ROSE VINE PLACE
CHARLOTTE, NC  28217

DOUGS TACKLE BOX
929 E. 4TH AVE.
RED SPRINGS, NC  28377

DOVE TREE CANYON SOFTWARE, INC
SAN DIEGO, CA  92101

DOVES TRAVEL
8204 EMERALD DRIVE
SUITE 3
EMERALD ISLE, NC  28594-2400

DOWN EAST FIRE EXTINGUISHER CO. INC.
8910 U.S. HIGHWAY 117 NORTH
WATHA, NC  28471

DOWN-EAST SPORTSCRAFT INC.
258 RUSSELL STREET
LEWISTON, ME  04240

DOWNING DISPLAYS INC
550 TECHNEC CENTER DRIVE
MILFORD, OH  45150

DOYLE, TIMOTHY B
8208 PAR FIVE DR
ONAMIA, MN  56359-7876

DPMS
3312 12TH ST SE
ST. CLOUD, MN  56304

DR. JIM HARROLD
2210 CHELSEA DRIVE
WILSON, NC  27896

DRAIN DOCTOR
P.O.BOX 36044
DALLAS, TX  75235

DREAMWEAVER LURE CO.
1107 S. MADISON STREET
LUDINGTON, MI  49431

DREGNES SCANDINAVIAN GIFTS
100 S. MAIN ST
WESTBY, WI  54667

DREHER ISLAND STATE PARK
3677 STATE PARK ROAD
PROSPERITY, SC  29127

DREW BRADY COMPANY, INC.
106-418 IROQUOIS ROAD
OAKVILLE, ON  L6H 0X7
CANADA

DREW PRIDDY
106-418 IROQUOIS ROAD
OAKVILLE, ON  L6H 0X7
CANADA

DREWS SPORT SHOP
PO BOX 285
CHATHAVE, MA  02633

DRI DUCKS OUTDOOR PERFORMANCE GEAR
18206 NAUTIQUE DR
CORNELIUS, NC  28031

DRIFT CREEK LANDING
3851 ALSEA HWY
WALDPORT, OR  97394

DRIFTER TACKLE CO.
N
NORTHWOOD, OH  43619

DRIFTER TACKLE INC.
28271 CEDAR PARK BLVD
PERRYSBURG, OH  43551

DRY CREEK CUSTOM BAITS
PO BOX 29
309 BOYD ST
MURTAUGH, ID  83344

DRYBRANCH, INCORPORATED
56 VANDERBILT MOTOR PKWY
COMMACK, NY  11725

DRYDEN SPORTING GOODS
326 S CHURCH ST
CYNTHIANA, KY  41031

DRYER LAW OFFICES
PO BOX 11567
COLUMBIA, SC  29211

DS & S EMBROIDERY
920 ROBERTS ROAD
NEWPORT, NC  28570

DS GUNS
PO BOX 100
SNEADS FERRY, NC  28460

DSG OUTERWEAR
4638 E WASHINGTON AVE
MADISON, WI  53704

DSL.NET
PO BOX 31785
HARTFORD, CT  06150-1785

DSN RETAILING TODAY
200 WESTLAKE PARK BLVD
8TH FLOOR FI
HOUSTON, TX  77079

DSU PETERBILT & GMC INC
PO BOX 3486
PORTLAND, OR  97208-3486

DT SYSTEMS, INC.
2872 WALNUT HILL LANE
DALLAS, TX  75229

DT&S ENTERPRIZES
120 INTERSTATE NORTH PKWY, 160
ATLANTA, GA  30339-2164

DTC WORKFORCE PROGRAMS
PO BOX 790379
ST. LOUIS, MO  63179

DTG OPERATIONS, INC.
SUBROGATION DEPT
DEPT 927
TULSA, OK  74182

DUALITE SALES & SERVICE, INC.
LOCATION 0107
CINCINNATI, OH  45264-0107

DUANE GOODFELLOW
173 HANKISON DRIVE
NEWPORT, NC  28570

DUANE WIEBE
5300 MERCHANT CIRCLE 2
PLACERVILLE, CA  95667

DUARTE, YEINNY ALEJANDRA
10400 JOHN PRICE ROAD LOTE 70
CHARLOTTE, NC  28273

DU-BRO PRODUCTS INC. DBA PINE RIDGE
PO BOX 310
480 WEST BONNER ROAD
WAUCONDA, IL  60084

DU-BRO PRODUCTS INC.
480 BONNER ROAD
PO BOX 310
WAUCONDA, IL  60084

DUCF
DIVISION OF UNEMPLOY. INS.
PO BOX 41785
PHILADELPHIA, PA  19101-1785

DUCK COMMANDER CO INC.
117 KINGS LANE
WEST MONROE, LA  71292

DUCK HEAD APPARELL COMPANY
PO BOX 65482
CHARLOTTE, NC  28265

DUCKETT FISHING, LLC
250 CONNOR ISLAND PKWY
GUNTERSVILLE, AL  35976

DUCTZ OF GREATER PORTLAND AND
VANCOU
PO BOX 3309
CLACKAMAS, OR  97015

DUDLEYS MARINA
NEWPORT, NC  28557

DUELL SHOT OUTDOORS, LLC
821 ROBINWOOD COURT
TRAVERSE CITY, MI  49686

DUFFY BOX & RECYCLING, INC
2235 CESSNA DR
BURLINGTON, NC  27215

DUKE COMPANY
PO BOX 555
WEST POINT, MS  39773

DUKE ENERGY
CHARLOTTE, NC  28272-0516

DUKE K SMITH
4319 CANEHILL AVE
LAKEWOOD, CA  90713

DUKE POWER
PO BOX 26070
GREENSBORO, NC  27420

DUKES BASEBALL CORPORATION
PO BOX 205
DULUTH, MN 55801

DUKES DOCK INC.
8529 MIDLOTHIAN PIKE
RICHMOND, VA 23235

DUKES SPORT SHOP
160 RIVER STREET
MILTON, VT 05468

DUKES, IRVING ANTONIO
3109 MINNESOTA ROAD
CHARLOTTE, NC 28208

DUKES, TERESA
182 COTTONTAIL RUN
NEWPORT, NC 28570

DUMAS JR, SAMUEL ANTHONY
125 FAMILY LANE
CANDOR, NC 27229

DUN & BRADSTREET
75 REMITTANCE DRIVE
SUITE 1793
CHICAGO, IL 60675-1793

DUNBLARE
IMPORT-EXPORT INC.
5771 N.W. 37TH AVE
MIAMI, FL 33142

DUNBROOKE
PO BOX 27-418
KANSAS CITY, MO 64180-0418

DUNCANNON SPORTING GOODS
3 NEWPORT ROAD
DUNCANNON, PA 17020

DUNES CLUB
PO BOX 1015
ATLANTIC BEACH, NC 28512

DUNKELBERGERS SPORTS OUTFITTERS
588 MAIN STREET
STROUDSBURG, PA 18360

DUNKIN DONUTS
2908 ARENDELL STREET
MOREHEAD CITY, NC 28557

DUNKIN LEWIS
ATTN: SARAH RATH
2552 ROCKY RIDGE RD
BIRMINGHAM, AL 35243

DUNLAPS GUN & PAWN
110-A STATE ROUTE 19
HURRICANE, WV 25526

DUNNS GAS & GROCERY
HIGHWAY 301 NORTH
FOUR OAKS, NC 27524

DUNNS SPORTING GOODS CO
PO BOX 631
PEVELY, MO 63070

DUPREEE BUILDING SPEC OF MT
PO BOX 22036
BILLINGS, MT 59104

DUQUE, VALENTINA
25 MYRTLE ST
APTO B
BELMONT, NC 28102

DURAN, ANGELA MILENA
14135 DUNBRITTON LANE
APT 1106
CHARLOTTE, NC 28277

DURAN, LENIN STUARD
609 EATON COURT
FORT MILL, SC 29708

DURAN, RUBEN DARIO
14271 TRANTERS CREEK LANE
CHARLOTTE, NC 28273

DURASNARE LLC
1300 HUNTINGTON AVENUE
UNIT 94
SAN BRUNO, CA 94066

DURENS PIGGLY WIGGLY
PO BOX 218
PORT ST JOE, FL 32457

DURHAM BULLS BASEBALL CLUB, INC.
PO BOX 507
DURHAM, NC 27702

DURHAM COUNTY TAX COLLECTOR
PO BOX 30090
DURHAM, NC 27702-3090

DURHAM, ASHLEY N
2207 SECOND STREET
GASTONIA, NC 28054

DURHAMS CONVENIENCE MART
3210 WALHALLA HWY 183
SIX MILE, SC 29682

DUST 2 DOLLARS
PO BOX 129
WILLIAMINA, OR 97396

DUTCH, ERICKA RONETTE
189 JOHN BOYLE LN
HAMLET, NC 28345

DUTCHMAN CREEK MARINA
5546 RIVER ROAD
WINNSBORO, SC  29180

DUTTON-LAINSON CO.
1601 W. 2ND STREET
BOX 729
HASTINGS, NE  68902-0729

DW BUSINESS SYSTEMS
3820 FABER PLACE DR
N CHARLESTON, SC  29405

DWA TRADE SHOW & EXPOSITION SERVICES
3720 NW YEON AVE
PORTLAND, OR  97210

DWAYNE PFENNINGER
PO BOX 630
LEBANON, PA  17042-0630

DWIGHT SMITH
206 N. MARION DR.
GOLDSBORO, NC  27534

DWP & ASSOCIATES
31559 WARNER
WARREN, MI  48092

DYER LAWRENCE FLAHERTY DONALDSON
PRU
2805 MOUNTAIN STREET
CARSON CITY, NV  89703

DYNA-E INC.
PO BOX 4446
DEERFIELD BEACH, FL  33442

DYNAMIC GRAPHICS
6000 NORTH FOREST PARK DRIVE
PEORIA, IL  61614-3592

DYNOVATECH LLC
1498 AIRPORT ROAD
GREENSBORO, GA  30642

DYSONS GENERAL STORE
31286 RICHMOND TURNPIKE
DOSWELL, VA  23047

E & D VENTURES
55 ADAMS CIRCLE
PINEHURST, NC  28374

E & JK ENTERPRISES, INC
DBA SUNDOWN SECURITY
605 LINCOLN LANE
BILLINGS, MT  59105

E & L FORKLIFT SERVICE
PO BOX 2201
EL CAJON, CA  92021

E THOMAS BRUSHWOOD, PA
PO BOX 10117
TALLAHASSE, FL  32302

E&B SPORTING GOODS
79 NEW LONDON ROAD
SALEM, CT  06420-3839

E&E TECH SERVICES
JOHN EUBANKS
134 FAMILY LANE
BEAUFORT, NC  28516

E. EDWARD GUTHRIE JR.
DBA/GUTHRIE CONSTRUCTION
105 STARGAZER LANE
NEWPORT, NC  28570

E.C. ERNST. SOUTHEAST INC.
3320-B VINELAND RD
ORLANDO, FL  32811

E.C.I., INC.
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

E.J.W. BICYCLE & SPORTS SHOP
2204 ARENDELL STREET
MOREHEAD CITY, NC  28557

E.W. BATEMAN & CO.
PO BOX 109
FISCHER, TX  78623

EAGLE CARRIERS
KHIC
P.O.BOX 1738
LONDON, KY  40743-1738

EAGLE CLAW FISHING TACKLE CO.
4245 E 46TH AVE.
DENVER, CO  80216

EAGLE CLAW
PO BOX 16011
4245 E 46TH AVE
DENVER, CO  80216

EAGLE ELECTRONICS
12000 EAST SKELLY DR.
TULSA, OK  74128-2486

EAGLE GLOBAL LOGISTICS
PO BOX 844650
DALLAS, TX  75284-4650

EAGLE NETWORKS INC
2738 W BULLARD AVE
FRESNO, CA  93711

EAGLE STORAGE SYSTEMS
2995 LBJ FREEWY
SUITE 200
DALLAS, TX  75234

EAGLES NEST RV
PO BOX 125
MAGDALENA, NM  87501

EARLE HOYT
317 CARLISLE RD
AXTON, VA  24054

EARTH & OCEAN SPORTS
PO NOX 97020
REDMOND, WA  98073

EASLEYS GUN SHOP
93277

EAST 70 PAWN
3317 HIGHWAY 70 EAST
NEW BERN, NC  28560

EAST AIR, INC.
150 AIRPORT RD.
BEAUFORT, NC  28516

EAST CAROLINA BUILDERS
P.O.BOX 1300
NEWPORT, NC  28570

EAST CAROLINA FUN
710 W. CORBETT AVENUE
SWANSBORO, NC  28584

EAST CAROLINA UNIVERSITY
THE CAREER CENTER
GREENVILLE, NC  27858

EAST CAROLINA VENDING
1900 COLEMAN FIELD ROAD
MOREHEAD CITY, NC  28557

EAST CARTERET HIGH SCHOOL
3263 US HIGHWAY 70
BEAUFORT, NC  28516

EAST COAST DISCOUNT TACKLE
406 ROLAND AVE
SURF CITY, NC  28445

EAST COAST GIFT EXPO
1395 SOUTH MARIETTA PARKWAY
BLDG. 400, SUITE 210
MARIETTA, GA  30067

EAST COAST INTERNATIONAL
2500-D BRIDGES STREET
MOREHEAD CITY, NC  28557

EAST COAST MATERIAL HANDLING SYSTEMS
1405 SHARPE NEWTON WAY
WILSON, NC  27893

EAST COAST PLASTICS
763 WAVERLY STREET
FARMINGHAM, MA  01720

EAST COUNTY GUNS
PO BOX 757
ELMA, WA  98541

EAST COUNTY URGENT CARE
1625 E MAIN ST STE 100
EL CAJON, CA  92021

EAST HARDWOOD CO, INC.
28516-0388

EAST LAKE RESORT
ATTN: MELANIE
16397 NE THOMPSON ST
PORTLAND, OR  97230

EAST POINT FITNESS
PO BOX 984
EAST POINT, FL  32328

EAST SHORE RV PARK
1440 CAMPER VIEW RD
SAN DIMAS, CA  91773

EAST VIEW MAP LINK LLC
10601 WAYZATA BLVD.
MINNESOTA, MN  55305

EASTARD VARIETY STORE
PO BOX 189
HARKERS ISLAND, NC  28531

EASTCOAST ENTERTAINMENT
512 EAST BOULEVARD
CHARLOTTE, NC  28203

EASTERLING, LISA ANDREA
PO BOX 243
WAGRAM, NC  28396

EASTERN BULLET
112 PLUM ST
P.O. J
DONIPHAN, NE  68832

EASTERN CAROLINA SAFETY & HEALTH SCH
ATTN: JOHN HODGE
4506 GOUCESTER DR
NEW BERN, NC  28562

EASTERN CAROLINA SAFETY COUN.
C/O ALVIN SCOTT
1129 PAR-THREE DRIVE
WILSON, NC  27893

EASTERN METAL SUPPLY OF NC, INC
6748 4 MARKET ST
WILMINGTON, NC  28405

EASTERN METAL SUPPLY
3600 23RD AVENUE SOUTH
LAKE WORTH, FL  33461

EASTERN METAL WORKS
6748 4 MARKET ST
WILMINGTON, NC  28405

EASTERN MOVING AND STORAGE
3306 TRENT RD.
PO BOX 13007
NEW BERN, NC  28561-3007

EASTERN OREGON FAST FREIGHT
ACCT ALLS1124
PO BOX 17336
PORTLAND, OR  97217

EASTERN SHORES PRINTING CO.
4476 N.W. 128TH STREET
MIAMI, FL  33054

EASTMAN FOOTWEAR GROUP, INC.
34 W 33RD STREET 7TH FLOOR
NEW YORK, NY  10001

EASTMAN OUTDOORS INC.
3476 EASTMAN DRIVE
FLUSHING, MI  48433

EASTMANS CARPETS, INC.
4044 ARENDELL STREET
MOREHEAD CITY, NC  28557

EASTON TECHNICAL PRODUCTS
5040 W. HAROLD GATTY DRIVE
PO BOX 228503
SALT LAKE CITY, UT  84116

EASTSIDE B & T
RT. 3 BOX 29
EAST PALATKA, FL  32131

EASTSIDE GUN & PAWN
PO BOX 311
HOBOKEN, GA  31542

EASTWOOD GUNS & AMMO
535 S. PHILADELPHIA BLVD.
ABERDEEN, MD  21001

EASY METRICS, INC
371 NE GILMAN BLVD,SUITE 200
ISSAQUAH, WA  98027

EASY RIDERS SPORTS
415 WASHINGTON STREET
BRAINERD, MN  56401

EASY-EYE ARCHERY PRODUCTS INC
7196 ARKANSAW RD
ALLEN, MI  49227

EASYKLIP
9330 PULASKI HWY
BALTIMORE, MD  21220

EAU CLAIRE SCHEELS
4710 GOLF ROAD
EAU CLAIRE, WI  54701

EBAGS INC.
333 EAST OAK STREET
REDWOOD FALLS, MN  56283

EBBES OUTDOOR SPORTS, INC.
3626 8TH STREET
WISCONSIN RAPID, WI  54494

EBBETTS PASS SPORTING GOODS
925 HIGHWAY 4
ARNOLD, CA  95223

EBONY GENERAL STORE
2986 HENDRICKS MILL ROAD
EBONY, VA  23845

E-CAM TECH
PO BOX 604
HUDSON, WI  54016

ECHERT SEAMAN, TRUSTEE
C/O BETH ATKINS
PO BOX 975
NEW BERN, NC  28563

ECHO ENTERPRISES INC
T/A 309 MARINE
2021 BETHLEHEM PIKE
HATFIELD, PA  19440

ECKERD CORPORATION STORE
1222 ARSENAL ST
STATEWAY PLAZA
WATERTOWN, NY  13601

ECKERD CORPORATION
ATTN: THIRD PARTY ACCOUNTING
PO BOX 9036
CLEARWATER, FL  34618

ECKERD DRUGS
PO BOX 45057
SALT LAKE CITY, UT  84145

ECKERD
PO BOX 4689
CLEARWATER, FL  34618

ECLECTIC PRODUCTS INC.
PINEVILLE DIVISION
4507 WILLAMETTE BLVD.
PINEVILLE, LA  71361

ECLIPSE SCS
PO BOX N
WOORSOCKET, RI  02895

ECM PUBLISHERS, INC.
1201 15TH AVENUE SOUTH
PRINCETON, MN  55371-2306

ECOLAB PEST ELIM DIV
PO BOX 6007
GRAND FORKS, ND  58206-6007

ECONO PRINT
PO BOX 1199
BILLINGS, MT  59101

ECONOCARIBE CONSOLIDATORS, INC
2401 NW 69TH ST
MIAMI, FL  33147

ECONOMY TACKLE
6018 S. TAMIAMI TRAIL
SARASOTA, FL  34231

ECS,LTD
14026 THUNDERBOLT PLACE STE.100
CHANTILLY, VA  20151-3232

ECU WORLDWIDE
2401 NW 69 STREET
MIAMI, FL  33147

ED ALVES
344 MOCCASIN TRAIL
BILLINGS, MT  59105

ED HILL
C/O HILLS,INC.
1720 CAPITAL BLVD.
RALEIGH, NC  26604

ED KERR
15020 WESTBURY ROAD
ROCKVILLE, MD  20853

ED LEGAN
3985 MEDITERRANEAN
LAKE HAVASU CTY, AZ  86406

EDC
PO BOX 825
MOREHEAD CITY, NC  28557

EDDIE CAMERON CONSTRUCTION, INC
PO BOX 1647
MOREHEAD CITY, NC  28557

EDDIE GUTHRIE
272 UTOPIA DR
NEWPORT, NC  28570

EDDIE RENFRO
PO BOX 8541
JACKSONVILLE, TX  75766

EDDIES GROCERY
290 IZAAK WALTON INN RD
ESSEX, MT  59916

EDDYS AUTO GLASS
PO BOX 2177
WINTERVILLE, NC  28590

EDGARTOWN MARINE SUPPLY CO
PO BOX 1830
EDGARTOWN, MA  02539

EDGE PRODUCTS
8941 ATLANTA AVE 254
HUNTINGTON BCH, CA  92646

EDGEFIELD OUTDOOR PRODUCTS
PO BOX 7259
SPANISH FORT, AL  36577-7259

EDGEMASTER SHARPENING SERVICE
14415 S AMES ST
OREGON CITY, OR  97045

EDIFICE
107 RIVERDALE RD
RIVERDALE, NJ  07457

EDLEN ELECTRICAL EXHIBITION SVCS
3010 BUILDERS AVE
LAS VEGAS, NV  89101

EDS BAIT & TACKLE
PO BOX 476
WADDINGTON, NY  13694

EDS BAIT SHOP
HWY 20 SOUTH,
PO BOX 528
DEVILS LAKE, ND  58301

EDS GUN & TACKLE, INC.
2727 CANTON ROAD
MARIETTA, GA  30066

EDS TACKLE & SPORTING GOODS
7322 HIXSON PIKE
HIXSON, TN  07343

EDS TACKLE SHOP
983 N. SUNCOAST BLVD
CRYSTAL RIVER, FL  34429

EDWARD BUKATY, III
SUITE 1810 - ONE GALLERIA BLVD
METAIRIE, LA  70001-7571

EDWARD C. STOCKSTILL
MT SPORTS
BILLINGS, MT

EDWARD K. HOLT
308 REGAL DRIVE
LAWRENCEVILLE, GA  30245

EDWARD MCCOY
1107 GREENWAY DR
HIGH POINT, NC  27262

EDWARD MORENO
1913 EVEREST AVENUE
RICHLAND, WA  99354

EDWARD R. GRIFFITHS
5447 HWY 70
MOREHEAD CITY, NC  28557

EDWARD RINALDI
BILLINGS, MT  59102

EDWARDS BAIT AND TACKLE
2178 FATE DILL ROAD
GREER, SC  29651

EDWARDS GENERAL STORE
RT 2 BOX 860
BROOKNEAL, VA  24528

EDWIN LOFTIN
129 SKIPPER CT
NEWPORT, NC  28570

EDWIN MARCELINO GARCIA
3609 NEUSE ESTATES DRIVE
RALEIGH, NC  27604

EFSON COMPANY
3100 CORPORATE DRIVE
WILMINGTON, NC  28405

EGROUP CONSOLIDATED HOLDING, LLC
PO BOX 122210
DALLAS, TX  75312-2210

EH DAVIS, LLC
WATTS BAR BAIT & TACKLE
67 COUNTY RD 100
DECATUR, TN  37322

EHLERT PUBLISHING GROUP INC
PO BOX 692123
CINCINNATI, OH  45269-2123

EHLERT PUBLISHING GROUP
PO BOX 99683
CHICAGO, IL  60690

EI GROUP INC, THE
2101 GATEWAY CENTRE BLVD
SUITE 200
MORRISVILLE, NC  27560

EIGHMEY CHEVROLET
7164 ROUTE 6
TROY, PA  16947

EISENBRAUN, KENNETH H
15922 140TH ST
FORESTON, MN  56330

EK USA
575 WEST 3200 SOUTH
LOGAN, UT  84321

EL CAJON FENCE CO
11105 ELECTRON DR
LOUISVILLE, KY  40299

EL CAJON FORD
1595 E MAIN ST
EL CAJON, CA  92021

EL CAPITAN PRO TACKLE
1590 N.W. 27TH AVE
MIAMI, FL  33125

EL HAWA CORP.
P.O.BOX 348
VIRGINIA BEACH, VA  23454

EL PESCADOR MARINE SUPPLY
AE 4 SANTA ISIDRA III
FAJARDO, PR  684

ELBERTA INC.
PO BOX 65
ELBERTA, MI  49628

ELDORADO OUTPOST, INC
4021 N HWY 109
TROY, NC  27371

ELECTRO MECHANICAL HANDLING, INC.
PO BOX 11348
4900 WARDS RD.
LYNCHBURG, VA  24506-1348

ELECTROREP-ENERGY PRODUCTS
PO BOX 60395
ST LOUIS, MO  63160-0395

ELEMENT K JOURNALS
P.O. 92880
ROCHESTER, NY  14692-9973

ELEVATORS/SHADOW HUNTER
ELEVATORS/SHADOW HUNTER
22724 96THE AVENUE
MARCELLUS, MI  49067

ELIOT MOORE
1943 12TH ST, 3
SANTA MONICA, CA  90404

ELITE CLEANING
MICHELLE BEASLEY
6537 OLD TRACK ROAD
LAURINBURG, NC 28352

ELITE DISPLAYS & DESIGN INC
6771 PIKEVIEW DR
THOMASVILLE, NC 27360

ELITE DISPLAYS & DESIGNS, INC
PO BOX 1949
THOMASVILLE, NC 27361

ELITE SPORTS EXPRESS
ATTN: DON SCHAEFFER
1000 N.G.V. PKWY 440-483
HENDERSON, NV 89074

ELIZABETH LEIGH LUSK
605 BELLMARA CIRCLE
CAVE SPRINGS, AR 72718

ELIZABETH MATTSON
C/O ROBIN MATTSON
NC 28557

ELK CREEK MARINA
11811 N TATUM BLVD
SUITE 4095
PHOENIX, AZ 85028

ELK CREEK STATION
PO BOX 8
ISLAND PARK, ID 83429

ELKHORN BAIT & TACKLE
6745 20TH ST
RIO LINDA, CA 95673

ELLEN FLARITY
291 CORE CREEK RD
BEAUFORT, NC 28516

ELLEN K KOTZIAN
104 KINGSDALE CT.
JAMESTOWN, NC 27282

ELLEN THOMPSON D/B/A
SOUND N SEA REAL ESTATE
PO BOX 1311
ATLANTIC BEACH, NC 28512

ELLER, CHERYL M.
208 PINE DALE ROAD
HAVELOCK, NC 28532

ELLERBE SPRINGS INN
2537 N HWY 220
ELLERBE, NC 28338

ELLERBE, MELOISE
532 DANNY THOMAS CIRCLE
BENNETTSVILLE, SC 29512

ELLETT BROTHERS
PO BOX 128
CHAPIN, SC 29036

ELLIOT KATZ
50 EAGLE STREET
GREENVILLE, PA 16125

ELLIOTTS HARDWARE
PO BOX 597
OCEAN CITY, MD 21842

ELLIOTTS TRUE VALUE HARDWARE
PO BOX 1019
CLARKSVILLE, VA 23927

ELLIS MARINE INC.
3687 COMMUNITY RD
BRUSWICK, GA 31520

ELMOS
210 SECOND ST
BROWNSVILLE, PA 15417

ELROYS FISHIN HOLE
HWY 71 BOX 49
THREE RIVERS, TX 78071

ELSHANI, ZYHRIJE BUQJA
1256 ROSS BROOK TRACE
YORK, SC 29745

ELTING, GERTONDA OCTAVIA
14030 WILSON MAC LANE
CHARLOTTE, NC 28278

ELTING, RAAMU AALON
14030 WILSON MAC LANE
CHARLOTTE, NC 28278

ELVIN ELLIS SMITH, JR
4311H EMERALD FOREST DR
DURHAM, NC 27713-2127

ELWOOD LEWIS
1811 OGLESBY ROAD
MOREHEAD CITY, NC 28557

EMBARQ
PO BOX 96064
CHARLOTTE, NC 28296-0064

EMBASSY SUITES BY HILTON
708 DEMONBREUN STREET
NASHVILLE, TN 37203

EMBROIDERY SERVICES PLUS, INC.
4645-C ARENDELL STREET
PO BOX 3517
MOREHEAD CITY, NC 28557

EMC 2 CORPORATION
PO BOX 651388
CHARLOTTE, NC  28265-1388

EMC 2
PO BOX 840442
DALLAS, TX  75284

EMED COMPANY INC
PO BOX 369
BUFFALO, NY  14240

EMEDIA GROUP
PO BOX 1808
GREENVILLE, SC  29602

EMERGING RECREATIONAL TECH INC
1354 HELMO AVE NORTH
OAKDALE, MN  55128

EMERSON HEALTHCARE LLC
407 EAST LANCASTER AVENUE
WAYNE, PA  19087

EMERSON NETWORK POWER
610 EXECUTIVE CAMPUS DR
WESTERVILLE, OH  43082

EMERY WORLDWIDE, A CNF COMPANY
BOX 371232
PITTSBURGH, PA  15250-7232

EMF COMPANY INC.
1900 E WARNER AVENUE SUITE 1-D
SANTA ANNA, CA  92705

EMILIO ELECTRIC CO., INC.
16115 SW 117TH AVE. SUITE 5
MIAMI, FL  33177

EMILY GARNER
104 TIFFANY WAY
BEAUFORT, NC  28516

EMISSIVE ENERGY CORP.
135 CIRCUIT DRIVE
NO. KINGSTOWN, RI  02852

EMIT INC
AUSTIN, TX  78754-5234

EMJAY CORP
PO BOX 170910
MILWAUKEE, WI  53217-8091

EMJAY CORP.
DEPT 1555
DENVER, CO  80291-1555

EMJAY MASTER TRUST ACCOUNT
DEPT 1555
DENVER, CO  80291-1555

EMMETT WESTBROOK
C/O NC AQUARIUM
PO BOX 580
ATLANTIC BEACH, NC  28512-0850

EMP OF CARTERET COUNTY PLLC
PO BOX 182554
COLUMBUS, OH  43218-2554

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 85461
SAN DIEGO, CA  92186-5461

EMPLOYMENT SECURITY COMMISSION OF
NC
PO BOX 26504
RALEIGH, NC  27611-6504

EMPLOYMENT SECURITY DEPARTMENT
PO BOX 34188
SEATTLE, WA  98124-1188

ENC NEWSPAPERS
JACKSONVILLE PRINTING
1300 GUM BRANCH ROAD
JACKSONVILLE, NC  28540

ENDECA TECHNOLOGIES INC
101 MAIN ST
SUITE 1400
CAMBRIDGE, MA  02142

ENDICIA
278 CASTRO ST
MOUNTAIN VIEW, CA  94041-1204

ENERCO GROUP, INC
75 REMITTANCE DRIVE
SUITE 1314
CHICAGO, IL  60675-1314

ENERGIZER BATTERY COMPANY
533 MARYSVILLE UNIVERSITY DR
ST.LOUIS, MO  63141

ENERGIZER, LLC
180 BARTRAM PARKWAY
FRANKLIN, IN  46131

ENGEL USA
ENGEL USA
900 JUPITER PARK DRIVE
JUPITER, FL  33458

ENGER-KRESS COMPANY
6510 AURORA RD
WEST BEND, WI  53090

ENGINEERED HANDLING INC
200 E TREMONT AVE
CHARLOTTE, NC  28203

ENGINEERED MATERIALS INC.
1010 SALISBURY ROAD
STATESVILLE, NC  28677

ENGINEERED PRODUCTS OF OREGON
5579 SW ARCTIC DR
BEAVERTON, OR  97005

ENGLANDS PAWN SHOP
37098

ENGLUND MARINE SUPPLY
PO BOX 296
ASTORIA, OR  97103

ENGLUND MARINE
PO BOX 296
FOOT OF 15TH ST
ASTORIA, OR  97103

ENIGMA FISHING, LLC
10524 MOSS PARK ROAD STE 204-225
ORLANDO, FL  32832

ENTERPRENEUR INC.
DBA SCOTCHMAN 189
PO BOX 3227
WILMINGTON, NC  28428

ENTERPRISE RENT A CAR
5317 HWY 70 UNIT B
MOREHEAD CITY, NC  28557

ENTERPRISE RENT-A-CAR
ATTN ACCTS RECEIVABLE
101 BUSINESS PK BLVD/STE 1100
COLUMBIA, SC  29203-9498

ENTERPRISE
1602 US HIGHWAY 70 EAST
NEWBERN, NC  28560

ENTRE TECHNOLOGY SERVICES
1501 14TH ST WEST
SUITE 201
BILLINGS, MT  59102

ENVIROSAFE CONSULTING
17 SE COURT SQ
SUITE 204
GRAHAM, NC  27253

ENVISION SALES
ATTN: MARK HOLT
15314 4TH AVE SW, STE A
SEATTLE, WA  98166

ENVISTA LLC
PO BOX 7047
GROUP Q
INDIANAPOLIS, IN  46207

EOFF ELECTRIC
22995 NW EVERGREEN PKWY, STE
HILLSBORO, OR  97124

EOTECH
46900 PORT STREET
PLYMOUTH, MI  48170

EPICOR SOFTWARE CORP
PO BOX 160700
AUSTIN, TX  78716

EPICSTUFF, LLC
1165 FREMONT COURT
ELKHART, IN  46516

EPPINGER MFG. CO.
6340 SCHAEFER ROAD
DEARBORN, MI  48126

EPSON ACCESSORIES
PO BOX 2903
20770 MADRONA AVENUE, MS C2-00
TORRANCE, CA  90509-2903

EQUIFAX INFORMATION SERVICE
PO BOX 71221
CHARLOTTE, NC  28272-1221

EQUIFAX
CREDIT NORTHWEST CORP
PO BOX 105835
ATLANTA, GA  30348-5835

ERAZO, WENDY NOHEMY
1842 CHOYCE CIRCLE
CHARLOTTE, NC  28217

ERDMANN, DEREK L
103 PHILLIPS PL
CASHMERE, WA  98815

ERGEN EXTERIORS LLC
10794 QUIMBY AVE NW
SOUTH HAVEN, MN  55382

ERGEN, KAREN M
273 DOGWOOD DRIVE
ANNANDALE, MN  55302

ERGO
PO BOX 1459
115 MARTINEZ ROAD EAST
MORIARTY, NM  87035

ERIC BACNIK C/O L & S BAIT CO.
1415 E BAY DR
LARGO, FL  33771

ERIC C RODRIGUEZ
4726 E KERCKHOFF
FRESNO, CA  93702

ERIC CRAWFORD
269 1ST AVE
BENNETTSVILLE, SC  29512

ERIC FRANCIS
2 ANAWAN AVE
BRISTOL, RI  02809

ERIC HICKEY
617 ARIES
BILLINGS, MT  59105

ERIC KNUTSON
2241 S 48TH ST WEST
BILLINGS, MT  59106

ERIC SEVERSON
7734 SCENIC OVERLOOK
BREEZY POINT, MN  56472

ERIC STROH
719 E DUDLEY
FRESNO, CA  93704

ERIC WHALEN
910 E GRAND AVE
CHIPPEWA FALLS, WI  54729

ERICKSON, JENNENE M
3308 APOLLO CIRCLE
ROSEVILLE, CA  95661

ERICKSONS BAIT & TACKLE
1257 COREENWICH AVE.
WARWICK, RI  02886

ERICSON, BROOKE W
1490 PRINCESS AVENUE
RENO, NV  89502

ERIE DEARIE, LLC
PO BOX 1906
555 BAYVIEW AVENUE
BILOXI, MS  39533

ERIE SPORT STORE, INC
701 STATE ST
ERIE, PA  16501

ERIE SURF SHOP
809 MARALYN AVE
NEW SMYRNA BCH, FL  32169

ERNEST J. BUCK D/B/A/
ERNIES BODY SHOP
1372 HIBBS ROAD
NEWPORT, NC  28570

ERNEST PACKAGING
8730 MILITARY ROAD
SUITE 140
RENO, NV  89506

ERO INDUSTRIES/CORAL
3436 N. KENNICOTT AVENUE
ARLINGTON HEIGH, IL  60004

E-RPC/REMINGTON
870 REMINGTON DRIVE
PO BOX 700
MADISON, NC  27025

ERUPT FISHING
1515 8TH AVENUE
FORT WORTH, TX  76104

ES 148 SPORTSMAN, LLC
C/O EXETER PROPERTY GROUP
101 WEST ELM STREET SUITE 600
CONSHOHOCKEN, PA  19428

ESCALADE SPORTS DBA RAVE SPORTS
985 ALDRIN DRIVE 301
EAGAN, MN  55121

ESCALADE SPORTS
2200 STRINGTOWN ROAD
EVANSVILLE, IN  47711

ESCALON BAIT
2235 JACKSON AVE
ESCALON, CA  95320

ESCALON, NADIR CRISTAL
8750 NATIONS FORD ROAD
CHARLOTTE, NC  28217

ESI/ECI
414 N LAFAYETTE ST
SHELBY, NC  28150

ESM LIMITED
SUITE 202
8989 NORTH PORT WASHINGTON ROAD
MILWAUKEE, WI  53217

ESOFT INC
295 INTERLOCKEN BLVD, 500
BROOMFIELD, CO  80021

ESPINOZA, BRENDA ESTEFANY
11834 PLANTERS ESTATES DRIVE
CHARLOTTE, NC  28278

ESPINOZA, MARISSA HELENE
1792 BELFORD ROAD
RENO, NV  89509

ESRI BUSINESSMAP
1825 SUMMIT AVENUE
SUITE 201
PLANO, TX  75074

ESSENTIAL GEAR (WINDMILL LIGHTERS)
22 CLEVELAND ST
GREENFIELD, MA  01301

ESSEX PORTABLE SOLUTIONS INC
175 LEWIS RD 27
SAN JOSE, CA  95111-2175

ESTACADA ROD & GUN CLUB
PO BOX 33318
PORTLAND, OR  97292

ESTACADA TACKLE
210 SE HWY 224
ESTACADA, OR  97023

ESTATE ARMS CO
13626 NE 20TH ST
BELLEVUE, WA  98005

ESTAY HARDWARE
ROUTE 16
HINESBURG, VT  05461

ESTERO RIVER OUTFITTERS
20991 S TAMIAMI TRAIL
ESTERO, FL  33928

ESTES EXPRESS LINES
PO BOX 25612
RICHMOND, VA  23260

ESTES VALLEY REC & PARK
PO BOX 1379
ESTES PARK, CO  80517

ET ARMS INC.
2100 COLLEGE DRIVE, 108
LAKE HAVASU CTY, AZ  86403

ETHOSOURCE, LLC
180 GRACE BLVD
MORGANTOWN, PA  19543

ETL
2351 TENAYA DR
MODESTO, CA  95354

ETNA HARDWARE
ROUTE 16
HINESBURG, VT  05461

ETRAAM
521 HORSESHOE CIRCLE
MCCOLL, SC  29570

ETS GROUP
59683 MARKET STREET
SOUTH BEND, IN  46614

EUGENE HALCOMB
1288 FAYETTE
EL CAJON, CA  92020

EULESS GUNS & AMMO
1200 NORTHWEST EULESS BLVD
EULESS, TX  76040

EUREKA REPORTER, THE
215 4TH ST
EUREKA, CA  95501

EUROTACKLE
21 SKINNER STREET - UNIT 4
EAST HAMPTON, CT  06424

EVANS CO-OP TRUE VALUE
25 N MAIN ST
MALAD, ID  83252

EVANS POINDEXTER
5808 STERLING COURT
VIRGINIA BEACH, VA  23464

EVANS, NATHAN AARON
700 REEVES AVENUE
RENO, NV  89503

EVER CONCORD INC.
NC  28557

EVERETT C. BOUTWELL
2419 OAKMONT DRIVE
BLOOMINGTOM, IN  47401

EVERGREEN HARDWARE
WINTHROP, WA  98862

EVERGREEN INFORMATION SYSTEMS
P.O.B. 804
FAIRFIELD, IA  52556

EVERGREEN VENDING/NW COFFEE
PO BOX 68417
MILWAUKIE, OR  97268

EVERNORTH BEHAVIORAL HEALTH
PO BOX 1450
NW7307
MINNEAPOLIS, MN  55485-7307

EVERNORTH CARE SOLUTIONS INC.
PO BOX 854822
MINNEAPOLIS, MN  55485-4822

EVOLUTION EVENT SOLUTIONS, LLC
1253 MARTIN STREET
NASHVILLE, TN  37203

EVOLUTION OUTDOOR, LLC.
2002 SYNERGY BLVD. SUITE 100
KILGORE, TX  75662

EWALTS GROCERY
3867 HWY 27 SOUTH
CYNTHIANA, KY  41031

EXACT IMAGING INC
3518 SE 21ST AVE
PORTLAND, OR  97202

EXACTSTAFF, INC
21031 VENTURA BLVD
SUITE 501
WOODLAND HILLS, CA  91364

EXCELL FOODS
PO BOX 1248
DEER PARK, WA  99006

EXCLUSIVE DESTINATION MANAGEMENT
575 HENLEY DR
NAPLES, FL  34104

EXECUTECH CONSULTING, LLC
12232 BEESTONE LANE
RALEIGH, NC  27614

EXECUTIVE LEARNING,INC.
7101 EXECUTIVE CENTER DR. SUITE 160
BRENTWOOD, TN  37027

EXECUTIVE LEASING
PO BOX 2978
GREENVILLE, NC  27834

EXECUTIVE OFFICE OF LABOR &
WORKFORCE DEV
ONE ASHBURTON PLACE, ROOM 2112
BOSTON, MA  02108

EXECUTIVE PERSONNEL GROUP
PO BOX 1402
WASHINGTON, NC  27889

EXECUTIVE STAFFING GROUP
PO BOX 30096
RALEIGH, NC  27622

EXEL GLOBAL LOGISTICS
33172

EXIDE TECHNOLOGIES
A DIV OF EXIDE TECHNOLOGIES
3950 SUSSEX AVE
AURORA, IL  60504

EXIT 76 CORP
PO BOX 9464
WYOMING, MI  49509

EXOTHERMIC TECHNOLOGIES, LLC
7356 COMMERCIAL CIR UNIT D
FORT PIERCE, FL  34951

EXPANETS
DEPT 1261
DENVER, CO  80271-1261

EXPEDITED DELIVERY SERVICES
NC  28557

EXPEDITORS INTERNATIONAL OF
WASHINGTON
1015 THIRD AVENUE
12TH FLOOR
SEATTLE, WA  98104

EXPEDITORS
C/O SE FREIGHT LINES
PO BOX 1691
COLUMBIA, SC  29202

EXPERIAN
PO BOX 881971
LOS ANGELES, CA  90088-1971

EXPRESS AUTO CARE
4311 ARENDELL STREET
ATTN: DENNIS WITTE
MOREHEAD CITY, NC  28557

EXPRESS EMPLOYMENT PROFESSIONALS
PO BOX 203901
DALLAS, TX  75320-3901

EXPRESS ROOTER
1739 NARANCA AVE
EL CAJON, CA  92019

EXPRESS SERVICES INC.
PO BOX 844277
LOS ANGELES, CA  90084-4277

EXPRESS TELLER SVCS INC
PO BOX 90732
COLUMBIA, SC  29290

EXPRESS TRANSPORT
PO BOX 88947
SEATTLE, WA  98138-2947

EXT CONSTRUCTION INC.
7504 DRAYTON CT.
RALEIGH, NC  27615

EXTENDED STAY AMERICA
6520 MT MORIAH
MEMPHIS, TN  38115

EXTRA EDGE
901 SPRINGFIELD STREET
DAYTON, OH  45403

EXTREME ARCHERY PRODUCTS
7120 RT US 60 SUITE B
ASHLAND, KY  41102

EXTREME COMFORT, INC.
DIVISION OF FRISBY TECHNOLOGIES
95 FOCH STREET
EUGENE, OR  97402

EXTREME OUTDOORS, INC
231 GRIGGS RD
SIX MILE, SC  29676

EXXEL OUTDOORS, LLC
1 INTERNATIONAL COURT
BROOMFIELD, CO  80021

EXXONMOBIL
CREDIT CARD CENTER
PO BOX 4559
CAROL STREAM, IL  60197

E-Z CATCH
5 TYSEN STREET
STATEN ISLAND, NY  10301

E-Z CLEAT
4416 WASHBURN AVE S
MINNEAPOLIS, MN  55410

E-Z TACKLE COMPANY
PO BOX 1451
CLACKAMAS, OR  97015

E-Z TACKLE
1108 SOUTH AUSTIN
FOLEY, AL  36535

EZE-LAP DIAMOND PRODUCTS
3572 ARROWHEAD DR
PO BOX 27469
CARSON CITY, NV  89721

EZON FISHING CO.
571 SAVANNAH HWY
CHARLESTON, SC  29407

F & A INC/LITTLE OSCAR
50 S. ELM ST
RICHFIELD SPRGS, NY  13439

F&W MEDIA, INC.
700 E STATE ST
IOLA, WI  54990-001

F. RAY OIL COMPANY
MAKIN TRACKS
WASHINGTON, NC  27889

F.J. NEIL COMPANY INC.
1064 ROUTE 109
LINDENHURST, NY  11757

FABIAN PASILLAS
C/O AWR SPORTS
FRESNO, CA  93725

FACEMYERS MARINA, INC
PO BOX 1260
TUCKERTON, NJ  08087

FAEGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 S SEVENTH ST
MINNEAPOLIS, MN  55402-3901

FAIR FEED & SUPPLY
105 SE LYNN BLVD
PRINEVILLE, OR  97754

FAIRBANKS SCALES, INC
PO BOX 802796
KANSAS CITY, MO  64180-2796

FAIRCHASE PRODUCTS LLC
1790 RONCO AVE
WINONA, MN  55987

FAIRHOPE FLY SHOP
31 S SECTION ST
FAIRHOPE, AL  36532

FAIRPLAY SPORTING GOODS
PO BOX 471
FAIRPLAY, CO  80440

FAIRWAY & GREENE, LTD
PO BOX 73
BRATTLEBORO, VT  05302-0073

FAIRWAY CONNECTIONS
ATTN: LYNN ADRION
PO BOX 1160
WINDERMERE, FL  34786

FAITH CHURCH OF THE NAZARENE
BUILDING FUND
1125 PINEY GREEN RD
JACKSONVILLE, NC  28546

FAITH FOREVER INC
PO BOX 23026
CHARLOTTE, NC  28107

FAITH FREIGHT FORWARDING
2335 NW 107 AVE BOX 124
MIAMI, FL  33172

FALCON LURES LLC
FALCON LURES
130 S AUDUBON BLVD, STE 212
LAFAYETTE, LA  70503

FALCON SAFETY PROD
25 IMCLONE DRIVE
PO BOX 1299
BRANCHBURG, NJ  08876-1299

FALCONS FIRE GOLF CLUB
ATTN: FILL STREALY
3200 SERALAGO BLVD.
KISSIMMEE, FL  34746

FALL MOUNTAIN OUTFITTERS
1218 EAST MAIN STREEET
TORRIGNTON, CT  06790

FALLS, DAZAH NICOLE
7304 WILLIAM REYNOLDS DRIVE
CHARLOTTE, NC 28215

FALMOUTH MARINE INC
278 SCRANTON AVE
FALMOUTH, MA 02540

FAMILY AFFAIR CATERING, LLC
MICHAEL CAIN
2048 SALEM RD
BENNETTSVILLE, SC 29512

FAMILY BOAT CENTER INC.
115 WEST SOUTH ST
STE D
ALBEMARLE, NC 28001

FAMILY PHARMACY & HOME MEDICAL
346 HOWARD BOULEVARD
NEWPORT, NC 28570

FAMILY SUPPORT PAYMENT CENTER
PO BOX 109004
JEFFERSON CITY, MO 65110-9004

FANG WANG
158 LITTLE NINE DR
PO BOX 459
MOREHEAD CITY, NC 28557

FARGASON OUTDOORS/SCENTITE
PO BOX 36635
BIRMINGHAM, AL 35236

FARGO TRUCKING CO, INC
101 TENTH AVE
OAKLAND, CA 94606

FARLOW & CO
460 ARLINGTON STREET
GREENSBORO, NC 27406

FARMERS BAIT & TACKLE
2047 SPRING RD
GAINSVILLE, GA 30501

FARMERS HARDWARE
PO BOX 99
EDISTO ISLAND, SC 29438

FARMERS INC
PO BOX 5187
GREENVILLE, MS 38704

FARMERS SUPPLY
101 EAST MAIN ST
FLOYD, VA 24091

FARMSTEAD TELEPHONE
PO BOX 40,000,DEPT 0057
HARTFORD, CT 06151-0057

FARON WILLIAMS
106 HOOD CIRCLE
BLENHEIM, SC 29516

FARRAND ENTERPRISES INC
PO BOX 923
CHINO, CA 91708-0923

FARRIS ERVIN ENTERPRISES, INC.
PO BOX 1218
TROUTMAN, NC 28166

FARRIS INCENTIVES
1150 NORTHLAND DRIVE
ST. PAUL, MN 55120

FARRS INC
2 MAIN ST
MANCHESTER, CT 06040

FAST COMPANY
BILLING DEPARTMENT
P O BOX 52760
BOULDER, CO 80322-2760

FAST POSTERS
930 W. WASHINGTON ST 8
SAN DIEGO, CA 92103

FAST TRACK HIGH PERFORMANCE DRIVING
PO BOX 160
HARRISBURG, NC 28075

FASTCORP LLC
10 DENLAR DR
CHESTER, CT 06412

FAT COW FISHING
110 CHURCH ROAD
GREAT RIVER, NY 11739

FAT NANCYS B & T
PO BOX 481
PULASKI, NY 13142

FATHOM OFFSHORE HOLDINGS LLC
3018 N. KERR AVE. SUITE A
WILMINGTON, NC 28405

FATHOMS & MARTEK GULF COAST
3701 50TH AVE SOUTH
ST PETERSBURG, FL 33711

FAULKNER/HAYNES & ASSOC INC
7240 ACC BLVD
RALEIGH, NC 27617

FAULKS GAME CALL CO
616 18TH ST
LAKE CHARLES, LA 70601

FAVORITE FISHING USA
603 NORTH 9TH STREET
THAYER, MO  65791

FAW LAWN & HOME MAINTENANCE
103 WATERS EDGE DRIVE
NEWPORT, NC  28570

FCA
PO BOX 771
MOREHEAD CITY, NC  28557

FCB-SALES FINANCE
LEASING OPERATIONS
PO BOX 30548
CHARLOTTE, NC  30548-0548

FCC COMMUNICATIONS, INC.
1360 GREG STREET
SUITE 109
SPARKS, NV  89431

FCC LOGISTICS, INC.
18747 S. LAUREL PARK ROAD
RANCHO DOMINGUE, CA  90220

FEARLS BAIT & TACKLE
7002 N. POINT RD.
BALTIMORE, MD  21219

FEDERAL EXPRESS CORP
PO BOX 371461
PITTSBURGH, PA  15250-7461

FEDERAL EXPRESS CORP.
PO BOX 1140 DEPT A
MEMPHIS, TN  38101-1140

FEDERAL FILING,INC.
601 PENNSYLVANIA AVENUE, NW
ACCOUNTS RECEIVABLE/STH.BLDNG ST700
WASHINGTON, DC  20004-2602

FEDEX FREIGHT EAST
PO BOX 406708
ATLANTA, GA  30384-6708

FEDEX GROUND
PO BOX 360911
PITTSBURGH, PA  15250-6911

FEDEX KINKOS
CUSTOMER ADMIN SERVICES
PO BOX 672085
DALLAS, TX  75267-2085

FEELGOODZ LLC
PO BOX 847
GARNER, NC  27529

FELCO AUTOLEASE
11625 SW 66TH AVE
PORTLAND, OR  97223

FELDER, SHAMAYA MALAIASIA
10300 CEDAR TRAIL LANE
APT 108
CHARLOTTE, NC  28210

FELDMANN ENG & MFG CO
520 FOREST AVE
SHEBOYGAN FALLS, WI  53085-2513

FELDSTEIN & ASSOCIATES
6500 WEATHERFIELD CT
MAUMEE, OH  43537

FELTON WHITE
2251 HWY 258 SOUTH
KINSTON, NC  28504

FENNEMORE WENDEL
2394 E. CAMELBACK ROAD
SUITE 600
PHOENIZ, AZ  85016

FENNER, MICHAEL ANTHONY
7604 ANTLERS LANE
APT 5
CHARLOTTE, NC  28210

FENWICK EDWARDS 5 & 10
COASTAL HWY
FENWICK, DE  19944

FERADYNE OUTDOORS, LLC
101 MAIN STREET
SUPERIOR, WI  54880

FEREBEE, SAQUN DWAYNE
7625 HOLLISWOOD COURT
APT 338
CHARLOTTE, NC  28217

FERGUSON-KELLER ASSOCIATES INC
1765 HALGREN RD.
MAPLE PLAIN, MN  55359

FERGUSONS COUNTRY STORE
6353 88TH
NEWAYGO, MI  49337

FERN EXPOSITION & EVENT SERVICES
645 LINN ST
CINCINNATI, OH  45203

FERN RIDGE MARKET
27359 CLEAR LAKE RD
EUGENE, OR  97402

FERNANDEZ, CINTHIA ANDREINA
10128 MCINTYRE RIDGE ROAD
PINEVILLE, NC  28134

FERRY HARDWARE INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

FGI/BUSHMASTER ACCESSORIES
870 REMINGTON DR
PO BOX 700
MADISON, NC  27025

FIDELITY OFFSET INC.
5426 HIGHWAY 41 A
JOELTON, TN  37080

FIDELITY OFFSET INCORPORATED
5426 US HIGHWAY 41A
JOELTON, TN  37080

FIDELITY
135 S. LASALLE ST DEPT 8003
CHICAGO, IL  60674-8003

FIELD & STREAM
PO BOX 60001
TAMPA, FL  33660-0001

FIELDBOY TRUCKING
1116 BLAIR FARM PKWY
MOREHEAD CITY, NC  28557

FIG RIG RODS
21826 HWY 169 SOUTH
GRAND RAPIDS, MN  65744

FIGUEROA GUERRERO, ANAYENSSI
11025 MORGAN CREEK DRIVE
APTO. 103
CHARLOTTE, NC  28273

FIGUEROA MARROQUIN, PATRICIA G
6403 ALEUT COURT
SUN VALLEY, NV  89433

FILO CORPORATION
7380 WEST 20 AVE. 110
HIALEAH, FL  33016

FIN & FEATHER LODGE
95 FRENCHTOWN RD.
EAST GREENWICH, RI  02818

FIN CHASERS
220 NORTHGATE MILE
IDAHO FALLS, ID  83401

FIN RAGE TACKLE, LLC
DBA ALS GOLDF
1191 RIVER VALLEY ROAD
SOBIESKI, WI  54171

FINANCIAL SEARCH GROUP
1170 BAYVIEW
PETOSKEY, MI  49770

FIN-ATICS MARINE SUPPLY
1325 WEST AVENUE
OCEAN CITY, NJ  08226

FINE ART CREATIONS, INC
2335 E CHESTNUT EXPY
SUITE 100
SPRINGFIELD, MO  65802

FINE HOST CORPORATION
PO BOX 4349
CAROL STREAM, IL  60197-4349

FINE-LINE INC.
PO BOX 98031
LAKEWOOD, WA  98496

FINESSE TACKLE
647 BEAUMONT
BEAUMONT, CA  92223

FINKELSTEIN,KERN,STEINBURG,CUNINGHAM
SUITE 500,612 PROFESSIONAL BLDG.
612 GARY ST S.W.
KNOXVILLE, TN  37902

FINS, INC.
1500 INTERSTATE DRIVE
ERLANGER, KY  41018

FINSPORT/CREATIVE ANGLER
12754 N HAUSER LK ROAD
HAUSER, ID  83854

FINZ BAR & GRILL
ATTN: STEVE JAMESON
105 S. 7TH ST
MOREHEAD CITY, NC  28557

FIOCCHI OF AMERICA INC
6930 N FREMONT ROAD
OZARK, MO  65721

FIRE EXTINGUISHER SERVICE CENTER
260 FREEPORT BLVD 3
SPARKS, NV  89431

FIRE FLY OUTFITTERS LLC
ONE FEDERAL ST
BOSTON, MA  02110

FIRE SPRINKLER SERVICE, LLC
204 W STADIUM DR 11C
EDEN, NC  27288

FIREARMS BUSINESS
PO BOX 2626
GREENWICH, CT  06836-9885

FIREFLY OUTDOOR & MARINE, LLC
115 REID DRIVE
TRUSSVILLE, AL  35173

FIREFLY STORE SOLUTIONS
4500 S HOLDEN RD
GREENSBORO, NC  27406

FIREHOUSE PRODUCTS, LLC
1715 DANIS WAY
CUMBERLAND, WI 54829

FIREMANS FUND INSURANCE CO
ATTN: CORP COLLECTIONS
DEPARTMENT CH - 10273
PALATINE, IL 60055-0273

FIREPOWER SYSTEMS
1171 RUGGLES DR.
GRAND PRAIRIE, TX 75050

FIRING-LINE-BURBANK
1060 N LAKE ST
BURBANK, CA 91502

FIRST AMERICAN COMMERCIAL BANKCORP
211 HIGH POINT DRIVE
VICTOR, NY 14564

FIRST BAPTIST CHURCH
239 MIDDLE ST
NEW BERN, NC 28563

FIRST CHOICE DRUG TESTING AND
1423 S UNIVERSITY
LITTLE ROCK, AR 72204

FIRST CITIZENS BANK & TRUST CO
PO BOX 27607
RALEIGH, NC 27611

FIRST CITIZENS
LEASING OPERATIONS
P.O.BOX 30548
CHARLOTTE, NC 28230-0548

FIRST CLASS VENDING
399O W NAPLES DRIVE
LAS VEGAS, NV 89103

FIRST COLONY LIFE INSURANCE
PO BOX 1280
LYNCHBURG, VA 24505

FIRST COLONY
PO BOX 79314
BALTIMORE, MD 21279-0314

FIRST SOURCE
5831 COUNTRY LAKES DR
FT MYERS, FL 33905

FIRST STOP BAIT SHOP
1954 TRASK PARKWAY
SEABROOK, SC 29940

FIRST STOP INC.
D/B/A FIRST STOP GUN
514 7TH ST
RAPID CITY, SD 57701-2730

FIRST STRIKE MARINE & TACKLE
69 N. CAUSEWAY
NEW SMYRNA BEAC, FL 32069

FIRST TEXAS PRODUCTS/BOUNTY HUNTER
1100 PENDALE ROAD
EL PASO, TX 79907

FIRST UNION NATL BANK OF N.C.
CORPORATE SERVICES DEPT,CASH-3
PO BOX 60182
CHARLOTTE, NC 28260

FIRST UNITED METHODIST CHURCH OF BLA
PO BOX 265
BLAKELY, GA 39823

FIRST UNITED METHODIST CHURCH
1126 E SILVER SPRING BLVD
OCALA, FL 34470

FIRSTAR
PO BOX 742560
CINCINNATI, OH 45274-2560

FISCO FARM & HOME STORES
P O BOX 31510
STOCKTON, CA 95213

FISH ALASKA PUBLICATIONS, LLC
PO BOX 1613
BRUSH PRAIRIE, WA 98606

FISH AND WILDLIFE CONSERVATION
COMMITTEE
PO BOX 5848
TALLAHASSEE, FL 32314

FISH CONNECTION, THE
127 ROUTE 12
PRESTON, CT 06365

FISH FINDER
179 SOUTH BAY DRIVE
NAPLES, FL 34108

FISH HER
10655 RIDGEMONT CIRCLE
OMAHA, NE 68136

FISH MONKEY GLOVES
981 HWY 98 EAST SUITE 3-404
DESTIN, FL 32541

FISH N POLE, INC.
1416 N. MILLS AVENUE
ORLANDO, FL 32803

FISH N TALES
557 DURHAM RD
WRIGHTSTOWN, PA 18940

FISH RAZR
7435B CROSS COUNTY ROAD
N. CHARLESTON, SC  29418

FISH TALE MARINA, INC.
7225 ESTERO BLVD
FT. MYERS BEACH, FL  33931

FISTWITH FINESSE
PO BOX 2914
KEY WEST, FL  33045

FISH-A-WAY
16585 WHITE OAK AVE
LOWELL, IN  46356

FISHBITES
164 NIX BOAT YARD ROAD
ST.AUGUSTINE, FL  32084

FISHBONES BAIT & TACKLE
4729 MOUNTAIN ROAD
PASADENA, MD  21122

FISHENG PRODUCTS, LLC
27647 SE STARR RD
EAGLE CREEK, OR  97022

FISHER GIRL
47 SUNVALE PLACE
STONEY CREEK, ON  L8E 4Z6
CANADA

FISHERMAN DEPOT
18-29A 127TH ST
COLLEGE POINT, NY  11356

FISHERMAN TACKLE SUPPLY
2300 NW 83RD WAY
SUNRISE, FL  33322

FISHERMANS ACCESS
1021 E IMPERIAL HWY
UNIT G-2
BREA, CA  92821

FISHERMANS CHOICE
13615 N. 35TH AVENUE 10
PHOENIX, AZ  85029

FISHERMANS CHOICE-AZ
13615 N 35TH AVE
PHOENIX, AZ  85029

FISHERMANS CORNER
5675 MILLER TRUNK HIGHWAY
DULUTH, MN  97364

FISHERMANS COVE BAIT & TACKLE
1733 ESPLANADE
CHICO, CA  95926

FISHERMANS EYEWEAR
1700 SHELTON DRIVE, PO BOX 261
HOLLISTER, CA  95024-0261

FISHERMANS HEADQUARTERS & HDWR
40 W BAYSHORE DR
ST GEORGE ISLAN, FL  32328

FISHERMANS HEADQUARTERS
1609 4TH AVE.
CONWAY, SC  29526

FISHERMANS INDUSTRY SUPPLY
3695 E HARBOR BLVD
VENTURA, CA  93001

FISHERMANS INN
PO BOX 218
HARKERS ISLAND, NC  28531

FISHERMANS PAL COMPANY
5013 CR 23
AUBURN, IN  46706

FISHERMANS PARADISE
223 E. BROAD ST
DUNN, NC  28334

FISHERMANS WHARF
9582 TARA BLVD.
SUITE 200
JONESBORO, GA  30236

FISHERMANS WORLD
LIBERTY SQUARE
EAST NORWALK, CT  06855

FISHERMEN LOG
1083 EAST 24 STR.
HIALEAH, FL  33013

FISHERS TECHNOLOGY
575 E. 42ND STREET
BOISE, ID  83714

FISHIN FACTORY
1426 MERIDEN-WTBY RD RT 322
MILLDALE, CT  06467

FISHIN FRANKS
4425-E TAMIAMI TRAIL
CHARLOTTE HARBO, FL  33950

FISHIN HOLE ARCHERY & ANGLING
4700 D SW TOPEKA BLVD
TOPEKA, KS  66609

FISHIN SHACK
3514 S. ATLANTIC AVENUE
DAYTONA BEACH, FL  32127

FISHIN STORE
244 NORTH CAUSEWAY
NEW SMYRNA BCH, FL  32169

FISHING & DIVING CENTER
6300 N ATLANTIC AVE
CAPE CANAVERAL, FL  32920

FISHING & HUNTING NEWS
511 EASTLAKE AVE E
PO BOX 19000
SEATTLE, WA  98109

FISHING CORNER QUILTING NOOK
1680 S. MAIN ST 318
LAURINBURG, NC  28352

FISHING FEVER BAIT & TACKLE
6035 N. NC HWY 109
HIGH POINT, NC  27265

FISHING HOLE
1207 JAMISON AVE. SE
ROANOKE, VA  24013

FISHING LINE, THE
10431 SW 54TH ST
MIAMI, FL  33165

FISHING SOLUTIONS
PO BOX 337
FALLRIVER MILLS, CA  96028

FISHING TACKLE TRADE NEWS
PO BOX 370
CAMDEN, MN  04843

FISHING TACKLE TRADE NEWS
PO BOX 679
CAMDEN, ME  04843

FISHLANDER SPOONS
1302 W SILVER LAKE ROAD
TRAVERSE CITY, MI  49684

FISHN
3616 W COURT SUITE G
PASCO, WA  99301

FISH-N-MAP COMPANY, INC.
8535 W. 79TH AVENUE
ARVADA, CO  80005

FISHOLY
26 SPRING VALLEY DRIVE
LANDER, WY  82520

FISHSOXX, INC
9333 96TH ST N
MAHTOMEDI, MN  55115

FISHTALES BAIT & TACKLE
887 N E JENSEN BEACH BLVD
JENSEN BEACH, FL  34957

FISHUNT ESSENTIALS
85 FLORIDA BLVD
MERRITT ISLAND, FL  32953

FISHY BUSINESS
6303 MIRAMAR PARKWAY
MIRAMAR, FL  33023

FITEC INTERNATIONAL INC
3889 EAST RAINES ROAD
MEMPHIS, TN  38118

FITEC INTERNATIONAL INC. - BF
3525 RIDGE MEADOW PARKWAY
MEMPHIS, TN  38115

FITZGERALD FISHING, LLC.
12160 SE US HWY 441
BELLEVIEW, FL  34420

FIVE STAR GLOBAL SECURITY
507 HARLOW DRIVE
FAYETTEVILLE, NC  28314

FIVE STAR PRODUCTS, LLC
7806 SW ELLIPSE WAY
STUART, FL  34997

FIVE STAR STAFFING & ACCTG RECRUITIN
4112 BLUE RIDGE RD
STE 101
RALEIGH, NC  27612

FL DEPT OF COMMERCE REEMPLOYMENT
ASSISTANCE
CALDWELL BLDG
107 EAST MADISON STREET
TALLAHASSEE, FL  32399-4120

FL OUTDOORS LLC DBA CPI/EST/CMERE D
14481 LOCHRIDGE BLVD
COVINGTON, GA  30014

FLAGLER BEACH PIER
708 MOODY BLVD.
PO BOX 376
FLAGLER BEACH, FL  32136

FLAMBEAU CORPORATION
PO BOX 97
MIDDLEFIELD, OH  44062-0097

FLAMING GORGE MARKET
PO BOX 429
MANILA, UT  84046

FLAMINGO ROW
13 E 1ST ST
OCEAN ISLE BCH, NC  28459

FLANAGAN CLEAN CARE
PO BOX 1479
HAVELOCK, NC  28532

FLANAGANS CLEAN CARE, INC.
803 E. MAIN STREET
MOREHEAD CITY, NC  28532

FLARITY, ELLEN L
2661 LENNOXVILLE RD.
BEAUFORT, NC  28516

FLAT PEAK LLC
370 S LOWE AVENUE STE A-122
COOKEVILLE, TN  38501

FLATLINE BOOM, MFG
PO BOX 7693
NORTH PORT, FL  34287-0693

FLEET ONE, LLC
613 BAKERTOWN RD
ANTIOCH, TN  37013

FLEET SUPPLY
EAST HWY 95
CAMBRIDGE, MN  55008

FLEMINGS FEED & HARDWARE
353 RT. 165
PRESTON, CT  06365

FLETCHER HILLS TOWING
1357 PIONEER WAY
EL CAJON, CA  92020

FLEX COAT CO.
P. O. BOX 190
DRIFTWOOD, TX  78619

FLEXX-RAP INC
3153 GRAYFOX LANE
PASO ROBLES, CA  93446

FLINTLOCKS
425 E MAIN ST
KINGWOOD, WV  26537

FLIPO GROUP, LTD.
613 FIRST STREET
LA SALLE, IL  61301

FLIPPERS BAIT & TACKLE
770 WEST MAIN STREET
HENDERSONVILLE, TN  37075

FLIPPERZ BEACH SHOP
437 S. GULFVIEW BLVD
CLEARWATER, FL  34630

FLIPSNACK LLC
37310 RUTH DRIVE
STERLING HEIGHT, MI  48312-1977

FLITZ PRODUCTS
821 MOHR AVE
WATERFORD, WI  53185

FLOCKEN, CHRISTOPHER P
5293 MORGAN RIDGE DR
MILTON, FL  32570

FLOIED FIRE EXTINGUISHER & STEAM
3050 LAMAR AVE
MEMPHIS, TN  38114

FLOODTIDE, INC.
PO BOX 780277
SEBASTIAN, FL  32978

FLORANCE & ASSOC
78252 BONANZA
PALM DESERT, CA  92211

FLORIAN, EDUARDO E
9541 KINGS PARADE BOULEVARD
APT 125
CHARLOTTE, NC  28273

FLORIDA DEPARTMENT OF REVENUE
5050 W. TENNESSEE STREET
TALLAHASSEE, FL  32399-0120

FLORIDA DEPARTMENT OF REVENUE
PO BOX 7443
TALLAHASSEE, FL  32314-7443

FLORIDA DEPARTMENT OF STATE
REGIS. SECTION/DIV. OF CORPORATIONS
PO BOX 6327
TALLAHASSEE, FL  32314

FLORIDA DEPT OF AGRICULTURE
PO BOX 15026
WILMINGTON, DE  19850-5026

FLORIDA DEPT OF BUSINESS &
PROFESSIONAL REG
2601 BLAIR STONE ROAD
TALLAHASSEE, FL  32399

FLORIDA DEPT OF LABOR &
EMPLOYMENT SECURITY
BUREAU OF TAX
TALLAHASSEE, FL  32399-0212

FLORIDA DEPT OF REVENUE
5050 W. TENNESSEE ST
TALLAHASSEE, FL  32399-0128

FLORIDA DEPT. OF REVENUE
5050 WEST TENNESSEE STREET
BUILDING K
TALLAHASSEE, FL  32399-0125

FLORIDA KEYS OUTFITTERS
PO BOX 603
ISLAMORADA, FL  33036

FLORIDA POWER & LIGHT CO.
PO BOX 025576
MIAMI, FL  33102

FLORIDA SALTWATER FISH ID
15108 JOG ROAD
DELRAY BEACH, FL  33446

FLORIDA SPORTSMAN MAGAZINE
PO BOX 59200
BOULDER, CO  80322

FLORIDA SPORTSMAN WICKSTROM PUBL.
5901 S.W. 74TH ST
SUITE 310
MIAMI, FL  33143

FLORIDA SPORTSMAN
P.O.BOX 2106
KNOXVILLE, IA  50197-2106

FLORISTRY BY TRUDY
530A MAIN ST
MEDINA, NY  14103

FLORSHEIM GROUP INC
135 S LASALLE DEPT 2194
CHICAGO, IL  606742194

FLOUNDERS SEAFOOD
425 HOTEL DR
NEW BERN, NC  28560

FLOYDS AUTO BODY
5884 HWY 70 EAST
NEWPORT, NC  28570-7938

FLY & FIELD OUTFITTERS
143 SW CENTURY DR STE A
BEND, OR  97702

FLY AWAY FLY SHOP
101 LAKE ST B
SITKA, AK  99835

FLY FISH VERMONT INC.
PO BOX 960
STOWE, VT  05672-0960

FLY SHOP OF TENNESSEE
37601

FLYING CLOUD FORWARDING INC
8795 NW 100TH ST
MIAMI, FL  33178

FLYING CLOUD TRADING CO
PO BOX 636
ROSEBURG, OR  97470

FLYING FISHERMAN
PO BOX 545
ISLAMORADA, FL  33036

FLYING M RANCH
23029 NW FLYING M ROAD
YAMHILL, OR  97148

FLYING PENCIL PUBL
14151 SE NIGHTINGALE AVENUE
HAPPY VALEY, OR  97015

F-M FORKLIFT SALES & SVC INC
4350 MAIN AVE
PO BOX 2192
FARGO, ND  58108

FMK FIREARMS
1025 A ORTEGA WAY
PLACENTIA, CA  92870

FN AMERICA,LLC
7950 JONES BRANCH DRIVE
SUITE 602N
MCLEAN, VA  22102

FOBUS USA
780 HAUNTED LANE
BENSALEM, PA  19020

FOCUS GROUP, INC.
1818 WESTLAKE AVE., N. 422
SEATTLE, WA  98109

FOLBE PRODUCTS
9144 7TH AVE S
SEATTLE, WA  98108

FOLEY & LARDNER
ONE MARITIME PLAZA
SIXTH FLOOR
SAN FRANCISCO, CA  94111

FOLEYS CHILDREN COLLEGE FUND
C/O WILMINGTON TRUST
399 EAST MAIN STREET
MIDDLETOWN, DE  19709

FOLLOW THROUGH CLEANING, INC.
PO BOX 42101
PORTLAND, OR  97242

FOLLY ROAD TACKLE SHOP
805 FOLLY ROAD
CHARLESTON, SC  29412

FOOD RANCH INC
PO BOX 539
ORANGEVILLE, VT  84537

FOOL MOON PRESS
PO BOX 15013
5702 FISH LAKE DAM ROAD
DULUTH, MN  55803

FOOT PRINTS
9818 HWY 98W
DESTIN, FL  32541

FOOTHILLS MARINE & SPORT SHOP
PO BOX 1640
MORGANTOWN, NC  28680

FOOTHILLS MARINE
1331 HIGHWAY 181 NORTH
MORGANTON, NC  28680

FORBES REPAIR
SERVICE STATION MAINTENANCE & REPAIR
100 NORTH DRIVE
BEAUFORT,, NC  28516

FORD COUNTY TITLE COMPANY
205 GUNSMOKE-227-2349
DODGE CITY, KS  67801

FORD DESIGN
7225 WRIGHTSVILLE AVENUE
WILMINGTON, NC  28403

FORD MARRIN ESPOSITO WITMEYER & GLES
WALL STREET PLAZA, 23D FLOOR
NEW YORK, NY  10005-1875

FORD MOTOR CREDIT CO
PO BOX 88306 MB
CHICAGO, IL  60680-1306

FORD MOTOR CREDIT COMPANY
5220 GREENS DAIRY ROAD
PO BOX 28387
RALEIGH, NC  27611-8387

FORD MOTOR CREDIT
PO BOX 7289 FN
PASADENA, CA  91109-7389

FORD, JARED
628 BROCKTON LANE
FLORENCE, SC  29501

FORD, MONIQUE RASHELLE
210 SOUTH PARSONAGE STREET
BENNETTSVILLE, SC  29512

FORDS FLOOR SERVICE
127 MADISON BAY DRIVE
BEAUFORT, NC  28516

FORESTDALE BAIT & TACKLE
43 BLACKTHORN PATH
FORESTDALE, MA  02644

FOREVERLAST INC.
1456 EAST CEMETERY ROAD
HALLETTSVILLE, TX  77964

FORK LIFT SPECIALTIES, INC
3711 WEST FRANKLIN
FRESNO, CA  93706

FORKED RIVER FREEZER INC.
PO BOX 417
FORKED RIVER, NJ  08731

FORKLIFT BROKERS & INDUSTRIAL
SUPPLIES
PO BOX 204
WILSON, NC  27894-0204

FORM PLUS INDUSTRIES
140 VIEW POINT DRIVE
PO BOX 2062
LONGVIEW, WA  98632

FORMS & SUPPLY, INC
PO BOX 563953
CHARLOTTE, NC  28256

FORRESTER-SMITH INC
PO BOX 2540
BRANDON, FL  33509-2540

FORSYTH COUNTY SHERIFF DEPT.
C/O CLERK OF COURT
P.O.BOX 20099
WINSTON-SALEM, NC  27120

FORT CANBY STORE
675 GILMAR ST
PALO ALTO, CA  94301

FORT CHAMBERS INC
3292 BLACK GAP RD
CHAMBERSBURG, PA  17201

FORT JAMES CORP
PO BOX 11062
GREEN BAY, WI  54307

FORT MYERS FISHING CHARTER I
18166 DUPONT DR
FORT MYERS, FL  33912

FORTE INDUSTRIES
PO BOX 534300
ATLANTA, GA  30353-4300

FORTNA INC
333 BUTTONWOOD ST
W READING, PA  19611

FORTUNA HARDWARE & SPORTS
755 S FORTUNA BLVD
FORTUNA, CA  95540

FORTUNE BAY RESORT
1430 BOIS FORTE RD
TOWER, MN  55790

FORTUNE MAGAZINE
PO BOX 60400
TAMPA, FL  33660-0400

FORTUNE PACE INC.
177-25 ROCKAWAY BLVD. STE 206
JAMICA, NY  11434

FORTUNE PRODUCTS, INC.
2203 DOWNING LANE
LEANDER, TX  78641

FORTY UP TACKLE CO
16 UNION AVE.
WESTFIELD, MA  01086

FOSTER BEAR ARMS & TRADING POST
120 DANIELSON PIKE RT 6
FOSTER, RI  02825

FOSTER, BRADEN, THOMPSON
& PALMER - ATTORNEY AT LAW
102 EAST MAIN ST
STEVENSVILLE, MD  21666

FOSTER, BRENDA
184S BROWN AVE
HAVELOCK, NC  28532

FOSTERS LAKE
PO BOX 237
STARTEX, SC  29377

FOSTERS MARKET & SUPPLY
3004 W YACHT DR.
OAK ISLAND, NC  28465

FOUR CORNERS GENERAL STORE
PO BOX 185
CASTLE ROCK, WA  98611

FOUR HORSEMEN TACKLE
125 PA DRIVE
CUT OFF, LA  70345

FOUR M TACKLE
931 7TH ST
BROOKINGS, OR  97415

FOUR SEASON BAIT & TACKLE
ATTN: DORIS
1210 N. CEDAR STREET
LANSING, MI  48906

FOUR SEASONS BAIT & TACKLE
1210 N. CEDAR STREET
LANSING, MI  48906

FOUR SEASONS HEATING, COOLING & ELEC
PO BOX 1108
MOREHEAD CITY, NC  28557

FOUR SUNS, INC DBA SOUTH
BEACH PAVILION
332 S GULFVIEW BLVD
CLEARWATER BCH, FL  34630

FOWL RIVER MARINA
11799 DAUPHIN ISLAND PKWY
THEODORE, AL  36582

FOWLER MINNOW FARM & TACKLE CO
71653

FOX CREEK STORE
26573 HWY 17
ANTONITO, CO  81120

FOX INTERNATIONAL GROUP
1 MRYTLE ROAD
BRENTWOOD
ESSEX  CM1-45EG
UNITED KINGDOM

FOX RIDGE
10395 YELLOW CIRCLE DRIVE
MINNETONKA, MN  55343

FOX RIVER BAIT & TACKLE
1415 RAINBOW DR
OSHKOSH, WI  54902

FOX RIVER MILLS
PO BOX 298
227 POPLAR ST
OSAGE, IA  50461

FOXS GUN SHOP
18823 HIGHWAY 305
POULSBO, WA  98370

FP MAILING SOLUTIONS
DEPT 4272
CAROL STREAM, IL  60122-4272

FPC OF SAVANNAH
7 E. CONGRESS, 712
SAVANNAH, GA  31401

FPC OF SAVANNAH, INC.
PO BOX 8846
SAVANNAH, GA  31412

FRALIN, FEINMAN, COATES & KINNIER,
P.C.
PO BOX 1177
LYNCHBURG, VA  24505

FRAMING FOX ART GALLERY
217 MIDDLE ST
NEW BERN, NC  28560

FRANCES ONDRICEK
1702 H STREET
EUREKA, CA  95501

FRANCHISE CONSORTIUM LTD
340 APOTHECARY BLDG
140 NORTH 8TH ST
LINCOLN, NE  68508

FRANCHISE CONSORTIUM
245 S. 84TH STREET
SUITE 210
LINCOLN, NE  68510

FRANCHISE TAX BOARD
STATE OF CALIFORNIA
PO BOX 942857
SACRAMENTO, CA  94257-0494

FRANCIS BROTHERS INC
315-317 N MAIN ST
MARION, VA  24354

FRANCIS DRAGOMAN
424 N 3400 E
LEWISVILLE, ID  83431-5024

FRANCIS E BLANGEARD
146 LITTLE NINE ROAD
MOREHEAD CITY, NC  28557

FRANCIS, DONALD
1301 15TH STREET NORTHEAST
APT 312
SAUK RAPIDS, MN  56379

FRANCOTYP-POSTALIA, INC
PO BOX 4510
CAROL STREAM, IL  60197-4510

FRANK & FRANS
PO BOX 448, HWY 12
AVON, NC  27915

FRANK AMATO PUBLICATION
PO BOX 82112
PORTLAND, OR  97202

FRANK AMATO PUBLICATIONS
PO BOX 82112
PORTLAND, OR  97282

FRANK GOMBATZ
C/O RALEIGH SPORTS UNLIMITED
8600 GLENWOOD BLVD.
RALEIGH, NC  27612

FRANK N SMITH
5730 KENWOOD AVE
HARRISBURG, PA  17112

FRANK PIERCE
11 SQUAW VALLEY LN 12
ANGEL FIRE, NM  87710

FRANK STEARNS ASSOCIATES
17201 SE 38TH CIRCLE
VANCOUVER, WA  98683

FRANK W JOHNSON, SR. AND SHELLEY
JOHNSON, INDIVIDUALLY AND AS
HUSBAND AND WIFE, AND DONALD
R MOORHEAD, NC

FRANKLIN GUN SHOP LLC
1180 LAKEVIEW DRIVE
FRANKLIN, TN  37067

FRANKLIN OUTDOORS
320 OLD FRANKLIN TPK
ROCKY MOUNT, VA  24151

FRANKLIN ROD & GUN SHOP
320 OLD FRANKLIN TPK
ROCKY MOUNT, VA  24151

FRANKLIN SPORTS IND.
PO BOX 4808
BOSTON, MA  02212

FRANKS GREAT OUTDOORS
MI  48634-9411

FRANKS HUNTING & FISHING
91 CARLETON AVE
ISLIP TERRACE, NY  11752

FRANKS PIZZA
2843 HWY 24
NEWPORT, NC  28570

FRED ANGOTTIS ENTERPRISES
573 CHICKASAW CT
SAN JOSE, CA  95123

FRED MEYER
PO BOX 2388
PORTLAND, OR  97208-2388

FRED PRYOR SEMINARS
PO BOX 219468
KANSAS CITY, MO  64121-9468

FRED PRYOR SEMINARS
PO BOX 2951
SHAWNEE MISSION, KS  66201

FRED ROHWEDDER
9842 E. WATER MILL CIRCLE
BOYNTON BEACH, FL  33437

FREDENBERG MINNO-ETTE
5109 FISH LAKE ROAD
DULUTH, MN  55803

FREDRICKSON MOTOR EXPRESS
PO BOX 5369
CHARLOTTE, NC 28225-5369

FREDS COLLECTIBLES, INC.
1738 ROUTE 31 NORTH
CLINTON, NJ 08809

FREDS HEATING & AIR CONDITIONING
3635 QUAIL ROAD NE
SAUK RAPIDS, MN 56379

FREDS PLUMBING & HEATING
PO BOX 695
SAUK RAPIDS, MN 56379

FREE STATE SPORTING GOOD
9 FREE STATE ROAD
LAUREL, MS 39443

FREED, GERALD F
1209 7TH ST NE
LITTLE FALLS, MN 56345

FREEDOM ENC COMMUNICATIONS
1300 GUM BRANCH RD
PO BOX 3003
JACKSONVILLE, NC 28540

FREEDOM ENC COMMUNICATIONS
PO BOX 3003
JACKSONVILLE, NC 28540

FREEDOM HAWK KAYAKS LLC
4 MIDDLE STREET
NEWBURYPORT, MA 01950

FREEDOM TACKLE CORP.
223 ENRIGHT ROAD
SHANNONVILLE, ON K0K 3A0
CANADA

FREELAND CHEVROLET
5800 CROSSING BLVD
NASHVILLE, TN 37013

FREEMAN COMPANIES
PO BOX 650036
DALLAS, TX 75265-0036

FREEMAN DECORATING CO.
2200 CONSULATE DR
ORLANDO, FL 32837

FREEMAN
PO BOX 734596
DALLAS, TX 75373-4596

FREIGHT MANAGEMENT CO
5050 SW GRIFFITH DR, STE 204
BEAVERTON, OR 97005

FREIGHTMATCHERS, LLC
PO BOX 42916
PHOENIZ, AZ 85080

FRENCH CREEK OUTFITTERS
270 SCHUYKILL RD
PHOENIXVILLE, PA 19460

FRENZY BIG GAME TACKLE
24 RATCLIFF LANE
HATTIESBURG, MS 39402

FRESH START
2510 LAMPLIGHTER LANE
GOLDEN VALLEY, MN 55422

FRESH WATER SYSTEMS
11760 SORRENTO VALLEY ROAD
SAN DIEGO, CA 92121

FRESHWATER SOFTWARE
PO BOX 200876
DALLAS, TX 75320-0876

FRESHWATER TACKLE
201 E FRONT ST
SHERBURN, MN 56171

FRESNO CO DEPT OF CHILD SUPPORT SVCS
PO BOX 24003
FRESNO, CA 93779-4003

FRESNO RACK & SHELVING, INC
4736 N BENDEL AVE
FRESNO, CA 93722

FRIDAYS DOCK
4000 CRANDON BLVD.
KEY BISCAYNE, FL 33149

FRIELER, DIANE R
1133 5TH AVE. N.
SAUK RAPIDS, MN 56379

FRIENDLY FORD
660 N DECATUR BLVD
LAS VEGAS, NV 89107

FRIENDLY PRODUCTIONS
1800 FOREST PARK BLVD
FT. WORTH, TX 76110

FRIENDS CONCESSION
NAVARRE FISHING PIER
1700 EMERALD COAST PKWY
DESTIN, FL 32541

FRIENDS OF HOSPICE
PO BOX 1818
MOREHEAD CITY, NC 28557

FRIENDS OF NRA
C/O JERRY HARDESTY GUNS
3200 ARENDELL ST
MOREHEAD CITY, NC  28557

FRIENDS OF THE NC MARITIME MUSEUM
315 FRONT ST
BEAUFORT, NC  28516-2024

FRIEVALT, MIRANDA LEE
503 WHEELER AVENUE
RENO, NV  89502

FRIPP ISLAND MARINA, INC
201 TARPON BLVD
FRIPP ISLAND, SC  29920

FRISCO SHOPPING CENTER
PO BOX 10
FRISCO, NC  27936

FRISCO TACKLE
PO BOX 276
FRISCO, NC  27936

FRISCO WOODS CAMPGROUND INC
PO BOX 159
FRISCO, NC  27936

FRITHS BAIT & SUPPLY
PO BOX 898
GULF SHORES, AL  36547

FRITZ COMPANIES, INC.
PO BOX 360302
PITTSBURGH, PA  15250-6302

FROG FACTORY - GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

FROGGIEMOE MANUFACTURING, LLC
842 2ND AVENUE
HARVEY, LA  70058

FROGLUBE
251 SW WILSHIRE BLVD
SUITE 124, BOX 517
BURLESON, TX  76028

FRONTIER SUPPLY CHAIN SOLUTIONS INC
310-555 HERVO STREET
WINNIPEG, MB  R3T 3L6
CANADA

FRONTIER TOWN CAMP STORE
PO BOX 691
OCEAN CITY, MD  21842

FRYE, LEWIS FRANKLIN
112 SELAH DR
ROCKINGHAM, NC  28379

FRYE, RANDY LEE
100 GOLD DUST COURT
KINGS MOUNTAIN, NC  28086

FRYE, SHARON LEWIS
112 SELAH DR
ROCKINGHAM, NC  28379

FRYS ELECTRONICS
29400 SW TOWN CENTER LOOP
WILSONVILLE, OR  97070

FSE INC
77 RUMFORD AVE
SUITE 3
WALTHAM, MA  02453

FTE HOLDING COMPANY LLC
39W963 MIDAN DRIVE SUITE 2
ELBURN, IL  60119

FTI CONSULTING
HSBC BANK AUSTRALIA LIMITED
271 COLLINS STREET
MELBOURNE, VI  03000

FTL
PO BOX 10446
PORTLAND, OR  97296-0446

FTL, INC.
BOX 4900 UNIT 22
PORTLAND, OR  97208-4900

FTR MEDIA, LLC
42 S WASHINGTON AVE
2ND FLOOR
BROWNSVILLE, TN  38012

FULCRUM ACQUISITIONS INC.
ATTN: DONNIE DALY
8043 INDUSTRIAL PARK
MECHANICSVILLE, VA  23116

FULFILLMENT SYSTEMS INC.
PO BOX 75486
ST. PAUL, MN  55175-0486

FULL DRAW PRODUCTIONS,INC.
739 WEST LITTLETON BLVD.
LITTLETON, CO  80120

FULLERS SPORTING GOODS
112 SOUTH MAIN STREET
PARK RAPIDS, MN  56470

FULMERS SPORTING GOODS
PO BOX 37
WYSOX, PA  18854

FULTON INDUSTRIES, LLC
135 E LINFOOT ST
WAUSEON, OH  43567

FUN IN THE SUN
DBA RECREATIONAL DESIGN
PO BOX 599
OCEAN CITY, NJ  07734

FUNB-STANDBY LETTER OF CREDIT DEPT.
8739 RESEARCH DR. SAP4
CHARLOTTE, NC  28262-0742

FUNCREST BAIT & TACKLE
3981 W OVERLOOK RD
IOWA CITY, IA  52240

FURNITURE LAND SOUTH
5635 RIVERGALE DR
JAMESTOWN, NC  27282-1550

FURUNO USA, INC
C/O ED DAVIS
5122 PAW PAW POINT
CAMBRIDGE, MD  21613

FUSION PRECISION ENGINEERING, LLC
200 RICH STREET
VENICE, FL  34292

FUTURE FISHERMANS FOUNDATION
MCLEAN, VA  22106

G & E HARDWARE
CEDAR NECK ROAD
PO BOX 930
OCEAN VIEW, DE  19970

G & N GUN & PAWN
5821 LEE HWY
CHATTANOOGA, TN  37421

G & S BOAT WORKS
420 SOUTHERN BLVD
WEST PALM BEACH, FL  33405

G & S ELECTRICAL SERVICES LLC
PO BOX 18432
MEMPHIS, TN  38181-0432

G & S TACKLE
1509 N KAUFMAN ST
SEAGOVILLE, TX  75159

G 5 OUTDOORS, LLC
PO BOX 59
MEMPHIS, MI  48041

G OUTDOORS
1910 S ARCHIBALD AVE, UNIT G
ONTARIO, CA  91761

G&K SERVICES CO
PO DRAWER 718
GRAHAM, NC  27253-0000

G&T PLUMBING & MECHANICAL INC
PO BOX 21613
BILLINGS, MT  59104

G. F. COOPER
155 PARK MEADOW DR
LEXINGTON, SC  29072

G. H. HAUPT & SONS INC.
11911 JOHN TYLER HWY
CHARLES CITY, VA  23030

G. NEIL COMPANIES
PO BOX 451179
SUNRISE,, FL  333450939

G. PUCCI & SONS, INC.
460 VALLEY DRIVE
BRISBANE, CA  94005

G.C. GARCIA ENTERPRISES
343 LEMUR DRIVE
SAN ANTONIO, TX  78213

G.L. BERG & ASSOCIATES, INC.
110 SOUTH 2ND ST 303
WAITE PARK, MN  56387

G.L.T. & ASSOCIATES
4427 NW 318TH ST
RIDGEFIELD, WA  98642

G.O.D., INC.
PO BOX 100
KEARNY, NY  07032

G5 PRODUCTS, LLC
1024 AMY AVE
CARROLL, IA  51401

G5 PRODUCTS, LLC
D/B/A ANCHOR SHOCK
1024 AMY AVE
CARROLL, IA  51401

G96 PRODUCTS INC.
85 5TH AVENUE BLDG 6
PATERSON, NJ  07524

GABLE SPORTING GOODS
6250 FAIRBURN RD
DOUGLASVILLE, GA  30134

GADCO MATERIAL HANDLING
5579 SW ARCTIC DR
BEAVERTON, OR  97005-4163

GAGNON, NATASHA NICOLE
2212 YAGER CREEK DRIVE
APT D
CHARLOTTE, NC  28273

GAIL U LUCHT
132 PLEASANT VALLEY DRIVE
HAMLET, NC  28345

GAILS BAIT & TACKLE
800 S BATTLEFIELD BLVD
STE. 104
CHESAPEAKE, VA  23322

GALATI PERICO HARBOR MARINA
12310 MANATEE AVE. WEST
BRADENTON, FL  34209

GALAXY TECHNOLOGIES,INC.
725 HEARTLAND TRAIL
SUITE 301
MADISON, WI  53717

GALICE RESORT
1 MARINA CIRCLE
CAPE CHARLES, VA  23310

GALLAGHER BENEFIT SERVICES, INC.
2850 GOLF ROAD
5TH FLOOR
ROLLING MEADOWS, IL  60008

GALLEGOS DE CASTORENA, SUSANA C
2385 JESSIE AVE
SPARKS, NV  89431-3543

GALLIPOLIS GUN & ARCHERY
305 UPPER RIVER ROAD
GALLIPOLIS, OH  45631

GALLIVAN, WHITE & BOYD, PA
PO BOX 10589
GREENVILLE, SC  29603

GAMA, JONATHAN ERNESTO
3295 SOUTH VIRGINIA STREET
276
RENO, NV  89502

GAMAKATSU USA, INC.
7218 45TH STREET CT E
SUITE 100
FIFE, WA  98424

GAME & FISH PUBLICATIONS
2250 NEWMARKET PARKWAY, SUITE 110
PO BOX 741
MARIETTA, GA  30067

GAME COUNTRY, INC.
2403 COMMERCE LANE
ALBANY, GA  31707

GAME ON LLC
PO BOX 579
SOMERS, CT  06071

GAMO USA
3911 SW 47TH AVE 914
FT LAUDERDALE, FL  33314

GANDY BAIT & TACKLE
4925 GANDY BLVD.
TAMPA, FL  33611

GANKA, JOSEPH PETER
8209 PALMETTO LANE
INDIANAPOLIS, IN  46217

GAR ENGINEERING
PO BOX 264
HARRISBURG, NC  28075

GARAGE DOOR STORE
900 WEST DIVISION STREET
WAITE PARK, MN  56387

GARBER & HALLMARK
200 W MARCY, SUITE 203
PO BOX 850
SANTA FE, NM  87504-0850

GARCIA MORALES, JOSE ALEXIS
6607 HEMSWORTH TERRACE
CHARLOTTE, NC  28227

GARCIA MORALES, MARLENE IVETE
6607 HEMSWORTH TERRACE
CHARLOTTE, NC  28227

GARCIA-ADAME, SALVADOR
3980 NEIL ROAD
APT D
RENO, NV  89502

GARDINER ROBERTS LLP
SCOTIA PLAZA
40 KING ST WEST, STE 3100
TORONTO, ON  M5H 3Y2
CANADA

GARDNER DIXIE SALES INC.
5920 SUMMIT AVE
BROWNS SUMMIT, NC  27214

GARDNERS HOME & SPORTS
PO BOX 920
LONE PINE, CA  93545

GARMANY, ROBERT SAMUEL
117 WADE HAMPTON DRIVE
BEAUFORT, SC  29907

GARMANY, WILLIAM LEE
1412 SANDSTONE PL
CHARLESTON, SC  29492

GARMIN INTERNATIONAL
1200 E 151ST ST
OLATHE, KS  66062

GARNER GRAPHICS
5270 D HIGHWAY 70
MOREHEAD CITY, NC  28557

GARNERS SPORTING GOODS
2214 SE COURT AVE
PENDLETON, OR  97801-3301

GARRARD TACKLE
613 ATLANTIC BEACH CAUSEWAY
ATLANTIC BEACH, NC  28512

GARRETT COMMUNICATIONS, LLC
PO BOX 459
PEA RIDGE, AR  72751

GARRETT FLORAL & GIFTS
179 N RALPH RD
GARRETT, KY  41630

GARRETT MAY
24 STATION LOOP
LAWTON STATION
BLUFFTON, SC  29910

GARRETT TRANSPORTATION & LOGISTICS
747 R STREET
FRESNO, CA  93721

GARRETTS DISC GOLF CARS LLC
604-B N WOODS DR
PO BOX 1914
FOUNTAIN INN, SC  29644

GARRETTS FISHING & MARINE
HIGHWAY 24, 5365
ANDERSON, SC  29625

GARY BARBER
114 S.15TH
FAIRFIELD, IA  52556

GARY BOISE GUN
4105 ADAMS ST
BOISE, ID  83714

GARY BRAY
1770 HWY 58
SWANSBORO, NC  28584

GARY DICK
2076 SWANSON LN
BILLINGS, MT  59102

GARY DICK
2076 SWANSON
BILLINGS, MT  59102

GARY HARSEL
2641 CREEK RD
ELVERSON, PA  19520

GARY HERMAN
1257 MEADOW DRIVE
KENT, OH  44240

GARY LEE WADE
2303 RAVENGLEN DRIVE
PLEASANT GARDEN, NC  27313

GARY M WEINER, ESQ
95 STATE ST, SUITE 918
SPRINGFIELD, MA  01103

GARY MADISON ARCHERY
326 NE BARNES BUTTE RD
PRINEVILLE, OR  97754

GARY MUELLER
915 PENNSYLVANIA AVE
LAUREL, MT  59044

GARY QUICK
C/O MT SPORTS
CLACKAMAS, OR  97015

GARY RHINEHART
PROFESSIONAL OUTFITTTERS
848 20TH PLACE
VERO BEACH, FL  32960

GARY ROBERSON
32164 SYCOMORE CHURCH ROAD
FRANKLIN, VA  23851

GARY SMITH FORD
1 BEAL PARKWAY NW
FT. WALTON BCH, FL  32548

GARY STAI
MT SPORTS
BILLINGS, MT

GARY THORSEN
2052 CEDAR AVE
REEDSPORT, OR  97467

GARY W. MORGAL
1816 PRAIRIE HILL RD.
ST.CLOUD, MN  56301

GARY YAMAMOTO BAITS
PO BOX 1000
PAGE, AZ  86040

GARY ZURN
113 FAIRWAY DRIVE
MOREHEAD CITY, NC  28557

GARYS GUN SHOP INC
905 W 41ST ST
SIOUX FALLS, SD  57105

GASTONIA GUN & POLICE SUPPLY
806 E FRANKLIN BLVD
GASTONIA, NC  28054

GATE 152
2700 SOUTH PONTE VEDRA
S. PONTE VEDRA, FL 32082

GATE PETROLEUM CO
ATTN: KARENA FLOURNEY
PO BOX 23627
JACKSONVILLE, FL 32241-3627

GATES GENERAL STORE
PO BOX 811
MILLS CITY, OR 97360

GATES, DARREN
208 W 46TH STREET
READING, PA 19606

GATEWAY 2000
PO BOX 8255
DES MOINES, IA 50301

GATEWAY COMPANIES INC.
PO BOX 31044
HARTFORD, CT 06150-1044

GATEWAY COMPANIES
PO BOX 31012
HARTFORD, CT 06150-1012

GATEWAY MARINA
1606 MARINA DR
TRAPPE, MD 21673

GATEWAY SERVICE
POB 237
RIRIE, ID 83443

GATOR GRIP INC.
3147 WEST US 40
GREENFIELD, IN 46140

GATR OF SAUK RAPIDS
PO BOX 367
SAUK RAPIDS, MN 563790367

GAYLA IND. INC.
770 LEVERIDGE STREET
EAST BERNARD, TX 77435

GAYLORD PALMS RESORT & CONVENTION
6000 W. OSCEOLA PARKWAY
KISSIMMEE, FL 34746

GAYNELL COPE
MOREHEAD CITY, NC 28557

GBII CORP DBA COLUMBIA RIVER KNIFE &
18348 SW 126TH PLACE
TUALATIN, OR 97062

G-BOW
PO BOX 845
PORTAGE, WI 53901

GCP-148 SPORTSMAN, LLC
C/O GRAHAM COMMERCIAL PROPERTIES
1801 FIFTH AVE NORTH SUITE 300
BIRMINGHAM, AL 35203

GDL MANAGEMENT SERVICES
1065 AVE OF THE AMERICAS
NEW YORK, NY 10018

GDS - NEW BERN 609
PO BOX 9001099
LOUISVILLE, KY 40290-1099

GE CAPITAL CPLC
PO BOX 2090
PORTLAND, OR 97208-2090

GE CAPITAL TMS
P.O.BOX 277328
ATLANTA, GA 30384-7328

GE CAPITAL
PO BOX 31001-0270
PASADENA, CA 91110

GE INFORMATION SERVICES
FILE 55925
LOS ANGELES, CA 90074-5925

GEAR AID INC.
1411 MEADOR AVE
BELLINGHAM, WA 98229

GEECHEE OUTDOOR SUPPLY INC
112 HWY 80 WEST
BROOKLET, GA 30415

GEEL OIL CO.
T/A MOREHEAD GULF DOCK
105 S 7TH ST
MOREHEAD CITY, NC 28557

GEHRKE USA
7441 WIREGRASS BLVD.
SOUTHPORT, FL 32409-1252

GEIGER BROTHERS
PO BOX 1609
LEWISTON, ME 04241

GEIL ENTERPRISES, INC
1945 N HELM AVE
SUITE 102
FRESNO, CA 93727

GEM BAIT & TACKLE
625 GEORGE DRAKE RD
STANTON, KY 40380

GEMECO ELECTRONICS COMPANY
1141 S RON MCNAIR BLVD
LAKE CITY, SC  29560

GEMINI SPORT MARKETING
29 COUNTY RD 63
GRAND RAPIDS, MN  55744

GEMMEL PROPERTIES
PO BOX 511
OCEAN CITY, MD  21842

GEN HAMSTREET
360 INDUSTRIAL BLVD
PO BOX 360
SAUK RAPIDS, MN  56379-0360

GENE KALWAY
2922 DOLORES DR
ST CLOUD, MN  56303

GENE LAREW
10702 E 11TH ST
TULSA, OK  74128

GENE MADER
14342 SAN ESTEBAN
LA MIRADA, CA  90638

GENERAL AUTOMOTIVE SPECIALITY
ATTENTION: JANET NIEMAN
PO BOX 23544
NEWARK, NJ  07189

GENERAL BINDING CORP
PO BOX 71361
CHICAGO, IL  60694

GENERAL CONTRACTOR SERVICE
PO BOX 842497
HOUSTON, TX  77284

GENERAL DISTRICT COURT
MUNICIPAL CENTER
VIRGINIA BEACH, VA  23456

GENERAL FASTENERS CO.
DEPARTMENT 77308
PO BOX 77000
DETROIT, MI  48277-0308

GENERAL FISHING TACKLE
3201 N EL PASO
COLORADO SPRING, CO  80907

GENERAL OIL CO T/A RENOS OUTDOOR
PO BOX 2336
BATESVILLE, AR  72503

GENERAL PAPER PRODUCTS INC.
6650 143RD AVE.
RAMSEY, MN  55303

GENERAL SECURITY SERVICES CORP
9110 MEADOWVIEW RD
MINNEAPOLIS, MN  55425-2458

GENERAL SECURITY SERVICES
CORPORATIO
9110 MEADOWVIEW ROAD
MINNEAPOLIS, MN  55425

GENERAL STORE
N 2424 DIVISION
SPOKANE, WA  99207

GENERAL UPHOLSTERY SUPPLY
725 W 20TH STREET
HIALEAH, FL  33010

GENERALS HARDWARE
1015 GENERALS HWY
CROWNSVILLE, MD  21032

GENES KWIK STOP
790 HWY 16 NORTH
DENVER, NC  28037

GENES SPORT SHOP
150 EAST MAIN STREET
PERHAM, MN  56573

GENLIFE, LLC
16000 N. 80TH STREET
SUITE C
SCOTTSDALE, AZ  85260

GENWORTH LIFE AND ANNUITY INS CO.
PO BOX 79314
BALTIMORE, MD  21279-0314

GEO & EDS GENERAL STORE
137 N. MAIN STREET
ROCHESTER, NH  03867

GEO S BUSH & CO INC
PO BOX 8829
PORTLAND, OR  97208

GEO. R. PIERCE, INC
PO BOX 80707
BILLINGS, MT  59108

GEOFF MORRISON
LUDWIKOSKI AND ASSOC.
3700 CORBIN ST
RALEIGH, NC  27612

GEORGE ARMESTO
13252 SW 102 TERRACE
MIAMI, FL  33186

GEORGE BASCH CO
19 HANSE AVE
FREEPORT, NY  11520

GEORGE FARMER
BOX 520
ELECTRIC CITY, WA 99123

GEORGE KELLY
2318 COLTON BLVD
BILLINGS, MT 59102

GEORGE MARINE
2632 DUET DR
W SACRAMENTO, CA 95691

GEORGE MCKENZIE
1219 BARHAM DR SP 19
SAN MARCOS, CA 92078

GEORGE MOHR
8364 DEEPWELL PL
SOUTHAVEN, MS 38671

GEORGE OLSON
BUCKYS CORNER
2659 SOUTH NC 41
CHINGUAPIN, NC 28521

GEORGE SCRIBNER
8031 FAIRVIEW ROAD S.W.
OLYMPIA, WA 98512

GEORGE WEST AWNING & SAIL CO
1710 PINEVIEW RD SUITE B
CHARLESTON, SC 29407

GEORGE WITMAN
200 SHOHOLA LANE
SHOHOLA, PA 18458

GEORGES TACKLE
16 COULEE BLVD BOX 520
ELECTRIC CITY, WA 99123

GEORGETOWN HOLE, LLC
10129 HWY 17 NORTH
MCCLELLANVILLE, SC 29458

GEORGETOWN ICE CO.
PO BOX 484
GEORGETOWN, SC 29440

GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTL BLVD NE
ATLANTA, GA 30303

GEORGIA DEPARTMENT OF LABOR
EMPLOYEMENT SECURITY AGENCY
PO BOX 38008
ATLANTA, GA 30334

GEORGIA DEPARTMENT OF REVENUE
PO BOX 740387
ATLANTA, GA 30374-0387

GEORGIA SALES & USE TAX DIVISION
STATE OF GEORGIA DEPT OF REVENUE
PO BOX 105296
ATLANTA, GA 30348

GEOSUN AUSTRALIA PTY, LTD
279-305 SOUTH GIPPSLAND HWY
DADENDONG SOUTH, VIC 3175
AUSTRALIA

GERALD A. WATTS
8235 CARTER CREEK DR
206
CHARLOTTE, NC 28227

GERALD L MITCHELL
1132 W SIERRA MADRE
FRESNO, CA 93705

GERALD TROYER
3715 WEST HEDRICK BLVD
MOREHEAD CITY, NC 28557

GERALD Y. TROYER III
3715 WEST HEDRICKS
MOREHEAD CITY, NC 28557

GERBER LEGENDARY BLADE (FISKARS CA)
14200 SW 72ND AVE.
PORTLAND, OR 97224

GERENA, DAVID GEOVANY
330 PRINE PLACE
CHARLOTTE, NC 28213

GERI BOWEN
1025 ROBERTS RD. 11
NEWPORT, NC 28570

GES EXPOSITIONS SERVICES INC
PO BOX 96174
CHICAGO, IL 96174

GET REEL
555 C N EL CAMINO REAL
SAN CLEMENTE, CA 92672

GETTY IMAGES INC
4363 COLLECTIONS CTR DR
CHICAGO, IL 60693

GETTY, JAMES RICHARD
322 SANTA BARBARA
IRVINE, CA 92606

GFL ENVIRONMENTAL
PO BOX 791519
BALTIMORE, MD 21279-1519

GG FISHING TACKLE
8821 GARDEN GROVE BLVD
GARDEN GROVE, CA 92844

GHS FEDERAL CREDIT UNION
PO BOX 1947
BINGHAMTON, NY 13902

GI JOES
9805 BOECKMAN RD
WILSONVILLE, OR 97070

GI TRUCKING CO
PO BOX 609
LAMIRADA, CA 90637-0609

GIBBS FISHING
104-19155 38 AVENUE
SURREY, BC V3Z 0Y6
CANADA

GIBBS MANAGEMENT GROUP, INC.
PO BOX 956190
DULUTH, GA 30136

GIBSON, MICHAEL J
2207 WOOD SPRINGS AV
CALDWELL, ID 83605

GIBSON, TIMOTHY FRANK
355 LOUIS BREEDEN BLVD.
HAMLET, NC 28345

GIBSONS TACKLE
PO BOX 104
SEA ISLE CITY, NJ 08243

GIG HARBOR ACE HARDWARE
PO BOX 367
GIG HARBOR, WA 98335

GIGLIOS BAIT & TACKLE
1123 E. OCEAN AVE
SEA BRIGHT, NJ 07760

GIL SHARP
BOX 121 7 BENGE ROAD
YORKLYN, DE 19736

GILBERT SCHNEIDER
2543 RELIANCE RD
MIDDLETOWN, VA 22645

GILBERTSON OIL CO.
PO BOX 1036
WILLMAR, MN 56288

GILBYS GO SPORTS
903 HWY 15 SOUTH
HUTCHINSON, MN 55350

GILLESPIE,HART,ALTIZER & WHITESELL
PO BOX 718
TAZEWELL, VA 24651

GILLETTE WHOLESALE INC,
DBA SOMETHINS FISHY
18 MAIN ROAD
DELAWARE, OH 43015-9582

GILMAN-MAYFIELD INC
3279 E SHIELDS AVE
FRESNO, CA 93726

GILO, OKUGN OJULU
29 14TH AVE N
ST. CLOUD, MN 56303

GILSBAR, LLC
PO BOX 2946
COVINGTON, LA 70434

GINGER HAKALA
C/O AQUA DREAM, INC.
PO BOX 1474
NEW SMYRANA BCH, FL 32170

GINGER SEXSMITH
415 JESSEN LANE
WANDO, SC 29492

GINGERS HOUSE, INC
PO BOX 154
MOREHEAD CITY, NC 28557

GINGHAM, SARITA R.
6190 PEGUES CIRCLE
WALLACE, SC 29596

GINSU BRANDS
101 PRODUCTION DRIVE
HARRISON, OH 45030

GIRARDOT, ALEJANDRO LEVRE
3245 CLOVER WAY 102
RENO, NV 89509

GITZIT
PO BOX 3039
667 REDROCK ROAD
ST. GEORGE, UT 84771

GLACIER BAY COUNTRY INN
PO BOX 5
GUSTAVUS, AK 99826

GLACIER GLOVE
5365 MAE ANNE AVENUE, SUITE B-14
RENO, NV 89523

GLAD TIDINGS - CLUB QUAKE
4621 COUNTRY CLUB RD
MOREHEAD CITY, NC 28557

GLADES GUN WORKS,INC.
4360 CORPORATE SQUARE
NAPLES, FL 33942

GLADES HAVEN
PO BOX 580
EVERGLADES CITY, FL  34139

GLADSTONE-HILLSBORO RECYCLING
5802 NE WELLER CT
HILLSBORO, OR  97124

GLASS BOAT WORKS
PO BOX 674
EXMORE, VA  23350

GLASSBERG,POLLAK & ASSOC
425 CALIFORNIA ST, SUITE 850
SAN FRANCISCO, CA  94104-2193

GLASSICAL DESIGNS, INC.
5061 N. 30TH ST
104
COLORADO SPRING, CO  80919

GLASSON, STEPHANIE RENEE
542 MISTY POND DR
HUBERT, NC  28539

GLAUBERS
106 4TH STREET
CARROLLTON, KY  41008

GLEESING, JAMES J
PO BOX 2351
YAKIMA, WA  98907

GLEN BROADSTREET
6203 CALENDULA CT
SUMMERFIELD, NC  27358

GLEN W. THOMPSON
PENDER & COWARD, P.C.
192 BALLARD COURT, SUITE 400
VIRGINIA BEACH, VA  23462

GLEN WARD
135 GLORY LANE CT
MOLALLA, OR  97038

GLENDO TRADING POST
PO BOX 322
GLENDO, WY  82213

GLENDOVEER GOLF COURSE
14015 NE GLISAN
PORTLAND, OR  97230

GLENN OSHIMA
836 PELICAN BAY DR.
DAYTONA BEACH, FL  32119

GLENN, LOWRYELLE NAKAYSHA
552 WALNUT STREET
ROCK HILL, SC  29730

GLOBAL ANGLERS LLC
SCOTT MCIVOR
1945 NW 18TH ST
POMPANO BEACH, FL  33069

GLOBAL CLEANING SYSTEM
PO BOX 83208
PORTLAND, OR  97283

GLOBAL COMPUTER SUPPLIES
1050 NORTHBROOK PARKWAY
SUWANEE, GA  30174-2930

GLOBAL CREDIT SERVICES INC
10 EAST 40TH ST
NEW YORK, NY  10016

GLOBAL EQUIPMENT CO
PO BOX 905713
CHARLOTTE, NC  28290

GLOBAL EXCHANGE SERVICES
PO BOX 31001-0828
PASADENA, CA  91110-0828

GLOBAL FAIRWAYS
6680 BRANDT STREET/STE 100
ROMULUS, MI  48174

GLOBAL KNOWLEDGE TRAINING LLC
29214 NETWORK PLACE
CHICAGO, IL  60673-1292

GLOBAL MERCHANDISING, INC.
24507 US HWY 231
SYLACAUGA, AL  35151

GLOBAL SECURITY PRODUCTS, INC
16115 SW 117TH AVE, A-2
MIAMI, FL  33177

GLOBAL SOURCING PARTNERS
8920 58TH PLACE
SUITE 700
KENOSHA, WI  53144

GLOBAL TECHNOLOGY SYSTEMS, INC
ONE APPLE HILL, SUITE 203
NATICK, MA  01760

GLOBAL TRADE MARKETING, INC.
12640 ALLARD STREET
SANTA FE SPRING, CA  90670

GLOBAL TRADING RESOURCES INC
12695 NE MARX ST, BLDG 12
PORTLAND, OR  97230

GLOBAL TRANSPORTATION SERVICES INC
1930 6TH AVE S 200
SEATTLE, WA  98134

GLOBAL TRANSPORTATION SERVICES, INC.
1930 SIXTH AVENUE SOUTH 200
SEATTLE, WA  98134

GLOCK INC.
6000 HIGHLANDS PARKWAY SE
SMYRNA, GA  30082-7204

GLO-CRAZY, LLC
1000 N.BEELINE HIGHWAY 223
PAYSON, AZ  85541

GLOWSPEK INDUSTRIES
2010 ROUTE 9W BLDG 2
MILTON, NY  12547

G-LOX MFG. ALL C/O
PO BOX 4152
HOUSTON, TX  77210

GMAC PAYMENT PROCESSING CENTER
PO BOX 70309
CHARLOTTE, NC  28272-0309

GMAC
PO BOX 5180
CAROL STREAM, IL  60197-5180

GMAC
PROPERTY TAXES DEPT.
PO BOX 30788
CHARLOTTE, NC  28230

GMCO MAPS & CHARTS
415 COASTAL VIEW COURT
NEWPORT, NC  28570

GNP SPECIALTIES, INC.
299 SMITHTOWN BLVD.
NESCONSET, NY  11767-2024

GO SPORTSMENS SUPPLY, INC.
PO BOX 20037
BILLINGS, MT  59104

GOAL/QPC, INC.
13 BRANCH STREET
METHUEN, MA  01844

GODS COUNTRY OUTFITTERS
6652 HIGHWAY 38 NORTH
GRAND RAPIDS, MN  55744

GODSHALL & GODSHALL
PO BOX 1984
GREENVILLE, SC  29602

GOEBEL, ZACHARY TODD
7762 BALCONY RD
SWANVILLE, MN  56382-2030

GOGIRL
1171 NORTHLAND DRIVE
MENDOTA HEIGHTS, MN  55120

GOLD COAST FISHING PRODUCTS
93949 KNOX LN
PO BOX 1278E
GOLD BEACH, OR  97444-1278

GOLD COAST MARINE SALES & SVC
13301 BISCAYNE BLVD, STE.106
MIAMI, FL  33181

GOLD COUNTRY MEDIA
ACCOUNTING OFFICE
PO BOX 5910
AUBURN, WA  95604-5910

GOLD MINER
4421 HANCOCK BRIDGE PKWY
N.FORT MYERS, FL  33903

GOLD STAR B & T
207 OCEAN AVENUE
MELBOURNE BEACH, FL  32951

GOLDEN GATE BAIT & TACKLE
2219 C.R. 951
NAPLES, FL  34116

GOLDEN GATE TACKLE BOX
4754 GOLDEN GATE PKWY
NAPLES, FL  34116

GOLDEN SCOUT INDUSTRIAL DBA MECHANIC
101 N. TOWER AVENUE
ASH GROVE, MO  65604

GOLDEN STATE OVERNIGHT
985 ATLANTIC AVENUE
200
ALAMEDA, CA  94501

GOLDEN TECHNOLOGY, INC.
6809 MAIN STREET
UNIT 66
CINCINNATI, OH  45244

GOLDEN TRIANGLE PAWN
2757 W. OLD HWY 441
MT DORA, FL  32757

GOLDRUSH JUNCTION
285 STEVE WARRINER DRIVE
RUSSELL SPRINGS, KY  42642

GOLDSTEINS 5 & 10
428 BAY STREET
TAUNTON, MA  02780

GOLF GIFTS & GALLERY
N. 1675 POWERS LAKE ROAD
POWERS LAKE, WI  53159

GOLF HEADQUARTERS
10215 SW PARKWAY
PORTLAND, OR  97225

GONE FISHIN BAIT & TACKLE
2115 NC HWY 42
WILLOW SPRINGS, NC  27592

GONE FISHING CORP
AVE JESUS T PINERO 1409
SAN JUAN, PR  920

GONE FISHING MARINE SUPPLY CORP
467 EAST LAKE DR
MONTAUK, NY  11954

GONZALEZ DE PAEZ, YOLIMAR ELNA
6410 DUPONT DRIVE
APT 2A
CHARLOTTE, NC  28217

GONZALEZ MURILLO, DAISY YAMILLE
7045 PEPPERMINT DRIVE
RENO, NV  89506

GONZALEZ, CELIA GUADALUPE
10640 N MCCARRAN BLVD APT G252
RENO, NV  89503

GONZALEZ, JOAQUIN GONZALO
800 CAROLINA ROSE TERRACE
APT 206
CHARLOTTE, NC  28215

GONZALEZ, MARIO ALBERTO
345 BARREL SPRINGS ROAD
SUN VALLEY, NV  89433

GOOCHS SOUTHERN ARMS
PO BOX 751
SIKESTON, MO  63801

GOOD DAY FISHING
4765 LANCASTER DRIVE NE
SALEM, OR  97305

GOOD GUYS GUNS
259 BARNETT RD, STE G
MEDFORD, OR  97504

GOOD GUYS GUNS
PO BOX 18458
SALEM, OR  97305

GOOD HUMOR ICE CREAM
P.O.BOX 1977
ATTN:JACK ALAWAY
MOREHEAD CITY, NC  28557

GOOD SPORTSMAN MARKETING, LLC
1905 1ST. AVENUE NORTH
PO BOX 382
WINDOM, MN  56101

GOODEN, JOHN C
6819 ROOST HILL CT.
RICHMOND, VA  23231

GOODEN-FRANKLIN, INC
102 LONG LEAF LANE
GOLDSBORO, NC  27534

GOODMANS LLP
BAY ADELAIDE CENTRE
333 BAY ST, SUITE 3400
TORONTO, ON  M5H 2S7
CANADA

GOODWIN WEAVERS
PO BOX 408
BLOWING ROCK, NC  28605

GOODWIN, ALEXANDER MATTHEW
507 DALKEITH AVENUE
ROCK HILL, SC  29732

GOODWIN, JONATHAN CHRISTOPHER
3324 DAWNSHIRE AVENUE APT E
CHARLOTTE, NC  28216

GOODWIN, ZACHARY ISAIAH
507 DALKEITH AVENUE
ROCK HILL, SC  29732

GOOGES INC.
90 E. JARMAN STREET
HAZEL HURST, GA  31539

GOOSE CREEK RESORT
350 RED BARN RD
NEWPORT, NC  28570

GOOSE HUMMOCK
PO BOX 57
ORLEANS, MT  02653

GOOSE VIEW INDUSTRIES
628 HWY 2 EAST
GRAND RAPIDS, MN  55744

GORDON C. WOODRUFF
POST OFFICE BOX 708
1023-B WEST MARKET STREET
SMITHFIELD, NC  27577

GORDON FAMILY SERVICE CENTER
672 HIGHWAY 70 EAST OTWAY
BEAUFORT, NC  28516

GORDON MURPHY
PO BOX 603
KALAMA, WA  98625

GORDONS B&T 4457
7066 E.14TH STREET
BROWNSVILLE, TX  78521

GORDONS MARINE TACKLE
RT 3 BOX 381
MORRISONVILLE, NY  12962

GORDYS HARDWARE HANK
111 WEST COLUMBIA STREET
CHIPPEWA FALLS, WI  54729

GORENFLOS TACKLE SHOP
119 BEACH BLVD
BILOXI, MS  39530

GORIA & WEBER
1761 HOTEL CIRCLE SOUTH, SUITE 200
SAN DIEGO, CA  92108

GOURMET CAFE
ATTN: ANNA-LENA OFIELD
2415 SAN DIEGO AVE, STE 103
SAN DIEGO, CA  92110

G-OUTDOORS, INC.
13947 CENTRAL AVENUE
CHINO, CA  91710

GOVINO, LLC
1234 ADAMS STREET
ST. HELENA, CA  94574

GOYAL ENTERPRISES
610 S BRAWLEY
BRAWLEY, CA  92227

GPS OUTFITTERS INC
640 AIRPORT ROAD
WINCHESTER, VA  22602

GRABEELS IGA & VARIETY
PO BOX 129
ROSE HILL, VA  24281

GRACE KENNEDY
13248 FREMINGTON ROAD
HUNTERSVILLE, NC  28078

GRACIOUS LIVING SENIOR CARE
393 W. BAY PARK
LEWES, DE  19958

GRADYS GREAT OUTDOOR
3440 CLEMSON BLVD
ANDERSON, SC  29621

GRAEBEL COMPANIES
PO BOX 8002
WAUSAU, WI  54402-8002

GRAFFITI, INC.
PO BOX 931890
CLEVELAND, OH  44193-1210

GRAHAM HARDWARE
106 S MECKLENBURG
SOUTH HILL, VA  23970

GRAHAM HIGH SCHOOL
903 TROLLING ROAD
GRAHAM, NC  27253

GRAHAM WELLS
1904 CENTAUR CIRCLE
LAFAYETTE, CO  80026

GRAHAM, CANDACE
176 MORROW ST
HAMLET, NC  28345-4429

GRAHAM, SHIRLEY BERNICE
301 OLD WIRE ROAD EAST
PO BOX1462
BENNETTSVILLE, SC  29512

GRAHAM, WILLIAM CHARLES
221 DIABLO DRIVE
SALINAS, CA  93906

GRAINGER
204 DEXTER ST
GREENVILLE, NC  27834

GRAND FORKS SCHEELS
1375A S COLUMBIA RD
GRAND FORKS, ND  58201

GRAND RENTAL STATION - RALEIGH
2635 S SAUNDERS ST
RALEIGH, NC  27603

GRAND STRAND AVIATION
PO BOX 1499
N. MYRTLE BEACH, SC  29598

GRAND STRAND GIFT SHOW
P.O.B. 676
N. MYRTLE BCH, SC  29582

GRAND TETON LODGE
POB 250
MORAN, WY  83013

GRANDOVER RESORT & CONFERENCE
CENTER
1000 CLUB RD
GREENSBORO, NC  27407

GRANDPAS PAWN & GUN
312 MAIN STREET
LONGMONT, CO  80501

GRANDVIEW FIREARMS
4681 YADKINVILLE ROAD
PFAFFTOWN, NC  27040

GRANDWAY USA CORP.
ACTION SNAP CAMERA
2555 SOUTH 900 WEST
SALT LAKE CITY, UT  84119

GRANITE CITY ARMORED CAR, INC
PO BOX 295
SAUK RAPIDS, MN  56379

GRANITE CITY SOD & LANDSCAPING
BRETT OGG
PO BOX 62
SAUK RAPIDS, MN  56379

GRANITE DOOR CO.
125 REGAL ST
BILLINGS, MT  59101

GRANITE SECURITY PRODUCTS, INC.
4801 ESCO DRIVE
FORT WORTH, TX  76140

GRANITE STATE ROD & REEL
6 HOLBROOK DR
NASHUA, NH  03062

GRANITE TELECOMMUNICATIONS
CLIENT ID311
PO BOX 983119
BOSTON, MA  02298-3119

GRANNYS COUNTRY STORE
PO BOX 68
UKIAH, OR  97880

GRANT SASSER
360 INDUSTRIAL BLVD
PO BOX 360
SAUK RAPIDS, MN  56379-0360

GRANT, LARRY
200 RIDGEWOOD DRIVE
APT 408
RALEIGH, NC  27609

GRAPHENTEEN, RYAN
3540 W ST GERMAIN ST APT 301
ST CLOUD, MN  56301

GRAPHIC BUSINESS SOLUTIONS, INC
1912 JOHN TOWERS AVE
EL CAJON, CA  92020

GRAPHIC EDGE PROMOTIONS
207 W. HANOVER ROAD
GRAHAM, NC  27253

GRATEROL PACHECO, VALENTINA A
12925 ATKINS CIRCLE DR
APT 303
CHARLOTTE, NC  28277

GRATKE, JULIE A
7225 55TH ST NE
SAUK RAPIDS, MN  56379

G-RATT BAITS
1635 INDUSTRIAL DRIVE
AUBURN, CA  95603

GRAVITT & GRAVITT
PO BOX 999
HALIFAX, VA  24558-0999

GRAY & CREECH, INC.
PO BOX 30909
8024 GLENWOOD AVE.
RALEIGH, NC  27622

GRAY TACKLE
13019 SORRENTO ROAD
PENSACOLA, FL  32507

GRAY TAXIDERMY
712 NW 12TH AVE
POMPANO BEACH, FL  33069

GRAY, OBEJANTA JAKAI
15217 WEDGEWOOD COMMONS DRIVE
CHARLOTTE, NC  28277

GRAYBAR ELECTRIC COMPANY
8606 MIRALANI DRIVE
SAN DIEGO, CA  92126

GRAYDEN OUTDOOR LLC
7845 BRIANS WAY
BRAINERD, MN  56401

GRAYLINE OF PORTLAND
PO BOX 17306
PORTLAND, OR  97217

GREAT AMERICA LEASING
8742 INNOVATION WAY
CHICAGO, IL  60682-0087

GREAT AMERICAN KNITTING/ALL PRO-GOLD
DEPT. CH 10366
PALATINE, IL  60055-0366

GREAT AMERICAN TACKLE
16122 SE 82ND AVE
CLACKAMAS, OR  97015

GREAT BASIN FIRE PROTECTION
PO BOX 60789
RENO, NV  89506

GREAT CATCHES TACKLE INC/GAGS
11 BRIAR HILL RD
FEEDING HILLS, MA  01030

GREAT MARINE CO.
313 SAGE RD
VIRGINIA BEACH, VA  23456

GREAT NECK TOOLS, INC.
3580 E. RAINES ROAD, SUITE 3
MEMPHIS, TN  38118

GREAT OUTDOORS PROVISION
2017 CAMERON STREET
RALEIGH, NC  27605

GREAT OUTDOORS
3911 HWY 35 SOUTH
ROCKPORT, TX  78382

GREAT RIVER BOWL & PARTNERS PUB
PO BOX 339
SARTELL, MN  56377

GREAT SOUTHERN FIREARMS
2417 HWY 80E
PEARL, MS  39208

GREATER CHINA INDUSTRIES
13240 NORTHUP WAY STE 10
BELLEVUE, WA  98005

GREATER JACKSONVILLE/ONSLOW C OF C
PO BOX 765
JACKSONVILLE, NC  28541-0765

GREEN ACRES SPORTING GOODS
8774 NORMANDY BLVD
JACKSONVILLE, FL  32221

GREEN DAY WASTE AND RECYCLING
PO BOX 2676
GREENSBORO, NC  27402

GREEN MILL & STERLING CATERING
100 4TH AVE S
ST CLOUD, MN  56301-3615

GREEN MILL
HWY 23 & 4TH AVE S
PO BOX 1066
ST. CLOUD, MN  56302

GREEN PLANET 21 INC
2255 BYARS LANE
SPARKS, NV  89431

GREEN WOLF TURF & LANDSCAPE
3101 MILL CREEK ROAD
NEWPORT, NC  28570

GREEN, BARBARA ANNETTE
1124 GRACE AVENUE
LANCASTER, SC  29720

GREEN, CATHY J
3605 E HEDRICK DRIVE
MOREHEAD CITY, NC  28557

GREEN, DANIEL J
419 PINTAIL AVE
GRAND JUNCTION, CO  81504-6215

GREENBAUM, ROWE, SMITH & DAVIS LLP
PO BOX 5600
WOODBRIDGE, NJ  07095-0988

GREENES GUN SHOP
4778 N. MONKEY HILL RD.
OAK HARBOR, WA  98277

GREENFIELD PRODUCTS, INC.
PO BOX 99
1230 N WASHINGTON STREET
GREENFIELD, OH  45123

GREENFISH TACKLE
5260 COLUMBIA ROAD
GROVETOWN, GA  30813

GREENHILL STORE
810 PADGETT RD
UNION MILLS, NC  28167

GREENLAND VETERANS ASSOC
PO BOX 13
GREENLAND, NH  03840

GREENPRO LAWNS
916 LIGHTWOOD DRIVE
NEWPORT, NC  28570

GREENSBORO BOX CO.,INC.
2600 GREENGATE DRIVE
GREENSBORO, NC  27416

GREENVILLE CONVENTION & VISITORS BUR
631 S MAIN ST, STE 301
GREENVILLE, SC  29601

GREENVILLE HHP - 11 LLC
776 MOUNTAIN BLVD
WATCHUNG, NJ  07069

GREENVILLE MARINE & SPORT CENTER
3600 GREENVILLE BLVD. N.
GREENVILLE, NC  27834

GREENVILLE POWERSPORTS
3506 NE GREENVILLE BLVD
GREENVILLE, NC  27858

GREENVILLE-SPARTANBURG AIRPORT COMM
2000 GSP DRIVE, SUITE 1
GREER, SC  29651-9202

GREER GUN & PAWN SHOP
1457 W.WADE HAMPTON BLVD.
GREER, SC  29651

GREG BUIE
27635 CRICKET LANE
HARVEST, AL  35749

GREG HORNE
4911 PINE OAK DRIVE
MONROE, NC  28212

GREG KOLBE
32858 NW PEAK ROAD
SCAPPOOSE, OR  97056

GREG MILLS
101 KNIGHTS CT
NEWBERN, NC  28562

GREG TROUTH
296 OLD CORRAL RD
BAILEY, CO  80421

GREG VANDEVISSER
NEWPORT, NC  28570

GREG WILSON
20106 NE 49TH ST
VANCOUVER, WA  98682

GREGG HORNE
4911 PINE OAK DR
MONROE, NC  28208

GREGOR, JOSHUA L
1436 REDWING CIRCLE
BILLINGS, MT  59105

GREGOR, TAYLOR
271 MCCOTTER BOULEVARD
HAVELOCK, NC  28532

GREGORY CLACK
353 SPRING MEADOW DRIVE
ABERDEEN, NC  28315

GREGORY F. WHICHARD D/B/A
WHICHARDS WELDING
788 HWY 24
NEWPORT, NC  28570

GREGORY GRAHAM
438 NORTH READING ROAD
EPHRATA, PA  17522

GREGORY HALL BENEFIT FUND
PO BOX 736
SANFORD, NC  27331

GREGORY POOLE
PROCESSING CENTER
PO BOX 60457
CHARLOTTE, NC  28260

GREGORY ROYSE
125 MILL CREEK RD
LEXINGTON, SC  29072

GRENELEFE GOLF & TENNIS RESORT
3200 STATE ROAD 546
HAINES CITY, FL  33844

GRIFFIN & TILGHMAN PRINTERS
2605 TRENT RD.
PO BOX 1015
NEW BERN, NC  28560

GRIFFIN & TILGHMAN PRINTERS, INC
PO BOX 1015
2605 TRENT RD
NEW BERN, NC  28563

GRIFFIN, HURLEY JOSH
PO BOX 362
NORMAN PARK, GA  31771

GRIFFITHS CONTRACTING CORP.
101 COUNTRY-AIRE SUITES
HWY. 70 W
MOREHEAD CITY, NC  28557

GRIGGS
801 W COLUMBIA ST
PASCO, WA  99301

GRIGGS, LAUREN BROOKE
101 EDENS STREET
HAMLET, NC  28345

GRIM REAPER
300 N DRAPER LANE
PROVO, UT  84601

GRINDSTONE COLLECTION STRATEGIES INC
ATTN: LEGAL DEPT
4960 S GILBERT RD, SUITE 1-482
CHANDLER, AZ  85249

GRISSETT GROCERY
HWY 29 & CHURCH ST
GANTT, AL  36038

GROCERY & SUCH
403 N. MAIN STREET
RANDLEMAN, NC  27317

GROSS AND ASSOC.
167 MAIN STREET
WOODBRIDGE NJ, NJ  07095-2104

GROSS INCOME TAX
STATE OF NEW JERSY
CN 248
TRENTON, NJ  08646-0248

GROSZ, DENNIS R
1405 FIFTH AVE N
SARTELL, MN  56377

GROUP EIGHT LTD
515 W. ARMFIELD ST
ST. PAULS, NC  28384

GROVTEC US INC
23555 NE HALSEY STREET
PO BOX 1910
WOOD VILLAGE, OR  97060

GRST INC
115 WOODWINDS INDUSTRIAL CT
CARY, NC  27511

GRUBBS MARINE SERVICE
110 SALEM CREEK DR
WINSTON SALEM, NC  27103

GRUENKE, PAUL KEFFELER
5512 HAWK CT
ST. CLOUD, MN  56303

GRUMAN WORLDWIDE LIMITED
U.S. OFFICE
3400 W.KENNEDY BLVD.
TAMPA, FL  33609

GRUNSTEAD & WHITMORE
1819 MONTANA AVE
BILLINGS, MT  59101

GSM HUNTING & CUTLERY, LLC
5250 FRYE ROAD
IRVING, TX  75061

GSM SHOOTING SPORTS-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

GTE FLORIDA
PO BOX 31122
TAMPA, FL  33631-3122

GTG PACKAGING
650 INNOVATION DRIVE
STE. A
RENO, NV  89511

GTR STRATEGIES, INC.
99 BILTMORE AVENUE
SUITE 122
RYE, NY  10580

GUARANTEED SUPPLIES INC
450 FAIRWAY DR, STE 103
DEERFIELD BEACH, FL  33441

GUBBYS SPORT SHOP
360 OXFORD ROAD
OXFORD, CT  06478

GUEST(MARINCO)
2655 NAPA VALLEY CORP DRIVE
NAPA, CA  94558

GUFFYS
PO BOX 548
BELLEVUE, ID  83313

GUILFORD COLLEGE UNITED
METHODIST CHURCH
1205 FLEMING ROAD
GREENSBORO, NC  27410

GULF BREEZE BAIT & TACKLE
825 GULF BREEZE PKWY
GULF BREEZE, FL  32561

GULF COAST OUTFITTERS LLC
SUITE 100
7580 CORPORATE BLVD
BATON ROUGE, LA  70809

GULF FOODS INC
900A 98
MEXICO BEACH, FL  32456

GULF PRODUCTS DIVISION
BP OIL INC.
PO BOX 78036
PHOENIX, AZ  85062-8036

GULFSIDE MARINE
24877 COMMERICAL COVE
ORANGE BEACH, AL  36561

GULLETTS PROLINE BILLIARDS
1301 WINCHESTER RD STE 111
LEXINGTON, KY  40505

GULLISON, BRANDON MICHAEL
80 MASON RD
MILTON, NH  03851

GUN & REEL SPORTS
PO BOX 1957
JAMESTOWN, ND  58402-1957

GUN AND TACKLE
PO BOX 723
WOODS HOLE, MA  02543

GUN CENTER, THE
230 GAULT AVE NORTH
FT PAYNE, AL  35967

GUN CITY
212 W. MAIN AVENUE
BISMARK, SD  58501

GUN CITY, USA
573 MURFREESBORO ROAD
NASHVILLE, TN  37210

GUN NUT & SHOOTERS HUT
2424 N HWY 97
REDMOND, OR  97756

GUN RACK
3032 OLD HOLLOW ROAD
WALKERTON, NC  27051

GUN ROOM
9221 SURVEY RD
ELK GROVE, CA  95624

GUN WORKS
1016 RAYMOND ROAD
JACKSON, MS  39204

GUN WORLD OF ELKO
SALES & USE TAX DIVISION
PO BOX 327790
MONTGOMERY, AL  36132-7790

GUNCRAFTERS REPAIR LLC
2315 PRINGLE RD SE J
SALEM, OR  97302

GUNRUNNER
2160 HUNTINGTON DR UNIT D
DUARTE, CA  91010

GUNS & AMMO
420 WASHINGTON ST
EAU CLAIRE, WI  54701

GUNS N THINGS
305 N MERRIL AVE
GLENDIVE, MT  59330

GUNSLINGERS GUN SHOP
757 E ARROW HWY K
GLENDORA, CA  91740

GUNSN GEAR,INC.
RT.2 BOX 217
KNOX, IN  46534

GUNTERSVILLE BREATHABLES DBA FROGG
131 SUNDOWN DRIVE NW
ARAB, AL  35016

GUPTON GUN SHOP
324 SOUTH GARNET STREET
HENDERSON, NC  27536

GURSTEL CHARGO
6681 COUNTRY CLUB DR
GOLDEN VALLEY, MN  55427

GURSTEL, STALOCH & CHARGO, PA
401 N THIRD ST
SUITE 590
MINNEAPOLIS, MN  55401

GUSS BAIT AND TACKLE
545 MT. GILEAD DR. E.
FAYETTEVILLE, NC  28304

GUSSET DESIGN
15587 FOREST BLVD
HUGO, MN  55038

GUTEN FOODS
PRIVATE DINING & CATERING
PO BOX 13068
PORTLAND, OR  97213

GUTH LABORATORIES
590 NORTH 67TH STREET
HARRISBURG, PA  17111

GUTHRIE & SON LANDSCAPING
260 UTOPIA DR.
NEWPORT, NC  28570

GUTHRIE, KIRK S
10918 MCCLELLAN ROAD
PARKER, CO  80134-9302

GUY C. LEE MFG. CO.
PO BOX 276
MOREHEAD CITY, NC  28557

GUY CLARKE
7 DEMOUTH RD
CIRCLEVILLE, NY  10919

GUY HERRING
173 HANKISON DRIVE
NEWPORT, NC  28570

GUY J. SAGI
207 CICERO BEATTY
RAEFORD, NC  28376

GUZMAN FIGUEROA, MARIA FERNANDA
7111 FANTAVIA CT
SUN VALLEY, NV  89433

GUZMAN, ANA LIZZETH
3117 SCARLET CIRCLE
CHARLOTTE, NC  28273

GUZMAN, MARIA DE JESUS
762 VAN METER DRIVE
SPARKS, NV  89434

GUZMAN, MARIA SUYAPA
400 RIVER AVE S
APT 320
SAUK RAPIDS, MN  56379

GW ENTERPRISES
1030 LOMA LINDA AVE.
MOUND, MN  55364

GWS
930 PILGRAM ROAD
PO BOX 226
PLYMOUTH, WI 53073

H & H ELECTRIC SERVICE, INC
110 LITTLE NINE RD
MOREHEAD CITY, NC 28557

H & H LURE CO.
10874 NORTH DUAL ST
BATON ROUGE, LA 70814

H & H SPORT SHOP
PO BOX 785
MAPLE LAKE, MN 553580785

H & M MARINE PROD. INC.
690 SANDY LANE
SURFSIDE, SC 29575

H & M POWLES MARINE AGENCY INC
PO BOX 495
COLD SPRINGS, NY 11724

H & R
60 INDUSTRIAL ROWE
GARDNER, MA 01440

H A B K M T
P.O.BOX 8
ATLANTIC BEACH, NC 28557

H R SHOOTER SUPPLY AND HIGH
COUNTRY SPORTSWEAR INC
PO BOX 339
HOLCOMB, NY 14469

H&E EQUIPMENT SERVICES, INC
PO BOX 849850
DALLAS, TX 75284-9850

H&E EQUIPMENT SERVICES, LLC
100 STEFFES RD
BILLINGS, MT 59101

H&H PHARMACY
6300 MADDOX BLVD.
CHINCOTEAGUE, VA 23336

H&K
5675 TRANSPORT BLVD
COLUMBUS, GA 31907

H&R 1871 LLC/NEF
870 REMINGTON DRIVE
PO BOX 700
MADISON, NC 27025-0700

H&S WELDING,HEATING,A/C & GEOTHERMAL
7037 205TH ST
KIMBALL, MN 55353

H.A.& J.L. WOOD, INC.
231 3RD ST, BOX 369
PEMBINA, ND 58271

H.C.WILLIAMS,JR. TRUCKING CO.,INC.
P.O.BOX 1621
WILMINGTON, NC 28402

H.H.H.
204 MAIN ST
MAYSVILLE, NC 28555

H.P.HOLLIFIELD
4008 ROCKWOOD RD.
CHARLOTTE, NC 28214

H.R. DIRECT
PO BOX 6213
CAROL STREAM, IL 60197-6213

H20 SPORTS
15753 US HWY 12 S.W.
COKATO, MN 55321

H2O SPORTS
4676 COMMERCIAL ST SE PMB 9
SALEM, OR 97302

HABIT HUT, LLC
71357

HABITAT FOR HUMANITY
5600 ROYAL DANE MALL
ST THOMAS, VI 802

HADDRELLS POINT TACKLE
885 BEN SAWYER BLVD.
MT. PLEASANT, SC 29464

HAGAN ACE HARDWARE
1022 BLANDING BOULEVARD
ORANGE PARK, FL 32065

HAGEMEYER NORTH AMERICA
CALLER SERVICE 1819
ALPHARETTA, GA 30022

HAGGINS, TASHARA MONET
7701 PONDEROSA PINE LANE
CHARLOTTE, NC 28215

HAGGINS, YOLANDA NICOLE
7701 PONDEROSA PINE LANE
CHARLOTTE, NC 28215

HAGUE MARINA
HWY 707
MYRTLE BEACH, SC 29578

HAGUEWOOD CB SHOP
9647 GRISSOM RD
BAILEY, MS  39320

HAILEY, CARL LYNDEN
138 YATES HILL ROAD
ROCKINGHAM, NC  28379

HAILEY, LAZARIUS T'MARIAN
138 YATES HILL ROAD
ROCKINGHAM, NC  28379

HAI-WIND WORLDWIDE INC.
218 W. GARVEY AVENUE
STE K
MONTEREY PARK, CA  91754

HAL STALLINGS & COMPANY, INC.
PO BOX 1842
MOREHEAD, NC  28557

HAL STALLINGS
5058 US HWY 70 WEST, STE 15-N
MOREHEAD CITY, NC  28557

HALCO USA CORP
3636 N BUCKNER BLVD SUITE 99
DALLAS, TX  75228

HALES MANAGEMENT, LLC
8031 US HWY 70 WEST
CLAYTON, NC  27520

HALF HITCH TACKLE & MARINE
2206 THOMAS DRIVE
PANAMA CITY BEA, FL  32408

HALF HITCH TACKLE CO., INC.
2206 THOMAS DRIVE
PANAMA CITY, FL  32408

HALO FISHING
5700 GULF TECH DRIVE
OCEAN SPRINGS, MS  39564

HALVERSON, NANCY MARY
305 BIRCH DRIVE SE
ST. CLOUD, MN  56304

HAMILTON & ASSOCIATES
174 CORLEY MILL ROAD
P.O.BOX 901
LEXINGTON, SC  29071

HAMILTON FARM EQUIPMENT
1 PATROL ST
OKANOGAN, WA  98840

HAMILTON SPORT SHOP
6308 HIGHWAY 58
HARRISON, TN  37341

HAMILTON STORES
PO BOX 250
YELLOWSTONE, MT  59758

HAMLET HARDWARE INC
28 W HAMLET AVE
HAMLET, NC  28345

HAMLET QUICK STOP
38012 HWY 26
SEASIDE, OR  97138

HAMLET ROTARY CLUB
PO BOX 1154
HAMLET, NC  28345

HAMM, VANESSA JOY
23 HICKORY AVENUE
FOX LAKE, IL  60020

HAMMER & WIKAN
PO BOX 249
PETERSBURG, AK  99833

HAMMER & WIKAN, INC.
218 N. NORDIC DRIVE
PETERSBURG, AK  99833

HAMMERHEAD TOWER INC
1720 22ND ST
SANTA MONICA, CA  90404-3921

HAMMERSTAD, ANTHONY JOSEPH
1261 10TH AVE NE
SAUK RAPIDS, MN  56379

HAMMOND GROUP
225 E HELLEN RD
PALATINE, IL  60067

HAMPTON INN & SUITES - ATLANTIC BEAC
MOREHEAD CITY, NC  28512

HAMPTON INN SOUTHWIND
3579 HACKS CROSS RD
MEMPHIS, TN  38125

HAMPTON STEELE
RT. 3 BOX 253 H
LYNCHBURG, VA  24504

HAMPTON, BRIAN S
8404 HOLDSWORTH ROAD
DISPUTANTA, VA  23842

HAMS PAWN & GUN SHOP
145 E 5TH ST
TIFTON, GA  31794

HANA PAA HAWAII
1733 DILLINGHAM BLVD
HONOLULU, HI 96819

HANBONG GROUP INC
500 S. KRAEMER BLVD
STE 170
BREA, CA 92821

HAND ARENDALL, LLC
2001 PARK PL NORTH
SUITE 1200
BIRMINGHAM, AL 25203

HAND INDUSTRIES
315 S HAND AVE
WARSAW, IN 46580

HANDMADE TACKLE, INC.
109 PINE KNOLL DRIVE
MT. AIRY, NC 27030

HANDY BAIT & TACKLE
504 AZTEC BLVD NE
AZTEC, NM 87410

HANDY HARDWARE WHOLESALE, INC.
PO BOX 12847
HOUSTON, TX 77217-2847

HANKS, DAVID LYON
2500 BARTON RIDGE COURT
RALEIGH, NC 27613

HANLEYS SELECT MARKET
215 AVENUE B
RAINIER, OR 97048-0850

HANNA N RYAN
2625 NW INDUSTRIAL
PO BOX 10066
PORTLAND, OR 97210

HANSEN DRUG
501 WEST 9TH ST
WINNER, SD 57580

HANSON PAVING
3636 QUAIL ROAD NE
SAUK RAPIDS, MN 56379

HANSON, JOSHUA MICHAEL
2935 ROUND MOUNTAIN ROAD
SPARKS, NV 89343

HARBOR GATE MARINA
ONE HARBOR PLACE
N. MYRTLE BEACH, SC 29502

HARBOR GUN WORKS
1389 SR 105
ABERDEEN, WA 98520

HARBOR MARINE ELECTRONICS
2303 N. US 1 SUITE 21
FT. PIERCE,, FL 34946

HARBOR TACKLE
9715 GOLF COURSE RD
OCEAN CITY, MD 21842

HARD AND SOFT FISHING, LLC
1250 BUTLER DRIVE STE A
FORT ATKINSON, WI 53538

HARD CORE BRANDS INTERNATIONAL
4200 MBL DRIVE
OTTAWA, IL 61350

HARDEES ATLANTIC BEACH KING
MACKEREL TOURNAMENT
PO BOX 8
ATLANTIC BEACH, NC 28512

HARDEES
MOREHEAD CITY, NC 28557

HARDIN OPTICAL CO.
PO BOX 219
BANDON, OR 97411

HARDIN TRUE VALUE
304 N CENTER AVE
HARDIN, MT 59034

HARDISON TRANSPORTATION COMPANY
PO BOX 282
KINSTON, NC 28502

HARDLINE PRODUCTS SRP ENT., INC
7766 SW JACK JAMES DR
STUART, FL 34997

HARDWARE HOUSE
815 STATE ST PARKLAND PLAZA
CAYCE, SC 29033

HARDY, SHANNON ANGERAL
2616 PILGRIM RD
CHESTER, SC 29706

HARLEY EDWARDS
MOREHEAD CITY, NC 28557

HARMONY ARTISTS, INC.
8833 SUNSET BLVD
LOS ANGELES, CA 90069

HARMONY COMPUTER SUPPLIES
5631 SUNNYSLOPE AVE
VAN NUYS, CA 91401

HAROLD ANDERSON, JR MEMORIAL FUND
C/O CARTERET-CRAVEN EMC
PO BOX 1499
MOREHEAD CITY, NC  28557

HAROLD BRIGHTMAN
300 BEAR DR
ARABI, LA  70032

HAROLD HUFFLING
5984 MORRISWOODS DR
STANFIELD, NC  28163

HAROLDS OUTDOOR
201 E MARTIN LUTHER KING JR BLVD
PLANT CITY, FL  33563

HAROLDS SPORT CENTER
129 N. CAUSEWAY
NEW SMYRNA BCH, FL  32169

HARPERPRINTS
ONE INDUSTRY DR
HENDERSON, NC  27537

HARRAHS LAS VEGAS
3475 LAS VEGAS BLVD SOUTH
LAS VEGAS, NV  89109

HARRILL & SUTTER
PO BOX 21098
LITTLE ROCK, AR  72221

HARRINGTON, KEVIN DONELL
108 RICE STREET
APT A
HAMLET, NC  28345

HARRINGTON, XAVIER DASHAWN
102 ELLENTON AVENUE
HAMLET, NC  28345

HARRIS ENGINEERING INC.
999 BROADWAY
BARLOW, KY  42024

HARRIS MARINE
5313 HIGH STREET
MOREHEAD CITY, NC  28557

HARRIS PRINTING CO, INC
HWY 211 W
SEVEN LAKES BUSINESS CNTR
WEST END, NC  27376

HARRIS WHOLESALE PRODUCTS
PO BOX 3818
GARDENA, CA  90247

HARRIS, SHAHID W
7312 CREEKWOOD QUORUM DRIVE
CHARLOTTE, NC  28212

HARRISON YACHT SALES INC
PO BOX 98
GRASONVILLE, MD  21638

HARRISON, MALEN DEAN
615 E. LINCOLN WAY
38
SPARKS, NV  89431-5263

HARRISON-HOGE IND/PANTHER MARTIN
19 N COLUMBIA
PO BOX 5000
PORT JEFFERSON, NY  11777

HARRY BYRDS, INC.
5701 RT.17
YORKTOWN, VA  23692

HARRY GOODES OUTDOOR SHOP
1231 E. NEW HAVEN AVENUE
MELBOURNE, FL  32901

HARRY M. WORDEN, DDS
PO BOX 309
NEWPORT, NC  28570

HARRY ROBINSON
230 KINGS GRANT DR.
YORKTOWN, VA  23692

HARRYS CURB MART
204 STATE RD 16
ST AUGUSTINE, FL  32084

HARRYS HOUSE OF GUNS
PO BOX 1079
PINEDALE, WY  82941

HAR-SON INC, DBA RYNOSKIN
2801 PARKLAWN DRIVE STE 400
MIDWEST CITY, OK  73110

HART, JOSHUA MANNING
746 SOUTH OLD FAIRVIEW ROAD
FOUNTAIN INN, SC  29644

HARTLEY DRUG
225 S. MAMMOUTH
PO BOX 117
SWAN SEA, SC  29160

HARTLEY SCOTT & KNIERIM
PO BOX 4068
SAN DIEGO, CA  92164

HARTMAN INC.
PO BOX 388
400 DAKOTA AVENUE
WILTON, ND  58579

HARVARD BATTERY INC
1008 ASTORIA BLVD, STE E
CHERRY HILL, NJ  08003

HARVARD MAINTENANCE, INC.
201 S. BISCAYNE BLVD
24TH FLOOR
MIAMI, FL 33131

HARVESTER BAIT & TACKLE
PO BOX 548
RYE, NH 03870

HARVEYS DRIVE THRU
4597 KELLOGG AVE
CINCINNATI, OH 45226

HARVEYS TRADING POST
102 S. KNISS
LUVERNE, MN 56156

HARWELL HOWARD HYNE GABBERT &
MANNER
315 DEADERICK ST
SUITE 1800
NASHVILLE, TN 37238-1800

HASELTINE LAKE
DEPT CH 19656
PALATINE
CHICAGO, IL 60055-9656

HASLER, INC
PO BOX 3808
MILFORD, CT 06460-8708

HASTINGS
320 COURT
BOX 244
CLAY CENTER, KS 67432

HATCHIE BOTTOM
68 EXECTIVE DR STE. 200
JACKSON, TN 38305

HATFIELD, JAMES TODD
3984 SOUTH OLIVERS CROSSROAD
NEWTON, NC 28658

HATSAN USA, INC.
1501 N. DIXIELAND ROAD
ROGERS, AR 72756

HATTERAS VILLAGE AQUA FARM
56406 NC 12 HWY
HATTERAS, NC 27943

HAVEL-GIARUSSO AND ASSOCIATES
PO BOX 408
BIG LAKE, MN 553090408

HAVELOCK BUILDING SUPPLY CO.
HWY 70
PO BOX 249
HAVELOCK, NC 28532

HAVELOCK NEW & WINDSOCK
PO BOX 777
HAVELOCK, NC 28532

HAVELOCK SIGN SHOP
PO BOX 416
HAVELOCK, NC 28532

HAVELS LLC
3726 LONSDALE STREET
CINCINNATI, OH 45227

HAWAII FISHING NEWS
PO BOX 25040
HONOLULU, HI 96825

HAWAII STATE TAX COLLECTOR
PO BOX 1425
HONOLULU, HI 96806-1425

HAWKEN FISHING LLC
1358 DOWN RIVER DRIVE
WOODLAND, WA 98674

HAWKS WAREHOUSE
432 JUNIATA PARKWAY WEST
MILLERSTOWN, PA 17062

HAWORTH, JAMES
PO BOX 187
SOUTHWEST CITY, MO 64863

HAY ENTERPRISES
DBA SPORT SHACK
PO BOX 359
SPRINGERVILLE, AZ 85938

HAYABUSA U.S.A. INC.
9724 WILDFLOWER WAY
JUSTIN, TX 76247

HAYDELS GAME CALLS INC.
5018 HAZEL JONES RD
BOSSIER CITY, LA 71111

HAYES, BENJAMIN P
1879 NATURES COURT
LINDENHURST, IL 60046-1716

HAYGOOD MEMORIAL UNITED METHODIST
30309

HAYHURST, LANEY
1531 7TH AVE S
APT 301
SARTELL, MN 56377-8910

HAYNES-FLORANCE & ASSOCIATES
355 ROOSEVELT
MANTECA, CA 95336

HAYS & ASSOCIATES, INC
194 RED CLOVER LAND
ALLENTOWN, PA 18104

HAYS FISHING EQUIPMENT, LLC
9299 SE 64TH AVENUE
PORTLAND, OR  97206

HAYWARD FISHING SUPPLIES, INC
23476 KIDDER ST
PO BOX 4713 ZIP CODE:94540
HAYWARD, CA  94545

HAZMATPAC
PO BOX 15845
HOUSTON, TX  77220

HBDA
PO BOX 867
HAMLET, NC  28345

HBI HOLDING COMPANY
PO BOX 68
TOPPING, VA  23169

HCI FIRE & WATER RESTORATION
PO BOX 158
ROCKINGHAM, NC  28380

HCO OUTDOOR PRODUCTS
11420 JOHNS CREEK PARKWAY, BLDG B
JOHNS CREEK, GA  30097

HEADHUNTERS HEADQUARTERS
11302 - 119 STREET
EDMONTON, AB  T5G 2X4
CANADA

HEADSETS.COM INC
1 DANIEL BURNHAM COURT 310C
SAN FRANCISCO, CA  94109

HEALTHSMART CAROLINA, PLLC
9001 MASTERS CT
WAXHAW, NC  28173

HEARST MAGAZINES
INVOICING BUREAU
PO BOX 8464
RED OAK, IA  51591-1464

HEARTLAND HOSPICE MEMORIAL FUND
13255 W BLUEMOUND RD
BROOKFIELD, WI  53005

HEAT FACTORY USA
647 CAMINO DE LOS MARES
SUITE 108-129
SAN CLEMENTE, CA  92673

HEATHER CONRAD
1116 S RIVER RD
BEAUFORT, NC  28516

HEATHER RENK
220 BOGUE DR
MOREHEAD CITY, NC  28557

HEAVNER HUNTING & FISHING
PO BOX 161
NEWTON, NC  28658

HEC ENTERPRISES
PO BOX 91
PALM HARBOR, FL  34682

HEDGREN, LUKE
315 WAITE AVENUE SOUTH
WAITE PARK, MN  56387

HELGRENS SPORT FISHING
315 HARBOR DR S.
OCEANSIDE, CA  92054

HELIX WATER DISTRICT
PO BOX 501848
SAN DIEGO, CA  92150-1848

HELLMANN WORLDWIDE LOGISTICS
ATTN: A/R
PO BOX 930329
ATLANTA, GA  31193-0329

HELLO DIRECT
FILE 210062
5884 EDEN PARK PLACE
SAN JOSE, CA  95151-0062

HELMS GUN SHOP
4240 REEVES STREET
DOTHAN, AL  36303

HEMISPHERE FORWARDING, INC.
PO BOX 300800
J.F. INTERNATIONAL AIRPORT
JAMAICA, NY  11430

HENCHEN MARINA & FISHING CAMP
PO BOX 36
HENDERSON HARBO, NY  13651

HENDERSON, TINA D
130B LINCOLN DRIVE
NEWPORT, NC  28570

HENDRICKS CORNER
202 EAST MAIN ST
AVON PARK, FL  33825

HENDRIXS SPORTING GOODS
202 EAST WILLARD ROAD
CLINTON, SC  29325

HENEHAN, MARIA THERESIA
5921 NORTH MANTON AVENUE
CHICAGO, IL  60646

HENLEY,LOTTERHOS,& HENLEY
P.O.BOX 389
JACKSON, MS  39205

HENLOPEN BAIT & TACKLE
1622 SAVANNAH RD
LEWES, DE  19958

HENRY REPEATING ARMS COMPANY
59 EAST 1ST ST
BAYONNE, NJ  07002

HENRY, JOHNNY P
4601 STERLING LANE
KINGSPORT, TN  37664

HENRYS SPORTING GOODS
1514 HWY 17 NORTH
MT. PLEASANT, SC  29464

HENRYS TACKLE AND SPORTING
PO DRAWER 1107- HWY 24 WEST
MOREHEAD CITY, NC  28557

HENRYS TACKLE CO.
173 HANKISON DRIVE
MOREHEAD, NC  28570

HENRYS TACKLE CO., INC.
P.O. DRAWER 1107
MOREHEAD CITY, NC  28557

HENRYS TACKLE
PO BOX 60990
CHARLOTTE, NC  28260

HENRYS
173 HANKISON DR
NEWPORT, NC  28570

HENSEL LAW, PLLC
PO BOX 39270
GREENSBORO, NC  27438

HENTON LYDELL MORTON III
101 BARRINGTON OVERLOOK DRIVE
DURHAM, NC  27703

HERALD PRINTING CO
201 N 17TH ST
MOREHEAD CITY, NC  28557

HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA  31193

HERC-U-LIFT
5655 HWY 12 W
MAPLE PLAIN, MN  55359

HERITAGE GALERIE, INC.
3 SCHENKERS DRIVE
NEW ORLEANS, LA  70062

HERITAGE HARDWARE INC.
235 LAKES BLVD
LAKE PARK, GA  31636

HERITAGE MANUFACTURING INC.
100 TAURUS WAY
BAINBRIDGE, GA  39817-1115

HERITAGE OUTDOORS
3109C HENDERSONVILLE RD
FLETCHER, NC  28732

HERITAGE SAFE CO.
PO BOX 349
20 N INDUSTRIAL PARK RD
GRACE, ID  83241

HERITAGE TACKLE & GEAR, INC.
498 MAIN ROAD
EDDINGTON, ME  04428

HERLOCKER MECHANICAL SYSTEMS
12600 DOWNS ROAD
PINEVILLE, NC  28134

HERMAN & HELENS MARINA
15135 W EIGHT MILE RD
STOCKTON, CA  95219

HERMAN, THOMAS D
100 N MAIN ST
PO BOX 185
ALBION, IA  50005

HERMANS BIG FISH BAIT & TACKLE
307 MUKITEO BLVD
EVERETT, WA  98203

HERMIES CORNER BAIT & TACKLE
HWY 99 EAST
ST. PETER, MN  56082

HERNANDEZ, ANAI
5209 WATERWALK LN
RALEIGH, NC  27616

HERNANDEZ, CARLOS SANDOVAL
7887 ANCHOR POINT DRIVE
RENO, NV  89506

HERNANDEZ, DILCIA MARGARITA
14211 PLANTATION PARK BLVD
DEPT 1024
CHARLOTTE, NC  28277

HERNANDEZ, GLORIA
1940 RICE PLANTERS ROAD
CHARLOTTE, NC  28273

HERNANDEZ, JANICE SANCHEZ
1116 AIRPORT RD
HAMLET, NC  28345

HERNANDEZ, RITA LARA
2642 WEST CYGNET CIRCLE
SPARKS, NV 89431

HERNANDEZ, STEPHANIE
2600 HIKO AVE 89512
RENO, NV 89512

HERREN PRINTING CO
16 NE 20TH AVE
PORTLAND, OR 97232

HERREN PRINTING CO.
20 NE 20TH AVE.
PORTLAND, OR 97232

HERRING, CORRIE MESSERSCHMIDT
124 HERRING SMITH LANE
NEWPORT, NC 28570

HERRINGTON MARINA
136 HOMESTEAD LN
LANCASTER, KY 40444

HESPERIA SPORT SHOP
287 S. DIVISION
HESPERIA, MI 49421

HEVIBEADS
310 RAILROAD AVE EAST
ZILLAH, WA 98953

HEWLETT-PACKARD CO
COMPAQ FEDERAL LLC
PO BOX 100500
ATLANTA, GA 30384-0500

HEXMAG
418 8TH STREET UNIT C7
LOVELAND, CO 80537

HEYLAND, JANICE ELAINE
101 CHADWICKS CREEK LANE
BEAUFORT, NC 28516

HHA SPORTS
7375 INTEGRITY WAY
WISCONSIN RAPIDS, WI 54494

HI MOUNTAIN JERKY INC.
1000 COLLEGE VIEW DRIVE
RIVERTON, WY 82501

HIBBERT & MCGEE
PO BOX 307
EAST BARRE, VT 05649

HIBBING TRUE VALUE
416 E. HOWARD STREET
HIBBING, MN 55746

HIBBS FURNITURE AND CARPET
HWY 70 E
NEWPORT, NC 28570

HIBERNIA SHELL
1000 ISLAND CREEK ESTATE
HENDERSON, NC 27536

HICKEY, ERIC D
617 ARIES AVE
BILLINGS, MT 59105

HICKORY BRANDS, INC/SECOND WIND
429 27TH ST NW
PO BOX 429
HICKORY, NC 28601

HICKS, HEATHER ANN
732 SKYWATCH LANE
MONROE, NC 28112

HI-COUNTRY FLIES/PISTOL PETE
34850 COUNTY ROAD 20.2
TRINIDAD, CO 81082

HI-COUNTRY FOODS, INC
PO BOX 159
1 LINCOLN GULCH RD
LINCOLN, MT 59639

HIDDEN ACRES GUNS & TAXIDERMY
804 B W MAIN STR
STANLEY, VA 22851

HIDDEN SPRINGS MFG/TAUT-TIE
7570 E. SPEEDWAY BLVD. SP. 156
TUCSON, AZ 85710

HI-ENERGY CITGO, INC
4414 HWY 519 WEST
LIBERTY, KY 41472

HIGGINS, DANIELLE SHANIYAH
2244 LATIMER LANE
CHARLOTTE, NC 28214

HIGH COTTON PACKAGING
1177 N JOHNSON AVE
EL CAJON, CA 92020

HIGH COUNTRY GUNS
555 WHITE SPUR RD
PRESCOTT, AZ 86303

HIGH COUNTRY OUTDOOR, INC
538 PARK AVE NW
NORTON, VA 24273

HIGH COUNTRY SPORTS
HIGHWAY 109 SOUTH
DENTON, NC 27239

HIGH COUNTRY
10360 SW SPOKANE COURT
TUALATIN, OR 97062-8823

HIGH COUNTRY FLY FISHING
HIGHWAY 105 FOSCOE
BOONE, NC 28607

HIGH DESERT HOLDINGS, LLC
314 THEO ST
LANSING, MI 48917

HIGH MOUNTAIN DEFENSE, INC. DBA OLD
PO BOX 550
WEST JORDAN, UT 84084

HIGH POINT ENTERPRISE
PO BOX 1129
HIGH POINT, NC 27261

HIGH RACKS
PO BOX 201
STAPLES, MN 56479

HIGH TIDE TACKLE INCORPORATED
11138 BUSINESS CIRCLE
CERRITOS, CA 90703

HIGHBEES MARINA
8 MAIN ST
FORTGSCUE, NJ 08321

HIGHLAND ELECTRIC AND LIGHTING LLC
PO BOX 1135
VIRGINIA CITY, NV 89440

HIGHLINE AFTERMARKET
4635 WILLOW DRIVE
MEDINA, MN 55340

HIGHSEAS FUELED BY FELMLEE LURES
4372 PETAL DRIVE 208
NAPLES, FL 34112

HILBURN, COLLEEN LENORA
323 LUCKY LANE
RENO, NV 89502

HILDEBRANDT CO./YAKIMA
1000 BAILEY AVE
PO BOX 310
GRANGER, WA 98932-0310

HI-LINER
PO BOX 113
ATLANTIC, NC 28511

HI-LITES OF TENNESSEE, LLC
PO BOX 18432
MEMPHIS, TN 38181-0432

HILL COUNTRY SPORTING & PAWN
PO BOX 2938
ST FRANCIVILLE, LA 70775

HILLBILLY PEDDLER
PO BOX 96
LANSING, NC 28643

HILLIARD, MINTA D
113 CANNON DRIVE
NEWPORT, NC 28570

HILLS CITGO
PO BOX 64
RACINE, OH 45771

HILLSBORO HONDA KAWASAKI
809 NE 28TH AVE
HILLSBORO, OR 97123

HILLSBOROUGH YOUTH ATHLETIC ASSOC
PO BOX 577
HILLSBOROUGH, NC 27278

HILLSIDE FLORIST, INC.
PO BOX 695
ROCKINGHAM, NC 28380

HILLSIDE MARKET
PO BOX 243
CENTREVILLE, MD 21617

HILLTOP STOP
28518 STATE HIGHWAY 55
PAYNESVILLE, MN 56362

HILLWATER ENTERPRISES
31491 OLD RANCH PARK LANE
AUBERRY, CA 93602-9517

HILLYERS BAIT & TACKLE SHOP
374 ROPE FERRY RD
WATERFORD, CT 06385

HILSON HOME CENTER
EMERY WAREHOUSE
215 DORSET STREET
SO BURLINGTON, VT 05403

HILTON CHICAGO/NORTHBROOK
2855 NORTH MILWAUKEE AVENUE
NORTHBROOK, IL 60062

HILTON GARDEN INN SARASOTA-B
2292 S HIGHLAND DR
SALT LAKE CITY, UT 84106

HILTON HEAD PHARMACY
PO BOX 4796
HILTON HEAD, SC 29938

HILTON NASHVILLE DOWNTOWN
305 KOREAN VETERANS BLVD
NASHVILLE, TN 37201

HILTON ORLANDO
6001 DESTINATION PARKWAY
ORLANDO, FL 32819

HINCH, MICHAEL
168 PHEASANT LN
NEWCASTLE, CA 95658

HINRICHS DISTRUBUTING CO
PO BOX 204
12 SOUTH 7TH ST
YAKIMA, WA 98907

HINZE, INC
PO BOX 2468
CODY, WA 82414

HIRAMS FIREARMS & SUPPLIES
100 SOUTH FIFTH STREET
BIRDS, IL 62415-0217

HIRE DYNAMICS
PO BOX 116834
ATLANTA, GA 30368-6834

HIS & HERS CARPET CARE INC
PO BOX 834
TUALATIN, OR 97062

HIS TACKLE BOX
3141 CLEMENT ST
SAN FRANCISCO, CA 94121

HI-SCHOOL PHARMACY
ATTN: KIM JORDAN
915 W 11TH ST
VANCOUVER, WA 98660

HITCHCOCK BROADCASTING
PO BOX 1136
NEWPORT, NC 28570

HITEK COMPUTER SERVICE
3547 DREHER SHOALS RD STE 3
IRMO, SC 29063

HI-VIZ GROUP, INC.
620 S ADAMS STREET
LARAMIE, WY 82070

HKS TOOL PRODUCTS CO. INC.
7841 FOUNDATION DR
FLORENCE, KY 41042

HM HAKANSON
PO BOX 5773
CHARLESTON, OR 97420

HMC HOLDINGS, LLC.
1605 OLD ROUTE 18
SUITE 4-36
WAMPUM, PA 16157

HMT MARKETING INC
4822 PARK GLEN ROAD
MINNEAPOLIS, MN 55416

HOBBINS CLEANING SERVICE
206 BLUE CRAB CT
SWANSBORO, NC 28584

HOCKERS SUPER CENTER
PO BOX 930
OCEAN VIEW, DE 19970

HODGDON POWDER CO INC
PO BOX 771546
CHICAGO, IL 60677-1546

HODGDON POWDER COMPANY
6430 VISTA DRIVE
SHAWNEE, KS 66218

HODGE RESORT SERVICES LLC
PO BOX 187
TIDEWATER, OR 97390

HODGES LAWN & LANDSCAPING INC
ROCKINGHAM, NC 28379

HOFFMAN ASSOCIATES
4180 RUFFIN RD, STE 155
SAN DIEGO, CA 92123-1834

HOFMANN TOOL & DIE
356 HIGHWAY 17
UPPER SADDLE RIVE, NJ 07458

HOGANS STORES
1500 CONTRA COSTA BLVD
PLEASANT HILL, CA 94523

HOGEYE
12649 HWY 265 SOUTH
PRAIRIE GROVE, AR 72753

HOGUE GRIPS
PO BOX 91360
HENDERSON, NV 89009

HOGY LURE CO
15 SIMPSON LANE
FALMOUTH, MA 02540

HOGY LURE COMPANY LLC
15 SIMPSON LN
FALMOUTH, MA 02540

HOILDAY HARBOR MARINA
14050 CANAL-A-WAY
PENSACOLA, FL  32581

HOLDEN BEACH GENERAL STORE
473 OCEAN BLVD. WEST
HOLDEN BEACH, NC  28462

HOLDEN BEACH SEAFOOD
2224 HOLDEN BEACH RD
SUPPLY, NC  28462

HOLDER & ASSOCIATES,LTD
PO BOX 38116
CHARLOTTE, NC  28273

HOLE IN ONE CAPITAL, LLC
2927 HUNT CLUB AVENUE
MONROE, NC  28110

HOLIDAY CLASSICS
6253 W 74TH ST
PO BOX 2001
BEDFORD PARK, IL  60499-2001

HOLIDAY INN - MOREHEAD
5063 EXECUTIVE DR
MOREHEAD CITY, NC  28557

HOLIDAY INN CENTER CITY
230 N. COLLEGE STREET
CHARLOTTE, NC  28202

HOLIDAY INN COLUMBIA
ATTN. DEBBIE MILLER
7900 WASHINGTON BLVD.
COLUMBIA, MD  20794

HOLIDAY INN EAST INDEPENDENCE
3501 EAST INDEPENDENCE BLVD.
CHARLOTTE, NC  28205

HOLIDAY INN EXPRESS - SOMERSET
240 N HWY 27
SOMERSET, KY  42503

HOLIDAY INN EXPRESS AND SUITES
4068 STANSELL CT
MEMPHIS, TN  38125

HOLIDAY INN EXPRESS HOTEL
407 N MAIN ST
GREENVILLE, NC  29601

HOLIDAY INN EXPRESS
3181 FOURTH AVE
YUMA, AZ  85364

HOLIDAY INN HOTEL & SUITES
8439 NE COLUMBIA BLVD
PORTLAND, OR  97220

HOLIDAY INN MAINGATE EAST
5678 IRLO BRONSON MEMORIAL HWY
KISSIMMEE, FL  34746

HOLIDAY INN SELECT
5750 T.G. LEE BLVD
ORLANDO, FL  32822

HOLIDAY INN WILSONVILLE
25425 SW 95TH AVE
WILSONVILLE, OR  97070

HOLIDAY INN WOODLAWN
212 WOODLAWN ROAD
CHARLOTTE, NC  28217

HOLIDAY INN
P O BOX 308
KILL DEVIL HILL, NC  27948

HOLIDAY ISLE BOAT RENTAL
84001 OVERSEARS HWY
ISLAMORADA, FL  33036

HOLIDAY MARKET
680 HWY 20 W
BURLINGTON, WA  98233

HOLIDAY TRAVEL PARK
9102 COAST GUARD RD
EMERALD ISLE, NC  28594

HOLIFIELD JANICH RACHAL FERRERA, PLL
11907 KINGSTON PIKE
SUITE 201
KNOXVILLE, TN  37934

HOLLAND, CANDICE VEACH
511 BEECHWOOD DR
BRACEY, VA  23919

HOLLANDER INTERNATIONAL STORAGE AND
HOLLANDER EXPRESS AND VAN COMPANY
1801 PRATT BLVD
ELK GROVE VILLA, IL  60007

HOLLER, RAYMOND A
5226 DRIFTWOOD LN
MOREHEAD CITY, NC  28557

HOLLY SPRINGS FISH & TACKLE
1223 HOLLY SPRINGS ROAD
MOUNT AIRY, NC  27030

HOLLYWOOD DELIVERY SERVICE
14389 SAN BERNARDINO AVE
FONTANA, CA  92335

HOLLYWOOD IMPRESS PRINTING
4717 SE DIVISION ST
PORTLAND, OR  97206

HOLLYWOOD LIGHTS INC
5251 SE MCLOUGHLIN BLVD
PORTLAND, OR  97202-4836

HOLMES, MALIK DESHAUN
3010 FURR CT
B05
CHARLOTTE, NC  28273

HOLOSUN TECHNOLOGIES, INC
661 BREA CANYON RD STE 7
WALNUT, CA  91789

HOLY TRINITY EPISCOPAL CHURCH
PO BOX 186
BLAKLEY, GA  39823

HOME DEPOT
PO BOX 9121
DES MOINES, IA  50368-9121

HOME MORAVIAN CHURCH
BOX J
SALEM STATION
WINSTON-SALEM, NC  27108

HOME VALLEY GROCERY
PO BOX 1156
STEVENSON, WA  98648

HOMEGROWN FAMILY FOODS LLC
1503 EMMANUEL CHURCH ROAD
CONOVER, NC  28613

HOMESTEAD CAMPING INC.
RD. 4 BOX 154
GEORGETOWN, DE  19947

HON-DAH SKI & OUTDOOR SPORT
777 HWY 260
PINETOP, AZ  85935

HONEY HARDWARE
PO BOX 277
DARBY, MT  59829

HONEYBAKED FOODS, INC.
PO BOX 1174
HOLLAND, OH  43528-0965

HONEYS IGA
260 E 300 SOUTH
KANAB, UT  84741

HONEYWELL SAFETY PRODUCTS USA, INC
7828 WATERVILLE RD
SAN DIEGO, CA  92154

HONOLULU FREIGHT SSERVICE
PO BOX 21156
MARKET STATION
LOS ANGELES, CA  90021

HONOR DEFENSE LLC
2295 SKELTON ROAD, SUITE D-1
GAINESVILLE, GA  30501

HOOD TRANSPORTATION SERVICES
PO BOX 14129
FT. WORTH, TX  76117

HOODOO FAMILY RECREATION
PO BOX 8516
COBURG, OR  97408

HOOK & ARROW CO
4343 MAIN
SPRINGFIELD, OR  97478

HOOK LINE & SINKER
1224 SCOTT
SAN DIEGO, CA  92106

HOOK LINE & SINKER-OAKLEY
3100 MAIN ST, SUITE 260
OAKLEY, CA  94561

HOOK LINE AND SINKER
107 YACHT CLUB DR
ST AUGUSTINE, FL  32084

HOOK N MORE SPORTS
2251 ISAACS AVE B
WALLA WALLA, WA  99362

HOOK THE FUTURE PRODUCTIONS
6999-02 MERRILL ROAD 305
JACKSONVILLE, FL  32277

HOOK, LINE & SINKER
24004 464TH AVE
CHESTER, SD  57016

HOOK, LINE & SINKER, INC.
LOUIS SARLO
4103 SAXTON DRIVE
NEW SMYRNA BCH, FL  32169

HOOK, LINE AND SINKER
6134 N. KINGS HWY
ALEXANDRIA, VA  22303

HOOKED ON THE OUTDOORS
PO BOX 479
MT MORRIS, IL  61054

HOOK-M-UP TOURS
PO BOX 347
ANIAK, AK  99557

HOOKS & POLES BY BROOKS & KNOWLES
631 WHITE HORSE PIKE
OAKLYN, NJ  08107

HOOKS CUSTOM CALLS
825 REED WADE RD
BATESVILLE, AR  72501

HOOKS, DEJUAN EMMANUEL
2134 N US HIGHWAY 220
ELLERBE, NC  28338

HOOKUM TACKLE
854 SOUTH PARK
FAIRMONT, MN  56031

HOOK-UP LLC
PO BOX 2193
ORLEANS, MA  02653

HOOLE & KING
4276 S HIGHLAND DR
SALT LAKE CITY, UT  84124-2634

HOOTIES HUNTING & FISHING
3770 JEFFERSON DAVIS HWY
CLEARWATER, SC  29822

HOOTIES OUTDOORS
3770 JEFFERSON DAVIS HWY.
CLEARWATER, SC  29822

HOOVER, DANA LYN
4003 OAK STREET
MOREHEAD CITY, NC  28557

HOPE MISSION OF CARTERET COUNTY, INC
1410 BRIDGES ST
PO BOX 1438
MOREHEAD CITY, NC  28557

HOPE RECOVERY
PO BOX 627
MOREHEAD CITY, NC  28557

HOPEVALLEY BAIT & TACKLE INC
PO BOX 245
HOPEVALLEY, RI  02832

HOPEWELL DISTRICT COURT
100 E BROADWAY
HOPEWELL, VA  23860

HOPKINS FISHING LURES CO.
PO BOX 352
NORTHUMBERLAND, PA  17857

HOPKINS-CARTER CO
MIAMI, FL  33142

HORIZON MANUFACTURING ENT. INC.
1230 KARL COURT
WAUCONDA, IL  60084

HORNADY MFG. CO.
PO BOX 1848
3625 OLD POTASH
GRAND ISLAND, NE  68803

HORNE, ALAN MICHAEL
4448 RIDGEVALLEY DRIVE
CHARLOTTE, NC  28208

HORNET MOVING, LLC
2723 SHADY REACH LN
CHARLOTTE, NC  28214

HORSE FEATHERS GENERAL STORE
PO BOX 1507
HUNTERSVILLE, NC  28070

HORSESHOE ARCHERY
2040 SPATANBURG HWY
E FLAT ROCK, NC  28726

HOSPICE OF CARTERET COUNTY
302 MEDICAL PK CT
MOREHEAD CITY, NC  28557

HOSPICE OF GREENSBORO
2500 SUMMIT AVENUE
GREENSBORO, NC  27405

HOSPICE OF RUTHERFORD COUNTY
PO BOX 336
FOREST CITY, NC  28043

HOSPICE OF YUMA
1824 S. 8TH AVENUE
YUMA, AZ  85364

HOSPICE
PO BOX 1818
MOREHEAD CITY, NC  28557

HOSPITAL COLLECTION SERVICES
PO BOX 357-A
BURLINGTON, MA  01803

HOSSS COUNTRY CORNER
PO BOX 247
LONG LAKE, NY  12847

HOSTESS HOUSE
6741 HWY 70 EAST
NEWPORT, NC  28570

HOT SPOT FISHING & LURES
3-745 VANALMAN AVE.
VICTORIA, BC  V8Z 3B6
CANADA

HOTCORE PRODUCTS LIMITED
1987 PARKWAY BLVD
COQUITLAM, BC  V3E 3J8
CANADA

HOTLINE EXPRESS, LLC
5860 DAUGHTRIDGE RD
ROCKY MOUNT, NC  27803

HOULIHAN LOKEY FINANCIAL ADVISORS
ACCOUNTS RECEIVABLE DEPARTMENT
10250 CONSTELLATION BLVD 5TH FLOOR
LOS ANGELES, CA  90067-6802

HOULIHAN OFFICE SYSTEMS
2292 WELDON PARKWAY
ST. LOUIS, MO  63146

HOUR IMAGE, INC.
2316 DELAWARE AVENUE
SUITE 248
BUFFALO, NY  14216

HOUSE HASSON HARDWARE CO
3125 WATER PLANT RD
KNOXVILLE, TN  37914

HOUSE OF BANNERS
1908 PINEMONT CIRCLE
GOLDSBORO, NC  27534

HOUSE OF OUTDOORS, INC.
2345 NAIL ROAD
KRUM, TX  76249

HOW
PO BOX 421391
PALM COAST, FL  32142-1391

HOWARD JOHNSONS
2224 E. INDEPENDENCE BLVD.
CHARLOTTE, NC  28205

HOWARD MILLER
860 E MAIN AVE
ZEELAND, MI  49464-1300

HOWARD, STALLINGS, FROM & HUTSON
FROM & HUTSON, P.A.
PO BOX 12347
RALEIGH, NC  27605

HOWARDS BAKERY
PO BOX 421391
PALM COAST, FL  32142-1391

HOWARDS GENERAL STORE
PO BOX 358
GLENDO, WY  82213

HOWARDS SPORTING
PO BOX 160
SHINGLE HOUSE, PA  16748

HOWARDS TACKLE SHOPPE
1707 GARRITY BLVD.
NAMPA, ID  83687

HOWARDS
315 DONELSON PIKE
NASHVILLE, TN  37214

HOWE ELECTRIC INC
4682 E OLIVE AVE
FRESNO, CA  93702-1636

HOWELL MARINE SUPPLY
3100 W HWY 98
PANAMA CITY, FL  32401

HOWIES TACKLE & ARCHERY, LLC
1309 GREEN BAY ROAD
STURGEON BAY, WI  54235

HOWLAND AUTO SERVICE
1014 N. 20TH STREET
PO BOX 782
MOREHEAD CITY, NC  28557

HOYETTS JOCASSEE
516 JOCASSEE LAKE RD
SALEM, SC  29676

HQ US MARINE CORPS
DIVISION 0120 ATTN. ACCT. PAYABLES
P.O.BOX 1396
QUANTICO, VA  22134-1396

HR DIRECT
PO BOX 7067
DOVER, DE  19903-7067

HR TACKLE
1523 BOWMAN AVENUE
PO BOX 2144
BURLINGTON, NC  27216

HSBC BUSINESS CREDIT (USA) INC
PO BOX 7777 W8720
PHILADELPHIA, PA  19175

HSM OF AMERICA, LL
1075 ANDREW DR C
WEST CHESTER, PA  19380

HSSHF
11 MILE HILL RD
NEWTON, CT  06470-2359

HT ENTERPRISES, INC.
PO BOX 909
139 E. SHEBOYGAN STREET
CAMPBELLSPORT, WI  53010

HUALNGO, VICTOR LIANA
3110 GLENELM CT
CHARLOTTE, NC  28212

HUBBARD, CAELIB KANYE
130 ROSES DR
ROCKINGHAM, NC  28379

HUBBS-SEA WORLD RESEARCH INSTITUTE
2595 INGRAHAM ST
SAN DIEGO, CA  92109

HUBERD SHOE GREASE CO, LLC
PO BOX 883
7925 SCHUMAKER ROAD
BENNETT, CO  80102

HUBERT MORRIS DIR OF PASTORAL CARE
ARLINGTON MEMORIAL HOSPITAL
800 WEST RANDEL MILL RD.
ARLINGTON, TX  76012

HUCK PERFORMANCE BUCKETS
9924 HERRING CREEK LANE
OCEAN CITY, MD  21842

HUDALLA ASSOC, INC
801 JENNY AVE, SUITE 8
PERHAM, MN  56573

HUDSON, COHEN LAURICE
2109 PAWPAW LANE
CHARLOTTE, NC  28269

HUDSON, SAMANTHA NICOLE
1899 WEST WALL STREET
WADESBORO, NC  28170

HUGHES GAS & GROCERY
5303 EAST OAK ISLAND DRIVE
LONG BEACH, NC  28465

HUGHES PRODUCTS CO., INC.
PO BOX 1066
112 TODD COURT
THOMASVILLE, NC  27260

HUGHES WELDING & CRANE SVC
121 MILL RD
ROCKINGHAM, NC  28379

HUGUENOT HARDWARE & HOME
IMPROVEMENT
PO BOX 328
HUGUENOT, NY  12746

HUGUETTE L POLLACK
4360 CLEARWATER ROAD
APT 263
ST. CLOUD, MN  56301

HULME SPORTING GOODS
HIGHWAY 641 S.
PARIS, TN  38242

HUMBOLT EXPRESS INC.
PO DRAWER T-4022
NASHVILLE, TN  37244

HUMPHREY, SEAN DARIUS
7107 HAINES MILL ROAD
CHARLOTTE, NC  28273

HUNT, JASON M
118 BRIAR PATCH DR
BEAUFORT, NC  28516

HUNT, KEICIA D
6971 OLD WIRE ROAD
LAUREL HILL, NC  28351

HUNTER SAFETY SYSTEM
PO BOX 31
8237 DANVILLE RD
DANVILLE, AL  35619

HUNTER
3300 W.71ST AVE.
PO BOX 467
WESTMINSTER, CO  80030

HUNTER-DAVISSON INC
1800 SE PERSHING ST
PORTLAND, OR  97202

HUNTER-JENKINS, CHRISTINE
800 OAKWOOD STREET
APT 10 C
BENNETTSVILLE, SC  29512

HUNTERS ADV HEAR/EYE PROTECTION
BRSM
173 HANKISON DRIVE
NEWPORT, NC  28570

HUNTERS ADV SHOOTING ACCESSORIES
BRSM
173 HANKISON DRIVE
NEWPORT, NC  28570

HUNTERS ADV SOCKS
BRSM
173 HANKISON DR
NEWPORT, NC  28570

HUNTERS ADV
BRSM
173 HANKISON DR
NEWPORT, NC  28570

HUNTERS ADVANTAGE HUNTING APPAREL
PO BOX 25760
RALEIGH, NC  27611

HUNTERS ADVANTAGE SIGNS
WILMINGTON PRINTING COMPANY
420 N FOURTH ST
WILMINGTON, NC  28402

HUNTERS HABITAT
22255 OLD VALLEY PIKE
WOODSTOCK, VA  22664

HUNTERS HAVEN
285 HEMPING RD
HARRINGTON, DE  19952

HUNTERS HAVEN, LLC
285 HEMPING RD
HARRINGTON, DE  19952

HUNTERS HIDEOUT
601 SOUTHEAST HWY 19
CRYSTAL RIVER, FL  34429

HUNTERS PARADISE
3300 W.71ST AVE.
PO BOX 467
WESTMINSTER, CO  80030

HUNTERS RENDEZVOUS
PO BOX 260
PEPPERELL, MA  01463

HUNTERS SPECIAL
PO BOX 386
EVERGREEN, NC  28438

HUNTERS SPECIALTIES
425 ICE AVE
LANCASTER, PA  17602

HUNTERS TRADING POST LTD
ZERO WINTER STREET
WEEPMOUTH, MA  02188

HUNTERTOWN ARMS
6911 TRAFALGAR DR
FORT WAYNE, IN  46803

HUNTIN BUDDY IND. LLC
7715 HWY 70 SUITE 100
BARTLETT, TN  38133

HUNTING & SHOOTING SPORTS HERITAGE F
GENERAL POST OFFICE
PO BOX 26975
NEW YORK, NY  10087-6975

HUNTING & SHOOTING SPORTS HERITAGE
GENERAL POST OFFICE
PO BOX 26975
NEW YORK, NY  10087-6975

HUNTING SHOP T/A RODS TAXIDERMY
& HUNTING SHOP
1620 COUNTY RT 53
BRASHER FALLS, NY  13613

HUNTLEY AUTO & MARINE CO
PO BOX 477
PINEVILLE, NC  28134

HUNTLEY, MALIK JERROD
26261 NORTH TURNPIKE ROAD
WAGRAM, NC  28396

HUNTN BIZ
675 W 100 S.
HERBER, UT  84032

HUNTON & WILLIAMS LLP
PO BOX 109
RALEIGH, NC  27602

HUNTS OUTDOORS
330 CLYETON ROAD
WAVERLY, TN  37185

HUNTS OUTDOORS
ROUTE 2, BOX 1-W
WAVERLY, TN  37185

HUNTWISE,INC.
PO BOX 8460
MONROE, LA  71211-8460

HURAK, THOMAS J
3131 MILDRED DRIVE
PALM HARBOR, FL  34684

HURRICANE RELIEF FUND
HATTERAS UNITED METHODIST CHURCH
PO BOX 310
HATTERAS, NC  27943

HUTTON JR, RICHARD MANESS
205 JAMES AVENUE
HAMLET, NC  28345

HYATT LEASING CO.
231 E DENISE AVE
FRESNO, CA  93720

HYATT REGENCY GREENVILLE
PO BOX 842092
DALLAS, TX  75284-2092

HYATT REGENCY MCCORMICK PLACE
2233 S. MARTIN LUTHER KING DR.
CHICAGO, IL  60616

HYATT REGENCY MINNEAPOLIS
1300 NICOLLET MALL
MINNEAPOLIS, MN  55403

HYATT REGENCY MN
PO BOX 105068
ATLANTA, GA  30348-5068

HYATT REGENCY PHOENIX
PO BOX 29975
PHOENIX, AZ  85038-0975

HYATT REGENCY SCOTTSDALE
AZ  85258

HYDRAULICS PLUS, LLC
1212 ARENDELL ST
MOREHEAD CITY, NC  28557

HYDRO TECH MARINE INC
752 W HWY 378
LEXINGTON, SC  29072

HYDROGLOW INC.
10816 E BRAINERD RD
APISON, TN 37302

HY-KO PRODUCTS CO
60 MEADOW LANE
NORTHFIELD, OH 44067

HYLLA, JOYCE MARY
909 4TH STREET NORTH
SAUK RAPIDS, MN 56379

HYPARK SPECIALTY CO. INC.
1100 1ST STREET SE, 427
NEW PRAGUE, MN 56071

HYPER PET LLC
1315 W. MACARTHUR ROAD
BLDG 300
WICHITA, KS 67217

HYSTER CAPITAL
PO BOX 3083
CEDAR RAPIDS, IA 52406-3083

HYSTER SALES CO.
PO BOX 987
EUGENE, OR 97440

I.H.L. INC.
112 HADDONTOWNE COURT 203
CHERRY HILL, NJ 08034-3663

I.W.E. SPORTS, INC
4221 NORTHGATE BLVD, STE 4
SACRAMENTO, CA 95834

IAMRU
AIRPORT MAIL CENTER
INTERNATIONAL MAIL
ATLANTA, GA 30320-0741

IAN MORRISSON
112 BOGUE SOUND DR
NEWPORT, NC 28570

IAN STANLEY
124 GREGORY LANE SE
SALEM, OR 97302-5007

IBANEZ GARCIA, ABBIGAIL ITZEL
432 W ANN ST
RENO, NV 89506

IBSEN PRODUCTS
15026 DENSMORE AVE N
SHORELINE, WA 98133

ICM EQUIPMENT CO
100 STEFFES RD
BILLINGS, MT 59101

ICON MANUFACTURING & MARKETING
271 CALABASH RD NW
CALABASH, NC 28467

ICON OWNER POOL 6 WEST/SOUTHWEST
LLC
PO BOX 208249
DALLAS, TX 75320-8249

ICP SOLAR TECHNOLOGIES
7075-SUITE131 PLACE ROBERT-JONCAS
ST.LAURENT,QUEB, CA H4M 2Z2

ID LABEL
425 PARK AVENUE
LAKE VILLA, IL 60046

ID TECHNOLOGY-MARKOR
7447 N PALM BLUFFS AVE
FRESNO, CA 93711-5741

IDAHO DEPARTMENT OF LABOR
317 W MAIN ST
BOISE, ID 83735

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE, ID 83722-2210

IDA-TRAN FREIGHT SYSTEMS
PO BOX 670
MERIDIAN, ID 83680-0670

IDEAL SPORTS & TACKLE
1271 JOE FRANK HARRIS PK
CARTERSVILLE, GA 30120

IDEAS UNLIMITED
9700 PHILADELPHIA COURT
LANHAM, MD 20797-0613
MD 20797-0613

IDENTIFY YOURSELF
6146 N. CROATAN HWY
PO BOX 432
KITTY HAWK, NC 27949

IDLEYLD TRADING POST
PO BOX 157
IDLEYLD PARK, OR 97447

IDS ENGINEERING
LOUISVILLE, KY 40223

IDVILLE
5376 52ND ST SE
GRAND RAPIDS, MI 49512

IDWHOLESALER
5830 NW 163RD STREET
MIAMI LAKES, FL 33014

IFS (N.Y) INC.
147-22 FARMERS BLVD
2 FLOOR
JAMAICA, NY  11434

IFS INC.
PO BOX 118
2307 BURNETT BLVD
WILMINGTON, NC  28402-0118

IGLOO PROD. CORP
777 IGLOO ROAD
KATY, TX  77494

IHL INC.
104 BAYWOOD DRIVE
CHEEKTOWAGA, NY  14227

IHRIE SUPPLY
PO BOX 1629
WILSON, NC  27894-1629

IKE-CON FISHING TACKLE MFG
2397 10 7/8 AVENUE
CAMERON, WI  54822

IKON
8024 GLENWOOD AVENUE
PO BOX 30909
RALEIGH, NC  27622

ILLINIOS ATTORNEY GENERAL
850 MAIN ST
CAMBRIA, CA  93428

ILLINOIS DEPARTMENT OF LABOR
524 S. 2ND STREET, SUITE 400
SPRINGFIELD, IL  62701

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19030
SPRINGFIELD, IL  62794-9030

ILLINOIS DEPT OF EMPLOYMENT SECURITY
33 SOUTH STATE ST
CHICAGO, IL  60603

ILLUMINOVO LLC
10410 GLOBE ROAD
SUITE 104
MORRISVILLE, NC  27560

ILLUSION OUTDOORS, LLC
177 HUNTINGTON AVE SUITE 17
BOSTON, MA  02115

IM OFF-SITE DATA PROTECTION
907 NE COLBERN RD
LEES SUMMIT, MO  64086

IMAGE COUNTRY
2169 GREENVILLE RD
LAGRANGE, GA  30240

IMAGE TIME NEON CLOCKS
2965 PITTSBURG RD
PERRYOPOLIS, PA  15473

IMAGE WORKS
415 WACHOVIA ST STE 100
WINSTON SALEM, NC  27101

IMPACT ARCHERY
1324 UNION HILLS RD SUITE 3B
ALPHARETTA, GA  30004

IMPERIAL CREDIT CORP
1001 WINSTEAD DRI, STE 500
CARY, NC  27513

IMPERIAL SECURITY SERVICE, INC
2555 POPLAR AVE
MEMPHIS, TN  38112

IMPLUS FOOTCARE,LLC
2001 T.W. ALEXANDER DR
BOX 13925
DURHAM, NC  27709-3925

IN & OUT
3294 HWY 70
BEAUFORT, NC  28516

IN THE STICKS MEDIA GROUP
PO BOX 94
ANGLE INLET, MN  56711

INC.
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

INCEPTION OUTDOORS
501 NORTH STATE STREET
DENVER, IA  50622

INDEPENDENT LOCK INC
PO BOX 21308
BILLINGS, MT  59104

INDEPENDENT MAILING
POST OFFICE BOX 452
WARSAW, NC  28398

INDIA BAZAAR
23-B 16TH ST
PO BOX 837
TYBEE ISLAND, GA  31328

INDIAN HILL TRADING POST
GREENVILLE, ME  04441

INDIAN PASS MARINE
2380 HWY C-30A
PORT ST JOE, FL  32456

INDIAN TRAIL HARDWARE, INC
1155 INDIAN TRAIL RD
NORCROSS, GA  30093

INDIANA DEPARTMENT OF LABOR
402 WS 402 W. WASHINGTON ST, ROOM W195
INDIANAPOLIS, IN  46204

INDIANA DEPARTMENT OF REVENUE
SYSTEM SERVICES
PO BOX 6197
INDIANAPOLIS, IN  46206-6197

INDIANA DEPT OF WORKFORCE DEV
10 NORTH SENATE AVE, ROOM SE 106
INDIANAPOLIS, IN  46204-2277

INDIANA SECY. OF STATE
302 W WASHINGTON ST, RM E018
INDIANAPOLIS, IN  46204

INDOFF INCORPORATED
11816 LACKLAND RD
ST. LOUIS, MO  63146

INDOOR TARGET RANGE, INC
4185 NORTH US 1
VERO BEACH, FL  32967

INDUSTRIAL BATTERY & CHARGER INC.
P.O.BOX 560978
CHARLOTTE, NC  28256-0978

INDUSTRIAL IMAGING INC
PO BOX 1930
HICKORY, NC  28603-1930

INDUSTRIAL MECHANICAL SOLUTIONS
377 CAPEL MILL ROAD
CANDOR, NC  27229

INDUSTRIAL PAPER PRODUCTS, INC
PO DRAWER 210
BURLINGTON, NC  27216-0210

INDUSTRIAL POWERSOURCE, INC
10715 SPRINGDALE AVE 2
SANTA FE SPRING, CA  90670

INDUSTRIAL REVOLUTION,INC
5835 SEGALE PARK DRIVE C
TUKWILA, WA  98188

INDUSTRIAL SIGN & GRAPHICS INC
522 GRIFFITH ROAD
PO BOX 240414
CHARLOTTE, NC  28224-0414

INDUSTRIAL TIRE SERVICE INC
7331 NE KILLINGSWORTH
PORTLAND, OR  97218

INDUSTRIAL TRUCK SALES
P.O.BOX 1807
DURHAM, NC  27702-1807

INDUSTRIAL WASTE & SALVAGE
PO BOX 446
FRESNO, CA  93709

INFINITE SPORTS
1444 SAN NUNN BLVD
PERRY, GA  31069

INFO-TECH RESEARCH GROUP
LAS VEGAS, NV  89169

INGRAM ARCHERY SUPPLY
789 ROSE BUD RD
QUITMAN, AR  72131

INGRAM HARDWARE
PO BOX 578
PHILIP, SD  57567

INGRAM, BETTY JEAN
164 JAMES HAND RD
ROCKINGHAM, NC  28379

IN-HAN INTERNATIONAL TRADING
ROOMS 1318-19, 13/F, HOLLYWOOD PLAZA
610 NATHAN ROAD MONGKOK, KOWLOON
HONG KONG
HONG KONG

INKJET & TONER 4 LESS
738 W SHAW AVE
CLOVIS, CA  93612

INLAND WATERWAY TREASURE
PO BOX 797
ORIENTAL, NC  28571

INMAC
2300 VALLEY VIEW LANE
SUITE 200
IRVING, TX  75062

INMAN AND BRITT
PO BOX 159
HOPE MILLS, NC  28348

INNOVATE YOUR OFFICE PRODUCTS INC
2461 SANTA MONICA BLVD 509
SANTA MONICA, CA  90404

INNOVATION FIRST, INC.
6611 INTERSTATE HWY 30 W
GREENVILLE, TX  75402

INNOVATIVE ADHESIVES
1B GEORGE C. WILSON COURT
AUGUSTA, GA  30909

INNOVATIVE DESIGNS INC
124 CHERRY STREET
PITTSBURGH, PA  15223

INNOVATIVE OUTDOOR PRODUCTS, LLC
PO BOX 141
RIVERSIDE, WA  98849

INNOVATIVE PROCESSING, INC.
PO BOX 240
CLEAR LAKE, MN  55319

INNOVATIVE PROCUREMENT
124 OPPORTUNITY RD
CAMDENTON, MO  65020

INNOVATIVE YARNS
PO BOX 2217
MARTINSVILLE, VA  24113

INOX (AMAZING PRODUCTS)
1075 N. RONALD REAGAN BLVD
LONGWOOD, FL  32750

INSCO
PO BOX 2065
WILSON, NC  27894-2065

INSECT SHIELD
814 WEST MARKET STREET
GREENSBORO, NC  27401

INSIGHT DIRECT
PO BOX 713096
COLUMBUS, OH  43271-3096

INSIGHT DIRECT, INC.
PO BOX 78825
PHOENIX, AZ  85062-8825

INSIGHT PEST MANAGEMENT
PO BOX 3623
SPARKS, NV  89432

INSPIUN TECHNOLOGY SOLUTIONS LLC
1825 NW CORPORATE BLVD
SUITE 110
BOCA RATON, FL  33431

INSTITUTE OF MANAGEMENT ACCOUNTANTS
10 PARAGON DR
MONTVALE, NJ  07645-1760

INSTITUTIONAL INTERIORS
PO BOX 5269
7601 EMERALD DRIVE
EMERALD ISLE, NC  28594

INSTY-PRINTS
2620 OVERLAND AVE.
BILLINGS, MT  59102

INSULATION CONTRACTORS
22706 58TH PLACE SOUTH
KENT, WA  98032-4666

INTECH INSPECTION TECH
SAVAGE TRADING
PO BOX 850957
YUKON, OK  73085-0957

INTEGRASERV, INC.
PO BOX 701477
ST. CLOUD, FL  34770-1477

INTEGRATED SOLUTIONS
P.O.BOX 38876
GREENSBORO, NC  27438-8876

INTEGRATED SYSTEMS ASSOC. INC
8 FILKO AVE - UNIT 4
SWANSEA, MA  02777-3445

INTEGRITY STAFFING SOLUTIONS
PO BOX 406548
ATLANTA, GA  30384-6548

INTELIANT
PO BOX 573689
MURRAY, UT  84151-3689

INTERCON ASSOCIATES INC
95 ALLENS CREEK RD.
BLDG 2, SUITE 200
ROCHESTER, NY  14618

INTERLAKE PLASTICS
6843 SANTA FE DRIVE
HODGKINS, IL  60525

INTERLAND, INC.
PO BOX 56526
ATLANTA, GA  30343

INTERMEDIA OUTDOORS
7819 HIGHLAND SCENIC RD
BAXTER, MN  56425

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE., NW
WASHINGTON, DC  20224

INTERNATIONAL BUSINESS DIRECTORIES
C/O EDC
PO BOX 509
WEST HAVEN, CT  06516

INTERNATIONAL DISPLAY SYSTEMS
1529 INDUSTRIAL CIRCLE
CHARLOTTE, NC  28213

INTERNATIONAL E-Z UP
1601 IOWA AVE
RIVERSIDE, CA  92507

INTERNATIONAL GAMEFISH
ASSOCIATION
300 GULF STREAM WAY
DANIA BEACH, FL 33004

INTERNATIONAL GRAPHICS & NAMEPLATE
3103 NE 65TH ST
VANCOUVER, WA 98663

INTERNATIONAL LASER GROUP
6022 VARIEL AVE
WOODLAND HILLS, CA 91367

INTERNATIONAL LEISURE PRODS INC
191 RODEO DR
EDGEWOOD, NY 11717

INTERNATIONAL MAILING SERVICES
217 N. 2ND STREET
WILMINTON, NC 28401

INTERNATIONAL MAILING
217 N. 2ND ST
WILMINGTON, NC 28401

INTERNATIONAL MEDIA PRODUCTIONS
75-5759 KUAKINI HWY
SUITE 103D
KAILUA-KONA, HI 96740

INTERNATIONAL MINUTE PRESS
236 RIVERBEND ROAD
GRAHAM, NC 27253

INTERNATIONAL PLASTICS
PO BOX 25544
GREENVILLE, SC 29616-0544

INTERNATIONAL RECREATIONAL PRODUCTS
2315 NW 107 AVE 16
SUITE 1MB19/1MB18-BAYB18
MIAMI, FL 33172

INTERNATIONAL SPORT FISHING EXPO
PO BOX 4088
FREDERICK, MD 21705

INTERNATIONAL SUPPLY CENTER INC.
115 WEST 30TH STREET
SUITE 1100
NEW YORK, NY 10001-4904

INTERNATIONAL TECHNOLOGIES
15445 VENTURA BLVD
STE 780
SHERMAN OAKS, CA 91403

INTERPHASE TECH.
1201 SHAFFER ROAD
SANTA CRUZ, CA 95060

INTERSTATE 8 INN
2730 S 4TH AVE
YUMA, AZ 85364

INTERSTATE BAIT
3610 W 1820 S
SALT LAKE CITY, UT 84104

INTERSTATE POWER SYSTEMS, INC
1140 MAIN ST
PO BOX 30518
BILLINGS, MT 59107

INTERVEST GROUP INC.
900 AVIS DRIVE
ANN ARBOR, MI 48108

INTERWEST TRANSPORTATION
PO BOX 25084
SALT LAKE CITY, UT 84125-0084

INTEX RECREATION
4001 VIAORA AVENUE
SUITE 210
LONG BEACH, CA 90810-1440

INTL SPTG GOODS IMPORTERS LTD
BOX 282
WINNIPEG, MB R2N 3X9
CANADA

INTRALINKS, INC
150 EAST 42ND ST, 8TH FLOOR
NEW YORK, NY 10017

INVENTORY CONTROL CENTER
25422 TRABUCO RD 105-207
LAKE FOREST, CA 92630-2797

INVINCIBLE COMBOS
BRSM
173 HANKISON DR
NEWPORT, NC 25870

INVINCIBLE MARINE
PO BOX 1917
4510 B STRERT NORTHWEST
AUBURN, WA 98071-1917

INVINCIBLE ROD RACKS
BRSM
173 HANKISON DR
NEWPORT, NC 28570

INVINCIBLE RODS
BRSM
173 HANKISON DRIVE
NEWPORT, NC 28570

INVISIBLE MINNOW RIG
75 HULLCREST BLVD
MUNCY, PA 17756

IOANNIS GRILL
PO BOX 3516
MOREHEAD CITY, NC 28557

IOWA DEPARTMENT OF REVENUE
HOOVER STATE OFFICE BUILDING
PO BOX 10457
DES MOINES, IA 50306

IOWA DEPT. OF INSPECTIONS, APPEALS &
LICENSING
6200 PARK AVENUE
DES MOINES, IA  50321

IOWA WORKFORCE DEVELOPMENT
1000 EAST GRAND AVENUE
DES MOINES, IA  50319

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO, IL  60673-1247

IPROMOTEU
40 SPEEN ST
SUITE 303
FRAMINGHAM, MA  01701

IRA ERWIN
1913 WINDY PINES CT
VIRGINIA BEACH, VA  23456

IRA S. NEWMAN
SUITE 441 - SOUTH
98 CUTTER MILL ROAD
GREAT NECK, NY  11021

IRINA KVASHILAVAL
116 INVERNESS DR EAST
SUITE 400
ENGLEWOOD, CO  80112

IRM INC./KONE ZONE
2459 SE TV HWY 256
HILLSBORO, OR  97123

IRON CITY PUBLIC SAFETY
111 N SHELBY ST
BLACKSBURG, SC  29702

IRON DECOY
352 FICKES LANE
NEWPORT, PA  17074

IRON SIGHTS SHOOTING RANGE
618 AIRPORT RD
OCEANSIDE, CA  92054

IRON STEAMER PIER
PO BOX 187
ATLANTIC BEACH, NC  28512

IRONWOOD PACIFIC, INC
PO BOX 1568
LAKE OSWEGO, OR  97035

ISAAC, PINKIE LASHAY
1308 DIZZY GILLESPIE DRIVE
CHERAW, SC  29520

ISABELLA SUPERMARKET
PO BOX 845
LAKE ISABELLA, CA  93240

ISLAMORADA TACKLE
PO BOX 575
ISLAMORADA, FL  33036

ISLAND ACE HARDWARE
ATTN: HENRY
1701 FREDERIC RD-LONG SHOPPING CNTR
ST SIMONS ISLAN, GA  31522

ISLAND ADVENTURES, INC
105E GULF BEACH DRIVE
ST GEORGE ISLAN, FL  32328

ISLAND BEACH CO
PO BOX 425
CAPTIVA, FL  33924

ISLAND BIKE & SURF SHOP
3665 BOHICKETT ROAD
JOHN ISLAND, SC  29455

ISLAND COVE
PO BOX 490
ATLANTIC BEACH, NC  28512

ISLAND DISCOUNT TACKLE
3240 EAST BAY DRIVE
HOLMES BEACH, FL  34217

ISLAND HARDWARE
8201 EMERALD DRIVE
EMERALD ISLE, NC  28594

ISLAND LURE LLC DBA/REEL ADRENALINE
1740 SW 2ND ST
FT LAUDERDALE, FL  33312

ISLAND SPORT SHOP, INC
MINOCQUA, WI  54548

ISLAND SUPER STORE
P.O.BOX 2400
SURF CITY, NC  28445

ISLAND TACKLE HARDWARE
801 N. LAKE PARK BLVD.
CAROLINA BEACH, NC  28428

ISLAND TACKLE
6855-3 BEACH DR
OCEAN ISLE BCH, NC  28469

ISLAND VIEW MARKET & DELI
1607 W COLUMBIA PARK TRAIL
RICHLAND, WA  99352

ISLANDS CHOICE
158 DITCH PATH RD
CEDAR ISLAND, NC  28520

ISLE OF HOPE MARINA IOH, INC
50 BLUFF DR
SAVANNAH, GA  31406

ISLE OF PALMS RED & WHITE
29451

ISSATRONICS, INC
10456 CRESTON GLEN CIRCLE E
JACKSONVILLE, FL  32256

ITC INC
PO BOX 9
ILIAMNA, AK  99606

ITG INTERLOGIC - GLOBAL FREIGHT
C/O MARINA PAPEGEYO, S.A.
6310 NW 99 AVE
DORAL, FL  33178

ITOH DENKI USA, INC
135 STEWART RD
HANOVER INDUSTRIAL ESTATES
HANOVER TOWNSHI, PA  18706-1463

ITSAVVY LLC
PO BOX 3296
GLEN ELLYN, IL  60138

ITU ABSORB TECH
BIN 88479
MILWAUKEE, WI  53288-0479

IVAN BONILLA
879 CHRISTOPHER
FOWLER, CA  93625

IVER JOHNSON ARMS, INC
259 GUS HIPP BLVD
ROCKLEDGE, FL  32955

IVEY, LUCAS CAMERON
2925 LONG CIRCLE
IRON STATION, NC  28080

IVYS TACKLE BOX
7209 HWY 90 E
MORGAN CITY, LA  70380

IWTHY, LLC
4757 SHARPSTONE LANE
RALEIGH, NC  27615

IZOR LINE
6725 SOMERSET BLVD.
PARAMOUNT, CA  90723

J & A MECHANICAL
A/R
10800 RIDGEWOOD
OLIVE BRANCH, MS  38654

J & E OASIS
PO BOX 88
SOUTH MILLS, NC  27970

J & H OUTLET INC
4112 SUNRISE HWY
OAKDALE, NY  11769

J & J COUNTRY GROCERS
353 RT 165
PRESTON, CT  06365

J & M GUN SHOP
2106 RUSSELLVILLE ROAD
BOWLING GREEN, KY  42101

J & M LEISURE
MIKE BORGER
13260 NW OVERTON ST
PORTLAND, OR  97229

J & M TACKLE
25125 CANAL ROAD
ORANGE BEACH, AL  36561

J & W SERVICE, INC
PO BOX 194
WHITSETT, NC  27377

J & W VARIETY
210 S WASHINGTON
REMSEN, IA  51050

J B HUNT TRANSPORTS INC
FILE 98545
LOS ANGELES, CA  90074-8545

J E HIBBS ELECTRIC, INC
5286 A HWY 70 WEST
MOREHEAD CITY, NC  28557

J HARA STORE
PO BOX 1260
KURTISTOWN, HI  96760

J L CUSTOM ARMS
4681 HWY 301 SOUTH
FOUR OAKS, NC  27524

J L W HOLDING INC
9221 SURVEY RD
ELK GROVE, CA  95624

J T BROWNS STORE
ATTN: EPHELYN
PO BOX 650
CRAIG, AK  99921

J T TRUJILLO
C/O DAVES GUNS
1842 S PARKER RD 15
AURORA, CO  80231

J WESTBROOK INC
NOVA INFO SYSTEMS
204 NORTHPOINTE DR
GOLDSBORO, NC 27530

J&A SOLUTIONS
1217 SOUTH PEARWOOD AVENUE
FRESNO, CA 93727

J&C TRUJILLO, INC.
10101 S.W. 77 DRIVE
MIAMI, FL 33173

J&C WHOLESALE COMPANY
PO BOX 674
TABOR CITY, NC 28463

J&E ENTERPRISES UNLIMITED LLC
REEL ANTENNA INC.
5505 TRACI DR
MILTON, FL 32583

J&P VARIETY
199 ANDREWS DR.
WAYNESBORO, TN 38485

J. BROWN COMPANY
PO BOX 296
FARNHAM, VA 22460

J. MARKETING, INC.
PO BOX 3175
SPRINGFIELD, MO 65808

J. MICHAEL KAPLAN
ATTORNEY AT LAW, P.C.
PO BOX 11569
ATLANTA, GA 30355

J. R. GUNS
PO BOX 5
FRIENDSHIP, ME 04547

J. RAY FREEMAN III D/B/A
SPECIAL OPERATIONS SERVICES
PO DRAWER 1137
NEWPORT, NC 28570

J.A. KING & CO LLC
PO BOX 21225
GREENSBORO, NC 27420

J.A. WALKIR & ASSOCIATES
MULTI-MEDIA PRODUCTION
PO BOX 3957
WILSON, NC 27895

J.B. FAB. & SERVICES
PO BOX 550
DAYTON, OR 97114

J.B. HUNT TRANSPORT, INC.
FILE 98545
PO BOX 1067
CHARLOTTE, NC 28201-1067

J.C. BEAR PAW
1725 W. KNAPP
RICE LAKE, WI 54868

J.E. EDWARDS ELECTRIC
14 HARBOUR WALK
NEW BERN, NC 28562

J.J. KELLER & ASSOCIATES INC
PO BOX 672
NEENAH, WI 54957-0672

J.L. SPRING & ASSOCIATES
PO BOX 9673
TAMPA, FL 33674

J.M. ASSOCIATES, INC.
1302 CUMBERLAND
LITTLE ROCK, AR 72202

J.M. DAVIS INDUSTRIES, INC.
201 ARENDELL STREET
MOREHEAD CITY, NC 28557

J.M. EQUIPMENT CO., INC
FILE 732990
PO BOX 60000
SAN FRANCISCO, CA 94160-3299

J.M. TULL METALS COMPANY INC.
PO BOX 75621
CHARLOTTE, NC 28275

J.O. SPICE COMPANY, INC.
3721-25 OLD GEORGETOWN ROAD
BALTIMORE, MD 21227

J.P. MORGAN PARTNERS, LP
277 PARK AVE, 15TH FLOOR
NEW YORK, NY 10172

J.P. MORGAN SECURITIES INC.
277 PARK AVE. 40TH FLOOR
NEW YORK, NY 10172

J.R. SERVICES
12547 E CLARKSON AVE
KINGSBURG, CA 93631

J.W. SEBERA HARDWARE
PO BOX 99
PRINCE GEORGE, VA 23875

JACINTO, MARGARITA
2280 TYBO AVENUE
RENO, NV 89512

JACK ALAWAY
PO BOX 1977
MOREHEAD CITY, NC 28557

JACK CHARVAT
5406 E 118TH ST
TULSA, OK  74137

JACK HARDING & ASSOCIATES
18682 BEACH BLVD, STE 215
HUNTINGTONBEACH, CA  92648

JACK LLOYD TACKLE CO
13527 156TH AVE SE
RENTON, WA  98059

JACK RICHARDS
C-A-L RANCH STORES
PO BOX 1866
IDAHO FALLS, ID  83403

JACK WILLIAMSON
99503

JACKIE GARNER
PO BOX 3357
ATLANTIC BCH, NC  28512

JACKIE WILCOX
2707 ONE IRON ST
MOREHEAD CITY, NC  28557

JACKIES DEER LURE
750 OSBORNE RD
TOLLESBORO, KY  41189

JACKMAN TRUE VALUE HARDWARE
MAIN ST/ PO BOX 678
JACKMAN, ME  04945

JACKPOT FOOD MART
23720 NE HALSEY
TROUTDALE, OR  97060

JACKS COUNTRY STORE INC
PO BOX 710
OCEAN PARK, WA  98640

JACKS COUNTRY STORE
PO BOX 710
HWY 103 BAY AVE
OCEAN PARK, WA  98640

JACKS JUICE
PO BOX 310
ORCHARD HILL, GA  30266

JACKS RESTAURANT & STORE
13411 LEWIS RIVER RD
ARIEL, WA  98603

JACKS TACK & FEED
2640 LITTLE ROCK RD.
CHARLOTTE, NC  28214

JACKS WATERFRONT BAR
513 EVANS ST
MOREHEAD CITY, NC  28557

JACKSON CARDINAL, LLC
PO BOX 1230
4065 PUB PLACE
JACKSON, WY  83001-1230

JACKSON LEWIS
ONE NORTH BROADWAY
WHITE PLAINS, NY  10601-2310

JACKSON SAFETY DIRECT
5801 SAFETY DR.
BELMONT, MI  49306

JACKSON, DARRELL
835 SEBRING DRIVE
ROCK HILL, SC  29730

JACKSON, GREGORY JERMAINE
3631 PAULINE LANE
CHARLOTTE, NC  28216

JACKSON, MAGDALENE SANDERS
4537 ROSE RIDGE PLACE
APT 8
CHARLOTTE, NC  28217

JACKSON, YAMEIKA KENTREAL
552 WALNUT STREET
ROCK HILL, SC  29730

JACKSONS AUTO ELECTRIC
100 ELLIS BLVD
JACKSONVILLE, NC  28540

JACKSONS FISHING & SPORTING
23391 HWY 370 W
PO BOX 45
FALKNER, MS  38629

JACKSONVILLE SUNS BASEBALL CLUB
PO BOX 4756
JACKSONVILLE, FL  32201

JACOB ASH COMPANY
DEPT L2370
PO BOX 600001
COLUMBUS, OH  43260

JACOBS MINIT MARKET
3107 COASTAL HWY
OCEAN CITY, MD  21842

JADDE SPORTS
223 SAND HILL
MESQUITE, NV  89027

JADICO
580 W HWY 54
PO BOX 798
CAMDENTON, MO  65020-0798

JAIME, EMILY NAYELY
1690 MERCHANT STREET
APT 914
SPARKS, NV  89431

JAKATA ONE LLC
2256 HWY 153
CARLTON, WA  98814

JAKES BAIT & TACKLE
215 STATE ROAD 16
ST AUGUSTINE, FL  32084

JAKES FLY SHOP
11 JORIE LANE
WALPOLE, MA  02081

JAKES LURES
914 W BRUNDAGE LN
SHERIDAN, WY  82801

JALAMA BEACH STORE & GRILL
9991 JALAMA RD
LOMPOC, CA  93436

JA-LYN SPORT SHOP
PO BOX 130
6819 NC 33E
GRIMESLAND, NC  27837

JAMES ALMAND
5200-B COASTAL HWY
OCEAN CITY, MD  21842

JAMES BORDEN
12931 HUNTERS MOUNT
SAN ANTONIO, TX  78249

JAMES BROOKS
NEWPORT, NC  28570

JAMES CARTER
C/O SUNTRADERS
SUMMERVILLE, SC  29483

JAMES D. PEARSON, P.C.
506 NORTH 4TH STREET
FAIRFIELD, IA  52556

JAMES DESMOND LANDSCAPING
PO BOX 1744
LAKESIDE, CA  92040-0917

JAMES DOWNING
16 PRINCEWOOD LANE
PALM BEACH GARD, FL  33410

JAMES E DINKINS
4205 S GREENBRIAR DR
NIXA, MO  65714

JAMES E. BOYLE AND COMPANY
160 SANSOME ST SUITE 900
S. SAN FRANCISC, CA  94104

JAMES E. CLARK CO., LLC, DBA NC LEAD
146 LITTLE NINE ROAD
MOREHEAD CITY, NC  28557

JAMES E. CLARK CO.,DBA LEAD PRODUCTS
146 LITTLE NINE ROAD
MOREHEAD CITY, NC  28557

JAMES E. CLARK, LLC
146 LITTLE NINE RD
PO BOX 459
MOREHEAD CITY, NC  28557

JAMES FOX MASONARY
177 PARADISE EAST
NEWPORT, NC  28570

JAMES GREG MILLS
108 NEUSE HARBOUR BLVD
NEW BERN, NC  28560

JAMES J. BOYLE & CO,
160 SANSOME STREET
SUITE 900
SAN FRANSISCO, CA  94104

JAMES LUMB
1427 LOUGHTON DR.
WEBSTER, NY  14580

JAMES O RASCH, JR
35 CLEMMONS STREET
CHERAW, SC  29520

JAMES RIVER FISHING PIER
7601 RIVER RD
NEWPORT NEWS, VA  23607

JAMES SPENCER
1634 16TH ST SE
ST CLOUD, MN  56304

JAMES STEPHEN OSIKA-MICHALES
300 OSPREY RIDGE DRIVE
APT 10
EMERALD ISLE, NC  28594

JAMES STORE
PO BOX 36
KERNVILLE, CA  93238

JAMES W. CLARK
4394 GOSEY HILL ROAD
FRANKLIN, TN  37064

JAMESON LAKE RESORT
PO BOX 8
MANSFIELD, WA  98830

JAMESTOWN AREA LABOR - MGMT
COMMITTE
PO BOX 819
JAMESTOWN, NY  14702-0819

JAMIN MARECLE
26820 173RD ST EAST
BUCKLEY, WA  98321

JANDELL CORPORATION
169 PRIVATE ROAD 4611
PO BOX 280
BOYD, TX  76023

JANE K. SCHWARTZ, TRUSTEE FOR THE
104 KINGSDALE CT.
JAMESTOWN, NC  27282

JANEAU MULKEY
C/O HTC
NC  28570

JANICE BOWEN
NEWPORT, NC  28570

JANICE YOUNG
5415 NW DESCHUTES DR
PORTLAND, OR  97229

JARES FENCE CO, INC
10640 S FRONTAGE RD
BILLINGS, MT  59101

JARRATT HARDWARE & SPORT
PO BOX 425
JARRATT, VA  23867

JARRETT BAY BOATWORKS, INC.
530 SENSATION WEIGH
BEAUFORT, NC  28570

JAS INDUSTRIAL
P.O BOX 685
JUNCTION CITY, OR  97448

JASMINE HENDERSON
NEWPORT, NC  28570

JASON CORLEY
2117H RAVENGLASS PLACE
RALEIGH, NC  27612

JASON GALVIN
3426 WHIRLWAY LANE
CHINO HILLS, CA  91709

JASON HOFFMAN
C/O ATTORNEY DOUGLAS PETHO
1430 ELIZABETH AVENUE
CHARLOTTE, NC  28204

JASON L NICHOLS
GOURMET BY THE C
2709 HOMES DR
MOREHEAD CITY, NC  28557

JASON MADERIOS
25 WILLIAMSTON RIDGE
YOUNGSVILLE, NC  27596

JASON MCBRIDE
CLACKAMAS, OR  97015

JASON MCCLURE
2 LAFATETTE CIRCLE
HURRICANE, WV  25526

JASPER HARDWARE & SUPPLY CO
PO BOX 351
JASPER, FL  32052

JASSO, JOEL
1855 SELMI DRIVE APT G-260
RENO, NV  89512

JAVELOSA, DEXTER MIRANDA
2225 JESSIE AVENUE
SPARKS, NV  89431

JAW CO
1000 SW VISTA AVE STE 803
PORTLAND, OR  97205

JAX INC MERCANTILE CO.
1200 N COLLEGE AVE
FORT COLLINS, CO  80524

JAY AUDIA
17 VENTURE LANE
SUNRIVER, OR  97707

JAY GILLEN
C/O MT SPORTS
CLACKAMAS, OR  97015

JAY HOLMES
C/O SUPERFROG PRODUCTIONS
PO BOX 131
N. MYRTLE BEACH, SC  29597

JAY SAMUELS
106 EGRET CT
NEWPORT, NC  28570

JAY SANDERS
1450 VANESSA CIR
ENCINITAS, CA  92024

JAYCEE LEADER
OFFICIAL PUB. OF THE N.C. JAYCEES
PO BOX 9374
CHARLOTTE, NC  28299

JAYHAWK ALL AMERICAN SPORTS
606 CLAY AVENUE
JEANETTE, PA  15644

JAYNE S CRESON COUNTY CLERK
SHELBY COUNTY CLERKS OFFICE
150 WASHINGTON AVE, STE.200
MEMPHIS, TN  38103

JAZZ PHOTO CORPORATION
600 BLAIR RD
CARTERET, NJ  07008

JB DISPLAYS
6355 N PARK ST
LAS VEGAS, NV  89149

JB LURES
51702 189TH AVENUE
BEMIDJI, MN  56601

JBA SERVICING LLC
PO BOX 1417
ST CLOUD, MN  56302-1417

JBS LOGISTICS & WAREHOUSING
PO BOX 809317
CHICAGO, IL  60680-9317

JC RANCH & HOME
ATTN: COOKIE
702 HALLERWOOD WAY
COLVILLE, WA  99114

JCS GUNS & TACKLE
2207 UNIVERSITY DR.
HUNTSVILLE, AL  35816

JDA SOFTWARE, INC
PO BOX 202621
DALLAS, TX  75320-2621

JDI TECHNOLOGIES, INC
26610 AGOURA RD, SUITE 100
CALABASAS, CA  91302

JEANIE HUTCHINSON
MT SPORTS
BILLINGS, MT  59104

JEANNE CHRISTENSEN
PO BOX 697
ATLANTIC BEACH, NC  28512

JED WELSH FISHING
250 S BROADWAY
FALLON, NV  89406

JED WELSH
570 N. DOWNS LANE
FALLON, NV  89406

JEFF BOOTEN
25882 HOLLY AVE
ESCONDIDO, CA  92026

JEFF COREY
PO BOX 8008
MOSCOW, ID  83843

JEFF HILTON
1205 INDUSTRIAL RD
NAMPA, ID  83687

JEFF HRUSKA
1060 S OLD JELLUM RD
COUER DALENE, ID  83814

JEFF MANN
1410 WANNAMAKER AVENUE
SUMMERVILLE, SC  29485

JEFF MUMMA
5995 NORTH 78TH STREET
SCOTTSDALE, AZ  85250

JEFF ROBLES & ASSOC. INC
3100 AIRWAY AVE, SUITE 109
COSTA MESA, CA  92626

JEFFCOAT, LISA R
317 RIDGEHILL DR
LEXINGTON, SC  29073

JEFFERSON LOAN OFFICE
10 E BROAD ST
RICHMOND, VA  23219

JEFFERSON RENTAL CENTER
PO BOX 110
JEFFERSON, OR  97352

JEFFERSON, DORON MALIK
13207 WINTER HAZEL ROAD
APT 304
CHARLOTTE, NC  28278

JEFFERSON, JAMES DONNELL
12249 HOOD BEND CT.
CHARLOTTE, NC  28273

JEFFERSON-PILOT
LIFE INSURANCE COMPANY
PO BOX 25500
GREENSBORO, NC  27420

JEFFERY HASSON
12707 N.E. HALSEY
PORTLAND, OR  97230

JEFFREY A. FLEISSHHAUER, P.C.
PO BOX 75
ROANOKE, VA  24002

JEFFREYS, CARLOS DIANTE
4306 REDTAIL COURT
RALEIGH, NC 27616

JEFFS BAIT & TACKLE
12650 OVERSEAS HWY., UNIT 1
MARATHON, FL 33050

JEFFS SPORTING GOODS
403 CONGRESS PARKWAY
ATHENS, TN 37303

JEFFS TROPHIES AND TS
635 E BROAD AVE
ROCKINGHAM, NC 28379

JELLY BELLY CANDY COMPANY
PO BOX 5697
PORTLAND, OR 97228-5697

JENKINS GAS & OIL CO., INC.
1117 CEDAR POINT BLVD
SWANSBORO, NC 28584

JENKINS, WILSON & TAYLOR, PA
SUITE 1400 UNIVERSITY TOWER BLVD
DURHAM, NC 27707

JENNA DOWNEY
2550 AKERS MILL RD
APT N2
ATLANTA, GA 30339

JENNENE RENDA
3308 APOLLO CIRCLE
ROSEVILLE, CA 95661

JENNETTS PIER
P.O.BOX 756
NAGS HEAD, NC 27959

JENNIE SERDAR
PO BOX 182554
COLUMBUS, OH 43218-2554

JENNIFER ERDMANN
103 PHILLIPS PL
CASHMERE, WA 98815

JENNINGS DECOY CO.
601 FRANKLIN AVE NE
SAINT CLOUD, MN 56304

JENNY DIAZ
HENRYS INTERNATIONAL
16115 SW 117 AVE. A-1
MIAMI, FL 33177

JENNY TEATOR MUSIC
612 HUFFINE MANOR CIRCLE
FRANKLIN, TN 37067

JENNYS GOURMET GIFT BASKETS
456 ARTHUR GODFREY ROAD
MIAMI BEACH, FL 33140

JENQUIN HARDWARE, INC.
2205 HALL AVENUE
PO BOX 632
MARINETTE, WI 54143

JEPPESEN MARINE
133 FALMOUTH RD
MASHPEE, MA 02649

JERENT ENTERPRISES LLC.
PO BOX 3447
OMAHA, NE 68103

JEROS TACKLE CO. INC.
8 ELKINS RD
SUITE B
E BRUNSWICK, NJ 08816

JERRY COOPER
P.O. DRAWER 1107
MOREHEAD CITY, NC 28557

JERRY MOORE
(WOLFBORO BAY OUTFITTERS)
345 LAUGTON AVE
LACONIA, NH 03246

JERRYS OUTDOOR SPORTS
507 30TH RD, 4
GRAND JUNCTION, CO 81504

JERRYS SALVAGE LLC
PO BOX 35
HORNER, WV 26372

JERRYS SPORT SERVICE
577 NO. STATE
OREM, UT 84057

JESS HAWKINS
PO BOX 769
MOREHEAD CITY, NC 28557

JESSE DAYLOYEE
ALL SPORTS
CLACKAMAS, OR 97015

JESSE FULLER
8447 PITALO WAY
CITRUS HEIGHTS, CA 95610

JESSE MORGAN
3805 FLOWLER ST
FT MEYER, FL 33901

JESSICA M GARZA
1125 KERN ST
KINGSBURG, CA 93631

JESSICA PATRICK
C/O CRANFILL SUMNER & HARTZOG LLP
PO BOX 27808
RALEIGH, NC  27611-7808

JESSIE FULLER
2801 AVALON DRIVE
SACRAMENTO, CA  95821

JET COMPUTER PRODUCTS, INC.
22440 CLARENDON STREET, 101
WOODLAND HILLS, CA  91367

JET FIRE, INC
7153 ULMERTON RD
LARGO, FL  33771

JETER, DAQUAN DEVONTE
3315 WINCHELSEA DR.
CHARLOTTE, NC  28212

JETON PRINCE
1641 QUIVIRA RD
SAN DIEGO, CA  92109

JETTS HARDWARE
18425 NORTH UMBERLAND HWY
REEDVILLE, VA  22539

JEVIC TRANSPORTATION INC.
P.O.BOX 23194
NEWARK, NJ  07189

JEWEL BAIT COMPANY
478 DILLARD DRIVE
MIDWAY, AR  72651

JICARILLA SHOPPING CENTER
PO BOX 147
DULCE, NM  87528

JIGS FAMILY FISHING
PO BOX 431752
BIG PINE KEY, FL  33043

JIGSKINZ
36 BLACK GUM LANE
HILTON HEAD, SC  29926

JILL RODRIGUES
4726 E KERCKHOFF
FRESNO, CA  93702

JIM ARNOST
4215 WEDGEWOOD LANE NORTH
PLYMOUTH, MN  55442

JIM BERRY
BERRYS SPORTING GOODS
106 S. 5TH STREET
GRIFFIN, GA  30223

JIM CONWAY
1240 N JEFFERSON ST
SUITE D
ANAHEIM, CA  92807

JIM DANIEL
173 HANKISON DRIVE
NEWPWORT, NC  28570

JIM FERRY & ASSOC. INC
1240 N JEFFERSON ST
SUITE D
ANAHEIM, CA  92807

JIM FISHING SUPPLY
2606 ALBEE ST
EUREKA, CA  95501

JIM GLEESING
PO BOX 2351
YAKIMA, WA  98907-2351

JIM HEITMAN
P O BOX 2530
CLACKAMAS, OR  97015

JIM KOEBERLEIN
2750 SW BUTLER RD
PO BOX 989
GRESHAM, OR  97030

JIM LEMING
C/O LONGS DRUG 404
170 LEMMON DR
RENO, NV  89506

JIM MAY
8223 ASHELEY GLEN DRIVE
CHARLOTTE, NC  28227

JIM PORTER
117 CAROLINA ACRES RD.
HOT SPRINGS, AR  71913

JIM REHSE
4319 GRANDWOOD LANE
NEWPORT RICHIE, FL  34653

JIM ROBERTS
3516 COUNTRY CLUB DRIVE
GASTONIA, NC  28050

JIM SHARP
6365 ROBINS TRACE
STONE MOUNTAIN, GA  30087

JIM TEENY,INC
2750 SW BUTLER RD
PO BOX 989
GRESHAM, OR  97030

JIM YOUNG
P.O.BOX 3554
WAQUOIT, MA  02536

JIMMY RUSH
1620 IVEY MEADOWLAND APT 621
CHARLOTTE, NC  28213

JIMMYS FISHING & HUNTING INC.
PO BOX 390
STAFFORDSVILLE, KY  41256

JIMS BAIT
603 N 6TH ST
PRINCETON, MN  55371

JIMS FIREARMS, INC
5760 SIEGEN LANE
SUITE A
BATON ROUGE, LA  70809

JIMS INSULATION
207 COLLINWOOD DRIVE
BURLINGTON, NC  27215

JIMS LIVE BAIT
615 LISBON ROAD
LISBON FALLS, ME  04252

JIMS PIER, INC.
209 W. WHITING STREET
S. PADRE ISLAND, TX  78597

JIMS QUICK STOP
922 PENNSYLVANIA AVE.
SAVANNAH, GA  31404

JIMS TACKLE
1208 ROUTE 109
CAPE MAY, NJ  08204

JJR EXPRESS, INC
2817 ANTHONY LANE S. STE 308
ST. ANTHONY, MN  55418

JJWD HARDWARE
423 S100 W
SALINA, UT  84654

JL DARLING
2614 PACIFIC HWY E.
TACOMA, WA  98375

JNB ORIGINALS
1281 330TH AVENUE
TRACY, MN  56175

JNR ADJUSTMENT CO, INC
1375 S SEMORAN BLVD
STE 1347
WINTER PARK, FL  32792

JO NELSON
P.O. DRAWER 1107
MOREHEAD CITY, NC  28557

JOAN MITCHELL
17963 HWY 94
DULZURA, CA  91917

JOANNES BAIT & TACKLE
36403 PINE GROVE LANE
OCEAN VIEW, DE  19970

JOBS ENTERPRISE, INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

JOE AKERS
810 COURT STREET
WILTON, IA  52778

JOE BUCHER OUTDOORS
130 ELIZABETH LANE
GENOA CITY, WI  53128

JOE LEMONDS
6817 BALL CAMP PIKE
KNOXVILLE, TN  37931

JOE MCALISTER
4990 MURRAY ROAD
WINSTON SALEM, NC  27106

JOE PEARSON
2916 GB BLANTON RD
SHELBY, NC  28150

JOE RAYMOND
8052 RIDGEVIEW DRIVE
DES MOINES, IA  50315

JOE RICHARD
822 NW 25 AVE
GAINESVILLE, FL  32609

JOE SCHACER
4525 CANDLEWOOD PLACE 202
PO BOX 3115
RAPID CITY, SD  57709-3115

JOE STIEHL
11392 VOLCANO STREET
SAN DIEGO, CA  92126

JOEL ARNOLD
OR  97015

JOES BAIT & TACKLE
PO BOX 146
GLENN BURNE, MD  21060

JOES FISH LAKE
PO BOX 185
EAST BEND, NC  27018

JOES FLIES
200 PECK STREET
CLARKSBURG, WV  26301

JOES GARAGE
1825 NINE MILE ROAD
NEWPORT, NC  28570

JOES GUN & PAWN SHOP
1602 S BROAD ST
SCOTTSBORO, AL  35768

JOES NW CHARITY CLASSIC
5671 SW ARTIC DR
BEAVERTON, OR  97005-4153

JOES PAWN SHOP
11411 HWY 431 N
ALBERTSVILLE, AL  35950

JOES PRO BAIT & TACKLE
PO BOX 2240
ATLANTIC BEACH, NC  28512

JOES SPORTING GOODS
935 NORTH DALE STREET
ST. PAUL, MN  55103

JOHN BARON
612 HARBOR ROAD
BRICK, NJ  08724

JOHN C BURGI
CLACKAMAS, OR  97015

JOHN CHRISTOPHER DRY
3864 FRENCH FIELDS LANE
HARRISBURG, NC  28075

JOHN CRINER
NC  28557

JOHN D SIMPSON
209 HERON WOODS DR
BEAUFORT, NC  28516

JOHN DAY TRUE VALUE
161 E MAIN ST
JOHN DAY, OR  97845

JOHN DECATSYE
7415 SWANS RUN RD.
APT. D
CHARLOTTE, NC  28226

JOHN DICKINSON
C/O WALTER BANKS
MOREHEAD CITY, NC  28557

JOHN EAKEN
P.O.BOX 1555
GRIFTON, NC  28530

JOHN EUBANKS
134 FAMILY LANE
BEAUFORT, NC  28516

JOHN F. DAVIS, JR.
C/O STEVE L. DAVIS
PO BOX 763
SILER CITY, NC  27344

JOHN G MCCALLUM
4700 OLD WIRE RD
LAUREL HILL, NC  28351

JOHN GLEN WIYGUL
1405 NE DYSART WOODS LN
BENTONVILLE, AR  72712

JOHN H. VOIGT
1105 TIMBER TRAIL
EMERALD ISLE, NC  28594

JOHN HENDRICKSON
PO BOX 386
42 MEGAN CIRCLE
ESKO, MN  55733

JOHN MAYNARD
6512 SIXFORKS ROAD
RALEIGH, NC  27616

JOHN PAVOLONIS D/B/A
SHOWTIME BAND
108 JEFFERSON STREET
BEAUFORT, NC  28516

JOHN PAYNE
PO BOX 130
CHASE CITY, VA  23924

JOHN R MITCHELL, JR
205 CAPITOL ST
SUITE 301
CHARLESTON, WV  25301

JOHN R. GALLASPY
4332 OAKCREST LANE
HERMITAGE, TN  37076

JOHN REED
20439 AUTUMN TERRACE LANE
KATY, TX  77450

JOHN ROGERS
278 4TH STREET
FIRESTONE, CO  80520

JOHN ROGERS
PO BOX 160
FIRESTONE, CO  80520

JOHN SINNENBERG
800 SUPERIOR AVE, 8TH FLR
CLEVELAND, OH  44114

JOHN T KENDALL, TRUSTEE
1999 HARRISON ST
SUITE 800
OAKLAND, CA  94612-3525

JOHN TOPPING
P.O. DRAWER 1107
MOREHEAD CITY, NC  28557

JOHN WOLFE
2717 FAIRCROFT WAY
MONROE, NC  28110

JOHNER & SONS
5032 HWY 70
MOREHEAD CITY, NC  28557

JOHNNIE SHEPPARD EQUIPMENT CO., INC.
HWY. 241-S
PO BOX 122
PINK HILL, NC  28572

JOHNNY MERCERS PIER
C/O MERCERS ENTERPRISES
WRIGHTSVILLE BC, NC  28480

JOHNNY RAY LLC
PO BOX 1608
GADSDEN, AL  35902

JOHNNYS BAIT HOUSE, INC
20768 GARRETT HWY
OAKLAND, MD  21550

JOHNNYS SPORTING GOODS
901 WEST MAIN STREET
CARRBORO, NC  27510

JOHNNYS TACKLE
PO BOX 5079
MONTAUK, NY  11954

JOHNS AUTO ELECTRIC SERVICE
608 S MCLOUGHLIN BLVD
OREGON CITY, OR  97045

JOHNS BAIT & TACKLE
30 WOOD ST
NEW BEDFORD, MA  02745

JOHNS COUNTRY STORE INC
1005 MAIN ST
ST FRANCIS, ME  04774

JOHNS GUNS & FLYFISHING
2555-2 N.MONROE ST
TALLAHASSEE, FL  32303

JOHNSON & JOHNSON
200 STARGAZER LANE
NEWPORT, NC  28570

JOHNSON CONTROLS SECURITY LLC
PO BOX 371967
PITTSBURGH, PA  15250-7967

JOHNSON GARMENT CORP.
PO BOX 603
MARSHFIELD, WI  544490603

JOHNSON KIRBY, INC.
JOEL TABAS-TRUSTEE
25 S.E. 2ND AVE. SUITE 919
MIAMI, FL  33131

JOHNSON MACHINE ENGINEERING INC
24721 COUNTY ROAD 7
ST. AUGUSTA, MN  56301

JOHNSON MOVING & STORAGE
PO BOX 63
CENTERVILLE, IA  52544

JOHNSON OUTDOORS/MARINE & ELEC.
555 MAIN ST, STE 238
RACINE, WI  53403

JOHNSON PUMPS OF AMERICA INC
MAYFAIR DIVISION
10509 UNITED PARKWAY
SCHILLER PARK, IL  60176

JOHNSON WORLDWIDE ASSOCIATES
FISHING & MARINE
DEPT. L-1484
COLUMBUS, OH  43260

JOHNSON, ANTONIO DETRAIL
230 HOMEPLACE ROAD
ROCKINGHAM, NC  28379

JOHNSON, DANQUITAN LAMARK
7912 MCGARRY TRAIL
CHARLOTTE, NC  28214

JOHNSON, DEBORAH A
6232 PEGUES CIR
WALLACE, SC  29596

JOHNSON, DEMARCUS JAHRI
4511 HAMPTONRIDGE DRIVE
APT 304
CHARLOTTE, NC  28210

JOHNSON, JOSHUA ADAM
2078 45TH ST NE
SAUK RAPIDS, MN  56379-9774

JOHNSON, LATOYA
713 OVERLOOK ROAD
LOWELL, NC  28098

JOHNSON, SKYLAR BROOKE
212 VIRGINIA AVENUE
MOREHEAD CITY, NC  28557

JOHNSON, TYREEKA ROCHELLE
408 HAWTHORNE AVE
HAMLET, NC  28345

JOHNSONS BAIT
298 GARDEN HIGHWAY
YUBA CITY, CA  95991

JOHNSONS GUN DEPOT
2231 MT PLEASANT RD
NORVELT, PA  15674

JOHNSONS GUN WORKS
1210 OLD SMITHFIELD RD
GOLDSBORO, NC  27530

JOHNSONS PORTSIDE
42099 STATE HIGHWAY 47
ISLE, MN  56342

JOHNSONS SPORTING GOODS
206 BATH ROAD
BRUNSWICK, ME  04011

JOHNSTON, ALAN L
6501 SE STULTZ LN
PRINEVILLE, OR  97754

JOHNSTONE SUPPLY JACKSONVILLE 246
PO BOX 12215
JACKSONVILLE, NC  28546

JOHNSTONE SUPPLY
2905 INDUSTRIAL DR
RALEIGH, NC  27609

JON BISSELL
1631 HURST CASTLE ROAD
ST. CLOUD, MN  56303

JON BLACKWELL
201 COVEY CT
CAPE CARTERET, NC  28584

JON CASTLEBERRY
855 NE 80TH AVE
PORTLAND, OR  97213

JONATHAN POELL
PO BOX 7616
SOUTH LAKE TAHO, CA  96158

JONATHAN ROLDAN
3319 WHITE CLOUD DR, STE.A
HACIENDA HEIGHT, CA  91745

JONATHAN WALBRIDGE
3324 DAWNSHIRE AVENUE APT E
CHARLOTTE, NC  28216

JONES & COMPANY
809 EAST OSCELOLA ST
STUART, FL  34994

JONES CONSTRUCTION
123 REGAL ST
BILLINGS, MT  59101

JONES COUNTY CLERK OF COURT
PO BOX 280
TRENTON, NC  28585

JONES ROAD OUTPOST
1023 JONES RD
JACKSONVILLE, FL  32220

JONES, ANTHONY DEVONE
4412 LOG CABIN DRIVE
RALEIGH, NC  27616

JONES, LIBERTY ANN
1416 HILLSIDE COURT
SAUK RAPIDS, MN  56379

JONES, MICHAEL WAYNE
110 TRENT STREET
ROCKINGHAM, NC  28379

JOPLIN/JOHNSTON IND. SUPPLY
3121 E CAIRO
SPRINGFIELD, MO  65802

JORDAN COBURN
PO BOX 258
SHAVER LAKE, CA  93664

JORDAN FREIGHT
PO BOX 26
JORDAN, MT  59337

JORDAN, PRICE, WALL,
GRAY & JONES, L.L.P.
POST OFFICE BOX 2021
RALEIGH, NC  27602-2021

JORDAN, WILLIAM ADAM
111 GLENMORE DR.
ROCKINGHAM, NC  28379

JOSE MARES JR
9127 S MENDOCINA
PARLIER, CA  93648

JOSEPH D. ANTHONY
3412 MARBLE CLAY CT
MONROE, NC  28112

JOSEPH FEDERICO
551 CODY RD
HAYWARD, CA  94544

JOSEPH HARDWARE
PO BOX 756
JOSEPH, OR  97846

JOSEPH LELAND JERRALD D/B/A
N.C. FISH & GAMEFINDER MAGAZINE
PO BOX 3646 CRS
ROCK HILL, SC  29732

JOSEPH PAYNE
1316 12TH AVE NO
ST CLOUD, MN  56303

JOSH EASTERWOOD
ALLIANCE SPORTS GROUP
JUPITER, FL  33458-5276

JOSH MCBRIDE
3411 CRESTLINE PL
BELLINGHAM, WA  98226

JOSH SEELEN
PO BOX 362
NORMAN PARK, GA  31771

JOSHUA MULL
3641 GRAPE WAY
CHICO, CA  95973

JOSHUA TREE GROUP, LLC
PO BOX 252
FRANKLIN, TN  37065-0252

JOSIE KUHL
MN  56379

JOSTINS
ATTN: DENNIS FLINT
148 EAST BROADWAY
OWATONNA, MN  55060

JOTS RESORT
PO BOX 1200
GOLD BEACH, OR  97444

JOUA THAO
C/O AWR
CA  93725

JOURNAL GRAPHICS
2840 NW 35TH AVE
PORTLAND, OR  97210-1064

JOY FISHING CORP.
135 N WESTERN AVENUE
LOS ANGELES, CA  90004

JOYCE & ASSOCIATES CONSTRUCTION INC
PO BOX 190
NEWPORT, NC  28570

JOYCE LASSITER
B & J BAIT & TACKLE
144 CATHERINE CREEK ROAD
HOBBSVILLE, NC  27946

JOYNERS BAIT & TACKLE
3030 BENTON RD
NASHVILLE, NC  27856

JPM CONSULTING
25 WILLIAMSTON RIDGE DR
YOUNGSVILLE, NC  27596

JPMORGAN CHASE BANK
ATTN: MARIA T SGAMBELLONE, VP
PO BOX 13659
NEWARK, NJ  07188-0659

JPS COMPANY, INC.
403 VIRGINIA LANE
NICHOLASVILLE, KY  40356

J-RON INC/CLAYBUSTER
635 BOB POSEY ST
HENDERSON, KY  42420

JRS BAIT & TACKLE
2327 ROUTE 49 WEST
MONROE, NY  13167

JRT DISTRIBUTING
1130 W 53RD ST
HIALEAH, FL  33012

JS OUTDOOR
1078 HWY 19 N
THOMASTON, GA  30286

JSTENGEL CONSULTING, LLC
9115 HARRIS CORNERS PKWY
SUITE 260
CHARLOTTE, NC  28269-3706

JT YATES ELECTRIC SERVICE, INC.
PO BOX 2206
ROCKINGHAM, NC  28380

JTI STAFFING
51 GOLDEN ASTER CT
BRISBANE, CA  94005

JUAN CARLOS FARAH
613 PINE MEADOWS DRIVE
APT 3
SPARKS, NV  89431

JUANITAS HOUSE OF FLOWERS
PO BOX 3571
MOREHEAD CITY, NC  28557

JUAREZ, MARISELA
1424 CASA LINDA CT
RENO, NV 89502-4826

JUDY PAYNE
C/O SUNTRADERS
SUMMERVILLE, SC 29483

JUDYS GROCERY
748 OLD MIDDLESBORO HWY
LAFOLLETTE, TN 37766

JUGS, INC
219 CHAPMAN RD
WYTHEVILLE, VA 24382

JUKKA KAYHKO
118 LUCAS PARK DR
GREENSBORO, NC 27455

JULEE TAYLOR
4818 WILLETTA ST
ALBANY, OR 97321

JULES BISTRO
921 WEST ST GERMAIN STREET
ST. CLOUD, MN 56301

JULIE COLE
4100 MENDENHALL OAKS PKWY
SUITE 230
HIGH POINT, NC 27265

JULIE KURZBEIN
ALL SPORTS
CLACKAMAS, OR 97015

JULIEN, PHILEMON
1914 HARTFORD DRIVE
APT 35
GASTONIA, NC 28052

JULIUS H PRAUSE JR
1406 SWIFTWATER CIRCLE
MCDONOUGH, GA 30252

JUMBO SPORTS
12000 E. 45TH AVE STE 104
DENVER, CO 80239

JUNIOR DAVIS & ASSOCIATES, INC.
2041 OAK MOUNTAIN DRIVE
PELHAM, AL 35124

JUNIOR DAVIS AND ASSOCIATES, INC
2041 OAK MOUNTAIN DR.
ATTN: FREIDA CRUMP
PELHAM, AL 35124

JUNIORS CONVENIENCE STORE
PO BOX 1463
ANGIER, NC 27501

JUPITER BAIT & TACKLE
141 CENTER ST
JUPITER, FL 33458

JURADO, PAULA ILORGIA
12633 SABAL PARK DRIVE
APT 201
PINEVILLE, NC 28134

JUST FISHIN-SIMPLY THE BEST
7518 N. MARKET ST
PO BOX 28929
SPOKANE, WA 99228

JUST FOR THE BEACH
PO BOX 8004
DUCK, NC 27949

JUST GONE FISHING
PO BOX 655
BUFFALO, WY 82834

JUSTIN COWELL
205 37TH AVE NE
GREAT FALLS, MT 59404

JV BAIT & TACKLE
177 BROAD ST
MERIDEN, CT 06450

JVC TRANSPORT,INC.
P.O.BOX 519
LONG VALLEY, NJ 07853

JVCKENWOOD USA CORP
WAYNE, NJ 07470

K & K DISCOUNT
OH 43613

K & L ARCHERY
3215 BIG OAK RD
SMYRNA, DE 19977

K & M SPORTS
PO BOX 806
HARRISVILLE, NY 13648

K & M WHOLESALE
702 NORTH MAIN ST
LEXINGTON, NC 27292

K & R GUN DISTRIBUTORS
4 BASHFORD ST
YONKERS, NY 10701

K & V/STOP SHOP
PO BOX 5211
EMERALD ISLE, NC 28594

K DS FLORIST
1622 LIVE OAK ST
BEAUFORT, NC 28516

K INTERNATIONAL, INC.
3333 OAK GROVE AVENUE
WAUKEGAN, IL 60087

K L & M SPORTING GOODS
PO BOX 163
ELGIN, TN 37732

K OPTIX
3848 DEL AMO BLVD, SUITE 302
TORRANCE, CA 90503

K&E TACKLE-GSM, LLC
5250 FRYE ROAD
IRVING, TX 75061

K&J TACKLE
75 GOLDRUSH LANE
ROCHESTER, NH 03868

K&L ENTERPRISE
1213 BUXTON ROAD
WILSON, NC 27893

K&L GATES LLP
210 SIXTH AVE
PITTSBURGH, PA 15222

K. TECHNOLOGIES, INC.
PO BOX 130
SEYMOUR, IN 47274

K.C.S BAIT & TACKLE
RR 3 BOX 84
PLYMOUTH, NH 03264

K.M.D.A. INC.
505 2ND AVENUE
BOVEY, MN 55709

K9 FISHING PRODUCTS
PO BOX 730
GOODLETTSVILLE, TN 37070

KA-BAR KNIVES, INC.
200 HOMER STREET
OLEAN, NY 14760

KAEMPFER CROWELL RENSHAW
GRONAUER &
PO BOX 1991
STATION B
TORONTO, ON M5T 3G1
CANADA

KAEMPFER, KUMMER, BONNER, RENSHAW
8995 BROOMES ISLAND RD.
BROOMES ISLAND, MD 20615

KAESER COMPRESSORS, INC
PO BOX 946
FREDERICKSBURG, VA 22404

KAHR ARMS
105 KAHR AVENUE
GREELEY, PA 18425

KAHR/THOMPSON
130 GODDARD MEMORIAL DR
WORCESTER, MA 01603

KALEIDOSCOPE IMAGING INC.
700 N. SACRAMENTO
BLVD 265
CHICAGO, IL 60612

KALMBACH FEEDS
7148 STATE HWY 199
UPPER SANDUSKY, OH 43351

KAMAN INDUSTRIAL TECHNOLOGIES
2561 S SARAH AVE
FRESNO, CA 93706-5034

KAMPGROUNDS OF AMERICA
PO BOX 469
SUMMERLAND KEY, FL 33042

KAMPS INC
PO BOX 675126
DETROIT, MI 48267-5126

KANBAN LOGISTICS
PO BOX 1178
DANIEL ST EXT
TARBORO, NC 27886

KANES MARINA
PO BOX 572
DETROIT, OR 97342

KANO LABORATORIES LLC
24 DAVINCI DRIVE
PO BOX 405
BOHEMIA, NY 11716

KANSAS DEPARTMENT OF LABOR
401 SS 401 SW TOPEKA BLVD
TOPEKA, KS 66603-3182

KANSAS PAYMENT CENTER
PO BOX 758599
TOPEKA, KS 66675-8599

KAPLIN STEWART MELOFF REITER & STEIN
PO BOX 3037
BLUE BELL, PA 19422-3037

KARASCH, ANDREW SCOTT
1261 10TH AVENUE NORTHEAST
204
SAUK RAPIDS, MN 56379

KARDEX HANDLING SOLUTIONS, LLC
10340 PLEASANT STREET
SUITE 600
NOBLESVILLE, IN  46060

KARELS, TUCKER JOHN
3715 8TH AVE S
APT 306
ST. CLOUD, MN  56301

KAREN S. BOHN
3403 MAY HURST DRIVE
INDIAN TRAIL, NC  28079

KARL CARNEVALE
10301-B PLUMCREEK LANE
CHARLOTTE, NC  28210

KARL CURFMAN
10162 S WOODROSE CT
HIGHLANDS RANCH, CO  80129

KARL KEMPPAINEN
107 STAFFORD COURT
NEW BERN, NC  28562

KARLS HARDWARE
2700 DIAMOND ST
ROSAMOND, CA  93560

KARPATA INSTORE SERVICE
344 SW 7TH ST
REDMOND, OR  97756

KASS HODGES,PA
1800 SECOND ST
SUITE 960
SARASOTA, FL  34236

KASTKING GLOBAL INC.
4504 CANDY LANE
TYLER, TX  75701

KATE MARSH
1075 BRADDOCK CT
RENO, NV  89503

KATHERINE A HAYES
10412 OLD CAMDEN RD
MIDLAND, NC  28107

KATHY DUKE
PO BOX 363
KURE BEACH, NC  28449

KATIE FLYNN
11115 CLAYFORD RIDGE
CHARLOTTE, NC  28215

KATY FITZGERALD
209 TRAILWOOD DR
NEWPORT, NC  28570

KATY FODSE
PO BOX 74
716 PINELAND DRIVE
SWANSBORO, NC  28584

KAUFMANNS STREAMBORN FLY SHOP
PO BOX 23032
PORTLAND, OR  97223

KAWASAKI OF NEW BERN
3317-E HWY 70 EAST
NEW BERN, NC  28560

KAWEAH CONTAINER INC
PO BOX 279
CUTLER, CA  93615

KAY JAENIKE
PO BOX 625
LILESVILLE, NC  28091

KAY KING
846 MELVILLE RD
BIG TIMBER, MT  59011

KAY, RONALD T
7809 KENSINGTON MANOR LANE
WAKE FOREST, NC  27587

KB TEAM PROMOTIONAL SPECIALTIES
3439 NE SANDY BLVD
SUITE 379
PORTLAND, OR  97232

KCS BAIT & TACKLE
2950 MCMANAS RD
MACON, GA  31220

KCS OUTDOORS
6800 HWY 290 WEST
AUSTIN, TX  78735

KDC INVESTMENTS, LLC
616 NEWBERN CT
BURLINGTON, NC  27215

KEATON BEACH MARINA
RT 2 BOX 131
PERRY, FL  32347

KEBOS ARCHERYS SHOP
405 OLD MILL ROAD
SHELBY, NC  28150

KEENES DEPOT
8 OLD BLOOMFIELD PIKE
BARDSTOWN, KY  40004

KEEPALIVE, INC.
4916 PELICAN DR.
NEWPORT RICHEY, FL  34652

KEEPER CORPORATION
6 INDUSTRIAL PARK DR
NORTH WINDHAM, CT  06256

KEEPN IT REEL
20101 LAWSON LANE
HUNTINGTON BEAC, CA  92646

KEITECH USA
17 WYKERTOWN ROAD
BRANCHVILLE, NJ  07843

KEITH KARLEN
5710 CONNIE LANE
SCHOEFIELD, WI  54476

KEITH LANGSTON
98 WILSON RD.
WHITE LAKE, NC  28337

KEITH PETE SMITH
1741 SUMNER ST
LONGMONT, CO  80501

KEITHS SPORTING GOODS
95 NE VICTORY
GRESHAM, OR  97030

KELLY BRYANT
2318 HWY 101
BEAUFORT, NC  28516

KELLY RACZ
1092 COTTON RD
NEW WILMINGTON, PA  16142

KELLY, BRENDA CHANCE
17601 ST JOHNS CHURCH RD
LAUREL HILL, NC  28351

KELLY, JAMES MAURICE
2988 HWY 38 N
BENNETTSVILLE, SC  29512

KELLY, MICHAEL TODD
7407 PICASSO DRIVE
SUN VALLEY, NV  89433

KELLYS ANNEALED BAITS, INC
PO BOX 297
HUNTERTOWN, IN  46748

KELLYS AUTO SHOP
1508 JONESVILLE - LOCKHART HWY
UNION, SC  29379

KELLYS COAST TO COAST
PO BOX 429
MONROE, WA  98272

KELSEY ATKINS
14161 LAKE FOREST DRIVE
UNIT A
COVINGTON, GA  30014

KELSEY BELLMORE
8144 S HEINZ RD
CANBY, OR  97013

KEL-TEC CNC INDUSTRIES, INC.
1475 COX ROAD
COCOA, FL  32926

KEN ALLEN
404 LUMBER RIVER ROAD
SURFSIDE BEACH, SC  29588

KEN BICKNELL
833 PEBBLE DRIVE
GREENSBORO, NC  27410

KEN ERB
820 DELLENBAUGH HTS
TARENTUM, PA  15084

KEN JEFFERIES
2925 OAK BRIDGE DR
RALEIGH, NC  27610

KEN MEDLIN D/B/A
KENS SPORTING GOODS
12609 WATERMAN DRIVE
RALEIGH, NC  27614

KENAI CACHE OUTFITTER
14899 STERLING HWY
COOPER LANDING, AK  99572

KENCO ELECTRIC, INC
PO BOX 300
TOBACCOVILLE, NC  27050

KENCO SECURITY & TECHNOLOGY
3416 1ST AVE N
BILLINGS, MT  59101

KENCRAFT MFG INC
4155 DIXIE INN RD
WILSON, NC  27893

KENDACO
PO BOX 182
ASTORIA, OR  97103

KENDALE PAWN SHOP
2715 LEE AVE EXT.
SANFORD, NC  27330

KENDERS OUTDOORS
3938 86TH LANE NE
CIRCLE PINES, MN  55014

KENNEDY OFFICE SUPPLY
911 ARENDELL STREET
MOREHEAD CITY, NC  28557

KENNETH T BATTINGER JR
6 EAST 34TH ST
BRANT BEACH, NJ  08008

KENNETH R MCEVOY/ATTORNEY
628 COLUMBUS ST
SUITE 107
OTTAWA, IL  61350

KENNETH REED
PO BOX 3682
APOLLO BEACH, FL  33572

KENNEWICK RANCH & HOME
845 N COLUMBIA CENTER BLVD
KENNEWICK, WA  99336

KENNEY PRINTING, INC
PO BOX 7622
ST CLOUD, MN  56302

KENNEYS MARINE & BAIT
120 S.E. LOOP 280
LUBBOCK, TX  79424

KENNYS ROD & REEL
249 N MOUNTAIN AVE
UPLAND, CA  91786

KENPORT MARINA L.L.C.
650 SUCCOTASH ROAD
WAKEFIELD, RI  02879

KENS ALASKAN TACKLE
PO BOX 1168
SOLDOTNA, AK  99669

KENS BAIT & TACKLE
2612 UNION AVE
SAN JOSE, CA  95124

KENS BAIT AND TACKLE
14887 RONDA DR.
SAN JOSE, CA  95124

KENS GUNS & KNIFE
404 E. COLLINRAYE DRIVE
DEQUEEN, AR  71832

KENS ROD & REEL REPAIR
2755 HOLLY HILL DRIVE
HENDERSONVILLE, NC  28739

KENS TACKLE
105 HILL STREET
FREDERICKSBURG, VA  22408

KENT CARTRIDGE AMERICA
PO BOX 849
727 HITE ROAD
KEARNEYSVILLE, WV  25430

KENT COOPERATIVE INC
ATTN: TAMMY CONLEY RAD
PO BOX 26234
RICHMOND, VA  23260

KENT ELASTOMER PRODUCTS, INC.
1500 ST CLAIR AVENUE
KENT, OH  44240

KENT H LANDSBERG CO
DEPT 33612
PO BOX 39000
SAN FRANCISCO, CA  94139

KENT INTERNATIONAL INC.
155 US HIGHWAY 46
FAIRFIELD, NJ  07004-3225

KENT SPORTING GOODS CO INC
L-292
COLUMBUS, OH  43260

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT, KY  40601

KENTUCKY DEPT. OF REVENUE
PO BOX 856910
LOUISVILLE, KY  40285-6910

KENTUCKY EDUCATION AND LABOR CABINET
500 MERO STREET
FRANKFORT, KY  40601

KENTUCKY FRIED CHICKEN
PO BOX 460
ATLANTIC BEACH, NC  28512

KENTUCKY LAKE OUTDOORS
163 KENNEDY AVE
CALVERT CITY, KY  42029

KENTUCKY REV CAB.
PO BOX 299
FRANKFORT, KY  40602-0299

KENTUCKY REVENUE CABINET
SALES TAX SECTION-STATION 53
PO BOX 181
FRANKFURT, KY  40602

KENTUCKY SPORTSMAN, INC
T/A EVANS FIREAMRS & ARCHERY
117 SOUTHLAND DR
LEXINGTON, KY  40505

KENTUCKY STATE BOARD OF ACCOUNTANCY
332 W BROADWAY 310
LOUISVILLE, KY  40202

KENYON VARIETY
ROUTE 100
WAITFIELD, VT  05673

KERI MCCANN
173 HANKISON DRIVE
NEWPORT, NC  28570

KERN TACKLE COMPANY
7929 N. MAY AVE
OKLAHOMA CITY, OK  73120

KERR DRUG
3802 BRIDGES ST EXT
MOREHEAD CITY NC 28557
NC  28557

KERR ENTERTAINMENT GROUP
PO BOX 362
THOMPSONS STATI, TN  37179

KERR STREET MARINA
925 N. MARINE BLVD.
JACKSONVILLE, NC  28540

KERR, RUSSELL AND WEBER, PLC
500 WOODWARD AVE
SUITE 2500
DETROIT, MI  48226-3427

KERSH WELLNESS
PO BOX 871
MCKINNEY, TX  75070

KERSHAW KNIVES
18600 S.W. TETON AVE
TUALATIN, OR  97062

KEVIN KOEP
740 WINDEMERE DR
PLYMOUTH, MN  55441

KEVIN L STRING, ESQ
23 N FRANKLIN ST, SUITE 11
CHAGRIN FALLS, OH  44022

KEVIN MERRITT
173 BRISTOL LN UNIT B
NAPLES, FL  34112

KEVIN MEYER
798 DAWN CIRCLE
GRAND FORKS, ND  58203

KEVIN NEWMANS TACKLE BOX
827 STATE ROUTE 1271
KUTTAWA, KY  42055-6509

KEVIN POLLARD
PO BOX 792
OSBURN, ID  83849

KEVIN R. BRANDT
2710 ALTERNATE 19N
SUITE 201
PALM HARBOR, FL  34683

KEVINS GUN & SPORTING GOODS, INC.
3350 CAPITAL CIRCLE NE
TALLAHASSEE, FL  32308

KEWILL E COMMERCE
PO BOX 99783
CHICAGO, IL  60696

KEWILL SOLUTIONS N AMERICA
100 NICKERSON RD
MARLBOROUGH, MA  01752

KEWILL SOLUTIONS N AMERICA, INC
100 NICKERSON RD
MARLBOROUGH, MA  01752-4085

KEY BANK COMM CREDIT INQUIRY
MAIL CODE OH-1206-LL05
PO BOX 9950
CANTON, OH  44711-0950

KEY DATA SYSTEMS
16250 STAGG STREET
VAN NUYS, CA  91406

KEY LARGO BAIT & TACKLE
101741 OVERSEAS HWY
KEY LARGO, FL  33037

KEY LARGO MARINE SUPPLY
105960 OVERSEAS HWY
KEY LARGO, FL  33037

KEY PRINCIPAL PARTNERS CORP.
KEYBANK NA
800 SUPERIOR AVE.
CLEVELAND, OH  44114

KEY RISK
PO BOX 631188
CINCINNATI, OH  45263-1188

KEY TRUCKING
PO BOX 88026
SEATTLE, WA  98138

KEY WEST MARINE HARDWARE
818 CAROLINE STREET
KEY WEST, FL  33040

KEYBANK
ATTN: CRED INQ DEPT OH-12-05-0500
PO BOX 9950
CANTON, OH  44711-0950

KEYBOARD WORLD, INC
14701 NATIONAL HWY
LAVALE, MD  21502

KEYE ENTERPRISES
104 BUHLMONT DR
SWICKLEY, PA  15143

KEY-SEC SECURITY
10110 SW NIMBUS AVE #5
TIGARD, OR  97223

KEYSTONE COLLECTIONS GROUP
546 WENDEL RD
IRWIN, PA  15642-4582

KEYSTONE COMMERCE
19363 WILLIAMETTE DRIVE
STE258
WEST LINN, OR  97068

KEYSTONE GRAPHICS
5322 CANADA CROSS RD
EDWARDS, MS  39066

KEYSTONE PRECISION LURE
650 S. 13TH ST
INDIANA, PA  15705

KEYSTONE SPORTING ARMS, LLC
155 SODOM RD
MILTON, PA  17847

KGP TELECOMMUNICATIONS
PO BOX 1450
MINNEAPOLIS, MN  55485-7505

KHAMPHENGMUANG, PHOUTHONE
1203 WESTWIND RD
SAINT CLOUD, MN  56303

KIANI USA INC
13110 NE AIRPORT WAY 3
PORTLAND, OR  97230

KICK START TRAVEL CENTER
PO BOX 189
STURGIS, SD  57785

KIDS STORE/SUNSET ICE CREAM
PO BOX 8227
DUCK, NC  27949

KIDZZARIA PIZZARIA
3911 ARENDELL STREET
MOREHEAD CITY,, NC  28577

KIESEWETTER WISE KAPLAN PRATHER, PLC
3725 CHAMPION HILLS DRIVE, STE 3000
MEMPHIS, TN  38125

KILLER BEE BAIT, INC
555 BAYVIEW AVE
BILOXI, MS  39530

KILLER BEE
PO BOX 1456
BILOXI, MS  39533

KILLIONS MARKET
33399 ROW RIVER RD.
COTTAGE GROVE, OR  97424

KILMER, VOORHEES & LAURICK
732 NW 19TH AVE
PORTLAND, OR  97209

KILMER, VORHEES & LAURICK
723 N.W. 19TH AVE
PORTLAND, OR  97209

KIM SCHETTIG
ALL SPORTS
CLACKAMAS, OR

KIM SNELL
25201 SOTTERLY RD
HOLLYWOOD, MD  20636

KIMBERLY SYLVAIN
116 LANDING POINTE
HAMLET, NC  28345

KIMMELS SPORTING GOODS
79 NEW LONDON ROAD
SALEM, CT  06420-3839

KINCHAFOONEE HARDWARE INC
23 KINCHAFOONEE RD
PRESTON, GA  31824

KING & SPALDING LLP
PO BOX 116133
ATLANTA, GA  30368-6133

KING OUTDOOR ENTERPRISES
500 EAST HENRI DE TONTI BLVD
SPRINGDALE, AR  72762

KING SAILFISH MOUNTS INC
PO BOX 480670
FT LAUDERDALE, FL  33348

KING SALMON GUIDES INC
PO BOX 602
KING SALMON, AK  99613

KING ST FISH BAIT & TACKLE
1709 KING STREET
HAMPTON, VA  23669

KING STREAM
6345 7TH AVE. SOUTH
ST. PETERSBURG, FL  33707

KING, CHRISTOPHER LOGAN
5262 HUNTS MILL ROAD
CHESTERFIELD, SC  29709

KING, SIDNEY ANNE
1264 WINDRIDGE DR
CARSON CITY, NV  89706

KINGFISHER MAPS INC.
110 LIBERTY DRIVE
CLEMSON, SC  29631

KINGS GUNS & ARCHERY
3868 N DUGAN RD N.W.
MC CONNELSVILLE, OH  43756

KINGS PAWN & JEWELRY CO INC
30 NORTH BROADWAY
SYLACAUGA, AL  35150

KINGS RESTAURANT
405 E NEW BERN RD
KINSTON, NC  28504

KINGS SPORT & TACKLE SHOP
16258 MAIN ST
GUERNEVILLE, CA  95446-8300

KINNEY, JAMARIO
109 SPENCER STREET
BENNETTSVILLE, SC  29512

KINSEYS ARCHERY PRODUCTS INC
250 TERRY BLVD
LOUISVILLE, KY  40229

KINSEYS OUTDOORS
1658 STEEL WAY DR
MOUNT JOY, PA  17552

KINSTON FREE PRESS
PO BOX 129
KINSTON, NC  28502

KIPPER ENTERPRISES
122 HIGHLAND WAYE
JEFFERSON CITY, MO  65101

KIRKLAND, INC
4140 MENDENHALL OAKS PKWY
HIGH POINT, NC  27265

KISSIMMEE FLORIST
1213 W. OAK STREET
KISSIMMEE, FL  34741

KITCHEN & BATH SHOWCASE GALLERIES
5053 EXECUTIVE DRIVE UNITS B & C
MOREHEAD CITY, NC  28557

KITTITAS HARDWARE
PO BOX 657
KITTITAS, WA  98934

KITTLES OUTDOOR & SPORT CO.
1004 MARKET ST
COLUSA, CA  95932

KITTRELL AUTO PARTS INC.
PO BOX 1169
MOREHEAD CITY, NC  28557

KITTY HAWK FISHING PIER
PO BOX 1069
KITTY HAWK, NC  27949

KJS FOOD MART
11932 SHADY WILLOW TERRACE
GLEN ALLEN, VA  23059

KLAMATH CAMPER CORRAL
PO BOX 729
KLAMATH, CA  95548

KLAWOCK MARKET
PO BOX 730
CRAIG, AK  99921

KLEENBORE LLC
311 S. BAUGHMAN ROAD
TAYLORVILLE, IL  62568

KLEHR,HARRISON,HARVEY,BRANZBURG &
SUITE 400
260 S BROAD ST
PHILADELPHIA, PA  19102-5003

KLINE, MARCI GAYLE
1716 LAUREL GLEN PLACE
LAKELAND, FL  33803

KLOMP, GARY D
694 LAKEVIEW DR
LAKE ODESSA, MI  48849

KLS PLANNING & DESIGN
1 EAST 1ST STREET
SUITE1400
RENO, NV  89501-1614

KLUGER PERETZ KAPLAN & BERLIN
201 S BISCAYNE BLVD, SUITE 1700
MIAMI, FL  33131

KMART
12670 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0126

KMDA
PO BOX 509
BOVEY, MN  55709

KNIGHT, KEVIN LEE
1200 STRANGE COURT
MOREHEAD CITY, NC  28557

KNOWBE4, INC.
33 N GARDEN AVENUE
STE 1200
CLEARWATER, FL  33755

KNOXX INDUSTRIES
BOX 2848
500 LINNE ROAD SUITE A
PASO ROBLES, CA  93447

KOBAYASHI CONSUMER PRODUCTS, LLC
DBA
245 KRAFT DRIVE
DALTON, GA  30721

KOBILKAS SPORTING GOODS, INC.
3724 BEMIDJI AVENUE NORTH
BEMIDJI, MN  56601

KOCH BROS. SPORTING GOODS
PO BOX 445
SHINGLETOWN, CA  96088

KOCH MEASUREMENTS DEVICES, INC.
3340 B HIGHWAY 421 NORTH
PO BOX 2780
WILMINGTON, NC  28402

KOEPPS MOWING SERVICE
PO BOX 1434
GATLINBURG, TN  37738

KOEPS NISSWA BAIT & TACKLE
301 SMILEY ROAD
NISSWA, MN  56468

KOHLER CO.
AMERICAN CLUB
419 HIGHLAND DR
KOHLER, WI  53044

KOHNER, MANN & KAILAS, SC
4650 N PORT WASHINGTON RD
MILWAUKEE, WI  53212-1059

KOKADJO TRADING POST
3424 LILY BAY RD
KOKADJO, ME  04441

KOLPIN MANUFACTURING, INC.
DRAWER 241
MILWAUKEE, WI  53278-0241

KOLPIN POWERSPORTS, INC
9955 59TH AVENUE NORTH
PLYMOUTH, MN  55442

KONES KORNER
RR2 BOX 169
CASTLEWOOD, SD  57223-9402

KONICA MINOLTA BUSINESS SOLUTIONS
DEPT. LA 22988
PASADENA, CA  91185-2988

KOOLA BUCK INC.
494 SERVICE CENTER ROAD
BROOKVILLE, PA  15825

KOOL-A-BREW, INC.
PO BOX 542
LITTLE RIVER, SC  29566

KOOTENAI ANGLER
115 W2ND ST
LIBBY, MT  59923

KOPPERS FISHING & TACKLE CORP.
1534 NIAGARA STONE ROAD (HWY 55)
UPPER LEVEL
VIRGIL, ON  L0S 1T0
CANADA

KORKERS
1239 SE 12TH AVENUE
PORTLAND, OR  97214

KORN/FERRY INTERNATIONAL
PO BOX 1450
MINNEAPOLIS, MN  55485-5064

KORNEGAY, DOYLE B
273 WEST SOUTHWINDS DR
NEWPORT, NC  28570

KOTCO MANUFACTURING
313 WEST NORTH STREET
AKRON, OH  44303

KOZELUH, KAREN LYNN
603 N FOREST AVE
MOUNT PROSPECT, IL  60056-2042

KRAMER & LEVY ASSOC.
TAYLORS LANDING MARINA
NORFOLK, VA  23518

KRAMERS GUNS & SUPPLIES
16927 E 3200 ST
SPRING VALLEY, IL  61362

KRASNES GUN SHOP
522 SIXTH AVE
SAN DIEGO, CA  92101

KRAUS BRYANT, SHIRLEY ANGELA
311 MCGIRT ROAD
HAMLET, NC  28345

KREXIM, INC.
CAGAYAN VALLEY RD,BALIUAG MAHOGANY
TAMBUBONG
SAN RAFAEL, BULACAN  03008
PHILIPPINES

KREXIM, INC.
CAGAYAN VALLEY RD,BALIUAG MAHOGANY
TAMBUBONG,SAN RAFAEL,BULACAN
PH  03008

KRIPPLED FISHING LURES, USA
13661 HILLSDALE CT
GRASS VALLEY, CA  95949

KRISTEN FOREMAN
115 OLD TRINITY LANE
NASHVILLE, TN  37207

KRISTIN BERGGREN EARTH WORKS
23167 SUNNY CANYON STREET
PERRIS, CA  92567

KRISTIN LEGGETT
46 MARSH AVE. NW
CONCORD, NC  28025

KRISTOFER PETTIJOHN
2551 38TH AVE NE UNIT 306
MINNEAPOLIS, MN  55421

KROLL ASSOCIATES INC
PO BOX 847509
DALLAS, TX  75284-7509

KRONOS INC
ACCT 128734
PO BOX 845748
BOSTON, MA  02284-5748

KRONOS
PO BOX 4295
400 FIFTH AVENUE
BOSTON, MA  02211

KROSS, LIEBERMAN & STONE
2726 CROASDAILE DRIVE
SUITE 209
DURHAM, NC  27705

KROY LLC
PO BOX 92342
CLEVELAND, OH  44193

KRUEGERS SUPPLY
720 SE SANDY BLVD
PORTLAND, OR  97214

KRYSTI BELLMORE
ALL SPORTS
CLACKAMAS, OR  97015

KT MORRIS & ASSOCIATES INC
22805 PACIFIC HWY S
SEATTLE, WA  98198

KTR STEAD LLC
PO BOX 66175
PORTLAND, OR  97290-6175

KUBALL, KELLI
10555 WEST LAKE ROAD
RICE, MN  56367

KUM DUCK
PO BOX 219
RICKREALL, OR  97371

KUREHA AMERICA, INC.
4709 ALLMOND AVENUE-SUITE 4C
LOUISVILLE, KY  40209

KUREHA CORPORATION OF AMERICA
420 LEXINGTON AVE STE. 2525-28
NEW YORK, NY  10170

KURT MUSTIAN
1816 OBSERVATORY AVE SE
GRAND RAPIDS, MI  49546

KURTIS CHEVROLET
5369 HWY 70 WEST
MOREHEAD CITY, NC  28557

KURTS POLARIS
2904 W BROADWAY
MISSOULA, MT  59801

KURZBEIN, BRIAN L
4422 SE MASON HILL DR
MILWAUKIE, OR  97222

KURZHALS, JAMES
711 27 AVENUE NORTH
SAINT CLOUD, MN  56303

KUSTOM KRAFT
704 DOGWOOD TRAIL
MONTGOMERY, TX  77316

KUSTOM KREATIONS
2710 NATIONAL WAY
WOODBURN, OR  97071

KUSTOM MOULDING
PO BOX 898
ARNOLD, CA  95223

KWIK DELIVERY
6231 WEST GATE ROAD
RALEIGH, NC  27613

K-Y LAKE CITGO
7521 NORTH 641
GILBERTSVILLE, KY  42044

KY LAKE GUNS
3041 OLIVE CREEK RD
BENTON, KY  42023

KYLE ERICKSON
RR 2 16 TALBOT
MINOT, ND  58701

KYOCERA MITA AMERICA, INC.
PO BOX 740441
ATLANTA, GA  30374-0441

L & D MARINA
348 COURTGROUND RD
WASHINGTON, GA  30673

L & D MASONRY, INC
15324 - 61ST AVE
MILACA, MN  56353

L & L ENTERPRISES, INC/OLMAN
32 RASPBERRY LANE
HATTIESBURG, MS  39402

L & L GUNS
7702 NE 219TH ST
BATTLE GROUND, WA  98604

L & L SUPPLY
14220 NE 18TH AVE
NORTH MIAMI, FL  33181

L H FRENCH CO
2909 OREGON CT C-1
TORRANCE, CA  90503

L L BEAN
CASCO ST
FREEPORT, ME  04033

L&S BAIT COMPANY
1415 EAST BAY DRIVE
LARGO, FL  33771

L&S BAIT/ILAND LURES
1415 EAST BAY DRIVE
LARGO, FL  33771

L&S/PAUL BROWNS
1415 EAST BAY DR
LARGO, FL  33771

L.A. DEPT OF LABOR
OFFICE OF REGULATORY SERVICES
PO BOX
BATON ROUGE, LA

L.A. DOWNEY & SONS, INC.
HIGHWAY 70 BYPASS
PO BOX 190
NEWPORT, NC  28570

L.A. JEFFORDS-MILLS
101 KNIGHTS COURT
NEW BERN, NC  28562

L.B. HUNTINGTON CO. INC.
2704 ARKANSAS AVENUE
NORFOLK, VA  23513

L.C. HALLS TRUCK LINE INC
PO BOX 277
ST HELENS, OR  97051

L.C. TYSON CONSTRUCTION, INC.
PO BOX 748
MONROE, NC  28111

L.K. CLOSET WORKS
104 FERN CT.
PINE KNOLL SHOR, NC  28512

L3 INSIGHT TECHNOLOGY,INCORPORATED
9 AKIRA WAY
LONDONDERRY, NH  03053

L8K PRODUCTS INC DBA COLD NATION OUT
PO BOX 607
2511 BRIAR OAKES BLVD
MONTICELLO, MN  55362

LA WORKERS COMPENSATION CORP
2237 S. ACADIAN THRUWAY
PO BOX 260237
BATON ROUGE, LA  70826-0237

LA. DEPARTMENT OF LABOR
OFFICE OF EMPLOYMENT SECURITY
PO BOX 94050
BATON ROGUE, LA  70804-9050

LAB SAFETY SUPPLY, INC
401 S WRIGHT RD
JANESVILLE, WI  53547-1368

LABCORP OF AMERICA
PO BOX 12140
BURLINGTON, NC  27216-2140

LABEEG BUILDINGS SERVICES INC
225 KEYSTONE AVENUE
RENO, NV  89503

LABEL MASTER
PO BOX 46402
CHICAGO, IL  60646-0402

LABELMASTER
AN AMERICAN LABELMARK COMPANY
PO BOX 46402
CHICAGO, IL  60646-0402

LABOR & WORKFORCE DEVELOPMENT
AGENCY
800 CAPITOL MALL, SUITE 5000 (MIC-55)
SACRAMENTO, CA  95814

LABOR READY
PO BOX 31001-0257
PASADENA, CA  91110-0257

LACEY, SANDRA J
4500 MIRA LOMA DRIVE
APT 359
RENO, NV 89502-5528

LACHELLE A ROBINSON
172 HAMMOCKS LANDING RD
NEWPORT, NC 28570

LADD INDUSTRIES
1258 PEPPER STREET
JENA, LA 71342

LADYSMITH ACE HOME CENTER
2200 KENSINGTON CT
OAKBROOK, IL 60521

LAFAYETTE BUSINESS MACHINES INC
217 HOPE MILLS RD
FAYETTEVILLE, NC 28304

LAFAYETTE CLUB
2800 NORTHVIEW RD
MINNETONKA BCH, MN 55361-0128

LAFF TRAX COMEDY CLUBS
PO BOX 7095
WILMINGTON, NC 28406

LAGUNA MART
8451 ELKGROVE BLVD 3
ELKGROVE, CA 95758

LAIRD INTERNATIONAL CORP
4651 SW 51, ST 809
DAVIE, FL 33314

LAKE ANNA HARDWARE
13711 ANNA POINT LANE
MINERAL, VA 23117

LAKE CENTER
140 N. DETROIT AVE.
DETROIT, OR 97342

LAKE CHINOOK VILLAGE STORE
8241 SW JORDAN RD
CULVER, OR 97734

LAKE CRUISES INC.
1459 RIVER HWY
MOORESVILLE, NC 28115

LAKE DETROIT MARKET
PO BOX A
DETROIT, OR 97342

LAKE FORK TROPHY BAIT & TACKLE
PO BOX 1077
1000 EAST U.S. HIGHWAY 69
EMORY, TX 75440

LAKE HALLIE BAIT & SAW
5517 JOLES AVENUE
CHIPPEWA FALLS, WI 54729

LAKE MONROE
7308 LINN RD
MIDDLE TOWN, OH 45044

LAKE MURRAY
C/O KRUSE CONCESSIONS
PO BOX 2310
LAKESIDE, CA 92040

LAKE NORMAN ARMY/NAVY OUTDOOR
PO BOX 1254
CORNELIUS, NC 28031

LAKE TAHOE ACCOMMODATIONS
2048 DUNLAP DRIVE,4
S.LAKE TAHOE, CA 96150

LAKE WENATCHEE VILLAGE
46110 E MAIN ST
CONCRETE, WA 98237

LAKER FISHING TACKLE CO
1225 W. US HIGHWAY 54
CAMDENTON, MO 65020

LAKER FISHING TACKLE
PO BOX 798
CAMDENTON, MO 65020

LAKER PLAZA
2310 E LAKE MEAD DR
HENDERSON, NV 89015

LAKER RIDGE INN
8752 HWY 49
SONORA, CA 95370

LAKESHA JORDAN
1906 HOWARD RD
MADERA, CA 93637

LAKESHORE OIL CO.
PO BOX 429
MANISTIQUE, MI 49854

LAKESIDE B&T
153 ELIZABETH LAKE LANE
MT OLIVE, NC 28365

LAKESIDE MARKET
3070 HIWASSEE DAM ACCESS RD
MURPHY, NC 28906

LAKESIDE SPORT & MARINE
143 EMERY MILLS RD
SHAPLEIGH, ME 04076

LAKESIDE SPORTING GOODS
PO BOX 276
LAKESIDE, MT  59922

LAKEVIEW BOOT & SHOE REPAIR
221 N F ST
LAKEVIEW, OR  97630

LAKEWAY ARCHERY
197 SCENIC LOOP
GREND, MS  38901

LAKEWAY SPEEDMART, INC
24211

LAMARS SPORTS CENTER
392 ATLANTA HWY
ROCKMART, GA  30153

LAMB & MICHAEL
110 TRENT STREET
ROCKINGHAM, NC  28379

LAMBERTS COFFEE
PO BOX 181252
MEMPHIS, TN  38181-1252

LAMBS YACHT CENTER
3376 LAKE SHORE BLVD
JACKSONVILLE, FL  32210

LAMIGLAS CORP.
1400 ATLANTIC
WOODLAND, WA  98674

LANAHAN SALES
367 W HARBOR VIEW DR
COEUR DALENE, ID  83814

LANARK VILLAGE MART
2348 US HWY 98 E.
CARRABELLE, FL  32322

LANCE DUPRE
204 ANGELLE DRIVE
HOUNA, LA  70360

LAND & LAKE POLARIS INC.
827 CUMMINGS ST
ABINGDON, VA  24211

LAND JOY INTL
3101 NW 74TH AVE.
MIAMI, FL  33122

LAND MANAGEMENT GROUP, INC.
PO BOX 2522
WILMINGTON, NC  28402

LAND O LAKES TACKLE COMPANY
PO BOX 512
PLAINFIELD, IL  60544

LANDERS NORTHSIDE BAIT
2210 N. 12TH STREET
BISMARK, ND  58502-0569

LANDIS MART
3640 PETERS MT RD
HALIFAX, PA  17032

LANDMARK
PO BOX 2001
BEDFORD PARK, IL  60499

LAND-N-LAKES
845 N. LINCOLN ROAD
ESCANABA, MI  49829

LANDREE, ELDORA JEAN
54 PERIMETER DRIVE
SARTELL, MN  56377

LANDRUMS
PO BOX 272
EVERGLADES CITY, FL  33929

LANDSTAR RANGER, INC
PO BOX 8500-54293
PHILADELPHIA, PA  19178-4293

LANDUM OUTDOORS - TRAPPER TACKLE
14 PEQUOT TRAIL
WESTPORT, CT  06880

LANES FERRY GROCERY
11010 NC HWY 210
ROCKY POINT, NC  28457

LANGSTONS WATERFRONT GIFTS
98 WILSON ROAD
WHITE LAKE, NC  28337

LANGUAGE MARKETPLACE INC
365 WATLINE AVE, SUITE 4
MISSISSAUGA, ON  L4Z 1P3
CANADA

LANIER FAMILY LTD
PO BOX 2190
SURF CITY, NC  28445

LANSKY LIGHTS
PO BOX 800
BUFFALO, NY  142310800

LANTRONIX
P.O.BOX 50744
IRVINE, CA  92619-0744

LANZ, SHANE
3779 GOLD SPIKE ROAD NE
SAUK RAPIDS, MN  56379

LAQUETTE MEGGETT
C/O SUNTRADERS
SUMMERVILLE, SC  29483

LARA VAZQUEZ, JESUS ANTONIO
1215 SULLIVAN LN
SPARKS, NV  89436

LARRY BROWNING
ROUTE 1, BOX 454-3
ST. ALBANS, WV  25177

LARRY BYRNES
2209 FRIAR DR.
WINTERVILLE, NC  28590

LARRY EASTERWOOD
3914 SAGAMORE DRIVE
GREENSBORO, NC  27410

LARRY FISHER & SONS
5242 EAST HOME
FRESNO, CA  93727-2103

LARRY FOSTER
2303 RAVENGLEN DRIVE
PLEASANT GARDEN, NC  27313

LARRY MARTIN
99833

LARRY SURBER
288 BELHAVEN DRIVE
BRISTOL, VA  24201

LARRYS (THE FISHMAN) SEAFOOD & BAIT
13642 ATLANTIC BLVD
JACKSONVILLE, FL  32225

LARRYS GUN SHOP INC
3959 MARTIN WAY E, STE C
OLYMPIA, WA  98506

LARRYS SPORTING GOODS
704 2ND ST S
NAMPA, ID  83651

LARRYS TACKLE SHOP
258 UPPER MAIN STREET
EDGERTOWN, MA  02539

LARTIGUES FRESH SEAFOOD MARKET
23043 PERDIDO BEACH BLVD
ORANGE BEACH, AL  36561

LARYSA JACKSON
281 DAVIDS WAY
LAVERGNE, TN  37086

LAS PROPERTIES, LLC
ATTN: LEE HALL
1128 TIGER LANE SE
ROCHESTER, MN  55904

LASERLYTE
30 N. ALAMOS DRIVE
COTTONWOOD, AZ  86326

LASERMAX INC
3295 WINTON PLACE
ROCHESTER, NY  14623-2818

LAST CAST BAIT & TACKLE
4000 LAKE ALFRED RD.
WINTER HAVEN, FL  33881

LAUBRASS INC.
3685 44E AVENUE
MONTREAL, QB  H1A 5B9
CANADA

LAUDERDALE MARINA
1900 S.E. 15TH STREET
FT LAUDERDALE, FL  33316

LAUGHTONS GARAGE
RFD 1 BOX 118
BEAUFORT, NC  28516

LAURA BADER
ALL SPORTS
CLACKAMAS, OR  97015

LAURA K. FULLER
8447 PITALO WAY
CITRUS HEIGHTS, CA  95610

LAUREL FISHING & HUNTING
10119E WASHINGTON BLVD.
LAUREL, MD  20723

LAUREL OUTDOORS, LLC
543 W. LAUREL ROAD
SUITE 1
LONDON, KY  40744

LAURIE BAIT & TACKLE
ATTN: LISA GNAGI
PO BOX 1265
LAURIE, MO  65038

LAURIES OF GARDEN CITY
123 ATLANTIC AVE.
GARDEN CITY, SC  29576

LAURIES OF GARDEN CITY
123 ATLANTIC AVENUE
GARDEN CITY, SC  29576

LAVA LAKE LODGE
PO BOX 989
BEND, OR  97701

LAW OFFICE OF ELIZABETH A KANE, LLC
3017 RIVERCHASE DRIVE
MOUNT HOLLY, NC  28120

LAW OFFICE OF PHILIP RHODES
PO BOX 2911
FAIR OAKS, CA  95628

LAW OFFICES OF ANDREW AND THRELKELD
404 JACKSON ST
VIDALIA, GA  30474

LAWN & GARDEN, LLC
140 CORUM ROAD
EXCELSIOR SPRGS, MO  64024

LAWRENCE DEILEY
68 HIDDEN ACRES RD
UNCASVILLE, CT  06382

LAWRENCE RAGAN COMMUNICATIONS INC
316 N MICHIGAN AVE, STE 300
CHICAGO, IL  60601

LAWS, JESSICA MARY NICOLE
1914 WIDGEON DRIVE
MOREHEAD CITY, NC  28557

LAWSON OUTFITTERS
CLINTON, SC  29325

LAWSONS HOME CENTER
PO BOX 416
BALL GROUND, GA  30107

LAWYER REFERRAL SERVICE
3183 COLLINS DR. - SUITE E
MERCED, CA  95348

LAYER ONE TECHNOLOGIES, LLC
1624 CROSS BEAM DRIVE
SUITE C
CHARLOTTE, NC  28217

LAZERQUICK
11211 SE 82ND AVE, STE E
PORTLAND, OR  97266

LAZERQUICK
29900 SW KINSMAN RD
WILSONVILLE, OR  97070

LAZY LARRYS - EZ SYSTEMS
9 MECHANIC STREET
KENNEBUNK, ME  04043

LB INT. INC.
1600 OLD COUNTRY ROAD
PLAINVIEW, NY  11803

LBK WESTEND BAIT SHOP
950 W 5TH ST
WINONA, MN  55987

LC ENTERPRISES 2, LLC
2520 WEST 8TH STREET SUITE 1
SIOUX FALLS, SD  57104

LCD ARMORY LLC
5462 SUN VALLEY BLVD
SUN VALLEY, NV  89434

LE ST-GERMAIN SUITE HOTEL
404 ST GERMAIN WEST
ST CLOUD, MN  56301

LEADER BOX
4831 S. MAY STREET
CHICAGO, IL  60609

LEADEX CORP
4731 SW 75 AVE
MIAMI, FL  33155

LEAH SANSONE
289 E SOUTHWINDS DR
NEWPORT, NC  28570

LEAK, TAQUILLA SHAREE
PO BOX 384
HAMLET, NC  28345

LEAKGRIFFIN, ALEXIS MONIQUE
1496 BEAVERBROOK RD
ROCKINGHAM, NC  28379

LEAMAN CONTAINER, INC.
5701-A EAST ROSEDALE
PO BOX 8479
FORT WORTH, TX  76124-0479

LEANN RAAB
1048 CHARDONNAY LOOP NE
KEIZER, OR  97303

LEANNA RAAB
PO BOX 21824
KEIZER, OR  97307-1824

LEARNING CURVE BRANDS, INC
2021 9TH ST SE
DYERSVILLE, IA  52040-2316

LEAVENWORTH CHEVRON
920 HWY 2
LEAVENWORTH, WA  98826

LEBANON FISHING & ARCHERY
RR 202 BOX 1177
S. LEBANON, ME  04027

LEBANON SPORT CENTER
74 NORWICH AVE.
LEBANON, CT  06249

LEBHAR-FRIEDMAN INC
425 PARK AVENUE
NEW YORK, NY  10022

LEBHAR-FRIEDMAN, INC.
PO BOX 31198
TAMPA, FL  33633-0694

LECLAIR, BRIAN E
714 NORTH FORTY RD
MOREHEAD CITY, NC  28557

LECLAIR, MEGAN ELIZABETH
714 NORTH FORTY ROAD
MOREHEAD CITY, NC  28557

LEE DAVIS
1238 EDGEWOOD DR, APT 4
THIEF RIVER FAL, MN  56701

LEE DEVEREUX
1304 NORTH OCEAN BLVD.
MYRTLE BEACH, SC  29577

LEE FISHER INTERNATIONAL, INC.
3922 W. OSBORNE AVE.
PO BOX 15695
TAMPA, FL  33684-5695

LEE JENNINGS ENTERPRIZES, INC
1465 E FRANKLIN
POMONA, CA  91766

LEE PRECISION
4275 HWY U
HARTFORD, WI  53027

LEE SCOTT DOWDLE
115 P STREET
SPARKS, NV  89431

LEECH LAKE DISTRIBUTORS
PO BOX 490
522 MINNESOTA AVENUE WEST
WALKER, MN  56404

LEERAY GREEN
115 BROOKGATE DR
MYRTLE BEACH, SC  29579

LEES SPORT SHOP, INC.
13 NORTH 24 AVENUE
ST. CLOUD, MN  56303

LEES TEXACO
PO BOX 368
ANTONITO, CO  81120

LEESBURG CITGO
PO BOX 346
LEESBURG, AL  35960

LEFLORES BAIT & TACKLE INC
PO BOX 219
KINGSTON, OK  73439

LEGACY FIRE SERVICES, LLC
600 SOUTH ROCK BLVD
SPARKS, NV  89431

LEGACY SPORTS INTERNATIONAL
4674 AIRCENTER CIRCLE
RENO, NV  89502

LEGAL LIMITS
PO BOX 181
COUNTY ROUTE 2
ELIZAVILLE, NY  12523-0181

LEGEND LABORATORIES, LTD
BOX 590
SEGUIN, TX  78156

LEGENDARY INC
T/A HARBORWALK MARINA
385 HWY 98 EAST
DESTIN, FL  32541

LEGENDARY WHITETAILS
1115 W. LIEBAU ROAD
MEQUON, WI  53092

LEIBERS WORMS INC
1220 YOUNG ST
WOODBURN, OR  97071

LEISURE TIME, INC.
RT 2 BOX 469 HWY 793
PARIS, TN  38242

LEITZ SPORTS
2512 I-75 BUSINESS SPUR
SAULT STE MARIE, MI  49783

LELANDS LURES
262 FAIRVIEW ROAD
SEARCY, AR  72143

LEM PRODUCTS
4440 MUHLHAUSER RD, SUITE 300
WEST CHESTER, OH  45011

LENARTZ INC
8001 WHITNEYVILLE RD
ALTO, MI  49302

LENOVO (UNITED STATES) INC.
PO BOX 643055
PITTSBURGH, PA  15264-3055

LENS
8995 BROOMES ISLAND RD.
BROOMES ISLAND, MD  20615

LENTZ TRANSFER AND STORAGE COMPANY
PO BOX 989
CLEMMONS, NC  27012

LEON, MARIA ELIZABETH
11932 HONOR GUARD AVENUE
CHARLOTTE, NC  28277

LEONARD, PAULA RENEE
239 BALL FARM ROAD
NEWPORT, NC  28570

LEROY ALLEN
SEA HAG
ATLANTIC BEACH, NC  28512

LEROY HUBBLE III
2119 KNOWLES
SELMA, CA  93662

LEROYS MINNOWS INC
603 6TH ST, NW
CASS LAKE, MN  56633-8924

LES J WYNNE
156 BUNNY RUN LANE
WAYNESVILLE, NC  28785

LES SCHWAB TIRE
10602 SE HWY 212
CLACKAMAS, OR  97015

LES STATLER
516 SUNRISE WALK
NEWPORT, NC  28570

LESLIE ANDERSON, CPA, P.C.
1101 NORWALK ST
GREENSBORO, NC  27407

LESLIE CARLSON
10659 CHICKORY RIDGE WAY
ROSCOE, IL  61073

LESTERS HOME CENTER
PO BOX 262
IKES FORK, WV  24845

LEU, CAROLYN J
16951 W JONATHAN LANE
GURNEE, IL  60031

LEUPOLD & STEVENS INC
PO BOX 688
14400 NW GREENBRIER PKWY
BEAVERTON, OR  97006

LEVEL 3 COMMUNICATIONS, LLC
PO BOX 910182
DENVER, CO  80291-0182

LEVEN IND/DOINKER
9025 ETON AVE UNIT D
CANOGA PARK, CA  91304

LEVEN INDUSTRIES
9025 ETON AVE UNIT D
CANOGA PARK, CA  91304

LEVIATHAN PRODUCTS DBA BAIT CADDY
2302 5TH CT
WHITE BEAR LAKE, MN  55110

LEVYS LEATHERS LTD
19 ANGUS MACQUARRIE DRIVE
ANTIGONISH, NS  B2G 2L4
CANADA

LEWIS FOOD SHOP
109 GULF STREAM DRIVE
EMERALD ISLE, NC  28594

LEWIS MOTOR REPAIR
3015 4TH ST SOUTH
WAITE PARK, MN  56387

LEWIS RIVER SHELL
1141 LEWIS RIVER RD
WOODLAND, WA  98674

LEWIS TRANSPORTATION
PO BOX 10157
FARGO, ND  58106

LEWIS, BIRCH & RICARDO, P.A.
1401 COURT STREET
CLEARWATER, FL  33756

LEWISTOWN NEWS ARGUS
PO BOX 900
LEWISTOWN, MT  59457

LEWS HOLDING CORP.
2253 E. BENNETT
SPRINGFIELD, MO  65804

LEXICO INC
2831 OAKWOOD DRIVE
HARRISBURG, PA  17110-3903

LEXINGTON DO IT BEST SUPPLY
3941 AUGUSTA ROAD
W. COLUMBIA, SC  29170

LG&P SECURITY SERVICES
PO BOX 6082
RENO, NV  89503

LGC PLUMBING COMPANY
9794 FOREST LN., 100
DALLAS, TX  75243

LI OUTDOORSMAN INC
434 SUNRISE HWY
ROCKVILLE CENTE, KY  11570

LIBERTY MOUNTAIN SPORTS, LLC
9816 S JORDAN GATEWAY
SANDY, UT  84070

LIBERTY MUTUAL
PO BOX 7247-0109
PHILADELPHIA, PA  19170-0109

LIBERTY NORTHWEST INSURANCE
PO BOX 4555
PORTLAND, OR  97208

LIBERTY SPORTS
508 BELLFAST AUGUSTA RD
LIBERTY, ME  04949

LIBERTY TROUSER COMPANY
DEPT 300
PO BOX 200880
DALLAS, TX  753200880

LIEBERT GLOBAL SVCS
610 EXECUTIVE CAMPUS DR
WESTERVILLE, OH  43082

LIFELIKE TAXIDERMY HUNTING & FISHING
PO BOX 25760
RALEIGH, NC  27611

LIFETOUCH VIDEO CREATIONS
7831 GLENROY RD
SUITE 401
MINNEAPOLIS, MN  55439

LIFOAM INDUSTRIES, LLC
235 SCHILLING CIRCLE STE. 111
HUNT VALLEY, MD  21031

LIFTONE LLC
PO BOX 602727
CHARLOTTE, NC  28260-2727

LIGGINS, ALLEN MONDELL
13215 ARBOR TRACE DRIVE
CHARLOTTE, NC  28273

LIGGINS, WARREN OZZIE
453 BYNUM AVE
ROCK HILL, SC  29732

LIGHT IMPRESSIONS, INC.
PO BOX 2376
BERA, CA  92822-2376

LIGHTED LURES
2325 GORDON BLVD.
NAPLES, FL  33940

LIGHTFIELD LLR CORPORATION
PO BOX 162
ADELPHIA, NJ  07710

LIGHTHOUSE & TACKLE & APPAREL
210-L HWY 98 EAST
DESTIN, FL  32541

LIGHTHOUSE ENTERPRIZES
2925 THOMAS AVE.
RICE LAKE, WI  54868

LIGHTNING PRINT
532 RAYMOND AVE
FULLERTON, CA  92831

LIGHTWIRE, INC.
PO BOX 17523
RALEIGH, NC  27519

LIGNETICS, INC.
11101 W. 120TH AVENUE
SUITE 200
BROOMFIELD, CO  80021

LILES, MIRANDA BILLAN
910 LOOP ROAD
BENNETTSVILLE, SC  29512

LIM, SOKNEAR
6426 WINDSOR GATE LANE
CHARLOTTE, NC  28215

LIMA AUTO SALES & MARINE
6930 HWY 29 N
PELZER, SC  29669

LIMA DE DIAZ, KARINA DEL CARMEN
2315 BETHANY BROOK LANE
APT 203
CHARLOTTE, NC  28273

LIME/TRIBE LLC
7401 ROCKLAND DRIVE
CHARLOTTE, NC  28213

LIMIT OUT TACKLE
PO BOX 704
CLEARLAKE OAKS, CA  95423

LINA
PO BOX 782447
PHILADELPHIA, PA  19178-2447

LINCO PLANT IDENTIFICATION CO INC
3095 DIRECTORS ROW
MEMPHIS, TN  38131

LINCOLN NATIONAL LIFE INS. CO.
1300 SOUTH CLINTON STREET
PO BOX 2248
FT. WAYNE, IN  46801

LINCOLN NATIONAL LIFE INSURANCE CO.
PO BOX 21008
GREENSBORO, NC  27420

LINDA GUTHRIE
1111 ANN STREET
BEAUFORT, NC  28516

LINDA HUMPHRIES
BI-MART
PO BOX 2310
EUGENE, OR  97402

LINDA JACOBSEN
109 FORESTWOOD DRIVE
DURHAM, NC  27707

LINDAS BAIT & TACKLE
28569 DEAL ISLAND RD
PRINCESS ANNE, MD  21853

LINDSAY THOMPSON
7304 WILLIAM REYNOLDS DRIVE
CHARLOTTE, NC  28215

LINDSAY, ELEXIS SHANEQUA ANNETT
7304 WILLIAM REYNOLDS DRIVE
CHARLOTTE, NC  28215

LINDSAY, MARKEYA ALEXUS
7304 WILLIAM REYNOLDS DRIVE
CHARLOTTE, NC  28215

LINDSEY M PAGITT
C/O MT SPORTS
BILLINGS, MT  59102

LINDSEY, JONATHAN JERMAINE
540 PRESSLEY ROAD
CHARLOTTE, NC  28217

LINDY LITTLE JOE
BOX C, 1110 WRIGHT STREET
BRAINERD, MN  56401

LINDY-LITTLE JOE
1110 WRIGHT ST
PO BOX 973
BRAINERD, MN  56401-0973

LINGUA PROS LLC
1328 ABERDEEN LN
INVERNESS, IL  60067

LINK, RYAN Z
709 STILL MEADOW LN
HILLSBOROUGH, NC  27278

LINKBUILDR SEO SERVICES
1006 INVERNESS RD
VICTORIA, BC  V8X 2S1
CANADA

LINKS OUTDOOR, INC
1254 COMMERCIAL ST
ASTORIA, OR  97103

LINKWARE SYSTEMS, INC
2575 PEACHTREE ROAD, N.E.
SUITE 17-B
ATLANTA, GA  30305

LINPRINT
3405B MARKET ST
WILMINGTON, NC  28403-1321

LINUX JOURNAL
PO BOX 55549
SEATTLE, WA  98155-0549

LINWOOD HOOD D/B/A S&L PRODUCTIONS
PO BOX 4411
EMERALD ISLE, NC  28554

LINX CORP./MEETINGTIME
PO BOX 613
GREAT FALLS, VA  22066

LION AUTOMOTIVE INC
2944 PHILLIP AVE
CLOVIS, CA  93612

LIP RIPPERZ
21836 EAST SHETLAND WAY
WALNUT, CA  91789

LIPPERT COMPONENTS
65 HARRISON STREET
GLOVERSVILLE, NY  12078

LIQUID FENCE
PO BOX 300
BROADHEADSVILLE, PA  18322

LIQUID SUNSHINE COFFEE SERVICE
PO BOX 1398
MEBANE, NC  27302

LISA FOSTER
4376 CIMMARON
MEMPHIS, TN  38109

LISA MOLINE, MT SPORTS
2607 TERRY AVE
BILLINGS, MT  59102

LISA NEAL
4903 SCARLET HAW DR
GREENSBORO, NC  27410

LISK LURES
648 PEE DEE AVENUE
NORWOOD, NC  28128

LITTLE CAESARS
4010 ARENDELL ST
MOREHEAD CITY, NC  28557

LITTLE HARBOUR BAIT & TACKLE
PO BOX 1552
CAPE CANAVERAL, FL  32920

LITTLE HAWKS INC
975 WARREN ST
WARSAW, IN  46580

LITTLE JIMS
900 ELM STREET
ANNANDALE, MN  55302

LITTLE RIVER ARCHERY
2608 HIGHWAY 9 EAST
LITTLE RIVER, SC  29566

LITTLE RIVER GUN CO.
44 RICHARDSON HEIGHT
RICHARDSON, TX  75080

LITTLE RIVER
78610 MOSBY CREEK RD
COTTAGE GROVE, OR  97424

LITTLE, MARCUS LINNELL
1036 LEDBETTER RD
ROCKINGHAM, NC  28379

LITTLE, SHYHEIM NASHAWN
2920 CALVARY DR APT 105
RALEIGH, NC  27604-2855

LITTLE, TYNIKIA
686 GREEN LAKE ROAD
ELLERBE, NC  28338

LITTLEJOHN, DEMETRIUS RENNE
376 NORTH EDGEMONT AVENUE
GASTONIA, NC  28054

LIVE FREE ARMORY
2725 KIRBY CIRCLE NE BUILDING 1
PALM BAY, FL  32905

LIVING LANDSCAPES, INC
2077 S MAIN ST
GRAHAM, NC  27253

LIVINGSTON ENTERPRISE, THE
PO BOX 2000
LIVINGSTON, MT  59047

LIZARD CREEK JUNCTION
15 B RIVER RD.
LITTLETON, NC  27850

LLOYD & MCDANIEL
PO BOX 23200
LOUISVILLE, KY  40223-0200

LLOYD, BRYAN JASON
12212 HUNTERSVILLE-CONCORD RD
HUNTERSVILLE, NC  28078

LM LOGISTICS POINTE LLC
4500 140TH AVENUE NORTH
SUITE 101
CLEARWATER, FL  33762

LMG TECHNICAL SERVICES, LLC
ENTERTAINMENT TECHNOLOGY PARTNERS
PO BOX 740995
ATLANTA, GA  30374-0995

LMG, LLC
ENTERTAINMENT TECHNOLOGY PARTNERS
2350 INVESTORS ROW
ORLANDO, FL  32837

LOBE, DANIEL R
1704 WELLINGTON PLACE
BILLINGS, MT  59102

LOCH LOMOND MARINA
101 TOWN CENTER
BELLA VISTA, AR  72714

LOCKHART AND SONS
3700 BROADWAY
WEST PALM BEACH, FL  33407

LOCKLEAR, ELIZABETH ANN
107 HENRY DR
ROCKINGHAM, NC  28379

LOCKLEAR, HARVEY
953 COUNTY HOME ROAD
HAMLET, NC  28345

LOCKTON COMPANIES
C/O UMB BANK
PO BOX 798183
ST LOUIS, MO  63179-8000

LOCKWOOD MARINE, INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

LODGE MANUFACTURING
204 EAST 5TH STREET
PO BOX 380
SOUTH PITTSBURG, TN  37380

LOG CABIN SPORTING GOODS
PO BOX 992
CRAIG, AK  99921

LOGICA, LLC
6955 UNION PK CENTER
SUITE 110
SALT LAKE CITY, UT  84047

LOGISTICS SUPPLY NODE
PO BOX 481931
CHARLOTTE, NC  28269

LOGISTYX TECHNOLOGIES, LLC
75 REMITTANCE DRIVE
DEPT. 6682
CHICAGO, IL  60675-6682

LOIS VILLAMONTE
1294 RINGTAIL ROAD
VENICE, FL  34293

LONE STAR GAS
PO BOX 660133
DALLAS, TX  75266-0133

LONE WOLF TREESTANDS
10216 W CIVIL DEFENSE RD
BRIMFIELD, IL  61517

LONESOME DOVE BAIT
12673 ANNETA RD
LEITCHFIELD, KY  42754

LONEWOLF GUNSMITHING
PO BOX 596
WELLS, NV  89835

LONG BEARD IND.
PO BOX 127
RT 3 BOX 225
EUTAW, AL  35462

LONG ISLAND B & T
7779 HUDSON CHAPEL ROAD
CATAWBA, NC  28609

LONG LAKE B & T
2983 27 13/16 STREET
BIRCHWOOD, WI  54817

LONG POINT BAIT & TACKLE
100 LONG POINT RD
MELBOURNE BEACH, FL  32951

LONG SUPPLY CO
PO BOX 723
CHARLOTTE, TX  78011

LONG VALLEY SERVICE
HWY 87 & LAKE MARY RD
HAPPY JACK, AZ  86024

LONGLEY SUPPLY COMPANY
PO BOX 765
3701 ARENDELL ST
MOREHEAD CITY, NC  28557

LONGS 582
5065 DEER VALLEY RD
PO BOX 5010
ANTIOCH, CA  94531-5010

LONGS DRUG - CORP
5065 DEER VALLEY RD
PO BOX 5010
ANTIOCH, CA  94531-5010

LONGS DRUG 105
5333 ELKHORN BLVD.
SACRAMENTO, CA  95842

LONGS DRUG 155
12005 SUTTON WAY
GRASS VALLEY, CA  95945-5188

LONGS DRUG 186
7 W. MAIN ST
WOODLAND, CA  95695

LONGS DRUG 291
2140 GRASS VALLEY HWY.
AUBURN, CA  95603-2522

LONGS DRUG 369
1057 N. 1ST
DIXON, CA  95620

LONGS DRUG 482
600 F ST
ARCATA, CA  95521

LONGS DRUG 65
ATTN: MAR DEPT.
5065 DEER VALLEY RD.
ANTIOCH, CA  94509-8311

LONGS DRUG 68
830 "J" ST
MARYSVILLE, CA  95901-5231

LONGS DRUG 81
2611 HILLTOP DR.
REDDING, CA  96002

LONGS DRUG STORE 371
2358 LAKE TAHOE BLVD
S LAKE TAHOE, CA  96150

LONGS DRUG STORE 38
300 TRAVIS BLVD
FAIRFIELD, CA  94533

LONGS DRUG STORES
SACRAMENTO DISTRICT OFFICE
4959 MARCONI AVE
CARMICHAEL, CA  95608

LONNIES SPORTING GOODS
2017 7TH STREET
CORINTH, MS  38834

LOOKIN GOOD TINT LLC
819 19TH AVENUE NE
ST. JOSEPH, MN  56374

LOOMIS, FARGO & CO
DEPT. AT 40394
ATLANTA, GA  31192-0394

LORI KRZMARZICK
200 MALLARD DR.
PO BOX 4988
EMERALD ISLE, NC  28594

LORINGS LIGHTHOUSE
PO BOX 1989
BROOKINGS, OR  97415

LORIS BAIT AND TACKLE
13096 EAST M-89
AUGUSTA, MI  49012

LORMAN EDUCATION SERVICES
PO BOX 509
EAU CLAIRE, WI  54702-0509

LOTT TRUE VALUE
306 S. PETERSON
DOUGLAS, GA  31533

LOU ANN JEFFORDS
P.O.BOX 2192
ATLANTIC, NC  28512

LOUDOUN LUMBER CO.
121 N BAILEY LANE
PURCELLVILLE, VA  20132

LOUIS BISSETTE
1433 E 7TH AVE
DENVER, CO  80218

LOUIS BRUNNER
89 QUAIL HOLLOW DR
SAN JOSE, CA  95128

LOUIS SAUL, PC
404 5TH ST
PO BOX 1726
AUGUSTA, GA  30903-1726

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 201
BATON ROUGE, LA  70821-0201

LOUISIANA DEPT OF WILDLIFE FISHERIES
PO BOX 98000
BATON ROUGE, LA  70898

LOUISIANA DEPT. OF REVENUE
PO BOX 91017
BATON ROGUE, LA  70821-9017

LOUISIANA WORKFORCE COMMISSION
1001 S 1001 N 23RD ST
BATON ROUGE, LA  70802

LOUS GUNSHOP
4151 PALM AVENUE
HIALEAH, FL  33012

LOUS TACKLE & BAIT
21222 MULBERRY AVE
PORT CHARLOTTE, FL  33953

LOVAN INDUSTRIES, INC.
PO BOX 35931
DALLAS, TX  75235

LOVE,THORNTON,ARNOLD & THOMASON, PA
PO BOX 10045
GREENVILLE, SC  29603

LOWE, PRICE, LEBLANC, BECKER,
AND SHUR
SUITE 300 99 CANAL CENTER PLAZ
ALEXANDRIA, VA  22314

LOWERY JR, JERMAINE SANTE
5108 ROCKY BRANCH DRIVE
APT 207
CHARLOTTE, NC  28216

LOWES HOME CENTER, INC.
PO BOX 281791
ATLANTA, GA  30384-1791

LOWES OF MOREHEAD CITY
PO BOX 669821
DALLAS, TX  75266-0775

LOWES
PO BOX 281791
ATLANTA, GA  30384-1791

LOWNDESVILLE COUNTRY STORE
PO BOX 27
LOWNDESVILLE, SC  29659

LOWRY COMPUTER PRODUCTS, INC.
7100 WHITMORE LAKE ROAD
BRIGHTON, MI  48116

LOWRY, HAYWOOD & ASSOCIATES
PO BOX 30517
CHARLOTTE, NC  28230

LOWRY,HOWARD & ASSOCIATES
PO BOX 30517
CHARLOTTE, NC  28230-0517

LOZIER STORE FIXTURES
PO BOX 3577
OMAHA, NE 68103-0577

LP ANDERSON TIRE CO
3741 MONTANA AVE
BILLINGS, MT 59103

LQ MANAGEMENT
909 HIDDEN RIDGE, SUITE 600
IRVING, TX 75038

LRI
20448 HWY 36
PO BOX 58
BLACHLY, OR 97412

LUCAS OIL PRODUCTS, INC.
1310 E 96TH STREET, SUITE 200
INDIANAPOLIS, IN 46240

LUCENT ACE MANUFACTURING INC
15253 DON JULIAN RD
CITY OF INDUSTR, CA 91745

LUCENT TECHNOLOGIES INC.
ATTN JANET WORSTELL
720 GRACERN ROAD STE 104
COLUMBIA, SC 29210

LUCENT TECHNOLOGIES
PO BOX 371358
PITTSBURG, PA 15286-7358

LUCHA, JENNIFER CASANDRA
655 ROBINHOOD DRIVE 34
RENO, NV 89509

LUCIANOS SPORT SHOP
323 GARIBALDI AVE
LODI, NJ 07644

LUCK "E" STRIKE USA
PO BOX 587
CASSVILLE, MO 65625

LUCK "E" STRIKE
PO BOX 587
CASSVILLE, MO 65625-0587

LUCKY BUG LURE CO. LTD.
3-3610 BONNEVILLE PLACE
BURNABY, BC V3N 4T7
CANADA

LUCKY CONVENIENCE
PO BOX 6069
RICHMOND, VA 23222

LUCKY CRAFT, INC.
380 CLINTON STREET
COSTA MESA, CA 92626

LUCKY INTERNATIONAL SEAFOOD
513 EVANS STREET
MOREHEAD CITY, NC 28557

LUCKY JOHN USA LLC
7300 147TH STREET W; SUITE 200
APPLE VALLEY, MN 55124

LUEPKES STORE
49066 US 71
BEMIDJI, MN 56601-9315

LUETGERS OIL CO. DBA:
HOOKERS & HUNTERS
PO BOX 45
NEVIS, MN 56467

LUHR JENSEN TECH REPORTS
10395 YELLOW CIRCLE DR
MINNETONKA, MN 85343

LUIGIS
CYPRESS BAY PLAZA
MOREHEAD CITY, NC 28557

LUIS GARCIA
COMPUTERLINKS
12925 SW 61 TER.
MIAMI, FL 33183

LUMBERMENS BUILDING CENTERS
PO BOX 1129
CLACKAMAS, OR 97015-1129

LUNA SEA LLC
PO BOX 131
PLAINWELL, MI 49080

LUNKER CITY FISHING
640 CHAMBERLAIN HWY
MERIDEN, CT 06451

LUNKER CITY/SLUGO
640 CHAMBERLAIN HWY
MERIDEN, CT 06451

LUNKER HOUSE LTD
591 HWY 64 WEST
PLYMOUTH, NC 27962

LUNKER LURE-HAWG CALLER, INC.
PO BOX 60
1308 WELLS STREET ROAD
DU QUOIN, IL 62832

LUNKERHUNT LP
84 WINGOLD AVE, UNIT A
NORTH YORK, ON M6B 1P5
CANADA

LURE ONE USA
22620 OBRIEN RD
BRAINERD, MN 56401

LUTHER READER
RICHMOND JAMMERS BASKETBALL
187 CLEMMER RD
ROCKINGHAM, NC  28379

LUTHER, JAMERIUM D
508 ABERDEEN ST
HAMLET, NC  28345

LUTHER, MICHAEL R
109 SANDPIPER VILLAGE
INDIAN BEACH, NC  28512

LUTHIS SPORTS & PAWN
23 BUTLER AVE.
GREENVILLE, SC  29601

LUXBURY HOTEL
9701 E. INDEPENDENCE BLVD.
CHARLOTTE, NC  28105

LVE DECALS
2791 CIRCLEPORT DRIVE
ERLANGER, KY  41018

LYMAN PRODUCTS CORP
475 SMITH STREET
MIDDLETOWN, CT  06457

LYNCH, DAVID ANTHONY
217 RAINTREE RD
HAMLET, NC  28345

LYNCO DISTRIBUTION, INC.
1410 11TH STREET W
MILAN, IL  61264

LYNDEN TRANSPORT
PO BOX 3725
SEATTLE, WA  98124-3725

LYNDONS RIVERVIEW SPORT
HWY 16S RT. 6
BOX 463-2
TAYLORSVILLE, NC  28677

LYNDONS RIVERVIEW SPORTS
HIGHWAY 16 SOUTH
ROUTE 6, BOX 463-2
TAYLORSVILLE, NC  28681

LYNNHAVEN MARINE CENTER
2150 WEST GREAT NECK RD
VIRGINIA BCH, VA  23451

LYNNS DAKOTA MART
SD  57730

LYNNS LOCKSMITH SERVICE
1380 E MAIN ST
EL CAJON, CA  92021

LYSTERS CRAB CATCHERS
14960 HWY. 101
ROCKAWAY BEACH, OR  97136

M & D BAIT & TACKLE
149 MAIN STREET
WAREHAM, MA  02571

M & M FIREARMS
7272 ST CLAIR RD
WHITESBURG, TN  37891

M & M GUN SHOP
305 CAROLINA AVE., W.
VARNVILLE, SC  29944

M & M SPORTS DEN
808 N MAIN STREET
JAMESTOWN, NY  14701

M & R GUNS & AMMO, INC
79 GORE RD
HIGHGATE CENTER, VT  05459

M & S CONVENIENCE STORE
1505 LENNOXVILLE RD
BEAUFORT, NC  28516

M & S SOUTHERN OUTDOORS
900 GREENVILLE DR
WILLIAMSON, SC  29697

M CROW & COMPANY
PO BOX 155
LOSTINE, OR  97857

M M TACKLE & BAIT
41 MARLIN BLVD.
JERSEY CITY, NJ  07302

M&M CUSTOM RODS
158 LITTLE NINE DRIVE
MOREHEAD CITY, NC  28557

M. LEE SMITH PUBLISHERS LLC
5201 VIRGINIA WAY
PO BOX 5094
BRENTWOOD, TN  37024-5094

M. RONALD DOLEAC
615 W PINE ST
HATTIESBURG, MS  39403

M.HOUSE FAMILY LTD PARTNERSHIP
PO BOX E
EL CAJON, CA  92022

M.V. HOLT
16601 WILDCHERRY LANE
MIDLAND, NC  28107

M.W. FOREN, INC
5114 NE 42ND AVE
PORTLAND, OR  97218

MAC HUFF
EAGLE CAP FISHING GUIDES
PO BOX 865
JOSEPH, OR  97846

MAC SQUIDS LTD
PO BOX 1164
ORLEANS, MA  02653

MAC STOUT
103A RESERVE LANE
MOREHEAD CITY, NC  28557

MACAULEY, JEAN
1227 8TH AVENUE NORTH
ST. CLOUD, MN  56303

MACAW TECHNOLOGIES, LLC TWIN TACK GR
8709 LAKE NORA DRIVE
WILMINGTON, NC  28411

MACCABEE SPORTS
1736 WRIGHT AVE
LA VERNE, CA  91750

MACDONALD, MYLES JOEL
6517 WANDERING CREEK DR
CHARLOTTE, NC  28216

MACE SECURITY INT. INC.
4400 CARNEGIE AVENUE
CLEVELAND, OH  44103

MACIAS, MELINNA ISABEL
1942 RICHARDS PLACE 40
SPARKS, NV  89431

MACKE WATER SYSTEMS
PO BOX 545
WHEELING, IL  60090-0545

MACKS LURE COMPANY
55 LURE LANE
WENATCHEE, WA  98801

MACKS SPORT SHOP
210 E. MICHIGAN STREET
STUTTGART, AR  72160

MACPA
PO BOX 5068
TROY, MI  48007-5068

MACS MINI MART
PO BOX 143
ORIENTAL, NC  28571

MACS PROP SAVERS INC.
PO BOX 1071 1342 BALTIMORE STREET
LONGVIEW, WA  98632

MACWORLD
SUBSCRIPTION DEPT
PO BOX 37780
BOONE, IA  50037-0780

MAD KATZ GEAR LLC
1282 W US HIGHWAY 74
ROCKINGHAM, NC  28379

MAD RIVER MANUFACTURING
1942 BLAKE RD
MCKINLEYVILLE, CA  95519

MADDEN, KYLE MICHAEL
216 GOLDEN DRIVE
BURNS HARBOR, IN  46304

MAELING SUMMERFORD
NEWPORT, NC  28570

MAFIA OUTDOORS
PO BOX 1279
PO BOX 8
RUSSELLVILLE, AR  72811

MAG INSTRUMENT INC.
1950 STERLING
BOX 50-600
ONTARIO, CA  91761

MAGBAY LURES
24024 HUMPHRIES ROAD BLDG 2
TECATE, CA  91980

MAGIC BAIT CO. INC.
PO BOX 1421
GUTHRIE, OK  73044

MAGIC INTERNATIONAL
100 WILSHIRE BLVD
SUITE 1850
SANTA MONICA, CA  90401

MAGIC PRODUCTS, INC.
3931 2ND ST
PO BOX 38
AMHERST JUNCTION, WI  54407

MAGIC TRANSPORT, INC
PO BOX 360729
SAN JUAN, PR  00936-0729

MAGIC WORMS
1410-B 62ND
EMERYVILLE, CA  94608

MAGISTRATE CENTRAL COURT
RM 100
GREENWOOD COUNTY COURTHOUSE
GREENWOOD, SC  29646

MAGISTRATE COURT OF BROOKS COUNTY
PO BOX 387
QUITMAN, GA  31643

MAGISTRATE COURT OF KANAWHA COUNTY
KANAWHA COUNTY JUDICIAL BLDG.
111 COURT ST, PO BOX 3318
CHARLESTON, WV  25333

MAGISTRATES OFFICE LAURENS COUNTY
PO BOX 925
LAURENS,, SC  29360

MAGLULA
GAD FEINSTEIN ROAD
PARK REHOVOT BUILDING 236
REHOVOT ISRAEL, IL  76385

MAGNA DYNE PRODUCTS, INC.
11767 FISK ROAD
BELDING, MI  48809

MAGNA MFG. CO/LO-BOY
P. O. BOX 279
FT. WALTON BCH, FL  32549

MAGNOLIA MEDIA GROUP
TWO TANDY CENTER, SUITE 1400
300 W. 3RD STREET
FORT WORTH, TX  76102

MAGNUM RESEARCH INC.
12602 33RD AVE SW
PILLAGER, MN  56473

MAGPUL INDUSTRIES
8226 BEE CAVES ROAD
AUSTIN, TX  78746

MAGTECH AMMUNITION CO, INC.
9100 WYOMING AVE N SUITE 515
BROOKLYN PARK, MN  55445

MAIL BOXES, ETC.
4915 ARENDELL ST
MOREHEAD CITY, NC  28557

MAIL MANAGEMENT GROUP, INC.
406 VERNON WAY
EL CAJON, CA  92020

MAILFINANCE
DEPT. 3682
PO BOX 123682
DALLAS, TX  75312-3682

MAIN BAIT & TACKLE
2599 S MAIN STREET
FALL RIVER, MA  02724

MAIN BUILDING SUPPLY
PO BOX 637
ROGUE RIVER, OR  97537

MAIN STREET CONVENIENCE
PO BOX 478
STEVENSON, WA  98648

MAIN STREET GUN & PAWN
PO BOX 1222
PURVIS, MS  39475

MAIN STREET PAWNBROKERS
304 EAST MAIN STREET
FRONT ROYAL, VA  22630

MAINE POINTE
6 RESNIK ROAD
SUITE 106
PLYMOOUTH, MA  02360

MAINE POINTE, LLC
6 RESNIK ROAD
SUITE 106
PLYMOOUTH, MA  02360

MAINTENANCE RESOURCES
DEPT. 1390
PO BOX 30106
SALT LAKE CITY, UT  84130-0106

MAJESTIC GLOVE CO
2510 W CASINO RD
EVERTT, WA  98204

MAJESTIC MART
PO BOX 120
LAVA HOT SPRING, ID  83246

MAJESTIC TRANSPORT INC.
PO BOX 7233
CONCORD, NC  28027

MAJOR SURPLUS & SURVIVAL
435 W ALONDRA
GARDENA, CA  90248

MAKO MATTS MARINE
16033 BOLSA CHICA ST 104
HUNTINGTON BCH, CA  92649

MALAGA COUNTY WATER DISTRICT
3580 S FRANK
FRESNO, CA  93725

MALEKO PERSONNEL, INC.
AP F/B/O MALEKO PERSONNEL
PO BOX 31001-2434
PASADENA, CA  91110

MALHEUR DRUG
198 A ST
VALE, OR  97918

MALIBU SKYE INC.
2450 E VERNON AVENUE
VERNON, CA  90058

MALIN CO.
5400 SMITH ROAD
BROOK PARK, OH  44142

MALLARD OUTDOORS/NMO
1072 EAST US HWY 175
KAUFMAN, TX  75142

MALONES BAYSIDE MARINA
314 THOMAS LANDING RD
MIDDLETOWN, DE  19709

MALVERN SYSTEMS, INC.
263 GREAT VALLEY PARKWAY
MALVERN, PA  19355

MANCHESTER GRAND HYATT
ONE MARKET PLACE
SAN DIEGO, CA  92101-US

MANCIA, CRISTINA
1942 RICHARDS PLACE
APT 40
SPARKS, NV  89431

MANDALAY BAY RESORT & CASINO
3950 LAS VEGAS BLVD SOUTH
LAS VEGAS, NV  89119

MANDUJANO TORRES, MIGUEL
501 EL RANCHO DRIVE
SPACE 52
SPARKS, NV  89431

MANER FIRE EQUIPMENT INC.
211 DITTO AVE
PO BOX 26
ARLINGTON, TX  76010

MANGUM, WILLIAM
410 LENOX AVE 2
DAYTONA BEACH, FL  32118

MANHATTAN CUSTOM TACKLE
913 BROADWAY
NEW YORK, NY  10010

MANLEY INDUSTRIES
9375 S.E. COVE POINT STREET
TEQUESTA, FL  33469

MANNING & FULTON & SKINNER P.A.
ATTORNEYS AT LAW
PO BOX 20389
RALEIGH, NC  27619-0389

MANNS BAIT COMPANY, INC
1111 STATE DOCKS RD
EUFAULA, AL  36027

MANNS HARBOR MARINA
PO BOX 155
MANNS HARBOR, NC  27953

MANOR MARKET
3100 W LINE ST
BISHOP, CA  93514

MANPOWER INC
PO BOX 7247-0208
PHILADELPHIA, PA  19170-0208

MANTA RESOURCES
15229 HERRIMAN BLVD
NOBLESVILLE, IN  46060

MANTANZA INLET INC.
8805 A1A S. INLET
ST. AUGUSTINE, FL  32086

MANTEO MARINE
600 ARENDELL STREET
MOREHEAD, NC  28557

MANUAL WOODWORKERS & WEAVERS, INC
ROUTE 23, BOX 577A
HENDERSONVILLE, NC  28792-8928

MANUEL ORTIZ
NC  28557

MANUFACTURERS NEWS, INC
1633 CENTRAL ST
EVANSTON, IL  60201-1569

MANYS CHINOOK CENTER
10450 HWY 12
NACHES, WA  98937

MANZO-HURTADO, MONICA
7978 ZINFANDEL DRIVE
RENO, NV  89506

MAP MY CUSTOMERS, INC
167 E. CHATHAM STREET
SUITE 300
CARY, NC  27511

MAPLE GROVE MOTEL & BAIT SHOP
6527 HWY 1
FINLAND, MN  55603

MAPS & CHARTS, CO INC
5322 SE RAINBOW LANE
MILWAUKIE, OR  97222

MAPS UNIQUE, INC.
432 N. FOURTH AVENUE
PO BOX 717
KURE BEACH, NC  28449

MAPTRAILS
120 W OLIVE ST, STE 204
FORT COLLINS, CO  80524-2832

MARATHON IMAGING SUPPLIES INC
14622 VENTURA BLVD SUITE 1022
SHERMAN OAKS, CA 91403

MARC SPERBER
201 E 15TH ST, APT 5H
NEW YORK, NY 10003

MARCELS FISHING STUFF
4370 CANTON HIGHWAY
CUMMING, GA 30130

MARCIE E. SCHAAP, ATTORNEY AT LAW
4760 S. HIGHLAND DR. 333
SALT LAKE CITY, UT 84117

MARCO TECHNOLOGIES, LLC
PO BOX 782773
PHILADELPHIA, PA 19178-2773

MARCO TRUE VALUE
1720 SAN MARCO ROAD
MARCO ISLAND, FL 33937

MARCO, INC
PO BOX 660831
DALLAS, TX 75266-0831

MAR-DEN, INC.
PO BOX 1037
PO BOX 1037
WILLCOX, AZ 85644

MARGARET JO WATSON
103 RIDGE CT
SWANSBORO, NC 28584

MARILYN BISHOP
4741 STATE RT. 207 N.E.
WASHINGTON C.H., OH 43160-9331

MARILYN NANCY SWANN
1755 105TH STREET NW
RICE, MN 56367

MARIN FIREARMS
516 ALAMEDA DEL PRADO
NOVATO, CA 94949

MARINA AT DOC HOLIDAYS
1525 13TH AVENUE NORTH
N. MYRTLE BEACH, SC 29582

MARINA AT LAKE BLACKSHEAR, THE
2459-H US HWY 280W
CORDELE, GA 31015

MARINA AT STJAMES PLANTATION
PO BOX 10879
SOUTHPORT, NC 28461

MARINA JACK DOCKMASTER
ATTN: SAM CHAVERS
2 MARINA PLAZA
SARASOTA, FL 34236

MARINE 360, LLC.
2327 DEWEY STREET
HOLLYWOOD, FL 33020

MARINE CORPS AIR STATION
MAIN EXCHANGE
ATTN: PAT KREWSEN
CHERRY POINT, NC 28533

MARINE CORPS COMMUNITY SERVICE
4400 DORCHESTER RD
N CHARLESTON, SC 29405

MARINE CORPS MWR
COMMANDING GENERAL
PSC BOX 20004
CAMP LEJEUNE, NC 28542-0004

MARINE GENERAL
1501 LONDON ROAD
DULUTH, MN 55812

MARINE METAL PROD.
2154 CALUMET STREET
CLEARWATER, FL 33765

MARINE PRODUCTS DIRECT LIMITED
UNIT 702 7TH FLOOR TUNG HIP CM BLDG
244 DES VOEUX RD CENTRAL
HONG KING
HONG KING

MARINE PUBLICATIONS COMPANY INC.
2392 MORSE AVE.
IRVINE, CA 92614

MARINE SERVICE CENTER
825 HIGHWAY 17
LITTE RIVER, SC 29566

MARINE SPORTS PRODUCTS
1514 SYDNEY ROAD
PLANT CITY, FL 33566

MARINEMAX INC
18167 UW HWY 19N, SUITE 300
CLEARWATER, FL 33764

MARINETECH PRODUCTS INC.
1360 EAST COUNTY ROAD E
VADNAIS HEIGHTS, MN 55110

MARION LITTIFIELD
PO BOX 72
TROPIC, UT 84776

MARION MANOR MARINA
ROAD 4 BOX 230
CANASTOTA, NY 13032

MARIONS BAIT & TACKLE
8470 NAVARRE PKY
NAVARRE, FL 32566

MARK ANDERSON
525 2ND AVE S APT 304
WAITE PARK, MN 56387

MARK BARNES
C/O ALL SPORTS
CLACKAMAS, OR 97015

MARK BERZEL
322 TOM OSHANTER
BILLINGS, MT 59105

MARK BUSSARD
2655 88TH COURT W
NORTHFIELD, MN 55057

MARK CANTRELL
1038 SNEAD DRIVE
MURFREESBORO, TN 37129

MARK CHARNOT
1820 GHOST CREEK CV
COLLIERVILLE, TN 38017

MARK DREYER
747 JENKS AVE SUITE G
PANAMA CITY, FL 32401

MARK ENGELBRECHT
207 RODBOROUGH RD
COLUMBIA, SC 29212

MARK H GUNDERSON, LTD
5345 KIETZKE LANE,
SUITE 200
RENO, NV 89511

MARK HUGHES CO
4 VIBER LANE
E. FALMOUTH, MA 02536

MARK MCBRIDE
6071 LITTLE RIVER CT.
GRANITE FALLS, NC 28630

MARK MONGE
107 WILKINS DRIVE
WINCHESTER, VA 22602

MARK PAYNE
1520 CHADMORE LANE
CONCORD, NC 28027

MARK PEARSALL
2255 SADDLEBACK DR
LAUREL, MT 59044

MARK STREGE
RR 3, BOX 255
FRAZEE, MN 56544

MARK W HAYES
10412 OLD CAMDEN RD
MIDLAND, NC 28107

MARK W. HAYES
10412 OLD CAMDEN RD
MIDLAND, NC 28107

MARK ZEIVER
PO BOX 34121
INDIALANTIC, FL 32903

MARKEL MARINE
PO BOX 854
MOREHEAD CITY, NC 28557

MARKESBERY MUZZLE LOADERS
7785 FOUNDATION DRIVE, SUITE 6
FLORENCE, KY 41042

MARKHOR CONSULTING
HAMEAU DE ROMANECHE
F-01120 MONTLUEL
69250
FRANCE

MARKIAN R SLOBODIAN
801 N SECOND ST
HARRISBURG, PA 17102

MARKLAND, SHANE ALLEN
10000 CEDAR CIRCLE DRIVE
APT 203
CHARLOTTE, NC 28210

MARKOR MARKING & LABELING SYSTEM
7447 N PALM BLUFFS AVE
FRESNO, CA 93711-5741

MARLENE RODRIGUEZ
9865 SW 111 TERRACE
MIAMI, FL 33176

MARLEY SPORTING
140 N MAIN ST
BELMONT, NC 28012

MARLIN BAIT & TACKLE
181 NANTICOKE AVE
MILLSBORO, DE 19966

MARLIN MAGAZINE
PO BOX 420744
PALM COAST, FL 32142-0744

MARLIN RANCH LLC
PO BOX 66175
PORTLAND, OR 97290-6175

MARLITE
PO BOX 931443
CLEVELAND, OH  44193-0517

MARQUEZ, MARLENE
3821 MARGARET MITCHELL COURT
APT 2102
CHARLOTTE, NC  28273

MARRIOTT BUSINESS SERVICES
PO BOX 402642
ATLANTA, GA  30384-2642

MARRIOTT CITY CENTER
100 WEST TRADE STREET
CHARLOTTE, NC  28202

MARRIOTT INTERNATIONAL
1965 MARRIOTT DR
LOUISVILLE, TN  37777

MARRIOTT
1 PARKWAY EAST
GREENVILLE, SC  29615

MARSHALL MARINE SUPPLY
13905 SHELL BELT RD.
BAYOU LA BATRE, AL  36509

MARSHALL OFFICE SUPPLY, INC
314 S LAWRENCE ST
PO BOX 1055
ROCKINGHAM, NC  28380

MARSHALL, CATRINA
201 SOUTH STEWART STREET
ROCKINGHAM, NC  28379

MARSHALLS CREEK
DBA FREEDOM MARKET
HC 65 BOX 163
FREEDOM, NH  03836

MARSHALLS OUTFITTERS
2240 SOUTH RD
CADIZ, KY  42211

MARSHFIELD LABS
1000 N OAK AVE
MARSHFIELD, WI  54449-5795

MART L. BELL, INC.
PO BOX 864
MOREHEAD CITY, NC  28557

MARTHA HARDEE
5192 HIGHWAY 70 WEST BOX C
MOREHEAD CITY, NC  28557

MARTHA HENNESSY
ATTORNEY AT LAW
DRAWER 1509
BAY MINETTE, AL  36507

MARTHA HOOLE
SPORTSMANS FRIEND, INC.
1636 BYPASS N.E.
GREENWOOD, SC  29649

MARTHA PETERSON
3800 BRIDGES STREET
MOREHEAD CITY, NC  28557

MARTHA PHELPS
NC  28557

MARTIN & CHIOFFI LLP
ONE LANDMARK SQUARE, 21ST FLOOR
STAMFORD, CT  06901

MARTIN ARCHERY
3301 EAST ISAACS AVENUE
WALLA WALLA, WA  99362

MARTIN B RETTING
11029 WASHINGTON BLVD
CULVER CITY, CA  90232

MARTIN COUNTY CLERK OF COURT
PO BOX 807
WILLIAMSTON, NC  27892

MARTIN LIEBERMAN
166 DUVAL LANE
EDGEWATER, MD  21037

MARTIN PRINTING CO.
P.O.BOX 69
EASLEY, SC  26941-0069

MARTINEZ ARENAS, LORENA G
5375 SIDEHILL DRIVE
SUN VALLEY, NV  89433

MARTINEZ VALENCIA, CARMENZA
613 PINE MEADOWS DRIVE, APT 3
SPARKS, NV  89431

MARTINEZ, HILDA
2525 G STREET
APT 9
SPARKS, NV  89431

MARTINEZ, SCARLETH TATIANA
334 WEST ARROWOOD ROAD
CHARLOTTE, NC  28217

MARTINS GENERAL STORE
ROUTE 7
HIGHGATE SPRING, VT  05460

MARTINS PERFORMANCE
9345 MACEDONIA CH RD
PROSPERITY, SC  29127

MARTY GATES BAIT & TACKLE
628 NE WATULA AVE
OCALA, FL  34470

MARTY HOLDING
2284 W WANLASS WAY
BLUFFDALE, VT  84065

MARTY OAKES
5911 WILLOWBOTTOM DR.
HICKORY, NC  28602

MARTYS SPORTING GOODS
PO BOX 116
EDGEWATER, MD  21037

MARV JOHNSON COMPANY
PO BOX 13292
PORTLAND, OR  97213

MARVIN DELGADO
1761 S.W. 11 TR.
MIAMI, FL  33135

MARVINS AIR CONDITIONING
& REFRIGERATION
1761 SW 11 TERRACE
MIAMI, FL  33135

MAR-VO MINERAL CO, INC.
115 E BACON STREET
HILLSDALE, MI  49242

MARVS DO IT BEST
110 WEST MAIN
MANDAN, ND  58554

MARY F. STEINER
8900 S.W. SWEEK DR. APT. 713
TUALATIN, OR  97602

MARY MCQUEEN
401 VIRGINIA AVENUE
MOREHEAD CITY, NC  28557

MARY SCHNELL
1914 WIDGEON DRIVE
MOREHEAD CITY, NC  28557

MARY STEINER
PO BOX 18481
MINNEAPOLIS, MN  55418

MARY STEINER
PO BOX 8106
PORTLAND, OR  97207

MARYLAND COMPTROLLER OF THE
TREASURY
SALES & USE TAX REPORT
110 CARROLL STREET
ANNAPOLIS, MD  21411-0001

MARYLAND COMPTROLLER OF THE
TREASURY-INCOME TAX DIVISION
EMPLOYER WITHOLDING SECTION
ANNAPOLIS, MD  21411-0001

MARY-NEIL JACKSON
498 JOHNSON DAIRY RD
MOORESVILLE, NC  28115

MARYS BAIT SHOP
4741 STATE RT. 207 N.E.
WASHINGTON C.H., OH  43160-9331

MAS LIQUIDATION LLC
6100 HOLLYWOOD BLVD
SUITE 305
HOLLYWOOD, FL  33024

MASCHMEDT & ASSOCIATES
12304 32ND AVE NE
SEATTLE, WA  98125

MASIS STAFFING SOLUTIONS
PO BOX 823473
PHILADELPHIA, PA  19182-3473

MASON ENTERPRISES
307 CORE CREEK RD.
BEAUFORT, NC  28516

MASON TACKLE CO.
11273 CENTER ST
PO BOX 56
OTISVILLE, MI  48463

MASON, ANTONIO RASHIEM
21541 MCLAUGHLIN ROAD
LAURINBURG, NC  28352

MASONS GENERAL STORE
RT. 1 BOX 78M
ROBBINSVILLE, NC  28771

MASS MANAGEMENT
1835 GRADY HOPE ROAD
FORT MILL, SC  29708

MASS. DEPT. OF EMPLOY.& TRAINING
19 STANIFORD STREET
REVENUE SERVICE
BOSTON, MA  02114-2566

MASS. DEPT.OF REVENUE
PO BOX 7038
CHELSEA, MA  02204-7038

MASSACHUSETTS DEPT OF REVENUE
PO BOX 7039
CHELSEA, MA  02204-7039

MASSACHUSETTS DEPT. OF
UNEMPLOYMENT ASSISTANCE
19 STANIFORD STREET
BOSTON, MA  02114

MASTER BAIT & TACKLE
439 MAIN ST
E HAVEN, CT  06512

MASTER CUTLERY LLC
7 AZAR COURT
HALTHORPE, MD  21227

MASTER CUTLERY, LLC.
700 PENHORN AVENUE
PO BOX 2218
SECAUCUS, NJ  07094

MASTER FISHING TACKLE CORPORATION
1009 E BEDMAR STREET
CARSON, CA  90746

MASTER LOCK CO.
6744 S. HOWELL AVENUE
OAK CREEK, WI  53154

MASTER LOCK
C/O ALL IN ONE WAREHOUSE
1590 W CALLE PLAZA STE.B
NOGALES, AZ  85621

MASTERMIND ENTERTAINMENT, INC.
10713 CHESHIRE COURT
RALEIGH, NC  27615

MASTERS TOUCH CLEANING SERVICES LLC
8406 FLINT HILL DRIVE
CHARLOTTE, NC  28273

MASTERSON ELECTRICAL SERVICES, LLC
240 CONEY ISLAND DRIVE
SUITE A
SPARKS, NV  89431

MASTODON SPORTS
C/O KAREN DRISCOLL
34 HIGHLAND LAKES
VERNON, NJ  07462

MASTRYS TACKLE, INC.
1700 4TH STREET SOUTH
ST. PETERSBURG, FL  33701

MASUEN COMPANY
P.O.BOX 802
BUFFALO, NY  14205

MATAGAMON WILDERNESS
RR 159 BOX 220
PATTEN, ME  04765

MATARAZZO, DANIEL
3905 LONG LEAF DRIVE
MELBOURNE, FL  32940

MATERIAL HANDLING TECHNOLOGIES, INC
113 INTERNATIONAL DR
MORRISVILLE, NC  27560

MATHERS MARKET
38477 MCKENZIE HWY
SPRINGFIELD, OR  97478

MATHESON BRANDS-DBA-WHITETAILR
PO BOX 138
PLYMOUTH, WI  53073

MATHESON FAST FREIGHT
PO BOX 910
ELK GROVE, CA  95759

MATLACHA BAIT & TACKLE
1025 36TH AVE NW
CAPE CORAL, FL  33993

MATT MCGLINCY
2008 FORT MACON ROAD
ATLANTIC BEACH, NC  28512

MATT POLLACK
20433 101ST AVE SE
KENT, WA  98031

MATT SHAVER (DBA SOUTHERN SOLUTIONS)
7500 BABE STILLWELL FARM ROAD
HUNTERSVILLE, NC  28078

MATT SOBOLEWSKI
508 ALETHA DR
GREENWOOD, AK  72936

MATTHEW CRAIG
110 ANITA FORTE DR
CAPE CARTERET, NC  28584

MATTHEW J COWAN
8545 SW OLESON RD
PORTLAND, OR  97223

MATTHEW MCCONVILLE
20382 MOONCREST CIRCLE
HUNTINGTON BCH, CA  92646

MATTHEWS POINT MARINA
2645 TEMPLES POINT RD
HAVELOCK, NC  28532

MATTHEWS, DANIEL C.
14100 NC HWY 210
ROCKY POINT, NC  28457

MATTHEWS, MICHELLE HOLLY
4220 LYNN POINT LANE
APT J
RALEIGH, NC  27613

MATTITUCK FISHING STATION
PO BOX 1404
MATTITUCK, NY  11952

MATTSON, ROBIN A
106 BOGUE SOUND DR
NEWPORT, NC  28570

MATUS, FRANCISCO ANTONIO
11006 POINT SOUTH DRIVE
CHARLOTTE, NC 28273

MATZUO
4770 "C" FOREST STREET
DENVER, CO  80216

MAURERS TRADING POST
1696 PITTSBURGH RD
FRANKLIN, PA  16323

MAURICE ACQUISITION SPE LLC
120 S. LASALLE
CHICAGO, IL  60603

MAURICE ACQUISITION SPE
2779 SHERMER ROAD
NORTHBROOK, IL  60062

MAURICE SPORTING GOODS
19100 AIRPORT WAY 516
PITT MEADOWS, BC  V3Y 0E2
CANADA

MAURICE STARR ENTERTAINMENT
143 MOSSWOOD DR
RAEFORD, NC  28376

MAURICE YELVERTON
ROUTE 2, BOX 36
GRIMESLAND, NC  27837

MAVIS BLAND
1801 CALICO DRIVE
MOREHEAD CITY, NC  28557

MAWS
2009 SIX MILE HWY
CENTRAL, SC  29630

MAX PENEGAR
651 LOUISE AVENUE
CHARLOTTE, NC  28204

MAX WALLACE
5352 SEA COURT
PACE, FL  32571

MAXIM HEALTHCARE SERVICES
PO BOX 631191
BALTIMORE, MD  21263-1191

MAXIMA USA
5597 NE CLARA LANE
SUITE 100
HILLSBORO, OR  97124

MAXIMUM LINUX
PO BOX 52855
BOULDER, CO  80322-2855

MAXIMUM SPORTING GOODS
125 WESTGATE DR
MONTECELLO, AR  71655

MAXS GUN ANTIQUE & PAWN
257 A ST
IDAHO FALLS, ID  83402

MAXWELLS HUNTING & FISHING
5700 GULF TECH DRIVE
OCEAN SPRINGS, MS  39564

MAY GUTTERING & INSULATION, INC.
106 ELIZABETH STREET
HAVELOCK, NC  28532

MAYBURY FENCING, INC.
PO BOX 1185
NORWOOD, NC  28128

MAYER BROWN LLP
2027 COLLECTION CENTER DR
CHICAGO, IL  60693-0020

MAYFLOWER TRANSIT, INC.
PO BOX 198160
ATLANTA, GA  30384

MAYHEM BAIT CO. INC.
4017 CULLEN DRIVE
PLYMPTON-WYOM, ON  N0N 1J6
CANADA

MAYHOODS SPORTING GOODS
102 GILMORE LAND
NORWICH, NY  13815

MAYNARDS TACKLE
205 6TH STREET NORTH
PO BOX 745
WINSTED, MN  55395

MAYPORT MARINE
4852 NORTH OCEAN STREET
MAYPORT, FL  32233

MAYS GUN ANTIQUE PAWN
83402

MAZAMA SPORTING GOODS
289 VALLEY RIVER CENTER
EUGENE, OR  97401

MBK UNLIMITED
230A BENDER RD
ROUNDUP, MT  59072

MCALISTER & MCALISTER, P.A
PO BOX 247 ST
LAURENS, SC  29360

MCALLEN ARMORY
605 SOUTH MAIN
MCALLEN, TX  78501

MCBANE LOCKSMITH & LAWNMOWER
REPAIR
7851 SNOW CAMP RD
SNOW CAMP, NC  27349

MCBRIDE HEATING AND AIR
PO BOX 2305
MOREHEAD CITY, NC  28557

MCBRIDE, CHRISTOPHER K
19451 PROSPECTOR TERRACE
OREGON CITY, OR  97045

MCCANTS, FRANKLIN
920 PEACH PLACE DR
FORTMILL, SC  29715

MCCARTER, THERESA LEE
687 ARIA LN
HUBERT, NC  28539

MCCASKILL, JAQALLE LESHUN
506 GRACE STREET
BENNETTSVILLE, SC  29512

MCCLENDON TRUCKING
PO BOX 120
CORP SERVICES
COLUMBIA, GA  31902

MCCLOUD GENERAL STORE
241 MAIN ST
MCCLOUD, CA  96057

MCCORMICK & COMPANY
211 SCHILLING CIRCLE
HUNT VALLEY, MD  21031

MCCORMICK, EMANUEL CHRISTOPHER
121 SPRING STREET
HAMLET, NC  28345

MCCOYS TACKLE SHOP
PO BOX 210
STANLEY, ID  83278

MCCRACKEN MOTOR FREIGHT INC
PO BOX 10304
PORTLAND, OR  97296-0304

MCCRAY JR, DERRICK LAMONT
35 CLEMMONS STREET
CHERAW, SC  29520

MCCRAY, WILLIAM NYWON
1510 MARKS CREEK CHURCH ROAD
LAUREL HILL, NC  28351

MCDANIELS DO IT CENTER
510 2ND AVENUE
SNOHOMISH, WA  98290

MCDANIELS DO-IT CENTER
510 2ND STREET
SNOHOMISH, WA  98290

MCDONALD SERVICES,INC.
1734 UNIVERSITY COMMERCIAL PL.
P.O.BOX 561238
CHARLOTTE, NC  28256

MCDONALD, DEVION RYHEME
119 NELSON ROAD
ROCKINGHAM, NC  28379-9105

MCDOUGALD, LATAUSHA DENISE
283 SANDHILL RD
ROCKINGHAM, NC  28379

MCELMON, ALBERT N
4520 HWY 24
NEWPORT, NC  28570

MCGLADREY & PULLEN, LLP
4725 PIEDMONT ROW DR, STE 300
CHARLOTTE, NC  28210

MCGLASHAN STORE
PO BOX 8
AKUTAN, AK  99553

MCGREGOR MOUNTAIN OUTDOOR
PO BOX 68
STEHEKIN, WA  98852

MCHALES DELIVERY SERVICE, INC.
PO BOX 4072
READING, PA  19606

MCI
PO BOX 600670
JACKSONVILLE, FL  32260-0670

MCILWAIN, DEKEIDTRIX KEION
344 CITY AVENUE
LANCASTER, SC  29720

MCINNIS, SHARI DANIELLE
169 BRANDIE ROAD
MAXTON, NC  28364

MCINNIS, ZAMIYA TYSHAE
230 GRACE CHAPEL CHURCH ROAD
HAMLET, NC  28345

MCINTOSH, CHARLES DIANGELO
4100 WESTCLIFF DRIVE
CHARLOTTE, NC  28208

MCKEES GUNSHOP
6438 RANDOLPH BLVD
SAN ANTONIO, TX  78233

MCKENZIE SPORTS PROD. INC.
ATTN: SHERRY TUCKER
PO BOX 480
GRANITE QUARRY, NC  28072

MCKENZIE, PAUL
D/B/A MCKENZIE ASPHALT CO.
PO BOX 4726
EMERALD ISLE, NC  28594

MCKINNEY, PAULA C
5315 BENT TREE DR
ROGERS, AR  72758-8653

MCKISSICK, QUANEISHA
13413 CRESCENT SPRINGS DRIVE
APT 1
CHARLOTTE, NC  28273

MCLAUGHLIN SPORTING GOODS
8036 SW 109TH PLACE ROAD
OCALA, FL  34481

MCLAUGHLIN TRUCK SERVICE INC
PO BOX 176
ROCKINGHAM, NC  28380

MCLAUGHLIN, TIMOTHY LEVON
112 SUN GLORY DRIVE
ROCKINGHAM, NC  28379

MCLAURIN PARKING CO
PO BOX 781
RALEIGH, NC  27602

MCMASTER-CARR
6100 FULTON INDUSTRIAL BLVD
ATLANTA, GA  30336

MCMENAMINS GROUP SALES
2126 SW HALSEY
TROUTDALE, OR  97060

MCMILLAN, SUSAN HARRIS
230 CHANNEL MARKER LOOP
SWANSBORO, NC  28584

MCMILLON, TERRY LEE
1114 MARIETTA STREET
CHARLOTTE, NC  28214

MCNAIR TOWN & COUNTRY
121 FAIRLEY ST
LAURINBURG, NC  28352

MCNAIR TRUE VALUE HARDWARE
PO BOX 899
BANDON, OR  97411

MCNEELY PLASTIC PRODUCTS
5166 KEELE STREET
JACKSON, MS  39206

MCNEIL, RASHETTA ANTAWONIECE
130 WOODLAND ROAD
ROCKINGHAM, NC  28379

MCNEIL, SHARRONDA DEMIA
3122 MARLBOROUGH ROAD
CHARLOTTE, NC  28208

MCNEILL, TERRANCE T.J.
7131 BEATTIES FORD ROAD
CHARLOTTE, NC  28216

MCNUTT, BRABSON LEE
2403 BRADFORD STREET
MOREHEAD CITY, NC  28557

MCOMIES CUSTOM LURES
4233 SW ELEVEN MILE AVENUE
GRESHAM, OR  97080

MCPF-LRC LOGISTICS, LLC
4500 140TH AVENUE NORTH
SUITE 101
CLEARWATER, FL  33762

MCQUEEN, MARY BRADSHAW
212 VIRGINIA AVE.
MOREHEAD CITY, NC  28557

MCQUEENS
4426 ARENDELL STREET
MOREHEAD CITY, NC  27557

MCVILLE HARDWARE & LUMBER
412 W FELTON AVE
MCVILLE, ND  58254-0277

MD EQUIPMENT SERVICES LLC
PO BOX 5582
ALOHA, OR  97006-0582

MD INNOVATIONS INC.
214 EDGEWATER DRIVE
MOUNT JULIET, TN  37122

MDA
DENNIS COMPANY
146 5TH ST
RAYMOND, WA  98577

MDI
163 DELAWARE AVE
PO BOX 350
DELMAR, NY  12054

MEACHAM MOBILE
64 SOUTH MAIN STREET
PORT HENRY, NY 12974

MEALS ON WHEELS
C/O SARITA THOMPSON
314 OLD CAUSEWAY ROAD
ATLANTIC BEACH, NC 28512

MEC-GAR USA INC.
998 N. COLONY ROAD
MARIDAN, CT 06450

MECHANICSVILLE BUILDING SUPPLY
PO BOX 3
MECHANICSVILLE, MD 20659

MECHANIK NUCCIO WILLIAMS HEARNE & WE
BANK OF AMERICA PLAZA, STE 3140
101 EAST KENNEDY BLVD
TAMPA, FL 33602-5151

MECKLENBURG COUNTY OFFICE OF THE
TAX COLLECTOR
VALERIE C. WOODARD CENTER
3205 FREEDOM DR., STE 3000
CHARLOTTE, NC 28208

MECKLENBURG COUNTY TAX COLLECTOR
PO BOX 71063
CHARLOTTE, NC 28272-1063

MED CENTER 1
PO BOX 3097
ATLANTIC BEACH, NC 28512

MED EMERGENCY CLINIC
5270 KNIGHT ARNOLD RD
MEMPHIS, TN 38118

MED WORKS
PO BOX 18188
MEMPHIS, TN 38181-0188

MEDICAL PARK PHARMACY
301 PENNY LANE
MOREHEAD CITY, NC 28557

MEDTRAIN
ATTN:SCOTT LENHART
708 WINDY TRAIL
NEWPORT, NC 28570

MEFCOR OUTDOORS
97450 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

MEGA FORCE STAFFING GROUP INC
1001 HAY ST
FAYETTEVILLE, NC 28305

MEGA FORCE
P.O.BOX 711236
CINCINNATI, OH 45271-1236

MEGACHEM
647 SOUTHWEST STREET
HIGH POINT, NC 27260

MEGUIARS
5555 EAST RAINES RD
MEMPHIS, TN 38115

MEI / MICRO CENTER
1100 STEELWOOD ROAD
COLUMBUS, OH 43212-9972

MEI/MICRO CENTER
1100 STEELWOOD ROAD
COLUMBUS, OH 43212

MEILINK SAFE CO.
111 SECURITY PKWY
NEW ALBANY, IN 47150

MEINZ, BRENDA
515 3RD STREET SOUTH
SAUK RAPIDS, MN 56379

MEINZ, MICHELE
1265 24TH AVENUE NORTHEAST
SAUK RAPIDS, MN 56379

MEISLER
PO BOX 3357
EVANSVILLE, IN 47732

MEJIA, MERCY SOHANI
11429 CHAPECLANE RD
CHARLOTTE, NC 28278

MEJORADO-RAMIREZ, ESPERANZA
10050 BRIGHTRIDGE CT
RENO, NV 89506

MELANIE KACZYNSKI
P.O. DRAWER 1107
MOREHEAD CITY, NC 28557

MELEAN, ANA ISOLINA
2328 REBECCA AVE
CHARLOTTE, NC 28208-6757

MELLOS BAIT
2816 RIO GRANDE DR
ANTIOCH, CA 94509

MELS SPORT SHOP
PO BOX 1036
WILLMAR, MN 56288

MELVIN CREWSON
127 JAMISON AVE. SE
ROANOKE, VA 24013

MEMORY LANE VIDEO LLC
PO BOX 371146
LAS VEGAS, NV 89137

MEMPHIS ICE MACHINE CO
4130 DELP RD
MEMPHIS, TN 38118

MEMPHIS LIGHT, GAS & WATER
PO BOX 388
MEMPHIS, TN 38101

MEMPHIS SCALE WORKS INC
PO BOX 381497
GERMANTOWN, TN 38183-1497

MENA ROBLES, JOSE
3564 MAZZONE AVENUE
APT G
RENO, NV 89502

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38137

MENDEZ, GERARDO YOSIO
1045 WYLIE SPRINGS CIRCLE 311
CLOVER, SC 29710

MENDEZ, MAGNO JUNIOR
1312 BETHEL ROAD
CHARLOTTE, NC 28208

MENDOZA GONZALEZ, FREDDY
258 HAYWOOD PARKER ROAD
ELLERBE, NC 28338

MENDOZA, ALEXANDRA MARIBEL
13220 STEELECROFT PARKWAY
CHARLOTTE, NC 28278

MENDOZA, DANIS JOSE
12903 YORKRIDGE DRIVE
CHARLOTTE, NC 28273

MENDOZA, LUZ
1535 OLIVER AVENUE
RENO, NV 89512

MENDOZA, OMAR OMAR
13405 LITTLE ABBEY LANE
APT. 101
CHARLOTTE, NC 28278

MENGO DOTLINE INDUSTRIES
4611 GREEN BAY ROAD
KENOSHA, WI 53142

MENSCH, JANE E
423 NINE FOOT ROAD
NEWPORT, NC 28570

MEPROLIGHT USA
1441 STONERIDGE DRIVE
MIDDLETOWN, PA 17057

MEPROLIGHT
1 LENOX AVENUE
FARMINGDALE, NY 11735

MERCER TOOL CORP.
1860 SMITHTOWN AVENUE
RONKONKOMA, NY 11779

MERCHANDISING INVENTIVES
917 NORTH SHORE DRIVE
LAKE BLUFF, IL 60044

MERCHANTS CENTRALIZED CUSTOMER
SERV
PO BOX 910789
DALLAS, TX 75391-0789

MERCHANTS
PO BOX 79223
BALTIMORE, MD 21279-0223

MERCURY COMMUNICATIONS
1283 RECORD CROSSING
DALLAS, TX 75235

MERCURY INTERACTIVE
PO BOX 200876
DALLAS, TX 75320-0876

MERGENTHALER TRANSFER & STORAGE
1414 N MONTANA AVE
HELENA, MT 59601

MERRILL LYNCH
2611 EAST OAKLAND PARK BLVD.
FT. LAUDERDALE, FL 33306

MERRITT TRADING POST
HC 32 BOX 23
VALENTINE, NE 69201

MERRY MAIDS
102 JUSTIN DR
NEW BERN, NC 28562

METAL FUSION INC
712 ST GEORGE AVE
JEFFERSON, LA 70121

METER FISHING TACKLE
10825 QUAAL ROAD
BLACK HAWK, SD 57718

METRIC MACHINE CO OF GASTONIA, INC
1930 MOUNTAIN BROOK DR
GASTONIA, NC 28052

METRO BUSINESS CENTRE,INC.
10364 SOUTHWEST 128 TERRACE
MIAMI, FL  33176

METRO FINANCIAL SERVICES
PO BOX 970817
DALLAS, TX  970817

METRO OVERHEAD DOOR
2525 NE COLUMBIA BLVD
PORTLAND, OR  97211

METROPOLIS TECHNOLOGIES
PO BOX 6871
CAROL STREAM, IL  60197

METROPOLITAN SOFTWARE
244 FIFTH AVENUE
SUITE 2229
NEW YORK, NY  10001

METROPOLITAN VACUUM
CLEANER CO., INC.
PO BOX 149
SUFFERN, NY  10901

METSKER MAPS INC
7530 28TH STREET WEST A
UNIVERSITY PLCE, WA  98466

METTLER-TOLEDO, INC.
L-857
COLUMBUS, OH  43260

METZGAR CONVEYORS
901 METZGAR DR
COMSTOCK PARK, MI  49321-9758

METZLER MARINE & MFG
1417 SW 112TH STREET
SEATTLE, WA  98146

MEYER ASSOCIATES, INC.
14 NORTH SEVENTH AVE.
ST. CLOUD, MN  56303

MEYER LABORATORY INC
2401 NW JEFFERSON ST
BLUE SPRINGS, MO  64015

MEZA DE MADERA, MARIA CRUZ
795 TOPAZ DRIVE
RENO, NV  89502

MGM GRAND HOTEL
PO BOX 748137
LOS ANGELES, CA  90074-8137

MIAMI LANLDLORD
9379 S.W. 56TH STREET
MIAMI, FL  33165

MIAMI-DADE POLICE DEPT
FALSE ALARM ENFORCEMENT UNIT
7617 SW 117TH AVE
MIAMI, FL  33183-3821

MIAMI-DADE TAX COLLECTOR
PO BOX 025218
MIAMI, FL  33102-5218

MICHAEL ALAN ABRAMSON
9031 W OLYMPIC BLVD
BEVERLY HILLS, CA  90211

MICHAEL BACON
911 IREDELL ST
DURHAM, NC  27705

MICHAEL BERZEL
1461 SHADE TREE CIRCLE
BILLINGS, MT  59102

MICHAEL CUNNINGHAM
2503 NOTTINGHAM DR
VALPARAISO, IN  46383

MICHAEL D. RAMSEY
402 PRESBYTERIAN ROAD
MOORESVILLE, NC  28115

MICHAEL F. KOTARBA
69 LONGMEADOW DRIVE
AMHURST, MA  01002

MICHAEL GIBSON
2207 WOOD SPRINGS AVE
CALDWELL, ID  83605

MICHAEL GOTTHEARDT
3588 MOODY ROAD
ABRAMS, WI  54101

MICHAEL HERB
12980 NW AERTS RD
BANKS, OR  97106

MICHAEL HINCH
168 PHEASANT LN
NEWCASTLE, CA  95658-9415

MICHAEL HOFFMAN
4180 RUFFIN RD.
SAN DIEGO, CA  92123

MICHAEL J. DEDMON
1534 PLUMMER STREET
OSHKOSH, WI  54902

MICHAEL KELLEY
3282 ALISTAIR CT
JACKSONVILLE, FL  32226

MICHAEL OF ANGELOS
14136 WOODHOLLOW LANE
POWAY, CA  92064

MICHAEL PARKERS PRO FISHING
6813 HIGHWAY 27 WEST
VALE, NC  28168

MICHAEL R HENDRICKS
699 E ROBERTS
FRESNO, CA  93710

MICHAEL SOBOEIRO
175 SHORT RD
PINEHURST, NC  28374

MICHAEL T ALLDRITT
C/O ALL SPORTS
OR  97015

MICHAEL T ZANONE MD
38118

MICHAEL WEBB
1447 S.W. 10TH STREET
NORTH BEND, WA  98045

MICHAELS BAIT & TACKLE
202 MANSION AVE.
STATEN ISLAND, NY  10308

MICHAELS PLACE INC.
235 OCEAN BLVD.
HAMPTON BEACH, NH  03842

MICHAELS PLUMBING HEATING & AIR INC
PO BOX 4168
SPARKS, NV  89432

MICHELL WILLOUGHBY
2802 OLD ABERDEEN RD
ROCKINGHAM, NC  28379

MICHELLE LYMAN MCCORMICK
1156 FIELDTRIAL CIRCLE
GARNER, NC  27529

MICHELLE MCDONALD
9 ALEXANDER RD
HAVELOCK, NC  28532

MICHELLE SCHREIBER
350 E. AGATE LOOP RD.
SHELTON, WA  98584

MICHELLI MEASUREMENT GROUP INC.
130 BROOKHOLLOW ESPLANADE
HARAHAN, LA  70123

MICHIGAN ASSOCIATIONS OF CPAS
28116 ORCHARD LAKE ROAD
PO BOX 9054
FARMINGTON HILL, MI  48333-9054

MICHIGAN DEPARTMENT OF CONSUMER &
INDUSTRY SERV. CORP BUREAU
PO BOX 30057
LANSING, MI  48909-7557

MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30113
LANSING, MI  48909

MICHIGAN DEPT OF TREASURY
PO BOX 30113
LANSING, MI  48909

MICHIGAN DEPT. OF COMMERCE
CORPORATION AND SECURITIES BUREAU
PO BOX 30054
LANSING, MI  48909-7554

MICHIGAN TACKLE SPECIALTIES
1020 1/2 E COLUMBIA AVE
BATTLE CREEK, MI  49014

MICHIGAN UNITED CONSERVATION CLUBS
PO BOX 30235
LANSING, MI  48909

MICHMARIS RODS & GAFFS
157 CHESTNUT HILL AVE
CRANSTON, RI  02920

MICKEY, MATTHEW
34 MOUNTAIN VIEW LANE
POTTSVILLE, PA  17901

MICRO BUSINESS SOFTWARE
606-G VENICE BLVD
VENICE, CA  90291

MICRO FOCUS, INC.
DEPT 1294
DENVER, CO  80291-1294

MICRO PRODUCTS INC
890 20TH AVE SE
MINNEAPOLIS, MN  55414

MICRO SIGHT CO
242 HARBOR BLVD
BELMONT, CA  94002

MICRO SOURCE,INC.
3704 TRADE CENTER DR.
ANN ARBOR, MI  48108

MICROAGE
6040B SIX FORKS ROAD
RALEIGH, NC  27609

MICROWAREHOUSE INC. DBA DATACOMM, MACWAREHOUSE, MACSYSTEMS, NU-DATA
1720 OAK STREET
LAKEWOOD, NJ  08701

MID ATLANTIC PRINTERS LTD
503 THIRD ST
ALTA VISTA, VA  24517

MIDCOM DATA TECHNOLOGIES, INC.
37694 ENTERPRISE COURT
FARMINGTON HILL, MI  48331

MID-CONTINENT ADJUSTMENT CO.
1941 BISHOP LANE
LOUISVILLE, KY  40218-1901

MID-EVIL INDUSTRIES
PO BOX 7735
SAN DIEGO, CA  92167

MIDLAND RADIO CORPORATION
5900 PARRETTA DRIVE
KANSAS CITY, MO  64120

MID-MINNESOTA DRUG TESTING INC
121 1ST STREET NE
LITTLE FALLS, MN  56345

MID-SOUTH FOOD SERVICE
203 W SOUTH ST
ABERDEEN, NC  28315

MID-SOUTH MARKING SYSTEMS
2677 MT MORIAH TERRACE
MEMPHIS, TN  38115

MID-SOUTH SYSTEMS
2890 RALEIGH LAGRANGE
ROSSVILLE, TN  38066

MID-STATES DIST. CO.
548 S. SNELLING AVE
ATTN: KAREN GESKE
ST. PAUL, MN  55116

MID-STATES DISTRIBUTING, LLC
2800 MEACHAM BLVD
FORT WORTH, TX  76137

MIDWAY MARINA & MOTEL
157 COINJOCK DVELOPMENT RD
COINJOCK, NC  27923

MIDWAY MARINA
HWY 150 LAKE NORMAN
TERRELL, NC  28682

MIDWEST ELECTRONICS
3713 NORTH 25TH AVENUE
ATTN: JOLA
SCHILLER PARK, IL  60176

MIDWEST HARDARE ASSOCIATION
1421 STRONGS AVENUE
STEVENS POINT, WI  54481

MIDWEST MOTOR EXPRESS INC
BOX 1496
BISMARCK, ND  58502

MIDWEST OF CANNON FALLS
32057 64TH AVE
CANNON FALLS, MN  55009-0020

MIDWEST PHOTO CO., INC.
P.O BOX 686
OMAHA, NE  68101

MIDWEST ROD AND REEL INC.
8565 PLAINFIELD RD
LYONS, IL  60534

MIDWEST WAX WORMS
73656 240TH AVENUE
HAYFIELD, MN  55940

MIGNEREY, MELISSA DAWN
675 MARINA GATEWAY DR.
514
SPARKS, NV  89434

MIKE BATTA
34 ESPY RD.
CALDWELL, NJ  07006

MIKE BRUTON
1402 ARENDELL ST
MOREHEAD CITY, NC  28557

MIKE CALKINS
1703 BRENNER
SAGINAW, MI  48602

MIKE CANNOY
2410 EAST LAWN DR
MARION, IA  52302

MIKE CODINO
17816 SE 22ND ST
VANCOUVER, WA  98683

MIKE CUMMINGS
PO BOX 370
PIERRE, SD  57501

MIKE FRENCH
17019 NE 136TH ST
REDMOND, WA  98052

MIKE GOTTHEARDT
3588 MOODY ROAD
ABRAMS, WI  54101-9764

MIKE HERB
10070 NW ROY RD
CORNELIUS, OR 97113

MIKE HOLT
3073 HIGHWAY 24
NEWPORT, NC 28570

MIKE ROMAN
101 E 3RD ST
RIFLE, CO 81650

MIKE HOPKINS
4282 ST THERESA AVE
SOPCHOPPY, FL 32358

MIKE KURVERS
1198 JEFFERSON ST
SHAKOPEE, MN 55379

MIKE LAWRENCE ELECTRIC
3073 HIGHWAY 24
NEWPORT, NC 28570

MIKE LAWRENCE ELECTRIC
3238 HWY 24
NEWPORT, NC 28570

MIKE MAYER
109 WEST JAMES STREET
PAYNESVILLE, MN 56362

MIKE MCCARTHY
204 NORTH MAPLE STREET
FLORENCE, MA 01060

MIKE MYERS & ASSOC
14008 SE RUSK RD
MILWAUKIE, OR 97222

MIKE OSUNA
200 S ORANGE AVE, 3
EL CAJON, CA 92020

MIKE ROBINSON
25 DUKE STREET
NEWNAN, GA 30265

MIKE TOLER CHRYSLER DODGE JEEP
5340 HIGHWAY 70
PO BOX 989
MOREHEAD CITY, NC 28557

MIKE WALTER
2005 MERCURY WAY
SACRAMENTO, CA 95864

MIKES BAIT & FISHING SUPPLIES
1805 14TH AVE
OAKLAND, CA 94606

MIKES BAIT & TACKLE
6595 LAKE BLVD
FOREST LAKE, MN 55025

MIKES CUSTOM LURES LLC
244 PARKWAY BLVD
ALLIANCE, OH 44601-2200

MIKES GUN & ARCHERY
511 PIERCE LANE
FRANKFORT, KY 40601

MIKES LA BINE BAIT AND TACKLE
116 EAST BEACH BLVD
GULF SHORES, AL 36547

MIKES PLACE
415 HIGHLAND HILLS DRIVE
CLEMMONS, NC 27012

MILAN EXPRESS CO, INC
PO BOX 440235
NASHVILLE, TN 37244-0235

MILD TO WILD
4277 VALLEY FAIR STORE
SIMI VALLEY, CA 93063

MILITARY EXCHANGE BIZ, LLC
2252 LYNX DRIVE
VIRGINIA BEACH, VA 23456

MILLENNIUM OUTDOORS
201 FAIRMONT PLAZA
PEARL, MS 39208

MILLENNIUM RESORT SCOTTSDALE
MCCORM
7401 N SCOTTSDALE RD
SCOTTSDALE, AZ 85253

MILLER JR., BILLY RAY
237 CABEL DRIVE
ROCKINGHAM, NC 28379-4451

MILLER LAW OFFICES
3760 20TH ST STE B
VERO BEACH, FL 32960-2464

MILLER NASH GRAHAM & DUNN LLP
111 SW 5TH AVENUE
SUITE 3400
PORTLAND, OR 97204

MILLER, QUANTERRA JACARRA
1305 GREER STREET
SHELBY, NC 28152

MILLER-NASH
3400 US BANCORP TOWER
111 SW FIFTH AVE
PORTLAND, OR 97204

MILLERS HARDWARE
PO BOX 490
FLOMATON, AL  36441

MILLERS ONE STOP
39824 NEWPORT HWY
ELK, WA  99009

MILETT INDUSTRIES
16131 GOTHARD ST
HUNTINGTON BEACH, CA  92647

MILLIES BUCKTAILS
99246 OVERSEAS HIGHWAY
KEY LARGO, FL  33037

MILLIKEN & MICHAELS
P.O.BOX 2180
BOONE, NC  28607

MILLS, JON
1631 HURST CASTLE ROAD
ST. CLOUD, MN  56303

MILLSTONE PETERSON & WATTS, LLP
2267 LAVA RIDGE CT
SUITE 210
ROSEVILLE, CA  95661

MIMECAST NORTH AMERICA, INC
191 SPRING STREET
LEXINGTON, MA  02421

MIMIS
7169 HWY 8
LEXINGTON, NC  27292

MINARDI, ZACCHERI CASCONE
542 SUNSET POINT DR.
WEST UNION, SC  29696

MINCO TECHNOLOGY CENTER
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

MINDS EYE MEDIA
828 RALPH MCGILL BLVD NE W3
ATLANTIC, GA  30306

MINDSHARE ASSOCIATES
VERTICAL HORIZON OUTFITTERS
5101 ASHLEY PHOSPHATE
N CHARLESTON, SC  29418

MINERS SERVICE STATION
2270 HWY 17
RICHMOND HILL, GA  31324

MINIT SHOP
3803 OCEAN BEACH HWY
LONGVIEW, WA  98632

MINITMAN INC
611 E JACKSON BLVD
SPEARFISH, SD  57783

MINNEAPOLIS CONVENTION CENTER
ATTN: JODY GEISELHART
1301 SECOND AVE. S.
MINNEAPOLIS, MN  55403-2781

MINNESOTA BRAND INC.
7444 COUNTY ROAD 27 NW
PENNOCK, MN  56279

MINNESOTA CORRUGATED BOX, INC
2200 Y.H. HANSON AVE
PO BOX 610
ALBERT LEA, MN  56007

MINNESOTA DEPARTMENT OF ECONOMIC
SEC
NW-3998
PO BOX 821
MINNEAPOLIS, MN  55480-0821

MINNESOTA DEPARTMENT OF REVENUE
PO BOX 64439
ST PAUL, MN  55164-0439

MINNESOTA DEPT OF LABOR & INDUSTRY
443 LAFAYETTE RD N
ST. PAUL, MN  55155

MINNESOTA DEPT. OF ECONOMIC SECURITY
TAX ACCOUNTING SECTION
390 N. ROBERT
ST. PAUL, MN  55101

MINNESOTA DEPT. OF EMPLOYMENT &
ECONOMIC DEV
180 E 5TH ST, SUITE 1200
ST. PAUL, MN  55101

MINNESOTA ELECTRONICS
241-28TH AVENUE N
ST CLOUD, MN  56303

MINNESOTA PARTNERSHIP TAX
MAIL STATION 1760
ST. PAUL, MN  55145-1760

MINNESOTA REVENUE
PO BOX 64622
ST PAUL, MN  55164-0622

MINNESOTA SAFETY COUNCIL
474 CONCORDIA AVE
ST PAUL, MN  55103-2430

MINNESOTA SUPPLY CO
6470 FLYING CLOUD DR
EDEN PRAIRIE, MN  55344-3372

MINNESOTA U.C. FUND
NW 3998
PO BOX 821
MINNEAPOLIS, MN  55480-0821

MINNEWASKA BAIT
RR 2, BOX 19
STARBUCK, MN  56381

MIN-O-AIRE
3824 EAST 6TH AVENUE
STILLWATER, OK  74074-6400

MINORS COUNTRY STORE
874 MAIN STREET
FAIRFAX, VT  05454

MIRAB USA
21655 TROLLEY INDUSTRIAL WAY
TAYLOR, MI  48180

MIRACLE MIX CO
1555 E 1500 N
HAMER, ID  83425

MIRACLE PROFESSIONAL BASEBALL CLUB
LEE COUNTY SPORTS COMPLEX
14400 SIX MILE CYPRESS PARKWAY
FORT MYERS, FL  33912

MIRAMAR TRUCK CENTER
6066 MIRAMAR RD
SAN DIEGO, CA  92121

MIRANDA LILES
604 CENTER ST APT 6D
BENNETTSVILLE, SC  29512

MISSILE BAITS, LLC
170 TURNER ROAD
SALEM, VA  24153

MISSISSIPPI DEPT OF FISHERIES & PARK
ATTN: CURTIS THORNHILL
1505 EASTOVER DR
JACKSON, MS  39211

MISSISSIPPI EMPLOYMENT
SECURITY COMMISSION
PO BOX 22781
JACKSON, MS  39225-2781

MISSISSIPPI STATE TAX COMMISSION
PO BOX 960
JACKSON, MS  39205

MISSOURI RIVER TACKLE
934 RAILROAD AVE.
BATH, SD  57427

MISTER TWISTER
1401 COMMERCE ST
PO BOX 996
MINDEN, LA  71058

MISTRETTA, STEPHEN ROY
10223 PLUM CREEK LN APT F
CHARLOTTE, NC  28210

MISTY MATE
955 N FIESTA BLVD
SUITE 1
GILBERT, AZ  85233

MITCH ADAMS
68 NE RASPBERRY LOOP
MILTOMFREEWATER, OR  97862

MITCH MITCHELL
168 PHEASANT LN
NEWCASTLE, CA  95658

MITCHELL WHITNEY
DBA PLATINUM MOBILE DETAILING
5 TAYLOR ST
HAVELOCK, NC  28532

MITCHELLS BAIT & TACKLE
4805 S.E. DIXIE HWY
STUART, FL  34997

MITCHELLS GROCERY & SEAFOOD
PO BOX 13
CENTURY, FL  32535

MITCHELLS OUTPOST
2155 W HWY 152
LOS BANOS, CA  93635

MI-T-M CORPORATION
50 MI-T-M DRIVE
PEOSTA, IA  52068

MIZMO BAIT CO.
270 RICHMAN ROAD
ST CLAIR, MI  48079

MKS SUPPLY / INLAND MFG.
8611-A NORTH DIXIE DRIVE
DAYTON, OH  45424

MKS SUPPLY, LLC/HI-POINT
8611-A NORTH DIXIE DRIVE
DAYTON, OH  45414

ML LYNCH SINCE 1940, LLC
111 N MAIN STREET
BOSTON, GA  31626

MLG INC DBA SENTRY HARDWARE
250 3RD ST
FAIRBANKS, AK  99701

MMT
6523 N. GALENA RD.
PEORIA, IL  61614

MN MOBILITY
3900 ROOSEVELT ROAD
SUITE 101
ST. CLOUD, MN  56301

MNB PARTNERSHIP
3115 GOLF TERRACE
ST. CLOUD, MN  56301

MNY
CUSTOMER SERVICE CENTER
CAMP HILL, PA  17012-8808

MOBES BUSINESS FORMS INC
17055 SW ARKENSTONE DR
DURHAM, OR  97224

MOBILE COUNTY TAX COLLECTOR
C/O CITY OF MOBILE
PO BOX 2745
MOBILE, AL  36652-2745

MOBILE MINI INC.
MOBILE MINI
PO BOX 91975
CHICAGO, IL  60693-1975

MOBILE MINI LLC
PO BOX 79149
PHOENIX, AZ  85062-9149

MOBILE MINI, INC
MOBILE MINI
PO BOX 91975
CHICAGO, IL  60693-1975

MOBILE TACTICS
4306 ARNOLD AVENUE
NAPLES, FL  34104

MOCK, BRENDA SUE
13 SOUTH PRAIRIE DUNES DRIVE
ROGERS, AR  72758

MOFFATT THOMAS
PO BOX 829
BOISE, ID  83701-0829

MOHAWK VALLEY SPORTING GOODS
203 RIVERSIDE DRIVE
FULTONVILLE, NY  12071

MOJACK DISTRIBUTORS, LLC
3535 N ROCK ROAD, STE 300
WICHITA, KS  67226

MOJO CO.
PO BOX 1267
APEX, NC  27502

MOJO OUTDOORS/HUNTWISE
623 HWY 594
MONROE, LA  71203

MOLD CRAFT FISHING PRODUCTS
501 N.E. 28TH STREET
POMPANO BEACH, FL  33064

MOLERWAY FREIGHT LINES
PO BOX 37100
BILLINGS, MT  59107-7100

MOLEX PREMISE NETWORKS
MPN INSIDE SALES
2222 WELLINGTON CT
LISLE, IL  60532

MOLINA, INGRID JOSEFINA
10006 DRAWBRIDGE DR
CHARLOTTE, NC  28215

MOLINE, LISA
1850 SLIGO LN
BILLINGS, MT  59106

MOLINE, MICHAEL J
1850 SLIGO LN
BILLINGS, MT  59106

MOMBRANCHE, KERBY
8222 LODGE SOUTH CIRCLE
CHARLOTTE, NC  28217

MOMENTIVE INC.
C/O BANK OF AMERICA LOCKBOX SERVICES
32330 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-2300

MOMS BEACH EMPORIUM
P.O.BOX 2380
KILL DEVIL HILL, NC  27948

MONA BARBER
MOREHEAD CITY, NC  28557

MONARCH FOODSERVICE
PO BOX 58129
5201 DEPARTURE DRIVE
RALEIGH, NC  27658

MONARCH HOTEL
12566 SE 93RD AVE
CLACKAMAS, OR  97015

MONARCH MARKING SYSTEMS
P.O.BOX 1815
DAYTON, OH  45401

MON-DAK MARINE
PO BOX 28
FORT PECK, MT  59223

MONDOCAT, LLC
73160 US HIGHWAY 75
AUBURN, NE  68305

MONDOVI HARDWARE CO
109 S EAU CLAIRE ST
MONDOVI, WI  54755

MONELUS, NANCY GRACE
402 BETHEL CHURCH ROAD
CLOVER, SC  29710

MONEY
PO BOX 60700
TAMPA, FL  33660-0700

MONGOLD, GLENN A
2013 LIBERTY DRIVE
MECHANICSBURG, PA  17055

MONREAL, JULIO
790 BRINKBY AVENUE 32
RENO, NV  89509

MONSTER
PO BOX 905370
CHARLOTTE, NC  28290-5370

MONSTER.COM
PO BOX 632163
CINCINNATI, OH  45263-2163

MONTANA AIR CARTAGE INC
PO BOX 81022
BILLINGS, MT  59108-1022

MONTANA CONTAINER CORP
1925 DEAD MANS GULCH
BOZEMAN, MT  59715

MONTANA CSED
PO BOX 8000
HELENA, MT  59604-8001

MONTANA DEPARTMENT OF LABOR AND
INDUSTRY
PO BOS 1728
HELENA, MT  59624-1728

MONTANA DEPARTMENT OF REVENUE
PO BOX 5805
HELENA, MT  59604-5805

MONTANA DEPARTMENT OF REVENUE
PO BOX 8021
HELENA, MT  59604-8021

MONTANA FOOD DISTRIBUTING INC
PO BOX 21339
BILLINGS, MT  21339

MONTANA MAPPING & GPS. LLC
1675 SHINDIG DRIVE
MISSOULA, MT  59808

MONTANA MOBILE DOCUMENT SHREDDING
PO BOX 22403
BILLINGS, MT  59104

MONTANA OUTDOOR SPORTS
708 N MAIN ST
HELENA, MT  59601

MONTANA SAFETY SERVICES COUNCIL
2910 THIRD AVE NORTH
BILLINGS, MT  59101

MONTANA SECRETARY OF STATE
PO BOX 202802
HELENA, MT  59620-2802

MONTANA-DAKOTA UTILITIES CO
PO BOX 5600
BISMARCK, ND  58506-5600

MONTAUK ANGLER
D/B/A FREDDIES B & T
102 FAWN DR
EAST ISLIP, NY  11730

MONTAUK MARINE BASIN
PO BOX 610
MONTAUK, NY  11954

MONTE SQUARE ENTERPRISE
550 BRUMFIELD AVE
MONTESANO, WA  98563

MONTEBELLO CAMPING
3831 OLD FOREST RD, STE 6
LYNCHBURG, VA  24501

MONTEREY BAIT & TACKLE
41 MARLIN BLVD.
JERSEY CITY, NJ  07302

MONTGOMERY COUNTY PRIMARY CARE
CORP
DBA FIRSTHEALTH-CAROLINA FAMILY MED
104 PHYSICIANS PK DR
ROCKINGHAM, NC  28379-5204

MONTGOMERY COUNTY
STATE ATTORNEYS OFFICE
50 MARYLAND AVENUE
ROCKVILLE, MD  20850

MONTOYA REYMUNDO D/B/A
A.R. & A.S PROFESSIONAL JANITORIAL
3301 SPRING MEADOWS
GRAND PRAIRIE, TX  75052

MONTOYA, ANDREW ALONSO
600 GEIGER GRADE ROAD 933
RENO, NV  89521

MONTOYA, DAVID RICARDO
417 CROWN DRIVE
UNIT 202
FORT MILL, SC  29708

MONUMENT LAKE PARK
4789 HWY 12
WESTON, CO  81091

MONUMENTAL LIFE INSURANCE COMPANY
C/O ARMADACARE
9690 DEERECO RD
TIMONIUM, MD  21093

MOODYS ANALYTICS, INC.
PO BOX 1167140
ATLANTA, GA  30368-6714

MOONEYS BAIT SHOP
HC63 BOX 1027
INEZ, KY  41224

MOORE & VAN ALLEN PLLC
SUITE 4700
100 NORTH TRYON STREET
CHARLOTTE, NC  28202-4003

MOORE & VAN ALLEN, PLLC
100 N. TRYON STREET FLOOR 47
CHARLOTTE, NC  28202

MOORE COMMUNICATIONS
20811 NW CORNELL RD, STE 700
HILLSBORO, OR  97124

MOORE WALLACE NORTH AMERICA, INC.
3075 HIGHLAND PKWY STE 400
DOWNERS GROVE, IL  60515-1228

MOORE
PO BOX 7777
W501934
PHILADELPHIA, PA  19175-1934

MOORE, KEVIN RASHAUN
7804 ROYAL POINT DRIVE
APT 203
CHARLOTTE, NC  28273

MOORE, RICKEY R
183 SILVERHILL RD
NEWPORT, NC  28570

MOORES TRUE VALUE
1230 E MAIN ST
HAVELOCK, NC  28532

MOORESVILLE JEWELRY AND LOAN
597 N. MAIN STREET
MOORESVILLE, NC  28115

MORAINE FISHING & CAMPING CENTER
2191 PROSPECT RD 1
PROSPECT, PA  16052

MORALE, WELFARE AND
RECREATION 0220 FISCAL DEPT
MARINE CORPS AIR STATION
CHERRY POINT, NC  28533-5001

MORALES DE GARCIA, BEATRIZ
6607 HEMSWORTH TERRACE
CHARLOTTE, NC  28227

MORALES VARGAS, JESSICA
4925 COURTNEY RIDGE LANE
APT 534
CHARLOTTE, NC  28217

MORALES, MIGUEL ANGEL
9230 ROTHERHAM LANE
CHARLOTTE, NC  28216

MORAN RINCON, LORENNY COROMOTO
4607 WATERFORD KNOLL DRIVE
APT 1311
CHARLOTTE, NC  28226

MORAN RINCON, LOUSDY CAROLINA
7709 WATERFORD SQUARE APTO 335
CHARLOTTE, NC  28226

MORAN, LUIS MORAN
2328 REBECCA AVENUE
CHARLOTTE, NC  28208

MORE DIRECT
PO BOX 918588
ORLANDO, FL  32891-8588

MORE SALES INC
2732 25TH ST NORTH
ST. PETERSBURG, FL  33713

MOREFIELD COMMUNICATIONS
ACCOUNTS RECEIVABLE
35 N 35TH ST
CAMP HILL, PA  17011

MOREHEAD BLOCK AND TILE
PO BOX 36
HWY 70 WEST
MOREHEAD CITY, NC  28557

MOREHEAD CITY COUNTRY CLUB
PO BOX 2400
MOREHEAD CITY, NC  28557

MOREHEAD CITY JAYCEES
PO BOX 1262
MOREHEAD CITY, NC  28557

MOREHEAD CITY POLICE DEPARTMENT
300 NORTH 12TH STREET
MOREHEAD CITY, NC  28557

MOREHEAD CITY ROTARY
4920 ARENDELL STREET
MOREHEAD CITY, NC  28557

MOREHEAD OFFICE EQUIPMENT CO.
PO BOX 688
MOREHEAD CITY, NC  28557

MORENO, MICHELLE JHOANNA
605 CAMERON WALK CT 204
CHARLOTTE, NC  28217

MORGANS OUTDOORS
1017 BRADFORD - HICKS
LIVINGSTON, TN  38570

MORRELL TARGETS
1721 HWY 71 NORTH
ALMA, AR  72921

MORRIS PRESS COOKBOOKS
3212 E HWY 30
KEARNEY, NE  68847

MORRIS, ASHLEY ELIZABETH
1109 NATALIE DRIVE
LAWRENCE, KS  66046

MORRIS, DANIEL BRYAN
1600 NEWPORT LANE
RENO, NV  89506

MORRIS, LINDA M
819 FIELDS ROAD
NEW BERN, NC  28560

MORRIS, MANNING & MARTIN
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD, N.E.
ATLANTA, GA  30326-1044

MORROWS HARDWARE
PO BOX 246
GOLD HILL, OR  97525

MOS INC. DBA SNAG PROOF MFG.
5700 GULF TECH DRIVE
OCEAN SPRINGS, MS  39564

MOSES & SINGER LLP
405 LEXINGTON AVE
NEW YORK, NY  10174-1299

MOSIERS SPORTING GOODS
W117 W BANNERMAN
RED GRANITE, WI  54970

MOSS BOYLES CONSTRUCTION, LLC
10345 NATIONS FORD ROAD
SUITE E
CHARLOTTE, NC  28273

MOTE MARINE LAB & AQUARIUM
ATTN: DEVELOPMENT OFFICE
1600 KEN THOMPSON PKWY
SARASOTA, FL  34236

MOTEL PROPERTIES, INC
T/A CLARION RESORT
85 BEACHVIEW DR
JEKYLL ISLAND, GA  31527

MOTOR CARGO
PO BOX 2351
SALT LAKE CITY, UT  84110

MOTOR VEHICLE SERVICES
ACCIDENT UNIT
1905 LANA AVENUE, NE
SALEM, OR  97314-4120

MOTOROLA
101 TOURNAMENT DR
HORSHAM, PA  19044

MOTYKAS FISHN POST
2201 STEVENS POINT
RICHLAND, WA  99352

MOULTRIE FEEDERS INC.
5724 HIGHWAY 280 E
BIRMINGHAM, AL  35242

MOULZOLF, KAREN C
8775 PINE ROAD NE
FOLEY, MN  56329

MOUNT HOOD FOODS
PO BOX 9
RHODODENDRON, OR  97049

MOUNTAIN ALARM
PO BOX 735358
DALLAS, TX  75373-5358

MOUNTAIN CORK INC
1878 W 12600 S 423
RIVERTON, UT  84065

MOUNTAIN HARDWARE & SPORTS
P O BOX 2913
TRUCKEE, CA  96160

MOUNTAIN HIGH GROCERY
PO BOX 468
DETROIT, OR  97342

MOUNTAIN HIGH HUNTING
101 EAST MAIN STREET
REBERSBURG, PA  16872

MOUNTAIN TRADER GUN & PAWN
405 EAST 3RD ST
WESTON, WV  26452

MOUNTAIN VALLEY EXPRESS CO.
PO BOX 2569
MANTECA, CA  95336

MOUNTAIN VIEW GUN SHOP
1163 SHENK HOLLOW RD
LURAY, VA  22835

MOUNTAIN VIEW MARKET
RT 2 BOX 51
GATE CITY, VA  24251

MOUNTAIN VILLAGE RESORT
PO BOX 150
STANLEY, ID 83278

MOUNTAINMEN ENTERPRISES
1521 RIDGE ROAD
BELLE VERNON, PA 15012

MOUNTS CEDAR CREEK STATION
28415 S BEAVERCREEK RD
MULINO, OR 97042

MOZY INC
2162 W GROVE4 PKWY
SUITE 200
PLEASANT GROVE, UT 84062

MPA/KEEP AMERICA FISHING
1001 N FAIRFAX ST, STE 501
ALEXANDRIA, VA 22314

MPI OUTDOORS
10 INDUSTRIAL DRIVE
WINDHAM, NH 03087

MR. APPLIANCE OF RENO
960 MATLEY LANE 9
RENO, NV 89502

MR. GS
3473 JOHN G.RICHARDS RD.
LIBERTY HILL, SC 29074

MR. JOHNS BEACH STORE
20 CENTER STREET
PO BOX 28
FOLLY BEACH, SC 29439

MR. ROGER GRAHAM
COLLEGE OF BUSINESS, OREGON ST UNIV
200 BEXELL HALL
CORVALLIS, OR 97331-2603

MRS. EVELYN JOST
RT. 1 BOX 165A
HARRISONBURG, VA 22801

MRS. SAMS B & T
324 THREE MILE HARBOR RD
EAST HAMPTON, NY 11937

MS BUREAU OF REVENUE
WITHHOLDING TAX
PO BOX 23075
JACKSON, MS 39225-3075

MSC INDUSTRIAL SUPPLY CO INC
6700 DISCOVERY BLVD
MABLETON, GA 30125-0000

MSI HEATING INC.
2105 STONINGTON AVENUE
HOFFMAN ESTATES, IL 60169

MT ASSOCIATES
103 OAK DR
MOREHEAD CITY, NC 28557

MT DUSTIN COUNTRY STORE & CABINS
3338 DAM RD
ERREL, NH 03579

MT E.L.K., INC.
107 SUN AVENUE
PO BOX 473
LIVINGSTON, MT 59047

MT HOOD MEADOWS SKI
PO BOX 470
MT HOOD, OR 97041

MT OLIVE LUTHERAN CHURCH
2780 N CENTER ST
HICKORY, NC 28601

MT RANGE
PO BOX 710
HARDWICK, VT 05843

MT SPORTS
ATTN: JULIE
PO BOX 2709
CLACKAMAS, OR 97015-2709

MT SPORTS
PO BOX 20007
BILLINGS, MT 59102

MT SPORTS
PO BOX 2709
CLACKAMAS, OR 97015

MT SPORTS, LLC
PO BOX 20007
BILLINGS, MT 59104

MTA DISTRIBUTORS
555 HICKORY HILLS BLVD
WHITES CREEK, TN 37189-9244

MTM MOLDED PRODUCTS COMPANY
3370 OBCO CT
PO BOX 13117
DAYTON, OH 45413

MTS/INTEGRATRAK
12600 SE 38TH ST
STE 250
BELLEVUE, WA 98006

MULKEY, JANEAU
103 RIVER REACH DR W
SWANSBORO, NC 28584

MULLEN ARCHERY
RR2
OAKWOOD, OH 45873

MULLER, MULLER, RICHMOND, HARMS
161 OTTAWA NW SUITE 205E
GRAND RAPIDS, MI 49503

MOLLINS
30371 ARDMORE AVE
ARDMORE, AL 35739

MULTI PRINT INC.
911 "G" STREET
HAMPTON, VA 23661

MULTIFAB INC
3808 N SULLIVAN RD, BLDG 6
SPOKANE, WA 99216-1614

MULTIPLE ZONES
PO BOX 34740
SEATTLE, WA 98124-1740

MULTI-SEAL CORP.
16750 HEDGECROFT STE. 512
HOUSTON, TX 77060

MULTIVIEW, INC
7701 LAS COLINAS RIDGE
SUITE 800
IRVING, TX 75063

MUNOZ, NANCY TATIANA
1023 YORKDALE DR
CHARLOTTE, NC 28217

MURCIA, MARIA CARMEN
6614 REAFIELD DR
APT 9
CHARLOTTE, NC 28226

MURILLO, SANTA ANA
9496 CANYON MEADOWS DRIVE
RENO, NV 89506

MURPHY ELECTRIC SUPPLY INC
257 AIRPORT RD
ROCKINGHAM, NC 28380

MURRAY CHEVROLET-MAZDA
PO BOX 750
GRESHAM, OR 97030

MURRAY DEVINE CO.
1650 ARCH ST
SUITE 2700
PHILADELPHIA, PA 19103

MURRAY LAKE LIQUOR
5395 LAKE MURRAY BLVD
LA MESA, CA 91941

MURRAY MARINE INC
5710 US 1
KEY WEST, FL 33040

MURRAY PACIFIC SUPPLY OF AK
1050 WATER ST
KETCHIKAN, AK 99901

MURRAY PALM BEACH
884 U.S. HIGHWAY ONE
NORTH PALM BEAC, FL 33408

MURRAY, ZACKARY KEETON
5315 SOUTH BENT TREE DRIVE
ROGERS, AR 72758

MURRAYS BAIT & TACKLE
RT 1, BOX 179
OCEAN VIEW, DE 19970

MURRAYS BUSINESS MACHINES CO
1011 ARENDELL ST
MOREHEAD CITY, NC 28557

MUSCULAR DYSTROPHY ASSOCIATION
C/O JOHN PHILLIPS-BAIL MONEY/GRADYS
3440 CLEMSON BLVD
ANDERSON, SC 29621

MUSKY INNOVATIONS
N9480 HWY 42
CLEVELAND, WI 53015

MUSKY MAYHEM TACKLE LLC
20695 COUNTY ROAD 35NW
PARKERS PRAIRIE, MN 56361

MUSTANG SURVIVAL INC.
3870 MUSTANG WAY
BELLINGHAM, WA 98226

MWEMBO, GUBSON NGALULA
1530 INGER AVE
ALBEMARLE, NC 28001

MWEMBO, JOEL
8115 TREMAINE COURT APT H
CHARLOTTE, NC 28227

MYFAX
2 GURDWARA AVE
SUITE 300
OTTAWA, ON K2E 1A2
CANADA

MYRON MANUFACUTRING CORPORATION
PO BOX 27988
NEWARK, NJ 07101-7988

MYRTLE BCH STATE PK PIER
P.O.BOX 788
ELIZABETH CITY, NC 27907

MYSTERY TACKLE BOX, INC.
549 W. RANDOLPH ST SUITE 101
CHICAGO, IL 60661

MZL CREATIONS
201 NORTH FRONT STREET
SUITE 401
WILMINGTON, NC  28401

N & O NICHE PUBLICATIONS
C. ADVENTURE & C. PARENT
215 S. MCDOWELL STREET
RALEIGH, NC  27602

N H EMPLOYMENT SECURITY
ATTN: CASHIER
PO BOX 2058
CONCORD, NH  03302-2058

N. L. BASSFORD
PO BOX 126
VALDOSTA, GA  31603-0126

N.C. DEPARTMART OF REVENUE
ATTENT: TOM STUBBLEFIELD
801 ARENDELL STREET
MOREHEAD CITY, NC  28557

N.C. DEPT OF COMMERCE
COMMERCE FINANCE CENTER
4318 MAIL SERVICE CENTER
RALEIGH, NC  27699-4318

N.C. DEPT. OF COMMERCE
COMMERCE FINANCE CENTER
301 N. WILMINGTON ST PO BOX 29571
RALEIGH, NC  27626-0571

N.C. DIVISION OF EMPLOYMENT SECURITY
P.O. S 25903
RALEIGH, NC  27611-5903

N.C. NEOA
7413 SIX FORKS ROAD
BOX 360
RALEIGH, NC  27615

N.C. SECRETARY OF STATE
ANNUAL REPORT SECTION
P.O.BOX 29525
RALEIGH, NC  27626-0525

N.C. STATE UNIVERSITY
BOX 7203
RALEIGH, NC  27695-7203

N.C. SYMPHONY
2 EAST SOUTH ST
RALEIGH, NC  27601

N.C.SPECIAL OLYMPICS
P.O.BOX 27728
RALEIGH, NC  27611-7728

N.J. DEPARTMENT OF LABOR
OFFICE OF THE CONTROLLER
PO BOX 595
NEWMARK, NJ  07101-0595

NAC PROPERTIES, LLC
2706 ST JUDE ST
GREENSBORO, NC  27405

NACM OREGON INC
7931 NE HALSEY, STE 200
PORTLAND, OR  97213

NACM SOUTH ATLANTIC
PO BOX 547800
ORLANDO, FL  32854-7800

NADINE KOSHIOL
1006 NORTH 8TH AVENUE
ST. CLOUD, MN  56303

NAF FINANCIAL SERVICES
PO BOX 51106
FT MONROE, VA  23651-1066

NANCY BURNS
902 SARDIS COVE DRIVE
CHARLOTTE, NC  28270

NANCY DALTON
6270 STOVER AVE
RIVERSIDE, CA  92505

NANCY LOFTIN
129 SKIPPER COURT
NEWPORT, NC  28570

NANCY PAULSEN
214 NE 29TH
PORTLAND, OR  97232

NANIX EXPRESS INTL INC
182-30 150TH RD
SUITE 210
JAMAICA, NY  11413

NAPA AUTO
PO BOX 816
NEW ULM, MN  56073

NAPIER, TIFFANY
1075 24TH STREET SOUTHEAST
ST. CLOUD, MN  56304

NAPP
1042 MAIN STREET, SUITE 201
DUNEDIN, FL  34698

NARANJO FAMILY LLC
210 OLD SHCOOL ROAD
ESPANOLA, NM  87532

NASCO
3541 N W 53RD ST
FT LAUDERDALE, FL  33309

NASGW
400 E RANDOLPH ST STE 700
CHICAGO, IL  60601-7329

NASH STORES, INC.
20 SAND PARK ROAD
CEDAR GROVE, NJ  07009

NASHVILLE PREDATORS
501 BROADWAY
NASHVILLE, TN  37203

NASHVILLE SOUNDS BASEBALL
19 JUNIOR GILLIAM WAY
NASHVILLE, TN  37219

NATALYA V LEVITSKAYA
PO BOX 843645
DALLAS, TX  75284-3645

NATES BAIT
1731 SE 101ST AVE
PORTLAND, OR  97216

NATHAN M RATCLIFF
1223 N. ESHMAN AVENUE
1224 N. ESHMAN AVENUE
WEST POINT, MS  39773

NATHANS CREEK GENERAL STORE
4778 US HWY 221N
JEFFERSON, NC  28640

NATICK OUTDOOR STORE
38 NORTH AVE
NATICK, MA  01760

NATIONAL ALLIANCE OF
STOCKING GUN DEALERS
PO BOX 187
HAVELOCK, NC  28532

NATIONAL ASSOCIATION OF CREDIT MGMT
SOUTH ATLANTIC
POB 29429
ATLANTA, GA  30359

NATIONAL ASSOCIATION OF CREDIT
MANAGEMENT S.CENTRAL REGION
P.O.BOX 1062
LOUISVILLE, KY  40201

NATIONAL BOOK NETWORK
15200 NBN WAY
BLUERIDGESUMMIT, PA  17214

NATIONAL BUSINESS FURNITURE, INC.
1819 PEACHTREE RD. N.E.
ATLANTA, GA  30309

NATIONAL CAR RENTAL
PO BOX 801770
KANSAS CITY, MO  64180

NATIONAL CONSTRUCTION RENTALS
PO BOX 841461
LOS ANGELES, CA  90084-1461

NATIONAL DISTRIBUTORS, INC.
THE INTERNATIONAL CONNECTION
SECTION 356
LOUISVILLE, KY  40289

NATIONAL DODGE, INC
2223 N MARINE BLVD
JACKSONVILLE, NC  28546

NATIONAL FIRE FIGHTER CORP
3357 SE 21ST AVE
PORTLAND, OR  97202

NATIONAL FIRE PROTECTION ASSOC
PO BOX 9143
QUINCY, MA  02169

NATIONAL FOUNDATION FOR
UNEMPLOYMENT
COMP. & WORKERS COMP.
1331 PA.AVE.,NW SUITE 1500 N. TOWER
WASHINGTON, DC  20004-1703

NATIONAL GOLF CLUB
ONE ROYAL TROON DR
PINEHURST, NC  28374

NATIONAL INFORMATION DATA CNTR
PO BOX 96621
WASHINGTON, DC  20090-6621

NATIONAL MARINE ELECTRONICS ASSOC.
PO BOX 3435
NEWBERN, NC  28564-3435

NATIONAL MARINE MANUFACTURERS ASSOC
9050 PINE BLVD - STE 305
PEMBROKE PINES, FL  33024

NATIONAL MARINE PARTS
421 FRONT STREET
BEAUFORT, NC  28516

NATIONAL MARINE SUPPLY
2335 S. FEDERAL HWY
DELRAY BEACH, FL  33483

NATIONAL MARKETING GROUP
DAVE BAKER
220 RIDING TRAIL COURT
ROSWELL, GA  30075

NATIONAL MS SOCIETY
WENDY CARTER COLEMAN
CA

NATIONAL PHILANTHROPIC TRUST
165 TOWNSHIP LINE ROAD
SUITE 1200
JENKINTOWN, PA  19046

NATIONAL PRINTING
PO BOX 4988
EMERALD ISLE, NC  28594

NATIONAL PRODUCTS INC.
8410 DALLAS AVE S
SEATTLE, WA  98108

NATIONAL REALTY, INC.
ONE ROYAL TROON DR
VILL OF PINEHUR, NC  28374

NATIONAL REGISTERED AGENTS INC
PO BOX 927
WEST WINDSOR, NJ  08550-0927

NATIONAL RIFLE ASSOCIATION
11250 WAPLES MILL RD
FAIRFAX, VA  22030

NATIONAL SEMINARS GROUP
PO BOX 419107
KANSAS CITY, MO  64141-6107

NATIONAL SHOOTING SPORTS FOUNDATION
DEPT. 3510
PO BOX 4110
WOBURN, MA  01888-4110

NATIONAL SPORTS CREDIT ASSOCIATION
PO BOX 442396
LAWRENCE, KS  66044-8937

NATIONAL TRADE PUBLICATIONS, INC.
13 CENTURY HILL DRIVE
LATHAM, NY  12110-2197

NATIONAL WELDERS SUPPLY CO
PO BOX 34513
CHARLOTTE, NC  28234

NATIONAL WILDLIFE FEDERATION
PO BOX 9500
WINCHESTER, VA  22604-9500

NATIONS BANK
NATIONS BANK CORP. CENTER
100 N TRYON ST NC1-007-09-01
CHARLOTTE, NC  28255

NATIONSBANC LEASING CORP
2300 NORTHCENTRE DRIVE
SUITE 300
TUCKER, GA  30084-4007

NATIONSBANK OF DELAWARE
PO BOX 15126
WILMINGTON, DE  19850-5126

NATIONSBANK OF DELAWARE, INC.
PO BOX 85350
LOUISVILLE, KY  40285-5350

NATIONSWAY TRANSPORT SERVICE INC
PO BOX 710
DENVER, CO  80201-0710

NATIONWIDE GUN & PAWN
800 N LAMAR BLVD
OXFORD, MS  38655

NATIONWIDE TRAFFIC
4182 VIKING WAY
216
LONG BEACH, CA  90808

NATL UNION FIRE INS CO OF PITTSBURGH,
PA
1271 AVENUE OF THE AMERICAS
37TH FLOOR
NEW YORK, NY  10020-1304

NATURAL CHEMICALS
2453 LANTERN LANE
NAPLES, FL  33940

NAUTEC
NAUTICAL TECHNOLOGY,INC.
116 N. CHURCH ST P.O.BOX 231
LAKE CITY, SC  29560

NAUTICA SPORTSWEAR/VF CORP
40 W. 57TH ST
NEW YORK, NY  10019

NAUTICA
PO BOX 644550
PITTSBURGH, PA  15264-4550

NAUTICAL PUBLICATIONS INC.
216 BAYVIEW BLVD.
ATLANTIC BEACH, NC  28512

NAUTI-CARE INC.
PO BOX 636
SEVERNA PARK, MD  21146

NAVA PALLET REPAIR
5705 TANBERG DRIVE
SUN VALLEY, NV  89433

NAVARRO, ULISES
9747 AUTUMN LEAF WAY
RENO, NV  89506

NAVICO-LOWRANCE
10 AL PAUL LANE
SUITE 101
MERRIMACK, NH  03054

NAVIONICS
259 SAMUEL BARNET BLVD, UNIT 2
NEW BEDFORD, MA  02745

NAVY EXCHANGE SERVICE COMMAND
COLLECTIONS DEPARTMENT FTI
3280 VIRGINIA BEACH BLVD
VIRGINIA BEACH, VA  23452-5724

NAW
1325 G. STREET NW
SUITE 1000
WASHINGTON, DC  20005

NAYMAK CLEANING LLC
PO BOX 424
SAINT CLOUD, MN  56302

NAYOKPUK GENERAL STORE
PO BOX 36
SHISHMAREF, AK  99772

NBB INC.
PO BOX 738
STERLING, MA  01564

NC BURN CENTER
101 MANNING DRIVE
CHAPEL HILL, NC  27514

NC CHILD SUPPORT CENTRALIZED COLLECT
PO BOX 900012
RALEIGH, NC  27675-9012

NC CHILD SUPPORT
NC CHILD SUPPORT CENTRALIZED COLLECT
PO BOX 9000012
RALEIGH, NC  27675-9012

NC DEPARTMENT OF REVENUE
PO DRAWER 828
MOREHEAD CITY, NC  28557

NC DEPT OF REVENUE - NEW BERN
723 PROFESSIONAL DRIVE
NEW BERN, NC  28560

NC DEPT OF REVENUE
PO BOX 25000
RALEIGH, NC  27640-0150

NC DEPT. OF LABOR
1101 MAIL SERVICE CENTER
RALEIGH, NC  27699-1101

NC DEPT. OF REVENUE
PO BOX 25000
RALEIGH, NC  67640-0635

NC DEPT. OF TRANSPORTATION
FERRY DIVISION
OCRACOKE, NC

NC DIVISION OF MOTOR VEHICLES
PO BOX 29620
RALEIGH, NC  27626-0620

NC FIREWALLS INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

NC PORTS ADVISORY COUNCIL
PO BOX 2551
WILMINGTON, NC  28402

NC SECRETARY OF STATE
2 S SALISBURY ST
RALEIGH, NC  27601-2903

NC STATE BOARD OF CPA
EXAMINERS
PO BOX 12827
RALEIGH, NC  27605-2827

NC STATE STUDENT AID ASSOC
PO BOX 37100
RALEIGH, NC  27627

NC STATE UNIVERSITY
PO BOX 7401
RALEIGH, NC  27695-7401

NC UCC STATEMENT SERVICES
7474 CREEDMOOR ROAD
315
RALEIGH, NC  27613-1663

NCACPA
PO BOX 80188
RALEIGH, NC  27623-0188

NCCOAST COMMUNICATIONS
201-3 NORTH 17TH STREET
MOREHEAD CITY, NC  28557

NCDMV
3148 MAIL SERVICE CENTER
RALEIGH, NC  27697-3148

NCIUA
PO BOX 8009
CARY, NC  27512

NCO FINANCIAL SYSTEMS INC
W510202
PO BOX 7777
PHILADELPHIA, PA  19175-0202

NCO FINANCIAL SYSTEMS, INC.
PO BOX 7768
METAIRIE, LA  70010

NCO FINANCIAL SYSTEMS,
BILLING DEPT
1126 BLOWING ROCK RD
BOONE, NC  28607

NCR CORPORATION
PO BOX 75245
CHARLOTTE, NC  28275-5245

NCSTAR
18031 CORTNEY CT
CITYOFINDUSTRY, CA  91748

NEALS CUSTOM FISHING RODS
910 S HOHOKAM DR, 120
TEMPE, AZ  85281

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 94818
LINCOLN, NE 68509-4818

NED TAYLOR
2011 32ND STREET
WASHOUGAL, WA 98671

NEFF RENTAL
4010 MARKET STREET
WILMINGTON, NC 28403

NEIL BANNER
180 SOUTH 200 WEST
LOA, UT 84747

NELL JEAN ENTERPRISES
PO BOX 1837
BECKLEY, WV 25802

NELLIE HUNTER
3300 W.71ST AVE.
PO BOX 467
WESTMINSTER, CO 80030

NELSON & NELSON BODY & PAINT
12128 SE HWY 212
CLACKAMAS, OR 97015

NELSON MARINE MOTOR SERVICE
3800 HWY 61 NORTH
WHITE BEAR LAKE, MN 55110

NELSON SPORTS COMPANY, THE
ONE NELSON DRIVE
KINGSFORD, MI 49802

NELSON, ALICIA MARIE
49 VALLEY DRIVE
FARMINGTON, AR 72730

NELSON, TYCIERRA KNINIQUEAH
321 CHARLOTTE STREET APT C2
HAMLET, NC 28345

NELSONS B & T
PO BOX 1175
TRURO, MA 02666

NELSONS TOILET RENTAL
10245 HEDGE RD NW
RICE, MN 56367

NEPONSET CIRCLE FISHING
6 REDFIELD STREET
DORCHESTER, MA 02122

NES MEDICAL SERVICE, INC. CGH
PO BOX 218
MOREHEAD CITY, NC 28557

NET NV LLC
50 WEST LIBERTY STREET
SUITE 1290
RENO, NV 89501

NETMANAGE
10725 NORTH DE ANZA BOULEVARD
CUPERTINO, CA 95014-2030

NETVERSANT
22025 NETWORK PL
CHICAGO, IL 60673-1220

NETWORK DATA SERVICES, INC.
5105 MCCLANAHAN DRIVE
STE J3
N. LITTLE ROCK, AR 72116

NETWORK RESOURCES
7863 LA MESA BLVD
SUITE 103
LA MESA, CA 91941

NETWORK SOLUTIONS
PO BOX 17305
BALTIMORE, MD 21297-0525

NETWORK
P.O. 58125
BOULDER, CO 80322

NEUSE RIVER GUN & PAWN
2339 C HWY 117 SOUTH
GOLDSBORO, NC 27530

NEUSE SPORTS SHOP
225 NEW BERN RD
KINSTON, NC 28504

NEUTRON INDUSTRIES,INC.
7107 NORTH BLACK CANYON HGHWY
PHOENIX, AZ 85021-7619

NEVADA ASSOCIATION OF EMPLOYERS
8725 TECHNOLOGY WAY
SUITE A
RENO, NV 89521

NEVADA BUILDING SERVICES LLC
1805 N. CARSON STREET 389
CARSON CITY, NV 89701

NEVADA DEPARTMENT OF TAXATION
4600 KIETZKE LANE
BUILDING L - SUITE 235
RENO, NV 89502

NEVADA DEPT OF BUSINESS & INDUSTRY
1830 S 1830 COLLEGE PKWY, SUITE 100
CARSON CITY, NV 89706

NEVADA DEPT OF TAXATION
PO BOX 7165
SAN FRANCISCO, CA 94120-7165

NEVADA DEPT. OF EMPLOYMENT, TRAINING
& REHAB
500 E. THIRD STREET
CARSON CITY, NV  89713

NEVADA OVERHEAD DOOR
1335 GREG STREET
SUITE 107
SPARKS, NV  89431

NEVES BAIT & TACKLE
367 MATACOM AVE.
BRISTOL, RI  02809

NEVILLE & CUNAT, LLP
285 ELM ST
CUMMING, GA  30040

NEW & RECORD
PO BOX 21967
GREENSBORO, NC  27420

NEW BERN ORTHOPAEDIC AAAOC.
800 HOSPITAL DRIVE
NEW BERN, NC  28560

NEW DEAL SHOOTING SPORTS
6600 VENTURA RD, S.E.
DEMING, NM  88030

NEW DOMINION EQUIPMENT CO.
11513 ALLECINGIE PARKWAY
ATTN:ROBBIE
RICHMOND, VA  23235

NEW EDGE NETWORKS
PO BOX 4800
PORTLAND, OR  97208-4800

NEW ENGLAND ARMS
LAWRENCE LANE, BOX 278
KITTERY PT, ME  03905

NEW ENGLAND FIREARMS
60 INDUSTRIAL ROWE
GARDNER, MA  01440

NEW ENGLAND HEART INSTITUTE
CATHOLIC MEDICAL CENTER
100 MCGREGOR ST
MANCHESTER, NH  03102

NEW FIREARMS BUSINESS, THE
PO BOX 480
BARRE, VT  05641

NEW FISHALL BAIT CO
215 E REDONDO BEACH BLVD
GARDENA, CA  90248

NEW HAMPSHIRE DEPARTMENT OF LABOR
95 PLEASANT ST
CONCORD, NH  03301

NEW HAMPSHIRE EMPLOYMENT SECURITY
45 SOUTH FRUIT ST
CONCORD, NH  03301

NEW HANOVER RENT A CAR, INC.
PO BOX 3406
WILMINGTON, NC  28406

NEW HAVEN BARGAIN DEPOT
11570 NEW HAVEN RD
NEW HAVEN, KY  40051

NEW HOPE MART
10289 HWY 39 N
HENDERSON, NC  27537

NEW HORIZONS
4625 CREEKSTONE DRIVE
DURHAM, NC  27703

NEW JERSEY DEPARTMENT OF LABOR
OFFICE OF THE CONTROLLER/STATE PLAN
PO BOX 0878
NEWARK, NJ  07101-0878

NEW JERSEY DEPT OF LABOR
DIVISION OF EMPLOYMENT SECURITY REV.
C N 256
TRENTON, NJ  08625-0256

NEW JERSEY DEPT. OF LABOR &
WORKFORCE DEV
1 JOHN FITCH PLAZA, 13TH FL, SUITE D
PO BOX 110
TRENTON, NJ  08625-0110

NEW JERSEY DEPT.OF LABOR
OFFICE OF THE CONTROLLER
P.O.BOX 7125
PATERSON, NJ  07509-7125

NEW JERSEY DIVISION OF TAXATION
CN 252
TRENTON, NJ  08646-0252

NEW MEXICO DEPT OF LABOR
PO BOX 2281
ALBUQUERQUE, NM  87103

NEW MILLENNIUM CO INC
271 CALABASH RD NW
CALABASH, NC  28467

NEW MILLENNIUM CO. INC/KOOL-A-BREW
DBA/KOOL-A-BREW
271 CALABASH ROAD NW
CALABASH, NC  28467

NEW PENN
PO BOX 630
LEBANON, PA  17042-0630

NEW PIG CORP
ONE PORK AVE
TIPTON, PA  16684

NEW RIVER TRANSPORT
261 PALM AVENUE
BOCA GRANDE, FL  33921

NEW TOWER TRUST CO MEPT
MEPT-212 CORPORATE CENTER
C/O TRAMMELL CROW SVCS INC
SAN FRANCISCO, CA  94160-4290

NEW WEEKAPAUG BAIT
PO BOX 166
BRADFORD, RI  02808

NEW YORK DEPARTMENT OF TAXATION
PO BOX 192
ALBANY, NY  12201-0192

NEW YORK LIFE GROUP INSURANCE
COMPAN
PO BOX 783072
PHILADELPHIA, PA  19178-3072

NEW YORK LIFE INSURANCE CO.
MDS B,C,K
DEPT 1323, BOX 2121
MEMPHIS, TN  38159

NEWARK SINKER CO
101 RT 46 E
PINE BROOK, NJ  07058

NEWARK WAYNE HOSPITAL
PO BOX 111
NEWARK, NY  14513

NEWBOLD INC. DBA THROOM TARGETS
479 STATE RT 17 NORTH
MAHWAH, NJ  07430-2116

NEWCOMB, SABIN, SCHWARTZ & LANDSVERK
111 SW FIFTH AVE
SUITE 4040
PORTLAND, OR  97204

NEWELL BRANDS DISTRIBUTION LLC
180 NORTH LASALLE STREET SUITE 700
CHICAGO, IL  60601

NEWMAN, MATHIS, BRADY
WAKEFIELD & SPEDALE
212 VETERANS BLVD
METAIRIE, LA  70005

NEWPORT DEVELOPMENTAL CENTER
PO BOX 171
NEWPORT, NC  28570

NEWPORT FAMILY PRACTICE
PO BOX 969
346 HOWARD BLVD
NEWPORT, NC  28570

NEWPORT LANDING
309 PALM STE A
NEWPORT BEACH, CA  92661

NEWPORT MIDDLE SCHOOL
ATTN: APRIL GENTRY
NC

NEWS & RECORD
200 E MARKET ST
GREENSBORO, NC  27401

NEWS-ARGUS PRINTING
521 W MAIN ST
PO BOX 900
LEWISTOWN, MT  59457

NEWSOM-BALL REALTY
4644 ARENDELL STREET
MOREHEAD CITY, NC  27557

NEWSWEEK
P O BOX 59941
BOULDER, CO  80321-9941

NEWTOWER TRUST CO.
C/O TRAMMELL CROW COMPANY
OR

NEXCON
CALLER SERVICE 15601
ATTN: NANCY WOODWARD PRG-220014
NORFOLK, VA  23511-5000

NEXT VIEW SOFTWARE, INC.
1401 NORTH BATAVIA STREET
SUITE 104
ORANGE, CA  92867

NEXTEL COMMUNICATIONS
PO BOX 54977
LOS ANGELES, CA  90054-0977

NEX-XOS WORLDWIDE LLC
3922 PEMBROKE ROAD
PEMBROKE PARK, FL  33021

NGUYEN, THIEN HOAN
308 BROOKSVILLE COURT
CARY, NC  27519

NIA CONSTRUCTION, INC.
4700 LEBANON ROAD
STE A3
MINT HILL, NC  28227

NICHOLAS ADRAGNA
669 NORTH INDIAN AVENUE
LINDENHURST, NY  11757

NICHOLAS JOHN PIATEK
18 MEREDITH COURT
GARNER, NC  27529

NICHOLS LURES OF GEORGIA, INC.
1670 COLONIAL DRIVE
THOMASVILLE, GA  31757

NICHOLSON, TARSHEIRA
688 CARTLEDGE CREEK ROAD
ROCKINGHAM, NC  28379

NICK FASSNACHTS
5308 TURNBERRY CT
WILSON, NC  27896

NICKS GUN WORKS
440 E LODI AVE
LODI, CA  95240

NICOLE BROOKS
7701 PONDEROSA PINE LANE
CHARLOTTE, NC  28215

NICOR GAS
PO BOX 5407
CAROL STREAM, IL  60197-5407

NIELSEN, DAVID W
2106 HERITAGE OAKS CT
FLEMING ISLAND, FL  32003-5300

NIGHTINGALE CONANT CORPORATION
7300 NORTH LEHIGH AVE.
NILES, IL  60714

NIGHTINGALES FISHING
83130 SILTCOOS STATION
WESTLAKE, OR  97493

NIKON INC.
1300 WALT WHITMAN RD
MELVILLE, NY  11747

NILS MASTER USA, INC.
6357 COUGAR RDG.
EL PASO, TX  79912

NIMLOK
10600 SOUTHERN LOOP BLVD
PINEVILLE, NC  28134

NINE LINE APPAREL
450 FORT ARGYLE ROAD
SAVANNAH, GA  31419

NINGBO APLINK INTERNATIONAL TRADING
RM 1601, 16TH FLOOR, BAOSHAN RD 1298
BEILUN DISTRICT
NINGBO ZHEJIANG  315800
CHINA

NINILCHIK GENERAL STORE
PO BOX 39130
NINILCHIK, AK  99639

NINO, DANIELA
3368 ROBINWOOD ROAD
GASTONIA, NC  28054

NIPPON EXPRESS USA, INC
3410 OAK LAKE BLVD
CHARLOTTE, NC  28208

NIRK
RT 1. BOX 80
POTLATCH, ID  83855

NISSUN CAP (CAPLAND)
6181 SCHAEFER AVE.
CHINO, CA  91710

NITE IZE
5660 CENTRAL AVE.
BOULDER, CO  80301

NITESITE LLC
2574 GRAVEL DRIVE
FORT WORTH, TX  76118

NJFTTA
C/O THE FISHERMAN
1622 BEAVER DAM ROAD
PT. PLEASANT, NJ  08742

NOAHS GLASS SHOP
238 US HWY 70 WEST
HAVELOCK, NC  28532

NOBLE WALTON GREENVILLE OPCO
40 ORCHARD PK DR
GREENVILLE, SC  29615

NOBLE, CHAPPELL NESBITT
1658 GORES LANDING RD SW
OCEAN ISLE BEACH, NC  28469

NOBLETREE COFFEE ROASTERS LLC
499 VAN BRUNT STREET UNIT 3A
BROOKLYN, NY  11231

NOEL, RANDALL JEFFERSON
1901 VILLAGE BROOK DRIVE
APT G
CHARLOTTE, NC  28210

NOES CARPET & INTERIORS, INC.
PO BOX 3607
904 ARENDELL STREET
MOREHEAD CITY, NC  28557

NOI, LLC - SUPPLEMENTAL SOFTWARE
3810 N ELM ST
SUITE 208
GREENSBORO, NC  27455

NOLAN-GANDY, VICKIE LEE
758 MARLBORO RD
BENNETTSVILLE, SC  29512

NON TYPICAL, INC.
PO BOX 10447
GREEN BAY, WI  54307

NORDIC/POLAR SPORT
PO BOX 637
BUFFALO, MN  55313

NORDMAN STORE AND BAR
PO BOX 414
NORDMAN, ID  83848

NORDQUIST SPORT & MARINE
1408 8TH AVENUE SO.
FT. DODGE, IA  50501

NOREEN FIREARMS LLC
351 FLOSS FLATS RD STE A
BELGRADE, MT  59714

NOREL PLASTICS OF N.C., INC.
PO BOX 230700
NEWARK, NJ  07189

NORLIFT OF OREGON INC
PO BOX 68348
PORTLAND, OR  97268

NORM POLLOCK
173 HANKISON DRIVE
NEWPORT, NC  28570

NORMA H. MATTO
4210 CRANE AVENUE
GREENSBORO, NC  27407

NORMAN E GARDEA
3510 FRANK AVE
MALAGA, CA  93725

NORMARK CORP/BLUE FOX
10395 YELLOW CIRCLE DRIVE
MINNETONKA, MN  55343

NORMARK CORPORATION
6105 YELLOW CIRCLE EXT.,SUITE 100
MINNETONKA, MN  55343

NORMARK INC.
1350 PHILLIP MURRAY AVENUE
OSHAWA, ON  L1J 6Z9
CANADA

NORMARK INC/STRIKEMASTER
10395 YELLOW CIRCLE DR
MINNETONKA, MN  55343

NORMARK
10395 YELLOW CIRCLE DR
MINNETONKA, MN  55343

NORMARK/STORM MFG.
10395 YELLOW CIRCLE DR
MINNETONKA, MN  55343

NORSEMEN OUTDOORS, INC
24592A HWY 105
PO BOX 276
LAKE MILLS, IA  50450

NORSK INC.
301 5TH AVE SW
DELWEIN, IA  50662

NORTH ALABAMA OUTDOORS
7540 S. MEMORIAL PARKWAY
HUNTSVILLE, AL  35802

NORTH AMERICAN ARMS INC.
2150 SOUTH 950 EAST
PROVO, UT  84606

NORTH AMERICAN DISPLAY SYSTEMS
PO BOX 1025
LILBURN, GA  30226-1025

NORTH AMERICAN VAN LINES
PO BOX 75641
CHARLOTTE, NC  28275

NORTH BAY COTTAGES
11083 N SHORE DR
HILLSBORO, OH  45133

NORTH BEACH CAMP RESORT
4125 COASTAL HWY
ST. AUGUSTINE, FL  32084

NORTH BEACH CAMPGROUND
HWY 12
RODANTHE, NC  27968

NORTH CAROLINA COASTAL FEDERATIO
3609 HWY 24(OCEAN)
NEWPORT, NC  28570

NORTH CAROLINA DEPARTMENT OF LABOR
4 W EDENTON ST
RALEIGH, NC  27601

NORTH CAROLINA DEPARTMENT OF
REVENUE
ATTENTION: BANKRUPTCY UNIT
POST OFFICE BOX 1168
RALEIGH, NC  27602-1168

NORTH CAROLINA DUCKS UNLIMITED
C\O MARK SHOUSE
PO BOX 1333
MOREHAD CITY, NC  28557

NORTH CAROLINA SECRETARY OF STATE
CORPORATIONS DIVISION
PO BOX 29525
RALEIGH, NC  27626-0525

NORTH CAROLINA
POSTER COMPLIANCE CENTER
514 DANIELS ST
RALEIGH, NC  27605

NORTH COAST FISHING ADVENTURES
32440 N HARBOR DR
FORT BRAGG, CA  95437

NORTH DAKOTA TAX DEPARTMENT
600 E. BLVD AVE.
7TH FLOOR, CAPITAL BLDG
BISMARCK, ND  58505-0599

NORTH DALLAS WAREHOUSE EQUIP
2203 JOE FIELD RD
DALLAS, TX  75229-3326

NORTH FORK ACE HARDWARE
PO BOX 668
NORTH FORK, CA  93643

NORTH PARK SUPER, INC
PO BOX 310
WALDEN, CO  80480

NORTH PARK TRANSPORTATION CO
5150 COLUMBINE ST
DENVER, CO  80216

NORTH PT MARINA
1225 E SHORE DR
BRIGANTINE, NJ  08203

NORTH SHORE GAS
PO BOX 1110
GLENVIEW, IL  60025-8110

NORTH STAR DIRECT
SAUK RAPIDS INDUSTRIAL PARK
PO BOX 1734
ST. CLOUD, MN  56302-1734

NORTH STATE COMMUNICATIONS
P.O.BOX 612
HIGH POINT, NC  27261

NORTH STATE COMMUNICATIONS
PO BOX 2326
HIGH POINT, NC  27261-2326

NORTHEAST PRODUCTS
375 JAFFREY RD
PETERBOROUGH, NH  03458

NORTHERN HIGHLAND SPORTS
PO BOX 76
BOULDER JUNCTIO, WI  54512

NORTHERN SPORT FISHING PRODUCTS LTD.
50 CRIMEA STREET, UNIT 11
GUELPH, ON  N1H 2Y6
CANADA

NORTHERN STAR COUNCIL
393 MARSHALL AVE
ST PAUL, MN  55109

NORTHERN STAR THERAPY LTD
251 COUNTY RD 120 SUITE A
ST CLOUD, MN  56303

NORTHERN STEEL INC
6633 NE 59TH PL
PORTLAND, OR  97218

NORTHERN TOOL&EQUIPMENT CO.
2800 SOUTHCROSS DRIVE
PO BOX 1219
BURNSVILLE, MN  55337-0219

NORTHERN WIRE PRODUCTS
PO BOX 70
ST CLOUD, MN  56302

NORTHLAND FISHING TACKLE-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

NORTHLAND SERVICES INC
PO BOX 24527
SEATTLE, WA  98124

NORTHSTAR
348 SW 185 WAY
PEMBROKE PINES, FL  33029

NORTHWEST BAIT AND SCENT
50341 STATE HWY 14
STEVENSON, WA  98648

NORTHWEST COMPUTER SUPPORT
10240 SW NIMBUS AVE, L7
PORTLAND, OR  97223

NORTHWEST EXPRESS
PO BOX 50956
BILLINGS, MT  59105

NORTHWEST FIRST AID SUPPLY
PO BOX 220160
MILWAUKIE, OR  97269-0160

NORTHWEST FLORIDA MARINE IND. ASSOC.
PO BOX 4425
PENSACOLA, FL  32507-4425

NORTHWEST GUIDE BAITS
NORTHWEST GUIDE BAITS
3218 VISTA VERDE LANE SW
TUMWATER, WA  98512

NORTHWEST HANDLING SYSTEMS
1100 SW 77TH ST
RENTON, WA  98055

NORTHWEST OUTDOORS SUPPLY
435 S.E. JACKSON STREET
ROSEBURG, OR  97470

NORTHWEST SINKERS & TACKLE
380 SE VALLEY ST
MYRTLE CREEK, OR  97457

NORTHWEST SLEEVEWEAR INC
2389 SE MOORES ST
MILWAUKIE, OR  97222

NORTHWEST SPORTFISHING INDUSTRY
PO BOX 4
OREGON CITY, OR  97045

NORTHWEST SPORTING GOODS
1637 S MAIN ST
WILLITS, CA  95490

NORTHWEST SPORTS CENTER
PO BOX 1689
EUREKA, MT  59917

NORTHWEST STEELHEADERS ASSOC
6641 SE LAKE RD
MILWAUKIE, OR  97222

NORTHWESTERN ENERGY
40 E BROADWAY ST
BUTTE, MT  59701-9394

NORTHWOODS TRADING POST
120 QUINCY ST
HANCOCK, MI  49930

NORTON, SARAH ROSE
119 1ST AVENUE NORTH
SARTELL, MN  56377

NORWOOD HARDWARE
130 N MAIN ST
NORWOOD, NC  28128

NORWOOD P. WHITE
11555 SOUTHFORK DRIVE
APT. 1070
BATON ROUGE, LA  70816

NORWOOD, PAUL HERBERT
2036 WESTBURY DRIVE
OKLAHOMA CITY, OK  73130

NOSLER INC.
PO BOX 671
107 SW COLUMBIA
BEND, OR  97709

NOSLER RIFLES
107 SW COLUMBIA STREET
BEND, OR  97702

NOTARIES PUBLIC DIVISION
DEPT. OF THE SECRETARY OF STATE
300 N. SALISBURY ST
RALEIGH, NC  27603-5909

NOTTELY MARINE INC
PO BOX 1544
BLAUSVILLE, GA  30512

NSCA
PO BOX 442396
LAWRENCE, KS  66044

NSIA
PO BOX 4
OREGON CITY, OR  97045

NTA ENTERPRISE, INC.
RJ CASEY INDUSTRIAL PARK
COLUMBUS AVE
PITTSBURGH, PA  15233

NTAM BAHARANGI
245 CONGAREE RD
APR 312
GREENVILLE, SC  29607

NTL ALLIANCE FOR THE MENTALLY ILL -
PO BOX 301
MOREHEAD CITY, NC  28557

NUBRIDGES, LLC
PO BOX 933137
ATLANTA, GA  31193-3137

NUFLETCH LLC
99 EGLIN PARKWAY SUITE 6A
FORT WALTON BCH, FL  32548

NUMARA SOFTWARE
PO BOX 102280
ATLANTA, GA  30368-2280

NUMARK TRANSPORTATION
PO BOX 3020
SAN LEANDRO, CA  94578

NUNEZ, MARIA RUBIA
4692 EAST LEONESIO DRIVE
SUN VALLEY, NV  89433

NURIT-GARRETT
P.O.BOX 5192
MOREHEAD CITY, NC  28557

NUSTAR SERVICES, INC
PO BOX 439
ELMWOOD PARK, NJ  07407

NUTS, LTD.
GOLDEN VALLEY OFFICE CTR, STE 101
810 N. LILAC DRIVE
GOLDEN VALLEY, MN  55422

NUTTALL & CO.
PO BOX 74
WARE NECK, VA  23178

NUVO TECHNOLOGIES, INC.
555 19TH STREET
SUITE 102
SAN FRANCISCO, CA  94107

NUWAVE FISHING PRODUCTS INC
PO BOX 3086
OAK PARK, IL  60303

NV RECYCLING
5834 SHEEP DRIVE
CARSON CITY, NV  89701

NW CONTAINER SERVICES
11920 N BURGARD RD
PORTLAND, OR  97203

NW INNOVATIONS
901 SOUTHEAST 97TH AVE
VANCOUVER, WA  98644

NW MICRO-TECHNICS INC
3701 SW CARMAN DR
LAKE OSWEGO, OR  97035

NW NATURAL GAS
PO BOX 6017
PORTLAND, OR  97228-6017

NWC OFFICE FURNITURE LLC
8899 SE JANNSEN ROAD
CLACKAMAS, OR  97015

NWN CORPORATION
PO BOX 945596
ATLANTA, GA  30394-5596

NXT GENERATION
264 EAST GARFIELD RD
AURORA, OH  44202

NY STATE INSURANCE FUND
15 COMPUTER DR WEST
ALBANY, NY  12205-1690

NYDAMS ACE HARDWARE
652 W MAIN ST
JOHN DAY, OR  97845

NYIGWO, ADULA PAUL
1220 EAST SAINT GERMAIN STREET
APT 107
ST. CLOUD, MN  56304

NYS DEPT OF LABOR-UI DIV
CHURCH STREET STATION
PO BOX 1411
NEW YORK, NY  10008-1411

NYS TAX DEPARTMENT
PROCESSING UNIT
P.O.BOX 3969
NEW YORK, NY  10008-3969

NYS UNEMPLOYMENT INSURANCE
PO BOX 4301
BINGHAMTON, NY  13902-4301

O & H MANUFACTURING
10874 N DUAL ST
BATON ROUGE, LA  70814

O. MUSTAD & SON AMERICAS INC
3250 NE 1ST AVENUE, SUITE 210
MIAMI, FL  33137

O.A.P. PACKAGING
497 11ST ST, 12
IMPERIAL BEACH, CA  91932

O.C. FISHING PIER
PO BOX 149
EARLVILLE, PA  19519

O.F. MOSSBERG & SONS INC.
7 GRASSO AVE
NORTH HAVEN, CT  06473

O.F.BARNES CO.,INC.
P.O.BOX 2671
WILSON, NC  27894-2671

OAG INTL
NC  28557

OAK BLUFF OUTFITTERS
4501 HABERSHAM ST
SAVANNAH, GA  31405

OAK HARBOR FREIGHT LINES INC
PO BOX 1469
AUBURN, WA  98071-1469

OAK HILL GROCERY
2375 NC 181 N
MORGANTON, NC  28655

OAK ISLAND PAWN BAIT
5422 E OAK ISLAND DR
OAK ISLAND, NC  28465

OAK SHORES MALT SHOP
644 LINN COURT
MONROE, OH  45050

OAKHILL MINI MART
3709 OAKDALE ROAD
CHARLOTTE, NC  28216

OAKLANDS FISH CAMP
4173 ALSEA HWY
WALDPORT, OR  97394

OAKLEY PAINT & PAPER CO.,INC
2523 TUCKER ST
BURLINGTON, NC 27215

OAKSTONE PUBLISHING LLC
PO BOX 263
CHELSEA, AL 35043

OAKVIEW GROCERY
5659 NC HWY 63 SOUTH
YANCEYVILLE, NC 27379

OASIS SPORT SHOP
HIGHWAY 371, BOX 37
PEQUOT LAKES, MN 56472

OATH CORPORATION
25 HURWOOD AVENUE
MERRITT ISLAND, FL 32953

OBANG, OKONY OJULU
1530 EAST SAINT GERMAIN STREET
APT 102
ST. CLOUD, MN 56304

OBERLIN CANTEEN CO
PO BOX 208
OBERLIN, OH 44074

OCALLAHANS RESTAURANT & CATERING
6221 NE 82ND AVE
PORTLAND, OR 97220

OCCUPATIONAL HEALTH CENTERS OF CA
PO BOX 3700
RANCHO CUCAMONG, CA 91729-3700

OCCUPATIONAL HEALTH CENTERS OF NC
PO BOX 82730
HAPEVILLE, GA 30354-0730

OCCUPATIONAL HEALTH CENTERS OF SW,PA
PO BOX 18735
MEMPHIS, TN 38181-0735

OCEAN ACCESSORIES LLC
2415 BOSTON POST RD
GUILFORD, CT 06437

OCEAN ATLANTIC
PO BOX 4900
CALABASH, NC 28467

OCEAN BEACH SUPPLY
6329 MADDOX BLVD.
CHINCOTEAGUE, VA 23336

OCEAN BEACHWEAR
91 SOUTH OCEAN
N.MYRTLE BEACH, SC 29582

OCEAN CITY CONVENTION CENTER
OCEAN CITY CONVENTION CENTER EXHIBTO
4001 COASTAL HIGHWAY
OCEAN CITY, MD 21842

OCEAN CITY PALLETS
101 KING FISHER CT
GOOSE CREEK, SC 29445

OCEAN CITY POLICE DEPARTMENT
OCEAN CITY, MD 21842

OCEAN CITY REEF FOUNDATION
PO BOX 427
ELFERS, FL 34680

OCEAN EQUIPMENT INC.
20655 CARMEN LOOP
BEND, OR 97702

OCEAN GLOBAL, INC.
PO BOX 427
ELFERS, FL 34680

OCEAN ISLE FISHING PIER
7276 SEASHELL LANE S.W.
OCEAN ISLE BCH, NC 28469

OCEAN LAKE STORE
HIGHWAY 17
MYRTLE BEACH, SC 29577

OCEAN LANDING
814 SHEPARD STREET
MOREHEAD CITY, NC 28557

OCEAN NOTIONS
P.O.BOX 795
BUXTON, NC 27920

OCEAN OUTFITTERS
610 W. WEST STREET
SOUTHPORT, NC 28461

OCEAN PRO SHOP
4060 DUPONT PARKWAY
TOWNSEND, DE 19734

OCEAN TECH CO., INC. USA
1900 S.PROFORMA AVE. STE. F-1
ONTARIO, CA 91761

OCEAN VIEW VENTURES
400 W OCEANVIEW AVE
NORFOLK, VA 23503

OCEANIC FISHING PIER
710 S PHILADELPHIA AVE
OCEAN CITY, MD 21842

OCEANS & PONDS INC.
2195 RTE. 30
DORSET, VT  05251

OCEANS & PONDS, INC.
217 OCEAN AVE.
BLOCK ISLAND, RI  02807

OCEANS DRIVE THRU
PO BOX 844
AVON, NC  27915

OCEANSIDE BAIT & TACKLE
1740 OCEAN SHORES BLVD
ORMOND BEACH, FL  32176

OCHALLA, HANA
248 3RD STREET SOUTH
APT. 108B
WAITE PARK, MN  56387

OCHOA, REINA MARGARITA
10945 BLOOMSBURG DR
RENO, NV  89506

OCHS, FREDERIC
47 CORSON TAVERN RD.
OCEAN VIEW, NJ  08230

OCONNELL GROUP
1305 POST ROAD
SUITE 210
FAIRFIELD, CT  06824

OCONNOR, LAUREN NICHOLE
403 BROOKS STREET
E33
MOREHEAD CITY, NC  28557

OCONNORS QUALITY FLOORS INC.
9314 NE SCHUYLER STREET
PORTLAND, OR  97220

OCONTO SPORTS & CYCLE
908 MAIN STREET
OCONTO, WI  54153

OCRACOKE ADVENTURES, INC.
HIGHWAY 12 & SILVER LAKE ROAD
OCRACOKE, NC  27960

OCRACOKE VARIETY STORE
BOX 247
OCRACOKE, NC  27960

ODDEN, MEGAN E
3417 12TH AVE NO
SARTELL, MN  56377

ODELL LAKE RESORT
P.O.BOX 72
CRESCENT LAKE, OR  97425

ODELLS BAIT & TACKLE
903 STARLING AVE.
MARTINSVILLE, VA  24112

ODIES BAYSIDE GROCERY
1591 GARFIELD BAY RD
SAGLE, ID  83860

ODOM, CRYSTAL CARDWELL
111 LAURA DR
NEW BERN, NC  28562

ODONNELL SPORTS SUPPLIES
PO BOX 39
PORTERSVILLE, PA  16051

OFD FOODS LLC
PO BOX 1048
ALBANY, OR  97321

OFF SHORE TACKLE LLC
PO BOX 88
135 MADISON
PORT AUSTIN, MI  48467-0088

OFFICE DEPOT CREDIT PLAN
DEPT. 56-4204292535
PO BOX 9020
DES MOINES, IA  50368-9020

OFFICE DEPOT
FILE 81901
LOS ANGELES, CA  90074

OFFICE DEPOT
SANTEE, CA  92071

OFFICE OF CHILD SUPPORTS ENFORCEMENT
P.O.BOX 605
RIVERDALE, MD  20737

OFFICE OF DISTRICT ATTORNEY
FAMILY SUPPORT DIVISION
CA

OFFICE OF THE COMMISSIONER OF SEC.
101 EAST WILSON STREET
MADISON, WI  53702

OFFICE OF THE SECRETARY OF STATE
CORPORATION SECTION
PO BOX 13697
AUSTIN, TX  78711-3697

OFFICE OF THE WASHOE COUNTY
TREASURER
PO BOX 30039
RENO, NV  89520-3039

OFFICE PRIDE
3450 EAST LAKE ROAD
SUITE 202
PALM HARBOR, FL  34685

OFFICE PRODUCTS NW
12600 SW 68TH AVE
PORTLAND, OR  97223

OFFICE PRODUCTS STORE, INC THE
2991 DIRECTORS ROW
MEMPHIS, TN  38131

OFFICE SUPPORT SYSTEMS
9600 SW OAK ST
TIGARD, OR  97223

OFFICE SYSTEMS REPAIR
PO BOX 2063
VANCOUVER, WA  98668

OFFICIAL SECURITY, INC
2404 SANTA PAULA DR
LAS VEGAS, NV  89104

OFFSHORE ANGLERS UNLTD
1976 CIRCLE PARK LANE
ENCINITAS, CA  92024

OFFSHORE MARINE SPECIALTIES
445 LOWER BURRIS RD
CANTON, GA  30114

OFFSHORE MARINE
315 STEEL TANK RD
BEAUFORT, NC  28516

OFFSHORE MARINE, C.A.
ANGEL M CARABALLO
CALLE MARCANO C/MALAVE
POLOMAR ISLA MA  6301
VENEZUELA

OGDEN ENTERTAINMENT SERVICES
CHARLOTTE MERCHANDISE MART
800 BRIAR CREEK ROAD
CHARLOTTE, NC  28205

OGLESBY SALE COMPANY
PO BOX 1319
207 N. 35TH STREET
MOREHEAD CITY, NC  28557

OGLESBY SALES COMPANY INC.
PO BOX 1066
CLINTON, NC  28329

OH SHUCKS, INC.
2098 HWY 86
MILFORD, IA  51351

OHANA HAWAIIAN CAFE
C/O MARTHA PETERSON
OR  97015

OHIO BUREAU OF EMPLOYMENT SERVICES
AT COLUMBUS, OHIO
OHIO BUREAU OF EMPLOY SERVICES
COLUMBUS, OH  43215

OHIO BUREAU OF WORKERS COMP
BWC STATE INS FUND
ATTN: CORPORATE PROCESSING DEPT
COLUMBUS, OH  43271-0821

OHIO CHILD SUPPORT PAYMENT CENTRAL
PO BOX 182394
COLUMBUS, OH  43218-2394

OHIO DEPARTMENT OF TAXATION
PO BOX 444
COLUMBUS, OH  43216-0444

OHIO DEPARTMENT OF TAXATION
TAX EQUALIZATION DIVISION
PO BOX 530
COLUMBUS, OH  43216-0530

OHIO DEPT OF JOB & FAMILY SERVICES
145 S FRONT ST RM 202
COLUMBUS, OH  43215-4156

OHIO TREASURER OF STATE
PO BOX 182101
COLUMBUS, OH  43218-2101

OHIO VALLEY OUTDOORS
2805 COLUMBUS LANCASTER RD
LANCASTER, OH  43130

OHIO WHOLESALE, INC.
5180 GREENWICH ROAD
SEVILLE, OH  44273

OIF EXPORTING LLC
812 EAST FRANKLIN STREET
SUITE C
CENTERVILLE, OH  45459

OJWOK, ADUK OMAN
1530 E. ST GERMAIN ST 117
ST.CLOUD, MN  56304

OK WEBER/SWEETS
595 COLONIAL DR (SPRINGFIELD, 97477)
PO BOX 7485
EUGENE, OR  97401

OKLAHOMA DEPARTMENT OF LABOR
409 NE 28TH ST, 3RD FLOOR
OKLAHOMA CITY, OK  73105

OKLAHOMA EMPLOYMENT SECURITY
COMMISSION
2401 N LINCOLN BLVD
OKLAHOMA CITY, OK  73105

OKUMA FISHING AND TACKLE CORPORATION
2310 E LOCUST COURT
ONTARIO, CA  91761

OLD & NEW SPORTS
813 WASHINGTON ST
RAVENSWOOD, WV  26164

OLD DOMINION FREIGHT LINE, INC.
PO BOX 60908
CHARLOTTE, NC  28260

OLD FORGE HARDWARE
PO BOX 248
OLD FORGE, NY  13420

OLD INLET BAIT & TACKLE
PO BOX 129
REHOBOTH BEACH, DE  19971

OLD MILL BARGAIN CENTER
2917 E. 3RD STREET
THE DALLES, OR  97058

OLD MILL INN
225 ROUTE 202
BASKING RIDGE, NJ  07920

OLD PINE SPORT SHOP
PO BOX 507
HALFWAY, OR  97834

OLD REPUBLIC PROF LIABILITY, INC.
ATTN DIANA RAMIREZ, ASST VP
190 N WACKER DR
SUITE 1000
CHICAGO, IL  60606

OLD TOWN HUNTING SUPPLY
PO BOX 374
POOLESVILLE, MD  20837

OLDDS COMMUNICATIONS
1515 S. FEDERAL HWY
SUITE 400
BOCA RATON, FL  33432

OLDE WEST GUN & LOAN
568 N MARKET ST
REDDING, CA  96003

OLDFIELD CLUB
29910

OLDHAMS LURES
100 UNIUVERSITY DR.
WIMBERLY, TX  78676

OLES HAKAI PASS
PO BOX 753
CAMPELL RIVER, BC  V9W 6J3
CANADA

OLGA BUDZIK
8024 GLENWOOD AVENUE
PO BOX 30909
RALEIGH, NC  27622

OLIN WINCHESTER
600 POWDER MILL ROAD
EAST ALTON, IL  62024

OLISO
498 ALABAMA STREET
SAN FRANCISCO, CA  94110

OLIVAS AVILA, ESBELTA
625 BRANCH WAY COURT
APT D
CHARLOTTE, NC  28273

OLIVER, SANDRA KAY
PO BOX 625
LILESVILLE, NC  28091

OLIVER, TINA BROOKE
112 MARLBORO STREET
HAMLET, NC  28345

OLIVIA ABDUL-RAHIM
2881 NORTH LECOMPTE AVE
SPRINGFIELD, MO  65803

OLIVIA C FURR
604 MYRTLEWOOD CIRCLE
JACKSONVILLE, NC  28546

OLLIE DAMONS
COLLIERS RECEIVABLES FUNDING LLC
PO BOX 735236
DALLAS, TX  75373-5236

OLMSCHEID, AARON A
11157 OLYMPIA AVE
BECKER, MN  55308

OLSEN & ASSOCIATES
190 SW 142ND
BEAVERTON, OR  97006

OLSONS GUN SHOP
612-C EAST MAIN ST
MAGNOLIA, AR  71753

OLSTEN STAFFING SERVICES INC
DEPT LA21994
PASADENA, CA  91185-1994

OLSTEN
DEPT AT. 49923
ATLANTA, GA  31192-9923

OMELVENY & MYERS, LLP
PO BOX 504436
THE LAKES, NV  88905-4436

OMNI BUSINESS PRODUCTS
PO BOX 6062
ARLINGTON, TX  76005

OMNI COMPUTER PRODUCTS
P O BOX 6205
CARSON, CA  90749-6205

OMNI DESIGNS INTERNATIONAL
904 FAIRVIEW ROAD
SIMPSONVILLE, SC  29680

OMNI HOTEL NASHVILLE
250 REP. JOHN LEWIS WAY S.
NASHVILLE, TN  37203

OMNIPAK CORP
C/O ACCTG DEPT
PO BOX 25492
PORTLAND, OR  97298

ON THE WATER, LLC
707 TEATICKET HIGHWAY
EAST FALMOUTH, MA  02536

ONE ON ONE COMPUTER TRAINING
2055 ARMY TRAIL ROAD
SUITE 100
ADDISON, IL  60101

ONE WAY MARINE
1500 CEDAR ST
HELENA, MT  59601

ONEALS DOCKSIDE II
HIGHWAY 12
PO BOX 282
OCRACOKE, NC  27960

ONEEIGHTY COMMUNICATIONS OF MONTANA
206 N 29TH ST
BILLINGS, MT  59101

ONSITE COMMERCIAL STAFFING
PO BOX 198531
ATLANTA, GA  30384-8531

ONSLOW COUNTY CLERK OF COURT
ATTN: AGNES SULLIVAN
625 COURT STREET
JACKSONVILLE, NC  29540

ONSLOW MEMORIAL HOSPITAL
317 WESTERN BOULEVARD
PO BOX 1358
JACKSONVILLE, NC  28541-1358

ONSTAR RENEWAL
PROCESSING CENTER
PO BOX 33591
DETROIT, MI  48232-9616

ON-TIME WILDLIFE FEEDERS
2488 HWY 33
RUSTON, LA  71270

OOCL(USA) INC.
501 WANDO PARK BLVD. STE. 200
MT. PLEASANT, SC  29464

OPEN BROADBAND, LLC
PO BOX 723
WAXHAW, NC  28173

OPEN SEASON
211 RODNEY ROAD
PORT GIBSON, MS  39150

OPEN TEXT INC.
C/O J.P. MORGAN LOCKBOX
24685 NETWORK PLACE
CHICAGO, IL  60673-1246

OPENVPN
6200 STONERIDGE MALL ROAD
3RD FLOOR
PLEASANTON, CA  94588

OPERATORS SUPPRESSOR SYSTEM
280 WEST CENTRAL AVENUE
MURRAY, UT  84107

OPTIMUM BAITS
42246 SARAH WAY
TEMECULA, CA  92590

OR DEPT OF JUSTICE
CHILD SUPPORT ACCOUNTING UNIT
PO BOX 14506
SALEM, OR  97309

ORACLE
PO BOX 71028
CHICAGO, IL  60694-1028

ORANGE BEACH MARINA
PO BOX 278
ORANGE BEACH, AL  36561

ORANGE MADISON
PO BOX 130
MADISON, VA  22727

ORBIS TECH SERVICES, LLC
1215 KLEPPE LANE
STE 6
SPARKS, NV  89431

ORCHARDS PAWN SHOP
615 THAIN RD
LEWISTON, ID  83501

ORCHID
PO BOX 270862
WEST HARTFORD, CT  06127

ORDANANCE TESTING/GUNBOAT
3423 CHARINGWOOD LANE
BIRMINGHAM, AL  35242

ORDELLA RODS
6400 NE HWY 99, STE. D
VANCOUVER, WA  98665

OREGON ANGLER
PO BOX 966
GOLD BEACH, OR  97444

OREGON BAIT
97304

OREGON BUREAU OF LABOR AND
INDUSTRIES
1800 SW 1ST AVE, SUITE 500
PORTLAND, OR  97201

OREGON CITY AWARDS
1005 MAIN ST
OREGON CITY, OR  97045

OREGON CITY GOLF CLUB INC
20124 S BEAVERCREEK RD
OREGON CITY, OR  97045

OREGON CONVENTION CENTER
PO BOX 2746
PORTLAND, OR  97208

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR  97301-2555

OREGON DEPARTMENT OF REVENUE
PO BOX 14730
SALEM, OR  97309-0464

OREGON DEPT OF REVENUE
HAZARDOUS SUBSTANCE FEE
PO BOX 14110
SALEM, OR  97309-0910

OREGON DMV
1905 LANA AVE NE
SALEM, OR  97314-1050

OREGON EMPLOYMENT DEPARTMENT
875 UNION ST NE
SALEM, OR  97311

OREGON FISHING CLUB
3003 SEVEN MILE WAY
ALBANY, OR  97322

OREGON FOOD BANK
P O BOX 55370
PORTLAND, OR  97238-5370

OREGON HUNTERS ASSOCIATION
P O BOX 1706
MEDFORD, OR  97501

OREGON OFFICE CONSTRUCTION CO
8940 SW GEMINI DR
BEAVERTON, OR  97008-7123

OREGON ROD REEL & TACKLE
863 PRESCOTT LANE
SPRINGFIELD, OR  97477

OREGON SECRETARY OF STATE
CORPORATE DIVISION
PO BOX 4353
PORTLAND, OR  97208-4353

OREGON SOCIETY OF CPAS
PO BOX 4555
BEAVERTON, OR  97076-4555

OREGON STATE BASS FEDERATION
2980 NE DIVISION 10
GRESHAM, OR  97030

OREGON STATE POLICE
ATTN: OPEN RECORDS
3772 PORTLAND ROAD NE
SALEM, OR  97303-2500

OREGON STATE SCHOLARSHIP COMMISSION
PO BOX 3031
HICKORY, NC  28603

OREGON TREE FARMS, LTD
PO BOX 537
CLACKAMAS, OR  97023

ORGANIZED EXECUTIVE
GEORGETOWN PUBLISHING HOUSE
DEPT. OGA 159, 1101 30TH ST NW
WASHINGTON, DC  20007

ORGANIZED FISHING
2300 BETHARDS DRIVE STE. S
SANTA ROSA, CA  95405

ORGILL, INC
ATTN: RYAN HARMON
3742 TYNDALE DR
MEMPHIS, TN  38125

ORIENT HANDBAG MANUFACTURE CO., LTD.
230 CHONG HONG WEST ROAD
QINGMENG ECONOMY&TECH DEVELOP ZONE
FUJIAN  362005
CHINA

ORIENTAL WORLD INC
2221 N ALBINA AVE
PORTLAND, OR  97227

ORIGINAL UMBRELLA, INC
762 N. MAIN ST
ALPHARETTA, GA  30201

ORION SAFETY PROD.
3157 N. 500 W.
PERU, IN  46970

ORION SAFETY PRODUCTS
PO BOX 1047
EASTON, MD  21601

ORION SPORTING GOODS
705 HPR, UNIT E
SITKA, AK  99635

ORLAND OUTFITTERS
325 SWIFT ST
ORLAND, CA  95963

ORLANDO WORLD CENTER MARRIOTT
8701 WORLD CENTER DR
ORLANDO, FL  32821

ORLEANS GENERAL STORE
72 MAIN STREET
ORLEANS, VT  05860

ORTH, LINDA M
102 SOO LINE DRIVE
GRAYSLAKE, IL  60030

ORTIZ, GILBERT TONALATE
165 HUBBARD WAY
APT 25
RENO, NV  89502

OSBORN MALEDON P.A.
2929 NORTH CENTRAL AVENUE
21ST FLOOR
PHOENIX, AZ  85012

OSCAR J GARCIA CPA FRESNO COUNTY
TREASURER-TAX COLLECTOR
PO BOX 1192
FRESNO, CA  93715-1192

OSCAR S. PAPALUCAS G. IMPORT
CAP GWYNN NO. 1031
ASUNCION
PARAGUAY

OSCARS RESTAURANT
620 N. MADISON AVE.
GOLDSBORO, NC  27530

OSCARS SPORTING GOODS
380 S.W. 5TH STREET
MADRAS, OR  97741

OSEGUEDA, MARGARITA LISETH
1023 YORKDALE DRIVE
CHARLOTTE, NC  28217

OSLER, HOSKIN & HARCOURT LLP
TRANSCANADA TOWER
450 - 1ST ST SW SUITE 2500
CALGARY, AB  T2P 5H1
CANADA

OSM SHIELD
PO BOX 1935
EDWARDS, CO  81632

OSMIC RESEARCH COMPANY
1626 LONDON ROAD
DULUTH, MN  55812

OSPREY POINT RV RESORT
1505 N LAKE RD
LAKESIDE, OR  97449

OSPREY TACKLE
423 WINCHESTER ST
ROSEBURG, OR  97470

OSU DUGOUT CLUB
OSU, GILL COLISEUM, RM 127
CORVALLIS, OR  97331

OSULLIVAN, LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

OTA INSURANCE SERVICES INC
4005 SE NAEF RD
PORTLAND, OR  97267-5617

O-TABS INTERNATIONAL, LLC
4451-C ENTERPRISE COURT
MELBOURNE, FL  32934

OTIS TECHNOLOGY
PO BOX 582
6987 LAURA STREET
LYONS FALLS, NY  13368

OTTIS FISH MARKET
711 SHEPARD STREET
MOREHEAD CITY, NC  28557

OUT OF WATER
PO BOX 1015
PROVINCETOWN, MA  02657

OUTBACK OUTBOARD REPAIR
PO BOX 279
ANGLER, NC  27501

OUTBOARD MOTOR SHOP
2050 CLEMENT AVE
ALEMEDA, CA  94501

OUTCAST BAIT & TACKLE
3520 BARRANCAS
PENSACOLA, FL  32507

OUTDOOR BRANDZ
2456 W. NEW ORLEANS STREET
BROKEN ARROW, OK  74011

OUTDOOR CAP CO
PO BOX 1000 DEPT 150
MEMPHIS, TN  38148-0150

OUTDOOR CAP CO. INC.
1201 MELISSA DRIVE
BENTONVILLE, AR  72712

OUTDOOR CONNECTION
7901 PANTHER WAY
WACO, TX  76712-6556

OUTDOOR CREATIONS INC
7597 HWY 65 NE
FRIDLEY, MN  55432

OUTDOOR EDGE CUTLERY CORP.
10701 FOUNTAINS DRIVE SUITE 100
MAPLE GROVE, MN  55369

OUTDOOR ENTERTAINMENT, INC.
2806 OPRYLAND DRIVE
NASHVILLE, TN  37214

OUTDOOR HEADQUARTERS
231 W MAIN ST
ARDMORE, OK  73401

OUTDOOR IDENTITIES, LLC
N922 TOWER VIEW DR SUITE 101
GREENVILLE, WI  54942

OUTDOOR INDUSTRY ASSOCIATION
PO BOX 21497
BOULDER, CO  80308

OUTDOOR LIFE
OUTDOOR LIFE
PO BOX 62478
TAMPA, FL  33662-4788

OUTDOOR MARKETING GROUP
STEVE HARRIS
PO BOX 781
DENTON, NC  27239

OUTDOOR NEWS
3410 WINNETKA AVE., N.
NEW HOPE, MN  55427

OUTDOOR OUTFITTERS
3633 NW 39TH ST
OKLAHOMA CITY, OK  73112

OUTDOOR PRODUCT INNOVATIONS
177 REASER CT
ELYRIA, OH  44035

OUTDOOR RESORTS AT LONG KEY
33001

OUTDOOR SPORTMANS
807 EASTERN BLVD
BALTIMORE, MD  21221

OUTDOOR SPORTSMAN
4969 WEST LN
STOCKTON, CA  95210

OUTDOOR TECHNOLOGIES LLC
24260 JESSIE ST
DENHAM SPRINGS, LA  70726

OUTDOOR TECHNOLOGY GROUP
CHICAGO, IL  60694

OUTDOOR WORLD, INC
2720 S RODEO GULCH RD
SOQUEL, CA  95073

OUTDOORS ADVENTURE
HWY 60 WEST
GARFIELD, KY  40140

OUTDOORS AMERICA
100 N. CARNEY ST
PO BOX 548
ATMORE, AL  36504

OUTDOORS INSIGHT
15275 MINNETONKA BLVD
MINNETONKA, MN  55345

OUTDOORSMAN, INC
136 8TH AVE
SAN MANUEL, AZ  85631

OUTER BANK PRESERVATION ASSOC
C/O RED DRUM TACKLE
PO BOX 98
BUXTON, NC  27920

OUTER BANKS TACKLE COMPANY
PO BOX 178
104 PAN RIDGE COURT 2
HARBINGER, NC  27941

OUTER BANKS TRADING POST
305 VA DARE TR.
KILL DEVIL HILL, NC  27948

OUTFITTERS 09, LLC
8995 HWY 304
HERNANDO, MS  38632

OUTFITTERS HUNTING & FISHING
PO BOX 180360
RICHLAND, MS  39218

OUTPUT TECHNOLOGY
2310 N FANCHER RD
SPOKANE, WA  99212

OUTTECH, INC
ATTN JAY SCHOLES
930 MEADOWBROOK DR
AURORA, OH  44202

OVERHEAD DOOR CO OF FRESNO
2465 N MIAMI
FRESNO, CA  93727

OVERHEAD DOOR CO. OF DALLAS
2617 ANDJON DRIVE
DALLAS, TX  75220

OVERHEAD DOOR CO. OF SIERRA
1290 HOLCOMB AVENUE
RENO, NV  89502

OVERHEAD DOOR COMPANY OF NEW BERN
PO BOX 12467
NEW BERN, NC  285612467

OVERLAND POST
65760 PARK RD
BELMONT, OH  43718

OVERNITE TRANSPORTATION CO.
PO BOX 905385
CHARLOTTE, NC  28290-5385

OVERNITE TRANSPORTATION
PO BOX 79755
BALTIMORE, MD  21279-0755

OVERTONS
ATTN: BRAD BIAMONT
5424 OLEANDER DRIVE SUITE 106
WILMINGTON, NC  28403

OVERTONS, INC
PO BOX 8228
GREENVILLE, NC  27835

OWAA
121 HICKORY ST, SUITE 1
MISSOULA, MT  59801

OWEN J BROWN & ASSOCIATES
15235 BRAND BLVD, A-106
MISSION HILLS, CA  91345

OWEN WITHROW
6316 DRY FORK LANE
RALEIGH, NC  27613

OWENS ROOFING INC
301 W CABARRUS ST
RALEIGH, NC  27601

OWENS, SIMON C
11709 WEST FISHERMAN LANE
HOMOSASSA, FL  34448

OWL-NEAL D/B/A RAMADA INN
P.O.BOX 2716
1701 SOUTH VIRGINIA DARE TRAIL
KILL DEVIL HILL, NC  27948

OWNER AMERICAN CORPORATION
3199-B AIRPORT LOOP DRIVE
COSTA MESA, CA  92626

OXBOW MARINA
100 OXBOW MARINA BLVD
ISLETON, CA  95641

OXFORD PLACE APARTMENTS
2143 43RD ST S.E.
GRAND RAPIDS, MI  49508

OXFORD SUITES
75 82ND DR
GLADSTONE, OR  97027

OYSTER BAY SHOPPING CENTER
11615 COASTAL HIGHWAY
OCEAN CITY, MD  21842

OYSTER BAY TACKLE
11615 COASTAL HIGHWAY
OCEAN CITY, MD  21842

OYSTER HOUSE MART
PO BOX 15
COLES POINT, VA  22442

OYSTER POINT
165 SANTA CLARA
ST BRISBANE, CA  94005

OZONICS
107A THIS WAY
PO BOX 598
LAKE JACKSON, TX  77566

P.A.E.R.
2011 WILHELMINA AVE.
CHARLOTTE, NC  28205

P.C. YOUNGERMAN
1808 CHARLESTON PLACE LANE
APT 2B
CHARLOTTE, NC  28212

P.C.YOUNGERMAN
1808 CHARLESTON PLACE
CHARLOTTE, NC  28212

P.D.C.
591 CAMINO DE LA REINA, 200
SAN DIEGO, CA  92108

P.H. JIGS BAIT & TACKLE
PO BOX 38
LAGRANGE, CA  95329

P.S. OLT CO.
PO BOX 550
SOUTH 5TH ST RD.
PEKIN, IL  61554

P.S.I./CAROLINAS, INC.
263 CHURCH STREET NORTH
CONCORD, NC  28025

PA DEPARTMENT OF REVENUE
DEPT. 280422
HARRISBURG, PA  17128-0422

PA LIVE BAIT VENDING
2641 CREEK RD
ELVERSON, PA  19520

PA PROSPECT CORPORATION
3800 BRIDGES STREET
MOREHEAD CITY, NC  28557

PA PROSPECT LLC
PO BOX 785
COLUMBUS, MT  59101

PA SCDU
PO BOX 69112
HARRISBURG, PA  17106-9912

PA UNEMPLOYEMENT COMP FUND
PO BOX 8568
HARRISBURG, PA  17105-8568

PACBAK
901 PHOTO AVENUE
ANCHORAGE, AK  99503

PACER SERVICE CENTER
PO BOX 70951
CHARLOTTE, NC  28272-0951

PACES PLACE
2529 SIMPSON STREET
FT. MYERS, FL  33901

PACHECO, ISAAC MANUEL
1161 GLEN MOLLY COURT
SPARKS, NV  89434

PACIFIC ALASKA FORWARDERS INC
DEPT 4198
PO BOX 34936
SEATTLE, WA  98124-1936

PACIFIC ALASKA FORWARDERS
DEPT 4198
PO BOX 34936
SEATTLE, WA  98124

PACIFIC BELL
PAYMENT CENTER
VAN NUYS, CA  91388-0001

PACIFIC CATCH
2280 GRASS VALLEY HWY 253
AUBURN, CA  95603

PACIFIC CREST MARKETING
30364 SKIPPERS WAY
CANYON LAKE, CA  92587

PACIFIC CUSTOM PRODUCTS INC
PO BOX 13008
SALEM, OR  97309

PACIFIC FENCE & WIRE CO
13770 SE AMBLER RD
CLACKAMAS, OR  97015-0125

PACIFIC GAS & ELECTRIC CO
BOX 997300
SACRAMENTO, CA  95899-7300

PACIFIC IMAGING
9687 DISTRIBUTION AVE
SAN DIEGO, CA  92121-2307

PACIFIC ISLAND LURE INNOVATIONS
PILI LURES
PO BOX 1691
KAILUA-KONA, HI  96745

PACIFIC MAILING & SHIPPING SYSTEMS
4160 SE INTERNATIONAL WAY
SUITE D-103
MILWAUKIE, OR  97222

PACIFIC MARINE
27120 112TH ST EAST
BUCKLEY, WA  98321

PACIFIC MARKET INTERNATIONAL, LLC
2401 ELLIOTT AVE
4TH FLOOR
SEATTLE, WA  98121

PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR  97006

PACIFIC SCALE CO
PO BOX 1606
CLACKAMAS, OR  97015

PACIFIC SUN MARKETING
10546 158TH AVE NE
REDMOND, WA  98052-2659

PACIFIC TIRE & BRAKE
8646 N MAGNOLIA AVE
SANTEE, CA  92071

PACIFIC TRAINING
PO BOX 16
WEST LINN, OR  97068

PACKAGE CRAFT INC
BETHEL DISTRIBUTION CENTER
130 PACKAGE CRAFT ROAD
BETHEL, NC  27812

PACKAGING ASSOCIATES
PO BOX 17491
MEMPHIS, TN  38187-0491

PACKAGING CORP OF AMERICA
PO BOX 51584
LOS ANGELES, CA  90051-5884

PADGETT THOMPSON
AMERICAN MANAGEMENT ASSOCIATION
PO BOX 4725
BUFFALO, NY  14240-4725

PADGETT THOMPSON
PO BOX 8297
OVERLAND PARK, KS  66208

PAEZ, JESUS EDUARDO
1208 STRENSALL LN
APT 104
CHARLOTTE, NC  28273

PAGAN, MILES LEE
12413 DIXIE ANN DRIVE
CHARLOTTE, NC  28262

PAGE, ANA SHELVEY
104 PELICAN CT.
NEWPORT, NC  28570

PAGEL, KENNETH M
N10341 DRAKE RD
IOLA, WI  54945-9297

PAGENET
500 NE MULTNOMAH STE 400
PORTLAND, OR  97232

PAGENET/ARCH WIRELESS
PO BOX 660770
DALLAS, TX  75266-0770

PAGES CREEK MARINE
ATT;PAT
7000 MARKET ST
WILMINGTON, NC  28405

PAGUAGA, FRANCISCO JOSE PAGUAGA
1126 ALLEGIANCE DR
CHARLOTTE, NC  28217-3907

PAINT BANK GENERAL STORE
RT 1 BOX 64
PAINT BANK, VA  24131

PAINT SAINT, THE
205 STONEYBROOK DR
SWANSBORO, NC  28584

PAINTED ARROW LLC
109 TEFT ROAD UNIT 373
SPRING ARBOR, MI  49283

PAIR ELECTRONICS
107 TRADE STREET
GREENVILLE, NC  27834

PAIR OF JACKS INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

PAK A SAK
4930 ARENDELL STREET
STORE 8
MOREHEAD CITY, NC  28557

PAK-A-SAK
4930 ARENDELL STREET
STORE 8
MOREHEAD CITY, NC  28557

PALAU SALES
PO BOX 1637
KOROR PALAU, HI  96940

PALENCIA ALARCON DE C, JENIFER D
500 WINTER SKY
RENO, NV  89506

PALLET BROKER LLC
PO BOX 2043
SPARKS, NV  89432

PALLET EXPRESS INC.
PO BOX 1998
LIBERTY, NC  27298

PALLETECH
1285 SPICE ISLANDS DRIVE
SPARKS, NV  89431

PALLETRACKNOW.COM
8630 MONTICELLO LANE NORTH
MAPLE GROVE, MN  55369

PALLITE GROUP
200 CONTINENTAL DRIVE
SUITE 401
NEWARK, DE  19713

PALM BAY MARINA
4350 DIXIE HWY NE
PALM BAY, FL  32905

PALM BEACH YACHT CENTER
7848 S. FEDERAL HWY
AYPOLUXO, FL  33462

PALM CORNER, INC.
16 NORTH KROME
HOMESTEAD, FL  33034

PALMER PRINTING
PO BOX 1575
ST. CLOUD, MN  56302

PALMETTA BATTERY SPECIALISTS INC
312 RALEIGH STREET
SUITE 7
WILMINGTON, NC  28412

PALMETTO BAY MARINA
86 HELMSMAN WAY
HILTON HEAD ISL, SC  29928

PALMETTO ROOST
1862 OLD DUNBAR RD
W COLUMBIA, SC  29173

PALMETTO SOUTHERN, INC.
241 GLASSMASTER ROAD
PO BOX 1439
LEXINGTON, SC  29072

PAMELA J COLTRAIN
2510 PINEY GROVE CHURCH RD
WILLIAMSTON, NC  27892

PAMIDA FOUNDATION
8800 F ST
OMAHA, NE  68127

PAMLICO MARINE SERVICE
13051 HWY 264 EAST
PINETOWN, NC  27865

PAN JACK INDUSTRIAL CO LTD
9F-3 NO 202 SEC 3 DA-TONG RD
HSI-CHIH DIST (22103)
NEW TAIPEI CITY
TAIWAN

PANABELL INC
T/A HOLIDAY CAMPGROUND
14 COASTAL HWY
PANACEA, FL  32346

PANACEA PRODUCTS CORP.
2711 INTERNATIONAL STREET
COLUMBUS, OH  43228

PAN-AMERICAN LIFE INSURANCE CO.
PO BOX 919167
DALLAS, TX  75391-9167

PANCHOS B & T
1642 S RESEARCH LOOP 130
TUCSON, AZ  85710

PANDA LOGISTICS CHICAGO INC.
1305 WILEY ROAD
SUITE 102
SCHAUMBURG, IL  60173

PANDA SKI & SPORT, INC
9213 5TH AVE
BROOKLYN, NY  11209

PANGAS DEL PARAISO SPORTS
9560 PALO ALTO ST
RANCHO CUCAMONG, CA  91730

PANGUITCH ANGLERS
PO BOX 41
PANGUITCH, UT  84759

PAPA JOES MARINA
PO BOX 464
ISLAMORADA, FL  33036

PAPA JOHNS
MOREHEAD, NC  28557

PAPE MATERIAL HANDLING
PO BOX 35144 5077
SEATTLED, WA  98124-5144

PAPER PLUS
4950 ARENDELL ST
MOREHEAD CITY, NC  28557

PAPER PRODUCTS OF WASHINGTON
P. O. BOX 2092
WASHINGTON, NC  27889-2092

PAPER STOCK DEALERS, INC.
HARTSVILLE DIVISION
1037 HILTON AVENUE
HARTSVILLE, SC  29550

PAR INC. DBA FILLET AWAY FISH MATS
4300 W. SELTICE WAY
POST FALLS, ID  83854

PARADA, ANA EUDOCIA
10400 JOHN PRICE ROAD
LOT 12
CHARLOTTE, NC  28273

PARADISE POINT MARINA
8095 RIO BLANCO RD
STOCKTON, CA  95209

PARADISE PT. MARINA, INC
231 PARADISE PT RD
COLUMBIANA, AL  35051

PARAMOUNT STAFFING
PO BOX 95072
CHICAGO, IL  60694-5072

PARDUE, CHRISTOPHER
2004 JERSEY STREET
MOREHEAD CITY, NC  28557

PARICON
52 PARK STREET
PO BOX 157
SOUTH PARIS, ME  04281

PARIS CORPORATION
800 HIGHLAND DRIVE
WESTAMPTON, NJ  08060

PARISH SIGN & SERVICE
PO BOX 766
RAEFORD, NC  28376

PARK BOAT
S 980 US HWY 17
WASHINGTON, NC  27889

PARK CENTER SPORTING GOODS
500 PARK CENTER
RAINELLE, WV  25962

PARK GROCERY #44
8400 HARRISON BAY RD
HARRISON, TN  37341

PARK PLACE INTERNATIONAL
5910 LANDERBROOK DR, SUITE 300
CLEVELAND, OH  44124

PARK PLACE INTERNATIONAL
7227 CHAGRIN ROAD
CHAGRIN FALLS, OH  44023

PARKER PONTIAC OLDS-BUICK & GMC
HWY 70
MOREHEAD CITY, NC  28557

PARKER PONTIAC
HIGHWAY 70 WEST
P.O.BOX 1049
MOREHEAD CITY, NC  28557

PARKER
PO BOX 105
MINT SPRING, VA  24463

PARKS, CAMERON BARRINGTON
232 LEE THEE CHURCH RD
ROCKINGHAM, NC  28379

PARLIAMENTARY REPORTING, INC
8520 GOVERNMENT DR, STE 4
NEW PORT RICHEY, FL  34654

PARRA, ALEJANDRA FABIOLA
3515 MAZZONE AVENUE
RENO, NV  89502

PARROS GUN SHOP
RR1 BOX 1175
BOLTON RD
WATERBURY, VT  05676

PARROTTS OUTPOST
ONAWAY, MI  49765

PARSLEYS SPORT SHOP
PO BOX 434
70 W. STATE
NEWAYGO, MI  49337

PART IV ASSOCIATES,INC.
450 SENTRY PARKWAY
BLUE BELL, PA  19422

PARTNERS & HUNT
2518 2ND S N SUITE 111
MINEAPOLIS, MN  55411

PARTNERS PERSONNEL MANAGEMENT
SERVIC
DEPT. 710068
PO BOX 514670
LOS ANGELES, CA  90051-4670

PARTS NOW
PO BOX 88632
MILWAUKEE, WI  53288-0632

PARTY PIG CATERING
929 COOK AVE
BILLINGS, MT  59101

PASCO GUN WORKS
36010 SR 52
DADE CITY, FL  33525

PASS-A-GRILLE BAIT & TACKLE
801 PASS-A-GRILLE WAY
ST. PETE BEACH, FL  33706

PASSAIC COUNTY SHERIFF
SHERIFF DEPT. PROCESSING DIV.
P.O.BOX 2437
PATTERSON, NJ  07509

PAT & GARYS PARTY STORE
3758 S. STRAITS HIGHWAY
PO BOX 906
INDIAN RIVER, MI  49749

PAT & OSCARS
380 S.W. 5TH STREET
MADRAS, OR  97741

PAT HARVEY
953 COUNTY HOME ROAD
HAMLET, NC  28345

PATCO ELECTRICAL CONTRACTORS, INC
160 SCOTT MCDONALD RD
ROCKINGHAM, NC  28379

PATEL, JAYANTILAL N
1718 W CATALPA LN
MOUNT PROSPECT, IL  60056-4559

PATRICIA RIVENBARK D/B/A
MINUTE MAID CLEAN UPS
PO BOX 724
BEAUFORT, NC  28516

PATRICIA WILLIAMS
412 C. COMMERCE AVE
MOREHEAD CITY, NC  28557

PATRICK NOLAN
600 DEBONSHIRE ST
OLDSMAR, FL  34677

PATRICK TRAFTON
829 COOK AVE
BILLINGS, MT  59101

PATS BAIT AND TACKLE
740 LONG POINT ROAD
MELBOURNE BCH, FL 32951

PATS PAWN & GUN SHOP
66517

PATS TACKLE SHOP
2 ESSEX COURT
GREENVILLE, SC 29609

PATTERSON CUTLERY
HCR1 BOX 137
LANSE, MI 49946

PATTERSON FAN
1120 NORTHPOINT BLVD
BLYTHEWOOD, SC 29016

PATTERSON, ALEXANDER
116 HAWKINS LN
ROCKINGHAM, NC 28379

PATTERSON, BRAD STEPHEN
4005 WYNSTON WAY
CLAYTON, NC 27520

PATTERSON, DONTE CORNELIUS
12420 ANGUS DRIVE
LAURINBURG, NC 28352

PATTON, MICHAEL
8109 PIKE ROAD APT 1228
CHARLOTTE, NC 28262

PAUL BENSON
3674 CLEARBROOK WAY
DULUTH, GA 30155

PAUL JAENIKE
111 EDWARDS DR.
MOREHEAD CITY, NC 28557

PAUL MATTILA, TRUSTEE
PO BOX 2751
MEMPHIS, TN 38101-2751

PAUL MCBRIDE HEATING & AIR
PO BOX 2305
MOREHEAD CITY, NC 28557

PAUL OWEN
5512 HAWK CT
ST. CLOUD, MN 56303

PAUL SAUNDERS
1349 ZUBER LANE
EVANSVILLE, IN 47725

PAUL,HASTINGS,JANOFSKY&WALKER LLP
555 SOUTH FLOWER STREET
LOS ANGELES, CA 90071

PAULS LIQUOR
101 N OCEAN AVE
CAYUCOS, CA 93480

PAULS PLUMBING & HEATING, INC.
1121 CORPORATE BLVD
RENO, NV 89502

PAUTZKE BAIT CO. INC.
800 N PROSPECT STREET
ELEENSBURG, WA 98926

PAVENKO, MARIYA VLADIMIROVNA
9625 COMMONS EAST DRIVE
APT L
CHARLOTTE, NC 28277

PAVENKO, ROMAN V
9625 COMMONS EAST DRIVE
APT L
CHARLOTTE, NC 28277

PAVENKO, VLADIMIR
9625 COMMONS EAST DRIVE
APARTMENT L
CHARLOTTE, NC 28277

PAVILION LOGISTICS, INC.
1770 CASTLETON STREET
STE 418
CITY OF INDUSTR, CA 91748

PAWN BROKERS ASSOCIATION OF N.C.
PBANC
PO BOX 41368
RALEIGH, NC 27629

PAWN SHOP
PO BOX 1280
JACKSON, WY 83001

PAWN-N-CASH
120 MARINE BLVD
JACKSONVILLE, NC 28540

PAX BUSINESS SYSTEMS
1055 S ESCONDIDO BLVD
EDCONDIDO, CA 92025

PAY AND SAVE INC
ATTN: RENEE
PO BOX 1430
LITTLEFIELD, TX 79339

PAYER MATRIX, LLC
PO BOX 24637
PHILADELPHIA, PA 19111

PAYMASTER NORTHWEST
1020 NW 17TH AVE
PORTLAND, OR 97209-2394

PAYNES BAIT & TACKLE
9691 WEST FORT ISLAND TRAIL
CRYSTAL RIVER, FL  34429

PAYSCALE, INC
PO BOX 674480
DETROIT, MI  48267-4480

PAZ ALVARENGA, JOSE ANASTACIO
11025 MORGAN CREEK DRIVE
APTO. 103
CHARLOTTE, NC  28273

PBMARES, LLP
PO BOX 71153
CHARLOTTE, NC  28272-1153

PC APPLICATIONS
2857 SHELBY ST
BARTLETT, TN  38134

PC CONNECTION SALES CORPORATION
PO BOX 8983
BOSTON, MA  28557

PC CONNECTION
PO BOX 4520
WOBURN, MA  01888-4520

PC MALL
FILE 55327
LOS ANGELES, CA  90074-5327

PC SERVICE SOURCE
2350 VALLEY VIEW LN
DALLAS, TX  75234

PC WHOLESALE
1454 YOSEMITE AVE.
SAN JOSE, CA  95126

PC WORLD
PO BOX 37569
BOONE, IA  50037-0569

PCN LANDSCAPE & SUPPLY
PO BOX 297
CECIL, PA  15321

PE SYSTEMS LLC
PO BOX 12856
PHILADELPHIA, PA  19176

PEAK 10, INC.
8910 LENOX POINTE DR., SUITE A
CHARLOTTE, NC  28273

PEAK TECHNOLOGIES INC
9200 BERGER ROAD
COLUMBIA, MD  21046-1602

PEAKLOGIX
11513 ALLECINGIE PARKWAY
RICHMOND, VA  23235

PEARLS GUN & ROD SPORT SHOP
19208 ANAHEIM DR
SPRING HILL, FL  34610

PEARSON EDUCATION
PO BOX 70632
CHICAGO, IL  60673

PEARSON RANCH ELK & BISON JERKY, LLC
561 QUANTUM ROAD NE
RIO RANCHO, NM  87124

PEDROZA, ALEJANDRA YVONNE
1249 AMBONNAY LANE
SPARKS, NV  89436

PEE DEE EMC
9825 US HWY 74 E
LILESVILLE, NC  28091-7122

PEE VEES
1544 LIGONIER ST
LATROBE, PA  15650

PEE WILLIE WICK
10740 GURNEY ROAD
BAKER, LA  70714-8614

PEET SHOE DRYER
919 ST MARIES RIVER ROAD
SAINT MARIES, ID  83861

PEGGY RHOME
NEWPORT, NC  28570

PEITZ, JAMES
320 9TH AVENUE NORTH
SAUK RAPIDS, MN  56379

PELICAN INTERNATIONAL
1000 PLACE PAUL-KANE
LAVAL, QB  H7C 2T2
CANADA

PELICAN PIER MARINA
1085 BALD EAGLE
MARCO ISLAND, FL  34145

PELICAN PRODUCTS, INC
522 MILLIKEN DRIVE
HEBRON, OH  43025

PELTOR SPORT
5457 W 79TH ST
INDIANAPOLIS, IN  46268-1675

PEMBROKE FISHING CENTER
802 WEST QUEEN STREET
EDENTON, NC  27932

PEMBROKE STOP-N-SAVE
RT 1, BOX 520
PEMBROKE, VA  24136

PENCO TACKLE
PO BOX 402
DESTIN,, FL  32541

PENDER & COWARD
222 CENTRAL PARK AVENUE
SUITE 400
VIRGINIA BEACH, VA  23462-3026

PENDER COUNTY SEAFOOD
28435

PENGUIN PUTNAM INC.
405 MURRAY HILL PKWY
EAST RUTHERFORD, NJ  07073

PENMAR MARINE CO
2011 SKYLINE WAY
ANACORTES, WA  98221

PENN FISHING
7 SCIENCE COURT
COLUMBIA, SC  29203

PENN PREMIUM
7 SCIENCE COURT
COLUMBIA, SC  29203

PENN SPORTS
306 S 45TH AVE
PHOENIX, AZ  85043

PENNINGTON GROCERY & HARDWARE
117 GREENFIELD SABINA RD
GREENFIELD, OH  45123

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF CORPORATION TAXES
DEPT. 280427
HARRISBURG, PA  17128-0427

PENNSYLVANIA DEPT OF STATE
PO BOX 8722
HARRISBURG, PA  17105-8722

PENNSYLVANIA DEPT. OF LABOR AND
INDUSTRY
1700 LABOR & INDUSTRY BLDG
HARRISBURG, PA  17121

PENNSYLVANIA SCDU
PO BOX 69112
HARRISBURG, PA  17106-9112

PENNY ANDERSON
NEWPORT, NC  28570

PENNY EDWARDS
5133 SANDLEWOOD CT.
MARIETTA, GA  30068

PENNY ROD & BAIT
613 ATLANTIC BEACH CAUSEWAY
ATLANTIC BEACH, NC  28512

PENSACOLA BAY FISHING BRIDGE
PO BOX 17627
PENSACOLA, FL  32522-7627

PENSKE TRUCK LEASING CO., L.P.
PO BOX 532658
ATLANTA, GA  30353-2658

PEOPLE 2.0 GLOBAL, INC
PO BOX 536853
ATLANTA, GA  30353-6853

PEOPLESUITE, LLC
220 N. MAIN STREET
MOORESVILLE, NC  28115

PEPPERIDGE FARM
C/O RAYMOND WEISENBURG
1141 HIBBS ROAD
NEWPORT, NC  28570

PEPPERMILL HOTEL CASINO RENO
2707 S. VIRGINIA STREET
RENO, NV  89502

PEPPERS AUTOMOTIVE GROUP
2420 WEST WOOD STREET
PARIS, TN  38242

PEPSI-COLA BOTTLING CO
344 HOWARD AVE
BILLINGS, MT  59101

PEPSI-COLA
3706 US HWY 17 SOUTH
PO BOX 12036
NEW BERN, NC  28561

PERCENTAGE TAGS
PO BOX 3610
SALEM, OR  97302

PERENSCO INC.
ACCOUNTS RECEIVABLE
PO BOX 461058
AURORA, CO  80046

PEREZ GARCIA, ARGELIA
11001 ATHABASCA DRIVE
RENO, NV  89506

PEREZ, LITZY FRANEYDA
3030 TACOMA STREET
APT 2
CHARLOTTE, NC  28208

PERFORMANCE CABLING TECHNOLOGIES
PO BOX 757
ASHEBORO, NC  27204

PERFORMANCE EAST
1306 W GRANTHAM ST
GOLDSBORO, NC  27530

PERFORMANCE FREIGHT SYSTEMS
PO BOX 210947
MILWAUKEE, WI  53221

PERFORMANCE MARINE
7701 NW 54TH ST
MIAMI, FL  33166

PERFORMANCE PLUS RIBBONS, INC.
PO BOX 1499
SIMI VALLEY, CA  930621499

PERKINS, ELIZABETH ANN
130 FOREST DR
ROCKINGHAM, NC  28379

PERKO INC.
16490 NW 13TH AVENUE
PO BOX 64000D
MIAMI, FL  33164-0510

PERNIA, LEIDY PAOLA
511 CAMERON WALK CT APTO 201
CHARLOTTE, NC  28217

PERRY INTERNATIONAL
100 W MONROE ST, STE 502
CHICAGO, IL  60603

PERRY, TRINAE WYLEANER
1211 SANDERS ST
ROCK HILL, SC  29732

PERSONAL FAMILY READINESS DIV MARINE
ATTN: CYNDY GUASCH
3044 CATLIN AVE
QUANTICO, VA  22134

PERSONIFY HEALTH
PERSONIFY HEALTH FINANCE DEPARTMENT
PO BOX 2946
COVINGTON, LA  704343

PERSONNEL POLICY SERVICE, INC.
PUBLISHERS
PO BOX 7697
LOUISVILLE, KY  40257-0697

PERTH MARINE
818 PERTH ROAD
TROUTMAN, NC  28166

PESKY PRODUCTS LLC
4921 RINGWOOD MEADOWS
SARASOTA, FL  34235

PETE MANUEL
NC  28557

PETE MINKS MINE
190 STARGAZER LANE
NEWPORT, NC  28570

PETE RICKARD INC.
1-11 BRIDGE STREET
GALETON, PA  16922

PETE SMITH
1741 SUMNER ST
LONGMONT, CO  80501

PETERS OFFICE SUPPLY
338 NW 9TH AVE
PORTLAND, OR  97209-3381

PETERSEN, JULIA
2657 S KILIMANJARO WAY
ROGERS, AR  72758

PETERSEN, KEVIN C
2268 WELLMAN PLACE
OAK HARBOR, WA  98277

PETERSON
PO BOX 1356
BILLINGS, MT  59103

PETERSON, JANELLE MARIE
5862 COUNTY ROAD 5
RICE, MN  56367

PETERSON, MARK ALBERT
1657 CHIEF LANE
NEW ALBIN, IA  52160

PETERSONS HARDWARE
PO BOX 148
CORFER, NY  14036

PETES BAIT SHOP
341 BURNSIDE AVE
WOONSOCKET, RI  02895

PETES FLY SHOP
PO BOX 84
ANCHOR POINT, AK  99556

PETRO MART
1308 EAST 8TH STREET
LYNNHAVEN, FL  32444

PETROCARD SYSTEMS
PO BOX 34243
SEATTLE, WA  98124-1243

PETS R US
11143 S WESTERN AVE
LOS ANGELES, CA  90047

PETTY CASH,LISA MOLINE
1850 SLIGO LN
BILLINGS, MT  59106

PETTY, LUDWIG SHAWN
1706 DARBROOK DRIVE
CHARLOTTE, NC  28205

PEWOWSKI ENTERPRISES, INC.
DBA THE EXPO GROUP
1740 HURD DRIVE
IRVING, TX  75038

PFS
22432 NETWORK PLAC
CHICAGO, IL  60673-1224

PHELPS TRUSTWORTHY HDWR
PHELPS, WI  54554

PHENIX RODS-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

PHIL DELFINO
48 HARRIS STREET
COVENTRY, RI  02816

PHIL GRUNERT
915 12TH ST
FORTUNA, CA  95540

PHIL GRUNERT
915 12TH STREET
PO BOX 636
FORTUNA, CA  95540

PHIL STEPHENS
S 3102 MANITO RD
SPOKANE, WA  99203

PHIL STEPHENS
S. 3201 MANITO ROAD
SPOKANE, WA  99203

PHIL YOUN SERMAN
6019 ABBEY WAY
MONROE, NC  28110

PHILADELPHIA BOAT SUPPLY
7401 STATE ROAD
PHILADELPHIA, PA  19136

PHILADELPHIA GUN & PAWN
804 HOLLARND AVE.
PHILADELPHIA, MS  39350

PHILIP, AGNES AKONGO
1248 EAST SAINT GERMAIN STREET
APT 207
ST. CLOUD, MN  56304

PHILIPPI, LEO M
12 8 AVE N
WAITE PARK, MN  56387

PHILLIP C. YOUNGERMAN
6019 ABBEY WAY
MATTHEWS, NC  28104

PHILLIPS HEALTHCARE
PO BOX 100355
ATLANTA, GA  30384-0355

PHILLIPS, EVAN BRIAN
215 STARFIRE PLACE
HILLSBOROUGH, NC  27278

PHILLIPS, MARCUS ALLEN
8911 BOW ROAD
APT 306
CHARLOTTE, NC  28217

PHILLIPS, NELSON BRIAN
215 STARFIRE PLACE
HILLSBOROUGH, NC  27278

PHILLIPS, NICHOLAS L
879 LOCUST ST
RENO, NV  89502

PHILS OUTDOOR SURPLUS
3201 N 4
LA GRANDE, OR  97850

PHIMPHARATH, SAYSAMONE
1500 PROVIDENCE PLACE NE
SAUK RAPIDS, MN  56379

PHOENICIAN OPERATING LLC
6000 EAST CAMELBACK ROAD
SCOTTSDALE, AZ  85251

PHOENIX ARMS
1420 S ARCHIBALD AVE
ONTARIO, CA  91761

PHOENIX, THE
246 N PLEASANTBURG DR
GREENVILLE, SC  29607

PHOTO DISTRICT NEWS
PO BOX 1983
MARION, OH  43305-1983

PHOTODISC INC
DEPT 370
PO BOX 94935
SEATTLE, WA  98124-1935

PICTORIAL EDGE
PO BOX 31337
CHARLOTTE, NC  28231-1337

PIEDMONT HOME CONTRACTORS, INC
5312 DORCHESTER ROAD
GREENSBORO, NC  27407

PIEDMONT LIFT TRUCK SERVICE INC
779 N US 220 HWY
ROCKINGHAM, NC  28379

PIEDMONT NATURAL GAS CO, INC
PO BOX 1246
CHARLOTTE, NC  28201-1246

PIEDMONT NATURAL GAS
PO BOX 29527
GREENSBORO, NC  27402

PIEDMONT OUTDOORS
2467 ACCESS ROAD
COVINGTON, GA  30209

PIEDMONT PROPERTIES, LLC
820 S. WALTON BLVD
SUITE 1
BENTONVILLE, AR  72712

PIER 1 MARINA
5138 HWY 191
CONVERSE, LA  71419

PIER 47
PO BOX 59
WILDWOOD, NJ  08260

PIER OUTFITTERS T/A SURFSIDE PIER
2584 S HWY 17 BUS
GARDEN CITY, SC  29576

PIER TACKLE SHOP
3113 DOLPHIN RD
VIRGINIA BEACH, VA  23451

PIERRELOUIS, REINORD
1958 HARTFORD DRIVE
GASTONIA, NC  28052

PIESTRAKS GUN SHOP
104 ALDEN MOUNTAIN ROAD
NANTICOKE, PA  18634

PIGGLY WIGGLY
17 COLIGNY PLAZA
HILTON HEAD, SC  29928

PIKE COUNTY OUTFITTERS
PO BOX 1054
MILFORD, PA  18337

PILGRIM CONSOLIDATORS, INC
300 ELM ST
BRIDGEWATER, MA  02324

PILLSBURY WINTHROP
FILE 72391
PO BOX 60000
SAN FRANCISCO, CA  94160-2391

PILPEL
PO BOX 712
KILL DEVIL HILL, NC  27948

PILSBURY WINTHROP
FILE 72391
PO BOX 60000
SAN FRANCISCO, CA  94160-2391

PIN SOURCE
1233 SHELBURNE ROAD
PIERSON HOUSE
S. BURLINGTON, VT  05403

PINE HOLLOW DEVELOPMENT
C/O A/D ELECTRONICS INC
10421 BURNHAM DR NW
GIG HARBOR, WA  98332

PINE HOLLOW LAKESIDE RESORT
34 N MARIPOSA DR
WAMIC, OR  97063

PINEHURST, LLC
ATTN: CONTROLLER
PO BOX 4000
VILLAGE PINEHUR, NC  28374

PINEMEADOW GOLF PRODUCTS
6710 SW MCEWAN ROAD
LAKE OSWEGO, OR  97035

PINEVILLE GUN SHOP
PO BOX 668
PINEVILLE, NC  28134

PINEWOOD GENERAL STORE
PO BOX 402
PINEWOOD, SC  29125

PINNACLE CLIMATE TECHNOLOGIES, INC.
1660 13TH AVENUE NE
PO BOX 460
SAUK RAPIDS, MN  56379

PINNACLE HEATING AND AIR CONDITIONI
5301 LONGLEY LANE
BLDG. F STE. 201
RENO, NV  89511

PINNACLE SERVICES & SUPPLIES INC
3210 GRANDVILLE DRIVE
FAYETTEVILLE, NC  28303

PINNACLE SPORTS, INC
730 W PRICE RIVER RD
PRICE, UT  84501

PINTAIL POINT
ATTN: GRACE VANDUSHER
511 PINTAIL POINT
QUEENSTOWN, MD  21658

PINTSCHS HARDWARE
PO BOX 19
TOWNSEND, WI  54175

PIONEER EQUIPMENT
PO BOX 12406
FRESNO, CA  93777

PIONEER GUN SHOP
825 TOM GRUSSON ROAD
MORRISON, TN  37357

PIONEER OUTDOOR GROUP LLC
37405 WHEELER ROAD
PLEASANT HILL, OR  97455

PIONEER RESEARCH/STEINER
97 FOSTER RD STE 5
MOORESTOWN, NJ  08057

PIPEWORKS PLUMBING & HEATING
PO BOX 264
RENO, NV  89504

PIRATELAND CAMP GROUND
5401 S KINGS HWY
MYRTLE BEACH, SC  29575

PIRATES CHEST GIFT SHOP
ROUTE 12
OCRACOKE, NC  27960

PIRATES COVE YACHT CLUB
1 SAILFISH RD
MANTEO, NC  27954

PISTOL PARLOR
2601 E 7TH AVE
FLAGSTAFF, AZ  86004

PISTOL RIVER FIREARMS INC
2790 BROADWAY ST
NORTH BEND, OR  97459-2216

PIT STOP
PO BOX 304
STUART, NE  68780

PITNEY BOWES INC
PO BOX 981039
BOSTON, MA  02298-1039

PITT COUNTY CLERK OF COURT
CASHIERS AND BOOKKEEPING DEPT
POST OFFICE DRAWER 7326
GREENVILLE, NC  27834

PIZZA INN
MOREHEAD CITY, NC  28557

PJS BAIT & TACKLE
1501F FLANDERS LANE
HARWOOD, MD  20776

PK PRODUCTS INC.
PO BOX 165
BISMARCK, ND  58502

PL MERCHANDISERS
BRSM
173 HANKISON DR
NEWPORT, NC  28570

PL PEG HOOKS
BRSM
173 HANKISON DR
NEWPORT, NC  28570

PLAIN JANES CLEANING & MAINTENENCE
PO BOX 221
MOREHEAD CITY, NC  28557

PLANO SYNERGY
431 E SOUTH STREET
PLANO, IL  60545

PLANO SYNERGY/FRABILL ICE
431 E.SOUTH STREET
PO BOX 189
PLANO, IL  60545-1601

PLASTIC INGENUITY INC
1017 PARK ST
CROSS PLAINS, WI  53528-9631

PLASTILITE CORP.
4930 BATTLEFIELD DRIVE
OMAHA, NE  68152

PLATH, JENNA
1530 PEACH DR. NE
SAUK RAPIDS, MN  56379

PLATINUM COATING OF NC
4816 SIRUS LANE
CHARLOTTE, NC  28208

PLAYA GRAPHICS
EMERALD ISLE, NC  28594

PLAYACTION SPORTS, INC.
1322 CLEARLAKE ROAD
COCOA, FL  32922

PLAYER BRAND BILTONG
1005 LAKE AVENUE STE 411
LAKEWORTH BEACH, FL  33460

PLAYFUL DOLPHIN
4317 ARENDELL STREET
MOREHEAD CITY, NC  28557

BOX 489 - 617 MAIN STREET
MONTAUK, NY  11954

PLAZA SURF & SPORTS
BOX 489 - 617 MAIN STREET
MONTAUK, NY  11954

PLAZA TRADE CENTER
1317 EAST MAIN STREET
HAVELOCK, NC  28532

PLAZA WEST GROCERY
5160 ST HWY 180
FT MORGAN, AL  36542

PLEASURE COVE MARINA
1701 POPLAR RIDGE ROAD
PASADENA, MD  21122

PLEITEZ, LORENA
642 PINE MEADOWS DRIVE
SPARKS, NV  89431

PLEWS/LUBRIMATIC
1550 FRANKLIN GROVE RD
AIRPORT INDUSTRIAL PARK
DIXON, IL  61021

P-LINE
PO BOX 40
BRISBANE, CA  94005

PLINKER TACTICAL
18636 STARCREEK DRIVE STE G
CORNELIUS, NC  28031

PLYLERS HARDWARE
406 N ELM
GURDON, AR  71743

PLYMART INC
PO BOX 127
BORING, OR  97009

PMC AMMUNITION
10777 WESTHEIMER RD.
SUITE 1100
HOUSTON, TX  77042

PMP INC.
T/A PERRYS BEACHWEAR
PO BOX 435
OCEAN CITY, MD  21843

POINT BLANK OUTDOORS, INC.
3403 NW BROOKFIELD LANE
PRINEVILLE, OR  97754

POINT COMFORT
PO BOX 68
W DANVILLE, VT  05873

POINT SPORTING GOODS
PO BOX 107
STEVENS POINT, WI  54481

POINT WILSON COMPANY INC.
131 CAPE GEORGE DRIVE
PORT TOWNSEND, WA  98368

POLAR WRAP
6047 EXECUTIVE CENTRE DR
SUITE8
MEMPHIS, TN  38134

POLARWRAP, LLC
6363 POPLAR AVE. SUITE 418
MEMPHIS, TN  38119

POLK, TONISHA BRENAE
4704 WILDWOOD AVENUE
CHARLOTTE, NC  28208

POLLACK CUSTOM WORKS
85541

POLSTON, KAREN MICHELLE
175 SPRINGHILL CHURCH ROAD
HAMLET, NC  28345

POMPANO BEACH MARINE
701 S FEDERAL HWY
POMPANO BEACH, FL  33062

PONY PASTURE FLY & TACKLE
7045 FOREST HILL AVE.
RICHMOND, VA  23225

POOKIES ARCHERY
1537 OLD LA
SIMMESPORT, LA  71369

POP GEER INC/LUHR JENSEN
439 W. 2ND
EUGENE, OR

POPE DRIVE BAPTIST CHURCH
IN MEMORY OF MR. WHITE JONES
2510 POPE DRIVE
ANDERSON, NC  29625

POPE EQUIPMENT
PO BOX 448
KERNERSVILLE, NC  27285-0448

POPS BAIT SHOP
1007 WEST GAINES
LAWRENCEBURG, TN 38464

PORT CITY LOGISTICS, INC.
246 JIMMY DELOACH PARKWAY
SAVANNAH, GA 31407

PORT CITY PRESS
PO BOX 822934
PHILADELPHIA, PA 19182-2934

PORT CITY TRANSPORTATION
NORFOLK, VA 23514

PORT SIDE
130 SOUTH MAIN ST
PORT DEPOSIT, MD 21904

PORTAGE NEWSPAPER SUPPLY
1868 AKRON PENINSULA ROAD
PO BOX 5500
AKRON, OH 44334-0500

PORTERS NECK HARDWARE
PO BOX 10959
WILMINGTON, NC 28401

PORTILLO FIGUEROA, GISELA ABIGAIL
6403 ALEUT COURT
SUN VALLEY, NV 89433

PORTILLO FIGUEROA, OSCAR A
7368 MOUNTAIN TOP DRIVE
RENO, NV 89506

PORTILLO LIZANO, OSCAR ALBERTO
6403 ALEUT COURT
SUN VALLEY, NV 89433

PORTLAND CONTAINER REPAIR CORP
8316 N LOMBARD
PMB 330
PORTLAND, OR 97203

PORTLAND GENERAL ELECTRIC
PO BOX 4438
PORTLAND, OR 97208

PORTLAND OUTDOORS, LLC
216 INDUSTRIAL PARK LOOP
EVERGREEN, AL 36401

POSADA MOGOLLON, JULIO ERNESTO
6100 MASON CREEK CIRCLE
APT 307
INDIAN LAND, SC 29707

POSADA, DINA DINORA
1690 MERCHANT STREET
APT 1315
SPARKS, NV 89431

POSITIVE ID WHOLESALE
13 CENTRE DRIVE
SUITE 300
ORCHARD PARK, NY 14127

POSITIVE PROMOTIONS
15 GILPIN AVE
PO BOX 18021
HAUPPAGE, NY 11788-8821

POST 4 SHOOTING SUPPLIES
1446 MAIN ST
LEWISTON, ID 83501

POSTAL COMPLIANCE CENTER
3687 MT DIABLO BLVD, STE B100
LAFAYETTE, CA 94549-3744

POSTER COMPLIANCE CENTER
3687 MT DIABLO BLVD, STE B100
LAFAYETTE, CA 94549-3744

POSTMASTER
CLACKAMAS POST OFFICE
9009 SE ADAMS
CLACKAMAS, OR 97015-9998

POSTY CARDS
1600 OLIVE ST
KANSAS CITY, MO 64127

POT-NETS SEASIDE BAIT & TACKLE
24910 HOLLYVILLE RD
MILLSBORO, DE 19966

POTOMAC ARMS CORPORATION
ZERO PRINCE STREET
ALEXANDRIA, VA 22314

POTOMAC SPORT CENTER
5954 RICHMOND HWY US 1
ALEXANDIA, VA 22303

POULSEN CASCADE TACKLE
5430 NE 30TH AVE
PORTLAND, OR 97211-6804

POULSEN-CASCADE TACKLE
15875 SE 114TH AVE STE.N
CLACKAMAS, OR 97015

POWDER HOUSE
400 IRISH AMERICAN RD
LOVELOCK, NV 89419

POWDERHORN, INC
210 BARNSTABLE RD
HYANNIS, MA 02601

POWER MAC PAC
12310 NE WHITAKER WAY
PORTLAND, OR 97230

POWER PLUMBING CO
PO BOX 19418
PORTLAND, OR 97280

POWERCELL
PO BOX 536
PFAFFTOWN, NC 27040

POWERHOUSE RECYCLING, INC.
220 RYAN PATRICK DRIVE
SALISBURY, NC 28147

POWERS HARDWARE
15TH AVE
BOX 279
APALACHICOLA, FL 32320

POWERS MARKET INC
PO BOX 439
POWERS, OR 97466

POWERS, SHERRY S.
1005 SID SITES ROAD
IRMO, SC 29063

POWERTEX SPORTSWEAR, INC.
5651 HIGHWAY 93
EAU CLAIRE, WI 54701

PPL ELECTRIC UTILITIES
2 NORTH 9TH ST RPC-GENNI
ALLENTOWN, PA 18101-1175

PRADCO OUTDOOR BRANDS - FISHING
5724 HIGHWAY 280 E
BIRMINGHAM, AL 35242

PRAIRIE DRUG
PO BOX 217
PRAIRIE CITY, OR 97869

PRATT CORPORATION
PO BOX 663706
INDIANAPOLIS, IN 46266

PRATT, DONTAVIOUS B
4635 TRILLIUM FIELDS DRIVE
CHARLOTTE, NC 28269

PRECISELY SOFTWARE INC.
1700 DISTRICK AVENUE
SUITE 300
BURLINGTON, MA 01803

PRECISION ANGLING SPECIALISTS
109 HOWARD ST
PO BOX 317
TUSTIN, MI 49688

PRECISION ARMS
250 W CREST ST SUITE C
ESCONDIDO, CA 92025

PRECISION BRAND PRODUCTS
2250 CURTISS STREET
DOWNERS GROVE, IL 60515

PRECISION CARPET CLEANING LLC
273 MILL CREEK RD
NEWPORT, NC 28570

PRECISION GRAPHICS
9524 SW TUALATIN-SHERWOOD RD
TUALATIN, OR 97062

PRECISION MARINE, LLC
14011 BUSH HWY
MESA, AZ 85215

PRECISION PLUMBING & HEATING
PO BOX 31432
BILLINGS, MT 59107

PRECISION TACKLE, INC/CAJUN THUNDER
PO BOX 709
MONTGOMERY, TX 77356

PREDATOR HUNTER OUTDOORS LLC
166 SOUTH LAKE PLEASANT ROAD
ATTICA, MI 48412

PREDATOR TACTICS
9163 STATE ROAD 26W
WEST LAFAYETTE, IN 47906

PREFERRED ELECTRIC CO. INC.
4113 YANCEY ROAD
CHARLOTTE, NC 28217

PRELUDE SYSTEMS, INC.
16901 DALLAS PARKWAY
SUITE 100
DALLAS, TX 75248

PREMIER MARINE
2077 W. NORTH POWERLINE
POMPANO BEACH, FL 33069

PREMIER PAINTING, LLC
490 NILES WAY
RENO, NV 89506

PREMIER PARKING OF TENNESSEE
PO BOX 6871
CAROL STREAM, IL 60197

PREMIER TRAILER LEASING
PO BOX 206553
DALLAS, TX 75320-6553

PREMIERE GLOBAL SERVICES, INC
PO BOX 404351
ATLANTA, GA 30384-4351

PREMIUM FINANCING SPECIALISTS
PO BOX 9045
NEW YORK, NY 10087-9045

PREMIUM FINANCING SPECIALISTS, INC
PO BOX 9045
NEW YORK, NY 10087-9045

PRENTICE HALL
REMITTANCE PROCESSING CENTER
PO BOX 11074
DES MOINES, IA 50336-1074

PRESCO ENT/CAROLINA KEEPER
515 LEATHERDALE RD.
IVA, SC 29655

PRESENTATION SERVICES
C/O THE QUEEN MARY
1126 QUEENS HIGHWAY
LONG BEACH, CA 90802-6390

PRESLEYS MARKET
C/O LARRY SURBER
23238 MABE HILL RD
BRISTOL, VA 24202

PRESNELL GENERAL MERCHANDISE
ROUTE 4 BOX 690
MARION, NC 28752

PRESTON & PARTNERS
220 N. MAIN STREET
MOORESVILLE, NC 28115

PRESTON PUBLICATIONS
6600 W. TOUHY AVENUE
NILES, IL 60714-4588

PRICE, WILLIAM G
120 GREENBRIAR LN
ROCKINGHAM, NC 28379

PRICED LESS SPORTING GOODS
701 METCALF
SEDRO WOOLLEY, WA 98284

PRICEWATERHOUSECOOPERS LLP
800 GREEN VALLEY RD
SUITE 500
GREENSBORO, NC 27408

PRIDA GUIDA & CO, PA
1106 N FRANKLIN ST
TAMPA, FL 33602

PRIDE PLUMBING INC.
PO BOX 116
MT. GILEAD, NC 27306

PRIEST, KRISTEN MICHELLE
506 KAYE STREET
JACKSONVILLE, NC 28546

PRIESTER, JOHN MARSHALL
106 HIGHLAND STREET
ROCK HILL, SC 29730

PRIETO, ROSMARY JOSEFINA
2000 PALMETTO PLACE
APT 2111
FORT MILL, SC 29708

PRIMAL BRANDS LLC.
1745 SHEA CENTER DRIVE, 4TH FLOOR
HIGHLANDS RANCH, CO 80129

PRIME EQUIPMENT 407
2841 AZALEA DRIVE
CHARLESTON, SC 29405

PRIME LINE USA
BOX 1280
JACKSON, WY 83001

PRIME TIME OUTDOORS
3535 N.W. 58TH ST SUITE 600
OKLAHOMA CITY, OK 73112

PRIME TIME PROMOS
1725 S. MAIN ST
SUITE 102
WAKE FOREST, NC 27587

PRIME TRAILER
10400 EAST 102ND AVENUE
HENDERSON, CO 80640

PRIMEDIA
6405 FLANK DRIVE
HARRISBURG, PA 17112

PRINCE BAIT & MARINE
19196 US HWY 169
MILACA, MN 56353

PRINCETON GRAPHICS
2801 S YALE
SANTA ANNA, CA 92704

PRINCIPAL MUTUAL LIFE INS. CO.
PO BOX 1435
DES MOINES, IA 50306

PRINEVILLE RESERVOIR RESORT
4825 HWY 17 S
N. MYRTLE BEACH, SC 29582

PRINGLE, QUINDARIUS RASHAD
5333 ESTHER LANE
CHARLOTTE, NC 28214

PRINT
3200 TOWER OAKS BOULEVARD
ROCKVILLE, MD 20852-9789

PRINTCRAFT COMPANY INC.
259 CITY LAKE ROAD
LEXINGTON, NC  27293

PRINTER SERVICE CENTER
PO BOX 2734
WILSONVILLE, OR  97070

PRINTING ARTS CENTER
PO BOX 1520
LONGVIEW, WA  98632

PRIORITY NETWORKS
3720 HOWARD HUGHES PKWY 190
LAS VEGAS, NV  89169

PRIORITY PRINTER SOLUTIONS
1831 WEST OAK PKWY
SUITE B
MARIETTA, GA  30062

PRISM SOFTWARE SOLUTIONS, INC..
1355 MENDOTA HEIGHTS ROAD
SUITE 280
MENDOTA HEIGHTS, MN  55120

PRO BASS OUTDOORS SHOP
24211

PRO BASS OUTFITTERS
6608 WHITE BLUFF ROAD
SAVANNAH, GA  31405

PRO ENVIRONMENTAL SERVICES LLC
PO BOX 724
MOREHEAD CITY, NC  28557

PRO FISH COMPANY
222 ROUTE 522
TENNENT COMMONS
TENNENT, NJ  07763

PRO GROUP LOGISTICS
1291 E. GLENDALE AVENUE
SPARKS, NV  89431

PRO LINE
186 PARISH DR
WAYNE, NJ  07470

PRO LURE, INC
17125 HWY 8 WEST
GRENADA, MS  38901

PRO PALLET SOUTH, INC
105 POOLE RD
TROY, NC  27371

PRO SOUND ENTERTAINMENT
PO BOX 2130
MURRELLS INLET, SC  29576

PRO SYSTEMS
10763 SW GREENBURG RD B
TIGARD, OR  97223-5413

PRO TECH MECHANICAL INC
PO BOX 23334
BILLINGS, MT  59104

PROACTION COMPUTERS
38125

PROCAPS DIRECT INC
6000 KIERAN
VILLEST.LAURANT, QB  H4S 2B5
CANADA

PROCESS & POWER, INC
PO BOX 18675
MEMPHIS, TN  38181

PROCESSED PLASTIC COMPANY
PO BOX 71182
CHICAGO, IL  60694-1182

PRO-CURE INC.
819 9TH ST NW
SALEM, OR  97304

PROCURE4, INC
1515 MOCKINGBIRD LANE, STE 908
CHARLOTTE, NC  28209

PRODUCER
326 W. KALAMAZOO AVENUE
KALAMAZOO, MI  49007

PROFESSIONAL ACCOUNT MANAGEMENT
PO BOX 6649
ROCKVILLE, MD  20849-6649

PROFESSIONAL COMPUTER REPAIR
4624 SE HARRISON ST
MILWAUKIE, OR  97222

PROFESSIONAL FISHING INC.
36257 JEFFERSON STREET
HARRISON TWNSHP, MI  48045

PROFESSIONAL FISHING
36257 JEFFERSON ST
HARRISON TOWNSH, MI  48045

PROFESSIONAL MARINER LLC
200 INTERNATIONAL DRIVE
STE 195
PORTSMOUTH, NH  03801

PROFESSIONAL NURSING SERVICE, INC.
212 NORTH 35TH STREET
MOREHEAD CITY, NC  28557

PROFESSIONAL OUTFITTERS
848 20TH PLACE
VERO BEACH, FL  32960

PROFESSIONAL SPORTING GOODS
PO BOX 311258
NEW BRAUNFELS, TX  78131

PROFESSIONALS CHOICE
8810 MORRO RD
ATASCADERO, CA  93422

PROFICIENCY PLUS AND COMPUTER SERVIC
403 MAYODAN DRIVE
CARY, NC  27511

PROFIT SYSTEMS SOFTWARE
1641 NORTHWEST RUTTER LANE
ROSEBURG, OR  97470-1949

PROGRAMMED OFFICE SERVICES
PO BOX 2092
WASHINGTON, NC  27889

PROGRAMMED PRODUCTS CORP
9800 ANN ARBOR RD
PLYMOUTH, MI  48170

PROGRAMMED PRODUCTS CORPORATION
PO BOX 44877
DETROIT, MI  48244-5877

PROGRAMMED PRODUCTS
44311 GRAND RIVER AVENUE
NOVI, MI  48375

PROGRAPHICS SERVICES, INC
26200 SW 95TH AVE, SUITE 300
WILSONVILLE, OR  97070

PROGRAPHICS
1975 DIAMOND ST
SAN MARCOS, CA  92069

PROGRESS SOFTWARE CORPORATION
14 OAK PARK DRIVE
BEDFORD, MA  01730

PROGRESSIVE BUSINESS PUBLICATIONS
370 TECHNOLOGY DRIVE
PO BOX 3019
MALVERN, PA  19355

PROGRESSIVE COPIER SYSTEMS
8681 MAGNOLIA AVE "B"
SANTEE, CA  92071

PROGRESSWIZ
2852 ANNE HEBERT
MONTREAL, QB  H1N 3W9
CANADA

PROJECT CHRISTMAS CHEER
PO BOX 1914
MOREHEAD CITY, NC  28557

PROJECT: PLAY
PO BOX 224
MOREHEAD CITY, NC  28557

PROJECTOR SOLUTION
DEPT CH 10651
PALATINE, IL  60055

PRO-KING
HWY 59 N
PO BOX 613
FERGUS FALLS, MN  56537

PROLINE FISHING/TRANS-PACIFIC SOURCI
7431 HYDE PARK LANE
EDINA, MN  55439

PROLOGIS USLV OPERATING PARTNERSHIP
5190 NEIL ROAD
SUITE 210
RENO, NV  89502

PROLOGISTIX
PO BOX 102332
ATLANTA, GA  30368-2332

PROMAG
43 N. 48TH AVENUE
PHOENIX, AZ  85043

PRO-MARK INC.
PO BOX 15932
PANAMA CITY, FL  32406

PRO-MARKETING CONCEPTS INC.
PO BOX 640
SAN DIMAS, CA  91773

PROMETHEUS GROUP, LLC DBA BROWNING
2 PERIMETER PARK SOUTH
SUITE 305 SOUTH
BIRMINGHAM, AL  35243

PROMOTION CO. OF ILLINOIS
2222 SHETLAND DR.
INVERNESS, IL  60010

PRO-PAK
1000 BARBEE STREET
SPRING HOPE, NC  27882

PROPANE GAS PRODUCTS
3900 WASHINGTON AVE N
MINNEAPOLIS, MN  55412

PRO-SERV FOOD EQUIPMENT LLC
1822-6 S. GLENBURNIE ROAD
PMB 382
NEW BERN, NC  28562

PROSHRED
3909 MEMO COURT
RALEIGH, NC 27610

PROSPECTOR OUTFITERS
PO BOX 1090
VALDEZ, AK 99686

PROSTAR STAFFING, LLC
PO BOX 95072
CHICAGO, IL 60694-5072

PROSYS INFORMATION SYSTEMS
598 AIRPORT BLVD, SUITE 1400
MORRISVILLE, NC 27560

PROSYS INFORMATION SYSTEMS
PO BOX 536761
ATLANTA, GA 30353-6761

PRO-TECT SECURITY
3511 S EASTERN AVE
LAS VEGAS, NV 89169

PROTOCO ENTERPRISES, INC
PO BOX 106
NORTH PLAINS, OR 97133

PRO-TROLL
5700 A IMHOFF DRIVE
CONCORD, CA 94520

PROVEN IT
18450 CROSSING DRIVE
TINLEY PARK, IL 60487

PROVIDENCE OCCUPATIONAL HEALTH
PO BOX 4388
PORTLAND, OR 97208

PROVIDENT LIFE & ACCIDENT INSURANCE
PO BOX 403748
ATLANTA, GA 30384

PROXPEDITION
108-80 EMILIEN MARCOUX
BLAINVILLE, QB J7C 0B7
CANADA

PRUDENTIAL COMMERICAL PROPERTIES
4360 CORPORATE RD, STE 140
CHARLESTON, SC 29405

PRUETT, MAXX
13541 BOYKIN LANE
LAURINBURG, NC 28352

PRUITT FISHING & HUNTING
HWY 16 AT LAKE ROAD
STRAWN, TX 76475

PRUNTY, JACOBI JASMAINE CHANEIL
2709 WESTVIEW ST
APT B
GASTONIA, NC 28056-6394

PRYOR RESOURCES,INC.
PO BOX 2951
SHAWNEE MISSION, KS 66201

PSI TEMPORARIES-BEDFORD
CS DRAWER
PO BOX 198493
ATLANTA, GA 30384-8493

PSINET INC
PO BOX 485
HERNDON, VA 20172

PSINET, INC.
PO BOX 485
HERNDON, VA 20172

PTM PROMOTIONS
7940 SUNNYVALE LANE
CHARLOTTE, NC 28210

PTR INDUSTRIES
101 COOL SPRINGS DRIVE
AYNOR, SC 29511

PUBLISHERS DEVELOPMENT CORPORATION
SUITE 200
591 CAMINO DE LA REINA
SAN DIEGO, CA 92108

PUERTO VIEJO MARINA
2107 HERRING HWY
OCEAN CITY, MD 21842

PUGET SOUND SPORTS
527 DEVOE ST SE
OLYMPIA, WA 98501

PULECIO OCAMPO, SEBASTIAN
2707 OASIS LN
CHARLOTTE, NC 28214-8867

PULETAU, CAROLINA
4966 NEWPORT CT
RENO, NV 89506

PULIZ RECORDS MANAGEMENT
ATTN: A/R RENO
3833 OCTAGON ROAD
N. LAS VEGAS, NV 89030

PUNGO FERRY MARINA LLC
1956 LASKIN RD
VIRGINIA BEACH, VA 23457

PURCHASE POWER
PO BOX 981026
BOSTON, MA 02298-1026

PURCO FLEET SERVICES
136 S MAIN ST
SPANISH FORK, UT  84660

PURE ARCHERY GROUP/DIAMOND/OCTANE
90554 HWY 99 NORTH
EUGENE, OR  97402

PURE ARCHERY GROUP/EXCALIBUR
CROSSBO
2335 SHIRLEY DRIVE
KITCHENER, ON  N2B 3X4
CANADA

PURE ARCHERY
GROUP/TIGHTSPOT/RIPCORD
2929 LAPEER ROAD UNIT 1
PORT HURON, MI  48060

PURE FISHING
1900 18TH ST
ONE BERKLEY DR
SPIRIT LAKE, IA  51360

PURE FISHING
1900 18TH ST
SPIRIT LAKE, IA  51360-1099

PURE FISHING
ATTN:MR ANGELO SIRENO, REG SALES MGR
1900 18TH ST
SPIRIT LAKE, IA  51360-1099

PURE FISHING, INC.
7 SCIENCE COURT
COLUMBIA, SC  29203

PURE FISHING/CONSUMABLES
7 SCIENCE COURT
COLUMBIA, SC  29203

PURE FISHING/DURABLES
7 SCIENCE COURT
COLUMBIA, SC  29203

PURE FLO WATER & ICE
7737 MISSION GORGE RD
SANTEE, CA  92071

PURKEYPILE ENTERPRISES
500 MILL CREEK DR
PROSPECT, OR  97536

PW ARMS INC.
8525 152ND AVE NE
PO BOX 2695
REDMOND, WA  98052

PWRR PRODUCTS, LLC DBA COBRA
STORAGE
333 CROCKETT BLVD. 540865
MERRITT ISLAND, FL  32954

PYE BARKER FIRE & SAFETY
PO BOX 735358
DALLAS, TX  75373-5358

QAD INC.
301 E PROGRESS LANE
MADISON HEIGHTS, VA  24572

QCOVE MARKETING
1112 109 AVENUE SE
BELLEVUE, WA  98004

QCOVE MARKETING
PO BOX 1622
MERCER ISLAND, WA  98040

QLIK TECH INC
LOCKBOX PO 405841
ATLANTA, GA  30384-5841

QUADES STORE & BOAT RENTAL
36786 BUSHWOOD WHARF RD
BUSHWOOD, MD  20618

QUADIENT FINANCE USA, INC.
PO BOX 6813
CAROL STREAM, IL  60197-6813

QUADIENT LEASING USA, INC
DEPT 3682
PO BOX 123682
DALLAS, TX  75312-3682

QUADIENT, INC.
DEPT 3689
PO BOX 123689
DALLAS, TX  75312-3689

QUAKE INDUSTRIES
19 E MAIN ST
BELGRADE, MT  59714

QUAKER BOY, INC.
195 WEST MAIN STREET
SPRINGVILLE, NY  14141

QUALITY ACE HARDWARE
250 E MAIN
TREMONTON, UT  84337

QUALITY GUNS
102 5TH AVE NE
ATTALLA, AL  35954

QUALITY INN & SUITES
2501 SARDIS ROAD, NORTH
CHARLOTTE, NC  28227

QUALITY KITCHEN & BATH INC.
5477 HWY. 24
NEWPORT, NC  28570

QUALITY OFFICE SYSTEMS, INC
9130 SW PIONEER CT
SUITE E
WILSONVILLE, OR  97070

QUALITY OIL CO
203 W BROAD AVE
ROCKINGHAM, NC  28379

QUALITY SPORT INC DBA POLARIS
12190 ROCKSTREAM
LAKESIDE, CA  92040

QUALITY SUPPLY, LLC
5725 BRAVO AVENUE
RENO, NV  89506

QUANTRONIX
380 SOUTH 200 WEST
PO BOX 929
FARMINGTON, UT  84205

QUANTUM CORP
PO BOX 97057
REDMOND, WA  98052

QUARTER DECK, INC.
503 CARTERET ST
BATH, NC  27808

QUEEN BEE PRODUCTS
33470 SE CHINOOK PLAZA 174
SCAPOOSE, OR  97056

QUEENS TOWN RV & MARINE
9523 BALTIMORE BLVD.
COLLEGE PARK, MD  20740

QUESADA, LUZ MARIA
1835 DESNA ST UNIT A
RENO, NV  89512

QUEST SOFTWARE, INC
5 POLARIS WAY
ALISO VIEJO, CA  92656

QUICK & SINCLAIR ELECTRIC INC
1012 RICHMOND RD
ROCKINGHAM, NC  28379-1012

QUICK CHANGE SYSTEMS, INC.
4240 HWY 34 EAST
PO BOX 279
PIERRE, SD  57501

QUICK CLIP
PO BOX 53
LEBANON, OR  97355

QUICK COPY/PRINT SHOP
PO BOX 1527
SALISBURY, NC  28145

QUICK PICK
2361 HWY 101
BEAUFORT, NC  28516

QUICK, BRITTANY NICOLE
4041 EBENEZER ROAD
BENNETTSVILLE, SC  29512

QUICK, TIMOTHY
1002 HAMLET HIGHWAY
BENNETTSVILLE, SC  29512

QUIK STOP
PO BOX 625
SODA SPRINGS, ID  83276

QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA  19101-0600

QUILLEN, LEONARD P
1823 COLEMAN FIELD RD
MOREHEAD CITY, NC  28557

QUINN CO
PO BOX 849665
LOS ANGELES, CA  90084-9665

QUIRARTE SUAREZ, SILVIA
2105 CARVILLE DRIVE F12
RENO, NV  89512

QWEST
PO BOX 12480
SEATTLE, WA  98111-4480

QWEST
PO BOX 173638
DENVER, CO  80217-3638

QWEST
PO BOX 91155
SEATTLE, WA  98111-9255

R & D SPORTING GOODS
318 WINFIELD RD
ST. ALBANS, WV  25177

R & F TRADING
2241 SW 127TH AVE 8
MIRAMAR, FL  33027

R & K SPINNERS
PO BOX 40026
EUGENE, OR  97404

R & L ARCHERY
131 SOUTH MAIN STREET
BARRE, VT  05641

R & L CARRIERS
PO BOX 713153
COLUMBUS, OH  43271-3153

R & N MARINA INC
5803 ICARD RIDGE RD
HICKORY, NC  28601

R & R BROTHERS, INC.
PO BOX 54763
LEXINGTON, KY  40555

R & R FISHING CENTER
116 MAPLE DRIVE
LEWES, DE  19958

R & R SPORTS CENTER
1124 HIGHWAY 1 (FIVE POINTS)
LEWES, DE  19958

R & R SPORTS INC.
2014 NORTH 2ND STREET
CLINTON, IA  52732

R & R TACKLE
9490 SW 109 TERRACE
MIAMI, FL  33176

R & R TRUCKING, INC
PO BOX 545
DUENWEG, MO  64841-0545

R & S GUN SHOP
106 S.MAIN STREET
CLOVIS, MN

R WS SPORT SHOP
PO BOX 461
CALLAO, VA  22435

R&R INDUSTRIES,INC.
1000 CALLE CORDILLERA
SAN CLEMENTE, CA  92673

R&R SPORTING GOODS
RT 1 BOX 120 J
MEADOW BRIDGE, WV  25976

R&T MARINE AND EQUIPMENT, INC.
211 JACOB DRIVE
UNIT B
MOREHEAD CITY, NC  28557

R. ADRIAN HOLLER FAMILY DYNASTY TRUST
1405 FIFTH AVE N
SARTELL, MN  56377

R.C. DAVIS CO. INC.
1600 OLD COUNTRY ROAD
PLAINVIEW, NY  11803

R.I.DEPT. OF EMPLOYMENT & TRAINING
P.O.BOX 1029
TAX UNIT
PROVIDENCE, RI  02901-1029

R.J. KERR, INC.
424 FOX MEADOW DRIVE
NORTHFIELD, IL  60093

R.M. HAYES
9816 MERINGUE PLACE
CHARLOTTE, NC  28270

R.V. CAHOON
PO BOX 39
NAGS HEAD, NC  27959

R1 BASS
6640 EASTEX FREEWAY
BEAUMONT, TX  77708

RAAB, BRIAN P
1048 CHARDONNAY LOOP NE
KEIZER, OR  97303

RABID BAITS
60 FIREHOUSE LANE
POUTNEY, VT  05764

RAC TRANSPORT CO, INC
PO BOX 17459
DENVER, CO  80217

RACEMBAC
273 MILLER RD
DEQUINCY, LA  70633

RACHELS COUNTRY MARKET
711 CIRCLE DR
MULLENS, WV  25882

RACK ATTRACK
16411 HOOPER RD
GREENVWELL SPRS, LA  70739

RACK WORKS
2806 DELLWOOD ROAD
WAYNESVILLE, NC  28786

RADIAL, INC.
PO BOX 204113
DALLAS, TX  75320-4114

RADIANS
5305 DISTRIPLEX FARMS DRIVE
MEMPHIS, TN  38140

RADIANS, INC.
5305 DISTRIPLEX DRIVE
MEMPHIS, TN  38141

RADIATOR SPECIALTY CO.
600 RADIATOR ROAD
INDIAN TRAIL, NC  28079

RADICAL ARCHERY DESIGNS
9413 NE 151 COURT
VANCOUVER, WA  98682

RADICAL FIREARMS LLC
4413 BLUEBONNET DRIVE SUITE 8
STAFFORD, TX  77477

RADICAL GLOW LLC
752 EAST 100 NORTH
PLEASANT GROVE, UT  84063

RADISSON HOTEL
1441 NE 2ND AVE
PORTLAND, OR  97232

RADISSON RESORT PARKWAY
2900 PARKWAY BLVD.
KISSIMMEE, FL  34747

RADKE, DANIEL S
4577 SE 23RD CT
GRESHAM, OR  97080

RADWELL INTERNATIONAL, INC.
PO BOX 419343
BOSTON, MA  02241-9343

RAFAEL BORDEHORE
AVENIDA DE GANDIA 9
03700 DENIA
ALICANTE
SPAIN

RAGAN MASSEY INC/PLOT SPIKE
100 PONCHATOULA PKWY
PONCHATOULA, LA  70454

RAGLAND SPORTING GOODS
5181 NC HWY 42
NEW HILL, NC  27562

RAGSDALE MOTOR COMPANY
PO BOX 1884
HIGHWAY 70 WEST
MOREHEAD CITY, NC  28557

RAHCO AIR INC
PO BOX 1149
BURLINGTON, NC  27216

RAHMING ENTERPRISES
1602 US HIGHWAY 70 EAST
NEWBERN, NC  28560

RAIDER BAND FANS
ATTN: MIKE WARD
PO BOX 1748
ROCKINGHAM, NC  28379

RAINBOW LODGE & GROCERY
PO BOX 224
SOUTH FORK, CO  81154-0224

RAINBOW MEALWORMS
PO BOX 4907
COMPTON, CA  90220

RAINBOW PLASTICS DBA DOUBLE X TACKLE
226 BASHER DRIVE
BERTHOUD, CO  80513

RAINEY, KIZER, REVIERE & BELL PLC
PO BOX 1147
JACKSON, TN  38302

RAINIER PRECISION (DRI-Z-AIR)
2875 SW 13TH STREET
REDMOND, OR  97756

RAINSKINS-SWELL WEAR
10 W 33RD STREET,SUITE 1011
NEW YORK, NY  10001

RAINWATER ELECTRICAL SERVICES
PO BOX 136
MARSTON, NC  28363

RAINY LAKE HOUSEBOATS
2031 TOWN ROAD 488
INTNL FALLS, MN  56649

RAINY LAKE ONE STOP
PO BOX 336
RANIER, MN  56668

RALEIGH CONVENTION CENTER
ATTN: LAURIE OKUN
500 S SALISBURY ST
RALEIGH, NC  27601

RALPH COOK
6869 RIDGEWATER COURT
CENTREVILLE, VA  22020

RALPH HUNT
3110 NEIL ARMSTRONG BLVD
3110 NEIL ARMSTRONG BLVD
EAGEN, MN  55121

RAM PAVEMENT
PO BOX 1379
PINEVILLE, NC  28134

RAMADA INN
3000 E. INDEPENDENCE
CHARLOTTE, NC  28205

RAMIREZ, JUANA P
2325 SW30TH ST
OKLAHOMA CITY, OK  73119

RAMIREZ, ROBERTO RAMON
503 SOUTH WELDON STREET
GASTONIA, NC  28052

RAM-LINE
900 EHLEN DR
ANOKA, MN  55303-7503

RAMONA KELLY
778 BELFORD CHURCH ROAD
CANDOR, NC  27229

RAMSEY, AARON BERT
522 HIGH STREET
HAMLET, NC  28345

RAND MATERIALS HANDLING
EQUIPMENT CO., INC.
PO BOX 3003
PAWTUCKET, RI  02861

RANDALL E. FOX
14100 TAMIAMI TRAIL EAST
LOT 15
NAPLES, FL  34114

RANDALL HENDRIX
C/O LARCHE TAHOMA HOPE
12303 36TH AVE E
TACOMA, WA  98446

RANDALLS FIREARMS & ACCESS.
5029 W OLIVE
GLENDALE, AZ  85302

RANDALLS FIREARMS
5029 W. OLIVE AVE.
GLENDALE, AZ  85302

RANDALLS MILAN BEACH RESORT
18095 SR-40
MILAN, MN  56262

RANDOLPH LANDING
ROUTE 4, BOX 1300
MANNING, SC  29102

RANDOLPH, MICHAEL DEARMOND
6913 CARMEL ROAD
CHARLOTTE, NC  28226

RANDSTAD
PO BOX 742689
ATLANTA, GA  30374-2689

RANDY DOUBLES
12814 VISTA PINE CIRCLE
FORT MEYERS, FL  33913

RANDY HAMPTON
35314 MANN RD
SULTAN, WA  98294-9734

RANDYS BAIT SHOP
PO BOX 264
MINNEWAUKAN, ND  58351-0264

RANGE MASTER
1591 CHILTON ST
ARROYO GRANDE, CA  93420

RANGER CONSTRUCTION COMPANY
4240 MORRIS FIELD DRIVE
CHARLOTTE, NC  28208

RANGER PRODUCTS
19669 JOHN R
DETROIT, MI  48203

RAPALA USA
10395 YELLOW CIRCLE DR
MINNETONKA, MN  55343

RAPHAEL HOUSE
PO BOX 10797
PORTLAND, OR  97296

RAPID CONTAINER SERVICE
PO BOX 96
6029 LARK ROAD NW
SAUK RAPIDS, MN  56379

RAPISTAN SYSTEMS
4421 STUART ANDREW BLVD.,
SUITE 607
CHARLOTTE, NC  28217

RAPTOR ENTERPRISES DBA RINEHART TARG
1809 BELOIT AVENUE
JANESVILLE, WI  53546

RASMUSSEN, JASON SCOTT
1112 ELM AVENUE
CHULA VISTA, CA  91911

RASQUE, DOUGLAS JAMES
2217 MERRYMOUNT DRIVE
SUWANEE, GA  30024

RATHER OUTDOORS CORPORATION
6101 E APACHE
TULSA, OK  74115

RATHER OUTDOORS/ZEBCO
6101 E APACHE
TULSA, OK  74115

RATTLESNAKE POINT OUTFITTERS
5202 W TYSON AVE
TAMPA, FL  33611

RAUCH MILLIKEN INTERNATIONAL INC
PO BOX 8390
METAIRIE, LA  70011-8390

RAUL LOPEZ JR
7880 S MCMULLIN
FRESNO, CA  93706

RAUSCHERT ARCHERY MFG CORP
7910 KRAENZLEIN RD
SAGINAW, MI  48604

RAVIN CROSSBOWS, LLC
3535 TOWER AVENUE
SUPERIOR, WI  54880

RAW ACCESSORIES USA LLC
701 SOUTH SECOND STREET
JACKSONVILLEBCH, FL  32250

RAY CHARNOCK
PO BOX 667
EXMORE, VA  23350

RAY DAUGHERTY
12831 W. CERCADO LN.
LITCHFIELD PARK, AZ  85340-5506

RAY DUPONT
16210 MANNING RD. W.
ACCOKEEK, MD  20607

RAY GARCIA
2505 MARROW RD, NE
ALBUQUERQUE, NM  87106

RAY RIDGEWAY
RAYS BAIT & TACKLE
317 W. MEADOW ROAD
EDEN, NC  27288

RAY SCOTTS ELCTRC "VORTEX LURES"
1955 W. GRANT ST SUITE 235
PO BOX 36173
TUCSON, AZ  85740

RAY SMITH
3156 MILDRED DRIVE
PALM HARBOR, FL  34684

RAYMOND C RUMPF & SON
505 N MITCHELL AVENUE
LANSDALE, PA  19446

RAYMOND C RUMPF/BAIT CLOUD
35 MAPLE AVENUE
PO BOX 319
SELLERSVILLE, PA  18960

RAYMOND F PIERCE
7916 AVENIDA DIESTRO
CARLSBAD, CA  92009

RAYMOND GOLDMAN & COMPANY, INC.
PO BOX 12185
2912 NEUSE BLVD.
NEW BERN, NC  28561

RAYMOND HANDLING CONCEPTS CORP
41400 BOYCE RD
FREMONT, CA  94538-3152

RAYMOND LEASING CORPORATION
ACCOUNTS RECEIVABLE
PO BOX 301590
DALLAS, TX  75303-1590

RAYMOND VARIETY OF NH
FREETOWN ROAD
RAYMOND, NH  03077

RAYS BAIT & TACKLE
480 W. DEARBORN ST
ENGLEWOOD, FL  34223

RAZ TRANSPORTATION
11655 SW PACIFIC HWY
PORTLAND, OR  97223-8629

RAZORBACK SECURITY SYSTEMS
12242 SNYDERWOOD DR
ARLINGTON, TN  38002

RBM JIGS, LLC/LAKE EFFECT LURE CO.
12955 STOUT AVENUE NE
CEDAR SPRINGS, MI  49319

RBX, INC.
PO BOX 2118
SPRINGFIELD, MO  65801-2118

RC OUTDOORS
RT 2 BOX 410E.
BLUEFIELD, WV  24701

RCBS PRECISIONEERED RELOADING LLC
605 ORO DAM BL EAST
OROVILLE, CA  95966

RD CADE INC
PO BOX 346
LEESBURG, AL  35960

RDD FREIGHT INTERNATIONAL
167-43 148TH AVE.
SUITE 203
JAMAICA, NY  11434

RDS FIRE CONTROL
105 HIBBS ROAD EXT.
NEWPORT, NC  28570

REACH GLOBAL INDUSTRIES
8 CORPORATE PARK STE 300
IRVINE, CA  92606

REACTION INNOVATIONS
103 NEW VENTURE WAY
ALABASTER, AL  35007

REACTION LURES
RT.1 BOX 693
MANY, LA  71449

READING EAGLE CO
PO BOX 582
READING, PA  19603-0582

READING INSTRUMENT COMPANY
551 STRACKS DAM ROAD
MYERSTOWN, PA  17067

READYREFRESH
BLUE TRITON BRANDS, INC.
PO BOX 9001004
LOUISVILLE, KY  40290-1004

READYWISE, INC.
3676 WEST CALIFORNIA AVE B-106
SALT LAKE CITY, UT  84104

REAL DEAL OUTDOOR PRODUCTS LLC
W13272 SIECK ROAD
BRUCE, WI  54819

REAL SPORTS
PO BOX 318
65 CATLIN HILL ROAD
SUGAR GROVE, PA  16350

REALCO GUNS INC.
6108 MARLBORO PARK
FORESTIVILLE, MD  20747

REALTREE OUTDOORS INC./SPARTAN
1390 BOX CIRCLE
COLUMBUS, GA  31907

REALTY WORLD - CLARK REALTY
PO BOX 4336
EMERALD ISLE, NC  28594

REASNER, CATHY A
153 WHITE OAK DR
NEWPORT, NC  28570

REAVES, RAHEEM MARQUIS
10715 HILLGROVE LANE
823
CHARLOTTE, NC  28273

REBECCA JOBE
1928 E HUNTER AVE 4
FRESNO, CA  93703

REC-COM OUTDOORS
3529 ENTERPRISE WAY
GREEN COVE SPGS, FL  32043

RECREATION RESOURCE MANAGEMENT
11811 N TATUM BLVD SUITE 4095
PHOENIX, AZ  85028

RECREATIONAL FISHING ALLIANCE
ATTN: ROBERT T. HEALY
PO BOX 98263
WASHINGTON, DC  20090

RED BARN MERCANTILE
33454 SIERRA DR
LEMON COVE, CA  93244

RED EYE TROLLING LURES, LLC
146 CYPRESS TRCE
ROYAL PALM BCH, FL  33411

RED LION MANUFACTURING
PO BOX 71
BRATTLEBORO, VT  05302-0071

RED MILLER
444 1ST AVENUE WEST
KALISPELL, MT  59901

RED PHONE BOOTH
C/O JANICE WEBER
5014 COLCHESTER CT SE
ATLANTA, GA  30339

RED ROCK SPRING WATER
1145 ICEHOUSE AVENUE
SPARKS, NV  89431

RED WING BRANDS OF AMERICA
314 MAIN STREET
RED WING, MN  55066-2337

REDDEN MARINE SUPPLY INC
1411 ROEDER AVE
BELLINGHAM, WA  98225-2916

REDDI ELECTRIC, INC
PO BOX 20272
BILLINGS, MT  59104

REDFIELD, INC.
14400 NW GREENBRIER PKWY
PO BOX 688
BEAVERTON, OR  97075

REDI RIG TACKLE INC.
1194 PARK LEDGE DRIVE
MACEDONIA, OH  44056

REDONDO MARINE HARDWARE
1010 N CATALINA AVE
REDONDO BEACH, CA  90277-2144

REDS AUTO & BAIT
NORTH MAIN STREET BOX 33
PIERZ, MN  56364

REDWING TACKLE LTD.
55 MILLS RD. 8
AJAX, ON  L1S 2H2
CANADA

REDWOOD RANCH BAIT BOAT
PO BOX 88
BEMUS PT., NY  14712

REDWOOD SUPPLY CHAIN SOLUTIONS
29857 NETWORK PLACE
CHICAGO, IL  60673-1298

REECE SUPPLY LLC
D/B/A REECE PLUMBING

REED EXHIBITION COS/SHOTS
PO BOX 7247-8400
PHILADELPHIA, PA  19170-8400

REED PAYNE
390 N EASTERN AVE
IDAHO FALLS, ID  83402

REEDER BEACH RESORT
26214 NW REEDER RD
PORTLAND, OR  97231

REEDER PALLET CO INC
476 REEDER RD
PO BOX 540
SEAGROVE, NC  27341

REEDS ROD WRAPS
202 CORCORAN LANE
CENTRAL POINT, OR  97502

REEDS SPORTING GOODS
490 MAIN STREET
PO BOX 490
WALKER, MN  56484

REEDSBURG TRUE VALUE
115 MAIN STREET
REEDSBURG, WI  53959

REEL BUSO
205 BETANCES ST
SANTURCE, PR  911

REEL FUN
711 NORTH PACE BLVD
PENSACOLA, FL  32505

REEL GRIP, LTD
1734 WALL RD STE B
WADSWORTH, OH  44281

REEL JOHNS, THE
610 WESLEY DR
CHARLESTON, SC  29407

REEL LIFE BAIT & TACKLE
2621 BRIDGE AVE.
PT. PLESANT, NJ  08742

REEL OUTDOORS, THE
7802 EMERALD DR
EMERALD ISLE, NC  28594

REEL TACKLE, INC.
39261 PROCTOR BLVD.
SANDY, OR  97055

REEL WENCH WEAR
306 WEST LAKE DRIVE UNIT 1
KILLDEVILHILLS, NC  27948

REELS, ARVELL L
4960 ADAMS CREEK RD
HAVELOCK, NC  28532

REELSNOT ENTERPRISES, LLC
37029 REHOBOTH AVE EXT SUITE O
REHOBOTH BEACH, DE  19971

REFLECTIVE ART
4030 EASTERN AVE
GRAND RAPIDS, MI  49508

REFUGE MOTOR INN
T/A BIKE DEPOT
7058 MADDOX BLVD.
CHINCOTEAGUE, VA  23336

REGENCY SYSTEMS, INC.
3788 WINDSTREAM WAY
JAMESTOWN, NC  27282

REGENT SPORTS
45 RANICK ROAD
HAUPPAUGE, NY  11788

REGIONS BANK, ADMINISTRATIVE AGENT
LC ISSUER, US LENDER, & CANADIAN
LENDER
ATTN TERRI COOPER
1180 W PEACHTREE ST NW, STE 1000
ATLANTA, GA  30309

REGISTER OF DEEDS
BUNCOMBE COUNTY COURTHOUSE
ASHEVILLE, NC  28801-3582

REGISTERED AGENTS, LTD.
1220 NORTH MARKET STREET
SUITE 606
WILMINGTON, DE  19801

REGISTERS MARINE
3750 US HIGHWAY 701N
ELIZABETHTOWN, NC  28337

REGUS
1800 BLANKENSHIP ROAD
SUITE 200
WEST LINN, OR  97068

REID, CHERISH LAQUOUNUS
244 WHITGREEN ST
ROCK HILL, SC  29730

REID, SYDNEY ELIZABETH
151 HOLLY SPRINGS ROAD
NEWPORT, NC  28570

REINEMANS, INC
PO BOX 309
BURLINGTON, WI 53105

RELAY FOR LIFE
NEWPORT, NC 28570

RELEVANT AUTOMATION
PO BOX 1070
CHARLOTTE, NC 28201

RELIABLE FENCE & CONSTRUCTION
PO BOX 426
GRESHAM, OR 97030

RELIABLE FISHING PRODUCTS
28071 GALLINA
MISSION VIEJO, CA 92692

RELIABLE OFFICE SUPPLIES
DEPT 8001
135 S. LASALLE ST
CHICAGO, IL 606748001

RELIABLE
135 S LASALLE STREET
DEPT 8001
CHICAGO, IL 60674-8001

RELIANCE PRODUCTS LTD.
1093 SHERWIN ROAD
WINNIPEG, MB R3H 1A4
CANADA

RELIC LURES
31387 PACIFIC COAST HWY
MALIBU, CA 90265

RELIEFBAND TECHNOLOGIES, LLC
851 DUPORTAIL ROAD
CHESTERBROOK, PA 19087

REMARMS LLC
14 HOEFLER AVENUE
ILION, NY 13357

REMINGTON ARMS CO.
870 REMINGTON DR
PO BOX 700
MADISON, NC 27025-0700

REMINGTON TREESTANDS
BOX 352
WINDOM, MN 56101-0382

REMSTAR INTERNATIONAL, INC.
41 EISENHOWER DR
WESTBROOK, ME 04092-2032

RENAISSANCE NASHVILLE HOTEL
611 COMMERCE STREET
NASHVILLE, TN 37203

RENAISSANCE ORLANDO HOTEL
AIRPORT LAKES
5445 FORBES PLACE
ORLANDO, FL 32812

RENE CASTRO, THE LAW OFFICES OF DANI
WITHHOLDING TAX RETURNS
PO BOX 327483
MONTGOMERY, AL 36132-7483

RENELIQUE, STEPHANIE
211 BISHOPSGATE
JACKSONVILLE, NC 28540

RENGEL PRINTING CO
1922 7TH STREET NORTH
ST. CLOUD, MN 56303

RENNY MASON CO
4239 CHICO WAY NW
BREMERTON, WA 98312

RENO FORKLIFT
171 CONEY ISLAND DRIVE
PO BOX 50009
SPARKS, NV 89435

RENO GAZETTE-JOURNAL
ATTN: A/R CASHIER
PO BOX 22000
RENO, NV 89520-2000

RENT A MOBILE
A 229 CHARLOTTE MERCHANDISE MART
2500 EAST INDEPENDENCE BLVD.
CHARLOTTE, NC 28205

RENTACOMPUTER.COM
6730 ROOSEVELT AVENUE
MIDDLETOWN, OH 45005

RENTAL AIDE CENTER
PO BOX 1623
BILLINGS, MT 59103

RENTAL SYSTEMS, INC
PO BOX 4346 DEPT 538
HOUSTON, TX 77210-4346

REP OUTDOOR GROUP, LLC.
2219 HITZERT CT
FENTON, MO 63026

RESOURCE
PO BOX 1576
ST. CLOUD, MN 56302

RESTORE 24 LLC
PO BOX 456
SAUK RAPIDS, MN 56379

RETAILSTAT
PO BOX 24036
NEW YORK, NY 10087-4036

REVEEL, LLC
PO BOX 103
RODEO, CA  94572

REVELYST SALES LLC - CAMP CHEF
201 N 700 W
HYDE PARK, UT  84318

REVELYST SALES LLC - GOLD TIP
368 S. GOLD TIP DRIVE
OREM, UT  84058

REVELYST SALES LLC-BLACKHAWK
9200 CODY
OVERLAND PARK, KS  66214

REVELYST SALES LLC-BUSHNELL
9200 CODY
OVERLAND PARK, KS  66214

REVELYST SALES LLC-BUTLER CREEK ACC
9200 CODY
OVERLAND PARK, KS  66214

REVELYST SALES LLC-CHAMPION TARGET
1 ATK WAY
ANOKA, MN  55303

REVELYST SALES LLC-OUTERS
1 ATK WAY
ANOKA, MN  55303

REVELYST SALES LLC-PRIMOS
9200 CODY
OVERLAND PARK, KS  66214

REVELYST SALES LLC-QUIETKAT INC.
201 BROADWAY STREET
EAGLE, CO  81631

REVENUE ASSURANCE PARTNERS
19399 HELENBURG RD
STE 5 & 6
COVINGTON, LA  70433

REVITAL OUTDOORS
817 BONITA ROAD
ATLANTIC BEACH, FL  32233

REVO BRAND GROUP
10701 FOUNTAINS DR. SUITE 100
MAPLE GROVE, MN  55369

REX MOORE
5803 E HARVARD AVE
PO BOX 7677
FRESNO, CA  93727

REYES BETANCUR, LADY JASMIN
11281 LIONS MANE ST
CHARLOTTE, NC  28273

REYES GARCIA, MONICA I
7050 PEPPERMINT DRIVE
RENO, NV  89506

REYES GUILLEN, MARIA D
15 CHARJENE CT
SUN VALLEY, NV  89433-7545

REYES OJEDA, MIRIAM SUSANA
1280 GENTRY WAY
RENO, NV  89502

REYNOLDS PLANTATION
100 LINGER LONGER ROAD
GREENSBORO, GA  30642

REYNOLDS, JAMEZ LEETWIONE
278 REGENCY DR
NASHVILLE, NC  27856-1812

RHINO INC.
411 WEST CONGRESS ST
MAPLE LAKE, MN  55358

RHODE ISLAND DEPT. OF ADMIN.
DIV. OF TAXATION-EMPLOY TAX SECTION
ONE CAPITOL HILL
PROVIDENCE, RI  02908-5829

RHODES 5 & 10 STORES
P.O BOX 1449
BETHANY BEACH, DE  19930

RHONDA DICKERSON
C/O SUNTRADERS
SUMMERVILLE, SC  29483

RHONDA RAILTON
CLACKAMAS, OR  97015

RHP MECHANICAL SYSTEMS, INC
1008 E. 4TH STREET
RENO, NV  59512-3504

RI SALTWATER ANGLERS ASSOC.
6 ARNOLD RD
COVENTRY, RI  02816

RIA GROUP
PO BOX 6159
CAROL STREAM, IL  60197-6159

RICE, RICE,& GILBERT,P.C.
30150 TELEGRAPH RD.
SUITE 345
BINGHAM FARMS, MI  48025-4522

RICES RENTALAND
558 HWY 70 WEST
HAVELOCK, NC  28532

RICHARD COZBY
6860 SW HARBOR AVE
LINCOLN CITY, OR  97367

RICHARD DART ALS CLINIC
PO BOX 9013
CHARLOTTESVILLE, VA  22906

RICHARD EISENZIMMER
9118 ASPEN AVENUE
BEMIDJI, MN  56601

RICHARD FRISON
OR  97015

RICHARD J IRLAS
340 N CLARK 202
FRESNO, CA  93701

RICHARD J. OAKES SR.
3120 MT. CROSS RD.
DANVILLE, VA  24540

RICHARD JAMES AND ASSOCIATES, INC.
4317 NE THURSTON WAY
SUITE 270
VANCOUVER, WA  98662

RICHARD JOHNSON
549 S PENNSYLVANIA ST
DENVER, CO  80209

RICHARD KERR
PO BOX 1156
MOREHEAD CITY, NC  28557

RICHARD M. STEARNS
CH. 13 TRUSTEE
PO BOX 2218
KINSTON, NC  28501

RICHARD NORMAN
6812 ALYDAR CT
CHARLOTTE, NC  28216

RICHARD POVEROMO
1561 W 63RD ST
GROVE, OK  74344

RICHARD SMIT
405 LACOSTA STREET
MELBOURNE BEACH, FL  32951

RICHARD W NIXON
PO BOX 166
BILLINGS, MT  59103-0166

RICHARDS COMPUTER
2803 MERRILEE DR
FAIRFAX, VA  22031

RICHARDSON, BRANDON OMARI
2212 LUDLOW DRIVE
CHARLOTTE, NC  28216

RICHLAND COUNTY BUSINESS SERV CENTER
2020 HAMPTON ST, SUITE 1050
COLUMBIA, SC  29202

RICHLAND COUNTY TREASURY
PO BOX 8028
COLUMBIA, SC  29202-8028

RICHMOND CNTY CHAMBER OF COMMERCE
PPO BOX 86 ROAD
ROCKINGHAM, NC  28380

RICHMOND COMMUNITY COLLEGE
PO BOX 1189
HAMLET, NC  28345

RICHMOND COUNTY SHERIFFS OFFICE
1 COURT ST
ROCKINGHAM, NC  28379

RICHMOND COUNTY WATER DEPT
PO BOX 127
ROCKINGHAM, NC  28380-0127

RICHMOND DAILY JOURNAL
PO BOX 1888
ROCKINGHAM, NC  28380

RICHMOND FOREST PRODUCTS, INC
PO BOX 356
ROCKINGHAM, NC  28380

RICHMOND HILL MARINE & SPORT
PO BOX 1236
RICHMOND HILL, GA  31324

RICHMOND MARINE & SPORTS
HIGHWAY 23
RICHMOND, MN  56368

RICHMONDCC CLAY SHOOTING CLASSIC
1042 WEST HAMLET AVENUE
HAMLET, NC  28345

RICH-N-TONE
HUNTERS SPECIALTIES
600 HUNTINGTON COURT N.E.
CEDAR RAPIDS, IA  52402-1268

RICHS CRAPPIE HOLE
630 BRIDGE STREET
ROANOKE, VA  24015

RICHTERS
2936 WILLIAMSFIELD RD
JAMESTOWN, PA  16134

RICK DOLEAC
PO BOX 655
HATTIESBURG, MS  39403

RICK GLADWELL CHRYSLER PLYMOUTH
5069 HWY 70
MOREHEAD CITY, NC  28557

RICK GLADWELL
CHRYSLER PLYMOUTH-DODGE
5069 HIGHWAY 70
MOREHEAD CITY, NC  28557

RICK GRASS
4754 MARION HILL ROAD S.E.
TURNER, OR  97392

RICK HADEN
2214 SE COURT AVE
PENDLETON, OR  97801

RICK KEUHNE
1910 NW 178TH TERRACE
PEMBROKE PINES, FL  33029

RICK OCONNELL
4607 NW KAUFFMAN AVE
VANCOUVER, WA  98663

RICK PAPENDICK
427 N SHAMROCK ST
EAST ALTON, IL  62024-1174

RICKERS BAIT & TACKLE
RT 7 BOX 50
ROGERSVILLE, TN  37857

RICKS BAIT & SPORT SHOP
689 WASHINGTON STREET
STOUGHTON, MA  02072

RICKS BAIT & TACKLE
RR 1 BOX 284 LONGNECK ROAD
MILLSBORO, DE  19966

RICKS CAST-AWAY, INC.
1202 NORTH MAIN
HUTCHINSON, MN  55351

RICKS TACKLE BOX
435 OHIO ST, STE. 2
JOHNSTOWN, PA  15902

RICKY TILLETT
THE COMMUNITY STORE
P.O.BOX 432
OCRACOKE, NC  27960

RICKYS GUNS & AMMUNITION
806 EAST 14TH STREET
BROWNSVILLE, TX  78520

RICKYS MARKET
3120 MT CROSS RD
DANVILLE, VA  24540

RICO MEDEROS, ALEJANDRA
4600 MIRA LOMA DRIVE
APT 14P
RENO, NV  89502

RICO SOLTERO, MARISOL
109 HEINDEL ROAD
RENO, NV  89506

RICOH AMERICAS CORP
5 DEDRICK PL
WEST CALDWELL, NJ  07006-6304

RIDGE MARINE SALES
ROUTE 5 BOX 60 B
RIDGE, MD  20680

RIDGWAY, CRYSTAL DEE
1286 SAINT KATHERINES WAY
ROCK HILL, SC  29732

RIDLEYS VARIETY STORE
616 N. 3RD STREET
MCCALL, ID  83638

RIEADCO CORPORATION
1200 S POWELL ROAD
SUITE B
INDEPENDENCE, MO  64057

RIG RITE MANUFACTURING INC.
226 WEST ST N
MILTONA, MN  56354

RIGGINS, GREGORY
140 6TH STREET
HAMLET, NC  28345

RIGGINS, SHARMILLA NICOLE
7900 PARK VISTA CIRCLE
CHARLOTTE, NC  28226

RIGGS ELECTRIC MOTOR REPAIR
1401 BRIDGES STREET
MOREHEAD CITY, NC  28557

RIGRAP, LLC
PO BOX 8464
JUPITER, FL  33468

RIKE-NOONAN
SUITE 700 NORWEST CENTER
BOX 1497
ST. CLOUD, MN  56302

RILEYS RELOADERS
427 E MAIN ST
BARSTOW, CA  92311

RINAUDO, SARAH KATHERINE
135 FROST FLOWER WAY
FOUNTAIN INN, SC  29644

RING, JUSTIN KENNETH
719 N BIRCH ST
ROYALTON, MN  56373

RINGSIDE RESTAURANT
14021 NE GLISAN
PORTLAND, OR  97230

RINKE NOONAN
PO BOX 1497
ST. CLOUD, MN  56302-1497

RIO OUTDOORS CORP.
1402 S CUSTER ROAD, STE 301
MCKINNEY, TX  75072

RIOS, PEDRO
2244 GREENBRAE DRIVE
APT 87
SPARKS, NV  89431

RIOS, STEVEN JOSE
410 YORK WAY
SPARKS, NV  89431

RIPOFFS DIV OF US ARMOR CORP
1048 NEW HOLLAND AVE
LANCASTER, PA  17601

RISE ARMAMENT
1605 E LOLA STREET
BROKEN ARROW, OK  74012

RITE ANGLER
610 SE CENTRAL PARKWAY
STUART, FL  34994

RITHUM, LLC
255 FULLER RD
ALBANY, NY  12203

RITON OPTICS LLC
1684 S. RESEARCH LOOP
SUITE 508
TUCSON, AZ  85710

RIVAL ARMS
525 INTERNATIONAL PARKWAY
RICHARDSON, TX  75081

RIVAS, LEONARDO DANIEL
2045 CLOVER HILL ROAD
FORT MILL, SC  29707

RIVER CITY FLY SHOP
11429 SW SCHOOLS FERRY RD
BEAVERTON, OR  97008

RIVER COUNTRY STORE
P.O BOX 236
SANTEE, SC  29142

RIVER HILLS SCHEELS
1850 ADAMS STREET 404
MANKATO, MN  56001

RIVER MARINE SALES
2625 CRATER LAKE HWY
MEDFORD, OR  97504

RIVER MARINE SUPPLY
MIAMI, FL  33130

RIVER MARINE SUPPLY, INC.
260 S.W. 6TH STREET
MIAMI, FL  33130

RIVER OF NO RETURN SPORTING GOODS
61 HWY 28
SALMON, ID  83467

RIVER SAFARIS & GULF CHARTERS
5297 CHEROKEE HWY
HOMASASSA, FL  34448

RIVER SIDE SERVICE
5224 WHITEVILLE ROAD
ASH, NC  28420

RIVER SUPPLY, INC.
2827 RIVER DR.
THUNDERBOLT, GA  31404

RIVER2SEA, LLC
821 EUBANKS DRIVE SUITE G
VACAVILLE, CA  95688

RIVERA, JIMMY GABRIEL
13220 STEELECROFT PARKWAY
CHARLOTTE, NC  28278

RIVERA, MARIA SUSANA G
565 SPARKS BLVD
APT 151
SPARKS, NV  89434-7938

RIVERBANKS MARKET
PO BOX 123
WILDERVILLE, OR  97543

RIVERBED TECHNOLOGY, INC
199 FREMOND ST
SAN FRANCISCO, CA  94105

RIVERLAKE DRIVE INN
22309 PARK RD 25
MATHIS, TX  78368

RIVERS EDGE TREESTANDS, INC.
1160 8TH AVENUE
CUMBERLAND, WI 54829

RIVERS END MARINA
PO BOX 21AA
DISCOVERY BAY, CA 94505

RIVERS END TACKLE
440 BOSTON POST RD
OLD SAYBROOK, CT 06475

RIVERS WEST MFG. LLC
PO BOX 4148
PO BOX 1197
BROOKINGS, OR 97415

RIVERSIDE ARMS
4810-B HUFF ROAD
BERLIN HGTS, OH 44814

RIVERSIDE MARINE
DAVE JOHNSON
303 N. RIVER ROAD
LA BELLE, FL 33935

RIVERSIDE PRINTING, INC
1131 ATLANTIC AVENUE
ROCKY MOUNT, NC 27801

RIVERSIDE SPORT SHOP
PO BOX 2606
OROFINO, ID 83544

RIVERSIDE
1122 PERSON STREET
FAYETTEVILLE, NC 28301

RIVERVIEW BAIT & TACKLE
25 CROTON AVENUE
OSSINING, NY 10562

RIVERVIEW PHOTOGRAPHY
907 SOLOMON PLACE
NEW ORLEANS, LA 70119

RIVERVIEW RV PARK
398 WOODRIVER RD
LAKE OZARK, MO 65049

RIVES
1800 E INNES ST
SALISBURY, NC 29146

RIVIERA BEACH SHIP STORE
ATTN: JOHN OBERG
3560 PALM DRIVE
RIVIERA BEACH, FL 33404

RIVIERA FINANCE
PO BOX 200253
DALLAS, TX 75320-0253

RJS COUNTRY STORE
1197 TOWNSVILLE LANDING RD
HENDERSON, NC 27536

RK PLASTICS CO. LTD.
153 MOO 1
TAMBON MAPPAI, AMPHUR BAN BUENG
CHONBURI 20170
THAILAND

RMK ACCESSORIES INC
230A W KENSINGER DRIVE
CRANBERRY TWNSHIP, PA 16066

RMK ACCESSORIES INC
357 NORTHGATE DR
WARRENDALE, PA 15086

RMSOURCE
1225 CRESCENT GREEN, SUITE 120
CARY, NC 27518

ROACH, DIANNA M
PO BOX 171
ELLERBE, NC 28338

ROADRUNNER DAWES
PO BOX 8903
CUDAHY, WI 53110-8903

ROADRUNNER FREIGHT
PO BOX 510
CUDWAY, WI 53110-0510

ROADRUNNER GUN AND PAWN
907 SOUTH DEWEY
WAGONER, OK 74467

ROADWAY EXPRESS INC
PO BOX 100129
PASADENA, CA 91189

ROADWAY EXPRESS, INC.
PO BOX 1111
AKRON, OH 44393-0001

ROADWAY PACKAGE SYSTEM
PO BOX 890899
DALLAS, TX 75389-0899

ROARING FORK ANGLERS
2205 GRAND AVE
GLENWOOD SPRING, CO 81601

ROB & DONS SPORTSMAN
PO BOX 442
DENVER, NC 28037

ROB AVRIETT
7037 WEST FRIENDLY AVENUE
APT R
GREENSBORO, NC 27410

ROB HUSON
6363 SW HERGERT RD.
CORNELIUS, OR  97113

ROBBINS, NICHOLAS DANIEL
2405 3RD STREET NORTH
ST. CLOUD, MN  56303

ROBBYS SALES
1302 WEST D ST
N WILKESBORO, NC  28659

ROBERT BEAN
6832 TABLE ROCK RD
CENTRAL POINT, OR  97502

ROBERT BROWN D/B/A
BROWNS TELEPHONE SERVICE
102 CHARLES STREET
BEAUFORT, NC  28516

ROBERT BRYANT BENTON D/B/A
BENTON PLUMBING
7833 COLTON DRIVE
FORT WORTH, TX  76108

ROBERT CAIN
157 CHALK RD
ROCKINGHAM, NC  28379

ROBERT COWLEY YOUNG III
1066 WELLINGTON DR
CHARLESTON, SC  29412

ROBERT CURTIS HUNT
2294 DONNELLY RD
KINSTON, NC  28504

ROBERT DELLINGER
269 17TH AVE NE
HICKORY, NC  28601

ROBERT DUNN
740 65TH ST
SPRINGFIELD, OR  98478

ROBERT HALF FINANCE & ACCOUNTING
PO BOX 743295
LOS ANGELES, CA  90074-3295

ROBERT HAUSMAN
PO BOX 98
ST. JOHNSBURY, VT  05819

ROBERT L FUSCO ENTERPRISES
2082 WILLOW GLEN DR
EL CAJON, CA  92019

ROBERT L JOHANNES
2241 SW 127TH AVE 8
MIRAMAR, FL  33027

ROBERT MATERIALS
PO BOX 932
ROBERT, LA  70455

ROBERT PEAVLER
300 SEAHORSE CIRLE SE
PALM BAY, FL  32909

ROBERT SNIDER
217 BLUEWATER COVE
SWANSBORO, NC  28584

ROBERT W BAIRD & CO, INC
777 E WISCONSIN AVE
MILWAUKEE, WI  53202-5391

ROBERT W. BULLARD
1026 JI ROAD
PEMBROKE, NC  28364

ROBERT WELDON
109 WINTERBERRY DR
FOREST, VA  24551

ROBERTS AND CLISHY, PA
ATTORNEYS AT LAW
1212 VAN BUREN AVENUE
OXFORD, MS  38655

ROBERTS BROTHERS TURKEY CALLS
3760 OLD OAKWOD RD
OAKWOOD, GA  30566

ROBERTS HARDWARE
GREEN TURTLE CAY
ABACO
BAHAMAS

ROBERTS OUTDOORS INC.
PO BOX 176
2614 NORTH SUGAR BUSH RD
NEW FRANKEN, WI  54229-0176

ROBERTS, DONNA J
2024 SANTA MARIA STREET
MYRTLE BEACH, SC  29579

ROBERTSONS
PO BOX 1738
1236 NINE FOOT RD.
NEWPORT NC, NC  28570

ROBIN C. HULING D/B/A
CULDERA GRAPHICS
PO BOX 4301
EMERALD ISLE, NC  28594-4301

ROBIN CRAFT
NC  28570

ROBIN HERB
12980 NW AERTS RD
BANKS, OR  97106

ROBINETTS GUN & ARCHERY
6282 ZEBULON HWY
PIKEVILLE, KY  41501

ROBINSON, ELIZABETH ANN
172 HAMMOCKS LANDING RD
NEWPORT, NC  28570

ROBLES, MARY
501 EL RANCHO DRIVE
SPACE 52
SPARKS, NV  89431

ROBOWORM-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

ROCK FISH GLOVES DBA CORDOVA SAFETY
4025 VISCOUNT AVENUE
MEMPHIS, TN  38017

ROCK RIDGE OUTDOORS
148 COUNTRY CLUB CIRCLE
MINDEN, LA  71055

ROCKDALE BOAT MART
7023 US ROUTE 60
ASHLAND, KY  41102

ROCKHURST UNIV CONTINUING EDUC.
PO BOX 419107
KANSAS CITY, MO  64141-6107

ROCKINGHAM ELECT & PLUMBING SUPPLY
101 MILL RD
PO BOX 279
ROCKINGHAM, NC  28379

ROCKINGHAM PAINT & GLASS
503 E BROAD AVE
ROCKINGHAM, NC  28379

ROCKINGHAM SPEEDWAY, INC
2152 US HWY 1 NORTH
ROCKINGHAM, NC  28379

ROCKS
1030 HWY 278
HILTON HEAD, SC  29928

ROCKY BRANDS
101 STATION DRIVE, SUITE 230
WESTWOOD, MA  02090

ROCKY CONROY
205 AMANDA COURT
OREGON CITY, OR  97045

ROCKY LANE ENTERPRISE
7892 STONEWALL JACKSON HWY.
FRONT ROYAL, VA  22630

ROCKY MOUNTAIN ENTERPRISES
DBA SPORTSMANS FAST CASH
3363 SOUTH 700 WEST
WEST VALLEY, UT  84119

ROCKY MOUNTAIN HEALTH NETWORK
COMMUNITY TRAINING CENTER
PO BOX 35200
BILLINGS, MT  59107

ROCKY MOUNTAIN HUNTING CALLS &
4520 W HARGRAVE AVE STE A
POST FALLS, ID  83854-8573

ROCKY MOUNTAIN LAWN SERVICES
PO BOX 50925
BILLINGS, MT  59105

ROCKY MOUNTAIN TACKLE COMPANY
1291 S.RIVER VIEW DR
SPANISH FORK, UT  84660

ROCKY MOUNTAIN
PO BOX 55
KAMIAH, ID  83536

ROCKY MT FRESH FOOD
440 FORT ST
BUFFALO, WY  82831

ROCKY MT GUNS & AMMO
10970 S PARKER RD, A-16
PARKER, CO  80134

ROCKY POINT FISHING POND
14565 ASHTON ROAD
ROCKY POINT, NC  28457

ROCKY POINT RESORT
28121 ROCKY POINT RD
KLAMATH FALLS, OR  97601

ROCKY SHOES & BOOTS, INC
235 NOAH DR
FRANKLIN, TN  37064

ROCKYS TOYS FOR ADULTS
1111 S BAY ST
EUSTIS, FL  32726

ROD BENSON GAME CALLS
6460 RYERSON RD
PO BOX 427
TWIN LAKE, MI  49457

ROD CRAFT MARINE FABRICATION
1212 CAMPBELL AVE. SE
ROANOKE, VA  24013

ROD N REEL
18161 THREE NOTCH RD
LEXINGTON PARK, MD  20653

ROD SAVER MARINE
23410 W. 79TH STREET
SHAWNEE, KS  66227

RODBENDERS
207 N. 11TH STREET
TAMPA, FL  33602

RODGER WALLACE
1238 23RD AVENUE
LONGVIEW, WA  98632

RODGERS ENTERTAINMENT
138 PEARCE LANE
BENNETTSVILLE, SC  29512

RODNEY LANE
32 A ELM STREET
TOPSHAM, ME  04086

RODRIGUEZ MENDEZ, ALBERTH JOEL
6727 FISHERS FARM LANE
APT D1
CHARLOTTE, NC  28277

RODRIGUEZ, ALBA IRIS
9336 KINGS PARADE BOULEVARD
APT 3133
CHARLOTTE, NC  28273

RODS, LINE & TACKLE
7460 BAY ROAD
FEEDERICA, DE  19946

ROGER GRANT
C/O GRANTS PAWN SPORTING GOODS
613 FIFTH AVE
DALTON, GA  30720

ROGER HARTMANS SPORT HAUS
ROSEBURG, OR  97470

ROGER SHERMAN
17718 VAN TASSEL AVE
SANDY, OR  97055

ROGER STIMATZE
11999 BROKEN ARROW DR
CONIFER, CO  80433

ROGERS & BROWN
2 CUMBERLAND STREET
CHARLESTON, SC  29401

ROGERS BAY FAMILY CAMPGROUND
402 1 ISLAND DR.
N. TOPSAIL BCH, NC  28460

ROGERS HUNTING, FISHING & ARCHERY
PO BOX 608
LAMAR, MO  64759

ROGERS PRODUCTS INC.
6500 SPRINGDALE PLACE
BELEWS CREEK, NC  27009

ROGERS SPORT MARKETING
12858 PACKWOOD ROAD
JUNO BEACH, FL  33408

ROGUE FISHING
C/O JEFF GRAHAM
CA

ROGUE RIFLE CO, INC
1140 36TH STREET NORTH STE B
LEWISTON, ID  83501

ROHWEDDER, FRED A
13179 SE SPYGLASS CT
HOBE SOUND, FL  33455

ROJAS DOS SANTOS, WINSTON H
2085 CUTTER POINT DRIVE
APT. 201
CLOVER, SC  29710

ROJAS, DIANA MAYERLY
113 NORTH EDGEMONT AVENUE
APT. A
GASTONIA, NC  28054

ROLAND BLACK HEATING & COOLING
19109 W. CATAWBA AVENUE
SUITE 110
CORNELIUS, NC  28031

ROLAND HUMPHREY
815 CEDAR ST
BEAUFORT, NC  28516

ROLANDS BBQ
815 CEDAR STREET
BEAUFORT, NC  28516

ROL-AWAY INC
6143 SE FOSTER RD
PORTLAND, OR  97206

ROLLING HILLS MARKET
RT. 6 BOX 190
MARION, VA  24354

ROLLINGVIEW MARINA
3940 FALLS LAKE RD.
DURHAM, NC  27703

ROL-NIK
4945 OWENS AVE
GRANT, FL  32949

ROLOFF MFG CORP
400 GERTRUDE ST
PO BOX 7002
KAUKAUNA, WI  54130-7002

ROMAX, INC
251-D SHELL LANE
WILLITS, CA  95490

ROME SPECIALTY COMPANY
PO BOX 109
ROME, NY  13440

ROME SPECIALTY COMPANY, INC.
PO BOX 109
ROME, NY  13342

ROMERO, JULIA CRYSTAL LEE
115 P STREET
SPARKS, NV  89431

ROMERO, MARISELA
2295 TRIPP DRIVE
SUN CITY CENTER, NV  89512

ROMES SPORTING GOODS
335 SALMON BROOK
GRANBY, CT  06035

ROMO RODRIGUEZ, OSCAR
6060 SILVER LAKE RD
APT 21F
RENO, NV  89506

RON BERKLEY
2001 FOXTRIAL DRIVE
LAGRANGE, KY  40031

RON BYRD
97108

RON HAYES
1300 COACHMAN DRIVE
WAXHAW, NC  28173

RON HENDRICKSON
11900 HIGHLAND VIEW CIRCLE
BURNSVILLE, MN  55337

RON HOLLIS
2001 FOXTRIAL DRIVE
LAGRANGE, KY  40031

RON PAULSON
346 S TUMBLING T DR
SPRINGERVILLE, AZ  85938

RON SOYKA
23 TRILAND CT
HIGHLAND, IL  62249

RON WELCH
405 W FIRST ST
EMMETT, ID  83617

RONALD BENDER
1617 2ND ST W
BILLINGS, MT  59101-0610

RONALD DAN
5706 RAIN FOREST COURT
OVIEDO, FL  32765

RONALD GORDON
2577 CENTER ROAD
NOVATO, CA  94947

RONALD M. HAYES
10412 CAMDEN ROAD
MIDLAKE, NC  28107

RONALD VANDERVELD
31 ANGELA DR
PALM COAST, FL  32164

RONNIE CARROLL
LAFOLLETTE SPORT SHOPPE
1115 JACKSBORO PIKE
LAFOLLETTE, TN  37766

RONNIE CHERAMIE
3109 MINNESOTA AVE
METAIRIE, LA  70003

RONNIE DAUGHERTY
5039 EXECUTIVE DRIVE
ATTN: MANDY COTTRELL
MOREHEAD CITY, NC  28557

RONS CABINETS INC.
PO BOX 515
SAUK RAPIDS, MN  56379

RONS STAFFING SERVICES, INC.
666 DUNDEE ROAD
SUITE 103
NORTHBROOK, IL  60062

ROPAJOS
428 CAMDEN AVE
MONONGAH, WV  26554

ROPERS ENTERPRISES CO., LTD.
ROPERS (XIAMEN) INDUSTRY CO., LTD.
NO. 1799 DONGFU ROAD,HAICANG ZONE
XIAMEN CITY  361027
CHINA

ROSADO, ALEXANDRA MARILLENA
800 PICKETT ST TRLR 7
ROCKINGHAM, NC  28379

ROSALES, PATRICIA
8080 SAND PEBBLE DRIVE
RENO, NV  89506

ROSAS VARIETY
PO BOX 747
SULTAN, WA  98294

ROSE BAY MARINA
RT.1 BOX 205-E
SCRANTON, NC  27875

ROSE LAKE GENERAL STORE
11235 S HWY 3
CATALDO, ID  83810

ROSE LAW FIRM
120 E FOURTH ST
LITTLE ROCK, AR  72201-2893

ROSE SEAFOOD
1646 LIVE OAK STREET
BEAUFORT, NC  28516

ROSEBURG CHEVRON
PO BOX 6003
MYRTLE CREEK, OR  97457

ROSEMANS MARINE
THIRD AVENUE AT 82ND STREET
STONE HARBOR, NJ  08247

ROSEMARY F. KUMPEL
109 GULL HARBOR DRIVE
NEWPORT, NC  28570

ROSEMARY GLASS
436 GALLBUSH
CHESAPEAKE, VA  23322

ROSEMARY MORGAN
518 GLEN AVE
ELLWOOD CITY, PA  16117

ROSEN CENTRE HOTEL
9840 INTERNATIONAL DR
ORLANDO, FL  32819

ROSENBERGER CLEANING SERVICES LLC
PO BOX 415
SARTELL, MN  56377-0415

ROSES STORE, INC.
PO DRAWER 947
HENDERSON, NC  27536

ROSES STORES INC 200
MOREHEAD PLAZA SHOPPING CENTER
MOREHEAD CITY, NC  28557

ROSMAN ADJUSTMENT CORP
PO BOX 1247
NORTHBROOK, IL  60065-1247

ROSS COIN & GUN
390 N EASTERN
IDAHO FALLS, ID  83402

ROSS HUTCHINS
821 PARKWOOD DR.
MOBILE, AL  36608

ROST MARTIN, LLC
1128 LONGPOINT AVENUE
DALLAS, TX  75247

ROTHFORK ENTERPRISE
PO BOX 224
FOLEY, MN  56329

ROTO-ROOTER SERVICES COMPANY
5672 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0056

ROTO-ROOTER
PO BOX 25652
FRESNO, CA  93720

ROUGH COUNTRY OUTDOOR GEAR
1874 HWY 180 E
SILVER CITY, NM  88061

ROUGH COUNTRY
1874 HWY 180 E
SILVER CITY, NM  88061

ROUN, SARAH
PO BOX 112
COSMOS, MN  56228

ROUNDTABLE PIZZA
1712 US 401 SOUTH BYPASS
LAURINBURG, NC  28352

ROUSE SEPTIC TANK SERVICE
123 PETE ROAD
NEWPORT, NC  28570

ROUTE 5 BAIT & TACKLE
PO BOX 61
ASCUTNEY, VT  05030

ROWELL AUCTIONS
1303 4TH ST SW
PO BOX 3428
MOULTRIE, GA  31768

ROWLANDS BAIT & TACKLE
1333 CANAL DRIVE
CHESAPEAKE, VA  23323

ROXBORO JEWELRY & PAWN
101 VIRGILINA RD
ROXBORO, NC  27573

ROY CILLEY
447 SANDOGARDY POND RD
NORTHFIELD, NH  03276

ROY GRAY & ASSOCIATES
1460 RADCLIFFE WAY
AUBURN, CA  95603

ROY LEAVITT
540 WILSON DR
IDAHO FALLS, ID  83401

ROY WHEELER AUTO SERVICE CTR
797 GREENFIELD
EL CAJON, CA  92021

ROYAL ARMS CO
T/A HUNTERS RENDEVOUS
PO BOX 260
PEPPERELL, MA  01463

ROYAL HAWAIIAN EXPRESS
12435 MCCANN DR
SANTAFESPRINGS, CA  90670

ROYAL IT SOLUTIONS, LLC
10705 COLLINSWORTH CT
RALEIGH, NC  27614

ROYAL RESTROOMS OF THE CAROLINAS
PO BOX 22033
SAVANNAH, GA  31403

ROYAL ROOFING, INC.
PO BOX 248
MONTICELLO, MN  55362

ROYS LOANS & SPORTING GOODS
121 CENTRAL AVE
OAK HILL, WV  25901

ROYS MARINE
PO BOX 682
BAYBORO, NC  28515

R-PAC
132 WEST 36TH STREET
7TH FLOOR
NEW YORK, NY  10018

R-PAK INC
PO BOX 662
STATHAM, GA  30666

RPM,INC./DRYMATE
6665 WEST HWY 13
SAVAGE, MN  55378

RPS
ATTN: COD CLAIMS DEPT.
PO BOX 256
PITTSBURGH, PA  15230

RR DONNELLEY
PO BOX 538602
ATLANTA, GA  30353-8602

RSM MCGLADREY INC
PO BOX 15409
NEW BERN, NC  28561-5409

RSM MCGLADREY
3120 WELLONS BLVD.
NEW BERN, NC  28562

RSVP EVENTS, INC
9116 ORANGE GROVE RD
CHAPEL HILL, NC  27516

RTS TACKLE
PO BOX 121
LIVELY, VA  22507

RUAG AMMOTEC USA, INC.
2 EAST BRYAN STREET
SAVANNAH, GA  31401

RUBBISH RUNNERS
1085 TELEGRAPH STREET
RENO, NV  89502

RUBERTO, ISRAEL & WEINER
255 STATE ST, 7TH FLOOR
BOSTON, MA  02109

RUBIN & LEVIN
500 MAROTT CTR
342 MASSACHUSETTS AVE
INDIANAPOLIS, IN  46204

RUBIO, ESTEFANI KARINA
4385 LLOYD WAY
RENO, NV  89502

RUDIS HOLDINGS, LLC
7955 JONESTOWN ROAD
HARRISBURG, PA  17112

RUEBY CORP.
1257 UNIVERSITY AVE.
ROCHESTER, NY  14607

RUFUS GENERAL STORE
1ST & MAIN
RUFUS, OR  97050

RUGGED GEAR
32588 477TH AVE
ELK POINT, SD  57025

RUGGED MARINE SUPPLY
12700 OLD STAGE RD
CHESTER, VA  23871

RUGGED SHARK LLC
C/O SG FOOTWEAR
3 UNIVERSITY PLAZA STE 400
HACKENSACK, NJ  07601

RUIZ, KAREN NADIUSKA
2442 COURTNEY OAKS RD
APT 19306
CHARLOTTE, NC  28217-3246

RUKO PRODUCTS CO., SUITE 102
2245 KENMORE AVENUE
BUFFALO, NY  14207-0254

RULE INDUSTRIES INC.
CAPE ANN INDUSTRIAL PARK
GLOUCESTER, MA  01930

RUM RIVER TRADING/WILDLIFE BUFFET
1027 EAST HWY 95
CAMBRIDGE, MN  55008

RUN RITE AUTO SERVICE
830 N 2ND ST
EL CAJON, CA  92021

RUNIONS HUNTING & FISHING
121 CARPENTER LN A
HARRISONBURG, VA  22801

RUPP MARINE
4761 ANCHOR AVENUE
P O DRAWER F
PORT SALERNO, FL  33492

RURAL FIRE EQUIPMENT
10911 WHEATLANDS AVENUE
SUITE "L"
SANTEE, CA  92071

RUSH CREEK CREATIONS
600 PERKINS STREET, SUITE 200
MUKWONAGO, WI  53149

RUSHTON, AUSTIN
1285 15TH STREET NORTHEAST
SAUK RAPIDS, MN  56379

RUSHVILLE MARATHON
3011 MARKET ST
RUSHVILLE, OH  43150

RUSKIN BAIT & TACKLE
1519 US 41 SOUTH
RUSKIN, FL  33570

RUSSELL BARR, ATTY
125 MOUNTAIN ROAD
STOWE, VT  05672

RUSSELL FERGUSON
FERGUSON SPORTS
1712 SUSQUEHANNA STREET
HARRISBURG, PA  17012

RUSSELL SENEFF
395 BLUE LAKE RD
UNION HALL, VA  24176

RUSSELL, CIARA NICOLE
141 WOOD AVE
WINDER, GA  30680

RUSSELL, CRAIG J
1281 15TH STREET NORTH EAST
APT 306
SAUK RAPIDS, MN  56379

RUSSELL, JOSIE M
1416 HILLSIDE COURT
SAUK RAPIDS, MN  56379

RUSSELLS GLASS SHOP INC.
PO BOX 3488
903 SHEPARD STREET
MOREHEAD CITY, NC  28557

RUSSELLS GLASS SHOP
903 SHEPARD STREET
PO BOX 3488
MOREHEAD CITY, NC  28557

RUSSELLS SPORT & BIKE
703 JEWELL STREET
STAR PRAIRIE, WI  54026

RUSSO, JODY ROCCO
15444 COUNTRY ROAD
GREENWELL SPRINGS, LA  70739

RUSTY FAULK OUTDOORS
PO BOX 5
LUVERNE, AL  36049

RUSTY HOOK
245 N GAFFEY ST
SAN PEDRO, CA  90731

RUSTYS CHANNEL CAT BAIT LLC
PO BOX 292
ANPHONY, KS  67003

RUTH & DELS INC
14555 JEFF DAVIS HWY
WOODBRIDGE, VA  22191

RUTH J ZURN EXEC EST OF GARY J ZURN
MORGAN STANLEY
1300 THAMES STREET
BALTIMORE, MD  21231

RUTLIN, DOMINIQUE JARRON
1105 YORKMONT RIDGE LANE
APT 1018
CHARLOTTE, NC  28217

RYAN & RYAN P.A.
THIRD FLOOR
700 EAST DANIA BEACH BLVD
DANIA BEACH, FL  33004-3090

RYAN ADAMS
NEWPORT, NC  28570

RYAN CASILLAS
2011 DRUMMOND DR, NW
GIG HARBOR, WA  98335

RYAN CLARK CONSULTING
1006 INVERNESS RD
SAANICH, BC  V8X 2S1
CANADA

RYAN D GESTEN, PA
6974 GRIFFIN RD
DAVIE, FL  33314

RYAN LINK
709 STILL MEADOW LN
HILLSBOROUGH, NC  27278

RYDER TRANSPORTATION SERVICES
FILE 96723
PO BOX 1067
CHARLOTTE, NC  28201-1067

RYZEX RE-MARKETING USA INC
4600 RYZEX WAY
BELLINGHAM, WA  98226-7691

RYZEX REPAIR INC
3758 E GROVE ST
PHOENIX, AZ  85040-3989

S & D COFFEE, INC.
300 US HIGHWAY 29 SOUTH
PO BOX 1628
CONCORD, NC  28026-1628

S & J AUTOMOTIVE SPECIALTIES
2051 W FRONT ST
SALMA, CA  93662-3403

S & S GRAHAM
PO BOX 699
CHINA GROVE, NC  28023

S & S TRAWL SHOP
PO BOX 789
SUPPLY, NC  28462

S&F ASSOCIATES
522 N THOMPSON ST
PO BOX 5996
PORTLAND, OR  97228

S&K SPORTING GOODS
482 GORDONSVILLE HWY
GORDONSVILLE, TN  38563

S. W. PROPERTIES
PO BOX 2576
EL CAJON, CA  92021

S.C. DEPT OF EMPLOYMENT & WORKFORCE
1550 GADSDEN STREET, PO BOX 995
COLUMBIA, SC  29202

S.C. DEPT. OF LABOR, LICENSING & REG
110 CENTERVIEW DR
COLUMBIA, SC  29210

S.M. ARNOLD/MARINE MASTER
7901 MICHIGAN AVE
ST. LOUIS, MO  63111-3594

S.S. MARINE
9280 RIDGE PIKE
PHILADELPHIA, PA  19128

S.S. SPORTING GOODS
PO BOX 518
SOUTH SHORE, KY  41175

S/R INDUSTRIES, INC
5482 ARGOSY DR
HUNTINGTON BCH, CA  92649

S/R INDUSTRIES, INC.
10652 BLOOMFIELD AVE
DBA-BEEMAN PRECISION
AIRGUNS/MARKSMA
SANTA FE SPRING, CA  90670

SA CONSUMER PRODUCTS C/O SPORTS
SERV
4602 20TH STREET EAST
FIFE, WA  98424

SA SPORTS LLC
325 S 5TH STREET - UNIT 3
EMMAUS, PA  18049

SAATZER, KIM
1020 MCKINLEY PLACE SOUTH
ST. CLOUD, MN  56301

SAAVEDRA CORREDOR, SANDRA JHOANNA
2016 STONEY POINT LANE UNIT 71
CHARLOTTE, NC  28210

SABER-TOOTH COMPANY, INC.
PO BOX 1055
OSHKOSH, WI  54903

SABRINA CAMPOS
160 COPELAND CT.
HUBERT, NC  28539

SAC
1084 BANGOR ST
SAN DIEGO, CA  92106

SACK-UPS
1611 JAMESTOWN RD
MORGANTON, NC  28655

SAFARI BOAT RENTALS
PO BOX 163
GREENBACKVILLE, VA  23356

SAFARILAND
13386 INTERNATIONAL PARKWAY
JACKSONVILLE, FL  32218

SAFECUTTERS, INC
800 E ELLIS RD
MUSKEGON, MI  49441

SAFEHANDS, INC.
PO BOX 3680
CHAPEL HILL, NC  27515

SAFE-T-GARD CO
4975 MILLER STREET, UNIT B
WHEAT RIDGE, CO  80033

SAFETY ON SITE
316 CALIFORNIA
AVENUE 300
RENO, NV  89509

SAFETY PAYS
22607 S DIXIE HWY
MIAMI, FL  33170

SAFETY PLUS
PO BOX 246
NEW BERN, NC  28563

SAFEWAY
1084 BANGOR ST
SAN DIEGO, CA  92106

SAFFELLE, INC.
PO BOX 1449
345 ELIZABETH BRADYRAOD
HILLSBOROUGH, NC  27278

SAF-GARD
2804 PATTERSON AVENUE
GREENSBORO, NC  27407

SAFRITS
PO BOX 388
BEAUFORT, NC  28516

SAFWAY SUPPLY
600 ARENDELL STREET
MOREHEAD, NC  28557

SAGE SOFTWARE INC.
14855 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

SAGE TREE
931 WEST 75TH ST
SUITE 137 103
NAPERVILLE, IL  630565

SAGEN INC.
1019 PARKWAY DRIVE
BEULAH, ND  58523

SAIA MOTOR FREIGHT LINE INC.
P.O.BOX A STATION 1
HOUMA, LA  70363

SAIA MOTOR LINE
PO BOX 100816
PASADENA, CA  91189-0816

SAIA
PO BOX 100816
PASADENA, CA  91189-0816

SAIL AMELIA INC.
5 N. 6TH STREET
FERNANDINA BCH., FL  32034

SAILFISH BAIT & TACKLE
3565 S.E. ST LUCIE BLVD.
STUART, FL  34997

SAILFISH POINT
2201 SE SAILFISH PT BLVD
STUART, FL  34996

SAINT ANDREWS
2005 ARENDELL STREET
MOREHEAD CITY, NC  28557-3999

SALADINOS MASHES SANDS FOOD STORE
49 MASHES SANDS RD
PANACEA, FL  32346

SALAMANDER GRAPHIX
155 722 CEDAR POINT BLVD
CEDAR POINT, NC  28584-8012

SALAZAR, HILDA MARGARITA
5706 MERRITT CT.
SUN VALLEY, NV  89433

SALEM LEASING CORP
175 CHARLOIS BLVD
WINSTON SALEM, NC  27103

SALEM PROFESSIONAL BASEBALL CLUB
PO BOX 842
SALEM, VA  24153

SALES & MARKETING MANAGEMENT
PO BOX 7719
RIVERTON, NJ  08077

SALES & USE TAX
CN 999
TRENTON, NJ  08646-0999

SALINAS, RAQUEL ABIGAIL
3440 KINDRED AVENUE 101
RENO, NV  89502

SALMON BAY TACKLE
6525 15TH AVE NW
SEATTLE, WA 98117

SALMON FALLS RESORT
PO BOX 5700
KETCHIKAN, AK 99901

SALMON RUN
876 E VINE ST
SALT LAKE CITY, UT 84107

SALS WELDING & FABRICATION
6636 W BARSTOW AVE
FRESNO, CA 93722

SALTER PATH CAMPGROUND
PO BOX 2323
ATLANTIC BEACH, NC 28512

SALTWATER CONCEPTS
626 GLEN CHEEK DR
PORT CANAVERAL, FL 32920

SALTWATER SPORTSMAN
PO BOX 51494
BOULDER, CO 80322

SALTWATER SPORTSMEN
SUBSCRIPTION DEPARTMENT
PO BOX 11355
DES MOINES, IA 50340-1355

SALTY BASS
634 A EGLIN PARKWAY
FORT WALTON BCH, FL 32548

SALTY BONES LLC
336 WILLIAMS POINT BLVD STE 5
COCOA, FL 32927

SALVO FIRE DEPARTMENT
IN MEMORY OF RUSS PRIVETTE
SALVO, NC 27972

SAM ADAMS
5007 PACIFIC HWY EAST
STE 18
FIFE, WA 98424

SAM MEACHEM
RR1 BOX 51
MARIAH, NY 12960

SAM ONEAL
574 LORI LANE
CLARKSVILLE, TN 37042

SAM SNYDER
306 GARRETT ST
MAULDIN, SC 29662

SAMS BAIT & TACKLE
2640 WALHALLA HWY.
SIX MILE, SC 29682

SAMS BAR-B-Q
2785 W SHAW, 107
FRESNO, CA 93722

SAMS CLUB - JACKSONVILLE
PO BOX 478
ORANGE BEACH AL, AL 36561

SAMS ELECTRIC LLC
3495 DAWN CIR
SPARKS, NV 89431

SAMS FISHING
14260 TEA TOWN RD
GREENWOOD, DE 19950

SAMS MOTOR REWINDING INC
111 RAMSEY RD
JACKSONVILLE, NC 28546

SAMS
PO BOX 478
ORANGE BEACH AL, AL 36561

SAMUEL PETTIT
17011 SE ROCK CREEK CT
CLACKAMAS, OR 97015

SAMUEL VALENZUELA
4953 W FLORAL
FRESNO, CA 93706

SAN ANTOINIO SPORTS
MOREHEAD CITY, NC 28557

SAN DIEGO SAILING CENTER
1010 SANTA CLARA
SAN DIEGO, CA 92109

SAN JOAQUIN TOTALCARE
5361 E KINGS CANYON RD
FRESNO, CA 93727

SAN MATEO
PO BOX 8020
REDWOOD CITY, CA 94063-8020

SANCHEZ, BRYAN ANTONIO
3117 SCARLET CIRCLE
CHARLOTTE, NC 28273

SANCHEZ, GIHANNET GUADALUPE
5512 QUEEN ANNE ROAD
CHARLOTTE, NC 28217

SANCHEZ, JESSICA
10501 NED COURT DRIVE
APT 19
CHARLOTTE, NC  28273

SANDBOXX GROUP
1842 MENTONE BLVD
MENTONE, CA  92359

SANDHILLS OFFICE SYSTEMS
PO BOX 850
ROCKINGHAM, NC  28380

SANDHILLS REGIONAL MEDICAL CENTER
1000 W HAMLET AVE
HAMLET, NC  28345

SANDRA HOMEWOOD
1132 SAN MARINO DR
SUITE 216
LAKE SAN MARCOS, CA  92078

SANDS RESORT
PO BOX 1090
1904 E. FORT MACON ROAD
ATLANTIC BEACH, NC  28512

SANDUSKY CABINETS, INC.
PO BOX 125
MILLINGTON, TN  38083-0125

SANDWICH SHIP SUPPLY
PO BOX 162
SANDWICH, MA  02563

SANDY COVE CAMPGROUND
RD 1 BOX 256
OCEANVIEW, DE  19970

SANDY PLAIN MINI MART
14833 CREEDMOOR RD
WAKE FOREST, NC  27587

SANDY POINT STATE PARK
1100 E COLLEGE PKWY
ANNAPOLIS, MD  21401

SANDYS FLOWER SHOPPE
4702 ARENDELL ST
MOREHEAD CITY, NC  28557

SANIBEL HARBOUR MARRIOTT
17260 HARBOUR POINTE DR
FORT MYERS, FL  33908

SANIBEL LIGHT TACKLE OUTFITTERS
2025 PERIWINKLE WAY
UNIT 8
SANIBEL ISLAND, FL  33957

SANKYS INC
6566 HWY 53 EAST
DAWSONVILLE, GA  30534

SANTANA, MARIA
9912 GLENBRIDGE WAY
APT 717
CHARLOTTE, NC  28273

SANTIAM SPORTS CENTER
835 N.W. HIGHWAY 22
PO BOX 410
MILL CITY, OR  97360

SANTIAM SPORTS
PO BOX 410
MILL CITY, OR  97360

SANTOS, ANGELINA YOLANDA
10112 FAIRWAY RIDGE ROAD
CHARLOTTE, NC  28277

SANZ, EDWARD FRANCIS
11834 PLANTERS ESTATES DRIVE
CHARLOTTE, NC  28278

SAPP, MARIA P
151 WEST VASSAR AVENUE
FRESNO, CA  93705

SAPP, SHELDON K
151 W VASSAR AVE
FRESNO, CA  93705

SARAH HINES
108 N SKIPPER ST
ROCKINGHAM, NC  28379

SARAH P FRISON
135 FROST FLOWER WAY
FOUNTAIN INN, SC  29644

SARAH RAASCH
910 EAST FLORIDA AVENUE
APPLETON, WI  54220

SARAH WARD
135 GLORY LANE
MOLALLA, OR  97038

SARASOTA RED SOX
PO BOX 2816
SARASOTA, FL  34230

SARGE KNIVES, LLC
2720 E. PHILLIPS ROAD
GREER, SC  29650

SARGENTS MARINE
PO BOX 417
COPPER STREET
GEORGE MILLS, NH  03751

SATELLITE BAIT & TACKLE
1100 S. PATRICK DRIVE
SATELLITE BEACH, FL  32937

SATTELITE MAPS INC.
501 RIVER ROAD
JEFFERSON, LA  70121

SAUER, JUSTIN JOHN
5681 TERRACE DRIVE
ST. CLOUD, MN  56303

SAUK RAPIDS HARDWARE HANK
8 N. BENTON DRIVE
SAUK RAPIDS, MN  56379

SAUL EWING
500 E PRATT ST
BALTIMORE, MD  21202-3133

SAUNDERS MARINE SERVICE
101 EAST JACKSON STREET
FRANKLIN, VA  23851

SAUNDERS WOODS HOLDINGS LLC
SAUNDERS WOODS HOLDINGS LLC
1S450 SUMMIT AVE STE 150
OAKBROOK TERRAC, IL  60181

SAVAGE AND SONS
PO BOX 11800
RENO, NV  89510-1800

SAVAGE ARMS, INC.
100 SPRINGDALE RD
WESTFIELD, MA  01085

SAVAGE GEAR AMERICAS, INC.
10800 WITHERS COVE PARK DRIVE
CHARLOTTE, NC  28278

SAVAGES BARGAIN OUTLET
PO BOX 723
ALBURY, VT  05440

SAVE-A-STOP
HWY 58 - S
SALTER PATH, NC  28575

SAVETA V VALYAVSKAYA
PO BOX 843645
DALLAS, TX  75284-3645

SAVIN, RICHARD B
121 SHEPARD ST
HAVELOCK, NC  28532

SAV-MART
PO BOX 330
WENATCHEE, WA  98807

SAVOIR
254 E. HACIENDA AVE.
CAMPBELL, CA  95008

SAWYER EXTERMINATING, INC
401-A ALAMANCE RD
BURLINGTON, NC  27215

SAWYERS RAPIDS RV RESORT
24828 HWY 38
ELKTON, OR  97436

SAYCO CONTAINER INC
PO BOX 1671
EL CAJON, CA  92022

SB RESTORATION SERVICES, INC
533 JULEP RD
WAITE PARK, MN  56387

SB TACTICAL
1225 DARLINGTON OAK CIRCLE NE
ST PETERSBURG, FL  33703

SBC DATACOM
PO BOX 8104
AURORA, IL  60507-8104

SBC DATACOMM
PO BOX 5069
SAGINAW, MI  48605-5069

SBC LONG DISTANCE
PO BOX 660688
DALLAS, TX  75266-0688

SBETC
1542 NORTHWAY DR
ST CLOUD, MN  56303

SC DEPARTMENT OF REVENUE
SC DEPARTMENT OF REVENUE
NONTAXABLE EXTENSION
COLUMBIA, SC  29214-0037

SC JOHNSON & SON
1525 HOWE STREET
MS366
RACINE, WI  53403

SC STATE DISBURSEMENT UNIT
PO BOX 100303
COLUMBIA, SC  29202

SCAFFS ENTERPRISES
2564 EAST VALLEY ROAD
LOGANTON, PA  17747

SCAGS B & T
114 VICTORY BLVD
STATEN ISLAND, NY  10301

SCAN ONLINE DATA SOLUTIONS
PO BOX 2401
ALBEMARLE, NC  28002

SCAN SOURCE
PO BOX 880222
CHARLOTTE, NC  28289-0222

SCANSOURCE
PO BOX 890222
CHARLOTTE, NC  28289-0222

SCAPPOOSE BAY KYAKING
57420 OLD PORTLAND RD
WARREN, OR  97053

SCAPPOOSE CHEVRON
33558 HAVLIK
SCAPPOOSE, OR  97056

SCARABELLI, MICHAEL CARL
1919 DANNY BELL ROAD
ASHEBORO, NC  27205

SCCY INDUSTRIES
1800 CONCEPT COURT
DAYTONA BEACH, FL  32114

SCE&G
PO BOX 100255
COLUMBIA, SC  29202-3255

SCEERY DECOYS
PO BOX 6520
SANTA FE, NM  87502

SCENIC SPORTS
1201 E. BROADWAY
WILLISTON, ND  58801

SCENT STICKS
51620 BIRCH STREET
NEW BALTIMORE, MI  48047

SCENT-LOK TECHNOLOGIES
1731 WIWRENGO DRIVE
MUSKEGON, MI  49442

SCHACHER, JOE M
23006 CANDLELIGHT DR
RAPIDS CITY, SD  57703

SCHEELS ALL SPORTS
505 CENTER AVE
MOORHEAD, MN  56560-1921

SCHEERHORN, JEREMY GENE
16 24TH AVE S
ST. CLOUD, MN  56301

SCHEERHORN, RANDY E.
243 22ND AVE. NO.
ST. CLOUD, MN  56303

SCHELL BRAY AYCOCK ABEL & LIVINGSTON
SUITE 1500 RENAISSANCE PLAZA
230 NORTH ELM ST
GREENSBORO, NC  27401

SCHERER & SONS TRUCKING, INC
PO BOX 178
ST JOSEPH, MN  56374

SCHERMER PECANS
PO BOX 3650
ALBANY, GA  31706

SCHILLING BOATHOUSE
PO BOX 21009
HILTON HEAD, SC  29925

SCHMELING ENTERPRISE, LLC
4060 DUPONT PARKWAY
TOWNSEND, DE  19734

SCHMITTINGER & RODRIQUEZ
414 STATE ST
DOVER, DE  19901

SCHNAITMANS BOAT RENTAL
12518 WYE LANDING
WYNE MILLS, MD  21679

SCHNEIDER NATIONAL INC.
P.O.BOX 65525
CHARLOTTE, NC  28265

SCHNEIDER, JONATHAN
325 14TH AVE SE
APT. 203
ST. CLOUD, MN  56304

SCHODEN, CHRISTOPHER JOHN
2704 3 IRON STREET
MOREHEAD CITY, NC  28557

SCHOOLEY & SONS TACKLE MFG INC
13700 14 MILE RD
GREENVILLE, MI  48838

SCHREIBER, JACOB STEPHEN
926 7TH AVENUE SOUTH
ST. CLOUD, MN  56301

SCHREURS, ERIC MICHAEL
7734 SCENIC OVERLOOK
BREEZY POINT, MN  56472

SCHREURS, TODD M
19384 GROUSE RD
PARK RAPIDS, MN  56470

SCHULTE, ANN MARIE
500 ABBINGTON COURT
ARCHER LODGE, NC  27527

SCHULTZ PARTY STORE
12965 SHANN RD
WOLVERINE, MI 49799

SCHULTZ, STEVEN DAVID
2718 WELLINGTON DRIVE WEST
EAU CLAIRE, WI 54703

SCHULZ BROTHERS FISHING
633A ALT. A1A
JUPITER, FL 33477

SCHWARTZ SAUSAGE COMPANY INC.
48 HEADINGLEY STREET
HEADINGLEY, MB R4H 0A8
CANADA

SCHWARTZS INC
118 CICERO RD
NOBLESVILLE, IN 46060

SCIENTIFIC ANGLERS, LLC
4100 JAMES SAVAGE ROAD
MIDLAND, MI 48642

SCIENTIFIC CALIBRATIONS
622 WEST CHATHAM
APEX, NC 27502

SCIOTO BAIT & GROCERY
7775 DUBLIN ROAD
POWELL, OH 43065

SCOOBIES PHOTOGRAPHIC IMAGES
440 PORTLAND ROAD
WHITE HOUSE, TN 37188

SCOOTERS MINI-MARTS
PO BOX 967
MOSBY AVENUE EXT
LITTLETON, NC 27850

SCOPE IMPORTS, INC
8020 BLANKENSHIP
HOUSTON, TX 77055

SCOT ROGERS
360 OAK STREET, SUITE F
GAINESVILLE, GA 30501

SCOTCH BONNET COMPANIES
HWY 12 BOX 70
FRISCO, NC 27936

SCOTLAND MEMORIAL HOSPITAL
1406 6TH AVE NORTH
ST CLOUD, MN 56303

SCOTLAND WHOLESALE, INC
US 401 SOUTH
PO BOX 486
LAURINBURG, NC 28353

SCOTT HARDEN
23828 NE TREEHILL DR
WOOD VILLAGE, OR 97060

SCOTT HOGSETT
9 HILLSTONE CT
COLUMBIA, SC 29212

SCOTT LENHART
708 WINDY TRAIL
NEWPORT, NC 28570

SCOTT OUTDOORS LLC
1320 NATIONAL ROAD
DOTHAN, AL 36301

SCOTT RICE, M.D.
300 B. PENNY LANE
CARTERET GENERAL MEDICINE
MOREHEAD CITY, NC 28557

SCOTT ROSENSCHEIN
11215 RED SPRUCE DRIVE
CHARLOTTE, NC 28215

SCOTT TAYLOR PHOTOGRAPHY
214 POLLOCK STREET
BEAUFORT, NC 28516

SCOTT W SKILES
24651 A AVE 92
TERRA BELLA, CA 93270

SCOTT WHITE
531 POMARIA ST
LITTLE MOUNTAIN, SC 29075

SCOTT WILLIAMS
210 TULE CIRCLE
TOOELE, UT 84074

SCOTT, CHRISTOPHER GEORGE MICHALE
9905 PIN OAK ACRES WAY
610
CHARLOTTE, NC 28277

SCOTTS B&T
2707 FORREST VIEW LANE
KISSIMMEE, FL 34744

SCOTTS BAIT & TACKLE
28-4 RADIO RD
TUCKERTON, NJ 08087

SCOTTS HARDWARE
934 WASHINGTON
MONTPELIER, ID 83254

SCOTTS SPORTING GOODS
RR1 BOX 1700
JAMES CREEK, PA 16657

SCOTTY MANUFACTURING LTD
2065 HENRY AVE WEST
SIDNEY, BC  V8L 5Z6
CANADA

SCOTTY PEELER, INC
PMB 312
1354 EAST AVE. STE. R
CHICO, CA  95926-7385

SCOUT TROOP 238 BSA
ZION LUTHER CHURCH
1911 ZION CHURCH RD
HICKORY, NC  28602

SCREWY LOUIES SPORT SHOP
PO BOX 28
FAIR HAVEN, NY  13064

SCS DIRECT INC.
9 TREFOIL DRIVE
TRUMBULL, CT  06611

SCULLEY BOATBUILDERS
175 HARBOR RD
WANCHESE, NC  27981

SDI
502 W 300 S
SALT LAKE CITY, UT  84101

SDS AUTOMATION INC
1910 COCHRAN RD
MANOR OAK TWO, SUITE 270
PITTSBURGH, PA  15220

SDS IMPORTS, LLC DBA SDS ARMS
114 SHERLAKE LANE SUITE 18
KNOXVILLE, TN  37922

SEA COLONY BEACH SHOP
EDGEWATER HOUSE
BETHANY BEACH, DE  19930

SEA EAGLE BOATS INC
19 N. COLUMBIA STREET STE 1
PORT JEFFERSON, NY  11777

SEA GALLERY
782 QUIETWATER BEACH
PENSACOLA BEACH, FL  32561

SEA GULL SHOP
309 55TH STREET
OCEAN CITY, NJ  08226

SEA ISLAND CO.
3763 CORAL PARK DR
ATTN SHELLY BENNETT
BRUNSWICK, GA  31520

SEA ISLAND
PO BOX 30861
SEA ISLAND, GA  31561-0861

SEA LANE EXPRESS, INC.
159 GREAT NECK ROAD
GREAT NECK, NY  11021

SEA MAR TACKLE CO, INC
4440 SPRING HILL DR
SCHNECKSVILLE, PA  18078-2543

SEA MASTER LIGHT
1052 DIXIE CUTOFF RD
STUART, FL  34994

SEA PRODUCTS CO
270 HWY 101 S
CRESCENT CITY, CA  95531

SEA RANCH BAIT & TACKLE
ONE PADRE BLVD
S PADRE ISLAND, TX  78597

SEA SPOOK CHARTER & BAIT INC
4510 SW 42 TERRACE
FT LAUDERDALE, FL  33314

SEA STRIKER
PO BOX 459
133 INDUSTRIAL DRIVE
MOREHEAD CITY, NC  28557

SEA TRADE INTERNATIONAL, INC
5025 ORBITOR DR,
BLDG. 3, SUITE 400
MISSISSAUGA,ONT, CA  L4W4Y5

SEABERRY, TODD ERNEST
228 3RD STREET
SPARKS, NV  89431

SEABOARD MARINE
8050 NW 79TH AVE
MIAMI, FL  33166-2154

SEABREEZE SEAFOOD
PO BOX 12125
WILMINGTON, NC  28405

SEABRIM
5039 EXECUTIVE DRIVE
MOREHEAD CIY, NC  28557

SEA-DOG LINE
PO BOX 479
EVERETT, WA  98206

SEAGULL OUTFITTERS
12208 GUNFLINT TRAIL
GRAND MARAIS, MN  55604-9802

SEAHAG MARINA, INC
PO BOX 928
STEINHATCHEE, FL  32359

SEAL IT SERVICES, INC.
11842 HAMDEN PL
SANTA FE SPRING, CA  90670

SEAL SKIN/DANALCO, ...
1020 HAMILTON ROAD, UNIT G
DUARTE, CA  91010

SEAL, LISA
16471 IRVINE AVE NW
CLEARWATER, MN  55320

SEALED AIR CORP.
200 RIVERFRONT BLVD
ELMWOOD PARK, NJ  07407

SEALS & TENENBAUM
2323 W LINCOLN AVE, SUITE 127
ANAHEIM, CA  92801

SEAL-TITE PLASTIC PACKAGING CO. INC
PO BOX 558748
MIAMI, FL  33255-8748

SEAMASTERS SERVICE LTD
PO BOX 411
DARTMOUTH, NS  B2Y3Y5
CANADA

SEAPAC VIETNAM
9 FLOOR, 57, JUNGANG-DAERO, JUNG-GU
BUSAN  48957
REPUBLIC OF KOREA

SEAQUALIZER, LLC
7820 NW 57 STREET
DORAL, FL  33166

SEAS & LAKES INC
23424 68TH AVE SOUTH
KENT, WA  98032

SEASCAPE RESTAURANT
PO BOX 1007
TRINIDAD, CA  95570

SEASHORE SOCCER LEAGUE
PO BOX 2323
MOREHEAD CITY, NC  28557

SEASIDE BAIT AND TACKLE
776 GARFIELD PARKWAY
BETHANY BEACH, DE  19930

SEASIDE STOP & GO
860 S ROSSEVELT
SEASIDE, OR  97138

SEASONAL MARKETING, INC.
1090 NE 11TH STREET
REDMOND, OR  97756

SEASUCKER
1912 44TH AVENUE NORTH
BRADENTON, FL  34203

SEATTLE DATA SYSTEMS INC
746 INDUSTRY DR
PO BOX 58006
SEATTLE, WA  98188

SEATTLE SPORTS CO.
3217 WEST SMITH STREET
SEATTLE, WA  98199

SEAVER COMPANIES
PO BOX 123
LE SUEUR, MN  56058

SEBAGO OUTDOORS INC
100 DYKE MOUNTAIN RD
SEBAGO, ME  04029

SEBERTECH
2438 CADES WAY
VISTA, CA  92083

SEBOS DO-IT CENTER
1102 COMMERCIAL AVE
ANACORTES, WA  98221

SECOND AMENDMENT
2523 MOHAWK ST
BAKERSFIELD, CA  93308

SECOND BLESSINGS
5178 HWY 70
MOREHEAD CITY, NC  28557

SECOND NATURE
PO BOX 318
DUCHESNE, UT  84021

SECOND-GO-ROUND
PO BOX 1346
NEWPORT, NC  28570

SECRETARY OF STATE OF ARKANSAS
STATE CAPITOL, ROOM 256
500 WOODLANE STREET
LITTLE ROCK, AR  72201

SECRETARY OF STATE OF CALIFORNIA
1500 11TH STREET
SACRAMENTO, CA  95814

SECRETARY OF STATE OF COLORADO
1700 BROADWAY, SUITE550
DENVER, CO  80290

SECRETARY OF STATE OF DELAWARE
JOHN G. TOWNSEND BLDG.
401 FEDERAL STREET, SUITE3
DOVER, DE  19901

SECRETARY OF STATE OF FLORIDA
R.A. GRAY BUILDING
500 S. BRONOUGH STREET, SUITE100
TALLAHASSEE, FL 32399-0250

SECRETARY OF STATE OF KENTUCKY
700 CAPITAL AVENUE, SUITE152
FRANKFORT, KY 40601

SECRETARY OF STATE OF LOUISIANA
PO BOX 94125
BATON ROUGE, LA 70804-9125

SECRETARY OF STATE OF MINNESOTA
20 WEST 12TH STREET, SUITE210
ST. PAUL, MN 55155

SECRETARY OF STATE OF MONTANA
PO BOX 202801
HELENA, MT 59620-2801

SECRETARY OF STATE OF NEVADA
101 NORTH CARSON STREET, SUITE3
CARSON CITY, NV 89701

SECRETARY OF STATE OF NEW YORK
162 WASHINGTON STREET
ALBANY, NY 11231

SECRETARY OF STATE OF NORTH CAROLINA
PO BOX 29622
RALEIGH, NC 27626-0622

SECRETARY OF STATE OF OHIO
22 NORTH FOURTH STREET
COLUMBUS, OH 43215

SECRETARY OF STATE OF OREGON
900 COURT STREET NE, CAPITOL ROOM136
SALEM, OR 97310

SECRETARY OF STATE OF WASHINGTON
LEGISLATIVE BUILDING
416 SID SNYDER AVENUE SW, SUITE200
OLYMPIA, WA 98504-0220

SECRETARY OF STATE
1500 11TH STREET
PO BOX 944230
SACRAMENTO, CA 94244-2300

SECRETARY OF STATE, UCC DIVISION
300 N. SALISBURY ST
UCC DIVISION
RALEIGH, NC 27603-5909

SECURE MOBILE SOLUTIONS
PO BOX 362
HEBRON, CT 06248

SECURITY EQUIPMENT CORPORATION
747 SUN PARK DRIVE
FENTON, MO 63026

SECURITY UNLIMITED
2231 E DESERT INN RD
LAS VEGAS, NV 89109

SECURITYTEAM US, LLC
PO BOX 15992
WILMINGTON, NC 28408

SEEGARS FENCE CO OF FAYETTEVILLE
3303 CAMDEN RD
PO BOX 64033
FAYETTEVILLE, NC 28306

SEEGARS FENCE CO.,
PO BOX 6043
GREENVILLE, NC 27835

SEEK OUTDOORS LLC DBA PORTAROD
113 LANTERN WICK PLACE
PONTE VEDRA BEA, FL 32082

SEIGLER FISHING REELS
1352 TAYLOR FARM RD SUITE 109
VIRGINIA BEACH, VA 23453

SEIRUS INNOVATION
13975 DANIELSON STREET
POWAY, CA 90264

SEKELY, DAVID M
538 PARK MEADOWS DR
NEWPORT, NC 28570

SELECT REMEDY
FILE 92460
LOS ANGELES, CA 90074-2460

SELECTIVE INSURANCE COMPANY
40 WANTAGE AVE
BRANCHVILLE, NJ 07890

SELECT-YOUR-GIFT, INC
2717 YORK RD
OAK BROOK, IL 60523-2367

SELF SEAL CONTAINER
401 E FOURTH ST
BRIDGEPORT, PA 19405

SELLERS LAKE
142 SELLERS ROAD
KINGS MOUNTAIN, NC 28086

SELLING POWER
PO BOX 5467
FREDERICKSBURG, VA 22403-9904

SELLMARK CORPORATION
2201 HERITAGE PARKWAY
MANSFIELD, TX 76063

SELLO, LTD
7116 S. RAWSONBRIDGE ROAD
CARY, IL  60013

SELMA IGA
212 N. POLLOCK STREET
SELMA, NC  27576

SEMASYS
PO BOX 201775
HOUSTON, TX  72216-1775

SENECA MARINE B & T
WATKINS GLEN, NY  14891

SENECA SAFETY PRODUCTS
624 WILLOUGHBY BLVD
GREENSBORO, NC  27408

SENSATION SPORTFISHING
PO BOX 235
MOREHEAD CITY, NC  28557

SENSGARD LLC
101 SULLYS TRAIL
PITTSFORD, NY  14534

SENTINEL PRINTING CO.
PO BOX 666
ST. CLOUD, MN  56302

SENTINEL PRINTING COMPANY
250 N HWY 10
PO BOX 666
ST. CLOUD, MN  56302

SENTRY HARDWARE
250 3RD ST
FAIRBANKS, AK  99701

SEPS TROLLING AND TACKLE
1901 NW 6TH STREET
BEND, OR  97703

SERNA, GLORIA SUYAPA
16104 STUARTS DRAFT COURT
CHARLOTTE, NC  28278

SERRILL, GEORGE B
1860 POTOMAC COURT
WHEELING, IL  60090

SERVICE TRANSPORT, INC
135 S LASALLE, DEPT 2673
CHICAGO, IL  60674-2673

SETH BURRILL PRODUCTIONS INC.
11008 N.NEWPORT HWY
SPOKANE, WA  99218

SETOS TEXACO
3500 CROATAN HWY
KITTY HAWK, NC  27949

SETTLERS COOPERATIVE INC
PO BOX 50
BRUCE CROSSING, MD  49912

SEVEN POINTS MARINA
RD 1 BOX 203
HESSTON, PA  16647

SEVEN SEAS BAIT & TACKLE
PO BOX 643
MATLACHA, FL  33993

SEVIGNYS HUNTING & FISHING
236 MAIN STREET
WEST RUTLAND, VT  05777

SG DISTRIBUTING
12615 COLONY ST
CHINO, CA  91710

SHADOW ENTERPRISES
93703-3638

SHADY LANE SEAFOOD INC.
20880 RIDGE RD
COLONIAL BEACH, VA  22443

SHAKESPEARE COMPANY
6111 SHAKESPEARE RD
COLUMBIA, SC  29223

SHAKESPEARE
7 SCIENCE COURT
COLUMBIA, SC  29203

SHALLOWBAG BAY MARINA LLC
PO BOX 1270
MANTEO, NC  27954

SHAMBURG WHOLESALE SPORTS
403 FRISCO AVE
CLINTON, OK  73601

SHAMROCK PAWN
1501 B RICE AVE
DUBLIN, GA  31021

SHANE HATAKEYAMA
94-1036 OLI PLACE U3
WAIPAHU, HI  96797

SHANGHAI SAILING LTD
ROOM 2407-2408 NO 495 JIANGNING RD
SHANGHAI  200041
CHINA

SHANGHAI SYF ENTERPRISE LIMITED
ROOM 1308, BUILDING A, MODERN PLAZA
18 WEIYE RD,KUNSHAN DEVELOPMENT ZONE
JIANG SU PROV.  215300
CHINA

SHANNON FARLOW
6425 US HWY 2205
ASHEBORO, NC  27205

SHANNON MCRAE
122 ELLISON ST
BENNETTSVILLE, SC  29512

SHANNON OUTDOOR INC.
SEABROOK, SC  29940

SHANNON PUMPELLY
C/O ALL SPORTS
CLACKAMAS, OR  97015

SHANTYTOWN PIER
PO BOX 940
OCEAN CITY, MD  21842

SHARA LIGHTFOOT
8720 MATTHEWS FARM LANE 11316
CHARLOTTE, NC  28277

SHARON SENOIR
1941 SHARON ROAD WEST
APT. 101
CHARLOTTE, NC  28210

SHARP HEADWEAR, INC
PO BOX 581
304 N. MAIN ST
OAKBORO, NC  28129

SHARP PROPERTIES & DEVELOPMENT
820 S. WALTON BLVD
SUITE 1
BENTONVILLE, AR  72712

SHARP, ADDISON DELAINE
1680 MANZANITA LN
RENO, NV  89509

SHASTA LAKE RESORTS LP
22300 JONES VALLEY MARINA DR
REDDING, CA  96002

SHAVERS AUDIO AND VIDEO LLC
7500 BABE STILWELL FARM ROAD
HUNTERSVILLE, NC  28078

SHAWN ELY
1407 W. 10TH ST
CLEVELAND, OH  44113

SHAWN LUND
6575 CORAL LN
LOLO, MT  59847

SHEARD FARMS GUN SHOP
7451 LAKE RD
BERGEN, NY  14416

SHEEHY LAW FIRM
PO BOX 584
BILLINGS, MT  59103-0584

SHEET METAL SERVICES
1409 BRIDGES STREET
MOREHEAD CITY, NC  28557

SHELBY COUNTY CLERK
BUSINESS TAX DIV.
PO BOX 3743
MEMPHIS, TN  38173-0743

SHELBY COUNTY TRUSTEE
MAGISTIATES OFFICE
WAYNESBORO, GA  30830

SHELCO INDUSTRIES
1650 H STREET
FRESNO, CA  93721

SHELDONS INC/MEPPS
626 CENTER ST
ANTIGO, WI  54409-2496

SHELF TAG SUPPLY
611 THIRD AVE. SW
CARMEL, IN  46032

SHELL FLEET MANAGEMENT
PO BOX 9010
DES MOINES, IA  50368-9010

SHELL OIL COMPANY
PO BOX 80
TULSA, OK  74102

SHELL RAPID LUBE OF MOREHEAD
4311 ARENDELL STREET
MOREHEAD CITY, NC  28557

SHELLMAN GENERAL STORE
31331

SHELTERLOGIC CORP.
150 CALLENDER ROAD
WATERTOWN, CT  06795

SHELTON & ASSOC. INC
27408

SHELTON PRODUCTS
16961 GREENWOOD COURT
MEADOW VISTA, CA  95722

SHELTON, ANDREW EARL
905 LYNN STREET
APT. O
CHARLOTTE, NC  28208

SHENANDOAH LEGAL GROUP, PC
PO BOX 75
ROANOKE, VA  24002-0075

SHEPARD EXPOSITION SERVICES
603 WEST LANDSTREET ROAD
ORLANDO, FL  32824-7810

SHEPARD LOGISTICS SERVICES
ATLANTA, GA  30318

SHEPARD, LEONARDIS
1500 KELSTON PLACE APT 104
CHARLOTTE, NC  28212

SHEPARDS LIVE BAIT & TACKLE
4824 SOUTH NINTH STREET
ARLINGTON, VA  22204

SHEPHERDS LIVE BAIT
2007 MT VERNON AVE.
ALEXANDRIA, VA  22314

SHEPPARD MULLIN RICHTER & HAMPTON, L
333 SOUTH HOPE STREET
43RD FLOOR
LOS ANGELES, CA  90071-1422

SHERATON ATLANTIC BEACH
PO BOX 3040
ATLANTIC BEACH, NC  28512

SHERATON GREENSBORO HOTEL AT FOUR
SE
3121 HIGH PT RD
GREENSBORO, NC  27407

SHERATON NEW BERN
100 MIDDLE ST
NEW BERN, NC  28560

SHERATON RALEIGH HOTEL
421 S SALISBURY ST
RALEIGH, NC  27601

SHERATON-CHARLOTTE
3315 SOUTH I-85
CHARLOTTE, NC  28208

SHERER, HAKEEM BREONTION
312 WOODCREST DRIVE
YORK, SC  29745

SHERIFFS DEPARTMENT - BALTIMORE
BALTIMORE, MD  21202

SHERIFFS DEPARTMENT
BALTIMORE, MD  21202

SHERIFFS DEPT.
SNOW HILL, MD  21863-1007

SHERMANS INC.
9706 S.W. PUEBLO TERRIOTORY
PALM CITY KEY, FL  34990

SHERRI JACKS
C/O HENRYS
NEWPORT, NC  28557

SHERRI SMITH
651 HIGHLAND PARK DR
EDEN, NC  27288

SHERRILL INC.
496 GALLIMORE DAIRY ROAD SUITE D
GREENSBORO, NC  27496

SHERWIN - WILLIAMS CO.
4915 ARENDELL STREET
MOREHEAD CITY, NC  28557

SHERWIN WILLIAMS
4915 F ARENDELL STREET
MOREHEAD CITY, NC  28557

SHERWIN-WILLIAMS CO.
715 BROAD AVE
ROCKINGHAM, NC  28379-4335

SHERYL D. GRIFFIN
PETTY CASH CUSTODIAN
NC

SHERYL GRIFFIN
101 SEATTLE SLEW DRIVE
HAVELOCK, NC  28532

SHERYL PERRIZO
101 SEATTLE SLEW DRIVE
HAVELOCK, NC  28532

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS, TX  75395-2121

SHIMANO AMERICAN CORPORATION
ONE HOLLAND
IRVINE, CA  92618-2506

SHIMANO/POWER PRO
ONE HOLLAND DRIVE
IRVINE, CA  92618

SHIP BOTTOM MARINE CENTER
2601 CENTRAL AVE
SHIP BOTTOM, NJ  08008

SHIP TO SHORE MARINE SUPPLY
4021 HARBORVIEW DR #2
GIG HARBOR, WA  98332

SHIPCO TRANSPORT INC.
PO BOX 1411
HOBOKEN, NJ  07030

SHIPMENT TRACKERS, INC
47 N DUKE ST
YORK, PA  17401

SHIPONSITE
420 FAYETTEVILLE ST
RALEIGH, NC  27601

SHIPTONS BIG R
216 N 14TH STREET
BILLINGS, MT  59101

SHIPTONS
PO BOX 30477
BILLINGS, MT  59107

SHIRLEY WASSERMAN
12904 FOUR OAKS RD
TAMPA, FL  33624

SHIRLEY WEIR
124 POWER LANE
MAYSVILLE, NC  28555

SHL LURES, LLC
475 E MAIN ST 102
CARTERSVILLE, GA  30121

SHOES FOR CREWS, LLC
1400 CENTREPARK BLVD.
SUITE 310
W PALM BEACH, FL  33401-7403

SHONTO RANCH, INC
PO BOX 293280
KERRVILLE, TX  78029-3280

SHOOTERS CORNER
21-C NORTH BROADWAY
BURNS, OR  97720

SHOOTERS EMPORIUM
606 SE 162ND ST
PORTLAND, OR  97233

SHOOTERS EXPRESS
2 CLADWELL DRIVE
BELMONT, NC  28012

SHOOTERS HIGHLAND
PO BOX 476
VALATIE, NY  12184

SHOOTERS SUPPLY
4025 N GOVERNMENT WAY 2
COEUR DALENE, ID  83814

SHOOTERS WORKSHOP AND PAWN
105 W. GAND AVENUE
PONCA CITY, OK  74601

SHOOTIN STRAIGHT GUNS & AMMO
2459 OLD SPRINGVILLE RD
BIRMINGHAM, AL  35215

SHOOTING INDUSTRY MASTERS
591 CAMINO DE LA REINA 200
ATTN. STEVE EVATT
SAN DIEGO, CA  92108

SHOOTING SPORTS RETAILER
255 WEST 36TH STREET
SUITE 1202
NEW YORK, NY  10018

SHOOTING TIMES
PO BOX 56776
BOULDER, CO  80322-6776

SHOP TOSHIBA
3589 COLLECTION CENTER DR
CHICAGO, IL  60693

SHOPE, RICHARD D
171 FAIRVIEW FOREST DR
FAIRVIEW, NC  28730-8673

SHOPPAS MATERIAL HANDLING INC.
525 GREAT SOUTHWEST PARKWAY
PO BOX 6229
ARLINGTON,, TX  760056229

SHORE FOOD MART
3500-101 ATLANTIC AVE
VIRGINIA BEACH, VA  23451

SHORELINE MARINA
PO BOX 422
RODANTHE, NC  27968

SHORELINE MARINE
PO BOX 422
RODANTHE, NC  27968

SHORELINE PRODUCTS, INC.
PO BOX 420
BATESVILLE, IN  47006

SHOREMASTER FABRIC INC.
1605 1ST AVE NORTH INDUSTRIAL PARK
FERGUS FALLS, MN  56537

SHORT STOP INC
6046 BILL TUCK HWY
SOUTH BOSTON, VA  24592

SHORTBUS FLASHERS
13565 SW ASH AVENUE
TIGARD, OR  97223

SHORTYS SEPTIC, LLC
PO BOX 1691
ROCKINGHAM, NC  28380

SHOT LOCK
95 MATHEWS DR E7-173
HILTON HEAD, SC  29926

SHOT SHOW
1515 CHAMPION DRIVE
SUITE 100
CARROLLTON, TX  75006

SHRED NORTHWEST, LLC
2003 NW BIRDSDALE AVENUE
GRESHAM, OR  97030

SHRM
PO BOX 79547
BALTIMORE, MD  21279-0547

SHULL, WILLIAM R
418 LAKESHORE CIR
NORMAN, OK  73026-8255

SHURHOLD INDUSTRIES
3119 SOUTH WEST 42ND AVE
PALM CITY, FL  34990-5558

SHURKATCH
7778 HWY 70
LAGRANGE, NC  28551

SIBRIAN CARRILLO, SINTIA YANNET
7368 MOUNTAIN TOP DRIVE
RENO, NV  89506

SIBRIAN-AGUILAR, NELSON GUILMAN
5505 HURRICANE COURT
SUN VALLEY, NV  89433

SIEGEL DISPLAY PRODUCTS
300 6TH AVE NORTH
SUITE 200
MINNEAPOLIS, MN  55401

SIERRA BLANCA SHOOTING
476 W WHITE MTN BLVD 4
LAKESIDE, AZ  85929

SIERRA BULLETS
1400 WEST HENRY STREET
SEDALIA, MO  65301

SIERRA LOCK AND GLASS
93728

SIERRA NEVADA LIGHTING LLC
9902 N. VIRGINIA STREET
RENO, NV  89506

SIERRA PACIFIC APPAREL
2525 SPENWICK DR
HOUSTON, TX  77055-1018

SIERRA PALLET
400 WESTERN ROAD
RENO, NV  89506

SIERRA SPORTSMAN
1488 W OLIVE AVE
PORTERVILLE, CA  93257

SIERRA WEST EXPRESS, INC
PO BOX 16006
PHOENIX, AZ  85011

SIESTA MR. CBS RENTALS
1249 STICKNEY POINT ROAD
SARASOTA, FL  34242

SIFFRON
8181 DARROW ROAD
TWINSBURG, OH  44087

SIG SAUER AIRGUNS
72 PEACE BLVD
NEWINGTON, NH  03801

SIG SAUER, INC
72 PEASE BLVD
NEWINGTON, NH  03801

SIGHTMASTER
1093 HWY 12 EAST
TOWNSEND, MT  59644

SIGHTRON, INC
100 JEFFREY WAY, SUITE A
YOUNGSVILLE, NC  27596

SIGLER OUTDOORS
9218 - US 60
ASHLAND, KY  41102

SIGN CENTRAL
5312 A. HIGH STREET
MOREHEAD CITY, NC  28557

SIGN SHOP
RT 2 BOX 396
COUNTRY CLUB ROAD
MOREHEAD CITY, NC  28557

SIGNALING SYSTEM SOLUTIONS, INC
6816 NE HIGHWAY 99
VANCOUVER, WA  98665

SIGN-A-RAMA
2800 PATTERSON ST
GREENSBORO, NC  27407

SIGNATURE PRODUCTS GROUP
1490 N 2200 WEST
SALT LAKE CITY, UT  84116

SIGNET PRODUCTS LTD
10TH FLOOR ELDEX INDL BLDG-TOWER B
21 MATAUWEI ROAD
HUNGHOM KOWLOON
HONG KONG

SIGNS BY TOMORROW
6701-104 GLENWOOD AVE
RALEIGH, NC  27612

SIGNS NOW
1844 BROADWATER AVE SUITE 7A
BILLINGS, MT  59102-4875

SIGNZOO
4139 N WASHINGTON BLVD
SARASOTA, FL  34234

SIKES ENTERPRISES
6000 MOONRISE VISTA
LAS CRUCES, NM  88012

SILENCERCO
5511 SOUTH 6055 WEST
WESTVALLEYCITY, UT  84118

SILETZ RESORTS LLC
1190 SCHOOL ST
FOLSON, CA  95630

SILETZ RIVER
212 WARREN CT
EXTON, PA  19341

SILLAH, MAHMOUD
5123 MILTON BELT ROAD
CHARLOTTE, NC  28217

SILOS RUN
81 SILOS RD
TOWNSEND, MT  59644

SILOS RV & CAMPGROUND
250 STAGECOACH LN
TOWNSEND, MT  59644

SILVEIRA, MATTOS & LEWIS
PO BOX 2287
MERCED, CA  95344-0287

SILVER BULLET GUNS
PO BOX 1
BLACK CREEK, NC  27813

SILVER BULLET INC
15808 SE 114TH AVE
CLACKAMAS, OR  97015

SILVER CREEK OUTFITTERS
500 N. MAIN STREET
KETCHUM, ID  83340-0418

SILVER DOLLAR GUN & PAWN
2608-10 W. WALNUT STREET
GARLAND, TX  75042

SILVER EAGLE COMPANY
700 N. HAYDEN ISLAND DR., SUITE 170
PORTLAND, OR  97217

SILVER GLEN SPRINGS
5301 HWY 19 NORTH
FT. MCCOY, FL  32134

SILVER HORDE
PO BOX 150
20910 63RD STREET
LYNNWOOD, WA  98036-0150

SILVER SPRINGS PAWN AND GUN
5300 E. SILVER SPRINGS BLVD.
SILVER SPRINGS, FL  34488

SILVER STATE PALLET
5775 STELLA DRIVE
SUN VALLEY, NV  89433

SILVO HARDWARE
3201 TOLLVIEW DR
ROLLING MEADOWS, IL  60008

SIMERLYS INC
PO BOX 207
WENDELL, ID  83355

SIMON & SCHUSTER
PAYMENT PROCESSING CENTER
PO BOX 11022
DES MOINES, IA  50336-1022

SIMONSONS STATION STORE
1310 S BROADWAY
MINOT, ND  58701

SIMPLE PRODUCTS CORP.
14725 S PORTER ROCKWELL BLVD STE C
BLUFFDALE, UT  84065

SIMPSON SALES CO
1000 HURRICANE SHOALS RD NE
BLDG C, SUITE 400
LAWRENCEVILLE, GA  30043-4826

SIMPSON, JENNIE YVONNE
1324 CANE MILL CROSSING RD
CHERAW, SC  29520

SIMS VIBRATION LABORATORY
50 W. ROSE NYE WAY
SHELTON, WA  98584

SINCLAIR & RUSH
111 MANUFACTURERS DRIVE
ARNOLD, MO  63010

SINGING BRIDGE TACKLE
79 GROVE BEACH RD SOUTH
WESTBROOK, CT  06498

SINGLETON, LISA ANELL
10200 PLUM CREEK LANE
APT. B
CHARLOTTE, NC  28210

SINGLETONS STORE
ROUTE 131
PROCTORSVILLE, VT  05153

SISSON SCALE & EQUIP CO, INC
3018 HWY 17 NORTH
MT PLEASANT, SC  29466

SITES COMPUTER RESOURCES, INC
1712 WESTBROOK AVE
BURLINGTON, NC  27215-8721

SJF MATERIAL HANDLING INC
211 BAKER AVE WEST
WINSTED, MN  55395

SKB CORPORATION
434 W LEVERS PLACE
ORANGE, CA  92867

SKB SPORTS
434 W. LEVERS PLACE
ORANGE, CA  92867

SKI & BOW RACK
PO BOX 730
PAGOSA SPRINGS, CO  81147

SKILL PATH SEMINARS
PO BOX 804441
KANSAS CITY, MO  64180-4441

SKILLPATH SEMINARS
PO BOX 2768
MISSION, KS  66201-2768

SKIP BARTS
1109 PALMER WAY
MOREHEAD CITY, NC  28557

SKIPPERS BOATIQUE
261 N ALT A1A A
JUPITER, FL  33477

SKIPPERS MARINE
261 N ALT A1A A
JUPITER, FL  33477

SKIPPERS ROSTER
PO BOX 2303
MOREHEAD CITY, NC  28557

SKIPS BAIT & TACKLE
210 TALBOT ST
OCEAN CITY, MD  21842

SKIS GUNS
2627 W BROADWAY
IDAHO FALLS, ID  83402

SKIS TACKLE
2627 W BROADWAY
IDAHO FALLS, ID  83402

SKODA, MINOTTI & CO.
6685 BETA DRIVE
MAYFIELD VILLAG, OH

SKULL HOOKER
PO BOX 257
KLAMATH FALLS, OR  97601

SKY COMPUTER PRODUCTS INC
CAPITAL PARTNERS FINANCIAL CORP
PO BOX 2642
CARLSBAD, CA  92018-2642

SKYDAS GEAR
1314 HWY 411 SE
FAIRMOUNT, GA  30139

SKYLINE ADVANCED TECHNOLOGY
SERVICES
ATTN: ACCOUNTS RECEIVABLE
490 DIVISION STREET
CAMPBELL, CA  95008-6923

SKYLINE DISPLAYS MIDWEST, INC
11901 PORTLAND AVE
BURNSVILLE, MN  55337

SKYLINE TRANSPORTATION, INC.
PO BOX 22989
KNOXVILLE, TN  37933-0989

SLATER SALES
10545 ROME AVE
YOUNG AMERICA, MN  55397

SLATERS JIGS
HWY 49 NORTH
INDIANOLA, MS  38751

SLATERS JIGS, INC.
185A BEAVERDAM ROAD
INDIANOLA, MS  38751

SLAYER INC. LURE COMPANY
PO BOX 51242
JACKSONVILLE BE, FL  32240

SLAYMAN, ROSSELL W
8901 SERAPIS AVE
8
DOWNEY, CA  90240

SLEEPY HOLLOW MOTEL
54791 MCKENZIE HWY
BLUE RIVER, OR  97413

SLIMERS
21 LEXINGTON AVE.
MERCHANTVILLE, NJ  08109

SLIMS GUN SHOP
5586 MISSION BLVD
RIVERSIDE, CA  92509

SLIMS GUN SHOP
DBA HOOK LINE & SINKER
PO BOX 1345
VALDEZ, AK  99686

S-M ENTERPRISES OF OREGON INC
1375 RIVER RD
EUGENE, OR  97404

SMALL CLAIMS COURT
205 GOVERNMENT STREET
MOBILE, AL  36644-2319

SMALL, EDWARD
3036 BEAVER CREEK RD
BURLINGTON, NC  27215

SMART MINUTES/TELECOM USA
PO BOX 85053
LOUISVILLE, KY  40285-5053

SMARTETAILING. INC
25561 ROCKY BEACH LANE
DANA POINT, CA  92629

SMASH MY TRASH
1735 BUFORD HIGHWAY
STE 215-236
CUMMING, GA  30041

SMC
500 WESTPARK DR, SUITE 3
PEACHTREE CITY, GA  30269

SMITH & CHANDLER
PO BOX 430
W YELLOWSTONE, MT  59758

SMITH & WESSON SALES COMPANY
1800 N RTE Z
COLUMBIA, MO  65202

SMITH ALARM SYSTEMS
7777 CARPENTER FREEWAY
PO BOX 560467
DALLAS, TX  753560467

SMITH FENCE WORKS
PO BOX 225
SALTER PATH, NC  258575

SMITH FOOD & DRUG
PO BOX 14330
JACKSON, WY  83002

SMITH MOUNTAIN DOCK
RT.1,156
PENHOOK, VA  24137

SMITH OUTDOORS LLC
PO BOX 1532
ORANGE BEACH, AL  36561

SMITH STORAGE SYSTEMS, LLC
13951 MT BISMARK STREET
RENO, NV  89506

SMITH, KELLY STEIN
124 TURNER LN
PROSPERITY, SC  29127

SMITH, KERRY LEE
1309 PRESSLEY ROAD
APT 11
CHARLOTTE, NC  28217

SMITH, SHAQUILLE DEQWAN
112 FIELDCREST LN
HAMLET, NC  28345

SMITHCFI
PO BOX 2719
PORTLAND, OR  97208

SMITHCO ENGINEERING, INC.
741 S. SHERMAN STREET
RICHARDSON, TX  75081

SMITHFIELD CHICKEN & BAR-B-Q
P.O.BOX 186
MOREHEAD CITY, NC  28557

SMITH-MALLOY, SHARON LYNN
1941 SHARON ROAD WEST
APT. 101
CHARLOTTE, NC  28210

SMITHS BAIT AND TACKLE SHOP
4430 ARLINGTON STREET
ROCKY MOUNT, NC  27801

SMITHS CONSUMER PRODUCT INC.
747 MID-AMERICA BLVD
HOT SPRINGS, AR  71913-8414

SMITHS LAKE
2900 WONDERWOOD DR
WINSTON-SALEM, NC  27103

SMITHS PHARMACY INC.
250 RT. 16B
CENTER OSSIPEE, NH  03814

SMITTYS SPORTING GOODS, INC.
117 W. JEFFERSON BLVD
DALLAS, TX  75208

SMOG ONLY
1027 GREENFIELD DR, SUITE 1
EL CAJON, CA  92021

SMOKEHOUSE PRODUCTS LLC
2070 COUNTRY CLUB RD
PO BOX 297
HOOD RIVER, OR  97031

SMOKER ENTERPRISES
T/A SEAFOOD LADIES
224 N. 20TH ST
JACKSONVILLE BC, FL  32250

SMUGGLERS COVE, INC.
370 83RD STREET
STONE HARBOR, NJ  08247

SMYRNA ELEMENTARY SCHOOL
174 MARSHALLBERG RD
SMYRNA, NC  28579

SMYRNA SPORTING GOODS
MAIN & COMMERCE STREETS
SMYRNA, DE  19977

SNAKE RIVER ANGLER
83102

SNAKE RIVER GUN
3226 GARRITY BLVD
NAMPA, ID  83687

SNAK-N-PAK
PO BOX 722
MOREHEAD CITY, NC  28557

SNAP SAFE
3625 OLD POTASH HWY
GRAND ISLAND, NE  68801

SNEDEKER, JOEL M
175 POINT ROAD
NEWPORT, NC  28570

SNELLING
PO BOX 748804
ATLANTA, GA  30374-8804

SNELLMANS GENERAL MERCHANDISE
25201 SOTTERLY RD
HOLLYWOOD, MD  20636

SNIDER FLEET SOLUTIONS
PO BOX 749650
ATLANTA, GA  30374-9650

SNOW HILL HARDWARE
119 SE 2ND ST
SNOW HILL, NC  28580

SNOW WATERS OUTDOOR STORE
RD 2 BOX 208
BEDFORD, PA  15522

SNOWBALL MOUNTAIN
PO BOX 126
CALUNET, MN  55716

SNOWBEE
18571 E GALE AVE
CITY OF INDUSTR, CA  91748

SNUG HARBOR SPORTS
1021 BROAD ST
CONNEAUT, OH  44030

SOBYS NEW SOUTH CUISINE
207 SOUTH MAIN STREET
GREENVILLE, SC  29601

SOCIUS LAW GROUP, PLLC
600 UNIVERSITY STREET
SUITE 2510
SEATTLE, WA  98101-3139

SODA SHOOTING SPORTS
PO BOX 695
SODA SPRINGS, ID  83276

SOLINGERS RESORT
41566 DAWN RD
PELICAN RAPIDS, MN  56572

SOLRX GLOBAL, INC.
4850 GOLDEN PARKWAY
SUITE B301
BUFORD, GA  30518

SOLSKYN PERSONAL CARE LLC.
5850 T.G. LEE BLVD. SUITE 355
ORLANDO, FL  32822

SOLUTIONS PRODUCTS, INC
2602 SIGWALT ST
ROLLING MEADOWS, IL  60008

SOLVI BRANDS, LLC
1250 NORTHMEADOW PKWY STE 106
ROSWELL, GA  30076

SOMERSPOINT MARINA
830 BAY AVENUE
SOMERS POINT, NJ  08244

SOMERVILLE, WILLIAM LUCAS
119 VICTORY CIRCLE
NEW BERN, NC  28560

SON SAC MARINE
345 E DADE 46
GREENFIELD, MO  65661

SONDRA P REED
1929 KINGFISHER DR
MOREHEAD CITY, NC  28557

SONITROL PACIFIC
8220 N INTERSTATE AVE
PORTLAND, OR  97217-6635

SONSALLA SPORTS HEADQUARTERS
1015 W. MAIN STREET
ARCADIA, WI  54612

SONY ELECTRONICS
SONY BLDG 6
16450 W BERNRADO DR
SAN DIEGO, CA  92127

SONY INDUSTRIES
3741 NORTHEAST 163RD STREET
319
N. MIAMI BEACH, FL  33160

SOOTHING SCENTS, INC.
PO BOX 311367
ENTERPRISE, AL  36331

SORAM, MEMORENDA
9638 CANYON MEADOWS DRIVE
RENO, NV  89506

SORREN OF FLORIDA
134 N.E. 1ST STREET
MIAMI, FL  33128

SOS BAIT COMPANY
PO BOX 661
MCCALLA, AL  35111

SOUND ACE HARDWARE
300 EMERALD PLANTATION RD.
EMERALD ISLE, NC  28594

SOUNDINGS PUBLICATIONS, LLC
35 PRATT STREET
ESSEX, CT  06426

SOURCEMAN INC
647 S PALM ST STE. B & C
LA HARA, CA  90631

SOUS SPACE AGE
13488 SE HWY 212
CLACKAMAS, OR  97015

SOUTH 94 B & T
6301 WELDON SPRING RD
ST CHARLES, MO  63304

SOUTH CAROLINA DEPARTMENT OF PARKS
RECREATION & TOURISM
1205 PENDLETON ST SUITE 510
COLUMBIA, SC  29201

SOUTH CAROLINA EMPLEOYMENT
SECURITY COMMISSION
PO BOX 7103
COLUMBIA, SC  29202

SOUTH DAKOTA DEPARTMENT OF REVENUE
700 GOVERNORS DRIVE
PIERRE, SD  57501

SOUTH DAKOTA DEPT. OF LABOR & REG
123 W MISSOURI AVE
PIERRE, SD  57501

SOUTH DAKOTA STATE TREASURER
DEPARTMENT OF REVENUE-REMITTANCE
CTR
PO BOX 5055
SIOUX FALLS, SD  57117-5055

SOUTH FORK ROD COMPANY
801 SE KRUEGER PKWY
STUART, FL  34996

SOUTH HILLS DATACOMM
760 BEECHNUT DRIVE
PITTSBURGH, PA 15205-1800
PA  15205-1800

SOUTH MOUNTAIN TRUE VALUE
PO BOX 477
CASAR, NC  28020

SOUTH SIDE TOWING
332 WILHAGAN ROAD
NASHVILLE, TN  37217

SOUTH WESTERN MOTORS
791 N MT VERNON AVE
SAN BERNARDINO, CA  92411

SOUTHEAST INDUSTRIAL EQUIPMENT INC
12200 STEELE CREEK RD
CHARLOTTE, NC  28237-3736

SOUTHEASTERN FREIGHT LINES
PO BOX 1691
COLUMBIA, SC  29202

SOUTHEASTERN HARDWARE & SUPPLY
1210 HWY 301 S
GLENNVILLE, GA  30427

SOUTHEASTERN HARDWARE
ROUTE 17 NORTHWAY
DARIEN, GA  31305

SOUTHEASTERN OUTDOOR PRESS ASSOC
PO BOX 115
BADIN, NC  28009

SOUTHEASTERN PAPER GROUP, INC
PO BOX 6220
SPARTANBURG, SC  29304-6220

SOUTHEASTERN PIZZA PEOPLE, INC.
1712 US 401 SOUTH BYPASS
LAURINBURG, NC  28352

SOUTHERN ACOUSTICAL INSULATION CO.
3948 HWY 70 EAST
PO BOX 12773
NEWBERN, NC  28560

SOUTHERN ALASKA FORWARDING
PO BOX 24792
SEATTLE, WA  98124

SOUTHERN ANGLER
3585 S.E. ST LUCY
STUART, FL  34997

SOUTHERN BAMA BAIT & TACKLE
4012 DAUPHIN ISLAND PARKWAY
MOBILE, AL  36605

SOUTHERN BELL
P O BOX 33009
CHARLOTTE, NC  28243-0001

SOUTHERN BLOOMER MFG. CO.
PO BOX 1621
BRISTOL, TN  37621-1621

SOUTHERN FIRE EXTINGUISHER COMPANY
122 WEST BONEY STREET
WALLACE, NC  28466

SOUTHERN GRAPHIC SYSTEMS, LLC.
24453 NETWORK PLACE
CHICAGO, IL  60673-1244

SOUTHERN ICE CREAM & GOURMET FOODS
1225 UPPER ASBURY AVENUE
CHARLOTTE, NC  28206

SOUTHERN IMPERIAL, INC.
BOX 2308
ROCKFORD, IL  61131

SOUTHERN LURE CO.
5700 GULF TECH DRIVE
OCEAN SPRINGS, MS  39564

SOUTHERN MARKETING
ROBIN DECHANE
1215 S. PLEASANTBURG DRIVE
GREENVILLE, SC  29605

SOUTHERN PLASTICS INC
2 HUMMINGBIRD LANE
EUFALA, AL  36027

SOUTHERN PRO TACKLE INC
PO BOX 425
BROOKLAND, AR  72417

SOUTHERN REFLECTIONS
PO BOX 131
PINEVILLE, NC  28134

SOUTHERN SPORTSMAN, INC.
1598- NORTH PKWY
JACKSON, TN  38301

SOUTHERN STAR FEED
6491 NEW JESUP HWY
BRUNSWICK, GA  31523

SOUTHERN STATES CHESAPEAKE
1764 S MILITARY HWY
CHESAPEAKE, VA  23320

SOUTHERN STATES
JACKSONVILLE SERVICE
600 RICHLANDS HWY
JACKSONVILLE, NC  28540

SOUTHERN TOUCH PAINTING & MAINTENANC
PO BOX 838
JACKSONVILLE, NC  28541

SOUTHERNWAY CATERING
PO BOX 41
GIBSON, NC  28343

SOUTHLAND BAIT & TACKLE
6165 BABCOCK ST SE
PALM BAY, FL  32907

SOUTHLAND BUSINESS GROUP, INC.
BUSINESS APPRAISALS
3314 HENDERSON BLVD SUITE 106
TAMPA, FL  33609

SOUTHSIDE CITGO
5488 DURHAM ROAD
ROXBORO, NC  27573

SOUTHSIDE SPORTS
1051 S FRONT ST
SUNBURY, PA  17801

SOUTHWEST DRILLING, INC
PO BOX 1677
LAKESIDE, CA 92040

SOUTHWESTERN BELL
PO BOX 930170
DALLAS, TX 75393-0170

SOUTHWICK ASSOCIATES
PO BOX 6435
FERNANDINA BEAC, FL 32035

SOUVENIR CITY
BOX 1002-MI POST 16
NAGS HEAD, NC 27959

SOWERS, DAMION C
2119 REYNOLDS RIDGE LN
APT 302
FORT MILL, SC 29708

SPACE COAST PAWN & JEWELRY
358 CHENEY HWY
TITUSVILLE, FL 32780

SPAGS SUPPLY INC.
193 BOSTON TKPE
SHREWSBURY, MA 01545

SPALDING
966 E GREG ST
SPARKS, NV 89531

SPANISH FORT ACE HARDWARE
PO BOX 7800
SPANISH FORT, AL 36527

SPARQ HOME
901 S JASON ST UNIT B
DENVER, CO 80223

SPARTA SPORTING GOODS
28 MAYBERRY ST
SPARTA, TN 38583

SPARTAN EXPRESS, INC.
PO BOX 1050
GREER, SC 29652-1089

SPARTAN FINANCIAL SERVICE
PO BOX 580381
CHARLOTTE, NC 28258-0381

SPEARPOINT PERFORMANCE HOOKS
5958 SNOW HILL ROAD
STE 144 PMB 209
OOLTEWAH, TN 37363

SPECIAL DISPATCH DELIVERY SERVICE
PO BOX 5527
ARLINGTON, TX 76005-5527

SPECIAL OLYMPICS OF NC
GRAHAM, NC 27253

SPECIAL TS, INC/U-LITE
1107 KENSINGTON CT
SAFETY HARBOR, FL 34695

SPECIALIZED PRODUCTS COMPANY
PO BOX 890006
DALLAS, TX 75389-0006

SPECIALTY SPORTS & SUPPLY
4285 E FOUNTAIN BLVD
COLORADO SPRING, CO 80916

SPECS / 96
425 PARK AVENUE
NEW YORK, NY 10022

SPECTAULAR SPORTS CENTER
27 MAIN STREET
FREWSBURG, NY 14738

SPECTO SERVICES
9255 ELLENBEE RD.
SANTEE, CA 92071

SPECTRUM BRANDS/UNITED INDUSTRIES
2520 NORTHWINDS PKWY
SUITE 550
ALPHARETTA, GA 30009

SPECTRUM CORP.
500 INDUSTRIAL PARK DR
SELMER, TN 38375

SPECTRUM PROPERTIES
ATTN: MACKIE STOUT
515 ATLANTIC BEACH CAUSEWAY
ATLANTIC BEACH, NC 28512

SPECTRUM SUPPLY COMPANY
4650 HEATHERWOOD RD
SAINT CLOUD, MN 56301

SPEED CINCH, INC.
22724 96TH AVENUE
MARCELLUS, MI 49067

SPEED RELEASE GUN LOCK
2244 WALNUT RIDGE
DALLAS, TX 75229

SPEEDO/S.ACQUISITION CORP
6040 BANDINI BLVD
LOS ANGELES, CA 90040

SPEEDRACK PRODUCTS GROUP, LTD
7903 VENTURE AVE
SPARTA, MI 49345

SPEEDTECH INSTRUMENTS
PO BOX 1170
GREAT FALLS, VA  22066

SPEEDY TURTLE PETROLEUM
4692 N 300 W SUITE 100
PROVO, UT  84604

SPENCERSTUART
PO BOX 98991
CHICAGO, IL  60693

SPFM, LP DBA LIVINGSTON LURES
4310 WEST AVENUE
SAN ANTONIO, TX  78213

SPHERION CORP
62929 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0629

SPIKE-IT OUTDOORS
102 RAILROAD ST
BROOKLET, GA  30415

SPILMAN THOMAS & BATTLE
300 KANAWHA BLVD, EAST
PO BOX 273
CHARLESTON, WV  25321-0273

SPIN MASTER
PMB 10053, 300 INTERNATIONAL DRIVE
SUITE 100
WILLIAMSVILLE, NY  14221

SPINZ SPORTS
3029 S MAIN ST
HIGH POINT, NC  27263

SPIRIT MEDIA
10117 SE SUNNYSIDE RD, STE 700-F
CLACKAMAS, OR  97015

SPLASH BEACHWEAR
19 EAST FIRST AVE.
OCEAN ISLE BCH, NC  28469

SPLAT-R-BALL LLC
1700 N 2ND STREET
ROGERS, AR  72756

SPONGEX INTERNATIONAL
PO BOX 529
SHELTON, CT  06484

SPOOLTEK LURES
4344 PHILLIPS HIGHWAY
JACKSONVILLE, FL  32207

SPORT DIMENSION
1 CIVIC PLAZA DRIVE SUITE 600
CARSON, CA  90745

SPORT FISHERMAN CENTER
3460 CLEMMONS ROAD
CLEMMONS, NC  27012

SPORT FISHING MAGAZINE
PO BOX 420752
PALM COAST, FL  32142-0752

SPORT FISHING
PO BOX 59461
BOULDER, CO  80322-9461

SPORT SPOT
640 N. MAIN
CAMBRIDGE, MN  55008

SPORTCRAFT MARINE
1701 CLACKAMETTE DR
OREGON CITY, OR  97045

SPORTEES INC
16725 CLEVELAND ST
REDMOND, WA  98052

SPORTFISHING INDUSTRY PAC
PO BOX 489
TUALATIN, OR  97062

SPORTFISHING REPORT
PO BOX 11026
SOUTHPORT, NC  28461

SPORTHAVEN MARINA
120 CARMELITA CT
CRESCENT CITY, CA  95531

SPORTIF USA
1415 GREG STREET 101
SPARKS, NV  89431

SPORTING GOODS BUSINESS
PO BOX 1184
SPOKIE, IL  60076-8184

SPORTING GOODS DISCOUNTERS
1449 SCALP AVE
JOHNSTOWN, PA  15904

SPORTING GOODS MANUFACURERS ASSOC
8505 FENTON ST, SUITE 211
SILVER SPRING, MD  20910

SPORTING SUPPLIES INTERNATIONAL, INC
1225 N LANCE LN
ANAHEIM, CA  92806

SPORTLINE
555 TAXTER RD
SUITE 210
ELMSFORD, NY  10523

SPORTMANS LINK, INC.
2347 HWY. 88
HEPHZIBAH, GA 30815

SPORTS & MARINE PARAFUNALIA
38 N.H. RT. 25
MEREDITH, NH 03253

SPORTS 4 ALL
4400 HARDY STREET
STE B-5
HATTIESBURG, MS 39402

SPORTS AND RECREATION INC.
4701 W. HILLSBOROUGH
TAMPA, FL 33614

SPORTS COUNTRY
HIGHWAY 109 SOUTH
DENTON, NC 27239

SPORTS GROUP INTERNATIONAL
7317 SPYGLASS WAY, SUITE 400
RALEIGH, NC 27615

SPORTS HUT
231 N MAIN ST
ALTURAS, CA 96101

SPORTS LINE DIST
3160 COMMERCIAL AVE
NORTHBROOK, IL 60062

SPORTS NUT, THE
PO BOX 1199
CHESTER, CA 96020

SPORTS SHOOTING RETAILER
130 WEST 42ND ST
SUITE 1804
NEW YORK, NY 10036

SPORTS UNLIMITED OF APPOMATTOX
RT. 3 BOX 253-H
LYNCHBURG, VA 24504

SPORTS, INC.
618 J. CLYDE MORRIS BLVD.
NEWPORT NEWS, VA 23601

SPORTSMAN CENTER, INC
306 HWY 78 WEST
JASPER, AL 35501

SPORTSMAN LODGE
ATTN: MIKE TAYLOR
3521 NEW BERN HWY.
JACKSONVILLE, NC 28546

SPORTSMAN SUPPLY & GROCERY
HWY 49 NORTH
LIBERTY, NC 27298

SPORTSMAN SUPPLY INC.
4824 HIXON PIKE
CHATTANOOGA, TN 37343

SPORTSMANS CHOICE HUNTERS PRO SHOP
4501 DORIS CIRCLE
KNOXVILLE, TN 37918

SPORTSMANS CHOICE INC
5212 MARGUERITE ROAD
KNOXVILLE, TN 37912

SPORTSMANS CONNECTION
3394 LAKE ELMO AVE N
PO BOX 852
LAKE ELMO, MN 55042

SPORTSMANS DEN
PO DRAWER 1067
SALTVILLE, VA 24370

SPORTSMANS LINK
NEWPORT, NC 28557

SPORTSMANS LIQUOR
2615 NEWPORT BLVD
NEWPORT BEACH, CA 92663

SPORTSMANS PARADISE
1705 CARTER STREET
VIDALIA, LA 71373

SPORTSMANS PIER
500 MONEY ISLAND
P.O. DRAWER 820
ATLANTIC BEACH, NC 28570

SPORTSMANS QUEST
601 GUYANDOTTE AVE.
MULLENS, WV 25882

SPORTSMANS SCENE
PO BOX 6915
ROCHESTER, MN 55903-6915

SPORTSMANS SHOP, INC.
101 W. MAIN ST
NEW HOLLAND, PA 17557

SPORTSMANS SPOT
625 HUNTSMAN COURT
GASTONIA, NC 28054

SPORTSMANS SQUARE
ROUTE 2 BOX 235
MOUNT SOLON, VA 22843

SPORTSMANS SUPPLY
1536 CAMDEN AVE
CAMPBELL, CA 95008

SPORTSMANS UNLIMITED, INC.
1705 B NORMAN DRIVE
VALDOSTA, GA  31602

SPORTSMAX TROPHY
HWY 2 W
PO BOX 2826
WARBA, MN  55793

SPORTSMENS BOAT & STORAGE
1645 S. ENGLER AVE.
YUMA, AZ  83565

SPORTSMENS DEN
402 N MT SHASTA
MT SHASTA, CA  96067

SPORTSMENS HIDE-A-WAY
1645 S ENGLER AVE
YUMA, AZ  85365

SPORTSMENS SERVICE
420 3RD AVENUE
INTL FALLS, MN  56649

SPORTS-R-FUN
440 W. SPOTSWOOD TRIAL
ELKTON, VA  22827

SPORTYS INC
275 COLUMBIA RIVER HIGHWAY
CLATSKANIE, OR  97016

SPORTYS, INC.
16725 CLEVELAND ST
REDMOND, WA  98052

SPRAGUES SPORTS & RV
345 W 32ND ST
YUMA, AZ  85364

SPRECHMAN & ASSOC
2775 SUNNY ISLES BLVD
SUITE 100
MIAMI, FL  33160

SPRECHMAN & ASSOC, PA
2775 SUNNY ISLES BLVD
SUITE 100
MIAMI, FL  33160-4007

SPRINGCO
1450 W 228 ST, 8
TORRANCE, CA  90501

SPRINGDALE GROCERY & HARDWARE
DON MACKAY BLVD MARSH HARBOUR
PO BOX 488
ABACO
BAHAMAS

SPRINGFIELD ARMORY
650 WEBER DRIVE
GENESEO, IL  61254

SPRINGMAID PIER
PO BOX 423
MYRTLE BCH, SC  29577

SPRINT PCS
PO BOX79270
CITY OF INDUSTRY, CA  91716-9270

SPRINT YELLOW PAGES
ATTN: CUSTOMER CARE
1615 BLUFF CITY HIGHWAY
BRISTOL, TN  37620

SPRINT
PO BOX 88026
CHICAGO, IL  60680-1206

SPRO CORP
3750 KENNESAW 75 PKWY
SUITE 100
KENNESAW, GA  30144

SPRO CORPORATION
3900 KENNESAW 75 PKWY, STE 140
KENNESAW, GA  30144

SPRUILL, FANNIE D.
23120 BUNCH ROAD
LAUREL HILL, NC  28351

SPS COMMERCE
333 SOUTH SEVENTH STREET
MINNEAPOLIS, MN  55402

SPS COMMERCE, INC.
DEPT CH 17072
PALATINE, IL  60055-7072

SPS MARKETING, INC.
4697 FAIRWAY
ROHNERT PARK, CA  94928

SPYPOINT
330 DE LA JACQUES CARTIER
VICTORIAVILLE, QB  G6T 1Y3
CANADA

SQUIDNATION, INC.
4509 TYASKIN ROAD
TYASKIN, MD  21865

SSR COMMUNICATIONS
130 WEST 42ND STREET,SUITE 1804
NEW YORK, NY  10036

SST PROPERTIES LLC
PO BOX 8050
GREENSBORO, NC  27419

ST CLOUD HOSPITAL
1406 6TH AVE NORTH
ST CLOUD, MN  56303

ST CLOUD RIVER BATS
PO BOX 5059
ST CLOUD, MN  56302

ST CLOUD ROX BASEBALL
PO BOX 7216
ST CLOUD, MN  56302

ST JOSEPH MEDICAL CENTER
CASHIERS OFFICE
PO BOX 316
READING, PA  19603-0316

ST JUDE CHILDRENS RESEARCH HOSPITA
1501 LAKESIDE DR
LYNCHBURG, VA  38103

ST THOMAS EPISCOPAL CHURCH
302 S QUEEN ST
WINDSOR, NC  27983

ST VINCENT HOSPITAL
ATTN: JUDY ANDREWS, ACCTS PAYABLE
PO BOX 80740
INDIANAPOLIS, IN  46240

ST VINCENT OCCUPATIONAL HEALTH
1027 N 27TH ST
BILLINGS, MT  59101

ST. ALBANS GUN & ARCHERY
NEWPORT, NC  28557

ST. CHRISTOPHERS HOSP. FOR CHILDREN
ERIE AVENUE AT FRONT STREET
PHILADELPHIA, PA  19134

ST. CLOUD RIVERS EDGE CONVENTION CEN
10-4TH AVE. SO.
ST. CLOUD, MN  56301

ST. CLOUD TECHNICAL AND COMMUNITY
ATTN: BUSINESS OFFICE
1540 NORTHWAY DRIVE
ST. CLOUD, MD  56303

ST. EGBERTS CATHOLIC SCHOOL
1705 EVANS STREET
MOREHEAD CITY, NC  28557

ST. MARYS LODGE
PO BOX 1808
SUN VALLEY, ID  83353

ST. MARYS PARTS & SUPPLY
1625 OSBORNE ROAD
ST. MARYS, GA  31558

ST. PAULS SAINTS BASEBALL CLUB
MIDWAY STADIUM
1771 ENERGY PARK DRIVE
ST. PAUL, MN  55108

ST. TROPEZ INC.
28 OLD ORCHARD ST
OLD ORCHARD, ME  04064

STAATSBURG MANUFACTURING
PO BOX 1970
BUCKSPORT, ME  04416

STAATSBURG MFG CO
SCHOOL ST
BOX 369
STOCKTON SPRGS, ME  04981

STACI WALTER
5937 N CUTTER CIRCLE
PORTLAND, OR  97217

STADLER ARMS
3602 FRUITVALE BLVD
YAKIMA, WA  98902

STAFFING CONNECTION OF
MOREHEAD CITY
900 OSCEOLA DRIVE, SUITE 222
WEST PALM BEACH, FL  33409

STAFFING PARTNERS LLC
2888 CRESCENT AVE
EUGENE, OR  97408

STAFFING SOLUTIONS
PO BOX 406548
ATLANTA, GA  30384-6548

STAFFORD ENTERTAINMENT & TALENT LLC
2001 CLUBHOUSE DRIVE
NEW BERN, NC  28562

STAG ARMS LLC.
515 JOHN DOWNEY DRIVE
NEW BRITAIN, CT  06051

STAGE STOP
PO BOX 150
MACKS INN, ID  83433

STAHL, ANTHONY RAY
217 WOODSON DRIVE
CLAYTON, NC  27527

STAINBROOK COMMUNICATIONS, INC
3312 40TH ST SOUTH
ST CLOUD, MN  56301

STAMPERS GIFT SHOP
437 FRONT ST
BEAUFORT, NC  28516

STAN CASILLAS
2011 DRUMMOND DR. NW
GIG HARBOR, WA  98332-9543

STAN COOK
512 ELMHURST RD
CHARLOTTE, NC  28209

STAN THE HOTWATER MAN
PO BOX 33157
PORTLAND, OR  97292

STAN THE SIGNMAN
10870 SE HOME AVE
MILWAUKIE, OR  97222

STANBACK, CORIE SHONTAE
12309 SHERMAN DRIVE
CHARLOTTE, NC  28273

STANBRA, DAYTON SCOTT
1004 7 1/2 AVENUE NORTH
SAUK RAPIDS, MN  56379

STAND UP FISHING
5900 CENTRAL GARDENS WAY
313
PALM BEACH GDNS, FL  33418

STANDARD COFFEE SERVICE CO.
PO BOX 773
WILMINGTON, NC  28402

STANDARD FEED CO.
1282 KINGS ROAD
JACKSONVILLE, FL  32204

STANDARD MAP
100 MARIGOLD DRIVE
COVINGTON, LA  70433

STANDARD REGISTER
PO BOX 75884
CHARLOTTE, NC  28275

STANDARD SALES DBA STANSPORT
2801 E 12TH ST
LOS ANGELES, CA  90023

STANHOPE JOHNSON
PO BOX 9827
GREENSBORO, NC  27429

STANLEY CONVERGENT SECURITY
SOLUTION
DEPT CH 10651
PALATINE, IL  60055

STANLEY STEEMER CARPET CLEANER
3169 NATAL STREET
FAYETTEVILLE, NC  28306

STANLEY-GSM, LLC
P. O. BOX 1327
107 N.MAIN
HUNTINGTON, TX  75949

STANLY APPAREL
11 W. ST JOSEPH ST
PERRYVILLE, MO  63775

STANLY KNITTING MILLS, INC.
PO BOX 479
349 SOUTH MAIN STREET
OAKBORO, NC  28129

STANSPORT
ATTN: RANDY GEORGE
2801 E 12TH ST
LOS ANGELES, CA  90023

STANTON SPORTING GOODS
PO BOX 1287
STANTON, KY  40380

STAPLES ADVANTAGE
500 STAPLES DR
FRAMINGHAM, MA  01702

STAPLES ADVANTAGE
ATLANTA, GA  30384-5386

STAR BRITE
4041 S.W. 47TH AVE.
FT LAUDERDALE, FL  33314

STAR LITE PAWN SHOP
10904 STAR ROAD
WAKE FOREST, NC  27587

STAR OFFICE MACHINES, INC
PO BOX 30598
BILLINGS, MT  59107-0598

STAR RODS
158 LITTLE NINE DRIVE
MOREHEAD CITY, NC  28557

STAR TRIBUNE
PO BOX 1255
MINNEAPOLIS, MN  55440

STARKERS GROCERY INC.
17607 JAMES RIVER DRIVE
DISPUTANTA, VA  23842

STARKEYS BAIT & TACKLE
3654 BELL ROAD
NASHVILLE, TN  37214

STARPORT TECHNOLOGIES, LLC
10601 NW AMBASSADOR DRIVE
SUITE H
KANSAS CITY, MO  64153

STAR-TAM INC.
14497 WICKS BLVD
SAN LEANDRO, CA  94577-6781

STAT RECOVERY SERVICES, LLC
PO BOX 1516
LOWELL, AR  72745

STATE BOARD OF EQUALIZATION
1350 FRONT STREET
ROOM 5047
SAN DIEGO, CA  92101-3612

STATE INSURANCE FUND
BUREAU OF WORKERS COMPENSATION
CORPORAE PROCESSING DEPARTMENT
COLUMBUS, OH  43271-0977

STATE OF ALABAMA
DEPT. OF INDUSTRIAL RELATIONS
649 MONROE STREET
MONTGOMERY, AL  36131

STATE OF DELAWARE
DIVISION OF REVENUE
PO BOX 13469
PHILADELPHIA, PA  19101-3469

STATE OF LOUISIANA
OFFICE OF EMPLOYMENT SECURITY
PO BOX 94100
BATON ROGUE, LA  70804-9100

STATE OF MARYLAND
P.O.BOX 17291 DEPT. OF ECON.& EMPLOY
OFFICE OF UNEMPLOYMENT INS.
BALTIMORE, MD  21203-7291

STATE OF MICHIGAN
PO BOX 30774
LANSING, MI  48909-8274

STATE OF MINNESOTA
DEPT OF COMMERCE, SECURITIES DIV.
133 EAST 7TH STREET
ST. PAUL, MN  55101

STATE OF NC - EPRO
PURCHASE & CONTRACT
RM 4101D 116 W JONES ST
RALEIGH, NC  27603

STATE OF NEVADA DEPARTMENT OF
TAXATION
3850 ARROWHEAD DRIVE
CARSON CITY, NV  89706

STATE OF NEW HAMPSHIRE
DEPT OF REVNUE ADMIN
45 CHENELL DR, PO BOX 457
CONCORD, NH  03302-0457

STATE OF NEW JERSEY
DEPT OF LABOR / DIV. OF REVENUE
PO BOX 929
TRENTON, NJ  08646-0929

STATE OF NORTH DAKOTA
OFFICE OF STATE TAX COMMISSIONER
600 E. BOULEVARD AVENUE
BISMARK, ND  58505-0599

STATE OF OHIO DEPT OF TAXATION
PO BOX 530
COLUMBUS, OH  43266-0030

STATE OF TENNESSEE
312 EIGHTH AVE NORTH
6TH FLR WILLIAM R SNODGRASS TOWER
NASHVILLE, TN  37243

STATE OF TEXAS
TARRANT COUNTY ADMINISTRATION BLDG.
100 E. WEATHERFORD
FORT WORTH, TX  76196-0301

STATE OF WASHINGTON DEPT OF REVENUE
PO BOX 34051
SEATTLE, WA  98124-1051

STATE TEASURER
CONTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX  78774-0100

STATE TREASURER
COMPTROLLER OF PUBLIC ACCOUNTS
AUSTIN, TX  78774-0100

STATEWIDE GUNS
94 VINE STREET
GALLIPOLIS, OH  45631

STATON, VINCELL RAYNARD
8521 UNIVERSITY STATION CIRCLE
APT 2121
CHARLOTTE, NC  28269

STAYTON ARCO
100 WHITNEY ST
STAYTON, OR  97383

STAYTON FORD
PO BOX 536
STAYTON, OR  97383

STEALTH OPERATOR
1250 HARRIS BRIDGE ROAD
ANDERSON, SC  29621

STEAM BROTHERS OF ST CLOUD, INC
533 JULEP RD
WAITE PARK, MN  56387

STEELCASE FINANCIAL SERVICE
P O BOX 91200
CHICAGO, IL  60693

STEELE PRODUCTS
13980 MOUNTAIN AVE
CHINO, CA  91710

STEELSHAD-GSM, LLC
5250 FRYE ROAD
IRVING, TX  75061

STEENS MTN RESORT
35678 RESORT LANE
FRENCHGLEN, OR  97736

STEIN & ROTMAN
ATTORNEYS AT LAW
105 WEST MADISON ST
CHICAGO, IL  60602

STEMM TRANSFER
PO BOX 397
ST CLOUD, MN  56302

STEMPLE BROS ENTERPRISES
188 CONOWINGO RD BOX 157
CONOWINGO, MD  21918

STEPHEN VINCIQUERRA
11 PAUL STREET
MAYNARD, MA  01754

STEPHENS CAPITAL PARTNERS, LLC
ATTN: CORP ACCTG
PO BOX 3507
LITTLE ROCK, AR  72201

STEPHENS INSURANCE, LLC
111 CENTER STREET
SUITE 100
LITTLE ROCK, AR  72201-4451

STEPHENS INSURANCE, LLC
ATTN JOSEPH PRESLEY
9 GREENWAY PLAZA
SUITE 1200
HOUSTON, TX  77046

STEPHENS, KERRY D
1690 WEST HENEFER ROAD
PO BOX 60
HENEFER, UT  84033

STEPPES ENTERPRISES
PO BOX 386
SANTEE, SC  29142

STEPSTONE TECHNOLOGIES INC
1950 ALASKAN WAY
SUITE 327
SEATTLE, WA  98101

STERICYCLE, INC.
28883 NETWORK PLACE
CHICAGO, IL  60673-1288

STERLING COMMERCE - NETWORK SERV
PO BOX 73199
CHICAGO, IL  60673

STERLING COMPUTER PRODUCTS
16135 COVELLO ST
VAN NUYS, CA  91406

STERLING P OWEN, IV TRUSTEE
PO BOX 1453
RE: WYNN, ING
KNOXVILLE, TN  37901

STERNO PRODUCTS
1880 COMPTON AVE, STE 101
CORONA, CA  92881

STEVE BEYER
5232 XERXES AVE S
MINNEAPOLIS, MN  55410

STEVE BRIAN
1900 ARNOLD PALMER BLVD
LOUISVILLE, KY  40245

STEVE CARDER
111 NORWAY DRIVE N.
BAXTER, MN  56401

STEVE COFFMAN D/B/A
COFFMAN INDUSTRIAL REPAIR
RT 2, BOX 239
DECATUR, TX  76234

STEVE COLVARD
2925 MILLBRIDGE DRIVE
SAN RAMON, CA  94583

STEVE DOREY
46 MAYFAIR DR
BARRIE, ON  L4N 6Y7
CANADA

STEVE FIFER
295 BAY RUN DR
NEWPORT, NC  28570

STEVE FORD
210 SOUTH PARSONAGE STREET
BENNETTSVILLE, SC  29512

STEVE KIETZMAN
865 WESTERN AVE
NORTHBROOK, IL  60062

STEVE KOCH
350 RESORT DR
DIAMOND LAKE, OR  97731

STEVE LEWIS
44 WICKSFIELD COURT
ORMOND BEACH, FL  32174

STEVE MAJOR & CO.
PO BOX 9698
FRESNO, CA  93793-9698

STEVE NEEDHAM
10133 E CARMEL CIRCLE
MESA, AZ  85208

STEVE PROCTOR
ACE HARDWARE (PROCTOR ACE HDWR)
580 ATLANTIC BLVD
NEPTUNE BEACH, FL  32266-4024

STEVE STAMSON, CLERK OF COURT
ATTN: COST CLERK
616 ADAMS AVE
MEMPHIS, TN  38105

STEVE STENGER
ATTN: COST CLERK
616 ADAMS AVE
MEMPHIS, TN  38105

STEVE SWAIN
3832 AMBROSIA LN
MODESTO, CA  95356

STEVE TAYLOR
108 SOUTH KING STREET
HAZELHURST, MS  39083

STEVE TULEVECK
200 OAK DRIVE
MOREHEAD CITY, NC  28557

STEVEN A. SCHLABACH
1160 S.W. BLANKENSHIP
WEST LINN, OR  97068

STEVEN C FELIX
3510 SO HARDING
FRESNO, CA  93725

STEVEN C SERDAR
ALL SPORTS
CLACKAMAS, OR  97015

STEVEN EDWARDS
464 FREEDOM AVENUE
BILLINGS, MT  59105

STEVEN HODGES
222 2ND ST
HAMLET, NC  28345

STEVEN MARTINEZ
5120 E KINGS CANYON
FRESNO, CA  93727

STEVEN MCCLINTOCK
202 CENTERDALE ROAD
CORAOPOLIS, PA  15108

STEVEN MICHELS
CLACKAMAS, OR  97015

STEVEN VANCAMP
PO BOX 52215
SHAW AFB, SC  29152

STEVENS MARINE
9180 SW BURNHAM ST
TIGARD, OR  97223

STEVENSON GUN COUNTRY
1313 W MAGNOLIA BLVD
BURBANK, CA  91506

STEVES GUN & TACKLE
256 MAIN STREET
STONEHAM, MA  02180-3502

STEVES GUN SHOP, INC
12706 DIXIE HWY
LOUISVILLE, KY  40272

STEVES MARKET, INC.
RR 25
FREEDON, NH  03836

STEVES OUTDOOR SPORTS & MARINE
606 W MAIN ST
MAGNOLIA, AR  71753

STEVES SPORTSMENS DEN
1562 HOOKSETT RD
HOOKSETT, NH  03106

STEWARD, DEIDRA CENELL
1174 GRACE AVENUE
LANCASTER, SC  29720

STEWART CAPPS, P.A.
ATTORNEY AT LAW
PO BOX 034021
INDIALANTIC, FL  32903

STEWART EQUIPMENT CO., INC.
1400 HIGHWAY 17 NORTH
NEW BERN, NC  28560

STEWART NIEMYER
215 MCDONALD AVE
HAMLET, NC  28345

STEWART TRANSPORTATION SOLUTIONS,INC
418 E. IRIS DRIVE
NASHVILLE, TN  37204

STEWARTS BAIT & TACKLE
6168 BEACH BLVD
JACKSONVILLE, FL  32216

STEWARTS OUTDOOR SPORTS
4 ELGIN PARKWAY S.E.
FORT WALTON, FL  32548

STEWART-STILES TRUCK LINE
495 N HOLLADAY
CORNELIUS, OR  97113

STICKMARSH BAIT & TACKLE
9 S. MULBERRY STREET
FELLSMERE, FL  32948

STICKY HOLSTERS INC
4306 ARNOLD AVENUE
NAPLES, FL  34104

STIDHAM, BOBBY DEAN
122 KINGS OAK CIRCLE
APT. 106
KINGS MOUNTAIN, NC  28086

STIGER, PAUL THOMAS
1356 NORTH SANTA BARBARA DRIVE
MINDEN, NV  89423

STILLWATER CONSULTING
1406 E OPEN GATE LN
HARRISON, ID  83833

STINGOFISH LLC
138 MCCUTCHEON CT
MIDDLETOWN, NJ  07748

STITCH CRAFTER EAGLE
914 CRICKET COVE CT.
TROY, MI  48084

STOCKER & YALE, INC.
133 BRIMBAL AVE.
BEVERLY, MA  19151898

STOCKERS SHOP
5199 MAHONING AVENUE
WARREN, OH  44483

STOCKTON MINI MART
16500 SOUTH 39
STOCKTON, MO  65785

STOEGER INDUSTRIES
PO BOX 64192
BALTIMORE, MD  21264-4192

STOKES, LAZARUS & CARMICHAEL
80 PEACHTREE PARK DR NE
ATLANTA, GA  30309

STOLLER MARINE
2126 1ST AVENUE S.
ST.PETERSBURG, FL  33712

STOMMES, JOYCE C
ONE 7TH AVE. N
SAUK RAPIDS, MN  56379

STONEBRAKER, CATHY ANN
207 FAIRVIEW STREET
ATLANTIC BEACH, NC  28512

STONEHOUSE TIMBER LODGE
330 SOUTHERN BLVD.
ROCKY MOUNT, NC  27804

STOP N SHOP FOOD MART
822 E. MAIN ST
LURAY, VA  22838

STORAGE SOLUTIONS, INC.
910 E. 169TH STREET
WESTFIELD, IN  46074

STORAGE SPECIALISTS, INC.
3271 S. BIG BEND BLVD.
ST. LOUIS, MO  63143

STORE SUPPLY WAREHOUSE
9801 PAGE AVE
ST LOUIS, MO  63132-1428

STORM FRONT GALLERY, LLC
PO BOX 457
LAKE CITY, CO  81235

STORMKLOTH
1250 RAILROAD STREET
CORONA, CA  92882

STOTESBURY FAMILY MEMORIAL FUND
C/O ANGLERS CENTER
419 OLD NEWPORT BLVD
NEWPORT BEACH, CA  92663

STOUT STUFF
2395 SALEM DALLAS HWY
SALEM, OR  97304

STOWE, JOHN WESLEY
6242 OLD PINEVILLE ROAD
APT. D
CHARLOTTE, NC  28217

STRADERS TRUE VALUE
344 HWY 64 WEST
PLYMOUTH, NC  27962

STRAIGHT A SCHOOL & OFFICE SUPPLIES
4824 CHARLTON LANE
CHARLOTTE, NC  28210

STRAND IMPORT & DISTRIBUTORS
4725 NORTHGATE BLVD
MYRTLE BEACH, SC  29577

STREAMLIGHT INC.
30 EAGLEVILLE ROAD
EAGLEVILLE, PA  19403

STREAMWORKS/MCKENZIE FLY-3M
1075-A SHELLY ST
SPRINGFIELD, OR  97477

STREATER, INC.
411 SOUTH FIRST AVENUE
ALBERT LEA, MN  56007-1794

STREET EATZ LLC
46 SPINDALE PLACE
CAMERON, NC  28326

STREIFF SPORTING GOODS
RR1 BOX 166
WARROAD, MN  56763

STRICKLAND WATERPROOFING CO. INC
519 ARMOUR DR
CHARLOTTE, NC  28206

STRIKE DADDY LLC DBA LUCK E STRIKE
11739 S HIGHWAY 96
GREENWOOD, AR  72936

STRIKE INDUSTRIES, LLC
5987 S TOPAZ STREET
LAS VEGAS, NV  89120

STRIKE KING LURE CO.
174 HIGHWAY 72 WEST
COLLIERVILLE, TN  38017

STRIKE KING LURE COMPANY
209 STONERIDGE DRIVE
COLUMBIA, SC  29210

STRIKE ZONE
2771 W NEW HAVEN AVE
MELBOURNE, FL  32904

STRIKER BRANDS, LLC
651 COMMERCE DRIVE
HUDSON, WI  54016

STRONG SUIT INC.
2131 WOODRUFF ROAD
SUITE 2100 283
GREENVILLE, SC  29607

STROUD ENGINEERING, PA
107B COMMERCE ST
GREENVILLE, NC  27858

STUART INDUSTRIES INC.
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

STUART LEVINE J.D.
POST OFFICE BOX 2021
RALEIGH, NC  27602

STUDENSKI, DENISE J
6238 75TH AVENUE NE
SAUK RAPIDS, MN  56379

STUDIO DISPLAYS, INC
LORI CHESTER
10600 SOUTHERN LOOP BLVD
PINEVILLE, NC  28134

STURM, RUGER & CO. INC.
1 LACEY PLACE
SOUTHPORT, CT  06890

STURM, RUGER AND CO
411 SUNAPEE ST
NEWPORT, NH  03773

STYLE CATERING
PO BOX 105
BIG LAKE, MN  55309

STYON CONSTRUCTION CO
5440 HWY 70 WEST
MOREHEAD CITY, NC  28557

SUBSATIONAL
CYPRESS BAY PLAZA
MOREHEAD CITY, NC  28557

SUBSCRIPTION INVOICE
PO BOX 645
HIGHSTOWN, NJ  08520-0645

SUBURBAN PROPANE
10075 SW CASCADE
PO BOX 23067
TIGARD, OR  97223

SUBWAY
PO BOX 4798
SUNSET BEACH, NC  28467

SUE AMMONS
5706 OLD MINTZ HWY.
GARLAND, NC  28441

SUE HANNULA
112 DASHER DRIVE
BEAUFORT, NC  28516

SUGAR CREEK OUTFITTERS
6866 WEST 399TH ST
LA CYGNE, KS  66040

SUGARMAN & SUGARMAN
PO BOX 3996
NEW HAVEN, CT  06525-3996

SUGGS-NICHOLAS-SHEA INC
PO BOX 3130
LEESVILLE, SC  29070

SUICK LURE MFG.
630 INDUSTRIAL PARK RD
ANTIGO, WI  54409

SUIT, MATTHEW DEREK
7714 HIGHWAY 190
BENTON, AR  72015

SULLIVAN INDUSTRIES, INC/INNERLOC
1472 CAMP CREEK RD
LAKEMONT, GA  30552

SULLIVAN TRANSFER COMPANY
PO BOX 560288
3817 IRVING BLVD
DALLAS, TX  75356-0288

SULLY MANUFACTURING, INC
307 7TH AVE
PO BOX 444
SULLY, IA  50251-0444

SUMMER COY
NEWPORT, NC  28570

SUMMER INDUSTRIES
262 WELCOME CENTER CT
WELCOME, NC  27374

SUMMERS TREASURES
2302 C ARENDELL ST
MOREHEAD CITY, NC  28557

SUMMERS, CHARLES EARL
216 HORSESHOE RD
ROCKINGHAM, NC  28379

SUMMIT CHEVRON
685 TRIPPLE CREEK ROAD
ROCKY MOUNT, VA  24151

SUMMIT COMPANIES LLC DBA LIQUID PERF
685 TRIPPLE CREEK ROAD
ROCKY MOUNT, VA  24151

SUMMIT FIRE & SECURITY
PO BOX 855227
MINNEAPOLIS, MN  55485-5227

SUMMIT PALLET & CORRUGATED
9528 MIRAMAR RD, PMB 136
SAN DIEGO, CA  92126

SUMNER SUITES-PINE KNOLL SHORES
130 MAPLE DRIVE NORTH
HENDERSONVILLE, TN  37075

SUMO TACKLE
PO BOX 5597
OCEANSIDE, CA  92052-5597

SUN COUNTRY MARINE
9801 N 19TH AVE
PHOENIX, AZ  85021

SUN JOURNAL
BOX 1149
NEW BERN, NC  28560

SUN PUBLISHING
716 NE 4TH ST
PO BOX 5784
BEND, OR  97701

SUN SPORTS OF CAPE COD
306 MAIN STREET RT 28
HARWICH PORT, MA  02646

SUN STAR
107 N COAST HWY. DEPT 111
NEWPORT, OR  97365

SUNBELT DISTRIBUTION, INC
128 INDUSTRIAL PK DR
ROCKINGHAM, NC  28379

SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA  30384-9211

SUNCO PROD. INC.
16039 LOUKELTON STREET
CITY OF INDUSTRY, CA  91744

SUNCOAST OF AMERICA
PO BOX 459
MOREHEAD CITY, NC  28557

SUNDANCE TRADING CO
17403 FRONT BEACH RD
PANAMA CITY BCH, FL  32413

SUNDAY FISHING CORP
1221-A AVE ROOSEVELT PURETO
NUENO, PR  921

SUNGARD
91233 COLLECTION CENTER DR
CHICAGO, IL  60693

SUNLAND MARINE INC
10636 N CAVE CREEK RD
PHOENIX, AZ  85020

SUNLAND MARINE
10636 N CAVE CREEK
PHOENIX, AZ  85020

SUNLINE AMERICA CO. LTD.
1995 WEST 190TH STREET SUITE 102
TORRANCE, CA  90504

SUN-N-FUN
ATTN: PATTY
PO BOX 471
LUKEVILLE, AZ  85341

SUNNYWELL DISPLAY SYSTEM,INC.
730 STIMSON AVE.
CITY OF INDUSTR, CA  91745

SUNRISE MARINA
505 GLEN CHEEK DRIVE
PORT CANAVERAL, FL  32920

SUNRISE TACKLE COMPANY
PO BOX 23111
LINCOLN, NE  68542-3111

SUNRISE TRADING POST
252 SUNRISE RD
PETAL, MS  39465

SUNRISE TRUCKING
MOREHEAD CITY, NC  28557

SUNRIZE TACKLE, INC.
PO BOX 8093
GOLETA, CA  93118

SUNSECT, INC.
2910 KERRY FOREST PARKWAY, D-4-382
TALLAHASSEE, FL  32309

SUNSET HARBOR GROCERY
BOX 245 A
BOLIVIA, NC  28422

SUNSET HOLDINGS, INC
41 FORT PICKENS RD
PENSACOLA, FL  32561

SUNSET LINE & TWINE CO
JEFFERSON AND ERWIN STREETS
PO BOX 691
PETALUMA, CA  94952

SUNSET SURF & SODA SHOP
423 SUNSET BLVD.
SUNSET BEACH, NC  28459

SUNSET
P.O.BOX 691
PETALUMA, CA  94952

SUNSHINE ACE - GOLDEN GATE
2335 COUNTRY ROAD 951 N
NAPLES, FL  34116

SUNSHINE ACE HARDWARE
9090 BONITA BEACH ROAD SE
BONITA SPRINGS, FL  34135

SUNSHINE CLEANERS
230-C HWY 24 WEST
MOREHEAD CITY, NC  28557

SUNSHINE CLEANERS, INC.
PO BOX 490
JACKSONVILLE, NC  28540

SUNSHINE GARDEN CENTERS
PO BOX 3254
GREENVILLE, NC  27836

SUNSHINE PARADISE
2610 ATLANTIC AVE.
VIRGINIA BEACH, VA  23451

SUNSPECS OF OCEAN CITY/AQUA SOCK
9529 STEPHEN DECATUR HEY
BERLIN, MD  21811

SUNTECK TRANSPORT CO INC
6413 CONGRESS AVE, SUITE 260
BOCA RATON, FL  33487

SUPER AMERICA
1109 E 1ST ST
PARK RAPIDS, MN  56470

SUPER CARBON ARROWS
PO BOX 105
RT 11 SOUTH
MINT SPRINGS, VA  24463

SUPER SHRED
GREENVILLE, NC  27834

SUPER TRANSPORT, INC.
PO BOX 3054
BOCA RATON, FL  33431-0954

SUPERAMERICA DISCOUNT SHOPPING
CENTER OF SAUK CENTRE
1190 SOUTH MAIN STREET
SAUK CENTRE, MN  56378

SUPERCIRCUITS INC
ONE SUPERCIRCUITS PLAZA
LIBERTY HILL, TX  78642

SUPERFLY INTERNATIONAL INC.
3868 COMMERCIAL STREET
VANCOUVER, BC  V5N 4G2
CANADA

SUPERFROG PRODUCTIONS
PO BOX 131
N. MYRTLE BEACH, SC  29597

SUPERIOR ARCHERY
1680 LOCKWOOD RD
BILLINGS, MT  59105

SUPERIOR LIFTS & EQUIPMENT LLC
13951 MT. BISMARK
RENO, NV  89506

SUPERIOR LOGISTICS SVCS, INC
PO BOX 446
MEBANE, NC  27302

SUPERIOR NATIONAL INSURANCE COMPANY
P.O BOX 92884
LOS ANGELES, CA  90009-2884

SUPERSTICK, LLC
1184 PETIGRU DRIVE
PAWLEYS ISLAND, SC  29585

SUPERVALU
PO BOX 30838
BILLINGS, MT  59107

SUPPLEMENTAL SOFTWARE SOLUTIONS
3810 N ELM ST
SUITE 208
GREENSBORO, NC  27455

SUPPLY CHAIN SERVICES, LLC
7800 3RD ST NORTH
SUITE 920
OAKDALE, MN  55082

SUPPLYRUSH
PO BOX 3957
PORTLAND, OR  97208

SUPRAMERCIAL/DANS SPORT SHOP
1190 SOUTH MAIN STREET
SAUK CENTRE, MN  56378

SUPREME FILTER SERVICE, INC.
PO BOX 1942
ROCKINGHAM, NC  28380

SUPREME JANITORIAL AND PAPER SUPPLY
1300 E. BROAD AVENUE
SUITE 16
ROCKINGHAM, NC  28379

SUPREME TOY & PARTY
300 LAKEVIEW PKWY
VERNON HILLS, IL  60061

SURE COAT SEALER & STRIPING CO
372 JOE SYDA DR
HIGH POINT, NC  27265

SUREKETCH LURE COMPANY
5158 WOODLANE CIR
TALLAHASSEE, FL  32303

SURE-LIFE LABORATORIES CORP.
BOX 590
SUGUIN, TX  78156

SUREMARKER, LLC
8000 FRUITVILLE ROAD
SARASOTA, FL  34240

SURESTAFF, INC.
7083 SOLUTION CENTER
CHICAGO, IL  60677-7000

SUREWERX USA INC.
300 CORPORATE DRIVE
ELGIN, IL  60123

SURF SIDE BAIT & TACKLE
196 HEDGEGROVE AVE.
SATTLELITE BCH, FL  32937

SURFACE SYSTEMS
PO BOX 2017
GREER, SC  29652

SURFAIR INTL
PO BOX 116167
ATLANTA, GA  30368-6167

SURFAIR
P.O.BOX 20516
ATLANTA, GA  30320-2516

SURFSIDE REALTY
204 SANDPIPER REALTY
NEWPORT, NC  28570

SURFTIDES INN
2945 NW JETTY AVE
LINCOLN CITY, OR  97367

SURVEILLANCE SYSTEMS
3225 AURORA ROAD
ERNUL, NC  28527

SURVIVAL ARMS
13433 NE 20TH ST, STE 1
BELLEVUE, WA  98005

SUSAN GARCIA
173 HANKISON DRIVE
NEWPORT, NC

SUSAN OVERMAN WORKING WOMAN
SCHOLARS
CARTERET COUNTY FOUNDATION
3505 ARENDELL STREET
MOREHEAD CITY, NC  28557

SUSAN OVERMAN
173 HANKISON DRIVE
NEWPORT, NC  28570

SUSAN OVERMAN/PETTY CASH
173 HANKISON DRIVE
NEWPORT, NC  28570

SUSET BEACH ISLAND MARKET
430 SUNSET BLVD.
SUNSET BEACH, NC  28468

SUTHERLAND, DARREN
169 LODGES LANE
APT B01
LAKE WYLIE, SC  29710

SUTHERLANDS
PO BOX 87-3
KANSAS CITY, MO  64187

SUTTON SERVICE CENTER
HWY.55 SOUTH
WILLOW SPRINGS, NC  27592

SUZAN DEAVER
714 CARNINE RD
CASTLEROCK, WA  98611

SVIR, GARETT RAE
716 OCHOTTO LAKE DRIVE
AVON, MN  56310

SWAILS, BRIAN KEITH
117 BILTMORE DR
ROCKINGHAM, NC  28379

SWAINS GENERAL STORE
ATTN; ERIC HEDIN
602 E FIRST
PORT ANGELES, WA  98362

SWAINS SPORTS & MORE INC
1121 WATER ST
PORT TOWNSEND, WA  98368

SWAN ISLAND SHEET METAL WORKS INC
5748 NE COLUMBIA BLVD
PORTLAND, OR  97218

SWANSBORO ROTARY CLUB
PO BOX 426
SWANSBORO, NC  28584

SWANSONS BAIT SHOP
HC 75 BOX 110
HACKENSACK, MN  56452

SWEDES LURES
106 YUMA STREET
LIPAN, TX  76462

SWEENYS SPORTS, INC
1537 IMOLA AVE WEST
NAPA, CA  94559

SWH INTERNATIONAL, LLC
PO BOX 265
MOREHEAD CITY, NC  28557

SWH INTERNATIONAL/WESTIN
139 BREAKWATER DRIVE
NEWPORT, NC  28570

SWINGS & THINGS PLUS
ATTEN: RICHARD BURCHETT
168 CANTON STREET
NEWPORT, NC  28570

SWISHER
PO BOX 473526
CHARLOTTE, NC  28247-3526

SYLBARRIE GRAPHICS LTD
1593 KALE DRIVE
INNISFIL, ON  L9S 1X2
CANADA

SYLVAIN, KIMBERLY WORTHINGTON
116 LANDRY POINTE
HAMLET, NC  28345

SYLVAN NURSERY
1720 SHILOH RD
BILLINGS, MT  59106

SYMAS CORP
167 W BUCHANAN LANE
HC64 BOX 2916
CASTLE VALLEY, UT  84532

SYM-EL INTERNATIONAL INC.
PO BOX 2943
SAN FRANCISCO, CA  94083

SYNTECH
BURLINGTON, NC  27215

SYS ADMIN
PO BOX 59170
BOULDER, CO  80321-9170

SYSCOR BILLING SVCS
3624 FALCON RIDGE
BEND, OR  97701

SYSTEM ID WAREHOUSE
1400 10TH ST
PLANO, TX  75074

SYSTEMS CONTRACTORS, INC
PO BOX 16023
GREENSBORO, NC  27416

SYSTRAN (GLENN MCCLENDON TRUCK)
PO BOX 640296
PITTSBURGH, PA  15264-0296

T & A INVESTMENTS
173 HANKISON DRIVE
NEWPORT, NC  28570

T & A INVESTMENTS, LLC
173 HANKISON DR
NEWPORT, NC  28570

T & A MATERIALS HANDLING, INC.
325 CROMPTON STREET
CHARLOTTE, NC  28273

T & D HEATING AND COOLING INC
259 BOBBYS DRIVE
NEWPORT, NC  28570

T & J FABRICATION
955 OLD WINBERRY RD
NEWPORT, NC  28570

T & M ASSOCIATES, INC.
ATTN: BILL HOOD
PO BOX 756
NAGS HEAD, NC  27959

T & R TACKLE, INC.
228 COMMERCIAL BLVD
LAUDERDALEBYSEA, FL  33308

T AND C VENDING
2385 JESSIE AVE
SPARKS, NV  89431-3543

T DE VILLALPANDO, MARTHA
185 PENELOPE CT
SUN VALLEY, NV  89433

T R IMPORTS INC.
5778 PARK VISTA INC. SUITE 302
FORT WORTH, TX  76244

T&J LURES, LLC.
2374 HWY 308 SOUTH
DONALDSONVILLE, LA  70346

T&L PRODUCTS
7856 REINBOLD RD
REESE, MI  48757

T.A.M.S PRINTING
98 CANNON BLVD
ASHLEY PLACE
NEWPORT, NC  28570

T.A.M.S. PRINTING OF NEWPORT, INC.
106 CANNON BLVD.
HWY 70, ASHLEY PLACE
NEWPORT, NC  28570

T.D. ENTERPRISES, LLC
PO BOX 427
ENNIS, MT  59729

T.G. BOHN
3403 MAYHURST DR.
INDIAN TRIAL, NC  28079

T.J.S FISHING LAKE
13493 NEW HARMONY SHILOH RD
MT ORAB, OH  45154

T.RICE
97 MARY CIRCLE
CONCORD, NC  28025

T.W.S BAIT & TACKLE
158 BY-PASS
KITTY HAWK, NC  27949

T-1 CONCEPTS
4110 WAKE FOREST ROAD
SUITE 111
RALEIGH, NC  27609

T-5 PROFESSIONAL SERVICES
2914 SE WAALER STREET
STUART, FL  34997

TA SPIVEY INC.
DBA HOLE IN THE WALL BAIT
728 W. AVE.
PORT ST JOHN, FL  32927

TABELL COMMUNICATIONS LTD
PO BOX DV736
DEVONSHIRE DV
BERMUDA

TABLEROCK BAIT & TACKLE CO.
803 ACID MINE ROAD
SUITE A
SULLIVAN, MO  63080

TACKETT LEWIS, CODY MARCEL
9755 SILVER SKY PARKWAY
UNIT 1202
RENO, NV  89506

TACKETT, DAVID BRIAN
1201 KENNECOTT WAY
LEXINGTON, KY  40514

TACKLE 2000 DBA ROCKET BOBBER
565 JENSEN ROAD
NEENAH, WI  54956

TACKLE BOX
PO BOX 523
PINEHURST, ID  83850

TACKLE ENTERPRISES LLC
796 1ST AVE SW
BRITT, IA  50423

TACKLE EXPRESS OF RICHMOND, INC
10035 MIDLOTHIAN TPK
RICHMOND, VA  23235

TACKLE HAVEN
4643 CORANADO PARKWAY
CAPE CORAL, FL  33904

TACKLE HUT
392 PANTOPS CIRCLE
CHARLOTTESVILLE, VA  22901

TACKLE PLUS
6325 N. ORANGE BOLSSUM
ORLANDO, FL  32810

TACKLE SERVICE CENTER
246 E. WASHINGTON STREET
MOORESVILLE, IN  46158

TACKLE SHACK
613 W. OAK STREET
GOLIAD, TX  77963

TACKLE SHOP HELPER
528 ANN DRIVE
WESTMINSTER, MD  21157

TACKLE SHOP
US HWY 191 & 180
ALPINE, AZ  85920

TACKLE TAMER PRODUCTS, INC
PO BOX 715
PO BOX 715
KEEWATIN, MN  55753

TACKLE TECHNOLOGY
PO BOX 1287
MANTECA, CA  95336

TACKLE TOWN
786 NORTH HIGHWAY 16
DENVER, NC  28037

TACKLEWEBS, INC.
704 SW 17TH AVENUE
MIAMI, FL  33135

TACO METALS, LLC.
1922 SMITHVILLE HWY
SPARTA, TN  38583

TACSTAR IND. INC.
PO BOX 70
218 JUSTIN DRIVE
COTTONWOOD, AZ  86326

TACTACAM LLC
1668 WEST JORDAN ROAD
DECORAH, IA  52101

TACTICAL TACKLE LP
5721 MAGAZINE STREET 148
NEW ORLEANS, LA  70115

TADY LURE CORPORATION
557 SO. CORALRIDGE PLACE
INDUSTRY, CA  91746

TAFF OFFICE EQUIPMENT CO., INC.
PO BOX 925
569 S. EVANS STREET
GREENVILLE, NC  27835-0925

TAG & BRAG SPORTSWEAR, INC.
1920 SHADOWRIDGE DR 110
VISTA, CA  92083

TAG A GIANT
6232 PEGUES CIR
WALLACE, SC  29596

TAGG INDUSTRIES
23210 DEL LAGO
LAGUNA HILLS, CA  92653

TAGLE, IRMA GUADALUPE
5200 SUMMIT RIDGE DR
4111
RENO, NV  89523

TAHOE VENDING/AZUL RIVER WATER/SONOR
1248 GLENDALE AVENUE
SPARKS, NV  89431

TAHSIN IND. CORP. USA
685 ROUTE 10
RANDOLPH, NJ  07869

TAILCHASER FISHING
19435 MCGREGOR CIR
HUNTINGTON BCH, CA  92648

TAILFIN SPORTS GROUP
PO BOX 328
MAPLE LAKE, MN  55358

TAILS & FINS OUTFITTERS
1117 LAFAYETTE RD
ROSSVILLE, GA  30741

TAK LOGIC, LLC
15833 W. JUDD STREET
ETTRICK, WI  54627

TAKE COVER INC.
1000 ABERNATHY RD.
ATLANTA, GA  30328

TAKF
173 HANKISON DRIVE
NEWPORT, NC  28570

TALBOT IND.
1211 WEST HARMONY
NEOSHO, MO  64850

TALISMAN MARINA
2950 S MCCALL RD
ENGLEWOOD, FL  34224

TALL PINES TACKLE, INC. CO
3779 ACLINE ROAD UNIT B4
PUNTA GORDA, FL  33950

TALL PINES TACKLE, INC.
24670 SAND HILLS BLVD 503
PUNTA GORDA, FL  33983

TALL TALES BAIT & TACKLE
12016 N. UNION AVE.
ALLIANCE, OH  44601

TALLY-HO TRADER
104 OLD HWY 75
STEM, NC  27581

TAL-Y-BONT, LTD. WEST
5113-C HIGHWAY 70 WEST
MOREHEAD CITY, NC  28557

TAMARA'S TROPETS
2112 BRIDGES STREET
MOREHEAD CITY, NC  28557

TANDEMLOC, INC.
PO BOX 279
824 HIGHWAY 101
HAVELOCK, NC  28532-0279

TANGLE FREE SOLUTIONS LLC
14151 SE MILL ST
PORTLAND, OR  97233

TANIGUCHI, INC.
2272 NEWTON AVE.
SAN DIEGO, CA  92113

TANK-N-YUMMIES
134 RIVERVIEW RD
OTTERTAIL, MN  56571

TANKS FATAL ATTRACTOR
4950 STATE HWY 210 SW
PILLAGER, MN  56473

TANNER CASSENS
13431 SW DEVONSHIRE DR
BEAVERTON, OR  97005

TANNERITE SPORTS LLC
36366 VALLEY ROAD
PLEASANT HILL, OR  97455

TANNERS VIDEO
89027

TANYA HELLER
1960 E INDIANA EXT
SOUTHERN PINES, NC  28387

TAPCO AND/OR STORM LAKE
5900 HIGHWAY 321 NORTH
LENOIR CITY, TN  37771

TAPCO, INC
PO BOX 2408
KENNESAW, GA  30156

TAPPED TEES, LLC
600 WEST MAIN STREET
APT 613
DURHAM, NC  27701

TAPRO INDUSTRIES
PO BOX 711414
SANTEE, CA  92072-1414

TARANTINO WHOLESALE FOOD DIST
2707 BOSTON AVE
SAN DIEGO, CA  92113

TAREQ ABU-ELIJBAT
107 CONNELLY SPRINGS PL
CARY, NC  27519

TARGET MASTER INDOOR SHOOTING
1717 S. JUPITER
GARLAND, TX  75042

TARGET WORLD
529 W BUTLER AVE
CHALFONT, PA  18914

TARHEEL FIRE EXTINGUISHER
SALES & SERVICE
PO BOX 764
MOREHEAD CITY, NC  28557

TARHEEL PAPER & SUPPLY CO
3200 CENTRE PARK BLVD
WINSTON SALEM, NC  27107

TARSHEIKA NICHOLSON
131 MILL STREET
ROCKINGHAM, NC  28379

TASHIN
ATTN: CHRIS PETE
685 ROUTE 10 EAST
RANDOLPH, NJ  07869

TAURUS INTERNATIONAL MFG. INC.
100 TAURUS WAY
BAINBRIDGE, GA  39817-1115

TAVERNIER CREEK MARINA
90800 US HWY 1
TAVERNIER, FL  33070

TAXATION & REVENUE DEPT
PO BOX 25128
SANTA FE, NM  87504-5128

TAYBAR AMUSEMENTS
8801 ASTRONAUT BLD.
CAPE CANAVERAL, FL  32920

TAYLOR DYE
407 BASS STREET
GOODLETTSVILLE, TN  37072

TAYLOR MADE GROUP
65 HARRISON ST
GLOVERSVILLE, NY  12078

TAYLOR MADE LABELS INC
PO BOX 2189
LAKE OSWEGO, OR  97035-0056

TAYLOR, CHRISTOPHER WAYNE
8021 ANDOVER CREEK DRIVE
APT 1904
CHARLOTTE, NC  28210

TAYLORED TACKLE SHOP
BOX 115 RD 2
SEAFORD, DE  19973

TAYLORS & COMPANY INC.
304-310 LENOIR DRIVE
WINCHESTER, VA  22603

TAYLORS ISLAND MARINA
BOX 188 RT 16
TAYLORS ISLAND, MD  21669

TAYLORS LANDING TACKLE
8180 SHORE DR
NORFOLK, VA  23518

TAYLORS WELDING SVC
PO BOX 694
BEAUFORT, NC  28516

TBK MANUFACTURING CORPORATION
P. O. BOX 133
STETSONVILLE, WI  54480

TBK MANUFACTURING, LLC/FAT & SASSY
PO BOX 12
MEDFORD, WI  54451-0012

TC RESTAURANT GROUP LLC
305 BROADWAY
NASHVILLE, TN  37201

TCB COMPANIES
510 RESEARCH DRIVE
PERRY, IA  50220

TEAGUE ROTENSTREICH STANALAND FOX &
PO BOX 1898
GREENSBORO, NC  27402-1898

TEAGUE, JASON M.
13 DOWNING PLACE
NEWPORT NEWS, VA  23606

TEAM MECHANICAL, LLC
3585 CENTRE CIRCLE
FORT MILL, SC  29715

TEAM PRODUCTS INTERNATIONAL
3 ENTIN RD
PARSIPPANY, NJ  07054

TEAR AID
PO BOX 1879
LAND OLAKES, FL  34639

TECHDEPOT
PO BOX 33074
HARTFORD, CT  06150-3074

TECHNICAL & LOGISTICAL CONSULTANTS
PO BOX 3182
BOSTON, MA  02241-3182

TECHNICAL REFRIGERATION
& AIR CONDITIONING SERVICE
PO BOX 2547
ATLANTIC BEACH, NC  28512

TECHNICAL SALES AND SERVICES INC
2380 N. LARK DRIVE
FENTON, MO  63026

TECHNO COM
PO BOX 2144
MATTHEWS, NC  28106-2144

TECHNOLOGIC, INC.
1000 ABERNATHY ROAD, SUITE 1075
ATLANTA, GA  30328

TECOMATE WILDLIFE SYSTEMS, LLC
14855 BLANCO ROAD SUITE 306
SAN ANTONIO, TX  78216

TED CAPRAS SPORTING GOODS
8565 HIGHWAY 65 N.E.
BLAINE, MN  55434

TED HOESCHEN
1105 TERRY
BILLINGS, MT  59101

TED MILLER
905 MT. AIRY RD.
PO BOX 383
LEWISBERRY, PA  17339

TEE JAY AND SON
211 MAIN STREET
CHADRON, NE  69337

TEEPLES IGA 8893
PO BOX 2600
BROWNING, MT  59417

TEFFEAU, JEREMY JOSEPH
3076 BRIDGEWATER ST
LANCASTER, SC  29720

TEG ENTERPRISES, INC.
107 GASS DRIVE
GREENVILLE, TN  37745

TEJEDA SALAZAR, ROGUE
1280 GENTRY WAY TRLR 5
RENO, NV 89502

TELECOM LABS, INC
2001 48TH AVE COURT E
FIFE, WA 98424

TELECORP INC
SEE VZZIGVOICE-NAME CHANGE 3-10-17
CHICAGO, IL 60606

TELEDATA SERVICES CO.
2641 N SUNNYSIDE 101
FRESNO, CA 93727

TELEDATA SYSTEMS, INC
1375 4TH AVE N, SUITE E
BILLINGS, MT 59101

TELEDATA SYSTEMS, INC.
2125 8TH AVE NORTH
BILLINGS, MT 59101

TELEPHONETICS INC
PO BOX 116766
ATLANTA, GA 30368-6766

TELEVIDEO, INC.
PO BOX 49048
SAN JOSE, CA 95161-9048

TELXON
PO BOX 5582
AKRON, OH 44334-0582

TEMPE MARINE
1800 N ARIZONA AVE
CHANDLER, AZ 85225

TEMPRESS
5052 SHARP ST
DALLAS, TX 75247

TEMPSTAR STAFFING
1431 NORTH GEORGE STREET
YORK, PA 17404

TEN BEARS OUTDOOR OUTFITTERS
HWY 441
PO BOX 1778
CHEROKEE, NC 28719

TEN RING RANGE
PO BOX 1037
STANFIELD, OR 97875

TENACITY PROMOTIONS
11501 SW PACIFIC HWY
CORPORATE PLAZA, STE 100-4
PORTLAND, OR 97223

TENANT IMPROVEMENT INTERIORS, LLC
2108 SOUTH BLVD
SUITE 114
CHARLOTTE, NC 28203

TENDER CORP
TENDER CORPORATION
944 INDUSTRIAL PARK ROAD
LITTLETON, NH 03561

TEN-E PACKAGING SERVICES INC
1666 COUNTY RD 74
NEWPORT, MN 55055

TENMILE BASS CLUB
PO BOX 17900
MONTGOMERY, AL 36141-0900

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BUILDING
500 DEADERICK STREET
NASHVILLE, TN 37242

TENNESSEE DEPT EMPLOYMENT SECU
EMPLOYER ACCOUNTS OPERATIONS
PO BOX 101
NASHVILLE, TN 37202-0101

TENNESSEE DEPT OF REVENUE
ANDREW JACKSON STATE OFC BLDG
500 DEADERICK ST
NASHVILLE, TN 37242-0700

TENNESSEE FOOTBALL, LLC
C/O ASSOCIATE DIRECTOR, GAME DAY ENT
460 GREAT CIRCLE ROAD
NASHVILLE, TN 37228

TENNESSEE SECRETARY OF STATE
312 EIGHT AVENUE NORTH
6TH FLOOR, WILLIAM R. SNODGRASS TOWE
NASHVILLE, TN 37243

TENPOINT CROSSBOW TECHNOLOGIES
1325 WATERLOO RD
SUFFIELD, OH 44260

TERAPUMP
1941 E OCCIDENTAL STREET
SANTA ANA, CA 92705

TERESA BALLESTEROS
1150 BOULEVARD PLACE
EL CAJON, CA 92020

TERESA DUKES
NC 28570

TERESA FOWLER
4291 MAGNOLIA CROSSING CIR
APT 104
MILTON, FL 32571-2291

TERESA HOLCOMBE
422 SNOW GOOSE LANE
NEWPORT, NC 28570

TERMINIX
PO BOX 100669
FORT WORTH, TX  76185

TERRI LEWIS
PO BOX 1636
NEWPORT, NC  02857

TERRI MCBRIDE
19451 PROSPECTOR TERRACE
OREGON CITY, OR  97045

TERRY BJARNSON
163 CLAIBORNE CT
BOWLING GREEN, KY  42104

TERRY FOTHERINGHAM
2048 FORD LANE
PLACENTIA, CA  92870

TERRY STEWART
35 CYPRESS LA.
KITTY HAWK, NC  27949

TERRY TURILLE
9210 O STREET
OMAHA, NE  68127

TERRY WILLIS
670 NINE FOOT RD
NEWPORT, NC  28570

TERRYS FISHING & HUNTING
455 W MACCLENNY AVE
MACCLENNY, FL  32063

TERRYS PAWN
PO BOX 572
SUMRALL, MS  39482

TESI
PO BOX 12780
NEW BERN, NC  28561

TEST
PO BOX 660721
BIRMINGHAM, AL  35226

TEWS TWO SPORTING GOODS
1605 S MAIN ST
OSHKOSH, WI  54902

TEXACO/SHELL
PO BOX 9010
DES MOINES, IA  50368-9010

TEXAS EMPLOYMENT COMMISSION
CASHIER - T.E.C.
PO BOX 149037
AUSTIN, TX  787149037

TEXAS OUTDOOR WRITERS ASSOCIATION
1415 NORTHRIDGE DRIVE
AUSTIN, TX  78723

TEXAS STATE TREASURER
FRANCHISE TAX DIVISION
AUSTIN, TX  78774-0100

TEXAS TACKLE FACTORY
106 E CIRCLE STREET
VICTORIA, TX  77901

TEXAS TACKLE
PO BOX 831239
RICHARDSON, TX  75083

TEXAS WORKFORCE COMMISSION
101 E 15TH ST, ROOM 651
AUSTIN, TX  78778

TEXAS WORKFORCE COMMISSION
PO BOX 149037
AUSTIN, TX  78714-9037

TEXOMA TACKLE
HC 68 BOX 15-T
KINGSTON, OK  73439

TEXS TACKLE & BAIT
323 EASTWOOD ROAD
WILMINGTON, NC  28403

TEXSPORT
PO BOX 55326
HOUSTON, TX  77255-5326

TEXTILE LEASE CORPORATION
PO BOX 2087
800 S. JOHN STREET
GOLDSBORO, NC  27533

TEXTILEASE CORPORATION
PO BOX 2087
800 S JOHN ST
GOLDSBORO, NC  27530

TFORCE FREIGHT
TFORCE FREIGHT, INC. 10804
PO BOX 7410804
CHICAGO, IL  60674-0804

TG3
ROUTE 3, BOX 1
HAMILTON, AL  35570-9399

T-H MARINE SUPPLIES LLC
200 FINNEY DRIVE
HUNTSVILLE, AL  35824

THANX MEDIA, INC
800 ROOSEVELT RD
BLDG A-8
GLEN ELLYN, IL  60137

THATCHERS HARDWARE
2001 2ND ST
BAKER CITY, OR  97814

THE 20 FOOT STRIP
6324 E. OAK ISLAND DRIVE
LONG BEACH, NC  28465

THE ADVERTISER
PO BOX 1154
WEAVERVILLE, CA  96093-1154

THE ALEXANDER FAMILY TRUST
6333 S. ALAMEDA STREET
LOS ANGELES, CA  90001

THE ALS ASSOCIATION
JIM "CATFISH" HUNTER CHAPTER
1425-113 ROCK QUARRY RD
RALEIGH, NC  27610

THE ANGLER BAIT & TACKLE
7430 S SR327
HUDSON, IN  46747

THE ANGLER
NEWPORT, NC  28557

THE ASHLEY INN
3430 NE HWY 101
LINCOLN CITY, OR  97367

THE AVID ANGLER,INC.
3501 N.PONCE DE LEON BLVD.
ST.AUGUSTINE, FL  32085

THE B & F SYSTEM INC
HOME OF MAXAM PRODUCTS
3920 S WALTON WALKER BLVD
DALLAS, TX  752361510

THE BAGGY CREEK GANG
5104 N. ORANGEBLOSSOM TR.
SUITE 114
ORLANDO, FL  32810

THE BAIT BOX
1041 PERIWINKLE WAY
SANIBEL, FL  33957

THE BAIT BUCKET
819 S MAIN ST
JAMESTOWN, KY  42629

THE BAIT PLACE
707 E MORRIS HILL
COVINGTON, VA  24426

THE BAIT SHACK
4 BAY RIDGE LANE
ORLEANS, MA  02631

THE BAIT SHACK, LLC
506 OIL RIDGE ROAD
HARRISVILLE, NC  26362

THE BAJA BEACH STORE
504 S. TAMAIMI TRAIL
NOKOMIS, FL  34275

THE BAKE SHOPPE
PO BOX 814
ATLANTIC BEACH, NC  28512

THE BAR CODE DEPARTMENT INC
5614 SOUTHERN PINE DR
RICHMOND, VA  23225

THE BAR CODE DEPARTMENT, INC
1209 SKIPWITH RD
RICHMOND, VA  23229

THE BEACH BALL
209 TAYLOR STREET
COLONIAL BEACH, VA  22443

THE BEADERY
106 CANONCHET RD
HOPE VALLEY, RI  02832

THE BETTER HEALTH STORE
3011-B BRIDGES ST
MOREHEAD CITY, NC  28557

THE BILLFISH FOUNDATION
ATTN: MEMEBERSHIP SERVICES
PO BOX 8787
FT. LAUDERDALE, FL  33310-9977

THE BILLING CENTER
PO BOX 60001
TAMPA, FL  33660-0001

THE BINDERY, INC.
8309 BROOKLYN BLVD.
BROOKLYN PARK, MN  55445

THE BLACKFEET TRIBE
ATTN JOHN MURRAY
PO BOX 850
BROWNING, MT  59417

THE BOOK PEDDLER
PO BOX 10
W YELLOWSTONE, MT  59758

THE BOWSMITHE, INC.
224 CLINTON AVENUE
DUNN, NC  28334

THE BOZMAN STORE
7998 BOZMAN-NEAVITT RD.
BOZMAN, MD  21612

THE BREAST CANCER RESEARCH FNDT.
NY 10022

THE BREMER GROUP CO.
ATTN: TAMULA CAPSHAW
11243-5 ST JOHNS INDUSTRIAL PKWY.
JACKSONVILLE, FL 32246

THE BROAD CASTER
19330 LETTERSBURG PIKE
HAGERSTOWN, MD 21742

THE BUG SHOP
1711 BRUCE DRIVE
ANDERSON, CA 96007

THE BUREAU OF NATIONAL AFFAIRS, INC.
1231 25TH STREET, N.W.
WASHINGTON, DC 20037

THE CA MANDATORY POSTER AGENCY
5431 AUBURN BLVD
300
SACRAMENTO, CA 95841-2801

THE CABOCHON GROUP, INC.
200 MALLARD DRIVE
PO BOX 4988
EMERALD ISLE, NC 28594

THE CAMPSITE SPORT
1877 NEW YORK AVE.
HUNTINGTON ST, NY 11746

THE CENTURY GROUP INC.
A MARKETING & ADVERTISING FIRM
PO BOX 815
TRAVERSE CITY, MI 49685-0815

THE CERTIF-A-GIFT CO
1625 E ALGONQUIN RD
ARLINGTON HTS, IL 60005

THE CHARLOTTE OBSERVER
PO BOX 70111
CHARLOTTE, NC 28272-0111

THE CHIEFS PLACE
3677 WINFIELD ROAD
WINFIELD, WV 25213

THE CHRISTOPHER GROUP, INC
4420 SHERWIN ROAD
WILLOUGHBY, OH 44094

THE CLASSIC OUTFITTERS
861 WILLISON RD
S BURLINGTON, VT 05403

THE COCOA BEACH PIER
401 MEADE AVENUE
COCOA BEACH, FL 32931

THE COMBS COMPANY/BOGS FOOTWEAR
16 OAKWAY CENTER
EUGENE, OR 97401

THE COMPLETE ANGLER
1401 S. RIDGE AVE.
KANNAPOLIS, NC 28083

THE COMPUTER LADY
212 HILLANDALE DR
CHARLOTTE, NC 28270

THE CRABS CLAW
201 W ATLANTIC BLVD
ATLANTIC BEACH, NC 28512

THE CREATIVE NETWORK
7525 TWINING DRIVE
KNOXVILLE, TN 37919

THE CROSSROADS
10 WINGS FALLS CT
QUEENSBURY, NY 12804

THE CULLERTON CO
3 SO 220 WARREN AVE
WARRENVILLE, IL 60555

THE DAILY NEWS
PO BOX 196
JACKSONVILLE, NC 28541-0196

THE DAM STORE
1250 FUFORD DAM RD
BUFORD, GA 30518

THE DANBY GROUP
3060 A BUSINESS PARK DRIVE
NORCROSS, GA 30071

THE DEER STAND
PO BOX 1928
ALACHUA, FL 32616

THE DEPOT
315 12TH AVE SOUTH
NAMPA, ID 83651

THE DESTINATION MANAGER, L.C.
8125 E INDIAN BEN RD
SUITE 101
SCOTTSDALE, AZ 85250

THE DON COFFEY CO
15375 S 169 HWY
OLATHE, KS 66062

THE DUNNING LAW FIRM
115 W YELLOWSTONE AVENUE
PO BOX 1150
CODY, WY 82414

THE ECONOMICS PRESS INC
12 DANIEL RD
FAIRFIELD, NJ 07004-2565

THE ELECTRONIC SUPERSTORE
800 SE HWY 101
LINCOLN CITY, OR 97367

THE EMPLOYMENT SECURITY
COMMISSION OF N.C.
PO BOX 26504
RALEIGH, NC 27611

THE EMPLOYMENT SOLUTIONS
40 HOLLY STREET
SUITE 500
TORONTO, ON M4S 3C3
CANADA

THE ESTATE OF SHERRY SLOCOMB MARINO
622 EAST BRANCH DRIVE
NEWPORT, NC 28570

THE FAMILY MART
32440

THE FIREARMS & OUTDOOR TRADE
PO BOX 98
ST JOHNSBURY, VT 05819

THE FIREARMS TRADE
PO BOX 98
ST. JOHNSBURY, VT 05819

THE FIRST TEE, WORLD GOLF VILLAGE
425 SOUTH LEGACY TRAIL
ST. AUGUSTINE, FL 32092

THE FISH HOUSE
PO BOX 1209
SEWARD, AK 99664

THE FISH SNIFFER
NORTHERN CALIFORNIA ANGLER PUBLICA.
P O. BOX 994
ELK GROVE, CA 95759

THE FISHERMAN
14 RAMSEY ROAD
SHIRLEY, NY 11967

THE FISHIN HOLE
163 NORTH COUNTY DRIVE
WAKEFIELD, VA 23866

THE FISHIN SHACK
3514 A. ATLANTIC AVENUE
DAYTONA BEACH, FL 32127

THE FISHING LINE OF MIAMI
9379 S.W. 56TH STREET
MIAMI, FL 33165

THE FISHING WIRE
PO BOX 311349
ENTERPRISE, AL 36330

THE FREE PRESS
2103 N. QUEEN STREET
KINSTON, NC 28502

THE GALLERY COLLECTION
PRUDENT PUBLISHING
PO BOX 23046
NEW YORK, NY 10087-3406

THE GENERAL STORE
RT.4 BOX 158
SELBYVILLE, DE 19975

THE GIFT SHOP
3501 S. ATLANTIC AVE.
PIRATES COVE
DAYTONA BEACH, FL 32127

THE GLOBETROTTER
417 DANIELS ST
RALEIGH, NC 27605

THE GM CARD
DEPT 9600
CAROL STREAM, IL 60128-9600

THE GORE COMPANY
3226 NEW BRITTON HWY. R.
WHITEVILLE, NC 28472

THE GREAT OUTDOORS
PO BOX 130
LAVALETTE, WV 25535

THE GREEN EARTH INC.
5300 FARLEY AVE SE
DELANO, MN 55328

THE GROVE PARK INN
ATTN: ACCOUNTING DEPT
290 MACON AVE
ASHEVILLE, NC 28804-3799

THE GUN BROKER
14981 SE 82ND DR
CLACKAMAS, OR 97015

THE GUN RACK, ENC LLD
3506 NE GREENVILLE BLVD
GREENVILLE, NC 27834

THE GUN ROOM
OF SHREWSBURY
276 BOSTON TURNPIKE
SHREWSBURY, MA 01545

THE GUN SHOP
44633 N SIERRA HWY
LANCASTER, CA 93534

THE GUN SHOP, INC.
716-A SOUTH ROGERS ROAD
OLATHE, KS 66062

THE GUNSHED, INC.
1704 E. EDGEWOOD DR
LAKELAND, FL 33803

THE GUNSIGHT
1712 N PLACENTIA AVE
FULLERTON, CA 92831

THE GURSTEL LAW FIRM, P.A.
401 N THIRD ST, 590
MINNEAPOLIS, MN 55401

THE HAM COMPANY
4050 ARENDELL STREET
MOREHEAD CITY, NC 28557

THE HARTFORD
PO BOX 783690
PHILADELPHIA, PA 19178-3690

THE HAVELOCK TIMES
P.O.BOX 1374
SLOCUM SHOPPING CTR.
HAVELOCK, NC 28532

THE HEARST CORPORATION
BOX 7529
RED OAK, IA 51591-0529

THE HEIGHTS TEXACO
1691 12TH ST
HOOD RIVER, OR 97031

THE HOMESTEAD
PO BOX 2000
7696 SAM SNEADS HWY
HOT SPRINGS, VA 24445

THE HOOK UP OUTFITTERS
PO BOX 5658
PEORIA, AZ 85385

THE INTERNATIONAL FIREARMS TRADE
PO BOX 98
JOHNSBURY, VT 05819

THE ISLAND BY MICHAEL
12526 FRONT BEACH RD
PANAMA CITY BCH, FL 32407

THE JOB LINE
27881 LA PAZ RD. NO. G-302
LAGUNA NIGUEL, CA 92677

THE JOURNEYS END
200 LOWER MAD RIVER RD
MAD RIVER, CA 95552

THE KEY GROUP
1226 MANICOT DRIVE
MATTHEWS, NC 28105

THE KINETIC GROUP SALES-CCI/SPEER
1 ATK WAY
ANOKA, MN 55303

THE KINETIC GROUP SALES-ESTATE
1 VISTA WAY
ANOKA, MN 55303

THE KINETIC GROUP SALES-FEDERAL
1 ATK WAY
ANOKA, MN 55303

THE KINETIC GROUP SALES-HEVI-SHOT
PO BOX 834
1307 CLARK MILL ROAD
SWEET HOME, OR 97386

THE KINETIC GROUP SALES-REMINGTON AC
1 ATK WAY
ANOKA, MN 55303

THE KINETIC GROUP SALES-REMINGTON AM
1 VISTA WAY
ANOKA, MN 55303

THE KIPLINGER LETTER
PO BOX 10910
DES MOINES, IA 50340-0910

THE KIPLINGER WASHINGTON LETTER
1729 H STREET
N.W. WASHINGTON, DC 20006-3938

THE LAKE CENTER
PO BOX 626
DETROIT, OR 97342

THE LAKES PROPERTY SERVICES LLC
623 MILLTOWN AVENUE N
MILLTOWN, WI 54858

THE LANDINGS YACHT CLUB
1 MARINA DRIVE
SAVANNAH, GA 31411

THE LIGHT WITHIN
1112 SHEPARD STREET
MOREHEAD CITY, NC 28557

THE LILLY CO
38118-2729

THE LITTLE GUN SHACK
PO BOX 432
PACKWOOD, WA 98361

THE LOCK SHOP
PO BOX 84
ANCHOR POINT, AK  99556

THE MACMASTER CO INC
1047 BEREA RD, SUITE 147
COLUMBIA, SC  29201-4770

THE MASTERS PALETTE LLC
2818 VINELAND SE
GRAND RAPIDS, MI  49508

THE MATWORKS
11900 OLD BALTIMORE PIKE
BELTSVILLE, MD  20705

THE METAL WARE CORPORATION
1700 MONROE STREET
TWO RIVERS, WI  54241-0237

THE MICHIGAN ASSOCIATION OF CPAS
28116 ORCHARD LAKE ROAD
PO BOX 9054
FARMINGTON HILL, MI  4833-9054

THE MINNOW BUCKET
PO BOX 9
AUTAUGAVILLE, AL  36003

THE MINNOW POND
RT. 2 BOX 334A
VINTON, VA  24179

THE MOOSALAMOO CO
LYNETTE DRIVE, BOX 8212
RUTLAND, VT  05701

THE MUCKY DUCK INC
302 ANN DRIVE
BERLIN, MD  21811

THE MYERS LAW GROUP, LLP
8144 WALNUT HILL LANE, S-390
DALLAS, TX  75231

THE N.C. SYMPHONY
CARTERET C. CHAPTER
PO BOX 1664
MOREHEAD CITY, NC  28557

THE NEST INC.
12612 EAGLES NEST ROAD
BERLIN, MD  21811

THE NETWORK COMPANIES
PO BOX 7703
CHARLOTTE, NC  28241

THE NEW & OBSERVER
PO BOX 2222
RALEIGH, NC  27602-2222

THE NEW COUNTRY GRAINERY
RTE 140
GILMANTON, NH  03837

THE NEW DOLPHIN BAIT & TACKLE
1405 NW CENTRAL AVE.
SEA SIDE PARK, NJ  08752

THE NOCO COMPANY
30339 DIAMOND PARKWAY
SUITE 102
GLENWILLOW, OH  44139

THE ONE STOP
PO BOX 174
LONGVILLE, MN  56655

THE OREGONIAN
PO BOX 9001049
LOUISVILLE, KY  40290-1049

THE OTHER STORE
RT 1 BOX 214A
ELK GARDEN, WV  26717

THE OUTDOOR EXPERIENCE
5016 WEST ARGYLE STREET
CHICAGO, IL  60630-2307

THE OUTDOOR GROUP, LLC
1325 JOHN STREET
WEST HENRIETTA, NY  14586

THE OUTDOOR STORE
709 HWY 425 SOUTH
MONTICELLO, AR  71655

THE OUTDOOR WIRE NETWORK
155 LITCHFIELD ROAD
EDGARTOWN, MA  02539

THE OUTDOORSMAN
203 E IDAHO AVE
ONTARIO, OR  97914

THE PALLET DEPOT LLC
7330 ENJINEER ROAD
SUITE A
SAN DIEGO, CA  92111-1434

THE PHALANX GROUP
CAROLEE ANITA BOYLES
PO BOX 320775
TAMPA, FL  33679

THE PIER BAITHOUSE
800 2ND AVE NE BOX 1
ST PETERSBURG, FL  33701

THE PLANTATION CLUB
PO BOX 5165
EMERALD ISLE, NC  28594

THE PORTLAND CLINIC
800 SW 13TH AVE
PORTLAND, OR  97205

THE POWDER HORN
844 W MOUNTAIN VIEW DR
CEDAR CITY, UT  84720

THE POWDER KEG
2725 N. CHURCH STREET
ROCKY MOUNT, NC  27801

THE PRINTER WORKS
3481 ARDEN RD
HAYWARD, CA  94545

THE REEL LIFE
159 TANO RD
SANTE FE, NM  87506

THE REEL OUTDOORS, INC.
8201 EMERALD DRIVE
EMERALD ISLE, NC  28594

THE REEL SHOP
PO BOX 1794
PORT LAVACA, TX  77979

THE REELINE COMPANY
PO BOX 3270
SAN DIMAS, CA  91773

THE RICHMOND GROUP
6802 PARAGON PL, SUITE 430
RICHMOND, VA  23230

THE ROBOCUP, LLC
5130 S. FORT APACHE ROAD
215-180
LAS VEGAS, NV  89148

THE ROD & GUN CLUB
PO BOX 70210
FORT BRAGG, NC  28307

THE ROD AND REEL SHOP
3401 HOLDEN BEACH ROAD, S.W.
SUPPLY, NC  28462

THE ROOSTER
1441 W MAIN ST
RAPID CITY, SD  57701

THE ROYAL GROUP
2318 PAYSPHERE CIRCLE
CHICAGO, IL  60674

THE SAFETY SCHOOL
PO BOX 25
WILMINGTON, NC  28402

THE SALTY FEATHER
3733 SOUTHSIDE BLVD 9
JACKSONVILLE, FL  32246

THE SEA MERCHANTS
257 CAPE FEAR BLVD
CAROLINA BEACH, NC  28428

THE SHIP SHOP
118 N. DORSET AVE.
VENTNOR, NJ  08406

THE SHIPS CHANDLER
646 EAST HWY 98
DESTIN, FL  32541

THE SHOE BOX
319 W. MAIN STREET
COVINGTON, VA  24426

THE SHOOTERS SHOP, INC.
2465 S. 84TH STREET
WEST ALLIS, WI  53227

THE SOMMERS COMPANY
KOA SAVANNAH SOUTH
RICHMOND HILL, GA  31324

THE SPORT CENTER
C/O JOHN TOGNETTI
CA

THE SPORT SHED
3815 HOMER SPIT RD A
HOMER, AK  99603

THE SPORTFISHING REPORT
PO BOX 3806
KILL DEVIL HILL, NC  27948

THE SPORTS DEN
44176 STERLING HWY
SOLDOTNA, AK  99669

THE SPORTS PRODUCTS
2006 S. MAIN STREET STE.204
WAKE FOREST, NC  27587

THE SPORTSMAN
249 HIGHWAY 101
PO BOX 298
FLORENCE, OR  97439

THE SPORTSMAN, INC
PO BOX 340
LAKE CITY, CO  81235

THE SPOT
PO BOX 553
BLACK CANYON CT, AZ  85324

THE STATE NEWSPAPER
PO BOX 2467
COLUMBIA, SC  29202-2467

THE STATION BAIT & TACKLE
RURAL ROUTE 2
BOX 29 FISH
WARSAW, MO  65355

THE STEVENS GROUP
188 INDUSTRIAL DRIVE
SUITE 428
ELMHURST, IL  60126

THE STOCKADE
8061 WESTMINSTER BLVD
WESTMINSTER, CA  92683

THE STORE FIXTURING SHOW
6255 BARFIELD ROAD
SUITE 200
ATLANTA, GA  30328-4300

THE STORE
PO BOX 407
CULVER, OR  97734

THE TACKLE BOX
3001 SOUTH ZERO
FT. SMITH, AR  72901

THE TACKLE BOX, INC.
1901 OVERSEAS HWY
MARATHON, FL  33050

THE TACKLE SHOP
PO BOX 328
EMERSON, GA  30137

THE TACKLE SPOT
1903 NORTH MAIN STREET
LONDON, KY  40741

THE TECHNOLOGY CENTER, INC.
1681 GLENDALE AVENUE
SPARKS, NV  89431

THE TOLIS GROUP INC
9495 E SAN SALVADOR DR
SUITE 250
SCOTTSDALE, AZ  85258

THE TOLL ROADS VIOLATION DEPT
PO BOX 50190
IRVINE, CA  92619-0190

THE TRADING COMPANY
112 E. CHURCH STREET
ROSE HILL, NC  28458

THE TRADING POST
20 3RD AVENUE S.W.
CROSBY, MN  56441-1341

THE TROPHY CASE
229 WESTERN BLVD.
JACKSONVILLE, NC  28546

THE ULTIMATE TACKLE CENTER
13051 BEACH BLVD
JACKSONVILLE, FL  32246

THE UNION
464 SUTTON WAY
GRASS VALLEY, CA  95945

THE VASS GROUP
HOWARD CAMBER
1241 JOHNSON AVE 152
SAN LUIS OBISPO, CA  93401

THE WEBB FARM LLC
522 JOHN WEBB RD
ELLERBE, NC  28338

THE WENZEL COMPANY
PO BOX 100309
PASADENA, CA  91189-0309

THE WESTIN NASHVILLE
807 CLARK PL
NASHVILLE, TN  37203

THE WEVE GOT IT SHOP
112 WEST SINTIN STREET
SINTIN, TX  78387

THE WHITLOCK GROUP
1017 LAURENS WAY
KNIGHTDALE, NC  27545

THE WITTERN GROUP; ALL BRAND VENDING
8040 UNIVERSITY BLVD
CLIVE, IA  50325

THE WOOD COMPANY OF OXFORD, INC.
PO BOX DRAWER 309
OXFORD, NC  27565

THE WOODSTOCK LINE COMPANY
91 CANAL STREET
PUTNAM, CT  06260

THE WORM FACTORY
2750 HEARTLAND DRIVE
CORALVILLE, IA  52241

THELL, KRIN D
1287 AGATE COURT
SAUK RAPIDS, MN  56379

THEO DAVIS SONS, INC.
PO BOX 277
HWY 97 W.
ZEBULON, NC  27597

THEODORE F. NELSON D/B/A
COMPUTER SYSTEMS CONSULTANT
5935 S.W. 194TH
ALOHA, OR 97007-4456

THEODORE F. NELSON
5935 SW 194TH
ALOHA, OR 97007-4456

THEODORE NELSON
5935 SW 194TH AVE
ALOHA, OR 97007

THERMACELL REPELLENTS, INC.
32 CROSBY DRIVE
BEDFORD, MA 01730

THERMOPOLIS UNITED HARDWARE
502 ARAPAHOE ST
THERMOPOLIS, WY 82443

THETFORD CORP.
P O BOX 1285
7101 JACKSON ROAD
ANN ARBOR, MI 48106

THINKER TOYS
7784 SW CAPITOL HWY
PORTLAND, OR 97219

THIRD GRIP PRODUCTS
PO BOX 550
RAMONA, CA 92065

THIRD PARTY SOLUTIONS
PO BOX 1000
DEPT. 492
MEMPHIS, TN 38148-0492

THOMAS C. LITTLE, PA
ATTORNEYS AT LAW
PO BOX 5379
CLEARWATER, FL 33765

THOMAS G. BOHN
3403 MAY HURST DRIVE
INDIAN TRAIL, NC 28079

THOMAS GRAY
2315 WESTMINISTER
COSTA MESA, CA 92627

THOMAS J KELLY
1109 KILBIRNIE ROAD
BIG LAKE, MN 55309

THOMAS SPINNING LURES
316 WAYNE AVE.
PO BOX 153
HAWLEY, PA 18428

THOMAS, MICHAEL WAYNE
6575 WESTCHESTER COURT
RENO, NV 89523

THOMAS, TINA MEGGS
158 PATRICIA ST
BENNETTSVILLE, SC 29512

THOMASON FORD
19405 SE MCLOUGHLIN BLVD
GLADSTONE, OR 97027

THOMASTON MILLS, INC.
PO BOX 100855
ATLANTA, GA 30384

THOMPSON GARAGE DOORS
171 S. 18TH STREET
SPARKS, NV 89431

THOMPSON MARINE CENTER
3925 DARON HWY
BRUNSWICK, GA 31520

THOMPSON TRUE VALUE HOME CENTER
109 N MAPLE ST
CRESTON, IA 50801-2309

THOMPSON, NANCY F
338 LEE DRIVE
HAVELOCK, NC 28532

THOMPSON-PALLISTER BAIT CO. LTD.
5860 LEN THOMPSON DRIVE
LACOMBE, AB T4L 1E7
CANADA

THOMSON & THOMSON
PO BOX 71892
CHICAGO, IL 60694-1892

THORNE BAY CO
6900 191ST PLACE NE
ARLINGTON, WA 98223

THORNE BROS.
7500 UNIVERSITY AVENUE N.E.
FRIDLEY, MN 55432

THORNE, GRODNIK, & RANSEL
ATTORNEYS AT LAW
228 WEST HIGH ST
ELKHART, NC 46516-3176

THOUSAND ISLAND BAIT STORE
42980 RT 12
PO BOX 128
ALEXANDRIA BAY, NY 13607

THOUSAND TRAILS INC
4700 CROWN VALLEY RD
ACTON, CA 93510

THREE R FREIGHT
PO BOX 3951
LUBBOCK, TX 79452

THREE RIVERS CENEX
PO BOX 261
TWIN BRIDGES, MT  59754

THREE RIVERS MERCANTILE
41152 SIERRA DR
THREE RIVERS, CA  93271

THREE RIVERS RESORT
1885 W DARTMOUTH AVE
UNIT 1
ENGLEWOOD, CO  80110

THREE WAY TRANSFER OF ARKANSAS
1022 SOUTH Y STREET
FORT SMITH, AR  72901

THRIFTY OFFICE FURNITURE, INC
1023 S MIAMI BLVD
DURHAM, NC  27703

THROUGH THE LOOKING GLASS
504 ARENDELL ST
MOREHEAD CITY, NC  28557

THUNDERBIRD LODGE
2170 COUNTY ROAD 139
INTNL FALLS, MN  56649-8832

THUNDERBOLT CUSTOMS INC.
7296 SOUTH SECTIONLINE ROAD
DELAWARE, OH  43015

TI PARCEL SOLUTIONS
400 NORTHRIDGE ROAD
SUITE 1000
ATLANTA, GA  30350

TIBURON ENGINEERING
111 W. DYER ROAD
STE AA
SANTA ANA, CA  92707

TICA USA, INC.
6952 SOUTH 220TH STREET
PACIFIC BUSINESS PARK
KENT, WA  98032

TIDAL MARINE ELECTRONICS
1836 ASHLEY RIVER RD, SUITE 3
CHARLESTON, SC  29407

TIDELAND/SCHMIDT ARCHITECTS, P.C.
333 S.W. FIFTH AVE, SUITE 406
PORTLAND, OR  97204

TIDEWATER CRICKET FARM
97 MARY CIRCLE
CONCORD, NC  28025

TIE COMMERCE
24 NEW ENGLAND EXECUTIVE PARK
BURLINGTON, MA  01803

TIE DOWN ENGINEERING
5901 WHEATON DR.
ATLANTA, GA  30336

TIEDER MARINE
1606 NW PINELAKE
STUART, FL  34994

TIER 1 HEATING AND AIR
3459 US HWY 1
VASS, NC  28394

TIFFINEY VELEKA GOODWIN
601 HAWTHORNE ST
HAMLET, NC  28345

TIGER TUFF
3 CUSTOM MILL CT.
GREENVILLE, SC  29609

TIGHT LINES TACKLE INC
53 BAY ST
PO BOX 1873
SAG HARBOR, NY  11963

TIGHTLINES PUBLICATIONS LLC
14675 STRINGFELLOW ROAD
BOKEELIA, FL  33922

TILAND/SCHMIDT ARCHITECTS, P.C.
333 S.W. FIFTH AVENUE
SUITE 302
PORTLAND, OR  97204

TILLAMOOK SPORTING GOODS
2205 MAIN AVE N STE B
TILLAMOOK, OR  97141

TILLMAN, BETTY RUTH
PO BOX 161
MARSTON, NC  28363

TILLMAN, SAMANTHA MICHELLE
2688 18TH AVE E
NORTH ST PAUL, MN  55109

TIM ASSOCIATES INC.
T/A JENNETTS PIER
NAGS HEAD, NC  27959

TIM BAILEY & ASSOCIATES, INC.
18311 NAPA STREET
NORTHRIDGE, CA  91325

TIM GOEMAN
2868 CHESTNUT CIRCLE N.E.
BRAINERD, MN  56401

TIM HUNTER ASSOCIATES
229 SEAWRIGHT DRIVE
IVA, SC  29655

TIM LILLEY
PO BOX 308
REEDSVILLE, WV  26547

TIM PHELPS
27983

TIM SCHLABACH
15755 S.W. 88TH AVENUE
TIGARD, OR  97224

TIM WOLFE SCULPTURE
PO BOX 680943
CHARLOTTE, NC  28216

TIMBERLINE SPORTS
PO BOX 209
BLACKDUCK, MN  56630

TIMBERWOLF HTL LLC
PO BOX 63
PHILLIPS, WI  54555

TIMBERWOLF RESORT
3781 SWAN VALLEY HWY
PALISADES, ID  83437

TIMCO INSULATION AND FIREPLACES
PO BOX 1916
MOREHEAD CITY, NC  28557

TIME WARNER CABLE
PO BOX 70872
CHARLOTTE, NC  28272-0872

TIMES LITHO
PO BOX 7
1829 PACIFIC AVE.
FOREST GROVE, OR  97116

TIMOTHY B. DOYLE
608 8TH AVENUE S
PRINCETON, MN  55371

TIMOTHY DEAVER
112 SUN GLORY DRIVE
ROCKINGHAM, NC  28379

TIMOTHY F LESMEISTER
4270 WINDWOOD WAY
MINNETONKA, MN  55345

TIMOTHY PARKER
165 PEBBLE TRAIL
ALPHARETTA, GA  30009

TIMOTHY ROBERT LEBENS
1002 HAMLET HIGHWAY
BENNETTSVILLE, SC  29512

TIMS BAIT & TACKLE
172 BEACH ROAD
SALISBURY, MA  01952

TINKS
14161 LAKE FOREST DRIVE
UNIT A
COVINGTON, GA  30014

TINSLEY, WILL H
139 WOODWARD AVENUE
NEWPORT, NC  28570

TIOGA COUNTY SCU
PO BOX 15349
ALBANY, NY  12212-5349

TIP TO TIP INC.
PO BOX 457
CHARLOTTE HALL, MD  20622

TISH KASSA
1084 BANGOR ST
SAN DIEGO, CA  92106

TITAN FREIGHT SYSTEMS
PO BOX 30207
PORTLAND, OR  97294

TITE-LOK, MARINE DIVISION
4715 PINE CREEK ROAD
ELKHART, IN  46516

TJD ENTERPRISES, INC
BOX 2246
RESTON, VA  20195-0246

TKL ASSOCIATES
1565 COLD SPRINGS GULCH RD
GOLDEN, CO  80401

TLC OUTDOOR POWER
120 1ST AVE SE
WATERTOWN, SD  57201

TM SHEA PRODUCTS
984 LIVERNOIS RD
TROY, MI  48083

T-MAN CUSTOM TACKLE LLC
52 DIMMOCK ROAD
WATERFORD, CT  06385

TMBC, LLC
2500 E. KEARNERY
SPRINGFIELD, MO  65898

TNS COMMUNICATIONS/SHEELYS
PO BOX 86
BLACK DIAMOND, WA  98010

TNT CABLE INDUSTRIES
7979 VICKERS ST
SAN DIEGO, CA  92111

TNT GROCERY
HIGHWAY 52 SOUTH
P.O.BOX 217
HILLSVILLE, VA  24343

TNT TACKLE PLUS
1572 STATE HWY 58
EDWARDS, NY  13635

TNT USA INC
68 S SERVICE RD SUITE 340
MELVILLE, NY  11747

T-N-T
68 S SERVICE RD SUITE 340
MELVILLE, NY  11747

TOADFISH OUTFITTERS
1750 SIGNAL POINT RD , BLDG 920
CHARLESTON, SC  29412

TOBY EDWARDS
993 SOLITA DR
BILLINGS, MT  59105

TOBY RUSS
PO BOX 1997
MANTEO, NC  27954

TODAYS TACKLE
PO BOX 104
BELTRAMI, MN  56517

TODD BRADLEY
1500 MARSH PT
MOREHEAD CITY, NC  28557

TODD BURKARD
5817 GREENWAY VISTA LN
CHARLOTTE, NC  28216

TODD TRAUTWEIN, PSC
1500 MARSH PT
MOREHEAD CITY, NC  28557

TOE RIVER VALLEY OUTFITTERS
5233 NC HWY 226S
BAKERSVILLE, NC  28705

TOIT LLC
4682B FRANCHISE STREET
N.CHARLESTON, SC  29418

TOLEDO CAROLINA, INC.
PO BOX 12366
FLORENCE, SC  29504-2366

TOLEDO TACKLE
NEWPORT, NC  28557

TOLEDO, ROSA STRONG
2132 CAMELOT COURT
GASTONIA, NC  28052

TOLERS COVE MARINA
PO BOX 899
CHARLESTON, SC  29402

TOLMAN BUILDING MAINTENANCE, INC.
3508 DILIDO
DALLAS, TX  75228

TOM ALLEN
12511 AUTUMN BLAZE DR
CHARLOTTE, NC  28278

TOM BOHN
3403 MAYHURST DRIVE
INDIAN TRAIL, NC  28120

TOM BRENNAN
400 MICHAUX DRIVE
GREENVILLE, SC  29605

TOM DALE
823 OREGON ST
ORLANDO, FL  32803

TOM EDWARDS
8225 AREVEE DRIVE
LOT 728 NEWPORT
RICHIE, FL  34653

TOM FITES
ARTZ & MERRITT
1738 HILLCREST DRIVE
MASON CITY, IA  50401

TOM FRANE
FALL SPORTS HEADQUARTERS
4101 SE INTL WAY, STE 401
MILWAUKEE, OR  97222

TOM HURAK
3142 MILDRED DRIVE
PALM HARBOR, FL  34684

TOM OTT
16300 PINE RIDGE RD
FT MYERS, FL  33908

TOM POSEY CO
ATTN: GLENDA
15757 SW 74TH AVE 510
TIGARD, OR  97224

TOM PUTNAM
C/O HALF HITCH TACKLE
2206 THOMAS DR.
PANAMA CITY, FL  32408

TOM SCOTT LUMBER YARD
PO BOX 558
MT VERNON, TX  75457

TOM STEWART
749 PROVIDENCE AVE
MIDDLETON, ID  83644

TOM TEASERS CUSTOM CALLS
2500 MONTICELLO HWY
MADISON, GA  30650

TOM WACK
2116 N.W. 108TH STREET
VANCOUVER, WA  98685

TOMAHAWK POINT ROD & GUN
89 COUNTY ROUTE 58
COLTON, NY  13625

TOMMYS MARINE
1203 SOUTH CANNON BLVD.
KANNAPOLIS, NC  28083

TOMORROWS RESOURCES/TRU-BALL
131 CRENNEL DRIVE
MADISON HEIGHTS, VA  24572

TOMPKINS ASSOCIATES INCORPORATED
2809 MILLBROOK ROAD
SUITE 200
RALEIGH, NC  27604

TOMPKINS,MCGUIRE,WACHENFELD & BARRY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK, NJ  07102

TOMS AUTO REPAIR
151 HIBISCUS STREET
JUPITER, FL  33458

TOMS BAIT & TACKLE
RT 4 BOX 116
BOMOSEEN, VT  05732

TOMS BOOK STORE
416 EAST NORTH ST
SWEETWATER, TN  37874

TOMS COVE CAMPGROUND
PO BOX 122
CHINCOTEAQUE, VA  23336

TOMS GUNS
318 N. CALLOW
BREMERTON, WA  98312

TOMS GUNSMITHING & TRAPPING
DBA SHOOTERS MERCANTILE
PO BOX 17487
SALEM, OR  97305

TOMS SPORTCO
2424 N 4TH ST
COEUR DALENE, ID  83814

TOMS TACKLE SHOP
1625 NORTH FT. HARRISON
CLEARWATER, FL  34615

TOMS TROPICAL
9020 BEL AIR ROAD
BALTIMORE, MD  21236

TONEYS GUN SHOP
RT. 2 BOX 124A
RUTHERFORDTON, NC  28139

TONGASS TRADING CO
201 DOCK ST
KETCHIKAN, AK  99901

TONY CHACHERES
3 SCHENKERS DRIVE
NEW ORLEANS, LA  70062

TONY DEAN OUTDOORS
1013 NORTH GRAND
PIERRE, SD  57501

TONY RICE
2018 BANGOR ROAD
CHARLOTTE, NC  28217

TONY ROMAS
718 NE MLK JR BLVD
PORTLAND, OR  97232

TONY STALLWORTH
1204 VALLEYMEADE RD
GREENSBORO, NC  27410

TONY TUCKER
2623 MAYBERRY LOOP RD
MOREHEAD CITY, NC  28557

TONYA GABRUK
PASEO DE LA MARINA, 249 LOCAL 19A
COND. CLUB DE TENIS PUESTA DEL SOL
PTVALLARTA, JAL  48354
MEXICO

TONYS OUTDOOR SPORTING
4358 S.W. 74TH AVE
MIAMI, FL  33155

TONYS TACKLE & SPORTS
660 S. HUGHES BLVD
ELIZABETH CITY, NC  27909

TOP BAIT & TACKLE, INC.
ATTENTION: MONICA ANDREWS
RT.3 BOX 231
CUTHBERT, GA  31740

TOP BRASS TACKLE
312 INDUSTRIAL PARK
PO BOX 209
STARKVILLE, MS  39759

TOP INTERNATIONAL
4345 NW 97TH AVENUE
MIAMI, FL  33178

TOP LINE SERVICES, LLC
117 SOUTH 36 STREET
BILLINGS, MT  59101-3647

TOP OF THE WORLD STORE
2823 HWY 212
CODY, WY  82414

TOP ROD CUSTOM FLY & SURF SHOP
1082 ORLEANS RD
NORTH CHATHAM, MA  02650

TOP SECRET
NEUMUHLENALLEE
46325 BORKEN
REGINA, SK
CANADA

TOP SHELF CABINETRY, INC
10735 SW 216TH ST 416
MIAMI, FL  33170

TOP SPOT INC.
4016 STRAWBERRY RD. SUITE A
PASADENA, TX  77504

TOPPS, LADOREA KONKISHA
613 KEY STREET APT-6
CHARLOTTE, NC  28208

TOPS LAKE & SPORT SHOP
5871 US 64 EAST
PITTSBORO, NC  27312

TOPS MINI-MART
1115 EUREKA WAY
REDDING, CA  96001

TOPS PLUS
685 APOLLO AVENUE NE
ST. CLOUD, MN  56304

TOPS PLUS, INC
5522 VISTA CANADA PLACE
LA CANDA, CA  91011

TOPSAIL ISLAND CHAMBER OF COMMERCE
PO BOX 2486
SURF CITY, NC  28445

TOPSHELF LIQUOR & ARCHERY
736 S MAIN ST
CAMP VERDE, AZ  86322

TOP-U.S.A CORP.
771-N DEARBORN PARK LANE
PO BOX 625
WORTHINGTON, OH  43085

TORNADO PERSONAL DEFENSE SYSTEMS, I
1465 SLATER RD
FERNDALE, WA  98248

TO-RO ENTERPRISES INC
SUBSCRIPTION SERVICE DEPARTMENT
PO BOX 54106
BOULDER, CO  80321-4106

TORRES FENCE CO, INC
PO BOX 10137
FRESNO, CA  93745

TORRES-RAMIREZ, SABRINA JANELLE
6455 ENCHANTED VALLEY DRIVE
RENO, NV  89523

TORREY PINES LOGIC INC.
10505 ROSELLE ST100
SAN DIEGO, CA  92014

TOSFOS DEVELOPMENT
138-09 78TH AVE F
FLUSHING, NY  11367

TOSHIBA EASY LEASE
PO BOX 94639
CLEVELAND, OH  441014639

TOTAL HOME SERVICES
115 GREYSON LANE
NEWPORT, NC  28570

TOTAL PACKAGE EXPRESS, INC.
PO BOX 53435
CINCINNATI, OH  45253-0435

TOURNAMENT CABLE
28 INDIAN TRAIL
UNIT 102
CAPE MAY CT., NJ  08212

TOWA
PO BOX 13925
ARLINGTON, TX  76013

TOWN & COUNTRY CHEVROLET
16700 SE MCLOUGHLIN BLVD
MILWAUKIE, OR  97267

TOWN & COUNTRY MARKET
RT. 632 & 522
PO BOX 790
GOOCHLAND, VA  23063

TOWN OF NEWPORT
200 HOWARD BLVD
NEWPORT, NC  28570

TOWNSEND ENGINEERING CO.
2425 HUBBELL AVE
PO BOX 1433
DES MOINES, IA  50305

TOXONICS MFG., INC.
10121 BUSINESS PARK DR
MINERAL POINT, MO  63660

TOYOTA MOTOR CREDIT CORPORATION
COMMERCIAL FINANCE
PO BOX 2431
CAROL STREAM, IL  60132-2431

TP FREIGHT LINES
PO BOX 580
TILLAMOOK, OR  97141

TR&Z USA TRADING CORP.
2499 MAIN ST
STRATFORD, CT  06615

TRACY INTERNATIONAL
361 NEPTUNE AVE
W. BABYLON, NY  11704

TRADE OIL COMPANY
3602 HWY. 264 EAST
GREENVILLE, NC  27834

TRADEMARK COLOR SEPARATIONS
6217 ROOSEVELT WAY NE
SEATTLE, WA  98115-6614

TRADER HORN
495 PITTSBURGH RD
BUTLER, PA  16002

TRADER JACK BOARDMAN
PO BOX 685
HAGERMAN, ID  83332

TRADER LEES BAIT AND TACKLE
PO BOX 264
OCEAN CITY, NC  21842

TRADEWINDS CHARTER
HWY 101, DOWNTOWN
PO BOX 123
DEPOE BAY, OR  97341

TRADITIONS PERFORMANCE FIREARMS
1375 BOSTON POST RD
OLD SAYBROOK, CT  06475

TRAFFIC MANAGEMENT SERVICES, INC.
5672 INTERNATIONAL WAY
PO BOX 13070
CHARLOTTE, NC  28270-0075

TRAFTON OREGON HOLDING INC
97015

TRAIL BLAZER
100 ILSLEY AVE UNIT G
DARTMOUTH, NS  B3B 1L3
CANADA

TRAMMELL CROW COMPANY
2200 ROSS AVENUE
SUITE 3700
DALLAS, TX  75201-2770

TRANE
PO BOX 406469
ATLANTA, GA  30384-6469

TRANS-CONSOLIDATED DISTRIBUTORS
PO BOX 5062
CHATSWORTH, CA  91313

TRANSOURCE INC
8700 TRIAD DR
GREENSBORO, NC  27235

TRANSPORT CLEARINGS EAST INC.
PO BOX 1093
CHARLOTTE, NC  28201-1093

TRANSPORTATION IMPACT LLC
8002-B EMERALD DR
EMERALD ISLE, NC  28594

TRANSUS FREIGHT
PO BOX 6944
ATLANTA, GA  30315

TRANZACT TECHNOGLOGIES, INC.
360 W. BUTTERFIELD ROAD
SUITE 400
ELMHURST, IL  60126

TRASK MOUNTAIN OUTFITTERS
PO BOX 343
YAMHILL, OR  97148

TRAVEL CAFE
313 N BROADWAY
BILLINGS, MT  59101

TRAVEL TECHNOLOGY GROUP
110 WEST HUBBARD
C/O SHOT SHOW TRAVEL DESK
CHICAGO, IL  60610

TRAWICK H. STUBBS, JR.
CHAPTER 13 TRUSTEE
PO BOX 1618
NEW BERN, NC  28560

TRAYLOR, MARQUIS JAMAR
17765 WOOD LEAF CT.
RENO, NV  89508

TREADLOK
PO BOX 114
ROANOKE, VA  24002-0114

TREASURE COAST MARINE & BOATYARD
1212 CAMPBELL AVE. SE
ROANOKE, VA  24013

TREASURE ISLAND
PO BOX 98688
3000 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV  89109

TREASURE STATE ANGLER CIRCUIT
85 WEST EVERGREEN DRIVE
KALISPELL, MT  59901

TREASURE STATE PLUMBING & HEATING
206 REYNOLDS RD
BILLINGS, MT  59101

TREASURER - CITY OF MEMPHIS
PO BOX 185
MEMPHIS, TN  38101-0185

TREASURER OF VIRGINIA
MOTOR CARRIER DIVISION-OPERATIONS
PO BOX 1159
RICHMOND, VA  23209

TREASURER-STATE OF IOWA
PO BOX 10462
DES MOINES, IA  50306-0462

TREE TOPS
FIRST UNION BUSINESS CREDIT
ATTN: VICKIE STRAUSBORGER
CHARLOTTE, NC  28288-0479

TREELIMB PRODUCTS
PO BOX 234
NEY, OH  43549

TREO RANCHES
49926 HWY 207
HEPPNER, OR  97836

TREVOR BELLMORE
850 N TERRITORIAL RD
CANBY, OR  97013

TREY TINSLEY
NC  28557

TRI CITY BAIT & TACKLE
302 W. MOUNTAIN STREET
KERNERSVILLE, NC  27284

TRI COUNTY CONSTRUCTION
PO BOX 1997
MOREHEAD CITY, NC  28557

TRI STATE BAIT & TACKLE
5275 N STATE RD 127
FREMONT, IN  46737

TRI STATE INDUSTRIES
10 S MAIN ST
DUBUQUE, IA  52003

TRIAD MARINE CENTER
1200 E LINDSAY ST
GREENSBORO, NC  27405

TRIANGLE FOOD MART
1298 N HWY 16
DENVER, NC  28037

TRIANGLE MARINE CENTER
11415 US HWY 441
TAVARES, FL  32778

TRIANGLE TRANSPORTATION
PO BOX 926
MONTEBELLO, CA  90640-0926

TRI-AUDIO PRODUCTIONS
3619 85TH AVENUE NORTH-SUITE A100
BROOKLYN PARK, MN  55443

TRICAM INDUSTRIES
7677 EQUITABLE DRIVE
EDEN PRAIRIE, MN  55344

TRI-CITY SPORTING GOODS INC
40900 GRIMMER BLVD
FREMONT, CA  94538

TRI-CITY WEEKLY
PO BOX 134
EUREKA, CA  95502

TRICOM COMMUNICATION SERVICES
5400 ETTA BURKE CT. STE 100
RALEIGH, NC  27606

TRICOM INDUSTRIAL
153 MILL RD
ROCKINGHAM, NC  28379

TRIDIA CORP
1000 COBB PLACE BLVD NW
BLDG 200, STE 210
KENNESAW, GA  30144-3684

TRIK FISH
1240 COMMONS CT
CLERMONT, FL  34711

TRI-LIFT INDUSTRIES, INC.
DEPT. 335
PO BOX 1431
CHARLOTTE, NC  28201

TRILLIUM CREATIVE
2855 35TH AVENUE WEST
SEATTLE, WA  98199

TRINIDAD TACKLE INC.
PO BOX 765
LAKEHEAD, CA  96051

TRINITY ALPS ANGLING
BOTTOM OF OHIO HIGH
LEWISTON, CA  96052

TRINITY JOURNAL INC.
PO BOX 340
WEAVERVILLE, CA  96093

TRIPLE C PAWN & GUN, INC
579 WINTER ST
LUCEDALE, MS  39452

TRIPLE S PARTNERSHIP
2207 D WEST MAIN STREET
WILSON, NC  27893

TRIPLETT, KAREN ELIZABETH
113 SPRING DR
ROCKINGHAM, NC  28379

TRIPPS SEAFOOD
172 HWY. 70 WEST
PO BOX 60
HAVELOCK, NC  28537

TRI-STAR INDUSTRIAL EQUIP
38134

TRI-STAR INDUSTRIAL EQUIP.
38134

TRISTAR
1816 LINN ST
N. KANSAS CITY, MO  64116

TRI-STATE DISTRIBUTOR
1104 W PULLMAN RD
MOSCOW, ID 83843-2159

TRI-STATE DOORS
PO BOX 1027
BYHALIA, MS  38611

TRI-STATE MOTOR TRANSIT
PO BOX 10847
SPRINGFIELD, MO  65808

TRIUMPH MARINE
900 US 27 S
LAKE WALES, FL  33853

TRIWORKS, LLC
PO BOX 1773
MOREHEAD CITY, NC  28557

TRIXIES FINERIES
PO BOX 1161
WRIGHTSVILLE BC, NC  28480

TRM INC
156 ANNARON CT
RALEIGH, NC  27603

TROLLING MOTOR SHOP
2221 N AIRWAY
BATON ROUGE, LA  70815

TRONE, INC
4035 PIEDMONT PKWY
HIGH POINT, NC  27265

TROPHY BLEND
27331 N RAMSEY RD
ATHOL, ID  83801

TROPHY TECHNOLOGY, INC.
C/O DFW DISTRIBUTION
3636 N. BUCKNER BLVD.
DALLAS, TX  75228

TROPICAL SALES
MOREHEAD CITY, NC  28570

TROTTER JONES LLP
3527 WALTON WAY
AUGUSTA, GA  30909

TROTTER JONES, LLP
3527 WALTON WAY
WALTON SQUARE
AUGUSTA, GA  30909-1881

TROUGH GENERAL STORE INC
PO BOX 357
ROMNEY, WV  26757

TROUT & GROUSE
296 OLD CORRAL RD
BAILEY, CO  80421

TROUT RUN SPORTS
438 N READING RD
EPHRATA, PA  17522

TROY B WILLIAMSON II
PO BOX 967
615 N UPPER BROADWAY, STE 800
CORPUS CHRISTI, TX  78403

TROY D HENRY, JR
NEWPORT, NC  28570

TROY MARINE, LLC
4796 BRIDGE RD
SUFFOLK, VA  23435

TROY PRUITT
1605 N POST ST
POST FALLS, ID 83854

TROY SPORTSHOP
1309 R. SO. BRUNDIDGE STREET
TROY, AL 36081

TRUCKEE MEADOWS WATER AUTHORITY
PO BOX 12000
RENO, NV 89520

TRUCKERS EXPRESS, INC.
PO BOX 4267
MISSOULA, MT 59806

TRUE OUTDOORSMAN INC.
26371 AVERY PARKWAY B
ATTN. STACY
MISSION VIEJO, CA 92692

TRUE VALUE COMPANY - EVENTS
2342 PAYSPHERE CIRCLE
CHICAGO, IL 60674

TRU-FIRE
101 MAIN STREET
SUPERIOR, WI 54880

TRUGLO, INC.
525 INTERNATIONAL PARKWAY
RICHARDSON, TX 75081

TRUIST BANK
PO BOX 791622
BALTIMORE, MD 21279-1622

TRULL, MARTINA LEVON
106 HIGHLAND STREET
ROCK HILL, SC 29730

TRUMANS BAIT & TACKLE
608 ROUTE 28
WEST YARMOUTH, MA 02673

TRU-NORD COMPASS
1504 ERICK LANE
BRAINERD, MN 56401

TRUSIGHT
9805 45TH AVE NORTH
PLYMOUTH, MN 55442

TRU-SQUARE METAL PROD
640 FIRST ST SW 98001
PO BOX 585
AUBURN, WA 98071

TRU-TURN INC.
PO BOX 1177
WETUMPKA, AL 36092

TRYON PALACE SEAFOOD
520 TRYON PALACE RD
NEW BERN, NC 28560

TS TACKLE
FUQUAY, NC 27526

TU ELECTRIC
PO BOX 100001
DALLAS, TX 75310

TUCKER ALBIN AND ASSOCIATES, INC.
1702 N. COLLINS BLVD
STE 100
RICHARDSON, TX 75080

TUCKERTOWN GULF
DENTON, NC 27239

TUMAC MACHINERY
PO BOX 1137
WALLA WALLA, WA 99362

TUMBLING CREEK CONCESSION
HWY 747
SALTVILLE, VA 24370

TUMWATER SPORTS
6200 CAPITOL BLVD., S.E.
TUMWATER, WA 98501

TUNDRA TACKLE CO.
27776 MARK AVENUE
NEW PRAGUE, MN 56071

TUPPERWARE CONVENTION CENTER
PO BOX 2353
ORLANDO, FL 32802-2353

TURBYFILL ENTERPRISES
1611 A & B MILITARY RD
BENTON, AR 72015

TURKEY CREEK HOOK LINE & SINKER
4350 DIXIE HWY N.E.
PALM BAY, FL 32905

TURNAGE CORPORATION
PO BOX 1677
MOREHEAD CITY, NC 28557

TURNER TECHINICAL SERVICE
P.O.BOX 624
NEWPORT, NC 28570

TURNER, AARON LANCE
575 MAIN STREET
AVINGER, TX 75630

TURNER, PADGET, GRAHAM & LANEY, P.A.
17TH FLOOR, 1901 MAIN ST
PO BOX 1473
COLUMBIA, SC  29202

TURNER-HUNTER, ABEDNEGO S
2815 BALTIMORE AVENUE
CHARLOTTE, NC  28203

TURNERS OUTDOORSMAN
12615 COLONY STREET
CHINO, CA  91710

TURNERS SPORTSFAIR
4026 STATE ST
BOISE, ID  83703

TUSCARORA LODGE
193 ROUND LAKE RD
GRAND MARAIS, MN  55604-2092

TUTTS BAIT & TACKLE
PO BOX 75
HIGHWAY 18 WEST
GARRISON, MN  56450

TWIGGS COUNTY
TAX COMMISSIONER
PO BOX 187
JEFFERSONVILLE, GA  31044

TWIN LAKES BAIT COMPANY
PO BOX 509
BOVEY, MN  55709

TWIN LAKES RESORT
PO BOX 3550
SUNRIVER, OR  97707

TWIN PEAKS RANCH
PO BOX 774
SALMON, ID  83467

TWIN RIVERS ACOUSTICS, LLC
PO BOX 13503
NEW BERN, NC  28561

TWIN STOP
3193 KIMBERLY RD
TWIN FALLS, ID  83301

TWINS COUNTRY MART, INC.
5950 SEMORA ROAD
ROXBORO, NC  27573

TWISTED TREATS
104 SKYLAR LANE
ROCKINGHAM, NC  28379

TWO HAWK EMPLOYMENT SERVICES LLC
3021 N ROBERTS AVE
LUMBERTON, NC  28360

TWO STAR ENTERPRISES
4641 WOODSIDE DRIVE
OLD HICKORY, TN  37138

TWS TACKLE
PO BOX 278
KITTY HAWK, NC  27949

TXAT LLC
3200 KIRBY DRIVE SUITE 801
HOUSTON, TX  77098

TYLER EADES
OR  97015

TYLER WILLIS
NEWPORT, NC  28570

TYNER PETRUS CO. INC
100 MILL STREET
W MONROE, LA  71291

TYRANT TACKLE INC.
3919 LLOYD STREET
GREEN BAY, WI  54311

TYSON, ANGELA LEUGERS
12840 DEBRA DR
LAURINBURG, NC  28352

U
PO BOX 4798
SUNSET BEACH, NC  28467

U.B. VEHICLE LEASING INC., AGENT
PO BOX D-3641
BOSTON, MA  22413641

U.P.S.
ATTN: SHARON MCMULLEN
215 MARVIN MILLER DRIVE
SOUTHWEST ATLAN, GA  30336-9903

U.S. CUSTOMS SERVICE
PO BOX 68911
6026 LAKESIDE BLVD.
INDIANAPOLIS, IN  46268

U.S. DEPARTMENT OF JUSTICE
FINANCIAL LITIGATION UNIT
310 NEW BERN AVE. STE 800 FED BLDG
RALEIGH, NC  27601-1461

U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

U.S. DEPT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 4142
GREENVILLE, TX  75403-4142

U.S. DIARY
P.O.BOX 6213
CAROL STREAM, IL  60197-6213

U.S. DISTRIBUTING
7911 NE 33RD DR
UNIT 140
PORTLAND, OR  97211

U.S DIVERS
2340 COUSTEAU CT.
VISTA, CA  92083

U.S. NEWS & WORLD REPORT
BUSINESS SUBSCRIPTION DEPARTMENT
PO BOX 55911
BOULDER, CO  80321-5911

U.S. POLY
16143 NORTH OUTER ROAD
DEXTER, MO  63841

U.S. POSTAL SERVICE
SNAPPER CREEK BRANCH
11000 SW 104 STREET
MIAMI, FL  33177

U.S. POSTMASTER
BOX RENT CLERK/PIONEER STATION
724 15TH ST W
BILLINGS, MT  59102-9998

U.S.S. NORTH CAROLINA
OPERATION SHIPSHAPE
MOREHEAD CITY, NC

U.S.TRADE DISCOUNT INC.
9200 BONITA BEACH ROAD
STE.210
BONITA SPRINGS, FL  33923

UARCO
PO BOX 71660
CHICAGO, IL  60694-1660

UBEO BUSINESS SERVICES
PO BOX 791790
BALTIMORE, MD  21279-1790

UDAP INDUSTRIES
1703 WATERLINE RD
BUTTE, MT  59701

UEBELHOR BAIT & GUN SHOP
182 2ND AVENUE
JASPER, IN  47546

UFCW NW FEDERAL CREDIT UNION
P O BOX 16160
PORTLAND, OR  97292

UGI
PO BOX 15503
WILMINGTON, DE  19886-5503

UKIAH DAILY JOURNAL
590 S SCHOOL ST
UKIAH, CA  95482

UL INFORMATION AND INSIGHTS INC.
23 BRITISH AMERICAN BLVD
LATHAM, NY  12110

UL VERIFICATION SERVICES, INC.
62045 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0620

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL  60085

ULLOA, BRENDA JUDITH
13010 FENCELINE DRIVE
CHARLOTTE, NC  28278

ULRICH, CHRISSY MARIE
1521 VINE STREET
UNIT 202
DENVER, CO  80206

ULTIM LTD
8526 CEDAR STREET
FOX LAKE, IL  60020

ULTIMATE FISHING GEAR, INC.
13575 LYNAM DRIVE
OMAHA, NE  68138

ULTIMATE MANUFACTURING
929-930 9/F STAR HOUSE
3 SALISBURY ROAD TSIMSHATSUI
KOWLOON
HONG KONG

ULTIMATE OFFICE
PO BOX 688
FARMINGDALE, NJ  07727-0688

UMAREX USA INC.
7700 CHAD COLLEY BLVD
FORT SMITH, AR  72916

UMPQUA ACQUISITION CORP
PO BOX 700
GLIDE, OR  97443-0700

UMPQUA FEATHER/SHAMROCK FLIES
594 S. ARTHUR AVENUE
LOUISVILLE, CO  80027

UNCLE BOBS FISHING SUPPLIES
690 N MONTANA ST
DILLON, MT  59725-3347

UNCLE JOSH BAIT CO.
PO BOX 130
FT. ATKINSON, WI  53538-0130

UNCLE JOSH
525 JEFFERSON ST
FT ATKISON, WI 53538

UNCLE REDS TACKLE
29123 PENDIDO BLVD
ORANGE BEACH, AL 36561

UNCLE SAMS TRADING POST
12228 EDINBORO RD
EDINBORO, PA 16412

UNCLE WALTS TACKLE
2704 N HOGAN, UNIT 7
SPOKANE, WA 99207-4979

UNDRARH GOMBOSUREN
1500 N 30TH ST
PETRO 540A
BILLINGS, MT 59101

UNEMPLOYMENT COMPENSATION DIVISION
PO BOX 78960
MILWAUKEE, WI 53278-0960

UNFAIR LURES INT. LLC
1212 N CIRCLE DR
CRYSTAL RIVER, FL 34429

UNIDEN AMERICA CORPORATION
301 INTERNATIONAL PARKWAY,
SUITE 460
FLOWER MOUND, TX 75022

UNIDIRECT
DEPARTMENT CH 10937
PALATINE, IL 60055-0937

UNIFIED AV SYSTEMS, INC
PO BOX 161122
ATLANTA, GA 30321-1122

UNIFIRST CORP
2455 DOWNING RD
FAYETTEVILLE, NC 28312

UNIFLEX
383 WEST JOHN ST
PO BOX 9004
HICKSVILLE, NY 118029004

UNIFORM CODE COUNCIL INC.
PO BOX 1244
DAYTON, OH 45401

UNIFORM MASTERS
3276 DEMOCRAT RD 1
MEMPHIS, TN 38118

UNION PROPERTY OPERATIONS NRE V LLC
PO BOX 843645
DALLAS, TX 75284-3645

UNION TRIBUNE
PO BOX 121565
SAN DIEGO, CA 92112-5565

UNIQUE OFFICE SOLUTIONS, INC.
2522 E. WOODLYN WAY
GREENSBORO, NC 27407

UNIQUE SPORTS PRODUCTS
840 MCFARLAND RD
ALPHARETTA, GA 30201

UNIQUE WIPERS COMPANY
PO BOX 1849
HIGH POINT, NC 27261

UNITED BUILDING CENTER
PO BOX 5550
WINONA, MN 55987

UNITED CONTAINER CO.
233 HAWTHORNE AVE
ST JOSEPH, MI 49085

UNITED MANAGEMENT SYSTEMS, INC.
515 KEISLER DRIVE
SUITE 104
CARY, NC 27511

UNITED PARCEL SERVICE
PO BOX 2477
WEST COLUMBIA, SC 29171

UNITED PARCEL SERVICE
PO BOX 3690
MISSION VIEJO, CA 92690

UNITED PARCEL SERVICE, INC
3075 VETERANS HWY
RONKONKOMA, NY 11779

UNITED PLASTIC MOLDERS, INC
105 E. RANKIN DR
JACKSON, MS 39201

UNITED RENTALS
PO BOX 100711
ATLANTA, GA 30384-0711

UNITED SALES ASSOCIATES
4721 OAKWOOD ROAD
COLUMBIA, SC 29206

UNITED SPECIAL SPORTSMAN ALLIANCE
21 COMMERCE DRIVE
CRANBURY, NJ 08512

UNITED STATES POSTAL SERVICE
ATTN: TEAM ONE - TMS
CITIBANK LOCKBOX 0217
NEW CASTLE, DE 19720

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE CENTER
CINCINNATI, OH  45999-0009

UNITED SYSTEMS INC.
5875 PEACHTREE INDUSTRIAL BLVD.
BLDG. 200, SUITE 200
NORCROSS, GA  30092

UNITED VAN LINES, INC.
PO BOX 500763
ST. LOUIS, MO  63150-0763

UNITED WAY OF RICHMOND COUNTY
PO BOX 153
ROCKINGHAM, NC  28380

UNIVERSAL POWER GROUP INC
488 S. ROYAL LANE
COPPELL, TX  75019

UNIVERSAL PRINTING COMPANY
3100 N.W. 74 AVENUE
MIAMI, FL  33122

UNIVERSAL TELESCOPIC
PO BOX 140
43 PARK LANE
BRISBANE, CA  94005

UNIVERSAL VISE CORP
16 UNION AVE
WESTFIELD, MA  01085

UNIVERSITY OF NC WILMINGTON
ATTN: ADVANCEMENT SERVICES
601 S. COLLEGE ROAD
WILMINGTON, NC  28403-5905

UNIWAY OF METRO ATLANTA
5952 PEACHTREE IND. BLVD
NORCROSS, GA  30071

UNKS OUTDOORS
PO BOX 472
OLIVE HILL, KY  41164

UNWIRED BROADBAND INC
364 W FALLBROOK SUITE 102
FRESNO, CA  93711

UPGRADE OFFER, ESRI
1825 SUMMIT AVENUE
SUITE 201
PLANO, TX  75074

UPS BATTERY CENTER LTD
147 LIMESTONE CRESCENT
NORTH YORK, ON  M3J 2R1
CANADA

UPS CUSTOMHOUSE BROKERAGE, INC
PO BOX 34486
LOUISVILLE, KY  40232

UPS EXPEDITED MAIL SERVICES, INC.
744 SPRING VALLEY PKWY
SPRING CREEK, NV  89815

UPS EXPEDITED MAIL SVCS INC
ATTN: DONNIE DALY
8043 INDUSTRIAL PARK
MECHANICSVILLE, VA  23116

UPS FREIGHT SERVICES
231 NORTH THIRD STREET
PEMBINA, ND  58271

UPS STORE
2435 EAST NORTH STREET
GREENVILLE, SC  29615-1442

UPS SUPPLY CHAIN SOLUTIONS INC
ATTN: CUSTOMS BROKERAGE SVCS
PO BOX 34486
LOUISVILLE, KY  40232

UPS SUPPLY CHAIN SOLUTIONS
PO BOX 800
CHAMPLAIN, NY  12919

UPS SUPPLY CHAIN SOLUTIONS, INC
28013 NETWORK PL
CHICAGO, IL  60673-1280

UPS/GLENLAKE INSURANCE
PO BOX 1265
NEWPORT NEWS, VA  23601

UPS-N-DOWNS LLC
PO BOX 572
DETROIT, OR  97342

URBAN EXPOSITIONS & DEVELOPMENT
1395 SOUTH MARIETTA PARKWAY
BLDG. 400, SUITE 210
MARIETTA, GA  30067

URBAN PARK CONCESSIONAIRES
2150 MAIN ST, STE 5
RED BLUFF, CA  96080

URBANNA BRIDGE MARINA
PO BOX 358
URBANNA, VA  23175

URGENT CARE CENTERS OF CAROLINA
PO BOX 30428 DEPT 308
CHARLOTTE, NC  28230

URIAH
2881 NORTH LECOMPTE AVE
SPRINGFIELD, MO  65803

US AIR CARGO REVENUE ACCOUNTING
PO BOX 640163
PITTSBURGH, PA  152640163

US AIRWAYS CLUB
PO BOX 307
PITTSBURGH, PA  15230-9766

US AIRWAYS MASTERCARD
PO BOX 13337
PHILADELPHIA, PA  19101-3337

US ATTORNEYS OFFICE, E.D. NORTH
CAROLINA
150 FAYETTEVILLE STREET, SUITE2100
RALEIGH, NC  27601

US BANK EQUIPMENT
1310 MADRID ST, SUITE 101
MARSHALL, MN  56258

US BANK
CREDIT REFERENCE SERVICES PL-5
PO BOX 2847
PORTLAND, OR  97208-2847

US BANK
PO BOX 790041
ST LOUIS, MO  63179-9719

US BANKRUPTCY ADMINISTRATOR, E.D.N.C.
434 FAYETTEVILLE STREET, SUITE640
RALEIGH, NC  27601

US CELLULAR
NC 13 SUITE 900
205 S.W. GREENVILLE BLVD
GREENVILLE, NC  27834

US CITIZENSHIP AND IMMIGRATION SERV
PO BOX 4365
BASALT, CO  81621

US CUSTOMS SERVICE
PO BOX 100769
ATLANTA, GA  30384

US CUSTOMS
PO BOX 100769
ATLANTA, GA  30384

US DEPT OF TRANSPORTATION
HAZARDOUS MATERIALS REGISTRATION
PO BOX 70985
CHARLOTTE, NC  28272-0985

US DISTRIBUTING
10645 N. TATUM BLVD
SUITE 200-443
PHOENIX, AZ  85028-3053

US FOODSERVICE
PO BOX 65844
CHARLOTTE, NC  28265-0844

US OFFICE PRODUCTS
PO BOX 2060
RALEIGH, NC  27602

US PEACEKEEPER
15165 SIERRA BONITA LANE
CHINO, CA  91710

US POSTAL SERVICE
CMRS-FP
PO BOX 0505
CAROL STREAM, IL  60132-0505

US POSTAL SERVICE
CMRS-POC
PO BOX 7247-0255
PHILADELPHIA, PA  19170-0255

US POSTAL SERVICE
PO BOX FEE PAYMENT
POSTMASTER
MOREHEAD CITY, NC  28557-9998

US POSTAL SERVICE
USPS-HASLER
PO BOX 7247-0217
PHILADELPHIA, PA  19170-0217

US POSTMASTER - MEMPHIS
38101-9651

US POSTMASTER - MEMPHIS
MEMPHIS, TN  38101-9651

US POSTMASTER
BOX RENT CLERK/PIONEER STATION
724 15TH ST W
BILLINGS, MT  59102-9998

US SPORTSMENS ALLIANCE
THE US SPORTSMENS ALLIANCE
801 KINGSMILL PKWY
COLUMBUS, OH  43229-1137

US TRADEMARK REGISTRATION OFFICE
REGISTRATION AND MONITORING DIV
633 W FIFTH ST, 28TH FLOOR
LOS ANGELES, CA  90071-2005

USA MAGAZINES
13050 E. FLORENCE AVENUE
SANTA FE SPRINGS, CA  90670

USA TRUCK, INC.
PO BOX 449
VAN BUREN, AR  72957-0449

USAIR
CREDIT DEPARTMENT
PO BOX 640184
PITTSBURGH, PA  15264-0184

USED PALLET CO
4115 S ORANGE AVE
FRESNO, CA  93725

USF BESTWAY
PO BOX 29152
PHOENIX, AZ  85038

USF DUGAN
PO BOX 9448
WICHITA, KS  67277-0448

USF HOLLAND
PO BOX 9021
HOLLAND, MI  49422-9021

USF LOGISTICS
2960 E VICTORIA ST
RANCHO DOMINGUE, CA  90221

USF RED STAR EXPRESS
24 WRIGHT AVENUE
AUBURN, NY  13021-0995

USF RED STAR
PO BOX 13458
NEWARK, NJ  07188-0458

USF REDDAWAY INC
PO BOX 31001-0890
PASADENA, CA  91110-0890

USF REDDAWAY
PO BOX 1035
CLACKAMAS, OR  97015

USF REDDAWAY
PO BOX 31001-0890
PASADENA, CA  91110-0890

USPS
CITIBANK DELAWARE ATTN:LOCKBOX 0255
1615 BRETT RD
NEW CASTLE, DE  19720

USRAC/WINCHESTER
275 WINCHESTER AVE
MORGAN, UT  84050

UTAH DEPARTMENT OF WORKFORCE
SERVICES
P.O. S 45249
SALT LAKE CITY, UT  84145-0249

UTAH LABOR COMMISSION
160 E 300 S, 3RD FLOOR
SALT LAKE CITY, UT  84111-6600

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT  84134-0100

UTAH U.C. FUND
PO BOX 45233
SALT LAKE CITY, UT  84145-0233

UTILITIES REDUCTION SPECIALISTS, INC
PO BOX 1810
CLEMMONS, NC  27012

UV BRAND MANAGEMENT/TIGHTLINES UV CO
929 W 3RD STREET
PO BOX 542
MARYVILLE, MO  64468

V W EIMICKE ASSOCIATES INC
PO BOX 160
BRONXVILLE, NY  10708

V&G LURES, LLC
210 CHARLES COURT
SLIDELL, LA  70458

V&R SALES INC
3365 SHELIA CIRCLE
WHITE PINE, TN  37890

V.I.P. SERVICES, INC
1206 CORDOVA ST
BILLINGS, MT  59101

VADOS BAIT
7895 HWY 65 N.E.
MINNEAPOLIS, MN  55432

VAIL MARINE SERVICE & SUPPLY
624 10TH STREET
VIRGINIA BEACH, VA  23451

VAIRA & RILEY
1600 MARKET ST
PHILADELPHIA, PA  19103

VAL SPILLETT
194 N 100 EAST
HYDE PARK, UT  84318

VALCOM BUSINESS CTR.
PO BOX 639
809 COLUMBIA ROAD
ABBEVILLE, AL  36310

VALENCIA MARIN, FLOR MARIA
6727 FISHERS FARM LANE
UNIT D1
CHARLOTTE, NC  28277

VALENTINOS, INC.
3014 E. INDEPENDENCE BLVD.
CHARLOTTE, NC  28205

VALERIE MARTINEZ
830 CR 1610
MARLOW, OK  73055

VALLEY CO-OPS
1833 S LINCOLN
JEROME, ID  83338

VALLEY COUNTRY TACKLE
4351 S PARKER RD
AURORA, CO  80015

VALLEY FALLS STORE
28314 HWY 395
LAKEVIEW, OR  97630

VALLEY FIRE EXTINGUISHER CO, INC
1433 N MAPLE
FRESNO, CA  93703

VALLEY FORGE FLAG, INC.
875 BERKSHIRE BLVD. SUITE 101
WYOMISSING, PA  19610

VALLEY GRANDE GROCERY
7021 ALABAMA HWY 22
SELMA, AL  36701

VALLEY VILLAGE VARIETY
4-901F KUHIO HWY
KAPAA, HI  96746

VALLEY WAREHOUSING & LEASING CO
4550 COFFEE PORT RD
BROWNSVILLE, TX  78520

VALLEY WIDE CO-OP
PO BOX 365
RUPERT, ID  83550

VALOR CORP
1001 SAW GRASS CORP PKWY
SUNRISE, FL  33323

VAN DREHLE, LOGAN JAMES
5 RIVERCREST DRIVE
APT 106
ST. CLOUD, MN  56303

VAN HOOK BAIT & TACKLE
65020

VAN PRODUCTS OF WILMINGTON
394-A GREEN MEADOWS DR
WILMINGTON, NC  28405

VAN REED GROUP LLC
PO BOX 205
WERNERSVILLE, PA  19565

VANASSE BAIT & TACKLE
28 DANDY POINT ROAD
HAMPTON, VA  23664

VANGUARD BANK & TRUST
VERIFICATION OF DEPOSIT OPERATIONS
PO BOX 16
COLUMBUS, GA  31902

VANGUARD PACKAGING
8800 N.E. UNDERGROUND DRIVE
PILLAR 255E
KANSAS CITY, MO  64161-9776

VANNS GUNS & RELOADS
246 BRADFORD ROAD
PLATTSBURGH, NY  12901

VANS DEER PROCESSING INC
777 HWY468
BRANDON, MS  39042

VARCITY
254 E. HACIENDA AVE.
CAMPBELL, CA  95008

VARGAS, ANGELINA
8805 HIGH CHASE LANE
CHARLOTTE, NC  28273

VARIETY STORES INC
ATTN: ROSA HUGHES
P.O. DRAWER 947
HENDERSON, NC  27536

VARILEASE FINANCE, INC.
2800 EAST COTTONWOOD PARKWAY
2ND FLOOR
SALT LAKE CITY, UT  84121

VASQUEZ, ANA MARGARITA
7950 SHADY OAK TRAIL APT 218
CHARLOTTE, NC  28210

VASQUEZ, CATALINA
11220 VINTAGE LANE
CHARLOTTE, NC  28226

VASQUEZ, EDITA ALTAGRACIA
1900 OHARA DRIVE
CHARLOTTE, NC  28273

VAUGHN BELTING CO, INC
200 NORTHEAST DR
SPARTANBURG, SC  29303

VAUGHN COMMUNICATIONS INC.
PO BOX 65587
ST. PAUL, MN  55165-0587

VAYNER ACTION SPORTS LLC
3187 RED HILL AVENUE
SUITE 110
COSTA MESA, CA  92626

VAZQUES MALDONADO, JOSE
4650 SIERRA MADRE DRIVE
482
RENO, NV  89502

VAZQUEZ, TORY LARENZO
8314 BELSTEAD BROOK COURT
CHARLOTTE, NC  28216

VDARA
SALES & MARKETING DEPT
4882 FRANK SINATRA DR
LAS VEGAS, NV  89109

VEASEY ADVENTURES
4006 BARRETT DRIVE
SUITE 101
RALEIGH, NC  27609

VECMAR CORP. INTERNATIONAL
7595 JENTHER DRIVE
MENTOR, OH  44060

VECTRONICS MARKETING, INC.
6292 FALLBROOK RD.
SUITE 100
EDEN PRAIRIE, MN  55344

VEEAM SOFTWARE CORP
6479 REFLECTIONS DR, STE 200
COLUMBUS, OH  43017

VEGA, CIARA ELY
978 BOXCAR LANE
SPARKS, NV  89431

VEGA, GABRIELA
2530 YORI AVENUE
RENO, NV  89502

VEGAS PLUS SECURITY & EVENT STAFFING
4530 S. EASTERN AVENUE
SUITE 8
LAS VEGAS, NV  89119

VEHICLE REGISTRATION COLLECTIONS
STATE OF CALIFORNIA
PO BOX 419001
RANCHO CORDOVA, CA  95741-9001

VELASQUEZ, SCARLETT D
1870 BOTANICAL DRIVE
CHARLOTTE, NC  28278

VELEZ, YILDA
13124 WINTER HAZEL ROAD
APT 203
CHARLOTTE, NC  28278

VELOCITYEHS
1305 N FLORIDA AVE
TAMPA, FL  33602

VENABLE, BAETJER AND HOWARD, LLP
1800 MERCANTILE BANK & TRUST BLDG.
TWO HOPKINS PLAZA
BALTIMORE, MD  21201-2978

VENDING CONSULTANTS INC.
8040 UNIVERSITY BLVD.
DES MOINES, IA  50325

VENICE MARINE
PO BOX 11
BELLE CHASSE, LA  70037

VENOM OUTDOORS
13700W COUNTY ROAD B
HAYWARD, WI  54843

VENTAFISH
PO BOX 20717
TALLAHASSEE, FL  32316

VENTURE WHOLESALE
144 NORICK DRIVE
KINGS MOUNTAIN, NC  28086

VERA L GRECHANUK
503 WICKS LANE
BILLINGS, MT  59105

VERAMARK TECHNOLOGIES, INC
1565 JEFFERSON RD, SUITE 120
ROCHESTER, NY  14623

VERBIDIO, INC.
60 S. 6TH STREET
STE 2800
MINNEAPOLIS, MN  55402

VERIPACK.COM
PO BOX 3075
FRAMINGHAM, MA  01701-3075

VERISIGN INC
75 REMITTANCE DR, STE 1689
CHICAGO, IL  60675

VERISIGN, INC.
PO BOX 17305
BALTIMORE, MD  21297-0525

VERITIV OPERATING CO.
FILE 57006
LOS ANGELES, CA  90074-7006

VERIZON BUSINESS
PO BOX 371355
PITTSBURGH, PA  15250-7355

VERIZON SOUTH
PO BOX 920041
DALLAS, TX  75392-0041

VERIZON WIRELESS
PO BOX 15062
ALBANY, NY  12212-5062

VERIZON
PO BOX 28000
LEHIGH VALLEY, PA  18002-8000

VERIZON
PO BOX 920041
DALLAS, TX  75392-0041

VERLYN JOHNSON, MR.
200 STARGAZER LANE
NEWPORT, NC  28570

VERMONT DEPARTMENT OF TAXES
BUSINESS TAXES DIVISION
PO BOX 547
MONTPELIER, VT  05601-0547

VERMONT DEPT OF EMPLOY & TRAINING
P.O.BOX 488
ATTN: CASHIER
MONTPELIER, VT  05601-0488

VERMONT DEPT. OF TAXES
BUSINESS TAX DIV. 109 STATE STREET
MONTPELIER, VT  05609-1401

VERMONT FIELD SPORTS
1458 RT 7 SOUTH
MIDDLEBURY, VT  05753

VERMONT FISHING TACKLE
10522 S VERMONT AVE
LOS ANGELES, CA  90044

VERMONT OUTDOOR SPORTS
748 SHELDON ROAD
ST. ALBANS, VT  05478

VERNS COUNTRY CORNER
4390 BIMINI CT
LITTLE RIVER, SC  29566

VERO VELLINI/PIONEER RESEARCH
97 FOSTER ROAD SUITE 5
MOORESTOWN, NJ  08057

VERSA ELECTRONICS
3943 QUEBEC AVENUE NORTH
MINNEAPOLIS, MN  55427

VERSACARRY
1003 N EARL RUDDER FWY
BRYAN, TX  77802

VERTANA OUTDOORS
26 ROSEWOOD LANE
ESSEX JUNCTION, VT  05452

VESTIS
25259 NETWORK PLACE
CHICAGO, IL  60673-1252

VEXILAR, INC.
6667 W. OLD SHAKOPEE ROAD 101
MINNEAPOLIS, MN  55438

VFW POST NO. 7315
PO BOX 331
HAVELOCK, NC  28532

VICTOR SMITH
519 CHARLOTTE STREET
HAMLET, NC  28345

VICTORINOX SWISS ARMY INC
7 VICTORIA DRIVE
PO BOX 1212
MONROE, CT  06486-1212

VICTORY ARCHERY
1945 KELLOG AVE.
CARLSBAD, CA  92008

VICTORY BOLT & SPECIALTY
1945 KELLOG AVE.
CARLSBAD, CA  92008

VICTORY JUNCTION GANG CAMP
4500 ADAMS WAY
RANDLEMAN, NC  27317

VICTORY LAND OUTDOORS
14481 LOCHRIDGE BLVD
COVINGTON, GA  30014

VIDA COMMUNITY MARKET
PO BOX 127
VIDA, OR  97488

VIKING FREIGHT SYSTEM
PO BOX 649001
SAN JOSE, CA  95164-9001

VIKING FREIGHT
PO BOX 21415
PASADENA, CA  91185-1415

VIKING OFFICE PRODUCTS
PO BOX 30488
LOS ANGELES, CA  90030-0488

VILCHEZ ROJAS, CELIA ZULEMA
13125 STEELECROFT PARKWAY
APT 102
CHARLOTTE, NC  28278

VILLAGE DISCOUNT, INC.
478 W. MAIN ST
PO BOX 1629
HILLSBORO, NH  03244

VILLAGE HARDWARE
PO BOX 873
ORIENTAL, NC  28571

VILLAGE JEWELRY & SPORT
119 E ALABAMA ST
BUTLER, AL  36904

VILLAGE SQUARE
3300 FAIRFIELD AVE.
ST. PETERSBURG, FL  33712

VILLANUEVA, GRACIELA JAQUELINE
11834 PLANTERS ESTATES DRIVE
CHARLOTTE, NC  28278

VINCENT DRUGS
PO BOX 8
HAMPTON, SC 29924

VINCENT MONRRIAL D/B/A
VS CARPET CLEANING
1309 D TIMBERLAKE
ARLINGTON, TX 76010

VIRGEN, LILIANA ARREOLA
534 BRINKBY AVENUE APT 609
RENO, NV 89509

VIRGIL DENTON
PO BOX 2069
MARGANTON, NC 28680

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1103
RICHMOND, VA 23208-1103

VIRGINIA DEPT OF LABOR & INDUSTRY
600 E MAIN ST, SUITE 207
RICHMOND, VA 23219-4101

VIRGINIA DEPT OF TAXATION
PROCESSING SERVICES DIVISION
PO BOX 1202
RICHMOND, VA 23209

VIRGINIA DUCKS UNLIMITED
C/O CHARLES CABELL
PO BOX 1320
RICHMOND, VA 23210

VIRGINIA EMPLOYMENT COMMISSION
P O BOX 27483
RICHMOND, VA 23261-7483

VIRGINIA EMPLOYMENT COMMISSION
P.O. S 26441
RICHMOND, VA 23261-6441

VIRGINIA GARMENT CO. INC.
PO BOX
RICHMOND, VA 23223

VIRGINIA SURPLUS
105 3RD STREET NORTH
VIRGINIA, MN 55792

VIRGS LANDING
1215 EMBARCADERO
MORRO BAY, CA 93442

VIRIDIAN GREEN LASERS
5475 PIONEER CREEK DR
MAPLE PLAIN, MN 55359

VIS CARPET CLEANING
1309 D TIMBERLAKE
ARLINGTON, TX 76010

VISA OFFICE OF CHINESE EMBASSY
ROOM 110
2201 WISCONSIN AVE. N.W.
WASHINGTON, DC 20007

VISION HOOKS & TACKLE
2103 HARRISON AVE NW
OLYMPIA, WA 98502

VISION OUTDOORS/FOOL-A-FISH
905 N PINES SUITE B
SPOKANE, WA 99206

VISITING NURSE SERVICE OF GREATER RI
6 BLACKSTONE VALLEY PLACE
LINCOLN, RI 02865

VISTA CONVENTION SERVICES
6575 DELILAH RD
EGGS HARBOR TWN, NJ 08234

VISTA INTERNATIONAL INC. DBA RAZR IC
1067 LINDEN LANE
MOUND, MN 55364

VITAL BOW GEAR
133 VENTURE COURT 130-140
LEXINGTON, KY 40511

VITAL RECORDS CONTROL
DEPT 5874
PO BOX 11407
BIRMINGHAM, AL 35246-5874

VIZCAINO QUIRARTE, ANA
2105 CARVILLE DRIVE
F 12
RENO, NV 89512

VMC INC.
10395 YELLOW CIRCLE DRIVE SUITE 10
MINNETONKA, MN 55343

VMSD
407 GILBERT AVENUE
CINCINNTI, OH 45202

VMWARE INC
3401 HILLVIEW AVE
PALO ALTO, CA 94304

VOLT SERVICE GROUP
FILE 53102
LOS ANGELES, CA 90074-3102

VOLT SERVICES GROUP
FILE 53102
LOS ANGELES, CA 90074-3102

VOLT SYSTEMS, LLC
PO BOX 31305
ST. LOUIS, MO 63131

VOLUNTEER FIRE ANNUAL
P.O.BOX 668745
CHARLOTTE, NC  28266

VONNIES SPORTING GOODS
12503 AUGUSTINE HERMAN HWY
KENNEDYVILLE, MD  21645

VOODOO OFFSHORE LURES & BAITS
584 LYNNE AVE
CHARLESTON, SC  29412

VORTEX INDUSTRIES, INC
FILE 1095
1801 W OLYMPIC BLVD
PASADENA, CA  91199-1095

VOWELLS STRUT-N-RUT OUTDOORS
185 HIGHWAY 965 N.E.
NORTH LIBERTY, IA  52317

VOWELS
PO BOX 58388
VERNON, CA  90058-0388

VOYAGER CANOE OUTFITTER
189 SAG LAKE TRAIL
GRAND MARAIS, MN  55604

VOYAGERS VIEW MARINA
PO BOX 60
MURRELLS INLET, SC  29576

VRX FISHING PRODUCTS
6244 PEARSON STREET
PO BOX 107
SMITHVILLE, ON  L0R 2A0
CANADA

VSP INSURANCE CO. (CT)
PO BOX 742788
LOS ANGELES, CA  90074-2788

V-SYSTEMS INC
25371 COMMERCENTRE DRIVE, SUITE 100
LAKE FOREST, CA  92630

V-SYSTEMS, INC
25371 COMMERCENTRE DRIVE, SUITE 100
LAKE FOREST, CA  92630

VUILLEMOT, ROBERT FRANCIS
330 VIRGINIA AVE
CHINA GROVE, NC  28023

W. E. SELL SPORTING GOODS
106 RAILROAD STREET
HANOVER, PA  17331

W. STANLEY RULE, M.D.
13 MEDICAL PARK
MOREHEAD CITY, NC  28557

W.B. KELLIS
ATLANTIC BEACH CAUSEWAY
P.O.BOX 788
MOREHEAD CITY, NC  28557

W.E. SELL SPORTING GOODS
401 YORK ST
HANOVER, PA  17331

W.F. LOYD PAINTING, INC
PO DRAWER 670
NEWPORT, NC  28570

W.G. JOHNSON
2600 ONE IRON STREET
MOREHEAD CITY, NC  28557

W.R. CASE AND SONS CUTLERY CO.
50 OWENS WAY
BRADFORD, PA  16701

W.T. BILLARD INC
PO BOX 3683
SANTA FESPRINGS, CA  90670-3258

W.T.S GUNS
5396 US 70 EAST
PRINCETON, NC  27569

WA DEPT OF LABOR & INDUSTRIES
PO BOX 24106
SEATTLE, WA  98124

WABASH NATIONAL TRAILER CENTERS
2270 RELIABLE PKWY
CHICAGO, IL  60686-0022

WACCAMAW HDWE & SPORTING GOODS
1412 4TH AVE.
CONWAY, SC  29526

WACHAPREAGUE SEASIDE
PO BOX 34
PUNGOTEAGUE, VA  23422

WACHOVIA AUTO LEASING CO. OF GEORGIA
3333 CUMBERLAND CIRCLE
SUITE 200
ATLANTA, GA  30339-3342

WACHOVIA BANK
C/O NOVA INFORMATION SYSTEMS
7300 CHAPMAN HWY
KNOWVILLE, TN  37920

WACKY WORM & TACKLE
PO BOX 82
GILBERT, PA  18331

WADDELL, SHAWN RECO
1331 SPRING STREET C
CHARLOTTE, NC  28206

WADE, KIERRA RACHELLE
421 MCGEE ROAD
ROCKINGHAM, NC  28379

WAGEWORKS, INC.
PO BOX 8363
PASADENA, CA  91109-8363

WAGGONER & ASSOC
42411 NE YALE BRIDGE RD
AMBOY, WA  98601

WAGNER, TRON LORENZO
13610 CEDAR FARM ROAD
APT 308
CHARLOTTE, NC  28278

WAGSTAFF BATTERY & SERVICE INC .
PO BOX 12273
PORTLAND, OR  97212

WAHOO FISHING PRODUCTS, INC
8249 SKYLANE WAY, UNIT 111
PUNTA GORDA, FL  33982

WAHOO FISHING PRODUCTS, INC.
8249 SKYLANE WAY
BLDG111
PUNTA GORDA, FL  33982

WALDO RICHARDS
700 BELL TOWN RD
HAVELOCK, NC  28532

WALDORF DODGE RAM
2294 CRAIN HIGHWAY
WALDORF, MD  20601

WALDOS SPORTS CENTER
1145 HWY 98
COLUMBIA, MS  39429

WALES BENHAM
13013 TRAIL DUST AVE
SAN DIEGO, CA  92129

WALGREEN COMPANY
P.O.BOX 4027
MAIL STOP 670
DANVILLE, IL  61834

WALGREENS
VENDOR A/P 391953
1901 E. VOORHEES
DANVILLE, IL  61834

WALIZER, MARK A
145 LONG ST
SPRING MILLS, PA  16875-8107

WALKER AGENCY
15855 N. GREENWAY - HAYDEN LOOP
SUITE 160
SCOTTSDALE, AZ  85260

WALKER BAY CO.
717 BUTTERFIELD RD
YAKIMA, WA  98901

WALKER-J-WALKER
75397

WALKER-ROSS/EYEBEAM
PO BOX 393
1131 ATLANTIC AVE.
ROCKY MOUNT, NC  27802-0393

WALKERS DIXIE DANDY
511 HWY 98
PORT ST JOE, FL  32456

WALKERS MARINE
PO BOX 247
SEAFOOD, DE  19973

WALL STREET JOURNAL
SUBSCRIBER SERVICE DIVISION
PO BOX 7007
CHICOPEE, MA  10219985

WALL, FELICIA
203 KING DR
HAMLET, NC  28345

WALL, ZABRINA ORIANA
259 MCARTHUR DRIVE
ROCKINGHAM, NC  28379

WALLACE & SONS INC
21101 BIYOTON PLANK RD
MCKENNEY, VA  23872

WALLACE HARDWARE
5050 S DAVY CROCKETT PKWY
MORRISTOWN, TN  37813

WALLACE MARINE
3505 10TH AVE S
GREAT FALLS, MT  59405

WALLACE MORRISON & CASTEEL
1180 PEACHTREE STREET N.E.
SUITE 2010
ATLANTA, GA  30309

WALLACE, ROBERT H
356 MOREY ROAD
HYDE PARK, VT  05655

WALLACES MARINA, INC.
365 DANDY POINT ROAD
HAMPTON, VA  23664

WALLER HARDWARE
101 W POLLOCK ST
MT OLIVE, NC  28365

WALLOWA OUTDOORS
110 S. RIVER
ENTERPRISE, OR  97288

WALLS, DEBRA HAYES
823 HWY 1
CHERAW, SC  29520

WALLY'S WAREHOUSE
11 WILLS WAY
ATTN:SUSAN BURGESS
ISLE OF PALMS, SC  29451

WALMART
CYPRESS BAY SHOPPING CENTER
MOREHEAD CITY, NC  28557

WALNUT GROVE PAWN SHOP
1601 HWY 138
LOGANVILLE, GA  30052

WALSH ELECTRIC SERVICES
602 STONE CANYON DRIVE
IRVING, TX  75063

WALSH, CHERYL J
1S480 SCHOOL STREET
LOMBARD, IL  60148

WALSTON TRUE VALUE
1062 CEDAR POINT BLVD
SWANSBORO, NC  28584

WALSWORTH PUBLISHING COMPANY INC
PO BOX 850287
MINNEAPOLIS, MN  55485-0287

WALTER BANKS
735 COMET DRIVE
BEAUFORT, NC  28516

WALTER E NELSON CO
5937 N CUTTER CIRCLE
PORTLAND, OR  97217

WALTER SETTLE
PO BOX 1243
MOREHEAD CITY, NC  28557

WALTER VINSON
STAR RT. BOX 14
SWANSBORO, NC  28584

WALTERVILLE FEED & TACKLE
PO BOX 1
WALTERVILLE, OR  97489

WALTHER ARMS, INC.
7700 CHAD COLLEY BLVD
FORT SMITH, AR  72916

WANABE OUTDOORS
1308 HAWTHORN STREET
ZEPHYRHILLS, FL  33540-2337

WAPSI FLY
27 CR 458
MOUNTAIN HOME, AR  72653

WARDS GUN RACK
640 HWY. 17 SOUTH
SURFSIDE BEACH, SC  29575

WARDS SHOOTIN SHOP
5042 FEDERAL BLVD
DENVER, CO  80221

WARDS
5700 BUFFALOE RD
RALEIGH, NC  27604

WARE GUN SHOP
91 WEST MAIN STREET
WARE, MA  01082

WAREHOUSE ADVISORY COUNCIL
PO BOX 401
LITTLE FALL, NJ  07424-0401

WAREHOUSE EQUIPMENT SALES & SERVICE
PO BOX 153
ANDOVER, MN  55304

WARKINZ IND, INC
24398 TURNER LAKE DR
CROSBY, MN  56441

WARM SPRINGS MARKET
P O BOX 490
WARM SPRINGS, OR  97761

WARNE MANUFACTURING LLC
9500 SW TUALATIN ROAD
TUALATIN, OR  97062

WARREN E. AVIS
AVIS ENTERPRISES
900 AVIS DRIVE
ANN ARBOR, MI  48108

WARREN, ALONZO
7800 ANDOVER WOODS DRIVE 920
CHARLOTTE, NC  28210

WARREN, GORHAM & LAMONT
31 ST JAMES AVENUE
BOSTON, MA  02116-4112

WARREN, TAMARA ALEXANDERIA
2112 BRIDGES STREET
MOREHEAD CITY, NC  28557

WARRENS BAIT BOX
7403 BALTIMORE ANNAPOLIS
GLEN BURNIE, MD  21061

WARRENS SPORTS HEADQUARTERS
240 WEST MAIN STREET
WASHINGTON, NC  27889

WARZECHA, CHARLES T E L
42423 95TH AVE
RICE, MN  56367

WASHBURNS FISHING & HUNTING
904 VANCE STREET
REIDSVILLE, NC  27320

WASHINGTON DEPT. OF LABOR AND
INDUSTRIES
7273 S 7273 LINDERSON WAY SW
TUMWATER, WA  98501-5414

WASHINGTON EMPLOYMENT SECURITY DEPT
212 MAPLE PARK AVE SE
OLYMPIA, WA  98501

WASHINGTON FARMERS CO-OP INC
PO BOX 275
JONESBOROUGH, TN  37659

WASHINGTON SECRETARY OF STATE
PO BOX 40234
OLYMPIA, WA  98504-0234

WASHINGTON STATE DEPARTMENT OF
REVENUE
BOARD OF EQUALIZATION
PO BOX 5000
VANCOUVER, WA  98666-5000

WASHINGTON STATE DEPT OF REVENUE
PO BOX 34054
SEATTLE, WA  98124-1054

WASHINGTON STATE TREASURER
BUSINESS LICENSE SERVICES
DEPT. OF LICENSING PO BOX 9034
OLYMPIA, WA  98507-9034

WASHINGTON/OREGON GAME & FISH
CIRCULATION CENTER
PO BOX 741
MARIETTA, GA  30061-9963

WASHOE COUNTY TREASURER
PO BOX 30039
RENO, NV  89520-3039

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL  60197-4648

WATER FALL RESORT
PO BOX 6440
KETCHIKAN, AK  99901

WATER WERKS II
3 SOUTH 450 RT 59
NAPERVILLE, IL  60563

WATER WORKS, INC.
PO BOX 1134
NAGS HEAD NC, NC  27959

WATER WORLD
135 S MIAMI BLVD
DURHAM, NC  27703

WATERDOG WILLYS
18617 N CAVE CREEK RD
PHOENIX, AZ  85024

WATEREE MOTORSPORT
PO BOX 11652
162 PORTER RD
ROCKHILL, SC  29730

WATERFALL RESORT
PO BOX 6440
KETCHIKAN, AK  99901

WATERFRONT TACKLE
613 ATLANTIC BEACH CAUSEWAY
ATLANTIC BEACH, NC  28512

WATERN WOODS
21 PORTLAND STREET
MORRISVILLE, VT  05661

WATERPROOF CHARTS, LLC
1809 ROCHESTER IND. COURT
ROCHESTER HILLS, MI  48309

WATERS BROS SUPPLY COMPANY
2491 HWY 226 WEST
NEWPORT, AR  72112

WATERS INDUSTRIES, INC.
213 WEST MAIN STREET
WEST DUNDEE, IL  60118

WATERS SHIPPING COMPANY
P. O. BOX 118
2307 BURNETT BLVD.
WILMINGTON, NC  28402-0118

WATERSNAKE TROLLING MOTORS
279-305 SOUTH GIPPSLAND HWY
DADENDONG SOUTH, VIC  3175
AUSTRALIA

WATERWHEEL CAMPGROUND
200 WILLIAMSON RIVER DR.
CHILOQUIN, OR  97624

WATKINS MOTOR LINES INC
PO BOX 95001
LAKELAND, FL  33804-5001

WATKINS MOTOR LINES INC.
PO BOX 95001
LAKELAND, FL 33804

WATKINS MOTOR LINES
CORPORATE HEADQUARTERS
P.O.BOX 95001
LAKELAND, FL 33804-5001

WATKINS, GERALDINE
111 NIKA ST
ROCKINGHAM, NC 28379

WATSON EXPRESS LLC
4024 38TH AVE S
MINNEAPOLIS, MN 55406-3414

WATSON WYATT DATA SERVICES
218 ROUTE 17 NORTH
ROCHELLE PARK, NJ 07662

WATSON, MARGARET JOSEPHINE
103 RIDGE COURT
SWANSBORO, NC 28584

WAUSAU BENEFITS
COBRA ADMIN. WAU7160
PO BOX 8046
WAUSAU, WI 54402-8046

WAUSAU SUPER MART
C/O LARRY A. SMITH
PO BOX 40
WAUSAU, FL 32463

WAYLAND DO IT BEST
415 RENO DR
WAYLAND, MI 49348

WAYLON JEFFCOAT
317 RIDGEHILL DRIVE
LEXINGTON, SC 29073

WAYNE DECKER
BURLINGTON, NC 27215

WAYNE LEE
4016 DAUPHIN ISLAND PKWY
MOBILE, AL 36605

WAYNE RUNION
C/O RUNIONS
1920 S. MAIN ST
HARRISONBURG, VA 22801

WAYNE THOMAS
133 ORLANDO ST 32
EL CAHON, CA 92021

WAYNE WILLIAMS
764 CHATHAM ST
NEWPORT, NC 28570

WAYNES AUTO SAVAGE
2049 HWY 117 SOUTH
GOLDSBORO, NC 27530

WAYNES BAIT & TACKLE
2640 WEST NC HWY 268
WILKESBORO, NC 28697

WAYNES SERVICE CENTER
PO BOX 606
1434 WEST CORBETT AVE.
SWANSBORO, NC 28584

WAYNICK, PHILLIP
651 CAROLYN AVENUE
LITTLE TORCH KEY, FL 33042

WAZUH, INC.
1999 S. BASCOM AVENUE
SUITE 700 PMB727
CAMPBELL, CA 95008

WCP/FERN EXP SVCS LLC
2310 OLD STEELE CREEK RD
CHARLOTTE, NC 28208

WD-40
PO BOX 80607
SAN DIEGO, CA 92138

WE DO IT ALL LAWN CARE LLC
399 MOUNT MORIAH CHURCH ROAD
HAMLET, NC 28345

WE WILL TRANSPORT IT
2300 W. SAMPLE ROAD
SUITE 207
POMPANO BEACH, FL 33073

WEAPONS UNLIMITED NC
533 S ORANGE BLOSSOM
APOPKA, FL 32703

WEATHERBY INC.
1550 YELLOWTAIL DRIVE
SHERIDAN, WY 82801

WEAVER
1 ATK WAY
ANOKA, MN 55303

WEAVERS STORE INC
1011 DRY TAVERN RD
DENVER, PA 17517

WEBBS GROCERY & GUNS
7260 NOLIN RD
MAMMOTH CAVE, KY 42259

WEBBS HARDWARE INC.
2027 JACKSON STREET
BARNWELL, SC 29812

WEBERS WADENA HARDWARE
109 JEFFERSON ST S.
WADENA, MN  56482

WEBSTER, ALISSA SUE ANN
8620 ADKINS ROAD
COLFAX, NC  27235

WECHEM, INC. DBA BOOYAH CLEAN, LLC.
5734 SUSITNA DRIVE
HARAHAN, LA  70123

WEEDLESS BAIT COMPANY
2001 14TH STREET EAST
GLENCOE, MN  55336

WEERES FAMILY LLC
1923 TEMMINCK ROAD
ST CLOUD, MN  56301

WEFINGS MARINE
PO BOX 236
APALACHICOLA, FL  32329

WEIGH-RITE SCALE CO INC
PO BOX 396
SOMERSET, WI  54025

WEIGHT WATCHERS NORTH AMERICA INC
300 JERICDHO QUADRANGE SUITE 350
JERICHO, NY  11753

WEIGH-TRONIX
PO BOX 1827
LAKESIDE, CA  92040

WEIHAI HIBOAT SPORTS EQUIPMENT CO LT
NO 81 WEST GUZAHAI ROAD
WEIHAI SHANDONG  264209
CHINA

WEIHAI QIHAI FISHING TACKLE LTD.
NO 69 LIKOUSHAN ROAD
WEIHAI SHANDONG
CHINA

WEIMAN PRODUCTS, LLC
755 TRI STATE PARKWAY
GURNEE, IL  60031

WEIMER MARINE
8 PINE RD SUITE 104
FREDRICKSBURG, VA  22405

WEINTRAUB GENSHLEA CHEDIAK
400 CAPITOL MALL, ELEVENTH FLOOR
SACRAMENTO, CA  95814

WEISER HARDWARE CENTER
265 E. COMMERCIAL
PO BOX 189
WEISER, ID  83672

WEISS FREIGHT SERVICES
WICE PLAZA
444 CENTRAL AVE.
JERSEY CITY, NJ  07307

WELCH EQUIPMENT
5025 NOME ST
DENVER, CO  80239

WELD TECH LLP
670 SWANSON LANE
POTOMAC, MT  59823

WELD, RILEY PRENN & RICCI
3624 OAKWOOD HILLS PKWY.
PO BOX 1030
EAU CLAIRE, WI  54702-1030

WELDON, JAMEL ANTOINE
7036 WALLACE ROAD
APT E
CHARLOTTE, NC  28212

WELKE BROTHERS DIST.
N5002 MESSER RD
MERRIMAC, WI  53561

WELLE, GEORGE R
707 RIVERSIDE AVE SOUTH
SARTELL, MN  56377

WELLE, MARLYS MARIE
707 RIVERSIDE AVEUNE SOUTH
SARTELL, MN  56377

WELLINGTON LEISURE TRANSPORT
PO BOX 244
MADISON, GA  30650-0244

WELLMAN OIL CO.
PO BOX 780
CLINTON, NC  28329

WELLS FARGO BANK
PO BOX 29479
PHOENIX, AZ  85038-9479

WELLS FARGO BANK, NA
STANDBY L/C COMMISSION ACCOUNT
PO BOX 601083
CHARLOTTE, NC  28260-1083

WELLS FARGO FINANCIAL LEASING
PO BOX 14546
DES MOINES, IA  50306-3546

WELLS FARGO RETIREMENT FUND
3443 MESTER DRIVE
ZEPHYR HILLS, FL  33543

WELLS FARGO RETIREMENT SERVICES
PO BOX 170910
MILWAUKEE, WI  53217

WELLS GENERAL MERCHANDISE
3300 BENVENUE HWY 43
ROCKY MOUNT, NC  27801

WELSH AND MACNAMARA REPACKING
640 PARK AVENUE
YOUNGSVILLE, NC  27596

WENDEL ROSEN LLP
PO BOX 888777
LOS ANGELES, CA  90088-8777

WENDELL E BENNETT JR
283 ASWAN PL
BILLINGS, MT  59105

WENZEL
122 FERN RIDGE PARKWAY
ST. LOUIS, MO  63141

WES PRODUCTS
1100 PALO VERDE AVE
LONG BEACH, CA  90815

WES YATES
PO BOX 2206
ROCKINGHAM, NC  28380

WESSCO
211 NE COLUMBIA BLVD
PORTLAND, OR  97211

WEST ASHLEY TACKLE SHOP
1117 MAGNOLIA ROAD
CHARLESTON, SC  29407

WEST BLOOMFIELD MARINE
2411 ORCHARD LAKE RD
SYLVAN LAKE, MI  48320

WEST CARTERET WATER CORP.
4102 HWY 24
NEWPORT, NC  28570

WEST CARTERET WATER CORPORATION
PO BOX 849
NEWPORT, NC  28570-0849

WEST COAST CORPORATION
4245 PACIFIC PRIVADO
ONTARIO, CA  91761

WEST EAGLE JOB-NET
4556 NC HWY 72W
LUMBERTON, NC  28360

WEST MARINE PRODUCTS INC
PO BOX 50011
WATSONVILLE, CA  95077-5011

WEST MARINE UNIVERSITY HEADQUARTERS
C/O MOSAIC EVENT MANAGEMENT
67 HAIGHT ST
SAN FRANCISCO, CA  94102

WEST MARINE
ATTN: PETER JELINEK
500 WESTRIDGE DR
WATSONVILLE, CA  95076-4100

WEST MEMPHIS FENCE AND
CONSTRUCTION, INC.
PO BOX 1565
WEST MEMPHIS, AR  72303

WEST OF THE PECOS
5118 E PIMA
TUCSON, AZ  85712

WEST TAPE & LABELS
3845 FOREST ST
DENVER, CO  80207-1120

WEST VA BUREAU OF EMPLOY PROG
WORKERS COMPNESATION FUND
PO BOX 4907
CHARLESTON, WV  25364-4907

WEST VIRGINIA BUREAU OF EMPLOYMENT
PROGRAMS - UC DIVISION
PO BOX 106
CHARLESTON, WV  25321-0106

WEST VIRGINIA DEPT OF TAX & REVENUE
PO BOX 1826
CHARLESTON, WV  25327-1826

WEST VIRGINIA MARINE
6913 MCCORKLE AVE SW
ST. ALBANS, WV  25177

WESTBERG, VERN R
32 BAIRD COURT
WOODLAND, CA  95776

WESTBROOK PROFESSIONAL CENTER
OWNERS
PO BOX 4442
GREENSBORO, NC  27404-4442

WESTCLIFFE SUPERMARKET
50 W MAIN
WESTCLIFFE, CO  81262

WESTERHOFF, JACKIE
822 SARTELL LANE
SARTELL, MN  56377

WESTERLOGIC, LLC
ATTN: JOHN DISANZA
1411 AZTECA LOOP
THE VILLAGES, FL  32162

WESTERN ARMS SERVICE
PO BOX 1489
CEDAR CREST, NM  87008

WESTERN AUTO HARDWARE
185 DUGGER AVENUE
PO BOX 116
ROBERTA, GA 31078

WESTERN AUTO STORE
501 E THIRD ST
SILVER CITY, NC 27344

WESTERN AUTO
110 NORTH MAIN CROSS
FLEMINGSBURG, KY 41041

WESTERN CAROLINA FORKLIFT, INC
PO BOX 19799
GREENSBORO, NC 27419-9799

WESTERN CONSULTING
PO BOX 332
BAILEY, CO 80421-332

WESTERN CONTAINER TRANSPORT
PO BOX 331
VANCOUVER, WA 98666-0331

WESTERN DRUG
PO BOX 111
SPRINGERVILLE, AZ 85938

WESTERN FILAMENT
WESTERN FILAMENT
630 HOLLINGSWORTH ST
GRAND JUNCTION, CO 81505

WESTERN FILAMENT, INC.
630 HOLLINGSWORTH STREET
GRAND JUNCTION, CO 81507

WESTERN FIREARMS
PO BOX 782
COLSTRIP, MT 59323

WESTERN MANAGEMENT GROUP
237 W MAIN ST
LOS GATOS, CA 95030-6818

WESTERN METALS RECYCLING LLC
DEPARTMENT 1229
DENVER, CO 80256

WESTERN MICRO TECHNOLOGY, INC
DEPT. CH10917
PALATINE, IL 60055-0917

WESTERN OFFICE EQUIPMENT INC
514 N 32ND ST
BILLINGS, MT 59101

WESTERN OUTDOOR PUBLICATIONS
185 AVENIDA LA PATA
SAN CLEMENTE, CA 92673

WESTERN POWDERS INC
PO BOX 158
MILES CITY, MT 59301

WESTERN POWDERS, INC/ACCURATE
POWDER
PO BOX 158
MILES CITY, MT 59301

WESTERN RIVERS
1582 NORTH BROAD STREET
LEXINGTON, TN 38351

WESTERN STATES FIRE PROTECTION CO
17500 SW 65TH AVENUE
LAKE OSWEGO, OR 97035

WESTERN WARRIOR, THE
10 STAGECOACH NE LN
SHERIDAN, MT 59749

WESTGATE MOTOR CARS, LLC
PO BOX 90667
RALEIGH, NC 27675

WESTIN-FISHING INC.
1860 RENAISSANCE BLVD.
STURTEVANT, WI 53177

WESTINGHOUSE - GROUP W
PO BOX 13855
NEWARK, NJ 07188-0855

WESTMARK INDUSTRIES INC
6701 SW MCEWAN RD
LAKE OSWEGO, OR 97035-7815

WESTONS GROCERY
9342 BARNESVILLE HWY
RED OAK, VA 23964

WESTROCK
504 THRASHER STREET
NORCROSS, GA 30071

WESTSIDE BAIT & TACKLE
1507 W VERMONT ST
INDIANAPOLIS, IN 46222

WESTWATER PRODUCTS
PO BOX 1274
PLEASANT GROVE, UT 84062

WET A LINE TOURS, LLC
5592 COOL SPRINGS ROAD
GAINESVILLE, GA 30506

WETHERINGTONS GLASS SHOP
PO BOX
MOREHEAD CITY, NC 28557

WEYERHAEUSER
BOX 75146
CHARLOTTE, NC  28275-5146

WF AUTO EXCHANGE, LLC
PO BOX 11983
SANTA ANA, CA  92711

WHALE CREEK MARINA
17 WILLARD RD
STRATHMERE, NJ  08248

WHALEBONE TACKLE
130 WEST MARINA DRIVE
NAGS HEAD, NC  27959

WHALEN, ERIC M
200 STELLA BRIDGEWAY DR
STELLA, NC  28582

WHALERS COVE LODGE
PO BOX 101
ANGOON, AK  99820

WHATS JAY COOKIN
415 SAFE HARBOUR
NEWPORT, NC  28570

WHEATBELT, INC
PO BOX 20287
KANSAS CITY, MO  64153

WHEATON VAN LINES, INC
PO BOX 50800
INDIANAPOLIS, IN  46250-0800

WHELAN LANDSCAPE
117 SOUTH COOK STREET
337
BARRINGTON, IL  60010

WHI-LIMITED PARTNERSHIP
D/B/A WYNDHAM HARBOUR ISLAND HOTEL
725 S. HARBOUR ISLAND BLVD
TAMPA, FL  33602

WHISPER KNIT
4840 US 1 SOUTH
VASS, NC  28394

WHISPERING PINES CAMPGROUND &
MOBILE HOME COMMUNITY
HWY 24 - 25 WHISPERING PINES
NEWPORT, NC  28570

WHITAKER, KHAVARZEA QUONDA
7537 CLAYMONT DRIVE
CHARLOTTE, NC  28227

WHITE ANCHOR
609 WISCASSET RD
BOOTHBAY, ME  04537

WHITE ELEPHANT 1
1730 N DIVISION
SPOKANE, WA  99207

WHITE LAKE HOLIDAY RESORT
98 WILSON ROAD
WHITE LAKE, NC  28337

WHITE PINES OUTDOORS
PO BOX 2055
ARNOLD, CA  95223

WHITE STAR SOFTWARE,LLC
7401 SANDY CREEK DRIVE
RALEIGH, NC  27615

WHITE, MIQUAVIOUS A
1744 WHITE FAWN LANE
ROCK HILL, SC  29730

WHITE, RAHEEM J
7401 SANDY CREEK DRIVE
RALEIGH, NC  27615

WHITEMANS ENGRAVING,INC.
4 JAYCEE STREET
COMMERCIAL SHOPPING CENTER
HAVELOCK, NC  28532

WHITES AUTO STORE
PO BOX 217
BLAND, VA  24315

WHITES BOOTS, INC
4002 E FERRY AVE
SPOKANE, WA  99202

WHITES HOME & AUTO STORE
PO BOX 717
TAPPAHANNOCK, VA  22560

WHITES SHOPPING CENTER
PO BOX 9
MANNS HARBOR, NC  27953

WHITES TACKLE
521 N 2ND ST
FT PIERCE, FL  34950

WHITETAIL INSTITUTE
5724 HIGHWAY 280 E
BIRMINGHAM, AL  35242

WHITETAIL OUTDOORS
707 EAST MAIN STREET
CUMBERLAND, KY  40823

WHITETAIL OUTFITTERS INC
501 N. JEFFERSON
INDIANOLA, IA  50125

WHITEWATER OUTDOORS INC.
W4228 CHURCH ST
HINGHAM, WI 53031

WHITEYS BAIT AND TACKLE
9030 SOUTH A1A
MELBOURNE BCH, FL 32951

WHITLEY, ANDREW DONOVAN
291 ROSALYN ROAD
ROCKINGHAM, NC 28379

WHITMAN, KELLY ANN
508 DAVIDSON DR
NEWPORT, NC 28570

WHOLESALE CARPET
1210 ROCKINGHAM RD
ROCKINGHAM, NC 28379

WHOLESALE OFFICE FURNITURE DIRECT
ATTN: TIM GEISE
2208 W WEBB AVE
BURLINGTON, NC 27217

WHO-SONG & LARRYS
4850 SW MACADAM AVE
PORTLAND, OR 97201

WI SCTF
BOX 74400
MILWAUKEE, WI 53274-0400

WICHITA SOUTHEAST KANSAS TRANSIT INC
PO BOX 829
PARSONS, KS 67357

WICKED LURES INC.
160 HARRISON ROAD UNIT 4
SEQUIM, WA 98382

WICKED LURES LLC
160 HARRISON ROAD UNIT 4
SEQUIM, WA 98382

WICKED TREE GEAR
2800 BLACKSMITH LANE
KERRVILLE, TX 78028

WICKED WIRE WORKS
4428 AVE O
GALVESTON, TX 77550

WICKER SERVICES, INC.
PO BOX 1398
BURLINGTON, NC 27216-1398

WICKES LUMBER COMPANY
4252 ARENDELL STREET
MOREHEAD CITY, NC 28557

WIFI4YOU
2609 WEST FOREST DRIVE
NEWPORT, NC 28570

WIGGINS LAKE STORE
BOX 4
WIGGINS LAKE SR. 12
ROCKY MOUNT, NC 27801

WILCOX, JACKIE LYNN
2707 ONE IRON ST
MOREHEAD CITY, NC 28557

WILD BILLS NW, INC.
2318 NW VAUGHN ST
PORTLAND, OR 97210

WILD BILLS OLD WEST TRADE
10456 GRANT LINES RD 2
ELK GROVE, CA 95624-0000

WILD BILLS OUTPOST
PO BOX 6
WEBSTER, WI 54893

WILD COUNTRY
8409 MACCORKLEY AVE
MARMET, WV 25315

WILD ELECTRIC
4729 E OLIVE AVE
FRESNO, CA 93702-1714

WILD WEST MARKETING
3377 W 1600 NORTH
CEDAR CITY, UT 84721

WILD WINGS
2101 S. HWY 61
LAKE CITY, MN 55041

WILDCAT BAIT & TACKLE
110 S. MIRAMAR AVENUE
INDIALANTIC, FL 32903

WILDERNESS ADVENTURES, INC
45 BUCKSKIN RD
BELGRADE, MT 59714

WILDERNESS OUTFITTERS
127 E BRANCH ST
ARROYO GRANDE, CA 93420

WILDERNESS PACK SPECIALTIES
17740 S.W. SCHOLLS FERRY ROAD
BEAVERTON, OR 97007

WILDLIFE BAIT & TACKLE
P.O.BOX 393
LONG BEACH, NC 28461

WILDLIFE COLLECTIBLES
3255 SEABECK HWY NW
BREMERTON, WA  98312

WILDLIFE COLLECTORS SOCIETY
20 ACADEMY ST
NORWALK, CT  06850

WILDLIFE COMMITTEE OF WASHINGTON,INC
1031 228TH ST S.W.
BOTHELL, WA  98021

WILDLIFE IMAGES
1115 W. LIEBAU RD 300
MEQUON, WI  53092

WILDLIFE RESEARCH CENTER INC.
14485 AZURITE ST NW
RAMSEY, MN  55303-4859

WILEY OUTDOOR
115-A WILLIE DR.
PEARL, MS  39208

WILEY X, INC.
7800 PATTERSON PASS RD
LIVERMORE, CA  94550

WILL F MILLER JR SCHOLARSHIP
FATHER RYAN HIGH SCHOOL
770 NORWOOD DRIVE
NASHVILLE, TN  37204

WILLAMETTE FALLS OCCUPATIONAL HEALTH
9290 SE SUNNYSIDE RD.
SUITE 220
CLACKAMAS, OR  97015

WILLAPA MARINE PRODUCTS, INC
2 GREEN CREEK RD
RAYMOND, WA  98577

WILLIAM A TROTTER III, PC
3527 WALTON WAY
WALTON SQUARE
AUGUSTA, GA  30909

WILLIAM B MORNING
402 MEETING ST
BEAUFORT, NC  28516

WILLIAM B. RITCHIE
LAW OFFICES OF WILLIAM B. RITCHIE
72 NORTH MAIN STREET
CONCORD, NH  03301

WILLIAM BRIAN MANGUM
410 LENOX AVE 2
DAYTONA BEACH, FL  32118

WILLIAM H. CATLETT
12807 HASHANLI PLACE
MATTHEWS, NC  28105

WILLIAM KINSEY
4750 HWY 41
HUGER, SC  29450

WILLIAM R KNOKE
119 VICTORY CIRCLE
NEW BERN, NC  28560

WILLIAM SCOTSMAN
8211 TOWN CENTER DRIVE
BALTIMORE, MD  21236

WILLIAM SCOTT MORRIS
214 STRAITS DRIVE
BEAUFORT, NC  28516

WILLIAM SYNDROME ASSOCIATION
PO BOX 97
CLAWSON, MI  48017

WILLIAM WHIPPLE
3359 ROTAX RD
N FERRISBURGH, VT  05473

WILLIAMS FIRE SPRINKLER
PO BOX 1048
WILLIAMSTON, NC  27892

WILLIAMS HARDWARE
MOREHEAD PLAZA
BRIDGES ST
MOREHEAD CITY, NC  28557

WILLIAMS INC
PO BOX 9235
KETCHIKAN, AK  99901

WILLIAMS MULLEN CLARK & DOBBINS
TWO JAMES CENTER
PO BOX 1320
RICHMOND, VA  23218-1320

WILLIAMS PALLETS
23 HARRINGTON RD EXT
WADESBORO, NC  28170

WILLIAMS SCOTSMAN
PO BOX 91975
CHICAGO, IL  60693-1975

WILLIAMS SHOOTERS SUPPLY INC
BOX 3744
QUINCY, IL  62305

WILLIAMS SYNDROME ASSOC
PO BOX 297
CLAWSON, MI  48017

WILLIAMS WORM FARM
14896 EL MONTE RD
LAKESIDE, CA  92040

WILLIAMS, ASHLEY RENEE
226 OLD AIRPORT ROAD
LOT 14
NEWPORT, NC  28570

WILLIAMS, BRANDY CONNIE
1526 16TH AVENUE SOUTHEAST, 5
ST. CLOUD, MN  56304

WILLIAMS, CHRISTOPHER LAMAR
1005 TANGLEWOOD DRIVE
GASTONIA, NC  28054

WILLIAMS, FELICY D
4628 MONTELENA DRIVE
CHARLOTTE, NC  28214

WILLIAMS, JACOREY C
122 5TH ST
HAMLET, NC  28345

WILLIAMS, JOHN DARRELL
1151 WEST NC 73 HWY
ELLERBE, NC  28338

WILLIAMS, PATTY S
226 OLD AIRPORT RD
LOT 14
NEWPORT, NC  28570

WILLIAMS, STROBEL, MALONE, MASON
PO BOX 39
DODGE CITY, KS  67801

WILLIAMSON, SONIA
1815 15TH AVENUE SOUTHEAST
APT. 18
ST. CLOUD, MN  56304

WILLIAMSPORT GROUP, INC.
PO BOX 295
IVA, SC  29655

WILLIE GRAY
3601 BEACH BLVD
APT 630
PASCAGOULA, MS  39567

WILLIE R ETHERIDGE SEAFOOD
100 MILL LANDING RD
WANCHESE, NC  27981

WILLIS OF MICHIGAN
ATTN: MELANIE WATTS
32255 NORTHWESTERN HWY STE 201
FAMINGTON HILLS, MI  48334

WILLIS OF MICHIGAN, INC.
PO BOX 93063
CHICAGO, IL  60673-3063

WILLIS OF NEW YORK, INC
ONE WORLD FINANCIAL CENTER
7TH FLOOR, LIBERTY ST
NEW YORK, NY  10281-1003

WILLIS, CHARLES C
131 TERRAPIN COURT
NEWPORT, NC  28570

WILLIS, LATRELL DEQUAN
8536 CADEN LEE WAY APT 2307
CHARLOTTE, NC  28273

WILLIS, TRACY QUATAVIA
447 BYNUM AVENUE
ROCK HILL, SC  29732

WILLOW CREEK PRESS
9931 HWY 70 W.
MINOCQUA, WI  54548

WILLS WILDSPORTS
125 BANK ST
GRASS VALLEY, CA  95945

WILMINGTON BOX COMPANY
1506 N KERR AVE.
PO BOX 2106
WILMINGTON, NC  28405

WILMINGTON HILTON INN
301 N. WATER STREET
WILMINGTON, NC  28401

WILMINGTON PRINTING CO
PO BOX 359
WILMINGTON, NC  28402

WILMINGTON PRINTING COMPANY
PO BOX 359
420 N. FOURTH ST
WILMINGTON, NC  28402

WILMINGTON STAR-NEWS, INC.
PO BOX 580139
CHARLOTTE, NC  28258-0139

WILMOTH, MIKE
N5445 CIRCLE DRIVE EAST
ONALASKA, WI  54650

WILNER & ASSOCIATES, INC.
PO BOX 9417
GREENSBORO, NC  27429-0417

WILSON TRUCKING CORP.
PO DRAWER 200
FISHERSVILLE, VA  22939

WILSON
8700 W BRYN MAWR
CHICAGO, IL  60631

WILSON
BOX 1587
FORT SMITH, AZ  72902

WILSON, JERMISHA MARSHA
3020 EDGE POINT DRIVE APT 203
CHARLOTTE, NC  28262

WILSON, JON MICHAEL
8047 ANCHOR POINTE AVE
RENO, NV  89506

WILSONVILLE CHEVROLET
26051 SW BOONES FERRY RD
WILSONVILLE, OR  97070

WILSONVILLE STORE
10580 US 64E
APEX, NC  27502

WIMBERLEY REALTY
PO BOX 3300
ATLANTIC BEACH, NC  28512

WINCHESTER BAIT & TACKLE
3 BAIT STREET
WINCHESTER, KY  40391

WIND RIVER MARKET
11 FRONTAGE RD
CARSON, WA  98610

WINDAGE LLC DBA SCRAPEFIX
1668 WEST JORDAN ROAD
DECORAH, IA  52101

WINDCRAFT
17124 E SHERMAN ISLAND RD
EAST LEVEE RD
RIO VISTA, CA  94571

WINDELS TACKLE COMPANY
4035 CARVER RD NE
BEMIDJI, MN  56601

WINDOWS 2000 MAGAZINE
221 E. 29TH STREET
PO BOX 447
LOVELAND, CO  80539-0447

WINDY HILL TRADING POST
1461 JOE LAYNE MILL RD
ELKIN, NC  28621

WINDY MARSH INN
500 48 AVE. SOUTH
N. MYRTLE BEACH, SC  29582

WING KAI SCANNING & OUTPUT CO.
BANK OF CHINA (HONG KONG) LTD
4 LIN SHING RD
CHAI WAN
HONG KONG

WING, LORA LEE
205 EAST 4TH STREET
RENO, NV  89501

WINKS OF COROLLA INC.
PO BOX 255
COROLLA, NC  27927

WINN DIXIE
ATTN: A/P DEPT.
PO BOX 25511
RALEIGH, NC  27611

WINN INCORPORATED
15648 COMPUTER LANE
HUNTINGTONBEACH, CA  92649

WINNING PATTERN
PO BOX 226
ERWIN, NC  28339

WINNISQUAN TRADING POST
65 COGSWELL RD
SANBORTON, NH  03269

WINSTON & STRAWN LLP
36235 TREASURY CENTER
CHICAGO, IL  60694-6200

WINSTON, SHEKINAH SHENEE
115 JAMES STREET
GASTONIA, NC  28052

WINTER BLUEFIN TUNA ASSOC
213 RALEIGH AVE
MOREHEAD CITY, NC  28557

WINTERVILLE STARS
ATTN: COD CLAIMS DEPT.
PO BOX 256
PITTSBURGH, PA  15230

WISCONSIN DEPARTMENT OF REVENUE
BOX 93931
MILWAUKEE, WI  53293-0931

WISCONSIN DEPT. OF WORKFORCE
DEVELOPMENT
201 E WASHINGTON AVE
MADISON, WI  53703

WISCONSIN DEPT. OF WORKFORCE
DEVELOPMENT
PO BOX 7946
MADISON, WI  53707-7946

WISCONSIN LABEL CORPORATION
PO BOX 127
1102 JEFFERSON STREET
ALGOMA, WI  54201-0127

WISCONSIN PHARMACAL
1 REPEL RD
PO BOX 198
JACKSON, WI  53037

WISE COMPANY INC.
700 HWY 49 SOUTH
RECTOR, AR  72461

WISHART NORRIS HENNINGER & PITTMAN
6832 MORRISON BLVD
CHARLOTTE, NC  28211

WITHERSPOON & COMPTON
ATTORNEYS AT LAW
PO BOX 845
MERIDIAN, MS  39307-0845

WITHERSPOON, ANGELA DENISE
8007 LOBILIA LANE
CHARLOTTE, NC  28214

WITHERSPOON, TYIESHA SHAQUILA
4040 BABBLING BROOK WAY
APT 305
CHARLOTTE, NC  28208

WITTENBERG TRADING COMPANY
PO BOX 6303
SPARTA, TN  38583

WITTMANN LURES
3237 E 45TH ST
TUCSON, AR  85713

WIXEN & ROSENBAUM
618 W.BRADLEY AVE.
EL CAJON, CA  92020

WIYGUL, JOHN GLEN
2308 MAY AVENUE
PASCAGOULA, MS  39567

WIZARD TACKLE CO
4045 DOW ROAD UNIT 104
MELBOURNE, FL  32934

WLP TRANSPORT
1140 MONTICELLO ROAD
MADISON, GA  30650

WM OF THE CAROLINAS
390 INNOVATION WAY
WELLFORD, SC  29385-8900

WOHALI OUTDOORS, LLC
2466 W. NEW ORLEANS STREET
BROKEN ARROW, OK  74011

WOJCIK FAMILY ENTERPRISES, LLC
ROCK CREEK GENERAL STORE
HANSEN, ID  83334

WOJOS B & T
4245 13TH ST
ST CLOUD, FL  34769

WOLFEBORO BAY OUTFITTERS LLC
PO BOX 768
WOLFEBORO, NH  03894

WOLTERS KLUWER LAW & BUSINESS
4829 INNOVATION WAY
CHICAGO, IL  60682-0048

WOLVERINE TACKLE
3354 WARDS POINT
ORCHARD LAKE, MI  48324

WOLVES DEN SPORTING GOODS
378 COURT HWY 219
CHAFFEE, MO  63740

WONDERS OF WILDLIFE FOUNDATION
500 W. SUNSHINE STREET
SPRINGFIELD, MO  65807

WOODARD & BUTLER
561 GREENE ST
AUGUSTA, GA  30901

WOODARD, TAMMIE LOCKLEAR
12420 MCKINNON DRIVE
LAURINBURG, NC  28352

WOODBRIDGE INDUSTRIES
426 EAST 48TH ST
NEW YORK, NY

WOODEN & MCLAUGHLIN LLP
ONE INDIANA SQUARE, STE 1800
INDIANAPOLIS, IN  46204-4208

WOODMEN OF THE WORLD
NEWPORT, NC  28557

WOODS GULF BREEZE MARINA
PO BOX 213
STEINHATCHEE, FL  32359

WOODSMAN SPORT SUPPLY
512 NW GREENWOOD
REDMOND, OR  97756

WOODVILLE ROAD SURPLUS
2172 WOODVILLE ROAD
OREGON, OH  43616

WOODYS PAWN & JEWELRY
898 RUSSELL ST
ORANGEBURG, SC  29115

WORK ON WONDERFUL CONSULTING LLC
PO BOX 1723
MOREHEAD CITY, NC  28557

WORKER TRAINING FUND
PO BOX 6285
INDIANAPOLIS, IN  46206-6285

WORKERS COMPENSATION DIVISION
POST OFFICE BOX 360309
PITTSBURGH, PA 15250-6309

WORKFORCE INTEGRITY NETWORK
PO BOX 50575
KNOXVILLE, TN 37950

WORKFRONT
DEPT CH 16712
PALATINE, IL 60055-6712

WORKMANS PALLET SERVICE LLC
2010 OGDEN ROAD
ROCK HILL, SC 29730

WORLD CLASS ANGLER, INC.
5050 OVERSEAS HWY
MARATHON, FL 33050

WORLD FAMOUS SPORTS
608 MASAT ST
CHULA VISTA, CA 92011

WORLD JAGUAR LOGISTICS USA INC.
1 CIVIC PLAZA DRIVE
STE 555
CARSON, CA 90745

WORLD TROTTER COLLECTION AGENCY
PO BOX 4858
SAN DIEGO, CA 92164

WORLDLINK INTL INC.
6680 BRANDT STREET/STE 100
ROMULUS, MI 48174

WORLDWIDE COMPUTER SUPPLIES
PO BOX 1072
LOS ANGELES, CA 90078

WORLDWIDE CONSULTANTS COMPANY
177 N US HIGHWAY 1
TEQUESTSA, FL 33469

WORM THREADER MFG
PO BOX 207
SUMPTER, OR 97877-0207

WORTH CO.
214 SHERMAN AVE
PO BOX 88
STEVENS POINT, WI 54481

WORTH COMPANY
PO BOX 88
STEVENS POINT, WI 54481

WORTH, INC.
PO BOX 88104
TULLAHOMA, TN 37388-8104

WORTHINGTON INDUSTRIES
200 OLD WILSON BRIDGE ROAD
WORTHINGTON, OH 43085

WORTON CREEK MARINA
23145 BUCK NECK ROAD
CHESTERTOWN, MD 21620

WOTS-OF-WORMS BAIT CO.
ROUTE 21 BOX 1404
LEXINGTON, NC 27292

WP RENTALS, LLC
PO BOX 30456
BILLINGS, MT 59107-0456

WRIGHT & MCGILL CO.
LOCK BOX 0410
DENVER, CO 80291-0410

WRIGHT EXPRESS FSC
PO BOX 4337
CAROL STREAM, IL 60197-4337

WRIGHT, LEIANDRA DANILLE
550 MARINA GATEWAY 712
SPARKS, NV 89434

WRIGHT, ZARIONA KEOSHA
526 SOUTHSIDE AVENUE
526
GASTONIA, NC 28052

WRIGHTS CONSTRUCTION
739 MILL CREEK ROAD
NEWPORT, NC 28570

WSI
NORTH DAKOTA WORCE SAFETY & INSUR
1600 E CENTURY AVE, SUITE 1
BISMARCK, ND 58506-5585

WV BUREAU OF EMPLOYMENT PROGRAMS
WORKERS COMPENSATION DIVISION
PO BOX 371615
PITTSBURGH, PA 15251-7615

WV WORKERS COMP
PO BOX 921
CHARLESTON, WV 25323-0921

WXNR-FM
NEW ROCK 99X
207-B GLENBURNIE DR
NEW BERN, NC 28560

WXTITE, LLC
PO BOX 8049
GREENSBORO, NC 27419

WYATT FIRE PROTECTION
9095 SW BURNHAM
TIGARD, OR 97223

WYLIE SMITH
2515 HOMEWOOD DR
ORLANDO, FL 32809

WYN BARNETT LURES
106 WESTMORELAND DR
LAFAYETTE, LA 70506

WYNRIGHT CORPORATION
PO BOX 71383
CHICAGO, IL 60694-1383

WYOMING MARINE
82318

WYOMING SPORTS
507 YELLOWSTONE RD
ROCKSPRINGS, WY 82901

XANADU FISHERIES
1765 FOUR MILE RD
ST AUGUSTINE, FL 32095

XCEL HERMETIC MOTOR REWINDING
PO BOX 799
2356 BETHEL RD
WADESBORO, NC 28170

XCITE BAITS
1300 HIGHWAY 377 UNIT 100
PILOT POINT, TX 76258

XEROX CORP
PO BOX 7405
PASADENA, CA 91109

XEROX CORPORATION
P.O.BOX 7598
PHILADELPHIA, PA 19101-7598

X-FACTOR MFG, LLC
1663 WILLIAMS HWY
GRANTS PASS, OR 97527

X-GENERATION
3216 LANTANA RD
LANTANA, FL 33462

XISICO USA INC./JTS
7724 CHEROKEE ROAD
KATY, TX 77494

XO COMMUNICATIONS
8851 SANDY PKWY
SANDY, UT 84070

XPEDX
PO BOX 21195
BILLINGS, MT 59104

XPEDX
PO BOX 371083
PITTSBURGH, PA 15250-7083

XPO LOGISTICS, LLC
13777 BALLANTYNE CORPORATE PLACE
CHARLOTTE, NC 28277

X-RING ARCHERY PROD.
700 B S KEENELAND DR
RICHMOND, KY 40475

X-RING ARCHERY PRODUCTS
536 REGES RD
PO BOX 238
IRVINE 238, KY 40336

X-STAND TREESTANDS
14645 FELTON COURT SUITE 103
APPLE VALLEY, MN 55124

XTRA LEASE
6310 N BASIN AVE
PORTLAND, OR 97217

XTREME SPORTS GROUP
12785 EMERSON DRIVE
BRIGHTON, MI 48116

X-VISION OPTICS
5140 MOUNDVIEW DRIVE
RED WING, MN 55066

Y MART INC
14612 NE FOURTH PLAIN RD
VANCOUVER, WA 98682

Y&B MARINE
435 HWY 101
BEAUFORT, NC 28516

YACHT LIGHTING & ACCESSORIES
937 HARKERS ISLAND ROAD
BEAUFORT, NC 28516

YADKIN PLAZA HARDWARE
PO BOX 876
YADKINVILLE, NC 27055

YAKGEAR
4000 AIRLINE DRIVE SUITE C
HOUSTON, TX 77022

YAKIMA BAIT COMPANY
1000 BAILEY AVE
PO BOX 310
GRANGER, WA 98932-0310

YALE FINANCIAL SERVICES
NMHG FINANCIAL SERVICES
PO BOX 308316
CEDAR RAPIDS, IA 52406-3083

YAMAMOTO-GSM, LLC
5250 FRYE ROAD
IRVING, TX 75061

YAMHILL VALLEY WOODWORKS
PO BOX 9
NEWBERG, OR 97132

YANG MING LINE C/O
WATERS SHIPPING COMPNAY
PO BOX 118
WILMINGTON, NC 28402

YANKEE BAIT & TACKLE
88 MAIN ST
ENFIELD, CT 06082

YANKEE SUPPLY CO, INC
2140 HARTFORD AVE
JOHNSTON, RI 02919

YANKEETOWN MARINA
PO BOX 359
YANKEETOWN, FL 34498

YANNIS
MOREHEAD CITY, NC 28557

YARDWORKS INC.
4778 HWY 24
NEWPORT, NC 28570

YELLOW BIRD PRODUCTS
1803 HOLIAN DRIVE
SPRING GROVE, IL 60081

YELLOW FREIGHT SYSTEM INC
PO BOX 100299
PASADEMA, CA 91189

YELLOW FREIGHT SYSTEM, INC.
PO BOX 905175
CHARLOTTE, NC 28290-5175

YELLOW FREIGHT SYSTEMS INC
PO BOX 100299
PASADENA, CA 91189

YELLOW FREIGHT
PO BOX 730333
DALLAS, TX 75373-0333

YELLOW PAGES UNITED
PO BOX 53282
ATLANTA, GA 30355

YELLOW PINE MINI-MART
PO BOX 392
KETTLE FALLS, WA 99141

YELLOWSTONE COUNTY SHERIFF DEPT
PO BOX 35017
BILLINGS, MT 59107

YELLOWSTONE COUNTY TREASURER
BOX 35011
BILLINGS, MT 59107

YELLOWSTONE COUNTY
PO BOX 35017
BILLINGS, MT 59107

YELTON TRUCKING CO.,INC.
PO BOX 5188
WILMINGTON, NC 28403

YETI COOLERS
PO BOX 163686
AUSTIN, TX 78716-3686

YNS, INC YOUR NEIGHBORHOOD STORE
RR1 BOX 292
MILLSBORO, DE 19966

YORK VILLAGE & HARBOR
03909

YORK WORLDWIDE TECHNOLOGIES, INC
5000 HAKES DRIVE
SUITE 200
NORTON SHORES, MI 49441

YORK, ANGELA L
7238 TROTTERS RUN
TRINITY, NC 27370

YOUNG GUNS INC
813 E WILLIAMS ST
APEX, NC 27502

YOUNGS OUTDOOR SUPPLIES
236 N MAIN ST
MC CORMICK, SC 29835

YOUNGS PETROLEUM
PO BOX 247
GREEN LANE, PA 18054

YOUTH SHOOTING SPORTS ALLIANCE
ATTN: STEVE MILLER
11265 SUFFOLK DR
HAGERSTOWN, MD 21743

YO-ZURI AMERICA
600 NW ENTERPRISE DRIVE
PORT ST LUCIE, FL 34986

YRC
PO BOX 13573
NEWARK, NJ 07188-3573

YRI CUSTOM DESIGNS
3510 LAFAYETTE RD, STE 6
PORTSMOUTH, NH  03801

YUAN HUANG CO./SWIFT INTERNATIONAL LLC
NO 1 SHI TON RD NAN YA VILLAGE
ZHANG TANG TOWN, DONG SHAN COUNTY
FU JIAN
CHINA

YURIY KOLESNIKOV
PO BOX 268
CONCORD, NC  28026

YVETTE DAVIS
6718 5TH AVE
BROOKLYN, NY  11220

YVONNE DAY
120 RIVERSIDE DRIVE
BEAUFORT, NC  28516

Z CAR CARE
931 N BEACH ST
DAYTONA BEACH, FL  32117

ZACARIAS, GIOVANNI
14885 FIESTA LANE
COLD SPRING, MN  56320

ZACATZI MADRIGAL, NANCY G
2611 W CYGNET CIR
SPARKS, NV  89431-8234

ZAKS
1906 HOWARD RD
MADERA, CA  93637

ZANDERS SPORTING GOODS
7525 STATE RT 154
BALDWIN, IL  62217

ZAP PAINTBALL
720 WRIGHT ST
STRATHROY, ON  N7G 3H8
CANADA

ZARZAUR & SCHWARTZ, PC
PO BOX 11366
BIRMINGHAM, AL  35202

ZEBRA 12
915 W FLAMINGO
NAMPA, ID  83651

ZEBRA PUBLISHING, INC.
2960 N. ACADEMY BLVD, SUITE 101
COLORADO SPRING, CO  80917

ZEBRA TECHNOLOGIES CORP
333 CORPORATE WOODS PKWY
VERNON HILLS, IL  60061-3109

ZEE MEDICAL SERVICE CO
8150 WOODLAND DR
INDIANAPOLIS, IN  46278-1347

ZEE MEDICAL SVC CO.
4221 W SIERRA MADRE
SUITE 104
FRESNO, CA  93722-3978

ZEN DISTRIBUTOR GROUP II LLC
2047 NW 24TH AVENUE
MIAMI, FL  33142

ZENITH FREIGHT LINES, LLC
PO BOX 969
CONOVER, NC  28613-0969

ZEPHYRHILLS NATURAL SPRING WATER
P.O BOX 52214
PHOENIX, AZ  85072-2214

ZEPPELIN PRODUCTS
3172 PEMBROKE ROAD
PEMBROKE PARK, FL  33009

ZERCOM MARINE
3 HUMMINBIRD LN
EUFAULA, AL  36027-3335

ZEV TECHNOLOGIES
1051 YARNELL PL.
OXNARD, CA  93033

ZGOVX, INC.
9605 SCRANTON ROAD
SUITE 650
SAN DIEGO,, CA  92121

ZIG VOICE INC
55 E. JACKSON
SUITE 1005
CHICAGO, IL  60604

ZILLIANT
3815 S CAPITAL OF TX HWY
SUITE 300
AUSTIN, TX  78704

ZIMBRA
YAHOO INC CO
701 FIRST AVE
SUNNYVALE, CA  94089-0703

ZIMMERMAN, JAMES MATTHEW
224 LAUREL WOODS WAY
CURRITUCK, NC  27929

ZIMMERMANS SPORT CENTER
5223 S. UNIVERSITY AVE.
LITTLE ROCK, AR  72209

ZIP SORT
PO BOX 1734
ST. CLOUD, MN  56302-1731

ZIP2TAX, LLC
1740H DELL RANGE BLVD 449
CHEYENNE, WY  82009

ZIPPER WORM CO.
1540 COUNTRYSHIRE AVE
LAKE HAVASU CY, AZ  86403

ZIPPO MANUFACTURING COMPANY
33 BARBOUR STREET
BRADFORD, PA  16701

ZITELMAN, RHONDA ANN
11000 U.S. 10 N.W. 37
RICE, MN  56367

Z-MAN FISHING PRODUCTS INC.
4100 CAROLINA COMMERCE PARKWAY
LADSON, SC  29456

ZOLL MEDICAL CORPORATION
PO BOX 27028
NEW YORK, NY  10087-7028

ZONES
PO BOX 34740
SEATTLE, WA  98124-1740

ZOOM BAIT CO.
1581 JENNINGS MILL RD
BOGART, GA  30622

ZOOM IMPORTS INC.
9040 LESLIE STREET SUITE 301
RICHMOND HILL, ON  L4B 3M4
CANADA

ZS JIGS & PRODUCTS INC
9495 SW 188TH ST
CUTLER BAY, FL  33157

ZTIME WARNER CABLE
PO BOX 70992
CHARLOTTE, NC  28272-0992

ZTRAPS
122 MAIN STREET
KIRON, MN  51448

ZURITA, DYLAN STEFANO
11834 PLANTERS ESTATES DRIVE
CHARLOTTE, NC  28278

ZURN, GRAIG JOSEPH
214 S SPOONERS ST
MOREHEAD CITY, NC  28557

ZUROFF, BRADLEY
3844 FAIRMEADOW DR
BILLINGS, MT  59102

Total: 11415

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CARLINA**

In re:  **BIG ROCK SPORTS, LLC**                    **Case No.** _____
                                                    **Chapter 7**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Big Rock Sports, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

| Equity Interest Holder | Approximate Percentage of Equity Interests Held |
|---|---|
| Peak Global Holdings, LLC | 100% |

Dated: January 16, 2026.

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP

/s/ Brett M. Neve
Brett M. Neve
N.C. Bar No. 47977
Post Office Box 2611
Raleigh, NC 27602-2611
Telephone:  (919) 821-1220
Facsimile:  (919) 821-6800
bneve@smithlaw.com

*Attorneys for Debtor, Big Rock Sports, LLC*

*Execution Version*

# OMNIBUS
# WRITTEN CONSENT
# TO ACTION WITHOUT A MEETING

### THE SOLE MANAGER OF
### PEAK GLOBAL HOLDINGS, LLC

**and**

### THE SOLE MEMBER OF
### BIG ROCK SPORTS, LLC AND
### CALCUTTA OUTDOORS, LLC

**and**

### THE SOLE MANAGER OF
### BRS HQ, LLC

### January 16, 2026

Each of the undersigned, (i) BIG ROCK HOLDING LLC, a Delaware limited liability company ("**BRH**"), being the sole manager of PEAK GLOBAL HOLDINGS, LLC, a Delaware limited liability company ("**Peak**"), and (ii) Peak being (a) the sole member of BIG ROCK SPORTS, LLC, a Delaware limited liability company ("**Big Rock**"), (b the sole member of CALCUTTA OUTDOORS, LLC, formerly known as Bluefield Brands, LLC, a Delaware limited liability company ("**Calcutta**"), and (c) the sole manager of BRS HQ, LLC, a North Carolina limited liability company ("**BRS HQ**" and, together with Peak, Big Rock and Calcutta, a "**Company**" and, collectively, the "**Companies**"), does hereby waive any and all requirements for the holding of a meeting or meetings of the member or manager, as applicable, of such Company and does hereby take the following actions and adopt the following resolutions by signing their written consent hereto:

**WHEREAS**, the Board previously determined that it was advisable and in the best interests of each Company and their stakeholders for management to review, consider, and, if appropriate, recommend to the Board potential strategic alternatives available to such Company, whether by sale, merger, consolidation, or otherwise (any such potential strategic alternative, a "**Potential Strategic Alternative**");

**WHEREAS**, the Board has carefully reviewed and considered, together with the Companies' financial and legal advisors, the financial and operational condition of each Company and each Company's business on the date hereof, including the assets and liabilities of each such Company and the Potential Strategic Alternatives available to the Company under the circumstances;

**WHEREAS**, under the totality of the circumstances, the Board, after due deliberation and consideration, and after considering the advices received from its financial and legal advisors, has determined that it is desirable and in the best interests of each Company and its stakeholders that such Company file a voluntary petition for relief (a "**Petition**") under the provisions of chapter 7 of title 11 of the United State Code (the "**Bankruptcy Code**");

**NOW, THEREFORE, BE IT RESOLVED**, that the filing of a Petition on behalf of each Company in the United States Bankruptcy Court for the Eastern District of North Carolina (the "**Bankruptcy Court**") under the provisions of chapter 7 of the Bankruptcy Code be, and hereby is, approved, authorized and adopted in all respects and that Howard Meitiner, as Chief Restructuring Officer

of each Company (the "**Authorized Person**"), be and hereby is, authorized, empowered, and directed on behalf of each Company (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court commencing the case (a "**Bankruptcy Case**"), and to make or cause to be made prior to the execution thereof and any modifications to the Petition or ancillary documents, and (ii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, or desirable in connection with the foregoing;

## RETENTION OF BANKRUPTCY COUNSEL

**RESOLVED**, that the law firm Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP ("**Smith Anderson**"), shall be, and hereby is, authorized, directed, and empowered to represent each Company as bankruptcy counsel, to represent and assist each Company in carrying out its duties under chapter 7 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights, including the preparation of pleadings and filing in its Bankruptcy Case;

## GENERAL ENABLING RESOLUTIONS

**RESOLVED**, that the execution and delivery of any writings or the taking of any other actions in connection with the foregoing by the Authorized Person (or the designee of any of them), be, and each hereby is, ratified as the act and deed of the applicable Company and authorized and empowered, on behalf of and in the name of such Company, to do or cause to be done all such acts or things and to sign and deliver, or cause to be signed and delivered, all such agreements, documents, instruments and certificates, as such Authorized Person may deem necessary, advisable or appropriate to effectuate or carry out the purposes and intent of the foregoing resolutions and to perform the obligations of such Company under any agreements and instruments referred to herein, with such execution and delivery of such agreements, documents, instruments or certificates to be conclusive evidence that the form, terms and provisions thereof have been approved by such Company;

**RESOLVED**, that all actions taken and agreements and documents executed by the Authorized Person (or the designee of any of them), prior to the adoption of these resolutions which would have been authorized by these resolutions had such actions been taken (or documents been executed) after adoption of these resolutions, are ratified, confirmed, approved and adopted in all respects; and

**RESOLVED**, that these resolutions may be executed in counterparts and by means of facsimile signature or other electronic means, each of which when so executed and delivered shall be an original, and all such counterparts shall together constitute one and the same instrument.

*[Signature Page Follows]*

#14120419v2

**IN WITNESS WHEREOF**, this consent is dated and effective as of the date first set forth above.

**PEAK GLOBAL HOLDINGS, LLC**

By its: SOLE MANAGER

**BIG ROCK HOLDING LLC**

By: *Howard Meitiner*

Name:   Howard Meitiner

Its:       Chief Restructuring Officer

**BIG ROCK SPORTS, LLC**
**CALCUTTA OUTDOORS, LLC**

By its:  SOLE MEMBER

**PEAK GLOBAL HOLDINGS, LLC**

By: *Howard Meitiner*

Name:   Howard Meitiner

Its:       Chief Restructuring Officer

**BRS HQ, LLC**

By its:  SOLE MANAGER

**PEAK GLOBAL HOLDINGS, LLC**

By: *Howard Meitiner*

Name:   Howard Meitiner

Its:       Chief Restructuring Officer

*[Signature Page to Omnibus Written Consent (Chapter 7 Filing)]*

**docusign**

| Certificate Of Completion | | |
|---|---|---|
| Envelope Id: 637398A0-8F97-4901-B1FC-F94C489444AA | | Status: Completed |
| Subject: Complete with Docusign: Big Rock Sports - Omnibus Consent (Ch. 7 Filing) (Execution)(14120419.2... | | |
| Source Envelope: | | |
| Document Pages: 3 | Signatures: 3 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Linnell Compton |
| AutoNav: Enabled | | PO Box 2611 |
| EnvelopeId Stamping: Enabled | | Raleigh, NC  27602 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | lcompton@smithlaw.com |
| | | IP Address: 136.226.50.193 |

### Record Tracking

| Status: Original | Holder: Linnell Compton | Location: DocuSign |
|---|---|---|
| 1/14/2026 4:14:45 PM | lcompton@smithlaw.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Howard Meitiner | | Sent: 1/14/2026 4:39:34 PM |
| hmeitiner@carlmarks.com | *Signed by:* | Viewed: 1/14/2026 4:43:37 PM |
| CRO | *Howard Meitiner* | Signed: 1/14/2026 4:44:13 PM |
| Security Level: Email, Account Authentication (None) | 92E67ACBCAA2466... | |
| | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 47.195.236.192 | |

**Electronic Record and Signature Disclosure:**
Accepted: 1/14/2026 4:43:37 PM
ID: 85d30099-c5bf-4e10-a5af-e4e63652ff4d

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/14/2026 4:39:34 PM |
| Certified Delivered | Security Checked | 1/14/2026 4:43:37 PM |
| Signing Complete | Security Checked | 1/14/2026 4:44:13 PM |
| Completed | Security Checked | 1/14/2026 4:44:13 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure | | |
|---|---|---|